**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH  DIVISION**

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

      Defendants.

_____/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND**
**REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF**
**ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys of the United States District Court for the Southern District

of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Howard Foster,

Illinois Attorney ID Number: 6201218 of the law firm of Foster PC (155 N. Wacker Dr., Suite

4250, Chicago, IL 60606) for purposes of appearance as co-counsel on behalf of Plaintiffs,

Defense Distributed; DD Foundation, LLC; and, DEFCAD, Inc., in the above-styled case only,

and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Foster to receive

electronic filings in this case, and in support of this filing states as follows:

1

1.      Mr. Foster is not admitted to practice in the Southern District of Florida and is a member in good standing of the Supreme Court of Illinois. A copy of the Certificate Of Good Standing for Howard Foster from the Supreme Court of Illinois, is attached hereto as Exhibit "A."

2.      Movant, Gregory S. Weiss, Esq., of the law firm of Taft Stettinius & Hollister LLP (525 Okeechobee Blvd., Suite 900, West Palm Beach, FL 33401, Tel. 561-655-2250), is a member of good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of the Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Mr. Foster has made a payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Mr. Foster, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby request the Court to provide Notice of Electronic Filings to Mr. Foster's email address: hfoster@fosterpc.com.

WHEREFORE, Gregory S. Weiss, Esq., moves this Court to enter an Order permitting Howard Foster to appear before this Court on behalf of Plaintiffs, Defense Distributed; DD Foundation, LLC; and, DEFCAD, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Foster.

Dated October 22, 2025.

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com
*Attorneys for Plaintiffs*


By: *s/* GREGORY S. WEISS
     GREGORY S. WEISS, ESQ.
     Florida Bar No. 163430

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH  DIVISION**

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW LAROSIERE,
individually; ALEXANDER HOLLADAY,
individually; PETER CELENTANO, individually;
JOSH KIEL STROKE, individually; and JOHN
LETTMAN, individually,

      Defendants.

_____/

## CERTIFICATE OF HOWARD FOSTER

I, Howard Foster, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice,

Peer Review, and Discipline of Attorneys, hereby certify that: (1) I have studied the Local Rules

of the United States District Court for the Southern District of Florida; (2) I am a member in good

standing of the Supreme Court of Illinois, Illinois Bar No. 6201218; and, (3) I have not filed three

or more motions *pro hac vice* admission in this Court within the last 365 days.

                        *s/* Howard Foster
                        Howard Foster, Esq.

4

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

all counsel on the Service List below, via email transmission, on October 22, 2025.


   *s/*   GREGORY S. WEISS          
GREGORY S. WEISS, ESQ.
Florida Bar No. 163430


<u>**SERVICE LIST**</u>:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*