United States District Court - Southern District of Florida West Palm Beach Division Court          Sheriff File Number – 25002292

| |
|---|
| Defense Distributed<br><br>vs.<br><br>Peter Celentano |

**Affidavit/Certificate of Service**
Index No 9:25-cv-81197-DMM
Out of State Summons

State of New York - County of

I, Deputy Sheriff Andrew Donner, being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 10/28/2025 at 9:18 AM, at 5526 Niagara Street Ext Pod 4 Lockport, NY 14094 deponent served the within Out of State Summons on Peter Celentano, the defendant named therein, in the following manner:

PERSONAL SERVICE

By delivering to and leaving with Peter Celentano personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

NON-MILITARY

At the time of service Peter Celentano was asked if he was in the Military Service of the U.S. Government and Peter Celentano replied no.

DESCRIPTION

The person served was approximately: Race: White, Hair Color: Balding/Bald, Gender: Male, 5' 8", Weight: 170, Age: 36

SERVICE ATTEMPTS

Sworn to before me on Tuesday, October 28, 2025

_____                                _____
Notary Public                                                                           Andrew Donner, Deputy Sheriff

Tami N Alt
Notary Public, State of New York
Registration No 01AL6343753
Qualified in Niagara County
Commission Expires June 20, 2028

©SoftCode. Inc. - NY_Niagara_AffidavitPS_NoBadge#