UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

      *Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

      *Defendants*.

_____/

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

I, being admitted to practice in this Court, appear in this case as lead counsel for Defendant Matthew Larosiere.

Respectfully submitted,

DATED: November 5, 2025

      /s/ *Zachary Z. Zermay*
      Zachary Z. Zermay, Esq.
      Fla. Bar № 1002905
      *Zermay Law, P.A.*
      3000 Coral Way Ste 1115
      Coral Gables, FL 33145
      Email: zach@zermaylaw.com
      Telephone: (305) 767-3529
      *Lead Counsel for Matthew Larosiere*