**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2025, I electronically filed the foregoing document using CM/ECF, which transmitted a notice of electronic filing to all counsel of record there registered for service, which included all relevant opposing counsel. I further certify this filing is identical in substance to the motion served on opposing counsel on October 14, 2025, having added only this certificate of service.

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
