UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH  DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

      Defendants.

_____/

## PLAINTIFFS' MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT PETER CELENTANO

Plaintiffs, Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 55(a), respectfully move for entry of a Clerk's Default against Defendant Peter Celentano, and state:

    1.    Plaintiffs filed their Amended Complaint on October 14, 2025 (ECF No. 13).

    2.    Defendant Peter Celentano was personally served with the Amended Complaint on October 28, 2025. A true and correct copy of the Proof of Service is attached as Exhibit "A".

    3.    Because Celentano did not waive service, his response deadline was governed by Fed. R. Civ. P. 12(a)(1)(A)(i), which provides that a defendant must serve a responsive pleading 21 days after service.

    4.    Accordingly, Celentano's deadline to respond was November 12, 2025.

1

5. As of the date of this filing, Celentano has not filed an answer, motion, or other response, has not appeared in this matter, and he has not sought additional time to do so.

6. Plaintiffs therefore request that the Clerk enter a default pursuant to Fed. R. Civ. P. 55(a) for Celentano's failure to plead or otherwise defend this action.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter a Default against Defendant Peter Celentano, and grant such other and further relief as the Court deems just and proper.

> Respectfully submitted,
>
> TAFT STETTINIUS & HOLLISTER LLP
> 525 Okeechobee Blvd., Suite 900
> West Palm Beach, FL 33401
> Tel. (561) 655-2250
> Email: gweiss@taftlaw.com
>
>
> By: *s/ GREGORY S. WEISS*
>      GREGORY S. WEISS
>      Florida Bar No. 163430
>
> And
>
> Howard Foster, Admitted *Pro Hac Vice*
> FOSTER PC
> 155 N. Wacker Dr., Suite 4250
> Chicago, IL 60606
> Tel. (312) 726-1600
> Email: hfoster@fosterpc.com
>
> *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

                      *s/*   GREGORY S. WEISS
                          GREGORY S. WEISS, ESQ.
                          Florida Bar No. 163430

**SERVICE LIST**:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*