UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENSE DISTRIBUTED, et al.

PLAINTIFF(S)

v.

JOHN ELIK, et al.,

DEFENDANT(S).

CASE NUMBER
9:25−cv−81197−DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Peter Celentano**

as of course, on the date November 25, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Ketly Pierre*
Deputy Clerk

cc:  Judge Donald M. Middlebrooks
     Defense Distributed
     2320 Donley Dr.
Ste C

    Austin, TX
78758

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)