## <u>AFFIDAVIT OF JOHN ELIK</u>

I am John Elik, a resident of Illinois and named counterdefendant in this action. I am not, and never have been an employee of Defense Distributed or MAF Corp. I do not have any employees. I do not conduct any business in Florida. I do not own property or have any employment outside of my home state of Illinois. After receiving the litigation hold pertaining to this matter, I retained all communications requested by the litigation hold.

Under penalty of perjury, under the laws of the United States, I swear that the foregoing statement is true.

DATED THIS 15th day of December, 2024.


_____   *John Elik*
JOHN ELIK