**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

    Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

    Defendants.

_____/

**PLAINTIFFS' DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs, Defense Distributed, DD Foundation, LLC and DEFCAD, Inc., pursuant to Federal Rule of Civil Procedure 7.1, make the following disclosure(s).

1. Defense Distributed has no parent corporation, and no corporation, publicly held or otherwise, owns 10% or more of its stock.

2. DD Foundation, LLC has no parent corporation, and no corporation, publicly held or otherwise, owns 10% or more of its stock.

3. DEFCAD, Inc. has no parent corporation, and no corporation, publicly held or otherwise, owns 10% or more of its stock.

Dated:  December 16, 2025.	Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By:  *s/*  GREGORY S. WEISS
    GREGORY S. WEISS
    Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*