UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

   Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

   Defendants.
_____/

## REQUEST FOR CLERK TO APPOINT MEDIATOR

Pursuant to Paragraph 11(c) of the *Pretrial Scheduling Order and Order Referring Case to Mediation* [D.E. 36], entered on December 16, 2025 (the "Scheduling Order"), Plaintiffs attempted for the Parties to agree to a mediator selection. Unfortunately, Defendants did not respond to Plaintiffs' inquiry on this issue.

Accordingly, pursuant to Paragraph 11(c) of the Scheduling Order, Plaintiffs request that the Clerk appoint a mediator from the Clerk's List of Certified Mediators.

     TAFT STETTINIUS & HOLLISTER LLP
     525 Okeechobee Blvd., Suite 900
     West Palm Beach, FL 33401
     Tel. (561) 655-2250
     Email: gweiss@taftlaw.com

     By: _s/ GREGORY S. WEISS_
       GREGORY S. WEISS
       Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

      *s/*  GREGORY S. WEISS
      GREGORY S. WEISS, ESQ.
      Florida Bar No. 163430

**SERVICE LIST**:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*