UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

        Plaintiffs,
v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

        Defendants.
_____/

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SUBMIT
JOINT DISCOVERY PLAN REQUIRED BY PRETRIAL SCHEDULING ORDER
AND ORDER REFERRING CASE TO MEDIATION [D.E. 36]**

Plaintiffs, Defense Distributed, DD Foundation, LLC and DEFCAD, Inc., move this Court for an Order enlarging the time for the Parties to submit their Joint Discovery Plan, as follows:

1. On December 16, 2025, the Court convened a scheduling conference, and on level date entered its Pretrial Scheduling Order and Order Referring Case to Mediation [D.E. 36].

2. The Scheduling Order provides that the deadline for the Parties to file a Joint Discovery Plan is today, December 30, 2025.

3. Both before and after the scheduling conference, counsel for Plaintiffs attempted to engage counsel for Defendants to have a meet and confer to discuss discovery and Rule 26 obligations, but without success. Defendants' counsel have not responded to these requests.

4. Plaintiffs respectfully move the Court grant an additional week for the Parties to meet and prepare the required Joint Discovery Plan, and reset the deadline to file the same <u>on January 6, 2026</u>.

5. Plaintiffs further move the Court specifically order the Parties to meet and confer during that time and jointly prepare the Joint Discovery Plan.

6. This Motion is not made for the purposes of delay, but rather to allow the Parties to comply with the Court's Scheduling Order. Plaintiffs' counsel has not received any response to their requests to schedule conferences with Defendants' counsel, but hope that an order specifically requiring such a conference will result in cooperation from Defendants' counsel such that the discovery can be moved forward in this matter and not result in the need for any further requests for the extensions of deadlines.

WHEREFORE, Plaintiffs, Defense Distributed, DD Foundation, LLC and DEFCAD, Inc., respectfully request the Court extend the deadline to file the Joint Discovery Plan required by the Court's Pretrial Scheduling Order and Order Referring Case to Mediation [D.E. 36], and for any further relief deemed appropriate.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By: _s/ GREGORY S. WEISS_
    GREGORY S. WEISS
    Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

                                                *s/* GREGORY S. WEISS
                                                GREGORY S. WEISS, ESQ.
                                                Florida Bar No. 163430

**SERVICE LIST**:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*