UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 25-81197-CIV-Middlebrooks/Matthewman

**Defense Distributed et al**
      **Plaintiff,**
vs.

**John Elik, et al.**
      **Defendant.**
_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Dominic L. Brandy
Upchurch, Watson, White, Max
2 So. Biscayne Blvd.
Miami, FL 33131
Telephone: 800-863-1464
Email: dbrandy@uww-adr.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2018-34 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Three Hundred Fifty Dollars ($350) per hour, which includes the mediator's time preparing for and conducting the mediation, without compensation for travel."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(a)(2), "Format. Unless the Court orders otherwise, the parties shall decide whether their mediation conference will be conducted in person or by video-conference and, if the parties cannot agree, the mediation conference shall be held by video-conference."

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Gregory Scott Weiss
Taft Stettinius & Hollister LLP
525 Okeechobee Blvd. Suite 900
West Palm Beach, FL 33401
Telephone: 561-655-2250
Email: gweiss@taftlaw.com

DONE at the Federal Courthouse Square, Miami, Florida this 5th day of January, 2026.

                ANGELA E. NOBLE
                Court Administrator • Clerk of Court

                By: s/Deputy Clerk (PJ)

Copies to:
The Honorable Donald M. Middlebrooks, United States District Judge
All Counsel of Record and/or Pro Se Parties
Dominic L. Brandy, Certified Mediator (Copy emailed)