UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

      Defendants.

_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs"), pursuant to Federal Rules of Civil Procedure 15 and 21, respectfully move for leave to file a Second Amended Complaint, and state:

1. This action arises from Defendants' coordinated online disinformation campaign and related conduct directed at Plaintiffs, as pleaded in the Amended Complaint, including the dissemination and amplification of false statements and efforts to divert users and customers to competing platforms.

2. Since the filing of the Amended Complaint, Plaintiffs have learned that an individual affiliated with Defendant Larosiere – Zackary Clark – has continued to disseminate and amplify the offending "FEDCAD" meme and related false statements on X (formerly Twitter), including postings made within the past few weeks.

1

3. Plaintiffs therefore seek leave to file a Second Amended Complaint that: (a) adds Zackary Clark as a Defendant based on his recent and ongoing participation in the alleged scheme; and, (b) supplements and clarifies the factual allegations concerning Defendants' coordinated conduct – including ongoing dissemination of the meme and related efforts to divert users and customers away from Plaintiffs and toward competing platforms – while preserving the same core theories of liability already pleaded.

4. Defendants have filed a joint motion to dismiss the Amended Complaint, and no Defendant has yet filed an answer or responsive pleading.

5. Plaintiffs' request is timely under the Court's December 16, 2025 Scheduling Order, which sets January 22, 2026 as the deadline to amend pleadings or join parties.

6. Leave to amend should be "freely given when justice so requires," and in the absence of undue delay, bad faith, repeated failure to cure, undue prejudice, or futility, leave should be granted. *Ramey v. Interstate Fire & Cas. Co.*, 32 F. Supp. 3d 1199 (S.D. Fla. 2013) (citing *Foman v. Davis*, 371 U.S. 178 (1962)).

7. No undue prejudice will occur because the case remains at the pleadings stage, Defendants are already actively litigating the merits via their Motion to Dismiss, and the proposed amendments do not unfairly expand the case in a way that would require duplicative discovery or re-litigation of completed proceedings.

8. Plaintiffs discussed this Motion with Defendants on January 12, 2026, and Defendants oppose the relief sought.

9. A copy of the proposed Second Amended Complaint is attached as Exhibit A.

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

      *s/* GREGORY S. WEISS
GREGORY S. WEISS, ESQ.
Florida Bar No. 163430

**SERVICE LIST**:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*