# AFFIDAVIT OF SERVICE

| Case: | Court: | District: | Job: |
|---|---|---|---|
| 9:25-cv-81197-DMM | United States District Court | Southern District, FL | 15237076 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation | JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, Individ. |

| Received by: | For: |
|---|---|
| Method Process (Same Day Serves LLC) | Defense Distributed |

| To be served upon: |
|---|
| Zachary Clark |

I, Jacqueline Page, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jane Doe for Zachary Clark, 11113 Pointe Grand Place, Simpsonville, SC 29680
**Manner of Service:** Substitute Service - Abode, Feb 16, 2026, 8:30 pm EST
**Documents:** Summons & Second Amended Complaint

**Additional Comments:**
1) Successful Attempt: Feb 16, 2026, 8:30 pm EST at 11113 Pointe Grand Place, Simpsonville, SC 29680 received by Jane Doe for Zachary Clark. Age: 35; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Eyes: Brown; Other: Person who answered door and confirmed it was correct address refused to give her name. ;

_Jacqueline Page_     2-18-2026
Jacqueline Page       Date

Method Process (Same Day Serves LLC)
4100 Carmel Rd. Suite #277
Charlotte, NC 28226
(704) 951-4057

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, Individ.<br><br>*Defendant(s)* | Civil Action No.   25cv81197 |

**SUMMONS IN A CIVIL ACTION - SECOND AMENDED COMPLAINT**

To: *(Defendant's name and address)*   Zackary Clark
11113 Pointe Grand Pl.
Simpsonville, SC 29680

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory S. Weiss, Esq.
Taft Stettinius & Hollister LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 10, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts