UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

    Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

    Defendants.

_____/

## PLAINTIFFS' DISCLOSURE OF EXPERT WITNESS

Plaintiffs, Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc., pursuant to this Court's Pretrial Scheduling Order and Order Referring Case to Mediation [DE 36], hereby serve their disclosure of expert witnesses they intend to call at trial, as follows:

1.     Jason M. Tyra, Esq.
   JASON M. TYRA, PLLC
   6301 Preston Rd., #700
   Plano, TX 75024

   Mr. Jason M. Tyra is an expert in forensic accounting, economic damages analysis, and the financial impact of market and reputational forces on commercial enterprises. He is anticipated to testify regarding the economic effects of the "Fedcad" meme on Plaintiffs' business operations, including its impact on DEFCAD subscription revenue and Ghost Gunner sales.

   Specifically, Mr. Tyra is expected to offer opinions concerning (1) the role of internet memes in influencing consumer behavior, purchase intent, and brand perception; (2) the characteristics of Plaintiffs' target consumer market; (3) a comparative financial analysis of Plaintiffs' revenues before and after the publication and propagation of the "Fedcad"

1

meme; (4) the exclusion and consideration of alternative macroeconomic, regulatory, and industry-wide factors; and (5) the calculation and quantification of Plaintiffs' lost revenues attributable to the meme.

Mr. Tyra's opinions are based upon his review of Plaintiffs' sales data, subscription records, tax filings, Ghost Gunner revenue reports, relevant industry statistics, and published research regarding meme marketing and consumer engagement. He has prepared a written report dated February 16, 2026, in accordance with Federal Rule of Civil Procedure 26(a)(2)(B), which sets forth his opinions, the bases and reasons for those opinions, the data considered, his qualifications, prior testimony history, and compensation.

Mr. Tyra's C.V. is attached hereto as Exhibit "A".

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By: _s/ GREGORY S. WEISS_
GREGORY S. WEISS
Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

  TAFT STETTINIUS & HOLLISTER LLP
  525 Okeechobee Blvd., Suite 900
  West Palm Beach, FL 33401
  Tel. (561) 655-2250
  Email: gweiss@taftlaw.com

  By: _s/ GREGORY S. WEISS_
    GREGORY S. WEISS
    Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

**SERVICE LIST**:

**Via Email Transmission:**
Matthew M. Larosiere, Esq.
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Via Email Transmission**:
Gary C. De Pury, Esq.
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Via Email Transmission**
**and CM/ECF:**
Zachary Z. Zermay, Esq.
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*