# EXHIBIT "A"

# Jason M. Tyra

jason.m.tyra@gmail.com, 469-223-2925

## EXPERIENCE

**JASON M. TYRA, PLLC**  Plano, Texas  07/13 – Present
Principal

*Principal, owner, and founder of boutique multidisciplinary professional services firm that specializes in services for tech focused small businesses, startups, and entrepreneurs.*

- Provided legal counsel and litigation representation. Practice areas include estate planning, probate, consumer and contract law.
- Provided comprehensive tax services, including planning, consultation, preparation, and representation before the IRS and state taxation agencies.
- Assisted small businesses with crypto asset process implementation, tax, and regulatory compliance.

**SAVILLE, DODGEN & COMPANY, PLLC**  Dallas, Texas  08/12 – 03/13
Staff Auditor

*Planned and performed audit, review, compilation, agreed upon procedures and general business consulting engagements in accordance with SOX, GAAP, IFRS or other regulatory requirements.*

- Conducted financial statement audits in accordance with Generally Accepted Auditing Standards. Assessed risk of material misstatements in financial statements due to fraud or error and carried out substantive testing of financial statement accounts and supporting records.
- Reviewed financial statements and associated disclosures for compliance with Generally Accepted Accounting Principles. Researched and evaluated complex accounting presentation issues and made recommendations where necessary.
- Developed products for business valuation, equity accounting and other applications requiring analysis of a large volume of data with a high degree of accuracy.

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**  Dallas, Texas  01/12 – 08/12
Auditor- State and Local Tax

*Independently planned and performed audits of taxpayer accounting records to evaluate compliance with state and local tax statutes.*

- Researched history, regulation, and statutory requirements applicable to entities under audit. Developed audit plans to minimize engagement risk, maximize efficiency and focus on areas of special concern to the Comptroller.
- Tested internal controls to confirm reliability of accounting records and reporting procedures. Reconciled reported amounts with taxpayer's reporting methods.
- Analyzed taxpayer accounting records either by sample or in detail. Traced transactions and reporting methods through accounting system to documents of original entry.

**UNITED STATES ARMY RESERVE** 10/09 – Present
Civil Affairs Officer (Area of Concentration- Military Governance / Economic Stability)
Current Assignment: Commander, CONUS Replacement Center and 1-364 Training Support Battalion, Fort Bliss, TX

First Prior Assignment: Military Government Officer aligned with Asia-Pacific (INDOPACOM) area of responsibility

Second Prior Assignment: Emergency Preparedness Liaison Officer to State of Texas (Texas Department of Emergency Management, Texas Military Department, FEMA) with responsibility for coordinating Defense Support to Civil Authorities (DSCA) during periods of emergency, disaster, and other National Security Special Events

**UNITED STATES ARMY** 03/06 – 10/09
Infantry Officer

## EDUCATION

**JD,** University of North Texas at Dallas School of Law, May 2020
**MS,** Accounting, concentrations in Taxation & Assurance Services, University of Texas at Dallas, December 2011
**MBA,** concentration in Accounting, University of Texas at Dallas, Cohort Program, December 2010
**BA,** Political Science, University of North Texas, December 2005

## CERTIFICATIONS & PROFESSIONAL AFFILIATIONS

- Licensed Attorney- Admitted to Practice in Texas, Federal Northern District of Texas, and US Tax Court
- Certified Public Accountant (Texas, New York)
- Certified Fraud Examiner

- Member, American Bar Association and Dallas Bar Association
- Member, American Institute of Certified Public Accountants
- Member, Association of Certified Fraud Examiners

## MENTORSHIP & COMMUNITY INVOLVEMENT

- Graduate, Leadership Plano Class 39 (City of Plano, TX Chamber of Commerce)
- Board Member, City of Plano Tax Increment Refinancing Zones 2 and 3 (2021 to 2025)
- Bedford Mentor Program- UNT Dallas College of Law (2021 to 2023)
- Dallas Volunteer Attorney Program (2020 to Present)
- Dallas Entrepreneur Center- Business mentor (2016 to 2018)
- AICPA / SCORE Veteran Fast Launch Initiative- CPA advisor (2013 to 2020)
- Startup America Partnership- CPA advisor (2014 to 2022)