## **AFFIDAVIT OF JOHN ELIK**

I am John Elik, a resident of Illinois and named Defendant in this action. I am not, and never have been an employee of Defense Distributed or MAF Corp. I do not have any employees. I do not conduct any business in Florida. I do not own property or have any employment outside of my home state of Illinois.

Under penalty of perjury, under the laws of the United States, I swear that the foregoing statement is true.

DATED THIS 23rd day of February, 2026.


_____ *John Elik*
JOHN ELIK