## **AFFIDAVIT OF JOHN LETTMAN**

I am John Lettman, a resident of the Commonwealth of Pennsylvania and named Defendant in this action. I am not, and never have been an employee of any party to this action. I have never been paid by any party to this action. I do not conduct any business in the Great State of Florida. I do not own property outside of my home state of the Commonwealth of Pennsylvania. I do not have any employment outside the states of the Commonwealth of Pennsylvania and New York.

Under penalty of perjury, under the laws of the United States, I swear that the foregoing statement is true.

DATED THIS 23rd day of February, 2026.

_____
JOHN LETTMAN