## <u>AFFIDAVIT OF JOSHUA KIEL STROKE</u>

I am Joshua Kiel Stroke, a resident of Arizona and named Defendant in this action. I am not, and never have been an employee of any party in this action. I do not have any employees. I have never been paid by any party to this action. I do not conduct any business in Florida. I do not own property or have any employment outside of my home state of Arizona. I do not have any memory of ever visiting the state of Florida.

Under penalty of perjury, under the laws of the United States, I swear the foregoing statement is true.

DATED this 23rd day of February, 2026

_____
JOSHUA KIEL STROKE