UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## UNOPPOSED MOTION FOR THE COURT TO ACCEPT DEFENDANTS' MOTION TO DISMISS FILED OUT OF TIME

Defendants ELIK, LAROSIERE, HOLLADAY, and STROKE ("Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), respectfully move for leave to file their Motion to Dismiss Plaintiff's Second Amended Complaint out of time and to deem that Motion timely filed. In support, Defendant states as follows:

1. On February 6, 2026, Plaintiff served the Second Amended Complaint (the "SAC"). Under Federal Rule of Civil Procedure 15(a)(3), Defendant's deadline to respond to the SAC was February 20, 2026.

2. Defendant's Motion to Dismiss the SAC is being filed contemporaneously with this Motion (the "Motion to Dismiss").

1

3. This request is made after expiration of the response deadline and therefore proceeds under Rule 6(b)(1)(B). Defendant's brief delay was the result of excusable neglect, and good cause exists to permit the filing.

4. Counsel for Defendants miscalculated the due date of the responsive filing. Defendants' counsel realized the error when counsel for Plaintiff reached out.

5. The delay is short (one business day). Allowing the Motion to Dismiss to be accepted will not delay any hearing date, discovery event, or other scheduled deadline.

6. Plaintiffs do not oppose the relief requested. Counsel conferred on February 23, 2026, and Plaintiffs confirmed that they will not oppose this Motion.

7. Excusable neglect exists because:

    a. The delay was brief and inadvertent;

    b. Defendant acted promptly upon recognizing the issue;

    c. There is no prejudice to Plaintiff from accepting a one-business-day late Rule 12 response; and

    d. Defendants acted in good faith.

8. Granting this Motion promotes the efficient resolution of the pleadings by permitting the Court to consider Defendant's threshold legal arguments directed to the SAC without forcing unnecessary motion practice over a de minimis delay.

WHEREFORE, Defendants respectfully request that the Court enter an Order deeming the Motion to Dismiss timely filed as of the date of its actual filing.

### Local R. 7.1(a)(3) Statement

The undersigned, on February 23, 2026, conferred with counsel for Plaintiffs via email about the contents of this motion and relief requested. Plaintiffs consented to the relief requested (accepting the motion filed out of time).

Respectfully submitted,

DATED:  February 23, 2026

| /s/ Gary C. De Pury | /s/Matthew Larosiere | /s/ Zachary Zermay |
|---|---|---|
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No: 126588 | Fla. Bar. No. 1005581 | Fla. Bar № 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | *Zermay Law, P.A.* |
| 21035 Leonard Road | 6964 Houlton Circle | 3000 Coral Way Ste 1115 |
| Lutz, Florida 33558 | Lake Worth, FL 33467 | Coral Gables, FL 33145 |
| Tel: (813) 607-6404 | Email: Larosieremm@gmail.com | Email: zach@zermaylaw.com |
| Email: Gary@DePury.com | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
| *Lead Counsel for Defendant Alex Holladay* | *Lead Counsel for Defendants Elik, Stroke, and Lettman* | *Lead Counsel for Defendant Matthew Larosiere* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 23rd day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Zachary Z. Zermay*

Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
