# EXHIBIT "A"

# Symons, Patrice

| | |
|---|---|
| **From:** | Symons, Patrice |
| **Sent:** | Tuesday, December 30, 2025 4:27 PM |
| **To:** | Gary C. De Pury, Esq.; Geraldine - Zermay's Secondary; Matthew Larosiere, Esq.; Zachary Z. Zermay, Esq. |
| **Cc:** | Weiss, Gregory; Howard Foster; Cory, James |
| **Subject:** | SERVICE OF COURT DOCUMENTS - CASE NO. 9:25-cv-81197-DMM |
| **Attachments:** | 2025-12-30 Plaintiffs' First Set of Interrogatories to Josh Kiel Stroke.pdf; 2025-12-30 Plaintiffs' First Set of Interrogatories to John Lettman.pdf; 2025-12-30 Plaintiffs' First Set of Interrogatories to Matthew Larosiere.pdf; 2025-12-30 Plaintiffs' First Set of Interrogatories to Alexander Holladay.pdf; 2025-12-30 Plaintiffs' First Set of Interrogatories to John Elik.pdf |

| COURT | United States District Court – Southern District of Florida |
|---|---|
| CASE NO. | 9:25-cv-81197-DMM |
| PLAINTIFFS | Defense Distributed; DD Foundation and DEFCAD, Inc. |
| DEFENDANTS | John Elik, Matthew Larosiere, Alexander Holladay, Peter Celentano, Josh Kiel Stroke and John Lettman |
| TITLE OF DOCUMENTS | 1. Plaintiffs' First Set of Interrogatories to Defendant, John Elik; <br> 2. Plaintiffs' First Set of Interrogatories to Defendant, Alexander Holladay; <br> 3. Plaintiffs' First Set of Interrogatories to Defendant, Matthew Larosiere; <br> 4. Plaintiffs' First Set of Interrogatories to Defendant, John Lettman; and, <br> 5. Plaintiffs' First Set of Interrogatories to Defendant, Josh Kiel Stroke. |
| FILER: | Gregory S. Weiss, Esq. |
| TELEPHONE: | (561) 655-2250 |

1