# COMPOSITE EXHIBIT "B"

# Symons, Patrice

| | |
|---|---|
| **From:** | Symons, Patrice |
| **Sent:** | Thursday, January 8, 2026 2:18 PM |
| **To:** | 'Gary C. De Pury, Esq.'; 'Geraldine - Zermay's Secondary'; 'Matthew Larosiere, Esq.'; 'Zachary Z. Zermay, Esq.' |
| **Cc:** | Weiss, Gregory; Howard Foster; Cory, James |
| **Subject:** | SERVICE OF COURT DOCUMENTS - CASE NO. 9:25-cv-81197-DMM |
| **Attachments:** | 2026-01-08 Pltfs' 1st RTP to Defendant Josh Kiel Stroke.pdf; 2026-01-08 Pltfs' 1st RTP to Defendant John Lettman.pdf; 2026-01-08 Pltfs' 1st RTP to Defendant Matthew Larosiere.pdf; 2026-01-08 Pltfs' 1st RTP to Defendant Alexander Holladay.pdf; 2026-01-08 Pltfs' 1st RTP to Defendant John Elik.pdf |

| COURT | United States District Court – Southern District of Florida |
|---|---|
| CASE NO. | 9:25-cv-81197-DMM |
| PLAINTIFFS | Defense Distributed; DD Foundation and DEFCAD, Inc. |
| DEFENDANTS | John Elik, Matthew Larosiere, Alexander Holladay, Peter Celentano, Josh Kiel Stroke and John Lettman |
| TITLE OF DOCUMENTS | 1. Plaintiffs' First Request for Production to Defendant, John Elik<br>2. Plaintiffs' First Request for Production to Defendant, Matthew Larosiere<br>3. Plaintiffs' First Request for Production to Defendant, Alexander Holladay<br>4. Plaintiffs' First Request for Production to Defendant, Josh Kiel Stroke<br>5. Plaintiffs' First Request for Production to Defendant, John Littman |
| FILER: | Gregory S. Weiss, Esq. |
| TELEPHONE: | (561) 655-2250 |

1

# Symons, Patrice

| | |
|---|---|
| **From:** | Symons, Patrice |
| **Sent:** | Thursday, January 8, 2026 2:58 PM |
| **To:** | Gary C. De Pury, Esq.; Geraldine - Zermay's Secondary; Matthew Larosiere, Esq.; Zachary Z. Zermay, Esq. |
| **Cc:** | Weiss, Gregory; Howard Foster; Cory, James |
| **Subject:** | SERVICE OF COURT DOCUMENTS - CASE NO. 9:25-cv-81197-DMM |
| **Attachments:** | 2026-01-08 Pltfs' First RFA to Defendant Josh Kiel Stroke.pdf; 2026-01-08 Pltffs' First RFA to Defendant John Lettman.pdf; 2026-01-08 Pltfs' First RFA to Defendant Matthew Larosiere.pdf; 2026-01-08 Pltfs' First RFA to Defendant Alexander Holladay.pdf; 2026-01-08 Pltfs' First RFA to Defendant John Elik.pdf |

| COURT | United States District Court – Southern District of Florida |
|---|---|
| CASE NO. | 9:25-cv-81197-DMM |
| PLAINTIFFS | Defense Distributed; DD Foundation and DEFCAD, Inc. |
| DEFENDANTS | John Elik, Matthew Larosiere, Alexander Holladay, Peter Celentano, Josh Kiel Stroke and John Lettman |
| TITLE OF DOCUMENTS | 1. Plaintiffs' First Request for Admissions to Defendant, John Elik<br>2. Plaintiffs' First Request for Admissions to Defendant, Matthew Larosiere<br>3. Plaintiffs' First Request for Admissions to Defendant, Alexander Holladay<br>4. Plaintiffs' First Request for Admissions to Defendant, Josh Kiel Stroke<br>5. Plaintiffs' First Request for Admissions to Defendant, John Littman |
| FILER: | Gregory S. Weiss, Esq. |
| TELEPHONE: | (561) 655-2250 |

1