# EXHIBIT "C"

Matthew Larosiere
Date: January 3 1 .2026 at          AM CST
To: Howard Foster
Cc: Geraldine Zermay's Secondary                         "Zachary Z Zermay
Esq."                          Gary    Pury
Subject: Re: OUR EMAIL SERVICE IS ALLOWED BY LOCAL RULE


Howard,

We have to follow the rules as they are written. It appears Mr. Zermay. who is registered for Southern District CMtECf% has sent you responsive documents, As to my and MT, Depury's clients, we have not been served      any discovery request in eompliance with the rules and we have not received any communication from your, nor your co-counsel's office requesting our conscnt to e-mail service in writing. see Fed. R. Civ- P.  b

Would you like to request our consent to e-mail service?

Yours ,

Mau

On Fri, Jan 30, 2026 at 6:56 PM Howard Foster <hfoster@fosterpc.com> wrote: Mr. Zernay is registered and he was properly scrvcd. If you did not lecejve the discovery via email, [et me know. I am assuming your email is working and you received it. If you to bring this to the judge, we will, don't anticipate he will side with your position. HF

   00 Jan 30 , 2026, at 5:42 PM. Matthew Larosicre <larosiercmm@gmail.com> wrote: