# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

    Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF SERVICE
OF DEPOSITION NOTICES AND DISCOVERY**

    Plaintiffs, DEFENSE DISTRIBUTED; DD FOUNDATION, LLC; and, DEFCAD, INC., hereby give notice of serving copies of the following documents to: (1) Matthew Larosiere, Esq., 6964 Houlton Cir., Lake Worth, FL 33467; and, (2) Gary C. De Pury, Esq., 21035 Leonard Road, Lutz, FL 33558; via: (a) First Class U.S. Mail; and, (b) Certified Mail, Return Receipt Requested, on February 2, 2026:

    1.    Plaintiffs' First Set of Interrogatories to Defendant, John Elik, dated December 30, 2025;

    2.    Plaintiffs' First Request for Admissions to Defendant, John Elik, dated January 8, 2026;

    3.    Plaintiffs' First Request for Production to Defendant, John Elik, dated January 8, 2026;

4. Plaintiffs' First Set of Interrogatories to Defendant, Matthew Larosiere, dated December 30, 2025;

5. Plaintiffs' First Request for Admissions to Defendant, Matthew Larosiere, dated January 8, 2026;

6. Plaintiffs' First Request for Production to Defendant, Matthew Larosiere, dated January 8, 2026;

7. Plaintiffs' First Set of Interrogatories to Defendant, Alexander Holladay, dated December 30, 2025;

8. Plaintiffs' First Request for Admissions to Defendant, Alexander Holladay, dated January 8, 2026;

9. Plaintiffs' First Request for Admissions to Defendant, Alexander Holladay, dated January 8, 2026;

10. Plaintiffs' First Set of Interrogatories to Defendant, Josh Kiel Stroke, dated December 30, 2025;

11. Plaintiffs' First Request for Admissions to Defendant, Josh Kiel Stroke, dated January 8, 2026;

12. Plaintiffs' First Request for Production to Defendant, Josh Kiel Stroke, dated January 8, 2026;

13. Plaintiffs' First Set of Interrogatories to Defendant, John Lettman, dated December 30, 2025;

14. Plaintiffs' First Request for Admissions to Defendant, John Lettman, dated January 8, 2026;

15. Plaintiffs' First Request for Production to Defendant, John Lettman, dated January 8, 2026;

16. Notice of Taking Deposition of John Elik, dated January 28, 2026;

17. Notice of Taking Deposition of Matthew Larosiere, dated January 28, 2026;

18. Notice of Taking Deposition of Alexander Holladay, dated January 28, 2026;

19. Notice of Taking Deposition of Josh Kiel Stroke, dated January 28, 2026; and,

20. Notice of Taking Deposition of John Lettman, dated March 9, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel on the attached Service List, in the manner specified, on February 2, 2026.

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By: _s/ GREGORY S. WEISS_
GREGORY S. WEISS
Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

## SERVICE LIST:

**VIA EMAIL TRANSMISSION;
FIRST CLASS U.S. MAIL; AND,
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO. 9589071052703380110052:**
Matthew M. Larosiere, Esq.
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,
John Lettman and Josh Kiel Stroke*

**VIA EMAIL TRANSMISSION;
FIRST CLASS U.S. MAIL; AND,
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO. 9589071052703380110069:**
Gary C. De Pury, Esq.
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**VIA EMAIL TRANSMISSION:**
Zachary Z. Zermay, Esq.
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*







