# EXHIBIT "E"

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Date:** February 23, 2026 at 10:30:43 AM CST
**To:** Howard Foster <hfoster@fosterpc.com>
**Cc:** Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gregory Weiss <GWeiss@taftlaw.com>, Gary De Pury <gary@depury.com>, James Cory <JCory@taftlaw.com>
**Subject: Re: Meet and Confer**

Howard, your co-counsel mailed the "first requests" to my clients on January 8, 2026.

There is nothing to confer about, as I do not have questions at this time, and will timely respond to them.