UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
et al.,

      Plaintiffs,

v.

JOHN ELIK, et al.,

      Defendants.

_____/

## ORDER GRANTING RENEWED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF INCARCERATED DEFENDANT PETER CELENTANO

THIS CAUSE is before the Court upon Plaintiffs' Renewed Motion for Leave to Take the Deposition of Incarcerated Defendant Peter Celentano (DE 55), filed February 23, 2026. Plaintiffs seek to take the deposition of incarcerated Defendant Peter Celentano pursuant to Fed. R. Civ. P. 30(a).

Upon review of the Motion and relevant portions of the record, it is **ORDERED AND ADJUDGED** that the Plaintiffs' Motion (DE 55) is **GRANTED,** and the Plaintiffs may depose Defendant Celentano under such reasonable conditions as may be prescribed by authorities at the prison wherein Defendant Celentano is confined.

Counsel for the Plaintiffs is cautioned that this is an unrepresented *pro se* Defendant. The Court expects counsel to be circumspect and assiduously guard against any overreaching or the taking of any unfair advantage of an unschooled individual who is not represented by counsel. Counsel for the Plaintiffs is reminded to provide the incarcerated Defendant with notice of the

scheduled depositions and to ensure arrangements are made so that Defendant is available to participate during the depositions.

    **SIGNED** in Chambers at West Palm Beach, Florida, this 26 day of February, 2026.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record