UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation, <br><br> Plaintiffs, <br><br> -against- <br><br> JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually, <br><br> Defendants. | Case No. 9:25-cv-81197-DMM |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** that the law firm Pryor Cashman LLP shall be substituted for the law firm Taft Stettinius & Hollister LLP as counsel for Plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs") and that the law firm Taft Stettinius & Hollister LLP shall be relieved of any further responsibility to Plaintiffs in this case.

Additionally, the Court previously granted the motion for Howard Foster to appear *pro hac vice* as counsel for Plaintiffs. See ECF Nos. 19, 20. Given the substitution of counsel, Brendan Everman of the law firm Pryor Cashman LLP consents to be designated as a member of the Bar of the Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to

electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

Plaintiffs consent to the foregoing substitution of counsel:

**Defense Distributed Corp.**

By: _____
Name: Cody Wilson
Title: Director

**DD Foundation, LLC**

By: _____
Name: Cody Wilson
Title: Manager

**DEFCAD, Inc.**

By: _____
Name: Cody Wilson
Title: Director

| | |
|---|---|
| Dated: March 2, 2026 | Respectfully submitted, |
| **TAFT STETTINIUS & HOLLISTER LLP** | **PRYOR CASHMAN LLP** |
| */s/ Gregory S. Weiss*<br>Gregory S. Weiss, Esq.<br>Florida Bar No.: 163430<br>gweiss@taftlaw.com<br>525 Okeechobee Boulevard., 900<br>West Palm Beach, Florida 33401<br>Telephone: 561.655.2250 | */s/ Brendan Everman*<br>Brendan Everman<br>Florida Bar No. 68702<br>beverman@pryorcashman.com<br>ksuarez@pryorcahsman.com<br>docketing@pryorcashman.com<br>255 Alhambra Circle, 8th Floor<br>Miami, FL 33134<br>Telephone: 786.582.3007 |