**EXHIBIT A**

---

## DEFCAD meet and confer
10 messages

---

**Howard Foster** <hfoster@fosterpc.com>                                                                 Tue, Feb 3, 2026 at 10:59 AM
To: Matthew Larosiere <larosieremm@gmail.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gary De Pury <gary@depury.com>
Cc: Cody Wilson <crw@defcad.com>, Gregory Weiss <GWeiss@taftlaw.com>, James Cory <JCory@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

Gentlemen, we still have to heard from you regarding a meet and confer on the many issues we have with your initial disclosures and Matthew's Interrogatory answers. I ask again, can we schedule a call for this week? If I don't hear from you by the end of the day I'll assume the answer is no. You are evading me. We'll then bring a motion to compel and seek our fees.

HF

---

**Gary De Pury** <Gary@depury.com>                                                                       Tue, Feb 3, 2026 at 11:05 AM
To: Howard Foster <hfoster@fosterpc.com>, Matthew Larosiere <larosieremm@gmail.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

I am not evading you, I just happen to be very busy and I have only been back in town a short period of time.

Yesterday I spent a large part of the day sending out 1099's and while I apologize for not getting back to you as soon as you like, it is not evasion and I take personal offense to such a comment.

With that said, my co-counsel made some good arguments as to why the rules are what they are and I am going to stick with the rules on service of discovery.

Sincerely,
Gary C. De Pury, Esq.
Law Offices of Gary De Pury, P.A.
Attorney at Law
Lic. Real Estate Broker
US Army Counterintelligence (Ret.)
Personal Injury – Real Estate – Family Law
21035 Leonard Road, Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

Confidentiality Notice:
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

FDCPA NOTICE:
THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>  Tue, Feb 3, 2026 at 11:32 AM
To: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Fair enough. But my email asked if about a meet and confer. Did you actually read it?

Get Outlook for Mac

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Feb 3, 2026 at 3:49 PM
To: Howard Foster <hfoster@fosterpc.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James" <JCory@taftlaw.com>
Cc: Gary De Pury <Gary@depury.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Howard,

Our court reporter is available Thursday after 3PM for a meet-and-confer. Does that work for you?

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>  Tue, Feb 3, 2026 at 4:26 PM
To: Matthew Larosiere <larosieremm@gmail.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, "Cory, James" <JCory@taftlaw.com>
Cc: Gary De Pury <Gary@depury.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Yes.   Is this via Teams or phone?

Get Outlook for Mac

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Wed, Feb 4, 2026 at 11:06 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "Weiss, Gregory" <GWeiss@taftlaw.com>, "Cory, James" <JCory@taftlaw.com>, Gary De Pury <Gary@depury.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Zoom.

Gary, Zach, does Thursday after 3 work for you?

[Quoted text hidden]

---

**Zachary Zermay** <zach@zermaylaw.com>  Wed, Feb 4, 2026 at 11:11 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, "Cory, James" <JCory@taftlaw.com>, Gary De Pury <Gary@depury.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Sure

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |

3000 Coral Way, Suite 1115, Coral Gables, FL 33145



[Quoted text hidden]

---

**Helena** <Helena@depurylaw.com>   Wed, Feb 4, 2026 at 2:11 PM
To: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Gregory <GWeiss@taftlaw.com>, James <JCory@taftlaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Mr. De Pury is available tomorrow after 3 pm for a meet-and-confer.

Sincerely,

*Helena Marques*

Law Clerk
Law Offices of Gary De Pury, P.A.

Personal Injury   Real Estate
21035 Leonard Road
Lutz, Florida 33558
P: 813-607-6911
F: 813-949-3406
Helena@DePuryLaw.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at **Gary@DePury.com**

---

**From:** Gary De Pury <Gary@DePury.com>
**Sent:** Wednesday, February 4, 2026 2:04 PM
**To:** Helena <Helena@DePuryLaw.com>
**Subject:** Fw: DEFCAD meet and confer

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, February 4, 2026 11:11 AM
**To:** Matthew Larosiere <larosieremm@gmail.com>
**Cc:** Howard Foster <hfoster@fosterpc.com>; Weiss, Gregory <GWeiss@taftlaw.com>; Cory, James <JCory@taftlaw.com>; Gary De Pury <Gary@DePury.com>; Geraldine Zermay's Secondary <info@zermaylaw.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Zachary Zermay** <zach@zermaylaw.com>  Thu, Feb 5, 2026 at 2:59 PM
To: Helena <Helena@depurylaw.com>
Cc: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Howard Foster <hfoster@fosterpc.com>, Gregory <GWeiss@taftlaw.com>, James <JCory@taftlaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

Zachary Zermay is inviting you to a scheduled Zoom meeting.

Topic: Zachary Zermay's Zoom Meeting
Time: Feb 5, 2026 03:00 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://thomassonpllc.zoom.us/j/88429572729?pwd=gwTIPCvopgmtGBYOjdMFkZesC3AzpT.1

View meeting insights with Zoom AI Companion
https://thomassonpllc.zoom.us/launch/edl?muid=52062445-9336-442a-a1bb-733fe8ca9e98

Meeting ID: 884 2957 2729
Passcode: 224726

---

One tap mobile
+13052241968,,88429572729#,,,,*224726# US
+13092053325,,88429572729#,,,,*224726# US

Join instructions
https://thomassonpllc.zoom.us/meetings/88429572729/invitations?signature=9ElC_xPTqFSbPpKX1UBf6ldjjgo8poLIXcisqFhCz4E

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>  Thu, Feb 5, 2026 at 3:04 PM
To: Zachary Zermay <zach@zermaylaw.com>

Cc: Helena <Helena@depurylaw.com>, Gary De Pury <gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Gregory <GWeiss@taftlaw.com>, James <JCory@taftlaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

I'm waiting for you to start.
HF

> On Feb 5, 2026, at 1:59 PM, Zachary Zermay <zach@zermaylaw.com> wrote:
>
> [Quoted text hidden]