**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## DECLARATION OF ZACHARY Z ZERMAY

I, Zachary Z. Zermay, declare as follows under penalty of perjury:

1) My name is Zachary Zermay. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant Matthew Larosiere in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) In late January and early February 2026, counsel exchanged emails regarding a meet-and-confer concerning Plaintiffs' written discovery.

1

5) In those email exchanges, counsel for Plaintiffs discussed the same issues raised in the instant motion.

6) On February 5, 2026, I participated in a telephonic meet-and-confer with counsel in this matter.

7) During that February 5, 2026 conference, counsel discussed the issues surrounding Plaintiffs' earlier transmission of discovery.

8) During that same conference, I recall that we discussed that the requests for production previously transmitted by email were unsigned.

9) During that conference, defense counsel, save for myself, who had already been registered in the Southern District, stated their position that the earlier email transmission was not operative service absent prior consent to email service.

10) During the February 5, 2026 conference, I recall Mr. Foster invoking a variety of issues that were not identified before the call.

11) The February 5, 2026 conference, to my understanding, included discussion of the same issues that Plaintiffs later raised again in the current motion.

12) Based on my personal participation in that conference, it is not accurate to say that no meet-and-confer occurred regarding the issues Plaintiffs raise.

13) I have read the exhibits attached to this motion, and I confirm they are a true and correct copy of all communications I was involved in.

14) I further note that, since the filing of the motion presently at issue, Mr. Foster has sent me no less than four different emails, all on different chains, accusing me of refusing to confer with him, despite my replying to each of his emails, and having spoken with him for over an hour over the phone last week regarding any issues he believes exist.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.

Executed on March 2, 2026, in Key West, FL.