**Gmail**

**EXHIBIT D**

---

## DEFCAD discovery
9 messages

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Feb 19, 2026 at 3:40 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's
Secondary <info@zermaylaw.com>, Gary De Pury <gary@depury.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory,
James" <jcory@taftlaw.com>

Gentlemen, defendants' discovery is due today.   Will you be providing your responses?

Howard Foster
Foster PC
155 N. Wacker Dr., #4250
Chicago, IL 60606
312-726-1600
Hfoster@fosterpc.com

---

**Matthew Larosiere** <larosieremm@gmail.com>                    Thu, Feb 19, 2026 at 4:03 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gary De Pury
<gary@depury.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James" <jcory@taftlaw.com>

Howard, which discovery do you reckon is due today? By my calculation the first responses are due on the 22nd of this
month.

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Feb 19, 2026 at 4:24 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gary De Pury
<gary@depury.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James" <jcory@taftlaw.com>

Matthew, we agreed to a 15 day extension on the 5th.  That would make them due tomorrow, the
20th.  Will they be provided tomorrow?

Get Outlook for Mac
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                    Thu, Feb 19, 2026 at 4:50 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gary De Pury
<gary@depury.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James" <jcory@taftlaw.com>

That was between you and zach. 15+30=45. You sent them to him on the 8th. So i think thats the 22nd.
[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Feb 19, 2026 at 5:55 PM
To: "Matthew Larosiere, Esq." <larosieremm@gmail.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James"
<jcory@taftlaw.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, Geraldine - Zermay's Secondary
<info@zermaylaw.com>, "Gary C. De Pury, Esq." <gary@depury.com>

Even if that is true, your responses, and Gary's client's,  to the requests for documents and
requests to admit facts are now overdue.  You were served with them by email, and as a member

of the SDFL bar, that is good service.  Your position that you did not consent to email service is, as we now know, not required.

Get Outlook for Mac

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Thu, Feb 19, 2026 at 6:43 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "Weiss, Gregory" <gweiss@taftlaw.com>, "Cory, James" <jcory@taftlaw.com>, "Zachary Z. Zermay, Esq."
<zach@zermaylaw.com>, Geraldine - Zermay's Secondary <info@zermaylaw.com>, "Gary C. De Pury, Esq."
<gary@depury.com>

Howard, we registered after madam Simmons mailed the requests. We will respond timely under the mailbox rule. For all future correspondence, we have already consented to email service.

Thank

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                                         Thu, Feb 19, 2026 at 7:02 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Gregory Weiss <GWeiss@taftlaw.com>, James Cory <JCory@taftlaw.com>, "Zachary Z. Zermay Esq."
<zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, "Gary C. De Pury Esq."
<Gary@depury.com>

We need to meet and confer.   Are you available tomorrow?
HF


On Feb 19, 2026, at 5:43 PM, Matthew Larosiere <larosieremm@gmail.com> wrote:


[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                                               Thu, Feb 19, 2026 at 7:16 PM
To: Howard Foster <hfoster@fosterpc.com>, Matthew Larosiere <larosieremm@gmail.com>
Cc: Gregory Weiss <GWeiss@taftlaw.com>, James Cory <JCory@taftlaw.com>, "Zachary Z. Zermay Esq."
<zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>

I am not available until Tuesday.




Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

*FDCPA NOTICE:*

*THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.*

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                         Thu, Feb 19, 2026 at 11:13 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Gregory Weiss <GWeiss@taftlaw.com>, James Cory <JCory@taftlaw.com>, "Zachary Z. Zermay Esq." <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, "Gary C. De Pury Esq." <Gary@depury.com>

You registered in the SDFL on October 1st, well before we issued our discovery requests.

I ask you again, can you meet and confer tomorrow?
HF

> On Feb 19, 2026, at 5:43 PM, Matthew Larosiere <larosieremm@gmail.com> wrote:

[Quoted text hidden]