

**EXHIBIT E**

## Meet and Confer
4 messages

---

**Howard Foster** <hfoster@fosterpc.com>                                Fri, Feb 20, 2026 at 6:07 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, Gary De Pury <gary@depury.com>, "Cory, James" <jcory@taftlaw.com>

Matthew, you still have not given me a time.  Please do so.  If I don't have a time set by Monday I'll note for the court your reticence.
HF

---

**Matthew Larosiere** <larosieremm@gmail.com>                          Mon, Feb 23, 2026 at 8:00 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, Gary De Pury <gary@depury.com>, "Cory, James" <jcory@taftlaw.com>

Howard.

While I like you very much as a person, I note you are wont to send me threatening and inexplicable communications every day. These communications seldom indicate what your requests relate to. I also note these emails from you frequently come after-hours. It had previously slipped my mind, but after conferring with co-counsel, we each recalled that, when we speak to you over the phone, we noticed slurred speech and delayed responses. While we are worried for you and sincerely wish you the best, we can't reverse-engineer whatever it is you are trying to communicate from these messages.

As for your current threat, I have always been on every conference with counsel.

You have not attempted to set a time with everyone, nor have you indicated the subject of your desired conference. You simply pivoted to threatening me, for no reason, after Mr. Depury told you of his unavailability. I'm confident you will see that, just like every other time, I make it work when everyone else can.

You are free to indicate what you like to the court, but if you choose to misrepresent my and my co-counsel's positions and conduct, know we will respond with record evidence of your behavior. I note Mr. Depury just asked you to stop threatening him in this very same email chain.

With that, I respectfully ask you to stop.

Thanks.
[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                               Mon, Feb 23, 2026 at 11:09 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gregory Weiss <GWeiss@taftlaw.com>, Gary De Pury <gary@depury.com>, James Cory <JCory@taftlaw.com>

Matthew, when are you available for a meet and confer re discovery responses for your clients, which are due?


HF

> On Feb 23, 2026, at 7:00 AM, Matthew Larosiere <larosieremm@gmail.com> wrote:

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Mon, Feb 23, 2026 at 11:30 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Gregory Weiss <GWeiss@taftlaw.com>, Gary De Pury <gary@depury.com>, James Cory <JCory@taftlaw.com>

Howard, your co-counsel mailed the "first requests" to my clients on January 8, 2026.

There is nothing to confer about, as I do not have questions at this time, and will timely respond to them.

[Quoted text hidden]