

**EXHIBIT F**

## Meet and Confer: Compliance with Local Rules, CM/ECF Procedures, and Electronic Service

6 messages

---

**Cory, James** <JCory@taftlaw.com>  Fri, Feb 13, 2026 at 2:29 PM
To: "Matthew Larosiere, Esq." <larosieremm@gmail.com>
Cc: "Gary C. De Pury, Esq." <gary@depury.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

Counsel,

Good afternoon. Attached please find a draft Motion to Compel Compliance with the SD Local Rules and CM/ECF Administrative Procedures, which we will file absent your agreement to the relief requested. Please let me know a good time for a meet and confer call on Monday or Tuesday so that we may discuss.

Best Regards,

James Cory

**James Cory**
Associate
JCory@taftlaw.com
Dir: 561.472.2418
Tel: 561.655.2250   |   Fax: 561.655.5537
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401

**Taft Bio**
**Download vCard**
taftlaw.com

Now over 1,250 attorneys strong.

Taft has expanded its service offerings by combining with Morris, Manning & Martin (Atlanta and Washington, D.C.), Mrachek Law (Florida), and Sherman & Howard (Mountain West). Learn more here.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

📄 Motion to Compel Compliance With Local Rules and CM_ECF Procedures-198260681-v1.docx
147K

**Zachary Zermay** <zach@zermaylaw.com>  Sun, Feb 15, 2026 at 8:49 PM
To: "Cory, James" <jcory@taftlaw.com>
Cc: "Matthew Larosiere, Esq." <larosieremm@gmail.com>, "Gary C. De Pury, Esq." <Gary@depury.com>, "Weiss, Gregory" <gweiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

Good evening,

As you must know, I'm registered with CM/ECF, and have been throughout this case.

If you seek relief against me that you know is moot, you must also be aware that the motion is objectively frivolous and the consequences for the attorneys/parties filing it. I reserve all rights in replying to the motion.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Mon, Feb 16, 2026 at 8:00 AM
To: "Cory, James" <JCory@taftlaw.com>
Cc: "Gary C. De Pury, Esq." <gary@depury.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

James, for my part (and I believe Mr. DePury, we have since registered. You will not see that on the case page until we file something, and since our appearances and lead designations were already memorialized in the earlier filings, I don't think we can just file something for the sake of updating the list.

That said, know we are registered and, for the time between now and our next filings, that my clients consent to email service of documents going forward.

Does that resolve it, or do you still want to meet and discuss?

On Fri, Feb 13, 2026 at 2:30 PM Cory, James <JCory@taftlaw.com> wrote:
[Quoted text hidden]

---

**Cory, James** <JCory@taftlaw.com>  Mon, Feb 16, 2026 at 8:24 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: "Gary C. De Pury, Esq." <gary@depury.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

Matthew,

Thanks. That resolves it as far as your clients are concerned.

If Mr. De Pury states the same, that can also resolve this as to him (Gary to confirm).

Best,

James

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>      Mon, Feb 16, 2026 at 8:26 AM
To: "Cory, James" <JCory@taftlaw.com>, Matthew Larosiere <larosieremm@gmail.com>
Cc: "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

I've never refused filings for my client. We simply asked to follow the rule as to discovery. I was quite taken aback by the proposed motion as I've been registered for a while & never refused.

Gary De Pury

---

**From:** Cory, James <JCory@taftlaw.com>
**Sent:** Monday, February 16, 2026 8:24:14 AM
**To:** Matthew Larosiere <larosieremm@gmail.com>
**Cc:** Gary De Pury <Gary@DePury.com>; Zachary Z. Zermay, Esq. <zach@zermaylaw.com>; Weiss, Gregory <GWeiss@taftlaw.com>; Howard Foster <hfoster@fosterpc.com>
**Subject:** RE: Meet and Confer: Compliance with Local Rules, CM/ECF Procedures, and Electronic Service

[Quoted text hidden]

---

**Cory, James** <JCory@taftlaw.com>      Tue, Feb 17, 2026 at 8:24 AM
To: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>
Cc: "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>

The Local Rules provide that discovery may be served via email / electronic means. In an effort to avoid unnecessary delays/issues, can you confirm that you consent to email service and will no longer take issue with discovery served this way?

James

[Quoted text hidden]