**EXHIBIT G**

## RE: DEFCAD discovery responses
5 messages

**Gary De Pury** <Gary@depury.com>  Thu, Feb 26, 2026 at 10:12 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zermaylaw@gmail.com>, "larosieremm@gmail.com" <larosieremm@gmail.com>

I have hearings and consultations until four. After four I can be available.

Sincerely,
Gary C. De Pury, Esq.
Law Offices of Gary De Pury, P.A.
Attorney at Law
Lic. Real Estate Broker
US Army Counterintelligence (Ret.)
Personal Injury - Real Estate - Family Law
21035 Leonard Road, Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

Confidentiality Notice:
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

FDCPA NOTICE:
THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

-----Original Message-----
From: Howard Foster <hfoster@fosterpc.com>
Sent: Thursday, February 26, 2026 7:23 AM
To: Gary De Pury <Gary@DePury.com>
Subject: DEFCAD discovery responses

Mr. DePury, are you available to meet and confer today ?
HF

---

**Howard Foster** <hfoster@fosterpc.com>  Thu, Feb 26, 2026 at 10:42 AM
To: Gary De Pury <gary@depury.com>
Cc: Zachary Zermay <zermaylaw@gmail.com>, "larosieremm@gmail.com" <larosieremm@gmail.com>

I'll call you at 4:00 et.
HF

> On Feb 26, 2026, at 9:12 AM, Gary De Pury <gary@depury.com> wrote:
>

> I have hearings and consultations until four. After four I can be available.
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Thu, Feb 26, 2026 at 10:43 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zermaylaw@gmail.com>, "larosieremm@gmail.com" <larosieremm@gmail.com>

Are my fellow counselors also available.

What is the topic of discussion?


Sincerely,
Gary C. De Pury, Esq.
Law Offices of Gary De Pury, P.A.
Attorney at Law
Lic. Real Estate Broker
US Army Counterintelligence (Ret.)
Personal Injury – Real Estate – Family Law
[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>  Thu, Feb 26, 2026 at 10:50 AM
To: Gary De Pury <gary@depury.com>
Cc: Zachary Zermay <zermaylaw@gmail.com>, "larosieremm@gmail.com" <larosieremm@gmail.com>

I don't need your co-counsel.   The topic is your failure to answer our discovery requests for your client, all served on you more than 30 days ago.
HF

> On Feb 26, 2026, at 9:43 AM, Gary De Pury <gary@depury.com> wrote:
>
> Are my fellow counselors also available.
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Thu, Feb 26, 2026 at 4:15 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zermaylaw@gmail.com>, "larosieremm@gmail.com" <larosieremm@gmail.com>

Mr. Foster,

It is 4:15. I am standing by but only set aside 20 minutes for your call.

Please advise.
[Quoted text hidden]