UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

-against-

JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually,
      Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Brendan Everman of the law firm Pryor Cashman LLP makes an appearance as counsel for plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc.

Dated:  March 3, 2026      Respectfully submitted,

      **PRYOR CASHMAN LLP**
      *Attorney for Plaintiffs*
      255 Alhambra Circle, 8th Floor
      Miami, Florida 33134
      Telephone No: (786) 582-3007

      By: /s/ *Brendan Everman*
      Brendan S. Everman
      Florida Bar No. 68702
      beverman@pryorcashman.com
      ksuarez@pryorcashman.com