UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
et al.,

    Plaintiffs,

v.

JOHN ELIK, et al.,

    Defendants.
_____/

### ORDER APPROVING PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL

**THIS CAUSE** comes before the Court upon Plaintiffs Defense Distributed, DD Foundation, LLC and DEFCAD, Inc.'s Stipulation of Substitution of Counsel (DE 62), filed March 2, 2026. The Notice states that Plaintiffs stipulate and agree to substitute Pryor Cashman LLP in place of the current law firm of Taft Stettinius & Hollister LLP. Having considered the Notice, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiffs' Notice of Substitution of Counsel (DE 62) is **APPROVED**.

2. The law firm of Taft Stettinius & Hollister LLP shall no longer have any responsibility for this matter.

3. Pryor Cashman LLP shall be substituted as counsel of record for Plaintiffs Defense Distributed, DD Foundation, LLC and DEFCAD, Inc.

4. *The Parties are advised that this substitution of counsel shall not affect pending litigation deadlines in this matter.*

**SIGNED** in Chambers at West Palm Beach, Florida this ___ day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record