UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

JOHN LETTMAN; and ZACKARY CLARK

*Defendants*.

_____/

## DECLARATION OF ZACKARY CLARK

1) I am Zackary Clark, a resident of South Carolina and a named Defendant in this action. I am over 18 years of age and am competent to make this declaration. If called upon to testify, I could and would competently do so.

2) I am not, and never have been, an employee or contractor of any party to this action.

3) I am not, and never have been, an employee or contractor of MAF Corp.

4) I do not conduct any business in Florida.

5) I do not own property or have any employment outside of my home state of South Carolina.

1


6) I found the "FEDCAD meme" on Plaintiff's Defcad.com website. The below image is an accurate representation of how I saw the meme on their website.



7) Plaintiffs' Defcad.com website posting of the meme was the first result when I performed a google search for "Fedcad meme."

8) I copied the meme from Plaintiffs' website and posted it to Twitter.

9) I did not discuss posting the meme with anyone before I posted it.

10) I viewed the claims in the meme to be credible because Plaintiffs had posted the meme to their own website without any commentary to the contrary.

11) I posted the meme of my own volition because I do not agree with Plaintiff's business practices, and because I do not like Plaintiffs' principal, Cody Rutledge Wilson.

12) I did not post the meme for any other reason.

I declare under penalty of perjury that the foregoing is true. Executed this 9th day of March, 2026, in Simpsonville, South Carolina.

_____

Zackary Clark