**EXHIBIT A - NOTICE OF TAKING DEPOSITION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

    Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually,

    Defendants.

_____/

**NOTICE OF TAKING DEPOSITION**

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| Name: | Date and Time: | Location: |
|---|---|---|
| John Elik | March 3, 2026<br>10:00 a.m. | Zoom Videoconference<br>(Details to be provided) |

upon oral examination pursuant to the Federal Rules of Civil Procedure, before **Esquire Deposition Solutions, LLC**, a Notary Public, or some officer duly authorized by law to take depositions. The oral examination will continue from day to day until completed. The deposition is being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of the Court.

Dated: January 28, 2026.

                    TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By: _s/ GREGORY S. WEISS_
    GREGORY S. WEISS
    Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel on the Service List below, via email transmission, on January 28, 2026.

                                   *s/* GREGORY S. WEISS
                                        GREGORY S. WEISS, ESQ.
                                        Florida Bar No. 163430

**SERVICE LIST**:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,
John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*