

**EXHIBIT B - FEBRUARY 25 EMAIL CHAIN**

## Defense Distributed, Inc., et al. v. John Elik, et al. (1:25-cv-22786)

2 messages

---

**Symons, Patrice** <PSymons@taftlaw.com>  Wed, Feb 25, 2026 at 8:35 AM
To: "Gary C. De Pury, Esq." <Gary@depury.com>, Geraldine - Zermay's Secondary <info@zermaylaw.com>, "Matthew Larosiere, Esq." <Larosieremm@gmail.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>
Cc: "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>, "Cory, James" <JCory@taftlaw.com>

Good morning, Counsel.

Plaintiff's expert witness, Jason Tyra, is available for deposition on March 3, 2026. Mr. Elik's deposition can be rescheduled to another date.

**Patrice Symons**
Paralegal
PSymons@taftlaw.com
Dir: 561.472.2409
Tel: 561.655.2250  |  Fax: 561.655.5537
CityPlace Tower 525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401

**Taft Bio**
**taftlaw.com**

**Now over 1,250 attorneys strong.**

Taft has expanded its service offerings by combining with Morris, Manning & Martin (Atlanta and Washington, D.C.), Mrachek Law (Florida), and Sherman & Howard (Mountain West).  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**Matthew Larosiere** <larosieremm@gmail.com>  Sat, Feb 28, 2026 at 8:00 AM
To: "Symons, Patrice" <PSymons@taftlaw.com>
Cc: "Gary C. De Pury, Esq." <Gary@depury.com>, Geraldine - Zermay's Secondary <info@zermaylaw.com>, "Zachary Z. Zermay, Esq." <zach@zermaylaw.com>, "Weiss, Gregory" <GWeiss@taftlaw.com>, Howard Foster <hfoster@fosterpc.com>, "Cory, James" <JCory@taftlaw.com>

Thank you madam Symons,

Would you all prefer we change Mr. Elik's deposition date, or simply depose Mr. Tyra later? Either is fine with me.
[Quoted text hidden]