UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

# EXHIBIT C - DECLARATION OF JOHN ELIK

I, John Elik, declare as follows under penalty of perjury:

1) My name is John Elik. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as a Defendant in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) On March 3, 2026, I remained available and prepared to appear for my deposition at the noticed 10:00 a.m. time.

5) I am a structural design engineer and my hourly compensation is $45.67.

6) I earn 3.8 hours of time off per week.

7) In preparation for my deposition which was noticed for March 3, 2026, I used a full (8 hours) day of PTO so that my deposition could be taken.

8) I have to request use of my PTO at least 14 days in advance.

9) There is no way for my PTO to be returned or credited back to me after it is used.

10) The value of my day of PTO incurred as a result of missed deposition was $365.38.

11) I am responsible for paying the attorney's fees described in my counsel's declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ John Elik*
John Elik

Executed on March 12, 2026, in Alton, Illinois.