

## Deposition of John Elik
12 messages

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 10:05 AM
To: beverman@pryorcashman.com, ksuarez@pryorcashman.com, Howard Foster <hfoster@fosterpc.com>
Cc: "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>
Bcc: Ivan <Ivanthetroll@protonmail.com>

Counsel,

You had noticed Mr. Elik's deposition for 10:00AM today. Being it was never cancelled, we arranged accordingly.

Your notice, attached, indicated that videoconference details would be provided. It is now 10:03AM. Why have these not been provided?

Yours,
Matthew Larosiere, Esq

 **2026-01-28 N-Taking Depo John Elik (3-03-2026).pdf**
136K

---

**Howard Foster** <hfoster@fosterpc.com>  Tue, Mar 3, 2026 at 10:17 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

We previously told you all scheduled depositions will need to be continued because if your failure to produce documents, except for Holladay, which will proceed.
HF

> On Mar 3, 2026, at 9:05 AM, Matthew Larosiere <larosieremm@gmail.com> wrote:
>
>
[Quoted text hidden]
> <2026-01-28 N-Taking Depo John Elik (3-03-2026).pdf>

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 10:19 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>
Bcc: Ivan <Ivanthetroll@protonmail.com>

Howard,

Do you have a copy of that communication? I do not. In fact, I have an email from Taft's office from last week which presumed Mr. Elik's deposition was still on schedule.

Please advise.
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 11:13 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>
Bcc: Ivan <Ivanthetroll@protonmail.com>

Counsel,

Having reviewed my emails, I see no such communication. The last communication from your side on the subject was sent on February 25, a communication you were included on, 6 days ago, where Madam Symons offered to reschedule Mr. Elik's deposition today if we wanted to take Mr. Tyra's deposition that day. I replied asking for Plaintiff's position, and was not responded to.

Following that, Mr. Foster, you sent an email explicitly indicating Mr. Tyra's deposition would not be taken.

Unless you have something I have missed, we were still required to be prepared to have Mr. Elik's deposition taken today.

Being you have failed to provide the link or otherwise take the deposition you notices, will you be willing to reimburse our reasonable expenses incurred in preparing today? If not, please provide some dates of availability for a discussion about a motion for recovery of such.

Given previous issues we have had with Mr. Foster's representations of the contents of such conferences, I would strongly prefer that at least one of my co-counsel, and at least one of Plaintiff's local counsel, be present on the call.

Yours,
Matt
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Tue, Mar 3, 2026 at 11:30 AM
To: Matthew Larosiere <larosieremm@gmail.com>, Howard Foster <hfoster@fosterpc.com>
Cc: "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

Gentlemen,

Please forward all relevant emails to my office.



Sincerely,

*Gary C. De Pury*, Esq.
Law Offices of Gary De Pury, P.A.
Attorney at Law

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**

This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

**FDCPA NOTICE:**

THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 12:45 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

I believe these are the relevant chains. The first one, where we were all copied, includes the offer to reschedule Mr. Elik's deposition, my reply, and the absence of response. The second one includes one of Mr. Foster's typical threats, and was sent several hours after my response to the first, indicating his understanding that there would be no deposition taken of Mr. Tyra today.

Mr. De Pury, do you think it would be more efficient if we held a joint conference on this issue, plus your forthcoming motion? I see it was discussed on a chain related to the "Depiosition of Jason Tyra". I have attached that chain as well.

[Quoted text hidden]

**3 attachments**

 **Gmail - Depiosition of Jason Tyra for March 3d and Mr. Holladay.pdf**
81K

 **Gmail - Defense Distributed, Inc., et al. v. John Elik, et al. (1_25-cv-22786).pdf**
78K

 **Gmail - RE_ Depiosition (sic) of Jason Tyra for March 3d and Mr. Holladay.pdf**
286K

---

**Gary De Pury** <Gary@depury.com>  Tue, Mar 3, 2026 at 12:47 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

That is what I proposed for Friday.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 12:49 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

May we include my request for reasonable expenses as a result of Plaintiffs' failure to attend the noticed deposition of Mr. Elik in that Friday conference?

[Quoted text hidden]

**Gary De Pury** <Gary@depury.com>  Tue, Mar 3, 2026 at 12:50 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

Respectfully, I want to limit it to a singular subject. That will prevent any confusion or misdirection to the court.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Tue, Mar 3, 2026 at 12:52 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

Understood. If you can, I would like to have you or Mr. Zermay on the conference for my request for expenses, so please follow this chain.

Mssrs Foster, Everman, and Suarez, can you provide some dates of availability?

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Wed, Mar 4, 2026 at 1:00 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

Counsel.

I am following up on my request for reasonable expenses occasioned by your failure to take Mr. Elik's deposition.

Please provide your position.
[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>  Wed, Mar 4, 2026 at 1:04 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Gary De Pury <gary@depury.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>

No
HF

> On Mar 4, 2026, at 12:01 PM, Matthew Larosiere <larosieremm@gmail.com> wrote:

[Quoted text hidden]