**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.
_____/

**PLAINTIFFS' *UNOPPOSED* MOTION TO EXTEND DEADLINE**
**TO RESPOND TO DEFENDANT ELIK'S MOTION [D.E. 72]**

Plaintiffs respectfully submit this *unopposed* motion for a four-day extension, until March 30, 2026, to respond to the Motion for Recovery of Expenses [D.E. 72] ("Motion") filed by defendant John Elik ("Elik").

1. Elik filed the Motion on March 12, 2026.

2. Plaintiffs' current deadline to respond to the Motion is March 26, 2026.

3. Due to pre-planned travel and conflicting deadlines in other matters, Plaintiffs' counsel respectfully request a four-day extension, until March 30, 2025, to respond to the Motion.

4. This Motion is not being interposed for purposes of delay, and Elik will not be unduly prejudiced.  In fact, Elik does not oppose the relief requested in this Motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant a four-day extension, until March 30, 2026, for Plaintiffs to respond to the Motion.

<u>**CERTIFICATE OF GOOD FAITH CONFERRAL**</u>

The undersigned counsel certifies that the parties have conferred in good faith and that Elik's counsel has agreed to the requested extension.

Dated:  March 25, 2026

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: <u>/s/ *Brendan Everman*</u>
Brendan S. Everman
Florida Bar No. 68702
beverman@pryorcashman.com
ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: <u>*/s/ Howard Foster*</u>
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*