**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
 et al.,

     Plaintiffs,

v.

JOHN ELIK, et al.,

     Defendants.

_____/

## ORDER REFERRING DISCOVERY MOTIONS

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern

District of Florida, all discovery motions in this matter, including Defendants recently filed Motion

for Protective Order (DE 74), and all future discovery motions, are hereby referred to United States

Magistrate Judge William Matthewman for resolution.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 25th day of March, 2026.

_____
Donald M. Middlebrooks
United States District Judge