UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et. al.,

*Plaintiffs*,

v.

JOHN ELIK; et. al.,

*Defendants.*

_____/

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants submit this Notice of Supplemental Authority in support of dismissal of Plaintiffs' civil RICO claim. (Doc. 56 at 5–8).

*In Center for Immigration Studies v. Cohen*, 410 F. Supp. 3d 183 (D.D.C. 2019), *aff'd*, 806 F. App'x 7 (D.C. Cir. 2020), *cert denied*, 141 S. Ct. 244 (2020), the court dismissed a materially identical RICO theory built on allegedly false internet publications said to have financially injured the plaintiff, holding it failed to plead wire fraud, and failed to plead a pattern of racketeering activity. *Id.* at 191 ("Second, plaintiff has clearly tried to shoehorn a defamation claim into the RICO framework. But the D.C. Circuit has observed that a plaintiff 'complaining about a defamatory statement cannot end-run the requirements for a defamation claim' by pleading it as a RICO violation.") (collecting cases).

Notably, Plaintiffs' counsel Howard Foster represented the plaintiff in *Cohen*, and was the sole signatory on the *Cohen* cert petition, yet Plaintiffs'

1

Response—while faulting Defendants for supposedly citing no circuit authority

and insisting *Hartman* forecloses dismissal—does not identify or address that

materially similar authority he himself litigated. (Doc. 70 at 5–7).


Respectfully submitted,
DATED:  March 29, 2026


| /s/ Gary C. De Pury | /s/Matthew Larosiere | /s/ Zachary Z. Zermay |
|---|---|---|
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No: 126588 | Fla. Bar. No. 1005581 | Fla. Bar № 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | *Zermay Law, P.A.* |
| 21035 Leonard Road | 6964 Houlton Circle | 1200 Fourth Street, #1102 |
| Lutz, Florida 33558 | Lake Worth, FL 33467 | Key West, FL 33040 |
| Tel: (813) 607-6404 | Email: | Email: |
| Email: Gary@DePury.com | Larosieremm@gmail.com | zach@zermaylaw.com |
| *Lead Counsel for Alex Holladay.* | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
|  | *Lead Counsel for Elik, Stroke, Lettman, and Clark.* | *Lead Counsel for Matthew Larosiere.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 29th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581