UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a
Texas limited liability company; and,
DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

### NOTICE OF WITHDRAWAL OF DEFENDANTS (Doc. 74) MOTION FOR A PROTECTIVE ORDER AND TO QUASH

Defendants Matthew Larosiere, John Elik, John Lettman, Josh Kiel Stroke, and Alexander Holladay (the "Moving Defendants"), by and through undersigned counsel, hereby give notice that Plaintiffs have withdrawn the subpoena at issue in (Doc. 74), and indicated that they will not serve it. As such, Defendants' (Doc. 74) motion is withdrawn as moot.

Respectfully submitted,
DATED:  March 30, 2026

1

*/s/ Gary C. De Pury*
Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De
Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alex
Holladay.*

*/s/Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of
Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email:
Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Elik,
Stroke, Lettman, and
Clark.*

*/s/ Zachary Z.
Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street,
#1102
Key West, FL 33040
Email:
zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for
Matthew Larosiere.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 30th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581

3