**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

       Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
              Defendants.
_____/

**DECLARATION OF HOWARD FOSTER IN OPPOSITION TO JOHN ELIK'S**
**MOTION FOR RECOVERY OF REASONABLE EXPENSES [D.E. 72]**

I, Howard Foster, state the facts below based upon my personal knowledge.

1.　　On February 26, 2026, I had a meet-and-confer call with opposing counsel Zachary Zermay about discovery issues pertaining to his client Matthew Larosiere, a defendant in this case. During the call I told Zermay I was cancelling all depositions except for Alexander Holladay because document production was incomplete. He did not object to this.

2.　　Also, on February 26th, I asked Patrice Symons, a paralegal for attorney Gregory Weiss, who was my co-counsel, to cancel the court reporter for the Elik deposition. I intended for Ms. Symons to also inform opposing counsel the deposition would not proceed. Attached as **Exhibit A** is a copy of our correspondence.

3.      I received an email from Mr. Larosiere inquiring about the Elik deposition at 10:05 a.m. EST (9:05 a.m. CST).  Twelve minutes later, I advised Mr. Larosiere via email that the deposition had been continued.  Attached as **Exhibit B** is a copy of our correspondence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 30, 2026.

*/s/ Howard Foster*
Howard Foster