# EXHIBIT A

**From:** Symons, Patrice <PSymons@taftlaw.com>
**Date:** Thursday, February 26, 2026 at 2:06 PM
**To:** Howard Foster <hfoster@fosterpc.com>
**Cc:** Cody Wilson <crw@defcad.com>, Weiss, Gregory <GWeiss@taftlaw.com>, Cory, James <JCory@taftlaw.com>
**Subject:** RE: Defense Distributed, Inc. - March 3, 2026 Deposition of John Elik

All court reporters have been cancelled, Mr. Foster.  Thank you.

---

**From:** Howard Foster <hfoster@fosterpc.com>
**Sent:** Thursday, February 26, 2026 2:22 PM
**To:** Symons, Patrice <PSymons@taftlaw.com>
**Cc:** Cody Wilson <crw@defcad.com>; Weiss, Gregory <GWeiss@taftlaw.com>; Cory, James <JCory@taftlaw.com>
**Subject:** Re: Defense Distributed, Inc. - March 3, 2026 Deposition of John Elik

Please cancel all court reporters.
HF

> On Feb 26, 2026, at 1:12 PM, Symons, Patrice <PSymons@taftlaw.com> wrote:
>
> Good afternoon, Mr. Foster.
>
> Just a reminder that Mr. Elik's deposition is scheduled for March 4, 2026.  At your direction, I had emailed opposing counsel and offered that date for Mr. Tyra's deposition instead.  We have received no response from them.  The court reporter is still reserved for Mr. Elik's deposition, and if it will not be going forward we would like to cancel that job, so that the clients are not charged a cancellation fee.
>
> Please advise if you would like us to serve a Notice of Cancellation of Mr. Elik's deposition and cancel the court reporter.
>
> I kook forward to hearing back from you.

1

**From:** Howard Foster <hfoster@fosterpc.com>
**Sent:** Tuesday, February 24, 2026 6:27 PM
**To:** Symons, Patrice <PSymons@taftlaw.com>
**Cc:** Weiss, Gregory <GWeiss@taftlaw.com>; Cory, James <JCory@taftlaw.com>
**Subject:** Re: Defense Distributed, Inc. v. John Elik, et al.

March 3.   Elik will not go forward that day.
HF

On Feb 24, 2026, at 4:54 PM, Symons, Patrice <PSymons@taftlaw.com> wrote:

Mr. Foster, we need to provide Mr. Tyra's available deposition dates to opposing counsel ASAP.
Are his dates below good for your schedule (except for March 3rd, which is the date for John Elik's deposition).
Please let me know and thank you.

**From:** jason.m.tyra@gmail.com <jason.m.tyra@gmail.com>
**Sent:** Monday, February 23, 2026 12:21 PM
**To:** Symons, Patrice <PSymons@taftlaw.com>
**Cc:** Weiss, Gregory <GWeiss@taftlaw.com>; 'Howard Foster' <hfoster@fosterpc.com>; Cory, James <JCory@taftlaw.com>
**Subject:** RE: Defense Distributed, Inc. v. John Elik, et al.

I am free on March 3rd, the morning of the 4th, or anytime the weeks of the 9th and 16th.

Regards,
Jason M. Tyra

**From:** Symons, Patrice <PSymons@taftlaw.com>
**Sent:** Monday, February 23, 2026 09:00
**To:** Jason M. Tyra <jason.m.tyra@gmail.com>
**Cc:** Weiss, Gregory <GWeiss@taftlaw.com>; Howard Foster <hfoster@fosterpc.com>; Cory, James <JCory@taftlaw.com>
**Subject:** Defense Distributed, Inc. v. John Elik, et al.
**Importance:** High

Good morning, Mr. Tyra.

We are required to provide defense counsel with your availability to appear for deposition, which must occur no later than March 23, 2026.  Please provide us with several available dates, so we may coordinate the same with opposing counsel.

Thank you for your time, and I look forward to hearing back from you.

 **Patrice Symons**
Paralegal
PSymons@taftlaw.com
Dir: 561.472.2409
Tel: 561.655.2250   |   Fax: 561.655.5537
CityPlace Tower 525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401

**Taft Bio**
**taftlaw.com**

**Now over 1,250 attorneys strong.**

Taft has expanded its service offerings by combining with Morris, Manning & Martin and Washington, D.C.), Mrachek Law (Florida), and Sherman & Howard (Mountain West).  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.