# EXHIBIT B

**From:** Howard Foster <hfoster@fosterpc.com>
**Sent:** Tuesday, March 3, 2026 10:17 AM
**To:** Matthew Larosiere
**Cc:** Everman, Brendan; Suarez, Kandice; Zachary Z. Zermay; Gary De Pury
**Subject:** Re: Deposition of John Elik

We previously told you all scheduled depositions will need to be continued because if your failure to produce documents, except for Holladay, which will proceed.
HF

> On Mar 3, 2026, at 9:05 AM, Matthew Larosiere <larosieremm@gmail.com> wrote:
>
>
> Counsel,
>
> You had noticed Mr. Elik's deposition for 10:00AM today. Being it was never cancelled, we arranged accordingly.
>
> Your notice, attached, indicated that videoconference details would be provided. It is now 10:03AM. Why have these not been provided?
>
> Yours,
> Matthew Larosiere, Esq
> <2026-01-28 N-Taking Depo John Elik (3-03-2026).pdf>

1