UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a
Texas limited liability company; and,
DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## **DECLARATION OF ZACHARY Z ZERMAY**

I, Zachary Z. Zermay, declare as follows under penalty of perjury:

1) My name is Zachary Zermay. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant Matthew Larosiere in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I have reviewed Mr. Foster's response to Defendant Elik's motion at (Doc. 81), as well as his affidavit and exhibits at (Doc. 82).

1

5) I have reviewed my emails and case file, and I found no record of Mr. Foster cancelling the deposition of Mr. Elik.

6) I further have no recollection of Mr. Foster ever telling me Mr. Elik's, or anyone else's deposition was cancelled.

7) If Mr. Foster had made such a communication to me, such would have stood out in my memory.

8) In any event, I do not represent Mr. Elik.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.

Executed on April 1, 2026, in Key West, FL.