**EXHIBIT A - COMMUNICATIONS CONCERNING TYRA DEPOSITION**

---

## 9:25-cv-81197-DMM Defense Distributed et al v. Elik et al: Deposition of Jason Tyra

20 messages

---

**Zachary Zermay** <zach@zermaylaw.com>                              Thu, Mar 26, 2026 at 4:59 PM
To: Howard Foster <hfoster@fosterpc.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips
<info@zermaylaw.com>

Good afternoon,

Could you please provide dates for Defendant Larosiere to depose your expert witness Jason Tyra? Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com|
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



---

**Howard Foster** <hfoster@fosterpc.com>                              Thu, Mar 26, 2026 at 5:02 PM
To: Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips
<info@zermaylaw.com>

Mr. Zermay, Plaintiffs' made Mr. Tyra available for 30 days following the disclosure of his report.
You failed to depose him during that time, which is what the scheduling order provides.

Howard Foster

Get Outlook for Mac

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                              Thu, Mar 26, 2026 at 5:04 PM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan"
<beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

I also want to depose him and I will re-read the order, but I only saw one very brief window where you made him available. Please
resend any communications where you made him available at any time for that 30 day purpose as you stated.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

*FDCPA NOTICE:*

*THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.*

[Quoted text hidden]

---

**Zachary Zermay** <zach@zermaylaw.com>                    Thu, Mar 26, 2026 at 5:21 PM
To: Howard Foster <hfoster@fosterpc.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Gary De Pury <gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Good afternoon,

Since you are refusing to produce your own expert for a deposition, can you provide dates when you are available to confer regarding Defendants' joint motion to compel and for sanctions? Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W **zermaylaw.com** | E **zach@zermaylaw.com** |

A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145



[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Mar 26, 2026 at 5:24 PM
To: Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Gary De Pury <gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

## Please read the order and indicate why you violated it.

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                    Thu, Mar 26, 2026 at 5:27 PM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Howard,

Please don't ignore my emails.  When did you make him available for 30 days?  Please send the communication.

(2nd request)

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Mar 26, 2026 at 5:28 PM
To: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

## Gary, have you read the order?

Get Outlook for Mac

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                    Thu, Mar 26, 2026 at 5:29 PM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

3RD REQUEST

Send the communication!

[Quoted text hidden]

---

**Zachary Zermay** <zach@zermaylaw.com>                    Thu, Mar 26, 2026 at 5:33 PM
To: Howard Foster <hfoster@fosterpc.com>, "Everman, Brendan" <beverman@pryorcashman.com>

Cc: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <gary@depury.com>, Geraldine Phillips <info@zermaylaw.com>

Good afternoon Howard,

I apologize if I was unclear when I wrote:

> Since you are refusing to produce your own expert for a deposition, can you provide dates when you are available to confer regarding Defendants' joint motion to compel and for sanctions? Thanks.

To clarify, I meant to ask if you are available to confer telephonically on 3/27/2026 between 4:00 PM CST and 5:00 PM CST or 3/27/2026 between 3:00 CST and 5:00 CST regarding Defendants' joint motion to compel the deposition of your clients' expert witness Jason Tyra and for sanctions? Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

### Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Mar 26, 2026 at 5:44 PM
To: Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <gary@depury.com>, Geraldine Phillips <info@zermaylaw.com>

GENTLEMEN: PLEASE SEE THE EXCEPPT BELOW FROM THE SCHEDULING ORDER ON EXPERTS. WHY DID YOU NOT DEPOSE OUR EXPERT WITHIN 30 DAYS, Which expired on the 19th? I'm sure the judge will want to know this as well. Gary, if and when you actually read the except below, you will note it does not require us to give you dates. But we did anyway ,March 3d, on the day we issued his report. When you respond to my reasonable question as to why you disregarded the order, I'll consider how to deal with your demand for a verbal meet and confer.

Plaintiff(s) shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Plaintiff(s) shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30-day period following this disclosure, Plaintiff(s) shall make their experts available for deposition by Defendant(s). The experts' deposition may be conducted without further Court order.
Defendant(s) shall provide opposing counsel with a
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                    Thu, Mar 26, 2026 at 5:46 PM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Mr. Foster, Not only are you reading it wrong, but you did not make him available.

Mr. Zermay, I am available at that date and time for a conference.

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Thu, Mar 26, 2026 at 5:48 PM
To: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan"
<beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Gary, how am I "reading it wrong?"

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                          Thu, Mar 26, 2026 at 5:51 PM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan"
<beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Mr. Foster,

I made my demand.  You are purposely ignoring my simple request because you know you did NOT make the expert available.

My participation in this conversation is over.  I am also filing the other motion for sanctions that I had reserved based on your actions.

Good day sir!

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                          Tue, Mar 31, 2026 at 11:42 AM
To: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, "Everman, Brendan"
<beverman@pryorcashman.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Howard,

I asked you multiple times to produce the communication where you offered your expert witness and you ignored all requests.

Mr. Zermay and I both asked you to meet and confer, and you ignored that request.

Therefore I am accepting your refusal to produce and your refusal to respond as an refusal to meet and confer and we will be filing a joint motion to compel deposition and to show cause.

Thank-you.

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                    Tue, Mar 31, 2026 at 11:45 AM
To: Gary De Pury <gary@depury.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>, Matthew Larosiere
<larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Gary, on February 26th Greg Weiss' paralegal sent all counsel an email offering the date of March 3d to depose our
expert.   None of you responded.   Check your emails.
HF

    On Mar 31, 2026, at 10:42 AM, Gary De Pury <gary@depury.com> wrote:

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                                   Tue, Mar 31, 2026 at 11:46 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>, Matthew Larosiere
<larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

I added that into my draft.

That is NOT a proper tender and you were aware of the impossibility of that date.

You can explain it to the court.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                         Tue, Mar 31, 2026 at 12:01 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, Brendan Everman
<BEverman@pryorcashman.com>, Geraldine Phillips <info@zermaylaw.com>

Howard, you should also be acutely aware that I did respond to that email, which included you, and you ignored it.

We will be filing our motion today.
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                                   Thu, Apr 2, 2026 at 3:19 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>, Matthew Larosiere
<larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Howard,

In light of today's performance, I would once again ask if you are still refusing to meet and confer re-think whether offering one very short time period to depose your alleged expert is going to please the court.  Also I would remind you that you have been offered many opportunities to meet, and have outright refused.

I am baffled by your actions, but wanted to extend one more opportunity to you to meet and confer.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

*FDCPA NOTICE:*

*THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.*

---

**From:** Howard Foster <hfoster@fosterpc.com>
**Sent:** Tuesday, March 31, 2026 11:46 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                               Thu, Apr 2, 2026 at 3:27 PM
To: Gary De Pury <Gary@depury.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Zachary Zermay <zach@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>, Geraldine Phillips <info@zermaylaw.com>

Alternatively, of course, you could offer dates of availability for Mr. Tyra.
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>                               Thu, Apr 2, 2026 at 6:27 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>, Geraldine Phillips <info@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>

Gentlemen,

After consulting with fellow counsel, we feel that the most efficient way to move forward is to file the motion.  I am going to change it slightly to add that despite initial refusal to meet and confer, counsel did confer and are not in agreement and that as we understand it, plaintiff Wilson is still refusing to allow a deposition of his "expert."

Having reviewed other evidence in the case, I suspect I know exactly why Mr. Wilson does not want the expert deposed, but that is speculative and will not be in the final motion.

We will file tonight or tomorrow and begin asking for in person dates as soon as possible.

[Quoted text hidden]