# EXHIBIT 3

| | |
|---|---|
| **From:** | Everman, Brendan |
| **Sent:** | Friday, April 3, 2026 4:15 PM |
| **To:** | Gary De Pury; Matthew Larosiere |
| **Cc:** | Zachary Z. Zermay (Zach@ZermayLaw.com); Howard Foster; Suarez, Kandice |
| **Subject:** | RE: DEFCAD v. Elik - Discovery Meet and Confer |

Hi Gary:

I'm sorry to intrude on your family time, but today is our deadline to file a motion to compel with respect to Mr. Holladay's non-compliant discovery responses, and you intentionally disconnected the Zoom while I was asking you to confirm whether your forthcoming amended discovery responses would address the issues outlined in my email below.  Please confirm by 5:00pm that: (1) your amended discovery responses will address the issues below; or (2) you will agree to extend our deadline to file a motion to compel until Wednesday April 8.  If I don't hear from you, I will have no choice but to file a motion to compel tonight.

Brendan

**Brendan Everman**
**PRYOR CASHMAN LLP**
255 Alhambra Cir., Suite 800 | Miami, FL 33134
Direct: 786-582-3007 | Cell: 305-851-1472
beverman@pryorcashman.com

---

**From:** Gary De Pury <Gary@DePury.com>
**Sent:** Wednesday, April 1, 2026 9:32 PM
**To:** Everman, Brendan <BEverman@pryorcashman.com>; Matthew Larosiere <larosieremm@gmail.com>
**Cc:** Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>; Howard Foster <hfoster@fosterpc.com>; Suarez, Kandice <KSuarez@pryorcashman.com>
**Subject:** Re: DEFCAD v. Elik - Discovery Meet and Confer

Yes, I will be available.

From the phone. Sorry for the brevity

Gary De Pury

---

**From:** Everman, Brendan <BEverman@pryorcashman.com>
**Sent:** Wednesday, April 1, 2026 9:29:33 PM
**To:** Gary De Pury <Gary@DePury.com>; Matthew Larosiere <larosieremm@gmail.com>
**Cc:** Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>; Howard Foster <hfoster@fosterpc.com>; Suarez, Kandice <KSuarez@pryorcashman.com>
**Subject:** RE: DEFCAD v. Elik - Discovery Meet and Confer

Thanks, Gary.  I understand that you're consenting to extend today's deadline for plaintiffs to file a motion to compel against Mr. Holladay until Friday April 3.  As a result, we will not file a motion tonight.  Are you available to meet and confer tomorrow at 3:30pm?

1

Direct: 786-582-3007 | Cell: 305-851-1472
beverman@pryorcashman.com

---

**From:** Gary De Pury <Gary@DePury.com>
**Sent:** Wednesday, April 1, 2026 8:47 PM
**To:** Matthew Larosiere <larosieremm@gmail.com>; Everman, Brendan <BEverman@pryorcashman.com>
**Cc:** Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>; Howard Foster <hfoster@fosterpc.com>
**Subject:** RE: DEFCAD v. Elik - Discovery Meet and Confer

Brendan,

I just got back from Hernando county.  I am available tomorrow if you would like to call.  I don't have any issue with a few extra days.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**
**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**
Personal Injury – Real Estate – Family Law
21035 Leonard Road, Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

**Confidentiality Notice:**
**This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com**

*FDCPA NOTICE:*
*THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.*

_____

**Sent:** Wednesday, April 1, 2026 12:13 PM
**To:** Everman, Brendan <BEverman@pryorcashman.com>
**Cc:** Gary De Pury <Gary@DePury.com>; Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>; Howard Foster <hfoster@fosterpc.com>
**Subject:** Re: DEFCAD v. Elik - Discovery Meet and Confer

Brendan, just tried to ring you. Call back whenever.

On Mon, Mar 30, 2026, 10:41 PM Everman, Brendan <BEverman@pryorcashman.com> wrote:

Dear Counsel:

We write to meet and confer about defendants' discovery responses served on March 4, 2026 ("Responses").

**Improper boilerplate objections**

All objections must be stated with specificity.  *See* Fed. R. Civ. P. 33(b)(4); 34(b)(2)(B).  The Responses nonetheless assert nonspecific boilerplate objections to: (a) the instructions and definitions of Plaintiffs' Requests for Production ("RFPs"); and (b) various individual discovery requests.  The boilerplate objections (which include vagueness, ambiguity, relevance, proportionality, overbreadth, and burden objections) are meaningless.  *See Adelman v. Boy Scouts of Am.*, 276 F.R.D. 681, 688 (S.D. Fla. 2011) ("[J]udges in this district typically condemn boilerplate objections as legally inadequate or meaningless.").  The boilerplate objections must be withdrawn.

**Formulaic objections followed by an answer**

Rule 34(b)(2)(C) expressly requires each objection to "state whether any responsive materials are being withheld on the basis of that objection."  Fed. R. Civ. P. 34(a)(2)(C).  In violation of this rule, many of the RFP responses (and other discovery responses) assert various objections and then provide a response "subject to and without waiving these objections."  This is improper because it obscures whether any responsive documents or information are being withheld.  If responsive documents are being withheld on the basis on an objection, the response must clearly say so.  If no responsive documents are being, the objection must be withdrawn.

**Unilateral reframing of requests**

In many responses, Defendants assert objections and only agree to produce documents that meet Defendants' own unilateral and vague standards.  For example, Defendants agreed to produce certain categories of documents only to the extent they are "relevant to the allegations in this action" or respond to certain requests only as "reasonably" or "narrowly" construed by Defendants.  Defendants cannot unilaterally decide which documents are "relevant" or how the requests should be construed.  If a document is responsive, it must be produced.  Please confirm that Defendants have not withheld responsive documents or information based on their unilateral interpretation of any requests.

**Documents within admittedly proper scope**

Even where Defendants claim that a request is overbroad (including as to time, scope, or wording),

3

then do not say whether Defendants will actually collect and produce documents or information within that narrower scope. Please confirm that you have, or will, produce all documents or information within the admittedly proper scope.

## Uncertain date for completion of document production

Rule 34(b)(2)(B) requires a responding party to identify the date when document production will be completed.  Additionally, Local Rule 26.1(e)(7) requires parties to serve a certificate of completion when all documents are produced.  Please confirm that all documents have already been produced or provide a date certain when all documents will be produced.

## Privilege assertions require a privilege log

Local Rule 26.1(e)(2)(D) requires parties to serve a privilege log within 14 days after serving discovery responses withholding privileged documents or information.  Although more than 14 days have passed since serving the Responses, we still have not received a privilege log.  Please provide a date certain for service of a privilege log.

I'm generally available tomorrow or Wednesday if you would like to confer on the phone.

Brendan

**Brendan Everman**
**PRYOR CASHMAN LLP**
255 Alhambra Cir., Suite 800 | Miami, FL 33134
Direct: 786-582-3007 | Cell: 305-851-1472
beverman@pryorcashman.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.