**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a Texas
limited liability company; and, DEFCAD, INC.,
a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;
and JOHN LETTMAN,

*Defendants*.

_____/

**DEFENDANT ALEXANDER HOLLADAY'S**
**CERTIFICATE OF COMPLIANCE WITH DISCOVERY OBLIGATIONS**

Defendant, ALEXANDER HOLLADAY, by and through undersigned counsel, hereby certifies as follows:

1. Defendant has conducted a reasonable and diligent search for documents, electronically stored information ("ESI"), and information responsive to Plaintiffs' First Set of Interrogatories and First Requests for Production.

2. Defendant has produced all non-privileged, responsive documents and ESI within his possession, custody, or control that were located after such reasonable search.

3. To the extent objections were asserted, such objections were made in good faith and consistent with the Federal Rules of Civil Procedure, including Rules 26 and 34.

4. Defendant further certifies that:

1

- o He is not withholding responsive materials on the basis of privilege unless expressly stated;

- o Where no documents were produced, it is because, after a reasonable search, no responsive materials were located; and

- o Any responses indicating that materials have been produced reflect that all known, non-privileged responsive materials have been provided.

5. Defendant will supplement these responses in accordance with Rule 26(e) should additional responsive information or documents become known or available.

6. This Certificate is made pursuant to Defendant's obligations under the Federal Rules of Civil Procedure and applicable law governing discovery.

Respectfully Submitted,

Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6911.
Email: Gary@DePury.com
*Counsel for Defendant Alex Holladay.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2026, I served electronically the foregoing on opposing counsel by email.

_____
Gary C. De Pury
Attorney at Law
Florida Bar No: 126588