# EXHIBIT 2

**From:** Howard Foster <hfoster@fosterpc.com>
**Date:** Saturday, January 31, 2026 at 3:15 PM
**To:** Cody Wilson <crw@defcad.com>
**Subject:** Fwd: OUR EMAIL SERVICE IS ALLOWED BY LOCAL RULE


HF

Begin forwarded message:

> **From:** Matthew Larosiere <larosieremm@gmail.com>
> **Date:** January 31, 2026 at 4:24:48 AM CST
> **To:** Howard Foster <hfoster@fosterpc.com>
> **Cc:** Geraldine Zermay's Secondary <info@zermaylaw.com>, "Zachary Z. Zermay Esq." <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>
> **Subject: Re: OUR EMAIL SERVICE IS ALLOWED BY LOCAL RULE**
>
>
> Howard,
>
> We have to follow the rules as they are written. It appears Mr. Zermay, who is registered for Southern District CM/ECF, has sent you responsive documents. As to my and Mr. Depury's clients, we have not been served with any discovery request in compliance with the rules and we have not received any communication from your, nor your co-counsel's office requesting our consent to e-mail service in writing. *See* Fed. R. Civ. P. 5(b)(2).
>
> Would you like to request our consent to e-mail service?
>
> Yours,
>
> Matt
>
> On Fri, Jan 30, 2026 at 6:56 PM Howard Foster <hfoster@fosterpc.com> wrote:

1

Mr. Zernay is registered and he was properly served.   If you did not receive the discovery via email, let me know.   I am assuming your email is working and you received it.   If you want to bring this to the judge, we will.   I don't anticipate he will side with your position. HF

On Jan 30, 2026, at 5:42 PM, Matthew Larosiere <larosieremm@gmail.com> wrote:

Howard,

Please read the entirety of the rule. Neither Mr. Depury nor I are registered with the Southern District's CM/ECF.

On Fri, Jan 30, 2026 at 6:34 PM Howard Foster <hfoster@fosterpc.com> wrote:

Counsel: apparently you are unfamiliar with Local Rule 5(e), copied below.  It permits email service of discovery papers.  THUS, YOU ALL HAVE BEEN PROPERLY SERVED WITH OUR INTERROGATORIES.  Your answers are overdue.

Service of papers required to be served pursuant to Fed. R. Civ. P. 5(a) and Fed. R. Crim. P. 39 but not filed, such as discovery requests, may be made via email to the address designated by an attorney for receipt of notices of electronic filings. (f) Inaccessibility of Clerk's Office. During the time that the Court (or the Courthouse located
Get Outlook for Mac

Have a pleasant weekend.

Howard Foster
Foster PC
Chicago, IL 60606
hfoster@fosterpc.com
312-726-1600