# EXHIBIT 4

| | |
|---|---|
| **From:** | Howard Foster <hfoster@fosterpc.com> |
| **Sent:** | Monday, March 16, 2026 2:58 PM |
| **To:** | Zachary Z. Zermay (Zach@ZermayLaw.com); Geraldine Phillips; Matthew Larosiere; Everman, Brendan |
| **Subject:** | Re: DEFCAD- Your failure to supplement discovery responses |

Zachary and Matthew: I am writing to clarify this before filing my motion for sanctions.  First, you waived the alleged signature issue by meeting and conferring with me for over an hour in late February on the production failures.  You did not raise it then.  You have had your requested 14 days to supplement.  And finally, you are refusing to supplement the Requests for Production on the sole ground the Request was "unsigned."

These are the salient points I will make to Judge Middlebrooks if you do not change your position by the end of the day today in writing in response to this email.

Howard Foster


Get Outlook for Mac

---

**From:** Howard Foster <hfoster@fosterpc.com>
**Date:** Monday, March 16, 2026 at 1:48 PM
**To:** Cody Wilson <crw@defcad.com>
**Subject:** FW: DEFCAD- Your failure to supplement discovery responses

Fyi


Get Outlook for Mac

---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Date:** Monday, March 16, 2026 at 1:39 PM
**To:** Howard Foster <hfoster@fosterpc.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Helena <Helena@depurylaw.com>
**Subject:** Re: DEFCAD- Your failure to supplement discovery responses

Mr. Foster,

This is now the fifth time you have splintered email chains on this issue, which has been discussed and repeatedly conferred about for over a month.

Each time you splinter the chain, you exclude matters that were already discussed and act as though you have no recollection of them.

1

If you had not splintered the chains, you would not have excluded the following important pieces of context:

The requests for production of which you refer were not signed.

We conferred about this packet, and told you, that despite no obligation to do so, we would provide responsive materials within 14 days. This was not an extension.

You refused this and, unburdened by authority, demanded we produce a supplement to your unsigned requests for production within 7 days, again threatening sanctions if we didn't do as you wish within 24 hours.

At that point, we invoked Rule 26(g)(2).

Because you never bothered to comply with Rule 26(g), we have no obligation to act upon these requests.

If you misrepresent this to the court, we will seek sanctions.

I note also you sent this communication on 4:09 PM on a Sunday, threatening to move to compel. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com|
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Sun, Mar 15, 2026 at 4:09 PM Howard Foster <hfoster@fosterpc.com> wrote:
Zachary in our last meet and confer on Feb. 26th concerning our discovery requests to Matthew Larosiere you agreed to revise your production as per our rephrasing of Requests 1 (the online account used, not the actual posts for each entity), 2 (deleted "firearms digital files or ..."), and supplement your production to 4, 5, 6 .  Also, you were to definitively deny 9-11, 13 and will try to get the material requested in 11 and perform a word search for 12 on the terms we discussed.

You have done nothing.  You requested 14 days to supplement.  You have now had more than that.

We need to meet and confer asap, or I'll move to compel.
Are you available tomorrow?  Please let me know your availability promptly.

Thank you,

2

Howard Foster
Foster PC
Chicago, IL 60606
hfoster@fosterpc.comge

Get Outlook for Mac

3