# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH  DIVISION**

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

       Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

       Defendants.

_____/

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT, MATTHEW LAROSIERE

Plaintiffs, Defense Distributed, DD Foundation, LLC and DEFCAD, INC., pursuant to

Fed. R. Civ. P. 34, request that Defendant, Matthew Larosiere, produce the following documents

at the office of the undersigned counsel within thirty days of service hereof:

## INSTRUCTIONS

Compliance with these requests is requested to be made in accordance with the following:

A.     Color copies shall be provided if the original or copy in your possession, custody
or control is in color.

B.     All electronic Documents shall be produced in their native format.  Please contact
the undersigned to coordinate proper production of such documents in the proper format.

1

## DEFINITIONS

1.      "Defendant" "You," or "Your" shall mean Defendant, Matthew Larosiere, including all of Defendant's past and present agents, employees, officers, directors, members, partners, representatives, attorneys, affiliates, alter egos, predecessors, successors, and any person or entity acting or purporting to act on Defendant's behalf.

2.      "Plaintiffs" or "DEFCAD" means Defense Distributed, DEFCAD, Inc., and DD Foundation, LLC, including their owners, officers, employees, agents, and representatives.

3.      "MAF Corp." or "MAF" means MAF Corp., the Florida corporation, including its agents, employees, officers, affiliates, and representatives.

4.      "The Gatalog" means the business operating at or through **www.thegatalog.com**, including all related websites, social-media accounts, entities, collaborators, monetization channels, and affiliated persons involved in the promotion, distribution, or sale of firearms-related files or products.

5.      "FEDCAD Meme" Means the graphic, slogan, image, post, or any variation thereof branding Plaintiffs as "FEDCAD," or asserting that DEFCAD was "hacked," "dumped," "doxxed," or hosted in Iran, as alleged in the Amended Complaint, including all drafts, versions, reposts, amplifications, and derivative content.

6.      "Document" shall include all documents within the ambit of how "documents" is defined in Rule 1.350(a) of the Florida Rules of Civil Procedure, and shall also include all documents falling within the ambit of the following designation:  the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of

incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blueprints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, including communications with other government bodies, computer data or printouts, concurrency analyses, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, electronic mail ("e-mail") or paper copies of e-mail, electronically stored information ("ESI"), files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, shipping, papers, slides, specifications,. speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, traffic studies, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all other papers similar to any of the foregoing. Any document containing any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition

3

shall be deemed a separate document within said definition. Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading. To the extent not clarified above, the term "document" or "documents" includes emails and other electronic communications which may or may not be reduced to hard copy in the normal course of business and which may be stored or archived on file servers, hard drives, hard or floppy diskettes, compact discs, backup tapes, or other storage media.

7.     "Communication" means any oral or written statement, e-mail, letter, correspondence, facsimile, telephonic, radio, dialog, colloquy, discussion or conversation, meetings, telegrams, telecopies, text messages, video messages, conferences, writings, letters, messages, notes, memoranda, and also means any transfer of thoughts or ideas between persons by means of documents and includes any transfer of data from one location to another by electronic or similar means.

8.     "Social Media" means any online platform allowing content creation or dissemination, including but not limited to Reddit, Twitter/X, Facebook, Discord, Telegram, forums, blogs, and websites, whether public or private.

9.     "Related to," "relating to" or "regarding" shall mean directly or indirectly, refer to, reflect, describe, pertain to, arise out of or in connection with, or in any way legally, logically, or factually be connected with the matter discussed.

10.    The words "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope hereof any responses to interrogatories, documents, or communications, which might otherwise be construed to be outside the scope hereof.

11.    "Evidencing" means having a tendency to show, prove or disprove.

12.     "This action" or "this lawsuit" refers to the above-styled case.

13.     "Person" means any natural person, corporation, partnership, proprietorship, association, organization, governmental entity, or group of natural persons.

## FIRST REQUEST FOR PRODUCTION

1.     All documents and electronically stored information reflecting or evidencing Your use, control, or operation of any online account, persona, alias, or username used to post content referencing DEFCAD, FEDCAD, The Gatalog, or MAF Corp. from January 1, 2022 to present.

2.     All documents or communications between You and any co-Defendant concerning DEFCAD, FEDCAD, The Gatalog, MAF Corp., firearms-related digital files, or online promotion of competing platforms.

3.     All documents reflecting communications between You and any third party concerning the dissemination, amplification, promotion, or coordination of content alleging that DEFCAD was "hacked" or "dumped" multiple times.

