## EXHIBIT C - SECOND HALF OF CONFERRAL

---

## Meet and confer re: motion to compel on Plaintiffs' complete non-production

4 messages

---

**Everman, Brendan** <BEverman@pryorcashman.com>                    Wed, Apr 8, 2026 at 9:40 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Gary De Pury <gary@depury.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Wednesday, April 8, 2026 9:28 AM
**To:** Everman, Brendan <BEverman@pryorcashman.com>
**Cc:** Howard Foster <hfoster@fosterpc.com>; Gary De Pury <gary@depury.com>; Zachary Z. Zermay
(Zach@ZermayLaw.com) <zach@zermaylaw.com>
**Subject:** Re: Meet and confer re: motion to compel on Plaintiffs' complete non-production

Sure

On Wed, Apr 8, 2026, 9:18 AM Everman, Brendan <BEverman@pryorcashman.com> wrote:

> Matt, does 11:30 today work for you?  If so, I will circulate a dial-in.

> **Brendan Everman**

> **PRYOR CASHMAN LLP**

> 255 Alhambra Cir., Suite 800 | Miami, FL 33134

> Direct: 786-582-3007 | Cell: 305-851-1472

> beverman@pryorcashman.com

---

> **From:** Matthew Larosiere <larosieremm@gmail.com>
> **Sent:** Tuesday, April 7, 2026 6:57 PM
> **To:** Everman, Brendan <BEverman@pryorcashman.com>
> **Cc:** Howard Foster <hfoster@fosterpc.com>; Gary De Pury <gary@depury.com>; Zachary Z. Zermay
> (Zach@ZermayLaw.com) <zach@zermaylaw.com>
> **Subject:** Re: Meet and confer re: motion to compel on Plaintiffs' complete non-production

> Thanks Brendan, I'll ring you tomorrow.

On Tue, Apr 7, 2026 at 4:01 PM Everman, Brendan <BEverman@pryorcashman.com> wrote:

Matt, I'm out of the office today but am available to confer tomorrow from 10-3.

**Brendan Everman**

**PRYOR CASHMAN LLP**

255 Alhambra Cir., Suite 800 | Miami, FL 33134

Direct: 786-582-3007 | Cell: 305-851-1472

beverman@pryorcashman.com

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Tuesday, April 7, 2026 2:01 PM
**To:** Everman, Brendan <BEverman@pryorcashman.com>
**Cc:** Howard Foster <hfoster@fosterpc.com>; Gary De Pury <gary@depury.com>; Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>
**Subject:** Re: Meet and confer re: motion to compel on Plaintiffs' complete non-production

Brendan, can you take a call now?

If not, let me know when you are next available.

The premise of the complaint is loss of income to the tune of $1M. You've declined to provide any documentary evidence of this. Since it's central to your claim, it's clearly our right.

We can agree to treating them as confidential provided they are completely unredacted. Otherwise, you should have provided something, perhaps a redacted version, subject to a competent objection. You provided nothing.

I would also like to discuss the following topics:

How can communications your clients had with the individual(s) who hacked your client's websites not be relevant to this matter? See RFPs 41 and 42 to each Plaintiff.

Why did you fail to complete your search by the deadline? Conditioning the completion of your discovery obligations upon some confidentiality order that you did not insist on until now smacks of the gamesmanship the court has warned you of.

How can a request which you filed a motion to compel on be irrelevant? Your clients reposted the meme at the center of this case, it seems very unlikely that your client's posting of this meme could ever be irrelevant. See DC-RFP-17.

On Tue, Apr 7, 2026, 1:57 PM Everman, Brendan <BEverman@pryorcashman.com> wrote:

Matt:

We cannot produce highly sensitive business information, such as tax returns, without a protective order governing confidentiality.

Rule 34(b)(2)(B) does not require document production by a "date certain."  Rather, it provides that "production must ... be completed no later than . . . [a] reasonable time specified in the response."  Our responses specify a reasonable time to complete production after the Court enters a protective order.

In any event, as a compromise, we would agree to complete production in 14 days, i.e. by April 21, provided that the Court has entered a mutually acceptable protective order before that date.

With respect to the protective order, please let us know if you want to circulate a draft.  If not, we will prepare one and send it to you tomorrow when I'm back in the office.

Brendan

**Brendan Everman**

**Pryor Cashman LLP**

255 Alhambra Cir., Suite 800 | Miami, FL 33134

Direct: 786-582-3007 | Cell: 305-851-1472

beverman@pryorcashman.com

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Monday, April 6, 2026 11:01 PM
**To:** Howard Foster <hfoster@fosterpc.com>; Everman, Brendan <BEverman@pryorcashman.com>; Gary De Pury <gary@depury.com>; Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>
**Subject:** Meet and confer re: motion to compel on Plaintiffs' complete non-production

Gentlemen, you improperly conditioned your discovery responses on the Court's entry of a protective order.

As you know, you must produce documents by a date certain. 10 days after an unknown indeterminate time is not a proper response. When can we chat?

Yours,

Matt

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

📄 **invite.ics**
20K

---

**Matthew Larosiere** <larosieremm@gmail.com>                    Wed, Apr 8, 2026 at 11:30 AM
To: "Everman, Brendan" <BEverman@pryorcashman.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Gary De Pury <gary@depury.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>

Google is telling me the link is invalid?
[Quoted text hidden]

---

**Everman, Brendan** <BEverman@pryorcashman.com>                    Wed, Apr 8, 2026 at 11:32 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Gary De Pury <gary@depury.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>

There's no link.  It's a dial-in:

Dial: 888 788 0099

Meeting ID: 921 396 3619

[Quoted text hidden]
[Quoted text hidden]

---

**Everman, Brendan** <BEverman@pryorcashman.com>                    Fri, Apr 10, 2026 at 7:46 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, Gary De Pury <gary@depury.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Geraldine Phillips <info@zermaylaw.com>

Matt:

This email summarizes our discussions during our two lengthy meet-and-confer phone calls (on April 8 and 9) regarding plaintiffs' responses to Elik's document requests:

- Plaintiffs have *not* conditioned their search for responsive documents on the entry of a protective order.  Plaintiff began searching for and collecting responsive documents before serving the responses on April 6, and the search/collection remains ongoing.

- Plaintiffs will produce responsive documents as soon as possible.  Plaintiffs expect to complete their document production by April 21.

- Plaintiffs will confirm that they do not possess documents responsive to RFP Nos. 5, 50.

- Plaintiffs will withdraw all "harassment" objections. *See, e.g.*, RFP Nos. 19, 26.

- For RFP Nos. 34-36, plaintiffs will produce documents showing the total number of LEGIO members over time and the professed reasons that members provided for leaving LEGIO, subject to a protective order.

- Plaintiffs will withdraw their objections to RFP Nos. 41 42 and produce responsive documents relating to JG.

- Plaintiffs will withdraw their confidentiality objections to RFP Nos. 52-54(1) and produce responsive documents.

- I will discuss with my client whether Plaintiffs will withdraw their objections to RFP Nos. 44, 45, 49, 54(2)-59, 61 65.  I expect to provide plaintiffs' position on these requests early next week.

- Plaintiffs stand on their objections to RFP No. 66.

Please let me know if I missed anything.  Also, please provide comments (if any) on the proposed protective order that I circulated on April 8.

Brendan

**Brendan Everman**

**Pryor Cashman LLP**

255 Alhambra Cir., Suite 800 | Miami, FL 33134

Direct: 786-582-3007 | Cell: 305-851-1472

beverman@pryorcashman.com

[Quoted text hidden]
[Quoted text hidden]