# EXHIBIT E – EMAIL CONCERNING TERMINATION OF CONFERRAL

## Meet and confer termination

3 messages

---

**Matthew Larosiere** <larosieremm@gmail.com>                Thu, Apr 9, 2026 at 5:38 PM
To: Howard Foster <hfoster@fosterpc.com>, "Everman, Brendan" <beverman@pryorcashman.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Gentlemen,

I'm just writing to confirm that Mr. Everman and I were having a fairly healthy conference regarding Plaintiffs' discovery
responses. Mr. Foster joined the conference 30 minutes late and, when we were discussing RFP 66, terminated the
conference.

I understand there may some points of agreement to narrow issues specifically with regard to the Github materials and I
hope to hear back from Mr. Everman soon.

Yours,
Matt

---

**Everman, Brendan** <BEverman@pryorcashman.com>                Thu, Apr 9, 2026 at 5:48 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay
(Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Matt, to clarify, Howard terminated the conversation about RFP No. 66 because we're standing on our objections and
further dialogue would not be productive.  That was the last RFP, so you terminated the call.  I will send a summary of our
two-day discussions when I have a moment.

**Brendan Everman**

**PRYOR CASHMAN LLP**

255 Alhambra Cir., Suite 800 | Miami, FL 33134

Direct: 786-582-3007 | Cell: 305-851-1472

beverman@pryorcashman.com

[Quoted text hidden]

---

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of
the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of
this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email
in error, please notify us immediately by reply email and delete this message from your inbox.

---

**Matthew Larosiere** <larosieremm@gmail.com>                Thu, Apr 9, 2026 at 5:53 PM
To: "Everman, Brendan" <BEverman@pryorcashman.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary
De Pury <gary@depury.com>

Mr. Everman, I recall attempting to explain the theory of relevance over Mr. Foster's sustained interruption and refusal to
confer regarding the issue.

To put it simply, we know your clients sent personal identifying information to an anti-gun organization. For some reason, Mr. Foster thought that was irrelevant (despite his purplish complaint making that a central theory).

I regret we could not resolve this without court action.

[Quoted text hidden]