EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a
Texas limited liability company; and,
DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

**<u>DECLARATION OF ZACHARY Z ZERMAY</u>**

I, Zachary Z. Zermay, declare as follows under penalty of perjury:

1) My name is Zachary Zermay. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant Matthew Larosiere in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) In late January and early February 2026, counsel exchanged emails regarding a meet-and-confer concerning Plaintiffs' written discovery.

1

5) In those email exchanges, counsel for Plaintiffs discussed the same issues raised in the instant motion.

6) On February 5, 2026, I participated in a telephonic meet-and-confer with counsel in this matter.

7) During that same conference, I recall that we discussed that the requests for production previously transmitted by email were unsigned.

8) I have had no conferrals or communications with Mr. Foster regarding the entry of a protective order on confidentiality.

9) I cannot imagine why I would have had such a discussion, as my client has not served any requests for production on Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.

Executed on April 13, 2026, in Key West, FL.

2