**EXHIBIT B**

## Meet and confer re: motion to show cause re: fraud on the court.

14 messages

---

**Matthew Larosiere** <larosieremm@gmail.com>                                      Tue, Mar 3, 2026 at 4:23 PM
To: Howard Foster <hfoster@fosterpc.com>, "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>,
"beverman@pryorcashman.com" <beverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)"
<zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Counsel,

The discovery you emailed in January was unsigned. The blank signature page was included in the exhibits.

Will you correct your filing? If not, we intend to file a motion seeking an order to show cause as to why you
misrepresented the conferral record, despite the attachment literally showing the unsigned request. (Doc. 63-9 at 2).

I'll also note that you are continuing to represent to the court that I, as counsel, am somehow responsible for De Pury's
client, Mr. Holladay. I'm curious why you are doing that.

Anyway, please let me know your position within a reasonable time frame.

---

**Howard Foster** <hfoster@fosterpc.com>                                           Tue, Mar 3, 2026 at 4:26 PM
To: Matthew Larosiere <larosieremm@gmail.com>, "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>,
"beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)"
<zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Please email it to me.  The ones I saw were electronically signed.

Get Outlook for Mac

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                      Tue, Mar 3, 2026 at 4:37 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com"
<BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury
<gary@depury.com>

Howard,

I have attached some of the unsigned discovery requests, which you were copied on the email of.

I'm concerned that you did not check the copies that were actually emailed before you took that quite aggressive position
in your motion.

Please advise whether and how you will correct the fraud on the court in your recent filing.

Matt

[Quoted text hidden]

📎 **Unsigned Requests (1).zip**
685K

---

**Matthew Larosiere** <larosieremm@gmail.com>                                      Tue, Mar 3, 2026 at 4:45 PM
To: Howard Foster <hfoster@fosterpc.com>

Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Foster just emailed me on another chain for some reason taking the position that he sees no correction because he didn't see the unsigned requests on the docket. However, the blank signature page was submitted. (Doc. 63-9 at 2).

Furthermore, the issue is your misrepresentation that my issue was as to electronic signatures, where I have just provided to you, again, examples of the unsigned requests, which are completely devoid of signature. Thus, the representation that the requests were signed and that I am simply quibbling with electronic signatures is a fraud on the court.

I ask once more, and Mr. Foster please to not attempt to splinter the record again, will you correct this, or must I move for an order to show cause and attach the unsigned requests I just provided?

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                                    Tue, Mar 3, 2026 at 4:48 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Larosiere, I have brought this to Mr. Weiss' attention, as his paralegal issued the discovery. If it was an error on her part, and they were unsigned, then I will file a document with the Court and note the error. I will also note that you did not timely bring the alleged omission to my attention until yesterday.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                               Tue, Mar 3, 2026 at 4:55 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

No Howard. That is not true. We have been discussing this for over a month. You would know that if you read the filing you hastily replied to, or any of its exhibits. Why you decided the issue was electronic signature is beyond me.

Still, you were copied on the transmission by madam Symmons. You had the ability to check, and you didn't. You still haven't, it seems, because you are deflecting.

We will note this behavior for the court and intend to attach these communications.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                               Tue, Mar 3, 2026 at 5:03 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Everman, I need to hear from you too. You signed the pleading containing the frauds upon the court.

Thanks

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                                    Tue, Mar 3, 2026 at 5:07 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Matthew, until Mr. Weiss confirms in writing that the discovery requests at issue were unsigned, I have no reason to believe there was fraud on the court.   When I receive his response, I'll notify you.

HF

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                     Tue, Mar 3, 2026 at 5:11 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Howard, are you refusing to go to your email and look for the January 8 transmission that you were copied on? I'm not sure how Mr. Weiss can absolve you of that.

Should I understand that to mean you never actually looked at the requests that were emailed to us?

I must ask, then, how you supported the allegations in your present filing.

Mr. Everman, this goes for you too.

I will forward both of you the email containing the transmission.

Given the tight timeframe, I view this as an emergency. I intend to file the motion tonight. Mr. Foster and Everman, please view my forwarding of the original transmission as your last clear chance to correct this without court action.
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                     Tue, Mar 3, 2026 at 7:25 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com" <BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Counsel,

Mr. Howard, for some reason, splintered the email chain again and separately sent me this email after hours:

 **Howard Foster**
to me ▾

Matthew, we are filing an amended Reply tonight noting Mr. Lettman's RFP lacked a signature block.   When did you first bring this to my attention?
HF

This is out of hand.

