**EXHIBIT C**

---

## Email concerning confidentiality

4 messages

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Wed, Apr 8, 2026 at 2:30 PM
To: "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, "Everman, Brendan" <beverman@pryorcashman.com>, Howard Foster <hfoster@fosterpc.com>

Gentlemen,

Because you have refused to provide any responses to our requests for production absent an agreement, I agree to treat any documents you send me in response to Elik's request for production as confidential, meaning I will only share it with fellow counsel and my clients until further agreement or court order.

Mr Foster indicated he would produce responsive documents today upon this communication in writing. Please do so.

---

**Howard Foster** <hfoster@fosterpc.com>                                    Wed, Apr 8, 2026 at 2:53 PM
To: Matthew Larosiere <larosieremm@gmail.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, "Everman, Brendan" <beverman@pryorcashman.com>

Matthew, please confirm your clients will also treat the documents as confidential.  Please also give us your position on the proposed Protective Order.

We will get you documents as soon as possible.

Get Outlook for Mac

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Wed, Apr 8, 2026 at 3:00 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, "Everman, Brendan" <beverman@pryorcashman.com>

Yes my clients will treat them the same way, confidentially, not to be shared beyond my clients and counsel.

I haven't been able to review the proposed order yet unfortunately. I'm at my sister's wedding now.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Mon, Apr 13, 2026 at 2:00 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, "Everman, Brendan" <beverman@pryorcashman.com>

Hey Howard I'm replying to this email because we are on the phone and you indicated I never sent it. Thanks.

[Quoted text hidden]