## EXHIBIT D

---

## DEFCAD damages data and your deposition date

4 messages

---

**Howard Foster** <hfoster@fosterpc.com>                          Mon, Apr 13, 2026 at 2:25 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Gary De Pury
<gary@depury.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, "Everman, Brendan"
<beverman@pryorcashman.com>

Matthew, to reiterate what we have told you, Mr. Tyra's report provides his opinions on damages,
and the back up for it, namely sales data.  He also relied on our client's tax returns.  As you know,
we have agreed to produce those returns subject to a protective order.  The sooner one is entered,
the sooner you will have the returns.

Thus, we have provided the damages data you seek.

This should obviate the need for a motion.  If not, let me know why not in writing.

And, Zachary, could you please confirm May 11th for Matthew's deposition, which will be remote
and videotaped.

Thank you,
Howard Foster
Foster PC
Chicago, IL 60606
hfoster@fosterpc.com,

Get Outlook for Mac

---

**Matthew Larosiere** <larosieremm@gmail.com>                     Mon, Apr 13, 2026 at 2:30 PM
To: Howard Foster <hfoster@fosterpc.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, Geraldine Zermay's Secondary
<info@zermaylaw.com>, "Everman, Brendan" <beverman@pryorcashman.com>

Mr. Foster, as we discussed on the phone, the Tyra report does not provide calculations based on the category of
damages. There is no basis for the calculation identified, just his estimate without disclosing the numbers upon which it is
based. This is not enough under the case law.

As we already discussed over the phone, we already have a written confidentiality agreement, so you can't possibly be
waiting for anything as to disclosing to me. You also promised you would hand me those documents that very day, which
was now 5 days ago.

You took the position over the phone that your production was complete in all respects, but we have received nothing
except for the expert report and its *ipse dixit* damages assertion, which is not broken down by the category of damages
sought, as required.

Given the timing, why can't you just hand them over to me today?
[Quoted text hidden]

---

**Howard Foster** <hfoster@fosterpc.com>                          Mon, Apr 13, 2026 at 2:34 PM
To: Matthew Larosiere <larosieremm@gmail.com>

Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, Geraldine Zermay's Secondary <info@zermaylaw.com>, Brendan Everman <BEverman@pryorcashman.com>

I disagree, the assumptions and calculations are included.
HF

On Apr 13, 2026, at 1:31 PM, Matthew Larosiere <larosieremm@gmail.com> wrote:

[Quoted text hidden]