UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et. al.,

*Plaintiffs,*

v.

JOHN ELIK, et. al.,

*Defendants.*

_____/

### EXHIBIT A - DECLARATION OF ATTORNEY MATTHEW LAROSIERE

I, Matthew Larosiere, declare as follows under penalty of perjury:

1) My name is Matthew Larosiere. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant John Elik in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I was present at the telephonic conference of counsel conducted on April 8 and April 9, 2026, identified in my certificate at (Doc. 100 p. 7).

5) The first subjects I brought up in the conference were those I raised in the email exchanges, which were also attached to the (Doc. 100) motion.

1

6) Specifically, I discussed my concern that Plaintiffs' identical discovery responses all conditioned production within 10 days of a future occurrence, as well as other issues. *See* (Doc. 100-2 at 1).

7) After discussing the matter for some time, I asked Plaintiffs explicitly if they would at least serve amended responses to clarify this issue.

8) Plaintiffs counsel refused to amend their responses, taking the position that their served responses were compliant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.

Executed on April 15, 2026, in Orlando, FL.