UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## FEE DECLARATION OF ATTORNEY MATTHEW LAROSIERE IN RESPONSE TO THIS COURT'S (DOC. 98) ORDER

I, Matthew Larosiere, declare as follows under penalty of perjury:

1) My name is Matthew Larosiere. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant John Elik, Josh Stroke, John Lettman, and Zackary Clark in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I bill at $450 per hour.

5) From March 26, 2026, to April 2, 2026, I spent 1.1 hours drafting, reading, and responding to emails in an effort to confer with opposing counsel about setting Mr. Tyra's deposition.

6) I spent 1.7 hours on legal research for the (Doc. 88) motion.

7) I spent 2.2 hours drafting the (Doc. 88) motion.

8) I spent 0.2 hours filing the (Doc. 88) motion.

9) I spent 0.6 hours reading and reviewing Plaintiffs' (Doc. 93) response.

10) I spent 1.2 hours researching the authorities cited in Plaintiffs' (Doc. 93) response to prepare a reply.

11)    I spent 2.3 hours drafting the (Doc. 96) reply

12)    I spent 0.2 hours filing the (Doc. 96) reply.

13)    In total, I spent 9.5 hours on the items identified by this Court in (Doc. 98 at 3), for a total of $4,275.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.

Executed on March 16, 2026, in Orlando, FL.

2