UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a Texas
limited liability company; and, DEFCAD, INC.,
a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE; and
JOHN LETTMAN,

*Defendants*.

_____/

## **FEE DECLARATION OF ATTORNEY GARY DE PURY IN RESPONSE TO THIS COURT'S (DOC. 98) ORDER**

I, Gary De Pury, declare as follows under penalty of perjury:

1) My name is Gary De Pury. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant Alexander Holladay in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I bill at $450 per hour.

1

5) I spent 1.6 hours attempting to confer with opposing counsel about setting Mr. Tyra's deposition, including both emails and one phone conference.

6) I spent 0.4 hours on legal research for the (Doc. 88) motion.

7) I spent 0.5 hours aiding Mr. Larosiere in drafting the (Doc. 88) motion.

8) I spent 0.6 hours reading and reviewing Plaintiffs' (Doc. 93) response.

9) I spent 0.9 hours researching the authorities cited in Plaintiffs' (Doc. 93) response.

10) I spent 0.6 hours reviewing, editing, and assisting Mr. Larosiere in drafting the (Doc. 96) reply.

11) In total, I spent 4.6 hours on the items identified by this Court in (Doc. 98 at 3), for a total of $2,070.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Gary C De Pury_

Gary De Pury, Esq.

Executed on March 16, 2026, in Lutz, Pasco County, FL.

2