UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas corporation; DD FOUNDATION, LLC, a Texas limited liability company; and, DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE; ALEXANDER HOLLADAY; PETER CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## FEE DECLARATION OF ATTORNEY ZACHARY Z. ZERMAY IN RESPONSE TO THIS COURT'S (DOC. 98) ORDER

I, Zachary Z. Zermay, declare as follows under penalty of perjury:

1) My name is Zachary Z. Zermay. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as counsel for Defendant Matthew Larosiere in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I am billing my client in this matter at a rate of $590 per hour.

1

5) I spent 0.9 attempting to confer with opposing counsel about setting Mr. Tyra's deposition.

6) I spent 0.7 hours on legal research for the (Doc. 88) motion.

7) I spent 1.4 hours aiding in reading, reviewing, and editing the (Doc. 88) motion.

8) I spent 0.6 hours reading and reviewing Plaintiffs' (Doc. 93) response.

9) I spent 1.7 hours researching and reviewing the authorities and docket entries cited in Plaintiffs' (Doc. 93) response to prepare a reply.

10) I spent 1.6 hours aiding in reading, reviewing, and editing the (Doc. 96) reply

11) In total, I spent 6.9 hours on the items identified by this Court in (Doc. 98 at 3), for a total of $4,071.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/Zachary Z. Zermay*
Zachary Z. Zermay, Esq.

Executed on March 16, 2026, in Fort Myers, FL.