**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.

_____/

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO SET A**
**SEPARATE COUNTERCLAIM DISCOVERY AND TRIAL SCHEDULE**

As explained in Plaintiffs' contemporaneously filed Motion to Strike Counterclaims (Doc. 124), Defendants' sprawling Counterclaims (Doc. 116) should be stricken because they were filed outside the Court's deadline without the Court's consent and would substantially expand the scope of this litigation.[1] To avoid repetition and conserve resources, Plaintiffs incorporate by reference their Motion to Strike Counterclaims.

If the Court grants Plaintiffs' Motion to Strike Counterclaims, Defendants' Bifurcation Motion (Doc. 119) should be denied as moot. If the Court denies Plaintiffs' Motion to Strike,

_____

[1] Plaintiffs initially filed a combined Motion to Strike Counterclaims and Opposition to Defendants' Motion to Set a Separate Counterclaim Discovery and Trial Schedule ("Bifurcation Motion") (Doc. 119). *See* Doc. 121. Pursuant to the Court's order striking Plaintiffs' combined filing (*see* Doc. 123), Plaintiffs have separately refiled their Motion to Strike Counterclaims and Opposition to the Bifurcation Motion.

Plaintiffs agree that a separate discovery and trial schedule would be necessary for the Counterclaims.


Dated:  April 30, 2026                          Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: /s/ *Brendan Everman*
Brendan S. Everman
Florida Bar No. 68702
beverman@pryorcashman.com
ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: */s/ Howard Foster*
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*