AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman <br><br> *Plaintiff(s)* <br><br> v. <br><br> Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 9:25-cv-81197 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cody Rutledge Wilson
8403 Cross Park Drive Ste 3E
Austin, TX 78754

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  May 8, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman<br><br>*Plaintiff(s)*<br><br>v.<br><br>Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 9:25-cv-81197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chad Flores
917 Franklin St, Ste 600
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: May 8, 2026

_____
Angela E. Noble
Clerk of Court

*s/ K. Rivers*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman <br><br> *Plaintiff(s)* <br> v. <br> Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 9:25-cv-81197

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Gingras
4802 E. Ray Rd. No. 23-271
Phoenix, AZ 85044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  May 8, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida   ▾

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman <br><br> *Plaintiff(s)* <br><br> v. <br><br> Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 9:25-cv-81197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Odom
397 Gaitan Ln
Kingsbury, TX 78638

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  May 8, 2026

*s/ K. Rivers*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▾

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman<br><br>*Plaintiff(s)*<br><br>v.<br><br>Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 9:25-cv-81197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Federico Reynal
917 Franklin St. 6th Floor
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   May 8, 2026

_____

*s/ K. Rivers*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida  ▾

| | |
|---|---|
| John Elik, Alexander Holladay, Josh Stroke, and John Lettman<br><br><br>*Plaintiff(s)*<br>v.<br>Defense Distributed, Defcad, Inc.; DD Foundation, LLC; Cody Rutledge Wilson; Garret Walliman; Thomas Odom; Federico Reynal; Chad Flores; and David Gingras<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 9:25-cv-81197

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Garret Walliman
949 S. Bowman Rd.
Apache Junction, AZ 85119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary C. De Pury, 21035 Leonard Road, Lutz, Florida, 33558. Email: Gary@DePury.com (Counsel for Alexander Holladay)

Matthew Larosiere, 6964 Houlton Circle, Lake Worth, FL 33467. Email: Larosieremm@gmail.com (Counsel for Elik, Stroke, and Lettman).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   May 8, 2026

Angela E. Noble
Clerk of Court

s/ K. Rivers

Deputy Clerk
U.S. District Courts