Matthew Larosiere <larosieremm@gmail.com>

## Urgent Conference Regarding Rolling Production of Documents

5 messages

---

**Andino Reynal** <areynal@frlaw.us>                                   Sun, Aug 24, 2025 at 6:22 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>

Mr. Larosiere,

I am requesting your position on allowing Mr. Wilson additional time to produce documents responsive to Mr. Elik's request for production. In order to fully comply with our duties, we are searching through the entirety of Defense Distributed's ESI, including its Slack. Defense Distributed's Slack alone contains more than 1.5 million messages, 1.7 million channel messages, 200,000 attachments, and 500,000 files. I hope you can appreciate that this is not a small undertaking. We have already provided you with many thousands of pages of records and communication, and intend to produce more tomorrow.

**Our specific request is that you agree to allow us to complete the remainder of our production on a rolling basis until September 25th, 2025.** This matter is urgent because our production is due tomorrow, and **if you do not agree, we will have to seek protection from the Court.**

Sincerely yours,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

I'm using Inbox When Ready to protect my focus.

---

**Matthew Larosiere** <larosieremm@gmail.com>                          Sun, Aug 24, 2025 at 7:03 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>

Men,

I understand the predicament. Do you think we might be able to kill two birds with one stone and condition this on your providing complete responses to the interrogatories to Defense Distributed, and complete responses to the RFAs in a reasonable time?

Let me know and I'll ask for a green light.

Yours,
Matt
[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>                                 Mon, Aug 25, 2025 at 7:54 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>

Mr. Larosiere,
I understand your position is that Defense Distributed's responses to Elik's RFA and RROGs are incomplete, and we have scheduled a meet and confer on Friday to discuss your position in detail.