**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

    Plaintiffs,

  v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually

      Defendants.

_____/

**PLAINTIFF DEFCAD, INC.'S AMENDED RESPONSES TO**
**DEFENDANT JOHN ELIK'S FIRST REQUESTS FOR PRODUCTION**

Pursuant to Court Order (Doc. 115), Plaintiff Defcad, Inc. ("Respondent") serves this

amended response to the Defendant John Elik's First Set of Requests for Production of Documents

served on March 5, 2026.

**REQUEST FOR PRODUCTION NO. 1**:

Given you claim a meme substantially impacted your business in excess of $1 million,

produce all of Defcad Inc's tax returns (federal and state) from January 1, 2021 (two years before

the claims in your pleading) to present.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 1**:

After diligent search and reasonable inquiry, Respondent has been unable to locate any

documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 2**:

Given you claim a meme substantially impacted your business in excess of $1 million, produce all of Defcad Inc's quarterly balance sheets from January 1, 2021 (two years before the claims in your pleading) to present. In the event you do not create quarterly balance sheets, provide all balance sheets, at whatever intervals generated from January 1, 2021, to present.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 2**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 3**:

Produce documents sufficient to establish how much income was "shared" with Defense Distributed and DD Foundation, LLC, from January 1, 2021, to present, as you claim in your complaint.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 4**:

Produce the documents underlying the profit sharing agreement, or other revenue sharing agreement, you claim exists between the Plaintiffs.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 4**:

After diligent search and reasonable inquiry, Respondent has been unable to locate any

documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 5**:

Provide documents sufficient to establish the number of instances where you denied any of the claims made in the "fedcad meme", and the content of those documents.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 5**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 6**:

Provide documents or communications sufficient to identify all instances where you addressed the claims made in the "fedcad meme."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**:

Defcad objects to this Request as vague, ambiguous, overly broad, and unduly burdensome on the grounds that it seeks documents "identify[ing] all instances" where Defcad "addressed" the claims made in the "fedcad meme." The FEDCAD meme falsely represents that DEFCAD's database has been "hacked" and "dumped" multiple times, implying customers' identities and other personal information would be known to federal authorities and anti-gun activists who might harass them. As framed, this Request would require Defcad to review and produce all documents concerning Plaintiffs' data security practices as well as a review of all written communications between Plaintiffs and all of Plaintiffs' potential customers. Such an undertaking would be immense and disproportionate to the needs of the case given the minimal (if any) relevance of such documents and communications. Defcad further objects to this Request on the ground that it seeks

privileged communications.  Defcad is withholding documents based on these objections.

**REQUEST FOR PRODUCTION NO. 7**:

Provide documents or communications sufficient to identify all instances where you asked someone to stop posting "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 7**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 8**:

Provide documents or communications sufficient to identify a single instance where you publicly denied any of the claims made in the "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 8**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 9**:

Provide documents or communications sufficient to identify at least five separate instances where you publicly denied any of the claims made in the "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 9**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 10**:

Provide documents or communications sufficient to identify at least ten separate instances where you publicly denied any of the claims made in the "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 10**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 11**:

Provide documents or communications sufficient to identify at least five separate instances where you asked someone to delete the "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 11**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 12**:

Provide documents or communications sufficient to identify at least five separate instances where you indicated or threatened that you would take legal action concerning the "fedcad meme."

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 12**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 16**:[1]

From January 1, 2023, to present, produce all documents reflecting communications between You and any third party concerning the dissemination, amplification, promotion, or coordination of content alleging that DEFCAD was "hacked" or "dumped" multiple times.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 16**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 17**:

From January 1, 2023, to present, produce documents evidencing the creation, editing, posting, reposting, or dissemination of any content referencing DEFCAD or FEDCAD, including memes, posts, screenshots, images, captions, or links.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17**:

Defcad objects to this Request as vague, ambiguous, overly broad, and unduly burdensome on the grounds that it seeks all "documents evidencing the creation . . . or dissemination of any content referencing DEFCAD or FEDCAD."  As framed, this Request seeks all documents concerning Plaintiffs' business.  The Request is not tailored to any claims or defenses in this case, and searching for such broad categories of documents would be disproportionate to the needs of the case given the minimal (if any) relevance of the requested documents. Defcad is withholding responsive documents based on these objections.

