## Message Log
Complete message text for all matching search terms

### Works/Projects Identified

**"Amigo Verde"**— 1 message

1. gw • Apr 1, 2025, 02.11 PM

They had a decent Oct 23 - Oct 24, with Plastikov, Hitchhiker, FTN3, Nutty9, Urutau, Amigo Verde.

**"Black Flag White Paper"**— 1 message

1. ECB • Jul 16, 2024, 07:07 PM

Our Black Flag White Paper has achieved more downloads than views on DEFCAD; 2.5k views 2.8k downloads

**"Black Flag"**— 2 messages

1. Stephen Shelfall • Nov 25, 2024, 03:48 PM

They seem to be under the impression the FL Judge will laugh our claim out of court. Highlighting the conflict between Black Flag Whitepaper saying IP don't real and then us saying it is in legal fillings.

2. ECB • Jul 16, 2024, 07:07 PM

Our Black Flag White Paper has achieved more downloads than views on DEFCAD; 2.5k views 2.8k downloads

**"Cava"** — 1 message

1. Justin Frost • Jul 4, 2023, 11:32 PM

The cavalry has arrived.

**"Flame"** — 1 message

1. Stephen Shelfall • Aug 15, 2022, 11:03 AM

Cool flame thrower.

**"Mask"** — 1 message

Entities0007322

8. gw • Dec 19, 2023, 05:53 PM

```"We do not reach these conclusions lightly," wrote the court's majority.```
You didn't reach conclusions at all. They were given to you.

## Copyrighted Works at Issue

**"registration"**— 4 messages

1. RVO • Nov 21, 2025, 10:13 AM

What is the point of a registration without a tax, other than violating the gun control act in a unique way?

2. Stephen Sheftall • Nov 21, 2025, 10.07 AM

This is regarding the SHORT and HUSH Act cases against registration now that the tax is gone.

3. zinoviev • Nov 25, 2024, 03:50 PM

Where we talk about their registrations we accuse them of fraud

4. Stephen Sheftall • Nov 3, 2024, 06:28 PM

Gun bricks after 5 rds due to FedGov update AWB 2.0.  Asks if you wish to pay $200 tax stamp to unlock remaining 10rds once NFA registration is comfirmed.

## DMCA Takedown/Copyright Complaints

**"DMCA"** — 2 messages

1. Stephen Sheftall • Feb 21, 2024, 12:23 PM

When do we put out our DEFCAD free DMCA worksheet?

2. Taylor • Feb 21, 2024, 12:21 PM

Baby's first DMCA

**"takedown"**— 1 message

1. Andres Hernandez • May 31, 2022, 04:25 PM

Not sure if it matters but the mag well jig and small takedown jig are incorrectly placed.

**"take down"**— 2 messages

50 / 130

CONFIDENTIAL

Entities0007323

10. Tommy Odom — Jun 12, 2020 at 8:00 PM
30 more minutes till rendered. 65%

11. Tommy Odom — May 15, 2020 at 4:31 PM
Ive got to head out in ten minutes for a scheduled confession but I'll be back after that

12. Tommy Odom — Mar 25, 2020 at 4:59 PM
Talia Penninger [https://defcad.zendesk.com/agent/#/users/406075926033]43 minutes ago

Hi Cody,

Nice speaking with you moments ago. Please sign and date the attached document to correct the checking account information in order to activate your Green Money account. You can send to me directly, and I will get it submitted. Your rate agreement will likely be sent tomorrow. As soon as you respond affirmative, they will send the API credentials to integrate with your website.

Thank you and be well.

OA (173)

1. Tommy Odom — Sep 5, 2025 at 1:07 PM
Regarding Keyshot:

What we had before:
1x Perpetual License (up to keyshot 10 if I recall)
1x Floating License (up to keyshot 11)

What we have now:
1x Subscription + License for Keyshot Studio
1x Perpetual for Keyshot 2023 (last code sent to us PRCH-YVXD-EJKX-YNW6-F9XD)

The Subscription works just fine. We can't get a different employee logged in with the perpetual.

He say's it fails to activate. Is the particular procedure that we are missing?

2. Tommy Odom — Aug 28, 2025 at 10:59 AM
Regarding keyshot email this morning:

Upgrade the floating and keep the perpetual license as is. That way we've got recourse to our backlog of there's any issues with the subscription.

3. zinoviev — Jul 22, 2025 at 4:48 PM
Whoa nice

4. zinoviev — Jun 5, 2025 at 9:50 AM
For upload and cataloging

5. Tommy Odom — Jun 2, 2025 at 3:59 PM
219$ control boards for CNC application.

Primary Software Lock-in
https://www.machsupport.com

CONFIDENTIAL                                                                                        Entities0007346

6. Tommy Odom — May 29, 2025 at 9:38 PM

not important at the moment as I translate these subcomponents for the rat trap but you'll want to send me the text that you want floating in the model file

7. Tommy Odom — Mar 13, 2025 at 9:34 PM

I don't know what the question means. If it all works we can get access to the above poasted material libraries

8. Tommy Odom — Mar 13, 2025 at 1:05 PM

but it is not the login for the Cloud Account for where I could re-download keyshot

9. Tommy Odom — Feb 8, 2025 at 1:01 PM

This guy I'm not sending as a possible replacement but as an illustration that keyshot is more than capable on its own (let alone a legit pipeline) to achieve much better renders than all the images in that light tracer website.

What your seeing is that if the constraint is not entirely unreal (pure color background on an entirely lit object with a limited material palette on hyper simple object - like most Glock slides we actually have models for - and a set composition) then you can get very pleasing results.

There is a possibility a new software suite can take care of this but honestly it takes a significant time and energy to learn a suite and generate a sufficient style with it. It would be like telling you to try Da Vinci Resolve to improve the editing even though Orson Welles could achieve incredible results with just raw film stock.

This is a mixture of 3 things going on to tackle the question of "a refined/improved art"

1. Improved material, studio and environment libraries

2. An incentive to improve the skill because outside of you paying me ~36k a year for keyshot development there doesn't appear to be any career upsides for my life esp with advanced to AI tech long term. I could take courses, build materials, fold in more grand experiments regularly, test other softwares ala the works present on Artstation.

3. A collaborative creative process that's actually fun and iterative. The silo'd approach combined with requests like I'm an LLM with the only feedback being (yes or no) makes every video I don't just whole clothe do all the animation and filming for extremely painful. A director directs the energies of various creatives towards an end with a schedule and proper expectations and communications.
https://www.willgibbons.com/

10. zinoviev — Jan 4, 2025 at 10:33 PM

Whoa

11. zinoviev — Jan 1, 2025 at 4:48 PM

And we'll reformat before upload

12. Tommy Odom — Dec 30, 2024 at 5:39 PM

https://odysee.com/@blacklotuscoalition:3/The-New-Odysee-List:6

13. Tommy Odom — Dec 28, 2024 at 7:57 PM

Everything is updated and its locked and loaded. Unfortunatley GW's fix to DEFCAD prevents us from adding those additional creators so it looks more like this

6

CONFIDENTIAL

Entities0007347

The relatively small community that is focused on 3D-printed firearms is populated by Second Amendment and tech enthusiasts, many of whom are designers or engineers in their day jobs. Mr. Wilson noted that the killing was being "celebrated" by some people in 3D-printed gun circles.

Quotations from Mr. Mangione's note to officials are being used in advertising for the Gatalog, a group that publishes designs for 3D-printed guns and accessories online, including a predecessor design to that of the gun the police found with Mr. Mangione. In the ad, blocky text from Mr. Mangione's note is overlaid on his mug shot: "TheGatalog.com [http://TheGatalog.com]. This was fairly trivial: some elementary social engineering, basic CAD, a lot of patience."

Mr. Wilson has filed a lawsuit against the Gatalog, accusing the group of laundering money and stealing business from Defense Distributed. With "3D guns, you're always a victim of your success," said Mr. Wilson, a divisive pioneer in the field who faced charges in 2018 for sexually assaulting a minor.

In general, 3D-printed firearms fall largely into three categories. There are fully 3D-printed guns, like the Liberator pistol, an early design released in 2013 that was quickly attacked by the State Department for export violations; these are made of plastic and use few metal parts. The second category, known as hybrid designs, are made of 3D-printed components as well as off-the-shelf parts that are not otherwise related to firearms. The third category — which includes the Chairmanwon Remix — are commonly called kit guns.

ADVERTISEMENT
SKIP ADVERTISEMENT

For kit guns, "you're printing the frame of a Glock or the lower receiver of an AR-15, and everything else is, you know, normally commercially available firearms components," Charimanwon said.

The pistol recovered from Mr. Mangione was not made up entirely of 3D-printed parts; it had metal components as well. Those include the slide — the top portion of the gun — and the barrel, which appeared in the photos to be threaded, allowing a suppressor or silencer to be attached. The pistol's magazine, which can often carry more than 10 cartridges and retails for around $25, appeared to have been store-bought. Chairmanwon said that 3D-printed "ghost guns" were not easy to obtain. He said he was surprised by the high-profile nature of the killing and by the fact that the suspect was an Ivy League master's graduate with a tech background.

The only difference between his Remix design and earlier versions Chairmanwon said, was that he had figured out how to get a 3D printer to put stippling onto the pistol's handgrip. The rest of the design is known as the FMDA DD 19.2, which was first released in 2021 and took its name from the designer's username, FreeMen DontAsk. Stippling is often put on 3D-printed gun grips afterward using a soldering iron or laser.

ADVERTISEMENT
SKIP ADVERTISEMENT

Homemade 3D-printed Glock frames were unreliable until online retailers began selling metal rails that could be inserted to the printed frame so that the firearm's slide could cycle when fired. With the rails installed, such a gun can typically stand up to the firing of a few hundred rounds or more before stresses start to show in the frame, depending on how fast the weapon is fired.

"Three-D-printed weapons can be fabricated and assembled by individuals with little or no technical expertise," said Matt Schroeder, a senior researcher for the Small Arms Survey. "Three-D-printed weapons have not yet supplanted factory-built weapons in criminal circles, but if and when they do, we will have to completely rethink our approach to small arms control."

26. Stephen Sheflall — Nov 26, 2024, 1:46 PM
We will do a clear coat as Adam said it is prone to rusting.

11

CONFIDENTIAL

Entities0007319

76. Tommy Odom — Jul 18, 2023 at 3:24 PM

DEFCAD RENDER STANDARD OPERATING PROCEDURE NOTES

What is included:

1. Relevant selections from what I was sending to Invader Zip
2. The DEFCAD Aesthetic Procedure PDF I had sent you (as well as a markdown version with associated images in the 'universal zip'
3. The Initial Workflow I had sent you a while back but in a markdown document
4. The various relevant BIPs to use with the DEFCAD Aesthetic Procedure
5. I made this youtube for zip to walk him through the process https://youtu.be/KI1TM_BNccs

I strongly recommend having a conversation/meeting with me with what you are trying to do with the render pipeline since the entire Gage situation has been a fiasco from start to finish considering how many crap renders are all over the website and the pay check he was drawing to ruin our style. This only occurred because no one just called me about the situation, I would have spent the time getting his work up to snuff if I had been asked.  Happy to help maintain/improve our aesthetic, for instance:  If there is a desire for more general interactions or helping other people make their own renders then we should set aside time to build a render workflow with Blender instead of Keyshot.

&gt; _1. What your access to keyshot is. We have a license server that allows your version of the software to be used. See if you can get a copy of keyshot 11 and the keyshot 11 viewer. I'll check with our technical department to see about getting you the right details and license key to get you up and running._
&gt;
&gt; _2. I'll get a quick and dirty mega available for some of the example .bips (keyshot native format), our material access, and some of the studios. Once your keyshot is up and running you can use these to get the setup up and running. You can use the viewer application to pursue the example bips once you have access to them._
&gt;
&gt; _3. Go through this playlist from keyshot on getting familiar with the software itself at a basic level. You don't need keyshot to understand these.https://www.youtube.com/watch?v=V0z7qtHXEDU&amp;list=PL7j3sRRNC190F2QjfFgXg__mj3Jyj3_PM_
&gt;
&gt; _4. I've included a draft of our current standard operating procedure that you should go over after you check out the keyshot tutorials. That lists out how I go about taking a model from import to a finished image set._
&gt; _Next step is for you to test out using the render system on some basic files. Whatever you think is relevant for testing out the rendering suite and see if you can get it to a similar aesthetic value as what's on the DEFCAD site (like this for instance):_
&gt;
&gt; _https://defcad.com/library/0384d81d-98e3-4f11-af2d-b54d1771de54/_
&gt;
&gt; _I've included the "copy me" file that the SOP references that you can use as a template for these things._
&gt;
&gt; _I've uploaded all the "materials" I've downloaded but I dont think they automatically sort_
&gt; _https://www.mediafire.com/folder/qa5rop9oyzx84/keyshot+materials_
&gt;
&gt; _lemme know if that's a pain to work with and I'll try to make a much smaller material package that you can just assign to an internal folder._
&gt;
&gt; _We have a license server on site that will allow you to access the pro version of the software, I'll see about getting another license on it and getting it out to you._
&gt;
&gt; _This guys videos are good for improvement once you've started playing with the software:_
&gt;
&gt; _https://www.youtube.com/@WillGibbons/videos_

17

CONFIDENTIAL

Entities0007348

194. gw — Apr 18, 2024 at 1:52 PM
Proposed modmail:

