| | |
|---|---|
| **From:** | Joe G [jg@exfiltrate.io] |
| on behalf of | Joe G <jg@exfiltrate.io> [jg@exfiltrate.io] |
| **Sent:** | 10/6/2023 2:14:53 AM |
| **To:** | Cody Wilson [crw@defdist.org] |
| **Subject:** | Joe - signal |
| **Attachments:** | publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc |

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah, I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? What's up? Can you call me via normal call?

Entities0000679