In short, the feds were saying "No, you can't publish yet." And so was The Gatalog.

To ensure judicial notice of their public domain status, we included the best of the Gatalog designs in our re-release of free files. But this was an outrage for which Gatalog high command required payment. While it may offend modern sensibilities (in 2024 we all know it's wrong to ask for money for free files), in the wild weeks of May, 2021, free files were pricey things. Just try to remember these were men of their time!

For the FGC-9 Mk II alone, the Director of The Gatalog (then, as now, a little-known figure) demanded a wire payment of $2,500 to his personal shell company. And so this was the price to officially open source the FGC-9 Mk II.

| Created date | Status | Transaction Type | Account | Amount | |
|---|---|---|---|---|---|
| 5/27/2021 | Processed | ACH Batch - Tracking ID: ▮ | DefDist XXXXXX9683 | $2,500.00 | ⋮ |

| | | | |
|---|---|---|---|
| **Tracking ID:** | ▮ | **Total Amount:** | $2,500.00 |
| **Created:** | 05/27/2021 4:15 PM | **Total Payments:** | 1 |
| **Created By:** | Cody Wilson | **Company Entry Description:** | ACH Paymen |
| **Authorized:** | 05/27/2021 4:15 PM | | |
| **Authorized By:** | Cody Wilson | **From Account:** | DefDist XXXXXX9683 |
| **Will process On:** | 05/28/2021 | **SEC Code:** | PPD |
| **Effective:** | 06/01/2021 | **ACH Header:** | DEFENSE DISTRIBU |

RECIPIENTS:          ⟨ 1 of 1 ⟩

| | |
|---|---|
| **ACH Name:** | Additive Modeling Solu |
| **ACH ID:** | ▮ |
| **Transaction Type:** | Ea |
| **Amount:** | $2,500.00 |
| **Account Number:** | ▮ |
| **Account Type:** | Checking |
| **Routing Number:** | ▮ |

The reader will note I paid for the FGC-9 the day after the Ninth Circuit mandate issued, on May 26th. But it's also the same day The Gatalog Foundation was formed in Florida. Could these two facts be related?

By June 1st, 2021, DEFCAD went back to a paywall, The Gatalog became a corporation, and BIS would assume jurisdiction of 3D gun files, pretending nothing had happened the previous four weeks.