| From: | Rajan Basra [rajan.basra@kcl.ac.uk] |
|---|---|
| on behalf of | Rajan Basra <rajan.basra@kcl.ac.uk> [rajan.basra@kcl.ac.uk] |
| Sent: | 10/29/2024 11:23:55 PM |
| To: | Cody Wilson [crw@defdist.org] |
| Subject: | Re: UCL Consent Form |

Hi Cody,

I read your blog post and the criminal complaint against Freeman with great interest...

It was also a genuine surprise that he is a celebrated trombone player.

Are there any times on Wednesday or Thursday that suit you for a call?

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** Wednesday, October 23, 2024 3:30:39 PM
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

I can make a call work closer to the end of the month.

I should pass this on in case you haven't seen it:
https://ddlegio.com/obnoxii-civitati/

https://www.justice.gov/usao-wdny/pr/genesee-county-man-charged-possession-machineguns

First major 3D gun developer prosecution. Guy had the keys to the kingdom.

crw

Cody R. Wilson
Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p:  501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto.  Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken. Thank you.

Entities0000827

PLTFS00003502

On Fri, Oct 11, 2024 at 4:56 AM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

Yeah it must've been quite the experience sitting in the highest court of the land, albeit not with the result you were hoping for.

I can't make a call today, but I am fairly free throughout Monday and Tuesday next week if you have a time that suits you?

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 09 October 2024 11:06

**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

No worries, sir. I've been in DC with my team at the Supreme Court in the VanDerStok case, where we're among the plaintiffs. It was cool to watch the arguments and sit before the Court, but we got our butts kicked:
https://www.nytimes.com/2024/10/08/us/ghost-guns-supreme-court.html?unlocked_article_code=1.Qk4.KeZY.Q8zzGk1uNvve&smid=nytcore-ios-share&referringSource=articleShare&sgrp=c-cb

Let's speak after I file the answer to the copyright complaint. Perhaps Friday?

crw

Cody R. Wilson
Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p: 501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto.  Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken. Thank you.

On Sun, Oct 6, 2024 at 6:11 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

Entities0000828

PLTFS00003503

Thanks for reaching out, and please excuse my late reply - the past two weeks I've been consumed with other work.

I've been thinking of doing a piece on the legal aspects of the digital blueprints.

In any case, it would be good to arrange a call. When works best for you this upcoming week?

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 02 October 2024 15:03

**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

In one week I'll be replying to this copyright lawsuit and dropping a lot of information about the Gatalog.

You may want to be talked through some of it, and I am offering that.

crw

Cody R. Wilson
Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p:  501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto.  Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken.
Thank you.

On Mon, Sep 23, 2024 at 6:22 PM Cody Wilson <crw@defdist.org> wrote:
The following is what I sent along to the corrections department at The Times, and I'd appreciate it if any of it could be reflected in your GNET piece. You mention that I make sure US persons access files. Could you help people understand why?

"Concerning this September 10th piece on John Elik and the FGC-9, Lizzie Deardan and Thomas Gibbons-Neff surmise that gunmaker John Elik "may not be doing anything wrong" because he has a federal firearms license (FFL), and that only a hodgepodge of state laws regulate 3D printed gun activity:

Entities0000829
PLTFS00003504

In the United States, 3D-printed guns are regulated by a hodgepodge of state laws. Illinois has restricted the sale and possession of homemade gun components, except by firearm dealers and manufacturers. Because he is a licensed manufacturer, there is no indication that Mr. Elik is violating that law. Illinois law requires manufacturers to add serial numbers to homemade gun components.

This is a glaring oversight by The Times. 3D printed guns are heavily regulated by federal law, and the files are "controlled technology" under The Export Administration Regulations (EAR) of Title 15, administered by BIS for national security and foreign policy purposes.

Specifically, after the Export Control Reform Act of 2018, files for 3D gun receivers and assemblies are regulated by 15 CFR 734.7(c). and it is illegal for Americans to share these files on the Internet. Your reporting suggests "there is no indication" that Elik has done anything illegal, which of course he has.

This paper has covered the export classification and control of this technology in the past. I request a public correction and acknowledgement."

crw

On Thu, Sep 19, 2024 at 2:18 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Thanks for spotting that; I will raise it with the GNET editor.

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 19 September 2024 20:08
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

The *Everytown* case was a federal trademark case. Not at all about copyright. Just for starters.

crw

On Thu, Sep 19, 2024 at 1:51 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

Apologies for the delayed reply (I'm just working on an upcoming deadline).

