## Black Flag White Paper

When Zarathustra's three apes founded The Gatalog in June of 2021, they did not yet know they had killed JStark.[1] Their founding manifesto was a confused, but earnest, refutation of digital rights management (DRM) written for Ammoland.[2] On August 25, 2021, they got the first test of these values when Everytown sent a DMCA takedown notice to DEFCAD for the removal of two Gatalog files.[3] Joined by FPC, our groups quickly organized to fight the first federal intellectual property claim in the history of 3D2A.

This is the story of how The Gatalog became a gun control organization. It is written as a primer on the law and theory of copyright.

Introduction

Exactly one year into the Everytown litigation, the loudest and largest of Zarathustra's apes made dueling copyright statements to DEFCAD:

Doxxed by Odysee, and embarrassed at having no role in the case, the Director of The Gatalog claimed the FGC-9 under a dignitary theory of copyright.[4]

Stun-locked and doing as he was told, The Secretary of The Gatalog quietly claimed the TacDaddy under an intellectual property theory of copyright.[5]

Let's examine these claims, their theoretical bases, and their innovative consequences.

---

[1] @marquis2baillon. "The Occult Designer." Acceleration.Party, 24 Mar. 2024, acceleration.party/the-occult-designer/.
[2] Holladay, Alex, et al. "The Threat of DRM-Infused Home Gunbuilding." AmmoLand Shooting Sports News, Ammoland Inc. Apr. 2021, www.ammoland.com/2021/04/the-threat-of-drm-infused-home-gunbuilding/#axzz8Zx5cfw61.
[3] Southern District of New York, "Everytown for Gun Safety v. Defcad" (2021). Historical and Topical Legal Documents. 2555, https://digitalcommons.law.scu.edu/historical/2555
[4] Wilson, Cody. "On Free Men and Freeman." DD LEGIO, Defense Distributed, 3 Oct. 2023, ddlegio.com/on-free-men-and-freeman/.
[5] DEFCAD link

CONFIDENTIAL

Confidential

## Copyright is Property

Since 1710, authorial copyright has been considered a form of property in Anglo-American law.[6] Though arguments for copyright protection still rely upon moral claims of an author's inalienable, natural right to reap the fruits of his labor, the demands of early English literary commerce and the modern publishing trade have produced a readily assignable, temporary property right.[7] Because The Gatalog pretends to have no economic interests in maintaining copyright, we will address only their moral and non-economic property claims.

## The Dignitary Theory

Though the property-based view of copyright was settled by *Donaldson v Becket (1774),* there remains a traditional line of argument in support of copyright as a personal right based on ideas of dignity.[8] This dignitary view includes reputational dimensions (distortions of an author's text are reflections of the author) and communicative dimensions (authorship is a right of public address), and is much more established in European law, though the U.S. became a party to the Berne Convention in 1989.[9-10]

To better understand The Gatalog's claim of dignitary harm, we can make a comparison to libel, which was the group's intention in developing and promoting the "FEDCAD" meme.[11] When Gatalog command first changed their minds about the open-source status of their files, they chose to fight unauthorized republication of their property as a reputational offense.

[Tweet Image] Figure 1

Though this is a criminal threat, we at least see a formula and principle of proportionality at work: *Because I own the FGC-9, you harm my reputation by not honoring my control of it.[12] As repayment, I will harm DEFCAD's reputation.*

---

[6] Statute of Anne, 1710
[7] Stern, Simon. "From Author's Right to Property Right." The University of Toronto Law Journal , Winter 2012, Vol. 62, No. 1 (Winter 2012), pp. 29-91, https://www.jstor.org/stable/41429405
[8] From Author's Right to Property Right
[9] Authorship as Public Address
[10] The Two Western Cultures of Privacy: Dignity Versus Liberty
[11] DEFCAD link to FEDCAD meme
[12] Illinois Criminal Code XX

CONFIDENTIAL
Confidential

PriorProduction0002566
PLTFS00028281

But here we run into our first problem.

