UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:** Good morning we are now on the record. Today is Wednesday. It is May 6 2026 the time is 9:0 a.m Eastern Standard Time we are present to record Deposition of Cody Wilson volume One in a case of Defense distributed et al versus John Alec and others. Uh, court case number 925cv81197 my name is Abdullah Khalid a Texas notary public and I will be the Digital Reporter for today's deposition. So, uh, could the Counsel for the Plaintiff identify themselves and spell their name for the record?

**Howard Foster:** Howard Foster F-O-S-T-E-R-I represent the Plaintiffs in this lawsuit and Foster Wilson, who is not a party to the lawsuit.

**Abdullah Khalid:** And Foster Gary Depury is in the room?

**Gary De Pury:** Yes Gary Depury, D-E space capital P-U-R-Y-I represent Foster Alexander Holloway.

**Abdullah Khalid:** And, uh, Foster Matt.

**Matt Larosiere:** Larosiere. Yes I'm in the in the room. Matthew Larosier L-A-R-O-S as in Sam, IERE for Alec Stroke Letman and Clark.

**Abdullah Khalid:** Noted. Do all the parties stipulate to me conducting this oath and affirmation remotely understanding we are not physically present with each other and may be located in different jurisdictions.

**Gary De Pury:** Yes.

**Matt Larosiere:** Yes.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yes.

**Gary De Pury:**  You, have 3 yeses.

**Howard Foster:**  Right? Yes.

**Abdullah Khalid:**  Noted. Could the witness please state and spell their full name for the record?

**Gary De Pury:**  This camera?

**Cody Wilson:**  Yeah my name is Cody Wilson C-O-D-Y-W-I-L-S-O-N.

**Abdullah Khalid:**  Noted. And Foster Wilson, can you please hold a valid government photo identification up on the screen to verify your identity?

**Cody Wilson:**  Up to the camera you said?

**Gary De Pury:**  Yeah so that.

**Abdullah Khalid:**  Yes please.

**Cody Wilson:**  I'm not sure how close I should be.

**Abdullah Khalid:**  Please. And it's a driver's license.

**Gary De Pury:**  Yes. Is that focused enough?

**Abdullah Khalid:**  Uh, yes thank you.

**Gary De Pury:**  Okay there you go.

**Cody Wilson:**  Thanks.

**Abdullah Khalid:**  Foster Wilson please raise your right hand.

**Cody Wilson:**  One moment. My fault.

**Abdullah Khalid:**  Do you swear or affirm to tell the truth, the whole truth, and nothing but the truth during this deposition?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** I do.

**Abdullah Khalid:** Thank you you can lower your hand. And are there any other attendees in the room who haven't identified themselves themselves yet?

**Gary De Pury:** No.

**Abdullah Khalid:** Okay so whenever. You're ready Counsel you may proceed with the questioning.

**Gary De Pury:** All right thank you. All right Foster Wilson I know he just asked you to do it but please go ahead and and, uh, state your full name again for us.

**Cody Wilson:** Fine Cody Wilson C-o-d-y W-i-l-s-o-n.

**Gary De Pury:** Thank you. And, uh, what companies do you pre- well first let me have you ever been deposed before?

**Cody Wilson:** Once am I loud enough?

**Abdullah Khalid:** Yeah.

**Gary De Pury:** Yeah. And, uh, and you're able to hear him right just for the Reporter? You'll let us know if, um, if he isn't speaking loud enough.

**Abdullah Khalid:** Uh, yes Counsel I'll let you know.

**Gary De Pury:** All right thank you.

**Cody Wilson:** The mic is also with.

**Gary De Pury:** Yeah.

**Cody Wilson:** Yeah so just speak into it.

**Gary De Pury:** Um, when were you deposed before?

**Cody Wilson:** March middle of March.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  In this case?

**Cody Wilson:**  No it would have been Foster Laurasiere's copyright Matt.

**Gary De Pury:**  Okay that's the settled case out of the Middle District correct?

**Cody Wilson:**  As I understand.

**Gary De Pury:**  Okay. As you understand it what? I mean it's was for the Middle District case.

**Cody Wilson:**  I'm not a lawyer I believe it may be settled.

**Gary De Pury:**  You don't know if it's settled or not?

**Cody Wilson:**  I believe it's settled.

**Gary De Pury:**  Okay did you attend settlement negotiations?

**Cody Wilson:**  I did.

**Gary De Pury:**  All right did you sign an agreement?

**Cody Wilson:**  I did yes.

**Gary De Pury:**  Okay have you written checks?

**Cody Wilson:**  Uh, so to speak.

**Gary De Pury:**  So you've made payments?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Okay. Um, so, since you have been deposed before, I'll make this somewhat brief but, um, as you understand the rules, we try not to speak over each other. There's certain rules that govern us and there are certain rules that govern you but the most rule the big the biggest rule is just we have a court reporter we're paying money to he has to be able to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

understand what we're saying and transcribe it all accurately. So we'll try not to talk over each other I'll try not to talk over you I ask that you not talk over me allow us to finish all questions which benefits you anyway. I'm sure that you've benefited from you know, your great Counsel here who's instructed. You in that and, um, and get the question let us get the questions out and, uh, don't anticipate what we're asking that way he can hear everything and also all questions have to be, uh, verbal head shaking, uh, uh-huh uh-uh is not easily perceptible to him and so make sure that your answers are clear and we're able to get them all on the record okay?

**Cody Wilson:**  Yes thank you.

**Gary De Pury:**  All right what, um, what companies do you presently own or control?

**Cody Wilson:**  I own a company called Defense Distributed a company called Defcad, inc. It's a corporation sorry not a company. Did I say that Defense Distributed was a company forgive me.

**Gary De Pury:**  That's fine. Um, any others?

**Cody Wilson:**  Yes yes I have a an llc called Dd Foundation llc, um, slow me down if I need to be slowed down.

**Gary De Pury:**  No it's fine.

**Cody Wilson:**  I see you're writing so I don't know but I have an llc named Gunspring.

**Gary De Pury:**  All right.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  There are more I would you like me to continue?

**Gary De Pury:**  Yes, please.

**Cody Wilson:**  Um, company called Coast Runner Industries. And sorry it is a corporation. I think I'll be saying this a lot today. I'm not a lawyer, sir. I mean, that it's a corporation I think it answers your question but I may call it a company.

**Gary De Pury:**  That's perfectly acceptable.

**Cody Wilson:**  Um, other companies an llc named Federal Consolidated. These, uh, there is a corporation called Upsilon.

**Gary De Pury:**  Spell that.

**Cody Wilson:**  Um, it is said Upsilon it is spelled U-p-s-l-n, um, like Hannah. So those are the only active companies I own was that the question?

**Gary De Pury:**  It is. So you now you say active there are other companies that have recently been deactivated for any reason?

**Cody Wilson:**  Not recently, no but over the years I have had other companies. Um, I have had other companies.

**Gary De Pury:**  Okay. All right, um, what is your role at, uh, the 1st one you mentioned defense distributed.

**Cody Wilson:**  Defense distributed my title is Director, um, this is an S corp and so I am its owner as well.

**Gary De Pury:**  And what's your role though as director?

**Cody Wilson:**  Uh, you mean beyond the? Title of Director what what is Director?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  What do you do?

**Cody Wilson:**  Well you could say the chief executive it's.

**Gary De Pury:**  Well, I'm not going to say anything I'm asking you so do you.

**Cody Wilson:**  I understand.

**Gary De Pury:**  Do you, uh, administer the day-to-day operations of that company?

**Cody Wilson:**  I think that's fair to say if not administer certainly direct or oversee them.

**Gary De Pury:**  How many employees do you have?

**Cody Wilson:**  I believe it's 10 to 12.

**Gary De Pury:**  How many are in, um, management positions?

**Cody Wilson:**  This is a loose idea at my company but. Maybe 3.

**Gary De Pury:**  Okay. And what about, uh, the defcad company?

**Cody Wilson:**  I'm sorry could you be more specific?

**Gary De Pury:**  Same question what's your your role there?

**Cody Wilson:**  I am also titled the director of Defcad inc.

**Gary De Pury:**  And do you also oversee the day-to-day operations?

**Cody Wilson:**  Uh, yes yeah.

**Gary De Pury:**  How many employees do you have there?

**Cody Wilson:**  Uh, no employees. Well, there's one unpaid employee I-I don't know how to split these hairs. We have called him an employee for sure.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay. What does he do there?

**Cody Wilson:**  Uh, you could say he is A. Title.

**Gary De Pury:**  No I'm not worried about title. What does he do? Does he sweep the floor does he what? Paint the walls does he build stuff?

**Cody Wilson:**  It's all software development and he has a hand in, uh, the website the application.

**Gary De Pury:**  What's his name?

**Cody Wilson:**  Tom Odom Thomas Odom.

**Gary De Pury:**  O-D-O-M-O-D-M. How do you know him?

**Cody Wilson:**  I knew his father, um, knew his father from maybe 15 years ago and he asked me to hire him maybe in 2015.

**Gary De Pury:**  But he's an he's an unpaid employee?

**Cody Wilson:**  Yes he's been an unpaid employee for some time.

**Gary De Pury:**  How does he eat?

**Cody Wilson:**  Well, he has other jobs he has other employment.

**Gary De Pury:**  Okay so he's doing it for the love of the the, uh, the game basically.

**Cody Wilson:**  I think so many people in this industry do.

**Gary De Pury:**  All right, um, what is, uh, dd Foundation?

**Cody Wilson:**  It's an llc, uh, as I understand it, that's its legal description but you mean what what does it do beyond that?

**Gary De Pury:**  What's its mission?

**Cody Wilson:**  We've described it as A. Fraternity or a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

membership organization, in support of Defense distributed and, uh, defense distributed's mission.

**Gary De Pury:**  So a fraternity how many members of the fraternity?

**Cody Wilson:**  Uh, at last I checked maybe, um, 6,0.

**Gary De Pury:**  Are they all across the state, the country, the world do you know?

**Cody Wilson:**  The world.

**Gary De Pury:**  You said that they are in support of the defense distributed what's supporting what do they support?

**Cody Wilson:**  Uh, I believe I said the mission of defense distributed, or you could say its non-profit purpose.

**Gary De Pury:**  Which is.

**Cody Wilson:**  It's been described a few ways officially it's in support of the right to keep and bear arms production of. Digital files digital models the support of, the global right to keep and bear arms.

**Gary De Pury:**  And is this all directed towards? Generating more sales for your company?

**Cody Wilson:**  That mission is that the question?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  That Mission Direct I don't think so.

**Gary De Pury:**  You don't think that's the mission?

**Cody Wilson:**  I don't think that was your question. Your your question was does that support the sales of the company or is

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that you know, where it's to support the sales of the company?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  My answer is no.

**Gary De Pury:**  No okay, so what is the mission of Defense distributed then? That that's the mission.

**Cody Wilson:**  I believe I said it was a non-profit purpose so that excludes profit by definition, our sales a part of that mission maybe that's fair to say.

**Gary De Pury:**  Okay so I mean, I don't know that non-profit excludes profit. Would you agree that non-profit entities have payroll?

**Cody Wilson:**  Uh, oh, yes I would agree.

**Gary De Pury:**  They have employees right?

**Cody Wilson:**  Uh, I do I do.

**Gary De Pury:**  Okay then rent would you agree that non-profit entities have rent?

**Cody Wilson:**  They tend to yes.

**Gary De Pury:**  Okay what is the product that Defense Distributed sells?

**Cody Wilson:**  Defense Distributed has a few lines of business and therefore, you know more than one product.

**Gary De Pury:**  Okay so go ahead and describe them.

**Cody Wilson:**  There are hardware products and software products. The hardware products are probably the biggest lines of business. They include 80% receivers, kit products, kit

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

components, small parts work holding a Cnc machine. Those are the hardware products.

**Gary De Pury:** Let's talk. About the cnc machine what's that called?

**Cody Wilson:** The cnc machine is called the ghost gunner cnc. It has had, different versions different names.

**Gary De Pury:** What's the, uh, when did you start producing the Ghost Gunner?

**Cody Wilson:** October 2014.

**Gary De Pury:** What's the, most recent iteration of it?

**Cody Wilson:** Ghost Gunner 3s officially.

**Gary De Pury:** And, uh, when was that? Produced. Last updated?

**Cody Wilson:** Uh, 3s begins November of '22 I don't know that it begins being shipped until '23.

**Gary De Pury:** And the ghost gunner 3s what are the how how vastly different is it from the how how far has you advanced that product over the years?

**Cody Wilson:** It's a difficult question to answer. I think the main, essential difference is 3s is sturdy enough to do steel slide work steel steel receivers not really from billet although we experimented with. That that's the main, difference I think. I mean, hold on we did this, uh, these titanium demonstrations and some of that technology became another version of the mill called the Coast Runner.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Now Coast Runner wasn't that kind of a play on words?

**Cody Wilson:**  Well you could certainly say that.

**Gary De Pury:**  Was that to get around the laws in California?

**Cody Wilson:**  No no it was to comply with the laws of California.

**Gary De Pury:**  To comply with the laws how do you comply with the laws in, California?

**Cody Wilson:**  Typically you read the law.

**Gary De Pury:**  I don't need an explanation. I need to know how how are you complying with the laws is what I meant.

**Cody Wilson:**  Well the laws were updated over a period of 3 sessions in California, and it was like a game of cat and mouse so they would watch what we were doing to sell more machines into California and we would change the corporate form and the description the marketing of the mill because the laws were primarily about how you would market the mill so we cut it fine you see it was important to make a separate corporate form a separate machine I wanted it to be white labeled so everyone understood what was going on and so that I would have the opportunity to, uh, contest California's. Law.

**Gary De Pury:**  Okay you went to law school, right?

**Cody Wilson:**  I did.

**Gary De Pury:**  All right you've said 3 times that you're not a lawyer.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Um, I think I'll say it a few more times in this Deposition.

**Gary De Pury:**  But you seem to have a firm grasp on the law when you want to, right?

**Cody Wilson:**  When I want to.

**Gary De Pury:**  Right.

**Cody Wilson:**  I wish it was that easy.

**Gary De Pury:**  Well so we all do. But you certainly have a firm grasp of the differences the nuances to the California law.

**Cody Wilson:**  I think I'm well versed in the California law concerning the C and C machine yes.

**Gary De Pury:**  Okay.

**Cody Wilson:**  Yes.

**Gary De Pury:**  I mean, so much so that you could probably be an expert witness for somebody out there right?

**Cody Wilson:**  I think I could be I need to.

**Gary De Pury:**  Um, now you said that, defcad you you only have the did I get that right? You only have the one employee no employees but you have the one employee right?

**Cody Wilson:**  Until he's unpaid let's call him one employee. If you count me it's 2 employees.

**Gary De Pury:**  Okay. Um, describe the business model of defcad for me, please.

**Cody Wilson:**  Sure. Um, on one level, defcad is about compliance you could say it's a way to again like Ghost Gunner

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

adapting the current state of the law. To a business which complies with that law, it may not be the most profitable business but it kind of it tries to perfectly track the nuances of the law. If it can make money so be it it doesn't really. How about this it's, hard for it's hard for me to do this. Does that answer your question?

**Gary De Pury:**  No I'm not sure that it does.

**Cody Wilson:**  No because you're gonna.

**Gary De Pury:**  If it can go if it can make money that's fine but if it's.

**Cody Wilson:**  So what's the business model of defcad? Let's answer the most simplest way. Um, defcad relies upon subscription revenue. To support, you know, any business purpose.

**Gary De Pury:**  How many subscribers do you have?

**Cody Wilson:**  Again, it would be around that 6,0 number probably.

**Gary De Pury:**  What do they pay? Do they pay annually monthly weekly how how do they pay?

**Cody Wilson:**  There have been many like chapters of the subscription in general they pay an annual subscription. In general, the subscription is between $40 and $60 annually.

**Gary De Pury:**  Okay and what do, uh, what do they get for that subscription?

**Cody Wilson:**  Um, well, to be clear, it's not a defcad subscription but that subscription almost always gives you access

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

to defcad. Which is to say the ability to download the files that are regulated at defcad.

**Gary De Pury:**  Okay that are regulated.

**Cody Wilson:**  Yes you don't you don't need a subscription, to use the website or to download maybe even most of the files on on site but some of the files will require a subscription.

**Gary De Pury:**  Okay.

**Cody Wilson:**  So that you can download.

**Gary De Pury:**  How do you decide which files do and which files don't require the subscription?

**Cody Wilson:**  Uh, there is a policy that that governs the designation of of files.

**Gary De Pury:**  And whose policy is that?

**Cody Wilson:**  It's Defcad's policy.

**Gary De Pury:**  All right so again, um, let me restate the question. How do you decide? What is in the policy that decides certain things are free and certain things are behind this the subscription?

**Cody Wilson:**  Uh, it's like a tiered policy it starts with the federal categories and designations there are exceptional additional categorizations based on state laws.

**Gary De Pury:**  Okay So so you're are you saying that your policy just tracks state law?

**Cody Wilson:**  No I'm not saying. That I think I'm saying something larger than that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay.

**Cody Wilson:**  I think I'm saying the policies track federal and state law but not only those.

**Gary De Pury:**  Okay let me ask you a different how what's the percentage of the downloads that people can get without paying the subscription?

**Cody Wilson:**  I'll understand your question to mean the percentage of the total file base or something. Most files on the website are not 3d models that are regulated in the way we have been discussing. And so therefore most files you want a percentage. I'm not sure I could give you an exact percentage.

**Gary De Pury:**  Okay is it more than 50%?

**Cody Wilson:**  I guess I would be speculating. I should be able to perhaps I can answer that for you tomorrow.

**Gary De Pury:**  Well, you you own the the company you should you're the director there's no other employees except one other guy. I would think that you would have some general idea.

**Cody Wilson:**  I have a general idea and I can speak in general terms.

**Gary De Pury:**  Well that's that's fine that's a start then I don't know it's better than.

**Cody Wilson:**  Well yeah I mean I'm saying in exact terms an exact percentage this moment I can't give you that in good faith.

**Gary De Pury:**  Okay.

**Cody Wilson:**  But I-I am sure that it is most of the files

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

available.

**Gary De Pury:**  All right so you but you can you can provide it tomorrow you don't have a staff per se who are you going to ask?

**Cody Wilson:**  No I do. There's a relationship between, you know, defense distributed and defcad.

**Gary De Pury:**  Okay So so you're going to go ask other people?

**Cody Wilson:**  Oh, I may or I may make an inquiry, let's say, of documents I may make an inquiry of the website the application defcad, for example.

**Gary De Pury:**  Okay.

**Cody Wilson:**  There's I guess some ways to answer your question beyond, calling someone.

**Gary De Pury:**  Well, about how many products do you have on defcad?

**Cody Wilson:**  Um, hmm well it's more like Defcad is the product in that case.

**Gary De Pury:**  How many downloadable items do you have on Defcad?

**Cody Wilson:**  Downloadable items, um, by some counts it's between 17 and 20,0 active items. The the number changes day to day.

**Gary De Pury:**  Who, uh, who uploads all these items?

**Cody Wilson:**  There are members of the public who upload

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

there are 3rd parties that we call contractors. There are members that we call partners who are both members of the site but also have a partnership relationship with us.

**Gary De Pury:**  Okay.

**Cody Wilson:**  We have a librarian, she makes some uploads.

**Gary De Pury:**  These are all volunteer positions for the most part.

**Cody Wilson:**  For the most part, uh, you mean the uploads?

**Gary De Pury:**  Correct.

**Cody Wilson:**  For the most part uploads are volunteer. I don't know do you mean unpaid by volunteer?

**Gary De Pury:**  Yeah. Okay I have your next question so that one's 2nd. All right, um, yeah the the folks I mean if you if it's just you and one other unpaid. Employee.

**Cody Wilson:**  I-I don't I don't upload but that's true.

**Gary De Pury:**  Right so who's doing all the actual physical labor even though that's just clicking a button in many cases?

**Cody Wilson:**  I agree with you that there's physical labor, um, but it's kind of like knowledge work so it passes through many hands. Uploaders are different from the people who may. Evaluate review, approve there's kind of the uploading side of it and there's the actual approval and publication side of it. These aren't necessarily the same people.

**Gary De Pury:**  Okay all right all right we're going to take a break.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Thank you.

**Howard Foster:**  Go off the record Foster Reporter.

**Abdullah Khalid:**  Uh, the time is, uh, 9:25 a.m and we are now off the record. We are on the record and the time is 9:36 Eastern Standard Time.

**Gary De Pury:**  Thank you. All right let me shrink this down bring this back up. All right so we're going back to, um, the questions we've about defcad.

**Cody Wilson:**  Well one moment let me grab my notepad set out here.

**Gary De Pury:**  Now what percentage of, um, you you said you have roughly 6000 you said roughly those same people are subscribers is that?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Okay so I'll scratch that question then. Um, what percentage of revenue comes from subscriptions?

**Cody Wilson:**  Do you mean as to defcad's revenue?

**Gary De Pury:**  Yes.

**Cody Wilson:**  I can only speak to this in a general way. Defcad doesn't book the subscription revenue if that's your meaning of your question.

**Gary De Pury:**  Well, how does defcad make money?

**Cody Wilson:**  Defcad is the platform for which you would buy the subscription.

**Gary De Pury:**  Okay where does the money go then?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** As I think I've explained, dd Foundation is where you would purchase the subscriptions that among other things, afford you access to defcad.

**Gary De Pury:** Okay, so dd foundation is the, the hosting entity then is that, correct or no?

**Cody Wilson:** No now you if you mean hosting for the files no defcad is the host for host for the files.

**Gary De Pury:** Yes dd Foundation would then host the participants though right?

**Cody Wilson:** Participants I don't think so.

**Gary De Pury:** So what is it set up to do then just sell subscriptions.

**Cody Wilson:** The Dd Foundation is, an llc that offers subscriptions that support the mission of defense distributed which includes the. Service defcad.

**Gary De Pury:** What other services does it do you get if you are a subscriber?

**Cody Wilson:** For example you get certain access to Ghost Gunner software support. You get, access to like our you know, beta programs, our little missives, our litigation updates. It's a kind of it's a way to be in better contact and feel like you're in the support of the mission of defense distributed.

**Gary De Pury:** Okay you mentioned litigation updates what are have you been posting, uh, litigation updates on that recently?

**Cody Wilson:** Recently, I would say do you mean through Dd

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Foundation?

**Gary De Pury:**  Through, wherever you post these litigation updates?

**Cody Wilson:**  Yes yes.

**Gary De Pury:**  What have you recently posted?

**Cody Wilson:**  Uh, I posted updates about, our Vanderstock case which has become, uh, the defense distributed case in name. I posted an update about how that case has moved to the 5th Circuit as well. There's an appeal from that case to the 5th Circuit things like that.

**Gary De Pury:**  Have you posted anything about the the litigants in this case?

**Cody Wilson:**  This case? I don't think I've recently posted about the litigants in this case.

**Gary De Pury:**  Define recent.

**Cody Wilson:**  Well your question was have you recently posted?

**Gary De Pury:**  No my question was have you posted anything about this but I but you're you're correct in that because I did prior to that say recently so, um, since your answer was I don't think I've recently posted anything define recency in your mind.

**Cody Wilson:**  Uh, within easy recall, within, temporal recency like in the last little bit.

**Gary De Pury:**  Okay so let's define it in the manner that the judge will understand in the past month.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Right, uh, in the past month I don't believe I've posted about the litigants in this case.

**Gary De Pury:**  Past 2 months.

**Cody Wilson:**  Past 2 months? Hard to say. It's possible.

**Gary De Pury:**  Past 3 months.

**Cody Wilson:**  I think it's likely in the past 3 months. One of the litigants has been mentioned in my litigation updates.

**Gary De Pury:**  Which 1?

**Cody Wilson:**  In the past 3 months? Foster Khalid, I think.

**Gary De Pury:**  Okay and what did you post about Foster Khalid.

**Cody Wilson:**  I believe I mentioned the California suit in the past 3 months the fact that. He was being sued by California, and was in fact suing California, in a different lawsuit.

**Gary De Pury:**  Okay. And you haven't posted anything else now on any of the platforms have you posted anything about any of the litigants in this case let's say in the past 6 months?

**Cody Wilson:**  Surely yeah surely in the past 6 months.

**Gary De Pury:**  And who have you posted about in the last 6 months?

**Cody Wilson:**  I believe I've mentioned Foster Ellick by name.

**Gary De Pury:**  Okay what'd you post about Foster Ellick?

**Cody Wilson:**  Uh, let's see in the past 6 months that that that includes January I think you know all I can think of is a September post that mentions him by name so I don't know if I can

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

say more.

**Gary De Pury:**  Okay. I mean they're out there the posts are still out there right?

**Cody Wilson:**  As far as I know yeah.

**Gary De Pury:**  Okay is it fair to say that you commonly somewhat commonly and by commonly I mean. More than, uh, once or twice a quarter you post about somebody in this litigation.

**Cody Wilson:**  Once or twice a quarter well I'm not sure it's fair to say that I post about litigation in which my company is involved.

**Gary De Pury:**  Okay. By involved, you mean litigation you've brought though in many cases right?

**Cody Wilson:**  No I think by and large I-I post about litigation that usually I'm a party to involuntarily.

**Gary De Pury:**  Are you a party to this case involuntarily?

**Cody Wilson:**  I don't think so.

**Gary De Pury:**  So let's go back to the other question then. So about what percentage of your revenue comes from sales no matter which platform receives the the sales?

**Cody Wilson:**  Just sales of subscriptions?

**Gary De Pury:**  Sales of subscriptions?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Percentage of revenue?

**Cody Wilson:**  Yes.

**Gary De Pury:**  On an annual basis, monthly, weekly, annually

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I mean whatever's easiest for whatever you've had the most recency.

**Cody Wilson:**  I think annual is the easiest way for me to slice it. I'd like to answer annually.

**Gary De Pury:**  Okay.

**Cody Wilson:**  Uh, of course the total revenue from the available products changes year to year the percentage I think from the most recent accounting period that we've concluded is. The subscription revenue makes up, a 4th to. A 5th of that revenue.

**Gary De Pury:**  Uh, all right you said it changes from year to year is that? Um, I mean, you felt the need to say that do you think that's unlike every other company in the world?

**Cody Wilson:**  No only that I thought if I should say the percentage, I wouldn't want you to understand it to be the same percentage let's say 5 years ago.

**Gary De Pury:**  Okay but it's fair to say that every company has fluctuations in revenue all the time?

**Cody Wilson:**  Is that fair to say?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Sure.

**Gary De Pury:**  Okay. So fluctuations in revenue is just a standard part of business, right?

**Cody Wilson:**  I if by fluctuation, you mean yes differences in revenue.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay, um, let's go back to the ghost gunner, um. When you, uh, when you updated that you said that the last update came in, uh, 2023 is that correct? Is that what you said?

**Cody Wilson:**  The last major version difference started shipping in 2023.

**Gary De Pury:**  All right.

**Cody Wilson:**  Of the machine that would not be the last difference of the ecosystem.

**Gary De Pury:**  What's the, uh, has has the competition for that unit grown substantially?

**Cody Wilson:**  Honestly, I don't know I'm not sure.

**Gary De Pury:**  Let me rephrase. There there's a there's a lot more Cnc machines on the market today than there were, say, in 1985 right?

**Cody Wilson:**  I-I don't know I can't speak to the total Cnc market the global market.

**Gary De Pury:**  I mean.

**Cody Wilson:**  I can speak more to the micro cnc market.

**Gary De Pury:**  Okay well the micro cnc market then.

**Cody Wilson:**  Are there more micro Cncs now than in the 1980s?

**Gary De Pury:**  Right.

**Cody Wilson:**  Yes I think so.

**Gary De Pury:**  Okay and so, um. Very similar to a home computer no one had a home computer in 1985 but now everybody has

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

3 or 4 in their home correct including cell phones?

**Cody Wilson:**  I understand the question. I don't think I can agree Cnc has not evolved so rapidly.

**Gary De Pury:**  Not as rapidly because it's a niche market. You would you would agree with that though, right?

**Cody Wilson:**  I wouldn't agree because it's a niche market I don't I don't think the technology has evolved in the same way computing or. Mobile devices have.

**Gary De Pury:**  But would it be fair to say that, um, I don't know, um. The average, you know, homemaker?

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  I don't want to sound misogynistic but I was going to say housewife.

**Cody Wilson:**  You don't have to worry about that.

**Gary De Pury:**  But the, uh, the average homemaker, um, where he or she may need a computer or an ipod alexis or whatever.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  They're not going to be printing small guns so they're they may have a small computer but they're also not going to want a countertop Cnc machine correct so.

**Cody Wilson:**  I don't think I can agree.

**Gary De Pury:**  No so you think the proliferation should be nearly equal to, uh.

**Cody Wilson:**  No I don't mean that either. I don't think that's a necessary implication of your question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Well, what do you think the implication of my question is then?

**Cody Wilson:**  Well, it seems to me that in our industry homemade guns. Were adopted rather quickly by these innocent homemakers with innocent access to home computer, but this is because 3d printing as a technology has evolved on a different track than Cnc.

**Gary De Pury:**  Okay so but it's you would agree it's not like a Keurig coffee machine though? It's not like A.

**Cody Wilson:**  Well, in fact, that is the model that we have pursued so to some degree no I-I think it kind of is like Keurig and the more it can become like Keurig, the the better adopted it would be.

**Gary De Pury:**  Okay so so Keurig coffee machine that there has been a rapid proliferation of those over the past few years I mean, we're not looking at a French press on every you know coffee maker's changed.

**Cody Wilson:**  Yes I've heard Keurig is the number 1 business of the State of Vermont?

**Gary De Pury:**  Right okay and so with with the proliferation of Keurig Coffee Machines where they've expanded.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  And it's gone from the per- percolator, which I'm dating myself Howard probably had one at his grandparents' house.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well I don't know if this remember those then.

**Gary De Pury:**  Okay then we all remember the Foster coffee machines when that was the only automatic drift. Coffee Maker then so the proliferation of this item could follow along those same lines correct?

**Cody Wilson:**  I think it is possible like in the history of technology it is possible that that could have happened but it did not happen.

**Gary De Pury:**  Okay but it's but there's an expanding market?

**Cody Wilson:**  I think there was an expanding market right.

**Gary De Pury:**  And are there more manufacturers in the business now than there were say, 10 years ago?

**Cody Wilson:**  For micro cncs.

**Gary De Pury:**  Okay so it's more competition for you then?

**Cody Wilson:**  I can't agree.

**Gary De Pury:**  No. Why not?

**Cody Wilson:**  I don't think people purchase our micro cnc, because it's necessarily the best micro cnc.

**Gary De Pury:**  Well I didn't well is the name of the best on any of the well maybe some people might think that's the best I don't but.

**Cody Wilson:**  It's not about competitive advantage or the evolution of the market or the technology it's, the success of the product is hitched to the application of the product which is a gun specific application where no competitor in my industry

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

it's a market that none of them cater to.

**Gary De Pury:**  Okay so nobody else marketing a product that's substantially similar to yours?

**Cody Wilson:**  Not just marketing but even service and support?

**Gary De Pury:**  So if I went looking on the internet right now, I wouldn't be able to find anything except your product that printed these.

**Cody Wilson:**  To do what they do that's right.

**Gary De Pury:**  Okay. So effectively it's like saying there is nothing else other than Foster Coffee and I'm using it as an analog obviously there's a 1000 coffee makers now but.

**Cody Wilson:**  You know I wanted Coast Runner to be Foster Coffee. How about that?

**Gary De Pury:**  Yeah okay fair enough. So it's your contention that yours is the only product on the market that does what yours does then?

**Cody Wilson:**  I'm I'm sure that's an overstatement but it is more true to the facts.

**Gary De Pury:**  Okay, um, so let's go back to the revenue question a little bit. Um, what percentage would you say comes from hardware sales and I know you're not you haven't looked at the books today so I'm not expecting a 72.6% but.

**Cody Wilson:**  I'm prepared to by that same picture where I described the percentage of subscription revenue I can I'm

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

prepared to. Say something about the hardware sales in that picture?

**Gary De Pury:**  And which would be?

**Cody Wilson:**  Well, it's almost the remaining almost the remainder of the pie, if you will.

**Gary De Pury:**  So 4 to 5% comes from the subscriptions and the remainder?

**Cody Wilson:**  No no I don't believe I said 4 to 5%.

**Gary De Pury:**  What did you say earlier then?

**Cody Wilson:**  I believe I said a 4th to a 5th.

**Gary De Pury:**  A 4th to a 5th okay. All right.

**Cody Wilson:**  I'm happy to.

**Gary De Pury:**  So twenty-five to.

**Cody Wilson:**  Read it back if you want so.

**Gary De Pury:**  Um, sure.

**Cody Wilson:**  Let's say 20% subscription revenue, something like that.

**Gary De Pury:**  Okay so 80% then if if those numbers are accurate and we're not looking for absolute accuracy but I was trying to.

**Cody Wilson:**  Right it feels like a pareto sure yeah that seems like it.

**Gary De Pury:**  All right, um, now what percentage of that comes in on cryptocurrency? Do you still use cryptocurrency?

**Cody Wilson:**  I believe we do.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay. What what percent how do a lot of your people pay during using crypto? Small percentage.

**Cody Wilson:**  It's kind of a scandal people in the gun business don't don't really use Crypto but I'd say it's less than. 5%.

**Gary De Pury:**  Okay now in the beginning, didn't you mostly use Crypto?

**Cody Wilson:**  No not not with these businesses.

**Gary De Pury:**  How do you take income in?

**Cody Wilson:**  Uh, standard e-commerce major American credit cards, e-check money orders most people are privacy conscious they send money orders they don't send anything else.

**Gary De Pury:**  Oh, really that's kind of funny.

**Cody Wilson:**  Oh, it's a fact.

**Gary De Pury:**  That's I mean I guess it makes sense in my my industry we see money orders for people that don't know how to get a bank account, um.

**Cody Wilson:**  Well.

**Gary De Pury:**  So but I can see the reason why in your business.

**Cody Wilson:**  Some of these people have a bank account.

**Gary De Pury:**  Yeah, uh, but in your situation it may be that, they're they they do so on purpose they're obviously let me rephrase I'm not asking a question it's kind of an observation if you can buy. a-a uh, a cnc machine operate a computer print guns

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

clearly smart enough to get in a car and drive down to the bank right?

**Cody Wilson:**  I-I yes I think we've yes I think we've seen that.

**Gary De Pury:**  Yeah so in in your industry I think it's a little bit different than my industry, um, a lot of the folks I deal with especially on some of the lower end stuff they just don't I mean they still go to like a cash advance America something like that and pay 10% to cash their paycheck so.

**Cody Wilson:**  I-I think we've seen that too though.

**Gary De Pury:**  Really in your industry.

**Cody Wilson:**  We have Layaway Options for these people.

**Gary De Pury:**  Huh well, I haven't heard the term layaway in quite a few years but it makes sense.

**Cody Wilson:**  We work with them.

**Gary De Pury:**  All right so, um, when did you first accept start accepting Bitcoin?

**Cody Wilson:**  I think the only companies well the answer would be different for each company.

**Gary De Pury:**  Okay well give me those answers then.

**Cody Wilson:**  Gosh probably ballpark yeah, uh, well I can answer as to Defense distributed, I think most easily. When Defense Distributed began, I think even from the beginning maybe the 1st week so 2012 Defense Distributed began accepting donations it wasn't accepting or selling anything at that time

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

but it began accepting Bitcoin in that way at that time.

**Gary De Pury:**  Okay. So it's kind of is it tied to when you started each company?

**Cody Wilson:**  I don't think that's true. Now there may be there may have been a time when that was true.

**Gary De Pury:**  All right, um, do you find that Bitcoin a lot of a lot of your subscribers use Bitcoin because it's more difficult to trace than traditional?

**Cody Wilson:**  I think that's its kind of there's like a folk tale about Bitcoin and that it's harder to trace. But modern Bitcoin, everyone knows it's inherently traceable. Okay I-I don't think most of our customers have that expectation.

**Gary De Pury:**  Yeah and we're not trying to get into the whole blockchain argument and all that stuff I just.

**Cody Wilson:**  In my understanding no I don't think. Our customers feel that way about Bitcoin.

**Gary De Pury:**  Okay. So, um, now what what safeguards do you does do your companies use to ensure that all of your revenue, like Bitcoin, is accurately recorded?

**Cody Wilson:**  Safeguards. Um, I think we use standard accounting practices in my companies. Safeguards. I mean we use you know, we're Pci compliant with, uh, credit card information we use authorize.net or Nmi gateways. You know, we encrypt ssl encryption for financial transactions I mean, you know, industry standard stuff.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:** Who does your accounting is it I know Foster Tyra.

**Cody Wilson:** Foster Tyra is your taxes Foster Tyra is I would say my Cpa.

**Gary De Pury:** So so he does your books?

**Cody Wilson:** No no I'm not saying that.

**Gary De Pury:** Okay who does your books?

**Cody Wilson:** The bookkeeper's name Chad Dickinson.

**Gary De Pury:** How long has he been with you or working for you?

**Cody Wilson:** Yes he's been working for us. He's not an employee.

**Gary De Pury:** Right.

**Cody Wilson:** Ah you know, that's a tough one I believe before Covid I'm not sure I can say the year exactly.

**Gary De Pury:** All right and so but he's been doing your books since I mean, that's 7 years 6 years.

**Cody Wilson:** I wouldn't say 7 years.

**Gary De Pury:** How long ago was Covid now? It seems like a distant memory but it's really not.

**Cody Wilson:** Yeah I guess man you you you know it's either 2019 or 2020 depending upon your. Location, uh, somewhere around 20:20 Foster Dickinson began doing my books.

**Gary De Pury:** Okay. Um, so he does the and he does them for all the companies?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, yes the companies I've mentioned yes.

**Gary De Pury:**  Okay the, companies you mentioned there were companies you didn't mention that are still active or no?

**Cody Wilson:**  No I mentioned that I had other companies I don't think he did the books for those. I mean, this was probably before I he worked with me.

**Gary De Pury:**  Okay gotcha.

**Cody Wilson:**  Just doing an inventory I believe he does the books for the companies I have mentioned.

**Gary De Pury:**  All right, um, so let me ask you this I'm gonna jump a little bit ahead and so we we might circle back to this later and also my fellow Counsel. Here may ask some of the same questions.

**Cody Wilson:**  That's fine.

**Gary De Pury:**  Typically when they do they're gonna end up in a different place though than where I'm going.

**Cody Wilson:**  All right.

**Gary De Pury:**  Um, but so, um, when, uh, Foster Dickinson. And is that common spelling D-I-C-K-E-N-S-O-N or E-N do you know?

**Cody Wilson:**  Did you say D-I-C-K-D-I-C-K-E-N-S-O-N. As long as you understand D-I yes.

**Gary De Pury:**  Yeah okay.

**Cody Wilson:**  Dickinson, S-O-N-I think that's the common spelling.

**Gary De Pury:**  Okay does he, oh, by the way, does he have a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

company name or is it just his name or?

**Cody Wilson:**  Uh, you know he I believe he does have a company name in the past few years, um. Yes.

**Gary De Pury:**  Who do you write your checks to when you pay him?

**Cody Wilson:**  Dickinson sharp.

**Gary De Pury:**  Okay. Um, so like I said I'm gonna jump ahead a little, um. We, uh, we deposed Foster Tyrrell last week. Did have you read that transcript yet?

**Cody Wilson:**  Uh, I haven't.

**Howard Foster:**  I haven't.

**Cody Wilson:**  I-I suppose we ordered it but I haven't I haven't seen it.

**Gary De Pury:**  Okay, um, that explains why we're here today. Um, would it shock you that he you gave well let's let's you gave him a bunch of numbers correct? Gave him documents.

**Cody Wilson:**  Would it shock me if I gave him documents?

**Gary De Pury:**  No no let me so you I'm said the follow I started getting ahead of myself. You gave him the documents he needed to come up with his his analysis correct?

**Cody Wilson:**  I believe he based his report on the documents that I gave.

**Gary De Pury:**  Right, um, but he is your tax preparer but doesn't do your books?

**Cody Wilson:**  I think that's fair to say yes.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay and that I mean that's what he said under oath so.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  Um, and then he, um, he testified that he has no idea he didn't verify any of these numbers whatsoever did you know that?

**Cody Wilson:**  He that he testified that.

**Gary De Pury:**  Well did did you know that he didn't do anything to verify any of? The numbers.

**Cody Wilson:**  I can't say that I know that.

**Gary De Pury:**  Okay would it shock you that he didn't do that?

**Cody Wilson:**  Would it shock me that he didn't do anything to verify the numbers?

**Gary De Pury:**  Right.

**Cody Wilson:**  Uh, I'm not sure the framing of the question is accurate, um.

**Gary De Pury:**  So okay just answer it anyway as you understand the question.

**Cody Wilson:**  It's like a hypothetical if I Gary told you he didn't do anything?

**Gary De Pury:**  Well, let me rephrase the question for you then. How much did you pay him to do as an expert witness for you? To become an expert to to provide to render an opinion.

**Cody Wilson:**  Pay him as an expert witness I don't believe I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

paid him up front I believe I asked him to do it to tell me. To send me the bill when he had done the work.

**Gary De Pury:**  Okay. So you've still written a check to him though, right?

**Cody Wilson:**  I-I didn't write the check literally but I have paid him.

**Gary De Pury:**  Okay so again, how much did you pay him for the report?

**Cody Wilson:**  I'm not sure I can say an exact figure.

**Gary De Pury:**  Give me a ballpark. 100,5,0.

**Cody Wilson:**  No more like 5,0.

**Gary De Pury:**  Okay and so when you pay someone $5,0 you expect them to do an accurate job correct.

**Cody Wilson:**  Do I expect them to do an accurate job? Yes sure.

**Gary De Pury:**  Okay so would it shock you then to find out that he didn't do anything to verify the numbers you gave him?

**Cody Wilson:**  Would it shock me well, I this feels like a rhetorical imposture. I-I believe he did do something to verify the numbers at least as an expert in this case.

**Gary De Pury:**  Okay you would you would want him to verify those numbers right?

**Cody Wilson:**  Would I want him to verify those numbers? I only want him to provide an expert report based on the information he's been given.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Based on the information he's been given.

**Cody Wilson:**  Well I'm just saying if it's within the scope. Of his report to verify the numbers then I'd expect him to do that but I'm not sure that that was part of what. I asked him to do.

**Gary De Pury:**  What did you ask him to do?

**Cody Wilson:**  I asked him to prepare a report about the damages in this case.

**Gary De Pury:**  Okay. Um, and.

**Howard Foster:**  Can we take a break?

**Gary De Pury:**  Can we wait a little bit? I'm right on a-a thread here.

**Howard Foster:**  After this question.

**Gary De Pury:**  No let me finish the thread if you don't mind, um, so so. Foster Tyrrell I asked him and it is Tyrrell okay I want to make sure it's not Tyrrell, Tyrrell I-I hate doing that everybody butchers my name so I'm kind of you know, everybody does it to Matt but Germaine, we all get Foster you're lucky.

**Howard Foster:**  So with the 1st name?

**Gary De Pury:**  I get Germaine sometimes.

**Howard Foster:**  Germaine. Okay.

**Gary De Pury:**  That's just high school kids stuff, right?

**Howard Foster:**  That was opposing Counsel.

**Gary De Pury:**  So anyway so, uh, Foster Tyrrell testified Matt he did nothing to verify the numbers you gave him. So he

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

told totally relied on your numbers and that that doesn't shock you.

**Cody Wilson:**  I'm not familiar with his testimony so.

**Gary De Pury:**  Well I'm you're going to get it so you you don't have to trust me but hypothetically if that was the situation and you were to believe my hypothetical, would that hypothetical shock you?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  But I-I understand why that's a difficult question. These feel like questions for lawyers right it feels like almost you're not asking me a feels like you're asking me for a legal conclusion, um, probably you know I don't know that I can answer the question. I feel like he performed his duties within his role expected role as an expert.

**Gary De Pury:**  Okay but you told him to, um, provide a report as to the damages, correct?

**Cody Wilson:**  He was asked to prepare an expert report as to the damages.

**Gary De Pury:**  Based on the numbers you gave him.

**Cody Wilson:**  I'm sure sure.

**Gary De Pury:**  All right are you familiar with the term confirmation bias?

**Cody Wilson:**  Yes.

**Gary De Pury:**  All right. All right let's take that break.

**Matt Larosiere:**  we're. Back on the record.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Right? Yeah, uh, Foster Foster you are aware that during breaks the only thing you can talk to your client about is whether or not privilege can be invoked, right?

**Howard Foster:**  No I'm not aware of that.

**Gary De Pury:**  Okay well that is the case so we're not going to leave this room we're not leaving you you cannot coach him.

**Howard Foster:**  I'm allowed to talk to my witness.

**Gary De Pury:**  You are not allowed to coach your witness.

**Howard Foster:**  Says who?

**Gary De Pury:**  Says the rules Howard.

**Howard Foster:**  What rules?

**Matt Larosiere:**  The Supreme Court?

**Howard Foster:**  What rules?

**Matt Larosiere:**  Howard I sent you the Hall case last week.

**Howard Foster:**  No I don't agree with you Gary you didn't send me a case.

**Gary De Pury:**  Wait hold on Foster Foster if we leave, are you going to start talking to him about how to answer questions?

**Howard Foster:**  We're going to talk freely about anything that we want to talk about.

**Gary De Pury:**  Okay so.

**Howard Foster:**  And if you don't like that, hang on take it up with the judge at 2:0 today.

**Gary De Pury:**  Okay no I'm just making sure this is on the record.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Okay I-I want to make it clear on this I am not aware of any authority that holds pardon me, that a deponent cannot talk to his lawyer during a break in the Deposition if you have such authority.

**Gary De Pury:**  We sent it to you.

**Howard Foster:**  I don't have it.

**Gary De Pury:**  Okay but here's the thing you're allowed to talk to him you can talk about the weather.

**Howard Foster:**  Sure.

**Gary De Pury:**  You can talk about whether or not privilege can be invoked you cannot talk about the subject of the deposition.

**Howard Foster:**  I don't agree with you.

**Gary De Pury:**  Okay have you been has that been your understanding for this entire case?

**Howard Foster:**  What I don't understand.

**Gary De Pury:**  That you can talk about the subject of the Deposition during breaks with your with the deponents.

**Howard Foster:**  Yes.

**Gary De Pury:**  So have you been doing that previously?

**Howard Foster:**  I haven't defended any depositions in this case.

**Gary De Pury:**  You haven't defended any any depositions in this case?

**Howard Foster:**  Uh, let me see if I can remember. Only the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

expert we talked about that already. I don't think I've defended any other. Depositions in this case, do you?

**Gary De Pury:** Mm-hmm, uh, but you were talking to, that expert during that?

**Howard Foster:** Yes we've already I've already told you about this.

**Gary De Pury:** About the subject then.

**Howard Foster:** Absolutely.

**Gary De Pury:** Okay thank you for that we can go off the record. All right.

**Howard Foster:** Okay.

**Matt Larosiere:** Okay thank you. Let's go off the record.

**Howard Foster:** Sure.

**Abdullah Khalid:** The time is 10:5 a.m Eastern Standard Time and we are off the record. We are on the record and the time is 10:47 a.m Eastern Standard Time.

**Gary De Pury:** All right thank you. All right so where I left off is I was saying, you know, effectively. You, uh, you provided your, information to the, um, to Foster, Tyra and Matt, uh, does it shock you that he he testified that he didn't reach out and verify anything that's kind of where I left off. Are we in agreement there?

**Howard Foster:** We're in agreement that that's where we left off.

**Gary De Pury:** Okay that and that's what I was looking for.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Um, so and then the last thing I said was, um, are you familiar with the term confirmation bias? And then we went on the break.

**Howard Foster:**  Yes that is the last thing you said.

**Gary De Pury:**  All right so we'll start there. Would you agree that effectively that is just confirmation bias he that Foster Tyra just took the numbers you produced and came up with a report?

**Howard Foster:**  No I don't think I could agree to that.

**Gary De Pury:**  What would you call it?

**Cody Wilson:**  You're saying what would I call what Foster Tyra did?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I mean other than just saying the word, oh, he did a report I mean, I believe he applied his expertise I mean, I'm I don't know all of the things that he knows as a professional so I'm not sure that I can speak to exactly what it is he did or applied.

**Gary De Pury:**  Well.

**Cody Wilson:**  I know I-I know I gave him the raw numbers right I-I don't think his report is simply saying here's the raw numbers take a look.

**Gary De Pury:**  No it doesn't do that but, um, but it seems to be a confidently and competently put together report.

**Cody Wilson:**  You got what you paid for I mean I read it it it does seem to be a competent report.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay, um, but, would you well I don't expect you to agree or disagree with this but, um. But the the fact is is that he didn't verify he testified so it's not the fact but his according to his testimony, he did not verify any of your numbers.

**Howard Foster:**  Objection that's asked and answered.

**Gary De Pury:**  I think you need a question actually yeah I'm trying to get to that, um, so would you still. Say that that is a competent report?

**Cody Wilson:**  Well yes I-I trust the numbers.

**Gary De Pury:**  Okay your numbers.

**Cody Wilson:**  Yeah the numbers from the business yeah.

**Gary De Pury:**  That you gave them?

**Cody Wilson:**  Yes.

**Gary De Pury:**  All right so also, um, Foster Tyra provided nothing in the form of causation are you aware of that?

**Cody Wilson:**  No I'm not aware of that.

**Gary De Pury:**  Okay. Um, did you tell Foster Tyra what was the name of the movie you were in?

**Cody Wilson:**  Uh, look I mean there's been a few.

**Gary De Pury:**  Well, let's talk specifically about the one that dropped in March of twenty-three.

**Cody Wilson:**  Uh, uh, there's a documentary called, um, death-athletic.

**Gary De Pury:**  Is that is that the 1?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Death-athletic I think it's A-I don't know what you're referring to.

**Gary De Pury:**  Well it's a it's a it's not exactly a phonetically viable word death-ath.

**Cody Wilson:**  Yeah so I just want to make sure it's well a German came up with it that makes.

**Gary De Pury:**  Yeah I want to make sure it's clear for the, uh, for the, um, court Reporter for the transcript so death-athletic and that dropped in that dropped went to, uh, did it go to Sundance or something right in in March or?

**Cody Wilson:**  I don't think so.

**Gary De Pury:**  It went some it dropped in March twenty-three and it's now on Netflix and everything else right.

**Cody Wilson:**  I-I honestly I don't know.

**Gary De Pury:**  Okay. That's about the same time that the the meme that's the subject of this also dropped right in May of twenty-three.

**Cody Wilson:**  I believe the meme, I believe the 1st publication of the meme was May of twenty-three.

**Gary De Pury:**  Okay. And doesn't that movie spend the 1st 15 minutes of its the documentary first spend 15 minutes discussing your other legal issues?

**Cody Wilson:**  I'm not sure that that's a that that's true.

**Gary De Pury:**  Well then that movie. In the movie discusses the the prior legal issues the the child S-A the incident.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  You can say it. You can say it.

**Gary De Pury:**  Okay. So it's, um, it was reintroduced to the world.

**Cody Wilson:**  Your self-censorship is interesting.

**Gary De Pury:**  I'm sorry what?

**Cody Wilson:**  To me did you say child S-A?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Could you say what you mean?

**Gary De Pury:**  Do you want me to say what I mean?

**Cody Wilson:**  I think you should.

**Gary De Pury:**  When you raped a child?

**Cody Wilson:**  Do you do you believe that I raped a child?

**Gary De Pury:**  Well I believe that you had sex with a minor I believe you filed I believe you, uh.

**Cody Wilson:**  I don't think the movie talks about me raping a child.

**Gary De Pury:**  Well, what's the movie talk about?

**Cody Wilson:**  I believe it talks about my company and it's a seven-year documentary of the progress of that company.

**Gary De Pury:**  But the movie spends time discussing your prior legal issues correct?

**Cody Wilson:**  Discussing well it's a documentary I so I don't know if that's true.

**Gary De Pury:**  Okay so do you object to my I was actually trying to be polite to you but I-I believe that you had sexual

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

intercourse with a child.

**Cody Wilson:**  I don't think you were trying to be polite with me.

**Gary De Pury:**  No I said child S-A-I mean I was trying to be polite.

**Cody Wilson:**  Maybe you're trying to be polite you probably meant to ask what you meant.

**Gary De Pury:**  All right well, I'll say it I mean I'll say exactly what I think.

**Cody Wilson:**  But you.

**Gary De Pury:**  So okay so did you have sexual intercourse with a child?

**Cody Wilson:**  Did I have sexual intercourse with a child? Uh, not in any understanding.

**Howard Foster:**  Okay I'm going to object to that question. Did you put I'm going to object on the record to the question.

**Gary De Pury:**  Did you plead guilty to having sexual intercourse or to having relations with a child?

**Cody Wilson:**  No.

**Gary De Pury:**  No. You didn't plead guilty?

**Cody Wilson:**  No.

**Gary De Pury:**  Were you on probation?

**Cody Wilson:**  Was I on probation?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I've been on probation.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay for.

**Cody Wilson:**  Uh, I plead guilty to A. 3rd or 4th degree felony maybe injury to a-a minor.

**Gary De Pury:**  Injury to a minor all right was it alleged that you paid a child $500 or some some amount for sex?

**Cody Wilson:**  Was that alleged?

**Gary De Pury:**  Yes.

**Cody Wilson:**  By like the State?

**Howard Foster:**  Objection wait okay let me say this I think you're allowed. To inquire about a prior conviction?

**Gary De Pury:**  Is that a speaking objection, Howard?

**Howard Foster:**  Yeah.

**Gary De Pury:**  Okay just want to make sure.

**Howard Foster:**  You're allowed, if necessary, to put your objection if you want to bring a protective order you are required just to state the basis for that in during the Deposition that's what I'm doing here. Okay I am going to bring a motion for a protective order if you pursue this line of questioning and instruct the witness not to answer. Because it's not relevant it can't be impeached for any of this because there was no conviction.

**Gary De Pury:**  Okay thank you for saying that. Now I will clarify this because I want this part on the record. It's already on the record. I tried to be polite I just mentioned Child S-A your witness your client said I want you to say what you mean

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

your client invited it so bring your objection for a protective order when your client invited this line of questioning go ahead Howard let's take that to the judge and see what he says when your client invited this line of questioning.

**Cody Wilson:**  He didn't invite this line of question.

**Gary De Pury:**  Oh, he certainly did.

**Howard Foster:**  No.

**Gary De Pury:**  He certainly did so I'm going to go ahead and continue with my questioning. If you instruct him not to answer, I'm going to ask for sanctions against you. It is not a protected item. All right.

**Howard Foster:**  I think it is.

**Gary De Pury:**  Okay well we're going to get to the bottom of it.

**Howard Foster:**  What are you trying to establish?

**Cody Wilson:**  I think you've gone over 3 words Howard come on we agreed to this.

**Gary De Pury:**  I think you've.

**Howard Foster:**  Can we go off the record? For a minute.

**Cody Wilson:**  No.

**Gary De Pury:**  No, no so Foster Wilson, um, you invited this line of questioning so did you, um, did you flee to Taiwan?

**Cody Wilson:**  Not in any understanding of that word.

**Gary De Pury:**  Did you go to Taiwan?

**Cody Wilson:**  Ever.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Uh, shortly after you found out there was an indictment?

**Cody Wilson:**  No.

**Gary De Pury:**  No when did you go to Taiwan let let me rephrase the question. At some point you allegedly dropped this young lady the was she 15 or 16?

**Cody Wilson:**  Uh, who made this allegation?

**Gary De Pury:**  The 15 or sixteen-year-old you dropped this young lady off at a-a, uh, whataburger right Texas Food Chain.

**Cody Wilson:**  Is that is this alleged?

**Gary De Pury:**  Well did you do it?

**Cody Wilson:**  Have I dropped a lady off at a whataburger.

**Gary De Pury:**  Yeah.

**Cody Wilson:**  A lady.

**Gary De Pury:**  A 15 or sixteen-year-old young lady that you just had sex with?

**Cody Wilson:**  I wouldn't say a 15 or sixteen-year-old no.

**Gary De Pury:**  Okay did you then shortly in between then then and the time you were arrested in Taiwan, extradited back to the United States go to Taiwan.

**Cody Wilson:**  Uh, I was not extradited back to the United States.

**Gary De Pury:**  How did you get back to the United States?

**Cody Wilson:**  I-I flew back.

**Gary De Pury:**  You weren't arrested by the us marshals?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  No.

**Gary De Pury:**  Oh, I-I so okay I was under a different different impression then did you do your research?

**Cody Wilson:**  Well, I will.

**Gary De Pury:**  How did you get back? You just voluntarily flew back?

**Cody Wilson:**  Commercial air.

**Gary De Pury:**  You voluntarily flew back?

**Cody Wilson:**  I did.

**Gary De Pury:**  Okay and you were arrested upon landing here?

**Cody Wilson:**  I was.

**Gary De Pury:**  Okay for what was the initial crime you were arrested for?

**Cody Wilson:**  I don't recall.

**Gary De Pury:**  You don't recall?

**Cody Wilson:**  No.

**Gary De Pury:**  Okay is that a common thing that you wouldn't recall?

**Cody Wilson:**  That's a funny question.

**Gary De Pury:**  Well, I mean so there's different levels of I don't recall.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  Right we all know Matt Hillary Clinton failed miserably at that. The judges like to look at this and say okay he does recall and he's just lying. I know I'm not accusing you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

of lying Howard does that he's accused my clients of lying and I don't appreciate that I don't think that's appropriate.

**Howard Foster:**  And to. The form of this this is not a question.

**Gary De Pury:**  You can object to the form of what I'm saying. I'm no this is a question I'm laying groundwork. What I want to do though is caution you that I'm not going to accuse you of lying but the judge may perceive.

**Howard Foster:**  Objection to the form. This is not a question.

**Gary De Pury:**  The judge may perceive that you're being less than truthful.

**Cody Wilson:**  I see.

**Gary De Pury:**  So so you seriously do not recall any of this?

**Cody Wilson:**  No you asked if I recall the charge upon which I was arrested.

**Gary De Pury:**  Mhm.

**Cody Wilson:**  I do not.

**Gary De Pury:**  You don't recall being charged with?

**Cody Wilson:**  I recall being charged with a crime I recall being arrested.

**Gary De Pury:**  Uh-huh okay. Now so let's ask this, um, but are so, you pled guilty to a misdemeanor or a felony?

**Cody Wilson:**  I believe it was a 3rd or 4th degree felony.

**Gary De Pury:**  Okay so you can't own firearms, right?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  No I can.

**Gary De Pury:**  You can't own firearms?

**Cody Wilson:**  Yeah.

**Gary De Pury:**  So your record's cleared how does that work?

**Cody Wilson:**  Yes it was a-a non-pros or a deferred adjudication.

**Gary De Pury:**  Deferred okay so you did your probation and then it was deferred after that is that?

**Cody Wilson:**  Yes the State asked that I serve a term of probation. If I serve it without violation, that the case be dismissed.

**Gary De Pury:**  Okay. Now so this movie this documentary 'cause Howard asked where I was going with this this documentary which is established I mean it's on the internet you pretty much just said yeah you think it did drop, um, dropped around the same time that this meme that's in question also dropped correct?

**Cody Wilson:**  I don't know that that's true.

**Gary De Pury:**  No well you know that the calendar has 12 months on it right?

**Cody Wilson:**  Yes.

**Gary De Pury:**  And March comes before May?

**Cody Wilson:**  Yes.

**Gary De Pury:**  You would agree with that then, right?

**Cody Wilson:**  I agree that March comes before May.

**Gary De Pury:**  Okay and you would agree that that they both

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

occurred in 2023 right?

**Cody Wilson:**  The months of March and May?

**Gary De Pury:**  Okay.

**Cody Wilson:**  They did happen.

**Gary De Pury:**  And, uh, and so and the rest is on the record so we don't have I don't. Need your agreement on that, um, would you, uh, did you inform, Foster Tyra at any time about this, um. Um, did you inform Foster Tyra at any time about this this documentary this movie?

**Cody Wilson:**  Are you asking if I've ever told him about this documentary?

**Gary De Pury:**  Well when you were giving him information specific to the report you needed him to create, did you tell him about it?

**Cody Wilson:**  About the movie?

**Gary De Pury:**  Yes.

**Cody Wilson:**  I don't believe I did.

**Gary De Pury:**  You don't believe you?

**Cody Wilson:**  I don't believe I told him about the documentary.

**Gary De Pury:**  Okay why not?

**Cody Wilson:**  Why did I not tell the expert about the documentary?

**Gary De Pury:**  Right.

**Cody Wilson:**  I'm not sure I have a reason.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  All right could you be more specific? You're not sure you have a reason to tell him or you're not sure you have a reason you didn't tell him?

**Cody Wilson:**  I think your question?

**Gary De Pury:**  No I know my question.

**Cody Wilson:**  If I have a reason behind not talking about this movie and I don't know that I do.

**Gary De Pury:**  Okay. So you just no reason to tell him?

**Cody Wilson:**  I recall not telling him about the documentary.

**Gary De Pury:**  Okay well he testified he didn't he's never heard of it or that he didn't.

**Cody Wilson:**  I'm not surprised I don't think many people have heard of this documentary.

**Gary De Pury:**  Apparently pretty popular.

**Cody Wilson:**  Well, it sounds like you haven't heard of this documentary.

**Gary De Pury:**  Why would you say that?

**Cody Wilson:**  You called it a movie you said it played at Sundance I it seems to me like you may not have described the 1st 15 minutes of it incorrect I-I don't think you have seen this movie.

**Gary De Pury:**  Okay. Whether I have or haven't, does that is that relevant?

**Cody Wilson:**  Well, when you said when you say know the movie I was observing I don't think you knew it.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Well, I mean, it doesn't matter in the nuances of your mind whether I call it a film, a movie kino you know, theater.

**Cody Wilson:**  I only as an indication, whether you actually were aware of it.

**Gary De Pury:**  Okay. I mean I've seen Gone With the Wind does that have any relevance to anything?

**Cody Wilson:**  You know I'm sure it's attenuated.

**Gary De Pury:**  Yeah so I mean, what I think you're doing is wasting time and mincing words.

**Cody Wilson:**  Mincing.

**Gary De Pury:**  Yeah mincing so what I'm going to say to you is is you actually admitted in your request for admissions that you had sex with a 16-year-old now you're trying to say well, I don't recall.

**Howard Foster:**  Objection to the question.

**Gary De Pury:**  Okay so I'm going to go ahead and continue my 'cause I wasn't even asking a question yet this is the groundwork for a question. He's improperly objected to the form of laying the groundwork. So you admitted in your Rfas that you had sex with a 16-year-old.

**Howard Foster:**  Object.

**Gary De Pury:**  Is that correct?

**Cody Wilson:**  Could you show me?

**Gary De Pury:**  No I'm not going to show you. Did you were you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

lying in your Rfas?

**Cody Wilson:**  No I'm sure if that's the answer that that was the truth.

**Gary De Pury:**  But now you don't recall or now you're just being evasive.

**Cody Wilson:**  Only asking if I could see it.

**Gary De Pury:**  The construction of the question may be explanatory for well we're going to spend a lot more time interpreting your answers instead of interpreting my questions how does that sound so, um, who prepares the tax returns for your company now I think we already know this so Howard's going to say asked and object or asked and answered but I just want to hear it on the record again.

**Cody Wilson:**  Uh, Jason Tyra.

**Gary De Pury:**  Right and how long has Foster Tyra been working doing your tax returns?

**Cody Wilson:**  Um, well it may be since 2017.

**Gary De Pury:**  Okay. I think you're really going to enjoy reading that transcript from him. Um, and what and the reason again that's laying the groundwork for a question.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Because he states, and I kind of wish you would I-I understand that's outside of Foster Foster control at this point.

**Cody Wilson:**  Uh-huh.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:** Um, but he states in his his responses that he did nothing except rely totally on your work and that he only does your taxes. But Foster Dickinson is Matt yeah dickinson does he didn't know that name he does. Your actual bookkeeping? Did you tell him hey, here's Foster Dickinson's information in case you want to reach out to him?

**Howard Foster:** Objection to the form of the question.

**Gary De Pury:** Did you tell him?

**Cody Wilson:** Tell him that?

**Gary De Pury:** That hey here's Foster Dickinson's information in case you want to reach out to him?

**Cody Wilson:** Are you asking if I've ever told him that?

**Gary De Pury:** I'm asking for the form of the report you needed him to prepare for you.

**Cody Wilson:** Uh-huh, uh, I don't I don't recall if I said that.

**Gary De Pury:** Okay, um, now see that's a believable I don't recall that's a that's but that one the judge is going to believe that that's not you know, I was charged with a sexual crime of a minor and I don't recall judge is not going to believe that one. So, um, so so let's go to why didn't you give your expert witness enough information to prepare an actual report?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** I have to say the framing of the question is not something that I agree with.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay so why didn't you give Foster Tyra enough information to create an accurate report?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I-I disagree. I believe I gave him necessary sufficient enough information to make his report.

**Gary De Pury:**  Would you agree that an expert report is supposed to be a true and accurate representation?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Okay so again, the report does nothing to establish any causation. Are you aware of that?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't know that I can say I'm aware of it.

**Gary De Pury:**  Okay, um, so I'm going to invite an explanation from Howard on that. Why would you object to that 1? I just want that on the record.

**Howard Foster:**  I'm not allowed to.

**Gary De Pury:**  I'm inviting you.

**Howard Foster:**  We've been no.

**Gary De Pury:**  No speaking objections are allowed. All right so you don't have a reason then because I'm inviting it when I when I invite it I'm overruling that I'm inviting it for this question. My question was very simple why would you not why would you object to the form? What was wrong with that form?

**Howard Foster:**  Assuming facts not in evidence.

**Gary De Pury:**  Okay all right well I'll I'll I'll disagree

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

but okay so, um. You did you give, any information as far as Foster Dickinson to Foster Tyra?

**Cody Wilson:**  I've certainly given Mr. Foster Dickinson's information to Foster Tyra many times.

**Gary De Pury:**  Okay. I know you don't know why he didn't ask so I'm not going to ask you why he didn't do his job properly I'm going to ask you why you didn't say to him hey please contact my my, um. Bookkeeper what is what is he a Cpa is Foster Dickinson a Cpa is he a bookkeeper is he A.

**Howard Foster:**  Yes I-I wait hold on object to the form of the question.

**Cody Wilson:**  I know he has some professional credential I'm I don't recall.

**Gary De Pury:**  Okay all right and that's and that's what I'm looking for so I just want to be accurate when I'm talking about him, um, why didn't you say to Foster Tyra, hey call this guy I want a completely accurate report.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Go ahead and answer.

**Cody Wilson:**  Mhm. Uh, I'm not saying I didn't say that but I assume the 2 are in contact they've been in contact for many years.

**Gary De Pury:**  Okay. Would it shock you that he's never spoken to him according to Foster Tyra he's never spoken to him.

**Howard Foster:**  Object to the form of the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well, I know. I guess would that shock me if he okay may we start over?

**Gary De Pury:**  No.

**Cody Wilson:**  Would it shock my understanding of your question Is would it shock me if I learned that Foster Tyra has never spoken to Chad Dickinson?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Yeah sure.

**Gary De Pury:**  Okay but you just said that they've been in communication for many years.

**Cody Wilson:**  Uh, sure yeah.

**Gary De Pury:**  Oh, so when you say communication, are you saying that they must email each other back and forth?

**Cody Wilson:**  I'd be honest.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  That's a strange objection. I think you're just objecting for the right you want to just object for all questions I'm going to ask? That that made no sense Howard.

**Howard Foster:**  I with all due respect, that just what are you asking of me I'm not supposed to elaborate.

**Gary De Pury:**  Okay well I mean but that's just a ridiculous objection so the the question is, uh, let me restate the question or let me just say it this way Foster Tyra seemed to not even know who your bookkeeper was.

**Howard Foster:**  I object to the form of that question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay.

**Cody Wilson:**  I-I didn't hear a question.

**Gary De Pury:**  Um, he said he he stated or he seemed to indicate he had 0 idea of who your bookkeeper even was.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  That wasn't a question. I'm trying to get to the question. So how is someone having communication over multiple several years if they don't even know who that person is?

**Howard Foster:**  I object to the form of that question.

**Cody Wilson:**  Obviously I would it's a hard one to answer that posed that way, um.

**Gary De Pury:**  Well, let me let me rephrase it this way.

**Cody Wilson:**  Mhm.

**Gary De Pury:**  Do you know who owns this building? Do you know the landlord of this building?

**Cody Wilson:**  Not personally.

**Gary De Pury:**  Okay so if I said to you or if you were testifying right now or if I was testifying to you and this is hypothetical but if I was testifying to you.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  I've had communications with this landlord a 100 times and and then you found out later I don't even know who the landlord is. Would you find that incredulous? Unbelievable whatever form you might want to use.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well, in this context now I could understand maybe what you may mean.

**Gary De Pury:**  Mhm what do you think I mean.

**Cody Wilson:**  You may mean that you've been in contact in a way but you can't recall that person's name.

**Gary De Pury:**  Okay so is that what you think is is going on is that Foster Tyra? Just at the moment after I think 6 times I asked him that he just couldn't recall the name.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  It sounds most likely to me I mean.

**Gary De Pury:**  Okay. Is it possible that he he. Just didn't know who it was.

**Cody Wilson:**  Well, these these are hard things to trace out like he can he can not know who my bookkeeper is and have still been in communication with him.

**Gary De Pury:**  Okay. All right I'll I'll buy that. Um, so so, he testified though that he did not do anything to verify your records he never spoke to your bookkeepers once he didn't really didn't even know who your bookkeepers were, um, no contact information and just had no explanation. So the question then is do you still believe that without verifying your numbers, that he provided an accurate assessment of your company's dollars?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  The report I read, I believe was accurate an accurate assessment?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay so based on just the numbers you gave him though, right?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I-I can't say that I know, well what else he supplied or what else he brought like as a part of his expertise to his report I don't suppose that his report is only based in some very narrow sense on the numbers that I gave.

**Gary De Pury:**  But that's his testimony that that's the only thing it's based on.

**Howard Foster:**  I-I object to the form of the question.

**Cody Wilson:**  Here's where it's a problem I'm not a lawyer I don't know the complexities of these things. I think it is reductionist to say all my my expert used was the numbers I gave him and nothing else was included in the production of his report.

**Gary De Pury:**  That that's his testimony.

**Howard Foster:**  Object there's no question there.

**Cody Wilson:**  Again, I'm not trying to represent a legal conclusion about my expert's report but a common person would believe that my expert brought his expertise to his report in addition to what I supplied.

**Gary De Pury:**  Okay. So does it worry you at all that he can't back these numbers up with any any other analysis?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I-I understand the question. I don't agree with

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the framing of the question. I-I believe the expert did the job. That he was hired to do and he did it competently.

**Gary De Pury:**  All right let me ask you about, uh, Defcat. Is defcat ever hacked?

**Cody Wilson:**  I don't believe so.

**Gary De Pury:**  No.

**Cody Wilson:**  I don't believe it has been hacked.

**Gary De Pury:**  Did you pay someone to try and hack it?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  No I've never paid someone to try to hack it no.

**Gary De Pury:**  No. Have any of your websites ever been hacked?

**Cody Wilson:**  I think I would need clarity on the definition of the word hack.

**Gary De Pury:**  Well, I'm not a computer programmer so I guess I'm gonna try and take a shot in the dark here unauthorized person gets into the back end of the computer software.

**Cody Wilson:**  I think it's a good definition unintended access or something to my understanding, no none of none of our websites has been hacked.

**Gary De Pury:**  Okay. To your understanding, who posted the meme?

**Cody Wilson:**  Uh, I every Defendant.

**Gary De Pury:**  I'm I'm sorry?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Every Defendant in this case except Foster Larose.

**Gary De Pury:**  Sorry stop I'm sorry that was a poor poorly worded question.

**Cody Wilson:**  Alright.

**Gary De Pury:**  To your understanding who posted the meme on your website?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Who posted the meme on my website?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Uh, I have made an inquiry into this I believe it was Thomas Odom.

**Gary De Pury:**  Your unpaid employee?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Now who controls that website?

**Cody Wilson:**  Uh, well ultimate you mean ultimate control? Sure I'm I'm in ultimate control of that website. Yes.

**Gary De Pury:**  You are. Is that meme still on the website?

**Cody Wilson:**  Is it still on the website? That's a complicated question to answer.

**Gary De Pury:**  It's not.

**Cody Wilson:**  No it is because the website is also an application is also a Cms in a way the meme is on the website but I don't believe the meme is publicly available on the website.

**Gary De Pury:**  Well, when you say publicly available, are

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

subscribers able to see it?

**Cody Wilson:**  I don't think so.

**Gary De Pury:**  So who can see it?

**Cody Wilson:**  I think only administrators of the website could see the meme.

**Gary De Pury:**  Okay when did that change?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Uh, it was recently. It was recently?

**Gary De Pury:**  Okay why? Did you leave it up for so long?

**Howard Foster:**  Object to the form.

**Gary De Pury:**  Why did I leave it up?

**Cody Wilson:**  I don't think I made a positive decision to leave it up so long.

**Gary De Pury:**  Why didn't you make a positive decision to remove it?

**Cody Wilson:**  Well, in a in an important way I think I have made that decision.

**Gary De Pury:**  Why didn't you make that decision much sooner? Let me let me well strike that let me ask you this way isn't it your contention that this meme and solely this meme has had a detrimental effect to your revenue?

**Cody Wilson:**  I don't believe that's my contention.

**Gary De Pury:**  What is your contention in this lawsuit then?

**Cody Wilson:**  As I understand the complaint we said a series of false statements.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  I'm not asking about the complaint I can go read the complaint and I know I said I wouldn't interrupt but that's just a ridiculous answer.

**Howard Foster:**  Okay.

**Gary De Pury:**  What hold on Howard what I ask is what is your contention you Cody Wilson testifying today what is your contention?

**Howard Foster:**  Yeah I-I object to the form of the question.

**Gary De Pury:**  Good.

**Cody Wilson:**  Alright testifying today I believe a series of false statements about the business were made these are typified by the meme and most forcefully included in that meme but they are not exclusive to the meme.

**Gary De Pury:**  Okay so you testified that you think, uh, Thomas Odom posted it on your website. Have you filed a lawsuit against him?

**Cody Wilson:**  A lawsuit against Thomas Odom?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I have not filed a lawsuit against Thomas Odom.

**Gary De Pury:**  Why not?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Why have I not sued Thomas Odom?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I'm not gonna give the cheeky answer. Thomas Odom was not harming the company or trying to.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay but he posted the meme?

**Cody Wilson:**  He posted the meme?

**Gary De Pury:**  You you believe?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I guess this is a this is a too simple of a description of what he did.

**Gary De Pury:**  Okay well give me an elaborate description of what he did.

**Howard Foster:**  That's object to the form of the question.

**Gary De Pury:**  Alright.

**Cody Wilson:**  I want to answer though. Maybe I do want to answer.

**Gary De Pury:**  I-I I'm expecting you to.

**Cody Wilson:**  Okay great. Uh, I believe he uploaded the meme that might be a more accurate way to answer the question.

**Gary De Pury:**  Same result right upload post.

**Cody Wilson:**  Yeah but you know it's like, was it approved by other people who were those people you know, um, was Thomas Odom trying to harm the business? No I think Thomas was collecting information related to the culture potential litigation we were doing some documentary work I believe he thought he was doing a good thing. I believe the defendants in this case thought they were doing a harmful thing.

**Gary De Pury:**  Okay so that's that's the so be because you think that he was doing he thinks he was doing a good thing it's

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

excusable but if they posted this it's not excusable I guess that's what I'm.

**Howard Foster:**  I object to the form of that if that's a question.

**Gary De Pury:**  Okay there are.

**Cody Wilson:**  It is a question there are obvious differences.

**Gary De Pury:**  Okay let's talk about those. What are they?

**Cody Wilson:**  For example you you would have to talk about what the meme is right this is difficult to do. The the meme circulates it gets deleted sometimes by the Defendants. It's good to point to a common source a primary source for something like the meme right and in the end that's one useful. That's one way to use the meme as it was on our website.

**Gary De Pury:**  All right so what's the primary source?

**Cody Wilson:**  Well, that's what I'm saying creating a primary source like using that the meme that way on the website is is using it as a primary source.

**Gary De Pury:**  So and I don't I'm not going to post anything like this on my website because it would not benefit me. But if I if I were to post this on my Facebook page, uh-huh, for instance, and say I deposed this guy and you know, at the end of the Deposition he's a hell of a nice guy I like him. I think this meme is is, uh, is a horrible thing.

**Cody Wilson:**  And then. And then you twist me.

**Gary De Pury:**  And I and I and I post that meme.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Well, I'd interpret that as a kind of malicious irony.

**Gary De Pury:** Yeah So so it doesn't really matter what my intention is then does it?

**Cody Wilson:** No it does.

**Gary De Pury:** It does.

**Cody Wilson:** It clearly does yeah well of course there's a social construction you're the you're the Defendant's attorney at least one of them.

**Gary De Pury:** All right.

**Cody Wilson:** So obviously I would then be like Gary Depury's a part of the enterprise.

**Gary De Pury:** Well, I mean I'd figure you'd research me and you know that 2 people in this room didn't exactly like each other at the very beginning.

**Cody Wilson:** I have no idea anything about you.

**Gary De Pury:** You should.

**Cody Wilson:** So I have noted your logo.

**Gary De Pury:** Yeah.

**Cody Wilson:** I have seen it you know that.

**Gary De Pury:** I-I put it everywhere.

**Cody Wilson:** That's an interesting thing.

**Gary De Pury:** Yeah I-I-I do to here have a pen.

**Cody Wilson:** That is.

**Gary De Pury:** So thank you very much.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  But I-I promise that's the extent I know about you.

**Gary De Pury:**  So, um, so I mean and it.

**Cody Wilson:**  Are you saying you were former enemies or?

**Gary De Pury:**  It's like Zach and I were ready to enemies for friends so yeah and it is and so that happens and it's not several of my clients are are, uh, prior litigants where, uh, I handle things so.

**Cody Wilson:**  I can understand that I can understand that.

**Gary De Pury:**  So it is possible that I could post something like that let's say at the end of this litigation I mean Howard and I both each owe owe each other a drink at the end of this we both promised, you know, a martini or something and you know that happens right it happens especially amongst lawyers you yell at each other and you walk out and go play golf I'm not a golfer but. If at the end of this and I know it's a hypothetical, Howard's going to object to hypothetical but.

**Cody Wilson:**  Yeah.

**Howard Foster:**  I understand.

**Gary De Pury:**  If I posted that and I said look I met the guy he's actually a pretty nice guy, um, and and this meme this whole. Thing was over a meme maybe I didn't say I thought the meme was horrible didn't horrible does the intent of the posting matter?

**Howard Foster:**  Object to the form of the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  In in this hypothetical of course the intent would still matter yeah.

**Gary De Pury:**  Okay and probably it will be the settlement agreement which governs whether you could or couldn't post the meme anyway.

**Cody Wilson:**  I would settle.

**Gary De Pury:**  Well.

**Cody Wilson:**  But that's yeah.

**Gary De Pury:**  There you go. So if you posted it and you didn't settle I would interpret it in a different way.

**Cody Wilson:**  Okay.

**Gary De Pury:**  So, oh, I thought I thought I sorry what you I misunderstood I thought you were saying that you would litigate with me and then I would we'd settle that case. Okay.

**Cody Wilson:**  No I.

**Gary De Pury:**  You're saying if there's a settlement agreement here, in this case and it said that it was okay for me to post it, then that would matter too?

**Cody Wilson:**  I think that's what I meant yeah.

**Gary De Pury:**  So settlement agreements matter then, right?

**Cody Wilson:**  I'm sure.

**Gary De Pury:**  Okay sure. So if someone if you had a-a settlement agreement and it said you're not supposed to make disparaging comments about the other party, would that matter?

**Cody Wilson:**  Absolutely.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:** Okay I just want to make sure that's on the record. Thank you. Um, now does defcad encrypt the customer information?

**Howard Foster:** Object to the form of the question.

**Gary De Pury:** Okay.

**Cody Wilson:** Customer information. I can understand his position, um, if. Uh, let's back up right I you know not every person who uses Defcad is a customer of ours.

**Gary De Pury:** I'm just saying I'm gonna grab my coffee and keep going.

**Cody Wilson:** That's fine.

**Gary De Pury:** Keep keep going.

**Cody Wilson:** Uh, that is my answer.

**Gary De Pury:** Okay so but does defcad take take precautions to encrypt certain things? Not everybody's a customer so but subscribers?

**Cody Wilson:** Uh, you know, in the interest of moving along sure defcad, uh, uses standard encryption, uh, to handle data.

**Gary De Pury:** Okay. It's a safe answer I guess.

**Cody Wilson:** I'm sure.

**Gary De Pury:** Well, were any of your users ever doxed?

**Cody Wilson:** Were my users ever doxed?

**Gary De Pury:** Yeah.

**Cody Wilson:** Uh, not that I recall.

**Gary De Pury:** No defcad ever suffer a data breach?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Uh. Not that I recall.

**Gary De Pury:** So you don't recall ever being hacked hacked you don't recall any data breach?

**Cody Wilson:** I've looked for it I've heard that it happened.

**Gary De Pury:** Now did you talk with, uh, Foster Tyra after Matt Deposition or during that Deposition about a data breach?

**Cody Wilson:** Uh, no.

**Gary De Pury:** You were not familiar with the questions that we asked him?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** Not familiar with the questions you asked I have not read the transcript although I did participate at times I listened to some of the the deposition.

**Gary De Pury:** All right did you, uh, uh, never mind that would get into privilege so all right. Was there a concern, of yours that Foster tyra did not sign up for this?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** I-I can only guess what you mean.

**Gary De Pury:** I'll elaborate if you ask because you invited me to elaborate about your issues, um, and so.

**Cody Wilson:** If you say so.

**Gary De Pury:** Okay.

**Cody Wilson:** To answer your question directly was there a concern? I don't think I had such a concern if that's a good answer to your question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  All right, um, so.

**Cody Wilson:**  He did not sign up for it? Well, I mean I think he signed up to be my expert.

**Gary De Pury:**  But but was there a concern on your part that, um, Foster Tyra did not sign up for the questions about the fact that he's possibly was possibly cheating on his wife?

**Howard Foster:**  Oh, object to the form of the question.

**Cody Wilson:**  Look I news to me I think he did sign up for it.

**Gary De Pury:**  He signed up for that.

**Cody Wilson:**  Well, he signed up for abuse from the other side surely. I mean, it's look if you it's not your it's your job to try to kick out my witness I mean, I understand.

**Gary De Pury:**  We didn't try to kick him out. I want him on the stand with us now.

**Cody Wilson:**  I'm sure you want.

**Gary De Pury:**  All right that's, um, have independent security experts ever reviewed your your platforms and by platforms I mean. The websites and the back end where you take the money. In things like that?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Who were the who did those?

**Cody Wilson:**  I don't know that I can make a complete. Recounting, um, well how many what comes first to mind is mandiant.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:** Spell that for us.

**Cody Wilson:** M-a-n-d-i-a-n-t, they're somehow connected with Google now okay. Coalition my insurer had its own expert consultant service that looked at it.

**Gary De Pury:** When did you have that done?

**Cody Wilson:** Uh, it was a condition of my insurance coverage. Do you mean the coalition review?

**Gary De Pury:** Yeah.

**Cody Wilson:** It would have been upon the time the policy, the binding of the policy. That's what I recall about it.

**Gary De Pury:** All right, um, now let's go back to the meme.

**Cody Wilson:** Uh-huh.

**Gary De Pury:** Uh, 'cause that is kind of the main focus of what brought this litigation right?

**Howard Foster:** I wait I object to the form of that question.

**Cody Wilson:** Uh, I don't know that I can say yes to your question.

**Gary De Pury:** Okay, um, well I mean it's.

**Cody Wilson:** I think the meme is a-a focal point, a centerpiece or something.

**Gary De Pury:** Okay I-I-I think I agree with you on that. Yeah, um, and and you would agree that Meme was posted in a couple places including your website but other places as well right?

**Cody Wilson:** I would agree the meme has been posted across

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the internet.

**Gary De Pury:**  Have you ever asked requested any takedowns?

**Cody Wilson:**  Do you mean me personally?

**Gary De Pury:**  Yeah your company you personally have you directed anybody on behalf of benefiting your company for it to be taken down?

**Cody Wilson:**  Yes I have.

**Gary De Pury:**  And who was that?

**Cody Wilson:**  Who did I direct to take it down or request to take it down?

**Gary De Pury:**  Who when yeah.

**Cody Wilson:**  I recall asking, um, or defcad asking the moderators of a large subreddit related to our industry to remove the meme more than one occasion.

**Gary De Pury:**  Okay.

**Cody Wilson:**  It was pinned. On occasion it would become pinned to the front page of that Subreddit which which would keep it on the front page and drive it high in the search results on Google.

**Gary De Pury:**  How many how many, um, members were on that Subreddit do you know?

**Cody Wilson:**  The Subreddit's been deleted but at its. Height it was about 120,0 people.

**Gary De Pury:**  You were a member of that as well?

**Cody Wilson:**  I don't think I ever joined it no.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  No. How does that work? Can you you I guess you can scroll through and see subreddits without joining is that how that works?

**Cody Wilson:**  It seems that Google privileges Reddit results like it does Wikipedia so often when you Google anything you'll find a Reddit result on the 1st page so you know you Google defcad that's one common way to come across the meme, for example.

**Gary De Pury:**  Gotcha. Um, so, by posting this on your platform.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Wouldn't that also contribute to the, uh, the overall ratings pushing it up in the Memes?

**Cody Wilson:**  I understand your question. I don't think the meme was associated with the search terms for defcad. Okay so it was not a-a result that you would find if you were searching for defcad?

**Gary De Pury:**  So okay, um, all right let's go ahead and take a break here. We'll take 5. Uh, Foster Reporter can we go ahead and take 5 on this?

**Abdullah Khalid:**  Yes thank you. It's 10:26 a.m Eastern Standard Time and we are off the record.

**Gary De Pury:**  All right thank

**Abdullah Khalid:**  It's 11:40 a.m Eastern Standard Time and we are back on the record.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay thank you. My mail down I had to open the mail back up to get everything closed down for some reason. All right. All right so we were asking if you, uh, requested takedowns you responded that you did, um.

**Cody Wilson:**  Wait wait wait.

**Gary De Pury:**  Of the Reddit and then.

**Cody Wilson:**  Oh, yeah.

**Gary De Pury:**  Then we're going to, um, ask you about your, uh, you know your own what's on your own thing so, um. Now let's see did you seek any injunctions on this case before filing the lawsuit?

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Seek any injunctions before filing the lawsuit?

**Cody Wilson:**  Yeah, I'm not sure I-I know the legal answer to that question.

**Gary De Pury:**  Did you seek any other remedy to force these to be removed?

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  You mean the posts of the Fedcad meme, on Reddit?

**Cody Wilson:**  Yeah did I, do anything I don't believe I sent anything other anything else to Reddit.

**Gary De Pury:**  Okay, um, is this lawsuit well so let's let's discuss the, uh, litigation, profile initially you were sued in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the middle district, correct?

**Howard Foster:** Object to the. Form of the question.

**Cody Wilson:** Initially, I I'm not sure I don't know how that relates to this lawsuit.

**Gary De Pury:** Well that's fine just just answer the question. You were initially sued in the middle district for the Copyright Act, right?

**Cody Wilson:** You're saying as an initial matter?

**Gary De Pury:** On between the the litigants?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** Um, the the question seems to presume that the 2 lawsuits are.

**Gary De Pury:** I'm not worried about the presumption we just just a simple yes or no.

**Cody Wilson:** By the other I-I don't believe that one was initiated by the other.

**Gary De Pury:** Okay well we'll we'll get to whether you believe it or not but, um, and then really you're the deponent I'm not worried about what you believe kind of worried about what I'm worried about what fact believes so.

**Cody Wilson:** I'm trying to give you full answers.

**Gary De Pury:** Okay so was the initial lawsuit in this entire suit let's let's say there's 44 lawsuits basically there's a claim and a counter claim in the middle district correct?

**Howard Foster:** Object to the form of the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** I-I see what's happening here. I would bracket the lawsuits differently.

**Gary De Pury:** Okay how would you bracket them?

**Cody Wilson:** I think this all starts with a lawsuit in New York.

**Gary De Pury:** Okay between these litigants.

**Cody Wilson:** In a way.

**Gary De Pury:** Okay who who sued who in New York?

**Cody Wilson:** Everytown for gun safety was a plaintiff in the Southern District of New York.

**Gary De Pury:** All right and who did they sue?

**Cody Wilson:** They sued the defendants some of the defendants and the plaintiffs.

**Gary De Pury:** Okay so Everytown for gun safety sued, you or defcad and?

**Cody Wilson:** Everytown for gun safety sued Foster Alec and Foster Holiday and then some john does and then they sued me on a theory of contributory infringement in a trademark lawsuit.

**Gary De Pury:** Okay and that you believe started the series that landed us here today?

**Cody Wilson:** If we're using the term initial and initiatory yes I believe that.

**Gary De Pury:** Okay the 1st lawsuit.

**Cody Wilson:** All right.

**Gary De Pury:** I accept that. So then the, um, and I know you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

don't care whether I accept it or not I'm just saying. Just a conversation.

**Cody Wilson:**  I'm happy for you.

**Gary De Pury:**  Yeah I I'm happy for me too so, um, but then the next thing that happened then I mean there's and there's a bunch of intervening things I'm trying to head off the the way your mind thinks, um, and I don't know that I can ever actually do that but the next thing between these litigants would then be the lawsuit in the Middle District of Florida.

**Cody Wilson:**  I disagree.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Okay so the the next litigation between these litigants would be in the Middle District of Florida or was there an intervening litigation somewhere else? I'm unaware of.

**Cody Wilson:**  That's a good question. Intervening litigation, um, there were additional appeals but they were all I think related to that first case I you know, again, I don't know if I'm answering correctly when I step into like legal opinion.

**Gary De Pury:**  Are you answering truthfully?

**Cody Wilson:**  I believe that it's my best to be truthful.

**Gary De Pury:**  That's all we need. That's all I could ever ask from you.

**Cody Wilson:**  Thank you.

**Gary De Pury:**  So so there was a okay in the Middle District of Florida of the 2 lawsuits, which one being a counter claim? So

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

by definition it is a counter claim and I understand you're not an attorney, um, but the counter claim was counter so the 1st claim was the present defendants suing your companies for copyright infringement correct?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  The 1st legal claim, uh, that may be the 1st filed lawsuit.

**Gary De Pury:**  Okay then the counter claim was your companies suing them correct?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  As I understand counter claims that seems right.

**Gary De Pury:**  Okay so then, um, the, you're very good at the evasion portion. I-I I'm going to give you some credit I've had better but I've had worse so.

**Cody Wilson:**  I listen I would never evade.

**Gary De Pury:**  You are though you're very evasive in these and that's fine.

**Cody Wilson:**  I believe every answer is truthful and complete.

**Gary De Pury:**  Well, accept the compliment. I mean and I I've interrogated real world terrorists. So.

**Cody Wilson:**  My compliments are.

**Gary De Pury:**  So, um, um, so the, um, the next thing though is that counterclaim was withdrawn correct?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Withdrawn. As an attorney I'm not sure that that's true. I believe it was dismissed under Rule 41.

**Gary De Pury:**  Okay.

**Cody Wilson:**  I-I don't know that that means it was withdrawn.

**Gary De Pury:**  So you're more familiar with Rule 41 than you are with withdrawn?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't know how familiar I am.

**Gary De Pury:**  Okay, um, so but then that claim didn't go forward and then the suit down here was brought under Rico correct?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  You claim well for a time that claim did go forward. We dismissed that claim under Rule 41, and brought substantially similar claims as a new case.

**Gary De Pury:**  Howard if you start to lose your voice we'll just get you a sign that says object you can wave it right in front of the cam there's we'll we get bottle of water for you. I'm I'm teasing you but, um, you so object to the form of the sentence.

**Abdullah Khalid:**  We'll get him a button.

**Gary De Pury:**  There you go.

**Cody Wilson:**  Get him a button.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  The easy button just says the form, um, but we'll make sure you have a bottle of water. We're going to break for the the hearing soon anyway so well we have another hour.

**Cody Wilson:**  Um, but you know, I think a number of legal claims were made in between the Everytown case and the 1st copyright matter so that the copyright case itself it may be the 1st lawsuit filed after that case but it was not the 1st set of legal claims.

**Gary De Pury:**  Gotcha. Okay what are some of those legal claims?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  What are some of those legal claims? Well I've heard it all I mean any any form of. I mean, I've heard it all extortion I I've just heard all.

**Gary De Pury:**  Legal claims well did anybody file any actions in state or federal court?

**Howard Foster:**  Object to the form.

**Gary De Pury:**  By you or the. The litigants in this case?

**Cody Wilson:**  Not that I know I know people have filed all kinds of actions.

**Gary De Pury:**  Yeah not that I know. Okay So so really were no legal claims then? I mean people have said hey you extorted me but there's not any no one paid money to a court or to an attorney to bring an action right?

**Howard Foster:**  I don't know. Object to the form.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't know I know some of these people have attorneys for example, Foster Larosiere has sometimes been these people's attorneys in this intervening period I don't know if they paid him money.

**Gary De Pury:**  Okay all right so I'm only going to discuss the ones that actually have a case number assigned by the court then. All right so then the next one is after that case, um, was either dismissed under Rule 41 or withdrawn the, um, the Rico case was brought in the Southern District by your companies correct?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  That, that order is the true order of events.

**Gary De Pury:**  Okay thank you. Then, subsequently the next thing that happened was the litigants settled the copyright case in this middle district correct?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I think, you know, we're excluding a criminal case as well which I think is related to all this it is involved in the claims for example in the Fedcat meme that case was brought in. September or October of 2024 so probably before I made the counter claims so it probably would not be true to say. There was the copyright case then the counter claims.

**Gary De Pury:**  Which criminal case? Matt Salentano.

**Cody Wilson:**  The case against Salentano who was himself a defendant in the Everytown case.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay.

**Cody Wilson:**  This is why I bring the Everytown case.

**Gary De Pury:**  So I-I thought he was already incarcerated at the time this case was brought the the Rico case.

**Cody Wilson:**  Yeah yeah he was his criminal case nevertheless occurs before the counter claims are brought the 1st Rico case.

**Gary De Pury:**  Okay I see what you're saying. All right so, all right so then, um, but. Is it your contention that this, uh, Rico is not retaliatory at all?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Is it my contention that it's not retaliatory at all? Yeah in my understanding of retaliatory, I do not believe it's a retaliation.

**Gary De Pury:**  Why'd you bring it then?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  You mean other than to retaliate?

**Gary De Pury:**  Yeah why'd you bring the case?

**Cody Wilson:**  Well, I brought it to stop the harm to my business. By the way, I-I don't think I can bring a cause of action against the copyright suit but I believe the copyright suit was a part of the the Rico activity.

**Gary De Pury:**  So you brought it to stop harm to the business?

**Cody Wilson:**  Yeah.

**Gary De Pury:**  And what harm is that?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  The harm to the business?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Uh, the intentional interruption of my business the intentional spreading of false statements of fact about my business in commerce.

**Gary De Pury:**  Okay and, um, so you brought it under Rico do you I mean you went how far did you get in law school?

**Cody Wilson:**  2 years.

**Gary De Pury:**  So you understand all that's said?

**Cody Wilson:**  I don't know that I do.

**Gary De Pury:**  Well I mean it's taught in the 1st year it's.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I went to law school a long time ago.

**Gary De Pury:**  Yeah. So you don't recall learning about elements of a crime elements of, you know, might be 3 elements to certain crimes like a Dui in Florida has 3 elements.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  This is familiar this sounds familiar.

**Gary De Pury:**  So do you know what the elements of a Rico claim are?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I-I would not presume to stand here and tell you the elements of a Rico claim.

**Gary De Pury:**  So how do you know how did you know that you had a Rico claim in order to seek out the assistance of counsel?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  It's more the other way around. I-I have sought a Rico expert a Rico attorney.

**Gary De Pury:**  So the Rico attorney helped you understand that he. Had a Rico claim.

**Howard Foster:**  There's wait there's no question there I object.

**Gary De Pury:**  There is a question I ended it with the the inflection was on the end of the sentence so did the.

**Howard Foster:**  Could you repeat the question then?

**Gary De Pury:**  Yeah I will you want me to repeat the exact question for the record you want me to have it read back or you want me to just rephrase it so that I'll I'll use the.

**Abdullah Khalid:**  You want to rephrase it?

**Gary De Pury:**  I'll rephrase it with instead of using the commonly understood inflection at the end of a sentence to signify a question I will say did the Rico expert help you understand that you had a Rico claim?

**Howard Foster:**  Object to the form of the question. I think this is probably going into attorney-client privilege.

**Gary De Pury:**  Okay yeah you you it's probably right on the outside of that so because I researched.

**Howard Foster:**  So I'm going to object and instruct him not to answer.

**Gary De Pury:**  Okay well I-I researched that question quite

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

extensively before but I'll I'm not going to ever breach privilege so I will not address that issue then, um, without any advice of Counsel did you think you had a Rico claim?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Without the advice of counsel. Yeah, um, did I ever think I had a Rico claim? Mhm, oh, yeah.

**Gary De Pury:**  Okay and so.

**Howard Foster:**  Sorry could you read back the answer? I didn't hear that.

**Gary De Pury:**  He said.

**Howard Foster:**  I didn't hear the answer. Could could somebody could the reporter read back the answer?

**Gary De Pury:**  He said yeah I think I did but let's let the reporter read it back.

**Howard Foster:**  Who's the reporter?

**Cody Wilson:**  He's here.

**Abdullah Khalid:**  Uh, sure Counsel one moment.

**Howard Foster:**  The question and answer please.

**Gary De Pury:**  While he's looking the question was without the advice of Counsel did you understand that you thought you had a Rico claim? His answer was verbatim. Yeah I think I did.

**Howard Foster:**  Okay let's just.

**Gary De Pury:**  And if the Reporter wants to find it just go ahead and.

**Cody Wilson:**  Oh, oh, he's replaying.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:** Are you saying there's no actual trans-?

**Gary De Pury:** Let let him?

**Cody Wilson:** No he's.

**Howard Foster:** Or is just you just have a recording?

**Cody Wilson:** No he's made I don't know how that works but.

**Gary De Pury:** They do both.

**Howard Foster:** Well, I want to find out.

**Gary De Pury:** In all time of your Deposition, Howard, chill out did you get it, counsel?

**Cody Wilson:** Were you able to hear Matt Howard?

**Howard Foster:** I-I didn't hear that I'm struggling. Sounds like 2 people are different people are talking.

**Gary De Pury:** That's how questions and answers work.

**Howard Foster:** No, no no no no I thought there's one reporter who would take transcribing and repeat it back.

**Gary De Pury:** He's.

**Howard Foster:** Wait.

**Gary De Pury:** So what Counsel if I if I may, uh, the answer was, oh, yeah.

**Howard Foster:** Right, oh, yeah but am I correct, there's no transcription being taken this is just a recording.

**Abdullah Khalid:** Uh, yes Counsel, uh, I'm taking notes but as advised by Filevine, I'm allowed to do the, uh, playbacks for the accuracy.

**Howard Foster:** What is your name?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't think that's right.

**Gary De Pury:**  That's that's.

**Howard Foster:**  Allowed it's not in the notice.

**Gary De Pury:**  It's in the notice. Did you read the notice?

**Howard Foster:**  Yeah.

**Gary De Pury:**  The notice is very explicit about how all this all works they record it all and then at the end they do full transcription.

**Howard Foster:**  Okay.

**Gary De Pury:**  Almost every court Reporter does that now?

**Cody Wilson:**  Yeah they they simultaneously record all.

**Gary De Pury:**  Yeah yeah. It's more accurate.

**Howard Foster:**  A voice recording.

**Gary De Pury:**  This method of recording.

**Howard Foster:**  This method.

**Gary De Pury:**  Seems to be simultaneous.

**Howard Foster:**  Is is is that is it simultaneous transcription while recording?

**Gary De Pury:**  Yeah he's he's doing he's taking all the notes.

**Cody Wilson:**  That's what the notice says if we if you ask him to certify a question, he's gonna hit the right button at the same time.

**Howard Foster:**  Okay okay.

**Gary De Pury:**  They use an a very elaborate system it blows

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

your mind when you see the the.

**Howard Foster:**  Okay go ahead go ahead.

**Gary De Pury:**  Okay all right we're gonna go ahead and, uh, continue on. Thank you Foster Reporter, um, so the the question was without the advice of Counsel did you think that you had a Rico claim and you answered, oh, yeah I did. And so, um, but without understanding elements what led you to believe that?

**Howard Foster:**  Object to. The form of the question are you asking sounds like it's privileged.

**Cody Wilson:**  Going into attorney-client communications.

**Gary De Pury:**  I literally said without the advice of Counsel and then I said so we're we're still on that same line. I'm not asking you to breach anything attorney I'm not asking you at any point what an attorney said. So I'm asking you without advice of Counsel and the fact that you have testified that you really don't recall or understand the elements what led you to believe that you had a Rico claim.

**Cody Wilson:**  Well, first I'd say it's not that I don't recall elements I don't recall being taught it I don't recall that time in law school I'm not sure that my testimony today is that I don't understand the elements of crimes or statutes. I-I believe that these things are mostly made to be read by the public. I believe I can read a statute like the Rico statute and understand it.

**Gary De Pury:**  Okay. So again, what led you to believe you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

had a Rico claim specifically?

**Cody Wilson:**  What was it I recall.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Okay all right go ahead.

**Cody Wilson:**  I think the specific answer to your question, um, is a book by Jeff Grell.

**Howard Foster:**  Who.

**Cody Wilson:**  Um, which is a treatise on Rico.

**Gary De Pury:**  What's the last name?

**Cody Wilson:**  Grell G-r-e-l-l.

**Gary De Pury:**  Gary. Okay.

**Cody Wilson:**  You know you start with an intuition and then you read and you know, you compare the facts. This was how I came to suspect I had a good Rico claim.

**Gary De Pury:**  So did you go looking for a book on Rico or just happened to read it because you're a voracious reader I mean how'd you come across it?

**Cody Wilson:**  Did I go looking for that's a good question. I think I've been aware of this book for some time, um, when I was sued I was like well. Probably time to really figure the rest of that theory out. So I think that I had had the theory before I was sued.

**Gary De Pury:**  Okay.

**Cody Wilson:**  But I had never examined it in detail like I've never had A. Consulting expert or hired an attorney to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

specifically answer those questions but I-I determined it would be important to understand it. When I was sued.

**Gary De Pury:**  Okay so you because of your understanding of that from Jeff Grell, I'm gonna have to go find that book now. Um, it's not because it sounds interesting not not because I need it for this.

**Cody Wilson:**  It's just it's good.

**Gary De Pury:**  Sounds like a good read.

**Cody Wilson:**  It is.

**Gary De Pury:**  Um, the, um, because of your understanding for that that's kind of why you went to the search out a-a Rico expert.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I wouldn't locate it that way. I believed I already had a kind of this Fedca meme has been bubbling up even before it was presented as a meme. And I thought by the posture of the parties you know they they don't hide behind a particular company etc I had been led to this understanding of Rico for some time, um. Knowing that I would have to then probably, bring a Rico case and I decided I should probably find a Rico attorney to bring that case and then that actually took me longer. Um, than I thought it would.

**Gary De Pury:**  Yeah how many attorneys did you speak with and that's not privileged I've researched it go ahead and.

**Cody Wilson:**  I don't know that I recall how exactly.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  I object to the form of the question.

**Gary De Pury:**  Was it more than 1?

**Howard Foster:**  I object to the form of the question.

**Cody Wilson:**  Well, let's not how many attorneys did I speak to about what?

**Gary De Pury:**  Uh, bringing a Rico claim?

**Cody Wilson:**  Rico claim?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I spoke to every attorney in the in the copyright case about it, um, every one of them.

**Gary De Pury:**  Mm-hmm. Um, were you turned down by any attorneys?

**Howard Foster:**  Was I object to the form of the question.

**Cody Wilson:**  I understand the objection. No I was never turned down. It's mostly that Rico seems to be a specialization and, um, it's hard to find people who practice Rico law.

**Gary De Pury:**  Okay. I mean you're it is kind. Of a specialization I would agree with you there I I've you know there's a joke in the industry you know I know I know Rico but he he he retired.

**Cody Wilson:**  Yeah but, um, there's many jokes about as I've discovered.

**Gary De Pury:**  Yeah, um, so now let let's kind of switch gears a little bit. Um, you allege a downturn, uh, in revenue. Uh, around when 2324 somewhere in there.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I recall alleging a downturn began in 23.

**Gary De Pury:**  Okay. Um, around when?

**Cody Wilson:**  I think we located it right after the publication of the meme.

**Gary De Pury:**  Yeah that is what you put in the, uh, complaint. Um, now wasn't there an uptick also around that same time in revenue?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  What time would this be? May of 23.

**Gary De Pury:**  Well, I'm asking you that's what you said may 23. I.

**Cody Wilson:**  Said after the publication of the meme are you asking me after the publication of the meme, was there an uptick in revenue? Not to my knowledge.

**Gary De Pury:**  No. Okay so there was no no uptick, um, do you know how many iterations of the, um, the expert report were produced?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't no I don't.

**Gary De Pury:**  I mean they were some were produced to you to hand over to Foster Foster right?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't think so.

**Gary De Pury:**  You don't know?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't believe so, no.

**Gary De Pury:**  Okay did Foster tyra send them to you?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I believe he sent everything to my attorney.

**Gary De Pury:**  Okay, um, do you know Foster Tyra is not even sure how many, um, how many iterations of the. Report he provided or that were that are out there but he only provided one.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  No I don't know that no.

**Gary De Pury:**  Okay. Would you trust me if I said that he testified he's only ever provided one.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Uh, and and yet multiple. Versions exist you're saying?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Uh, I would believe that he prepared multiple versions of the report.

**Gary De Pury:**  Okay despite his testimony.

**Cody Wilson:**  I don't believe he would testify that he didn't make multiple drafts of the report.

**Howard Foster:**  Object to the you object to the form you've misstated his testimony.

**Gary De Pury:**  Okay.

**Cody Wilson:**  What's the objection?

**Howard Foster:**  Of what Tyra said.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay okay so well, I I'm just going on what he testified to.

**Howard Foster:**  Yeah you can state it. Okay object to the form of the question.

**Gary De Pury:**  Okay. All right so, um, so he testified that he only ever provided one iteration but now there seems to be 5 iterations 4 or 5?

**Howard Foster:**  Object to the form.

**Gary De Pury:**  Do you know why?

**Cody Wilson:**  You're asking me to solve this problem?

**Gary De Pury:**  Well, I'm asking you if you know why.

**Cody Wilson:**  I'm assuming he means he only provided one final version of his report?

**Gary De Pury:**  He said he only ever provided one version of the report.

**Cody Wilson:**  One final version of his report.

**Gary De Pury:**  So are, you changing his testimony?

**Cody Wilson:**  I'm assuming you're asking me to guess what he means.

**Gary De Pury:**  Well, I'm telling you exactly what he said.

**Howard Foster:**  No object to the form.

**Cody Wilson:**  I'm not sure I can trust you to tell me exactly what he said.

**Gary De Pury:**  Well and I don't ask you to trust me you'll find out that I'm correct when you read it now, uh, let me let me

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

let me correct myself. Um, so there was a period. Right at the very end, um, there were 2 breaks on one of those breaks Howard got on the phone with you during that break he could be heard speaking to you and. Told by the court reporter, hey, you're not muted he ignored that and we could hear everything that he was saying to you, um, about well I know he didn't sign up for this okay I'll file a Motion for Protective Order. He didn't do this that's not his fault those things right.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Okay then there's a second this is not a question Howard then the 2nd point when there was. A break, Howard came back and it openly admitted on the record that he altered the in-, uh, that he altered he he got Foster Tyra to change his.

**Howard Foster:**  Object to the form of.

**Gary De Pury:**  His answers during that 2nd iteration when he changed his answers that's when Howard tried to say wait a second I clearly told you guys we altered the document so he said that he did it then in another subsequent phone call, uh, conference between all of us he said he didn't do it your other attorney said he did it that's not what I'm getting at.

**Howard Foster:**  It's complicated.

**Gary De Pury:**  Object all right whatever there's no question pending.

**Cody Wilson:**  The question now comes though.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  The question now comes I'm just kind of laying the groundwork since he wasn't there and Howard was.

**Cody Wilson:**  He was there.

**Howard Foster:**  He was there for some of it.

**Gary De Pury:**  Yeah well there for some of it and you've said that and I know that so, um, and you were on the phone with him so you were aware of that?

**Cody Wilson:**  I was on the phone I mean.

**Gary De Pury:**  Right and so the issue then becomes, um, why are there multiple iterations when your expert witness testified under oath? He only ever provided one who altered the report.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Go ahead and answer.

**Cody Wilson:**  I don't believe anyone altered the report.

**Gary De Pury:**  It's altered?

**Howard Foster:**  No object to the form of the question.

**Gary De Pury:**  To me this is this is kind of typical.

**Cody Wilson:**  Litigation I think.

**Gary De Pury:**  Yeah no how many how many how many, um, how many instances of that report did you show the witness when he was testifying?

**Howard Foster:**  Only one lawyer can ask a question at a time.

**Gary De Pury:**  I'm not asking no I'm not he's I'm not asking him anything. Okay number 1, Howard, you're objecting to every single question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  I am.

**Gary De Pury:**  And the judge is gonna love that. The judge is gonna love that.

**Howard Foster:**  To the form of the question.

**Gary De Pury:**  Okay you're gonna get in trouble because they're telling them all right go ahead to answer your question. He saw 4 and. Then the 5 he emailed us the 5th when he emailed us the 5th yeah. Okay all right so and that was all on the record correct all right so that's where I'm going it's all on the record it'll be in the transcript I'm not asking you to believe me I'm just saying you will find out Howard should have briefed you.

**Howard Foster:**  What what are what are you?

**Cody Wilson:**  I know that you're making an allegation.

**Gary De Pury:**  All right all right it's not an allegation it's it's in the record.

**Howard Foster:**  Whatever.

**Gary De Pury:**  So so again, I'm going to ask the same question again, um.

**Abdullah Khalid:**  Counsel, uh, counsels, for the sake of clear record, please speak one at a time.

**Gary De Pury:**  Thank you for reminding us I'm so sorry about that. Um.

**Cody Wilson:**  I thought the software would blow my mind.

**Gary De Pury:**  Yeah their software is though compared to the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

average I'm going, a little bit off as a side. Did anybody watch the, uh, the the Boston trial where the court reporter was making a court reporter?

**Cody Wilson:**  I've seen the I've seen the.

**Gary De Pury:**  That was I've never seen that 25 years in this I've seen court reporters do that.

**Cody Wilson:**  I've never.

**Gary De Pury:**  It was for.

**Cody Wilson:**  Steno man.

**Gary De Pury:**  That's exactly right.

**Howard Foster:**  And I hate it.

**Gary De Pury:**  Yeah never seen I don't know how they can do it.

**Cody Wilson:**  Yeah it's like a 2 brain thing. Yeah.

**Gary De Pury:**  Yeah exactly it's like when I work with simultaneous transcription or simultaneous, um, uh, because I've been deployed all over the world and you have the your folks standing behind you very difficult you're speaking in English they're responding they're asking the question they're repeating you in Russian.

**Cody Wilson:**  You have to not listen to them.

**Gary De Pury:**  Right So so Foster Reporter, we're we're sorry. So to go back to that, um, you will see the transcript. I would have thought Matt Howard would have prepped you that your, um, expert well, in my words did dismally I would expect him to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

say that to you.

**Cody Wilson:** I understand.

**Gary De Pury:** Um, but the issue then is what I'm still getting at is who changed this if? Your if your expert witness testified under oath, he only ever produced one copy who altered the copies that were produced?

**Howard Foster:** Object to the form of the question.

**Gary De Pury:** Let let me he's right let me let me rephrase that because you don't know then did you alter any copies of the report?

**Cody Wilson:** I've I've never altered a copy of the report.

**Gary De Pury:** Okay that's kind of where I was trying to get at you keep interrupting and objecting to the form so it's taking me longer to get there because I have to lay the groundwork for each question to override your objections. So let me go back to the initial then. So, um, your expert is going to have a difficult time with this which brings me back to the initial question you allege that there's a downturn in the revenue you've already answered that question.

**Cody Wilson:** Mm-hmm.

**Gary De Pury:** And you said it was around May you said it was right for the meme come came out and I'm going back to other things that are in the record. Foster Foster?

**Cody Wilson:** Thank you.

**Gary De Pury:** Um, that you did not tell your expert about

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the movie that came out?

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Um, so what you since you've never saw another report or you didn't alter any other reports someone issued a report that had an uptick. And then the downturn how come that's not a final report?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I doubt that I even described that as true.

**Gary De Pury:**  Okay is your report just simply based on only things that would benefit you in this litigation?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't think so. The report is based on. The the accurate numbers I can't control the numbers.

**Gary De Pury:**  But who who who can what's the veracity of the accuracy? You well let's let's stop you can't control the numbers.

**Cody Wilson:**  I can't.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I know you do now I understand what you mean but if the question is playing with the definition of control I-I had I sent the numbers to Foster. Tyler there's no doubt and yeah the numbers are the numbers that's what I'm saying those reflect the sales and the lack of sales.

**Gary De Pury:**  Now you just gave him, the the data in the numbers themselves did you give him the, uh, let's see I'm not

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

going to tell you what he said, um. What did you give him?

**Cody Wilson:**  What did I give him? I recall, spreadsheets.

**Gary De Pury:**  Did you give him underlying bank statements?

**Cody Wilson:**  I don't think I gave him bank statements.

**Howard Foster:**  I don't either.

**Gary De Pury:**  So why not?

**Cody Wilson:**  Why did I give him bank statements?

**Gary De Pury:**  Yeah why would you why wouldn't you give him bank statements?

**Cody Wilson:**  Why did I not give him bank statements?

**Gary De Pury:**  If I handed you a recipe for a cake.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  And it's really a pot roast but you don't know?

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  You're going to bake a pot roast, right?

**Howard Foster:**  Wait object to the form of the question.

**Gary De Pury:**  It's an analog Howard.

**Cody Wilson:**  Though that's a little difficult, um, if I follow the directions I may end up with a pot roast but of course.

**Gary De Pury:**  If that's the material I gave you and the instructions I gave you you're not going to get a cake, are you?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Uh, Foster Dupré, if you if you say here bake a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

cake with these ingredients.

**Gary De Pury:**  Mm-hmm.

**Cody Wilson:**  Then what I have produced is a cake by those ingredients.

**Gary De Pury:**  All right so if you call it a cake even though it's a pot roast, it's a cake.

**Cody Wilson:**  We are getting into deep water. What I mean is ontology.

**Gary De Pury:**  Huh.

**Cody Wilson:**  Isn't a meatloaf like a cake?

**Gary De Pury:**  Well, I mean, it depends.

**Cody Wilson:**  Can a pot roast be compared to one especially if the ingredients are so similar that you don't recognize you're not making a cake.

**Gary De Pury:**  Yeah no I don't think so. I don't think in any world anybody.

**Cody Wilson:**  Well then in your hypothetical it's like almost self-defeating I would realize, oh, I'm not baking a cake I'm making.

**Gary De Pury:**  Well that's where I'm going.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  I'm sorry I'm sorry Foster report that's exactly where I'm going with this. Because in my opinion.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  And my opinion in the grand scheme of things

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

doesn't matter.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  But the trier of fact's opinion does matter your expert opinion.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Is a self-defeating thing because you just gave him.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Only the the ingredients to get to one outcome.

**Cody Wilson:**  You're saying?

**Gary De Pury:**  Correct.

**Howard Foster:**  Wait wait wait this there's no question object to the form of the question.

**Cody Wilson:**  He did say right at the end he said correct.

**Gary De Pury:**  I did say right.

**Cody Wilson:**  Correct look I don't know how you could say that the numbers don't lobby for themselves.

**Gary De Pury:**  Well but you didn't give him anything to verify any of those numbers did you?

**Cody Wilson:**  I think your use of verification is. Well, intentionally a difficult usage of the word.

**Gary De Pury:**  Did you give him any bank statements you've already said? No.

**Howard Foster:**  Object to the form.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, again, there's all these implicit assumptions in what you're asking. Did I give him bank statements? No.

**Gary De Pury:**  Okay.

**Howard Foster:**  He answered that just for the record like 15 minutes ago.

**Gary De Pury:**  No he didn't.

**Howard Foster:**  About bank statements.

**Gary De Pury:**  He answered it less than 2 minutes ago.

**Cody Wilson:**  I wouldn't say 15 minutes.

**Howard Foster:**  Okay 2 okay.

**Gary De Pury:**  Um, was revenue well, we've what he did answer not 15 minutes ago but about 95 minutes ago, was whether or not every business has fluctuations. So so I'm going to ask it's going to be asked and answered if you if you but I'm going to get into something else.

**Cody Wilson:**  Mm-hmm.

**Gary De Pury:**  Was revenue already fluctuating before the meme?

**Cody Wilson:**  Already fluctuating?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Well, not in the way that it was fluctuating after the meme.

**Gary De Pury:**  Okay and in what way?

**Cody Wilson:**  Of course businesses have cyclical patterns of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

revenue you could say even seasonal business.

**Gary De Pury:**  Okay.

**Cody Wilson:**  And so I would observe that there were seasonal variations in the business well before the meme.

**Gary De Pury:**  All right, um, now this was 23 this is during the Biden term right so is there a political component to the fluctuation?

**Howard Foster:**  Is there?

**Cody Wilson:**  Is there you're asking me is there?

**Gary De Pury:**  Well is it is it possible or is there? Is there I don't like the word is it possible or the term is it possible because anything's possible right but.

**Cody Wilson:**  You know this is if you're asking me a factual question about my business, I think I can answer otherwise I don't think I have the expertise.

**Gary De Pury:**  Okay well factual question yeah, um, was that during the Biden administration?

**Cody Wilson:**  The downturn in the revenue of the business?

**Gary De Pury:**  That was 2023 specifically may, June, July 2023 during the Biden administration?

**Cody Wilson:**  I believe so.

**Gary De Pury:**  Do you think that political events fluctu- or cause fluctuations in in every industry?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Do I think political events cause fluctuations?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

It's probably fair it's attenuated, I think, in our industry and in fact, inversely related often the biden years should be good years for my business.

**Gary De Pury:**  Okay how so?

**Cody Wilson:**  Um, there should be more panic buying there should be more attention and fixation on the products the products themselves. Are advertised to a certain anxiety about political events.

**Gary De Pury:**  All right I would agree with that I think so. Did changes in Federal regulation affect sales?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Um, I've attempted to study and understand that I don't think what changes occurred on the federal level hurt our sales.

**Gary De Pury:**  Okay.

**Cody Wilson:**  They seem to have helped our sales.

**Gary De Pury:**  Helped our sales. All right so I'm going to ask Howard, are you are you just going to object to every because you're just objecting to every question?

**Howard Foster:**  Not every one.

**Gary De Pury:**  All right a few of yours are not objectionable.

**Howard Foster:**  Cool.

**Gary De Pury:**  I-I-I mean I research all my questions well most of these are not objectionable there's a few what you might

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

be but you're just objecting to every.

**Howard Foster:**  Not every one.

**Gary De Pury:**  Okay 90% of them 90 over 90% I'm going to start keeping a tick mark because we're going to probably discuss this at 2 o'clock, um.

**Cody Wilson:**  You put notches on a club?

**Gary De Pury:**  Yeah exactly.

**Howard Foster:**  But there never do I go beyond no speaking objections.

**Gary De Pury:**  No but you're abusing the other is the issue.

**Howard Foster:**  You're abusing? Okay.

**Gary De Pury:**  Yeah did media coverage do you think the media coverage affected sales?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Media coverage of the business affect sales of the business.

**Gary De Pury:**  The media coverage in about Well well for instance, this is you know, we are we discussed earlier about the proliferation of of, uh, 3d printers and specifically we were talking about desktop cn countertop cncs.

**Cody Wilson:**  Yes.

**Gary De Pury:**  But that's a new thing so there's there has been new media coverage about it there's media coverage about the drones proliferation of drones I mean hell, I own 4 damn drones now.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Wow well I can see that you know.

**Gary De Pury:**  So, um, do you think that, um, so there's media coverage about everything but specifically there's been a lot of media coverage about the 3d gun rights stuff, um, do you think that's affected sales probably in a positive way would be my guess but do you think it has?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't have the expertise it is complicated in that yes, there's interest and media but I don't know if there's more or less media there seems to be more and less censorship depending upon what media channel you're discussing.

**Gary De Pury:**  Right.

**Cody Wilson:**  It is a mixed bag.

**Gary De Pury:**  So you don't know if there's whether media has?

**Cody Wilson:**  It's hard for me to judge I can compare to much older times.

**Gary De Pury:**  Yeah.

**Cody Wilson:**  It's hard for me to judge how media has truly influenced usually the media follows on with some of the political changes these days it's companion media.

**Gary De Pury:**  All right. Um, do you think your own reputation has affected sales?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  My reputation has affected sales. I think my

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

reputation has driven sales for example, the unfortunate matter we discussed earlier happened many years before I even started the defcad line of business.

**Gary De Pury:**  Right.

**Cody Wilson:**  For example, the defendants in this case all wanted to work with me after they learned of my unfortunate matter in Texas.

**Gary De Pury:**  Okay.

**Cody Wilson:**  So in a way you could say they only knew about me because of. Those events and only wanted to work with me because of those events.

**Gary De Pury:**  Now when you say they wanted to work with you, how so?

**Cody Wilson:**  Most of the defendants in this case have tried to work with me or be an employee or some kind of associate or affiliate. In fact, I think that's the reason why these claims have emerged.

**Gary De Pury:**  Have you produced any of that in discovery?

**Cody Wilson:**  I've produced.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  What a non-disclosure agreement with Foster elek I think what else have I produced? I think so yeah especially with that of the recent production we've made. I think I've I've produced what I have on that.

**Gary De Pury:**  So there's there's some things going back and

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

forth where people have inquired about employment.

**Cody Wilson:**  Yeah there's some emails with Foster Elek for example, where he's clearly pursuing product development with us some kind of employment some kind of way to make regular revenue messages between Foster Elek and our representatives saying he's not getting enough money or wants the money to be paid a different way.

**Gary De Pury:**  So because of you not employing him that's why this litigation came about you're saying?

**Cody Wilson:**  I don't think that's the direct.

**Gary De Pury:**  Is that kind of what you said though?

**Cody Wilson:**  Because I'm not well, look if we really have to boil it down that's probably what's going on here.

**Gary De Pury:**  So but you sued him?

**Cody Wilson:**  No, no, no.

**Gary De Pury:**  You you're the plaintiff.

**Cody Wilson:**  I think we've all discussed the initiatory lawsuits in this matter.

**Gary De Pury:**  Okay.

**Cody Wilson:**  They start with Southern District of New York.

**Gary De Pury:**  All right I see.

**Cody Wilson:**  Foster Elek's being sued and then they start with a copyright suit where Foster Elek through a proxy is suing me.

**Gary De Pury:**  Right and and there was I mean, your platforms

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

were hosting other people's designs right?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  My platforms were hosting other people's designs right I disagree with the implicit assumption of other people's property being hosted on my website.

**Gary De Pury:**  Are you a designer?

**Cody Wilson:**  Am I-A designer?

**Gary De Pury:**  Yeah. Do you design 3d printed guns?

**Cody Wilson:**  Sure by any? Definition.

**Gary De Pury:**  By any definition well by the definition that something that you start out you could sit in your front of your computer at home or in your office start to finish put something together that I could subscribe, go on print and go shoot really?

**Cody Wilson:**  Of course my company's put out many designs.

**Gary De Pury:**  You personally, are you a designer?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't identify as a designer but of course I can make designs in cad, so.

**Gary De Pury:**  Okay how many have you designed?

**Cody Wilson:**  How many have I designed?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  None of my.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  None of my products are my exclusive of my exclusive design.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay so, do you think that the news coverage regarding your criminal case, uh, affected your sales?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  No I the bulk of that coverage of course, did improve my sales at the time but defcad was not a business at that time. The bulk of that coverage was in 2018.

**Gary De Pury:**  And that improved your sales?

**Cody Wilson:**  It did, uh, my sales with the Ghost Gunner cnc dramatically improved upon the news of my arrest.

**Gary De Pury:**  Wow, uh, because people knew what you were arrested for they just knew there was an arrest.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  No I think people feared that my business was in peril and if they were ever going to get the product, they better get in line.

**Gary De Pury:**  Oh, so you had a kind of a weird backwards.

**Cody Wilson:**  Um, I've benefited from it.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Yes that political events seem to have a kind of inverse relationship to sales in this business.

**Gary De Pury:**  Um, did the expert analyze that issue at all?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Did he analyze my sales in 2018?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I don't believe he analyzed my sales in 2018 no

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I believe he analyzed sales for the period when my defcad business was operating.

**Gary De Pury:**  All right so now but the issue is is that the the documentary that you make sure. I use the proper term for you came out again or that came out in 2023 in March and then it's been playing since correct?

**Cody Wilson:**  As I understand it.

**Gary De Pury:**  Do you know did he analyze any of that?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I-I don't think he did. I don't believe he did.

**Gary De Pury:**  Okay Howard do you want all these certified so that the Court can look at 'em all or just want us to make sure we?

**Howard Foster:**  You're just putting them on the record so we can.

**Gary De Pury:**  Putting them on the record?

**Howard Foster:**  Okay.

**Gary De Pury:**  If you don't you you waive your rights.

**Howard Foster:**  Well, what do you think I'm doing this for? My health.

**Gary De Pury:**  No I don't know why you're doing it you're objecting to literally.

**Howard Foster:**  Almost every if you don't object to the form of a question at a deposition, you waive your right to have it objected to and decided at trial.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  I understand that. So you're literally just objecting to all of these?

**Howard Foster:**  For the that I think is objectionable a few of yours are not, um, but I-I believe I am doing what should be done.

**Gary De Pury:**  You saying you're.

**Howard Foster:**  I'm not I'm not doing this I am not doing this to assert improper speaking objections or abuse the. Rule 30.

**Cody Wilson:**  Would you say you're objecting them prophylactically so that it can be?

**Howard Foster:**  If I believe a yeah that's what I'm saying if I believe a question is objectionable on some. Evidentiary basis I am stating so in order to protect my right to have a judge decide that later on.

**Gary De Pury:**  So here here's what I guarantee though you're not going to be able to defend most of those objections when the judge says what's the underlying basis you're not going to be able to.

**Howard Foster:**  I don't agree with you Gary.

**Gary De Pury:**  You're you're not going to be able to come up with a relevance objection you're not going to be able to come up with an asked and answered.

**Howard Foster:**  I-I am totally telling agree with you, Gary I'm doing my best, to object. To questions where there where I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

believe there is an evidentiary problem with the question. Okay.

**Gary De Pury:**  Okay. To every question.

**Howard Foster:**  To every time and that is right and if if you want to discuss sometimes you like doing this, um, because you've done it a number of times if you want to probe into my thinking you can ask.

**Gary De Pury:**  I've only done it once today yeah but I'm just curious why you're objecting.

**Howard Foster:**  You've done it in prior depositions.

**Gary De Pury:**  I'm because here's what's going to happen you're objecting to almost every question, to to the point that the Court's just going to ignore all of your objections you you can't just.

**Howard Foster:**  Wait wait wait wait.

**Gary De Pury:**  Wait I don't.

**Cody Wilson:**  Well because we're going to put it in front of the Court they.

**Howard Foster:**  Okay I mean, the Court isn't going to see this.

**Gary De Pury:**  Well, they may because as we discussed on the phone, I'm not going to bring it up in front of your client but what we discussed on the phone, I'm filing a motion.

**Cody Wilson:**  Okay.

**Gary De Pury:**  And I believe that motion's going to carry some weight, so.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Okay okay okay.

**Gary De Pury:**  Okay all right.

**Howard Foster:**  State it on the record why you're doing this.

**Gary De Pury:**  Well I mean here would be a proper objection did you disclose this is the next question did you disclose the release of the film death of the Night to your expert it's clearly been asked and answered objection to the form of the question then when he has to defend it well it was asked and answered 12 minutes ago 14 minutes ago that's the difference what you're doing Howard is you're just objecting and you like you said prophylactic or you said prophylactically the issue is is that you're just doing it to do it and and you pretty much stated as such there's not these are not defendable it's. A waste of time and I'm wasting even more of our time so I'm going to go on.

**Howard Foster:**  It's your time.

**Cody Wilson:**  You like talking?

**Howard Foster:**  You need water?

**Gary De Pury:**  I love talking that's why I'm in this business I. Don't like swinging a hammer that's why I'm not in that business.

**Cody Wilson:**  It's a good business for talkers.

**Gary De Pury:**  Yep. Um, so I'm going to skip several questions because they were asked and answered but here's the one that hasn't been did your, um, provide your expert with reviews or commentary concerning the film? Now I would assume the answer

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

is no since you didn't provide him with even the knowledge he he'd never heard of the film but did you tell him did you give him any inkling hey there's something else you might want to look at that may have adjusted sales?

**Cody Wilson:**  I'm sorry and I'm hearing that I'm answering or repeating your questions part of your question did I give him any inkling of anything that was?

**Gary De Pury:**  Any inkling whatsoever?

**Cody Wilson:**  Of of the film or?

**Gary De Pury:**  Of the documentary?

**Cody Wilson:**  Or of anything? Uh, no the the documentary is a pitiful thing that I don't think anyone has seen.

**Gary De Pury:**  No okay. I think rotten Tomatoes disagrees but.

**Cody Wilson:**  I'd love to see your numbers on viewership.

**Gary De Pury:**  I know they're out there, um, but you but the answer is you didn't tell him at all?

**Howard Foster:**  Well, I mean, I object to the form of that question.

**Gary De Pury:**  Okay so the the answer is did you tell him at all or the question is did you tell him at all?

**Cody Wilson:**  I communicated nothing about this documentary to my expert.

**Gary De Pury:**  Okay, um, is it because it didn't fit your narrative?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  I object to the form of the question.

**Cody Wilson:**  Uh, look I-I understand the question, Gary if anything, that documentary should have helped the sales of this company.

**Gary De Pury:**  Okay but should have but.

**Cody Wilson:**  It's possible I don't think it did.

**Gary De Pury:**  You don't know do you?

**Cody Wilson:**  I-I think it was very, uh, it was a blip in in people's attention online it was a very.

**Gary De Pury:**  Did you provide your expert with any of the expert or the I'm sorry did you provide your expert with any of the exit surveys or exit responses?

**Cody Wilson:**  Provide the expert with?

**Gary De Pury:**  Do you know what I mean by exit? Responses.

**Cody Wilson:**  I-I think you're referring to some of what we produced in discovery that actually.

**Gary De Pury:**  Yeah hey why did you leave our company exit surveys.

**Cody Wilson:**  Yeah no I don't I don't think I gave him those.

**Gary De Pury:**  No. Why not?

**Cody Wilson:**  Uh, I didn't think that he could perform, you know, anything useful with those.

**Gary De Pury:**  Okay is it because it didn't fit your narrative?

**Howard Foster:**  Objection to the form of the.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** I disagree in fact, I-I think that they do fit the narrative.

**Gary De Pury:** How many people in those exit questionnaires actually said, oh, it's because of the meme.

**Cody Wilson:** You'd need to show me that report to you.

**Gary De Pury:** No they're your numbers you don't know do you?

**Cody Wilson:** They're not numbers they're a compilation.

**Gary De Pury:** Well compilation how many people?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** I'm not going to be able to accurately tell you how many people.

**Gary De Pury:** Well you do you think it's the majority of the people that left?

**Cody Wilson:** Do the majority of the people say it's the meme and that's why I left.

**Gary De Pury:** Yeah.

**Cody Wilson:** I believe that the responses indicate the meme even where they don't necessarily say Fedcat though many of the responses say Fedcat.

**Gary De Pury:** Right now what is Fedcat?

**Cody Wilson:** That's a good question.

**Gary De Pury:** Really it's not something that you own you don't own a website or anything called Fedcat?

**Cody Wilson:** No I don't.

**Gary De Pury:** You don't you don't have anything is that just

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

totally made up?

**Cody Wilson:**  Oh, is that the problem? You guys think that Fedcat is a website?

**Gary De Pury:**  I don't know what it is I'm asking you.

**Cody Wilson:**  You don't know what it is?

**Gary De Pury:**  No I have no idea.

**Cody Wilson:**  I believe Fedcat in this case refers to.

**Gary De Pury:**  I'm not in this space at all I'm I'm scared of it I have to.

**Cody Wilson:**  Well, I it's disappointing to me that you have not yet learned what Fedcat means in this case.

**Howard Foster:**  I object to the form of the question if there was one, I don't think.

**Gary De Pury:**  I think he's lost.

**Cody Wilson:**  Let's let's just do a question.

**Gary De Pury:**  What is Fedcat?

**Cody Wilson:**  What is Fedcat?

**Gary De Pury:**  And you said I don't know right?

**Cody Wilson:**  Oh. I said I don't know.

**Gary De Pury:**  That's what I yeah.

**Cody Wilson:**  I'd like to know.

**Gary De Pury:**  Are you said what you said was well, I'd like to know.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  You said I'd like to know so who who is

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Fedcat?

**Cody Wilson:**  Who is Fedcat?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Well, I think Fedcat refers to Devcat and therefore I guess the defendants mean that Fedcat is Devcat.

**Gary De Pury:**  Okay which would make sense. And so is it just a made-up word you're saying by the Defendants?

**Cody Wilson:**  I do think the Defendants probably coined the term okay I can't I can't know that I know Defendant Strokes said she created the meme but Fedcat may predate the meme as as an idea.

**Gary De Pury:**  Okay, um, so you are aware of of her testimony then?

**Cody Wilson:**  I think I've seen her discovery responses like a response to an interrogatory.

**Gary De Pury:**  Okay. Right, um.

**Cody Wilson:**  I haven't read a transcript of her deposition.

**Gary De Pury:**  Okay and you haven't discussed it with and that would well let me okay because that would potentially get into discovery but you you you are kind of aware that she was deposed?

**Howard Foster:**  Well I object to the form of the question.

**Cody Wilson:**  I'm aware Matt Strokes was deposed yes.

**Gary De Pury:**  All right I mean if if by no other way you probably got a bill for Howard's time right so but you are aware

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you answered the question I'm not trying to go into it.

**Cody Wilson:**  I attended some of stroke's deposition.

**Gary De Pury:**  Okay that's right you were there I remember seeing you didn't have a camera on but I did see your name there, um, so and in fact you were there during this part of the question so you're aware that she admitted she's the author of that right?

**Cody Wilson:**  Author of the meme creator or author or whatever.

**Gary De Pury:**  I don't know if she said author but.

**Cody Wilson:**  I think she has taken responsibility for, creating and publishing the meme.

**Gary De Pury:**  And, um, is that the 1st time you've been aware of that or you've known that for a while?

**Cody Wilson:**  Do you mean at her deposition?

**Gary De Pury:**  Mhm.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  No no I. I believe that she responded in discovery claiming credit for authorship of the meme before her deposition.

**Gary De Pury:**  Okay okay, um, and did you I don't know that would have been you wouldn't have been able to tell him, uh, to the expert about that so, um, because you didn't know it in time? So my cameras at my house keep going off. Sorry but my girlfriend's watching them.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Is that a bad sign?

**Gary De Pury:**  My girlfriend's watching them.

**Cody Wilson:**  No we get we have construction going on so it just keeps buzzing.

**Gary De Pury:**  I see I have workers there hurricane damage so.

**Cody Wilson:**  Damn.

**Gary De Pury:**  You don't have that in Texas well, you do have it in Southern Texas where are you live? Dallas.

**Cody Wilson:**  And so Harvey blew up Houston?

**Gary De Pury:**  Yeah where are you?

**Cody Wilson:**  I was not in Houston.

**Gary De Pury:**  No but where what part of Texas?

**Cody Wilson:**  I-I don't care I'm just asking.

**Howard Foster:**  Wait wait is this on the record?

**Cody Wilson:**  Yes.

**Gary De Pury:**  Yeah it's on the record but I'm just making literally just making small talk I don't care.

**Howard Foster:**  I-I know I know I want to know for that reason.

**Gary De Pury:**  Yeah go ahead.

**Howard Foster:**  I'm not objecting to those questions, Gary.

**Gary De Pury:**  Well because it's it's completely no I have another I have a trip planned in in Texas and I have a-a great attorney out there that I want to go meet. We're working on a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

fairly large case.

**Howard Foster:**  I would just like to point out there have been a number of questions in this last 10 minutes to which I did not.

**Gary De Pury:**  I know because we just started yelling at you about it.

**Cody Wilson:**  You guys.

**Howard Foster:**  They weren't objectionable.

**Gary De Pury:**  All right come on.

**Cody Wilson:**  I mean I-I let's do it let's keep going.

**Gary De Pury:**  Yeah, um, so so I'm kind of getting at a theme here which you've picked out your attorney's picked out your your expert really? Didn't, do anything except take the spreadsheet you gave him and come to those numbers and, um, then then there's a whole bunch of other factual bases that could go to causation and I'm asking the theme is. Did you give him any of that?

**Howard Foster:**  Wait I object to the form of that question.

**Gary De Pury:**  Did you give him any of the factual bases that could have addressed causation?

**Cody Wilson:**  I trusted my expert's expertise he's an attorney he's a Cpa he's writing in business classes he's familiar with marketing. I determined he was a suitable expert to give his opinion and do his own research which he did. I-I did not supply him with those research materials I supplied him with the numbers which I thought he could make an independent neutral

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

expert opinion concerning.

**Gary De Pury:**  Would you agree with the the statement and it's really not the Genesis is not in this but the statement is we don't know what we don't know correct?

**Howard Foster:**  Wait I object to the form of that.

**Gary De Pury:**  Well.

**Cody Wilson:**  I understand Howard's objection unfortunately I think it's a very difficult question especially, you know, in the era of psychoanalysis.

**Gary De Pury:**  Okay so.

**Cody Wilson:**  The unconscious I think sometimes we do know what we don't know.

**Gary De Pury:**  Really so you do know what you don't know?

**Cody Wilson:**  Do and I'm not trying to be difficult I'm just saying I can't say yes to your question.

**Gary De Pury:**  All right so so if you didn't give, your accountant any underlying bank statements, you didn't give him any of these other information any of the information about the the documentary film the Keynote the the you know, the whatever movie, um, the short whatever you want to call it you didn't give him any of that you didn't really talk about the he was slightly familiar with the arrest in '18.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Um, but he didn't know that it kind of come back you didn't provide any of these information any information

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

to him so how is he supposed to besides his clearly accomplished resume, um, how is he supposed to come to this conclusion?

**Howard Foster:**  Object to the.

**Gary De Pury:**  A conclusion I'm sorry what a conclusion as to the the causation of the, uh, perceived downturn.

**Cody Wilson:**  Mm-hmm.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Okay.

**Cody Wilson:**  I will I will answer, uh, beyond being an. Expert and a professional he's very familiar with the firearms industry a member and a participant, a customer in that industry he's attuned to developments in our industry and and the law. There are very few people who I would trust and to make an expert opinion about this matter other than Foster Tyra.

**Gary De Pury:**  So you trusted Foster tyra to give you the response or the, uh, report you needed right?

**Cody Wilson:**  I only trusted.

**Howard Foster:**  I object to the form of the question.

**Cody Wilson:**  Thank you. I only trusted Foster Tyra to give his honest opinion. I didn't ask him to produce any result hit any number I gave him the numbers that I had.

**Gary De Pury:**  All right. Um, so with that said, um, again to the whole thing of you don't know what you don't know, um, like for instance, he's an Army officer. Is he.

**Howard Foster:**  Object.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  You didn't know that you said you've known him for years.

**Gary De Pury:**  I have worked with him for years. You knew he was an army officer?

**Howard Foster:**  Wait wait there's no question there.

**Gary De Pury:**  Gary.

**Cody Wilson:**  On the record I do not know right now if he is or is not an Army officer.

**Gary De Pury:**  Okay. Well so, uh, his resume has it he has it it's it came up in the Deposition a couple times. It's come up that he that, uh, he was unable to attend the Deposition when he when he needed to. Um, there was several emails that went back and forth about not being able to attend which now that seems to possibly disappear text message emails, um, so you were unaware the whole time that he was a military officer?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I've never heard about him being connected with the military until that deposition.

**Gary De Pury:**  Okay.

**Cody Wilson:**  And I still don't understand are you saying he is yet in the military?

**Gary De Pury:**  Yeah. No he's a Lieutenant colonel in the, uh, army Reserves.

**Cody Wilson:**  I do not understand that so maybe I understand it now.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  All right So so that didn't play into your. So not knowing that about his resume, um. That didn't play into any because the reason I bring this up is because you said, well based on the fact he's an attorney he's an accountant he should be able to provide an accurate report.

**Cody Wilson:**  And that he's familiar with the firearms industry.

**Gary De Pury:**  Okay all right so, um, so if someone's familiar with the firearms industry is that supposed to allow them to come up with? Uh, the data to analyze the numbers from your business?

**Howard Foster:**  Object to the form.

**Cody Wilson:**  The data to analyze the numbers I think there are implicit assumptions there that I don't think I can agree with or understand.

**Gary De Pury:**  Well, I that's that's kind of what we're getting at it says.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Um, the implicit assumptions of my question aside.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  You're asking Foster Tyra to make implicit assumptions about your business without giving him the data.

**Cody Wilson:**  Am I?

**Gary De Pury:**  Yeah you are that's the way it seems. I mean

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that's what I'm asking you.

**Cody Wilson:**  It doesn't seem that way to me.

**Gary De Pury:**  But you didn't give him any bank records?

**Howard Foster:**  There's no question there object to the.

**Gary De Pury:**  Did you give him any bank records?

**Howard Foster:**  Object to the.

**Cody Wilson:**  I-I know that I've answered this question.

**Gary De Pury:**  Okay so you won't object to that for asked and answered basis go ahead.

**Howard Foster:**  You told me not to do that I'm not doing that.

**Gary De Pury:**  You can.

**Cody Wilson:**  That's a special.

**Howard Foster:**  No he told me not to do that.

**Gary De Pury:**  You can you can you can do the objection because that one is clearly asked and answered but I'm just kind of.

**Howard Foster:**  I objected to it without saying asked and answered.

**Gary De Pury:**  I'm just kind of I'm kind of.

**Howard Foster:**  So I'm not supposed to say.

**Gary De Pury:**  I'm just kind of beating a dead horse because that's going to be a big thing I think, um, so. Because here's a bunch of questions I would ask you and I'm not going to ask you the questions. Did he audit the records? No because you didn't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

give them to him did he reconcile any bank statements? No because you didn't give them to him?

**Howard Foster:**  Wait are you. Testifying.

**Gary De Pury:**  Did, he inspect the cryptocurrency wallets? No because you didn't give them to him did he verify customer counts? No because you didn't give them to him did he independently confirm revenue losses? No he said he testified under oath he did not independently confirm anything except the spreadsheet you gave him. Did he rely primarily on the information you supplied? Yes you've testified to that he testified to that. Did he test the reliability of your inputs? No, he testified that he did not. Did he request source documents? No, he did not nor did you give them to him. Did he review tax returns? He prepared them therefore he should have known better. Did he review blockchain records? No he didn't know what blockchain was. Did he verify wallet ownership? No. Did he conduct forensic accounting? No. Did he identify missing records? No. And my is there so here's the question is there anything that I have just said that is incorrect?

**Cody Wilson:**  I very likely I can't speak to his testimony.

**Howard Foster:**  Wait I object to the form of that question.

**Cody Wilson:**  It was you listed so many things I-I don't know how I could but let's let's go ahead and let's go ahead and ask the questions Howard get your objection button ready, um. I'll state again for the record I have not read Foster Tyra's

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

transcript of his testimony.

**Gary De Pury:**  Okay.

**Cody Wilson:**  I don't feel.

**Gary De Pury:**  That's okay.

**Cody Wilson:**  Representing what he said in his deposition.

**Gary De Pury:**  I'm not asking you did did he reconcile any bank statements?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't know if he did or he didn't.

**Gary De Pury:**  Well, did you give him any to reconcile?

**Cody Wilson:**  I did not provide him with any.

**Gary De Pury:**  Okay so the answer naturally I'm assuming would be no right?

**Howard Foster:**  It would be assumed object to the form.

**Gary De Pury:**  Okay did he inspect the cryptocurrency wallets?

**Howard Foster:**  Object to the form.

**Cody Wilson:**  I don't know.

**Gary De Pury:**  Did you provide him any?

**Howard Foster:**  Object to the form.

**Cody Wilson:**  I did not provide him any wallets in connection.

**Gary De Pury:**  Did he verify any customer accounts?

**Cody Wilson:**  I don't know.

**Gary De Pury:**  Did you. Provide him any, is your question did

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I provide him any customer accounts in connection with his expert report the count of customers the number of customers did you?

**Cody Wilson:**  Customer counts.

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Oh, not accounts my my question or my answer is probably the same. I don't believe I gave him customer counts.

**Gary De Pury:**  You didn't give him any so did he independently confirm revenue losses in the word being independently confirmed?

**Cody Wilson:**  I don't know if he did and I don't know what that means.

**Gary De Pury:**  Did he primarily rely on the information that you supplied to him?

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Primarily rely upon it.

**Cody Wilson:**  I don't know if that is his testimony I don't know if that is true.

**Gary De Pury:**  Did he test the reliability of your input your inputs, your spreadsheet that you gave him?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Genuinely I don't even know what that means.

**Gary De Pury:**  Did he request source documents from you?

**Cody Wilson:**  He request source documents from me?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I believe did he request them from me? I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

believe he might have requested the documents I provided. Those documents are sufficient as source documents.

**Gary De Pury:**  Those would not be source documents those would be the the data the P&l.

**Cody Wilson:**  Who who's that?

**Gary De Pury:**  I'm saying the law says the word there's a source right?

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  There's a source and then there's the document you provide from that source. So where where did you generate the spreadsheet that you generated to give to him?

**Cody Wilson:**  Where did I generate it?

**Gary De Pury:**  Right.

**Cody Wilson:**  Uh, probably Quickbooks.

**Gary De Pury:**  Okay. So did he request the doc did he request your your entire Quickbooks?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I believe he has them.

**Gary De Pury:**  Did he review the tax returns?

**Cody Wilson:**  I don't know.

**Howard Foster:**  Object to the form.

**Gary De Pury:**  Did he review the blockchain records?

**Howard Foster:**  Object to the form.

**Cody Wilson:**  I-I don't know.

**Gary De Pury:**  Did you give them to him?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, what records?

**Gary De Pury:**  Did he conduct did he verify the wallet ownership of the of the, uh.

**Cody Wilson:**  I-I don't know.

**Howard Foster:**  Object to the form.

**Gary De Pury:**  Did you. Give them to him.

**Cody Wilson:**  I'm not sure I know what you mean.

**Gary De Pury:**  Did he conduct any forensic accounting of your your data?

**Cody Wilson:**  Forensic accounting? I-I don't know that he did.

**Gary De Pury:**  Did he identify any missing records and request those missing records from you?

**Howard Foster:**  Object to the form.

**Cody Wilson:**  Uh, I don't recall.

**Gary De Pury:**  Did he identify any discrepancies between the data and the source information that he didn't review?

**Cody Wilson:**  Did he identify discrepancies?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I don't know if he did.

**Gary De Pury:**  Okay did he ask about unreported crypto transactions?

**Howard Foster:**  Well okay I think you're asking now stuff that is.

**Cody Wilson:**  Privileged.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Well.

**Gary De Pury:**  No that's actually not privileged because he's an expert. You want me to show you he's an expert witness and he's a testimonial expert witness which is blows your privilege theory that you.

**Howard Foster:**  No it doesn't. Well, look.

**Gary De Pury:**  Okay.

**Howard Foster:**  Your client seems to.

**Gary De Pury:**  Yeah but you want to look at the rule.

**Howard Foster:**  You well I-I don't have the rule.

**Gary De Pury:**  I and I sent it.

**Howard Foster:**  You didn't know it the last time we went through this?

**Gary De Pury:**  No we did know it and I sent it to you but I just stopped.

**Howard Foster:**  No you didn't.

**Cody Wilson:**  I'm happy to answer the question.

**Gary De Pury:**  Yeah let's just keep it.

**Howard Foster:**  All right.

**Gary De Pury:**  It's not privileged and I'll I'll we'll we'll take that up later if we want.

**Cody Wilson:**  You've got a willing guy, you know?

**Gary De Pury:**  Did he ask you about any cash transactions?

**Cody Wilson:**  Talking past the sale you know what I mean? <crosstalk>, um.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Yeah, yeah.

**Howard Foster:**  Ask him.

Cody Wilson:  Did he ask me about any cash transactions?

**Gary De Pury:**  Did he ask you did Foster Tyra ask you about any cash transactions?

Cody Wilson:  I don't think so.

**Gary De Pury:**  Do you have any cash transactions?

Cody Wilson:  Gosh ever.

**Gary De Pury:**  In the grand scheme of things do you have?

Cody Wilson:  De minimis it happens.

**Gary De Pury:**  I mean, you know so, I think we all sometimes do and I got away from them because it's a pain in the ass.

Cody Wilson:  It happens but they're they're still booked as income on the.

**Gary De Pury:**  Okay, um, did he investigate whether any revenue was hidden or diverted?

Cody Wilson:  I don't believe he did.

**Gary De Pury:**  Okay. Now you have multiple businesses right?

Cody Wilson:  Do I have them?

**Gary De Pury:**  You you have multiple?

Cody Wilson:  I direct multiple businesses I'm the owner of more than one business.

**Gary De Pury:**  And do each of these businesses have their own bank accounts?

Cody Wilson:  Yes.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Their own operating expenses.

**Cody Wilson:**  Yes.

**Gary De Pury:**  Are they all housed in one location or they you have multiple locations for each 1?

**Cody Wilson:**  Multiple locations.

**Gary De Pury:**  So you have different buildings for each 1?

**Cody Wilson:**  Different buildings different addresses depends on the state of the business.

**Gary De Pury:**  Okay. Did he ask you about any commingled funds?

**Cody Wilson:**  Commingled.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  Uh, I don't believe he did.

**Gary De Pury:**  Did he review, uh, any general ledgers?

**Cody Wilson:**  I don't know.

**Gary De Pury:**  Did he independently calculate damages?

**Cody Wilson:**  Uh, I assume that's what he did. I assume he did that.

**Gary De Pury:**  Did or did he merely repeat figures that you supplied?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't believe he merely repeated figures that I supplied.

**Gary De Pury:**  Um, so again laying the groundwork for the next question we know that you didn't give him any bank

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

statements we know from you don't know from him but we know from him that he did not review anything else so given those 2 things and he didn't, um, he didn't speak to your bookkeeper Foster Dickinson, um.

**Howard Foster:**  Object.

**Cody Wilson:**  I'm sorry.

**Gary De Pury:**  If you're, would it be fair to say his opinions depend on your accuracy?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I'm not sure that it is fair to say that.

**Gary De Pury:**  Well where else would he get numbers from?

**Cody Wilson:**  For his opinions?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  You you asked me about numbers versus opinions so.

**Gary De Pury:**  Well no I asked about his accuracy his opinions yeah so would it be fair to say his opinions his his his opinion his report is an opinion right?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I believe his report reflects his expert opinion.

**Gary De Pury:**  Okay mhm and so. Since he the only source he was able to get that from was the spreadsheet you gave him uh-huh then that opinion is totally relying on your accuracy correct?

**Howard Foster:**  Object to the. Form of the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  No I disagree. The question presumes that my data is the only source upon which he can derive an opinion. I don't agree with that.

**Gary De Pury:**  What other source did he have?

**Cody Wilson:**  Of course he has his expertise which is you know conceptual but but he has the source of public events Google Ai research all this body of you know.

**Gary De Pury:**  Well that goes to causation though right?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  That's not a necessary conclusion from what I've said I'm saying he can draw from a-a wide body of of literature and.

**Gary De Pury:**  Okay well let's go down that path to form his opinion let's go down that path uh-huh. So a wide body of literature, um, name any one of them New York Times, any I mean just any one up for the sake of this this literature just any anything, uh, any reporting literature.

**Cody Wilson:**  You I mean, I'm just saying we could just hypothetic for the sake of this hypothetical, we can just arbitrarily say the Dallas let's do it The Dallas Times right?

**Gary De Pury:**  Yes, um, if he were to pick up the Dallas Times and it said okay, uh, 3d printers and Gun Gun Rights Act advocates advocacy has really exploded blah, blah blah does that form a basis where he can look at the raw numbers the raw data and say okay this went up by $12,0 this month or down by $12,0

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

this month does anything in any news article anywhere from the public or private sector give him anything that would give him any ability to look at the numbers?

**Cody Wilson:**  As you have constructed that question I would have to say yes.

**Gary De Pury:**  You would have to say yes.

**Cody Wilson:**  I would have to.

**Gary De Pury:**  So your so your bank records are published in the Dallas Daily Times or whatever we.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I did not seem to be what you were asking me.

**Gary De Pury:**  Well that's what I'm saying how would he derive we're we're talking about the we're not talking about uh-huh the. We're not talking about the causation right now we're talking about just the numbers.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  And he's testified that he did nothing to verify your numbers.

**Cody Wilson:**  I see you're saying.

**Gary De Pury:**  You're saying.

**Cody Wilson:**  Is there a literature somewhere that could provide my numbers?

**Gary De Pury:**  Well no.

**Cody Wilson:**  Other than my numbers.

**Gary De Pury:**  No I'm not saying that. So your response was

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that his he has a wide, you know, vast area based on his experience and as a an attorney and a and a accountant.

**Cody Wilson:** Yeah it's like multi-disciplinary.

**Gary De Pury:** Yeah he can get all this information from all different kinds of places however, how where what other just name any place in the world he can go get your bank records other than you or the bank?

**Cody Wilson:** There's can't that's not A.

**Howard Foster:** Object to that that's not a question.

**Cody Wilson:** I'm gonna answer.

**Gary De Pury:** That is a question.

**Howard Foster:** What's the question?

**Gary De Pury:** Name any place in the world?

**Cody Wilson:** I guess there's?

**Gary De Pury:** Where he can go get your bank records it calls for an answer it's a it's an interrogatory.

**Howard Foster:** It does call for an answer.

**Cody Wilson:** Uh, he could ask Chad Dickinson for my bank statements.

**Gary De Pury:** But he didn't.

**Cody Wilson:** Is that true?

**Gary De Pury:** According to him?

**Cody Wilson:** Uh, yeah he could.

**Gary De Pury:** He could.

**Cody Wilson:** I think the answer to your question is yes.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:** Okay all right I'll go with that. Um, but he didn't so therefore where else did he get the information? 'cause we're going back to the previous question.

**Cody Wilson:** Well I've certainly answered this question where did he get the information that was provided to him for his report?

**Gary De Pury:** Only the spreadsheet.

**Cody Wilson:** I do not think that he only used the spreadsheet as information for his report.

**Gary De Pury:** All right, um, so you you didn't sit side by side with him while he did this report obviously so, um. If your numbers are not accurate though, and I'm not saying they are or aren't but if they're not accurate then his conclusions will fail correct?

**Cody Wilson:** I don't think that's a necessary result.

**Gary De Pury:** Well, you've heard of, uh, Kigo obviously, right?

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** I don't know. What Kigo is?

**Gary De Pury:** Garbage in garbage out.

**Cody Wilson:** Oh, Gigo okay. I've never heard it called that. I'm sorry I've never heard that.

**Gary De Pury:** Well you've heard it called that's all.

**Cody Wilson:** Garbage in garbage out, oh, okay yeah yeah.

**Gary De Pury:** All right so I mean but that's that's

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

effectively again I'm not saying I'm not leaping to that conclusion yet that your numbers are garbage but if they were.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Right going back to this the earlier analogy, you're not going to get a cake out of a pot roast right?

**Cody Wilson:**  Yeah.

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I don't love the analogy but here's what I think I-I think Foster Tyra if he saw numbers which he felt were clearly in error that he would not produce a report.

**Gary De Pury:**  Okay but he did produce a report?

**Cody Wilson:**  He probably produced that report, uh, under the belief that the numbers were accurate.

**Gary De Pury:**  And did nothing to verify the numbers.

**Cody Wilson:**  Well if you're under the assumption that the numbers are accurate and they match your expectation of the numbers you would receive and of course he's familiar with the gross numbers of my business.

**Gary De Pury:**  And we already, uh, determined that you paid him an an amount 5,0 you weren't really certain at the time, um, so did you pay? Were you did were you a producer on the documentary at all?

**Cody Wilson:**  A producer?

**Gary De Pury:**  Yeah. Did you pay any monies whatsoever to produce that documentary?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  You mean the defy athletic documentary?

**Gary De Pury:**  Yes.

**Cody Wilson:**  No.

**Gary De Pury:**  Nothing at all.

**Cody Wilson:**  No no I was not a producer I don't think I'm listed as any kind of.

**Gary De Pury:**  I I'm asking.

**Cody Wilson:**  I guess I'm in the credits as like the guy okay I don't know how it works with documentaries I-I paid nothing for it other people paid for it.

**Gary De Pury:**  All right, um, so did, um, did Foster Tyra ever investigate any alternative reasons for the loss of revenue?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I'd have to assume he did but I-I-I don't know.

**Gary De Pury:**  Um, did he isolate any reputational damage from other unrelated controversies?

**Cody Wilson:**  Did he isolate?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  I only know what he did within the 4 corners of his report.

**Gary De Pury:**  Did he conduct any independent market analysis?

**Cody Wilson:**  I think his report reflects that he did.

**Gary De Pury:**  Okay, um, you know, you know, by now I'm I would hope that, you know, by now not asking whether your

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

attorney told you or not 'cause that would breach privilege. Um, but you know by now that we've been asking for the source documents from those reports correct?

**Howard Foster:** Object to the form.

**Cody Wilson:** Do I know that?

**Gary De Pury:** Yeah.

**Cody Wilson:** Do I know that you are now doing that?

**Gary De Pury:** That we've been asking for them.

**Cody Wilson:** Well, I-I presume that you're asking for it yeah I don't I don't know that I know.

**Howard Foster:** If that's something he knows because of an attorney-client conversation, it is privileged.

**Gary De Pury:** Well he could he could also be speaking to Foster Tyra who?

**Howard Foster:** That's true so you should ask that.

**Gary De Pury:** So are you're objecting on a privilege then?

**Howard Foster:** I mean what's the question I guess?

**Gary De Pury:** Do you know are you aware?

**Cody Wilson:** That they're asking?

**Gary De Pury:** That we've been asking for the source documents?

**Howard Foster:** Right and I think that that is something that was communicated to him by his lawyers.

**Gary De Pury:** Okay so your answer you're answering for him that yes he does know thanks, um.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  I didn't answer it.

**Gary De Pury:**  Oh, you just said it's been communicated to him but I'm not gonna I'm not gonna drive any point.

**Howard Foster:**  No that's fair enough. That's fair. I think I think I-I think that I-I do think that that's fair.

**Cody Wilson:**  Thanks for answering for me. I don't I don't know.

**Gary De Pury:**  Yeah okay so, um, are do you have any problem providing those source documents?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  A problem with it.

**Gary De Pury:**  Yeah.

**Cody Wilson:**  I'll provide what I'm legally required to provide.

**Gary De Pury:**  Okay so if we wanted to see, never mind I'm not going to go to that. I already know the answers.

**Cody Wilson:**  Okay I know you want to see a lot. I mean, I know you want it.

**Gary De Pury:**  Well. Is there anything that we want to see that you're not going to give us?

**Howard Foster:**  We we object to the form of the question.

**Cody Wilson:**  Look I'm busy, man, uh, you know, with the this, uh, large volume of discovery pending discovery responses and, uh, requests for production right I intend to provide, uh, everything I can, you know and it's a it's a large volume in fact

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

it may even maybe the requests in there there are so many it's hard to remember maybe those requests also refer to some of these source documents right so maybe we can resolve this.

**Gary De Pury:** Um, did you or he when I say he I mean Foster, Tyra I'm saying that for the record, um, analyze any negative publicity concerning the criminal conviction and and to it I mean the the the movie.

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** This fixation on the movie is interesting but I-I guess it's because it's yeah in this. Proximity to the meme or something, um, if we're relating that question to the movie I don't know that he did any analysis it sounds like he didn't you it seems you're also asking me this time if I did any analysis.

**Gary De Pury:** Yeah I am. Did you.

**Cody Wilson:** I mean look yeah I don't recall doing any analysis about the movie.

**Gary De Pury:** Okay, um, so in effect, you just simply experienced a downturn.

**Cody Wilson:** Uh-huh.

**Gary De Pury:** You don't know why?

**Cody Wilson:** I'm not saying that.

**Howard Foster:** Object to the form of the question.

**Cody Wilson:** I'm certainly not saying that.

**Gary De Pury:** Well.

**Howard Foster:** Object.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  But you had people leave and there's a whole bunch of reasons that people left and only 5.

**Howard Foster:**  Object to the form of the question.

**Gary De Pury:**  Said because of this meme only 5 is that what it?

**Cody Wilson:**  You're asking me if I said that?

**Gary De Pury:**  No I'm I'm I'm asking about what you produced.

**Cody Wilson:**  Uh-huh.

**Gary De Pury:**  Is that I mean, I don't recall 'cause I don't have it right here in front of me but is that?

**Cody Wilson:**  I think there were lots of ways to try to we approach lots of ways to index the extent. Of the loss the degree of the loss we tried to kind of, divine how much of it was related to the meme over time and there are multiple ways to to do that we did what we could mhm, um. It it was a vast, uh, it's a difficult thing to say only 5 people left the website I'm not agreeing to that.

**Gary De Pury:**  Well I mean but what did people tell you how how many how many people on your exit interview what do they call that in the, uh. Like an exit survey?

**Cody Wilson:**  No I know the exit.

**Gary De Pury:**  There's another term that I've forgive me but.

**Cody Wilson:**  That's fine.

**Gary De Pury:**  Recently learned and it has to do with S-a-a-s and, uh, it it'll it'll hit me when we're eating lunch or

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

something, um, I'll know it later in the afternoon, um. It's on the tip of my tongue it's one of those stupid terms.

**Cody Wilson:**  It'll come in the next question.

**Gary De Pury:**  It it it goes to the the rate of people that come and go every month in any kind of.

**Cody Wilson:**  Yeah you mean Churn?

**Gary De Pury:**  Churn rate thank you. Churn rate?

**Cody Wilson:**  It was right there.

**Gary De Pury:**  Yes.

**Cody Wilson:**  I knew you knew it. I knew I knew it I couldn't think of it.

**Gary De Pury:**  Um, did you so but in your exit strategy or exit interviews, um, what is the well, what is your churn rate?

**Cody Wilson:**  Uh, objection to the form of the question. I don't know that I can accurately answer that.

**Howard Foster:**  You you know you know.

**Gary De Pury:**  10%.

**Cody Wilson:**  Well, there's controversy about how to measure Churn you know there's different formulas and over time we've applied different formulas looked at it on a monthly basis, looked at it on an annual basis. I'm not sure that I know an an industry standardized way to say this is what my Churn rate is at defcad.

**Gary De Pury:**  Okay I mean but there's the very most basic we bring in a 100 people a month and we lose 7 that'd be 7% right?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  If you want to do like A.

**Gary De Pury:**  You can do the most basic analysis. Of it.

**Cody Wilson:**  Yes, uh, some years ago we did that some years ago we tried to automate that I have on occasion, um. Like had a print of that you could say?

**Gary De Pury:**  Yeah.

**Cody Wilson:**  Um, when I was reflecting on the whatever the status of the monthly memberships were so we had tried to learn what customer lifetime value churn rate, things like that.

**Gary De Pury:**  I mean 'cause every industry is obviously different you said you don't know an industry standard.

**Cody Wilson:**  This industry is rather unique so this this business is kind of unique, um, but right the I think Churn is among the indications that we've that we've tried to look at yeah.

**Gary De Pury:**  I mean, 'cause I-I have a client that that you know, the the industry is a morbid industry. He's a, um, he owns a crematorium.

**Cody Wilson:**  Mhm.

**Gary De Pury:**  And he jokingly told me one day he says my churn rate's 100% you know okay it's a morbid business.

**Cody Wilson:**  Well, every business in the long term does have 100%.

**Gary De Pury:**  Right but so and I and I get that if you don't know the exact but there and there are ways different ways to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

define it.

**Cody Wilson:**  Yeah.

**Gary De Pury:**  But you got to have some generalized number that you know.

**Cody Wilson:**  Well there isn't a general number I-I wish I could give it to you there's a monthly number I used to recall and kind of.

**Gary De Pury:**  What was that?

**Cody Wilson:**  I don't recall.

**Gary De Pury:**  And you're a pretty smart businessman you run all these businesses you've done very well for yourself.

**Cody Wilson:**  That's a good company.

**Gary De Pury:**  You got into law school I know you didn't finish but that's probably you can go back if you want it.

**Cody Wilson:**  Got in I got out.

**Gary De Pury:**  So, um.

**Cody Wilson:**  No I honestly standing here I don't recall it would be it would have been a monthly figure.

**Gary De Pury:**  Yeah.

**Cody Wilson:**  But it wasn't anything we ended up using in our our regular reporting.

**Gary De Pury:**  And you just don't have any idea about what that was I mean that's a crucial.

**Cody Wilson:**  I'm not saying I don't have any idea I'm saying I don't know what. The churn rate was.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Well, what do you think it would be I mean.

**Cody Wilson:**  Uh, well it was. Okay there are industry standards right like you can and then you try to analogize your business to like a similar business and the Churn was not much worse than you might see in a related, let's say digital platform.

**Gary De Pury:**  Okay.

**Cody Wilson:**  Okay now it was a small, I think, single digit percentage monthly churn rate.

**Gary De Pury:**  Okay.

**Cody Wilson:**  I can recall at least that much I'm not saying I have no idea.

**Gary De Pury:**  All right so under 10 then?

**Cody Wilson:**  Was it 3% was it 5% I don't recall.

**Gary De Pury:**  Okay.

**Cody Wilson:**  Was it under 10% I think it was.

**Gary De Pury:**  All right well, that you said single digit I'm hoping it'd be under 10 that's the the definition of that.

**Cody Wilson:**  Unless there's the new math out there that I don't know about.

**Gary De Pury:**  Yeah that's true. I just find it hard to believe a guy in your position that that has a subscription based business wouldn't know the.

**Cody Wilson:**  You find it hard to believe?

**Gary De Pury:**  Yeah I do.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well, this business has been around for a long time.

**Gary De Pury:**  Yeah but I mean it's that's like the crucial thing if you go get a bank loan that's one of the 1st questions they're going to ask you.

**Cody Wilson:**  No one's going to give me a loan Gary.

**Gary De Pury:**  All right well, uh, and you clearly don't need it.

**Howard Foster:**  Object.

**Gary De Pury:**  Wait I-I mean I mean, you know, Howard's bills alone are probably more than you know. I mean.

**Cody Wilson:**  This Deposition is.

**Howard Foster:**  Stop title.

**Cody Wilson:**  Half hour glass.

**Gary De Pury:**  You know so composing a meme of.

**Howard Foster:**  You're answering for him, you're jumping in it's like tag team.

**Gary De Pury:**  All right so all right all right.

**Howard Foster:**  It's one o'clock we're ready to go.

**Gary De Pury:**  It's almost are you done?

**Cody Wilson:**  Are you okay?

**Gary De Pury:**  Yeah yeah I am I'm pretty much 'cause this is where you take over anyway.

**Howard Foster:**  I take over. All right all right so are are you done because it would be nice to just have you be.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Yeah.

**Howard Foster:**  You don't have anything else?

**Gary De Pury:**  No that's that's it.

**Howard Foster:**  All right so Gary's done, um, all right we can go off the record so have you communicated to them what the deal is?

**Gary De Pury:**  With, uh, these people?

**Howard Foster:**  Yeah.

**Gary De Pury:**  Yeah that it was in the thing.

**Cody Wilson:**  Do you want me to go off the record?

**Gary De Pury:**  Yeah 'cause it's one o'clock that's when we I've I wrote in there that we're going to break anyway 'cause we have to haul butt to.

**Cody Wilson:**  Or it is good?

**Howard Foster:**  Wait what's he say?

**Cody Wilson:**  I don't know something happened.

**Gary De Pury:**  And we'll be back about 3:30.

**Howard Foster:**  Well we don't know I think you should let them know how about this you send them an email yeah send them an email as soon as it's over and then we'll be about 30 minutes after that.

**Gary De Pury:**  Okay.

**Howard Foster:**  Does that sound good? That should be in your notes that we have to break for a court hearing anyway I-I informed the the parent company.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I think he just got some more military money I think that's all this is.

**Howard Foster:**  Oh, okay okay okay.

**Cody Wilson:**  Another 1000000000 for?

**Howard Foster:**  You got that.

**Cody Wilson:**  Don't have boy die for Israel.

**Howard Foster:**  Aren't you glad we're too old?

**Cody Wilson:**  Feels that way.

**Howard Foster:**  Oh, we're too old for now you you saw Ukraine we'll be we'll be prime age in about 3 years.

**Gary De Pury:**  All right. All right.

**Howard Foster:**  Well, I'm a diabetic I'm good.

**Gary De Pury:**  Okay gentlemen.

**Howard Foster:**  Are we off the record?

**Gary De Pury:**  Yeah we're off the record.

**Howard Foster:**  Okay so we're going to all just leave.

**Abdullah Khalid:**  Counsel we are off the record at 12:57 Uh, it's 4:13 p.m Eastern Standard Time and we are now on the record.

**Matt Larosiere:**  Okay thank you. All right Foster Wilson thanks for being here. Um, of course you took an oath earlier you understand you're still under oath?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay, um, now I'm going to talk about a subject that's, well actually let me take a step back. You familiar with the defcad meme?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Reasonably so.

**Matt Larosiere:**  Yeah you know about what it says?

**Cody Wilson:**  I have read it.

**Matt Larosiere:**  Okay and you you remember it or do you need to be refreshed refreshed by it.

**Cody Wilson:**  If you're offering to put it in front of me I wouldn't. I.

**Matt Larosiere:**  Okay just to refresh your recollection.

**Cody Wilson:**  Uh-huh, yes.

**Matt Larosiere:**  Yeah so there's a number of like different claims made in this would you agree it's fair to say?

**Cody Wilson:**  I would agree there are multiple claims.

**Matt Larosiere:**  Yeah so, if if you'll be so kind as to help me out here I'd like to kind of separate them out, um, where the hacked and dumped the claim right defcad's database has been hacked and dumped on multiple occasions you see that's one claim or would you say that's a broader part of the that paragraph which also includes they don't encrypt their data?

**Cody Wilson:**  It may be both.

**Matt Larosiere:**  Both yeah so that's 11 claim which has some sub claims right?

**Cody Wilson:**  It's at least one claim.

**Matt Larosiere:**  Yeah, um, then there's the next one which talks about basically what's on the website untested. M82 video game, stuff like that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I believe that claim is about something more than what's on the website. It is about defcad's motive or intent. To steal people's money or deceive customers.

**Matt Larosiere:**  To steal people's money.

**Cody Wilson:**  Yes I believe it's not, uh, an innocent commentary about what's on the website. It is in fact about Defcad's motive commercial motive, unethical motive, things like that.

**Matt Larosiere:**  Um, I guess how do you reckon that is?

**Cody Wilson:**  Uh, well a reading of the meme first an interpretation of the meme and perhaps the oral context of the surrounding claims the progression of all of the claims the meme. As a posture or exhortation to action.

**Matt Larosiere:**  Okay so I I'm going to need you to work with me here I'm not, um, I don't I mean you you're clearly very well read and you use a lot of high literary words and, uh, I really don't understand those so I would really love it if you would speak to me at like a high school level when I'm asking you questions is that okay?

**Cody Wilson:**  The court warned us against working and speaking at high school level today.

**Matt Larosiere:**  At a high school reading comprehension level.

**Cody Wilson:**  Do what I can.

**Matt Larosiere:**  Okay so I'd like you to explain to me, in in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that claim where this. Where you, how do you get that from it how you you know the things you were just telling me about how it's about stealing.

**Cody Wilson:** All right I can do it without looking at the meme or we can do it with looking at the meme.

**Matt Larosiere:** I want to know what's in your mind.

**Cody Wilson:** When you say about what's on the website. I remember the part of the meme that says they pass off.

**Matt Larosiere:** You don't have to be exact.

**Cody Wilson:** Bogus or untested models. I focus on the pass off part of that right that's almost it's a claim of laundry it's a claim of fraud it's a claim of inducement you know pass off has itself a-a direct and obvious negative connotation it is meant to even be interpreted. As a kind of commercial malfeasance.

**Matt Larosiere:** Okay I don't understand what you mean by commercial malfeasance.

**Cody Wilson:** I don't know that I'm meaning anything legal.

**Matt Larosiere:** Okay I'm s-.

**Howard Foster:** Okay I do object to that. I don't think that's a question. Thank you. So I'm I'm trying to be.

**Matt Larosiere:** You you okay you can stop. What do you mean by commercial malfeasance?

**Cody Wilson:** I think when it says pass off for example, that claim is leading with the idea that defcad is knowingly providing bad files it's tricking it's inducing you into paying money to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

get what it knows to be bad files. That seems to be the the substance of that claim which is a claim of of some kind of misdemeanor of some kind of malicious.

**Matt Larosiere:**  What do you mean when you say misdemeanor?

**Cody Wilson:**  I'm saying it is normative language they pass.

**Matt Larosiere:**  And what is that I'm sorry what is normative language?

**Cody Wilson:**  Pass off has a normative bent.

**Matt Larosiere:**  What is normative?

**Cody Wilson:**  What is normative? I think anyone would know what normative means.

**Matt Larosiere:**  I'm sorry can you tell me?

**Cody Wilson:**  As I understand the word normative is according to expected behavior according to standards which are identified or would be expected norms are if not rules if not expressed laws they are what would nevertheless be presumed to happen or should be expected.

**Matt Larosiere:**  Or maybe they're socially enforced I mean, that's a big question.

**Cody Wilson:**  Right.

**Matt Larosiere:**  Um, but you you said so you said it's a norma- there's a normative statement in there.

**Cody Wilson:**  Yes it feels to me like it has a normative quality to say defcad passes things off.

**Matt Larosiere:**  Okay and by that do you mean like it's

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

violating some kind of social norm?

**Cody Wilson:**  I think at least it is saying a social norm but it seems to be saying more than that it seems to be a commercial claim.

**Matt Larosiere:**  Seems to be a commercial claim, um, um, what do you mean by that? You you're saying commercial claim?

**Cody Wilson:**  Pass off has a certain context or evokes a certain idea about business bad business right, um.

**Matt Larosiere:**  Like counterfeiting almost.

**Cody Wilson:**  A little bit A. Little bit like counterfeit but in that context, the claim we can read it in a different way it's not saying Defcad's counterfeiting work it's saying Defcad's taking work that it knows is bad and is trying to somehow represent it as something else usable or tested or the claim seems to make specific. Specific representations about our knowledge about how bad some files are in a normative or commercial context.

**Matt Larosiere:**  Right. Yeah and we'll talk tomorrow about like what's actually on the website and stuff because I know that you're you know you're not tasked with knowing all of that today.

**Cody Wilson:**  Not today.

**Matt Larosiere:**  Yeah so I'm just kind of probing your mind and so I really appreciate that those are good answers.

**Cody Wilson:**  You're welcome.

**Matt Larosiere:**  Um, I want to talk about the next paragraph

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

and then we'll talk about like if you can help me whether there's one or multiple claims in there, um. This one that starts with defcad Canon has doxed developer information to anti-gunners.

**Cody Wilson:** Doxed developer information.

**Matt Larosiere:** Mhm so, what do you think is claimed in that paragraph?

**Cody Wilson:** I think the use of that word doxed is also like a heavily laden term like pass off. It's meant to first carry an emotional burden and to give you an instinctual reaction, oh, doxing we know that that's a bad thing nobody wants to be doxed. It's trying to say that Defcad performed something unethical, just like pass off it's trying to say that it did something surreptitiously that's a big word for today right doxed okay it's saying that first more more than any of the facts at issue it's that Defcad did this knowingly and in a bid to kind of hide. That decision or that choice that's the 1st thing that I-I would say Matt Dox means or is meant to convey to the reader.

**Matt Larosiere:** Mhm mhm yeah so I mean you said a lot just now you got all that from that one sentence.

**Cody Wilson:** Absolutely.

**Matt Larosiere:** Wow that's impressive.

**Cody Wilson:** Thank you.

**Matt Larosiere:** Um, yeah I don't know whether whether you'd know the next part in. Your personal capacity or not so I'm going to go ahead and ask anyway and you know feel free to steer me

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

off.

**Cody Wilson:**  Steer you off.

**Matt Larosiere:**  If if you don't know you don't know right?

**Cody Wilson:**  I would never want to steer you off.

**Matt Larosiere:**  Well I appreciate that. So, there's a couple things in here that says that refers to myself. Um, do you know who that is who's the speaker in this?

**Cody Wilson:**  Yes if speaker is not the best use of the word helpfully, um, Foster stroke has attributed the text to John Elick.

**Matt Larosiere:**  Okay all right so when when you say that, when the meme says that like for example they then attempted to blackmail myself and others, uh, with our personal information in an attempt to force money out of us to support a lawsuit where defcad was getting sued and myself and such others were not yes. Do you think we you replace myself with John Alec?

**Cody Wilson:**  Uh, I wouldn't replace it.

**Matt Larosiere:**  You understand it that way?

**Cody Wilson:**  I understand that to be a representation that Foster Elick has made myself is most likely John Elick.

**Matt Larosiere:**  Right no I'm just trying to for comprehension I don't have A.

**Cody Wilson:**  Myself and such others were not the such others are not John Elick he's clearly referring to other people.

**Matt Larosiere:**  Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Right he seems to be saying he was not being sued in the Everytown lawsuit which is not true.

**Matt Larosiere:**  How do you know that?

**Cody Wilson:**  How do I know it?

**Matt Larosiere:**  How do I know Matt John Elick was not sued?

**Cody Wilson:**  You're well no.

**Matt Larosiere:**  You're saying, uh, and sorry maybe I jumped you, uh, I think you you were just saying he seems to be indicating that he wasn't which is not true.

**Cody Wilson:**  Oh, you're right it's all the negatives yeah John Elick was being sued by Everytown for gun safety in 2021 he's referring to that lawsuit in that statement.

**Matt Larosiere:**  So so what do you mean he was sued in that lawsuit?

**Cody Wilson:**  He was a party.

**Matt Larosiere:**  He was.

**Cody Wilson:**  Well, he didn't answer the complaint but he was nevertheless sued.

**Matt Larosiere:**  Was he? A listed defendant in that case?

**Cody Wilson:**  Not by name.

**Matt Larosiere:**  Not by name.

**Cody Wilson:**  By pseudonym.

**Matt Larosiere:**  What what pseudonym?

**Cody Wilson:**  Gatalog printable magazines, the Odyssey account, gatalog printable magazines.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  So you you believe that the the Gatalog principle printable magazines is John Alec?

**Cody Wilson:**  Was.

**Matt Larosiere:**  Was, I guess why do you believe that?

**Cody Wilson:**  I went through that lawsuit uh-huh discovery confirmed that it was John Elick.

**Matt Larosiere:**  What do you mean what discovery?

**Cody Wilson:**  Uh, the discovery that we saw from Everytown.

**Matt Larosiere:**  I so I'm sorry you have the.

**Cody Wilson:**  I'm sorry the discovery that we saw produced from Odyssey the Court allowed third-party preliminary discovery you know, um. Twitter tried to not produce Odyssey did produce what Odyssey did produce were sufficient communications to show that the operator of that account and others tied to the Gatalog. Was John Elick and he was in frequent communication with Odyssey.

**Matt Larosiere:**  So how I mean I guess how do you know it was John Elick like what was his name on it or you?

**Cody Wilson:**  Yeah his ivan the troll at protonmail.com he used the word our to associate the account with himself he used the word our a few times I think I think he used the word we it was sufficient of course that allegation was made by Everytown as well in later filings they wanted the court to take notice that it was John Elick but in the end they never. I don't think they pursued it beyond defaulting him.

**Matt Larosiere:**  Okay. Uh, defaulting and that being the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

defendant, the Gatalog printable magazines Odyssey account?

**Cody Wilson:**  As I recall that defendant took a default judgment.

**Matt Larosiere:**  Okay, um, I guess just while we're on that, uh. That that lawsuit's been mentioned a lot by you, um, in the past couple of years, um. I guess I don't really understand why like.

**Cody Wilson:**  You wouldn't understand why?

**Matt Larosiere:**  Not really can you help me out? Like what?

**Cody Wilson:**  Can I help you understand why I think you're in the best position to understand why you can tell me I think why this lawsuit has been so important to you and the Defendants of this. Case.

**Matt Larosiere:**  I haven't thought about this lawsuit.

**Cody Wilson:**  You haven't thought about it?

**Matt Larosiere:**  No.

**Cody Wilson:**  You seem to have a central role in the progression of that lawsuit.

**Matt Larosiere:**  Tell me about that.

**Cody Wilson:**  Would you like me to?

**Matt Larosiere:**  Yes.

**Cody Wilson:**  I think it's rare in cases like these where a member of a conspiracy admits to the conspiracy. Being a member of the conspiracy and that everything in the conspiracy happened and he admits it.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  So you think that that's your position that those such communications exist?

**Cody Wilson:**  Well I think Defendant Peter Salentano confirmed for me what I had already discovered that you were a moving force behind why things happened in that Everytown suit.

**Matt Larosiere:**  Okay so can I-I know this is a little awkward but we have a cold record, um. When you refer to me, can you just say Foster Larosier just so the record's clear? I know it's annoying but could you do that for me?

**Cody Wilson:**  Okay I can do that for you.

**Matt Larosiere:**  Yeah so, no and I-I definitely want to hear about this so but let's take a step back. You were saying that. There's some, I asked why you kept talking about this lawsuit.

**Cody Wilson:**  Mhm. You said well Foster Larosier should should know because you've never before seen such direct information of the existence of the conspiracy. That's fair to say that was about your testimony right?

**Matt Larosiere:**  Close enough.

**Cody Wilson:**  Close enough so like, I guess what document are you talking about?

**Matt Larosiere:**  I guess the 1st thing I mentioned was the Deposition of Peter Salantono.

**Cody Wilson:**  Okay but what which which Deposition of Peter Salantono.

**Matt Larosiere:**  Which 1?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  The one in this case.

**Matt Larosiere:**  Yeah I mean that one okay what about before that?

**Cody Wilson:**  You mean other depositions of Peter Salantono?

**Matt Larosiere:**  No I mean any other.

**Cody Wilson:**  Oh, I see how could I know you were a moving force in the Everytown lawsuit before the Peter Salantono how could you know who was a moving force?

**Matt Larosiere:**  Oh, my god man.

**Cody Wilson:**  I know I'm sorry.

**Matt Larosiere:**  No, I think it's probably my fault. Okay. How could I know Matt Matthew Larosier was a moving. Force in the Everytown for gun safety lawsuit against defcad?

**Cody Wilson:**  Yeah against defcad.

**Matt Larosiere:**  Well there are lots of answers to that question.

**Cody Wilson:**  I'd love to hear them.

**Matt Larosiere:**  Okay like with Foster Ellick's discovery provided by Odyssey Foster Ellick mentions Matt will want to hear this our lawyer will want to know this right there's this initial indication that it's actually Matthew Larosier kind of acting as a shadow attorney you could say in that lawsuit a kind of backseat driver.

**Cody Wilson:**  What's a shadow attorney?

**Matt Larosiere:**  a-a backseat driver I guess I've never had

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

one before. Again maybe you could help me understand what a shadow attorney is.

**Cody Wilson:**  And so a backseat driver in the Everytown lawsuit?

**Matt Larosiere:**  Yes.

**Cody Wilson:**  Okay and what do you think this backseat driver did there?

**Matt Larosiere:**  Uh, I think he did a lot. In fact, I'm not sure I know everything that he did in that lawsuit.

**Cody Wilson:**  Okay well, I mean just just help me out give me some examples.

**Matt Larosiere:**  Well, for example, uh, he he had lots of communications with Peter Salantono.

**Cody Wilson:**  Did he?

**Matt Larosiere:**  A Defendant in that lawsuit?

**Cody Wilson:**  Okay.

**Matt Larosiere:**  He did he had communications with John Ellick, another Defendant in that lawsuit? He told John Ellick not to answer the complaint he did.

**Cody Wilson:**  Did he how do you know Matt?

**Matt Larosiere:**  John Ellick told me.

**Cody Wilson:**  John Ellick told you that?

**Matt Larosiere:**  He did.

**Cody Wilson:**  Do you have those communications?

**Matt Larosiere:**  He told me on the phone in fact.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** All right what about, um, what about the things about with Peter Salantono do you have any communications that reflect that?

**Matt Larosiere:** I have a Deposition with Peter Salantono.

**Cody Wilson:** Okay well we're still waiting on that transcript. Yeah.

**Matt Larosiere:** Are you that was a mistake to not have that before today?

**Cody Wilson:** Well, I appreciate your feelings on that.

**Matt Larosiere:** Those aren't feelings well so, you haven't identified any documents though?

**Cody Wilson:** Have I not?

**Matt Larosiere:** What I I'm.

**Howard Foster:** Objective form of that would be question.

**Matt Larosiere:** Okay Foster Foster on the record I'd like you to explain your objection to form.

**Howard Foster:** There was no question.

**Matt Larosiere:** I wasn't done Foster Foster my mouth is still open. I'd like you. To explain your objection.

**Howard Foster:** I did.

**Matt Larosiere:** Certainly you made it with a good faith basis right?

**Howard Foster:** Of course.

**Matt Larosiere:** Okay explain your objection. What was wrong with the form?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  There was no question there was no question.

**Matt Larosiere:**  But I wasn't done.

**Howard Foster:**  You were done?

**Matt Larosiere:**  No, I wasn't. Can you please hold?

**Howard Foster:**  I thought you were done.

**Matt Larosiere:**  Foster Foster do you think that I can lay a foundation for a question?

**Howard Foster:**  I thought you were done with your question.

**Matt Larosiere:**  Okay I'm just going to ask you this one more time. Do you think that I can lay a foundation for a question?

**Howard Foster:**  Sure.

**Matt Larosiere:**  Okay thank you.

**Howard Foster:**  And I can object if I believe it's an improper question, as to form.

**Matt Larosiere:**  Foster Court Reporter, can we read back the, uh, the question or what where it started?

**Howard Foster:**  It wasn't a question.

**Gary De Pury:**  Uh, yeah just one moment.

**Cody Wilson:**  I asked the question.

**Matt Larosiere:**  Yeah. All right we're good to go back on.

**Cody Wilson:**  Thank you.

**Matt Larosiere:**  So can you identify any documents that suggest this well I guess it would I guess we have to kind of phrase the the thing that you're suggesting here which is. That Foster Larosier is the shadow attorney making a lot of, uh,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

decisions in this Everytown lawsuit I mean would you is that a fair characterization? It may be blunted but.

**Cody Wilson:**  Shadow attorney making all the decisions.

**Matt Larosiere:**  Or a bunch of decisions.

**Cody Wilson:**  How about a shadow attorney interfering with the decisions in this lawsuit? How about that? So that's.

**Matt Larosiere:**  Okay. Can I identify documents?

**Cody Wilson:**  Yes I believe we've produced some in fact.

**Matt Larosiere:**  Okay can you describe them?

**Cody Wilson:**  I call one and it is called the declaration of Aaron Galloway it was declaration in that lawsuit it's been produced in discovery here. It's a pretty good summary of not just the facts that they've identified in communications from Foster Ellick but in fact, a counter-notice for example, that you Matthew Larosier issued before the beginning of that lawsuit and in it you say this office has the pleasure of representing the Gatalog the Gatalog Foundation and its members and you seem to. Identify those things as 2 separate organizations associations in fact and you say you act on behalf of them which I found to be a curious language.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  And so you.

**Matt Larosiere:**  I found it curious at the time don't get me wrong at the time.

**Cody Wilson:**  Yeah I know I-I did believe this is one of your

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

favorite documents I've I've seen it produced in every.

**Matt Larosiere:**  Yeah I've seen it produced in almost every discovery request.

**Cody Wilson:**  It fascinates me.

**Matt Larosiere:**  Yeah so who's Aaron Galloway?

**Cody Wilson:**  Who is she I guess she works for Venable I don't know.

**Matt Larosiere:**  I well but it's her declaration right?

**Cody Wilson:**  It's in Federal Court.

**Matt Larosiere:**  Right so who is she?

**Cody Wilson:**  I assume she's an attorney with Venable?

**Matt Larosiere:**  You assume that?

**Cody Wilson:**  Yes I do I don't know.

**Matt Larosiere:**  I do assume that. But you don't know right?

**Cody Wilson:**  Do I know it for a fact?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I don't know if she's with Venable right now I think she was.

**Matt Larosiere:**  So I guess that's your favorite document. I know that. Are there any others?

**Cody Wilson:**  I'm not saying it's my favorite document. All right I think there's some greatest hits in this case. Okay one of my favorites is the defcad meme. Another of my favorites is you with, uh, why should I list the greatest hits? I'll let you conduct the deposition.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  No go ahead.

**Cody Wilson:**  One of one of my favorites has been shown to Foster Ellick as an exhibit. He said he's so glad that the document's in the case I'm glad he's glad.

**Matt Larosiere:**  What document is that?

**Cody Wilson:**  That document is a communication to Garrett Wahman saying, I'm not okay with Cody using Defcad. As a tool to influence developers I'm going to need X-Y and Z and if I don't get it I will be forced. To disavow to publicly disavow defcad I will have no other course of action.

**Matt Larosiere:**  Okay I-I love that document.

**Cody Wilson:**  Why do you love it?

**Matt Larosiere:**  Uh, it's very rare for members in a Rico conspiracy to say this is what I'm going to do to you if you don't give me what I. Want.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  So you believe that the, Aaron Galloway declaration and the message between Foster Ellick and Garrett Wahman, you believe that those are?

**Cody Wilson:**  Yes would you say Crown Jewels of your proof of the Rico experience?

**Matt Larosiere:**  I-I don't believe they're Crown Jewels I just enjoy those documents I enjoy them in the other lawsuit right for for different reasons right for different evidentiary reasons it's interesting to me. Your.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Your role, in in all of this who's who's what is the role of Matthew Larosier? It's very interesting to me and then it kind of confirms all of these questions Dan Schroeder had for me at the time. Why is Matthew Larosier Khalid me what does he have to do with any of this stuff? I said dan I don't he works for them I don't know it all you know it's it's really interesting now in this case looking back and understanding and so when we talk about these new representations in this meme about Doxxing developers and things like that I know why he feels felt so confident that he could say that.

**Matt Larosiere:** And why is that? So who's you?

**Cody Wilson:** Larosier.

**Matt Larosiere:** Okay tell me more what do you mean?

**Cody Wilson:** How did Matthew Larosier make him feel confident to say?

**Matt Larosiere:** That's a big answer?

**Cody Wilson:** Oh, so which one but like which one that's a big answer. It's kind of like this you know I don't you don't like my fan fiction.

**Matt Larosiere:** What do you mean by that? What do you mean?

**Cody Wilson:** You don't like my fan fiction about you Mr. L right but that's a good way of talking about you know the kind of encouragement over time that you've given him as a as a not just a developer but as like a law understander you know, uh, so many of these claims in this Fedcad meme I have seen defended and I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

have seen. Protected, by you?

**Matt Larosiere:**  I-I know it's very hard but please try to.

**Cody Wilson:**  By you, man. Yeah I know.

**Matt Larosiere:**  It's gonna be difficult it will be difficult yeah I'm just asking. You to you know, good faith just try your best.

**Cody Wilson:**  This is the promise I'm trying it's rare.

**Matt Larosiere:**  Yeah no a lot of things are rare. Um, you're, you're dancing around the questions though and I'm I'm kind of struggling so let me try to ask it another way.

**Cody Wilson:**  Sure.

**Matt Larosiere:**  Okay so you said those 2 documents that are some of your favorites, um.

**Cody Wilson:**  They're beautiful documents.

**Matt Larosiere:**  Beautiful documents, uh, you said they're not the crown jewels in the evidence of this Rico conspiracy I guess do you think can you think of one that is?

**Cody Wilson:**  Yes I think the Salentano Deposition is like the single best thing that's happened in this case in terms of evidence if you if you're asking me to opine about the evidence.

**Matt Larosiere:**  Tell me about it.

**Cody Wilson:**  About the deposition.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Where would you like me to begin?

**Matt Larosiere:**  You say it's a crown jewel I want to hear

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

why.

**Cody Wilson:**  Gosh, and you really haven't read it.

**Matt Larosiere:**  I'm not being deposed.

**Cody Wilson:**  Okay I-I mean for real man, uh. You know on his own Foster Salentano said the 1st place I ever saw a Fedcad meme was on the rocket chat the deterrence dispensed rocket chat. He said Foster Khalid and Foster Larosier impressed upon me that I should share this if I wanted engagement and that it would be a good thing for us because defcad was on its last legs commercially and this is one way we could push them over the cliff. He said you Foster Larosier and Alex Holliday told him that and encouraged him to share that meme that Fedcad meme everywhere on the internet including Reddit. And I believe him.

**Matt Larosiere:**  That's interesting. Did he identify any specific time frame that this happened?

**Cody Wilson:**  He did he did.

**Matt Larosiere:**  When was it in 2023?

**Cody Wilson:**  2023 when he did it?

**Matt Larosiere:**  Like because he didn't do it?

**Cody Wilson:**  Do you know about when? Yeah after the creation of the meme.

**Matt Larosiere:**  Can you just tell me a month?

**Cody Wilson:**  He did it many times after May 2023.

**Matt Larosiere:**  So he posted the meme a lot is that what you're? Saying.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  He did.

**Matt Larosiere:**  Okay, where did he post it?

**Cody Wilson:**  For a fact? Foster Salentano posted it on Reddit he posted it on Twitter he says that he posted it other places I don't know if that's a fact but I have seen him post it on those places.

**Matt Larosiere:**  Okay, um, is that it?

**Cody Wilson:**  Is that it?

**Matt Larosiere:**  Yeah I-I want to hear more. I mean you mean?

**Cody Wilson:**  You asked me a question.

**Matt Larosiere:**  Hold on sorry.

**Cody Wilson:**  It's the best evidence I go well I think this is probably the best evidence you say is there any more best evidence?

**Matt Larosiere:**  What's the 2nd best?

**Cody Wilson:**  What's the 2nd best evidence? I-I didn't know for a fact. Some of the things Matt Stroke said for example and I think some of the things Matt Stroke said are lies but. Stroke claimed authorship of of the meme well stroke has very good we have evidence Stroke didn't produce it we have it we've given it to you. She was asked well where did you get this information? I'm trying to do independent research on this meme Ms. Stroke I see that you share this meme all the time how can I verify these facts for myself? She says you know what I got this directly from John Elliot she at his now defunct handle she says the other

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

people you need to talk to about this who have first-hand knowledge of Fedcad's fuckery are Alex Holliday at his controlpew handle fudbusters who is Foster Larosier so at your handle and Freeman 1337 who is Peter Salentano? Now she lists other people but she lists you 3 first.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I think that's really good evidence.

**Matt Larosiere:**  Of of what?

**Cody Wilson:**  Uh, when we say this line of questioning is like what do you think the best evidence in this case is? So I think it's good evidence of a lot of things okay it's good evidence that Ms. Stroke you know really is like a-a meme you know I could name her as a Rico enterprise if I wanted to.

**Matt Larosiere:**  Really.

**Cody Wilson:**  Uh, yeah I think under. The law I could for example that evidence allows me to do something like that I think.

**Matt Larosiere:**  You think so like please walk me through that how would Ms. Stroke like if you just give me a hypothetical I know that's not what you're doing here but how would you use that evidence to make Ms. Stroke the center of the Rico enterprise?

**Cody Wilson:**  It doesn't mean the center of the Rico enterprise.

**Matt Larosiere:**  Or or whatever you're.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  How would I-I.

**Matt Larosiere:**  Object for the form.

**Cody Wilson:**  I understand all I want to say and I want to answer the question, uh, is an organization or a person can be named an enterprise that doesn't mean that they're necessarily a defendant as I understand Rico I'm simply saying when you have one person who's doing bad things and like a person who's an instrument the one person could be a defendant and the other person, uh, can be the enterprise.

**Matt Larosiere:**  Right.

**Cody Wilson:**  As I understand Rico that's all I'm saying.

**Matt Larosiere:**  Yeah there's like different types of I was just wondering you know you used that as an example and it seemed interesting to me so I just wanted to hear how you would say it.

**Cody Wilson:**  Ms. Stroke's behavior is some of the most interesting behavior, of these last few years.

**Matt Larosiere:**  Uh, interesting how?

**Cody Wilson:**  Uh, this is a-a motley crew of people a real you know?

**Matt Larosiere:**  Now when you say motley crew, I'm sorry I I'm not well read what does that mean?

**Cody Wilson:**  I think the defendants and the Plaintiffs are all kind of like circus actors they're all pretty odd people, uh, Ms. Stroke she's listening is one of the oddest and her decisions don't, uh, communicate like a survival instinct you know?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I guess can you tell me a little more like that? I mean, you kind of made a face when you said before you said survival instinct I mean, speak freely what do you mean?

**Cody Wilson:**  No I was trying to think of how do you communicate the kind of reckless abandon of someone who's like, hey I'm out here and. I want to let everybody know I'm fucking with this business on purpose I'm fucking with this business to make sure that I can take this business down. It's personal for me and I'm going to interfere with anybody who does business with this company. That's wild that's pretty wild.

**Matt Larosiere:**  No the way.

**Cody Wilson:**  I think you're a circumspect guy I don't think you would say that you Matthew Larosier.

**Matt Larosiere:**  You don't think Foster Larosier would say what?

**Cody Wilson:**  I don't think you would, uh, roll out on Twitter and say hey everybody I'm doing the Fedcad thing I'm going to interfere with everybody I don't think you would say what Ms. Stroke said, uh, in the history of this case. Because you're wild I consider it, just.

**Matt Larosiere:**  Just what?

**Cody Wilson:**  Hm.

**Matt Larosiere:**  And I think she's proud of that and and you know what good on her.

**Cody Wilson:**  Mhm.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I mean, she clearly is very proud of it.

**Cody Wilson:**  Mhm.

**Matt Larosiere:**  And that's itself very interesting.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Is that it? Is that it? About Miss stroke?

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  No Miss stroke is is bizarre she's very bizarre.

**Cody Wilson:**  At least it has an aesthetic quality but the decisions are strange I could go on and on and on we would be here the rest of the time.

**Matt Larosiere:**  But when you say it has an aesthetic quality what do you mean?

**Cody Wilson:**  Uh, okay like the criticism of, uh. You know it's easy to reduce events or like decisions to like moral things in fact I think that's kind of what like Fudbusters is, um, but I think Miss stroke does things. With an aesthetic feel, I think she pursues the poetry of what she's doing and that's interesting.

**Matt Larosiere:**  I'm going to be I'm going to be completely honest with you I have no idea what you're talking about. So like when you're saying the poetry.

**Cody Wilson:**  I'm doing my best.

**Matt Larosiere:**  I I'm you're saying the poetry and the aesthetic I that those words together it's like word salad can

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you please try to explain?

**Cody Wilson:** Okay let me everybody in the room you read a poem right? You read a poem? Why you read a poem the question is probably not appropriate for me to put to the attorney right but if I mean it rhetorically you read a poem for its aesthetic value for its claim to aesthetic value in part, I'm not saying that's an exclusive reason you read a poem or write a poem. The study of these things right or why you make a meme right you guys want to say well this is art, this is criticism okay there's a claim to the aesthetic there that's all I'm saying.

**Matt Larosiere:** So when you say aesthetic, you mean like not just visual aesthetics you mean also like because I'm familiar with visual aesthetics like when I.

**Cody Wilson:** In philosophy, aesthetic is also an experience.

**Matt Larosiere:** Okay so yeah the way I think of aesthetic it's like for example, a Volkswagen Beetle that has you know, that evokes a certain time and stuff like that. Can you help me understand the non-visual philosophy aesthetic?

**Cody Wilson:** Well no of course but of course, listen we just talked about poems poems themselves you could argue are not visual right it's about this overall recruitment of the faculties and an aesthetic experience okay?

**Matt Larosiere:** To how it makes you feel?

**Cody Wilson:** If you want.

**Matt Larosiere:** I I'm trying to understand this is your

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

word. I I'm trying to understand just so would you say that.

**Cody Wilson:**  I think we're on the same page though yeah you know it's like it's more than.

**Matt Larosiere:**  What it evokes in the reader.

**Cody Wilson:**  What it evokes in the reader?

**Matt Larosiere:**  Is that.

**Cody Wilson:**  In part in part sure but I think a poem in itself makes claims regardless of its reader you know these are these are fine fine lines okay.

**Matt Larosiere:**  I think I understand now. Um, so, about them. So there's another part of course they they forget to mention that they'll extort you and that they've yet to actually win a lawsuit. I think that's 2 separate things right.

**Cody Wilson:**  They forget to mention, you know, it's at least 2 things yeah.

**Matt Larosiere:**  So I guess are either one of those true?

**Cody Wilson:**  That we forget to. Mention these.

**Matt Larosiere:**  Well no forget about that one what about the has your legal fraternity won a lawsuit yet?

**Cody Wilson:**  Yes you know I've won a lawsuit you cite it in your own efforts to defeat California.

**Matt Larosiere:**  What are you what are you what are you talking about?

**Cody Wilson:**  You know that we've won at the 5th Circuit defense distributed V Brock Defense distributed V Platkin and you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

know it.

**Matt Larosiere:**  What year was that?

**Cody Wilson:**  You Matthew Rosier know it.

**Matt Larosiere:**  Okay what year was that?

**Cody Wilson:**  I don't know twenty-two probably both of them were in twenty-two maybe one of them was in twenty-one. You're you're in the position to tell me you need me you need that win to be a win for you you know I've won some lawsuits he knows I've won some lawsuits because you're the only lawyer. You Matthew Rosier are the only lawyer that he looks to and understands these things from.

**Matt Larosiere:**  So here here's what you really have to understand right and this might help the way this is going the like the way you're referring to me is you you need to understand I'm just looking at words in front of me and trying to get meaning out of them so like, forget about everything else I just want to talk about this.

**Cody Wilson:**  I hope it does uh-huh uh-huh I don't know what you mean.

**Matt Larosiere:**  Okay that's fine. Um. So when would you say was your first big win like the campaign? Big win?

**Cody Wilson:**  Yeah. Man, lots of wins don't even have to be formal wins in fact, some losses can be better than any win. All right so my first win is a settlement with the United States Department of State that's a win by any reckoning even though you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

can't put the W in the column right okay I would say it's my first big win.

**Matt Larosiere:**  Mhm I-I think I agree, um, but I'm, you know, talking, you know I know you keep saying that you're not really legally minded but I think you probably are.

**Cody Wilson:**  Uh-huh I know that I can.

**Matt Larosiere:**  Yeah. But it's, um, you know but that's kind of A, more, subsurface thing like so from like a lay person's perspective.

**Cody Wilson:**  Everyone knows this about defense distributed if they know anything about it that we tangoed with the State Department and then you can do the stuff online so out the gate.

**Matt Larosiere:**  So hold on hold on wait that's you're not responding to a question right now and I-I get what you're saying. I do I'm not arguing with you.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  I'm asking from a lay person's perspective which was the 1st win like which case?

**Cody Wilson:**  It would have to be Defense Distributed versus us Department of State I believe that's the name of the case I believe we brought it in the Western District of Texas if that's your question.

**Matt Larosiere:**  Okay but aside from a settlement.

**Cody Wilson:**  The 1st big actual win but see that's.

**Matt Larosiere:**  Forget about from a lay person's perspective

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

forget about big you know just like the 1st lawsuit where like you said you just said because you can't check the W right what's the 1st one where you can check the W?

**Cody Wilson:**  If I have to be exact, it's in that line of cases with the the Attorney General of New Jersey.

**Matt Larosiere:**  Uh, it started as Grewal right?

**Cody Wilson:**  It probably started that way I believe the 1st W is this decision I think. It's a 5th Circuit panel anyway. Okay I-I blend these 5th Circuit decisions together because they basically one reinforces the other okay it's one of those cases.

**Matt Larosiere:**  Right yes is that it? And what was the that was the outcome of that 1?

**Cody Wilson:**  Uh, it both I'll just put them together. Okay.

**Matt Larosiere:**  Well I-I need you to I'm trying to figure out timing right because I legitimately don't know so I'd like you to tell me what happened in that one you're talking about?

**Cody Wilson:**  Let's talk about Brock okay Brock all right the decision is about can you establish personal jurisdiction over an attorney general who's basically, you know, coming into your state and threatening you with I mean. You know Matthew Rosier what I'm talking about all right the 5th Circuit says, you know what this is sufficient if an attorney general does X-Y and Z this is sufficient to haul them into a Texas Court and start slapping them around. That's a huge win for me because I have to deal a lot with out-of-state attorneys general and now so do you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Matthew Rosier.

**Matt Larosiere:**  Okay so I think I think we we've nailed down a case now, um, what was the terminal outcome of that case?

**Cody Wilson:**  I-I don't know if it was administratively terminated or not.

**Matt Larosiere:**  Something about first filed does that ring a bell?

**Cody Wilson:**  I think the law of this case, or the case in Platkin extends into this 3rd Circuit this recent 3rd Circuit decision. So technically there's a debate about when the case ended and where. And I it's it's too advanced for me to really understand. So I think in Texas we won and the 5th Circuit said send it back and and that's the end of the case.

**Matt Larosiere:**  Right and I mean and even if I agree with you that it's a win though, I mean, this is kind of still something that you have to explain how it's a win. What's the 1st case where there was a unambiguous win?

**Cody Wilson:**  I don't think it's an unam- it is not an ambiguous win it is simply at a level of administrative, you know it's it's so turgid.

**Matt Larosiere:**  Right.

**Cody Wilson:**  And who cares about administrative wins? It's like very difficult, uh, to bring people to the fact it's not it's not the absence of the fact.

**Matt Larosiere:**  So how about this what was the what was the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

1st case that there was an order that said judgment for defense distributed defcad whichever one.

**Cody Wilson:**  What was the 1st?

**Matt Larosiere:**  Final judgment?

**Cody Wilson:**  Sitting here I you know, we've been associated with with lots of 2nd Amendment Foundation cases I don't know that there's ever been a final judgment. In the way that you describe.

**Matt Larosiere:**  Yeah and I know that there's a lot of there's a lot. Of nuance in fact the law is all nuance but.

**Cody Wilson:**  I-I would say some of the best wins we had were those injunctions in Vanderstok.

**Matt Larosiere:**  I think I think I agree.

**Cody Wilson:**  You know what I mean like, uh, intervener plaintiffs or whatever so they're not even our case like we jump in and we just go get injunctions too. Okay well those are wins are they you know did you win a lawsuit?

**Matt Larosiere:**  So what was the final outcome in Vanderstok?

**Cody Wilson:**  That was still going baby still going in fact.

**Matt Larosiere:**  What did the Supreme Court say?

**Cody Wilson:**  Well, the Supreme Court didn't end the case I think it answered what one or 2 questions presented and then it sent the the case back down for further proceedings.

**Matt Larosiere:**  Right so a lay person could understand that that's not a win at least yet.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well here's the thing the media makes it the other way around the media would make you think that case is over and that everybody lost and of course that's not true you know the case continues.

**Matt Larosiere:**  And oftentimes everyone loses in litigation.

**Cody Wilson:**  Well, I would I would argue I would argue there are multiple losses and wins all along the way right and I think as an attorney, you understand that or maybe feel that way, uh, and so you could say in that respect, there have been many wins and many losses and again the meme is wrong.

**Matt Larosiere:**  You're saying the meme is wrong wrong, um, what do you mean?

**Cody Wilson:**  If we're discussing, that defcad fails to disclose that they haven't actually won a lawsuit this is wrong defcad.

**Matt Larosiere:**  And is that because you actually did disclose that you've yet to win a lawsuit?

**Cody Wilson:**  We have disclosed when we make wins it doesn't happen often but we disclose it.

**Matt Larosiere:**  But you did also disclose on a podcast that you've yet to win a lawsuit right around 20:24.

**Cody Wilson:**  No it's not a disclosure that's called humor. Oh, 'cause even when you win in fact, especially when you win like in Vanderstok, that's not a win.

**Matt Larosiere:**  Okay. Conceptual. Wins.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** No no all I mean is, in this in my experience alone and I you know I get it it's because I'm probably a bad plaintiff right.

**Matt Larosiere:** What do you mean wait hold on stop. What do you mean you're a bad plaintiff?

**Cody Wilson:** People don't like guns right even in this court we have to be careful about saying anti-gun or not even though that's the term that we all naturally use. Courts don't like 2nd Amendment cases.

**Matt Larosiere:** That's not you right as a plaintiff that's the subject.

**Cody Wilson:** It is I think I'm emblematic to these people of a kind of threat a kind of 3d gun you know boogeyman or something they see me literally this had this happened in the Everytown case at the 2nd Circuit one of the judges turned around and faced the wall he wouldn't even look at our attorney on principle.

**Matt Larosiere:** Really huh.

**Cody Wilson:** And so this is I think a real felt thing in the courts we are.

**Matt Larosiere:** So you think this separates you from other 2nd Amendment litigants?

**Cody Wilson:** I'm not sure if it's me personally I think it's the subject matter and the 3d. It's like this very scary thing for these people.

**Matt Larosiere:** No that must have been terrible when the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

judge turned around I-I.

**Cody Wilson:**  Wasn't there.

**Matt Larosiere:**  Oh, that's that's just ridiculous, um. So then there's the 2nd to last paragraph which I think is a whole opinion I don't you know I'm sure you don't agree with this about being wretchedly I mean. It says while I could go on, I'll leave you with the notion that defcad is wretchedly awful should be avoided, shouldn't be used and should be publicly shamed. I don't really think there's a claim there right.

**Cody Wilson:**  Ah no there is a claim of course there is at the end there's a call to action.

**Matt Larosiere:**  Should be publicly shamed?

**Cody Wilson:**  Yes yes and in fact that is what the Fedcad campaign largely stands in for a kind of social campaign of ostracism and shame public shame and in fact the 1st time Foster Ellic wrote the substance. Of this meme he opened this Twitter thread saying, no one should use it bully people who do bully them with this and this is what Foster decided to do.

**Matt Larosiere:**  Well, you're saying he pointed to this meme when he opened that thread.

**Cody Wilson:**  He pointed to this text of this meme the sub these 2 major columns of this meme.

**Matt Larosiere:**  Are those different tweets?

**Cody Wilson:**  No no one tweet contains the 2 major columns when he opens this thread he says. For his own friends use

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Fedcad, bully those who use it it's for their own good. And then he proceeds with this text.

**Matt Larosiere:**  Okay. Um, then there's this last bit, uh, we can discuss its founder having paid a 16-year-old for sex and other outstanding things that your money will be used for if you give to them another time. So there's a couple different things in there, right?

**Cody Wilson:**  Yes starting with we can discuss, which is interesting.

**Matt Larosiere:**  Tell me about that.

**Cody Wilson:**  Well it seems to be an invitation.

**Matt Larosiere:**  To who?

**Cody Wilson:**  I think Foster Ellic would like to discuss it I think it's also it's an offer it's a seek more information from me we can do it another time I'd like to do it.

**Matt Larosiere:**  So you're saying he's inviting people to talk about what what follows?

**Cody Wilson:**  Absolutely it's it's at least an invitation to discourse.

**Matt Larosiere:**  And that discourse being, would you agree there's 2 sub things there basically, um, paying a 16-year-old for sex?

**Cody Wilson:**  Yes and the other outstanding things.

**Matt Larosiere:**  That it'll be used for.

**Cody Wilson:**  Your money will be used for which by being

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

bracketed with. Paying a 16-year-old for sex, is being compared to that so saying the other outstanding things will clearly be other normatively bad things.

**Matt Larosiere:**  Okay, um, I'm not going to Foster your partner earlier was like talking about this in terms of rape I'm not going to call this that.

**Cody Wilson:**  I appreciate that.

**Matt Larosiere:**  Yeah 'cause anyway, we can talk about that offline sometimes but, uh, did you pay a 16-year-old for sex?

**Cody Wilson:**  I don't think I paid a 16-year-old for sex.

**Matt Larosiere:**  Okay, um, it. Sounds like you've got more to say there is that the case?

**Cody Wilson:**  Does it sound like that?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I don't mean for it to sound that way.

**Matt Larosiere:**  Okay so do you have an account on the Sugar Daddy meet website?

**Cody Wilson:**  Do I currently have 1?

**Matt Larosiere:**  Did you?

**Cody Wilson:**  Did I have 1?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Uh, I believe I did yeah.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I believe I did.

**Matt Larosiere:**  So what do you mean you did you or not?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Can you give me a time period?

**Matt Larosiere:**  2017 to December 31st 2018 I'm I'm really not trying to nail you here.

**Cody Wilson:**  No I don't feel like I'm being nailed. I again, I-I worry that, uh, I'm being asked to say something that's not true that's right. Maybe that's the same thing as being nailed.

**Matt Larosiere:**  I mean, well, given the subject matter I think I'll avoid the term nailed.

**Cody Wilson:**  Thank you.

**Matt Larosiere:**  Um, so did you have a sugar daddy Matt account at that time?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  And you did in fact meet a young lady through that website, right?

**Cody Wilson:**  Did I meet a young lady through the Sugar Daddy website?

**Matt Larosiere:**  Right.

**Cody Wilson:**  Uh, I have met at least one lady through the Sugar Daddy website.

**Matt Larosiere:**  More than 1?

**Cody Wilson:**  That Sugar Daddy website? Yeah at least one.

**Matt Larosiere:**  At least one. So and is this some the. Is this young lady the same one that the State calls the victim in your criminal matter?

**Cody Wilson:**  Well, I-I don't think I have a pending criminal

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

matter.

**Matt Larosiere:**  The criminal matter that you did have at one point?

**Cody Wilson:**  The state is making any representation anymore about what I did or didn't do.

**Matt Larosiere:**  Yeah I'm talking about what happened in 2018.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  So I'm just asking the person you met on sugar daddy meet was that the same person that the State back then called the victim?

**Cody Wilson:**  I guess I don't I can't prove Matt.

**Matt Larosiere:**  Okay did she ever like appear in court or testify?

**Cody Wilson:**  Uh, no it it never reached that stage.

**Matt Larosiere:**  So you never saw her after it was filed?

**Cody Wilson:**  No.

**Matt Larosiere:**  Okay so Matt I-I guess is that why you're saying you? You don't know exactly 'cause they used a Jane Doe name?

**Cody Wilson:**  No no it's not in fact, what I'm saying I'm I'm talking about in the beginning do I know that the person that I met or this one woman that we're talking about, do I know that she was the person operating the account the person I was talking to I don't know that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Oh, right but so you you met this person in person right?

**Cody Wilson:**  Again, I don't know that I can prove that that's what I'm saying people that there's an identity here I-I don't know that.

**Matt Larosiere:**  Right all right.

**Cody Wilson:**  The State seemed to think that there was.

**Matt Larosiere:**  But you so there was the and look we can spend as much time on this as you want. I don't really want to I don't really want to circle the drain if you want to.

**Cody Wilson:**  I well if you'll let me get through it quickly we can get through it.

**Matt Larosiere:**  I'm obstructing you from getting through so maybe it's because I'm being too polite. So there was, whoever the person you talked to on the website aside.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  You ultimately met up with somebody who? You believed or may have been that person that you were talking to on the website right?

**Cody Wilson:**  I think that's right.

**Matt Larosiere:**  Yeah. And, do you think that person is the same person who was purported to be the victim in the criminal matter that you had back then which is no longer pending?

**Cody Wilson:**  Do I think that that's the same, uh, yes yes.

**Matt Larosiere:**  Okay yeah. And how old was this person?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't know.

**Matt Larosiere:**  You don't know, um, you still don't know?

**Cody Wilson:**  How old was this person? I guess yes sitting here, I-I don't recall.

**Matt Larosiere:**  Okay that's fine. Did you I mean did did the subject of her age ever come up when you were talking?

**Cody Wilson:**  With with her?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Uh, I-I think it might have yeah.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I think it might have. I think it was only after we had met though.

**Matt Larosiere:**  When you say met is do you? Mean after you had had sex?

**Cody Wilson:**  I don't mean that.

**Matt Larosiere:**  Well, was that after you had already had sex when it came up?

**Cody Wilson:**  It's hard to remember. I believe it was.

**Matt Larosiere:**  Okay so you, you're not 100% sure but you don't know that you asked for her age before you met up and we'll we'll use met up as the the time you had sex?

**Cody Wilson:**  No I you know, I must have I mean, I think I must have.

**Matt Larosiere:**  You must have.

**Cody Wilson:**  Yeah must have.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Why do you say you must have?

**Cody Wilson:**  Well, it's easy to say, yes I remember but do you really remember this is almost 10 years ago.

**Matt Larosiere:**  It's a long time ago.

**Cody Wilson:**  Yeah I would have to suppose it's probably in the record.

**Matt Larosiere:**  You would think that you would have.

**Cody Wilson:**  If they have her messages for example?

**Matt Larosiere:**  Right which you don't know because it didn't the case didn't last that long.

**Cody Wilson:**  No no I mean, there was discovery in this case I mean, I just don't you know I know these things were talked about I don't remember the exact order any longer.

**Matt Larosiere:**  All right. So, do you remember talking with my client, John Ellick, back in 2019 about the launch of defcad?

**Cody Wilson:**  2019? I don't think I would have spoken to him in 2019 about the launch of defcad.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Only because Defcad launched in March of 2020.

**Matt Larosiere:**  All right okay do you I mean did were you talking to my client Foster Ellick, around Matt time at all?

**Cody Wilson:**  Around March of 2020.

**Matt Larosiere:**  19.

**Cody Wilson:**  Around 20:19 yeah, uh, we had to have been speaking in 2019 yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay, um, do you recall any of these communications?

**Cody Wilson:**  In general terms? I think I do.

**Matt Larosiere:**  Okay. I think you know where I'm going?

**Cody Wilson:**  I genuinely don't.

**Matt Larosiere:**  Okay. So do you remember talking about the go live?

**Cody Wilson:**  Okay help me help me 'cause I that doesn't mean anything to me.

**Matt Larosiere:**  Okay read this message I've informed G of your planned involvement we spoke about you in the meeting as well which Foster Ellick says all good things I. Hope the 18th I'll check things out and see what I think but go live would be later I-I assume. Do you remember that?

**Cody Wilson:**  This means nothing to me.

**Matt Larosiere:**  Okay well so this is June 11th 2019. Uh, would it ever refresh your recollection if I showed you these communications?

**Cody Wilson:**  I'm willing to look at them.

**Matt Larosiere:**  There you go.

**Cody Wilson:**  And we're saying the blue is me.

**Matt Larosiere:**  Uh, yes.

**Cody Wilson:**  You want me to read all of it right?

**Matt Larosiere:**  Uh, sure it's up to you.

**Cody Wilson:**  This is June of 2019. I honestly, I-I don't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

recall any of this.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I'll say that I when I talk about Garrett, I would say G. But I don't know that I can sit here and say that was definitely a message from me to your client. I-I certainly don't recognize if that's in fact me talking to your client.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  And again, I don't think there's anything in there that's, I-I don't know I just I've never seen this message before.

**Matt Larosiere:**  All right go ahead and, uh, hey Gary yeah can you take that pdf from that last exhibit upload it and introduce it as Exhibit A.

**Gary De Pury:**  Which 1?

**Matt Larosiere:**  The one pdf in the last email.

**Gary De Pury:**  Okay.

**Matt Larosiere:**  So while he's doing that I'll just read, um.

**Cody Wilson:**  So Blue is.

**Gary De Pury:**  To verify it's.

**Matt Larosiere:**  Yes the okay blue message I've informed G of your plan involvement we spoke about you in the meeting as well grey message which is Foster Ellick all good things I hope crying laughing emoji on the 18th I'll check things out and see what I think but go live would be later I assume question mark blue blue message we just want to begin getting your feedback at that time

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

launch is conditioned upon multiple scenarios grey message which is Foster ellic gotcha sounds good. Any conditions outside of the legal cases blue message June 11th 2019 5:23 p.m there's some underlying Fintech stuff that needs more development there's my criminal matter and A. Data transfer certification I'd like. Grey message, uh, gotcha. Don't mean to pry just. Curious to which you respond no one disputes the facts. She fucked like she was 18.

**Cody Wilson:**  How how are those messages connected? They're all in a row.

**Matt Larosiere:**  These were so these are signals.

**Cody Wilson:**  Show me it again show me it again.

**Matt Larosiere:**  No.

**Cody Wilson:**  Show me it again.

**Matt Larosiere:**  This is the pretty slow.

**Cody Wilson:**  Yeah yeah okay so so your representation is?

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  No no keep going. Your representation is I-I volunteered that message to him apropos of nothing.

**Matt Larosiere:**  All I have is what's in front of me.

**Cody Wilson:**  It's all it's all you have.

**Matt Larosiere:**  This is what's in front of me and it's.

**Cody Wilson:**  Classic shit, man.

**Matt Larosiere:**  Classic what?

**Cody Wilson:**  No I would just 'cause I would just throw that in there in the middle of a business conversation. Absurd.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I didn't write it.

**Cody Wilson:**  Manipulative.

**Matt Larosiere:**  I think you might have.

**Cody Wilson:**  So okay so where where do you remember any conversation like this at all?

**Matt Larosiere:**  No.

**Cody Wilson:**  No about the commentary about like, uh, how this girl.

**Matt Larosiere:**  Skip the last 1?

**Cody Wilson:**  Or something.

**Matt Larosiere:**  Skip the last part.

**Cody Wilson:**  No show me I don't see this, uh, I don't see an actual.

**Matt Larosiere:**  So this was A.

**Cody Wilson:**  Fucking part show me the fucking part.

**Matt Larosiere:**  This something that doesn't let me. So I'll tell you where we got this.

**Cody Wilson:**  Oh, you please.

**Matt Larosiere:**  Spin it around.

**Cody Wilson:**  You didn't get it from me.

**Matt Larosiere:**  Yeah go ahead and spin it back around. Well, it's because these were your signal communications and you implemented a deleting policy.

**Cody Wilson:**  Oh, I did. Can you prove that?

**Matt Larosiere:**  Uh, yes actually because we got this on a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

recovered device yeah.

**Cody Wilson:**  Can you really.

**Matt Larosiere:**  And that's why it's photographed on the screen.

**Cody Wilson:**  You can you can.

**Matt Larosiere:**  Mhm okay.

**Cody Wilson:**  Ah, I see I see.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  You have spliced 2 conversations together.

**Matt Larosiere:**  No.

**Cody Wilson:**  And you have cut them up.

**Matt Larosiere:**  Okay so, we'll see about that.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  But, let me ask you something. When you wrote she fucked like she was 18. What did you mean by that?

**Cody Wilson:**  I'm not saying by looking at that exhibit that that is something that I wrote or that that message was from your client or. That that was a conversation that I recall having with your client.

**Matt Larosiere:**  Okay so, is that the type of language you would use with even a friend?

**Cody Wilson:**  With even a friend of course.

**Matt Larosiere:**  Of course.

**Cody Wilson:**  Yeah language like that yeah I think is not beyond the pale with a friend.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Right between you and a friend?

**Cody Wilson:**  Yeah I don't think it's beyond the pale that language doesn't seem opprobrious or whatever to me.

**Matt Larosiere:**  So it seems like it's something you could have said I understand you're not agreeing that you did say it.

**Cody Wilson:**  Uh, I'm not agreeing that the message, especially this spliced, uh, I'm certainly not agreeing that that was a conversation and that I recall it being had that way.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  In fact, I-I very much doubt that a conversation about launching moved seamlessly into me just apropos of nothing.

**Matt Larosiere:**  Well, right now you I mean you did say right before that, there's my criminal matter.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  And I mean that was June 11th, 2019 so it was still ongoing?

**Cody Wilson:**  Uh-huh. Give me the timestamps.

**Matt Larosiere:**  5:23 p.m June 11th.

**Cody Wilson:**  And then when were the rest of these messages happened?

**Matt Larosiere:**  What.

**Cody Wilson:**  When were the rest of these messages happened?

**Matt Larosiere:**  Here you can show them 5:31.

**Cody Wilson:**  Uh-huh so a seven-minute gap.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  5:5:5:16.

**Howard Foster:**  Yeah, uh, June 11th 2019 at 4:52 p.m.

**Cody Wilson:**  Uh-huh.

**Howard Foster:**  Um, the response was at 4:52 p.m next response 4:53 p.m your response 5:13 p.m next response launch is conditioned 5:14 p.m.

**Cody Wilson:**  Just show me the sequence between.

**Matt Larosiere:**  No I'm guessing the next 2 is the ones he wants to see.

**Howard Foster:**  Yeah.

**Cody Wilson:**  Absurd absurd that I would just volunteer that in the middle of a business conversation.

**Matt Larosiere:**  Yeah so now actually, look at this so there's one minute after don't mean to pry just curious it's no one disputes the facts. She fucked like she was 18.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  I mean, so you're you're that case was still going on, right?

**Cody Wilson:**  In June of 2019? Yeah. June of 2019 uh-huh. Was that case still going I guess I don't know as a non-attorney I don't know what. You mean?

**Matt Larosiere:**  Okay. So, this young lady we're talking about?

**Cody Wilson:**  Uh-huh who I know you don't want to talk about.

**Matt Larosiere:**  Uh, actually, hold on if this makes you feel

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

better, gary, I'm going to send you this.

**Howard Foster:**  Okay.

**Matt Larosiere:**  And you can put this as Exhibit B. Do you remember what your like, handle was on signal around that time?

**Cody Wilson:**  In June of 2019 no.

**Matt Larosiere:**  You have any idea as to what it could have been like a couple different options.

**Cody Wilson:**  No.

**Matt Larosiere:**  No the c-dubs sound familiar.

**Cody Wilson:**  No I would have never made that my handle that must have been what Foster Ellic named me himself.

**Matt Larosiere:**  Okay what was your phone number around that time?

**Cody Wilson:**  It would have been the same phone number I have now.

**Matt Larosiere:**  Which is?

**Cody Wilson:**  501-743-9680.

**Matt Larosiere:**  Okay that lines up with this so I'll go ahead and I'll send these over to Foster Dupre and he can show them to you.

**Cody Wilson:**  Yeah nice it's what you should expect.

**Matt Larosiere:**  Let's give him a moment.

**Howard Foster:**  It's okay let me, uh, write you sent them via email?

**Matt Larosiere:**  Mhm.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  It's poor form.

**Matt Larosiere:**  Yeah it's.

**Cody Wilson:**  All right.

**Matt Larosiere:**  The rest are just took a photo of you.

**Cody Wilson:**  I'm going to delete it but you need to know what you were doing.

**Howard Foster:**  I was cleaning my ass.

**Matt Larosiere:**  Howard you were not?

**Cody Wilson:**  Do you need coffee? You said you don't drink coffee.

**Howard Foster:**  Do you need coffee?

**Matt Larosiere:**  Delete that Howard?

**Cody Wilson:**  <crosstalk> I will. I promise.

**Howard Foster:**  We're suing we're suing.

**Matt Larosiere:**  All right you do you want coffee?

**Cody Wilson:**  No thank you. I don't.

**Matt Larosiere:**  You want an adderall want a cigarette?

**Cody Wilson:**  I have my Coca-cola you know.

**Howard Foster:**  No.

**Matt Larosiere:**  Do you want 1?

**Howard Foster:**  I'm just bored.

**Cody Wilson:**  No I think I have one.

**Matt Larosiere:**  All right.

**Cody Wilson:**  No they're I put them in the fridge.

**Matt Larosiere:**  Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  No, no I got I got one.

**Howard Foster:**  Hang on guys do you think we can stop at 5:30.

**Cody Wilson:**  What that was when?

**Howard Foster:**  Do you think it's okay for a break while I get this? You sent this to me.

**Matt Larosiere:**  Yeah let's take a five-minute break.

**Cody Wilson:**  Stretch.

**Matt Larosiere:**  I'm not like stepping in your lines.

**Cody Wilson:**  No you're not.

**Howard Foster:**  No but. You you were dozin' for a minute so.

**Matt Larosiere:**  Yeah you should be here.

**Howard Foster:**  No, no I mean, do you think we can wrap up at 5:30.

**Matt Larosiere:**  Probably not. I can definitely finish this line of questioning around then.

**Howard Foster:**  Yeah.

**Cody Wilson:**  Um, I'm a lawyer.

**Matt Larosiere:**  You're what?

**Gary De Pury:**  You got a date Howard are you married?

**Matt Larosiere:**  I don't mean to intrude I'm just.

**Howard Foster:**  No I'm married I have 2 children.

**Matt Larosiere:**  Oh, good for you.

**Howard Foster:**  They're young they're 3 and one.

**Gary De Pury:**  Let's why don't we go off the record real

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

quick and then stretch.

**Matt Larosiere:**  Yeah is that okay?

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  We're gonna go off the record take a 5 minute or 10 minute break.

**Gary De Pury:**  That's awesome.

**Abdullah Khalid:**  We're now off the record and the time is 5:13 p.m Eastern Standard The time is 5:21 p.m Eastern Standard Time and we are on the record.

**Gary De Pury:**  All right thank you.

**Cody Wilson:**  Okay.

**Gary De Pury:**  Hey Foster Wilson we're back on.

**Cody Wilson:**  Yes.

**Gary De Pury:**  Um, so yeah we were talking about this thing with this young lady.

**Cody Wilson:**  Yes and the messages these messages.

**Gary De Pury:**  The messages right, uh, so when did you find out she was 16?

**Cody Wilson:**  I'd like to say for the record that these messages I-I want to.

**Gary De Pury:**  They're coming.

**Cody Wilson:**  Point out that the 1st Exhibit I've seen seems to have conspicuous breaks.

**Gary De Pury:**  Mhm.

**Cody Wilson:**  Between the represented images I find that odd

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

and the breaks. Seem to conceal time gaps.

**Gary De Pury:**  So if you saw 1 without the breaks would that alleviate some of your concern?

**Cody Wilson:**  I'd like to see them without the time gaps yes I'd like to see the full message sequence.

**Gary De Pury:**  And you're talking about the one minute gap, right?

**Cody Wilson:**  I don't mean the time gaps only I mean also these conspicuous breaks in the images.

**Gary De Pury:**  Okay can you send these to me that in a well let me see if I can drag it over here and open it up as A.

**Cody Wilson:**  There is that.

**Gary De Pury:**  There you go okay that's the best I can do with unless you send them to me as a-a actual separate.

**Cody Wilson:**  Was it not an attachment?

**Gary De Pury:**  Yeah it wasn't an attachment so.

**Cody Wilson:**  Oh, well that's good enough for now, I think.

**Gary De Pury:**  All. Right that's the one you want?

**Cody Wilson:**  Go ahead and pull it up.

**Gary De Pury:**  All right.

**Cody Wilson:**  Thank you very much.

**Gary De Pury:**  Let me know when you want me to scroll down a little bit.

**Cody Wilson:**  Oh, there's more I see that okay, uh, June at 5:23 keep going. Keep going.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  You just want just the 1st one at this point or all of them?

**Cody Wilson:**  That's the 1st one no, no I-I don't remember this message sequence and I don't remember it that way.

**Gary De Pury:**  Okay do you wait so wait hold on you said you don't remember it and you don't remember it that way?

**Cody Wilson:**  I think this is being offered to me as some representation that this was a signal chat that I had with Foster Alec I don't remember that sequence.

**Gary De Pury:**  So do you remember like the general context of the conversation?

**Cody Wilson:**  I remember let me see that exhibit again. I remember Foster Alec at least once asking me about the charges and I said something something along can we scroll down?

**Gary De Pury:**  That's it.

**Cody Wilson:**  Well, I don't want to yeah, uh, yeah I remember if this was true I remember this being a part of his line of questions about the case. Uh, but now you're telling me this is interspersed with a business conversation which isn't impossible but this doesn't this doesn't match my recollection of any of the times I discussed my case with Foster Alec.

**Gary De Pury:**  Okay but you're saying 1 of those times the the last thing there kind of fits with what you would have said?

**Cody Wilson:**  Uh, if you had shown me that message by itself and you said have you ever said anything like that I would say

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

yes I remember saying something like that to Foster Alec.

**Gary De Pury:**  Do you remember saying something like she fucked like she was 18 to Foster Alec?

**Cody Wilson:**  Yes I think I remember saying something like that and this may have been what I said.

**Gary De Pury:**  Okay.

**Howard Foster:**  Just point of order did you get this in discovery or?

**Gary De Pury:**  No we just found it so let me ask you this and we just found. It do you still have those messages with Foster Alec?

**Cody Wilson:**  I do not have these messages.

**Gary De Pury:**  Do you have messages with Foster Alec going back to 2019?

**Cody Wilson:**  Do I have any messages with him?

**Gary De Pury:**  On signal?

**Cody Wilson:**  No.

**Gary De Pury:**  What happened to them?

**Cody Wilson:**  What happened to the messages? I-I guess I can't know that they're they were deleted or not you're telling me that they were deleted?

**Gary De Pury:**  I don't know I'm asking.

**Cody Wilson:**  You're tell earlier in this Deposition I was told that apparently I put a time deletion on signal at that time.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Does that sound right?

**Cody Wilson:**  I-I couldn't know if I put the deletion on it at that time.

**Gary De Pury:**  It seems do you ever like?

**Cody Wilson:**  Probably Foster Alec and I were on I think he's very conscious of his privacy and the fact that he was speaking to me it doesn't seem unreasonable to me that there would have been disappearing messages when we spoke back then.

**Gary De Pury:**  Right.

**Cody Wilson:**  He was very privacy conscious.

**Gary De Pury:**  Okay.

**Howard Foster:**  You said you just found these they weren't produced to us in discovery.

**Gary De Pury:**  He didn't technically say that I said that.

**Howard Foster:**  Just curious why they weren't produced to us in discovery.

**Gary De Pury:**  Who's we supposed to this?

**Howard Foster:**  I'm asking you.

**Gary De Pury:**  Yeah this is you don't well you don't get to but you'll email me afterwards and I'll tell you.

**Cody Wilson:**  This is the 1st time they've ever shown this or produced this to me.

**Gary De Pury:**  Yep so send me an email and you'll get a response right away okay. So, okay. I like we said you had sex with her we don't need to get into the details right right yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:** Please mark it as a Deposition Exhibit.

**Gary De Pury:** And I and I'll.

**Howard Foster:** What number is it?

**Gary De Pury:** The 1st one was Exhibit A these the 2nd ones that are joined together do you want that also or do you want me to just send them to you?

**Howard Foster:** I want the to know which exhibit numbers these are.

**Gary De Pury:** Exhibit A and so and you'll also get everything okay.

**Cody Wilson:** It'll come with the transcript.

**Gary De Pury:** Yep.

**Cody Wilson:** Anyway for no for the record. No not right.

**Gary De Pury:** Which is not right.

**Cody Wilson:** If you're saying right you had sex with her we don't need to get in the details right, uh, no I'm not agreeing to that.

**Gary De Pury:** You said earlier you had sex with her.

**Cody Wilson:** I'm not agreeing that I had sex with her and we need and we don't need to get in the details I'm not, uh, accepting your frame. It's I'm being frame-mogged right.

**Gary De Pury:** I'm going to be completely.

**Howard Foster:** Your Honor I'm going to be objection. He's frame-mogging my client.

**Gary De Pury:** I'm going to be completely honest with you and

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I don't know what mogging is.

**Howard Foster:**  Yeah.

**Cody Wilson:**  You're natural.

**Gary De Pury:**  Thank you. Um, but, um.

**Matt Larosiere:**  Um, I okay, so you had sex with her, right?

**Cody Wilson:**  Who's her you know I think it's been asked and answered.

**Howard Foster:**  Yeah I think so.

**Matt Larosiere:**  Anyway right but so this young lady that you met off of Sugar daddy Matt at some point?

**Cody Wilson:**  That I that may I may have met her there.

**Matt Larosiere:**  Right and at some point you paid this woman money about $500 right?

**Howard Foster:**  Objection relevance.

**Cody Wilson:**  I believe, I look it's been here's the thing my memory of it is now more from the press and the you know I have no memory of giving this chick money.

**Howard Foster:**  How is this relevant?

**Matt Larosiere:**  It's in the meme Howard.

**Cody Wilson:**  It is in the meme the meme Foster Alex says we can discuss the founder giving the girl $500 or whatever paying a girl for sex, uh, I think I simply disagree with the simple proposition that I paid her for sex.

**Matt Larosiere:**  Right but you paid her for something right?

**Cody Wilson:**  Did I?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I'm asking?

**Cody Wilson:**  The State says I did the State didn't prove that I did.

**Matt Larosiere:**  Did you give her any money?

**Cody Wilson:**  Did I-I have no memory any longer of giving this girl money.

**Matt Larosiere:**  Um, do you remember what car you drove that day?

**Cody Wilson:**  Do I remember the car?

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  In this moment no, uh, you mean to you mean to work on it?

**Matt Larosiere:**  Ford.

**Cody Wilson:**  Uh, yeah I think it was a Ford yeah.

**Matt Larosiere:**  Do. You remember who owned that car?

**Cody Wilson:**  I-I don't know what you mean.

**Matt Larosiere:**  It's a Ford Escape right?

**Cody Wilson:**  I guess maybe Ford owned the car. I mean I didn't I certainly didn't own the car at that point that's what you're asking.

**Matt Larosiere:**  Ford Edge sorry Ford Edge.

**Cody Wilson:**  Ah, there you go. The right car for an Edge Lord, um, I think. I think that Ford or the bank or some bank owned the car at that time.

**Matt Larosiere:**  Do you remember who it was like leased to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

or, uh, who's who was on the title? Was it Defense Distributed?

**Cody Wilson:**  On the title I-I had no title, to the car at that time so I don't think I can answer your question.

**Matt Larosiere:**  Do you remember if it was leased?

**Cody Wilson:**  I think you asked that. I don't think I leased it from anyone.

**Matt Larosiere:**  So it was financed.

**Cody Wilson:**  It must have been I-I suppose it was financed.

**Matt Larosiere:**  Do you remember who was financing it was it you personally or defense distributed?

**Cody Wilson:**  You'd be asking me to guess.

**Matt Larosiere:**  I don't want you to guess I just want you to think from you know, 'cause you're actually kind of a car guy right?

**Cody Wilson:**  No.

**Matt Larosiere:**  No don't you have a, um, a, uh, E46 Bmw?

**Cody Wilson:**  I don't know what that is.

**Matt Larosiere:**  Huh.

**Cody Wilson:**  You for power? I don't remember.

**Matt Larosiere:**  Yes there's.

**Howard Foster:**  Is that like?

**Cody Wilson:**  Lore.

**Matt Larosiere:**  I think it's better than the one.

**Howard Foster:**  It's the one you have.

**Cody Wilson:**  Oh, that's not.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I have a Bmw.

**Cody Wilson:**  Don't you? No. An E46 even?

**Matt Larosiere:**  I don't have a Bmw.

**Cody Wilson:**  You don't have an older German car?

**Matt Larosiere:**  No.

**Cody Wilson:**  Oh, that was told you did.

**Matt Larosiere:**  Well.

**Cody Wilson:**  Something I thought we had in common.

**Matt Larosiere:**  Very dangerous.

**Cody Wilson:**  You get told too many things you'll exaggerate them online and then you'll get sued for Rico.

**Matt Larosiere:**  Oh, well we'll see how that all goes. Um.

**Cody Wilson:**  I think we will.

**Matt Larosiere:**  But so you you've you've never what car do you drive?

**Cody Wilson:**  Uh, Ford F-150.

**Matt Larosiere:**  And that's it?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  You like it?

**Cody Wilson:**  Do I like it? Yes.

**Matt Larosiere:**  Thank you. Um. So, you say you have almost no memory? Of those events in 2018 you you said you know like your memory is more formed by what the press said about it is.

**Cody Wilson:**  Yeah you you just have to. I have so little memory of of what of any of that stuff so much of it is just now

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the reaction.

**Matt Larosiere:**  Do you remember the girl right.

**Cody Wilson:**  I don't know that I could even point her out. I don't know that I know her face.

**Matt Larosiere:**  Really you know her name?

**Cody Wilson:**  I swear to God, uh, do I know her name? Gosh I don't know what the like rules are for this stuff, um. Yes I could answer that question. I know a name I don't know if it's her name.

**Matt Larosiere:**  Is it just a first name?

**Cody Wilson:**  Yeah and I don't I don't think it was ever told to me what her real name was. She gave me a name.

**Matt Larosiere:**  Okay. I don't even know the name.

**Cody Wilson:**  Thank you.

**Matt Larosiere:**  Um, so did you at some point become aware that this woman had talked to the police concerning your interaction?

**Cody Wilson:**  Yes it would have been after my indictment I think.

**Matt Larosiere:**  That was when you first became aware.

**Cody Wilson:**  That she had spoken to the police?

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  I don't know if that's when I first became aware of it. It seems to be when I knew that she had spoken that the actual police had interviewed her.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Uh-huh. Okay, um, Austin did you have any mutual friends with this person?

**Cody Wilson:**  No.

**Matt Larosiere:**  No.

**Cody Wilson:**  No.

**Matt Larosiere:**  Okay so at what point did you go to Taiwan?

**Cody Wilson:**  In this sequence of events?

**Matt Larosiere:**  No I'm asking you when.

**Cody Wilson:**  Man I don't even have the date here man. It would have been, September 2018 I think September.

**Matt Larosiere:**  Okay why were you going there?

**Cody Wilson:**  Why was I going to Taiwan? Let's see. Um, I it was a part of a progression of a series of places I was going.

**Matt Larosiere:**  Mhm. Okay is, this, a visit?

**Cody Wilson:**  Just a visit? No I needed A. There was some business I was conducting there I had a virtual. Office and I spoke to some. Suppliers.

**Matt Larosiere:**  So what on your on your, uh, when you were interrogated not interrogated when you were, um.

**Cody Wilson:**  I was.

**Matt Larosiere:**  No when you first went in right when you went through, I don't know what their version of Customs is.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  What did you tell them you were going there for?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Uh, I told them about the business stuff.

**Matt Larosiere:** Told them about you didn't tell them you were a student?

**Cody Wilson:** Not in customs no.

**Matt Larosiere:** No. Is that what you what did you put on your passport?

**Cody Wilson:** Gosh what did I put in my passport I don't know if I put anything in there. Are you saying I travel on a student visa? Are you asking me if I travel on a student visa?

**Matt Larosiere:** Nope.

**Cody Wilson:** I don't know that I put anything in my passport.

**Matt Larosiere:** Oh, the Visa yeah what? What Visa was it under?

**Cody Wilson:** Again it seems that I guess I can't recall.

**Matt Larosiere:** Can't recall.

**Cody Wilson:** It would have either been a-a-a tourist visa probably the easiest way to go to Taiwan is a tourist visa. I no longer have the the passport I don't recall.

**Matt Larosiere:** Okay, so, where'd where'd you stay when you were in Taiwan?

**Howard Foster:** Uh, objection relevance.

**Matt Larosiere:** Go ahead.

**Cody Wilson:** I-I think I see where why this might come up. Where did I stay? I stayed at a series of hotels while I was in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Taiwan.

**Matt Larosiere:**  Mhm series of hotels?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  So how long did you make these bookings for? Like 5 days a week, 2 weeks.

**Cody Wilson:**  I had an open-ended booking. I'm struggling for names of these hotels.

**Howard Foster:**  How is this relevant?

**Matt Larosiere:**  Your objection's noted.

**Howard Foster:**  How is it relevant?

**Matt Larosiere:**  Your objection's noted.

**Howard Foster:**  I know that and if it's not relevant then Howard we're getting a no speaking.

**Cody Wilson:**  You can't, judge.

**Howard Foster:**  Well, I'm allowed to, instruct the witness not to answer and bring a motion for a protective order if I believe that is the correct procedure. If you told me how it's relevant that would help.

**Matt Larosiere:**  I want you to remember this morning's, uh, testimony.

**Cody Wilson:**  I-I remember.

**Matt Larosiere:**  Okay so you should remember.

**Cody Wilson:**  What about? This morning's testimony.

**Matt Larosiere:**  He also Howard you have to stop.

**Howard Foster:**  No I don't have to stop Matthew I'm not going

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

to stop so if you can't explain to me how it's relevant we're going to be back where we were the Ash with the Ashley Madison thing, um, where?

**Matt Larosiere:**  This is a personal Deposition you can ask anything okay even if it's irrelevant.

**Howard Foster:**  No.

**Matt Larosiere:**  You can ask irrelevant things at a his Deposition this is relevant and you'll see in 2 questions why.

**Howard Foster:**  If it's not relevant I'm going to move for a protective order.

**Matt Larosiere:**  It's very relevant.

**Howard Foster:**  To block it.

**Matt Larosiere:**  It's very relevant.

**Howard Foster:**  I may do that so I want you to just tell me how it's relevant.

**Matt Larosiere:**  Howard what are the rules as far as?

**Howard Foster:**  No you tell me how it's relevant.

**Matt Larosiere:**  We ain't have to none of we don't have to I'm not going to spoil the line I'm doing because of your unsupported objection Foster Foster so just let me but can you as an officer of the Court I'm going to tell you that you will understand the relevance very shortly okay?

**Howard Foster:**  All right all right let's see it.

**Cody Wilson:**  You have to remind me the current question.

**Matt Larosiere:**  Uh, it was how long you I think you said it

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

was open-ended was that the end of your answer?

**Cody Wilson:**  The question was how long were my bookings?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  To the best of my knowledge, it's it's hard for me to say.

**Matt Larosiere:**  Mhm but earlier you said they were open-ended right?

**Cody Wilson:**  Yes I believe my first reservation was open-ended kind of like today like I had I didn't renew at the Hilton so they had all my shit my shit moved, um.

**Matt Larosiere:**  Okay that's fine. So, um, earlier you said that you voluntarily left Taiwan is that right? You remember that testimony?

**Cody Wilson:**  I surrendered.

**Matt Larosiere:**  Mhm. That's different from what you said earlier isn't it?

**Cody Wilson:**  I don't think it is the diplomatic situation in Taiwan requires us to all be very careful about what we did and didn't do what the American authorities did and didn't do and what. The Taiwanese authorities did and didn't do so. I was ushered into a situation to be told very carefully about what it was that everyone around me was doing what I had agreed to do in advance.

**Matt Larosiere:**  I'm a little confused. You said earlier you said you came back voluntarily on A.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yes no I made contact through my attorney with the Travis County Da. And made, arrangements to surrender at a certain place and time.

**Matt Larosiere:**  In Taiwan.

**Cody Wilson:**  Yes but not to American authorities?

**Matt Larosiere:**  Right yeah it's all very complicated.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Oh, okay.

**Cody Wilson:**  So I guess I'm saying this because on the to the record it looked like I was some kind of fugitive trying to flee from, you know, those pursuing me or something. That was not the scenario.

**Matt Larosiere:**  Yeah I don't know if I've said that.

**Cody Wilson:**  No no I'm only saying it for the record.

**Matt Larosiere:**  Mhm yeah no and the only reason I was asking you about this was because of the.

**Howard Foster:**  I still don't see the relevance. You said I would see it in a minute.

**Cody Wilson:**  Maybe one more question.

**Matt Larosiere:**  One more.

**Cody Wilson:**  I'm rooting for you.

**Matt Larosiere:**  No we're I'm I-I am I was impeaching him and then he fixed the earlier testimony just now.

**Howard Foster:**  So I still don't see the relevance.

**Cody Wilson:**  But I think maybe he was getting to where he

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

could impeach me.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  And then he cut me off by saying what happened.

**Howard Foster:**  But okay even though he's trying to impeach you and maybe he did the whole Taiwan thing, I don't see the relevance.

**Matt Larosiere:**  Okay so how about try this so around that.

**Howard Foster:**  You won't tell me how it's relevant to the case.

**Matt Larosiere:**  There's no one wearing a black robe in this room so us arguing relevance doesn't matter.

**Howard Foster:**  But I may bring a motion for protection.

**Matt Larosiere:**  Well, that's fine your objection's noted it's on the record.

**Howard Foster:**  I can instruct.

**Matt Larosiere:**  And you won't stop talking.

**Howard Foster:**  To not answer.

**Matt Larosiere:**  Well, he's it's answered it's done.

**Howard Foster:**  But I can instruct not to answer any more questions.

**Matt Larosiere:**  We're done about Taiwan Howard we are.

**Howard Foster:**  Yes all. Right.

**Matt Larosiere:**  He he got to the end of the story which is his coming back.

**Howard Foster:**  All right.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  And so.

**Cody Wilson:**  His homecoming.

**Matt Larosiere:**  All right that's fine so we're done with Taiwan.

**Howard Foster:**  All right.

**Matt Larosiere:**  Um, so around the same time I mean that was like was that late '18 still when you during your homecoming?

**Cody Wilson:**  I think it was September it was all like the same month.

**Matt Larosiere:**  September of '18.

**Cody Wilson:**  To the best of my.

**Matt Larosiere:**  Yeah it's okay you don't have to be exact but so around that same time you stepped down from your positions at your companies is that correct?

**Cody Wilson:**  Yes now I do remember this.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Why'd you do that?

**Cody Wilson:**  I thought it made sense to do it.

**Matt Larosiere:**  Why.

**Cody Wilson:**  Why would it make sense to do it?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Well, I figured my indictment would last quite a while and I didn't want it to interrupt or interfere with, you know, the work of my company active litigation of my company. And

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I felt at that time someone could.

**Matt Larosiere:**  Use it against you basically.

**Cody Wilson:**  Uh, I just look I have I've always been surrounded by attorneys and I asked everyone what they thought I should do and it was a careful decision. It was not like a knee-jerk decision mhm. And I guess to some degree it was about, you know, also kind of reflecting like some type of sobriety or, uh, continuity of the company for the digestion in the public press.

**Matt Larosiere:**  What what that last part sobriety and continuity of the company.

**Cody Wilson:**  Yeah yeah yeah like, uh, it makes sense for a company to, uh, make these kinds of corporate moves do a press conference, announce a resignation. You know not necessarily change the subject but kind of, make some kind of positive statement that would be carried in the press about what it intends to do how it's dealing with Foster Wilson, things like that it seemed to be, um. Intelligent.

**Matt Larosiere:**  So this was for the press?

**Cody Wilson:**  No no I mean press is certainly a factor right like you want you don't just want to do. It you need there to also be a witnessing of it being done. It was also a good decision to do it but of course like there was this firestorm of this media so the media was a consideration in those decisions.

**Matt Larosiere:**  So, we're just going to take a-a step back

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

and talk about, now now, the consequences. From your interactions with the young lady?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Um, aside from the, uh, Texas County Court complaint, uh, or whatever it was.

**Cody Wilson:**  The State of Texas?

**Matt Larosiere:**  Yeah state of Texas complaint. Are there any other that like stand out to you?

**Cody Wilson:**  The consequences?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Well manifold in fact so many it would be hard to take their measure.

**Matt Larosiere:**  Can you maybe give the like the 3 that stand out in your mind as, you know, particularly impacting?

**Cody Wilson:**  I guess the biggest one would be, you want me to make a top 3?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Ranking, uh, I guess it permanently, like when you. It will always be attached to, my name and the company I think it will always be a matter of knowledge a matter of. What's the right way to say it?

**Matt Larosiere:**  Not sure.

**Cody Wilson:**  You know it's like, uh, it's just a permanent dimension of. Gosh it's it's affected 3d guns I mean it's like this thing that kind of cast 3d guns in this more suspicious

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

direction where I had had this success beforehand of kind of representing 3d guns as. Having a different character, that's probably the number 1 biggest thing like and I hear it in the depositions in this case too like well we don't like him so much because he gives 3d printing a bad name that's probably number 1 but I think you're asking me about personal consequences.

**Matt Larosiere:**  No I just I so if that's number 1, what's number 2 the same way you're formulating in your head right now?

**Cody Wilson:**  And you say, consequences this is what we're talking about.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Well I hate to rate my own legal difficulties so highly but of course I think it biases my. You know fortunes in. The courts, and I think that's one of the more consequential things, because at least at the time it had threatened a couple major cases at least that was our perception. And I worry about the state of gun law and I didn't want to affect it negatively so I worried that on some level I-I made it easier where some cases at the margin. You know, a judge could have looked at the case and said, oh, this is that crazy criminal 3d gun guy and that would have maybe made the difference I can never know but I still worry that that's maybe the 2nd most consequential thing. There were a lot of lawsuits that we had in the immediate like year 2 years.

**Matt Larosiere:**  I remember that time, yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  A lot. Um, you want me to to list a third?

**Matt Larosiere:**  Yeah just one more yeah.

**Cody Wilson:**  Uh, I don't know I think you pay a soul tax for that kind of stuff.

**Matt Larosiere:**  What do you mean a soul tax?

**Cody Wilson:**  I think you pay A-I think you pay a price when you you pay a personal price and I guess I have to rank that highly.

**Matt Larosiere:**  So is that like is that like a reference to something a soul tax or?

**Cody Wilson:**  I mean. You see it around I've seen the words around I don't think I'm referring to anything in particular.

**Matt Larosiere:**  You mean it just hurts personally?

**Cody Wilson:**  Yeah yeah I think you, you know there are events in your life that there's before and there's after.

**Matt Larosiere:**  You know something that you keep thinking about going forward is that like soul tax?

**Cody Wilson:**  Sure whether you keep thinking about it or not but I think a soul tax is itself it implies the Karmic it implies you know it implies some kind of debt even if tax is not exactly the word, uh.

**Matt Larosiere:**  Is that you're saying it it just taxes you generally?

**Cody Wilson:**  No I'm just saying the consequence is it led to an inevitable reform of character and a kind of wilderness mental

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

wilderness at times and a total. Departure from the, philosophical aesthetic track I was on onto another one and I think I'm a different person now because of what happened and it's a huge consequence.

**Matt Larosiere:**  Do you think you're a better person?

**Cody Wilson:**  I'm not saying that.

**Matt Larosiere:**  I I'm just asking like looking back I'm not saying because of what I'm just saying do you think the whole experience?

**Cody Wilson:**  I'm not going to make value judgments I just am a different person because it happened and there are things like that in your life especially when you're young you don't understand that you become a different person.

**Matt Larosiere:**  Yeah. How old were you at the time? You're in late late twenties.

**Cody Wilson:**  Uh, 29 30.

**Matt Larosiere:**  Yeah yeah that must have been must have been just really shocking. Um, would you say it affected your relationship with your parents? <crosstalk> objection it's okay.

**Cody Wilson:**  Oh, absolutely absolutely of course of course it did.

**Matt Larosiere:**  This is just going to be a bunch of quick ones like this how is it relevant?

**Cody Wilson:**  You'll see Howard state your objection for the record.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  And also relevance is not an objection under a deposition.

**Cody Wilson:**  It is.

**Matt Larosiere:**  Look it up, uh, did this did this affect your relationship with other close family members?

**Cody Wilson:**  Uh, I think that's the same, oh, because you asked parents first.

**Matt Larosiere:**  Like siblings.

**Cody Wilson:**  I-I suspect it did I mean.

**Matt Larosiere:**  They start to like kind of push you back a little.

**Cody Wilson:**  I never felt that way but again, I always interpreted that itself as a kind of charity on their part like a hospitality you know it's you begin to be, uh, you know it's probably like experiencing. Uh, discrimination or something in America you always begin to kind of 2nd guess well why is someone behaving this way toward me? Is it that they feel this way about me that way about me you begin to 2nd guess your own interactions that's not necessarily evidence that someone's treating you differently.

**Matt Larosiere:**  Like is that part of the sales the soul tax like you might start thinking are they being nice to me because? They're wearing kid gloves or something like that.

**Cody Wilson:**  I think it is yeah I mean, I think it is.

**Matt Larosiere:**  Yeah. Um, same thing with your friends.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, we can include yeah I think we can include all those people in it.

**Matt Larosiere:**  What about your business partners?

**Cody Wilson:**  My business partner I don't know, that I have any business partners. Oh, you mean, 3rd parties that do business with me?

**Matt Larosiere:**  I don't know I'm using the term generally business partners you know people who? Ben Denio you know the people like that work closely with you in your business?

**Cody Wilson:**  I don't think it would be it's not true to have ever called Ben Denio a business partner.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Um, uh, Ben Denio is probably the exception that proves the rule. I don't think it affected things with him but he's just.

**Matt Larosiere:**  He was steadfast.

**Cody Wilson:**  I think he's one of these odd birds like the rest of us.

**Matt Larosiere:**  Right. Um, did it affect your business?

**Cody Wilson:**  I think, yes especially the media surrounding the event and like, the immediate aftermath of the event it did affect the business but as I've described, it affected it in this kind of perversely positive way.

**Matt Larosiere:**  Perversely positive how do you mean?

**Cody Wilson:**  Well, you shouldn't I think in times like that,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

it's almost an embarrassment. To be rewarded, you know and that seemed to be like the the judgment of the market like, oh, we need to get in line we need to buy this guy's product or they're trying to put this guy down.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  You know and it it's the way the internet works it's like this, uh, there's just this perversity to the Internet economics the economics of, uh. Prominence.

**Matt Larosiere:**  Mhm. So, uh, have you seen a lot of people online saying that like, what happened to you was like a setup?

**Cody Wilson:**  I used to see that.

**Matt Larosiere:**  Yeah what do you think about that? Do you think there's any truth to that?

**Cody Wilson:**  I don't know I doubt it but it's probably my own bias, because you don't want to believe you were set up you. Know what I mean?

**Matt Larosiere:**  I-I-I don't really know what you mean I-I-I would feel like. That would kind of help.

**Cody Wilson:**  Exactly but you know, we have to fight those things that help us I think. In our heart of hearts most people want to feel like they're conscious agents and that they're somehow responsible for things that happen to them in life.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And that isn't there isn't actually some opposing force that can overwhelm them and it it helps make

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

narrative sense of the things that happened to us.

**Matt Larosiere:**  Yeah that there's not some grand conspiracy against them.

**Cody Wilson:**  Yeah I want to believe and look these are the days of the American conspiracy it's pretty scary.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Uh, I still want to believe that there was no conspiracy, you know, behind what happened.

**Matt Larosiere:**  You want to believe but what do you believe in your heart of hearts?

**Cody Wilson:**  In my heart of hearts I think it's a simple story about some stuff in Texas and I think it was easily exploitable by the powers that be. The timing was exquisite.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Nevertheless I know it makes me sound like a-a stooge nevertheless I think it was mostly coincidental.

**Matt Larosiere:**  I don't think that makes you sound like a stooge but.

**Cody Wilson:**  In these times, kind of makes you sound like A. The normie.

**Matt Larosiere:**  Okay. So, did you ever look at the, um, so the complaint talks about the exit interviews with the customer do you remember that?

**Cody Wilson:**  I don't remember if the complaint talks about the exit interviews.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Specifically mentions yeah it mentions exit interviews and then Khalid and Goldhapper.

**Cody Wilson:**  Would you mind showing me this line?

**Matt Larosiere:**  Um, sure. Just to refresh your recollection.

**Cody Wilson:**  I appreciate it.

**Matt Larosiere:**  Okay graph 67 there you go.

**Cody Wilson:**  Thank you. Paragraph 67?

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Uh, I'm going to read it one more time.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Okay I've read it.

**Matt Larosiere:**  Okay. So, sorry.

**Cody Wilson:**  No, you're fine. In fact, it may be mine I don't know.

**Matt Larosiere:**  So this says interviews with former customers of of the defcad site confirmed multiple customers specifically stopped doing business with. Defcad through the site because of the Fedcad meme and related misinformation propagated by the Defendants. Um, so what are those interviews do you remember?

**Cody Wilson:**  Am I being asked if I personally remember or?

**Matt Larosiere:**  Is this there's only you've got one brain in your head man. I'm asking what's in there?

**Cody Wilson:**  I'm only asking if I'm being asked as the representative of my companies or in a personal capacity.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Just asking you what's up rattling up in there.

**Cody Wilson:** I wonder, uh, can you restate the question?

**Matt Larosiere:** Sure do you remember the so you read the the paragraph right?

**Cody Wilson:** I just read it.

**Matt Larosiere:** Yeah do you know what it it's talking about with interviews?

**Cody Wilson:** Uh, yes I suspect I do.

**Matt Larosiere:** And what are those like what are they?

**Cody Wilson:** I think it's referencing a set of exit interviews conducted over a period of time and probably communications with third-party partners it seems to be suggesting those 2.

**Matt Larosiere:** There's 2 different.

**Cody Wilson:** So there's like the.

**Matt Larosiere:** And so like the exit interviews are kind of like a you know like when you unsubscribe from an email you you can state the reasons right, um.

**Cody Wilson:** It's not it's not dissimilar to that the conditions are more narrow it's it's not like every person who unsubscribes gets an exit interview.

**Matt Larosiere:** And then the other one would be actual conversations right like the other category you're talking about?

**Cody Wilson:** Uh, I'm I'm tempted to say yes, but I don't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

mean to say by saying yes.

**Matt Larosiere:**  You think so?

**Cody Wilson:**  That the interviews are not somehow actual interviews?

**Matt Larosiere:**  Your emphasis on the word actual just I don't know for some reason it kind of raised a flag for me no it's been like a conversation back and forth.

**Cody Wilson:**  Yeah the word actual though, you know, to me is like well, the interviews are actual interviews the conversations are actual conversations.

**Matt Larosiere:**  I think I understand what you're saying. I think we can dive into that more tomorrow. Let me let me go through let me just look and see if there's anything else in my notes. I have to. Button up. Your personal, oh, um, you just said you said that it's like not everybody who's leaving gets the interview.

**Cody Wilson:**  I think I said not everybody who unsubscribes gets the interview we can read it back if you want.

**Matt Larosiere:**  So who who does get them?

**Cody Wilson:**  Uh, currently and I think for the entire life of the exit interviews you get an interview if you make the positive choice to leave. Which is itself, maybe not even the primary way people leave.

**Matt Larosiere:**  What do you mean?

**Cody Wilson:**  As I understand it right now? You have to take

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

some positive step to leave or to unsubscribe.

**Matt Larosiere:**  Right 'cause it's automatically billing right so subscription's probably the right word. Cancel.

**Cody Wilson:**  Yes I think what triggers the exit interview is like a positive action, um, that the subscriber or the defcad account holder takes.

**Matt Larosiere:**  Mhm. Okay, um, I guess could you do me a favor and, uh, in your preparation for tomorrow?

**Cody Wilson:**  That'd be a good thing to do.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  That'd be a good thing.

**Matt Larosiere:**  Know the know that a little better 'cause I'm I'm curious about how that works.

**Cody Wilson:**  I'm going to know that better for you.

**Matt Larosiere:**  Okay So so like okay this is important.

**Cody Wilson:**  Mm.

**Matt Larosiere:**  Um, and I think it's important for you right because we've got 3 businesses that are in this case.

**Cody Wilson:**  Mm.

**Matt Larosiere:**  Um, but you own more than that which are the which are the, I don't think you're gonna like this question but I'm gonna ask it anyway.

**Cody Wilson:**  Mm.

**Matt Larosiere:**  Which are the ones that drive the most revenue for you of your entities.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  For me personally.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Well the only business that pays me is Defense distributed so it would be Defense distributed.

**Matt Larosiere:**  That's it.

**Cody Wilson:**  That pays me yeah.

**Matt Larosiere:**  Yeah. You don't benefit in some other way from any of the other ones?

**Cody Wilson:**  Well hold on now.

**Matt Larosiere:**  Oh, okay no that's a bad question I take it back don't answer it, um, 'cause there's all kinds of ways you benefit I'm sure.

**Cody Wilson:**  I don't know.

**Matt Larosiere:**  Even psychically but, um.

**Cody Wilson:**  You gotta pay that tax somehow.

**Matt Larosiere:**  So the only one you. Get money or property from is Defense distributed?

**Cody Wilson:**  Um, yes I'm a payrolled employee of Defense distributed.

**Matt Larosiere:**  And how much does it pay you per year?

**Cody Wilson:**  Uh, 70000 a year.

**Matt Larosiere:**  Does it go up and down?

**Cody Wilson:**  No it's been kind of right at seventy-five or 70. For like 4 years.

**Matt Larosiere:**  That's I'd say that's fairly modest is it

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

because you, um.

**Cody Wilson:**  You'd say it's modest?

**Matt Larosiere:**  Well I mean I think you I think you could pay yourself more is that because you?

**Cody Wilson:**  I don't feel like I could pay no the payroll's too big as it is.

**Matt Larosiere:**  Okay you got a lot of payrolled employees.

**Cody Wilson:**  I just feel like the payroll itself is too large like the employees I have soak up enough of the free revenue.

**Matt Larosiere:**  That you don't want to bogart it?

**Cody Wilson:**  I don't know what that means I've heard that before.

**Matt Larosiere:**  You don't want to hog it all for yourself so to say?

**Cody Wilson:**  No, no, no it's more like you got to stay profitable.

**Matt Larosiere:**  Right.

**Cody Wilson:**  And you need you actually need work to get done it can't just be this thing with jobs for other people right and that's always the problem in this in this company, uh, people think they've signed up for activism or.

**Matt Larosiere:**  You have that a lot with your employees they're like they think they can just think really hard and.

**Cody Wilson:**  I don't know yeah I mean that's a consistent

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

theme when you hire Libertarian.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  You know.

**Matt Larosiere:**  Trust me I know.

**Cody Wilson:**  I'm sure you do.

**Howard Foster:**  Hey I only booked this till 6 tonight.

**Matt Larosiere:**  Okay well I'll be done.

**Howard Foster:**  Yeah.

**Matt Larosiere:**  I'll be done, um.

**Howard Foster:**  That's.

**Matt Larosiere:**  It's 6 now.

**Howard Foster:**  Yeah that's what I'm.

**Matt Larosiere:**  Well, let me give me just me just another 2nd. Uh, so is this you only get paid in in us currency or do you get paid in crypto from your company?

**Cody Wilson:**  That's right.

**Matt Larosiere:**  Never.

**Cody Wilson:**  Never.

**Matt Larosiere:**  Okay, um, so the only so does Defense distributed, like does it own defcad?

**Cody Wilson:**  Man that's a hard question.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I guess I can answer more confidently tomorrow.

**Matt Larosiere:**  You you so are the other. 2 I just want to make sure the ones that we're thinking about are all going to be

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

covered tomorrow.

**Cody Wilson:**  I suspect they will be I mean, the Plaintiffs.

**Matt Larosiere:**  Right right.

**Cody Wilson:**  You can elect you can elect to tell the State sometimes if a company's a related company, a closely held company or other kinds of things like this. I've asked for advice on this over the years I think I've designated it different ways.

**Matt Larosiere:**  Okay so, there's one last thing if we have, a couple more minutes there's I'm sure you've read that, um. Southern Poverty Law Center about your Bitcoin thing article right.

**Cody Wilson:**  You're saying there's an article about my Bitcoin?

**Matt Larosiere:**  Yeah Matt Southern the the title was Cody Wilson is on the lam in Taiwan with 1000000000 in Bitcoin or whatever it was.

**Cody Wilson:**  I don't think it said that I-I don't.

**Matt Larosiere:**  Or a 1000000 something like that.

**Cody Wilson:**  I don't know.

**Matt Larosiere:**  Can you show it if it's a jury?

**Howard Foster:**  That sounds like a 1000000 sounds like what they'd say.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I'm sure that no one accused me of being a-a billionaire.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah do you remember that?

**Cody Wilson:**  Only only vaguely yeah it was it probably was in a while I was in Taiwan.

**Matt Larosiere:**  Right so yeah I'll show you the article, um, and they do this, so you'll remember that one right?

**Cody Wilson:**  Can you go up have I seen it you know in general I sure this is among the kind of more high profile or memorable articles I-I have memory that this was an article at the time.

**Matt Larosiere:**  Right do you remember the things they said in there?

**Cody Wilson:**  You'll have to help me remember.

**Matt Larosiere:**  So there's this, um, the thing I'm getting to is that, these accounts.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  They've all went together in this account did that happen?

**Cody Wilson:**  Huh I don't know if I've ever seen this photo. Yeah.

**Matt Larosiere:**  Really is that an exhibit?

**Howard Foster:**  No, I'm I'm showing him the article.

**Matt Larosiere:**  You don't want to make it an exhibit?

**Howard Foster:**  We don't we don't want to waste time.

**Matt Larosiere:**  Exhibit number or.

**Cody Wilson:**  Uh, you know, I. Remember that there was like

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

an intelligence unit kind of chasing me around Splc had an intelligence unit I don't know if they have it now and I remember them.

**Matt Larosiere:** They don't have that much right now.

**Cody Wilson:** No no I-I understand they're being sued but their endowment's huge I mean I think they still have something like this, um. And I remember conversations with people about like, where you know, where are they getting this information how are they, you know, determining all this stuff? Uh, I think the problem with this characterization is that they somehow said well this this went to me I took this money the timing to them made sense but to me I always I always dismissed it because the timing doesn't actually make sense. It only makes sense if you're Splc and you want to see it as a, oh, Cody Wilson knew he'd go on the run and so in August of 2018 he embezzled a lot of money or something but I didn't know I was in trouble until. I don't know September of 2018 so the whole order doesn't make sense yeah so I got 60 what they were what they thought they were looking at is different from what was happening which was a-a fundraiser we were doing for our lawsuits. Against the state Department and all these other state attorneys general that were suing us. This I think was an unfair piece of journalism trying to motivate the state to go you know, chase me down or something like, oh, he's on the lam he's stolen a bunch of money it was a it was meant to kind of accentuate and I think I think they probably took a lot

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

of creative liberties with with what they did there so I-I can't say no I can't say yes, that that happened I don't believe that it happened the way they described it.

**Matt Larosiere:** You don't believe that it happened the way they because they're describing it as he took he took all this money to.

**Cody Wilson:** Yeah to. Me the timing doesn't make sense. I didn't listen I wasn't like, you know what I'm going to do I'm going to steal a bunch of money from my own company then I'm going to go fuck this girl and then I'm going to run away. It doesn't make any sense.

**Matt Larosiere:** I think I know what you're saying makes sense, um, that was August, um, August 16th 2018 that's when there's like. And, oh.

**Cody Wilson:** And again, this is the Splc.

**Matt Larosiere:** That would be really close to like the, uh, alleged events.

**Cody Wilson:** In fact, it it it looks it makes it look even crazier it's like, I-I just don't that is not what happened and so no it's Splc it's like come on who's. Of course Splc's gonna say some shit like that.

**Matt Larosiere:** Right but these transactions did they happened it's just not what what they say it was for.

**Cody Wilson:** I-I can't represent here that the transaction I'm looking at happened with the wallets. They're saying Patreon

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I don't recall ever having a Patreon wallet or however, they're does it I think what they've done is they did some chain analysis and in early 2018 chain analysis is not what it is today. So they associated a bunch of transactions and said well this must be his, you know, universe of Bitcoin wallets or something but that does not reflect the reality of, uh, what was going on at the time.

**Matt Larosiere:** Hm your indictment was August 15th 2018, um.

**Cody Wilson:** Right but how would I have known that?

**Matt Larosiere:** I don't know how it works in Texas, but I-I understand what you're saying.

**Cody Wilson:** I think I was pocket warranted. I mean, I didn't even know.

**Matt Larosiere:** Mm-hmm.

**Cody Wilson:** I it was in the month of September and I think the New York Times broke it to me the 1st time anybody said anything to me was a reporter from the New York Times. Hm while I'm in Taiwan I get a voicemail. Saying that, you know, Austin has had a surprise press conference and blah blah, blah did you do it? First. I'd heard of any of it.

**Matt Larosiere:** Mm-hmm hm it's interesting but so but you're saying that whatever this is most of this activity is for a fundraiser?

**Cody Wilson:** No I'm not saying that.

**Matt Larosiere:** Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I-I believe that's what they captured I believe.

**Matt Larosiere:**  Do you remember a fundraiser happening around that time?

**Cody Wilson:**  Yeah we were asking for money to fight all these states that were suing us.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  As as you feel the weight of it.

**Matt Larosiere:**  That's fine I believe you.

**Cody Wilson:**  I'm gonna turn it on you in fact, here. Here's my prime theory, about this 'cause it seems that they you know, they want to use this term consolidating. I I've heard you use it too consolidated.

**Matt Larosiere:**  I don't think you've heard me use it.

**Cody Wilson:**  You're right have I ever heard you say it? I guess you could say it and then I could say I heard you say it would you like me to?

**Matt Larosiere:**  If you want.

**Cody Wilson:**  Uh, anyway my theory about this is related to Bitcoin Cash at the time in 2018 you could take a wallet and you could reseed that wallet and you could create new tokens out of your Bitcoin tokens I believe a lot of what they sh what they actually captured here was us moving some of that Bitcoin to create the Bitcoin cash for the fundraiser they created I don't know.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  It makes it more liquid.

**Cody Wilson:**  No no no I'm simply saying we created out of nothing out of the exist but in order to do that the only way you could do it would be to move, uh, to a new wallet or like reseed the wallet or something this is all beyond you, uh, I believe that's what they captured because we were conducting a fundraiser at that time. So we created that money from our own money but it makes it look like we moved the money to somebody but that's simply just on-chain activity or again I-I highly highly. Discount the way they painted it?

**Matt Larosiere:**  Yeah there's there's certainly a bent to the article. Yeah. All right. Give me one 2nd. Hopefully I have some good news for you.

**Cody Wilson:**  For me.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I don't think I'm within my rights to conclude this.

**Matt Larosiere:**  Well, let me ask you one other question. Um, earlier today when you were at the very beginning, you were talking to Foster Dupree about, uh, you know, this this action and stuff like that and you were, um, you were talking about a settlement. So let me talk to them for 2 minutes.

**Gary De Pury:**  Yeah.

**Abdullah Khalid:**  Uh, counsel?

**Matt Larosiere:**  Yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:**  Uh, the voice the voice was gone for us and now I cannot see the deponent.

**Matt Larosiere:**  Uh, oh, oh, we blew both stuff up did hold on, oh, because he closed the laptop.

**Cody Wilson:**  This one let me.

**Matt Larosiere:**  Uh, oh.

**Cody Wilson:**  Oh, I.

**Matt Larosiere:**  You're right.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Let's see if it let me go back to well he's still sitting right there let me see if I can figure out what happened here. The usb cable this is what I'm thinking happened.

**Cody Wilson:**  Yeah I think that's right.

**Matt Larosiere:**  Talk to Alex.

**Cody Wilson:**  Talk to Alex.

**Matt Larosiere:**  Where's that coming from? You have a scheduled flight home tomorrow?

**Cody Wilson:**  Yeah I-I think I do but can you see him now? I get the sense I'll probably Miss it. Right you got a good picture now right?

**Matt Larosiere:**  And good audio. Well I wouldn't count on it now I'm not gonna count on it.

**Cody Wilson:**  I think mine's around the same time.

**Matt Larosiere:**  All right nothing further we're all done for the day for the day.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay guys we'll be back at 9 tomorrow morning.

**Matt Larosiere:**  Okay do you want to?

**Cody Wilson:**  Yeah nine's fine.

**Matt Larosiere:**  We're gonna wrap it up for the day. Do you want to start a little earlier?

**Cody Wilson:**  Hell no.

**Matt Larosiere:**  No I usually wake up at 11.

**Cody Wilson:**  Is that swings a lot?

**Matt Larosiere:**  I go to bed at 2.

**Cody Wilson:**  I didn't think you slept.

**Matt Larosiere:**  Yeah you can't?

**Cody Wilson:**  Are you able to?

**Matt Larosiere:**  No I've been looking at you no. You you'll be you know I heard you talking about starving yourself the other day.

**Cody Wilson:**  But your weight.

**Matt Larosiere:**  What really I'm saying I think you know how to modulate it's. More like that's old.

**Cody Wilson:**  Well, once this is all over, I do want to ask you how you're uh-huh, how I should look more like that.

**Matt Larosiere:**  Counsel.

**Cody Wilson:**  Right now yeah.

**Matt Larosiere:**  Go ahead.

**Cody Wilson:**  What is it don't.

**Matt Larosiere:**  Counsel.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:**  Counsel.

**Matt Larosiere:**  No but you work out.

**Cody Wilson:**  Yeah I think if you work out a little bit I think.

**Matt Larosiere:**  And you probably work out in a way that's fun which is the problem.

**Abdullah Khalid:**  Counsel this is the Digital Reporter.

**Matt Larosiere:**  Yes go ahead. Did you tell him we're off we're done.

**Abdullah Khalid:**  Before before we conclude for today, I just need to clarify a couple of spellings.

**Matt Larosiere:**  Okay go ahead.

**Cody Wilson:**  Oh, shit.

**Abdullah Khalid:**  Uh, the 1st one is Thomas Odom.

**Cody Wilson:**  I got it Cody that's good.

**Matt Larosiere:**  Odom O-d-o-m.

**Abdullah Khalid:**  Yes.

**Matt Larosiere:**  Yeah Thomas common spelling Odom, O-d-o-m.

**Cody Wilson:**  Well I'll I'll help you out.

**Abdullah Khalid:**  And there was a term used as Rico claim.

**Matt Larosiere:**  R-i-c-o Rico.

**Cody Wilson:**  Capital.

**Matt Larosiere:**  All Capital it's an acronym.

**Abdullah Khalid:**  And there's a name Erin Galloway.

**Matt Larosiere:**  What's Matt Erin Galloway?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yeah do you want to go to E-r-i-n and then, uh, double, L G-a-l-l-o-w-a-y.

**Matt Larosiere:**  Right correct yeah.

**Abdullah Khalid:**  And Foster Tyra.

**Matt Larosiere:**  T-y-r-a.

**Abdullah Khalid:**  And, uh, Jason Tyre?

**Matt Larosiere:**  I'm sorry who?

**Abdullah Khalid:**  Uh, Jason Tyre?

**Matt Larosiere:**  No Tyra same one Jason Tyra T-y-r-a.

**Abdullah Khalid:**  Oh, got it. And there was a term known as, uh, def tapped.

**Matt Larosiere:**  D-e-f-c-a-d defcad.

**Abdullah Khalid:**  C-a-t.

**Matt Larosiere:**  C-a-d, as in Delta.

**Abdullah Khalid:**  D as in Delta. Okay my apologies. And Dd Foundation is D as in doctor D as in Doctor then Foundation.

**Matt Larosiere:**  Yep.

**Abdullah Khalid:**  Okay and about the transcript orders, counsel, uh, you're gonna give it to tomorrow or should I take it from you today?

**Matt Larosiere:**  Are you gonna order on this? Uh, well we'll decide tomorrow we'll decide tomorrow.

**Abdullah Khalid:**  And, uh, are we having the same witness tomorrow?

**Matt Larosiere:**  Same witness yes same witness same same

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

everybody.

**Abdullah Khalid:** Right and, uh, the read and sign, uh, is he doing the read and sign, counsel?

**Matt Larosiere:** We didn't ask him, um, you want to ask Howard real quick?

**Cody Wilson:** Uh, just email him.

**Matt Larosiere:** I think they're gone. They they ran out.

**Cody Wilson:** Yeah.

**Matt Larosiere:** We'll we'll have to email him. They've already jumped in the car and left. Howard. Had a day.

**Abdullah Khalid:** Well, um, okay so if there's nothing else for Counsel allow me to take us off the record.

**Matt Larosiere:** Yep.

**Abdullah Khalid:** So the time is 6:15 and we are off the record.

**Matt Larosiere:** All right thank you very much.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

TRANSCRIPT INDEX

## Symbols

**'cause** 54:13, 57:18, 78:13, 149:2, 152:1, 155:9, 157:10, 157:16, 160:22, 161:11, 161:12, 196:23, 200:8, 202:19, 206:8, 208:24, 224:13, 247:2, 247:12, 248:11, 256:11

**'em** 120:12

## A

**a-a** 31:25, 39:11, 49:3, 51:9, 54:5, 74:22, 78:19, 80:16, 97:11, 130:24, 146:11, 165:13, 174:25, 185:12, 186:18, 217:14, 235:25, 243:15, 251:24, 253:19

**a-a-a** 228:17

**a-i** 46:1, 238:6

**aaron** 178:11, 179:5, 180:17

**abandon** 187:5

**abdullah** 1:6

**ability** 15:1, 147:3

**able** 3:16, 4:25, 5:11, 16:14, 29:7, 68:1, 93:10, 121:17, 121:19, 121:21, 121:22, 126:10, 129:22, 134:13, 135:5, 145:23, 259:12

**absence** 194:24

**absolute** 30:19

**absolutely** 43:8, 74:25, 168:20, 199:18, 239:20, 239:20

**absurd** 208:25, 212:11, 212:11

**abuse** 77:11, 121:8

**abusing** 114:10, 114:11

**accentuate** 253:25

**accept** 32:16, 83:25, 84:1, 85:21

**acceptable** 6:7

**accepting** 32:17, 32:24, 32:25, 33:1, 221:21

**access** 14:25, 20:3, 20:18, 20:19, 27:5, 66:20

**accomplished** 133:1

**according** 45:4, 61:24, 148:22, 166:13, 166:14

**account** 31:17, 31:21, 170:25, 171:14, 171:19, 172:1, 200:16, 201:11, 202:24, 247:6, 252:16

**accountant** 132:17, 135:4, 148:2

**accounting** 24:8, 33:21, 34:1, 137:17, 141:8, 141:10

**accounts** 138:23, 139:1, 139:5, 143:24, 252:14

**accuracy** 30:19, 93:24, 107:15, 145:8, 145:16, 145:24

**accurate** 30:19, 37:17, 38:13, 38:14, 60:2, 60:7, 61:15, 61:17, 64:22, 64:24, 64:25, 70:15, 94:12, 107:13, 135:5, 149:12, 149:13, 150:13, 150:16

**accurately** 5:1, 33:19, 126:10, 156:15

**accuse** 53:7

**accused** 53:1, 251:24

**accusing** 52:25

**acronym** 260:23

**across** 9:6, 78:25, 80:7, 96:17

**act** 82:7, 146:22, 178:19

**acting** 174:21

**action** 87:24, 89:20, 164:13, 180:10, 198:11, 247:5, 257:20

**actions** 87:15, 87:20

**active** 6:12, 6:14, 17:22, 35:3, 234:25

**activism** 249:22

**activity** 89:21, 255:22, 257:9

**actors** 186:23

**actual** 18:16, 18:22, 59:4, 59:22, 93:1, 192:24, 209:13, 217:14, 226:25, 245:23, 246:3, 246:5, 246:8, 246:9, 246:10

**actually** 45:7, 47:24, 57:4, 57:13, 73:21, 84:7, 88:6, 97:21, 125:16, 126:4, 142:2, 162:24, 167:19, 174:21, 190:12, 196:14, 196:16, 209:25, 212:13, 212:25, 224:13, 242:24, 249:19, 253:13, 256:23

**adapting** 14:1

**adderall** 214:17

**addition** 65:21

**additional** 15:21, 84:16

**address** 92:2

**addressed** 131:19

**addresses** 144:7

**adjudication** 54:6

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**adjusted**  124:4
**administer**  7:6, 7:8
**administration**  112:17, 112:20
**administrative**  194:19, 194:22
**administratively**  194:4
**administrators**  68:4
**admissions**  57:13
**admits**  172:23, 172:25
**admitted**  57:13, 57:20, 102:12, 129:6
**adopted**  27:4, 27:12
**advance**  32:8, 231:23
**advanced**  11:17, 194:11
**advantage**  28:22
**advertised**  113:7
**advice**  92:3, 92:5, 92:20, 95:5, 95:11, 95:14, 251:6
**advised**  93:23
**advocacy**  146:23
**advocates**  146:23
**aesthetic**  188:9, 188:12, 188:17, 188:25, 189:5, 189:6, 189:10, 189:11, 189:14, 189:15, 189:18, 189:22, 239:2
**aesthetics**  189:12, 189:13
**affect**  113:10, 114:15, 237:17, 240:4, 241:19, 241:22
**affected**  114:13, 115:5, 115:23, 115:25, 119:2, 236:24, 239:18, 241:14, 241:22
**affiliate**  116:16
**affirm**  2:23
**affirmation**  1:21
**afford**  20:3
**aftermath**  241:21
**afternoon**  156:1

**afterwards**  220:20
**age**  162:10, 204:6, 204:20
**agents**  242:21
**ago**  8:12, 24:16, 28:12, 34:19, 90:13, 111:6, 111:9, 111:13, 111:13, 123:9, 123:9, 157:3, 157:4, 205:3, 205:4
**agree**  10:10, 10:12, 10:15, 18:18, 26:3, 26:5, 26:6, 26:21, 27:8, 28:15, 41:15, 42:13, 44:5, 44:8, 45:2, 54:23, 54:24, 54:25, 59:25, 60:6, 65:25, 78:21, 78:22, 78:25, 98:18, 113:9, 121:20, 121:24, 132:2, 135:14, 146:3, 163:11, 163:12, 192:3, 194:14, 195:13, 198:5, 199:20
**agreed**  50:17, 231:22
**agreeing**  155:17, 211:5, 211:6, 211:7, 221:16, 221:19
**agreement**  4:14, 43:22, 43:23, 55:6, 74:4, 74:17, 74:23, 116:21
**agreements**  74:20
**ah**  34:14, 198:10, 210:7, 223:22
**ahead**  3:9, 10:22, 35:11, 36:7, 36:19, 50:2, 50:8, 57:17, 61:19, 80:18, 80:19, 92:24, 95:2, 95:2, 95:3, 96:4, 97:24, 103:13, 104:6, 130:21, 136:9,

137:23, 137:23, 168:25, 180:1, 207:11, 209:21, 213:19, 217:19, 228:23, 259:23, 260:8, 260:12
**ai**  146:7
**air**  52:7
**al**  1:4
**alec**  1:5, 1:18, 83:16, 169:16, 171:2, 218:9, 218:13, 218:21, 219:1, 219:3, 219:11, 219:13, 220:5
**alex**  183:11, 185:2, 222:20, 258:14, 258:15
**alexander**  1:15
**alexis**  26:16
**allegation**  51:7, 104:14, 104:15, 171:21
**allege**  98:24, 106:18
**alleged**  49:4, 49:6, 51:10, 254:17
**allegedly**  51:5
**alleging**  99:2
**alleviate**  217:3
**allow**  5:3, 135:9, 262:12
**allowed**  41:7, 41:8, 42:7, 49:10, 49:14, 60:16, 60:19, 93:23, 94:3, 171:11, 229:15
**allows**  185:16
**almost**  14:25, 30:4, 30:4, 40:11, 94:10, 109:17, 120:23, 122:11, 160:20, 165:11, 167:9, 179:2, 205:3, 225:21, 242:1
**alone**  160:11, 197:2
**along**  28:4, 75:17, 196:7, 218:14
**already**  43:1, 43:5,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

43:5, 49:23, 58:11, 89:3, 97:15, 106:19, 110:24, 111:18, 111:20, 150:19, 153:16, 173:4, 204:16, 262:10

**alright**  67:5, 69:10, 70:10

**also**  3:21, 5:8, 7:18, 7:19, 18:2, 26:19, 35:12, 45:15, 46:16, 54:16, 67:22, 67:23, 80:12, 99:7, 152:13, 154:2, 154:13, 163:18, 168:7, 189:12, 189:14, 196:20, 199:14, 217:8, 221:5, 221:9, 229:24, 235:7, 235:22, 235:22, 240:1

**alter**  106:9, 107:4

**altered**  102:13, 102:13, 102:18, 103:11, 103:14, 103:15, 106:5, 106:11

**alternative**  151:12

**although**  11:21, 76:12

**always**  14:25, 235:3, 236:19, 236:20, 240:12, 240:16, 249:21, 253:12, 253:12

**ambiguous**  194:19

**amendment**  195:6, 197:9, 197:21

**america**  32:8, 240:16

**american**  31:10, 231:19, 232:5, 243:5

**among**  20:2, 157:14, 252:7

**amongst**  73:14

**amount**  49:5, 150:20

**analog**  29:12, 108:18

**analogize**  159:3

**analogy**  150:4, 150:8

**analysis**  36:20, 65:23, 151:22, 154:12, 154:13, 154:16, 157:2, 255:2, 255:3

**analyze**  119:21, 119:23, 120:8, 135:10, 135:13, 154:5

**analyzed**  119:25, 120:1

**announce**  235:14

**annoying**  173:9

**annual**  14:20, 23:25, 24:3, 156:21

**annually**  14:17, 14:21, 23:25, 24:4

**another**  11:24, 87:3, 102:19, 107:3, 130:24, 155:22, 162:4, 175:18, 179:23, 182:10, 190:11, 199:6, 199:15, 239:2, 250:13

**answer**  10:3, 11:19, 14:6, 14:12, 16:14, 17:13, 21:20, 24:4, 32:18, 32:22, 37:18, 40:13, 41:18, 49:19, 50:9, 58:2, 61:19, 63:11, 67:20, 69:3, 69:24, 70:11, 70:12, 70:15, 75:13, 75:19, 76:23, 76:25, 81:15, 82:5, 85:19, 91:24, 92:8, 92:11, 92:12, 92:18, 92:21, 93:18, 96:5, 97:1, 103:13, 104:6, 111:12, 112:14, 123:25, 124:17, 124:20, 133:9, 138:12, 139:5, 142:17, 148:10, 148:16, 148:17,

148:25, 152:24, 153:1, 156:15, 170:17, 175:19, 181:16, 181:18, 186:4, 224:3, 226:8, 229:16, 231:1, 233:17, 233:19, 248:11, 250:23

**answered**  45:6, 58:12, 95:6, 106:19, 111:5, 111:9, 111:15, 121:23, 123:7, 123:9, 123:23, 129:1, 136:7, 136:9, 136:16, 136:19, 149:4, 195:22, 222:7, 233:18

**answering**  84:18, 84:19, 124:5, 152:24, 153:6, 160:16

**answers**  5:10, 6:6, 32:20, 58:9, 82:21, 93:13, 102:16, 102:17, 153:16, 167:23, 174:15

**anti-gun**  197:7

**anti-gunners**  168:3

**anticipate**  5:7

**anxiety**  113:7

**anybody**  79:5, 87:15, 105:1, 109:16, 187:9, 255:16

**anymore**  202:4

**anyone**  103:14, 124:12, 166:10, 224:6

**anything**  7:3, 21:11, 21:18, 21:21, 22:15, 22:16, 29:7, 31:12, 32:25, 37:9, 37:13, 37:21, 38:17, 41:19, 43:21, 57:7, 64:17, 71:18, 72:16, 80:5, 81:22, 81:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

81:23, 95:13, 103:24, 110:19, 124:7, 124:11, 125:3, 125:22, 126:23, 126:25, 131:13, 137:8, 137:18, 145:2, 146:17, 147:1, 147:2, 153:19, 158:20, 161:2, 165:17, 192:11, 206:9, 207:8, 218:25, 228:8, 228:11, 230:5, 238:12, 246:13, 255:17

**anything's** 112:12

**anyway** 5:4, 37:18, 39:24, 74:5, 87:3, 160:23, 161:12, 161:24, 168:25, 193:8, 200:8, 221:13, 222:9, 247:22, 256:19

**anywhere** 147:1

**apologies** 261:15

**apparently** 56:14, 219:24

**appeal** 21:9

**appeals** 84:16

**appear** 202:13

**application** 8:7, 17:10, 28:24, 28:25, 67:23

**applied** 44:14, 44:17, 156:20

**appreciate** 53:2, 167:23, 169:5, 176:9, 200:7, 244:5

**approach** 155:12

**appropriate** 53:2, 189:4

**approval** 18:22

**approve** 18:21

**approved** 70:17

**apropos** 208:18, 211:12

**arbitrarily** 146:20

**area** 148:1

**argue** 189:20, 196:6,

196:6

**arguing** 192:15, 233:11

**argument** 33:14

**arms** 9:15, 9:17

**army** 133:24, 134:4, 134:8, 134:23

**around** 12:4, 14:15, 34:22, 54:15, 91:2, 98:25, 99:3, 99:7, 106:21, 160:1, 182:9, 193:24, 196:2, 196:21, 197:15, 198:1, 205:21, 205:22, 205:24, 209:19, 209:21, 213:4, 213:12, 215:16, 231:22, 233:7, 234:6, 234:13, 238:11, 238:12, 253:1, 256:4, 258:23

**arrangements** 232:2

**arrest** 119:9, 119:11, 132:22

**arrested** 51:19, 51:25, 52:10, 52:13, 53:16, 53:21, 119:11

**art** 189:9

**article** 147:1, 251:10, 251:12, 252:4, 252:8, 252:21, 257:12

**articles** 252:8

**ash** 230:2

**ashley** 230:2

**aside** 135:20, 192:23, 203:15, 236:4

**ask** 5:3, 16:4, 17:4, 17:7, 35:10, 35:12, 39:6, 48:7, 50:10, 53:22, 61:5, 61:6, 61:7, 62:18, 66:3, 68:19, 69:5, 76:19, 81:8, 84:22, 94:21, 101:24, 103:22, 104:18, 111:14,

113:18, 122:6, 133:20, 136:24, 136:24, 137:23, 141:21, 142:23, 143:2, 143:3, 143:4, 143:4, 144:9, 148:18, 152:15, 160:5, 168:25, 177:9, 182:10, 210:14, 219:9, 230:4, 230:7, 247:22, 257:18, 259:19, 262:4, 262:4

**asked** 3:9, 8:12, 38:1, 39:4, 39:7, 39:15, 40:17, 45:6, 53:15, 54:9, 54:13, 58:12, 58:12, 64:8, 76:9, 76:11, 79:2, 111:15, 121:23, 123:7, 123:8, 123:23, 136:8, 136:16, 136:18, 145:14, 145:16, 173:13, 177:19, 184:10, 184:21, 201:5, 204:20, 222:6, 224:5, 235:4, 240:7, 244:21, 244:24, 251:6

**asking** 5:7, 7:3, 31:24, 40:11, 40:11, 55:10, 57:18, 58:6, 59:12, 59:13, 62:20, 69:1, 79:12, 79:12, 81:3, 95:9, 95:13, 95:13, 95:14, 99:11, 99:14, 101:10, 101:11, 101:18, 103:23, 103:23, 104:10, 105:19, 111:2, 112:9, 112:13, 127:4, 130:14, 131:16, 135:22, 136:1, 138:6,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

141:23, 147:11, 151:7, 151:25, 152:2, 152:8, 152:9, 152:19, 152:20, 154:13, 155:6, 155:7, 164:18, 182:5, 182:20, 192:17, 202:9, 218:13, 219:22, 220:18, 223:1, 223:20, 224:11, 227:8, 228:9, 232:15, 237:6, 239:7, 244:23, 244:24, 245:1, 256:5

**ass** 143:12, 214:7
**assert** 121:8
**assessment** 64:22, 64:25
**assigned** 88:6
**assistance** 90:25
**associate** 116:15, 171:19
**associated** 80:15, 195:5, 255:4
**associations** 178:18
**assume** 61:21, 123:25, 144:17, 144:17, 151:14, 179:11, 179:12, 179:14, 206:14, 207:24
**assumed** 138:14
**assuming** 60:24, 101:12, 101:18, 138:12
**assumption** 118:4, 150:15
**assumptions** 111:2, 135:14, 135:19, 135:23
**athletic** 151:1
**attached** 236:19
**attachment** 217:15, 217:16
**attempt** 169:14
**attempted** 113:12, 169:12
**attend** 4:12, 134:11, 134:13
**attended** 129:2

**attendees** 3:3
**attention** 113:6, 125:9
**attenuated** 57:8, 113:1
**attorney** 72:8, 85:2, 86:2, 87:24, 91:3, 91:4, 95:13, 95:14, 96:25, 97:20, 98:9, 100:4, 102:20, 130:25, 131:21, 135:4, 148:2, 152:1, 174:22, 174:24, 175:2, 177:25, 178:3, 178:5, 179:11, 189:4, 193:5, 193:19, 193:22, 196:8, 197:16, 232:1
**attorney-client** 91:20, 95:10, 152:12
**attorney's** 131:12
**attorneys** 88:2, 88:3, 97:23, 98:4, 98:12, 193:25, 235:4, 253:21
**attributed** 169:9
**attuned** 133:12
**audio** 258:21
**audit** 136:25
**august** 253:15, 254:13, 254:13, 255:8
**austin** 227:1, 255:18
**author** 129:6, 129:8, 129:8, 129:10
**authorities** 231:19, 231:20, 232:5
**authority** 42:2, 42:4
**authorize** 33:23
**authorship** 129:19, 184:19
**automate** 157:4
**automatic** 28:3
**automatically** 247:2
**available** 17:1, 24:7, 67:24, 67:25
**average** 26:10, 26:15,

105:1
**avoid** 201:8
**avoided** 198:8
**aware** 41:1, 41:4, 42:2, 45:16, 45:17, 57:5, 60:10, 60:12, 96:19, 103:7, 128:12, 128:20, 128:23, 128:25, 129:6, 129:14, 152:18, 226:15, 226:20, 226:24
**away** 143:12, 220:24, 254:10
**awesome** 216:6
**awful** 198:7
**awkward** 173:7

## B

**baby** 195:19
**back** 19:7, 19:7, 23:17, 25:1, 29:20, 30:14, 35:11, 40:25, 51:19, 51:21, 51:23, 51:24, 52:5, 52:6, 52:8, 62:13, 65:23, 66:18, 75:7, 77:19, 78:11, 80:25, 81:2, 91:12, 92:8, 92:12, 92:14, 93:15, 102:12, 105:23, 106:15, 106:17, 106:22, 116:25, 132:25, 134:12, 149:3, 150:4, 158:14, 161:17, 162:24, 173:12, 177:15, 177:20, 181:7, 194:13, 195:23, 202:10, 203:23, 205:15, 209:21, 216:12, 219:14, 220:8, 230:2, 231:25, 233:24, 235:25, 239:7, 240:10, 246:7,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

246:18, 248:11, 258:10, 259:1
**backseat** 174:23, 174:25, 175:3, 175:6
**backwards** 119:16
**bad** 130:1, 165:25, 166:1, 167:8, 167:13, 167:16, 168:10, 186:7, 197:2, 197:5, 200:3, 237:5, 248:10
**bag** 115:13
**bake** 108:16, 108:25
**baking** 109:18
**ballpark** 32:21, 38:10
**bank** 31:17, 31:21, 32:1, 108:3, 108:4, 108:7, 108:9, 108:10, 110:23, 111:2, 111:8, 132:17, 136:3, 136:5, 137:1, 138:7, 143:24, 144:25, 147:8, 148:6, 148:7, 148:15, 148:18, 160:4, 223:23, 223:23
**base** 16:8
**based** 15:21, 36:21, 38:24, 39:1, 40:19, 65:1, 65:6, 65:9, 107:9, 107:12, 135:4, 148:1, 159:22
**bases** 131:15, 131:18
**basic** 156:24, 157:2
**basically** 8:19, 82:23, 163:24, 193:10, 193:19, 199:21, 235:2
**basis** 23:25, 49:16, 121:13, 121:18, 136:9, 146:24, 156:20, 156:21, 176:22
**bear** 9:15, 9:17
**beating** 136:22
**beautiful** 182:14,

182:15
**became** 11:24, 226:20, 226:23
**become** 21:7, 27:12, 37:24, 79:16, 226:15, 239:13
**becomes** 103:9
**bed** 259:9
**beetle** 189:16
**beforehand** 237:1
**began** 32:23, 32:24, 33:1, 34:23, 99:2
**begin** 182:24, 207:25, 240:14, 240:16, 240:18
**beginning** 31:6, 32:23, 72:15, 178:15, 202:22, 257:19
**begins** 11:14, 11:15
**behalf** 79:5, 178:19
**behaving** 240:17
**behavior** 166:14, 186:15, 186:16
**behind** 15:17, 56:6, 97:17, 105:18, 173:5, 243:8
**belief** 150:13
**believable** 59:17
**believe** 4:9, 4:11, 7:11, 9:11, 10:6, 22:1, 22:12, 22:21, 30:8, 30:10, 30:25, 34:14, 35:8, 36:2, 36:21, 37:25, 38:1, 38:19, 40:6, 44:14, 46:18, 46:18, 47:12, 47:13, 47:14, 47:14, 47:18, 47:25, 53:24, 55:17, 55:18, 55:19, 59:18, 59:20, 60:4, 64:21, 64:24, 65:20, 66:1, 66:5, 66:7, 67:11, 67:24, 68:22, 69:10, 70:3, 70:14, 70:21,

70:22, 81:22, 82:15, 82:18, 82:19, 83:19, 83:22, 84:20, 85:19, 86:3, 89:12, 89:20, 95:7, 95:16, 95:22, 95:23, 95:25, 100:1, 100:4, 100:16, 100:19, 103:14, 104:10, 112:21, 119:25, 120:1, 120:10, 121:4, 121:12, 121:13, 122:1, 122:24, 126:17, 127:7, 129:18, 139:6, 139:25, 140:1, 140:18, 143:17, 144:13, 144:22, 145:20, 159:22, 159:24, 164:1, 164:5, 171:1, 171:4, 177:13, 178:8, 178:25, 180:17, 180:19, 180:22, 183:13, 192:20, 192:21, 193:7, 200:22, 200:24, 204:18, 222:15, 229:17, 231:8, 242:15, 243:4, 243:7, 243:9, 243:9, 254:2, 254:4, 256:1, 256:2, 256:9, 256:22, 257:5
**believed** 97:14, 203:18
**believes** 82:20
**bell** 194:7
**ben** 241:8, 241:11, 241:13
**benefit** 71:19, 107:10, 248:7, 248:12
**benefited** 5:5, 119:17
**benefiting** 79:5
**benefits** 5:4

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**bent** 166:8, 257:11
**besides** 133:1
**best** 28:18, 28:19, 28:20, 84:20, 121:25, 169:8, 172:11, 182:6, 182:19, 184:12, 184:13, 184:13, 184:15, 184:16, 185:10, 188:23, 195:11, 217:13, 231:4, 234:11
**beta** 20:20
**better** 16:21, 20:21, 27:12, 85:15, 119:15, 137:15, 191:23, 213:1, 224:23, 239:5, 247:12, 247:14
**beyond** 6:24, 8:23, 17:14, 114:8, 133:9, 171:24, 210:25, 211:2, 257:5
**bias** 40:22, 44:2, 44:5, 242:15
**biases** 237:13
**bid** 168:15
**biden** 112:6, 112:17, 112:20, 113:2
**big** 4:24, 136:23, 166:19, 168:13, 181:16, 181:18, 191:21, 191:21, 192:2, 192:24, 193:1, 249:6
**biggest** 4:24, 10:24, 236:15, 237:3
**bill** 38:2, 128:25
**billet** 11:21
**billing** 247:2
**billionaire** 251:25
**bills** 160:10
**binding** 78:10
**birds** 241:17
**bit** 21:23, 29:21, 32:6, 35:11, 39:11, 98:24, 105:1, 167:10, 167:10, 199:3, 217:23, 260:3

**bitcoin** 32:17, 33:1, 33:6, 33:7, 33:10, 33:11, 33:16, 33:19, 251:10, 251:13, 251:15, 255:5, 256:20, 256:22, 256:23, 256:24
**bizarre** 188:7, 188:8
**black** 233:10
**blackmail** 169:13
**blah** 146:23, 146:23, 146:23, 255:19, 255:19, 255:19
**blend** 193:9
**blew** 130:10, 258:3
**blip** 125:8
**block** 230:12
**blockchain** 33:14, 137:15, 137:16, 140:22
**blow** 104:24
**blows** 94:25, 142:4
**blue** 206:21, 207:18, 207:20, 207:24, 207:24, 208:3
**blunted** 178:2
**bmw** 224:16, 225:1, 225:3
**body** 146:7, 146:11, 146:14
**bogart** 249:11
**bogus** 165:10
**boil** 117:13
**boogeyman** 197:13
**book** 19:20, 96:6, 96:15, 96:19, 97:4
**booked** 143:13, 250:6
**booking** 229:6
**bookings** 229:4, 231:2
**bookkeeper** 61:8, 61:9, 62:24, 63:4, 64:14, 145:3
**bookkeeper's** 34:8
**bookkeepers** 64:18, 64:19
**bookkeeping** 59:4
**books** 29:23, 34:5, 34:7, 34:17, 34:23, 35:5, 35:9, 36:24

**bored** 214:21
**boston** 105:2
**bottle** 86:20, 87:2
**bottom** 50:13
**boy** 162:6
**bracket** 83:1, 83:3
**bracketed** 200:1
**brain** 105:14, 244:22
**breach** 75:25, 76:3, 76:6, 92:1, 95:13, 152:1
**break** 18:25, 39:10, 40:24, 42:3, 44:2, 80:19, 87:2, 102:3, 102:11, 161:12, 161:24, 215:5, 215:7, 216:5
**breaks** 41:2, 42:18, 102:2, 102:2, 216:23, 217:1, 217:2, 217:9
**brief** 4:21
**briefed** 104:11
**bring** 19:7, 49:15, 49:17, 50:1, 87:24, 89:2, 89:14, 89:17, 89:19, 97:19, 97:21, 122:21, 135:3, 156:25, 194:23, 229:16, 233:12
**bringing** 98:6
**brings** 106:17
**broader** 163:17
**brock** 190:25, 193:17, 193:17
**broke** 255:16
**brought** 23:12, 65:5, 65:20, 78:14, 86:12, 86:16, 88:9, 88:20, 89:4, 89:6, 89:18, 89:22, 90:6, 192:21
**bubbling** 97:15
**build** 8:5
**building** 63:15, 63:16
**buildings** 144:6, 144:7

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**bulk** 119:4, 119:6
**bully** 198:17, 198:17, 199:1
**bunch** 36:16, 84:6, 131:15, 136:24, 155:2, 178:4, 239:22, 253:24, 254:9, 255:4
**burden** 168:9
**business** 10:20, 10:25, 13:22, 14:1, 14:3, 14:11, 14:13, 24:23, 27:18, 28:12, 31:4, 31:20, 45:12, 69:11, 70:19, 89:19, 89:23, 90:1, 90:3, 90:5, 111:14, 112:1, 112:4, 112:14, 112:18, 113:3, 114:15, 114:16, 116:3, 119:5, 119:13, 119:20, 120:2, 123:18, 123:20, 123:21, 131:21, 135:11, 135:23, 143:22, 144:8, 150:18, 157:13, 157:21, 157:22, 159:4, 159:4, 159:23, 160:1, 167:8, 167:8, 187:7, 187:7, 187:8, 187:9, 208:25, 212:12, 218:19, 227:16, 228:1, 241:3, 241:4, 241:5, 241:5, 241:8, 241:9, 241:11, 241:19, 241:22, 244:17, 248:3
**businesses** 31:8, 111:25, 143:18, 143:21, 143:23, 158:11, 247:18
**businessman** 158:10
**busy** 153:22
**butchers** 39:17

**butt** 161:13
**button** 18:17, 86:23, 86:25, 87:1, 94:22, 137:24, 246:14
**buy** 19:23, 31:25, 64:16, 242:3
**buying** 113:5
**buzzing** 130:4

---

## C

**c-a-d** 261:14
**c-a-t** 261:13
**c-dubs** 213:9
**c-o-d-y** 3:11
**c-o-d-y-w-i-l-s-o-n** 2:8
**cable** 258:12
**cad** 118:18
**cake** 108:11, 108:23, 109:1, 109:3, 109:5, 109:6, 109:10, 109:14, 109:18, 150:5
**calculate** 144:16
**calendar** 54:18
**california** 12:4, 12:6, 12:8, 12:13, 12:15, 13:9, 13:10, 22:12, 22:13, 22:14, 190:21
**california's** 12:21
**call** 6:6, 13:20, 18:1, 18:2, 44:9, 44:10, 57:2, 61:16, 102:19, 109:5, 132:20, 148:17, 155:19, 178:10, 198:11, 200:6
**called** 5:15, 5:16, 5:20, 6:3, 6:9, 7:24, 11:4, 11:5, 11:24, 45:23, 56:18, 126:23, 149:21, 149:23, 178:10, 196:22, 202:11, 241:11
**calling** 17:14

**calls** 148:15, 201:23
**cam** 86:20
**came** 25:3, 44:6, 46:6, 96:13, 102:12, 106:22, 107:1, 117:9, 120:5, 120:5, 134:10, 204:17, 231:25
**camera** 2:6, 2:12, 129:4
**cameras** 129:24
**campaign** 191:21, 198:14, 198:14
**cancel** 247:3
**cannot** 41:6, 42:3, 42:11, 258:2
**canon** 168:3
**capacity** 168:24, 244:25
**capital** 1:14, 260:22, 260:23
**captured** 256:1, 256:23, 257:6
**car** 32:1, 223:7, 223:9, 223:15, 223:18, 223:19, 223:22, 223:24, 224:2, 224:13, 225:4, 225:14, 262:10
**card** 33:22
**cards** 31:11
**care** 84:1, 130:14, 130:18
**careful** 197:7, 231:18, 235:5
**carefully** 231:21
**cares** 194:22
**carried** 235:16
**carry** 122:24, 168:8
**case** 1:4, 1:5, 4:1, 4:4, 4:8, 17:18, 21:7, 21:7, 21:8, 21:9, 21:12, 21:13, 21:14, 22:2, 22:17, 23:15, 38:20, 39:8, 41:5, 41:14, 41:16, 42:15, 42:22, 42:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

43:2, 54:10, 59:5, 59:11, 67:1, 70:22, 74:14, 74:17, 81:10, 84:17, 86:17, 87:5, 87:6, 87:7, 87:18, 88:6, 88:7, 88:9, 88:14, 88:18, 88:19, 88:22, 88:23, 88:24, 88:25, 89:2, 89:4, 89:4, 89:5, 89:6, 89:17, 97:20, 97:21, 98:10, 116:5, 116:14, 119:2, 127:7, 127:11, 131:1, 170:19, 172:13, 174:1, 179:22, 180:4, 181:7, 182:19, 185:10, 187:19, 192:18, 192:20, 194:3, 194:3, 194:8, 194:8, 194:10, 194:13, 194:17, 195:1, 195:15, 195:21, 195:23, 196:2, 196:4, 197:15, 200:12, 205:10, 205:11, 212:17, 212:20, 218:18, 218:21, 233:9, 237:4, 237:19, 247:18

**cases** 18:17, 23:12, 172:22, 193:5, 193:10, 195:6, 197:9, 208:3, 237:16, 237:18

**cash** 32:8, 32:9, 142:23, 143:3, 143:5, 143:7, 256:20, 256:24

**cast** 236:25

**cat** 12:13

**categories** 15:20

**categorizations** 15:21

**category** 245:24

**cater** 29:1

**causation** 45:16, 60:10, 131:15, 131:19, 133:5, 146:8, 147:14

**cause** 89:19, 112:23, 112:25

**caution** 53:7

**cell** 26:1

**censorship** 115:10

**center** 185:21, 185:23, 251:10

**centerpiece** 78:20

**central** 172:17

**certain** 4:22, 4:23, 15:17, 15:17, 20:18, 75:15, 90:16, 113:7, 150:20, 167:7, 167:8, 189:17, 232:3

**certainly** 7:9, 12:3, 13:8, 50:6, 50:8, 61:3, 149:4, 154:23, 176:21, 207:5, 211:7, 223:19, 235:20, 257:11

**certification** 208:5

**certified** 120:11

**certify** 94:22

**chad** 34:8, 62:6, 148:18

**chain** 51:9, 255:2, 255:3

**change** 12:15, 68:6, 102:14, 235:15

**changed** 27:17, 102:17, 106:4

**changes** 17:22, 24:7, 24:11, 113:10, 113:13, 115:21

**changing** 101:17

**channel** 115:11

**chapters** 14:19

**character** 237:2, 238:25

**characterization** 178:2, 253:10

**charge** 53:15

**charged** 53:19, 53:20, 59:19

**charges** 218:13

**charity** 240:13

**chase** 253:23

**chasing** 253:1

**chat** 183:6, 183:6, 218:8

**cheating** 77:6

**check** 38:3, 38:5, 193:2, 193:3, 206:13, 207:23

**checked** 9:5

**checks** 4:16, 36:4

**cheeky** 69:24

**chick** 222:17

**chief** 7:2

**child** 46:25, 47:6, 47:11, 47:12, 47:16, 48:1, 48:4, 48:12, 48:13, 48:18, 49:5, 49:24

**children** 215:22

**chill** 93:8

**choice** 168:16, 246:22

**churn** 156:6, 156:7, 156:7, 156:13, 156:19, 156:22, 157:9, 157:13, 157:21, 158:25, 159:4, 159:9

**cigarette** 214:17

**circle** 35:11, 203:10

**circuit** 21:9, 21:10, 190:24, 193:8, 193:9, 193:21, 194:9, 194:9, 194:12, 197:15

**circulates** 71:10

**circumspect** 187:12

**circus** 186:23

**cite** 190:20

**claim** 82:24, 82:24, 84:25, 85:1, 85:2, 85:3, 85:6, 85:8, 86:11, 86:15, 86:15, 86:16, 90:20, 90:23, 90:25, 91:5, 91:18, 92:3, 92:6, 92:21, 95:6, 95:17, 96:1, 96:14, 98:6, 98:7,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

163:15, 163:16, 163:20, 163:22, 164:1, 165:1, 165:11, 165:12, 165:12, 165:24, 166:2, 166:2, 167:4, 167:5, 167:6, 167:11, 167:14, 189:6, 189:9, 198:9, 198:10, 260:20

**claimed** 168:5, 184:19

**claiming** 129:19

**claims** 85:11, 86:17, 87:5, 87:8, 87:10, 87:12, 87:15, 87:22, 88:19, 88:21, 88:22, 89:6, 116:16, 163:11, 163:12, 163:21, 164:12, 164:12, 168:2, 181:25, 190:8

**clarify** 49:23, 260:11

**clarity** 66:14

**clark** 1:19

**classes** 131:21

**classic** 208:22, 208:23

**cleaning** 214:7

**clear** 5:10, 14:24, 42:1, 46:7, 104:21, 173:8

**cleared** 54:4

**clearly** 32:1, 72:7, 102:18, 117:3, 123:7, 133:1, 136:16, 150:10, 160:7, 164:15, 169:24, 188:1, 200:2

**clicking** 18:17

**client** 41:2, 49:25, 50:1, 50:2, 50:4, 122:21, 142:8, 157:16, 205:15, 205:21, 207:5, 207:6, 210:18, 210:19, 221:24

**clients** 53:1, 73:7

**cliff** 183:11

**clinton** 52:23

**close** 2:15, 173:18, 173:19, 240:5, 254:16

**closed** 81:2, 258:4

**closely** 241:9, 251:5

**club** 114:6

**cms** 67:23

**cn** 114:20

**cnc** 11:1, 11:3, 11:5, 11:5, 25:13, 25:15, 25:18, 25:19, 26:3, 26:20, 27:7, 28:17, 28:18, 31:25, 119:8

**cncs** 25:20, 28:13, 114:20

**coach** 41:6, 41:8

**coalition** 78:3, 78:7

**coast** 6:3, 11:25, 12:1, 29:13

**coca-cola** 214:18

**cody** 1:3, 2:7, 3:11, 69:6, 180:7, 251:14, 253:14, 260:15

**coffee** 27:9, 27:14, 27:17, 27:21, 28:2, 28:3, 29:11, 29:12, 29:14, 75:9, 214:9, 214:10, 214:11, 214:15

**coincidental** 243:16

**coined** 128:8

**cold** 173:7

**collecting** 70:19

**colonel** 134:22

**column** 192:1

**columns** 198:22, 198:24

**com** 171:18

**come** 36:20, 50:16, 80:7, 96:17, 106:22, 107:5, 121:21, 121:22, 131:9, 131:14, 132:24, 133:2, 134:10, 135:10, 156:3, 156:5,

204:6, 221:11, 228:24, 254:20

**comes** 19:16, 23:18, 29:21, 30:6, 30:24, 54:21, 54:24, 77:24, 102:25, 103:1

**coming** 193:19, 216:21, 233:24, 258:16

**commentary** 123:25, 164:6, 209:7

**comments** 74:24

**commerce** 90:5

**commercial** 52:7, 164:7, 165:14, 165:16, 165:22, 167:3, 167:5, 167:6, 167:17

**commercially** 183:10

**commingled** 144:9, 144:11

**common** 35:19, 35:23, 52:17, 65:19, 71:11, 80:7, 225:8, 260:18

**commonly** 23:5, 23:6, 23:6, 91:16

**communicate** 186:25, 187:5

**communicated** 124:22, 152:23, 153:2, 161:5

**communication** 62:10, 62:12, 63:7, 64:15, 171:15, 180:6

**communications** 63:22, 95:10, 171:13, 173:2, 175:13, 175:17, 175:24, 176:2, 178:13, 206:2, 206:18, 209:22, 245:13

**companies** 3:12, 5:13, 6:8, 6:12, 6:15, 6:18, 6:18, 32:18, 33:18, 33:21, 34:25, 35:1, 35:2, 35:3, 35:4, 35:9, 85:3, 85:8, 88:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

234:14, 244:25
**companion** 115:21
**company** 5:15, 5:16, 5:17, 5:17, 6:3, 6:6, 7:7, 7:13, 7:15, 9:19, 9:25, 10:1, 16:15, 23:9, 24:13, 24:17, 32:19, 33:3, 36:1, 36:3, 47:18, 47:19, 58:11, 69:25, 79:4, 79:5, 97:18, 125:4, 125:17, 158:12, 161:25, 187:10, 234:25, 234:25, 235:8, 235:11, 235:13, 236:19, 249:21, 250:15, 251:5, 251:6, 254:9
**company's** 64:22, 118:14, 251:5
**compare** 96:13, 115:16
**compared** 104:25, 109:12, 200:1
**competent** 44:25, 45:9
**competently** 44:23, 66:2
**competition** 25:9, 28:14
**competitive** 28:22
**competitor** 28:25
**compilation** 126:7, 126:8
**complaint** 68:24, 69:1, 69:2, 99:7, 170:17, 175:19, 236:5, 236:7, 243:22, 243:24
**complete** 77:23, 85:20
**completely** 61:17, 130:23, 188:20, 221:22, 221:25
**complexities** 65:12
**compliance** 13:25
**compliant** 33:22
**complicated** 67:20, 102:22, 115:8, 232:6
**complies** 14:2

**compliment** 85:21
**compliments** 85:23
**comply** 12:5, 12:7, 12:7
**complying** 12:11
**component** 112:6
**components** 11:1
**composing** 160:15
**comprehension** 164:22, 169:22
**computer** 25:25, 25:25, 26:16, 26:19, 27:5, 31:25, 66:16, 66:18, 118:12
**computing** 26:8
**conceal** 217:1
**conceptual** 146:6, 196:25
**concern** 76:15, 76:24, 76:24, 77:4, 217:3
**concerning** 13:11, 123:25, 132:1, 154:6, 226:16
**conclude** 257:16, 260:10
**concluded** 24:8
**conclusion** 40:12, 65:19, 133:2, 133:4, 133:4, 146:10, 150:2
**conclusions** 149:13
**condition** 78:6
**conditioned** 208:1, 212:6
**conditions** 208:2, 245:21
**conduct** 137:17, 141:2, 141:8, 151:21, 179:25
**conducted** 245:12
**conducting** 1:21, 227:16, 257:6
**conference** 102:19, 235:14, 255:19
**confident** 181:10, 181:15
**confidently** 44:23, 250:23
**confirm** 137:7, 137:8, 139:8

**confirmation** 40:22, 44:2, 44:5
**confirmed** 139:9, 171:6, 173:4, 244:16
**confirms** 181:3
**confused** 231:24
**connected** 78:2, 134:17, 208:8
**connection** 138:22, 139:1
**connotation** 165:13
**conscious** 31:11, 220:6, 220:10, 242:21
**consequence** 238:24, 239:4
**consequences** 236:1, 236:9, 237:6, 237:9
**consequential** 237:14, 237:22
**consider** 187:20
**consideration** 235:24
**consistent** 249:25
**consolidated** 6:9, 256:13
**consolidating** 256:12
**conspicuous** 216:23, 217:9
**conspiracy** 172:23, 172:23, 172:24, 172:24, 173:16, 180:14, 182:16, 243:2, 243:5, 243:8
**constructed** 147:4
**construction** 58:7, 72:8, 130:3
**consultant** 78:4
**consulting** 96:25
**contact** 20:21, 61:7, 61:21, 61:21, 64:4, 64:19, 232:1
**contains** 198:24
**contention** 29:15, 68:20, 68:22, 68:23, 69:6, 69:7, 89:8, 89:11
**contest** 12:21
**context** 64:1, 164:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

167:7, 167:11, 167:17, 218:10

**continue** 6:1, 50:9, 57:17, 95:4

**continues** 196:4

**continuity** 235:8, 235:11

**contractors** 18:1

**contribute** 80:12

**contributory** 83:18

**control** 5:14, 58:23, 67:16, 67:17, 107:13, 107:15, 107:20

**controlpew** 185:2

**controls** 67:15

**controversies** 151:16

**controversy** 156:18

**conversation** 84:2, 152:12, 208:25, 209:5, 210:18, 211:8, 211:11, 212:12, 218:11, 218:19, 246:7

**conversations** 210:9, 245:24, 246:9, 246:10, 253:7

**convey** 168:17

**conviction** 49:10, 49:21, 154:6

**cool** 113:23

**copies** 106:6, 106:9

**copy** 106:5, 106:11

**copyright** 4:3, 82:7, 85:4, 87:6, 87:6, 88:14, 88:22, 89:20, 89:20, 98:10, 117:23

**corners** 151:19

**corp** 6:22

**corporate** 12:15, 12:18, 235:13

**corporation** 5:16, 6:4, 6:5, 6:9

**correct** 4:5, 18:9, 20:5, 21:19, 25:3, 26:1, 26:20, 28:5, 36:16, 36:20, 38:13, 40:16, 47:21, 54:16, 57:23, 82:1,

82:24, 85:4, 85:9, 85:25, 86:13, 88:10, 88:15, 93:20, 101:25, 102:1, 104:9, 110:12, 110:15, 110:17, 120:6, 132:4, 145:24, 149:14, 152:3, 229:17, 234:14, 261:3

**correctly** 84:18

**could** 1:7, 2:4, 7:2, 7:16, 8:2, 9:12, 12:3, 13:14, 13:16, 13:25, 16:11, 28:4, 28:7, 44:8, 47:8, 56:1, 57:24, 58:6, 64:1, 68:5, 73:10, 74:4, 84:21, 91:10, 92:8, 92:11, 92:11, 92:12, 102:3, 102:5, 110:17, 112:1, 116:9, 118:11, 118:13, 125:21, 131:15, 131:19, 131:25, 137:23, 146:18, 147:21, 148:18, 148:23, 148:24, 152:13, 152:13, 155:15, 157:5, 158:6, 173:9, 174:6, 174:8, 174:12, 174:22, 175:1, 181:10, 183:10, 185:13, 185:15, 186:8, 188:10, 189:20, 195:24, 196:9, 198:6, 211:4, 213:6, 226:3, 226:8, 233:1, 235:1, 237:19, 247:7, 249:3, 249:5, 256:16, 256:16, 256:20, 256:21, 256:21, 257:4

**counsel** 1:7, 3:6,

3:19, 5:5, 35:12, 39:23, 90:25, 92:3, 92:5, 92:17, 92:20, 93:9, 93:18, 93:22, 95:5, 95:11, 95:15, 104:20, 162:17, 257:24, 259:21, 259:25, 260:1, 260:7, 261:19, 262:3, 262:12

**counsels** 104:20

**count** 13:21, 139:2, 258:21, 258:22

**counter** 82:24, 84:25, 85:1, 85:2, 85:2, 85:8, 85:11, 88:21, 88:22, 89:6

**counter-notice** 178:14

**counterclaim** 85:25

**counterfeit** 167:10

**counterfeiting** 167:9, 167:12

**countertop** 26:20, 114:20

**country** 9:6

**counts** 17:21, 137:6, 139:3, 139:6

**county** 232:2, 236:4

**couple** 78:23, 134:10, 169:5, 172:6, 199:6, 213:7, 237:15, 251:9, 260:11

**course** 24:6, 72:7, 74:1, 108:21, 111:25, 118:14, 118:17, 119:4, 146:5, 150:17, 162:20, 171:21, 176:23, 180:10, 189:19, 189:19, 190:11, 196:3, 198:10, 210:22, 210:23, 235:23, 237:13, 239:20, 239:20, 254:20

**court** 1:5, 4:25, 41:12, 46:8, 87:16, 87:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

88:6, 94:10, 102:4, 105:2, 105:3, 105:6, 120:12, 122:17, 122:18, 161:24, 164:20, 171:11, 171:22, 177:15, 179:9, 193:23, 195:20, 195:21, 197:6, 202:13, 230:21, 236:4
**court's** 122:12
**courts** 197:8, 197:19, 237:14
**coverage** 78:7, 114:12, 114:13, 114:15, 114:17, 114:23, 114:23, 115:3, 115:4, 119:1, 119:4, 119:6
**covered** 251:1
**covid** 34:15, 34:19
**cpa** 34:4, 61:8, 61:9, 131:21
**crazier** 254:19
**crazy** 237:20
**create** 55:13, 60:2, 256:21, 256:24
**created** 128:10, 256:24, 257:2, 257:7
**creating** 71:15, 129:12
**creation** 183:20
**creative** 254:1
**creator** 129:8
**credential** 61:12
**credit** 31:10, 33:22, 85:14, 129:19
**credits** 151:8
**crematorium** 157:18
**crew** 186:18, 186:20
**crime** 52:12, 53:20, 59:19, 90:15
**crimes** 90:16, 95:21
**criminal** 88:17, 88:23, 89:5, 119:2, 154:6, 201:24, 201:25, 202:2, 203:22,

208:5, 211:14, 237:20
**criticism** 188:14, 189:9
**crown** 180:20, 180:22, 182:16, 182:25
**crucial** 158:23, 160:3
**crying** 207:22
**crypto** 31:2, 31:4, 31:7, 141:21, 250:15
**cryptocurrency** 30:24, 30:24, 137:4, 138:15
**culture** 70:20
**curious** 122:8, 178:20, 178:23, 208:6, 212:14, 220:15, 247:13
**currency** 250:14
**current** 14:1, 230:24
**currently** 200:18, 246:20
**customer** 75:2, 75:6, 75:8, 75:15, 133:11, 137:5, 138:23, 139:1, 139:3, 139:6, 157:9, 243:22
**customers** 33:12, 33:16, 139:2, 139:2, 164:3, 244:16, 244:16
**customs** 227:22, 228:4
**cut** 12:17, 210:11, 233:3
**cyclical** 111:25

## D

**d-e** 1:14
**d-e-f-c-a-d** 261:12
**d-i** 35:21
**d-i-c-k-d-i-c-k-e-n-s-o-n** 35:20
**d-i-c-k-e-n-s-o-n** 35:19
**da** 232:2
**daddy** 200:17, 201:10, 201:15, 201:19, 201:21, 202:10,

222:10
**daily** 147:9
**dallas** 130:9, 146:20, 146:20, 146:21, 147:9
**damage** 130:5, 151:15
**damages** 39:8, 40:16, 40:18, 144:16
**damn** 114:24, 130:7
**dan** 181:3, 181:5
**dancing** 182:9
**dangerous** 225:9
**dark** 66:17
**data** 75:18, 75:25, 76:3, 76:6, 107:24, 135:10, 135:13, 135:23, 140:4, 141:9, 141:17, 146:2, 146:24, 163:18, 208:5
**database** 163:15
**date** 215:20, 227:9
**dating** 27:24
**day** 17:22, 17:23, 157:20, 223:8, 258:25, 258:25, 259:4, 259:15, 262:10
**day-to-day** 7:6, 7:19
**days** 115:21, 229:5, 243:5
**dd** 5:20, 8:21, 20:1, 20:4, 20:8, 20:13, 20:25, 261:15
**de** 143:10
**deactivated** 6:15
**dead** 136:22
**deal** 32:7, 161:6, 193:25
**dealing** 235:17
**death** 123:6
**death-ath** 46:4
**death-athletic** 45:24, 46:1, 46:9
**debate** 194:10
**debt** 238:20
**deceive** 164:3
**december** 201:2
**decide** 15:9, 15:16, 121:15, 261:22,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

261:22

**decided** 97:20, 120:25, 198:18

**decides** 15:16

**decision** 68:12, 68:14, 68:17, 68:18, 168:16, 193:8, 193:18, 194:10, 235:5, 235:6, 235:23

**decisions** 178:1, 178:3, 178:4, 178:6, 186:24, 188:10, 188:15, 193:9, 235:24

**declaration** 178:10, 178:11, 179:8, 180:18

**deep** 109:7

**def** 261:11

**default** 172:2

**defaulting** 171:24, 171:25

**defcad** 5:16, 7:15, 7:18, 13:17, 13:23, 13:24, 14:11, 14:12, 14:24, 15:1, 15:2, 17:6, 17:11, 17:16, 17:17, 17:20, 19:8, 19:20, 19:22, 19:23, 20:3, 20:7, 20:15, 75:2, 75:8, 75:14, 75:18, 75:25, 79:12, 80:7, 80:15, 80:17, 83:15, 116:3, 119:5, 120:1, 156:23, 162:25, 165:24, 166:24, 168:3, 168:11, 168:15, 169:15, 174:13, 174:14, 179:23, 180:7, 180:9, 183:9, 195:2, 196:13, 196:15, 198:7, 205:15, 205:17, 205:19, 244:16, 244:17,

247:5, 250:20, 261:12

**defcad's** 15:14, 19:17, 163:15, 164:2, 164:7, 167:12, 167:12

**defcat** 66:3, 66:4

**defeat** 190:21

**defend** 121:17, 123:8

**defendable** 123:13

**defendant** 66:24, 67:1, 88:25, 128:9, 170:19, 172:1, 172:2, 173:3, 175:15, 175:18, 186:6, 186:8

**defendant's** 72:8

**defendants** 70:22, 71:10, 83:12, 83:12, 85:3, 116:5, 116:14, 128:5, 128:7, 128:8, 172:12, 186:22, 244:19

**defended** 42:21, 42:23, 43:1, 181:25

**defense** 1:4, 5:15, 5:17, 6:20, 6:21, 9:1, 9:2, 9:10, 9:11, 10:4, 10:18, 10:20, 17:6, 20:14, 20:22, 21:7, 32:22, 32:23, 32:24, 190:25, 190:25, 192:10, 192:19, 195:1, 224:1, 224:10, 248:3, 248:4, 248:17, 248:18, 250:19

**deferred** 54:5, 54:7, 54:8

**define** 21:15, 21:21, 21:24, 158:1

**definitely** 173:11, 207:5, 215:15

**definition** 10:7, 66:14, 66:19, 85:1, 107:20,

118:9, 118:10, 118:10, 159:18

**defunct** 184:25

**defy** 151:1

**degree** 27:11, 49:2, 53:24, 155:12, 235:6

**delete** 214:5, 214:12

**deleted** 71:10, 79:22, 219:20, 219:21

**deleting** 209:23

**deletion** 219:24, 220:2

**delta** 261:14, 261:15

**demonstrations** 11:23

**denio** 241:8, 241:11, 241:13

**department** 191:25, 192:12, 192:20, 253:20

**departure** 239:1

**depend** 145:8

**depending** 34:22, 115:11

**depends** 109:11, 144:7

**deployed** 105:17

**deponent** 42:2, 82:18, 258:2

**deponents** 42:18

**deposed** 3:13, 3:24, 4:20, 36:8, 71:21, 128:21, 128:23, 183:3

**deposition** 1:3, 1:7, 2:25, 13:2, 42:3, 42:12, 42:18, 49:17, 71:22, 76:6, 76:6, 76:13, 93:8, 120:24, 128:17, 129:2, 129:15, 129:20, 134:10, 134:11, 134:18, 138:5, 160:12, 173:22, 173:23, 176:4, 179:25, 182:18, 182:22, 219:23, 221:1, 230:4, 230:8, 240:2

**depositions** 42:21, 42:23, 43:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

122:9, 174:4, 237:4

**depury** 1:13, 1:14

**depury's** 72:11

**derive** 146:2, 147:13

**describe** 10:22, 13:22, 178:9, 195:8

**described** 8:25, 9:14, 29:25, 56:19, 107:8, 241:22, 254:3

**describing** 254:5

**description** 8:23, 12:16, 70:6, 70:7

**design** 118:8, 118:25

**designated** 251:7

**designation** 15:12

**designations** 15:20

**designed** 118:19, 118:20

**designer** 118:6, 118:7, 118:15, 118:17

**designs** 118:1, 118:4, 118:14, 118:18

**desktop** 114:20

**despite** 100:18

**detail** 96:24

**details** 220:25, 221:16, 221:20

**determined** 97:1, 131:22, 150:19

**determining** 253:9

**deterrence** 183:6

**detrimental** 68:21

**devcat** 128:4, 128:5

**developer** 168:3, 168:4, 181:24

**developers** 180:8, 181:9

**development** 8:6, 117:3, 208:4

**developments** 133:12

**device** 210:1

**devices** 26:8

**diabetic** 162:12

**dickinson** 34:8, 34:23, 35:18, 35:23, 36:6, 59:3, 59:3, 61:2, 61:8,

62:6, 145:4, 148:18

**dickinson's** 59:5, 59:10, 61:3

**die** 162:6

**difference** 11:20, 11:22, 25:4, 25:8, 123:9, 237:21

**differences** 13:9, 24:24, 71:6

**different** 1:23, 11:6, 11:6, 11:17, 16:4, 18:20, 22:14, 27:6, 32:6, 32:19, 35:16, 52:2, 52:3, 52:20, 74:10, 93:12, 117:7, 144:6, 144:7, 144:7, 148:5, 156:19, 156:20, 157:11, 157:25, 163:10, 167:11, 180:24, 180:24, 186:12, 198:23, 199:6, 213:7, 231:15, 237:2, 239:3, 239:11, 239:13, 245:15, 251:7, 253:19

**differently** 83:2, 240:20

**difficult** 11:19, 33:8, 40:9, 71:9, 105:18, 106:17, 108:19, 110:22, 132:8, 132:14, 155:16, 182:4, 182:4, 194:23

**difficulties** 237:12

**digestion** 235:8

**digit** 159:8, 159:17

**digital** 1:6, 9:16, 9:16, 159:5, 260:7

**dimension** 236:24

**diplomatic** 231:17

**direct** 7:9, 9:22, 79:9, 117:10, 143:21, 165:13, 173:15

**directed** 9:18, 79:5

**direction** 237:1

**directions** 108:20

**directly** 76:23, 184:24

**director** 6:21, 6:23, 6:24, 6:25, 7:18, 16:16

**disagree** 45:2, 60:4, 60:25, 84:10, 118:4, 126:1, 146:1, 222:22

**disagrees** 124:13

**disappear** 134:14

**disappearing** 220:8

**disappointing** 127:10

**disavow** 180:9, 180:9

**disclose** 123:5, 123:5, 196:14, 196:17, 196:19, 196:20

**disclosed** 196:18

**disclosure** 196:22

**discount** 257:10

**discourse** 199:19, 199:20

**discovered** 98:22, 173:4

**discovery** 116:18, 125:16, 128:14, 128:20, 129:19, 153:23, 153:23, 171:5, 171:7, 171:8, 171:10, 171:11, 174:18, 178:12, 179:3, 205:11, 219:8, 220:13, 220:16

**discrepancies** 141:16, 141:18

**discrimination** 240:15

**discuss** 81:25, 88:5, 114:4, 122:4, 199:4, 199:8, 199:13, 222:21

**discussed** 114:18, 116:2, 117:17, 122:20, 122:22, 128:18, 218:21

**discusses** 46:24

**discussing** 16:10, 46:21, 47:20, 47:22, 115:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

196:13
**dismally** 105:25
**dismissed** 54:11, 86:3, 86:16, 88:8, 253:12
**disparaging** 74:24
**dispensed** 183:6
**disputes** 208:7, 212:15
**dissimilar** 245:20
**distant** 34:20
**distributed** 1:4, 5:15, 5:17, 6:20, 6:21, 9:1, 9:10, 9:12, 10:5, 10:19, 10:20, 17:6, 20:14, 20:22, 21:7, 32:22, 32:23, 32:24, 190:25, 190:25, 192:10, 192:19, 195:2, 224:1, 224:10, 248:4, 248:4, 248:17, 248:19, 250:20
**distributed's** 9:2
**district** 4:5, 4:8, 82:1, 82:6, 82:24, 83:10, 84:9, 84:13, 84:24, 88:9, 88:15, 117:20, 192:21
**dive** 246:12
**diverted** 143:16
**divine** 155:13
**doc** 140:15
**doctor** 261:16, 261:16
**document** 102:18, 140:9, 173:19, 179:19, 179:21, 180:5, 180:6, 180:11
**document's** 180:4
**documentaries** 151:9
**documentary** 45:23, 46:21, 47:19, 47:22, 54:12, 54:13, 55:9, 55:11, 55:20, 55:23, 56:9, 56:13, 56:16,

70:21, 120:4, 124:10, 124:11, 124:22, 125:3, 132:19, 150:22, 150:25, 151:1
**documents** 17:10, 36:16, 36:17, 36:19, 36:21, 137:13, 139:22, 139:23, 140:1, 140:2, 140:2, 140:3, 152:3, 152:21, 153:9, 154:3, 176:11, 177:22, 178:7, 179:1, 180:23, 182:12, 182:14, 182:15
**doe** 202:19
**dollars** 64:22
**donations** 32:25
**done** 38:2, 78:5, 121:5, 122:5, 122:7, 122:9, 158:11, 160:20, 160:25, 161:4, 176:18, 177:2, 177:3, 177:5, 177:8, 233:18, 233:21, 234:3, 235:22, 249:19, 250:7, 250:9, 255:2, 258:24, 260:9
**double** 261:2
**doubt** 107:8, 107:21, 211:10, 242:14
**download** 15:1, 15:5, 15:8
**downloadable** 17:19, 17:21
**downloads** 16:5
**downturn** 98:24, 99:2, 106:18, 107:5, 112:18, 133:5, 154:18
**dox** 168:17
**doxed** 75:21, 75:22, 168:3, 168:4, 168:7, 168:10, 168:13

**doxing** 168:10
**doxxing** 181:9
**dozin'** 215:11
**drafts** 100:20
**drag** 217:11
**drain** 203:10
**dramatically** 119:9
**draw** 146:11
**drift** 28:3
**drink** 73:12, 214:9
**drive** 32:1, 79:18, 153:3, 225:15, 247:24
**driven** 116:1
**driver** 174:23, 174:25, 175:3, 175:6
**driver's** 2:16
**drones** 114:24, 114:24, 114:24
**drop** 54:15
**dropped** 45:22, 46:9, 46:9, 46:12, 46:16, 51:5, 51:8, 51:12, 54:15, 54:16
**drove** 223:7
**due** 62:19
**dui** 90:16
**dumped** 163:15, 163:16
**dupre** 213:19
**dupré** 108:25
**dupree** 257:20
**duties** 40:13

---

**E**

---

**e-check** 31:11
**e-commerce** 31:10
**e-n** 35:19
**e-r-i-n** 261:1
**earlier** 30:9, 114:18, 116:2, 150:4, 162:20, 200:5, 219:23, 221:18, 231:6, 231:11, 231:16, 231:24, 232:23, 257:19, 259:5
**early** 255:3
**easier** 237:18

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**easiest** 24:1, 24:3, 228:18

**easily** 5:9, 32:22, 243:12

**eastern** 1:2, 19:5, 43:14, 43:16, 80:21, 80:24, 162:18, 216:8, 216:8

**easy** 13:7, 21:22, 87:1, 188:15, 205:2

**eat** 8:15

**eating** 155:25

**economics** 242:8, 242:8

**ecosystem** 25:8

**edge** 223:21, 223:21, 223:22

**effect** 68:21, 154:17

**effectively** 29:10, 43:18, 44:5, 150:1

**efforts** 190:21

**either** 26:24, 34:21, 88:8, 108:5, 190:16, 228:17

**elaborate** 62:20, 70:7, 76:19, 76:20, 94:25

**elect** 251:4, 251:4

**elek** 116:22, 117:2, 117:5, 117:23

**elek's** 117:22

**elements** 90:15, 90:15, 90:15, 90:16, 90:19, 90:23, 95:7, 95:16, 95:19, 95:21

**elick** 169:10, 169:20, 169:20, 169:24, 170:5, 170:11, 171:6, 171:15, 171:17, 171:23

**ellic** 198:16, 199:13, 208:2, 213:11

**ellick** 22:21, 22:22, 174:19, 175:18, 175:18, 175:21, 175:22, 178:14, 180:3, 180:18,

205:15, 205:21, 206:12, 207:22

**ellick's** 174:18

**elliot** 184:25

**else** 22:15, 29:2, 29:11, 31:12, 46:13, 65:4, 65:5, 65:14, 81:23, 84:14, 111:16, 116:22, 124:3, 145:2, 145:11, 149:2, 161:2, 167:14, 191:16, 246:13, 262:11

**email** 62:13, 161:19, 161:20, 207:15, 213:24, 220:20, 220:23, 245:18, 262:6, 262:9

**emailed** 104:7, 104:7

**emails** 117:2, 134:12, 134:14

**embarrassment** 242:1

**embezzled** 253:15

**emblematic** 197:12

**emerged** 116:17

**emoji** 207:23

**emotional** 168:9

**emphasis** 246:5

**employee** 7:24, 7:25, 8:13, 8:14, 13:18, 13:19, 13:20, 18:14, 34:12, 67:13, 116:15, 248:18

**employees** 7:10, 7:22, 7:23, 10:13, 13:19, 13:21, 16:16, 249:7, 249:9, 249:23

**employing** 117:8

**employment** 8:17, 117:1, 117:4

**encouraged** 183:12

**encouragement** 181:23

**encrypt** 33:23, 75:2, 75:15, 163:18

**encryption** 33:24, 75:18

**end** 32:7, 35:15, 66:18, 71:12,

71:21, 73:11, 73:12, 73:16, 77:19, 91:9, 91:16, 94:7, 102:2, 108:20, 110:15, 171:23, 194:13, 195:21, 198:11, 231:1, 233:23

**ended** 91:8, 158:20, 194:11

**endowment's** 253:6

**enemies** 73:4, 73:5

**enforced** 166:18

**engagement** 183:8

**english** 105:18

**enjoy** 58:18, 180:23, 180:23

**enough** 2:17, 3:14, 3:18, 11:20, 29:15, 32:1, 59:22, 60:1, 60:5, 117:6, 153:4, 173:18, 173:19, 217:17, 249:9

**ensure** 33:18

**enterprise** 72:12, 185:13, 185:22, 185:24, 186:5, 186:9

**entire** 42:15, 82:22, 140:16, 246:20

**entities** 10:10, 10:16, 247:25

**entity** 20:5

**equal** 26:23

**era** 132:9

**erin** 260:24, 260:25

**error** 150:10

**escape** 223:17

**especially** 32:7, 73:14, 109:12, 116:23, 132:8, 196:23, 211:7, 239:12, 241:20

**essential** 11:20

**establish** 50:15, 60:10, 193:18

**established** 54:14

**et** 1:4

**etc** 97:18

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

evade 85:16

evaluate 18:21

evasion 85:14

evasive 58:5, 85:17

even 15:5, 18:17, 29:4, 32:23, 57:18, 62:23, 63:4, 63:8, 63:23, 64:19, 97:15, 100:5, 107:8, 109:5, 112:1, 116:2, 123:14, 124:1, 126:18, 139:21, 154:1, 165:14, 191:22, 191:25, 194:14, 195:15, 196:23, 197:6, 197:7, 197:16, 210:21, 210:22, 225:2, 226:3, 226:13, 227:9, 230:5, 233:4, 238:20, 246:22, 248:14, 254:18, 255:13

event 241:21, 241:21

events 88:12, 112:22, 112:25, 113:8, 116:10, 116:11, 119:19, 146:6, 188:15, 225:22, 227:7, 238:15, 254:17

ever 3:13, 50:25, 55:10, 59:12, 66:4, 66:12, 75:21, 75:22, 75:25, 76:2, 77:18, 79:2, 79:25, 84:7, 84:21, 92:1, 92:6, 100:11, 101:6, 101:14, 103:11, 106:5, 119:14, 143:8, 151:12, 183:5, 195:7, 202:13, 204:6, 206:17, 218:25, 220:4, 220:21, 226:11, 241:11, 243:21, 252:18,

255:1, 256:15

every 24:13, 24:17, 27:16, 66:24, 67:1, 75:7, 85:19, 94:10, 98:9, 98:10, 103:24, 111:14, 112:23, 113:18, 113:19, 113:20, 114:1, 114:2, 120:23, 122:2, 122:3, 122:11, 156:5, 157:10, 157:22, 179:1, 179:2, 245:21

everybody 25:25, 39:17, 39:17, 187:6, 187:17, 187:18, 189:2, 196:3, 246:15, 246:17, 262:1

everybody's 75:15

everyone 12:19, 33:11, 192:10, 196:5, 231:22, 235:4

everything 5:8, 46:13, 81:2, 100:4, 102:5, 115:3, 153:25, 172:24, 175:9, 191:16, 221:10

everytown 83:9, 83:14, 83:16, 87:5, 88:25, 89:2, 170:2, 170:11, 171:8, 171:21, 173:5, 174:7, 174:13, 175:3, 178:1, 197:14

everywhere 72:21, 183:13

evidence 60:24, 182:16, 182:20, 182:20, 184:12, 184:13, 184:14, 184:16, 184:20, 185:7, 185:10, 185:11, 185:12, 185:16, 185:21, 240:19

evidentiary 121:13, 122:1, 180:24

evokes 167:7, 189:17, 190:4, 190:5

evolution 28:23

evolved 26:3, 26:7, 27:6

exact 16:11, 16:22, 16:23, 38:9, 91:11, 157:25, 165:9, 193:4, 205:13, 234:12

exactly 34:15, 44:16, 46:3, 48:9, 72:14, 97:25, 101:20, 101:22, 105:10, 105:15, 109:23, 114:7, 202:19, 238:20, 242:19

exaggerate 225:10

examined 96:24

example 17:11, 20:18, 71:8, 80:8, 88:2, 88:19, 116:1, 116:5, 117:3, 165:23, 169:12, 175:12, 178:14, 184:17, 185:16, 186:13, 189:16, 205:8

examples 175:11

except 16:16, 29:7, 59:2, 67:1, 131:13, 137:8

exception 241:13

exceptional 15:20

excludes 10:7, 10:10

excluding 88:17

exclusive 69:13, 118:24, 118:25, 189:7

excusable 71:1, 71:1

executive 7:2

exhibit 180:3, 207:12, 207:13, 210:16, 213:3, 216:22, 218:12, 221:1, 221:4, 221:7, 221:9, 252:20, 252:22, 252:24

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**exhortation** 164:13
**exist** 100:13, 173:2, 257:3
**existence** 173:16
**exit** 125:12, 125:12, 125:14, 125:17, 126:3, 155:19, 155:20, 155:21, 156:12, 156:13, 243:22, 243:25, 244:1, 245:11, 245:17, 245:22, 246:21, 247:4
**expanded** 27:21
**expanding** 28:9, 28:10
**expect** 38:13, 38:14, 39:3, 45:1, 105:25, 213:21
**expectation** 33:12, 150:16
**expected** 40:14, 166:14, 166:15, 166:17
**expecting** 29:23, 70:13
**expenses** 144:1
**experience** 148:2, 180:21, 189:14, 189:22, 197:1, 239:9
**experienced** 154:18
**experiencing** 240:15
**experimented** 11:22
**expert** 13:15, 37:23, 37:24, 37:25, 38:20, 38:24, 40:14, 40:17, 43:1, 43:4, 55:22, 59:21, 60:6, 65:13, 65:20, 66:1, 77:3, 78:3, 91:3, 91:17, 96:25, 97:12, 99:17, 103:10, 105:25, 106:4, 106:16, 106:25, 110:4, 119:21, 123:6, 123:24, 124:23, 125:10, 125:11, 125:11, 125:13, 129:23,

131:13, 131:22, 132:1, 133:10, 133:13, 139:1, 142:3, 142:3, 142:4, 145:20
**expert's** 65:19, 131:20
**expertise** 44:14, 65:5, 65:20, 112:15, 115:8, 131:20, 146:5
**experts** 77:18
**explain** 164:25, 176:16, 176:19, 176:24, 189:1, 194:16, 230:1
**explained** 20:1
**explains** 36:14
**explanation** 12:10, 60:14, 64:20
**explanatory** 58:8
**explicit** 94:6
**exploded** 146:23
**exploitable** 243:13
**expressed** 166:15
**exquisite** 243:13
**extends** 194:9
**extensively** 92:1
**extent** 73:1, 155:12
**extort** 190:12
**extorted** 87:22
**extortion** 87:14
**extradited** 51:19, 51:21

---

## F

**f-o-s-t-e-r-i** 1:10
**face** 187:2, 226:4
**facebook** 71:20
**faced** 197:15
**fact** 22:13, 22:14, 27:10, 31:14, 45:2, 45:3, 77:5, 82:20, 90:4, 95:15, 113:2, 116:16, 126:1, 129:5, 135:4, 153:25, 164:6, 175:8, 175:25, 178:8, 178:14,

178:19, 179:15, 184:3, 184:5, 184:17, 188:16, 191:23, 194:23, 194:24, 195:10, 195:19, 196:23, 198:13, 198:15, 201:13, 202:21, 207:6, 211:10, 220:6, 236:11, 244:13, 254:18, 256:10
**fact's** 110:3
**factor** 235:20
**facts** 29:19, 60:24, 96:13, 168:14, 178:13, 184:24, 208:7, 212:15
**factual** 112:13, 112:16, 131:15, 131:18
**faculties** 189:21
**fail** 149:13
**failed** 52:23
**fails** 196:13
**fair** 7:8, 10:8, 23:5, 23:9, 24:17, 24:19, 26:9, 29:15, 36:25, 113:1, 145:7, 145:10, 145:17, 153:4, 153:4, 153:5, 163:11, 173:16, 178:2
**fairly** 131:1, 248:25
**faith** 16:23, 176:21, 182:5
**false** 68:25, 69:11, 90:4
**familiar** 40:3, 40:21, 44:1, 76:8, 76:11, 86:7, 86:10, 90:18, 90:18, 131:22, 132:22, 133:10, 135:6, 135:9, 150:17, 162:25, 189:12, 213:9
**family** 240:5
**fan** 181:19, 181:21
**far** 11:17, 23:4,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

61:1, 90:7, 230:16
**fascinates** 179:4
**father** 8:11, 8:11
**fault** 2:22, 102:8, 174:11
**favor** 247:8
**favorite** 179:1, 179:19, 179:21
**favorites** 179:23, 179:23, 180:2, 182:13
**feared** 119:13
**fedca** 97:15
**fedcad** 81:20, 181:25, 183:5, 183:12, 187:17, 198:13, 199:1, 244:18
**fedcad's** 185:2
**fedcat** 88:19, 126:18, 126:19, 126:20, 126:23, 127:3, 127:7, 127:11, 127:16, 127:17, 128:1, 128:2, 128:4, 128:5, 128:10
**federal** 6:8, 15:20, 16:2, 87:16, 113:10, 113:13, 179:9
**feedback** 207:25
**feel** 20:21, 33:16, 40:10, 40:13, 138:3, 168:25, 181:14, 188:17, 189:23, 196:8, 201:4, 212:25, 240:17, 242:18, 242:21, 249:5, 249:8, 256:8
**feelings** 176:9, 176:10
**feels** 30:21, 38:18, 40:10, 40:11, 162:8, 166:23, 181:9
**fellow** 35:12
**felony** 49:3, 53:23, 53:24
**felt** 24:12, 150:9, 181:10, 197:18,

235:1, 240:12
**fiction** 181:19, 181:21
**fight** 242:19, 256:5
**figure** 38:9, 72:13, 96:20, 158:18, 193:14, 258:11
**figured** 234:23
**figures** 144:19, 144:22
**file** 16:8, 87:15, 102:7
**filed** 47:14, 69:15, 69:19, 85:7, 87:7, 87:19, 194:6, 202:16
**files** 9:16, 15:1, 15:5, 15:6, 15:9, 15:10, 15:12, 16:8, 16:10, 16:25, 20:6, 20:7, 165:25, 166:1, 167:16
**filevine** 93:23
**filing** 81:10, 81:13, 122:22
**filings** 171:22
**film** 57:2, 123:6, 123:25, 124:2, 124:9, 132:19
**final** 101:13, 101:16, 107:6, 195:4, 195:7, 195:18
**financed** 224:7, 224:8
**financial** 33:24
**financing** 224:9
**find** 29:7, 33:6, 38:16, 63:24, 80:6, 80:16, 92:23, 93:7, 97:4, 97:20, 98:16, 101:25, 104:11, 159:21, 159:24, 216:17, 216:25
**fine** 3:11, 5:19, 5:22, 12:17, 14:9, 16:20, 35:14, 75:11, 82:5, 85:18, 155:23, 190:9, 190:9, 191:20, 204:5,

231:11, 233:13, 234:3, 244:13, 256:9, 259:3
**finish** 5:3, 39:14, 118:12, 158:14, 215:15
**fintech** 208:4
**firearms** 53:25, 54:2, 133:10, 135:6, 135:9
**firestorm** 235:23
**firm** 13:3, 13:9
**first** 3:13, 32:16, 46:21, 77:24, 84:17, 95:18, 164:10, 168:8, 168:14, 185:5, 191:21, 191:24, 192:2, 194:6, 226:10, 226:20, 226:23, 227:21, 231:8, 240:7, 255:20
**first-hand** 185:1
**fit** 124:24, 125:23, 126:1
**fits** 218:23
**five-minute** 215:7
**fixation** 113:6, 154:9
**fixed** 232:23
**flag** 246:6
**flee** 50:22, 232:11
**flew** 51:24, 52:6, 52:8
**flight** 258:17
**floor** 8:4
**florida** 84:9, 84:13, 84:25, 90:16
**fluctu-** 112:22
**fluctuating** 111:18, 111:20, 111:22
**fluctuation** 24:24, 112:7
**fluctuations** 24:18, 24:22, 111:14, 112:23, 112:25
**focal** 78:19
**focus** 78:13, 165:10
**focused** 2:17
**folk** 33:9
**folks** 18:13, 32:6,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

105:17

**follow** 28:4, 36:18, 108:20

**follows** 115:20, 199:17

**food** 51:9

**force** 81:17, 169:14, 173:5, 174:7, 174:8, 174:12, 242:25

**forced** 180:9

**forcefully** 69:12

**ford** 223:13, 223:14, 223:17, 223:18, 223:21, 223:21, 223:23, 225:16

**forensic** 137:17, 141:8, 141:10

**forget** 190:11, 190:14, 190:17, 190:18, 191:16, 192:25, 193:1

**forgive** 5:17, 155:22

**form** 12:15, 12:18, 40:8, 45:16, 53:3, 53:5, 53:9, 57:19, 59:7, 59:13, 59:23, 60:3, 60:11, 60:23, 60:23, 61:10, 61:18, 61:25, 62:15, 62:25, 63:5, 63:10, 63:25, 64:9, 64:23, 65:3, 65:10, 65:24, 66:9, 67:8, 68:7, 68:10, 69:8, 69:21, 70:4, 70:9, 71:3, 73:25, 75:4, 76:10, 76:17, 77:7, 78:15, 81:12, 81:19, 82:2, 82:10, 82:25, 84:11, 85:5, 85:10, 86:1, 86:9, 86:14, 86:21, 87:1, 87:11, 87:13, 87:17, 87:25, 88:11, 88:16,

89:10, 89:15, 90:12, 90:17, 90:21, 91:1, 91:19, 92:4, 95:8, 96:3, 97:13, 98:1, 98:3, 98:8, 98:13, 99:1, 99:9, 99:19, 99:23, 100:3, 100:8, 100:12, 100:21, 101:4, 101:8, 101:21, 102:9, 102:15, 103:12, 103:16, 104:4, 106:7, 106:13, 107:7, 107:11, 107:18, 108:17, 108:24, 110:14, 110:25, 111:21, 112:24, 113:11, 114:14, 115:7, 115:24, 116:20, 118:2, 118:16, 118:23, 119:3, 119:12, 119:18, 119:22, 120:9, 120:23, 123:7, 124:18, 125:1, 125:25, 126:9, 127:12, 128:22, 129:17, 131:17, 132:5, 133:7, 133:18, 134:16, 135:12, 137:21, 138:8, 138:14, 138:17, 138:20, 139:14, 139:20, 139:24, 140:17, 140:21, 140:23, 141:5, 141:14, 144:12, 144:21, 145:9, 145:19, 145:25, 146:9, 146:13, 146:24, 147:10, 149:18, 150:7, 151:13, 151:18, 152:4, 153:10, 153:21, 154:8, 154:22, 155:3, 156:14, 176:14, 176:16, 176:25,

177:14, 186:2, 214:1

**formal** 191:23

**formed** 225:23

**former** 73:4, 244:15

**formulas** 156:19, 156:20

**formulating** 237:8

**forth** 62:13, 117:1, 134:13, 246:7

**fortunes** 237:13

**forward** 86:12, 86:16, 238:17

**foster** 1:10, 1:11, 1:13, 1:15, 1:16, 2:9, 2:21, 3:8, 4:2, 19:2, 22:9, 22:10, 22:21, 22:22, 28:2, 29:11, 29:13, 34:1, 34:3, 34:3, 34:23, 35:18, 36:8, 39:15, 39:18, 39:24, 41:1, 41:1, 41:17, 41:17, 43:19, 44:6, 44:10, 45:15, 45:18, 50:21, 55:7, 55:8, 58:15, 58:23, 58:23, 59:3, 59:5, 59:10, 60:1, 61:2, 61:2, 61:3, 61:4, 61:8, 61:16, 61:24, 62:5, 62:23, 64:7, 67:1, 76:5, 76:16, 77:5, 80:19, 83:16, 83:17, 88:2, 95:4, 99:22, 99:22, 100:2, 100:5, 102:13, 105:22, 106:23, 106:23, 107:21, 108:25, 109:22, 116:21, 117:2, 117:5, 117:22, 117:23, 133:14, 133:15, 133:19, 135:22, 137:25, 143:4, 145:3, 150:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

151:11, 152:14, 154:4, 162:19, 169:9, 169:20, 173:8, 173:14, 174:18, 174:19, 176:15, 176:15, 176:18, 176:18, 177:6, 177:6, 177:15, 177:25, 178:14, 180:3, 180:18, 183:5, 183:7, 183:7, 183:11, 184:3, 185:3, 187:14, 198:15, 198:18, 199:13, 200:4, 205:21, 206:12, 207:22, 208:2, 213:11, 213:19, 216:12, 218:8, 218:13, 218:21, 219:1, 219:3, 219:10, 219:13, 220:5, 222:20, 230:20, 230:20, 235:17, 257:20, 261:4

**found** 51:1, 63:23, 178:19, 178:23, 219:9, 219:10, 220:12

**foundation** 5:20, 8:21, 20:1, 20:4, 20:8, 20:13, 21:1, 177:7, 177:10, 178:17, 195:6, 261:16, 261:16

**founder** 199:4, 222:21

**frame** 183:15, 221:21

**frame-mogged** 221:21

**frame-mogging** 221:24

**framing** 37:16, 59:24, 66:1

**fraternity** 8:25, 9:3, 9:4, 190:19

**fraud** 165:12

**free** 15:17, 168:25, 249:9

**freely** 41:19, 187:3

**freeman** 185:4

**french** 27:16

**frequent** 171:15

**fridge** 214:24

**friend** 210:21, 210:22, 210:25, 211:1

**friends** 73:6, 198:25, 227:2, 240:25

**front** 38:1, 79:17, 79:18, 86:20, 118:11, 122:16, 122:21, 155:10, 163:6, 191:15, 208:19, 208:21

**fuck** 254:10

**fucked** 208:7, 210:15, 212:15, 219:3

**fuckery** 185:2

**fucking** 187:6, 187:7, 209:15, 209:15

**fudbusters** 185:3, 188:16

**fugitive** 232:10

**full** 2:5, 3:10, 82:21, 94:7, 217:5

**fun** 260:6

**fundraiser** 253:19, 255:23, 256:3, 256:24, 257:6

**funds** 144:10

**funny** 31:13, 52:19

## G

**g-a-l-l-o-w-a-y** 261:2

**g-r-e-l-l** 96:10

**galloway** 178:11, 179:5, 180:17, 260:24, 260:25

**game** 8:19, 12:13, 163:25

**gap** 211:25, 217:6

**gaps** 217:1, 217:4, 217:8

**garbage** 149:20, 149:20, 149:24, 149:24, 150:2

**garrett** 180:6, 180:18, 207:3

**gary** 1:13, 1:14, 37:20, 41:15, 72:11, 96:11,

121:20, 121:24, 125:2, 130:22, 134:6, 160:6, 207:11, 213:1

**gary's** 161:4

**gatalog** 170:24, 170:25, 171:1, 171:14, 172:1, 178:17, 178:17

**gate** 192:12

**gateways** 33:23

**gave** 36:15, 36:15, 36:16, 36:17, 36:19, 36:22, 38:17, 39:25, 40:19, 44:19, 45:13, 60:4, 65:1, 65:7, 65:13, 107:24, 108:4, 108:22, 108:23, 110:7, 125:19, 131:14, 133:21, 137:9, 139:6, 139:19, 145:23, 226:12

**gears** 98:24

**general** 14:20, 14:21, 16:17, 16:18, 16:19, 19:19, 144:14, 158:5, 193:5, 193:19, 193:22, 193:25, 206:3, 218:10, 252:7, 253:21

**generalized** 158:3

**generally** 238:23, 241:7

**generate** 140:10, 140:12

**generated** 140:11

**generating** 9:18

**genesis** 132:3

**gentlemen** 162:13

**genuinely** 139:21, 206:5

**germaine** 39:18, 39:20, 39:21

**german** 46:6, 225:4

**get** 5:6, 5:6, 5:11, 12:4, 13:18, 14:22, 16:5,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

20:16, 20:18, 20:19, 31:17, 32:1, 33:13, 39:18, 39:20, 40:4, 45:8, 50:13, 51:23, 52:5, 63:6, 76:15, 81:2, 82:17, 86:19, 86:20, 86:23, 86:25, 90:7, 93:9, 104:5, 106:12, 106:14, 108:23, 110:9, 111:15, 119:14, 119:15, 128:19, 130:3, 137:24, 145:11, 145:23, 148:4, 148:6, 148:15, 149:2, 149:5, 150:5, 157:24, 160:4, 165:1, 166:1, 178:23, 180:9, 184:21, 191:15, 192:14, 195:16, 197:2, 203:11, 203:12, 209:20, 215:6, 219:7, 220:19, 220:23, 220:25, 221:9, 221:16, 221:20, 225:10, 225:11, 242:3, 246:19, 246:21, 248:16, 249:19, 250:14, 250:15, 255:18, 258:19

**gets**  66:18, 71:10, 245:22, 246:15, 246:18

**getting**  36:19, 102:21, 106:4, 109:7, 117:6, 131:11, 135:17, 169:15, 203:13, 207:25, 229:13, 232:25, 252:13, 253:8

**ghost**  11:5, 11:8, 11:11, 11:16, 13:25, 20:18, 25:1, 119:8

**gigo**  149:21

**girl**  209:8, 222:21, 222:22, 223:6, 226:2, 254:10

**girlfriend's**  129:25, 130:2

**give**  16:11, 16:23, 32:20, 38:10, 59:21, 60:1, 61:1, 69:24, 70:7, 82:21, 85:14, 107:25, 108:1, 108:2, 108:3, 108:7, 108:8, 108:10, 110:19, 110:23, 111:2, 124:2, 124:6, 131:16, 131:18, 131:23, 132:16, 132:17, 132:20, 133:15, 133:19, 136:3, 136:5, 137:1, 137:2, 137:5, 137:6, 137:13, 138:10, 139:7, 140:11, 140:25, 141:6, 144:25, 147:2, 147:2, 153:20, 158:6, 160:6, 168:9, 175:10, 180:15, 185:19, 199:6, 201:1, 211:18, 213:22, 223:4, 236:13, 250:13, 257:12, 261:19

**given**  38:25, 39:1, 61:3, 145:2, 181:23, 184:20, 201:7

**gives**  14:25, 237:5

**giving**  55:12, 135:23, 222:17, 222:21, 223:5

**glad**  162:7, 180:3, 180:4, 180:4

**glass**  160:14

**global**  9:16, 25:16

**gloves**  240:23

**go**  2:19, 3:9, 10:22, 14:9, 17:7, 19:2, 19:25, 23:17, 25:1, 29:20, 32:8, 43:9, 43:12, 46:10, 50:2, 50:8, 50:19, 50:24, 51:4, 51:20, 57:17, 59:21, 61:19, 69:1, 73:15, 74:9, 78:11, 80:18, 80:19, 86:11, 86:15, 86:24, 92:23, 95:2, 95:2, 95:3, 96:4, 96:15, 96:18, 97:4, 97:24, 103:13, 104:6, 105:23, 106:15, 114:8, 118:13, 118:13, 123:14, 129:1, 130:21, 130:25, 131:15, 136:9, 137:23, 137:23, 146:13, 146:14, 148:6, 148:15, 149:1, 153:16, 156:5, 158:14, 160:4, 160:19, 161:5, 161:10, 168:25, 177:20, 180:1, 184:12, 188:10, 195:16, 198:6, 206:7, 206:13, 206:20, 207:11, 207:24, 209:21, 213:18, 215:25, 216:4, 217:13, 217:19, 223:22, 227:6, 228:18, 228:23, 244:6, 246:12, 248:22, 252:6, 253:14, 253:23, 254:10, 258:10, 259:9, 259:23, 260:8, 260:12, 261:1

**god**  174:9, 226:6

**goes**  146:8, 156:4, 225:12

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**going** 7:3, 12:20, 17:3, 17:7, 18:24, 19:7, 26:13, 26:18, 26:19, 35:16, 40:4, 41:5, 41:18, 41:19, 48:15, 48:16, 49:17, 50:8, 50:10, 50:13, 53:7, 54:13, 57:12, 57:17, 57:25, 58:8, 58:11, 58:18, 59:18, 59:20, 60:13, 61:6, 61:7, 62:18, 64:6, 71:18, 73:17, 75:10, 75:12, 81:8, 85:14, 87:2, 88:5, 91:20, 91:23, 92:1, 95:10, 101:1, 104:9, 104:18, 105:1, 106:16, 106:22, 108:1, 108:16, 108:23, 109:20, 109:23, 111:14, 111:15, 111:15, 113:17, 113:18, 114:3, 114:4, 116:25, 117:13, 119:14, 121:17, 121:18, 121:21, 121:22, 122:10, 122:12, 122:16, 122:18, 122:21, 122:24, 123:14, 123:22, 126:10, 129:24, 130:3, 131:10, 136:23, 136:24, 149:3, 150:4, 150:5, 153:16, 153:20, 160:5, 160:6, 161:12, 162:16, 162:23, 164:14, 168:24, 177:9, 180:8, 180:14, 187:9, 187:18, 188:20, 188:20, 191:13,

195:19, 195:19, 200:4, 200:6, 206:4, 208:17, 212:18, 212:20, 213:1, 214:5, 217:25, 217:25, 219:13, 221:22, 221:23, 221:25, 227:11, 227:12, 227:13, 227:24, 229:25, 230:2, 230:9, 230:19, 230:21, 235:25, 238:17, 239:10, 239:22, 244:9, 247:14, 250:25, 254:8, 254:9, 254:10, 254:10, 255:6

**goldhapper** 244:2
**golf** 73:15
**golfer** 73:15
**gone** 27:23, 50:16, 57:6, 258:1, 262:7
**gonna** 14:8, 35:11, 35:15, 36:7, 66:17, 69:24, 75:9, 94:22, 95:3, 97:4, 104:2, 104:3, 104:5, 148:10, 153:3, 153:3, 182:4, 216:4, 247:21, 247:22, 254:20, 256:10, 258:22, 259:4, 261:19, 261:21
**good** 1:1, 16:23, 66:19, 69:9, 70:22, 70:25, 71:10, 76:24, 84:15, 85:13, 96:14, 96:18, 97:7, 97:8, 113:2, 123:21, 126:21, 158:12, 161:14, 161:23, 162:12, 167:23, 176:21, 177:20, 178:12, 181:22, 182:5, 183:9, 184:19,

185:7, 185:11, 185:11, 187:24, 199:1, 206:12, 207:22, 208:2, 215:23, 217:17, 235:22, 247:9, 247:11, 257:13, 258:19, 258:21, 260:15
**google** 78:3, 79:19, 80:4, 80:5, 80:6, 146:6
**gosh** 32:21, 143:8, 183:2, 226:6, 228:7, 236:24
**got** 44:24, 102:3, 102:13, 128:25, 142:22, 143:12, 158:3, 158:13, 158:15, 158:15, 162:1, 162:5, 168:19, 184:24, 200:11, 209:17, 209:25, 215:1, 215:1, 215:20, 233:23, 244:22, 247:18, 249:7, 249:16, 253:18, 258:19, 260:15, 261:10
**gotcha** 35:7, 80:9, 87:9, 208:2, 208:6
**gotta** 248:15
**govern** 4:23, 4:23
**government** 2:10
**governs** 15:11, 74:4
**grab** 19:9, 75:9
**grand** 109:25, 143:9, 243:2
**grandparents'** 27:24
**graph** 244:6
**grasp** 13:3, 13:9
**great** 5:5, 70:14, 130:24
**greatest** 179:22, 179:24
**grell** 96:6, 96:10, 97:4
**grewal** 193:6
**grey** 207:22, 208:1, 208:5

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**gross**  150:18
**groundwork**  53:6, 57:18, 57:20, 58:20, 103:2, 106:14, 144:24
**grown**  25:10
**guarantee**  121:16
**guess**  16:13, 17:13, 31:15, 34:21, 62:1, 66:16, 70:5, 71:1, 75:19, 76:18, 80:1, 101:18, 115:6, 128:5, 148:14, 151:8, 152:17, 154:10, 164:9, 171:4, 171:16, 172:4, 172:6, 173:19, 173:21, 174:25, 177:23, 177:23, 179:6, 179:19, 182:17, 187:1, 190:16, 202:12, 202:18, 204:3, 212:20, 219:19, 223:18, 224:11, 224:12, 228:15, 232:9, 235:6, 236:15, 236:18, 238:7, 240:16, 240:18, 247:7, 250:23, 256:16
**guessing**  212:8
**guilty**  48:17, 48:20, 49:2, 53:23
**gun**  28:25, 31:3, 83:9, 83:14, 83:16, 115:4, 146:22, 146:22, 170:11, 174:13, 197:13, 237:17, 237:20
**gunner**  11:5, 11:8, 11:11, 11:16, 13:25, 20:19, 25:1, 119:8
**guns**  26:18, 27:4, 31:25, 118:8, 197:6, 236:24, 236:25, 237:2

**gunspring**  5:24
**guy**  16:17, 61:16, 71:21, 71:22, 73:20, 73:21, 142:22, 151:8, 159:22, 187:12, 224:13, 237:20, 242:4
**guy's**  242:3
**guys**  102:18, 127:2, 131:7, 189:8, 215:2, 259:1

## H

**hack**  66:8, 66:10, 66:15
**hacked**  66:4, 66:7, 66:13, 66:21, 76:2, 76:2, 163:15, 163:16
**hairs**  7:24
**half**  160:14
**hall**  41:14
**hammer**  123:19
**hand**  2:21, 3:2, 8:6, 99:22
**handed**  108:11
**handle**  73:8, 75:18, 184:25, 185:3, 185:3, 213:4, 213:10
**hands**  18:20
**hang**  41:22, 215:2
**hannah**  6:12
**happen**  28:8, 55:4, 122:10, 166:16, 196:19, 242:22, 252:17
**happened**  28:7, 76:4, 84:5, 88:14, 96:16, 116:2, 161:16, 172:24, 173:5, 182:19, 183:15, 193:16, 197:14, 202:6, 211:21, 211:23, 219:18, 219:19, 233:3, 239:3, 239:11, 242:10, 243:1, 243:8,

254:2, 254:3, 254:4, 254:19, 254:23, 254:25, 258:12, 258:12
**happening**  83:1, 253:19, 256:3
**happens**  73:6, 73:14, 73:14, 143:10, 143:13
**happy**  30:12, 84:3, 84:4, 142:17
**hard**  14:5, 14:5, 22:4, 63:11, 64:13, 98:16, 115:16, 115:19, 154:2, 159:21, 159:24, 182:2, 204:18, 231:4, 236:11, 249:24, 250:21
**harder**  33:10
**hardware**  10:23, 10:24, 11:2, 29:22, 30:1
**harm**  70:19, 89:18, 89:22, 89:25, 90:1
**harmful**  70:23
**harming**  69:25
**harvey**  130:10
**hate**  39:16, 105:11, 237:12
**haul**  161:13, 193:23
**head**  5:9, 84:6, 237:8, 244:23
**health**  120:20
**hear**  3:16, 5:8, 58:12, 63:2, 92:9, 92:11, 93:10, 93:11, 102:5, 173:11, 174:17, 174:19, 182:25, 184:9, 186:14, 237:3
**heard**  27:18, 32:13, 56:11, 56:13, 56:15, 76:4, 87:13, 87:13, 87:14, 102:3, 124:2, 134:17, 149:16, 149:21, 149:22, 149:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

249:12, 255:20,
256:12, 256:14,
256:15, 256:16,
259:14
**hearing**  87:3, 124:5,
161:24
**heart**  242:20, 243:10,
243:11
**hearts**  242:20,
243:10, 243:11
**heavily**  168:8
**height**  79:22
**held**  251:5
**hell**  71:22, 114:24,
259:6
**help**  91:17, 163:13,
168:1, 172:9,
172:10, 175:1,
175:10, 189:17,
191:13, 206:8,
206:8, 229:18,
242:18, 242:20,
252:12, 260:19
**helped**  91:4, 113:16,
113:17, 125:3
**helpfully**  169:9
**helps**  242:25
**hey**  59:5, 59:10,
61:7, 61:16,
87:22, 102:4,
124:3, 125:17,
187:6, 187:17,
207:11, 216:12,
250:6
**hidden**  143:16
**hide**  97:17, 168:15
**high**  39:22, 79:18,
164:16, 164:18,
164:21, 164:22,
252:7
**highly**  237:13, 238:8,
257:9, 257:9
**hillary**  52:23
**hilton**  231:10
**hire**  8:12, 250:1
**hired**  66:2, 96:25
**history**  28:6, 187:19
**hit**  94:22, 133:20,
155:25
**hitched**  28:24
**hits**  179:22, 179:24

**hog**  249:14
**hold**  2:10, 11:23,
41:17, 61:10,
69:5, 177:4,
184:11, 192:13,
192:13, 197:4,
212:25, 218:5,
248:9, 258:3
**holder**  247:6
**holding**  11:1
**holds**  42:2
**holiday**  83:17
**holliday**  183:11,
185:2
**holloway**  1:15
**home**  25:24, 25:25,
26:1, 27:5,
118:12, 258:17
**homecoming**  234:2,
234:7
**homemade**  27:4
**homemaker**  26:10,
26:15
**homemakers**  27:5
**honest**  62:14, 133:20,
188:21, 221:25
**honestly**  25:11,
46:14, 158:17,
206:25
**honor**  221:23
**hope**  151:25, 191:18,
206:12, 207:22
**hopefully**  257:12
**hoping**  159:18
**horrible**  71:23,
73:23, 73:23
**horse**  136:22
**hospitality**  240:14
**host**  20:7, 20:7, 20:8
**hosted**  118:5
**hosting**  20:4, 20:6,
118:1, 118:3
**hotels**  228:25, 229:2,
229:7
**hour**  87:3, 160:14
**house**  27:25, 129:24
**housed**  144:3
**housewife**  26:13
**houston**  130:10,
130:12
**howard**  1:10, 27:24,

41:10, 41:14,
49:11, 50:3,
50:16, 53:1,
54:13, 60:14,
62:18, 69:5,
73:11, 86:18,
93:8, 93:10,
102:2, 102:11,
102:12, 102:17,
103:2, 103:24,
104:11, 105:24,
108:18, 113:18,
120:11, 123:10,
137:24, 214:8,
214:12, 215:20,
222:19, 229:13,
229:24, 230:16,
233:21, 239:24,
262:5, 262:10
**howard's**  58:11,
73:17, 128:25,
132:7, 160:10
**however**  148:5, 255:1
**huge**  193:24, 239:4,
253:6
**huh**  32:13, 109:9,
197:17, 224:18,
252:18
**humor**  196:22
**hurricane**  130:5
**hurt**  113:13
**hurts**  238:13
**hypothetic**  146:19
**hypothetical**  37:20,
40:6, 40:7, 63:20,
73:16, 73:17,
74:1, 109:17,
146:19, 185:19
**hypothetically**  40:5

## I

**i-a**  118:7
**i-i**  7:24, 16:25,
18:15, 23:13,
25:15, 27:11,
32:3, 32:10,
33:11, 36:12,
38:5, 38:19,
39:16, 40:9, 42:1,
44:19, 44:20,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

45:10, 46:14, 47:25, 51:24, 52:2, 56:20, 58:23, 60:4, 61:10, 63:2, 65:4, 65:10, 65:25, 66:1, 69:8, 70:13, 72:21, 73:1, 76:18, 81:15, 82:15, 83:1, 85:14, 86:5, 89:3, 89:19, 90:22, 91:2, 91:25, 93:11, 95:21, 97:1, 107:20, 120:10, 121:4, 121:24, 125:2, 125:8, 125:15, 126:1, 130:14, 130:19, 131:10, 131:23, 136:7, 137:22, 140:24, 141:4, 141:10, 142:10, 150:9, 151:9, 152:9, 153:5, 153:5, 154:10, 157:16, 158:5, 160:10, 161:24, 168:16, 173:6, 173:11, 178:25, 180:11, 180:22, 182:2, 183:4, 184:9, 184:16, 186:1, 192:3, 192:14, 193:9, 193:14, 194:4, 195:11, 198:1, 201:5, 201:25, 202:18, 203:4, 204:4, 204:9, 206:14, 206:25, 207:5, 207:9, 208:17, 211:10, 216:20, 218:3, 219:19, 220:2, 223:5, 223:16, 224:2, 224:8, 228:24, 229:21, 232:22, 237:18, 240:9, 251:17, 252:8,

253:5, 254:1, 254:19, 254:24, 255:10, 256:1, 257:9, 258:18

**i-i-i** 72:23, 78:21, 113:24, 151:14, 242:17, 242:17

**idea** 7:13, 16:17, 16:18, 37:5, 63:4, 72:16, 127:6, 128:11, 158:22, 158:24, 159:12, 165:24, 167:8, 188:21, 213:6

**identification** 2:10

**identified** 3:3, 166:14, 176:11, 178:13

**identify** 1:8, 118:17, 137:17, 141:12, 141:16, 141:18, 177:22, 178:7, 178:18, 183:14

**identity** 2:11, 203:4

**iere** 1:18

**ignore** 122:12

**ignored** 102:5

**images** 216:25, 217:9

**immediate** 237:23, 241:21

**impacting** 236:14

**impeach** 233:1, 233:4

**impeached** 49:20

**impeaching** 232:22

**implemented** 209:23

**implication** 26:25, 27:1

**implicit** 111:1, 118:4, 135:14, 135:19, 135:22

**implies** 238:19, 238:19, 238:20

**important** 12:18, 68:16, 97:2, 172:12, 247:15, 247:17

**impossible** 218:19

**imposture** 38:19

**impressed** 183:7

**impression** 52:3

**impressive** 168:21

**improper** 121:8, 177:14

**improperly** 57:19

**improve** 119:5

**improved** 119:7, 119:9

**in-** 102:13

**inc** 5:16, 7:18

**incarcerated** 89:3

**incident** 46:25

**include** 10:25, 241:1, 241:1

**included** 65:14, 69:12

**includes** 20:15, 22:24, 163:18

**including** 26:1, 78:23, 183:13

**income** 31:9, 143:14

**incorrect** 56:20, 137:19

**incredulous** 63:24

**independent** 77:17, 131:25, 151:21, 184:22

**independently** 137:7, 137:8, 139:8, 139:9, 144:16

**index** 155:12

**indicate** 63:4, 126:17

**indicating** 170:9

**indication** 57:4, 174:21

**indications** 157:14

**indictment** 51:2, 226:18, 234:23, 255:8

**inducement** 165:12

**inducing** 165:25

**industries** 6:3

**industry** 8:20, 27:3, 28:25, 31:16, 32:5, 32:6, 32:11, 33:24, 79:13, 98:19, 112:23, 113:1, 133:11, 133:11, 133:12, 135:7, 135:9, 156:22, 157:10, 157:11, 157:12, 157:17, 157:17, 159:2

**inevitable** 238:25

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**inflection** 91:9, 91:16
**influence** 180:8
**influenced** 115:20
**inform** 55:7, 55:8
**information** 33:22, 38:25, 39:1, 43:19, 55:12, 59:5, 59:10, 59:22, 60:2, 60:5, 61:1, 61:4, 64:20, 70:20, 75:3, 75:6, 132:18, 132:18, 132:25, 132:25, 137:10, 139:12, 141:17, 148:4, 149:2, 149:5, 149:9, 168:3, 168:4, 169:13, 173:16, 184:21, 199:14, 253:8
**informed** 161:25, 206:10, 207:20
**infringement** 83:18, 85:4
**ingredients** 109:1, 109:4, 109:13, 110:9
**inherently** 33:11
**initial** 52:12, 82:8, 82:22, 83:21, 106:16, 106:17, 174:20
**initially** 81:25, 82:3, 82:6
**initiated** 82:16
**initiatory** 83:21, 117:17
**injunctions** 81:10, 81:13, 195:12, 195:16
**injury** 49:3, 49:4
**inkling** 124:3, 124:7, 124:8
**innocent** 27:4, 27:5, 164:5
**input** 139:18
**inputs** 137:11, 139:19
**inquire** 49:10
**inquired** 117:1
**inquiry** 17:9, 17:10,

67:11
**inspect** 137:4, 138:15
**instance** 71:20, 114:18, 133:24
**instances** 103:20
**instead** 58:9, 91:15
**instinct** 186:25, 187:3
**instinctual** 168:9
**instruct** 49:19, 50:9, 91:23, 229:15, 233:15, 233:19
**instructed** 5:6
**instructions** 108:23
**instrument** 186:8
**insurance** 78:6
**insurer** 78:3
**intelligence** 253:1, 253:2
**intelligent** 235:18
**intend** 153:24
**intends** 235:17
**intent** 73:23, 74:1, 164:3
**intention** 72:4
**intentional** 90:3, 90:4
**intentionally** 110:22
**interaction** 226:17
**interactions** 236:1, 240:18
**intercourse** 48:1, 48:11, 48:13, 48:18
**interest** 75:17, 115:9
**interesting** 47:4, 72:22, 97:5, 154:9, 180:25, 181:2, 181:7, 183:14, 186:14, 186:16, 186:17, 188:3, 188:19, 199:9, 255:21
**interfere** 187:9, 187:18, 234:24
**interfering** 178:5
**internet** 29:6, 54:14, 79:1, 183:13, 242:6, 242:7
**interpret** 72:1, 74:10
**interpretation** 164:11

**interpreted** 165:14, 240:13
**interpreting** 58:9, 58:9
**interrogated** 85:22, 227:19, 227:19
**interrogatory** 128:15, 148:16
**interrupt** 69:2, 234:24
**interrupting** 106:13
**interruption** 90:3
**interspersed** 218:19
**intervener** 195:14
**intervening** 84:6, 84:14, 84:15, 88:3
**interview** 155:19, 245:22, 246:16, 246:18, 246:21, 247:4
**interviewed** 226:25
**interviews** 156:13, 243:22, 243:25, 244:2, 244:15, 244:19, 245:8, 245:12, 245:17, 246:3, 246:4, 246:9, 246:9, 246:21
**introduce** 207:13
**intrude** 215:21
**intuition** 96:12
**inventory** 35:8
**inverse** 119:20
**inversely** 113:2
**investigate** 143:15, 151:12
**invitation** 199:11, 199:18
**invite** 50:5, 60:13, 60:21
**invited** 50:1, 50:2, 50:4, 50:21, 76:19
**inviting** 60:17, 60:20, 60:21, 199:16
**invoked** 41:3, 42:11
**involuntarily** 23:14, 23:15
**involved** 23:10, 23:11, 88:18

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**involvement** 206:11, 207:21
**ipod** 26:16
**irony** 72:2
**irrelevant** 230:5, 230:7
**isolate** 151:15, 151:17
**israel** 162:6
**issue** 92:2, 103:9, 106:3, 114:10, 119:21, 120:3, 123:11, 168:14
**issued** 107:4, 178:15
**issues** 46:22, 46:25, 47:21, 76:20
**item** 28:4, 50:11
**items** 17:19, 17:21, 17:22, 17:24
**iteration** 11:10, 101:6, 102:16
**iterations** 99:17, 100:6, 101:7, 103:10
**ivan** 171:18

---

## J

**jane** 202:19
**january** 22:24
**jason** 58:14, 261:6, 261:8, 261:9
**jeff** 96:6, 97:4
**jersey** 193:5
**jewel** 182:25
**jewels** 180:20, 180:22, 182:16
**job** 38:13, 38:14, 61:6, 66:1, 77:12
**jobs** 8:16, 249:20
**john** 1:4, 83:17, 169:9, 169:16, 169:20, 169:24, 170:5, 170:11, 171:2, 171:6, 171:15, 171:17, 171:23, 175:17, 175:18, 175:21, 175:22, 184:25, 205:15
**joined** 79:25, 221:5

**joining** 80:2
**joke** 98:19
**jokes** 98:21
**jokingly** 157:20
**journalism** 253:22
**judge** 21:25, 41:23, 50:3, 53:8, 53:11, 59:18, 59:20, 104:2, 104:2, 115:16, 115:19, 121:14, 121:18, 198:1, 229:14, 237:19
**judges** 52:24, 197:15
**judgment** 172:3, 195:1, 195:4, 195:7, 242:2
**judgments** 239:10
**july** 112:19
**jump** 35:11, 36:7, 195:15
**jumped** 170:7, 262:10
**jumping** 160:16
**june** 112:19, 206:16, 206:25, 208:3, 211:16, 211:19, 212:2, 212:19, 212:19, 213:5, 217:24
**jurisdiction** 193:18
**jurisdictions** 1:23
**jury** 251:20

---

## K

**karmic** 238:19
**keep** 9:15, 9:17, 75:10, 75:12, 75:12, 79:17, 106:13, 129:24, 131:10, 142:18, 192:4, 208:17, 217:25, 217:25, 238:16, 238:18
**keeping** 114:4
**keeps** 130:4
**kept** 173:13
**keurig** 27:9, 27:11, 27:12, 27:14, 27:18, 27:21
**keynote** 132:19

**khalid** 1:6, 22:9, 22:11, 181:4, 183:7, 244:2
**kick** 77:13, 77:14
**kid** 240:23
**kids** 39:22
**kigo** 149:16, 149:19
**kind** 12:1, 14:3, 18:19, 18:21, 20:21, 27:11, 31:3, 31:13, 31:24, 33:2, 33:9, 39:17, 43:21, 58:22, 72:1, 78:13, 82:19, 97:11, 97:15, 98:17, 98:23, 103:1, 103:17, 106:12, 116:15, 117:4, 117:4, 117:11, 119:16, 119:19, 128:20, 131:11, 132:24, 135:16, 136:16, 136:20, 136:20, 136:22, 151:6, 155:13, 156:5, 157:13, 158:7, 163:13, 163:14, 165:14, 166:2, 166:3, 167:1, 167:22, 168:15, 174:21, 174:22, 177:23, 181:3, 181:18, 181:22, 182:10, 186:23, 187:2, 187:5, 188:16, 192:7, 194:15, 197:13, 197:13, 198:14, 218:23, 224:13, 231:9, 232:10, 235:7, 235:15, 235:15, 236:25, 237:1, 238:4, 238:20, 238:25, 240:10, 240:13, 240:16, 241:23, 242:18, 243:19, 245:17, 246:6, 248:23, 252:7,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

253:1, 253:25

**kinds**  87:20, 148:5, 235:13, 248:11, 251:6

**kino**  57:2

**kit**  10:25, 10:25

**knee-jerk**  235:6

**knew**  8:11, 8:11, 56:25, 116:9, 119:10, 119:11, 134:3, 156:10, 156:10, 156:10, 156:10, 226:24, 253:14

**know**  3:9, 3:17, 3:19, 4:10, 5:5, 5:23, 7:24, 8:10, 9:7, 10:1, 10:9, 10:21, 11:14, 12:10, 14:13, 16:21, 17:6, 18:11, 20:19, 22:24, 22:25, 23:4, 25:11, 25:15, 26:10, 26:10, 27:16, 28:1, 29:13, 29:22, 31:16, 33:22, 33:23, 33:24, 34:1, 34:14, 34:21, 35:19, 36:2, 37:6, 37:8, 37:10, 39:17, 40:12, 40:12, 43:18, 44:15, 44:19, 44:19, 46:1, 46:14, 47:23, 52:23, 52:25, 54:17, 54:18, 56:5, 56:7, 56:24, 57:2, 57:8, 58:11, 59:4, 59:19, 60:12, 61:5, 61:5, 61:12, 62:1, 62:24, 63:8, 63:15, 63:16, 63:23, 64:12, 64:14, 64:19, 65:4, 65:12, 69:2, 70:17, 70:18, 71:21, 72:14,

72:20, 73:1, 73:13, 73:13, 73:16, 75:7, 75:17, 77:23, 78:16, 79:21, 80:6, 81:9, 81:15, 82:3, 83:25, 84:7, 84:17, 84:17, 86:5, 86:10, 87:4, 87:19, 87:19, 87:21, 87:25, 88:1, 88:1, 88:3, 88:17, 90:10, 90:15, 90:19, 90:24, 90:24, 93:5, 96:12, 96:13, 97:17, 97:25, 98:18, 98:19, 98:19, 98:19, 99:17, 99:25, 100:5, 100:9, 101:9, 101:11, 102:6, 103:6, 104:14, 105:12, 106:9, 107:19, 108:14, 110:17, 112:13, 114:18, 115:1, 115:9, 115:14, 120:8, 120:21, 124:16, 125:7, 125:14, 125:22, 126:6, 127:4, 127:5, 127:18, 127:19, 127:21, 127:23, 127:25, 128:9, 128:9, 129:10, 129:21, 129:23, 130:19, 130:19, 130:19, 131:5, 132:4, 132:4, 132:8, 132:11, 132:12, 132:13, 132:13, 132:19, 132:24, 133:23, 133:23, 134:1, 134:7, 136:7, 137:15, 137:22, 138:9, 138:18, 138:24, 139:10, 139:10,

139:16, 139:17, 139:21, 140:20, 140:24, 141:4, 141:7, 141:10, 141:20, 142:12, 142:14, 142:22, 142:24, 143:11, 144:15, 144:25, 145:1, 145:1, 145:1, 146:6, 146:7, 148:1, 149:19, 151:9, 151:14, 151:19, 151:24, 151:24, 151:25, 152:2, 152:5, 152:7, 152:10, 152:10, 152:18, 152:25, 153:7, 153:16, 153:17, 153:18, 153:22, 153:25, 154:12, 154:20, 155:21, 156:1, 156:15, 156:16, 156:16, 156:19, 156:21, 157:11, 157:17, 157:21, 157:25, 158:4, 158:13, 158:25, 159:20, 159:23, 160:10, 160:11, 160:15, 161:16, 161:18, 161:19, 163:2, 165:2, 165:6, 165:12, 165:17, 166:10, 167:19, 167:20, 168:10, 168:23, 168:24, 168:25, 169:3, 169:3, 169:6, 170:3, 170:4, 170:5, 171:12, 171:16, 173:6, 173:8, 173:15, 174:6, 174:8, 174:10, 174:12, 174:20, 175:9, 175:20, 178:25, 179:7, 179:13, 179:14, 179:15, 179:17,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

179:20, 181:6, 181:6, 181:9, 181:18, 181:22, 181:24, 182:2, 182:3, 182:5, 183:4, 183:20, 184:5, 184:16, 184:24, 185:12, 185:13, 185:20, 186:13, 186:19, 186:25, 187:6, 187:24, 188:14, 189:16, 190:3, 190:8, 190:14, 190:20, 190:24, 191:1, 191:3, 191:5, 191:8, 191:18, 192:4, 192:4, 192:4, 192:6, 192:7, 192:11, 193:1, 193:15, 193:19, 193:20, 193:21, 194:4, 194:19, 195:5, 195:6, 195:9, 195:14, 195:17, 196:3, 197:2, 197:13, 198:5, 202:19, 202:22, 202:23, 202:25, 203:3, 203:5, 204:1, 204:2, 204:2, 204:20, 204:22, 205:9, 205:12, 205:12, 206:4, 207:4, 207:9, 212:20, 212:21, 212:24, 214:5, 214:18, 217:22, 219:20, 219:22, 220:2, 221:7, 222:1, 222:6, 222:16, 223:16, 224:13, 224:17, 225:22, 226:3, 226:4, 226:4, 226:5, 226:6, 226:7, 226:8, 226:8, 226:13, 226:23, 227:22,

228:7, 228:11, 229:12, 232:11, 232:13, 234:25, 235:7, 235:14, 236:14, 236:23, 237:13, 237:19, 237:21, 238:3, 238:14, 238:16, 238:20, 240:14, 240:14, 241:4, 241:7, 241:8, 241:8, 242:1, 242:6, 242:14, 242:16, 242:17, 242:19, 243:8, 243:15, 244:14, 245:7, 245:18, 246:6, 246:8, 247:12, 247:12, 247:14, 248:13, 249:12, 249:25, 250:3, 250:4, 251:19, 252:6, 252:18, 252:25, 253:2, 253:8, 253:9, 253:16, 253:16, 253:23, 254:8, 254:12, 255:5, 255:10, 255:13, 255:18, 256:11, 256:25, 257:20, 259:14, 259:17
**knowing** 97:19, 135:2, 167:20
**knowingly** 165:24, 168:15
**knowledge** 18:19, 99:15, 124:1, 167:16, 185:2, 231:4, 236:20
**known** 129:14, 134:1, 137:15, 255:9, 261:10
**knows** 33:11, 44:15, 152:11, 166:1, 167:13, 191:8, 192:10

---

## L

**l-a-r-o-s** 1:18

**labeled** 12:19
**labor** 18:17, 18:18
**lack** 107:23
**laden** 168:8
**lady** 51:6, 51:9, 51:12, 51:14, 51:15, 201:13, 201:15, 201:18, 201:23, 212:22, 216:15, 222:9, 236:2
**lam** 251:15, 253:24
**landed** 83:20
**landing** 52:10
**landlord** 63:16, 63:22, 63:24
**language** 166:5, 166:7, 178:20, 210:20, 210:24, 211:3
**laptop** 258:4
**large** 23:13, 79:13, 131:1, 153:23, 153:25, 249:9
**largely** 198:14
**larger** 15:25
**larose** 67:2
**larosier** 1:18, 173:8, 173:14, 174:12, 174:21, 177:25, 178:15, 181:2, 181:4, 181:12, 181:14, 183:7, 183:11, 185:3, 187:13, 187:14
**larosiere** 1:17, 88:2
**last** 9:5, 11:12, 21:23, 22:19, 25:2, 25:4, 25:7, 36:8, 41:14, 44:1, 44:3, 96:9, 131:3, 142:12, 183:9, 186:16, 198:4, 199:3, 205:10, 207:12, 207:15, 209:9, 209:11, 218:23, 234:23, 235:10, 251:8
**late** 234:7, 239:15, 239:15
**later** 35:12, 63:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

121:15, 142:21, 156:1, 171:22, 206:14, 207:24
**laughing** 207:23
**launch** 205:15, 205:17, 208:1, 212:5
**launched** 205:19
**launching** 211:11
**laundry** 165:11
**laurasiere's** 4:2
**law** 12:9, 12:21, 12:22, 13:3, 13:9, 13:10, 14:1, 14:2, 14:4, 15:23, 16:3, 90:7, 90:13, 95:20, 98:16, 133:12, 140:6, 158:13, 181:24, 185:15, 194:8, 195:10, 237:17, 251:10
**laws** 12:4, 12:5, 12:7, 12:8, 12:11, 12:12, 12:16, 15:21, 166:15
**lawsuit** 1:11, 1:12, 22:14, 68:23, 69:15, 69:17, 69:19, 81:11, 81:14, 81:24, 82:4, 82:22, 83:4, 83:18, 83:23, 84:9, 85:7, 87:7, 169:14, 170:2, 170:12, 170:14, 171:5, 172:12, 172:14, 172:18, 173:13, 174:7, 174:13, 174:22, 175:4, 175:9, 175:15, 175:18, 178:1, 178:6, 178:11, 178:15, 180:23, 190:13, 190:19, 190:20, 193:1, 195:17, 196:14, 196:17, 196:21
**lawsuit's** 172:5
**lawsuits** 82:12,

82:23, 83:2, 84:25, 117:18, 191:8, 191:9, 237:23, 253:20
**lawyer** 4:9, 6:5, 12:25, 42:3, 65:11, 103:22, 174:20, 191:9, 191:10, 215:18
**lawyers** 40:10, 73:14, 152:23
**lay** 106:14, 177:6, 177:10, 192:8, 192:17, 192:25, 195:24
**layaway** 32:12, 32:13
**laying** 53:6, 57:19, 58:20, 103:1, 144:24
**leading** 165:24
**leaping** 150:1
**learn** 157:8
**learned** 62:5, 116:6, 127:11, 155:24
**learning** 90:14
**leased** 223:25, 224:4, 224:5
**least** 38:20, 72:9, 159:11, 163:22, 167:2, 188:9, 190:14, 195:25, 199:18, 201:18, 201:21, 201:22, 218:13, 237:15, 237:16
**leave** 41:6, 41:17, 68:9, 68:11, 68:13, 125:17, 155:1, 162:16, 198:6, 246:22, 246:23, 247:1
**leaving** 41:6, 246:15
**led** 95:7, 95:16, 95:25, 97:18, 238:24
**ledgers** 144:14
**left** 43:17, 43:21, 43:23, 126:13, 126:15, 155:2, 155:16, 231:12, 262:10

**legal** 8:23, 40:12, 46:22, 46:25, 47:21, 65:18, 81:15, 84:18, 85:6, 87:4, 87:8, 87:9, 87:12, 87:15, 87:22, 165:17, 190:19, 208:3, 237:12
**legally** 153:13, 192:5
**legitimately** 193:15
**legs** 183:9
**less** 31:4, 53:11, 111:9, 115:10, 115:10
**let** 3:13, 3:17, 3:19, 5:6, 15:15, 16:4, 19:6, 19:9, 25:12, 31:23, 35:10, 36:18, 37:22, 39:14, 42:25, 49:9, 51:4, 51:4, 62:22, 62:23, 63:13, 63:13, 66:3, 68:19, 68:19, 68:19, 92:13, 93:2, 93:2, 98:23, 101:25, 101:25, 102:1, 106:8, 106:8, 106:8, 106:8, 106:15, 128:19, 161:18, 162:24, 179:24, 182:10, 187:6, 189:2, 203:11, 209:16, 210:14, 213:23, 217:11, 217:22, 218:12, 219:9, 230:20, 246:12, 246:12, 246:13, 250:13, 257:18, 257:22, 258:5, 258:10, 258:11
**let's** 11:3, 13:20, 14:11, 17:9, 21:24, 22:17, 22:23, 23:17, 24:16, 25:1, 29:20, 30:16, 36:15, 36:15,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

40:24, 43:12,
45:21, 50:3,
53:22, 59:21,
71:7, 73:11, 75:7,
78:11, 80:18,
81:9, 81:24,
81:24, 82:23,
82:23, 92:13,
92:22, 98:4,
98:23, 107:15,
107:15, 107:25,
127:15, 127:15,
131:10, 131:10,
137:23, 137:23,
137:23, 142:18,
146:13, 146:14,
146:20, 159:5,
173:12, 193:17,
213:22, 215:7,
215:25, 227:12,
230:23, 258:10
**letman** 1:18
**level** 13:24, 113:13,
164:18, 164:21,
164:23, 194:19,
237:18
**levels** 52:20
**libertarian** 250:1
**liberties** 254:1
**librarian** 18:5
**license** 2:16
**lies** 184:18
**lieutenant** 134:22
**life** 238:15, 239:12,
242:22, 246:20
**lifetime** 157:9
**like** 6:1, 6:12,
12:13, 13:25,
14:19, 15:19,
17:17, 18:19,
20:19, 20:21,
21:10, 21:23,
24:4, 27:8, 27:9,
27:11, 27:12,
28:6, 29:10,
30:17, 30:21,
30:22, 32:8, 32:9,
33:9, 33:19,
34:19, 36:7,
37:20, 38:11,
38:18, 40:10,

40:11, 40:11,
40:13, 41:22,
49:8, 52:24,
56:15, 56:19,
64:14, 65:5,
70:17, 71:11,
71:16, 71:19,
71:22, 72:11,
72:14, 73:5,
73:11, 77:20,
80:5, 84:18,
90:16, 93:12,
95:9, 95:23,
96:20, 96:24,
97:8, 105:14,
105:15, 109:10,
109:17, 111:5,
112:11, 122:4,
123:10, 123:16,
123:19, 127:21,
127:22, 127:25,
128:14, 131:2,
133:23, 148:3,
151:8, 154:12,
155:20, 157:1,
157:4, 157:9,
159:3, 159:4,
160:3, 160:17,
163:10, 163:14,
163:25, 164:7,
164:18, 164:25,
166:23, 166:25,
167:9, 167:10,
167:19, 168:1,
168:7, 168:8,
168:12, 169:12,
171:17, 172:7,
172:9, 172:20,
172:22, 173:19,
174:18, 176:15,
176:19, 181:9,
181:17, 181:18,
181:19, 181:21,
181:24, 182:18,
182:24, 183:19,
185:10, 185:12,
185:16, 185:18,
185:19, 186:7,
186:12, 186:23,
186:25, 187:1,
187:5, 188:14,

188:15, 188:15,
188:16, 188:21,
188:25, 189:11,
189:12, 189:13,
189:16, 189:17,
190:3, 191:14,
191:16, 191:21,
192:8, 192:8,
192:18, 193:1,
193:1, 193:15,
194:23, 195:14,
195:15, 196:24,
197:6, 197:8,
197:23, 199:13,
199:15, 200:5,
200:11, 200:13,
201:4, 202:13,
208:5, 208:7,
209:5, 209:7,
210:15, 210:24,
211:4, 212:15,
213:4, 213:7,
215:9, 216:19,
217:4, 217:5,
218:10, 218:25,
219:1, 219:2,
219:3, 219:4,
220:4, 220:24,
223:25, 224:21,
225:19, 225:20,
225:22, 226:7,
229:5, 231:9,
231:9, 232:10,
234:7, 234:8,
235:5, 235:7,
235:12, 235:17,
235:21, 235:23,
236:8, 236:13,
236:18, 236:23,
236:24, 237:3,
237:4, 237:4,
237:23, 238:9,
238:9, 238:17,
239:7, 239:11,
239:23, 240:8,
240:10, 240:13,
240:15, 240:21,
240:22, 240:23,
241:9, 241:17,
241:21, 241:25,
242:2, 242:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

242:7, 242:10, 242:10, 242:18, 242:21, 243:15, 243:17, 243:19, 245:10, 245:16, 245:17, 245:18, 245:18, 245:21, 245:24, 246:7, 246:9, 246:15, 247:5, 247:15, 247:21, 248:24, 249:5, 249:8, 249:9, 249:16, 249:24, 250:20, 251:6, 251:18, 251:21, 251:21, 252:25, 253:7, 253:8, 253:23, 254:8, 254:14, 254:16, 254:19, 254:20, 254:21, 256:17, 257:4, 257:8, 257:21, 259:18, 259:20

**likely** 22:6, 64:10, 137:20, 169:20

**line** 49:18, 50:2, 50:4, 50:5, 50:22, 95:12, 116:3, 119:15, 185:9, 193:4, 215:16, 218:17, 230:19, 242:3, 244:3

**lines** 10:20, 10:24, 28:5, 190:9, 213:18, 215:9

**liquid** 257:1

**list** 179:24, 238:1

**listed** 137:22, 151:6, 170:19

**listen** 85:16, 105:21, 189:19, 254:8

**listened** 76:13

**listening** 186:24

**lists** 185:4, 185:5

**literally** 38:5, 95:11, 120:22, 121:1, 130:18, 197:14

**literary** 164:16

**literature** 146:12,

146:15, 146:16, 146:17, 147:21

**litigants** 21:12, 21:14, 22:2, 22:7, 22:17, 73:7, 82:9, 83:6, 84:8, 84:13, 87:18, 88:14, 197:21

**litigate** 74:13

**litigation** 20:20, 20:23, 20:24, 21:2, 22:7, 23:7, 23:9, 23:11, 23:14, 70:20, 73:11, 78:14, 81:25, 84:12, 84:14, 84:15, 103:18, 107:10, 117:9, 196:5, 234:25

**little** 20:20, 21:23, 29:21, 32:6, 35:11, 36:8, 39:11, 98:24, 105:1, 108:19, 167:10, 167:10, 173:6, 187:1, 217:23, 225:24, 231:24, 240:11, 247:12, 259:5, 260:3

**live** 130:9, 206:7, 206:13, 207:24

**llc** 5:20, 5:21, 5:24, 6:8, 8:22, 20:13

**loan** 160:4, 160:6

**lobby** 110:18

**locate** 97:14

**located** 1:22, 99:4

**location** 34:22, 144:3

**locations** 144:4, 144:5

**logo** 72:18

**long** 34:9, 34:19, 35:20, 58:15, 68:9, 68:13, 90:13, 157:22, 160:1, 205:4, 205:10, 229:4, 230:25, 231:2

**longer** 97:21, 106:14,

203:23, 205:13, 223:5, 228:19

**look** 44:21, 45:20, 52:24, 73:20, 77:8, 77:12, 110:17, 117:12, 120:12, 124:3, 125:2, 142:6, 142:9, 146:24, 147:3, 153:22, 154:15, 157:14, 197:16, 203:8, 206:19, 212:13, 222:15, 235:3, 240:4, 243:4, 243:21, 246:13, 254:18, 257:8, 259:20

**looked** 29:22, 76:4, 78:4, 156:20, 156:21, 232:10, 237:19

**looking** 27:16, 29:6, 30:19, 43:25, 61:15, 92:19, 96:15, 96:18, 165:4, 165:5, 181:7, 191:15, 210:16, 239:7, 253:18, 254:25, 259:13

**looks** 191:10, 254:18

**loose** 7:13

**lord** 223:23

**lore** 224:22

**lose** 86:18, 156:25

**loses** 196:5

**loss** 151:12, 155:12, 155:13

**losses** 137:7, 139:8, 191:23, 196:7, 196:10

**lost** 127:14, 196:3

**lot** 6:4, 25:12, 31:1, 32:6, 33:6, 33:7, 58:8, 115:4, 153:17, 164:16, 168:18, 172:5, 175:8, 177:25, 182:8, 183:24, 185:11, 193:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

195:9, 195:10, 237:23, 238:1, 242:9, 249:7, 249:23, 253:15, 253:25, 256:22, 259:8

**lots**  155:11, 155:12, 174:15, 175:12, 191:22, 195:6

**loud**  3:14, 3:18

**love**  8:18, 104:2, 104:3, 123:18, 124:15, 150:8, 164:17, 174:17, 180:11, 180:12

**lower**  3:2, 32:7

**lucky**  39:18

**lunch**  155:25

**lying**  52:25, 53:1, 53:1, 53:8, 58:1

## M

**m-a-n-d-i-a-n-t**  78:2

**machine**  11:1, 11:3, 11:5, 12:19, 13:11, 25:7, 26:20, 27:9, 27:14, 31:25

**machines**  12:14, 25:13, 27:21, 28:3

**made**  4:18, 51:7, 62:18, 67:11, 68:12, 68:17, 69:11, 87:5, 88:21, 93:5, 95:22, 116:23, 127:1, 163:11, 169:20, 171:21, 176:21, 187:2, 213:10, 232:1, 232:2, 234:19, 237:18, 237:21, 253:11

**made-up**  128:7

**madison**  230:2

**magazines**  170:24, 170:25, 171:2, 172:1

**mail**  81:1, 81:2

**main**  11:20, 11:22,

78:13

**major**  25:4, 31:10, 198:22, 198:24, 237:16

**majority**  126:12, 126:14

**make**  4:21, 5:10, 12:18, 14:4, 14:9, 17:9, 17:10, 19:22, 39:16, 42:1, 46:5, 46:7, 49:13, 60:5, 68:14, 68:18, 74:23, 75:1, 77:23, 87:2, 100:20, 117:4, 118:18, 120:4, 120:12, 128:6, 131:25, 133:13, 135:22, 167:15, 181:14, 185:21, 187:8, 189:8, 196:2, 196:18, 229:4, 234:21, 235:13, 235:15, 236:16, 239:10, 242:25, 246:21, 250:25, 252:22, 253:13, 253:17, 254:7, 254:11

**maker**  28:3

**maker's**  27:17

**makers**  29:12

**makes**  18:5, 24:9, 31:15, 32:14, 46:6, 189:23, 190:8, 196:1, 212:25, 235:12, 243:15, 243:17, 243:19, 253:13, 254:12, 254:18, 257:1, 257:8

**making**  41:24, 104:14, 105:2, 109:14, 109:19, 130:17, 130:18, 177:25, 178:3, 202:4

**malfeasance**  165:14, 165:16, 165:22

**malicious**  72:1, 166:3

**man**  34:21, 105:9,

153:22, 174:9, 182:3, 183:4, 191:22, 208:22, 227:9, 227:9, 244:23, 250:21

**management**  7:12

**mandiant**  77:25

**manifold**  236:11

**manipulative**  209:2

**manner**  21:24

**manufacturers**  28:11

**many**  7:10, 7:12, 7:22, 8:20, 9:3, 14:14, 14:19, 17:15, 17:19, 18:17, 18:20, 23:12, 56:12, 61:4, 61:21, 62:10, 77:24, 79:20, 79:20, 97:23, 98:4, 98:21, 99:17, 100:6, 100:6, 103:19, 103:19, 103:19, 103:20, 116:2, 118:14, 118:19, 118:20, 126:3, 126:8, 126:11, 126:18, 137:22, 154:1, 155:19, 155:19, 181:24, 183:23, 196:9, 196:10, 225:10, 236:11

**march**  3:25, 3:25, 45:22, 46:10, 46:12, 54:21, 54:24, 55:2, 120:5, 205:19, 205:22

**margin**  237:19

**mark**  114:4, 207:24, 221:1

**market**  12:17, 25:13, 25:16, 25:16, 25:18, 25:19, 26:4, 26:6, 28:9, 28:10, 28:23, 29:1, 29:16, 151:21, 242:2

**marketing**  12:16,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

29:2, 29:4, 131:22
**married** 215:20, 215:22
**marshals** 51:25
**martini** 73:13
**match** 150:16, 218:20
**material** 108:22
**materials** 131:24
**math** 159:19
**matt** 1:16, 4:3, 39:18, 39:25, 43:19, 52:23, 59:3, 76:6, 88:23, 93:10, 105:24, 128:23, 168:17, 170:5, 174:12, 174:19, 175:20, 184:17, 184:18, 201:10, 202:12, 202:18, 205:21, 222:10, 251:14, 260:25
**matter** 23:19, 57:1, 72:3, 73:24, 74:2, 74:18, 74:20, 74:24, 82:8, 87:6, 110:1, 110:3, 116:1, 116:7, 117:18, 133:14, 197:23, 201:7, 201:24, 202:1, 202:2, 203:23, 208:5, 211:14, 233:11, 236:20, 236:20
**matthew** 1:18, 174:12, 174:21, 178:15, 181:2, 181:4, 181:14, 187:13, 191:3, 191:9, 193:20, 194:1, 229:25
**may** 1:2, 1:22, 3:7, 4:9, 6:6, 14:2, 17:9, 17:9, 17:10, 18:20, 26:16, 26:19, 31:22, 33:4, 33:5, 35:12, 46:16, 46:19, 53:8, 53:11, 54:21, 54:24,

55:2, 56:19, 58:7, 58:17, 62:2, 64:2, 64:4, 85:6, 87:6, 93:18, 99:10, 99:11, 106:21, 108:20, 112:19, 122:20, 124:4, 128:10, 154:1, 163:19, 178:2, 183:23, 203:18, 219:5, 222:11, 222:11, 230:14, 233:12, 244:13
**maybe** 7:13, 8:12, 8:12, 9:5, 10:8, 15:5, 28:20, 32:23, 48:6, 49:3, 64:2, 70:11, 73:22, 134:24, 154:1, 154:2, 154:3, 166:18, 170:7, 175:1, 191:6, 196:8, 201:6, 203:14, 223:18, 232:19, 232:25, 233:5, 236:13, 237:21, 237:22, 246:22
**mean** 4:7, 6:5, 6:24, 8:23, 10:9, 11:23, 13:14, 16:7, 16:22, 18:8, 18:11, 18:13, 19:17, 20:6, 20:25, 23:2, 23:6, 23:11, 24:1, 24:12, 24:24, 25:17, 26:24, 27:16, 31:15, 32:8, 33:21, 33:24, 34:17, 35:5, 37:1, 44:13, 44:14, 44:14, 44:24, 45:20, 47:8, 47:9, 48:4, 48:8, 49:25, 52:20, 54:14, 57:1, 57:6, 57:9, 62:21, 64:2, 64:3, 64:4, 64:10, 67:16, 72:13,

73:3, 73:11, 76:18, 77:2, 77:12, 77:13, 77:19, 78:7, 78:18, 79:3, 81:20, 84:5, 85:21, 87:13, 87:13, 87:22, 89:16, 90:7, 90:11, 96:16, 98:17, 99:21, 103:8, 107:19, 109:7, 109:11, 113:24, 114:24, 117:25, 122:18, 123:4, 124:18, 125:14, 128:5, 128:24, 129:15, 131:10, 135:25, 141:7, 142:24, 143:11, 146:15, 146:18, 149:25, 151:1, 152:17, 153:17, 154:4, 154:6, 154:15, 155:9, 155:18, 156:6, 156:24, 157:10, 157:16, 158:23, 159:1, 160:3, 160:10, 160:10, 160:11, 164:15, 165:15, 165:21, 166:4, 166:18, 166:25, 167:6, 168:18, 170:13, 171:7, 171:16, 174:2, 174:4, 174:5, 175:10, 178:1, 181:13, 181:20, 181:20, 183:4, 184:9, 184:9, 185:23, 186:5, 186:21, 187:2, 187:3, 187:3, 188:1, 188:13, 189:5, 189:11, 189:12, 191:19, 193:20, 194:14, 194:15, 195:14, 196:12, 197:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

197:4, 197:5, 198:6, 200:15, 200:25, 201:7, 204:5, 204:13, 204:15, 204:22, 205:11, 205:12, 205:20, 206:8, 208:6, 210:15, 211:13, 211:16, 212:14, 212:17, 212:21, 215:13, 215:21, 217:8, 217:8, 223:11, 223:11, 223:16, 223:18, 234:6, 235:20, 236:24, 238:5, 238:11, 238:13, 240:9, 240:24, 241:5, 241:24, 242:16, 242:17, 246:1, 246:24, 249:3, 249:25, 251:2, 253:6, 255:12

**meaning** 19:21, 165:17, 191:16

**means** 86:5, 101:12, 101:19, 127:11, 139:11, 139:21, 166:11, 168:17, 206:15, 249:12

**meant** 12:11, 48:7, 48:7, 74:19, 165:13, 168:8, 168:17, 253:24

**measure** 156:18, 236:12

**meatloaf** 109:10

**media** 114:12, 114:12, 114:15, 114:17, 114:23, 114:23, 115:3, 115:4, 115:9, 115:10, 115:11, 115:14, 115:19, 115:20, 115:21, 196:1, 196:2, 235:24, 235:24, 241:20

**meet** 130:25, 200:17, 201:13, 201:15, 202:10

**meeting** 206:11, 207:21

**member** 79:24, 133:11, 172:23, 172:23

**members** 9:3, 17:25, 18:1, 18:2, 79:20, 178:17, 180:13, 240:5

**membership** 9:1

**memberships** 157:8

**meme** 46:16, 46:18, 46:19, 54:16, 66:23, 67:6, 67:9, 67:18, 67:23, 67:24, 68:5, 68:20, 68:20, 69:12, 69:12, 69:13, 70:1, 70:2, 70:14, 71:9, 71:9, 71:12, 71:13, 71:16, 71:23, 71:25, 73:21, 73:22, 73:23, 74:5, 78:11, 78:19, 78:22, 78:25, 79:14, 80:7, 80:15, 81:20, 88:19, 97:15, 97:16, 99:5, 99:13, 99:14, 106:22, 111:19, 111:23, 112:4, 126:4, 126:14, 126:17, 128:10, 128:10, 129:8, 129:12, 129:19, 154:10, 155:4, 155:14, 160:15, 162:25, 164:10, 164:11, 164:12, 165:5, 165:5, 165:8, 169:12, 179:23, 181:8, 181:25, 183:5, 183:12, 183:12, 183:21, 183:24, 184:19, 184:22, 184:23, 185:12, 189:8, 196:10, 196:11, 198:16, 198:19,

198:21, 198:22, 222:19, 222:20, 222:20, 244:18

**memes** 80:13

**memorable** 252:8

**memory** 34:20, 222:16, 222:17, 223:5, 225:22, 225:23, 225:25, 252:8

**mental** 238:25

**mention** 35:3, 190:12, 190:14, 190:17

**mentioned** 6:20, 20:23, 22:7, 22:12, 22:21, 35:1, 35:2, 35:4, 35:9, 49:24, 172:5, 173:21

**mentions** 22:25, 174:19, 244:1, 244:1

**merely** 144:19, 144:22

**message** 134:14, 180:18, 206:10, 207:5, 207:9, 207:20, 207:22, 207:25, 208:1, 208:3, 208:6, 208:18, 210:17, 211:6, 217:5, 218:4, 218:24

**messages** 117:5, 205:8, 208:8, 211:20, 211:23, 216:16, 216:16, 216:17, 216:20, 219:10, 219:12, 219:13, 219:15, 219:19, 220:8

**met** 73:20, 201:18, 202:9, 202:23, 203:1, 203:17, 204:12, 204:13, 204:20, 204:21, 222:10, 222:11

**method** 94:14, 94:15

**mhm** 53:17, 61:20, 63:14, 64:3, 92:6, 129:16, 145:22, 155:15, 157:19, 168:5, 168:18,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

168:18, 173:14,
187:25, 188:2,
192:3, 208:16,
210:6, 211:9,
213:25, 216:24,
223:10, 226:22,
227:14, 229:2,
231:6, 231:15,
232:15, 235:6,
242:5, 242:9,
242:23, 243:6,
243:14, 244:8,
244:10, 247:7
**mic** 3:21
**micro** 25:18, 25:19,
25:20, 28:13,
28:17, 28:18
**middle** 3:25, 4:4,
4:8, 82:1, 82:6,
82:24, 84:9,
84:13, 84:24,
88:15, 208:25,
212:12
**might** 28:20, 35:11,
63:25, 70:15,
90:15, 113:25,
124:3, 140:1,
159:5, 191:13,
204:9, 204:11,
209:3, 228:24,
240:22
**military** 134:15,
134:18, 134:21,
162:1
**mill** 11:24, 12:16,
12:17
**mincing** 57:10, 57:11,
57:12
**mind** 21:21, 39:14,
57:2, 76:14,
77:24, 84:7, 95:1,
104:24, 153:15,
165:6, 167:22,
236:14, 244:3
**minded** 192:5
**mine** 244:13
**mine's** 258:23
**minimis** 143:10
**minor** 47:13, 49:3,
49:4, 59:20
**minute** 50:19, 212:14,

215:11, 216:5,
216:5, 217:6,
232:18
**minutes** 46:21, 46:21,
56:20, 111:6,
111:9, 111:10,
111:13, 111:13,
123:9, 123:9,
131:3, 161:20,
251:9, 257:22
**misdemeanor** 53:23,
166:3, 166:4
**miserably** 52:24
**misinformation** 244:18
**misogynistic** 26:12
**miss** 188:5, 188:7,
188:17, 258:19
**missing** 137:17,
141:12, 141:13
**mission** 8:24, 9:2,
9:11, 9:20, 9:22,
9:23, 10:4, 10:5,
10:8, 20:14, 20:22
**missives** 20:20
**misstated** 100:22
**mistake** 176:7
**misunderstood** 74:13
**mixed** 115:13
**mobile** 26:8
**model** 13:22, 14:11,
27:10
**models** 9:16, 16:9,
165:10
**moderators** 79:13
**modern** 33:10
**modest** 248:25, 249:2
**modulate** 259:18
**mogging** 222:1
**moment** 2:22, 16:23,
19:9, 64:7, 92:17,
177:18, 213:22,
223:11
**money** 4:25, 14:4,
14:9, 19:22,
19:25, 31:11,
31:12, 31:16,
77:20, 87:23,
88:4, 117:6,
117:6, 162:1,
164:3, 164:4,
165:25, 169:14,

199:5, 199:25,
222:13, 222:17,
223:4, 223:6,
248:16, 253:11,
253:15, 253:24,
254:6, 254:9,
256:5, 257:7,
257:7, 257:8
**monies** 150:24
**month** 21:25, 22:1,
146:25, 147:1,
156:5, 156:25,
183:22, 234:9,
255:15
**monthly** 14:17, 23:25,
156:20, 157:8,
158:6, 158:18,
159:9
**months** 22:3, 22:4,
22:5, 22:6, 22:9,
22:13, 22:17,
22:18, 22:20,
22:23, 54:19, 55:2
**moral** 188:15
**morbid** 157:17, 157:21
**morning** 1:1, 259:1
**morning's** 229:19,
229:23
**mostly** 31:6, 95:22,
98:15, 243:16
**motion** 49:18, 102:7,
122:22, 229:16,
233:12
**motion's** 122:24
**motivate** 253:22
**motive** 164:2, 164:7,
164:7, 164:7
**motley** 186:18, 186:20
**mouse** 12:13
**mouth** 176:18
**move** 230:9, 257:4
**moved** 21:8, 211:11,
231:10, 257:8
**moves** 235:13
**movie** 45:19, 46:20,
46:24, 46:24,
47:15, 47:17,
47:20, 54:12,
55:9, 55:15, 56:7,
56:18, 56:21,
56:24, 57:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

107:1, 132:20, 154:7, 154:9, 154:11, 154:16

**moving** 75:17, 173:5, 174:6, 174:8, 174:12, 256:23

**mr** 61:3, 181:21

**ms** 184:22, 185:12, 185:19, 185:21, 186:15, 186:24, 187:19

**much** 13:14, 37:23, 38:7, 54:14, 68:18, 72:25, 115:16, 123:12, 155:13, 159:4, 159:11, 160:22, 203:9, 211:10, 217:21, 225:25, 237:4, 248:20, 253:4, 262:16

**multi-disciplinary** 148:3

**multiple** 63:8, 100:13, 100:16, 100:20, 103:10, 143:18, 143:20, 143:21, 144:4, 144:5, 155:14, 163:12, 163:16, 168:2, 196:7, 208:1, 244:16

**must** 62:13, 197:25, 204:22, 204:23, 204:24, 204:25, 205:1, 213:11, 224:8, 239:17, 239:17, 255:4

**muted** 102:5

**mutual** 227:2

## N

**nail** 201:3

**nailed** 194:2, 201:4, 201:6, 201:8

**name** 1:5, 1:8, 2:5, 2:7, 3:10, 8:8, 21:7, 22:21, 22:25, 28:19, 34:8, 36:1, 36:1, 36:3, 39:17,

39:19, 45:19, 59:4, 64:5, 64:8, 93:25, 96:9, 129:4, 146:15, 148:5, 148:13, 170:20, 170:21, 171:17, 185:13, 192:20, 202:20, 226:5, 226:6, 226:8, 226:9, 226:10, 226:12, 226:12, 226:13, 236:19, 237:5, 260:24

**named** 5:24, 6:8, 186:5, 213:11

**names** 11:6, 229:7

**narrative** 124:25, 125:24, 126:2, 243:1

**narrow** 65:7, 245:21

**natural** 222:3

**naturally** 138:12, 197:8

**nearly** 26:23

**necessarily** 18:23, 28:18, 126:18, 186:5, 235:14, 240:19

**necessary** 26:25, 49:14, 60:4, 146:10, 149:15

**need** 5:21, 12:10, 12:10, 13:16, 15:4, 24:12, 26:16, 45:7, 55:6, 66:14, 84:21, 97:5, 123:17, 126:5, 160:7, 163:4, 164:14, 180:8, 185:1, 191:7, 191:7, 191:14, 193:14, 214:5, 214:9, 214:11, 220:25, 221:16, 221:20, 221:20, 235:21, 242:3, 242:3, 249:19, 249:19, 260:11

**needed** 36:20, 55:13,

59:14, 133:16, 134:12, 227:15

**needs** 208:4

**negative** 154:5, 165:13

**negatively** 237:17

**negatives** 170:10

**negotiations** 4:12

**net** 33:23

**netflix** 46:13

**neutral** 131:25

**never** 56:10, 61:23, 61:24, 62:6, 64:18, 66:10, 76:14, 85:16, 96:24, 96:25, 98:14, 105:5, 105:7, 105:12, 106:11, 107:3, 114:8, 124:2, 134:17, 149:21, 149:22, 153:15, 169:4, 171:23, 173:15, 174:25, 202:15, 202:16, 207:9, 213:10, 225:14, 237:21, 240:12, 250:17, 250:18

**nevertheless** 89:5, 166:16, 170:18, 243:15, 243:16

**new** 83:4, 83:8, 83:10, 86:17, 114:22, 114:23, 117:20, 146:15, 159:19, 181:8, 193:5, 255:16, 255:17, 256:21, 257:4

**news** 77:8, 119:1, 119:9, 147:1, 257:13

**next** 18:12, 84:5, 84:8, 84:12, 85:24, 88:7, 88:13, 123:5, 144:25, 156:3, 163:23, 167:25, 168:24, 212:4, 212:5, 212:8

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**nice**  71:22, 73:21, 160:25, 213:21, 240:22
**niche**  26:4, 26:6
**night**  123:6
**nine's**  259:3
**nmi**  33:23
**nobody**  29:2, 168:10
**non-attorney**  212:20
**non-disclosure**  116:21
**non-profit**  9:12, 10:6, 10:9, 10:10, 10:15
**non-pros**  54:5
**non-visual**  189:18
**none**  29:1, 66:20, 66:20, 118:22, 118:24, 230:18
**nope**  228:10
**norm**  167:1, 167:2
**norma-**  166:22
**normative**  166:5, 166:6, 166:8, 166:9, 166:10, 166:11, 166:13, 166:22, 166:23, 167:16
**normatively**  200:3
**normie**  243:20
**norms**  166:15
**notary**  1:6
**notches**  114:6
**noted**  1:20, 2:4, 2:9, 72:18, 229:9, 229:11, 233:13
**notepad**  19:9
**notes**  93:22, 94:20, 161:24, 246:14
**nothing**  2:24, 29:11, 39:25, 45:16, 59:2, 60:9, 65:14, 124:22, 147:17, 150:14, 151:4, 151:9, 206:15, 208:18, 211:12, 257:3, 258:24, 262:11
**notice**  94:3, 94:4, 94:4, 94:6, 94:21, 171:22
**notion**  198:7

**november**  11:14
**nuance**  195:10, 195:10
**nuances**  13:9, 14:3, 57:1
**number**  1:5, 14:15, 17:22, 27:18, 87:4, 88:6, 103:24, 122:5, 131:3, 133:21, 139:2, 158:3, 158:5, 158:6, 163:10, 213:12, 213:14, 221:3, 237:3, 237:5, 237:7, 237:8, 252:24
**numbers**  30:18, 36:16, 37:5, 37:9, 37:14, 38:17, 38:20, 38:22, 38:23, 39:3, 39:25, 40:1, 40:19, 44:6, 44:19, 44:21, 45:5, 45:10, 45:11, 45:12, 64:21, 65:1, 65:7, 65:13, 65:23, 107:13, 107:13, 107:16, 107:21, 107:22, 107:22, 107:25, 110:18, 110:20, 124:15, 126:6, 126:7, 131:14, 131:25, 133:21, 135:10, 135:13, 145:11, 145:14, 146:24, 147:3, 147:15, 147:18, 147:22, 147:24, 149:12, 150:2, 150:9, 150:13, 150:14, 150:16, 150:17, 150:18, 221:7

## O

**o-d-o-m**  260:16, 260:18
**o-d-o-m-o-d-m**  8:10
**o'clock**  114:5,

160:19, 161:11
**oath**  1:21, 37:2, 103:11, 106:5, 137:8, 162:20, 162:21
**object**  40:8, 47:24, 48:15, 48:16, 53:5, 57:22, 58:12, 59:23, 60:3, 60:11, 60:14, 60:23, 61:10, 61:18, 61:25, 62:15, 62:17, 62:25, 63:5, 63:10, 64:9, 64:23, 65:3, 65:10, 65:17, 65:24, 66:9, 67:8, 68:7, 68:10, 69:8, 69:21, 70:4, 70:9, 71:3, 73:17, 73:25, 75:4, 76:10, 76:17, 77:7, 78:15, 81:12, 81:19, 82:2, 82:10, 82:25, 84:11, 85:5, 85:10, 86:1, 86:9, 86:14, 86:19, 86:21, 87:11, 87:17, 87:25, 88:11, 88:16, 89:10, 89:15, 90:12, 90:17, 90:21, 91:1, 91:7, 91:19, 91:23, 92:4, 95:8, 96:3, 97:13, 98:1, 98:3, 98:8, 98:13, 99:1, 99:9, 99:19, 99:23, 100:3, 100:8, 100:12, 100:21, 100:21, 101:3, 101:8, 101:21, 102:9, 102:15, 102:23, 103:12, 103:16, 106:7, 107:7, 107:11, 107:18, 108:17, 108:24, 110:14, 110:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

111:21, 112:24, 113:11, 113:18, 114:14, 115:7, 115:24, 116:20, 118:2, 118:16, 118:23, 119:3, 119:12, 119:18, 119:22, 120:9, 120:23, 121:25, 124:18, 125:1, 126:9, 127:12, 128:22, 129:17, 131:17, 132:5, 133:3, 133:7, 133:18, 133:25, 134:16, 135:12, 136:4, 136:6, 136:8, 137:21, 138:8, 138:14, 138:17, 138:20, 139:14, 139:20, 139:24, 140:17, 140:21, 140:23, 141:5, 141:14, 144:12, 144:21, 145:5, 145:9, 145:19, 145:25, 146:9, 147:10, 148:9, 149:18, 150:7, 151:13, 151:18, 152:4, 153:10, 153:21, 154:8, 154:22, 154:25, 155:3, 160:9, 165:19, 177:13, 186:2

**objected** 57:19, 120:25, 136:18

**objecting** 62:17, 103:24, 106:13, 113:19, 114:1, 120:22, 121:2, 121:10, 122:8, 122:11, 123:10, 130:22, 152:16

**objection** 45:6, 49:9, 49:11, 49:15, 50:1, 53:9, 57:16, 59:7, 62:16, 62:22, 98:14, 100:24, 121:22,

123:4, 123:7, 125:25, 132:7, 136:15, 137:24, 156:14, 176:16, 176:19, 176:24, 221:23, 222:14, 228:22, 230:20, 239:19, 239:24, 240:1

**objection's** 229:9, 229:11, 233:13

**objectionable** 113:22, 113:25, 121:3, 121:13, 131:8

**objections** 60:19, 106:15, 114:9, 121:8, 121:17, 122:12

**objective** 176:14

**observation** 31:24

**observe** 112:3

**observing** 56:25

**obstructing** 203:13

**obvious** 71:6, 165:13

**obviously** 29:12, 31:23, 63:11, 72:11, 149:11, 149:16, 157:10

**occasion** 79:14, 79:16, 157:4

**occasions** 163:16

**occurred** 55:1, 113:13

**occurs** 89:6

**october** 11:9, 88:20

**odd** 186:23, 216:25, 241:17

**oddest** 186:24

**odom** 8:9, 8:9, 67:12, 69:15, 69:17, 69:19, 69:22, 69:25, 70:18, 260:14, 260:16, 260:18

**odyssey** 170:24, 171:11, 171:12, 171:13, 171:15, 172:1, 174:19

**offer** 199:14

**offered** 218:7

**offering** 163:6

**offers** 20:13

**office** 118:12, 178:16, 227:16

**officer** 133:24, 134:4, 134:8, 134:15, 230:21

**officially** 9:14, 11:11

**offline** 200:9

**often** 80:5, 113:2, 196:19

**oftentimes** 196:5

**okay** 2:19, 3:6, 4:4, 4:7, 4:12, 4:16, 4:20, 5:11, 6:19, 7:15, 8:1, 8:18, 10:4, 10:9, 10:15, 10:18, 10:22, 12:22, 13:12, 13:22, 14:22, 15:3, 15:7, 15:22, 16:1, 16:4, 16:12, 16:24, 17:7, 17:12, 18:4, 18:12, 18:24, 19:15, 19:25, 20:4, 20:23, 21:24, 22:10, 22:15, 22:22, 23:2, 23:5, 23:11, 24:5, 24:17, 24:22, 25:1, 25:19, 25:24, 27:8, 27:14, 27:20, 28:2, 28:9, 28:14, 29:2, 29:10, 29:15, 29:20, 30:11, 30:18, 31:1, 31:6, 32:20, 33:2, 33:11, 33:17, 34:7, 34:24, 35:2, 35:7, 35:22, 35:25, 36:7, 36:14, 37:1, 37:11, 37:18, 38:3, 38:7, 38:12, 38:16, 38:21, 39:9, 39:15, 39:21, 40:15, 41:5, 41:21, 41:24, 42:1, 42:7,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

42:14, 43:9, 43:11, 43:12, 43:25, 45:1, 45:11, 45:18, 46:15, 46:20, 47:2, 47:24, 48:11, 48:15, 49:1, 49:9, 49:13, 49:17, 49:22, 50:13, 51:18, 52:2, 52:10, 52:12, 52:17, 52:24, 53:22, 53:25, 54:7, 54:12, 54:25, 55:3, 55:21, 56:8, 56:10, 56:22, 57:6, 57:17, 58:18, 59:17, 60:1, 60:9, 60:13, 60:25, 61:1, 61:5, 61:14, 61:23, 62:2, 62:9, 62:21, 63:1, 63:18, 64:6, 64:11, 64:16, 65:1, 65:22, 66:22, 68:6, 68:9, 69:4, 69:14, 70:1, 70:7, 70:14, 70:24, 71:5, 71:7, 74:3, 74:11, 74:14, 74:17, 74:22, 75:1, 75:5, 75:14, 75:19, 76:22, 78:3, 78:18, 78:21, 79:15, 80:15, 80:18, 81:1, 81:24, 82:17, 82:22, 83:3, 83:6, 83:8, 83:14, 83:19, 83:23, 84:12, 84:24, 85:8, 85:13, 86:4, 86:11, 87:9, 87:21, 88:5, 88:13, 89:1, 89:7, 90:6, 91:21, 91:25, 92:7, 92:22, 94:9, 94:24, 94:24,

95:2, 95:3, 95:25, 96:4, 96:11, 96:23, 97:3, 98:17, 99:3, 99:16, 100:2, 100:5, 100:10, 100:18, 100:23, 101:1, 101:1, 101:3, 101:5, 102:7, 102:10, 103:24, 104:5, 104:8, 106:12, 107:9, 111:4, 111:11, 111:11, 111:24, 112:2, 112:16, 113:4, 113:15, 114:3, 114:11, 116:8, 117:19, 118:19, 119:1, 120:11, 120:17, 122:1, 122:2, 122:18, 122:23, 123:1, 123:1, 123:1, 123:2, 124:13, 124:20, 124:24, 125:5, 125:23, 128:6, 128:9, 128:12, 128:16, 128:18, 128:19, 129:3, 129:21, 129:21, 132:10, 133:8, 134:9, 134:19, 135:8, 136:8, 138:2, 138:4, 138:12, 138:15, 140:15, 141:21, 141:23, 142:7, 143:15, 143:18, 144:9, 145:22, 146:13, 146:22, 146:25, 149:1, 149:21, 149:24, 150:11, 151:8, 151:24, 152:24, 153:8, 153:15, 153:17, 154:17, 156:24, 157:21, 159:2, 159:7, 159:8, 159:10, 159:15,

160:21, 161:22, 162:3, 162:3, 162:3, 162:13, 162:16, 162:19, 162:23, 163:4, 163:8, 164:14, 164:19, 164:25, 165:15, 165:18, 165:19, 165:21, 166:25, 168:13, 169:11, 169:25, 171:25, 172:4, 173:6, 173:10, 173:23, 174:2, 174:11, 174:18, 175:6, 175:10, 175:16, 176:5, 176:15, 176:24, 177:9, 177:12, 178:7, 178:9, 178:21, 179:22, 180:7, 180:11, 180:16, 181:13, 182:12, 183:4, 184:2, 184:7, 185:6, 185:11, 188:14, 189:2, 189:9, 189:15, 189:22, 190:9, 191:4, 191:20, 192:1, 192:16, 192:23, 193:8, 193:10, 193:13, 193:17, 194:2, 195:16, 196:25, 199:3, 200:4, 200:11, 200:16, 200:23, 202:8, 202:13, 202:18, 203:25, 204:5, 204:10, 204:19, 205:18, 205:20, 206:1, 206:4, 206:6, 206:8, 206:10, 206:16, 207:2, 207:7, 207:16, 207:20, 208:15, 209:4, 210:6, 210:12, 210:20, 212:22, 213:2, 213:12,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

213:18, 213:23, 214:25, 215:5, 216:2, 216:11, 217:10, 217:13, 217:24, 218:5, 218:22, 219:6, 220:11, 220:24, 220:24, 221:10, 222:5, 226:13, 227:1, 227:6, 227:11, 227:14, 228:20, 229:22, 230:5, 230:22, 231:11, 232:8, 233:2, 233:4, 233:7, 234:12, 239:19, 243:21, 244:6, 244:11, 244:12, 247:7, 247:15, 247:15, 248:10, 249:7, 250:7, 250:19, 251:8, 255:25, 256:7, 259:1, 259:2, 260:12, 261:15, 261:18, 262:11

**old** 162:7, 162:9, 203:25, 204:3, 239:14, 259:18

**older** 115:17, 225:4

**on-chain** 257:9

**one** 1:4, 2:22, 6:20, 7:23, 10:21, 13:18, 13:19, 13:20, 13:24, 16:16, 18:14, 19:9, 22:6, 25:25, 27:24, 34:14, 45:21, 59:18, 59:20, 63:11, 71:12, 71:12, 72:9, 79:14, 80:7, 82:15, 84:25, 87:23, 88:7, 92:17, 93:14, 98:10, 100:7, 100:11, 101:6, 101:12, 101:14, 101:16, 102:2, 103:11, 103:22,

104:21, 106:5, 109:12, 110:9, 113:20, 114:2, 123:23, 127:13, 136:16, 143:22, 144:3, 146:15, 146:16, 156:2, 157:20, 160:4, 160:19, 161:11, 163:16, 163:22, 163:23, 168:2, 168:2, 168:19, 174:1, 174:2, 175:1, 177:9, 177:18, 178:10, 178:25, 179:22, 180:2, 180:2, 181:17, 181:17, 182:17, 183:10, 186:7, 186:8, 186:24, 190:16, 190:18, 191:6, 193:3, 193:10, 193:10, 193:16, 195:2, 195:22, 197:15, 198:17, 198:24, 201:18, 201:21, 201:22, 201:23, 202:2, 202:23, 207:15, 208:7, 212:14, 212:15, 214:22, 215:1, 215:24, 217:6, 217:18, 218:1, 218:3, 221:4, 224:23, 224:24, 232:19, 232:20, 233:10, 236:15, 237:14, 238:2, 239:2, 241:17, 244:9, 244:22, 245:23, 248:16, 251:8, 251:24, 252:5, 257:12, 257:18, 258:5, 260:14, 261:9

**one's** 18:13, 160:6

**ones** 88:6, 212:8, 221:4, 239:23, 247:24, 248:8,

250:25

**ongoing** 211:17

**online** 125:9, 192:12, 225:11, 242:10

**onto** 239:2

**ontology** 109:8

**open** 81:1, 176:19, 217:11

**open-ended** 229:6, 231:1, 231:7, 231:9

**opened** 198:16, 198:20

**openly** 102:12

**opens** 198:25

**operate** 31:25

**operating** 120:2, 144:1, 202:24

**operations** 7:7, 7:20

**operator** 171:14

**opine** 182:20

**opinion** 37:24, 84:18, 109:23, 109:25, 110:3, 110:4, 131:23, 132:1, 133:14, 133:20, 145:18, 145:18, 145:21, 145:24, 146:2, 146:14, 198:5

**opinions** 145:8, 145:12, 145:14, 145:17, 145:17

**opportunity** 12:21

**opposing** 39:23, 242:25

**opprobrious** 211:3

**options** 32:12, 213:7

**oral** 164:11

**order** 49:15, 49:18, 50:2, 88:12, 88:12, 90:25, 102:7, 121:14, 195:1, 205:13, 219:7, 229:16, 230:10, 253:17, 257:3, 261:21

**ordered** 36:12

**orders** 31:11, 31:12, 31:16, 261:18

**organization** 9:1, 186:4

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**organizations** 178:18
**ostracism** 198:15
**others** 1:5, 5:19, 169:13, 169:15, 169:23, 169:23, 171:14, 179:20
**otherwise** 112:14
**out-of-state** 193:25
**outcome** 110:10, 193:12, 194:3, 195:18
**outside** 58:23, 91:22, 208:2
**outstanding** 199:5, 199:23, 200:2
**overall** 80:13, 189:21
**override** 106:15
**overruling** 60:21
**oversee** 7:9, 7:19
**overstatement** 29:18
**overwhelm** 242:25
**owe** 73:12, 73:12
**owned** 223:15, 223:18, 223:24
**owner** 6:22, 143:21
**ownership** 137:16, 141:3
**owns** 63:15, 157:17

## P

**p-u-r-y-i** 1:14
**page** 71:20, 79:17, 79:18, 80:6, 190:2
**paid** 38:1, 38:6, 44:24, 49:5, 66:10, 87:23, 88:4, 117:6, 150:19, 151:9, 151:10, 199:4, 200:10, 222:12, 222:23, 222:24, 250:14, 250:15
**pain** 143:12
**paint** 8:4
**painted** 257:10
**pale** 210:25, 211:2
**panel** 193:8
**panic** 113:5
**paragraph** 163:17, 167:25, 168:6,

198:4, 244:7, 245:5
**pardon** 42:2
**parent** 161:25
**parents** 239:19, 240:7
**pareto** 30:21
**part** 10:7, 18:7, 18:8, 18:10, 24:23, 39:4, 49:23, 65:5, 72:12, 77:4, 89:21, 124:6, 129:5, 130:13, 163:17, 165:8, 165:11, 168:24, 189:6, 190:7, 190:7, 190:11, 209:11, 209:15, 209:15, 218:17, 227:13, 235:10, 240:13, 240:21
**participant** 133:11
**participants** 20:9, 20:10
**participate** 76:12
**particular** 97:17, 238:12
**particularly** 236:14
**parties** 1:20, 18:1, 97:17, 241:5
**partner** 200:5, 241:4, 241:11
**partners** 18:2, 241:3, 241:5, 241:8, 245:13
**partnership** 18:3
**parts** 11:1
**party** 1:11, 23:14, 23:15, 74:24, 170:15
**pass** 165:8, 165:10, 165:12, 165:23, 166:5, 166:8, 167:7, 168:8, 168:12
**passes** 18:19, 166:24
**passport** 228:6, 228:7, 228:12, 228:19
**past** 21:25, 22:1, 22:3, 22:4, 22:5,

22:6, 22:9, 22:13, 22:17, 22:18, 22:23, 27:15, 36:3, 142:24, 172:6
**path** 146:13, 146:14
**patreon** 254:25, 255:1
**patterns** 111:25
**pay** 14:17, 14:17, 14:18, 14:20, 31:2, 32:9, 36:4, 37:23, 37:25, 38:7, 38:12, 66:8, 150:21, 150:24, 200:9, 238:3, 238:6, 238:6, 238:7, 248:15, 248:20, 249:4, 249:5
**paycheck** 32:9
**paying** 4:25, 16:5, 165:25, 199:21, 200:1, 222:21
**payments** 4:18
**payroll** 10:11, 249:8
**payroll's** 249:5
**payrolled** 248:18, 249:7
**pays** 248:3, 248:6
**pci** 33:22
**pdf** 207:12, 207:15
**pen** 72:23
**pending** 102:24, 153:23, 201:25, 203:23
**people** 8:20, 16:5, 17:8, 18:20, 18:23, 19:12, 28:17, 28:20, 31:2, 31:3, 31:11, 31:16, 31:21, 32:12, 56:12, 70:18, 70:18, 72:14, 79:23, 87:19, 87:22, 88:1, 93:12, 93:12, 98:16, 117:1, 119:10, 119:13, 126:3, 126:8, 126:11, 126:13, 126:14,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

133:13, 151:10, 155:1, 155:2, 155:16, 155:18, 155:19, 156:4, 156:25, 161:7, 169:24, 185:1, 185:4, 186:18, 186:23, 194:23, 197:6, 197:12, 197:24, 198:17, 199:16, 203:4, 241:2, 241:8, 241:9, 242:9, 242:20, 246:23, 249:20, 249:21, 253:7

**people's** 88:3, 118:1, 118:3, 118:5, 125:9, 164:3, 164:4

**per** 17:3, 248:20

**per-** 27:23

**perceive** 53:8, 53:11

**perceived** 133:5

**percent** 31:1

**percentage** 16:5, 16:8, 16:11, 16:11, 16:23, 19:11, 19:16, 23:18, 23:23, 24:7, 24:15, 24:16, 29:21, 29:25, 30:23, 31:2, 159:9

**perceptible** 5:10

**perception** 237:16

**percolator** 27:23

**perfectly** 6:7, 14:3

**perform** 125:21

**performed** 40:13, 168:11

**perhaps** 16:14, 164:11

**peril** 119:14

**period** 12:12, 24:8, 88:3, 102:1, 120:1, 201:1, 245:12

**permanent** 236:23

**permanently** 236:18

**person** 63:8, 65:19, 66:18, 75:8,

186:4, 186:7, 186:7, 186:8, 186:9, 195:24, 202:9, 202:10, 202:22, 202:24, 202:24, 203:1, 203:2, 203:15, 203:18, 203:21, 203:22, 203:25, 204:3, 227:2, 239:3, 239:5, 239:11, 239:13, 245:21

**person's** 64:5, 192:8, 192:17, 192:25

**personal** 168:24, 169:13, 187:8, 193:18, 230:4, 237:6, 238:7, 244:25, 246:14

**personally** 63:17, 79:3, 79:4, 118:15, 197:22, 224:10, 238:13, 244:21, 248:1

**perspective** 192:9, 192:17, 192:25

**perversely** 241:23, 241:24

**perversity** 242:7

**peter** 173:3, 173:22, 173:23, 174:4, 174:7, 175:13, 176:2, 176:4, 185:4

**philosophical** 239:2

**philosophy** 189:14, 189:18

**phone** 102:3, 102:19, 103:6, 103:8, 122:21, 122:22, 175:25, 213:12, 213:14

**phones** 26:1

**phonetically** 46:4

**photo** 2:10, 214:4, 252:18

**photographed** 210:3

**phrase** 177:24

**physical** 18:16, 18:18

**physically** 1:22

**pick** 146:21

**picked** 131:12, 131:12

**picture** 29:24, 30:2, 258:19

**pie** 30:5

**piece** 253:22

**pinned** 79:16, 79:17

**pitiful** 124:12

**place** 35:16, 148:6, 148:13, 183:5, 232:3

**places** 78:23, 78:23, 148:5, 184:5, 184:6, 227:13

**plaintiff** 1:8, 83:9, 117:16, 197:3, 197:5, 197:10

**plaintiffs** 1:11, 83:13, 186:22, 195:15, 251:2

**plan** 207:21

**planned** 130:24, 206:11

**platform** 19:23, 23:19, 80:10, 159:6

**platforms** 22:16, 77:18, 77:19, 117:25, 118:3

**platkin** 190:25, 194:9

**play** 12:1, 73:15, 135:1, 135:2

**playbacks** 93:23

**played** 56:18

**playing** 107:20, 120:6

**plead** 48:17, 48:20, 49:2

**please** 2:4, 2:9, 2:14, 2:16, 2:21, 3:9, 6:2, 13:23, 61:7, 92:18, 104:21, 177:4, 182:2, 185:18, 189:1, 209:18, 221:1

**pleasure** 178:16

**pled** 53:23

**pocket** 255:12

**podcast** 196:20

**poem** 189:3, 189:3, 189:3, 189:5,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

189:7, 189:7, 190:7

**poems** 189:20, 189:20

**poetry** 188:18, 188:22, 188:24

**point** 51:5, 58:24, 71:11, 78:19, 95:14, 102:11, 122:11, 131:2, 153:3, 202:3, 216:22, 218:1, 219:7, 222:10, 222:12, 223:19, 226:3, 226:15, 227:6

**pointed** 198:19, 198:21

**police** 226:16, 226:21, 226:25

**policies** 16:2

**policy** 15:11, 15:13, 15:14, 15:16, 15:19, 15:23, 78:9, 78:10, 209:23

**polite** 47:25, 48:2, 48:5, 48:6, 49:24, 203:14

**political** 112:6, 112:22, 112:25, 113:8, 115:21, 119:19

**poor** 67:3, 214:1

**poorly** 67:3

**popular** 56:14

**portion** 85:14

**posed** 63:12

**position** 75:7, 159:22, 172:11, 173:1, 191:7

**positions** 7:12, 18:6, 234:13

**positive** 68:12, 68:14, 115:5, 235:15, 241:23, 241:24, 246:22, 247:1, 247:5

**possible** 22:4, 28:6, 28:7, 64:11, 73:10, 112:10, 112:11, 112:12,

112:12, 125:6

**possibly** 77:6, 77:6, 134:14

**post** 21:2, 22:10, 22:22, 22:25, 23:7, 23:9, 23:13, 70:16, 71:18, 71:20, 71:25, 73:10, 74:4, 74:18, 184:2, 184:5

**posted** 21:5, 21:6, 21:8, 21:11, 21:13, 21:17, 21:18, 21:21, 22:2, 22:15, 22:16, 22:19, 66:22, 67:6, 67:9, 69:15, 70:1, 70:2, 71:1, 73:20, 74:9, 78:22, 78:25, 183:24, 184:3, 184:4, 184:4

**posting** 20:24, 73:23, 80:9

**posts** 23:2, 81:20

**posture** 97:16, 164:13

**pot** 108:13, 108:16, 108:20, 109:6, 109:12, 150:5

**potential** 70:20

**potentially** 128:19

**poverty** 251:10

**power** 224:19

**powers** 243:13

**practice** 98:16

**practices** 33:21

**pre-** 3:12

**precautions** 75:14

**predate** 128:10

**preliminary** 171:11

**preparation** 247:8

**prepare** 39:7, 40:17, 59:14, 59:22

**prepared** 29:24, 30:1, 100:16, 137:14

**preparer** 36:23

**prepares** 58:10

**prepped** 105:24

**present** 1:3, 1:22, 85:3

**presented** 97:16, 195:22

**presently** 5:14

**press** 27:16, 222:16, 225:23, 235:9, 235:13, 235:16, 235:19, 235:20, 255:19

**presume** 82:11, 90:22, 152:9

**presumed** 166:16

**presumes** 146:1

**presumption** 82:13

**pretty** 54:14, 56:14, 73:21, 123:12, 158:10, 160:22, 178:12, 186:23, 187:10, 208:14, 243:5

**previous** 149:3

**previously** 42:20

**price** 238:6, 238:7

**primarily** 12:17, 137:9, 139:12, 139:15

**primary** 71:11, 71:14, 71:15, 71:17, 246:23

**prime** 162:10, 256:11

**principle** 171:2, 197:16

**print** 31:25, 118:13, 157:5

**printable** 170:24, 170:25, 171:2, 172:1

**printed** 29:8, 118:8

**printers** 114:19, 146:22

**printing** 26:18, 27:6, 237:5

**prior** 21:20, 46:25, 47:21, 49:10, 73:7, 122:9

**privacy** 31:11, 220:6, 220:10

**private** 147:2

**privilege** 41:3, 42:10, 76:15, 91:20, 92:2, 142:4, 152:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

152:16
**privileged** 95:9, 97:24, 141:25, 142:2, 142:20, 152:12
**privileges** 80:4
**probably** 10:24, 13:14, 14:16, 27:24, 32:21, 35:5, 40:12, 48:6, 74:3, 88:20, 88:21, 91:20, 91:21, 96:20, 97:19, 97:20, 113:1, 114:4, 115:5, 117:13, 128:8, 128:25, 139:6, 140:14, 150:12, 158:14, 160:11, 174:11, 184:13, 189:4, 191:5, 192:5, 193:7, 197:2, 205:5, 215:15, 220:5, 228:18, 237:3, 237:5, 240:15, 241:13, 242:14, 245:12, 247:3, 252:2, 253:25, 258:19, 260:5
**probation** 48:22, 48:23, 48:25, 54:7, 54:10
**probe** 122:5
**probing** 167:22
**problem** 65:11, 101:10, 122:1, 127:2, 153:8, 153:11, 249:21, 253:10, 260:6
**procedure** 229:17
**proceed** 3:7
**proceedings** 195:23
**proceeds** 199:2
**produce** 133:20, 150:10, 150:11, 150:25, 171:12, 171:12, 171:13, 184:20
**produced** 11:12, 44:6,

99:18, 99:21, 106:5, 106:6, 109:3, 116:18, 116:19, 116:22, 116:24, 125:16, 150:12, 155:7, 171:10, 178:8, 178:12, 179:1, 179:2, 220:13, 220:15, 220:22
**producer** 150:21, 150:23, 151:5
**producing** 11:7
**product** 10:18, 10:21, 11:18, 17:18, 28:24, 28:24, 29:2, 29:7, 29:16, 117:3, 119:14, 242:3
**production** 9:15, 65:14, 116:23, 153:24
**products** 10:23, 10:24, 10:24, 10:25, 11:2, 17:15, 24:7, 113:6, 113:7, 118:24
**professional** 44:16, 61:12, 133:10
**profile** 81:25, 252:7
**profit** 10:7, 10:10
**profitable** 14:2, 249:17
**programmer** 66:16
**programs** 20:20
**progress** 47:19
**progression** 164:12, 172:18, 227:13
**proliferation** 26:22, 27:15, 27:20, 28:4, 114:19, 114:24
**prominence** 242:8
**promise** 73:1, 182:7, 214:13
**promised** 73:13
**proof** 180:20
**propagated** 244:18
**proper** 120:4, 123:4
**properly** 61:6

**property** 118:5, 248:16
**prophylactic** 123:11
**prophylactically** 121:11, 123:11
**proposition** 222:23
**protect** 121:14
**protected** 50:10, 182:1
**protection** 233:12
**protective** 49:15, 49:18, 50:1, 102:7, 229:16, 230:10
**protonmail** 171:18
**proud** 187:23, 188:1
**prove** 202:12, 203:3, 209:24, 223:2
**proves** 241:14
**provide** 17:2, 37:24, 38:24, 40:15, 123:24, 124:1, 125:10, 125:11, 125:13, 132:25, 135:5, 138:11, 138:19, 138:21, 138:25, 139:1, 140:10, 147:22, 153:13, 153:14, 153:24
**provided** 43:18, 45:15, 64:22, 100:6, 100:7, 100:11, 101:6, 101:12, 101:14, 103:11, 140:1, 149:5, 174:19
**providing** 153:9, 165:24
**proximity** 154:10
**proxy** 117:23
**pry** 208:6, 212:14
**pseudonym** 170:22, 170:23
**psychically** 248:14
**psychoanalysis** 132:9
**public** 1:6, 17:25, 95:23, 146:6, 147:2, 198:15, 235:8
**publication** 18:22,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

46:19, 99:5, 99:13, 99:14

**publicity** 154:6

**publicly** 67:24, 67:25, 180:9, 198:8, 198:12

**published** 147:8

**publishing** 129:12

**pull** 217:19

**purchase** 20:2, 28:17

**purported** 203:22

**purpose** 9:12, 10:6, 14:13, 31:23, 187:7

**pursue** 49:18

**pursued** 27:11, 171:24

**pursues** 188:18

**pursuing** 117:3, 232:11

**push** 183:10, 240:10

**pushing** 80:13

**put** 44:23, 48:16, 49:14, 72:21, 99:6, 114:6, 118:12, 118:14, 122:16, 163:6, 189:4, 192:1, 193:13, 213:3, 214:24, 219:24, 220:2, 228:5, 228:7, 228:8, 228:11, 242:4

**putting** 120:14, 120:16

### Q

**quality** 166:24, 188:9, 188:12

**quarter** 23:7, 23:8

**question** 5:6, 6:6, 6:13, 7:17, 9:20, 9:24, 9:25, 11:19, 14:6, 15:16, 16:7, 17:14, 18:12, 19:15, 19:21, 21:16, 21:18, 23:17, 26:2, 26:25, 27:2, 29:21, 31:24, 37:16, 37:19,

37:22, 39:13, 40:8, 40:10, 40:13, 45:7, 48:15, 48:16, 50:5, 51:5, 52:19, 53:4, 53:6, 53:10, 54:16, 56:4, 56:5, 57:16, 57:18, 57:19, 58:7, 58:20, 59:7, 59:23, 59:24, 60:3, 60:11, 60:22, 60:22, 61:11, 61:18, 61:25, 62:5, 62:15, 62:22, 62:22, 62:25, 63:2, 63:5, 63:6, 63:7, 63:10, 64:9, 64:20, 64:23, 65:3, 65:10, 65:17, 65:24, 65:25, 66:1, 66:9, 67:4, 67:8, 67:20, 68:7, 69:8, 69:21, 70:4, 70:9, 70:15, 71:4, 71:6, 73:25, 75:4, 76:10, 76:17, 76:23, 76:25, 77:7, 78:15, 78:17, 80:14, 81:12, 81:16, 81:19, 82:2, 82:6, 82:10, 82:11, 82:25, 84:11, 84:15, 85:5, 85:10, 86:1, 86:9, 86:14, 87:11, 88:11, 88:16, 89:10, 89:15, 90:12, 90:17, 90:21, 91:1, 91:6, 91:8, 91:10, 91:12, 91:17, 91:19, 91:25, 92:4, 92:18, 92:19, 94:22, 95:4, 95:8, 96:3, 96:5, 96:18, 97:13, 98:1, 98:3, 98:8, 98:13, 99:1,

99:9, 99:19, 99:23, 100:3, 100:8, 100:12, 101:4, 102:9, 102:11, 102:23, 102:25, 103:1, 103:12, 103:16, 103:22, 103:25, 104:4, 104:6, 104:19, 105:19, 106:7, 106:15, 106:18, 106:19, 107:7, 107:11, 107:18, 107:20, 108:17, 108:24, 110:13, 110:14, 111:21, 112:14, 112:16, 112:24, 113:11, 113:19, 114:14, 115:7, 115:24, 116:20, 118:2, 118:16, 118:23, 119:3, 119:12, 119:18, 119:22, 120:9, 120:24, 121:13, 122:1, 122:2, 122:11, 123:5, 123:8, 124:6, 124:19, 124:21, 125:1, 125:2, 126:9, 126:21, 127:12, 127:15, 128:22, 129:1, 129:6, 129:17, 131:17, 132:8, 132:15, 133:7, 133:18, 134:5, 134:16, 135:19, 136:4, 136:7, 137:18, 137:21, 138:8, 138:25, 139:5, 139:14, 139:20, 139:24, 140:17, 142:17, 144:12, 144:21, 144:25, 145:9, 145:19, 145:25, 146:1, 146:9, 147:4, 147:10, 148:9, 148:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

148:12, 148:25, 149:3, 149:4, 149:18, 150:7, 151:13, 151:18, 152:17, 153:10, 153:21, 154:8, 154:11, 154:22, 155:3, 156:3, 156:14, 165:20, 166:19, 174:16, 176:14, 176:17, 177:1, 177:1, 177:7, 177:8, 177:10, 177:14, 177:16, 177:17, 177:19, 184:10, 186:4, 189:3, 192:14, 192:22, 207:24, 224:3, 226:8, 230:24, 231:2, 232:19, 245:3, 247:21, 248:10, 250:21, 257:18

**questioning** 3:7, 49:19, 50:2, 50:4, 50:9, 50:22, 185:9, 215:16

**questionnaires** 126:3

**questions** 5:4, 5:7, 5:8, 19:8, 35:13, 40:10, 41:18, 58:9, 62:18, 76:8, 76:11, 77:5, 93:13, 97:1, 113:24, 121:25, 123:23, 124:6, 130:22, 131:3, 136:24, 136:25, 137:24, 160:4, 164:19, 181:3, 182:9, 195:22, 218:18, 230:8, 233:20

**quick** 216:1, 239:22, 262:5

**quickbooks** 140:14, 140:16

**quickly** 27:4, 203:11

**quite** 32:14, 91:25, 234:23

## R

**r-i-c-o** 260:21

**raise** 2:21

**raised** 246:6

**ran** 262:7

**rank** 238:7

**ranking** 236:18

**rape** 200:5

**raped** 47:11, 47:12

**rapid** 27:15

**rapidly** 26:3, 26:4

**raping** 47:15

**rare** 172:22, 180:13, 182:7, 182:8

**rate** 156:4, 156:7, 156:7, 156:13, 156:22, 157:9, 158:25, 159:9, 237:12

**rate's** 157:21

**rather** 27:4, 157:12

**ratings** 80:13

**rattling** 245:1

**raw** 44:19, 44:20, 146:24, 146:24

**reach** 43:20, 59:6, 59:11

**reached** 202:15

**reaction** 168:9, 226:1

**read** 12:9, 30:14, 36:9, 44:24, 64:24, 69:2, 76:12, 91:12, 92:8, 92:12, 92:14, 94:4, 95:22, 95:23, 96:13, 96:16, 97:8, 101:25, 128:17, 137:25, 163:3, 164:16, 167:11, 177:15, 183:2, 186:21, 189:2, 189:3, 189:3, 189:5, 189:7, 206:10, 206:23, 207:17, 244:9, 244:11, 245:4, 245:6, 246:18, 251:9, 262:2, 262:3

**reader** 96:16, 168:17, 190:4, 190:5, 190:8

**reading** 58:19, 164:10, 164:22

**ready** 3:6, 73:5, 137:24, 160:19

**real** 85:22, 183:4, 186:18, 197:18, 215:25, 226:12, 262:5

**reality** 255:6

**realize** 109:18

**really** 11:21, 14:4, 31:4, 31:13, 32:11, 34:20, 58:18, 64:18, 72:3, 82:18, 87:21, 95:15, 96:20, 108:13, 117:12, 118:13, 126:22, 131:13, 132:3, 132:13, 132:21, 146:23, 150:20, 164:16, 164:17, 167:23, 172:6, 172:9, 181:6, 183:2, 185:7, 185:12, 185:14, 191:12, 192:5, 194:11, 197:17, 198:9, 201:2, 203:9, 203:10, 205:3, 210:2, 226:5, 239:18, 242:17, 249:24, 252:20, 254:16, 259:17

**reason** 6:16, 31:19, 55:25, 56:2, 56:3, 56:6, 56:8, 58:19, 60:20, 81:2, 116:16, 130:20, 135:3, 189:7, 232:15, 246:6

**reasonably** 163:1

**reasons** 151:12, 155:2, 180:24, 180:25, 245:19

**recall** 21:22, 52:14, 52:15, 52:18,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

52:21, 52:25,
53:14, 53:15,
53:19, 53:20,
53:20, 56:9,
57:15, 58:4,
59:15, 59:18,
59:20, 61:13,
64:5, 64:8, 75:24,
76:1, 76:2, 76:3,
78:10, 79:12,
90:14, 95:16,
95:19, 95:19,
95:19, 96:2,
97:25, 99:2,
108:2, 141:15,
154:15, 155:9,
158:6, 158:9,
158:17, 159:11,
159:14, 172:2,
204:4, 206:1,
207:1, 210:18,
211:8, 228:15,
228:16, 228:19,
255:1
**receive** 150:17
**receivers** 10:25,
11:21
**receives** 23:19
**recency** 21:21, 21:23,
24:2
**recent** 11:10, 21:15,
24:8, 116:23,
194:9
**recently** 6:15, 6:17,
20:24, 20:25,
21:5, 21:13,
21:16, 21:20,
21:21, 68:8, 68:8,
155:24
**recipe** 108:11
**reckless** 187:5
**reckon** 164:9
**reckoning** 191:25
**recognize** 109:13,
207:6
**recollection** 163:8,
206:17, 218:20,
244:4
**reconcile** 137:1,
138:6, 138:10
**record** 1:1, 1:3, 1:9,

2:5, 5:11, 19:2,
19:4, 19:4, 40:25,
41:25, 43:10,
43:12, 43:15,
43:15, 48:16,
49:23, 49:24,
50:19, 55:5,
58:13, 60:15,
75:2, 80:22,
80:25, 91:12,
94:7, 94:11,
102:12, 104:8,
104:10, 104:16,
104:21, 106:23,
111:5, 120:14,
120:16, 123:3,
130:15, 130:17,
134:7, 137:25,
154:5, 161:5,
161:10, 162:14,
162:15, 162:17,
162:18, 173:7,
176:15, 205:6,
215:25, 216:4,
216:7, 216:9,
216:19, 221:13,
232:10, 232:14,
233:14, 239:25,
262:12, 262:15
**record's** 54:4, 173:8
**recorded** 33:19
**recording** 93:4,
93:21, 94:13,
94:14, 94:18
**records** 64:18, 136:3,
136:5, 136:25,
137:15, 137:17,
140:22, 141:1,
141:12, 141:13,
147:8, 148:6,
148:15
**recounting** 77:24
**recovered** 210:1
**recruitment** 189:21
**reddit** 80:4, 80:6,
81:6, 81:21,
81:23, 183:13,
184:4
**reduce** 188:15
**reductionist** 65:13
**refer** 154:2, 173:7

**reference** 238:9
**referencing** 245:11
**referring** 46:2,
125:15, 169:24,
170:12, 191:14,
238:12
**refers** 127:7, 128:4,
169:6
**reflect** 107:22,
176:3, 255:6
**reflecting** 157:7,
235:7
**reflects** 145:20,
151:23
**reform** 238:25
**refresh** 163:8,
206:17, 244:4
**refreshed** 163:5,
163:5
**regarding** 119:2
**regardless** 190:8
**regular** 117:4, 158:21
**regulated** 15:2, 15:3,
16:9
**regulation** 113:10
**reinforces** 193:10
**reintroduced** 47:2
**related** 70:20, 79:13,
84:17, 88:18,
113:2, 155:14,
159:5, 244:18,
251:5, 256:19
**relates** 82:4
**relating** 154:11
**relations** 48:18
**relationship** 17:5,
18:3, 119:20,
239:19, 240:5
**release** 123:6
**relevance** 57:7,
121:22, 222:14,
228:22, 230:22,
232:17, 232:24,
233:6, 233:11,
240:1
**relevant** 49:20,
56:23, 222:18,
229:8, 229:10,
229:12, 229:18,
230:1, 230:8,
230:9, 230:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

230:13, 230:15, 230:17, 233:8, 239:23
**reliability** 137:11, 139:18
**relied** 40:1
**relies** 14:12
**rely** 59:2, 137:9, 139:12, 139:15
**relying** 145:24
**remainder** 30:5, 30:7
**remaining** 30:4
**remedy** 81:17
**remember** 28:1, 28:2, 42:25, 129:3, 154:2, 163:4, 165:8, 204:18, 205:2, 205:3, 205:13, 205:14, 206:6, 206:14, 209:4, 213:4, 218:3, 218:4, 218:6, 218:6, 218:9, 218:10, 218:12, 218:13, 218:16, 218:17, 219:1, 219:2, 219:4, 223:7, 223:9, 223:15, 223:25, 224:4, 224:9, 224:19, 226:2, 229:19, 229:21, 229:22, 231:12, 234:15, 237:25, 243:23, 243:24, 244:20, 244:21, 245:4, 252:1, 252:5, 252:10, 252:12, 252:25, 253:2, 253:7, 256:3
**remind** 230:24
**reminding** 104:22
**remotely** 1:21
**remove** 68:15, 79:13
**removed** 81:18
**render** 37:24
**renew** 231:9
**rent** 10:15, 10:16
**repeat** 91:10, 91:11, 93:15, 144:19

**repeated** 144:22
**repeating** 105:19, 124:6
**rephrase** 25:12, 31:24, 37:22, 51:5, 63:13, 91:13, 91:14, 91:15, 106:8
**replace** 169:16, 169:17
**replaying** 92:25
**report** 36:21, 38:8, 38:24, 39:3, 39:7, 40:15, 40:17, 44:7, 44:14, 44:20, 44:23, 44:25, 45:9, 55:13, 59:13, 59:22, 60:2, 60:5, 60:6, 60:9, 61:17, 64:24, 65:6, 65:6, 65:15, 65:19, 65:20, 99:17, 100:6, 100:17, 100:20, 101:13, 101:15, 101:16, 103:11, 103:14, 103:20, 106:10, 106:11, 107:4, 107:5, 107:6, 107:9, 107:12, 109:22, 126:5, 133:16, 135:5, 139:2, 145:18, 145:20, 149:6, 149:9, 149:11, 150:10, 150:11, 150:12, 151:20, 151:23
**reporter** 1:7, 3:17, 4:25, 19:2, 46:8, 80:19, 92:12, 92:14, 92:15, 92:23, 93:15, 94:10, 95:4, 102:4, 105:2, 105:3, 105:22, 177:15, 255:17, 260:7
**reporters** 105:6
**reporting** 146:17,

158:21
**reports** 107:4, 152:3
**represent** 1:10, 1:15, 65:18, 167:14, 254:24
**representation** 60:7, 169:19, 202:4, 208:15, 208:17, 218:8
**representations** 167:15, 181:8
**representative** 244:25
**representatives** 117:5
**represented** 216:25
**representing** 138:5, 178:16, 237:2
**reputation** 115:23, 115:25, 116:1
**reputational** 151:15
**request** 57:13, 79:9, 137:12, 139:22, 139:23, 139:25, 140:15, 140:15, 141:13, 179:3
**requested** 79:2, 81:3, 140:1
**requests** 153:24, 154:1, 154:2
**require** 15:6, 15:10
**required** 49:16, 153:13
**requires** 231:18
**research** 52:3, 72:13, 113:24, 131:23, 131:24, 146:7, 184:22
**researched** 91:22, 91:25, 97:24
**reseed** 256:21, 257:4
**reservation** 231:8
**reserves** 134:23
**resignation** 235:14
**resolve** 154:3
**respect** 62:19, 196:9
**respond** 208:7
**responded** 81:4, 129:18
**responding** 105:19, 192:14
**response** 128:15, 133:16, 147:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

212:4, 212:5,
212:5, 212:5,
220:24
**responses** 59:1,
125:12, 125:14,
126:17, 126:19,
128:14, 153:23
**responsibility** 129:11
**responsible** 242:22
**rest** 55:5, 96:20,
188:11, 211:20,
211:23, 214:4,
241:18
**restate** 15:15, 62:22,
245:3
**result** 70:16, 80:6,
80:16, 133:20,
149:15
**results** 79:18, 80:4
**resume** 133:2, 134:9,
135:2
**retaliate** 89:16
**retaliation** 89:13
**retaliatory** 89:9,
89:11, 89:12
**retired** 98:20
**returns** 58:10, 58:16,
137:14, 140:19
**revenue** 14:13, 19:16,
19:17, 19:20,
23:18, 23:23,
24:6, 24:9, 24:10,
24:18, 24:22,
24:25, 29:20,
29:25, 30:16,
33:18, 68:21,
98:24, 99:8,
99:15, 106:18,
111:12, 111:18,
112:1, 112:18,
117:4, 137:7,
139:8, 143:16,
151:12, 247:25,
249:10
**review** 18:21, 78:7,
137:14, 137:15,
140:19, 140:22,
141:17, 144:14,
145:2
**reviewed** 77:18
**reviews** 123:24

**rewarded** 242:1
**rfas** 57:20, 58:1
**rhetorical** 38:19
**rhetorically** 189:5
**rico** 86:12, 88:8,
89:4, 89:6, 89:9,
89:21, 90:6,
90:19, 90:23,
90:25, 91:3, 91:3,
91:4, 91:5, 91:17,
91:18, 92:3, 92:6,
92:21, 95:6,
95:17, 95:23,
96:1, 96:8, 96:14,
96:15, 97:11,
97:18, 97:20,
97:20, 98:6, 98:7,
98:15, 98:16,
98:19, 180:13,
180:21, 182:16,
185:13, 185:21,
185:23, 186:6,
186:11, 225:11,
260:20, 260:21
**ridiculous** 62:21,
69:3, 198:3
**right** 2:3, 2:21, 3:8,
3:8, 3:17, 3:20,
4:14, 5:13, 5:25,
6:19, 8:21, 9:15,
9:16, 10:13,
12:22, 12:24,
13:4, 13:6, 13:15,
13:18, 13:19,
15:15, 17:2,
18:13, 18:16,
18:24, 18:24,
19:6, 19:7, 20:9,
22:1, 23:3, 23:12,
24:11, 24:23,
25:6, 25:14,
25:22, 26:5,
27:20, 28:10,
29:6, 29:9, 30:11,
30:21, 30:23,
32:2, 32:16, 33:6,
34:13, 34:16,
35:10, 35:17,
36:23, 37:15,
38:4, 38:22,
39:11, 39:22,

40:10, 40:21,
40:24, 40:24,
41:1, 41:3, 43:10,
43:17, 43:17,
44:4, 44:20,
45:15, 46:10,
46:13, 46:16,
48:8, 49:4, 50:11,
51:9, 52:23,
53:25, 54:19,
54:23, 55:1,
55:24, 56:1,
58:15, 60:19,
60:25, 61:14,
62:17, 63:19,
64:16, 65:2, 66:3,
70:16, 71:9,
71:12, 71:14,
72:10, 73:14,
74:20, 75:7,
76:14, 76:15,
77:1, 77:17,
78:11, 78:14,
78:24, 80:18,
80:23, 81:3, 81:3,
82:7, 83:11,
83:24, 85:12,
86:19, 87:24,
88:5, 88:7, 89:7,
89:8, 91:21,
93:20, 94:1,
94:22, 95:3, 96:4,
99:4, 99:22,
101:5, 102:1,
102:8, 102:23,
103:9, 104:6,
104:8, 104:9,
104:15, 104:15,
105:10, 105:22,
106:8, 106:22,
108:16, 109:5,
110:15, 110:16,
112:5, 112:6,
112:12, 113:9,
113:17, 113:21,
115:12, 115:22,
116:4, 117:21,
117:25, 118:1,
118:4, 120:3,
120:24, 121:14,
122:3, 123:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

126:20, 127:18, 128:16, 128:24, 128:25, 129:3, 129:7, 131:9, 132:16, 133:16, 133:22, 134:7, 135:1, 135:8, 138:13, 140:7, 140:13, 142:19, 143:18, 145:18, 146:8, 146:20, 147:14, 149:1, 149:10, 149:17, 149:25, 150:4, 150:5, 151:11, 152:22, 153:24, 154:3, 155:10, 156:8, 156:25, 157:13, 157:24, 159:3, 159:13, 159:17, 160:7, 160:18, 160:18, 160:18, 160:24, 160:24, 161:4, 161:4, 162:11, 162:11, 162:19, 163:15, 163:21, 165:4, 165:11, 166:20, 167:8, 167:18, 168:13, 169:3, 169:11, 169:21, 170:1, 170:10, 173:17, 174:20, 176:1, 176:22, 177:20, 179:8, 179:10, 179:14, 179:17, 179:22, 180:24, 180:24, 181:22, 186:10, 189:3, 189:4, 189:8, 189:8, 189:21, 190:13, 191:13, 191:24, 192:1, 192:14, 193:2, 193:6, 193:11, 193:15, 193:17, 193:21, 194:14, 194:21, 195:24, 196:7, 196:21, 197:3, 197:6,

197:10, 198:9, 199:7, 201:6, 201:14, 201:17, 203:1, 203:2, 203:6, 203:6, 203:19, 203:20, 205:9, 205:14, 205:20, 206:23, 207:11, 211:1, 211:13, 211:13, 212:18, 214:3, 214:15, 214:23, 216:10, 216:17, 217:7, 217:18, 217:20, 220:1, 220:9, 220:24, 220:25, 220:25, 221:13, 221:14, 221:15, 221:16, 221:21, 222:5, 222:9, 222:12, 222:13, 222:24, 222:24, 223:17, 223:22, 224:14, 226:2, 227:21, 230:23, 230:23, 231:7, 231:12, 232:6, 233:22, 233:25, 234:3, 234:5, 235:20, 236:21, 237:8, 241:19, 245:5, 245:19, 245:24, 246:25, 247:2, 247:3, 247:3, 247:17, 248:23, 249:18, 249:20, 250:16, 251:3, 251:3, 251:11, 252:4, 252:5, 252:10, 253:4, 254:22, 255:9, 256:15, 257:12, 258:8, 258:11, 258:13, 258:19, 258:20, 258:24, 259:22, 261:3, 262:2, 262:16

**rights** 115:4, 120:18, 146:22, 257:16

**ring** 194:6

**roast** 108:13, 108:16, 108:20, 109:6, 109:12, 150:5

**robe** 233:10

**rocket** 183:6, 183:6

**role** 6:19, 6:23, 7:17, 40:14, 40:14, 172:17, 181:1, 181:2

**roll** 187:16

**room** 1:13, 1:17, 3:3, 41:6, 72:14, 189:2, 233:11

**rooting** 232:21

**rosier** 191:3, 191:10, 193:20, 194:1

**rotten** 124:13

**roughly** 19:12, 19:12

**row** 208:9

**rule** 4:24, 4:24, 86:3, 86:7, 86:16, 88:8, 121:8, 142:9, 142:10, 241:14

**rules** 4:22, 4:23, 4:23, 41:10, 41:11, 41:13, 166:15, 226:7, 230:16

**run** 158:10, 253:15, 254:10

**runner** 6:3, 11:25, 12:1, 29:13

**russian** 105:20

---

### S

**s-** 165:18

**s-a** 46:25, 47:6, 49:24

**s-a-a-s** 155:24

**s-a-i** 48:4

**s-o-n-i** 35:23

**safe** 75:19

**safeguards** 33:17, 33:20, 33:21

**safety** 83:9, 83:14, 83:16, 170:11, 174:13

**said** 2:12, 6:11, 9:9, 9:11, 10:6, 12:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

13:17, 19:11, 19:12, 24:11, 25:2, 25:3, 30:8, 30:10, 36:7, 36:18, 37:1, 44:1, 44:3, 48:4, 49:25, 54:15, 56:18, 56:24, 59:15, 62:9, 63:3, 63:18, 68:24, 69:2, 73:20, 74:17, 74:23, 87:22, 90:9, 92:10, 92:13, 95:11, 95:12, 95:14, 99:11, 99:13, 100:10, 100:25, 101:14, 101:20, 101:23, 102:18, 102:20, 102:21, 103:5, 106:21, 106:21, 108:1, 110:15, 110:24, 117:11, 123:11, 123:11, 126:4, 127:18, 127:19, 127:22, 127:22, 127:25, 128:9, 129:10, 133:22, 134:1, 135:3, 137:7, 137:19, 138:5, 146:11, 146:22, 153:2, 155:4, 155:6, 157:11, 159:17, 166:21, 166:21, 168:18, 173:14, 180:3, 181:5, 182:12, 182:15, 183:5, 183:7, 183:11, 184:17, 184:18, 187:2, 187:3, 187:19, 193:2, 193:2, 194:12, 195:1, 211:5, 214:9, 218:5, 218:14, 218:23, 218:25, 218:25, 219:5, 220:12, 220:14, 220:24, 221:18,

225:22, 225:23, 230:25, 231:6, 231:11, 231:15, 231:24, 231:25, 232:13, 232:17, 237:20, 246:14, 246:15, 246:17, 251:17, 252:10, 253:10, 255:4, 255:16

**sake** 104:20, 146:16, 146:19

**salad** 188:25

**salantono** 173:22, 173:24, 174:4, 174:7, 175:13, 176:2, 176:4

**sale** 142:24

**salentano** 88:23, 88:24, 173:3, 182:18, 183:5, 184:3, 185:4

**sales** 9:19, 9:25, 10:1, 10:7, 23:18, 23:19, 23:20, 23:21, 29:22, 30:1, 107:23, 107:23, 113:10, 113:14, 113:16, 113:17, 114:13, 114:15, 115:5, 115:23, 115:25, 116:1, 119:2, 119:5, 119:7, 119:8, 119:20, 119:23, 119:25, 120:1, 124:4, 125:3, 240:21

**sam** 1:18

**sanctions** 50:10

**saw** 104:7, 107:3, 150:9, 162:9, 171:8, 171:10, 183:5, 202:16, 217:2

**say** 5:17, 6:14, 7:2, 7:3, 7:8, 8:2, 9:12, 10:8, 12:3, 13:1, 13:25, 15:1, 17:9, 20:25, 21:20, 22:4,

22:17, 23:1, 23:5, 23:9, 24:12, 24:14, 24:16, 24:17, 24:19, 25:13, 26:9, 26:13, 28:12, 29:21, 30:1, 30:9, 30:16, 31:4, 34:4, 34:15, 34:18, 35:20, 36:25, 37:10, 38:9, 45:8, 47:1, 47:1, 47:6, 47:8, 47:9, 48:8, 48:8, 49:9, 49:25, 51:17, 52:24, 56:17, 56:24, 57:12, 57:14, 58:11, 59:24, 60:12, 61:7, 61:16, 61:20, 62:12, 62:23, 65:4, 65:13, 67:25, 71:21, 73:11, 73:22, 76:21, 78:16, 82:23, 88:21, 91:17, 95:18, 102:17, 106:1, 108:25, 110:15, 110:16, 110:17, 111:10, 112:1, 116:9, 116:12, 121:10, 126:14, 126:18, 126:19, 132:15, 136:21, 145:7, 145:10, 145:17, 146:20, 146:25, 147:5, 147:6, 154:4, 155:16, 156:22, 157:5, 159:5, 161:15, 163:11, 163:17, 165:7, 166:4, 166:24, 168:11, 168:12, 168:16, 169:11, 173:8, 173:17, 174:22, 178:16, 178:19, 180:14, 180:20, 181:10, 181:15, 182:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

184:13, 185:9, 186:3, 186:14, 186:20, 187:13, 187:14, 187:17, 187:18, 188:12, 189:9, 189:11, 190:1, 191:20, 192:1, 195:11, 195:20, 196:9, 200:12, 201:5, 204:13, 205:1, 205:2, 207:3, 207:4, 207:4, 211:5, 211:13, 216:19, 218:25, 220:14, 225:21, 231:5, 236:21, 237:9, 239:18, 245:25, 246:1, 248:25, 249:2, 249:15, 251:22, 254:2, 254:2, 254:21, 254:23, 256:15, 256:16, 256:16, 256:16

**saying** 5:1, 6:4, 15:22, 15:24, 15:24, 16:2, 16:22, 29:10, 34:6, 39:2, 43:18, 44:10, 44:13, 44:20, 49:22, 53:5, 61:20, 62:13, 71:15, 73:4, 74:13, 74:16, 75:9, 82:8, 84:1, 89:7, 93:1, 100:14, 102:6, 104:11, 107:22, 110:11, 117:5, 117:9, 121:6, 121:12, 128:7, 132:15, 134:20, 136:18, 140:6, 146:11, 146:18, 147:12, 147:19, 147:20, 147:25, 149:12, 150:1, 154:5, 154:21, 154:23, 158:24, 158:24, 159:11,

166:5, 167:2, 167:3, 167:6, 167:12, 167:12, 168:14, 170:1, 170:7, 170:8, 173:12, 179:21, 180:7, 183:25, 186:6, 186:11, 188:22, 188:24, 189:6, 189:10, 192:4, 192:15, 196:11, 197:7, 198:17, 198:19, 199:16, 200:2, 202:19, 202:21, 203:4, 206:21, 210:16, 218:22, 219:1, 219:2, 219:4, 221:15, 228:8, 232:9, 232:14, 233:3, 238:22, 238:24, 239:6, 239:8, 239:8, 242:10, 246:1, 246:11, 251:12, 254:12, 254:25, 255:11, 255:18, 255:22, 255:24, 257:2, 259:17

**says** 41:9, 41:10, 50:3, 86:19, 87:1, 94:21, 121:18, 135:17, 140:6, 157:20, 163:2, 165:8, 165:23, 169:6, 169:12, 184:4, 184:24, 184:25, 193:21, 198:6, 198:25, 206:12, 222:20, 223:2, 244:15

**scandal** 31:3
**scared** 127:8
**scary** 197:23, 243:5
**scenario** 232:12
**scenarios** 208:1
**scheduled** 258:17
**scheme** 109:25, 143:9
**school** 12:22, 39:22, 90:7, 90:13,

95:20, 158:13, 164:18, 164:21, 164:22
**schroeder** 181:3
**scope** 39:2
**scratch** 19:15
**screen** 2:10, 210:4
**scroll** 80:2, 217:22, 218:14
**se** 17:3
**seamlessly** 211:11
**search** 79:18, 80:15, 97:11
**searching** 80:16
**seasonal** 112:1, 112:3
**second** 102:10, 102:17
**sector** 147:2
**security** 77:18
**see** 5:23, 12:18, 22:23, 31:16, 31:19, 42:25, 50:3, 53:13, 58:6, 59:17, 68:1, 68:3, 68:5, 80:2, 81:10, 83:1, 89:7, 95:1, 105:23, 107:25, 115:1, 117:21, 122:18, 124:15, 129:4, 130:5, 147:19, 153:15, 153:17, 153:19, 159:5, 163:16, 174:6, 184:23, 192:24, 197:14, 206:13, 207:23, 209:12, 209:12, 210:7, 210:7, 210:12, 212:9, 217:4, 217:5, 217:11, 217:24, 218:12, 225:12, 227:12, 228:24, 230:8, 230:23, 232:17, 232:18, 232:24, 233:5, 238:11, 239:24, 242:11, 246:13, 253:14, 258:2, 258:10, 258:11, 258:18
**seeing** 129:4

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**seek**  81:10, 81:13, 81:17, 90:25, 199:14

**seem**  13:3, 44:25, 113:16, 119:19, 136:2, 147:11, 172:17, 178:17, 211:3, 217:1, 220:7

**seemed**  62:23, 63:3, 186:13, 203:7, 235:18, 242:2

**seems**  27:3, 30:22, 34:19, 44:22, 56:19, 80:4, 82:11, 85:11, 94:16, 98:15, 101:6, 115:10, 134:13, 135:25, 142:8, 154:13, 166:1, 167:3, 167:3, 167:5, 167:15, 170:1, 170:8, 199:11, 211:4, 216:22, 220:4, 226:24, 228:15, 245:13, 256:11

**seen**  32:3, 32:10, 36:13, 56:20, 57:6, 72:20, 105:4, 105:4, 105:5, 105:6, 105:12, 124:12, 128:14, 173:15, 179:1, 179:2, 181:25, 182:1, 184:5, 207:9, 216:22, 238:11, 242:9, 252:6, 252:18

**self-censorship**  47:4

**self-defeating**  109:18, 110:6

**sell**  12:14, 20:11

**selling**  32:25

**sells**  10:19

**send**  31:12, 31:12, 38:2, 41:16, 100:2, 161:19, 161:19, 194:13,

213:1, 213:19, 217:10, 217:14, 220:23, 221:6

**sense**  31:15, 32:14, 62:18, 65:7, 128:6, 234:19, 234:21, 235:12, 243:1, 253:12, 253:13, 253:13, 253:17, 254:7, 254:11, 254:13, 258:19

**sent**  41:14, 42:5, 81:22, 100:4, 107:21, 142:11, 142:14, 195:23, 213:23, 215:6

**sentence**  86:22, 91:9, 91:16, 168:19

**separate**  12:18, 12:19, 163:14, 178:18, 190:13, 217:14

**separates**  197:20

**september**  22:25, 88:20, 227:10, 227:10, 234:8, 234:10, 253:17, 255:15

**sequence**  212:7, 217:5, 218:4, 218:9, 227:7

**series**  68:24, 69:10, 83:19, 227:13, 228:25, 229:2

**seriously**  53:14

**serve**  54:9, 54:10

**service**  20:15, 29:4, 78:4

**services**  20:16

**sessions**  12:13

**set**  19:9, 20:11, 87:7, 242:15, 245:11

**settle**  74:6, 74:10, 74:14

**settled**  4:4, 4:9, 4:10, 4:11, 88:14

**settlement**  4:12, 74:3, 74:16, 74:20, 74:23,

191:24, 192:23, 257:22

**setup**  242:10

**seven-minute**  211:25

**seven-year**  47:19

**seventy-five**  248:23

**several**  63:8, 73:7, 123:22, 134:12

**sex**  47:13, 49:5, 51:16, 57:14, 57:20, 199:4, 199:22, 200:1, 200:9, 200:10, 204:14, 204:16, 204:21, 220:24, 221:15, 221:18, 221:19, 222:5, 222:22, 222:23

**sexual**  47:25, 48:11, 48:13, 48:17, 59:19

**sh**  256:22

**shadow**  174:22, 174:24, 175:2, 177:25, 178:3, 178:5

**shaking**  5:9

**shame**  198:15, 198:15

**shamed**  198:8, 198:12

**share**  183:8, 183:12, 184:23

**sharp**  36:6

**shipped**  11:15

**shipping**  25:5

**shit**  208:22, 231:10, 231:10, 254:21, 260:13

**shock**  36:15, 36:17, 37:11, 37:13, 38:16, 38:18, 40:1, 40:7, 43:20, 61:23, 62:1, 62:4, 62:5

**shocking**  239:18

**shoot**  118:13

**short**  132:20

**shortly**  51:1, 51:18, 230:22

**shot**  66:17

**show**  57:24, 57:25, 103:20, 126:5,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

142:3, 171:13, 208:11, 208:11, 208:13, 209:12, 209:15, 211:24, 212:7, 213:19, 251:20, 252:4

**showed**  206:17

**showing**  244:3, 252:21

**shown**  180:2, 218:24, 220:21

**shrink**  19:6

**siblings**  240:8

**side**  18:21, 18:22, 77:12, 105:1, 149:10, 149:11

**sign**  4:14, 76:16, 77:2, 77:5, 77:8, 86:19, 102:6, 130:1, 262:2, 262:3

**signal**  209:22, 213:4, 218:8, 219:16, 219:24

**signals**  208:10

**signed**  77:3, 77:10, 77:11, 249:22

**signify**  91:17

**similar**  25:24, 29:3, 86:17, 109:13, 159:4

**simple**  60:22, 70:5, 82:14, 222:22, 243:11

**simplest**  14:12

**simply**  44:20, 107:9, 154:17, 186:6, 194:19, 222:22, 257:2, 257:9

**simultaneous**  94:16, 94:17, 105:16, 105:16

**simultaneously**  94:11

**since**  4:20, 21:20, 34:17, 58:17, 103:2, 107:3, 120:6, 124:1, 145:22

**single**  103:25, 159:8, 159:17, 182:19

**sir**  6:5

**sit**  118:11, 149:10,

207:4

**site**  15:6, 18:2, 244:16, 244:17

**sitting**  195:5, 204:3, 258:11

**situation**  31:22, 40:6, 231:17, 231:21

**sixteen-year-old**  51:8, 51:15, 51:17

**skip**  123:22, 209:9, 209:11

**slapping**  193:24

**slept**  259:10

**slice**  24:4

**slide**  11:21

**slightly**  132:21

**slow**  5:21, 208:14

**slowed**  5:21

**small**  11:1, 26:18, 26:19, 31:2, 130:18, 159:8

**smart**  32:1, 158:10

**soak**  249:9

**sobriety**  235:7, 235:10

**social**  72:8, 167:1, 167:2, 198:14

**socially**  166:18

**software**  8:6, 10:23, 20:19, 66:18, 104:24, 104:25

**solely**  68:20

**solve**  101:10

**somebody**  13:15, 23:7, 92:12, 203:17, 257:8

**somehow**  78:2, 167:13, 242:22, 246:3, 248:15, 253:10

**someone**  17:14, 38:12, 63:7, 66:8, 66:10, 74:22, 107:4, 187:5, 235:1, 240:16

**someone's**  135:8, 240:19

**something**  15:25, 16:8, 30:1, 30:16, 32:9, 38:19, 46:10, 59:25,

66:20, 71:11, 73:10, 73:13, 78:20, 111:16, 118:11, 118:12, 124:3, 126:22, 152:11, 152:22, 154:11, 156:1, 161:16, 164:1, 167:14, 168:11, 168:12, 185:16, 194:6, 194:16, 197:13, 201:5, 209:10, 209:16, 210:14, 210:17, 211:4, 218:14, 218:14, 219:1, 219:2, 219:4, 222:24, 225:8, 232:11, 238:10, 238:16, 240:15, 240:23, 251:18, 253:6, 253:16, 253:23, 255:5, 257:5

**sometimes**  39:20, 71:10, 88:2, 122:4, 132:11, 143:11, 200:9, 251:5

**somewhat**  4:21, 23:6

**somewhere**  34:22, 84:14, 98:25, 147:21

**soon**  87:3, 161:20

**sooner**  68:18

**sorry**  5:16, 6:4, 7:16, 47:5, 66:25, 67:3, 67:3, 74:12, 92:8, 104:22, 105:23, 109:22, 109:22, 124:5, 125:11, 129:24, 133:4, 145:6, 149:22, 166:6, 166:12, 170:7, 171:9, 171:10, 174:10, 184:11, 186:20, 223:21, 244:12, 261:7

**sought**  91:2

**soul**  238:3, 238:5,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

238:10, 238:17, 238:19, 240:21
**sound**  26:12, 58:10, 161:23, 200:13, 200:15, 213:9, 220:1, 243:15, 243:17, 243:19
**sounds**  56:15, 64:10, 90:18, 93:11, 95:9, 97:5, 97:8, 154:12, 200:11, 208:2, 251:21, 251:21
**source**  71:11, 71:11, 71:14, 71:16, 71:17, 137:12, 139:22, 139:23, 140:2, 140:3, 140:7, 140:9, 140:10, 141:17, 145:22, 146:2, 146:4, 146:6, 152:2, 152:20, 153:9, 154:3
**southern**  83:10, 88:9, 117:20, 130:9, 251:10, 251:14
**space**  1:14, 127:8
**speak**  3:23, 4:17, 4:22, 16:18, 19:19, 25:15, 25:18, 44:16, 97:23, 98:4, 104:21, 137:20, 145:3, 164:18, 187:3
**speaker**  169:7, 169:8
**speaking**  3:18, 49:11, 60:19, 102:4, 105:18, 114:8, 121:8, 152:13, 164:21, 205:25, 220:6, 229:13
**special**  136:13
**specialization**  98:15, 98:18
**specific**  7:16, 28:25, 55:13, 56:1, 96:5, 167:15, 167:15, 183:15
**specifically**  45:21,

96:1, 97:1, 112:19, 114:19, 115:3, 244:1, 244:17
**speculating**  16:13
**spell**  1:8, 2:5, 6:10, 78:1
**spelled**  6:11
**spelling**  35:19, 35:24, 260:18
**spellings**  260:11
**spend**  46:20, 46:21, 58:8, 203:9
**spends**  47:20
**spin**  209:19, 209:21
**splc**  253:1, 253:13, 254:15, 254:20
**splc's**  254:20
**spliced**  210:9, 211:7
**split**  7:24
**spoil**  230:19
**spoke**  64:18, 98:9, 206:11, 207:21, 220:8, 227:17
**spoken**  61:24, 61:24, 62:6, 205:16, 226:21, 226:24
**spreading**  90:4
**spreadsheet**  131:13, 137:9, 139:19, 140:11, 145:23, 149:7, 149:9
**spreadsheets**  108:2
**ssl**  33:23
**staff**  17:3
**stage**  202:15
**stand**  77:15, 90:22, 236:8, 236:13
**standard**  1:3, 19:5, 24:23, 31:10, 33:20, 33:25, 43:14, 43:16, 75:18, 80:22, 80:24, 157:11, 162:18, 216:8, 216:8
**standardized**  156:22
**standards**  159:3, 166:14
**standing**  105:18, 158:17

**stands**  198:14
**start**  11:7, 16:20, 32:17, 41:18, 44:4, 62:2, 86:18, 96:12, 114:4, 117:20, 117:22, 118:11, 118:12, 193:23, 240:10, 240:22, 259:5
**started**  25:4, 33:3, 36:19, 83:19, 116:2, 131:5, 177:16, 193:6, 193:7
**starting**  199:8
**starts**  15:19, 83:4, 168:2
**starving**  259:14
**state**  2:4, 3:10, 9:6, 14:1, 15:21, 15:23, 16:3, 27:19, 49:8, 49:16, 54:9, 87:16, 101:3, 123:3, 137:25, 144:8, 191:25, 192:11, 192:20, 193:20, 201:23, 202:4, 202:10, 203:7, 223:2, 223:2, 236:6, 236:7, 237:17, 239:24, 245:19, 251:4, 253:20, 253:21, 253:23
**stated**  63:3, 123:12
**statement**  132:2, 132:3, 166:22, 170:12, 235:16
**statements**  68:25, 69:11, 90:4, 108:3, 108:4, 108:7, 108:9, 108:10, 110:23, 111:3, 111:8, 132:17, 137:1, 138:7, 145:1, 148:19
**states**  51:20, 51:22, 51:23, 58:22, 59:1, 191:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

256:6

**stating**  121:14

**status**  157:8

**statute**  95:23, 95:23

**statutes**  95:21

**stay**  228:20, 228:25, 249:16

**stayed**  228:25

**steadfast**  241:16

**steal**  164:3, 164:4, 254:9

**stealing**  165:3

**steel**  11:20, 11:21, 11:21

**steer**  168:25, 169:2, 169:4

**steno**  105:9

**step**  84:18, 162:24, 173:12, 235:25, 247:1

**stepped**  234:13

**stepping**  215:9

**still**  23:3, 30:24, 32:8, 35:3, 38:3, 45:8, 64:14, 64:21, 67:18, 67:19, 74:2, 95:12, 106:3, 134:20, 143:13, 162:21, 176:5, 176:19, 194:15, 195:19, 195:19, 204:2, 211:17, 212:17, 212:20, 219:10, 232:17, 232:24, 234:7, 237:21, 243:7, 253:6, 258:11

**stipulate**  1:20

**stolen**  253:24

**stooge**  243:16, 243:18

**stop**  67:3, 89:18, 89:22, 107:15, 160:13, 165:21, 197:4, 215:2, 229:24, 229:25, 230:1, 233:16

**stopped**  142:15, 244:17

**story**  233:23, 243:12

**strange**  62:16, 188:10

**strategy**  156:12

**stretch**  215:8, 216:1

**strike**  68:19

**stroke**  1:18, 169:9, 184:17, 184:18, 184:18, 184:19, 184:20, 184:22, 185:12, 185:19, 185:21, 186:24, 187:19, 188:5, 188:7, 188:17

**stroke's**  129:2, 186:15

**strokes**  128:9, 128:23

**struggling**  93:11, 182:10, 229:6

**student**  228:3, 228:8, 228:9

**study**  113:12, 189:7

**stuff**  8:5, 32:7, 33:14, 33:25, 39:22, 115:4, 141:23, 163:25, 167:19, 181:5, 189:17, 192:12, 208:4, 225:25, 226:7, 228:1, 238:4, 243:12, 253:9, 257:21, 258:3

**stupid**  156:2

**sturdy**  11:20

**sub**  163:21, 198:21, 199:21

**subject**  42:11, 42:17, 43:7, 46:16, 162:24, 197:11, 197:23, 201:7, 204:6, 235:15

**subreddit**  79:13, 79:17, 79:21

**subreddit's**  79:22

**subreddits**  80:2

**subscribe**  118:13

**subscriber**  20:17, 247:5

**subscribers**  14:14, 19:13, 33:7, 68:1, 75:16

**subscription**  14:12, 14:20, 14:20,

14:21, 14:23, 14:25, 14:25, 15:4, 15:6, 15:10, 15:18, 16:6, 19:20, 19:24, 24:9, 29:25, 30:16, 159:22

**subscription's**  247:3

**subscriptions**  19:16, 20:2, 20:12, 20:14, 23:20, 23:21, 30:6

**subsequent**  102:19

**subsequently**  88:13

**substance**  166:2, 198:16

**substantially**  25:10, 29:3, 86:17

**subsurface**  192:8

**success**  28:23, 237:1

**sue**  83:11

**sued**  22:13, 69:22, 81:25, 82:6, 83:8, 83:12, 83:14, 83:16, 83:17, 96:20, 96:22, 97:2, 117:14, 117:22, 169:15, 170:2, 170:5, 170:11, 170:13, 170:18, 225:11, 253:5

**suffer**  75:25

**sufficient**  60:5, 140:2, 171:13, 171:21, 193:22, 193:23

**sugar**  200:16, 201:10, 201:15, 201:19, 201:21, 202:10, 222:10

**suggest**  177:23

**suggesting**  177:24, 245:14

**suing**  22:14, 85:3, 85:9, 117:23, 214:14, 214:14, 253:21, 256:6

**suit**  22:12, 82:23, 86:12, 89:20, 89:21, 117:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

173:5

**suitable**  131:22
**summary**  178:12
**sundance**  46:10, 56:19
**supplied**  65:5, 65:21, 131:24, 137:10, 139:13, 144:20, 144:23
**suppliers**  227:17
**supply**  131:24
**support**  9:1, 9:9, 9:10, 9:15, 9:16, 9:25, 10:1, 14:13, 20:14, 20:19, 20:22, 29:5, 169:14
**supporting**  9:10
**suppose**  36:12, 65:6, 205:5, 224:8
**supposed**  60:7, 62:20, 74:23, 133:1, 133:2, 135:9, 136:21, 220:17
**supreme**  41:12, 195:20, 195:21
**sure**  2:15, 5:4, 5:10, 7:25, 13:24, 14:7, 16:11, 16:25, 23:8, 24:21, 25:11, 29:18, 30:15, 30:21, 34:15, 37:16, 38:9, 38:15, 39:4, 39:16, 40:20, 40:20, 41:24, 42:9, 43:13, 44:16, 46:5, 46:7, 46:23, 49:13, 55:25, 56:2, 56:2, 57:8, 58:2, 62:8, 62:11, 67:17, 74:21, 74:22, 75:1, 75:18, 75:20, 77:16, 81:15, 82:3, 86:2, 87:2, 92:17, 95:20, 100:6, 101:22, 118:9, 120:4, 120:12, 141:7, 145:10, 156:21, 175:9,

177:11, 182:11, 187:8, 190:7, 197:22, 198:5, 204:19, 206:24, 236:17, 236:22, 238:18, 244:4, 245:4, 248:2, 248:12, 250:5, 250:25, 251:9, 251:24, 252:7
**surely**  22:18, 22:18, 77:12
**surprise**  255:19
**surprised**  56:12
**surrender**  232:2
**surrendered**  231:14
**surreptitiously**  168:13
**surrounded**  235:4
**surrounding**  164:12, 241:20
**survey**  155:20
**surveys**  125:12, 125:18
**survival**  186:25, 187:3
**suspect**  96:14, 240:9, 245:9, 251:2
**suspicious**  236:25
**swear**  2:23, 226:6
**sweep**  8:4
**swinging**  123:19
**swings**  259:8
**switch**  98:23
**system**  94:25

---

### T

**t-y-r-a**  261:5, 261:9
**tag**  160:17
**taiwan**  50:22, 50:24, 51:4, 51:19, 51:20, 227:6, 227:12, 228:18, 228:21, 229:1, 231:12, 231:18, 232:4, 233:5, 233:21, 234:4, 251:15, 252:3, 255:18
**taiwanese**  231:20

**take**  18:24, 31:9, 39:10, 40:24, 41:22, 44:21, 50:3, 66:17, 75:14, 75:14, 77:19, 79:9, 79:10, 80:18, 80:19, 80:20, 93:15, 131:13, 142:21, 160:23, 160:24, 162:24, 171:22, 173:12, 187:8, 207:12, 215:7, 216:4, 235:25, 236:12, 246:25, 248:10, 256:20, 261:19, 262:12
**takedowns**  79:2, 81:4
**taken**  79:6, 93:21, 129:11
**takes**  247:6
**taking**  93:22, 94:19, 106:13, 167:13
**tale**  33:10
**talk**  5:2, 5:2, 5:3, 11:3, 41:2, 41:7, 41:19, 41:20, 42:3, 42:8, 42:8, 42:10, 42:11, 42:17, 45:21, 47:17, 71:7, 71:8, 76:5, 130:18, 132:21, 162:23, 167:18, 167:25, 168:1, 181:8, 185:1, 191:17, 193:17, 199:17, 200:8, 207:3, 212:24, 236:1, 257:22, 258:14, 258:15
**talked**  43:1, 189:20, 203:15, 205:12, 226:16
**talkers**  123:21
**talking**  41:18, 43:3, 56:6, 61:15, 93:12, 114:20, 123:16, 123:18, 142:24, 147:13,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

147:13, 147:14, 147:15, 173:13, 173:20, 181:22, 188:21, 190:23, 192:4, 193:16, 193:21, 200:5, 202:6, 202:22, 202:23, 202:24, 203:18, 204:6, 205:14, 205:21, 206:6, 207:6, 212:22, 216:14, 217:6, 233:16, 237:10, 245:7, 245:24, 257:20, 257:21, 259:14

**talks** 47:15, 47:18, 163:24, 243:22, 243:24

**tangoed** 192:11

**tapped** 261:11

**tasked** 167:20

**taught** 90:11, 95:19

**tax** 36:23, 58:10, 58:16, 137:14, 140:19, 238:3, 238:5, 238:10, 238:17, 238:19, 238:20, 240:21, 248:15

**taxes** 34:3, 59:3, 238:22

**team** 160:17

**teasing** 86:21

**technically** 194:10, 220:14

**technology** 11:24, 26:7, 27:6, 28:7, 28:23

**tell** 2:23, 38:1, 45:18, 55:13, 55:22, 56:2, 56:3, 56:8, 59:5, 59:8, 59:9, 90:22, 101:22, 106:25, 108:1, 124:2, 124:17, 124:20, 124:21, 126:10, 129:22, 155:18, 166:12, 172:11, 172:19, 181:13,

182:21, 183:22, 187:1, 191:7, 193:16, 199:10, 209:17, 219:23, 220:20, 227:24, 228:2, 230:14, 230:17, 230:21, 233:8, 251:4, 260:8

**telling** 56:9, 101:20, 104:6, 121:24, 165:2, 218:18, 219:20

**temporal** 21:22

**tempted** 245:25

**tend** 10:17

**term** 32:13, 40:21, 44:2, 54:9, 83:21, 112:6, 112:11, 120:4, 128:9, 155:22, 157:22, 168:8, 197:8, 201:8, 241:7, 256:12, 260:20, 261:10

**terminal** 194:3

**terminated** 194:5

**terms** 16:19, 16:22, 80:15, 156:2, 182:19, 200:5, 206:3

**terrible** 197:25

**terrorists** 85:22

**test** 137:11, 139:18

**tested** 167:14

**testified** 37:4, 37:7, 39:24, 43:20, 45:3, 56:10, 64:17, 69:14, 95:15, 100:11, 101:2, 101:5, 103:10, 106:5, 137:7, 137:10, 137:11, 137:12, 147:17

**testify** 100:19, 202:14

**testifying** 63:19, 63:19, 63:20, 69:6, 69:10, 103:21, 137:3

**testimonial** 142:4

**testimony** 40:3, 45:4, 65:8, 65:16, 95:20, 100:18, 100:22, 101:17, 128:12, 137:20, 138:1, 139:16, 173:17, 229:20, 229:23, 231:13, 232:23

**texas** 1:6, 51:9, 116:7, 130:8, 130:9, 130:13, 130:24, 192:21, 193:23, 194:12, 236:4, 236:6, 236:7, 243:12, 255:10

**text** 134:14, 169:9, 198:21, 199:2

**thank** 2:18, 3:2, 3:8, 3:12, 3:20, 5:12, 19:1, 19:6, 43:9, 43:12, 43:17, 49:22, 72:25, 75:2, 80:21, 80:23, 81:1, 84:23, 88:13, 95:4, 104:22, 106:24, 133:19, 156:7, 162:19, 165:20, 168:22, 177:12, 177:21, 201:9, 214:16, 216:10, 217:21, 222:4, 225:21, 226:14, 244:7, 262:16

**thanks** 2:20, 152:25, 153:6, 162:20

**theater** 57:3

**theme** 131:11, 131:16, 250:1

**theory** 83:18, 96:21, 96:21, 142:5, 256:11, 256:19

**therefore** 10:21, 16:10, 128:5, 137:14, 149:2

**thing** 41:2, 42:7, 44:1, 44:3, 52:17,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

65:9, 70:22, 70:23, 70:25, 71:23, 72:22, 73:22, 81:9, 84:5, 84:8, 85:24, 88:14, 105:14, 110:6, 114:22, 124:12, 133:23, 136:23, 155:16, 160:4, 161:9, 168:10, 168:16, 173:21, 177:24, 182:19, 183:9, 187:17, 192:8, 196:1, 197:18, 197:23, 201:6, 216:14, 218:23, 222:15, 230:3, 233:5, 236:25, 237:3, 237:22, 240:25, 247:9, 247:11, 249:20, 251:8, 251:10, 252:13

**things**  15:17, 15:17, 20:3, 21:10, 44:15, 64:13, 65:12, 73:8, 75:15, 77:20, 84:6, 95:22, 102:8, 106:23, 107:10, 109:25, 116:25, 137:22, 143:9, 145:2, 157:9, 164:7, 165:2, 166:24, 169:6, 173:5, 176:1, 178:18, 181:9, 182:8, 184:17, 184:18, 185:11, 186:7, 188:15, 188:17, 189:8, 190:13, 190:15, 191:11, 199:5, 199:6, 199:21, 199:23, 200:2, 200:3, 205:12, 206:12, 206:13, 207:22, 207:23, 225:10, 230:7, 235:17,

237:15, 239:11, 241:14, 242:20, 242:22, 243:1, 251:6, 252:10

**think**  6:4, 6:6, 7:8, 8:20, 9:22, 9:23, 9:24, 11:19, 11:22, 13:1, 13:10, 13:16, 15:24, 16:2, 16:17, 20:1, 20:10, 21:13, 21:21, 22:6, 22:9, 22:24, 22:24, 23:13, 23:16, 24:3, 24:7, 24:13, 25:23, 26:2, 26:7, 26:21, 26:22, 26:24, 27:1, 27:11, 28:6, 28:10, 28:17, 28:20, 32:3, 32:3, 32:5, 32:10, 32:18, 32:22, 32:23, 33:4, 33:9, 33:12, 33:15, 33:20, 35:5, 35:23, 36:25, 43:1, 44:8, 44:20, 45:7, 46:1, 46:11, 47:10, 47:15, 48:2, 48:9, 49:9, 50:12, 50:16, 50:18, 53:2, 54:15, 56:4, 56:12, 56:20, 56:25, 57:9, 58:11, 58:18, 62:16, 64:3, 64:6, 64:7, 65:12, 66:14, 66:19, 68:2, 68:4, 68:12, 68:16, 69:14, 70:19, 70:25, 71:22, 74:19, 76:24, 77:2, 77:8, 78:19, 78:21, 79:25, 80:14, 83:4, 84:16, 87:4, 88:17, 88:18, 89:19, 91:19,

92:3, 92:6, 92:13, 92:21, 94:1, 95:5, 96:5, 96:19, 96:21, 99:4, 99:24, 103:18, 107:12, 108:4, 109:15, 109:15, 110:21, 112:14, 112:15, 112:22, 112:25, 113:1, 113:9, 113:13, 114:12, 115:2, 115:5, 115:6, 115:22, 115:25, 116:16, 116:22, 116:22, 116:23, 117:10, 117:17, 119:1, 119:13, 120:10, 120:19, 121:3, 124:12, 124:13, 125:6, 125:8, 125:15, 125:19, 125:21, 126:1, 126:12, 127:2, 127:13, 127:14, 128:4, 128:8, 128:14, 129:11, 132:8, 132:11, 135:13, 135:14, 136:23, 141:23, 143:6, 143:11, 148:25, 149:8, 149:15, 150:9, 150:9, 151:5, 151:23, 152:22, 153:4, 153:5, 153:5, 153:5, 155:11, 156:11, 157:13, 159:1, 159:8, 159:16, 161:18, 162:1, 162:2, 165:19, 165:23, 166:10, 167:2, 168:5, 168:7, 169:16, 170:8, 171:20, 171:20, 171:23, 172:10, 172:11, 172:22, 173:1, 173:3, 174:11, 175:6,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

175:8, 177:6,
177:10, 179:18,
179:22, 182:17,
182:17, 182:18,
184:12, 184:18,
185:7, 185:10,
185:11, 185:15,
185:17, 185:18,
186:22, 187:4,
187:12, 187:12,
187:14, 187:16,
187:18, 187:23,
188:16, 188:17,
188:17, 189:15,
190:2, 190:7,
190:10, 190:13,
192:3, 192:5,
193:8, 194:2,
194:2, 194:8,
194:12, 194:18,
195:13, 195:13,
195:22, 196:2,
196:7, 197:12,
197:18, 197:20,
197:22, 198:4,
198:9, 199:13,
199:14, 200:10,
201:8, 201:25,
203:7, 203:20,
203:21, 203:24,
204:9, 204:11,
204:11, 204:22,
205:7, 205:16,
206:3, 206:4,
206:13, 207:8,
207:24, 209:3,
210:24, 211:2,
214:22, 215:2,
215:5, 215:13,
217:17, 218:7,
219:4, 220:5,
222:6, 222:8,
222:22, 223:14,
223:23, 223:23,
224:3, 224:5,
224:5, 224:13,
224:23, 225:13,
226:11, 226:19,
227:10, 228:24,
230:25, 231:17,
232:25, 234:8,

236:20, 237:6,
237:13, 237:14,
238:3, 238:6,
238:6, 238:12,
238:14, 238:19,
239:3, 239:5,
239:8, 240:6,
240:24, 240:24,
241:1, 241:10,
241:14, 241:17,
241:20, 241:25,
242:12, 242:13,
242:20, 243:11,
243:12, 243:16,
243:17, 245:11,
246:2, 246:11,
246:12, 246:17,
246:20, 247:4,
247:17, 247:21,
249:3, 249:3,
249:22, 249:24,
249:24, 251:7,
251:17, 253:6,
253:9, 253:22,
253:25, 253:25,
254:12, 255:2,
255:12, 255:15,
256:14, 257:16,
258:13, 258:18,
258:23, 259:10,
259:17, 260:3,
260:4, 262:7
**thinking**  122:5,
238:16, 238:18,
240:22, 250:25,
258:12
**thinks**  70:25, 84:7
**third**  238:1
**third-party**  171:11,
245:13
**thomas**  8:9, 67:12,
69:15, 69:17,
69:19, 69:22,
69:24, 70:18,
70:19, 260:14,
260:18
**though**  6:23, 18:17,
20:9, 23:12, 26:5,
27:9, 32:10,
35:16, 38:4, 53:7,
64:17, 65:2,

70:11, 85:17,
85:24, 102:25,
104:25, 108:19,
109:5, 117:11,
121:16, 126:18,
146:8, 149:12,
176:11, 182:9,
190:2, 191:25,
194:15, 197:7,
204:12, 233:4,
246:8
**thought**  24:14, 70:21,
70:22, 73:22,
74:12, 74:12,
74:13, 89:3,
92:20, 93:14,
97:16, 97:22,
104:24, 105:24,
131:25, 172:14,
172:15, 177:5,
177:8, 225:8,
234:19, 235:4,
253:18
**thread**  39:12, 39:14,
198:17, 198:20,
198:25
**threat**  197:13
**threatened**  237:15
**threatening**  193:20
**throw**  208:24
**tick**  114:4
**tied**  33:2, 171:14
**tiered**  15:19
**till**  250:6
**time**  1:2, 1:3, 8:14,
19:3, 19:4, 19:5,
24:18, 32:25,
33:1, 33:5, 43:14,
43:14, 43:15,
43:16, 46:15,
47:20, 51:19,
54:16, 55:7, 55:8,
57:10, 58:8, 78:9,
80:22, 80:24,
86:15, 89:4,
90:13, 93:8,
94:23, 95:20,
96:19, 96:20,
97:19, 99:8,
99:10, 103:22,
104:21, 106:17,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

119:5, 119:6,
122:3, 123:14,
123:14, 123:15,
128:25, 129:13,
129:23, 134:15,
142:12, 150:20,
154:13, 155:14,
156:19, 160:2,
162:18, 177:10,
178:23, 178:24,
181:4, 181:23,
183:15, 184:23,
188:11, 189:17,
198:15, 199:6,
199:15, 201:1,
201:11, 203:9,
204:21, 205:4,
205:21, 207:25,
213:4, 213:13,
216:7, 216:8,
216:9, 217:1,
217:4, 217:8,
219:24, 219:25,
220:3, 220:21,
223:24, 224:3,
232:3, 234:6,
234:13, 235:1,
237:15, 237:25,
239:14, 244:9,
245:12, 252:9,
252:23, 255:7,
255:16, 256:4,
256:20, 257:7,
258:23, 262:14

**times** 12:24, 13:1,
61:4, 63:23, 64:7,
76:12, 115:17,
122:5, 134:10,
146:15, 146:20,
146:22, 147:9,
171:20, 183:23,
218:21, 218:22,
239:1, 241:25,
243:19, 255:16,
255:17

**timestamps** 211:18

**timing** 193:15,
243:13, 253:11,
253:12, 254:7

**tip** 156:2

**titanium** 11:23

**title** 6:21, 6:24,
8:2, 8:3, 160:13,
224:1, 224:2,
224:2, 251:14

**titled** 7:18

**today** 1:2, 6:5,
25:13, 29:23,
36:14, 41:23,
69:6, 69:10,
83:20, 95:20,
122:7, 164:21,
167:20, 167:21,
168:13, 176:8,
231:9, 255:3,
257:19, 260:10,
261:20

**today's** 1:7

**together** 44:23,
118:13, 188:25,
193:9, 193:13,
210:9, 221:5,
252:16

**tokens** 256:21, 256:22

**told** 37:20, 40:1,
40:15, 43:5,
55:10, 55:19,
59:12, 102:4,
102:18, 136:10,
136:14, 152:1,
157:20, 175:18,
175:21, 175:22,
175:25, 183:11,
219:24, 225:6,
225:10, 226:11,
228:1, 228:2,
229:17, 231:21

**tom** 8:9

**tomatoes** 124:13

**tomorrow** 16:14, 17:3,
167:18, 246:12,
247:8, 250:23,
251:1, 258:17,
259:1, 261:19,
261:22, 261:22,
261:24

**tongue** 156:2

**tonight** 250:6

**took** 44:6, 97:21,
162:20, 172:2,
214:4, 253:11,
253:25, 254:5,

254:5

**tool** 180:7

**top** 236:16

**total** 16:8, 24:6,
25:15, 239:1

**totally** 40:1, 59:2,
121:24, 127:1,
145:24

**tough** 34:14

**tourist** 228:17,
228:18

**toward** 240:17

**towards** 9:18

**trace** 33:8, 33:10,
64:13

**traceable** 33:11

**track** 14:3, 16:2,
27:7, 239:2

**tracks** 15:23

**trademark** 83:18

**traditional** 33:8

**trans-** 93:1

**transaction** 254:24

**transactions** 33:24,
141:22, 142:23,
143:3, 143:5,
143:7, 254:22,
255:4

**transcribe** 5:1

**transcribing** 93:15

**transcript** 36:9,
46:8, 58:19,
76:12, 104:10,
105:23, 128:17,
138:1, 176:6,
221:11, 261:18

**transcription** 93:21,
94:8, 94:18,
105:16

**transfer** 208:5

**travel** 228:8, 228:9

**travis** 232:2

**treating** 240:19

**treatise** 96:8

**trial** 105:2, 120:25

**tricking** 165:25

**tried** 49:24, 102:17,
116:14, 155:13,
157:4, 157:8,
157:14, 171:12

**trier** 110:3

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**tries** 14:3
**triggers** 247:4
**trip** 130:24
**troll** 171:18
**trouble** 104:5, 253:16
**true** 18:15, 29:19, 33:4, 33:5, 46:23, 47:23, 54:17, 60:7, 86:3, 88:12, 88:21, 107:8, 139:17, 148:21, 152:15, 159:21, 170:2, 170:9, 190:16, 196:3, 201:6, 218:17, 241:10
**truly** 115:19
**trust** 40:5, 45:10, 100:10, 101:22, 101:24, 133:13, 250:4
**trusted** 131:20, 133:15, 133:17, 133:19
**truth** 2:23, 2:24, 2:24, 58:3, 242:13
**truthful** 53:12, 84:20, 85:19
**truthfully** 84:19
**try** 4:22, 5:2, 5:2, 66:8, 66:10, 66:17, 77:13, 77:14, 155:11, 159:3, 182:2, 182:5, 182:10, 189:1, 233:7
**trying** 30:20, 33:13, 45:8, 47:25, 48:2, 48:4, 48:6, 50:15, 57:14, 63:6, 65:18, 69:25, 70:19, 82:21, 84:6, 106:12, 129:1, 132:14, 165:20, 167:13, 168:11, 168:12, 169:21, 182:7, 184:22, 187:4, 189:25, 190:1, 191:15, 193:14, 201:3, 232:10,

233:4, 242:4, 253:22
**turgid** 194:20
**turn** 256:10
**turned** 98:11, 98:15, 197:15, 198:1
**tweet** 198:24
**tweets** 198:23
**twenties** 239:15
**twenty-five** 30:13
**twenty-one** 191:6
**twenty-three** 45:22, 46:12, 46:17, 46:19
**twenty-two** 191:5, 191:6
**twice** 23:7, 23:8
**twist** 71:24
**twitter** 171:12, 184:4, 187:17, 198:16
**tyler** 107:21
**type** 210:20, 235:7
**types** 186:12
**typical** 103:17
**typically** 12:9, 35:15
**typified** 69:11
**tyra** 34:2, 34:3, 34:3, 43:19, 44:6, 44:11, 45:15, 45:18, 55:7, 55:8, 58:14, 58:15, 60:1, 61:2, 61:4, 61:16, 61:24, 62:5, 62:23, 64:7, 76:5, 76:16, 77:5, 100:2, 100:5, 100:25, 102:13, 133:14, 133:15, 133:19, 135:22, 143:4, 150:9, 151:11, 152:14, 154:5, 261:4, 261:9, 261:9
**tyra's** 137:25
**tyre** 261:6, 261:8
**tyrrell** 36:8, 39:15, 39:15, 39:16, 39:16, 39:24

## U

**u-p-s-l-n** 6:11
**ukraine** 162:9
**ultimate** 67:16, 67:16, 67:17
**ultimately** 203:17
**unable** 134:11
**unam-** 194:18
**unambiguous** 194:17
**unauthorized** 66:17
**unaware** 84:14, 134:14
**unbelievable** 63:24
**unconscious** 132:11
**underlying** 108:3, 121:18, 132:17, 208:4
**understand** 4:6, 4:7, 4:21, 5:1, 7:5, 8:22, 16:7, 21:25, 24:15, 26:2, 35:21, 37:19, 40:9, 42:16, 58:23, 64:1, 65:25, 68:24, 73:9, 73:9, 73:19, 75:6, 77:13, 80:14, 85:1, 85:11, 90:9, 91:4, 91:18, 92:20, 95:16, 95:21, 95:24, 97:2, 98:14, 106:2, 107:19, 113:12, 120:7, 121:1, 125:2, 132:7, 134:20, 134:24, 134:24, 135:15, 162:21, 164:17, 165:15, 166:13, 169:18, 169:19, 172:6, 172:8, 172:10, 172:11, 175:1, 186:3, 186:6, 186:11, 189:18, 189:25, 190:1, 190:10, 191:13, 191:14, 194:12, 195:24, 196:8, 211:5, 230:22, 239:13,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

246:11, 246:25, 253:5, 255:11

**understander**  181:24

**understanding**  1:21, 33:15, 42:15, 48:14, 50:23, 62:4, 66:20, 66:22, 67:6, 89:12, 95:7, 97:3, 97:10, 97:18, 181:7

**understands**  191:10

**understood**  12:20, 91:16

**unethical**  164:7, 168:11

**unfair**  253:22

**unfortunate**  116:1, 116:6

**unfortunately**  132:7

**unintended**  66:19

**unique**  157:12, 157:13

**unit**  25:10, 253:1, 253:2

**united**  51:20, 51:21, 51:23, 191:24

**universe**  255:5

**unless**  159:19, 217:14

**unlike**  24:13

**unpaid**  7:23, 8:13, 8:14, 13:20, 18:11, 18:14, 67:13

**unreasonable**  220:7

**unrelated**  151:16

**unreported**  141:21

**unsubscribe**  245:18, 247:1

**unsubscribes**  245:22, 246:17

**unsupported**  230:20

**untested**  163:24, 165:10

**update**  21:8, 25:3

**updated**  11:13, 12:12, 25:2

**updates**  20:20, 20:23, 20:24, 21:3, 21:6, 22:7

**upload**  17:25, 18:15, 70:16, 207:12

**uploaded**  70:14

**uploaders**  18:20

**uploading**  18:21

**uploads**  17:24, 18:5, 18:8, 18:10

**upon**  14:12, 34:22, 52:10, 53:15, 78:9, 115:11, 119:9, 139:15, 146:2, 183:7, 208:1

**upsilon**  6:9, 6:11

**uptick**  99:7, 99:14, 99:16, 107:5

**us**  3:10, 3:17, 4:23, 5:3, 5:6, 18:3, 34:11, 51:25, 77:15, 78:1, 83:20, 102:20, 104:7, 104:7, 104:22, 117:3, 120:12, 153:20, 164:20, 169:14, 183:9, 192:20, 220:13, 220:15, 231:18, 233:11, 241:18, 242:20, 243:1, 250:14, 253:21, 256:6, 256:23, 258:1, 262:12

**usable**  167:14

**usage**  110:22

**usb**  258:12

**use**  15:5, 30:24, 31:4, 31:7, 33:7, 33:18, 33:20, 33:21, 33:23, 63:25, 71:13, 91:13, 94:25, 110:21, 120:4, 164:16, 168:7, 169:8, 185:20, 197:8, 198:17, 198:25, 199:1, 204:21, 210:21, 235:2, 256:12, 256:12, 256:14

**used**  65:13, 149:8, 158:6, 171:19, 171:19, 171:20,

186:13, 198:8, 199:5, 199:24, 199:25, 202:19, 242:11, 260:20

**useful**  71:12, 125:22

**users**  75:21, 75:22

**uses**  75:8, 75:18

**ushered**  231:21

**using**  29:11, 31:2, 71:16, 71:17, 83:21, 91:15, 158:20, 180:7, 241:7

**usually**  23:14, 115:20, 259:7

**V**

**vaguely**  252:2

**valid**  2:10

**value**  157:9, 189:5, 189:6, 239:10

**vanderstock**  21:6

**vanderstok**  195:12, 195:18, 196:24

**variations**  112:4

**vast**  148:1, 155:15

**vastly**  11:17

**venable**  179:6, 179:11, 179:17

**veracity**  107:14

**verbal**  5:9

**verbatim**  92:21

**verification**  110:21

**verify**  2:11, 37:5, 37:9, 37:14, 38:17, 38:19, 38:21, 38:23, 39:3, 39:25, 43:21, 45:3, 45:4, 64:17, 110:20, 137:5, 137:16, 138:23, 141:2, 147:18, 150:14, 184:23, 207:19

**verifying**  64:21

**vermont**  27:19

**versed**  13:10

**version**  11:24, 25:4, 101:13, 101:14, 101:16, 227:22

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**versions** 11:6, 100:13, 100:17
**versus** 1:4, 145:14, 192:19
**via** 213:23
**viable** 46:4
**victim** 201:23, 202:11, 203:22
**video** 163:24
**viewership** 124:15
**violating** 167:1
**violation** 54:10
**virtual** 227:16
**visa** 228:9, 228:9, 228:13, 228:13, 228:17, 228:18
**visit** 227:14, 227:15
**visual** 189:12, 189:13, 189:21
**voice** 86:18, 94:13, 258:1, 258:1
**voicemail** 255:18
**volkswagen** 189:16
**volume** 1:4, 153:23, 153:25
**voluntarily** 52:5, 52:8, 231:12, 231:25
**volunteer** 18:6, 18:10, 18:11, 212:11
**volunteered** 208:18
**voracious** 96:16

## W

**w-i-l-s-o-n** 3:11
**wahman** 180:7, 180:19
**wait** 39:11, 41:17, 49:9, 61:10, 78:15, 81:5, 81:5, 81:5, 91:6, 93:17, 102:17, 108:17, 110:13, 110:13, 110:13, 122:14, 122:14, 122:14, 122:14, 122:15, 130:15, 130:15, 131:17, 132:5, 134:5, 134:5, 137:3, 137:21, 160:10, 161:15,

192:13, 197:4, 218:5, 218:5
**waiting** 176:5
**waive** 120:18, 120:24
**wake** 259:7
**walk** 73:15, 185:18
**wall** 197:16
**wallet** 137:16, 141:2, 255:1, 256:20, 256:21, 257:4, 257:5
**wallets** 137:4, 138:16, 138:21, 254:25, 255:5
**walls** 8:4
**want** 13:4, 13:5, 16:10, 24:15, 26:12, 26:20, 30:14, 38:21, 38:23, 38:24, 39:16, 41:20, 42:1, 46:5, 46:7, 47:9, 49:13, 49:15, 49:23, 49:25, 53:6, 58:12, 59:6, 59:11, 60:15, 61:15, 61:17, 62:17, 63:25, 70:11, 70:11, 75:1, 77:14, 77:16, 91:11, 91:12, 91:13, 91:14, 93:7, 120:11, 120:12, 122:4, 122:5, 124:3, 130:19, 130:25, 132:20, 142:3, 142:9, 142:21, 153:17, 153:18, 153:19, 157:1, 158:14, 161:10, 165:6, 167:25, 169:4, 173:11, 174:19, 174:20, 180:15, 182:25, 184:9, 186:3, 186:3, 187:6, 189:8, 189:24, 191:17, 203:9, 203:9,

203:10, 203:10, 206:23, 207:25, 212:24, 214:15, 214:17, 214:17, 214:20, 216:20, 217:18, 217:22, 218:1, 218:16, 221:5, 221:5, 221:7, 224:12, 224:12, 229:19, 230:14, 234:24, 235:21, 235:21, 236:15, 237:17, 238:1, 242:15, 242:21, 243:4, 243:7, 243:9, 246:18, 249:11, 249:14, 250:24, 252:22, 252:23, 253:14, 256:12, 256:18, 259:2, 259:5, 259:19, 261:1, 262:4
**wanted** 12:19, 29:13, 116:6, 116:10, 116:12, 153:15, 171:22, 183:8, 185:13, 186:14
**wants** 92:23, 117:6, 168:10, 212:9
**warned** 164:20
**warranted** 255:12
**waste** 123:13, 252:23
**wasting** 57:10, 123:14
**watch** 12:14, 105:1
**watching** 129:25, 130:2
**water** 86:20, 87:2, 109:7, 123:17
**wave** 86:19
**way** 5:8, 13:25, 14:12, 16:9, 19:19, 20:21, 24:3, 26:7, 33:1, 33:16, 35:25, 62:23, 63:12, 63:13, 64:5, 67:23, 68:16, 68:19, 70:15, 71:12, 71:16, 74:10, 80:7, 83:7,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

84:6, 89:19, 91:2, 97:14, 111:22, 111:24, 115:5, 116:9, 117:4, 117:7, 128:24, 135:25, 136:2, 156:22, 162:8, 167:11, 169:18, 181:22, 182:10, 183:10, 187:11, 189:15, 191:13, 191:14, 193:7, 195:7, 196:2, 196:7, 196:8, 200:15, 211:8, 218:4, 218:6, 228:18, 236:21, 237:8, 240:12, 240:17, 240:17, 240:18, 241:23, 242:6, 246:23, 248:7, 254:3, 254:4, 257:3, 257:10, 260:5

**ways** 9:14, 17:13, 155:11, 155:12, 155:14, 157:25, 157:25, 248:11, 251:7

**wearing** 233:10, 240:23

**weather** 42:8

**website** 8:7, 15:5, 16:9, 17:10, 67:7, 67:9, 67:15, 67:17, 67:18, 67:19, 67:22, 67:23, 67:24, 68:4, 69:15, 71:13, 71:16, 71:19, 78:23, 118:5, 126:23, 127:3, 155:16, 163:24, 164:2, 164:6, 165:7, 167:19, 200:17, 201:14, 201:16, 201:19, 201:21, 203:15, 203:19

**websites** 66:12, 66:21, 77:19

**wednesday** 1:2
**week** 32:24, 36:8, 41:14, 229:5
**weekly** 14:18, 23:25
**weeks** 229:5
**weight** 122:25, 256:8, 259:16
**weird** 119:16
**welcome** 167:24
**well** 3:13, 6:22, 7:2, 7:3, 7:23, 8:16, 12:3, 12:12, 13:8, 13:10, 14:24, 16:15, 16:20, 16:22, 17:15, 17:17, 19:9, 19:22, 21:9, 21:16, 23:8, 25:19, 27:1, 27:3, 27:10, 28:1, 28:19, 28:19, 28:20, 30:4, 31:18, 32:13, 32:18, 32:20, 32:21, 36:15, 37:8, 37:22, 38:18, 39:2, 40:4, 41:5, 44:18, 45:1, 45:10, 45:21, 46:3, 46:5, 46:24, 47:13, 47:17, 47:22, 48:8, 50:13, 51:11, 52:4, 52:20, 54:18, 55:12, 56:10, 56:15, 56:24, 57:1, 57:14, 58:8, 58:17, 60:25, 62:1, 62:21, 63:13, 64:1, 64:13, 65:4, 66:16, 67:16, 67:25, 68:16, 68:19, 70:7, 71:15, 72:1, 72:7, 72:13, 74:7, 75:21, 77:2, 77:11, 77:24, 78:18, 78:23, 79:24, 81:24,

82:5, 82:17, 85:21, 86:15, 87:3, 87:12, 87:15, 88:18, 89:18, 90:11, 91:25, 93:7, 95:18, 96:20, 98:4, 99:11, 101:1, 101:11, 101:20, 101:24, 102:6, 103:5, 105:25, 107:15, 109:11, 109:17, 109:20, 110:19, 110:21, 111:12, 111:22, 112:4, 112:10, 112:16, 113:24, 114:17, 114:17, 115:1, 117:12, 118:10, 120:19, 122:16, 122:20, 123:4, 123:8, 124:18, 126:8, 126:12, 127:10, 127:22, 128:4, 128:19, 128:22, 130:8, 130:23, 132:6, 134:9, 135:3, 135:16, 138:10, 141:23, 142:1, 142:6, 142:10, 145:11, 145:16, 146:8, 146:13, 147:12, 147:23, 149:4, 149:16, 149:23, 150:15, 152:9, 152:13, 153:19, 154:24, 155:18, 156:13, 156:18, 157:22, 158:5, 158:11, 159:1, 159:2, 159:17, 160:1, 160:7, 161:18, 162:12, 162:24, 164:10, 164:15, 169:5, 170:6, 170:17, 171:22, 173:3, 173:14, 174:15, 175:10,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

175:12, 176:5, 176:9, 176:10, 177:23, 179:8, 184:12, 184:19, 184:21, 186:21, 189:9, 189:19, 190:18, 193:14, 195:16, 195:21, 196:1, 196:6, 198:19, 199:11, 201:7, 201:25, 203:11, 204:16, 205:2, 206:12, 206:16, 207:21, 209:21, 211:13, 217:10, 217:17, 218:16, 220:19, 225:7, 225:12, 229:15, 233:13, 233:18, 234:23, 236:11, 237:4, 237:12, 240:16, 241:25, 246:9, 248:3, 248:9, 249:3, 250:7, 250:13, 253:10, 255:4, 257:18, 258:10, 258:21, 259:19, 260:19, 261:21, 262:11

**went** 12:22, 29:6, 44:2, 46:9, 46:12, 90:7, 90:13, 97:11, 134:12, 142:12, 146:25, 171:5, 227:21, 227:22, 252:16, 253:11

**western** 192:21

**whataburger** 51:9, 51:12

**whatever** 24:1, 26:16, 63:25, 102:23, 104:17, 129:9, 132:19, 132:20, 147:9, 157:7, 185:25, 195:15, 211:3, 222:21, 236:5, 251:16, 255:22

**whatever's** 24:1

**whatsoever** 37:5, 124:8, 150:24

**whenever** 3:6

**wherever** 21:2

**whether** 41:3, 42:10, 56:22, 57:2, 57:4, 74:4, 82:17, 84:1, 111:13, 115:14, 143:15, 151:25, 168:1, 168:23, 168:23, 238:18

**whichever** 195:2

**white** 12:19

**whoever** 203:14

**whole** 2:24, 33:14, 73:22, 131:15, 133:23, 134:15, 155:1, 198:4, 233:5, 239:8, 253:17

**whose** 15:13

**wide** 146:11, 146:14, 148:1

**wife** 77:6

**wikipedia** 80:5

**wild** 187:10, 187:10, 187:20

**wilderness** 238:25, 239:1

**willing** 142:22, 206:19

**wilson** 1:3, 1:11, 2:7, 2:9, 2:21, 3:8, 3:11, 50:21, 69:6, 162:19, 216:12, 235:17, 251:15, 253:14

**win** 190:13, 191:7, 191:8, 191:21, 191:21, 191:23, 191:24, 191:25, 192:2, 192:18, 192:24, 193:24, 194:15, 194:16, 194:17, 194:19, 195:17, 195:25, 196:17, 196:21, 196:23, 196:23, 196:24

**wind** 57:6

**wins** 191:22, 191:23,

194:22, 195:11, 195:16, 196:7, 196:9, 196:18, 196:25

**wish** 13:7, 58:22, 158:5

**withdrawn** 85:25, 86:2, 86:6, 86:8, 88:8

**within** 21:22, 21:22, 39:2, 40:14, 151:19, 257:16

**without** 16:5, 54:10, 64:21, 80:2, 92:2, 92:5, 92:19, 95:5, 95:7, 95:11, 95:14, 135:23, 136:18, 165:4, 217:2, 217:4

**witness** 2:4, 13:15, 37:23, 37:25, 41:7, 41:8, 49:19, 49:25, 59:21, 77:13, 103:10, 103:20, 106:4, 142:3, 142:4, 229:15, 261:23, 261:25, 261:25

**witnessing** 235:22

**woman** 202:23, 222:12, 226:16

**wonder** 245:3

**wondering** 186:13

**word** 44:13, 46:4, 50:23, 66:15, 110:22, 112:11, 128:7, 139:8, 140:6, 166:13, 168:7, 168:13, 169:8, 171:19, 171:20, 171:20, 188:25, 190:1, 238:21, 246:5, 246:8, 247:3

**worded** 67:4

**words** 12:2, 50:16, 57:10, 105:25, 164:16, 188:25, 191:15, 238:11

**work** 11:1, 11:21, 18:19, 32:15,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

38:2, 54:4, 59:2, 70:21, 80:1, 93:13, 105:15, 116:6, 116:10, 116:12, 116:15, 164:14, 167:12, 167:13, 223:12, 234:25, 241:9, 249:19, 260:2, 260:3, 260:5
**worked** 35:6, 134:3
**workers** 130:5
**working** 34:9, 34:11, 58:16, 130:25, 164:20
**works** 80:3, 93:5, 94:7, 151:9, 179:6, 181:5, 242:6, 247:13, 255:10
**world** 9:7, 9:8, 24:13, 47:3, 85:22, 105:17, 109:16, 148:6, 148:13
**worried** 8:3, 82:13, 82:19, 82:19, 82:20, 237:18
**worry** 26:14, 65:22, 201:5, 237:16, 237:22
**worse** 85:15, 159:5
**would** 4:2, 6:1, 10:10, 10:12, 10:15, 12:14, 12:15, 12:17, 12:20, 14:15, 16:13, 16:17, 16:17, 19:23, 20:2, 20:8, 20:25, 25:7, 26:5, 26:5, 26:9, 27:8, 27:13, 29:21, 30:3, 32:19, 34:4, 36:15, 36:17, 37:11, 37:13, 38:16, 38:18, 38:21, 38:21, 38:23, 40:6, 44:4, 44:9, 44:10, 45:1, 45:8, 54:23,

54:25, 55:6, 56:17, 58:23, 60:6, 60:14, 60:22, 60:22, 61:23, 62:1, 62:4, 62:5, 63:11, 63:24, 65:19, 66:14, 71:8, 71:19, 72:11, 74:2, 74:6, 74:10, 74:13, 74:14, 74:18, 74:24, 76:15, 78:9, 78:22, 78:25, 79:16, 79:17, 80:16, 83:1, 83:3, 84:8, 84:13, 85:16, 88:21, 90:22, 93:15, 97:1, 97:19, 97:22, 98:18, 99:10, 100:10, 100:16, 100:19, 104:24, 105:24, 105:24, 105:25, 107:10, 108:8, 109:18, 112:3, 113:9, 115:5, 121:10, 123:4, 123:25, 128:6, 128:19, 128:19, 129:22, 131:2, 132:2, 133:13, 136:24, 138:13, 138:14, 140:3, 140:4, 145:7, 145:11, 145:17, 147:2, 147:4, 147:6, 147:7, 147:12, 150:10, 150:17, 151:25, 152:1, 158:18, 158:18, 159:1, 160:25, 163:11, 163:12, 163:17, 164:17, 164:17, 166:10, 166:15, 166:16, 168:16, 169:4, 172:20, 176:14, 177:23, 178:1, 180:20,

182:24, 183:8, 185:19, 185:20, 186:1, 186:14, 187:13, 187:14, 187:16, 187:18, 188:10, 190:1, 191:20, 192:1, 192:19, 195:11, 196:2, 196:6, 196:6, 196:6, 199:13, 199:20, 205:5, 205:7, 205:7, 205:16, 206:13, 206:17, 207:4, 207:24, 208:24, 208:24, 210:21, 212:11, 213:10, 213:14, 217:2, 218:23, 218:25, 220:7, 226:18, 227:10, 228:17, 229:18, 232:18, 234:21, 234:23, 235:16, 236:11, 236:15, 237:21, 239:18, 241:10, 242:18, 242:18, 244:3, 245:23, 248:4, 254:16, 255:9, 256:17, 257:4
**wow** 115:1, 119:10, 168:21
**wrap** 215:13, 259:4
**wretchedly** 198:6, 198:7
**write** 36:4, 38:5, 189:7, 209:1, 213:23
**writing** 5:23, 131:21
**written** 4:16, 38:3
**wrong** 60:23, 176:24, 178:24, 196:10, 196:11, 196:11, 196:14
**wrote** 161:12, 198:16, 210:15, 210:17

---

**X**

---

**x-y** 180:8, 193:22

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

---

**Y**

**yeah** 2:7, 2:13, 3:15, 3:16, 3:22, 3:23, 7:21, 9:21, 10:2, 16:22, 18:12, 18:13, 22:18, 23:4, 24:20, 27:22, 29:15, 30:21, 31:22, 32:5, 32:21, 33:13, 34:21, 35:22, 37:3, 41:1, 44:12, 45:7, 45:12, 45:12, 46:5, 46:7, 47:7, 48:24, 49:12, 51:13, 52:22, 54:3, 54:15, 57:9, 57:12, 59:3, 62:7, 62:8, 62:11, 67:10, 69:8, 69:18, 69:23, 70:17, 72:3, 72:7, 72:19, 72:23, 73:6, 73:18, 74:2, 74:8, 74:19, 75:23, 78:8, 78:22, 79:4, 79:11, 81:7, 81:15, 81:22, 84:4, 87:21, 89:5, 89:5, 89:12, 89:17, 89:24, 90:2, 90:14, 91:11, 91:21, 92:5, 92:6, 92:13, 92:21, 93:19, 93:20, 94:5, 94:11, 94:12, 94:12, 94:19, 95:6, 97:23, 98:21, 98:23, 99:6, 100:15, 101:3, 103:5, 103:19, 104:8, 104:25, 105:12, 105:14, 105:14, 105:15, 107:21, 108:8, 109:15, 109:21, 112:16, 114:7, 114:12, 115:18, 116:22, 117:2, 118:8, 118:21, 119:24, 121:12, 122:7, 125:17, 125:19, 126:16, 127:20, 127:24, 128:3, 130:11, 130:17, 130:21, 131:11, 134:22, 135:25, 139:4, 141:19, 142:9, 142:18, 143:1, 143:1, 145:13, 145:17, 148:3, 148:4, 148:23, 149:24, 149:24, 150:6, 150:24, 152:6, 152:10, 153:8, 153:12, 154:10, 154:14, 154:15, 156:6, 157:6, 157:15, 158:2, 158:19, 159:21, 159:25, 160:3, 160:22, 160:22, 161:1, 161:8, 161:9, 161:11, 161:19, 162:15, 163:2, 163:10, 163:13, 163:20, 163:23, 167:18, 167:22, 168:18, 168:23, 170:10, 171:18, 173:11, 174:2, 174:14, 176:6, 177:18, 177:20, 178:25, 179:2, 179:5, 179:16, 182:3, 182:5, 182:8, 182:23, 183:20, 184:9, 185:15, 186:12, 188:4, 188:6, 189:15, 190:2, 190:15, 191:22, 192:7, 195:9, 200:8, 200:14, 200:21, 200:22, 201:21, 202:6, 203:21, 203:25, 204:8, 204:9, 204:25, 205:5, 205:24, 205:25, 207:11, 208:15, 208:15, 209:21, 210:1, 210:8, 210:24, 210:24, 211:2, 212:2, 212:10, 212:13, 212:19, 213:21, 214:2, 215:7, 215:12, 215:17, 216:2, 216:3, 216:14, 217:16, 218:16, 218:16, 220:19, 220:25, 222:2, 222:8, 223:14, 223:14, 225:24, 226:11, 228:13, 231:3, 232:6, 232:7, 232:13, 232:15, 234:12, 234:16, 234:22, 235:12, 235:12, 235:12, 236:7, 236:10, 237:11, 237:25, 238:2, 238:2, 238:14, 238:14, 239:14, 239:17, 239:17, 240:24, 240:25, 241:1, 241:12, 242:12, 243:2, 243:4, 244:1, 245:7, 246:8, 247:10, 248:6, 248:7, 249:25, 250:2, 250:8, 250:12, 250:22, 251:14, 251:23, 252:1, 252:2, 252:4, 252:19, 253:17, 254:7, 256:5, 257:11, 257:12, 257:15, 257:23, 257:25, 258:9, 258:13, 258:18, 259:3, 259:11, 259:22,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

260:3, 260:18, 261:1, 261:3, 262:8

**year** 24:7, 24:7, 24:11, 24:12, 34:15, 90:11, 191:2, 191:4, 237:23, 248:20, 248:21

**years** 6:17, 8:12, 11:18, 24:16, 27:15, 28:12, 32:14, 34:17, 34:17, 34:18, 36:3, 61:22, 62:10, 63:8, 90:8, 105:5, 113:2, 113:3, 116:2, 134:2, 134:3, 157:3, 157:3, 162:10, 172:6, 186:16, 205:3, 237:24, 248:24, 251:7

**yell** 73:14

**yelling** 131:5

**yep** 123:22, 220:23, 221:12, 261:17, 262:13

**yes** 1:14, 1:17, 1:24, 1:25, 2:1, 2:3, 2:14, 2:17, 2:18, 3:19, 4:15, 4:19, 5:12, 5:20, 5:20, 6:2, 7:21, 8:14, 10:12, 10:17, 13:11, 13:13, 15:4, 19:14, 19:18, 20:8, 21:4, 21:4, 23:22, 23:24, 24:24, 25:23, 27:18, 32:3, 32:3, 34:11, 35:1, 35:1, 35:21, 36:3, 36:25, 38:14, 40:23, 42:19, 43:5, 44:3, 45:10, 45:14, 49:7, 54:5, 54:9, 54:20, 54:22, 55:16, 60:8,

61:10, 67:14, 67:17, 77:21, 78:16, 79:7, 80:21, 82:14, 83:22, 93:22, 114:21, 115:9, 119:19, 128:23, 130:16, 132:15, 137:10, 143:25, 144:2, 146:21, 147:5, 147:6, 148:25, 151:2, 152:25, 156:9, 157:3, 162:22, 163:9, 164:5, 166:23, 169:8, 169:15, 172:21, 175:5, 178:8, 179:13, 180:20, 182:18, 190:20, 193:11, 198:13, 198:13, 199:8, 199:23, 201:12, 203:24, 203:24, 204:3, 205:2, 206:22, 207:20, 209:25, 216:13, 216:16, 217:4, 219:1, 219:4, 224:20, 225:18, 225:20, 226:7, 226:18, 229:3, 231:8, 232:1, 232:5, 233:22, 234:15, 234:17, 241:20, 245:9, 245:25, 246:1, 247:4, 248:18, 254:2, 260:8, 260:17, 261:25

**yeses** 2:2

**yet** 3:4, 36:9, 57:18, 100:13, 127:11, 134:21, 150:2, 190:12, 190:19, 195:25, 196:17, 196:21

**york** 83:5, 83:8, 83:10, 117:20, 146:15, 255:16, 255:17

**young** 51:6, 51:9, 51:15, 201:13, 201:15, 201:23, 212:22, 215:24, 216:15, 222:9, 236:2, 239:12

---

## Z

**zach** 73:5

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

EXHIBIT 1

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT





1

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT



2

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

EXHIBIT 2

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