4.     All documents evidencing the creation, editing, posting, reposting, or dissemination of any content referencing DEFCAD or FEDCAD, including memes, posts, screenshots, images, captions, or links.

5.     All documents reflecting traffic-generation strategies, promotional efforts, or audience-targeting activities for The Gatalog or any related platform, including use of social media, memes, forums, or coordinated posting activity.

6.     All documents reflecting Your role, responsibilities, or participation in MAF Corp., including documents evidencing coordination among members, decision-making processes, or shared objectives relating to online activity or promotion.

7.      All documents reflecting any financial interest, revenue sharing, compensation, or other economic benefit You received or expected to receive in connection with The Gatalog, MAF Corp., or traffic diverted from DEFCAD.

8.      All documents reflecting analytics, metrics, engagement data, referral data, or performance tracking relating to content referencing DEFCAD or FEDCAD, including impressions, clicks, reposts, or audience reach.

9.      All documents reflecting knowledge, awareness, or discussion of the impact of statements concerning DEFCAD on DEFCAD's users, customers, business relationships, or reputation.

10.     All documents You intend to rely upon to support any contention that Your conduct relating to DEFCAD was independent, non-coordinated, non-commercial, or not intended to divert users to The Gatalog or any related platform.

11.     All communications from January 1, 2019 to present on *chat.deterrencedispensed.com* in which You participated, including: (a) administrator or moderator chats; (b) rooms designated for moderation, enforcement, or administration; and (c) direct messages between You and any Defendant.

12.     All communications, messages, posts, or call logs from January 1, 2019 to present on Discord servers known as: (a) "Fuddbusters v.∞" / "The Fuddbusters server"; (b) "Club+Fed" / "CTRL+Pew's server"; (c) "Humans only" (a/k/a jny's server); and (d) "FOSSCAD," that reference DEFCAD, FEDCAD, Plaintiffs, The Gatalog, MAF Corp., or any coordinated messaging, moderation, or dissemination activities.

13.     All remaining, non-deleted, or archived content from January 1, 2019 to present from any Twitter/X or Reddit account You control that references: DEFCAD, FEDCAD, Cody

6

Wilson, Plaintiffs, data breaches, hacking, or dumping. This Request includes drafts, replies, reposts, direct messages, moderation actions, and backend data to the extent retained, notwithstanding any prior deletions.

14. All remaining, non-deleted, or archived content from January 1, 2019 to present from any Gatalog/Deterrence Dispensed Rocket.Chat account You control that references: DEFCAD, FEDCAD, Cody Wilson, Plaintiffs, data breaches, hacking, or dumping. This Request includes drafts, replies, reposts, direct messages, moderation actions, and backend data to the extent retained, notwithstanding any prior deletions.

15. All non-privileged communications between You and Peter Celentano (a/k/a "Freeman1337") exchanged between January 1, 2019 and the present on Discord or Deterrence Dispensed Rocket.Chat that concern or relate to: DEFCAD; FEDCAD; allegations that DEFCAD was hacked dumped, or compromised; diversion of users or customers away from DEFCAD; the Gatalog; and/or MAF Corp.

16. All non-privileged communications between You and the user known as "Dr. Death" exchanged between January 1, 2019 and the present on Discord or Deterrence Dispensed Rocket.Chat that concern or relate to: DEFCAD; FEDCAD; allegations that DEFCAD was hacked dumped, or compromised; diversion of users or customers away from DEFCAD; the Gatalog; and/or MAF Corp.

17. All non-privileged communications between You and Clay Christensen (a/k/a "UberClay") exchanged between January 1, 2019 and the present on Discord or Deterrence Dispensed Rocket.Chat that concern or relate to: DEFCAD; FEDCAD; allegations that DEFCAD was hacked dumped, or compromised; diversion of users or customers away from DEFCAD; the Gatalog; and/or MAF Corp.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel on the attached Service List, via email transmission, on January 8, 2026.

TAFT STETTINIUS & HOLLISTER LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Tel. (561) 655-2250
Email: gweiss@taftlaw.com

By: _s/ GREGORY S. WEISS_
    GREGORY S. WEISS
    Florida Bar No. 163430

And

Howard Foster, Admitted *Pro Hac Vice*
FOSTER PC
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Tel. (312) 726-1600
Email: hfoster@fosterpc.com

*Attorneys for Plaintiffs*

8

## <u>SERVICE LIST</u>:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*