1) Mr. Lettman's RFPs were not the only unsigned requests.
2) Simply noting this does not cure your aggressive misrepresentation that we took issue with electronic signatures. You must correct this as well.
3) This does not explain why you filed the reply without having reviewed the documents at all.
4) It also does not explain why your reply continued to assert issues against Mr. Depury's client **where you already agreed, in a splintered email you deliberately excluded me from, that responses could be served tomorrow**.

I recommend filing a notice of errata, apologizing to the Court for filing the reply without having read the discovery which was served.

As for when this was first brought to your attention, I have now forwarded your own emails to you. I will not read our filing to you. This, and AN EXAMPLE of a blank signature page, were on the motion you hastily and fraudulently signed a reply to.

I hope after this, and our forthcoming Friday conference, this behavior will cease.

I note also your refusal to read the documents have caused multiple defense counsel to spend HOURS handling your misrepresentations rather than working on the discovery responses we have understood for months were due TOMORROW.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Wed, Mar 4, 2026 at 8:59 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com"
<BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury
<gary@depury.com>

Gentlemen,

I am following up on yesterday's issues.

I did not file anything last light because Mr. Foster indicated he would take some action.

I regret that this morning, I see nothing has happened.

If the court relies on these misrepresentations in an order, we have a much bigger issue to deal with.

Mr. Foster and Mr. Everman, at this point it is inescapable that you did not read the discovery requests at issue before making your inflammatory and false representations.

Unlike Mr. Foster, I will not simply file something saying you refused to confer without confirmation.

Please consider this your confirmation. If you will not correct the filing before the court relies upon it, please say so here. Or, Alternatively, give me your position on a motion to strike (Doc. 66).

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Wed, Mar 4, 2026 at 9:27 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com"
<BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury
<gary@depury.com>

I see you have chosen to double down on your misrepresentations.

Your amended filing does not correct your fraud on the court, nor does it remedy the myriad issues we identified in the rule 11 motion served last night.

Mr. Foster and Mr. Everman, motion practice is now inevitable. Please provide your next dates of availability to confer. I will also be taking further action independently.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Thu, Mar 5, 2026 at 7:51 AM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "ksuarez@pryorcashman.com" <KSuarez@pryorcashman.com>, "beverman@pryorcashman.com"
<BEverman@pryorcashman.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury
<gary@depury.com>

Good morning Mr. Foster and Mr. Everman,

This is my second attempt to get your availability to confer regarding your (Doc. 66) filing.

Please provide availability so I can better understand why you filed it without reading the response or your own requests.

Thanks.

[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                                         Thu, Mar 5, 2026 at 8:10 AM
To: Matthew Larosiere <larosieremm@gmail.com>

Cc: "ksuarez@pryorcashman.com" <ksuarez@pryorcashman.com>, "beverman@pryorcashman.com" <beverman@pryorcashman.com>, "Zachary Z. Zermay" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Matthew, we are not meeting any further regarding that filing.    We have no obligation to do so.    The filing is finished. HF

On Mar 5, 2026, at 6:51 AM, Matthew Larosiere <larosieremm@gmail.com> wrote:

Good morning Mr. Foster and Mr. Everman,

This is my second attempt to get your availability to confer regarding your (Doc. 66) filing.

Please provide availability so I can better understand why you filed it without reading the response or your own requests.

Thanks.

On Wed, Mar 4, 2026, 9:27 AM Matthew Larosiere <larosieremm@gmail.com> wrote:
I see you have chosen to double down on your misrepresentations.

Your amended filing does not correct your fraud on the court, nor does it remedy the myriad issues we identified in the rule 11 motion served last night.

Mr. Foster and Mr. Everman, motion practice is now inevitable. Please provide your next dates of availability to confer. I will also be taking further action independently.

On Wed, Mar 4, 2026, 8:59 AM Matthew Larosiere <larosieremm@gmail.com> wrote:
Gentlemen,

I am following up on yesterday's issues.

I did not file anything last light because Mr. Foster indicated he would take some action.

I regret that this morning, I see nothing has happened.

If the court relies on these misrepresentations in an order, we have a much bigger issue to deal with.

Mr. Foster and Mr. Everman, at this point it is inescapable that you did not read the discovery requests at issue before making your inflammatory and false representations.

Unlike Mr. Foster, I will not simply file something saying you refused to confer without confirmation.

Please consider this your confirmation. If you will not correct the filing before the court relies upon it, please say so here. Or, Alternatively, give me your position on a motion to strike (Doc. 66).

On Tue, Mar 3, 2026, 7:25 PM Matthew Larosiere <larosieremm@gmail.com> wrote:
Counsel,

Mr. Howard, for some reason, splintered the email chain again and separately sent me this email after hours:

[Quoted text hidden]
[Quoted text hidden]

**image.png**
11K