---

[1] Elik's document requests jump from No. 12 to No. 16.  As a result, these responses likewise jump from No. 12 to No. 16 to match the requests.

**REQUEST FOR PRODUCTION NO. 18**:

Provide all records, communications, messages, and documents that you intend to rely upon at trial to support your claim that it was the "fedcad meme" that damaged your business.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 18**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 19**:

Produce all materials you plan to rely on at trial to show that it wasn't public disgust with Cody Wilson's guilty plea in a criminal case where he was alleged to have raped a child that took damaged your business.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 19**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 20**:

Provide documents sufficient to identify the contents and results of any independent technical investigation concerning the security of Defcad's website(s).

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 20**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 21**:

Provide documents sufficient to identify the contents and results of any internal technical investigation concerning the security of Defcad's website(s).

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 21**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 22**:

Provide all materials that you plan to rely on at trial to show that it wasn't public distaste with your habits concerning the copyright infringement, stolen credit, or similar issues that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 22**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 23**:

Produce records, documents, communications, and other data sufficient to show how exactly the "fedcad meme" ended up being accessible on Defcad's website(s). A responsive production must include:

a. Original uploader(s), including all available contact information, including addresses, for the uploader, all communications and messages with the original uploader, as well as the exact file(s) submitted by the original uploader. Associated technical logs, IP addresses, and browser information are required.

b. Reviewer(s) who reviewed any part of the meme, including all available contact information, including addresses, for each reviewer, all communications and messages with any reviewer(s), as well as the exact file for the meme which the reviewers provided for final review/posting. The nature and content of each reviewer's interaction with the meme submitted with the original uploader should not be noted when this information is available. Note the "reviewer" includes anyone, regardless of their employment status or role, who accessed, saw, read, looked at, or otherwise interacted with the meme submitted by the original uploader.

c. Approver(s) who either approved of, signed off on, or otherwise greenlit the posting of any of the meme provided by any reviewer(s), including all available contact information, including addresses, for each approver, and all communications and messages with approvers pertaining to each work at issue. The nature and content of each approver interaction with the meme submitted with the original uploader should be noted when this information is available. Note that "approver" includes anyone, regardless of their employment status or role, who accessed, saw, read, looked at, or otherwise interacted with the meme submitted by the original uploader or any reviewer(s).

d. Editor(s) who either edited, updated, modified, tweaked, or otherwise altered any postings that affected, were related to, or pertained to the meme. Include all available contact information, including addresses, for each editor, all communications and messages with any editor(s), as well as the exact file(s), information, and changes the editors made. Note that "editor" includes anyone, regardless of their employment status or role, that made alterations to any metadata, the specific files posted, or the information present on the web pages that pertain to the meme, or the images associated with the meme made available on your website. As explained, any messages or communications which touch on reasons, directions, instructions, or other such

coordination of any such edits are a part of this request.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 23**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 24**:

Produce all materials you plan to rely on at trial to show that posting the "fedcad meme" on Defcad.com yourself isn't what led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 24**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 25**:

Produce all materials you plan to rely on at trial to show that posting the "Fedcad-19" on Defcad.com yourself isn't what led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 25**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 26**:

Produce all materials you plan to rely on at trial to show that it wasn't public disgust with Cody Wilson's sex offender registration status that led your customers away. (For example, *see* https://www.texastribune.org/2019/09/12/3d-printed-gun-designer-codywilson-sentenced-sexual-

assault-girl/).