```Hello,

I am the primary developer of DEFCAD. I am messaging you to let you know that the claims made about our website in this post (https://www.reddit.com/r/fosscad/comments/1c5p10f/reminder/) are false and defamatory.

We have provided proof that these claims are false several times in the past. I would be happy to do so again for you. To offer a summary:

* DEFCAD's database has never been "dumped", and DEFCAD does encrypt data both in transit and at rest. We utilize third-party monitoring for database breaches and have never once received a breach report. No proof has ever been provided that our database has been hacked or dumped.

* DEFCAD has never "doxxed" any member of our website, whether developer or customer. No proof has ever been given of this, and in fact the developer that this post claims was "doxxed" has publicly stated the opposite, that he was _not_ doxxed.

* DEFCAD does not "pass off" files or profiles as having been uploaded / created by their developer. DEFCAD is a library / encyclopedia and we offer no implication or expectation that these profiles are anything other than curated information.

* DEFCAD regularly pays developers for their work. Claims that DEFCAD does not pay developers are false.

Due to the defamatory nature of these claims, we request that you unpin or remove the post in question. Thank you.```
Go ahead and cut it down to three sentences.

195. gw — Apr 18, 2024 at 12:58 PM
We must have enough member data now that it just takes too long to load

196. gw — Apr 18, 2024 at 12:58 PM
It's a consequence of the widget on the dashboard that runs numbers on the LEGIO members

38

CONFIDENTIAL

Entities0007324

3. Blobiems — Nov 22, 2023, 4:44 PM

just wanted to double check, the DEFCAD newsletter will have the ads for the membership sales? Or do I make an email in mailchimp?

4. Stephen Sheftall — Dec 31, 2020, 2:51 PM

Welp, guess they better get their LEGIO memberships so they can be more active on DEFCAD.com [http://DEFCAD.com].

voting (2)

1. Stephen Sheftall — Aug 12, 2025, 1:06 PM

With Sebastian pivoting to GG3-S parts only we have to be able to get that output up.

2. Stephen Sheftall — Jun 11, 2023, 2:07 PM

If we're depending on the comment section to buy our products, then its a very good thing we're pivoting to Coast Runner.

distribution (1)

1. Stephen Sheftall — Jul 3, 2022, 2:33 PM

We could just create a dummy company name like Clown World Distribution or something for the shipping label.

percentage (1)

1. gw — Jun 28, 2017, 5:37 PM

Or given the percentages and numbers, how does anyone escape such a mindset?

profit (3)

CONFIDENTIAL

Entities0007320

203. zinoviev — Apr 10, 2024 at 10:47 AM

```Defense Distributed
Defense Distributed was founded as the first guncad development organization in 2012, modeled after [[WikiLeaks]]. DD designed and released the first generation of printable AR receivers, magazines, and the Liberator pistol. In 2014 they released the [[Ghost Gunner]] CNC platform. Today they operate [[DEFCAD]] and develop "80%" and "0%" CNC files and parts.```
```Deterrence Dispensed
Formed in early 2019, Deterrence Dispensed comprised the second generation of collective guncad developers, and is best known for the development and release of the FGC-9. Named in homage to Defense Distributed and its open source mission, DetDisp at one time claimed thousands of members worldwide.```
```The Gatalog is the first corporate successor of Deterrence Dispensed. Owned and directed by Matt Larosiere, The Gatalog formed in 2021 to promote commercial kit designs for builds like the FGC-9. Though its files are [[copyrighted]] and closed source, The Gatalog today promotes upmarket parts kits conversions and has built a reputation for above-average documentation.```
```Are We Cool Yet
Are We Cool Yet (AWCY?) is a collective of guncad designers founded in 2020. AWCY? introduced and popularized signal launchers, the use of custom-cut metal flats in builds, and advanced testing standards with their [["crucible"]] 1000-round public tests. Motivated by a permissive idea of artistic freedom, AWCY? facilitates guncad community meetups and competitions.```
```Black Lotus Coalition
Founded in 2021, Black Lotus Coalition is a design group strictly focused on guncad technology and development. Their projects favor fully DIY builds, eschewing commercial parts kits conversions. They are currently the primary developers of DIY ammunition.```

204. gw — Apr 9, 2024 at 3:48 PM

Blurbs:

```Are We Cool Yet

Are We Cool Yet (AWCY) is a collective of guncad designers and artists founded in 2020. This group introduced several innovations into 3D2A technology, including popularizing signal launchers and the use of custom-cut metal flats. AWCY also advanced testing standards with their "crucible" 1000-round public tests, and pioneered in-person community meetups. They define themselves as being motivated primarily by artistic freedom.```
```Black Lotus Coalition

Founded in 2021, Black Lotus Coalition defines themselves as a guncad group focusing primarily on technology and development. Their work features a tendency towards fully DIY builds, eschewing parts kits conversions. This tendency can be seen not just with firearms, but also with DIY ammunition, of which they are the primary developers at this time.```

205. gw — Apr 9, 2024 at 10:37 AM

That may have worked. Good idea.
Here's his new creds:

> # Redacted

206. gw — Apr 5, 2024 at 7:24 PM

Loads much, much faster. Numbers are correct as well, as best I can tell

207. gw — Apr 5, 2024 at 7:24 PM

Leaderboard has been rewritten and is good to go in my opinion: https://defcad.com/leaderboard

40

CONFIDENTIAL

Entities0007325

12. Tommy Odom — Jul 13, 2020 at 6:00 PM

Here are the main CAD file types found on the site

CAD (design) (parametric &amp; mesh)
    - step/stp: standard for exchange of product data
    /it is not possible to sequentially read a STEP file (because entities can be in any order and they can reference other entities forwards and backwards, see entity #14 in the example above), therefore the entire file has to be read into memory and tokenized before parsing./
    /Processing a STEP file and turning it into physical instructions to print the part is a fairly complex operation./
    /Step files contain the surface boundaries, and the mathematical mesh on a nurb surface, or the hard geometry for planar, cylindrical, radial and all basic geometry. It also includes layer info, mass property information, and a ton of other data to make a part representation that can be used for CAM or translate between CAD packages. It is far too much data for slicing./
    - IGS
    /IGES Drawing file used by CAD programs for saving vector image data in an ASCII text format./
    - IPT &amp; IAM
    /autodesk inventor 3d file format/
    - SLDPRT &amp; SLDASM
    /solidworks 3d file format/
    - skp
    - DWG
    /AutoCAD 2d &amp; 3d file format - vector image drawing/

51

CONFIDENTIAL

Entities0007349

3. zinoviev — Jan 29, 2021 at 6:35 PM

Dear [INSERT contact person or name for user CTRLPEW]:

DEFCAD has been formally notified by counsel for Gear Head Works, LLC, Mr. Eric B. Fugett of IP Outdoors (<mailto:eric@ipoutdoors.com|eric@ipoutdoors.com>), that content uploaded by you to the DEFCAD platform allegedly infringes one or more of U.S. Patent Nos. 9,664,477; 10,180,302; and 10,690,442 owned by Gear Head Works. The allegedly infringing content includes at least the content at the following urls, but may also include other content you have uploaded:

• https://www.defcad.com/library/04d90f0c-70f3-464a-8778-8e91547acac0/
• https://www.defcad.com/library/0df49e44-cc99-40a1-9b19-1fc8f733cbc1/

Sections 3.1 and 7.1.3 of the Content Distribution &amp; Limited License Agreement, the terms of which you have agreed to by uploading content to DEFCAD, preclude you from uploading any content that "infringes the intellectual property rights of other parties." You have also warranted to DEFCAD that your content "does not and will not infringe any Intellectual Property Rights of any third party."

Because DEFCAD is a platform for content only, DEFCAD is not in a position to evaluate the veracity of the allegations against your content from Gear Head Works, and must therefore rely on your analysis as the creator/uploader of your content whether your content infringes (directly or indirectly) any claims of the asserted patents. Accordingly, we ask that you immediately analyze the allegations by Gear Head Works and, if appropriate, remove any content that infringes Gear Work Head's intellectual property, in accordance with Gear Head Works's demands and the DEFCAD Terms of Use and the terms of the Content Distribution &amp; Limited License Agreement.

Please advise DEFCAD in writing no later than February 12, 2020 of the results of your analysis and how whether you intend to remove any of your content from the DEFCAD platform, and if so, what content you intend to remove.

Best regards,
The DEFCAD Team

4. Tommy Odom — Dec 2, 2020 at 11:34 AM

Yeah epigenetic and phenotypic adaptation are orders of magnitudes faster than normal evolutionary allele distribution

contribution (1)

1. zinoviev — Jul 13, 2023 at 11:46 AM

I've been actively involved with 3D printed guns for 5 years, but have been building and collecting actively for over 20 years.

I first got a 3D printer to make my own sci-fi weapon props. I discovered Derwood's work on the shutty-9, and a light bulb illuminated. I can make the props functional! So I did.

I'm most proud of my overall contribution to spreading the message of private gun making. Specifically trying to remain repsectful to all parties as much as possible. My wildest fun project is the "gattleprod."

My favorite part of BANB is always the people I meet. Making new friends and connections. In a world filled with boring people, BANB is a sign of intelligent life.

I plan to discuss community building and group dynamics of the gun making space.

58

CONFIDENTIAL

Entities0007350

The relatively small community that is focused on 3D-printed firearms is populated by Second Amendment and tech enthusiasts, many of whom are designers or engineers in their day jobs. Mr. Wilson noted that the killing was being "celebrated" by some people in 3D-printed gun circles.

Quotations from Mr. Mangione's note to officials are being used in advertising for the Gatalog, a group that publishes designs for 3D-printed guns and accessories online, including a predecessor design to that of the gun the police found with Mr. Mangione. In the ad, blocky text from Mr. Mangione's note is overlaid on his mug shot: "TheGatalog.com [http://TheGatalog.com]. This was fairly trivial: some elementary social engineering, basic CAD, a lot of patience."

Mr. Wilson has filed a lawsuit against the Gatalog, accusing the group of laundering money and stealing business from Defense Distributed. With "3D guns, you're always a victim of your success," said Mr. Wilson, a divisive pioneer in the field who faced charges in 2018 for sexually assaulting a minor.

In general, 3D-printed firearms fall largely into three categories. There are fully 3D-printed guns, like the Liberator pistol, an early design released in 2013 that was quickly attacked by the State Department for export violations; these are made of plastic and use few metal parts. The second category, known as hybrid designs, are made of 3D-printed components as well as off-the-shelf parts that are not otherwise related to firearms. The third category — which includes the Chairmanwon Remix — are commonly called kit guns.

ADVERTISEMENT
SKIP ADVERTISEMENT

For kit guns, "you're printing the frame of a Glock or the lower receiver of an AR-15, and everything else is, you know, normally commercially available firearms components," Charimanwon said.

The pistol recovered from Mr. Mangione was not made up entirely of 3D-printed parts; it had metal components as well. Those include the slide — the top portion of the gun — and the barrel, which appeared in the photos to be threaded, allowing a suppressor or silencer to be attached. The pistol's magazine, which can often carry more than 10 cartridges and retails for around $25, appeared to have been store-bought. Chairmanwon said that 3D-printed "ghost guns" were not easy to obtain. He said he was surprised by the high-profile nature of the killing and by the fact that the suspect was an Ivy League master's graduate with a tech background.

The only difference between his Remix design and earlier versions Chairmanwon said, was that he had figured out how to get a 3D printer to put stippling onto the pistol's handgrip. The rest of the design is known as the FMDA DD 19.2, which was first released in 2021 and took its name from the designer's username, FreeMen DontAsk. Stippling is often put on 3D-printed gun grips afterward using a soldering iron or laser.

ADVERTISEMENT
SKIP ADVERTISEMENT

Homemade 3D-printed Glock frames were unreliable until online retailers began selling metal rails that could be inserted to the printed frame so that the firearm's slide could cycle when fired. With the rails installed, such a gun can typically stand up to the firing of a few hundred rounds or more before stresses start to show in the frame, depending on how fast the weapon is fired.

"Three-D-printed weapons can be fabricated and assembled by individuals with little or no technical expertise," said Matt Schroeder, a senior researcher for the Small Arms Survey. "Three-D-printed weapons have not yet supplanted factory-built weapons in criminal circles, but if and when they do, we will have to completely rethink our approach to small arms control."

2. Bloblems — Sep 20, 2023, 7:54 PM
Im going to murder their graphic designer, just screenshot the video??

62

Entities0007321

1. zinoviev — Jan 29, 2021 at 6:35 PM

Dear [INSERT contact person or name for user CTRLPEW]:

DEFCAD has been formally notified by counsel for Gear Head Works, LLC, Mr. Eric B. Fugett of IP Outdoors (<mailto:eric@ipoutdoors.com|eric@ipoutdoors.com>), that content uploaded by you to the DEFCAD platform allegedly infringes one or more of U.S. Patent Nos. 9,664,477; 10,180,302; and 10,690,442 owned by Gear Head Works. The allegedly infringing content includes at least the content at the following urls, but may also include other content you have uploaded:

• https://www.defcad.com/library/04d90f0c-70f3-464a-8778-8e91547acac0/
• https://www.defcad.com/library/0df49e44-cc99-40a1-9b19-1fc8f733cbc1/

Sections 3.1 and 7.1.3 of the Content Distribution &amp; Limited License Agreement, the terms of which you have agreed to by uploading content to DEFCAD, preclude you from uploading any content that "infringes the intellectual property rights of other parties." You have also warranted to DEFCAD that your content "does not and will not infringe any Intellectual Property Rights of any third party."

Because DEFCAD is a platform for content only, DEFCAD is not in a position to evaluate the veracity of the allegations against your content from Gear Head Works, and must therefore rely on your analysis as the creator/uploader of your content whether your content infringes (directly or indirectly) any claims of the asserted patents. Accordingly, we ask that you immediately analyze the allegations by Gear Head Works and, if appropriate, remove any content that infringes Gear Work Head's intellectual property, in accordance with Gear Head Works's demands and the DEFCAD Terms of Use and the terms of the Content Distribution &amp; Limited License Agreement.

Please advise DEFCAD in writing no later than February 12, 2020 of the results of your analysis and how whether you intend to remove any of your content from the DEFCAD platform, and if so, what content you intend to remove.

Best regards,
The DEFCAD Team

infringe (1)

70

CONFIDENTIAL

Entities0007351

1. zinoviev — Jan 29, 2021 at 6:35 PM

Dear [INSERT contact person or name for user CTRLPEW]:

DEFCAD has been formally notified by counsel for Gear Head Works, LLC, Mr. Eric B. Fugett of IP Outdoors (<mailto:eric@ipoutdoors.com|eric@ipoutdoors.com>), that content uploaded by you to the DEFCAD platform allegedly infringes one or more of U.S. Patent Nos. 9,664,477; 10,180,302; and 10,690,442 owned by Gear Head Works. The allegedly infringing content includes at least the content at the following urls, but may also include other content you have uploaded:

• https://www.defcad.com/library/04d90f0c-70f3-464a-8778-8e91547acac0/
• https://www.defcad.com/library/0df49e44-cc99-40a1-9b19-1fc8f733cbc1/

Sections 3.1 and 7.1.3 of the Content Distribution &amp; Limited License Agreement, the terms of which you have agreed to by uploading content to DEFCAD, preclude you from uploading any content that "infringes the intellectual property rights of other parties." You have also warranted to DEFCAD that your content "does not and will not infringe any Intellectual Property Rights of any third party."

Because DEFCAD is a platform for content only, DEFCAD is not in a position to evaluate the veracity of the allegations against your content from Gear Head Works, and must therefore rely on your analysis as the creator/uploader of your content whether your content infringes (directly or indirectly) any claims of the asserted patents. Accordingly, we ask that you immediately analyze the allegations by Gear Head Works and, if appropriate, remove any content that infringes Gear Work Head's intellectual property, in accordance with Gear Head Works's demands and the DEFCAD Terms of Use and the terms of the Content Distribution &amp; Limited License Agreement.

Please advise DEFCAD in writing no later than February 12, 2020 of the results of your analysis and how whether you intend to remove any of your content from the DEFCAD platform, and if so, what content you intend to remove.

Best regards,