What are the legal inaccuracies that you see in the GNET piece?

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** Monday, September 16, 2024 10:04:50 PM

Entities0000830

PLTFS00003505

**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

I see some legal inaccuracies in your GNET piece as well, sir. Perhaps it's time for a phone call at your convenience.

crw

Cody R. Wilson
Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p: 501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto.  Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken.
Thank you.

On Fri, Sep 13, 2024 at 10:07 AM Cody Wilson <crw@defdist.org> wrote:
Elik was identified by another journalist even before Covid. His earliest file releases even include his name in their metadata.

I'm not worried about the accusations.

Please understand ITAR is an issue, but the superseding issue is the EAR. These may seem to be the same to you, but they are different agencies with different enforcement priorities. You can make the argument that DD dissolved the ITAR question in 2018, but the State Dept and Congress struck back and the EAR restrictions are the state of play.

I understand the Elik pieces were partially promoted in service of the official narrative against VanDerStok, but it's a problem for the paper of record to leave unmentioned the wider legal background. Worse, one of these pieces guesses that Elik may not even be doing anything illegal.

I'll send a correction request along, but I know you'll have more pull here.

Thank you,

crw

Cody R. Wilson
Managing Director

Entities0000831

PLTFS00003506

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p: 501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto.  Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken.
Thank you.

On Fri, Sep 13, 2024 at 3:10 AM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

Yes I believe the ITAR angle is an interesting one. Just to reiterate an earlier question: How did Elik (and Larosiere or Holladay) react to the suggestion that paying JStark may be an ITAR violation? Given that MAF Corp has an ITAR disclaimer on its site, and Larosiere is a lawyer, I assume they must have been aware of the risks?

I see online that many from Deterrence Dispensed are saying you passed on the details about Elik to the NYT, and that it was in response to the Larosiere lawsuit filed last Friday. It's a bizarre accusation. Just to be clear, the contents of the DDLegio blog weren't necessary to connect Elik with the Ivan pseudonym (though I do see how the payment to Elik's company - even with the partially obscured name - can be used to identify his address), and me and my co-author Nathan had made that connection before you reached out to me. As mentioned before, something was in the pipeline for several months.

It's really as simple as seeing the name John Elik and Gatalog Foundation Inc repeatedly in the "Declaration of Erin Galloway" document, googling "John Elik Alton" (after realising TheBlaster9001 was in/around Alton), and seeing Elik's address. For obvious reasons I didn't want to broadcast this in the GNET article.

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 10 September 2024 20:23

**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

I have a critique concerning Thomas Gibbons-Neff's points about the law, however. *VanDerStok* is relevant, but you guys are missing the 10 year arms export control angle. It's illegal under federal law to share files for frames, receivers, and full gun assemblies, as well as in some states. This is what drives the anonymity, and why I've been in federal court for ages.

Feel free to copy Thomas as well. Happy to speak on background.

Entities0000832

PLTFS00003507

crw

On Tue, Sep 10, 2024 at 11:37 AM Cody Wilson <crw@defdist.org> wrote:
I saw this morning, sir. Solid placement and reporting.

Elik has decided to sue me in federal court in Florida through his business partner and attorney Larosiere.

I'm sure many of the filings will be relevant to your ongoing work.

crw

Cody R. Wilson
Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p: 501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto. Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken.
Thank you.

On Tue, Sep 10, 2024 at 11:32 AM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

As mentioned, there was something in the pipeline. It has taken a few months to get these out, but here they are.

ICYMI:

https://www.nytimes.com/2024/09/10/world/europe/ivan-troll-3d-printed-homemade-guns-fgc9.html

https://gnet-research.org/2024/09/10/lawsuits-rivalries-and-trolls-examining-the-behaviour-of-the-3d-printed-gun-movement/

Best,

Rajan

Entities0000833
PLTFS00003508

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 03 August 2024 23:38

**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

I asked him to join more than once, but he believed Odysee would not be a party to the suit or give up his identity. He was instead identified by Odysee within days, and without even a Rule 45 subpoena.

The real answer is that he's a coward. He won't even put his name on his "registered" work. The best proof I have of their business/employment relationship is this federal record:
https://defcad.com/library/sf5-step-master-application-for-copyright-registration/

Either Elik works for Matt, or Matt lied to the feds.