Suppose DEFCAD pursued reputational damages for the FEDCAD libel. Does that mean the right being vindicated is a property right? The traditional view of libel is as a personal action, and personal actions at common law are not assignable.[13] DEFCAD could not transfer ownership of its legal claim to a third-party plaintiff in Florida, for example. Likewise, a dignitary theory of copyright only describes the unassignable personal rights of an author. It may support, but does not by itself establish, a property right.

We have not yet shown The Gatalog has intellectual property in their files.

The Intellectual Property Theory

A property right means a right to "exclusive use," which includes the right to control commercial use. Though eighteenth-century authors may have had a common law right of property in their physical manuscripts and even printed, paper copies, it took another century of philosophical and legal work to expand this right to encompass an author's ideas.

Today, copyrights are entitlements in intangible objects. An owner's entitlement is enforced as a universal right, and is understood by terms like "theft" and "piracy." These are the terms of an official, public ideology that borrows heavily from Locke's natural rights theory of property and the labor theory of value.[14] Modern copyright is described as existing independently of the law, and yet, regardless of romance, it is entirely a creature of federal statute.[15] This has interesting consequences for our discussion.

---

[13] A dissenting Justice Taylor in *Millar v Taylor (1762)*, "[T]his action is merely vindictive: it is in personam; not in rem. Now there is no maxim in our law more clear and plain that this, 'that things in actions are not assignable.'"

[14] Because natural rights language is the basis of this orthodoxy, it's worth noting that Locke himself did not extend his theory of property to the intangible, and that he wrote against the idea that copyright existed at common law. Nevertheless, the Lockean labor theory of value is central to popular justifications of intellectual property. I note this not as a defender of Mr. Locke, but as the only guy in the movement who's read him.

[15] The moral rights of the romantic figure of the autonomous creator are central to copyright orthodoxy.

CONFIDENTIAL

Confidential

When The Gatalog released the TacDaddy under a Creative Commons license, they were not giving it away. Creative Commons licenses are copyright licenses.[16] When you use one, you are trying to reserve legal rights in your work. This "some rights reserved" approach to publication is often represented as a scale, where public domain licenses are the most "open," and full copyright is the least.[17] Here we see the TacDaddy's chosen license:

[ CC 4.0 SA NC]. Figure 2, (Creative Commons)

The file may be free in terms of *price*, but it is not open content in any meaningful sense. It still invokes copyright to restrict a user's freedom to modify or reuse the work for any purpose. This is why Creative Commons licenses are neither free nor open source (FOSS) software licenses. They are copyright licenses that merely reproduce the commodity form and expand the scope of intellectual property.

## Creative Commons vs. Open Source

Gun printing began with FOSS licenses because they invert copyright law. To frustrate state and world government attempts to control 3D gun files, Defense Distributed used permissive academic licenses to grant as many rights in its files as possible. We see this purpose of inversion in the preamble of the GPL-1.[18] We see it in the symbolic violence of the "copyleft" sign and the mantra "All rights reversed".[19]

[Copyleft Symbol] Figure 3, copyleft symbol

Before 2022, we could at least say The Gatalog had made a category error. Perhaps when reading the licenses of early 3D gun files, they misunderstood the purpose these served, *which was as a hack*. FOSS licenses use the techniques and language of corporate liberalism to fight international arms control. After 2022, The Gatalog began to let the folk

---

[16] Creative Commons link

[17] Link to the Creative Commons scale

[18] "...our General Public License is intended to guarantee your freedom to share and change free software--to make sure the software is free for all its users... When we speak of free software, we are referring to freedom, not price...", GPL-1, February 1989, https://www.gnu.org/licenses/old-licenses/gpl-1.0.en.html

[19] ARR

CONFIDENTIAL
Confidential

PriorProduction0002568
PLTFS00028283

meanings of these legal terms control their thinking. Worse, they laundered their acts of possessiveness as standard liberal, moral, and political positions.[20] They began to believe copyright was real.