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 26**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 27**:

Produce all materials you plan to rely on at trial to show that it wasn't negative publicity concerning the awareness of Cody Wilson's fleeing to Taiwan to avoid a Sexual Assault charge that led your customers away. (*See https://www.splcenter.org/resources/hatewatch/cody-wilson-lam-1-million-bitcoin/*).

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 27**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 28**:

Produce all materials you plan to rely on at trial to show that it wasn't public concern with Defcad.com requiring a background check to be submitted to the site that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 28**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 29**:

Produce all materials you plan to rely on at trial to show that it wasn't public concern with

Defcad.com requiring a Social Security Number to be submitted to the site that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 29**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 30**:

Produce all materials you plan to rely on at trial to show that it wasn't public belief of a hack or breach from independent sources (i.e., LeakBase or ImmuniWeb) that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 30**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 31**:

Produce all materials you plan to rely on at trial to show that it wasn't public distaste with the writings on the Legio blog that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 31**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 32**:

Produce all materials that you plan to rely on at trial to show that it wasn't public distaste

with "Black Flag White Paper" that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 32**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 33**:

Provide materials that you plan to rely on at trial to show that it wasn't your advertisement of vehemently antisemitic and white nationalist publisher Antelope Hill Publishing on July 31, 2024 that led customers away. (For your reference, *see https://defcad.com/blog/nutty-9/* and the following image)



**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 33**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 34**:

Provide documents sufficient to identify every LEGIO partner and member who was reported leaving DEFCAD citing "FEDCAD" or the "FEDCAD" meme.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 34**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 35**:

Provide documents sufficient to identify every LEGIO partner and member who was reported leaving DEFCAD *without* citing "FEDCAD" or the "FEDCAD" meme.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 35**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 36**:

Provide documents sufficient to identify every LEGIO partner and member who has left DEFCAD without citing anything.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 36**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 37**:

Produce all materials you plan to rely on at trial to show that it wasn't public awareness of

the fact that Cody Wilson did not invent the "Liberator" that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 37**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 38**:

Produce all materials you plan to rely on at trial to show that it wasn't public awareness of the fact that Cody Wilson falsely took credit for the designs that led your customers away.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 38**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 41**:[2]

From January 1, 2022, to present, provide all records, communications, messages, and documents exchanged with or explicitly mentioning "JG" (aka "Joe G" aka jg@exfiltrate.io).

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 41**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 42**:

From January 1, 2022, to present, provide all records, communications, messages, and

---

[2] Elik's document requests jump from No. 38 to No. 41.  As a result, these responses likewise jump from No. 38 to No. 41to match the requests.

documents pertaining to any compensation provided or to be provided to "JG," including negotiations for such compensation, as well as any receipts or bitcoin transactions for such compensation.

### AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 42

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

### REQUEST FOR PRODUCTION NO. 44:

From January 1, 2022 to present, provide all records related to the purchase of usernames on the Twitter/X platform.

### AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 44:

After diligent search and reasonable inquiry, Respondent has been unable to locate any documents responsive to this request.

### REQUEST FOR PRODUCTION NO. 45:

From January 1, 2022, to present, produce Documents sufficient to identify the contents of conversations you had about the "Freeman13372" Twitter/X account.

### AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 45:

After diligent search and reasonable inquiry, Respondent has been unable to locate any documents responsive to this request.

### REQUEST FOR PRODUCTION NO. 46

Provide records sufficient to establish the amounts and the reasons for any and all "profit

sharing" that takes place between each Plaintiff.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 46**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 48:**[3]

Produce documents and records sufficient to establish that each work available on Defcad.com was uploaded by its rightful author.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48**:

Defcad objects to this Request as overly broad and unduly burdensome on the grounds that it seeks documents concerning "each work available" on Defcad.com. Defcad further objects to this Request as vague and ambiguous including to the extent it seeks unspecified "documents and records" sufficient to establish that "each work available on Defcad.com was uploaded by its rightful author." Defcad further objects to this Request on the grounds that it seeks documents not relevant to any claim or defense raised in this Action and proportional to the needs of this Action, as limited by and required under Fed. R. Civ. P. 26(b)(1). Specifically, not all works available on Defcad.com are related to the merits of this case and identifying such information is disproportionately burdensome. Defcad further objects to this Request as duplicative of Request No. 49. Defcad is withholding responsive documents based on these objections.