The DEFCAD Team


piracy (1)

1. Tommy Odom — Nov 21, 2023 at 1:56 PM

Was doing some personal reading sort and cleanup and found some texts for your kindle that you will probably get something useful out of.

*Philosophy*: Aporetics - Rational Deliberation in the Face of Inconsistency

*Culture:* Warez - The Infrastructure and Aesthetics of Piracy

*Fiction*: Pattern Recognition - William Gibson (mature cyberpunk)

*Philosophy* (AI): War in the Age of Intelligent Machines - Delanda

*Business*: Your Invisible Network - How to Create, Maintain, and Leverage the Relationships that Will Transform Your Career

*Philosophy* (Racialism): Selective Breeding and the Birth of Philosophy (BAP doctoral thesis)

71

CONFIDENTIAL

Entities0007352

4. Tommy Odom — Jun 7, 2023 at 4:00 PM

from matt hall regarding FDMA vs G Zero bullet points

Compared to FMDA:
(Keeping in mind I've never built one)
• Longer lifespan
• Can handle more rounds in succession
• Perfectly aligned rails
• Easier to build
• Opens door to custom grip module/chassis marketplace. I.e creators can better monetize themselves through sale of physical goods
• Disperses recoil, reducing risk of cracking frames

5. zinoviev — Jan 29, 2021 at 6:35 PM

Dear [INSERT contact person or name for user CTRLPEW]:

DEFCAD has been formally notified by counsel for Gear Head Works, LLC, Mr. Eric B. Fugett of IP Outdoors (<mailto:eric@ipoutdoors.com|eric@ipoutdoors.com>), that content uploaded by you to the DEFCAD platform allegedly infringes one or more of U.S. Patent Nos. 9,664,477; 10,180,302; and 10,690,442 owned by Gear Head Works. The allegedly infringing content includes at least the content at the following urls, but may also include other content you have uploaded:

• https://www.defcad.com/library/04d90f0c-70f3-464a-8778-8e91547acac0/
• https://www.defcad.com/library/0df49e44-cc99-40a1-9b19-1fc8f733cbc1/

Sections 3.1 and 7.1.3 of the Content Distribution &amp; Limited License Agreement, the terms of which you have agreed to by uploading content to DEFCAD, preclude you from uploading any content that "infringes the intellectual property rights of other parties." You have also warranted to DEFCAD that your content "does not and will not infringe any Intellectual Property Rights of any third party."

Because DEFCAD is a platform for content only, DEFCAD is not in a position to evaluate the veracity of the allegations against your content from Gear Head Works, and must therefore rely on your analysis as the creator/uploader of your content whether your content infringes (directly or indirectly) any claims of the asserted patents. Accordingly, we ask that you immediately analyze the allegations by Gear Head Works and, if appropriate, remove any content that infringes Gear Work Head's intellectual property, in accordance with Gear Head Works's demands and the DEFCAD Terms of Use and the terms of the Content Distribution &amp; Limited License Agreement.

Please advise DEFCAD in writing no later than February 12, 2020 of the results of your analysis and how whether you intend to remove any of your content from the DEFCAD platform, and if so, what content you intend to remove.

Best regards,
The DEFCAD Team

author (9)

1. Tommy Odom — Aug 6, 2024 at 7:30 PM

that guys proof of authorship looks like a shit post

78

CONFIDENTIAL                                                                                                      Entities0007353

2. zinoviev — Aug 2, 2024 at 3:18 PM

"Certified copy of the very first federal registration of a 3D printable gun model, by none other than Matthew Larosiere Esquire. Federal registration dated 12/23/2023. The SF5 STEP Masters were made by an employee of Matthew Larosiere and registered with the United States Copyright Office.

3D models with copyright registrations require permission from the author before you may reprint them.

This historical document stands as a permanent record of (and award to) the cringe and stupidity of Fuddposting. Beware, the Fudd you Bust may be your own."

3. Tommy Odom — Apr 5, 2024 at 2:03 PM

(book is from the above author)

4. Tommy Odom — Feb 20, 2023 at 9:34 PM

_"THE purpose of this history of the Revolution is to use the original authorities rather more frankly than has been the practice with our historians. They appear to have thought it advisable to omit from their narratives a great deal which, to me, seems essential to a true picture. I cannot feel satisfied with any description of the Revolution which treats the desire for independence as a sudden thought, and not a long growth and development, or which assumes that every detail of the conduct of the British government was absurdly stupid, even from its own point of view, and that the loyalists were few in numbers and their arguments not worth considering"_

https://www.amazon.com/True-History-American-Revolution/dp/1499382928

5. Tommy Odom — Feb 14, 2023 at 10:56 AM

_More than one hundred years ago, the American philosopher William James dubbed the knowledge that we must die "the worm at the core" of the human condition. In 1974, cultural anthropologist Ernest Becker won the Pulitzer Prize for his book The Denial of Death, arguing that the terror of death has a pervasive effect on human affairs. Now authors Sheldon Solomon, Jeff Greenberg, and Tom Pyszczynski clarify with wide-ranging evidence the many ways the worm at the core guides our thoughts and actions, from the great art we create to the devastating wars we wage._

https://www.penguinrandomhouse.com/books/170217/the-worm-at-the-core-by-sheldon-solomon-jeff-greenberg-and-tom-pyszczynski/

6. Tommy Odom — Mar 26, 2022 at 5:17 PM

"Cummings attempts to chronicle the experiences of elderly whites in an urban space. Sadly he provides an ethnocentric portrait of troubled views without directly confronting racism embedded in both the systemic processes as well as among the elderly residents. Even the author's terminology (such as 'black invasion') call into question his ability to objectively research this challenging subject."

7. Tommy Odom — Jul 1, 2021 at 11:17 AM

Travels in New-England and New-York
Volume 1
By Timothy Dwight
[https://www.google.com/search?hl=en&amp;q=inauthor:%22Timothy+Dwight%22&amp;tbm=bks] · 1821

79

CONFIDENTIAL

Entities0007354

3. Tommy Odom — Jul 19, 2023 at 3:24 PM
DEFCAD RENDER STANDARD OPERATING PROCEDURE NOTES

What is included:
1. Relevant selections from what I was sending to Invader Zip
2. The DEFCAD Aesthetic Procedure PDF I had sent you (as well as a markdown version with associated images in the 'universal zip'
3. The Initial Workflow I had sent you a while back but in a markdown document
4. The various relevant BIPs to use with the DEFCAD Aesthetic Procedure
5. I made this youtube for zip to walk him through the process https://youtu.be/Kl1TM_BNccs
I strongly recommend having a conversation/meeting with me with what you are trying to do with the render pipeline since the entire Gage situation has been a fiasco from start to finish considering how many crap renders are all over the website and the pay check he was drawing to ruin our style. This only occurred because no one just called me about the situation, I would have spent the time getting his work up to snuff if I had been asked.  Happy to help maintain/improve our aesthetic, for instance:  If there is a desire for more general interactions or helping other people make their own renders then we should set aside time to build a render workflow with Blender instead of Keyshot.

&gt; _1. What your access to keyshot is. We have a license server that allows your version of the software to be used. See if you can get a copy of keyshot 11 and the keyshot 11 viewer. I'll check with our technical department to see about getting you the right details and license key to get you up and running._
&gt;
&gt; _2. I'll get a quick and dirty mega available for some of the example .bips (keyshot native format), our material access, and some of the studios. Once your keyshot is up and running you can use these to get the setup up and running. You can use the viewer application to pursue the example bips once you have access to them._
&gt;
&gt; _3. Go through this playlist from keyshot on getting familiar with the software itself at a basic level. You don't need keyshot to understand these.https://www.youtube.com/watch?v=V0z7qtHXEDU&amp;list=PL7j3sRRNC190F2QjfFgXg__mj3Jyj3_PM_
&gt;
&gt; _4. I've included a draft of our current standard operating procedure that you should go over after you check out the keyshot tutorials. That lists out how I go about taking a model from import to a finished image set._
&gt; _Next step is for you to test out using the render system on some basic files. Whatever you think is relevant for testing out the rendering suite and see if you can get it to a similar aesthetic value as what's on the DEFCAD site (like this for instance):_
&gt;
&gt; _https://defcad.com/library/0384d81d-98e3-4f11-af2d-b54d1771de54/_
&gt;
&gt; _I've included the "copy me" file that the SOP references that you can use as a template for these things._
&gt;
&gt; _I've uploaded all the "materials" I've downloaded but I dont think they automatically sort_
&gt; _https://www.mediafire.com/folder/qa5rop9oyzx84/keyshot+materials_
&gt;
&gt; _lemme know if that's a pain to work with and I'll try to make a much smaller material package that you can just assign to an internal folder._
&gt;
&gt; _We have a license server on site that will allow you to access the pro version of the software, I'll see about getting another license on it and getting it out to you._
&gt;
&gt; _This guys videos are good for improvement once you've started playing with the software:_
&gt;
&gt; _https://www.youtube.com/@WillGibbons/videos_

92

CONFIDENTIAL

Entities0007355

30. zinoviev — Jan 29, 2021 at 6:35 PM

Dear [INSERT contact person or name for user CTRLPEW]:

DEFCAD has been formally notified by counsel for Gear Head Works, LLC, Mr. Eric B. Fugett of IP Outdoors (<mailto:eric@ipoutdoors.com|eric@ipoutdoors.com>), that content uploaded by you to the DEFCAD platform allegedly infringes one or more of U.S. Patent Nos. 9,664,477; 10,180,302; and 10,690,442 owned by Gear Head Works. The allegedly infringing content includes at least the content at the following urls, but may also include other content you have uploaded:

• https://www.defcad.com/library/04d90f0c-70f3-464a-8778-8e91547acac0/
• https://www.defcad.com/library/0df49e44-cc99-40a1-9b19-1fc8f733cbc1/

Sections 3.1 and 7.1.3 of the Content Distribution &amp; Limited License Agreement, the terms of which you have agreed to by uploading content to DEFCAD, preclude you from uploading any content that "infringes the intellectual property rights of other parties." You have also warranted to DEFCAD that your content "does not and will not infringe any Intellectual Property Rights of any third party."

Because DEFCAD is a platform for content only, DEFCAD is not in a position to evaluate the veracity of the allegations against your content from Gear Head Works, and must therefore rely on your analysis as the creator/uploader of your content whether your content infringes (directly or indirectly) any claims of the asserted patents. Accordingly, we ask that you immediately analyze the allegations by Gear Head Works and, if appropriate, remove any content that infringes Gear Work Head's intellectual property, in accordance with Gear Head Works's demands and the DEFCAD Terms of Use and the terms of the Content Distribution &amp; Limited License Agreement.

Please advise DEFCAD in writing no later than February 12, 2020 of the results of your analysis and how whether you intend to remove any of your content from the DEFCAD platform, and if so, what content you intend to remove.

Best regards,
The DEFCAD Team

31. Tommy Odom — Dec 7, 2020 at 4:53 PM

Did some more digging. No dice in terms of 80% or verified models. I sent an email to paloma with my best options and fwded it to you

32. Tommy Odom — Aug 17, 2020 at 2:40 PM

"It is very difficult to understand proletarian violence as long as we try to think in terms of the ideas disseminated by bourgeois philosophy; according to this philosophy, violence is a relic of barbarism which is bound to disappear under the progress of enlightenment. It is therefore quite natural that Jaurès, who has been brought up on bourgeois ideology, should have a profound contempt for the people who praise proletarian violence" (p. 65)

Sorel goes on and on bashing Jaurès frequently throughout the remainder of the book for being, as he makes clear in so many words, a huge sissy. The reason is not hard to grasp: what was once the vanguard mode of thinking had become banal and limpwrist in the aftermath of the first major cataclysm of revolutionary violence. What was once esoteric and insidious gradually became exoteric and milquetoast.

Elsewhere, Sorel tells us, "the friends of Jaurès, the priests and the democrats all take the Middle Ages as their ideal for the future; they would like competition to be tempered, wealth limited and production subordinated to needs" (p. 79), whereas Marx, by contrast, argued that the revolution will occur when capitalism is oppressive, strong, and productive to excess.

132

CONFIDENTIAL

Entities0007356

44. gw — Sep 6, 2022 at 4:34 PM

I propose that we include both concepts in this form. Here's the form text I'd propose:

```REQUEST ACCOUNT DEACTIVATION / DELETION

This form allows a DEFCAD user to request that his public profile be deactivated or deleted.

Please thoroughly read the information below before proceeding with submitting this form.

(Accordion-style FAQ)

+ What is deactivation?
- When a DEFCAD profile is deactivated, all projects in the profile are disclaimed, all sponsorship is terminated and login access to the profile's user account is removed. The public profile itself will be maintained: responsibility for the maintenance of the public profile, and its projects, will be transferred to DEFCAD.

+ What is deletion?
- When a DEFCAD profile is deleted, the public profile, and possibly its files, will be removed from public view.

+ What is the criteria for deactivating a profile?
- Deactivation will be processed automatically and immediately upon submission of this form. This process is reversible only via manual intervention by DEFCAD administration, so please be sure you wish to proceed before requesting deactivation.

+ What is the criteria for deleting a profile?
- As a library, DEFCAD reserves the final decision for removing a profile from public view. Deletion requests will be granted only when DEFCAD judges that the public interest is no longer served by maintaining a record of your profile and files. Scenarios where this may be the case may include:
* Your profile / files do not meet DEFCAD's quality standards
* Your profile / files are not encyclopediacally notable
* Your profile / files are harmful to the greater health of the guncad community.
When making a deletion request, you will be asked to provide justification for your request.

+ When should I request deactivation?
- A deactivation request is appropriate when you no longer wish to maintain your public guncad profile -- for example, if you are withdrawing from guncad, or will otherwise be unable to continue maintenance.

+ When should I request deletion?
- A deletion request is appropriate if you feel that the health of the guncad community will be best served by your profile and files being removed from public access. Requests that do not meet this standard will be rejected.

Request type:
    O Deactivation
    O Deletion

Justification (textbox, only appears if deletion is selected): please provide justification for your deletion request.

(Button) SUBMIT```

160

CONFIDENTIAL

Entities0007326

49. gw — Jul 22, 2022 at 3:49 PM

Proposed text to answer one of Roland's questions:

*Please explain in detail what the membership pertains to and what services or products are provided when becoming a member.*
The membership is primarily a way to support DD's technical and legal work. Members receive a personalized membership card upon purchase. The membership also grants them access to advanced technical support for the CNC machine we sell, and access to our library of technical data.

50. gw — Jul 22, 2022 at 12:15 PM

I saw that too. I'm not sure what it actually means to "view the memberships / subscriptions being offered." You can certainly see those without logging in.
Is the idea that we just give them admin creds?

51. zinoviev — Jul 22, 2022 at 12:12 PM

• Per Roland, re: Legio we need "Unexpired logins to view the membership/subscription being offered."

52. gw — Apr 20, 2022 at 12:06 PM

Sales numbers for the Individual Membership product - looks like we are currently back in the same territory that we were in for Feb and most of March

53. gw — Apr 6, 2022 at 7:38 PM

Re: the load "this month", this is not meant to reflect only the memberships that started, say, April 2022, but the month of April generally - it's the dollar amount of all active memberships that either started or will renew "this month."

54. gw — Apr 6, 2022 at 7:37 PM

For each payment method that we have active memberships for I'm calculating both the total annual load on this method, as well as the load for this month of the year. This is a snapshot so it reflects the active memberships as they stand today - the actual dollar amount we'll realize will of course differ as memberships expire or get added.

CONFIDENTIAL

Entities0007327

63. gw — Dec 24, 2021 at 3:38 PM

Actually I suppose we would replace the existing upsell popup with one that focuses on the LEGIO membership for support, seeing as kit / lower upsells won't really make sense any longer.

64. zinoviev — Dec 22, 2021 at 3:05 PM

DEFCAD consolidating membership gains without the leaks in the bucket

65. zinoviev — Dec 22, 2021 at 11:28 AM

Hello,

To protect your privacy, we're implementing a new security policy for all DEFCAD partners.

This new policy requires that any DEFCAD partner who also holds a LEGIO membership *must* use different usernames and email addresses between these two accounts.

We request that you please change your username and email address at LEGIO to different values by December 31st, 2021. If this information is not changed before this time, we will change it on our end to a different value.

Please let us know if you have any questions, and thank you.

66. gw — Dec 20, 2021 at 4:46 PM

I believe all the LEGIO memberships that got incorrectly cancelled have since been renewed properly.

67. zinoviev — Dec 17, 2021 at 5:52 PM

Membership subscriptions go into this passive mode that people just don't pay attention to

68. gw — Dec 13, 2021 at 11:18 AM

We have a guy wanting to buy a LEGIO membership, but who can't due to our gateway not accepting Amex.

69. gw — Dec 1, 2021 at 12:29 PM

Was your intent for him that, with his organization membership, he won't need to do the ID scan test and so on?

70. gw — Nov 29, 2021 at 10:16 AM

But also thinking of different membership modes generally and how referrals might tie into this.

71. gw — Nov 29, 2021 at 10:15 AM

Was thinking more of a special membership that grants you access only to the KC9 with the option to upgrade.

72. zinoviev — Nov 26, 2021 at 12:12 PM

Do we have DEFCAD/Legio membership as a stand-alone product at ghost guns or the other site?

73. gw — Nov 10, 2021 at 3:57 PM

So this cop who wants to get an organization membership should now be able to check out.

74. gw — Nov 10, 2021 at 3:57 PM

I've added an "Organization Name" required field to LEGIO that only shows up when you check out with an Organization Membership.

180

CONFIDENTIAL

Entities0007328

4. gw — Apr 24, 2024 at 9:23 PM

```Some of the most important files in 3D2A are reference models, yet reliable drawings can be hard to come by. User ThoughtsAndPrayers provides us with a [complete MAC-11/9 Upper Receiver Assembly CAD] which contains all the reference components for a modern MAC-11/9 project.

ThoughtsAndPrayers informs us that his model, while built from scratch, was checked against another accurate MAC-11/9 model provided to him by a major community member. Why has this model, in existence for years now, never been released to the community? Because it was being [gatekept by The Gatalog!]

In defiance of The Gatalog's corporate adherence to closed-source, we accompany ThoughtsAndPrayers' model with a release of this additional MAC-11/9 reference. The [Machinable Mac] is dimensionally accurate, but has been modified in several ways to simplify machining - a good option for anyone who wishes to manufacture these parts. This release is conducted with the original developer's blessing, though we withhold his name to protect him from Gatalog retaliation.

There's a lot we can learn from MAF's [showcase in legal writing]. They should consider registering it with the US Copyright Office, as they did with the [SF5 STEP files] over Christmas Eve 2023. Nothing beats federal gun registration like literally registering your 3D guns with the feds.

For anti-competitive agreements, copyrighting and [closed source], consider The Gatalog. For openness, freedom and FOSS, visit literally anywhere else.```

effective date (1)

1. zinoviev — Dec 24, 2021 at 3:40 PM

Long term you're right, but lowers will be good business until the rule's effective date

## DMCA Takedown/Copyright Complaints

DMCA (13)

1. zinoviev — Aug 20, 2024 at 9:58 PM

And the DMCAs

2. zinoviev — May 23, 2024 at 4:32 PM

Also his title page in the PDF kept some mistakes from the last draft. Will change (three, not two, files). Was not a DMCA request from Everytown.

3. gw — Mar 1, 2024 at 2:27 AM

Listened to it all the way through. The only change I'd request is removing my line about the DMCA. It's very good overall.

4. gw — Mar 1, 2024 at 1:44 AM

I would perhaps prefer that we don't have my line about "us being the ones who brought in the DMCA" in there

5. zinoviev — Aug 31, 2023 at 11:39 AM

Those words are equivocal and less aligned with the DMCA. You feel they are stronger?

CONFIDENTIAL

Entities0007329

6. zinoviev — Aug 31, 2023 at 11:33 AM

"We've received your copyright claim and have begun the counterclaim process. During this time your content will be removed from public access and the uploader will be given a chance to respond.

To ensure we enforce a valid DMCA takedown, please provide additional information to help us identify the exact, original and creative material that you alone own in the claimed files."

7. zinoviev — Aug 29, 2023 at 12:48 PM

Have not received DMCA request

8. gw — Aug 10, 2023 at 1:22 PM

Seems a little off message if we put the DEFCAD logo on a DMCA form

9. gw — Aug 10, 2023 at 1:08 PM

Quick note of interest, here's the utility of Gunmap:
https://odysee.com/@azeraywing#4/P320-Drill-Jig#6

We automatically archived this sometime before it was DMCA'd.

10. zinoviev — Aug 10, 2023 at 11:54 AM

https://cdn.websitepolicies.com/wp-content/uploads/2022/04/dmca-takedown-notice-template.pdf
[https://cdn.websitepolicies.com/wp-content/uploads/2022/04/dmca-takedown-notice-template.pdf]

11. zinoviev — May 3, 2021 at 6:13 PM

"Good afternoon. While we have temporarily removed access to the content you identified, we only respond to official DMCA takedown notices. Please return the following letter within one week to ensure the permanent removal of your content.

The DEFCAD Team."

12. zinoviev — May 3, 2021 at 6:11 PM

DEFCAD DMCA Form

13. zinoviev — Mar 28, 2020 at 7:35 AM

The DMCA agent information should be changed in the DEFCAD Terms

takedown (13)

1. gw — Aug 20, 2024 at 7:01 PM

Maybe we just straight up have a:

Q: But Fuddbusters said XYZ!
A: Read our fudd takedown *here*

2. gw — Apr 19, 2024 at 10:31 AM

Chelly just informed me of the Glock takedown demand

3. gw — Feb 4, 2024 at 12:01 AM

I assume Chelly forwarded you the latest takedown request from the FTN guy

CONFIDENTIAL

Entities0007330

4. gw — Oct 12, 2023 at 12:52 PM
Suggested change:

=====