The BTC ecommerce transaction shows a MAF customer ID and shipping address, but Elik's email address. This record would be useful in potential litigation, so I'm not sure I'm ready to share it yet.

crw

On Sat, Aug 3, 2024 at 11:15 AM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Why wouldn't Elik join the Everytown lawsuit? I was surprised Everytown weren't more explicit about him, although the "Declaration of Erin Galloway" makes it plain that they could all but confirm he is Ivan.

Do you have any proof that they split the proceeds from the sales of kits etc?

Regarding the BTC, I'm open to whatever suggestion works best for you.

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 02 August 2024 21:11
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

It's funny, I just got some strange Bitcoin activity on my site that proves their business connection. We will need to discuss how I handle this with you, though.

crw

On Thu, Aug 1, 2024 at 3:15 PM Cody Wilson <crw@defdist.org> wrote:
It's all very simple. Elik wouldn't join the Everytown suit, and later Larosiere asked Freeman1337 to leave the suit when we wouldn't entertain Larosiere's legal theories or take his calls.

Entities0000834
PLTFS00003509

Elik is obviously legally and financially involved with Matt. In the Copyright Office registration of the SF5 STEP files, we see Matt lists the work as made for hire: https://publicrecords.copyright.gov/detailed-record/36166774

I double checked and confirmed this by requesting certified copies of the registration, which you can also do.

Elik works for Larosiere and they split the proceeds on kits, etc. Look at how <u>not</u> on the sidelines he is when Larosiere tries to criticize his former employer FPC: https://x.com/FuddBusters/status/1819021783581778126

crw

On Thu, Aug 1, 2024 at 12:28 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
And when would you say things between DEFCAD and DD2 got really ugly? Was it the fallout from the Everytown lawsuit?

Regarding the tension about money, I suppose this brings me around to one of the issues I mentioned earlier around Elik not being legally involved with MAF Corp. or other ventures - do you know why it appears he's sitting on the sidelines hen it comes to those businesses?

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 31 July 2024 23:51
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

There was only tension at the very, very end. Elik and Larosiere wanted money and said JStark wanted money as well. After GunsNBitcoin 2021 they decided to reorg as The Gatalog, and our communication cooled off. DEFCAD continues to pay many DD2 developers, including Elik and Alex, for almost two years after this before things begin to get ugly.

crw

On Wed, Jul 31, 2024 at 5:16 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Yes, his documentary appearance was incredibly risky. The notoriety he gained from that resulted in his arrest. I suppose his "resignation" to his fate makes more sense in light of his longstanding suicidal ideation.

When you were in contact with JStark, was there any tension between DEFCAD and Deterrence Dispensed? Or did that only arise later?

Best,

Rajan

Entities0000835

PLTFS00003510

**From:** Cody Wilson <crw@defdist.org>
**Sent:** Monday, July 29, 2024 10:37:46 PM
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

JStark didn't use the exact words I shared, but I recall him thinking of himself as a martyr who had not yet died. For example, after his documentary dropped on YouTube, he asked for advice. One thing I said is he should immediately lose all his possessions/devices and move out of his apartment. He agreed that he should do this, but admitted he no longer had the will or energy to. He wanted me to understand his resignation.

crw

On Mon, Jul 29, 2024 at 1:46 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Thanks for that Cody. I wasn't aware that he held back on the release of the FGC-9 to coincide with DEFCAD's relaunch.

Yes I've heard him mention on a couple of podcasts how he started the proto Deterrence Dispensed by leaving comments on DEFCAD, and I find it strange that that would be disputed now. I mentioned this in my report on JStark, as it's simply a matter of fact.

When you say he already thought of himself posthumously, did he say that explicitly? Jacob seemed very attuned to the propaganda front, and so I wonder what he thought about how the JStark persona could help spread the message about 3D2A.

Best,

Rajan

---

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 29 July 2024 15:09
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

Thank you, sir. It seems we can at least discuss it, and I appreciate that.

I'm happy to attribute most of my conversations with JStark. For example, one thing I see being publicly contested these days is his original affiliation with DEFCAD. JStark gave plenty of interviews confirming that he organized DD2 from the comments sections and DM functions of the 2018 DEFCAD. I stayed in touch with JStark even since then, and it's known that he explored working with us at that time. This is all true.

Because JStark was international and wished to remain anonymous, we did not pursue an employment relationship, but we did draft versions of "influencer agreements" in 2019 and 2020. Once there were indications the Ninth Circuit would finally reverse the meddling of the state governments in Export Control Reform and ITAR deregulation, JStark agreed to help us promote the third version of DEFCAD, which would relaunch on March 27, 2020. He held the release of the original FGC-9 for this date. The release manual of the FGC-9 is dated March 27, 2020. March 27th is the date of the Goliad massacre.