### Federal CAD

If you're not an open-source organization, why even use a copyright license? Why not just reserve your copyright and derivative rights entirely? In December of 2023, The Gatalog did just that when they registered their files with the U.S. Copyright Office.[21] The SF5, Amigo Grande, and P99 are the very first examples of a new breed of federally registered Guncad file. And they won't be the last.

So, to recap: Ten years into the revolution, in the name of resisting traceable firearms, gun registration and confiscation, we will... [checks notes] register our design files with the federal government to police unauthorized reproductions.

But the message is beyond parody. A Gatalog copyright says: *We grant users no rights at all. The use of our files isn't your right, but rather our mercy.* One term for this innovation might be "protecting property rights," and another might be "rights management." But the best one is "Gun control."

And here the transition is complete.[22] Without JStark's leadership, his disciples formed a gun control organization in less than three years. At least we understand how they got there. Yet something is unresolved. A deeper problem remains. At first, we can only hear it whisper:

Does federal registration establish an enforceable intellectual property in these files? Are 3D gun files even within the scope of copyright?

### "But Is It Art?"[23]

Copyright protects works of "applied art," and does not protect works of "industrial design."[24] In a report prepared by the House Judiciary Committee accompanying the Copyright Act, Congress sought to "draw as clear a line as possible between [the two]."[25]

---

[20] I'm thinking of the naïve feminism on display in discussions of the RGB Crescent
[21] FEDCAD Registration for SF5
[22] Deterrence Dispensed apology
[23] Kipling, "Conundrum of Workshops"
[24] S101 7 Copyright Act
[25] See, H.R.Rep.No. 1476, 94th Cong., 2d Sess. 55 (1976).

CONFIDENTIAL

Confidential

PriorProduction0002569

PLTFS00028284

Incorporating *Mazer,* and the concept of separability, Congress confirmed that even though the three-dimensional shape of an industrial product "may be aesthetically satisfying and valuable, the Committee's intention is not to offer it copyright protection."[26]

Since 1976, only the "physically or conceptually" separable artistic elements of designs for useful objects could be protected by copyright. Where no separation is possible, cases like *Apple Computer v. Franklin* (1992) say that idea and expression have "merged."[27] In *Star Athletica* (2017), the Supreme Court introduced a two-part test for separability:

"... an artistic feature of the design of a useful article is eligible for copyright protection if the feature (1) can be perceived as a two- or three-dimensional work of art separate from the useful article and (2) would qualify as a protectable pictorial, graphic, or sculptural work either on its own or in some other medium if imagined separately from the useful article."

Let's see how this all works in practice.[28]

Creative Objects

[Freeman Statue Demonstration] Figures 4 - 8

Sculptural vs. industrial design. Original vs. scan.

Useful Objects

Brandeis – "Free as the air to common use." Principles of originality.

Scarcity introduced by government fiat.

Anime Titties. But where design decisions were driven by functional considerations. And we wouldn't want to take artistic liberties with pin holes would we? Oops, should have been AWCY?

Practicum

Plastikov v4. Wastebasket. Now I'm the author.

---

[26] *Id* at XX

[27] Redditors will say *Baker*, but Pamela Samuelson has written the definitive treatise on the subject.

[28] I owe the arrangement of the following section to Michael Weinberg's "What's the Deal with 3D Printing and Copyright?" DEFCAD url

CONFIDENTIAL

Confidential

Why I Call Them Gravediggers

It's not because the Gatalog killed their founder, and it's not the fact that they continue to fraternize with his assassin.[29] It's because of the entirely normative, moralistic approach they take in JStark's absence; in the absence of *any* concrete politics. On the most basic level of analysis, it's easy to see why they got the copyright thing wrong. They don't know any attorneys. They don't put skin in the game or do commercial work.

But they do practice a mendacious idealism. They use the body of their prophet to teach "love of community" as fear of neighbor. *Free Men Don't Ask*, goes the old motto of defiance. By relying on copyright, this becomes: *Free Men Better Ask*, a preachment of timidity.