**REQUEST FOR PRODUCTION NO. 49**

From January 1, 2022, to present, produce documents and records sufficient to establish

---

[3] Elik's document requests jump from No. 46 to No. 48.

who the actual uploader for each work available on Defcad.com was.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49**:

Defcad objects to this Request as overly broad and unduly burdensome on the grounds that it seeks documents concerning "each work available" on Defcad.com.  Defcad further objects to this Request as vague and ambiguous including to the extent it seeks unspecified "documents and records" sufficient to establish the "actual uploader for each work available."  Defcad further objects to this Request on the grounds that it seeks documents not relevant to any claim or defense raised in this Action and proportional to the needs of this Action, as limited by and required under Fed. R. Civ. P. 26(b)(1).  Specifically, "each work available" is not related to the merits of this case and identifying such information is disproportionately burdensome.  Defcad further objects to this Request as duplicative of Request No. 48.  Defcad is withholding responsive documents based on these objections.

**REQUEST FOR PRODUCTION NO. 50**

From January 1, 2022, to present, produce documents and records sufficient to establish each time that private, sensitive, or otherwise confidential or personally identifying information which was in the custody of the company ended up being publicly posted.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 50**:

After diligent search and reasonable inquiry, Respondent has been unable to locate any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 51**

Produce documents and records sufficient to establish what, how, and why any employees,

contractors, agents, or other individuals acting under the authority of your company turned over any personally identifying information to any source. For this request, "Personally identifying information" means any information that, alone or in combination with other information, can be used to identify, contact, or locate a specific individual, or to distinguish or trace an individual's identity. This includes, but is not limited to:

a) Names (full name, maiden name, mother's maiden name, or alias;

b) Personal identification numbers (e.g., Social Security Number, passport number, driver's license number, taxpayer identification number, patient identification number, financial account number, or credit card number);

c) Contact information (e.g., address information such as street address or email address; telephone numbers);

d) Biometric identifiers (e.g., fingerprints, voiceprints, retina scans, facial geometry);

e) Date of birth, place of birth, or genetic information;

f) Unique identifiers or online identifiers (e.g., IP address, device IDs, cookies, or other persistent identifiers when linked to an individual);

g) Medical, educational, financial, or employment information that is linked to an individual;

h) Any other information that is linked or linkable to an individual, such as geolocation data, photographs, or videos containing identifiable features.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51**:

Defcad objects to this Request as overly broad and unduly burdensome on the grounds that it seeks documents concerning the "turn[ ] over" of "any personally identifying information to any source," including a lengthy list of such personally identifying information. Defcad further objects

to this Request as vague and ambiguous including to the extent it seeks documents "establish[ing] what, how, and why" any unspecified "employees, contractors, agents, or other individual" acting under an unspecified "authority" turned over information to "any" undefined "source." Defcad further objects to this Request on the grounds that it seeks documents not relevant to any claim or defense raised in this Action and proportional to the needs of this Action, as limited by and required under Fed. R. Civ. P. 26(b)(1). Specifically, not all information shared is related to the merits of this case and establishing such information is disproportionately burdensome. Defcad is withholding responsive documents based on these objections.