```Discerning readers may note this is not the traditional way a man answers the charge of cowardice.```
Too subtle.
Suggested change:
```Begging others to appear on your behalf is a strange way to answer the charge of cowardice.```
=====

```Freeman can at least take comfort in the gravediggers at the Gatalog releasing a printable keychain of his corpse. The Gatalog: "Where dead developers bury the living." Now that's a trademark.```
Seems like too much.
Suggested change:
```Freeman can at least take comfort that Gatalog will continue their tradition of the dead burying the living by releasing a printable keychain of his corpse.```
=====

```The dearly departed's files (and more) are restored at DEFCAD, where they will remain safely archived. Our archival work continues unabated, and after three years is nearly complete. Help us celebrate by reading our companion guide to Open Source development.```
I'd like to expand this.
Suggested change:
```Takedown orders for the departed's Odysee files seems likely. Today DEFCAD continues our historic role of preserving access to files censored by nefarious actors (who, we have learned, may include their own creators.) The Gatalog will now be rehosted at DEFCAD.

To commemorate this, we also release today a helpful guide to Open Source development in guncad. We invite you to read it - you may learn something.```


5. zinoviev — Aug 31, 2023 at 11:33 AM
"We've received your copyright claim and have begun the counterclaim process. During this time your content will be removed from public access and the uploader will be given a chance to respond.

To ensure we enforce a valid DMCA takedown, please provide additional information to help us identify the exact, original and creative material that you alone own in the claimed files."

6. zinoviev — Aug 10, 2023 at 11:54 AM
https://cdn.websitepolicies.com/wp-content/uploads/2022/04/dmca-takedown-notice-template.pdf
[https://cdn.websitepolicies.com/wp-content/uploads/2022/04/dmca-takedown-notice-template.pdf]

7. gw — May 28, 2023 at 3:51 PM
lol, Freeman shitposting on Twitter about DEFCAD profiles violating GDPR because we don't allow unrestricted takedown.

8. zinoviev — Oct 31, 2022 at 9:40 AM
I explained the takedown to Zip last week btw

9. zinoviev — Oct 1, 2022 at 9:18 AM
Could you resend any emails we had about the brace takedown notice?

213

CONFIDENTIAL

Entities0007331

23. gw — Aug 19, 2022 at 7:00 PM

We should also talk about some point about how the creator and international creator terms are actually displayed on the site.

24. zinoviev — Aug 19, 2022 at 12:33 PM

The political innocence of the artists at work in our community is a given. 3D gun developers draw firstly from their familiarity with computers and design software, and not from a common ideology.

No doubt zoomer social distress and alienation is the great motor of the guncad struggle. Because this play struggle can be unpredictable, driven by personality disorder, and lack political orientation, we militants at DEFCAD have built organizational and aesthetic buffers to protect the commons. Among these is an enforcement of free and open source licenses for files contributed by the public and our creator partners.

The *DEFCAD TERMS OF SERVICE [https://defcad.com/terms]*, Sections 2 and 3, as well as the *DEFCAD CONTENT DISTRIBUTION AGREEMENT [https://defcad.com/terms/creator]*, Section 3, require uploaders and partners to expressly declare their uploads are licensed open source, and that they disclaim any legal power that might be used to prevent the FOSS use of these files.

By these terms our site upholds the most original and important of our community's norms.

25. zinoviev — Aug 18, 2022 at 4:30 PM

To update for international creators like Imura

26. gw — Aug 18, 2022 at 12:37 PM

Here are all four of our terms:

• https://defcad.com/terms/
• https://defcad.com/terms/purchase/
• https://defcad.com/terms/creator/
• https://defcad.com/terms/user-subscription/

27. gw — Aug 4, 2022 at 12:54 PM

https://defcad.com/terms/creator/

28. gw — Jul 30, 2022 at 7:21 PM

Maybe next week we get Ethan on updating that creators field based on the data we have in the spreadsheet. To a large degree that data is present, it's just not in DEFCAD

29. gw — Jul 30, 2022 at 7:20 PM

I suspect the abuse is a combination of people not understanding what the claim form is for, and the fact that many of the files do not have proper creators listed, making the claim link show up when it otherwise shouldn't.

30. zinoviev — Jun 10, 2022 at 8:39 AM

Ethan's DC creator account will be "Thoughts&amp;Prayers" I believe

31. gw — Jun 7, 2022 at 11:47 AM

Also, here is the current creator agreement on the website: https://defcad.com/terms/creator/

32. zinoviev — Jun 6, 2022 at 9:16 PM

So I wanted to make sure I had the latest creator agreement. My own files show "content distribution" agreements and others. I may discuss this with you too at the meeting

233

CONFIDENTIAL

Entities0007332

19. gw — May 25, 2024 at 10:01 AM

Also, I changed that text to
```You are accessing a closed-source system. Information system usage may be monitored, recorded, and subject to audit. Unauthorized use of the information system is prohibited. Use of the information system indicates consent to monitoring and recording.```

20. zinoviev — May 22, 2024 at 10:11 AM

```Here we run into our first problem.

Suppose DEFCAD pursued reputational damages for the FEDCAD libel. Does that mean the right being vindicated is a property right? The traditional view of libel is as a personal action, and personal actions at common law are not assignable.[1] DEFCAD could not transfer ownership of its legal claim to a third-party plaintiff in Florida, for example. Likewise, a dignitary theory of copyright only describes the unassignable, personal rights of an author. Though the creator might look elsewhere to defend his moral rights, e.g. the Visual Artists Rights Act of 1990 (VARA), he makes his claim to support a property right.[2]

But does The Gatalog own the FGC-9 in the first place?


[1] A dissenting Justice Taylor in Millar v Taylor (1762): "[T]his action is merely vindictive: it is in personam; not in rem. Now there is no maxim in our law more clear and plain that this, 'that things in actions are not assignable.'"
[2] Intellectual products are often identified by reference to their authors, and their value may depend upon this identification.```

21. gw — May 2, 2024 at 1:45 PM

```Howdy,

Thank you for reaching out. We would like to ensure the downloads and details are credited to a good steward, so we'd be happy to link the file to one of the devs involved. We have done our best to classify the file's metadata, licenses, etc. and would appreciate your further input.

I've reviewed the documentation and see a user with your username credited as one of the authors. Just to be sure, could you provide some positive proof that you are the rsmith28 credited in these docs?```

22. zinoviev — May 1, 2024 at 6:46 PM

```Howdy,

Thank you for reaching out. We would like to ensure the downloads and details are credited to a good steward, so we'd be happy to link the file to one of the devs involved. You'll see we've also honored her desired license. I've reviewed the documentation and see you're credited as one of the authors. Could you provide any sort of positive proof that you are the rsmith28 credited in these docs?```

23. gw — Apr 30, 2024 at 9:06 PM

```Howdy,

Thank you for reaching out. We would like to ensure that downloads / benefits for this item are sent to the correct person, so we'd be happy to assign it to one of the individuals involved.
I have looked at the documentation and I do see you credited as one of the authors. Can you provide any sort of positive proof that you are indeed the rsmith28 credited in this document?

Will stand by for your response - thank you!```
How shall we edit this?

233

CONFIDENTIAL

Entities0007333

44. gw — Jul 14, 2023 at 6:18 PM
I'd like to respond to an email from a sponsored dev requesting the payment be sent. Have we authorized the ACH yet today?

45. zinoviev — Jul 14, 2023 at 11:44 AM
I will authorize the partner ACH

46. zinoviev — Jul 6, 2023 at 2:19 PM
I'll try to get the ACH authorized tomorrow

47. gw — Jun 19, 2023 at 5:45 PM
Should I change it from "Claim project" to "Claim authorship"?

48. zinoviev — Jun 19, 2023 at 5:45 PM
Maybe we add claim authorship

49. gw — Jun 19, 2023 at 5:20 PM
Re: "ownership" vs "authorship", it looks like the only place we use the term "ownership" publicly is in the Terms of Service

2.0 Terms of Contribution
We ask users to attest that "_You are the owner of the files or you are submitting the files with the owner's permission._"

3.0 Intellectual Property Use and Ownership
We ask users to acknowledge that "_The Company will remain the sole and exclusive owner of all intellectual property rights in and to each product made available on this Website and any related specifications, instructions, documentation or other materials, including, but not limited to, all related copyrights, patents, and trademarks, subject only to the limited license granted under the product's or service's license agreement. You do not and will not have or acquire any ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products._"

50. zinoviev — Jun 16, 2023 at 1:19 PM
Oh, reminder to change instances of "ownership" in the claim and disclaim process to "authorship"

51. zinoviev — Jun 16, 2023 at 3:25 PM
All ACH files are uploaded and authorized

52. gw — Jun 15, 2023 at 1:25 PM
Ghost Gunner Authorize[ Redacted ]
Ghost Gunner ACH[ Redacted ]
Ghost Guns Authorize[ Redacted ]

53. gw — Jun 9, 2023 at 1:37 PM
Authorize.net [http://Authorize.net] is set up on Ghost Gunner for everything except GG final balances

54. zinoviev — Jun 9, 2023 at 12:33 PM
Please ask your new author Prof. Parabellum:
Any contributors or groups he wants to be added to the record e.g. editors, illustrators, organizations or groups etc. and any small bios of him or these people?