Entities0000836

PLTFS00003511

Stark loved our Texan symbolic practice and wanted to signify his historical, esoteric alliance. He already thought of himself posthumously. You'll note the red arm from the Dimmit flag that flew at Goliad is still a prominent element of most FGC builds.

crw

On Mon, Jul 29, 2024 at 6:08 AM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:
Hi Cody,

That's reasonable. How does the following sound to you?

Regarding quotes (e.g., about JStark):

• I'll only attribute quotes to you that you say you're happy to be attributed to you. If I'm ever unclear about this, I'll check with you to confirm.
• If there are other quotes where you'd prefer to remain anonymous, just let me know. In those cases, research outputs will reference "a figure within GunCAD", or words to that effect (e.g., "a figure within the 3D-printed firearms community said").

Regarding information (e.g., dates, accounts, transactions, etc.):

• Where information is publicly discoverable, I will list it as publicly discoverable with no attribution to you.
• Where's it very obvious that I could not have come across that information by myself (e.g., a document showing transactions), I can say that it is was shared with me by an anonymous "figure within GunCAD".

Best,

Rajan

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 21 July 2024 23:01
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

You don t often get email from crw@defdist.org. Learn why this is important

I have many answers to these questions, and documents to share. But at this point I'll need assurances about what may or may not be directly attributed to me. Much of what I have is public and I'd prefer, at the very least, that what is publicly discoverable not be attributed to me.

crw

Entities0000837
PLTFS00003512

On Sat, Jul 20, 2024 at 8:54 PM Rajan Basra <rajan.basra@kcl.ac.uk> wrote:

Hi Cody,

Many thanks for sharing those details, they are fascinating.

John Elik's role is very interesting - and one I have a close eye on. There is something in the pipeline.

I have many few follow up questions based on your message - please forgive me for asking several:

- You wrote that JStark was paid by Holladay and Larosiere. Do you have any confirmation of this? If it was done via BTC, do you have the wallet address? I assume if there's a record to be found, it would be on the blockchain (beyond the one he publicly listed for donations).

- What was the name of the nonprofit firearms advocacy group that paid Holladay and Elik?

- Can you provide the history of payment records between DEFCAD and Holladay and Elik?

- How did Elik (and Larosiere or Holladay) react to the suggestion that paying JStark may be an ITAR violation? Given that MAF Corp has an ITAR disclaimer on its site, and Larosiere is a lawyer, I assume they must have been aware of the risks.

- I note that you paid Elik's Additive Modeling Solutions for the Mk II. Was there a negotiation over this amount? And are you aware of other attempts that Elik has made (beyond the alleged future subscription fee for the Gatalog) to monetise the Deterrence Dispensed and Gatalog brands? On that note, do you know why Elik is not legally involved with MAF Corp or other business ventures with Holladay and Larosiere?

I would also be fascinated to know of your direct contact with JStark. What was the nature of it, and when were you last in touch with him? Did he reveal any details beyond his life in GunCAD? I know in at least one podcast interview he was exasperated at how the FGC-9 did not attract more mainstream attention. I believe he was thinking of leaving GunCAD entirely in the last few months of his life (either to return to Southeast Asia or to commit suicide).

I am about to be without any internet connection for 7 days, so please don't feel a rush to reply, but any details you can provide will be much appreciated.

Best,

Rajan

Entities0000838

PLTFS00003513

**From:** Cody Wilson <crw@defdist.org>
**Sent:** 19 July 2024 23:55
**To:** Rajan Basra <rajan.basra@kcl.ac.uk>
**Subject:** Re: UCL Consent Form

You don t often get email from crw@defdist.org. Learn why this is important

Rajan,

You asked: What is it you wish to say about how JStark received money and the organisations supporting him?

JStark was paid by Alex Holladay and Matthew Larosiere. These two have had more than one company together in Florida over time. A nonprofit firearms advocacy group paid Alex and John Elik for 3D gun development from 2020 - 2022 from a deal brokered by Larosiere. DEFCAD paid Alex and John Elik from March of 2020 to late 2022 (in the case of Elik) and February of 2023 (in the case of Holladay). I have the entire history of these payments records. I was often solicited by John Elik to pay JStark as well, but I objected on ITAR grounds (I had, after all, been fighting the State Department at this point for nearly 7 years). In April of 2021, Eli

Entities0000839

PLTFS00003514