They suppress files in the name of developing them. And when they make tired sermons justifying the impotence and bureaucracy of their process, we see the moral, tyrannical meaning of *Deterrence Dispensed*.[30] They employ some sperg named "Dr. Death," whose entire role is to announce and administer the public burial of new projects.[31]

[Dr. Death Announcement] Figure 9

They endanger files in the name of protecting them. Remember that copyrights are assets under bankruptcy law. The first lawsuit The Gatalog loses to Everytown, a bankruptcy trustee can enter the rights to the files for auction. Imagine Everytown (or me!) wielding your files against you-- for the next 100 years. Like most people with military or military industrial backgrounds, they're not capable of strategic thought. They're guilty of seeing the "public domain" as a loophole, instead of the objective.

But their greatest offense is invoking the names of Locke and Jefferson as theater. They pretend that their hatred for the bold men of our time is instead an admiration for bolder men of past times. This is the definition of using the dead to bury the living.

---

[29] DD2's promotion of Jake Hanrahan is like the Jackson family promoting Martin Bashir after 2003.
[30] Hilarious Reddit thread. But see this tweet for the most reliably authoritarian formula in political philosophy
[31] You might be scaring the hoes.

CONFIDENTIAL

Confidential

Ideology in Action

"Ok," I hear you say, "the NEETs got copyright and 3D guns wrong. But what's the use of criticizing their primitive social norms?"

Ceate a "doer" as a means of essentializing the deed. "Superstitions of Logicians." Oldest of errors grammatical.

Legal categories like "intellectual property" and "the author" serve ideological and social functions.[32] In Bernard Edelman's account of the history of photography and the law of copyright, for example, the law's substance is the presentation (and therefore constitution) of the commodity form of the subject. IP laws and discourse help us understand the mirror-structure of ideology and legal interpellation. Through copyright as *imaginary relation*, people recreate each other as "owners" of valuable "work."[33]

If this sounds like Lacan, it basically is. Consider the discourse of the university.

[ S2/S1 → obj a/$] Figure 10

Interpretive key to the trans thing. Hysterical identification.[34] Intense need for institutional recognition, a scaffolding to support weakness of personality. (remember weakness corrupts). Grist to the mill of an ideology of "replacement parts."[35]

Institution perpetuating the fantasy of itself. We don't recognize how much of an artist we are (Nietzsche). Discourse of power. C

Conspiracy of Art

3D gun designers of any consequence go independent or start a business. Error of causal thinking.

---

[32] Foucault, "What is an Author?"

[33] In Althusser, it is only through imaginary relations that we "live" our social relations as subjects.

[34] Invariably, the loudest here have never developed or released a 3D gun file.

[35] Baudrillard, Transsexuality

CONFIDENTIAL

Confidential

PriorProduction0002572

PLTFS00028287

Epilogue

*Why didst thou live so long by the swamp, that thou thyself hadst to become a frog and a toad? Floweth there not a tainted, frothy, swamp-blood in thine own veins…?*

***

"We Sail the 'See."

Aye, sailors, I know you. But the first gun printers were pirates. Did you think you'd never meet us? I will not spare you, my sailors. In Drake's England, piracy was policy. So it was in the Texas Revolution. So it is at DEFCAD.

You may cling to IP and to "moral rights," but *the sea hath taught me other rhetoric.*[36] There is an artist's right to destroy. My vandalism of the Plastikov is the only artistic part of it now. When I proved its creator was a big dummy with printed, clay feet, that was called "fair use." And by this mixed labor, I have re-authored the Plastikov.

Ed Teach died nearly forty, The Commodore of Charles Town Bar. Well, my Spanish fort in the Fifth Circuit is stronger than any base he made in the Bahamas or the Outer Banks. Sail under this flag, young pirates, and fear no copyright!

The Royal Navy hath no power here.

---

[36] From Richard Brathwaite, Whimzies (London, 1631), quoted in Christopher Lloyd, The British Seaman, 1200–1860: A Social Survey (Rutherford, N.J.: Fairleigh Dickinson University Press, 1970), 74.

CONFIDENTIAL

Confidential