**REQUEST FOR PRODUCTION NO. 52**

Produce all materials you plan to reply upon at trial to establish that MAF is in business competition with your company.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 52**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 53**

Produce all materials you plan to rely upon at trial to establish how "the Gatalog" is in business competition with your company.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 53**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 54**

Produce all materials you plan to rely upon at trial to establish that "the Gatalog" exists as you contend.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 54**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 54[4]**

Produce documents sufficient to identify all users with administrator-level privileges for the Defdist GitHub Organization, including users with authority to create, delete, configure, or manage repositories, members, or permission settings, during the period from January 1, 2018, to present. For this request, "Defdist GitHub Organization" means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project. "repository" means "software repository" or location hosting software source code for the purposes of collaboration or storage.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 54**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 55**

Produce documents sufficient to identify all users associated with the Defdish GitHub Organization during the period from January 1, 2018, to present, including for each user the role

---

[4] Elik's discovery requests have two No. 54's.

or permission level assigned (e.g., owner, administrator, member, outside collaborator). For this request, "Defdist GitHub Organization" means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 55**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 56**

Produce documents sufficient to identify the corporate entity or entities responsible for owning, operating, administering, or managing the Defdist GitHub Organization, including any internal policies or agreements governing such management. For this request, "Defdist GitHub Organization" means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 56**:

After diligent search and reasonable inquiry, Respondent has been unable to locate any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 57**

Produce a list identifying all repositories owned by the Defdist GitHub Organization that were designated as "private" at any time during the period from January 1, 2018, to present, including for each repository its name and URL. For this request, "Defdist GitHub Organization"

means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 57**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 58**

Produce a list identifying all repositories owned by the GitHub user account "defdistadmin" that were designated as "private" at any time during the period from January 1, 2018, to present, including for each repository its name and URL.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 58**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 59**

Produce documents sufficient to identify the GitHub usernames and corresponding real names (to the extent known to Defendant in the ordinary course of business) of all users associated with Defdist GitHub Organization during the relevant period, including each user's relationship tp Defendant (e.g., employee, contractor, agent). For this request, "Defdist GitHub Organization" means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 59**:

After diligent search and reasonable inquiry, Respondent has been unable to locate any documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 60**

Produce the complete Git Commit data for the following commits associated with the Defdist GitHub Organization, including commit hash, parent commit(s), author and committer names and email addresses, timestamps, commit message, and the complete Diff for each commit:

a. 43c0c46676211616e006660c6de934ea2ddff4c22

b. 19ae6ddea7478fc049ac9f2d942988e9837ddc5f

c. 3c9ff18a1f2b06c57fde544a8b04f6494077b3f9

```
commit 43c0c46676211616e00660c6de934ea2ddff4c22
Merge: d7f2b5b2 1b48b9ed
Author: defdistadmin <44787407+defdistadmin@users.noreply.github.com>
Date:   Tue Feb 21 08:35:23 2023 -0800

    Merge pull request #1011 from Defdist/hmk-rt-8

    Fixing bugs
```

```
commit 19ae6ddea7478fc049ac9f2d942988e9837ddc5f
Author: Nikolai Sokolov <bb.msf.dd@gmail.com>
Date:   Wed Jun 28 11:53:55 2023 -0700

    Fixing bugs
```

```
commit 3c9ff18a1f2b06c57fde544a8b04f6494077b3f9
Author: Nikolai Sokolov <bb.msf.dd@gmail.com>
Date:   Sun Mar 29 00:44:34 2020 -0700

    Security tweaks
```

For this request, "Defdist GitHub Organization" means the GitHub organization identified as "Defdist", including any predecessor, successor, alias, mirror, or related organization used to host or manage repositories for the DEFCAD project.

For this request, "Git Commit" means a single recorded change to a git repository, identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 60**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.


**REQUEST FOR PRODUCTION NO. 61**

For each repository owned or controlled by Defendant that contains "defcad" in the repository name, produce

a. the complete Commit History, including the Diff for each Git Commit;

b. all README file(s); and

c. a list of contributors and their roles.

For this request, "Git Commit" means a single recorded change to a git repository, identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 61**:

Pursuant to Court Order (*see* Doc. 115), Respondent is not producing documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 62**

For the GitHub repository "Defdist/hmk -rt -8," produce:

a. the complete Commit History, including the Diff for each Git Commit;

b. all README file(s); and

c. a list of contributors and their roles.