55. zinoviev — May 29, 2023 at 12:25 PM
All uses of file "ownership" through the claim, flag/dispute process should be changed to "authorship"

CONFIDENTIAL

Entities0007334

71. gw — Oct 3, 2022 at 10:00 AM

Ghost Gunner: [ Redacted ]
Ghost Guns: [ Redacted ]
ZPA: [ Redacted ]

72. gw — Sep 6, 2022 at 3:06 PM

Thinking more about the unique position DEFCAD is in viz being both an authoritative encyclopedia and a place where users themselves can contribute. And I realized that this is very similar to the concept of Wikipedia.

Looking into Wiki policy re: deletion - it appears that Wiki only allows admins to delete pages, and while page authors can request deletion, the request will generally only be granted for a legitimate reason, and they have specifically noted that they are unlikely to remove articles that are "encyclopedically notable".

We should crib from this.

73. gw — Aug 22, 2022 at 12:55 PM

[ Redacted ]

74. zinoviev — Jul 26, 2022 at 1:02 PM

ACH file authorized

75. gw — Jul 2, 2022 at 4:52 PM

Capture info: Ghost Gunner [ Redacted ], Ghost Gunner [ Redacted ]
Ghost Guns [ Redacted ]

76. zinoviev — Jun 24, 2022 at 11:56 AM

I'll authorize them

77. gw — Jun 17, 2022 at 4:19 PM

Totals: [ Redacted ] at Ghost Guns. [ Redacted ] Ghost Gunner, [ Redacted ] authorized Ghost Gunner.

78. gw — Jun 14, 2022 at 6:43 PM

[ Redacted ] on Ghost Gunner, [ Redacted ] authorized on Ghost Gunner, [ Redacted ] authorized on Ghost Guns.

79. gw — Jun 3, 2022 at 12:20 PM

I do use the card at Ghost Guns for test transactions. I think I authorized one recently for a large amount but I didn't capture it.

80. zinoviev — Jun 2, 2022 at 4:10 PM

Both ACH files uploaded and authorized for payment

81. gw — Jun 1, 2022 at 10:54 AM

Looks like around [ Redacted ] authorized. Capture it all?

82. gw — May 30, 2022 at 10:57 AM

[ Redacted ] on Ghost Guns, [ Redacted ] ACH authorized on Ghost Gunner, [ Redacted ] on Ghost Gunner.

243

Entities0007335

83. gw — May 20, 2022 at 10:34 AM

Totals: Ghost Gunner credit card pending, [Redacted] Ghost Gunner ACH authorized, [Redacted] Ghost Guns pending [Redacted]

84. zinoviev — Apr 6, 2022 at 4:37 PM

Or even authorize others under our master account

85. gw — Mar 11, 2022 at 9:33 PM

I forgot to ask this on the call: when you say that Gage's payment is "authorized to pay", does this mean that you've set up the payment in the system and it is now processing?

86. gw — Feb 28, 2022 at 12:06 PM

I recall there was a short period where we were trying to do the authorize / capture model on LEGIO, which failed because the orders would time out too quickly, so we switched that off pretty quick. I'll bet he was one of the guys who got caught up in that.

87. zinoviev — Jan 27, 2022 at 10:40 AM

Gage's payment was authorized today

88. gw — Jan 15, 2022 at 11:28 AM

This must be tracking authorized and not just captured.

89. gw — Jan 14, 2022 at 3:37 PM

I don't have the limit recorded in Doomsday, and I'm not sure whether they calculate our load as amount captured or amount authorized.

If it's amount captured then that would mean our limit is like [Redacted] and that seems pretty low.

90. gw — Jan 14, 2022 at 12:03 PM

[Redacted] at Ghost Gunner, [Redacted] at Ghost Gunner, [Redacted] authorized at Ghost Guns.

91. zinoviev — Jan 11, 2022 at 4:19 PM

I'll authorize the separate files while traveling tonight

92. gw — Jan 7, 2022 at 11:28 AM

Ghost Gunner: [Redacted]; Ghost Guns [Redacted] authorized.

93. gw — Dec 24, 2021 at 11:57 AM

Sure. [Redacted] authorized at Ghost Gunner, [Redacted] at Ghost Gunner, [Redacted] at Ghost Guns.

94. gw — Nov 29, 2021 at 10:09 AM

Looks like [Redacted] at Ghost Gunner if you'd like me to capture that as well.

95. gw — Nov 29, 2021 at 10:08 AM

[Redacted] authorized at Ghost Gunner.

96. gw — Nov 28, 2021 at 9:12 AM

[Redacted] at Ghost Gunner, [Redacted] at Ghost Gunner, [Redacted] [Redacted] at Ghost Guns.

CONFIDENTIAL

Entities0007336

97. gw — Nov 27, 2021 at 9:51 AM

[ Redacted ] on Ghost Gunner credit card, [ Redacted ] authorized

98. zinoviev — Nov 27, 2021 at 9:49 AM

What are our totals authorized

99. gw — Nov 26, 2021 at 10:35 AM

[ Redacted ] on Ghost Gunner [ Redacted ] on Ghost Gunner [ Redacted ] authorized on Ghost Guns.

100. gw — Nov 24, 2021 at 12:02 PM

Totals: [ Redacted ] card authorized on Ghost Gunner [ Redacted ] authorized on Ghost Gunner, [ Redacted ] on Ghost Guns.

246

CONFIDENTIAL

Entities0007337

58. zinoviev — Jan 21, 2018 at 6:28 PM

Ghost Gunner works with our dealer-partners to add new capabilities to our platform. Below we present our 2018 development roadmap.

Ghost Gunner Dealers sell on average three units a month giving them over $1000 profit.
Many dealers also use one or more GG2s for their own custom manufacturing.

We currently recommend dealers maintain a Type 07 FFL.

59. zinoviev — Jan 21, 2018 at 6:17 PM

and on the roadmap we'll want a final button that takes people to this page:
https://ghost-gunner.myshopify.com/pages/partners

60. zinoviev — Jan 2, 2018 at 2:31 PM

I'm concerned Shopify and partners will review this page even behind password

61. zinoviev — Sep 13, 2017 at 6:18 PM

the CEO is a kid who will get pushed around by his banking partners

62. zinoviev — Apr 6, 2017 at 10:26 AM

Any thoughts on what is bringing GS down? New partners are evaluating it this week and next

63. zinoviev — Feb 20, 2017 at 3:32 PM

My partner is wrong

64. zinoviev — May 26, 2016 at 11:12 PM

They are the better long term partner

65. zinoviev — Apr 27, 2016 at 12:13 AM

And we should always try to work with enthusiastic partners


contractor (2)

1. zinoviev — May 3, 2021 at 5:32 PM

Contractor Template

2. zinoviev — Aug 20, 2020 at 5:13 PM

About
Defense Distributed is the first private defense contractor in service of the general public. Since 2012's Wiki Weapon project, DD has defined the state of the art in small scale, digital, personal gunsmithing technology. Our active defense contracts include:

DEFCAD
A file-sharing platform designed as a comprehensive model repository for digital gunsmiths.

GHOST GUNNER
A third-generation, programmable desktop CNC with a gunsmithing design emphasis and related software. Supporting a large open source community and a growing library of firearms patterns, including the AR-15, AR-308, 1911, and Polymer80 frames.

LEGIO
A technical fraternity and legal support organization. Legionnaires do not defend the Second Amendment-- they expand it.

263

CONFIDENTIAL

Entities0007338

20. gw — Apr 22, 2024 at 9:22 PM

About to push a fix for T&amp;P showing anonymous files to DEFCAD.

When doing so I notice that we're still waiting on your edits for the license page. Could you please do so?

Current text:
```As the primary repository of guncad files, DEFCAD has also become a center for discussion around the licensure and copyright of files. This license hub collects and preserves some of the licenses used in 3D2A.

The primary concern for our community is to &lt;a href="https://defcad.com/blog/guncad-and-value-survivor-therapy/"&gt;spread the signal&lt;/a&gt;, and therefore our use of licenses is very different from their use elsewhere. Guncad licenses are copyleft, meant to ensure that no restrictions can be cynically imposed on the &lt;a href="/opensource/"&gt;sharing, hosting and selling of files&lt;/a&gt;.

This collection of licenses includes both preexisting licenses created to maintain these protections, and new licenses developed by the community. All of these licenses are available for use at DEFCAD.```

21. gw — Apr 20, 2024 at 12:47 AM

Also, I think we are waiting on your review for the license pages, specifically the text for the main hub.

22. gw — Apr 4, 2024 at 10:59 AM

Here's my license hub text:

=====

As the primary repository of guncad files, DEFCAD has also become a center for discussion around the licensure and copyright of files. This license hub collects and preserves some of the licenses used in 3D2A.

The primary concern for our community is to spread the signal [https://defcad.com/blog/guncad-and-value-survivor-therapy/], and therefore our use of licenses is very different from their use elsewhere. Guncad licenses are copyleft, meant to ensure that no restrictions can be cynically imposed on the sharing, hosting and selling of files [http://127.0.0.1:8000/opensource/].

This collection of licenses includes both preexisting licenses created to maintain these protections, and new licenses developed by the community. All of these licenses are available for use at DEFCAD.

23. gw — Apr 3, 2024 at 1:59 AM

Fixed the text on the Ruby license too

24. gw — Apr 2, 2024 at 6:42 PM

PLABoi posted this: https://odysee.com/@Plaboi:2/GUNCAD-Ruby-License-version-1.1:3

25. gw — Apr 2, 2024 at 1:39 PM

You had a text change for the Ruby license, can you please confirm what that was?

276

CONFIDENTIAL

Entities0007339

40. gw — Sep 6, 2022 at 4:34 PM

I propose that we include both concepts in this form. Here's the form text I'd propose:

```REQUEST ACCOUNT DEACTIVATION / DELETION

This form allows a DEFCAD user to request that his public profile be deactivated or deleted.