For this request, "Git Commit" means a single recorded change to a git repository, identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 62**:

Pursuant to Court Order (*see* Doc. 115), Respondent is not producing documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 63**

Produce documents sufficient to identify all repositories that contain or contained source code for the DEFCAD web application, and for each such repository, produce:

a. the complete Commit History, including the Diff for each Git Commit;

b. all README file(s); and

c. a list of contributors and their roles.

For this request, "Git Commit" means a single recorded change to a git repository,

identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

## AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 63:

Pursuant to Court Order (*see* Doc. 115), Respondent is not producing documents responsive to this request.

## REQUEST FOR PRODUCTION NO. 64

Produce documents sufficient to identify all Git Commits to DEFCAD source code containing the phrases "security", "vuln", "vulnerability", "bug", "bugs", "critical", "hack", "hacked", "penetration", "dump", "insecure", "breach", "breached" from any and all source code repositories related to the DEFCAD web application, and for each such Git Commit, produce:

a. The complete Diff;

b. The content of the Git Commit message;

c.  A list of authors and their roles

For this request, "Git Commit" means a single recorded change to a git repository, identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 64**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 65**

Produce documents sufficient to identify Git Commits to DEFCAD source code relating to updates, upgrades, patches, fixes, tweaks, changes, and modifications relating to software security, including those from automated tools, such as Dependabot or Copilot, or any other contributor, and for each such Git Commit, produce:

a. The complete Diff;

b. The content of the Git Commit message;

c. A list of authors and their roles

For this request, "Git Commit" means a single recorded change to a git repository, identified by a cryptographic hash (e.g., SHA-1 or SHA-256), which includes a commit identifier, one or more parent commit identifiers, author and committer metadata, timestamps, a commit message, and the changes recorded by that commit.

For this request, "Diff" means the complete, machine-generated textual representation of the changes introduced by a Git Commit, including additions, deletions, modifications, renames, and file mode changes, as produced by standard git commands including but not limited to "git show", "git diff", or "git log -p". A Diff includes line-by-line changes, file paths, contextual lines, and indicators of binary file changes.

For this request, "Commit History" or "Commit Log" means the complete chronological record of all Git Commits in a repository, including merge commits and commits on all branches, whether or not currently reachable from the default branch.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 65**:

Respondent has produced responsive documents, if any, that could be located after diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 66**

From January 1, 2022, to present, produce documents sufficient to identify the contents of any documents exchanged or communications with or pertaining to the Everytown lawsuit. For clarity, and conversations with or involving Garret Walliman, Freeman1337, Peter Celentano, and any transfer or sharing of personal information with the Plaintiffs in that case would be responsive.

**AMENDED RESPONSE TO REQUEST FOR PRODUCTION NO. 66**:

Respondent states that, after diligent search and reasonable inquiry, it has been unable to locate any documents responsive to this request, as narrowed by the Court's Order (*see* Doc. 115).

Dated:  April 23, 2026                                      Respectfully submitted,

                                                                              **PRYOR CASHMAN LLP**
                                                                              255 Alhambra Circle, 8th Floor
                                                                              Miami, Florida 33134
                                                                              Telephone No: (786) 582-3007

                                                                              By: /s/ *Brendan Everman*
                                                                              Brendan S. Everman
                                                                              Florida Bar No. 68702
                                                                              beverman@pryorcashman.com
                                                                              ksuarez@pryorcashman.com

                                                                              -and-

                                                                              **FOSTER PC**
                                                                              155 N. Wacker Drive., Suite 4250
                                                                              Chicago, Illinois 60606
                                                                              Telephone No. 312-726-1600

                                                                              By: */s/ Howard Foster*
                                                                              Howard Foster
                                                                              (admitted pro hac vice)
                                                                              hfoster@fosterpc.com

                                                                              *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was served on April 23, 2026, via email to all counsel of record.

                                                                              s/ *Brendan Everman*
                                                                               Brendan Everman