Please thoroughly read the information below before proceeding with submitting this form.

(Accordion-style FAQ)

+ What is deactivation?
- When a DEFCAD profile is deactivated, all projects in the profile are disclaimed, all sponsorship is terminated and login access to the profile's user account is removed. The public profile itself will be maintained: responsibility for the maintenance of the public profile, and its projects, will be transferred to DEFCAD.

+ What is deletion?
- When a DEFCAD profile is deleted, the public profile, and possibly its files, will be removed from public view.

+ What is the criteria for deactivating a profile?
- Deactivation will be processed automatically and immediately upon submission of this form. This process is reversible only via manual intervention by DEFCAD administration, so please be sure you wish to proceed before requesting deactivation.

+ What is the criteria for deleting a profile?
- As a library, DEFCAD reserves the final decision for removing a profile from public view. Deletion requests will be granted only when DEFCAD judges that the public interest is no longer served by maintaining a record of your profile and files. Scenarios where this may be the case may include:
* Your profile / files do not meet DEFCAD's quality standards
* Your profile / files are not encyclopediacally notable
* Your profile / files are harmful to the greater health of the guncad community.
When making a deletion request, you will be asked to provide justification for your request.

+ When should I request deactivation?
- A deactivation request is appropriate when you no longer wish to maintain your public guncad profile -- for example, if you are withdrawing from guncad, or will otherwise be unable to continue maintenance.

+ When should I request deletion?
- A deletion request is appropriate if you feel that the health of the guncad community will be best served by your profile and files being removed from public access. Requests that do not meet this standard will be rejected.

Request type:
    O Deactivation
    O Deletion

Justification (textbox, only appears if deletion is selected): please provide justification for your deletion request.

(Button) SUBMIT```

CONFIDENTIAL

Entities0007340

3. gw — Sep 8, 2022 at 4:34 PM

I propose that we include both concepts in this form. Here's the form text I'd propose:

```REQUEST ACCOUNT DEACTIVATION / DELETION

This form allows a DEFCAD user to request that his public profile be deactivated or deleted.

Please thoroughly read the information below before proceeding with submitting this form.

(Accordion-style FAQ)

+ What is deactivation?
- When a DEFCAD profile is deactivated, all projects in the profile are disclaimed, all sponsorship is terminated and login access to the profile's user account is removed. The public profile itself will be maintained: responsibility for the maintenance of the public profile, and its projects, will be transferred to DEFCAD.

+ What is deletion?
- When a DEFCAD profile is deleted, the public profile, and possibly its files, will be removed from public view.

+ What is the criteria for deactivating a profile?
- Deactivation will be processed automatically and immediately upon submission of this form. This process is reversible only via manual intervention by DEFCAD administration, so please be sure you wish to proceed before requesting deactivation.

+ What is the criteria for deleting a profile?
- As a library, DEFCAD reserves the final decision for removing a profile from public view. Deletion requests will be granted only when DEFCAD judges that the public interest is no longer served by maintaining a record of your profile and files. Scenarios where this may be the case may include:
* Your profile / files do not meet DEFCAD's quality standards
* Your profile / files are not encyclopediacally notable
* Your profile / files are harmful to the greater health of the guncad community.
When making a deletion request, you will be asked to provide justification for your request.

+ When should I request deactivation?
- A deactivation request is appropriate when you no longer wish to maintain your public guncad profile -- for example, if you are withdrawing from guncad, or will otherwise be unable to continue maintenance.

+ When should I request deletion?
- A deletion request is appropriate if you feel that the health of the guncad community will be best served by your profile and files being removed from public access. Requests that do not meet this standard will be rejected.

Request type:
    O Deactivation
    O Deletion

Justification (textbox, only appears if deletion is selected): please provide justification for your deletion request.

(Button) SUBMIT```

437

CONFIDENTIAL                                                                    Entities0007341

TIF (123)

1. gw — Jun 17, 2025 at 2:45 PM

We all know that Matthew Larosierie, Esq. (aka Fuddbusters [aka IvanTheTroll on copyright applications]), is the best second amendment attorney in the country. But _how much better_ is he? We haven't been able to quantify this, until now.

According to a recent declaration filed in Larosierie's flagship lawsuit, you can hire Fuddbusters for the low price of *$650 an hour*.

How does this compare to other, lesser attorneys? This rate is:

• 7x the average base salary for first-year associates at America's major law firms.
• 60% higher than the SAF's average local counsel rate
• (Compare to the top attorneys at Cooper and Kirk)
• (More stats)
The obvious question that arises from these stats is, of course, why isn't Larosierie's rate _even higher_?

We may be able to calculate his relative value in the 2A legal community, but his absolute value? Incalculable.

2. zinoviev — May 14, 2025 at 1:56 PM

Will delay notifying LEGIO

3. gw — Mar 12, 2025 at 3:05 PM

Okay, I did the authentication. The notification is still there but it should go away after the authentication has verified.

4. gw — Feb 13, 2025 at 3:31 PM

It doesn't appear that Google sent me a notification email about the suspension

5. gw — Nov 20, 2024 at 2:14 PM

The parts kit is pitifully cheap in terms of cost, with the possible exception of the bolt. Not sure how much it's costing him to mill those.

456

CONFIDENTIAL

Entities0007342

20. gw — May 8, 2024 at 1:13 PM

He's asking about where we say we offer FFL support on the LEGIO website, under the "Organization" membership

21. gw — May 7, 2024 at 11:00 AM

Post is on the website but it's paywalled https://enblocpress.com/newsletter/issue-16-of-2024/

22. zinoviev — Apr 19, 2024 at 8:57 AM

At the end of the year Space Odysee Inc, LBRY's largest private creditor, sued for control of the Odysee website

23. zinoviev — Apr 18, 2024 at 1:57 PM

```Hello,

I am the primary developer of DEFCAD. I am messaging you to let you know that the claims made about our website in this post (https://www.reddit.com/r/fosscad/comments/1c5p10f/reminder/) are false and defamatory, and this is a request that you unpin and remove the post.

We have provided proof that these claims are false several times in the past. I'm happy to do so again, and in detail with the mods. In summary:

* DEFCAD's database has never been "dumped", and DEFCAD does encrypt data both in transit and at rest. We utilize third-party monitoring for database breaches and have never once received a breach report. No proof has ever been provided that our database has been hacked or dumped.

* DEFCAD has never "doxxed" any member of our website, whether developer or customer. No proof has ever been given of this, and in fact the developer that this post claims was "doxxed" has publicly stated the opposite, that he was _not_ doxxed.

* DEFCAD regularly pays dozens of developers for their work. Claims that DEFCAD does not pay developers are false.

Due to the intentionally defamatory nature of these claims, I respectfully ask that you unpin or remove the post in question. Thank you.```

CONFIDENTIAL

Entities0007343

24. gw — Apr 16, 2024 at 1:52 PM
Proposed modmail:

```Hello,

I am the primary developer of DEFCAD. I am messaging you to let you know that the claims made about our website in this post (https://www.reddit.com/r/fosscad/comments/1c5p10f/reminder/) are false and defamatory.

We have provided proof that these claims are false several times in the past. I would be happy to do so again for you. To offer a summary:

* DEFCAD's database has never been "dumped", and DEFCAD does encrypt data both in transit and at rest. We utilize third-party monitoring for database breaches and have never once received a breach report. No proof has ever been provided that our database has been hacked or dumped.

* DEFCAD has never "doxxed" any member of our website, whether developer or customer. No proof has ever been given of this, and in fact the developer that this post claims was "doxxed" has publicly stated the opposite, that he was _not_ doxxed.

* DEFCAD does not "pass off" files or profiles as having been uploaded / created by their developer. DEFCAD is a library / encyclopedia and we offer no implication or expectation that these profiles are anything other than curated information.

* DEFCAD regularly pays developers for their work. Claims that DEFCAD does not pay developers are false.

Due to the defamatory nature of these claims, we request that you unpin or remove the post in question. Thank you.```
Go ahead and cut it down to three sentences.

25. gw — Apr 15, 2024 at 3:31 PM
The card logos are on the Coastrunner website

26. gw — Apr 11, 2024 at 1:28 PM
Okay, some stuff we need to add to the website

27. gw — Mar 19, 2024 at 1:49 PM
Message from our new best friend unseenkiller:

```oh
and uh
you GG guy reminded me about not having a CC processor....
I got a dude who recently helped me stand up the 40mm barrel blank website and got them approved for CC processing without an FFL
because he was able to use their client size to twist authoerize.net [http://authoerize.net]'s arm into making them do it
it's a merchant services broker called "clearent".... they're the account holder for SOLGW and Deadlock
idk if you guys are still pushing for a new processor, but I've got an in with a dude who might be able to make it happen
just say the word```

28. gw — Mar 1, 2024 at 5:19 PM
We're back to linking to the corporate website I see

517

CONFIDENTIAL

Entities0007344

23. zinoviev — May 16, 2023 at 3:57 PM

Thank you for getting in touch. We'll take care of your request. We'll delete:

1. Your DEFCAD account, which includes your email address.
2. Your LEGIO account, which includes your membership payment details.

That's all the data we have at DEFCAD. We don't store any personal information used for access checks, download records, or other sensitive data. And we don't collect or stored Social Security Numbers (SSNs).

We hope this makes our website's policy clearer. If you have more questions, please let us know.

24. zinoviev — Apr 13, 2023 at 6:04 PM

They want us to remove mention of the store in red

25. gw — Jan 24, 2023 at 1:21 PM

Chris Negron is asking us to restore access to his Ghost Gunner email. Shall I proceed?

26. gw — Jan 24, 2023 at 11:19 AM

Mobile view restores a getting started banner

27. gw — Oct 31, 2022 at 4:27 PM

Section restored.

556

CONFIDENTIAL

Entities0007345