UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:**  Good morning everyone we are now on the record. Today is Thursday it is May 7th, 2026 the time is 9:3 a.m Eastern Standard Time we are present to record the Deposition of Cody Wilson volume 2 in the case of Defense Distributed et al versus John Elik and others. Court case number 925 cv 81197 my name is Abdullah Khalid the Texas Notary Public and I will be the Digital Reporter for today's Deposition so, uh, could the Counsel for the Plaintiff identify themselves and spell their name for the record?

**Howard Foster:**  Uh, Howard Foster for the Plaintiffs and for Foster Wilson.

**Gary De Pury:**  Did you hear that?

**Cody Wilson:**  I didn't hear that.

**Howard Foster:**  Did you hear me?

**Abdullah Khalid:**  Yes I did.

**Gary De Pury:**  You spell spell your name as well?

**Howard Foster:**  Do you need me to spell my name?

**Gary De Pury:**  He asked for it.

**Abdullah Khalid:**  Uh, yes sir.

**Howard Foster:**  Howard Howard Foster Foster.

**Abdullah Khalid:**  And we have only one Plaintiff for the, uh, Counsel for the Plaintiff in the room.

**Howard Foster:**  Yes.

**Abdullah Khalid:**  And could the Counsel for the defense identify themselves for the record?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Uh, Counsel Matthew Larosier for defendants stroke Elik Plettman and Clark.

**Abdullah Khalid:**  Right.

**Gary De Pury:**  And Gary Depury last name is D-E space capital PURY for Defendant Alexander Holiday.

**Abdullah Khalid:**  Do all parties stipulate to me conducting this oath and affirmation remotely understanding we're not physically present with each other and may be located in different jurisdictions.

**Gary De Pury:**  Yes.

**Abdullah Khalid:**  And could the witness please state and spell their full name? For the record.

**Cody Wilson:**  Cody Wilson, C-o-d-y W-i-l-s-o-n.

**Abdullah Khalid:**  And Foster Wilson, please hold your government issue photo identification up on the screen for me.

**Cody Wilson:**  I forget how close to you. Got it.

**Abdullah Khalid:**  Thank you. Got it. Foster Wilson please raise your right hand.

**Cody Wilson:**  Sorry one moment.

**Abdullah Khalid:**  Do you swear or affirm to tell the truth, the whole truth, and nothing but the truth during this Deposition?

**Cody Wilson:**  Yes.

**Abdullah Khalid:**  Noted. Counsel whenever you're ready you may begin with the questioning.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Is it the same link for this Deposition or is it a new 1?

**Gary De Pury:**  It's a new link.

**Matt Larosiere:**  Just to make sure that one 2nd I have to send the link to the parties.

**Cody Wilson:**  It should still say, um, my name but it'll say part 2 or something.

**Gary De Pury:**  Yeah no it's just a different link for a different day.

**Matt Larosiere:**  Different link I see.

**Gary De Pury:**  So you find it.

**Matt Larosiere:**  Here's the reminder.

**Gary De Pury:**  Okay there we go.

**Matt Larosiere:**  Yeah.

**Gary De Pury:**  Just for reporter, you're going to have some other people log in also you'll see the same names from yesterday.

**Abdullah Khalid:**  Um, noted counsel?

**Gary De Pury:**  Yeah Foster Elik will probably log in Foster Holiday.

**Abdullah Khalid:**  Uh, yes it was Foster Plettman and Foster Elik logged in yesterday.

**Gary De Pury:**  Okay perfect.

**Matt Larosiere:**  Sorry I'm just, uh, getting my stuff together.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  So if I do this again I-I-I.

**Cody Wilson:**  Have 67 Bluetooth speakers. The Jbl?

**Matt Larosiere:**  You do?

**Cody Wilson:**  The Big Bakers I should have thought to bring one. Didn't.

**Matt Larosiere:**  I don't understand. You mean just for hearing the.

**Cody Wilson:**  To make this louder? I never never use the speaker.

**Matt Larosiere:**  Is it not on max volume?

**Cody Wilson:**  That is max volume.

**Matt Larosiere:**  Oh, wow.

**Cody Wilson:**  Maybe I'm not close enough.

**Matt Larosiere:**  Okay let's let him in.

**Cody Wilson:**  All right.

**Matt Larosiere:**  Yes.

**Cody Wilson:**  That's almost adequate. I could just run to Walmart last night and bought some machine plugins.

**Matt Larosiere:**  Everything's pretty good in those consumer electronics these days.

**Cody Wilson:**  Those Jbls are nice.

**Matt Larosiere:**  It's, amazing living in the future. All right I'm ready to go.

**Cody Wilson:**  Okay go ahead.

**Matt Larosiere:**  Um, so we're talking about, the 3, uh,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

business entities here right, um, Dd foundation defcad and defense distributed, um. I want to get to know A. Little bit more about each of these. Um, what does Dd Foundation llc do? Is that a hard question?

**Cody Wilson:**  It's my first 30b6 Deposition so.

**Matt Larosiere:**  Well don't think too hard you're it's your company and just answer the questions with what's in your head.

**Cody Wilson:**  What I'm telling myself is I think in this moment I'm answering as Dd Foundation is that is that correct?

**Matt Larosiere:**  I think you're overthinking it I'm just asking you what it does.

**Cody Wilson:**  Yeah yeah no I'll I'll answer. I just, uh, as my first one I may, uh, pause to contemplate, you know, the scope of my prepared testimony for the companies, things like that. It's Dd Foundation. Is a fraternity membership organization an llc that supports the mission of defense distributed? I think that's a fair description.

**Matt Larosiere:**  Okay, um, fraternity membership organization so is this, is this something different from a legio membership?

**Cody Wilson:**  I see Dd foundation as a company and it is not identical to a legio membership.

**Matt Larosiere:**  Okay but the the you know, when you say the fraternity and membership organizations, does it sell memberships?

**Cody Wilson:**  It's fair to say that Dd Foundation sells

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

memberships.

**Matt Larosiere:**  Are those legio memberships?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Are there any other memberships it sells?

**Cody Wilson:**  Does sell any other memberships? No I think every membership Dd Foundation sells has been A. Legio membership.

**Matt Larosiere:**  You're saying has been might change in the future?

**Cody Wilson:**  Well, there have been memberships that were not legio memberships and memberships that have not been sold.

**Matt Larosiere:**  Like what?

**Cody Wilson:**  We used to do a lifetime defense distributed member a lot of dd foundation begins in 2018 and the idea of legio itself is not quite defined. Legio is almost more defined after the lawsuits.

**Matt Larosiere:**  Would you say you're talking about the state department lawsuits?

**Cody Wilson:**  Well I mean in fact the multi-state stuff a lot of people wanted to support defense distributed but couldn't actually even like from New Jersey and these states that were fighting from the very beginning okay here's how you can support us without being able to buy products okay that wasn't necessarily called legio at that. Time.

**Matt Larosiere:**  Right so so previously so is it previously

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

like, whatever the membership was necessitated that it was purchasing files and and this kind of made it so. You're getting the membership from the foundation which includes these perks that you don't have to take and those perks include access to the files is that fair to say?

**Cody Wilson:**  It's close I don't know that it's fair to say it purchase of files or subscription access to files is later legio and the memberships of 2018 are only to support the litigation the immediate litigation of defense distributed and the notion that defense distributed is doing something important or can I have a patch or can I have nothing and just like say that I supported defense distributed right, um, that mediated access to the files comes later.

**Matt Larosiere:**  Came after what do you mean by comes later like?

**Cody Wilson:**  In the history of Dd Foundation llc.

**Matt Larosiere:**  Understood understood. Um, so that was kind of and and did that stem from the State Department litigation where it wound up getting kind of tacked on to the what became a legio membership?

**Cody Wilson:**  I don't mean to split hairs, um, I don't know that it stemmed from it it was a natural progression from the multi-state litigation once the membership. Facility was there okay it made sense to bolt that on to how we did defcad a couple years later.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay that that makes a lot of sense. So, does Dd Foundation Direct directly take the money for these memberships?

**Cody Wilson:**  Uh, by and large there is an important exception. The memberships are sold at times at other of our e-commerce businesses through other of the companies.

**Matt Larosiere:**  Do you mean like ghostguns.com?

**Cody Wilson:**  I do.

**Matt Larosiere:**  Yeah and so sometimes that can be bundled.

**Cody Wilson:**  Sometimes for example I don't think we sell legio memberships. Well maybe for the past year at Ghost Guns but I think we may still sell them at Ghost Gunner.

**Matt Larosiere:**  Like you can buy it as an add-on to your ghost gunner.

**Cody Wilson:**  Exactly that has happened. Um, ghost guns I'm sorry ghost Gunner has? Moved. It's been an e-commerce change so it is probably not true that you today can buy a-a legio membership at Ghost Gunner but for many years you could.

**Matt Larosiere:**  I appreciate you being thorough I-I think I understand now, um, and so Dd Foundation has its own bank account?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Um, and so virtually all of the time except for those exceptions you you mentioned when an individual purchases a legio membership the money's going to Dd Foundation

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

is that correct?

**Cody Wilson:**  As I understand your question all the time except for what are large exceptions.

**Matt Larosiere:**  Yeah and those are the times that it's been sold on Ghost Guns or Ghost Gunner.

**Cody Wilson:**  Yes and this represents a-a fair share of revenue of memberships.

**Matt Larosiere:**  A fair share like.

**Cody Wilson:**  A fair share sometimes up to a 3rd.

**Matt Larosiere:**  Up to a third?

**Cody Wilson:**  Yes and I only mean to say that for the record but aside from this occasional large fraction of income, dd foundation is is who receives the subscription membership income.

**Matt Larosiere:**  And so, when it goes to you know, on those other instances, does Dd foundation then receive it from another entity or do those entities just subsume the income?

**Cody Wilson:**  Uh, it's the memberships are tracked differently like as entities, database entities than necessarily like they don't have the same journey as the money the money flow is different the income the subscription income is always ultimately booked to defense distributed anyway.

**Matt Larosiere:**  Always.

**Cody Wilson:**  Yes all membership income flows to Defense distributed.

**Matt Larosiere:**  Okay and so does it does it do that so let's

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

talk about the and I understand it's imprecise but let's talk about the 67% right the the the non-exceptions.

**Cody Wilson:**  That's that's been a fair percentage over time if you.

**Matt Larosiere:**  Yeah so let's talk about that. Does that go into a dd foundation bank account and then into defense distributed?

**Cody Wilson:**  Uh, uh, it's fair to say that yes.

**Matt Larosiere:**  Or does it or is Dd Foundation subsumed by Defense Distributed and it goes directly into Defense Distributed's bank account?

**Cody Wilson:**  No no, no it it goes Dd Foundation's bank account first. Um, and then it it it doesn't, uh, immediately pass through it's there with Dd Foundation then there are intervals by which the income is booked.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  I think that answers the question.

**Matt Larosiere:**  Yeah and so basically you track these and so you know, let's and I don't know how you track it but in your total memberships you've got like legio hyphen ghost Gunner, and those are tracked that way so when they renew it would still, uh, be tracked that way is that what you're saying?

**Cody Wilson:**  I don't think I'm saying that.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  No I don't think I'm saying that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** So if somebody buys a Legio membership let's say it was through a ghost gunner or ghost guns.

**Cody Wilson:** Mhm.

**Matt Larosiere:** Uh, and then it renews.

**Cody Wilson:** Mhm.

**Matt Larosiere:** Does it does the renewal then get follow the the what's called the normal track or does it follow a different track?

**Cody Wilson:** I understand the question I'm afraid it's not quite so simple. Um, I could try.

**Matt Larosiere:** Just do your best.

**Cody Wilson:** Uh, most membership information, through the non, Legio track let's say most memberships that are not sold on the Legio website.

**Matt Larosiere:** Mhm.

**Cody Wilson:** That customer information is not vaulted at the gateway there are separate there are different Dd Foundation gateways credit card gateways.

**Matt Larosiere:** And you but when you say gateways, you mean processing gateways like an actual node and.

**Cody Wilson:** Yeah this is a notoriously slippery set of handles.

**Matt Larosiere:** Yeah.

**Cody Wilson:** Financial companies don't make it easy to understand but.

Case 9:25-cv-81197-DMM   Document 134-15   Entered on FLSD Docket 05/14/2026   Page 12 of 355

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  They deliberately.

**Cody Wilson:**  If you buy a membership through, Ghost Gunner or Ghost Guns for example, uh, that information is not vaulted and therefore renewal is not handled in the same way.

**Matt Larosiere:**  So wait hold on. When you say the information is not vaulted, what do you mean?

**Cody Wilson:**  I mean with the processor like or what's called the Gateway, um, the technology is different the pay flow is different and so it's tracked in this sense it's not labeled as Ghost Gunner there's vaulted memberships non-vaulted memberships. I think that's an answer.

**Matt Larosiere:**  So is the non-vaulted memberships they wouldn't automatically renew is that what you're? Saying.

**Cody Wilson:**  Most often that is that is true non-vaulted memberships most often do not automatically renew.

**Matt Larosiere:**  So they'd get an email saying it's going to expire or something.

**Cody Wilson:**  Typically there will be a different email sequence.

**Matt Larosiere:**  Right and then in that situation, if they wanted to renew they'd become a vaulted member usually.

**Cody Wilson:**  I think usually I think.

**Matt Larosiere:**  Yeah. But could they could just also buy another ghost gunner or something?

**Cody Wilson:**  This is what happened yeah, uh, and sometimes

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

people buy multiple memberships.

**Matt Larosiere:** Right.

**Cody Wilson:** So it's not it's not. It's hard to speak, uh, much more granularly about it.

**Matt Larosiere:** No I think you're doing great it's I-I understand now, um.

**Cody Wilson:** Thanks.

**Matt Larosiere:** So is that the only way Dd Foundation makes money?

**Cody Wilson:** The only way his I think it's fair to say and I'm going to keep this is a bad habit of saying I think the corporations are saying when I'm saying that.

**Matt Larosiere:** It's okay don't worry about it.

**Cody Wilson:** Okay this is my first 30.

**Matt Larosiere:** Do not worry about it as a 30 like I'm telling you not to worry about it when you say I Cody Rutledge Wilson is not being deposed right now.

**Cody Wilson:** No, I understand. Um, could you re-prompt the question?

**Matt Larosiere:** Sure, um, let me try to see if I can make it better. Are legio membership sales the only source of revenue for Dd Foundation Llc?

**Cody Wilson:** They are currently the only source of revenue for Dd Foundation Llc.

**Matt Larosiere:** And you say currently is that because are

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you talking about before Legio existed the other things that existed?

**Cody Wilson:**  No I just mean in early earlier legio Legio's been around for a bit now.

**Matt Larosiere:**  Right.

**Cody Wilson:**  There were other products that weren't necessarily memberships, um, even donation was an option and then there have been at times this is kind of to the lore, um. Certain E-commerce products, usbs, for example. So I can't say, that over the life of Dd Foundation, Llc memberships have been the only source of income.

**Matt Larosiere:**  So the the Usbs were these the ghost gunner Usbs or different ones?

**Cody Wilson:**  No no as A. Part of like I mentioned before this idea of memberships to grant access to files there was this kind of, um, dd Foundation was a center of like a player in kind of spiting this Court in Washington this Federal Court in Washington State the court said well you can't download the files but okay fine you can you can buy you can buy Usbs or you can, uh, send them through the mail things like this so we had. Had the infrastructure to support doing that and we just kind of did it out of spite but it actually you know people responded to that they wanted to do it it was a fair amount of income for a short period of time.

**Matt Larosiere:**  That was when around like 2020?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  No no this was like August of 2018 to, you know, well into 2019.

**Matt Larosiere:**  Okay, um, so what about like 2020, like end of 2021 to present where is that when Dd would you say, uh, legio memberships were the only source of income for for that time?

**Cody Wilson:**  End of 2021 to present? Yes I-I think memberships since 2021 have been, uh, everything Dd Foundation's booked as income.

**Matt Larosiere:**  Legio memberships?

**Cody Wilson:**  Yes you have to remember though, that some of these older products are still some of them are still active at that time right so, uh, if they are still paying like in some monthly sense, some of these memberships may not be legio memberships.

**Matt Larosiere:**  Okay yeah but this would be like a fraction of its income?

**Cody Wilson:**  Yes I'm just trying to.

**Matt Larosiere:**  Yeah so like like less than 5%.

**Cody Wilson:**  I couldn't say.

**Matt Larosiere:**  Okay less than 10?

**Cody Wilson:**  I guess I-I can't represent that as a prepared testimony.

**Matt Larosiere:**  Well no I'm I'm asking you and you can tell me it's inexact. Yeah, um, you know you don't have to be surgical, uh, what would you say the percentage of those

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

non-legio, um.

**Cody Wilson:**  It would have to be very small these days. Um, it's not something that we even regularly keep an accounting of.

**Matt Larosiere:**  Mhm so is this like booked as? Other income when you look at it.

**Cody Wilson:**  There there used to be like we had a plugin we may still have this I-I can see that it's not active but we had a plugin that would denote some of these stranger creatures and kind of. Lump them together.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Just as a way of understanding what's going on financially yeah, uh, and then also service and customer requests because sometimes people would would reach out and say customer service and talk about a product that that agent had no idea what they're talking about.

**Matt Larosiere:**  Right.

**Cody Wilson:**  The things like that.

**Matt Larosiere:**  Okay So, so we talked about how the money flows into Dd Foundation, uh. Does Dd Foundation keep keep this money or does it pass it on to or did you say that earlier that all of the membership income passes on to Defense distributed?

**Cody Wilson:**  I did say that earlier it's it's even I think treated as pass through income.

**Matt Larosiere:**  Okay so Dd Foundation doesn't keep any of the money it's.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  At the end of the year there's often like 5 to $10000 in the account sometimes that's reported to the Irs as. Income of the company.

**Matt Larosiere:**  I guess anything it doesn't consume generally.

**Cody Wilson:**  And it there are obviously consumption costs like with the Gateway.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Some of the plugins, things like that. So, um, I can't say all of the income goes to Defense distributed. Um.

**Matt Larosiere:**  But the the would you say that the model is, um, you know, despite Edge cases where a couple grand wind up at the in in the operating account at the end the model is for the money to pass through?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay that makes sense. Okay so, I heard that behind me.

**Cody Wilson:**  A noise behind me.

**Matt Larosiere:**  Yeah it might be back here. I don't see anyone. All right so I think I understand Dd Foundation now I-I really appreciate that tell me, um. So defcad inc right?

**Cody Wilson:**  Mhm.

**Matt Larosiere:**  Um, I don't know if you remember the last time we deposed you in the middle district.

**Cody Wilson:**  Yes.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Um, there was. An open question at that time whether defcad was still in existence has that been resolved?

**Cody Wilson:** I believe defcad is in existence.

**Matt Larosiere:** Mhm.

**Cody Wilson:** Uh, I have made I have made sure that it is.

**Matt Larosiere:** Okay yeah but you do remember last time you testified that you weren't sure whether it was or not?

**Cody Wilson:** Yes it seemed like a legal question I-I didn't know the answer to.

**Matt Larosiere:** Okay, uh, but so whatever errors there were, um. Have been cured now and and now you own it again right?

**Cody Wilson:** I hope so.

**Matt Larosiere:** But is that a yes or no?

**Cody Wilson:** Oh, right. Uh, own it again? Well, I don't know if I own it again but Cody Wilson is the sole listed owner.

**Matt Larosiere:** Mhm.

**Cody Wilson:** And public information reports have been filed etc the company has been reinstated.

**Matt Larosiere:** Okay company's okay and so this company where is this company that was just reinstated? Domiciled.

**Cody Wilson:** Originally.

**Matt Larosiere:** Now.

**Cody Wilson:** The registered agent's defense distributed the listed address is the same as defense distributed's. Would you like me to list that address?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Just the state.

**Cody Wilson:** State of Texas.

**Matt Larosiere:** I don't sorry I don't understand.

**Cody Wilson:** Yeah what was that?

**Matt Larosiere:** That's it. Um, what state is this company registered or does it have multiple registrations?

**Cody Wilson:** Defcad.

**Matt Larosiere:** Defcad inc yeah.

**Cody Wilson:** Defcad has been registered in Arkansas in fact it, when I say this company, um. It's this registration of defcad defcad has had, uh, at least 3 registrations with the State of Texas since 2013 those. Do not represent the same company, not the same people so the answers to this question only refer to the current. Active registration of Defcad.

**Matt Larosiere:** Which is in Texas.

**Cody Wilson:** In Texas although it was created in, uh, in Texas by conversion it was originally a foreign registration of an Arkansas corporation.

**Matt Larosiere:** Okay so the what about the Delaware defcad is that is that no longer?

**Cody Wilson:** I think that's from like 2013.

**Matt Larosiere:** Okay it's gone. So the defcad that exists now is one continuous entity from Arkansas?

**Cody Wilson:** Yes originating in 2019?

**Matt Larosiere:** Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  In the State of Arkansas.

**Matt Larosiere:**  All right yeah that was just a little. Confusion I had but that makes sense.

**Cody Wilson:**  I have this confusion as well.

**Matt Larosiere:**  Corporate personhood, right it's supposed to make it clearer but I don't know if it does.

**Cody Wilson:**  Unless you defcad has existed many times many ways usually in response to litigation posture.

**Matt Larosiere:**  Mhm so how does defcad make money?

**Cody Wilson:**  All right currently, I don't know if it's I don't know that it does.

**Matt Larosiere:**  Hm.

**Cody Wilson:**  I don't know that defcad makes money.

**Matt Larosiere:**  Well, I mean I mean, you have to know if it makes money or not.

**Cody Wilson:**  I see. Well then it's easy to say or best to say currently defcad does not book income.

**Matt Larosiere:**  Does not book income so it doesn't take credit cards it doesn't take cryptocurrency it.

**Cody Wilson:**  No and this is not by choice the credit card industry the banking industry has kind of blackballed the.

**Matt Larosiere:**  Yeah I'm I'm familiar it's.

**Cody Wilson:**  I'm sure I'm sure.

**Matt Larosiere:**  No it's very.

**Cody Wilson:**  It's going to get better I'm sure.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I hope but, uh, yeah.

**Cody Wilson:**  No no I genuinely I don't believe it will get better but, um, nevertheless, defcad inc. Continues to try to hold bank accounts, continues to try to make money.

**Matt Larosiere:**  And so it keeps getting debanked.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  So okay that's interesting. So when was the last time? It?

**Cody Wilson:**  That's not going to be a good question.

**Matt Larosiere:**  Mhm I'll ask it anyway.

**Cody Wilson:**  There are many answers to these yeah.

**Matt Larosiere:**  Do you know when the last time defcad inc. Was accepting payments or booking revenue itself?

**Cody Wilson:**  I don't think Defcad Inc. Ever had, a credit card processing account in its name a merchant id with a processing bank?

**Matt Larosiere:**  Hm.

**Cody Wilson:**  It has submitted many applications and may have received over time in these years since 2019 many approvals. I don't think it ever directly processed. Credit card income.

**Matt Larosiere:**  What about any other income? They've been taking donations.

**Cody Wilson:**  Not since 2019 no we did not have a donation model with defcad at that time.

**Matt Larosiere:**  Hm so I mean this, financial, system

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

interference, let's call it I mean, has that been has that been a-a problem for for defcad?

**Cody Wilson:** Well in. The defcad we're talking about it's such a complete problem that it's completely stable like it's just a fact of the organization and in the end it's why we lean on things like the membership and a different. Definition of what the membership is.

**Matt Larosiere:** Hm.

**Cody Wilson:** It would be probably easiest to have a defcad membership and sell the membership on defcad.

**Matt Larosiere:** So I'm going with that create problems that you, kind of you were talking about earlier.

**Cody Wilson:** Well yeah I'm just saying in a perfect world you would just go to your website, whatever your website is, and you'd pay there and you pay your website you know you see a lot of stuff in the customer. Research right when they're like wow okay I go to this website now I have to go to this other website to like buy access this feels like a scam you know you see that, um, so even the way we've built it. Is not a credit to the to the idea.

**Matt Larosiere:** So yeah you think like the fact that you have to go through this Rigmarole makes it more difficult for.

**Cody Wilson:** Yes I-I think it inherently lowers conversions every additional step a website a modal you know it's just so yes to answer your question on this level at least the financial

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

situation has always been an impediment.

**Matt Larosiere:** Do you think that like, do you think the, I don't want to say the banks but I'll say the banks Okay I'll I'll say the banks but when I say the banks I mean I mean the you know processors intermediate bank you know everything so, um.

**Cody Wilson:** Let's just say financial company.

**Matt Larosiere:** The Boston of New England is what it is, um.

**Cody Wilson:** Yeah. Uh, I don't mean to lay all the blame on that one, you know, category of thing.

**Matt Larosiere:** No and I don't think you are but I'm asking you if do you think this might be in part to scare off your. Customers.

**Cody Wilson:** No no no I think it's the it's the problem about being like first more or less I mean I've been rejected at every bank and the profile of the company is so large that no underwriter is going to approve that application you know I need it's it's just not going to happen, um, there's really only so many so many of these banks that even do this, um.

**Matt Larosiere:** Yeah it's like it's like only like 4 or 5 isn't it?

**Cody Wilson:** Honestly I-I anymore I don't know and of course we tried to define this is not in the firearms space but yeah those firearms processing banks have dwindled.

**Matt Larosiere:** Yeah.

**Cody Wilson:** Well and it's really not I mean, at least with

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

defcad, it really isn't in the firearms space.

**Matt Larosiere:**  I agree.

**Cody Wilson:**  Yet an underwriter is almost like any other type of bureaucrat and doesn't want to think about what you're putting before him so anyway. These applications, um, are never truly successful.

**Matt Larosiere:**  Mm-hmm okay and so you think this like multi-step stuff, um. Never mind you answered that. So, do you re- with the defcad reinstatement do you remember when that was?

**Cody Wilson:**  The most recent reinstatement?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Do I remember when it was reinstated?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Yes it was April that was last month.

**Matt Larosiere:**  Last month?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Um, and when did it, forfeit its its existence according to Texas you know like when did that event happen that caused it to need to be reinstated.

**Cody Wilson:**  When did the event happen that caused it to be. Cause it to need to be reinstated?

**Matt Larosiere:**  I think I-I think I know what you mean. Yeah.

**Cody Wilson:**  I think it was a tax forfeiture which just means eventually the State after some period of time, decides,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

well you haven't filed the right papers and we gave you long enough maybe there was a hearing.

**Matt Larosiere:**  Are you asking when the forfeiture happened?

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  The very end of February of this year.

**Cody Wilson:**  Of this year.

**Matt Larosiere:**  And so then there's this one more I mean I think it's pretty clear you told me how Dd firearms. Makes money very clear told me how defcad makes money it doesn't very clear, um.

**Cody Wilson:**  And for the record we're I mean defcad inc.

**Matt Larosiere:**  Yes.

**Cody Wilson:**  Defcad Inc. Makes no money.

**Matt Larosiere:**  Yeah defcad inc, um, defcad is and so just to make sure I understand what you're saying there you mean Defcad Inc the entity as opposed from defcad the concept?

**Cody Wilson:**  Yeah yeah 'cause defcad is this tricky concept.

**Matt Larosiere:**  Yeah defcad as a concept would you say it's fair to say it encompasses, um, an ecosystem of legio memberships and? The web the Defcad.com app.

**Cody Wilson:**  Yeah I think that's fair.

**Matt Larosiere:**  Yeah I'm not missing anything.

**Cody Wilson:**  That's quite a question to ask so as the corporations? We are not prepared to know what you are missing or not.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay am I missing anything major?

**Cody Wilson:**  As the corporations, we do not prepare on whether Matt Larosiere is missing anything majorly or not.

**Matt Larosiere:**  No I'm saying in terms of what defcad is conceptually right.

**Cody Wilson:**  I think I understand.

**Matt Larosiere:**  Yeah Is is there something more than? And you don't need to get philosophical.

**Cody Wilson:**  No I won't I won't.

**Matt Larosiere:**  Any other entities?

**Cody Wilson:**  Hold on I-I think I have an answer. The corporations by the way, are not philosophical. They will represent that.

**Matt Larosiere:**  Thank you.

**Cody Wilson:**  Uh, there is a Defcad Woocommerce division of the application and again like Legio before it it has the capability of selling Usbs patches like small merchandise and has on occasion done that, um, so a little annex a little appendix to the concept.

**Matt Larosiere:**  So and so Woocommerce that's an online shop platform right?

**Cody Wilson:**  Is it a platform?

**Matt Larosiere:**  Well, I'm just saying for the record I know what Woocommerce is I'm just saying for the record it's is it A. System for running a web store?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yes I think that's fair to say.

**Matt Larosiere:**  Yeah. Okay and so was that for I know there was a period of time where there were certain states that required that you actually. Purchase the individual, like files is that what that was set up for? 'cause I-I remember at one point on your website. It had add to cart.

**Cody Wilson:**  Yes in part add to cart off is an indication of of that system add to cart though most often these days represents another pay flow represented by, uh. These Ffl requirements so in the end like, uh, add to Cart doesn't necessarily lead you through a Woocommerce pay flow. It's a-a little little breadcrumb we leave for ourselves it's a little complicated.

**Matt Larosiere:**  Um, so I guess tell me about that. The the Ffl add to cart system what's going on there.

**Cody Wilson:**  A lot of the states in the country to to deal with 3d guns, you know they've, uh, this whole controversy about Usbs and stuff has been. Abandoned you know they, they work the prohibition on the level of whether you have a license or not to access the files they actually stopped caring about the mode of transfer of the files they just want to know are you an Ffl now this is not many states yet. But we kept some of what our E-commerce pay flow was. And though it says add to Cart, sometimes in some cases there is no current physical product that you can buy in that pay flow.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  But so what's, so, pretend I'm an ffl in this one of these jurisdictions where this is required walk me through the. The order flow if I let's say I want 2 different file sets walk me through how how that works.

**Cody Wilson:**  Well, the hypothetical is actually difficult more difficult than this, um, because the Ffl pay flow is built more for compliance than for fulfillment in some states especially Washington State. They don't mean the law and we don't mean the pay flow. Okay but it's a presentation formula that satisfies them.

**Matt Larosiere:**  Okay I-I understand what you're saying I understand why you're doing it.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Walk me through from a user experience perspective what so again, pretend I'm an Ffl in Washington state and you're selling me the membership or whatever and I'm saying what do I do how do I get it?

**Cody Wilson:**  Yes well it. Does not start with a membership you can in Washington State today purchase a Legion membership which is done through a different website. This is not a defcad payflow.

**Matt Larosiere:**  Uh-huh.

**Cody Wilson:**  So I think you mean well I don't know what I think you mean.

**Matt Larosiere:**  Well so the add to cart thing I mean you.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Add to cart in Washington State what is that how do we do it?

**Matt Larosiere:** Yeah. Okay.

**Cody Wilson:** Presume an Ffl in Washington State you may see add to cart or you may see download it is not that you will only see add to cart if you see add to cart. It's a condition of, our assessment of your there are what we call security conditions different levels it's a combination of what your security level is. And the state that you're in okay. Then, uh, that's a presentation that says well only people you know with Ffls may go past this so you add to Cart and then it says please enter your Ffl information there's like a modal.

**Matt Larosiere:** It's like in the checkout.

**Cody Wilson:** It's not it's not it begins to feel like a checkout flow okay but eventually it asks for your ffl, um. And then there is not in Washington State a way to, finish the checkout you can submit your information. And then that's like almost an invitation for us to to complete the order but right now we don't do that the Washington law is too ambiguous.

**Matt Larosiere:** Yeah.

**Cody Wilson:** So we don't complete the order.

**Matt Larosiere:** But so, I guess what I'm trying to understand is are there is this add to cart thing is there actually people who will pay defcad for some files or is it kind of more of A.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Sorry there never was.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  But that payflow existed from a time when we did sell Usbs through Woocommerce, what we call the defcad woocommerce.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  So I'm just saying conceptually defcad is built to do e-commerce if it needed to or if let's say, you know, frts become legal and like actually everybody really wants them and like, hey even. Defcad will get in on the business hey, throw an frt in with your you know it could do that if it needed to do that and may in the future become more of an e-commerce business than something else I don't know.

**Matt Larosiere:**  So it's fair to say it has the machine the machine's just off basically.

**Cody Wilson:**  Yeah and I'm sorry for this departure but that's the only thing I meant to say. Yeah conceptually it is also and can also be an e-commerce website.

**Matt Larosiere:**  Got it okay So and now I think this is going to be the harder one, uh, how does Defense Distributed make money?

**Cody Wilson:**  I don't think that's hard defense distributed has more traditional lines of business as people understand it and that's because it has more. Products and those products are hardware products, software products it sells those, to the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

public.

**Matt Larosiere:**  So. Under the product lines we've got the ghost gunner right would you say that's fair to say defense yep it's a ghost gunner. And then terminally legio memberships, right even though it may not be directly processing them in most instances would you say that's still a defense distributed product line?

**Cody Wilson:**  I'm hung up on the terminally.

**Matt Larosiere:**  At the end of the day 'cause it sees the revenue from it.

**Cody Wilson:**  Um, I would answer your question that Defense distributed has Dbas and those Dbas have products.

**Matt Larosiere:**  Okay but Defense distributed gets all, virtually all of the Legio revenue, right?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay. Ghost Gunner is a Dba of Defense distributed?

**Cody Wilson:**  It's a it yes I we call it a Dba of Defense distributed.

**Matt Larosiere:**  Okay why do you mean you call it why is that hard to answer?

**Cody Wilson:**  Well I don't think Ghost Gunner is actually a registered Dba with the State of Texas. Ghost Guns is and when you do Ghost Gunner ghost Guns all day these things do become kind of hard to split.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  But for our own internal, communication, accounting everything, Ghost Gunner is, you know, a big umbrella of products it's a line of business it's a Dba.

**Matt Larosiere:**  Of defense. Distributed.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay and then the products of Ghost Gunner includes the Cnc machine yes and fixtures and blanks let's call them, um.

**Cody Wilson:**  Sure tooling.

**Matt Larosiere:**  Tooling. Anything else?

**Cody Wilson:**  Small parts, accessories, replacement parts support contracts you could say like, uh, upgrade services, shipping there's lots of, um, unique cases of shipping and handling that have to be done.

**Matt Larosiere:**  'cause it's pretty big right.

**Cody Wilson:**  And yes and then also I it gets damaged and there's just other you know, just little things like this. Um, there's a customer sup- there's a set of customer support products.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  That's, and you mentioned blanks which are for the record 80% receivers. That's most of Ghost Gunner.

**Matt Larosiere:**  Okay that's most of Ghost Gunner.

**Cody Wilson:**  Um, slides on occasion we will sell slides. I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

think it's I'm complete enough.

**Matt Larosiere:**  Yeah and, so then there's also Ghost Guns is a is the registered Dba and that one sells part sets, uh, I think right now it's just part sets. Like the non-firearm parts of a gun?

**Cody Wilson:**  Yes ghost gun sells kit components, part sets I think that's fair to say.

**Matt Larosiere:**  Okay, um.

**Cody Wilson:**  Merchandise shirts. I don't know if it sells shirts right now.

**Matt Larosiere:**  Right but it did.

**Cody Wilson:**  It has.

**Matt Larosiere:**  Yeah. Um, so, if you if you reviewed your tax returns, the ones that were handed over in discovery for defense distributed.

**Cody Wilson:**  Uh, yes.

**Matt Larosiere:**  Okay. So, so wait hold on. What what is, um, is Gunspring a defense distributed company?

**Cody Wilson:**  No it's not.

**Matt Larosiere:**  What is it?

**Cody Wilson:**  Uh, Gunspring's an llc, uh, it has been many things if you're asking right now what it is the corporation's I don't think I have prepared testimony on what it is.

**Matt Larosiere:**  Okay. Um, what but it was previously a kind of a payment processing thing, right?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well, thing is broad.

**Matt Larosiere:**  I know, um, 'cause I don't think it matters that much I just want to make sure my understanding was right there a thing well as things go, uh.

**Cody Wilson:**  Uh, I'm not sure that it was a-a payment processing thing, uh, I think it was, uh. Maybe maybe give me A. Different question.

**Matt Larosiere:**  Well it's claimed that the defense distributed tax returns is why I'm asking so I want to know what it was doing.

**Cody Wilson:**  Oh, that would mean then that it booked it income or are you saying Gunspring's Ein is listed?

**Matt Larosiere:**  That it booked it income?

**Cody Wilson:**  Yeah well I would say if and when gunspring makes money. Uh, it's because it has A, agent of the payee contract with Defense distributed.

**Matt Larosiere:**  Agent of the payee contract with Defense Distributed can you? I'm sorry I don't know what that means.

**Cody Wilson:**  It's hard it's a hard one, um, uh, at times Gunspring has been. The agent of the payee of Defense distributed this is a this is a specific term. In the law and state law. And so it has helped, let's say bridge like in our headless e-commerce system it has helped bridge some of the payment flows.

**Matt Larosiere:**  I-I, don't understand what that means. Bridge payment flows do you mean like?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't understand.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  No I understand.

**Matt Larosiere:**  Hold on I want to make an objection after this question.

**Howard Foster:**  I'm going to make an objection.

**Matt Larosiere:**  You want to make an objection after the question?

**Howard Foster:**  Well, I can't object until there's a question.

**Matt Larosiere:**  That's right. So you're pre-loading an objection.

**Howard Foster:**  Yes.

**Matt Larosiere:**  Okay well you know that's not proper.

**Howard Foster:**  Ask the question, Matthew.

**Matt Larosiere:**  Does Dd Foundation have a favorite color?

**Cody Wilson:**  I'm not sure that that's, uh, prepared testimony that we.

**Matt Larosiere:**  Just answer the question.

**Cody Wilson:**  Today.

**Matt Larosiere:**  Does Dd Foundation have a-a favorite color? Yeah yes or no?

**Cody Wilson:**  Matthew I-I don't think Dd Foundation has a favorite color.

**Matt Larosiere:**  So probably no.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  We prepared on the topics that were given to us.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I don't recall colors being asked.

**Matt Larosiere:**  I understand.

**Cody Wilson:**  I think defense distributed can speak to its. Agent of the payee contract with Gunspring but I don't think the companies or the organizations. Can speak to Gunspring's they can only speak to Gunspring income.

**Matt Larosiere:**  Well it's listed as an affiliated entity on the Texas franchise tax return right?

**Howard Foster:**  It's not in the complaint there's nothing this entity is totally unrelated. To the case so I'm objecting.

**Matt Larosiere:**  Howard Howard we just talked about Howard we just talked about how the objections worked and we were in agreement.

**Howard Foster:**  It's irrelevant.

**Matt Larosiere:**  Okay your objection is noted for the record okay please stop coaching and I'm going to say for the record what you just did was coaching so there's a reason that we agreed that you would state objection and then the grounds in 3 words and you can say objection relevance but that's not a real objection and that's fine it'll run with the case and if there's a problem if the judge wants to interpret that later that's what we'll do but that's how we're going to run this going forward so

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

please you're being disruptive I'm trying to get somewhere and the deponent is being very cooperative so can you please let us go?

**Howard Foster:** I don't know, um, if you ask an irrelevant question I'm going to object.

**Matt Larosiere:** Okay so that's fine.

**Howard Foster:** Not one of the topics.

**Matt Larosiere:** It doesn't matter.

**Howard Foster:** It doesn't matter the tax returns are are.

**Matt Larosiere:** No.

**Howard Foster:** That's not in the complaint you said step is?

**Matt Larosiere:** Howard stop stop coaching right now. Right now right now.

**Howard Foster:** You're not being coached.

**Matt Larosiere:** No, stop.

**Howard Foster:** I'm stating.

**Matt Larosiere:** No you're about to talk more. We talked just a little bit ago, Howard I hate when you make me raise my voice I don't want to talk to you like this I like you, Howard so just stop okay no I only want to hear from you next question.

**Cody Wilson:** Thanks.

**Matt Larosiere:** Okay so again you were about to tell me about the income booked from Gunspring I just want to know what it was.

**Howard Foster:** Object to the object relevance.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I think I understand the question. The income is what is reflected on the tax return there's no doubt.

**Matt Larosiere:**  Right.

**Cody Wilson:**  But it is what it is.

**Matt Larosiere:**  What was that related to? You said bridging I just can you tell me what that is?

**Cody Wilson:**  There are different lines of business there are different as we mentioned Dbas with defense distributed okay so at times we mentioned. Credit card processing in this Deposition already yeah. All right so Gunspring is at times technology that holds headless e-commerce applications together.

**Matt Larosiere:**  What is headless E-commerce.

**Howard Foster:**  I object to the form not the form to the relevance of the question.

**Cody Wilson:**  Okay I, will answer the question. All right, uh, headless is a way to to build. And I'm going to keep using the word payment flow.

**Matt Larosiere:**  That's fine. I have no problem with the word payment flow. Yeah.

**Cody Wilson:**  There are regulations governing like how credit card processing can work, how Gateways can work, how what Gateways are associated with, what underwriters approve them for use to do. Gunspring has, as an agent of the payee relationship and special approval with its, uh, its gateway it can be an agent in a payment flow so for example if Ghost Gunner loses credit

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

card processing or if Ghost Gunner loses credit card processing it is an option sometimes used as a backup to allow people to check out at Ghost Gunner or let's say at Ghost Guns it's most often been used in that way but Gunspring also.

**Matt Larosiere:**  Almost as a middleman, you might say like.

**Cody Wilson:**  I don't know that.

**Matt Larosiere:**  I mean that's not I know that I don't mean in the legal sense I mean it's a when there's a problem it's able to collect money and hand it back to who should have it.

**Cody Wilson:**  Sometimes Ghost Gunner is the tech gunspring is the technology sometimes gunspring is the agent of the payee.

**Matt Larosiere:**  And agent of the payee would that I know it's kind of crude but kind of middleman.

**Cody Wilson:**  Um, I'm not sure that the corporations can make that representation.

**Matt Larosiere:**  Okay, uh, agent of the payee would mean it takes the money for the payee and hands it to the payee basically.

**Cody Wilson:**  I believe that's what it means.

**Matt Larosiere:**  Okay, I understand now thank you.

**Howard Foster:**  Do you think we can go off the record for a few minutes? I think it would help.

**Matt Larosiere:**  No I'm going to finish my line of questioning. I'm done asking about gunspring he's answered it perfectly.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Okay.

**Matt Larosiere:**  So, is is Coast Runner a Dba or, or not?

**Cody Wilson:**  No.

**Howard Foster:**  Now object to the form of the question.

**Cody Wilson:**  The I think.

**Howard Foster:**  It's a you objected to form no I didn't finish my objection.

**Matt Larosiere:**  No you don't get to do speech objections Howard.

**Howard Foster:**  That's not enough I have to state the ground of my objection.

**Matt Larosiere:**  You said form.

**Howard Foster:**  That's not the ground.

**Matt Larosiere:**  Okay then state the ground in 3 words or less.

**Howard Foster:**  Compound question.

**Matt Larosiere:**  Okay Howard how is it compound?

**Howard Foster:**  You didn't specify which entity you're referring to so you asked about 2 different entities.

**Matt Larosiere:**  You know what you're right is Coast Runner a, uh, Dba of Defense distributed or?

**Cody Wilson:**  So answering as defense distributed no.

**Matt Larosiere:**  Okay. But, so the interesting thing is you were starting to answer and you were starting to answer helpfully and then your Counsel started talking.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I'm just willing to answer it wasn't starting to answer any different answer.

**Matt Larosiere:**  Right.

**Cody Wilson:**  Yeah, uh, but I-I am eager to answer.

**Matt Larosiere:**  Yeah so, but we see money from Ghost Runner in defense distributed right?

**Cody Wilson:**  Do you?

**Matt Larosiere:**  Yes.

**Cody Wilson:**  Um, that is not that is not what? That is not what I can testify to.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  That you see money from Ghost Runner.

**Matt Larosiere:**  Okay let's let's try not to be so pedantic English is not a terribly precise thing.

**Cody Wilson:**  Uh, I'm not trying to show anything to your ghost runner is not a Dba of defense distributed and I doubt that you see.

**Matt Larosiere:**  And it doesn't so, yesterday you talked about it and you said it was ghost Runner was a rebadged ghost Gunner do you remember that?

**Cody Wilson:**  I believe I said that Ghost Runner was a white label version of the Ghost Gunner but that is an intentional business choice. Nevertheless is a separate company, separate corporate form, separate bank account, separate people you know we did everything we needed to do and achieved the mission of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Ghost Runner and are now fighting it out about right to make in California.

**Matt Larosiere:** Yeah yeah no I I'm familiar with that and and I appreciate that, um, but so. But does Ghost does Ghost Runner buy anything from Defense distributed?

**Cody Wilson:** No it does not currently buy anything from Defense Distributed.

**Matt Larosiere:** When it was selling machines did it?

**Cody Wilson:** When it was selling machines the the corporations do not have. Prepared testimony on what Ghost Runner was doing.

**Matt Larosiere:** Listen I-I need you to stop saying prepared testimony. That's not that's not what I'm asking you for. You're here to testify.

**Cody Wilson:** I'm as a 30(b)(6) Deposition I don't have Ghost Runner documents I haven't reviewed them I haven't been asked to review them or this thing I don't know what Ghost Runner was doing for Defense distributed purchasing anything?

**Matt Larosiere:** Okay defense distributed should know whether or not it was selling its machines to Ghost Runner.

**Howard Foster:** Objection. That's an irrelevant question.

**Matt Larosiere:** What you should have said was that wasn't a question.

**Howard Foster:** Also it wasn't a question.

**Matt Larosiere:** Okay, um, was Defense distributed selling

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

machines to Ghost Runner?

**Howard Foster:**  Objection.

**Matt Larosiere:**  Between, 20 twenty-two and today?

**Howard Foster:**  Objection relevance falls outside the scope of any topic here.

**Cody Wilson:**  And yet I am required to answer right?

**Matt Larosiere:**  Yes.

**Cody Wilson:**  Yes, uh, no there Defense distributed is not selling machines.

**Matt Larosiere:**  All right, um, was it selling component parts?

**Cody Wilson:**  No.

**Matt Larosiere:**  Okay so, would it be fair to say that Defense Distributed had no contracts and no business with Ghost Runner the entity?

**Cody Wilson:**  No contracts and no business?

**Matt Larosiere:**  Not paying it not getting paid.

**Cody Wilson:**  I have seen no contracts with Ghost Runner.

**Matt Larosiere:**  And to your knowledge, it doesn't get paid by or pay, um, defense distributed.

**Cody Wilson:**  Ghost runner does not pay defense distributed.

**Matt Larosiere:**  Okay what about get paid by does Ghost Runner get paid by Defense distributed?

**Cody Wilson:**  Paid by Defense distributed please help me understand the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I don't I don't think I can does Defense okay I'll ask you this way does Defense distributed pay Ghost Runner, um, between 2022 and today has Defense distributed paid money to Ghost Runner?

**Howard Foster:**  Objection objection is to the relevance and falls outside the scope of this Deposition topics.

**Cody Wilson:**  Um, uh, I made no preparation on the topic of.

**Matt Larosiere:**  Are you aware of any?

**Howard Foster:**  Same objection?

**Cody Wilson:**  I'm I'm personally not aware of payments to Ghost Runner.

**Matt Larosiere:**  Okay and generally if it was substantial you'd probably be aware of it, right?

**Howard Foster:**  Substantial meaning.

**Matt Larosiere:**  A substantial component of Defense distributed's costs.

**Cody Wilson:**  Would generally speaking, would I Cody Wilson be aware of that or would the entities be aware of it?

**Matt Larosiere:**  You as an officer of the entities.

**Howard Foster:**  Same objection.

**Cody Wilson:**  It's a difficult hypothetical I want to say yes if a substantial part of defense's income was going to ghost runner.

**Matt Larosiere:**  Yeah.

**Howard Foster:**  Objection calls for speculation.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  There's no more quest- you're objecting to your own client's answer, Howard?

**Howard Foster:**  Not another question. No.

**Matt Larosiere:**  Howard stop Howard you're gonna, we need to go off the record for a second.

**Howard Foster:**  Go off the record.

**Gary De Pury:**  Let's go off the record, please.

**Matt Larosiere:**  Okay.

**Abdullah Khalid:**  The time is 9:57 a.m Eastern Standard Time and we are off the record. The time is 10:9 a.m Eastern Standard Time and we are now on the record.

**Gary De Pury:**  Don't get in front of the camera.

**Matt Larosiere:**  What, oh, no never mind this is, uh, attorney Matthew Larosier. Um, the last moment when Foster Foster began doing speaking objections and coaching we went off the record to talk about this talked about what had happened before the Court Foster Foster then stood up. To take his client outside and said explicitly I'm going to talk to him about the subject of this Deposition he went outside and was speaking loud enough that we could hear him instructing the deponent not to answer, uh, that he believed questions about the revenue of Defense distributed were beyond the scope of the, uh, examination and, uh, we can still hear him instructing the, uh, deponent how to answer those questions, uh, so. Foster Depury anything you want to put on the record?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Yeah this is Attorney Gary Depury. Mr. Foster is outside clearly coaching the deponent right now took a break he actually called his co-counsel and they're trying to make a decision is what he said as to what they want to do. We are likely going to call this Deposition because Foster Foster continues to coach. Uh, despite being admonished by the court yesterday, anything Foster Zermay?

**Zach Zermay:**  I don't have anything to add.

**Gary De Pury:**  All right I think that's it. We can go back off the record until they come back in here.

**Abdullah Khalid:**  All right counsel.

**Gary De Pury:**  All right thank you.

**Abdullah Khalid:**  We're off the record. time is 10:43 a.m Eastern Standard Time and we are now on the record.

**Gary De Pury:**  Thank you. All right so, we had a productive break.

**Zach Zermay:**  We produced A. Lot.

**Gary De Pury:**  Um, yeah the last time we were talking about it we basically concluded I think we concluded talking about Ghost Gunner, um, that's all fine. So, total income and earlier you said you had reviewed the tax returns for Defense distributed, um. So Defense distributed total income for 2022 was about 6.8000000 does that sound about right?

**Zach Zermay:**  Can you show me?

**Gary De Pury:**  Sure.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Zach Zermay:**  The document, uh, for the record I'm familiar with these documents from discovery.

**Gary De Pury:**  Yeah and I'll just just to refresh your recollection I'll be happy to show you so we don't have to put them in the transcript. I mean, so this is Defense distributed it shows 2021 and 2022.

**Zach Zermay:**  Is this from the tax return?

**Gary De Pury:**  Yes, but I don't want to I don't want to introduce it because I don't want them to be attached to this transcript.

**Zach Zermay:**  Which entity's tax return? I can see it right there. Okay okay all right I'm looking at the document.

**Gary De Pury:**  And this so, fair to say their total income was about 6.8 like 6,713,0, uh, for 2022.

**Zach Zermay:**  I see gross receipts of 6.4000000.

**Matt Larosiere:**  For 2022.

**Gary De Pury:**  1000000, I see 6.4 okay, um, and so.

**Matt Larosiere:**  You remember I'm sorry are you asking me gross or total income?

**Gary De Pury:**  Sorry I-I was looking for 6 'cause you sent 6 the total income seems to suggest 3000000.

**Matt Larosiere:**  Yeah gross receipts.

**Gary De Pury:**  Okay thank you. Okay and so then, 'cause, defcad doesn't doesn't have its own tax return is that that's correct.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  I don't think that's correct. I'm not sure how the corporation are prepared to answer.

**Gary De Pury:**  Is that because somebody else handles it?

**Matt Larosiere:**  The legalities of yes.

**Gary De Pury:**  Yeah, um, but so, you remember, giving the expert the the the total numbers for defcad and, uh, ghost gunner, uh, for use in his damages calculation right?

**Matt Larosiere:**  Um, if by defcad you mean this universe of income of the combined plaintiff entities.

**Gary De Pury:**  Uh, hold on we'll. Take a look at it. So sorry it was actually the the P&l statements.

**Matt Larosiere:**  It was.

**Gary De Pury:**  Uh, that I was talking about so, that comes to the. The same total income we talked before right.

**Matt Larosiere:**  I-I don't know how to answer that question I'm not sure what.

**Gary De Pury:**  You said about 6.4000000, um, for the gross receipts that you talked about before the the statement?

**Matt Larosiere:**  I see yeah the other exhibit was not the appropriate exhibit for your question.

**Gary De Pury:**  Okay.

**Matt Larosiere:**  Okay if you'll allow me a moment, um, 22 to 24 P&ls.

**Gary De Pury:**  Mm-hmm.

**Matt Larosiere:**  All right I'm I'm looking at the P&l.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  And so the sales for Defense distributed in 22 was about 6.7000000.

**Matt Larosiere:**  Um, I see 6.7000000 listed in a in a row that accords to an entry saying sales the corporations are not. You know, professional accountants I-I don't know how to read this document.

**Gary De Pury:**  Right okay but you say you see sales correlated with $6.7000000 right?

**Matt Larosiere:**  I see a row saying that yeah.

**Gary De Pury:**  Do you remember this this graph?

**Matt Larosiere:**  I have seen this graph, yes.

**Gary De Pury:**  Did you make it?

**Matt Larosiere:**  No, I have not made it. Well, hold on the corporations made this.

**Gary De Pury:**  Right yeah yeah. Okay, um, and and so where did the the numbers for this graph come from?

**Matt Larosiere:**  Uh, this is a print of Legio members, by combined type mm-hmm. Your question is where did it come from? But you don't necessarily mean the source data you mean what company produced it?

**Gary De Pury:**  Uh, no I-I mean, um, yeah where what was the source of the numbers for this?

**Matt Larosiere:**  I see, um, this is related to, legio membership data this is a reflection of that data or you could say produced from that database.

**Gary De Pury:** Okay. So, we're going to mark this as Exhibit B. We'll send that in. I see it was a so. Do you recognize this document?

**Matt Larosiere:** I can't say that I exactly recognize this document mm-hmm. The graph looks familiar and the style of the numbers to the left look familiar.

**Gary De Pury:** Okay, um, would it reflect your recollection if I told you that this is what Foster Tyra indicated was the the source of, uh, his calculations for legio?

**Matt Larosiere:** Um, are you saying that? Foster, Tyra produced this document.

**Gary De Pury:** I don't know, um, I I'm saying he, I understand that the companies gave it to him.

**Matt Larosiere:** That's your understanding?

**Gary De Pury:** Yeah I'm asking you.

**Matt Larosiere:** Um, judging by this document specifically, um, and its details and its similarity to other documents produced in this case it's unclear to the corporations if this is, uh. I would need the metadata or something associated with this document to to confirm, its provenance.

**Gary De Pury:** I'm not asking about its provenance I'm I'm just asking if this seems like A-A. Reflection of.

**Matt Larosiere:** I would by looking at the graph the graphical representation, uh, that seems familiar I-I don't it doesn't appear to be altered I have no reason looking at it to to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

think that it differs from the other graph that I produced.

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  The numbers, um, I have not looked at this document before this Deposition to confirm these numbers.

**Gary De Pury:**  Do they look familiar to you?

**Matt Larosiere:**  These numbers?

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  I'm, um, almost innumerate Foster Flores here so.

**Gary De Pury:**  Understood.

**Matt Larosiere:**  I have no relationship with them.

**Gary De Pury:**  But the the graph, seems.

**Matt Larosiere:**  The graph is a strong indication that that this is a-a good document probably related to the other document you showed me.

**Gary De Pury:**  Yeah it seems, uh, probably accurate to you despite the fact that you can't verify right now.

**Matt Larosiere:**  Uh, yes I think it is probably accurate.

**Gary De Pury:**  Okay, um, I'm going to be labeling this document as Exhibit C. Uh, so it says total legio revenue for month and then on the left side we have a bunch of months broken down, um. So then there's another page on this sheet says regression model have you seen this?

**Matt Larosiere:**  Have I seen this? I-I think I've seen this this looks familiar with the tears.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  I believe I've seen this.

**Gary De Pury:**  Yeah do you know where it came from?

**Matt Larosiere:**  Um, I believe this is the product of a consulting expert.

**Gary De Pury:**  Somebody who's not Tyra.

**Matt Larosiere:**  Uh, I don't have reason to believe Jason Tyra created this.

**Gary De Pury:**  Okay. Do you have do you know who made it?

**Matt Larosiere:**  Uh, no I. Don't know who made it.

**Gary De Pury:**  Mhm do you know where it came from?

**Matt Larosiere:**  Uh, I the corporation's. When I'm unclear or unsure should I say that? I'm unsure.

**Gary De Pury:**  You can be unsure yeah.

**Matt Larosiere:**  I believe again with the 30 B6 thing if you'll indulge me I-I didn't know that the corporations were kind of allowed to be unsure.

**Gary De Pury:**  Um, I'll allow it.

**Matt Larosiere:**  Well.

**Gary De Pury:**  That's fine to hear.

**Matt Larosiere:**  Yeah, um, I believe they're these are from a consulting expert's firm. I do not know who produced what I'm looking at here.

**Gary De Pury:**  Okay. Then we have a different part of this graph this is it's a little bit different of a of a graph but

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

it's. Do you recognize this 1?

**Matt Larosiere:**  I have seen this graph.

**Gary De Pury:**  Yeah this is based on the actual subscribers rather than the revenue.

**Matt Larosiere:**  Uh, it's a measure of it's a it's a measure of subscriptions but it's done by, you know, new. Subscriptions.

**Gary De Pury:**  Right.

**Matt Larosiere:**  Um, but yes I think that's fair.

**Gary De Pury:**  Yeah so it doesn't necessarily say who's you know. Renewing or whatever but these are the the fresh blood, so to speak.

**Matt Larosiere:**  I-I think new may include renewal it may.

**Gary De Pury:**  Oh, really hm. Okay so we took a look at, we'll go past this go to the next one. Do you recognize this document?

**Matt Larosiere:**  Sorry I'm reading here.

**Gary De Pury:**  Sorry.

**Matt Larosiere:**  No that's my phone. Um, again by the graph I've I've certainly seen that graph, um, the document is therefore I think probably a document I've seen before.

**Gary De Pury:**  Do you know what's represented here?

**Matt Larosiere:**  Um, yes this is Ghost Gunner revenue.

**Gary De Pury:**  And Ghost Gunner revenue is kind of separated out because there's it's a multi-stage process right?

**Matt Larosiere:**  Separated out, um.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Like it's not just straight sales there's, um, payments and deposits and other things worked in there.

**Matt Larosiere:**  These are all booked as sales those, are considered products in the Cms and therefore all booked as sales.

**Gary De Pury:**  Okay yeah so it's all related to sales of the machine right?

**Matt Larosiere:**  Um, I'm not sure that's fair to say looking at the payment revenue.

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  Oh, payment revenue? So that could include any Ghost Gunner product.

**Gary De Pury:**  It may but I'm looking at if you'll allow me.

**Matt Larosiere:**  Mhm.

**Gary De Pury:**  If you need me to scroll or anything let me know.

**Matt Larosiere:**  It's okay when because I'm seeing dollars and cents as well, um, I would guess that this may. Include more than just the mill?

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  I-I perhaps Gg3 mill here is shorthand but it's. Perhaps.

**Gary De Pury:**  So, yeah it is separated into layaway payment, revenue, deposit product revenue, and final balance revenue for separated by months from 2022 to 2020 early 2026 does that seem accurate to you?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  It it seems to be an attempt to do that yeah the final balance revenue is is what catches my eye.

**Gary De Pury:**  What do you mean what catches your eye?

**Matt Larosiere:**  Well there's not round numbers and that's why I'm examining the document.

**Gary De Pury:**  Or is that because the the mill itself is a round number?

**Matt Larosiere:**  No no it's just like I said, with the dollars and cents I was. I was wondering, you see the other columns have more round numbers and that is because those products are more round numbers.

**Gary De Pury:**  Mm.

**Matt Larosiere:**  Um, but the ghost gunner final balance number it has changed over time. Just the dollars and cents thing kind of threw me off.

**Gary De Pury:**  It is interesting that final balance and then total are 2 separate things so they appear to add the 2 of them together, um, but the graph seems to indicate it I guess we're not 100% sure what final balance revenue is. Or you're saying the graph indicates that.

**Matt Larosiere:**  So yeah if you look in the graph it has a yellow line for final balance revenue.

**Gary De Pury:**  Uh-huh so what what is final balance revenue do you know?

**Matt Larosiere:**  Yes yes the product is largely in terms of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

its cost represented by the final balance payment there's A.

**Gary De Pury:**  Oh, oh, oh, oh, yeah because the layaway the like deposits are a small amount.

**Matt Larosiere:**  Deposit is always tied to a final and I wrote that so the purchase of the product is not actually like one mill is not considered sold. Until both of those products are independently.

**Gary De Pury:**  And so is that so you pay a deposit to like get on the list is that right?

**Matt Larosiere:**  Yes and some percentage of customers may not necessarily ultimately pay ever make their final payment.

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  So when a deposit is booked it's booked as income but it's not necessarily in the Cms or the erp shown as a-a manufacturing order for a mill.

**Gary De Pury:**  And Cms is customer management system, right? What what's erp?

**Matt Larosiere:**  Enterprise Resource Planning?

**Gary De Pury:**  Okay.

**Matt Larosiere:**  No it's okay yeah.

**Gary De Pury:**  So, you're saying again, I'm not asking you for for perfection but do these numbers seem accurate to you?

**Matt Larosiere:**  Yes when I look at the graph I think I've seen this document.

**Gary De Pury:**  Yeah for both this and the, uh, legio one.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  This document and the preceding graph.

**Gary De Pury:**  Yes.

**Matt Larosiere:**  They both look accurate to me.

**Gary De Pury:**  Okay so, this one will be marked Exhibit C. Or D actually sorry. So, when we added up the income on for the sales right on Ghost Gunner for 2022 it came to 1.2000000 does that seem in the right ballpark for 2022?

**Matt Larosiere:**  For sales of the ghost Gunner.

**Gary De Pury:**  We just used this document and added up the 2022s.

**Matt Larosiere:**  Uh, you're asking me if the total that document I guess I'd have to see what you did I'm not sure what you did.

**Gary De Pury:**  I'm asking you if for 2022 income from the ghost gunner about 1.2000000 sounds accurate.

**Matt Larosiere:**  For 22.

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  That would seem low to me.

**Gary De Pury:**  It would seem low. I'm if if you'd like to take a longer look at the document you're welcome to.

**Matt Larosiere:**  Uh, sure yeah.

**Gary De Pury:**  Although although I will, we only have data starting from, May so that might explain that.

**Matt Larosiere:**  Oh, well that is helpful.

**Gary De Pury:**  So for 2023, I also see Ghost Gunner income at

Case 9:25-cv-81197-DMM   Document 134-15   Entered on FLSD Docket 05/14/2026   Page 58 of 355

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

at 1.2000000 does that seem right for 23?

**Matt Larosiere:**  I mean, it definitely seems that number seems low for 22 to me again, it feels low for 23. Um, I would like to look at what you were looking at.

**Gary De Pury:**  Okay here I'll highlight. The fields for you.

**Matt Larosiere:**  Thank you.

**Gary De Pury:**  Yeah see it, seems about right 1.2.

**Matt Larosiere:**  Uh, this document seems to say that yes I think this document is not capturing. It looks like when it says Gg3 mill revenue it may only be expressing, an export from the Ghost Gunner E-commerce I'm not sure if this document includes the Ghost Guns E-commerce which also sells the Ghost Gunner.

**Gary De Pury:**  Oh, this one yeah this one explicitly said Ghost Gunner.

**Matt Larosiere:**  Yeah I mean there's a Ghost Guns E-commerce.

**Gary De Pury:**  Oh, okay.

**Matt Larosiere:**  Perhaps that's why the number feels a little low to me it may be excluding that data and may just be there as a an indication of the progress of the sales of the machine in general and not a total reflection of all ghost gunner sales though I can't know since.

**Gary De Pury:**  Right.

**Matt Larosiere:**  I think this was just a requested by the expert.

**Gary De Pury:**  Mhm. And so let's look at defense distributed

Filevine                    www.filevine.com                         58

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I'm going to show you.

**Matt Larosiere:**  Yeah.

**Gary De Pury:**  The P&l again, um, Defense distributed for 2023 the total sales is about 4000000 is that right?

**Matt Larosiere:**  It shows that I see that here yes.

**Gary De Pury:**  Okay. And then I want to go back to. For the legio memberships, I show, total income from legio memberships as about, $500,0 does that seem about right?

**Matt Larosiere:**  In which year?

**Gary De Pury:**  2023.

**Matt Larosiere:**  Gosh, um, about right maybe high about right, maybe.

**Gary De Pury:**  Maybe high, so. Adding the 2 of those together and subtracting for the total sales that leaves for Defense distributed $2.3000000 that's like about 60% of the sales.

**Matt Larosiere:**  Between the P&l and the documents you're showing me there's some missing revenue.

**Gary De Pury:**  Um, I mean I don't want to call it that but, uh.

**Matt Larosiere:**  It seems to be the implication.

**Gary De Pury:**  Sure I-I yeah what was that from?

**Matt Larosiere:**  Uh, again I think this confirms to me like, uh. Companies are definitely more familiar with the end of the year numbers I think those are accurately reflected by the P&l it seems that these documents as. Prepared for or used by the expert

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

are a detail, of products, and not. All of the sales of the company or even all of the sales of the indicated product.

**Gary De Pury:** Okay so it could it could be more of legio it could be more.

**Matt Larosiere:** It is not more of legio, no.

**Gary De Pury:** More Ghost Gunner you think?

**Matt Larosiere:** Well ghost Gunner is always the bulk of the income. Um, it seems to me that for the years 22 and 23, especially the last sheet produced is probably only an export from the one e-commerce and not the other. And there are 2 e-commerce systems that sell Ghost Gunner. It may be that this is a cleaner way to show now this is the part I have not prepared for for this 30b6 but it may be, um, that this is just a cleaner way to show sales at that one Ghost Gunner line of business to not make a more confusing set of document.

**Gary De Pury:** Mhm mhm yeah I understand. Um, so but I mean like, we're missing like 60%, where do you think the majority of that comes from?

**Matt Larosiere:** Well, I don't know that I agree that you're missing the income. I think you have the income statements you've even got bank statements so it's not like we invented the revenue.

**Gary De Pury:** No I don't think you did the it's on your tax return.

**Matt Larosiere:** Yeah if anything it sounds like the expert

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

lowballed the damages but, uh, I don't know what he did.

**Gary De Pury:**  Right no I'm I'm not actually I'm not really I'm not getting at the expert just so you know I'm trying to.

**Matt Larosiere:**  No I'm now thinking about what the difference is well like you've asked me.

**Gary De Pury:**  Yeah it's it's a it's like 60% for 2023 so I'm trying to figure out what I want to understand is where Defense distributed makes the bulk of its money from.

**Matt Larosiere:**  It's Ghost Gunner. If we have to say what's the one big product, uh-huh.

**Gary De Pury:**  Ballpark don't put a decimal on it, uh, ballpark what is the percentage of income for Defense distributed that is Ghost Gunner.

**Matt Larosiere:**  It'd have to be at least historically it'd have to. Be at least 80% of the.

**Gary De Pury:**  I see.

**Matt Larosiere:**  And I know that's the favorite number in our space it it's always been at least 80% it's a high.

**Gary De Pury:**  Well, now you could you could start to say 76% couldn't you?

**Matt Larosiere:**  Those days are gone. High average order value because that product is expensive it has to be financed it has to you know and therefore the income on that product is booked differently, um, for example the sheet that I just saw shows 4 ways of looking at the progress of Ghost Gunner revenue.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

It is an incomplete capture of what is happening.

**Gary De Pury:**  Okay by definition well that really answers my question. You think historically it's about 80% of Defense distributed revenue is?

**Matt Larosiere:**  At least at least.

**Gary De Pury:**  Yeah could be up to 90% for some years.

**Matt Larosiere:**  Probably in the very beginning yeah when we began to add 80% receivers okay that's a big chunk and probably exceeds 20% especially in the year I don't know 22 when people were worried about losing 80% receivers that's a standout exception.

**Gary De Pury:**  Mhm okay, um, so for, what's the 2nd largest source of revenue and and I mean I-I can accept Go Defense distributed the ghost gunner its whole ecosystem don't separate that out right it's all its parts, its jigs and all that stuff its tooling that's all one big thing.

**Matt Larosiere:**  I would next say 80% receivers.

**Gary De Pury:**  80% receivers?

**Matt Larosiere:**  I think so.

**Gary De Pury:**  Ahead of legio subscriptions.

**Matt Larosiere:**  Uh, if you say defense distribu- well man ahead of legio subscriptions. Um, these 2 figures may have jockeyed from time to time. So as it stands today, I think Legio is the 2nd biggest category but when you say historically well, if we're saying for the time period from 2023 to present, I think

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Legio is the consistent 2nd place but if we go back before 2022 before 2021, 80% receivers were a bigger chunk.

**Gary De Pury:**  They're kind of like this.

**Matt Larosiere:**  And they probably exceeded legio because legio was still growing.

**Gary De Pury:**  Yeah it was the early days of it.

**Matt Larosiere:**  Well, oh, surely in the very beginning. But yeah I'm just saying it's always like those 3 categories.

**Gary De Pury:**  Okay and that you'd say that makes up like you'd say anything aside from that is de minimis really?

**Matt Larosiere:**  I don't know if I can I mean honestly a big part of the ghost you you said setting aside the ghost Gunner ecosystem?

**Gary De Pury:**  Yeah I'm I'm I'm saying for our purposes all of its tooling and all of that stuff is good.

**Matt Larosiere:**  Yeah if you if you bracket it that way, uh, yeah yeah I think those are the big categories.

**Gary De Pury:**  That was my understanding yeah So, so you would just to be clear you'd say the and again we're bracketing with Ghost gunner its support materials?

**Matt Larosiere:**  Yes.

**Gary De Pury:**  Um, it's it's support services it's tooling.

**Matt Larosiere:**  Yes.

**Gary De Pury:**  Um, aside from that 80% receivers and, uh. Legio memberships anything else is de minimis most likely.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** For defense distributed.

**Gary De Pury:** For defense distributed.

**Matt Larosiere:** Yeah I don't think we're missing anything.

**Gary De Pury:** Yeah, so and the reason I asked that is just because the, um, I mean, you might not know this but, uh, the the tax returns list about that a much amount as other income.

**Matt Larosiere:** Uh-huh.

**Gary De Pury:** And so that's why I was confused about that but you said most of that other income is just different ways of people buying these products.

**Matt Larosiere:** Uh, I don't think I could testify to what the Cpa was saying with other income if that's what you.

**Gary De Pury:** Right so that the whole the preparation is handled completely outside the company.

**Matt Larosiere:** Yeah.

**Gary De Pury:** So you have you have no idea what he meant when he wrote other income?

**Matt Larosiere:** No idea what he meant well maybe you can show me if you want to show it to me and I.

**Gary De Pury:** No yeah I'll 'cause you've read it I'll show it to you to reflect refresh your recollection.

**Matt Larosiere:** I appreciate it.

**Gary De Pury:** Yeah never mind I was wrong. My confusion must have rooted from somewhere else.

**Matt Larosiere:** Well it's a confusing topic.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Yeah, so, you know after after the meme hit right, um, which entity do you think lost lost more revenue? Uh, well. Not entity. Okay 'cause entity's weird. Uh, so the way we've lumped things do you think? The legio membership system or the ghost gunner system lost more.

**Matt Larosiere:**  Starting this question with after the meme hit are we just saying everything after May 2023 and then?

**Gary De Pury:**  Uh, well.

**Matt Larosiere:**  Bundling it all together and overall impact.

**Gary De Pury:**  So how about this, um, you know you you claim that the meme caused lost sales and right.

**Matt Larosiere:**  Mm yeah.

**Gary De Pury:**  So I'm asking you which business got hit hardest lost the most money.

**Matt Larosiere:**  I see and this is why the entity description's harder because in a way they're combined businesses.

**Gary De Pury:**  Yeah and I'm I'm happy to lump ghost gunner together and then Legio as its own thing as we've discussed.

**Matt Larosiere:**  Um, which entity lost more money?

**Gary De Pury:**  And again entity loosely which group?

**Matt Larosiere:**  Uh, uh, I don't know that we. We measure customer lifetime value differently in the companies.

**Gary De Pury:**  Mm-hmm.

**Matt Larosiere:**  Um, so in terms of raw dollars, I would

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

answer one way but in terms of money or expected income or I would answer another.

**Gary De Pury:**  Okay why don't you answer in terms of raw dollars for us?

**Matt Larosiere:**  I think in terms of raw dollars you are asking after the meme hit who lost more what entities lost more in terms of raw dollars? I'm just restating the question.

**Gary De Pury:**  Sure.

**Matt Larosiere:**  Uh, that would have to be defense distributed.

**Gary De Pury:**  I'm saying, uh, the way we've categorized the product line.

**Matt Larosiere:**  Oh, gosh.

**Gary De Pury:**  So would it be the because that's how it's calculated in, the yeah.

**Matt Larosiere:**  Uh, we would then as organizations defer the expert's report.

**Gary De Pury:**  Well, it doesn't really say that right so I'm asking your you've got your let's just limit this to 2 ecosystems legio.

**Matt Larosiere:**  The specificity of the question at this point, I admit, uh, is beyond like the preparation I have made for this Deposition.

**Gary De Pury:**  Yeah that's a that's okay though. Uh, but you're familiar with the total sales of legio, right?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  As a general matter of course.

**Gary De Pury:**  Right.

**Matt Larosiere:**  And and trying to be prepared to speak about that today.

**Gary De Pury:**  For sure.

**Matt Larosiere:**  Especially as to the. Factual allegations in the complaint?

**Gary De Pury:**  Mm-hmm yeah and in the complaint you allege that the companies lost revenue.

**Matt Larosiere:**  I believe we did yeah.

**Gary De Pury:**  Yeah okay so, the way this is set up I'm asking you where the most loss was felt as a result of the meme.

**Matt Larosiere:**  Uh, again I'll choose to interpret your question away from felt loss to, loss of raw dollars.

**Gary De Pury:**  Yeah do it as as raw dollars.

**Matt Larosiere:**  And again it sound like you said company but you want me to say line of business?

**Gary De Pury:**  Because, yeah.

**Matt Larosiere:**  So for the record I'll restate it so it's a little easier. Um, Defense Distributed's line of business meaning the ghost gunner? Must be the place where the most raw dollars were lost after the publication of the meme and its ongoing republication.

**Gary De Pury:**  Okay and so then we're and we're understanding, the legio to be despite terminally ending up and I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

know you resist that despite most of that money ending up in defense distributed you'd consider that a Dd foundation? I don't know how you characterized it.

**Matt Larosiere:**  Oh, well no I was I think presuming like a hypothetical where you wanted me to categorize the income differently. I mean, again, I-I can talk about all this as defcad or defense distributed. I'll talk about however, you prefer me to.

**Gary De Pury:**  I'm trying to talk about it because, the way it gets separated in in the the calculations is ghost gunner and then some say defcad, some say legio. I understand that defcad/legio I think it's easier to just call it legio because that's the actual product right that's what causes money to come in.

**Matt Larosiere:**  The way I understand your question and am led to agree with it unfortunately, the defcad product is a-a serious software product and I can't say that it is still the product.

**Gary De Pury:**  No, I understand that but the report calls it defcad and so that's why I'm saying for our purposes let's just call it legio.

**Matt Larosiere:**  I can testify to what we have read of the report. I can't necessarily testify to the experts.

**Gary De Pury:**  Well that's why I'm asking you about the legio revenue.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah.

**Gary De Pury:**  Okay so because we both understand what the legio revenue is.

**Matt Larosiere:**  I-I think it's the easiest part to understand.

**Gary De Pury:**  Yeah and that's and so because you said just a second ago that the defense distributed product line ghost Gunner I'm saying when we separate that out and we talk about otherwise that would be a dd foundation product line of legio memberships.

**Matt Larosiere:**  Okay now I understand. Yeah yeah no so to speak, uh.

**Gary De Pury:**  You know what let's skip this whole thing let's just call it legio memberships.

**Matt Larosiere:**  Great.

**Gary De Pury:**  Yeah let's just just call it that.

**Matt Larosiere:**  Thank you.

**Gary De Pury:**  Um, so, so then the same question as before which was. Now in terms of total economic value.

**Matt Larosiere:**  Mm-hmm.

**Gary De Pury:**  Um, which of the 2 do you think were hit worst?

**Matt Larosiere:**  By the meme.

**Gary De Pury:**  Between the Ghost Gunner ecosystem and the Legio memberships?

**Matt Larosiere:**  Legio, mm-hmm. Total economic value I have

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

done some study in this regard, um, I believe the life the average lifetime value of a customer of Legio is very high very high margin and so therefore it is very valuable and yet if we are going to evaluate this in terms of raw dollars loss, I would say nevertheless the Ghost Gunner ecosystem is still impacted more.

**Gary De Pury**:  Mm-hmm so 'cause earlier you said you'd answer it a different way in terms of lifetime value or or am I misstating that?

**Matt Larosiere**:  The way I was the way I think I said I'm led to answer differently and I can we can explore.

**Gary De Pury**:  So I-I-I guess I want to know what you meant by that like because what I thought you were getting at there is that you were going to say that Ghost Gunner one way and Legio another way but it seems you said Ghost Gunner both ways.

**Matt Larosiere**:  I think I did say ghost Gunner both ways in terms of raw dollars.

**Gary De Pury**:  In terms of no I was asking that so I want to hear about the other what's the what was the other bucket you were? Talking about.

**Matt Larosiere**:  You used the word value and I thought you were just speaking generally and so I-I went ahead and went down into the raw dollars because I thought that's your question.

**Gary De Pury**:  Yeah no you answered the raw dollars question.

**Matt Larosiere**:  Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Um, so tell me what's the other way you were valuing these?

**Matt Larosiere:**  Uh, I used the word lifetime value it seems that you're interested in that.

**Gary De Pury:**  Yeah so in lifetime value, is that what is that is that not come down to dollars and cents?

**Matt Larosiere:**  No it it can yes and and I think it most often does.

**Gary De Pury:**  Okay So so tell me which which of the 2 lines, uh, had the most im were damaged the most by the meme in terms of lifetime value.

**Matt Larosiere:**  I think if you lose your Legio members historically, if you lose your Legio members you lose an important segment who are likely to be customers have been customers losing losing Legio members is an indication of of losing a customer from your overall lines of business not always, um, so it's a bigger hit to lifetime value.

**Gary De Pury:**  I'll I'll say this as well.

**Matt Larosiere:**  To be a legio member doesn't just require like a casual induction into it's, uh, like we mentioned yesterday there are these steps you have to take you have to understand kind of what's going on and so there's actually a higher degree of customer. Information being informed and a familiarity with what defense distributed is what defcad is almost like. Um, if you're a legio member you almost like excuse

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the difficulty of using the defcad application, uh, and customer research and surveys indicate that these people are more educated about defense distributed than, uh, naive Ghost Gunner customers or naive 80% receiver purchasers or people who purchase kits at Ghostguns.com therefore the lifetime value of a legio member is assessed differently than like a Ghost Guns customer like at Oakland or something.

**Gary De Pury:**  Mm but, um, I guess, so your idea is that losing a legio member would mean losing somebody who was likely to repeatedly? Purchase from everything.

**Matt Larosiere:**  Everything in fact legio is is interwoven there's like an interposition in legio like for def, uh, the ed cut a piece of software we have in Ghost Gunner.

**Gary De Pury:**  Mm-hmm.

**Matt Larosiere:**  Uh, there's functions there that ask you to use your legio membership or enter your number at the end of this this it's not so pronounced but it's related, um, again, I didn't ask the expert to consider these things.

**Gary De Pury:**  No I'm only asking about what you feel.

**Matt Larosiere:**  Nevertheless these these are our considerations.

**Gary De Pury:**  Right, um, and so would but. Wouldn't those lost sales be subsumed in the the raw dollars and cents figure we were talking about before?

**Matt Larosiere:**  Subsumed you I'm not I don't believe they

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

would be perhaps they could be, perhaps but this is beyond my knowledge and understanding. I think it would take complex economic modeling and statistics and you know it would require more research.

**Gary De Pury:** Exact being exact about futures is very hard right?

**Matt Larosiere:** Um, right and let's be honest you know, uh, what we're doing here will be illegal soon anyway.

**Gary De Pury:** Well I don't know about that I hope not. Um.

**Howard Foster:** Gentlemen I'm gonna have to do my hearing but. Good luck I'll be right back.

**Matt Larosiere:** Good luck. It's the guy in green in the back.

**Gary De Pury:** Oh, wow.

**Matt Larosiere:** It's, Sean Duffy.

**Gary De Pury:** Well, no I know that shot I'm behind him. What's behind him?

**Matt Larosiere:** All right.

**Gary De Pury:** So I'm going to show you now exhibit C again, which has the graphs. I want you to focus on the graph.

**Matt Larosiere:** Thank you.

**Gary De Pury:** Now how would you describe the the slope of the line on the graph?

**Matt Larosiere:** Uh, the blue line.

**Gary De Pury:** Mm-hmm.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Um, it seems to in general decline is that a way to describe a slope?

**Gary De Pury:**  I think it is.

**Matt Larosiere:**  Uh, it seems that way to me.

**Gary De Pury:**  Mm-hmm. And when does it start?

**Matt Larosiere:**  The decline?

**Gary De Pury:**  No the the graph.

**Matt Larosiere:**  Uh, I see, oh, you mean the very first entry?

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  Uh, I see 11 of 2021 that's how I read the graph.

**Gary De Pury:**  Okay.

**Matt Larosiere:**  That's when the line begins.

**Gary De Pury:**  Okay I'm going to show you. The other graph, this is Exhibit D and you can this is the graph you're familiar with that graph, right?

**Matt Larosiere:**  Yes I've seen this graph.

**Gary De Pury:**  And what what would you how would you describe the overall trend there I know there's multiple ones but taking them as an average.

**Matt Larosiere:**  Um, to me there there seems to be a decline.

**Gary De Pury:**  A decline and and when does that start?

**Matt Larosiere:**  Uh, again this is difficult to judge but if you do a kind of scatter plot impression.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  I'm asking when the graph starts the 1st entry same question.

**Matt Larosiere:**  Oh, I see not when the decline starts when does the graph start? Um, the 1st entry I see in the graph is May of 2022.

**Gary De Pury:**  Okay.

**Matt Larosiere:**  2022. Is that right?

**Gary De Pury:**  I'm going to tell you something that's very embarrassing and it's on the record.

**Matt Larosiere:**  Okay.

**Gary De Pury:**  I actually don't know the months by number I have to check on my hands every time.

**Matt Larosiere:**  So interesting every every month.

**Gary De Pury:**  Every month.

**Matt Larosiere:**  Oh, damn you should use a heuristic or something. You're not quick. What is 7?

**Gary De Pury:**  July? Come on, did you see me doing my fingers? I was just yeah. I literally don't know them.

**Matt Larosiere:**  Well you would know January is number 1.

**Gary De Pury:**  I would know January I'd know October and December and a few of them but all of those middle months like the midwestern states of months, um. So I-I can you describe the, um, decline between April of 2022 and or I just that was a form problem. Can you describe the trend?

**Howard Foster:**  Sorry was?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Well no it's it's I was suggesting an answer.

**Matt Larosiere:**  Oh, I see.

**Gary De Pury:**  Can you start can you describe the the trend between April of 2022 and November of 2022?

**Matt Larosiere:**  You'd like me to read, uh.

**Gary De Pury:**  No I'd just like you to describe what you see on the line between those 2 dates.

**Matt Larosiere:**  April of 22 and November of 22.

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  Unfortunately this graph does not include April of of 22 and I don't believe I can describe it.

**Gary De Pury:**  Is that not 5 22?

**Matt Larosiere:**  It's not I'm sorry. April's 4.

**Gary De Pury:**  May of 2022.

**Matt Larosiere:**  But you did preview that this would be a problem so, uh, could you restate your question?

**Gary De Pury:**  Can you describe the trend between, May of 2022 and, uh, November of 2022?

**Matt Larosiere:**  The overall trend of 4 lines of the graph?

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  Uh, April I'm sorry may of 22 to November of 22.

**Gary De Pury:**  Mhm.

**Matt Larosiere:**  Uh, to me there is a decline of final balance revenue which is, uh, a local minimum between 2 large

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

peaks and an increase in deposit revenue.

**Gary De Pury:**  Increase in deposit revenue and then and then right after, um, November we see a spike. Is that because of a Black Friday sale?

**Matt Larosiere:**  I'm sorry November of 2022?

**Gary De Pury:**  Yeah is it not sorry let me ask this way would you do a Black Friday sale every November?

**Matt Larosiere:**  Not for Ghost Gunner?

**Gary De Pury:**  No huh.

**Matt Larosiere:**  I think we often do black Friday sales, um, but you're asking me, do we always do a black Friday sale?

**Gary De Pury:**  In 2022.

**Matt Larosiere:**  Maybe you're asking me if I did a black Friday sale here I did not study whether we did or didn't for this deposition.

**Gary De Pury:**  You don't remember?

**Matt Larosiere:**  I don't actually see a large peak related to November.

**Gary De Pury:**  Or wouldn't that have happened afterwards?

**Matt Larosiere:**  Right you would think it would perhaps you should look at this graph I see between November of 22 and.

**Gary De Pury:**  I guess I just don't know when it when the money comes in from the Black Friday sale so I just.

**Matt Larosiere:**  It would come in after black Friday yeah by definition, um, I don't necessarily see that reflected here.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Gary De Pury:**  Okay.

**Matt Larosiere:**  I could be misreading the graph.

**Gary De Pury:**  I'm only asking about what what you see there. Um, do you generally see a big, uh, uptick in sale? About the black Friday time?

**Matt Larosiere:**  At Ghost Gunner?

**Gary De Pury:**  Yeah in the Ghost Gunner ecosystem.

**Matt Larosiere:**  Uh, yes people are eager to to make those purchases at Ghost Gunner at Black Friday yeah.

**Gary De Pury:**  Okay.

**Matt Larosiere:**  This trend has declined since let's say Covid.

**Gary De Pury:**  Really.

**Matt Larosiere:**  Black Friday trends have in my experience.

**Gary De Pury:**  Hm.

**Matt Larosiere:**  I think, uh, nevertheless we I think we try to. Do a Black Friday sale most years at Ghost Gunner?

**Gary De Pury:**  Mhm. You want to take a break I if you'd like to.

**Matt Larosiere:**  Yeah.

**Gary De Pury:**  Off the record, please.

**Abdullah Khalid:**  So the time is 1:27 p.m Eastern Standard Time and we are off the record.

**Zach Zermay:**  take that break guys.

**Abdullah Khalid:**  The time is 11:50 a.m Eastern Standard Time

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

and we're now on the record.

**Howard Foster:** Okay. So do you remember yesterday we were talking about the, um, exit interviews or whatever it was.

**John P.Lettman:** Um, people leaving or yeah I guess the corporations would have that knowledge right and that's what we talked about yesterday yeah.

**Howard Foster:** So, um, did you get to look over that and you're a little more familiar now?

**John P.Lettman:** Uh, could you remind me of the questions?

**Howard Foster:** Uh, it was about the, uh, exit surveys.

**John P.Lettman:** How they yes I think the questions were about how, how the exit surveys were triggered.

**Howard Foster:** That's what we were kind of talking about and you answered that. So.

**John P.Lettman:** Is there another so you mean another question?

**Howard Foster:** I was just saying about I'm just refreshing that.

**John P.Lettman:** I'm letting you know we're going to start talking about exit surveys.

**Howard Foster:** Do you remember them?

**John P.Lettman:** Yes.

**Howard Foster:** You're familiar with them?

**John P.Lettman:** Yes.

**Howard Foster:** Okay so does this look about like the, um,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the contents of those surveys?

**John P.Lettman:**  Uh, is this is reformatted?

**Howard Foster:**  Yes because it was handed over as an excel sheet.

**John P.Lettman:**  You're asking if it's the contents in general I'm seeing what would be an excerpt of the contents it's it does seem to reflect those contents.

**Howard Foster:**  Okay.

**John P.Lettman:**  Oh, I see there's more on the page.

**Howard Foster:**  It's all in here.

**John P.Lettman:**  Um, I can't represent that it's all in here.

**Howard Foster:**  I'm not asking you to represent that I'm just asking if you recognize generally the.

**John P.Lettman:**  Yes yeah yeah.

**Howard Foster:**  Hold on can you scroll to the very top?

**John P.Lettman:**  Yeah sure you know what if you want we can go through the whole thing if you want to just take a look through all of it.

**Howard Foster:**  I just wanted to see the, uh, rows, uh, there are. 4 columns correct mhm so we got rid of the like.

**John P.Lettman:**  Is there I believe there were other columns.

**Howard Foster:**  There were and they were like the actual user hash thing.

**John P.Lettman:**  You're saying there were kind of un.

**Howard Foster:**  You know what how about this I'll refresh

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

your recollection by showing you that I-I don't want to introduce that one because I think they may be number identifying, um, so.

**John P.Lettman:**  So that's the.

**Howard Foster:**  I got there.

**John P.Lettman:**  Okay we've got this like for lack of a better word, a hash.

**Howard Foster:**  Yeah then it goes over.

**John P.Lettman:**  And we scroll to the right. And okay that's it. And I will trust that you have recomposed this document based on this data and the data that is in that document I'm familiar with it there are just some items here beyond column 4 that I'd like to examine that show dates, for example. Submissions yeah no it's it's good to reread it so you include this please provide response so it seems to me in your other document.

**Howard Foster:**  Yeah so.

**John P.Lettman:**  More detail you're right that's in your document too. Okay I think we can continue.

**Howard Foster:**  So, here we go. So this is going to be Exhibit E. So, we have 4 headings here in the one we're looking at which one is why did you cancel your legio membership? The next is other the next is please provide more detail and then the submit date. Does that sound about right?

**John P.Lettman:**  In your document?

**Howard Foster:**  Yeah.

**John P.Lettman:**  It sounds like what's in the document you've

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

shown me.

**Howard Foster:** Yeah and those but those were also in the document you handed over which is an excel sheet?

**John P.Lettman:** I believe those columns are included in my document.

**Howard Foster:** Yeah so, under the why did you cancel your legio membership column it seemed that there were only. Like fixed responses there were only like 4 different ones. Was this like a drop-down menu on that?

**John P.Lettman:** It seemed like there were only fixed responses.

**Howard Foster:** Mhm.

**John P.Lettman:** And then the question is was there a drop-down menu to select fixed responses?

**Howard Foster:** Right for that first part.

**John P.Lettman:** Uh, I don't believe so. This is, uh, I don't believe that's the way to describe it.

**Howard Foster:** Do you know how where the that let's call it that first order information comes from?

**John P.Lettman:** First order you mean why did you cancel your legio membership? If this is a progression, um, the question may assume that the presentation of the rows is the order in which, you know, they were. So I don't know that I can represent that that's true.

**Howard Foster:** No. So how are these exit surveys done?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**John P.Lettman:**  Uh, the surveys were done by email.

**Howard Foster:**  Okay.

**John P.Lettman:**  Or at least by email request and then I believe the actual handling of the survey was on typeform.

**Howard Foster:**  Typeform.

**John P.Lettman:**  I think they were Typeform surveys.

**Howard Foster:**  What is that?

**John P.Lettman:**  It's its own third-party service, uh, for conducting. Customer research surveys.

**Howard Foster:**  Mhm, and so did you ever look at that how a user would experience it?

**John P.Lettman:**  Yes.

**Howard Foster:**  Okay and so again for this question, why did you cancel your Legio membership? Was that like a text box or was that something one could select different options for?

**John P.Lettman:**  Uh, I believe there were selectable options for that question.

**Howard Foster:**  And then there was an other in which case they'd be prompted to put more information right.

**John P.Lettman:**  No I believe, I believe in all cases they were prompted if they like to submit additional information.

**Howard Foster:**  Yeah so in all cases they were enabled to provide more detail. But was it the case that if they selected other they they had you know, as the reason for leaving they had a separate opportunity to provide detail?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**John P.Lettman:**  I don't know that it was a separate opportunity.

**Howard Foster:**  Okay I'm just trying to make sense of the way that the data came back to us.

**John P.Lettman:**  It may help if I can.

**Howard Foster:**  Do you want to see the exhibit again? Do you want to see the exhibit or the original spreadsheet?

**John P.Lettman:**  Well, I suppose to answer your question, whichever you would think would help me answer.

**Howard Foster:**  I'm going to show you the exhibit again. Is it technical?

**John P.Lettman:**  Yeah.

**Howard Foster:**  Most reasonable to assume. Let's. Scroll a bit more.

**John P.Lettman:**  Uh, ah, there it is yes so incomplete in my answer from before is that you are also beyond other you were also you don't have to select a reason you don't even have to select other I guess there's an other to the other.

**Howard Foster:**  Okay. But so everybody had the opportunity to say provide more detail and some people had the opportunity to give this first.

**John P.Lettman:**  Yes I would think everyone had the opportunity to select, a fixed reason to supply a different reason to not select a reason and nevertheless progress through the form.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Okay and so these are the fixed reasons right the 1st column?

**John P.Lettman:**  If you're using fixed because these repeat I think that's a fair thing to say this is like A. Presented option.

**Howard Foster:**  Mhm. Do you remember what those fixed reasons were?

**John P.Lettman:**  Uh, yes in general I do I don't think there were very many.

**Howard Foster:**  Yeah do you know what they were can you tell me?

**John P.Lettman:**  Uh, sure I think they represented the common the common ways we understand people to cancel their their. Subscriptions.

**Howard Foster:**  What were those?

**John P.Lettman:**  Um, well I mean there's always going to be you had trouble accessing your files or could not, um, then there's always going to be.

**Howard Foster:**  And before you keep going, would that be could not access files as an option because that seems to be an option.

**John P.Lettman:**  I'll find it for you. Yeah.

**Howard Foster:**  Okay and then what's the next one there's always going to be.

**John P.Lettman:**  Um, if by next you mean, you know, I'm not

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

representing as the very next, um, I need to see the thing again.

**Howard Foster:** Well, it's okay I can prompt you I was I was wondering if you knew in your I-I wanted to know what you knew in your mind.

**John P.Lettman:** Uh, I know that there are a few and they include the Fedcad one for example.

**Howard Foster:** Okay so the Fedcad one was included in a prompt answer?

**John P.Lettman:** Uh, one of the fixed fixed answers included it and I think there was another fixed answer about security. Concerns.

**Howard Foster:** Yeah so so one of them was could not access files we talked about that another one which I think we just talked about is I don't want to support Fedcad that sound right?

**John P.Lettman:** Yes.

**Howard Foster:** Okay. Another one was concerned about personal security/privacy that sound right?

**John P.Lettman:** Personal I it it sounds right. I-I thought it was more succinct.

**Howard Foster:** Costs too much was that 1?

**John P.Lettman:** Yes.

**Howard Foster:** I think that's I think that's it. Um.

**John P.Lettman:** And again for the record there were more fixed options like other I think was presented in text.

**Howard Foster:** Yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**John P.Lettman:**  And of course you did not have to select.

**Howard Foster:**  Right.

**John P.Lettman:**  A fixed option?

**Howard Foster:**  Yeah what it seems to me and I may not be but it seems to me that if they selected other then that would have shown up here in the middle because only some of them have information in the middle but.

**John P.Lettman:**  I-I think you're right that indicates that the form flowed differently if other was selected.

**Howard Foster:**  Yeah.

**John P.Lettman:**  It indicates that I don't know that it means that.

**Howard Foster:**  Okay. So, who prepared those fixed, um. Options.

**John P.Lettman:**  Um, you mean who programmed the typeform?

**Howard Foster:**  Sure.

**John P.Lettman:**  Um, that would be Garrett Wallman.

**Howard Foster:**  And who's Garrett Wallman?

**John P.Lettman:**  Uh, Garrett Wallman is, uh, he's with Defense Distributed he's a software engineer uh-huh. Uh, he's also an architect of defcad the application.

**Howard Foster:**  Yeah at a previous Deposition you called him an unpaid employee is that the case?

**John P.Lettman:**  I think in the context of defcad he's been an unpaid employee of course he's been a paid employee of Defense

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Distributed or at least a paid contractor.

**Howard Foster:**  Okay.

**John P.Lettman:**  His his relationship has changed.

**Howard Foster:**  Oh, still is an employee of defense distributed as of today?

**John P.Lettman:**  Uh, no I'm not representing he's an employee of defense distributed today.

**Howard Foster:**  Okay do you know if he is or not?

**John P.Lettman:**  Yeah.

**Howard Foster:**  Is he?

**John P.Lettman:**  He's not he's not a paid employee of Defense Distributed.

**Howard Foster:**  Got it. Contractor.

**John P.Lettman:**  I-I think Defense Distributed would represent he's a contractor. That's fine.

**Howard Foster:**  Okay. So he would have been the one who put in the different options options?

**John P.Lettman:**  Uh. Like wrote the.

**Howard Foster:**  To have literally programmed them?

**John P.Lettman:**  I-I think he was yes.

**Howard Foster:**  Yeah okay. Well, I mean you're saying literally programmed I'm asking I'm trying to know who wrote these who came up with these.

**John P.Lettman:**  Oh, interesting yeah, um, well I don't know that it was one person the companies represent that it was.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Garrett Wilson and Cody Wilson at the very least.

**Howard Foster:**  Okay. That it was a company effort?

**John P.Lettman:**  Oh, yeah.

**Howard Foster:**  Okay. So, do you think it'd be fair to say that these survey results are an accurate picture of why people left the Legio ecosystem?

**John P.Lettman:**  Um, no I don't know that it's a fair picture.

**Howard Foster:**  Okay.

**John P.Lettman:**  Is the word used fair?

**Howard Foster:**  It's the word I used.

**John P.Lettman:**  I don't know that it is.

**Howard Foster:**  Okay you say it's accurate?

**John P.Lettman:**  I-I don't know that I can represent it as an accurate picture I don't know if it reflects.

**Howard Foster:**  Is that because you don't know what's in the mind of the people who are filling it out?

**John P.Lettman:**  Exactly I don't know the reality of the picture I I it is a picture and I think it is useful but that doesn't mean there's verisimilitude.

**Howard Foster:**  Okay. I'm gonna resist my urge to ask what what that is.

**John P.Lettman:**  You know what it is?

**Howard Foster:**  Um, I mean does it can we ask this does it seem accurate to the company?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**John P.Lettman:**  I would say, it is a useful, uh, data set because it does capture sentiment about leaving.

**Howard Foster:**  Yeah in some way.

**John P.Lettman:**  And it captures it, I think, in a way that is, it shows. In some way yes.

**Howard Foster:**  Now, do you know if the company ever had conversations about the making those fixed responses?

**John P.Lettman:**  Um, if those conversations happened then I think they would have been informal.

**Howard Foster:**  Are you okay?

**John P.Lettman:**  Yeah it's plugging something.

**Howard Foster:**  Okay keep going.

**John P.Lettman:**  Uh, I don't believe that there are documentary records of that conversation specifically.

**Howard Foster:**  Yeah because you have an open office right?

**John P.Lettman:**  An open office.

**Howard Foster:**  Isn't it an open office plan where you can just talk to everybody?

**John P.Lettman:**  Uh, an open office.

**Howard Foster:**  I guess I'm asking is. It because you just talk face-to-face with these people.

**John P.Lettman:**  Well, you don't mean the customers you mean like the the people who would have wrote the form?

**Howard Foster:**  Yeah.

**John P.Lettman:**  Well I think though, um, when this was made

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

this might have more likely been conversations with Garrett Walman and therefore more likely, um, a phone call or said in a meeting defense distributed has lots of meetings yeah and so it's kind of independent of the floor plan we're all sitting in the same room.

**Howard Foster:**  Okay.

**John P.Lettman:**  On a call?

**Howard Foster:**  Yeah voice that makes sense.

**John P.Lettman:**  Mm-hmm.

**Howard Foster:**  Um, so, a lot of people said that they were, um, double charged. Are you familiar with that?

**John P.Lettman:**  I'm not familiar with a lot of people saying it though I see the I see it as a response in that document.

**Howard Foster:**  I see it 5 times. Does that sound right to you?

**John P.Lettman:**  Uh, if you want me to look, I will.

**Howard Foster:**  Sure. And I already went ahead and opened the.

**John P.Lettman:**  Oh, cool, um, although double itself is.

**Howard Foster:**  Yeah let's take a look.

**John P.Lettman:**  Does say 5.

**Howard Foster:**  You want to take a look at each 1?

**John P.Lettman:**  Um, no you know what I'll trust your representation.

**Howard Foster:**  Okay. Are you aware of an issue with people

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

being double charged for their accounts?

**John P.Lettman:**  Um, if you're asking if these survey results make the company aware of a technical problem.

**Howard Foster:**  No I'm asking generally I'm I'm I'm not rooted in the survey I'm saying, are you aware of some problem with double charging?

**John P.Lettman:**  Uh, no in general there is not such a problem.

**Howard Foster:**  Okay. I guess do you have an idea of what these these people might be talking about?

**John P.Lettman:**  Of course of course I do. I mean, in any e-commerce business you run into this problem sometimes it's at the gateway level it's like a Velocity problem, a browser issue you know the customer thinks that they the purchase hasn't happened they bill themselves twice on accident it's all it's like Friendly Fire. Sometimes a customer has purchased 2 memberships and doesn't remember this fact.

**Howard Foster:**  Mm-hmm.

**John P.Lettman:**  Um, but in general, no. There's not a there's not a double billing problem, um, at Defcad or through Legio mhm we use. All standard E-commerce techniques.

**Howard Foster:**  So on this, overall, form, that we got from you there's about. Just under 250 about 235 responses does that seem right?

**John P.Lettman:**  Uh, in the form you received yes the the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

data you received I think that's the data set.

**Howard Foster:**  Yeah they started in, September of '24.

**John P.Lettman:**  Did they?

**Howard Foster:**  I'm I'm asking if that's is that about when you started collecting these?

**John P.Lettman:**  Um, this survey and this data set must have been begun, uh, around that time.

**Howard Foster:**  Okay. Does that that seems right to you in your memory?

**John P.Lettman:**  Oh, I see I didn't answer the question. Um. Well, I suppose I should check the data one more time before I represent it.

**Howard Foster:**  You want to see the original?

**John P.Lettman:**  Uh, as you like, oh, the bottom is the.

**Howard Foster:**  Top.

**John P.Lettman:**  Um, oh, yes I'll represent that this seems this data seems to begin in September of '24.

**Howard Foster:**  Is that aligned with when you believe you started collecting the data in this format?

**John P.Lettman:**  Um, in this exact format that's right there was another form of interview done with Partners which is less.

**Howard Foster:**  Less formal.

**John P.Lettman:**  Less well it's formal but it's less detailed we were more concerned, I think, a year before about the partners leaving than necessarily the reasons that the customers left mhm,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

um, so. You know were those exit surveys? No but they were collected reasons.

**Howard Foster:**  Collective reasons for why Partners left.

**John P.Lettman:**  Collected reasons like I believe, um, the emails were if a partner left or deactivated, the flow was are you sure would you tell us why? Mhm, um, and so there's a-a limited set from before September of '24 where we first began to collect indications of why people would leave.

**Howard Foster:**  Okay. And that kept going for a while after.

**John P.Lettman:**  I think when this began, um, this was a more targeted you know there aren't that many partners who leave there's not a lot of data to collect.

**Howard Foster:**  Right.

**John P.Lettman:**  Uh, so this became the the focal. Point.

**Howard Foster:**  Okay.

**John P.Lettman:**  Or the the new effort.

**Howard Foster:**  All right and so and so you you did but for the partners you did collect documents from them in the form of emails or or was it like this?

**John P.Lettman:**  It was not like this it was like, um, an invitation for them to provide a reason which often did not happen but it was triggered sometimes the reason may have happened but it's unclear to, you know, all those responses. It's unclear what they meant by their design it was not as intentional as this survey after.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Right so was it just kind of like email us back basically.

**John P.Lettman:**  There was both an option, um, a selectable option in the application in their account and then there was an email about it like you could say like a win-back or something which invited a response.

**Howard Foster:**  Yeah okay and you you'd collected these right? You already said that.

**John P.Lettman:**  Uh, anything related to discovery stuff yeah I-I don't think there is even one in those emails even one indication of Fedcat.

**Howard Foster:**  Okay. Did you hand those over to your Counsel?

**John P.Lettman:**  Uh, I think so.

**Howard Foster:**  Okay.

**John P.Lettman:**  Fine.

**Howard Foster:**  Um. So, it seems a lot of customers cite like the driver's license or Ffl requirement in canceling, um, do you agree with that?

**John P.Lettman:**  Again, I-I don't know about a lot, um.

**Howard Foster:**  Here let me read a couple of things.

**John P.Lettman:**  I think it is frequently cited.

**Howard Foster:**  You think it's, oh, you think it's frequently cited?

**John P.Lettman:**  I do think it's frequently cited.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Okay so do you think that those customers left because of the Fedcat meme?

**John P.Lettman:**  Uh, it's hard to say. It's hard to say.

**Howard Foster:**  It's difficult to capture that.

**John P.Lettman:**  Because of course, um, learning, about Fedcat, for example, or the allegations in the meme would of course bring you back to your concerns about having to supply government identification or fill out a survey. And so of course it can be like a Fedcat can be a cause without being reflected as the stated cause.

**Howard Foster:**  Yeah no and it's not my concern I I'm reading what? They wrote I-I understand why you were doing that, um, why you were requiring Ids.

**John P.Lettman:**  Well I'm only saying no no no not why I'm requiring them I'm only saying that the customer's response is about this concern about Ids does not exclude that response as being related to Fedcat or a consequence of.

**Howard Foster:**  Okay so I'm going to read you a survey response from November of 2025, uh, the the reason stated was personal financial hardship and then. Under please provide more detail he says I would love to remain subscribed but cannot justify it against my current life situation. Now, do you think the Fedcat meme would have caused that customer to stop subscribing?

**John P.Lettman:**  I have no reason to think that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Okay.

**John P.Lettman:**  But that's a different answer.

**Howard Foster:**  Right? No I mean so the very next one, uh, reason stated just don't use it often enough that's all. I'm still a huge fan. Please provide more detail. I just don't use it often enough. That's all. Do you think that the fedcat meme caused this person to leave?

**John P.Lettman:**  I'm laughing at his more detail.

**Howard Foster:**  Yeah.

**Zach Zermay:**  Objection calls for speculation.

**Howard Foster:**  I'm asking what you think.

**John P.Lettman:**  That is a good object, uh, no it is unlikely to me based on that response I think it is unlikely that that person left because of the meme mhm.

**Howard Foster:**  Okay and what about this very next 1? Don't use service I haven't used their services so I don't see continuing in the future. You think the meme caused him to leave?

**Zach Zermay:**  Same objection.

**John P.Lettman:**  Did you give me the date?

**Howard Foster:**  Um, November 24th, 2025.

**John P.Lettman:**  Oh, you did say that these were all from November didn't you? Um, if you'll restate the answer.

**Howard Foster:**  Sure, uh, the middle the 2nd here the other is don't use service then I haven't used their service so I don't see continuing in the future.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**John P.Lettman:** Mhm. And the 1st did he take the opportunity to select the 1st?

**Howard Foster:** Sure let me just show you it's this one here.

**John P.Lettman:** He did not no, uh, well so it looks like he selected. Other and then said but don't use service.

**Howard Foster:** It does look like that.

**John P.Lettman:** But it's hard to know if he selected other or just chose not to select a reason and therefore I guess I can't exclude Fedcat as a reason.

**Howard Foster:** Uh-huh.

**John P.Lettman:** He may have said, hey fedcat and I never even used this.

**Howard Foster:** Uh-huh.

**John P.Lettman:** Though I think that's unlikely.

**Howard Foster:** You think what's unlikely?

**John P.Lettman:** What I just said I think there may be there is no strong reason to think it's Fedcat but you cannot exclude it.

**Howard Foster:** Little more.

**John P.Lettman:** How's that?

**Howard Foster:** That's good thanks.

**John P.Lettman:** Well, it's it's not good actually.

**Howard Foster:** That's fine.

**John P.Lettman:** I'll hold it this way. I think you need new technology.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  I think I do now, the company's gave the option I don't want to support Fedcad. Um, do you know if that was selected often or not?

**John P.Lettman:**  The 1st part of your question was the companies gave this option.

**Howard Foster:**  Well, I think we okay did we did we establish that earlier that one of the fixed options?

**John P.Lettman:**  I didn't hear.

**Howard Foster:**  Yeah yeah was that that was one of the fixed options, right?

**John P.Lettman:**  I choose not to support Fedcat.

**Howard Foster:**  I don't want to support Fedcat.

**John P.Lettman:**  Don't want to support Fedcat I believe that's an option.

**Howard Foster:**  Yeah and do you know if that was selected often or not?

**John P.Lettman:**  Uh, I think often is a fair use of the word it's a surprising it's surprising that people would in fact specifically choose to use it and it feels like an often enough choice in the data.

**Howard Foster:**  This is about 16 sound right.

**John P.Lettman:**  16 what?

**Howard Foster:**  16 instances where it was selected.

**John P.Lettman:**  Where specifically the fixed option choose not to, uh, in that data.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Mhm.

**John P.Lettman:**  I don't I don't think you're misrepresenting it sounds right.

**Howard Foster:**  It sounds right are you asking me I'm asking. You to confirm?

**John P.Lettman:**  Yeah I guess I should count if you want me to.

**Howard Foster:**  I'm trying to make it easier for you. I've put in the search box I don't want to support Fedcad.

**John P.Lettman:**  Okay just with what you said yeah it seems in that column that has. Been selected at least 16 times?

**Howard Foster:**  Yep. So this of course not to that doesn't mean the others had nothing to do with the meme right but people only selected that option 16 times.

**John P.Lettman:**  That first option though we see the words Fedcad.

**Zach Zermay:**  I'm asking.

**Howard Foster:**  Is there such a thing?

**Zach Zermay:**  Yeah.

**Howard Foster:**  Um, is there such a thing?

**Zach Zermay:**  I think there's a Fedcad.com.

**Howard Foster:**  Mhm and it's linked on Defcad.com isn't it?

**Zach Zermay:**  I have no knowledge of it being linked to Defcad.com.

**Howard Foster:**  Well, it, is but that's okay, um, fedcad.com

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

also links to Defcad.com I don't know if you're aware of that or not. Uh, let me ask this way.

**Zach Zermay:**  Uh, we.

**Gary De Pury:**  You want me to do something?

**Howard Foster:**  Yeah I would.

**Gary De Pury:**  Come on.

**Howard Foster:**  No it's we, uh.

**Gary De Pury:**  Go go go.

**Howard Foster:**  I know I'm boring but come on.

**Gary De Pury:**  All right all right stand up a little bit.

**Zach Zermay:**  Do you want a coffee?

**Gary De Pury:**  You get the coffee?

**Howard Foster:**  Yeah.

**Zach Zermay:**  Okay let's we're gonna take a five-minute break.

**Gary De Pury:**  Can we go off the record for 5?

**Zach Zermay:**  Yeah sure.

**Howard Foster:**  That thank you very much.

**Zach Zermay:**  Yeah I appreciate it.

**Gary De Pury:**  No I-I I'm worried about you.

**Howard Foster:**  That would be good.

**Zach Zermay:**  Yeah.

**Gary De Pury:**  Do you want 1?

**Zach Zermay:**  No you've got you've got the real stuff.

**Gary De Pury:**  You want me to go off the record?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:**  Yep.

**Gary De Pury:**  Yes sir we we need about 5 minutes.

**Zach Zermay:**  All right thank you.

**Abdullah Khalid:**  The time is 12:18 p.m Eastern Standard Time and we are now off the record. The time is 12:39 p.m Eastern Standard Time and we are now on the record.

**Howard Foster:**  Thank you, sir.

**Matt Larosiere:**  Okay. So I guess based on the, uh, yeah the exit survey that we were looking at, um, these are my.

**Cody Wilson:**  Oh, yeah you all put these here.

**Matt Larosiere:**  Well you made them, see a week 3 days questions.

**Cody Wilson:**  No.

**Matt Larosiere:**  Based on these exit interviews, I guess, what percentage of these do you think would be because of the fedcat meme?

**Cody Wilson:**  Um, you know, by one analysis of this, we felt there was at least a pareto distribution represented.

**Matt Larosiere:**  I don't know what that means.

**Cody Wilson:**  Uh, let's say 20% mhm I think it's fair to say that you can determine something like a 20% relationship directly claiming. Or directly indicating Fedcat specifically?

**Matt Larosiere:**  Mhm okay, um, but certainly not 100%.

**Cody Wilson:**  These surveys do not indicate 100% Fedcat. Purpose selection reason.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm or I mean and again you don't know what's in their mind but do you think based on these surveys. It's not 100% of the reason people were leaving.

**Cody Wilson:**  Wait wait wait based on these surveys, right? I'm sorry could you restate your question?

**Matt Larosiere:**  Same okay how about this based on the materials and information available to you and that you've reviewed. Do you think that 100% of the people who left Leggio did so because of the fedcat meme?

**Cody Wilson:**  Well these materials would be beyond and in addition to these this exit survey data so with the greater wealth of the materials I believe it is a much larger percentage of the people who left.

**Matt Larosiere:**  Okay that's not what I asked.

**Cody Wilson:**  Well, you asked 100% right?

**Matt Larosiere:**  100%.

**Cody Wilson:**  I can't. Based on these materials and more, uh, say that I think 100% of all customers who left. Leaving open the definition of left are because of the Fedcat meme.

**Matt Larosiere:**  Okay, um, it took you a lot of words to say that.

**Cody Wilson:**  I'm I'm thinking of the record.

**Matt Larosiere:**  Mhm. So yeah I mean, it should be pretty easy right we agreed that we've looked at a few of these, didn't we?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I think it's easy to formulate opinion it's difficult to translate, into words or meaning.

**Matt Larosiere:**  Okay. Well, I'll just for your benefit, Howard, if this is how it's going it's not going to be 2:30. That's a simple question I'm going to have to ask 10 follow-ups to get.

**Howard Foster:**  Okay well.

**Matt Larosiere:**  These are the risks we run.

**Howard Foster:**  Wait wait one 2nd. Could you just for me for my benefit, could you restate your question or re-ask it because I missed it?

**Matt Larosiere:**  Well, do you want to just hear it instead of not asking him so don't.

**Howard Foster:**  No but maybe I can help can I hear it?

**Matt Larosiere:**  I just asked based on the material available to you did you think 100% of the customers left because of the Fedcat meme? And he took a lot of words to say I think a non-answer so I'm going to have to ask a lot of questions.

**Howard Foster:**  Okay okay wait wait wait I think you're going to say I'm coaching but I think this is.

**Matt Larosiere:**  No. Okay do you want to step out with me for a second?

**Howard Foster:**  Yeah. Okay let's go.

**Matt Larosiere:**  Because I my opinion.

**Howard Foster:**  Go ahead step out go step out.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay all

**Abdullah Khalid:**  The time is 12:46 p.m Eastern Standard Time and we are now on the record.

**Howard Foster:**  Thank you.

**Matt Larosiere:**  So, do you think it's possible, that there are reasons aside from the Fedcad meme that people left the legio service?

**Cody Wilson:**  Uh, yes and I'd like to explain my answer. That probably just is my answer.

**Matt Larosiere:**  Now I don't know whether or not to invite him.

**Howard Foster:**  I think he's allowed to.

**Matt Larosiere:**  I mean he is but I'm saying.

**Howard Foster:**  You can't.

**Matt Larosiere:**  Do I invite him or?

**Howard Foster:**  The rest you probably should.

**Matt Larosiere:**  Let him finish let's just let him. Finish his answer.

**Howard Foster:**  No, no, no.

**Matt Larosiere:**  No I was because of your time thing.

**Howard Foster:**  Stop stop.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Go ahead I will make the decision I will continue to speak.

**Matt Larosiere:**  Go ahead.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Because I was expecting 10 follow-up questions maybe that's why I just paused.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Anyway I'll say there's, uh, like in any business we mentioned Churn yesterday of course people come and go to the business but the business was always in a, uh, a way of increase okay and a certain kind of stability which could be determined from the comings and goings of people who as you have said left the website nevertheless, um. The Fedcad meme seems to be A-A dispositive factor in a more rapid leaving more substantial decline. Of people, being members okay so in the most general sense, of course people, come and go to defcad for different reasons which cannot be perfectly captured.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Nevertheless the loss as we try to measure the loss which is a difficult thing admittedly. Especially after 2023 is substantially captured by, I think the Fedcad meme the campaign surrounding it and the suspicion of our website.

**Matt Larosiere:**  Okay so let me ask you this, because you gave us the the the sets of information how come they only went back to 2022?

**Cody Wilson:**  Which sets of information do you mean?

**Matt Larosiere:**  The, um, monthly revenue for Legio and monthly revenue of the ghost gunner.

**Cody Wilson:**  Uh, I am not representing anything beyond the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

data in those documents mhm the companies are not saying. That they do only go back, to the dates you've indicated.

**Matt Larosiere:** Okay so you want to take a look at Exhibit D again.

**Cody Wilson:** Yes please.

**Matt Larosiere:** What's the 1st date on that 1? It's on the top left.

**Cody Wilson:** On the document. I see I see 2022 may.

**Matt Larosiere:** Mhm. And that's less than a year before the meme happened right?

**Cody Wilson:** It seems to be the reference period requested from the expert. Mhm. I don't think the companies can represent the expert's method better than the expert.

**Matt Larosiere:** Well, I'm not asking about the expert, uh-huh.

**Cody Wilson:** No I think you. Were asking why the data is the way it is.

**Matt Larosiere:** Why why it started then.

**Cody Wilson:** It seems to be the data set used by our expert it is not to say that there is no data or no possible data set that could be made.

**Matt Larosiere:** I understand that. Here's the thing you're talking about a downward trend, right?

**Cody Wilson:** Of course.

**Matt Larosiere:** And you're saying that this trend started or

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

got worse you're you're saying there's a flash point when the meme came out right?

**Cody Wilson:**  Flash inflection there is some point.

**Matt Larosiere:**  And you're saying this aggravated the trend downward?

**Cody Wilson:**  Uh, yes a better data set would even show as traffic of the website went way up memberships went way down.

**Matt Larosiere:**  And, I guess why didn't you elect to produce something like that?

**Cody Wilson:**  Did I not elect to I'm the companies are not testifying that they did not elect to produce anything.

**Matt Larosiere:**  Well, the companies are who brought this lawsuit right?

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Yeah so the companies had an obligation to provide the documents upon which they base their claims right?

**Cody Wilson:**  Yes these claims are relying upon these documents there's no doubt.

**Matt Larosiere:**  And so these these do you agree these are the only documents you gave us showing sales figures for Ghost Gunner?

**Cody Wilson:**  I'm not sure that that's fair to say that these are the only documents showing those sales.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  It seems that you have a number of source

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

documents which indicate the sales of Ghost Gunner.

**Matt Larosiere:**  Like what?

**Cody Wilson:**  Including bank statements, mhm, profit and loss statements some of them we have seen today.

**Matt Larosiere:**  Mhm and so is it your position that we could extrapolate these product lines from those?

**Cody Wilson:**  Well, in part because it seems that the companies over time, show the income on separate lines in tax returns for example mhm, um, there are ways to do it.

**Matt Larosiere:**  Right. So I-I think the issue here is that I'm looking at this graph for the Gg3.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  And it shows a pretty stable trajectory downward from 2022 to 2026, um, and I guess I just don't see the. This flash point? Happening in, April of '23 or this, you know, trigger happening in April of '23 and I'm wondering if there was something else you had that could better show that?

**Cody Wilson:**  I don't think the companies represent that the flash point or the trigger was in April of '23.

**Matt Larosiere:**  Okay. Is that because I got the month wrong again?

**Cody Wilson:**  Well, I'm not sure that the companies know why you got it wrong.

**Matt Larosiere:**  When was the meme published?

**Cody Wilson:**  To our best recollection may of 2023.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Okay so for May of 2023 it seems like that was one of the highest points of sales for.

**Cody Wilson:** Well.

**Matt Larosiere:** That seem right to you at least on this graph.

**Cody Wilson:** There seems to be an interesting yes and of course the income is booked mhm you know, through this pattern of a deposit final balance, um, but yes there seems to be a pronounced peak in that data mhm.

**Matt Larosiere:** About the time of the meme coming out.

**Cody Wilson:** In May of 2023.

**Matt Larosiere:** Okay.

**Cody Wilson:** That's what that graph seems to say.

**Matt Larosiere:** So I guess I'm asking is do you have anything else that could better show a you know, a sudden downward trend starting in May of 2023 or is this it?

**Cody Wilson:** I'm not mentioning a sudden downward trend. I don't think the companies represent a sudden downward trend.

**Matt Larosiere:** Okay.

**Cody Wilson:** But we have through many means tried to capture what became first a noticeable decline in a site which was growing its memberships without exception annually.

**Matt Larosiere:** Mm-hmm we're talking about the mill right now.

**Cody Wilson:** I understand, um, again all these indices, have

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

before this meme reinforced each other and then there begins to be this. Divergence in the data.

**Matt Larosiere:**  Mm-hmm. What do you mean by divergence of the data?

**Cody Wilson:**  It seems to me that the data has to begin to be interpreted around May of '23 what is happening why are we seeing loss of conversions in this place? Why are we seeing loss of memberships why is the Churn increasing you know these weren't questions that we were even asking because the broader risks were showing stability of. The business increase in revenue at least linear, um, and I think the data supports that narrative.

**Matt Larosiere:**  Hm. Mm-hmm. Um, you said a lot of words there and I there was trying pretty hard to follow.

**Cody Wilson:**  We can play it back if you want.

**Matt Larosiere:**  No I don't think I want that, um. I-I guess my question my question was is whether you had something else that could better show this I said sudden downward trend you resisted that are there any other documents that can show a downward trend that? You know on this what did you call it divergence point of May of '23.

**Howard Foster:**  Okay objection asked and answered and, um.

**Matt Larosiere:**  No it's he no it's a different question Howard 'cause he resisted the sudden downward trend.

**Cody Wilson:**  I-I hear what you're saying. Yeah.

**Matt Larosiere:**  Any any other.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I do feel like you asked any other but. If you want to complete your objection, I'll answer.

**Howard Foster:**  No, that was my objection.

**Matt Larosiere:**  All right.

**Howard Foster:**  I thought you did answer this already.

**Cody Wilson:**  I feel like I might have but in the abundance of caution I'll answer again I'm happy to, um, uh, I-I believe it may not be fair to say that we're not relying on other documents than these documents I think there's a wealth of financial documents provided which by themselves even if not. Used by the expert paint the same picture or one even more stark than the one we have painted?

**Matt Larosiere:**  Mm-hmm okay I'm not talking about the expert and I wasn't asking you hold on I wasn't asking you, um. About what you thought you had or what you'd given you you I-I asked if you had any other documents aside from those you handed over.

**Cody Wilson:**  To the expert?

**Matt Larosiere:**  No in discovery.

**Cody Wilson:**  I see yeah so my mind immediately goes to the expert's report you see that that is a document that we relied on in this case beyond these documents we're discussing here.

**Matt Larosiere:**  Wait what do you mean that you relied on in this case?

**Cody Wilson:**  I'm saying you asked me you are asking. Me as I understand you are asking these companies what are the documents

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you rely on to determine this downturn and the expert's report comes to mind first and foremost.

**Matt Larosiere:**  Right right but that was produced after the lawsuit was filed right?

**Cody Wilson:**  Was it produced? Oh, I see your question is what documents do you have from before the lawsuit was filed?

**Matt Larosiere:**  I'm not I'm not really asking that I and if the answer is no, you can say no.

**Cody Wilson:**  Well I don't know that that's my answer. This is the 1st I'm hearing of your your.

**Howard Foster:**  I-I wait I object to the form of the question. It seems like.

**Matt Larosiere:**  I just asked if other documents exist.

**Howard Foster:**  You're asking what we have produced in discovery?

**Matt Larosiere:**  No.

**Howard Foster:**  It's about other documents but now we're asking about what other documents on time.

**Matt Larosiere:**  I said aside from what's been produced because I know what's been produced.

**Howard Foster:**  Okay.

**Matt Larosiere:**  I said are produced.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay.

**Howard Foster:**  Okay this is the 1st I'm hearing the word

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

produced.

**Matt Larosiere:** Okay I'm gonna ask you one more time pay attention. Aside from what's been produced already which I have.

**Cody Wilson:** Yes. All right then I was just blind to that. I just didn't hear you say the word produced.

**Matt Larosiere:** That's okay are there any other documents that show or that you believe, uh, show this downward trend and I don't want to say beginning in or whatever but the way you said is, um.

**Cody Wilson:** Yeah I hear you.

**Matt Larosiere:** The divergence at this point.

**Cody Wilson:** That could or that do show.

**Matt Larosiere:** Whichever one why don't you qualify and answer it decide if it's could or do.

**Cody Wilson:** Interesting, um, I would suspect that there may be public documents which could show documents in the public domain perhaps in the media, um, perhaps in the gun press, um, there's often commentary about defcad on social media for example, um. Characterizing what they themselves determined to be a decline in that business? Um, this may not answer your question.

**Matt Larosiere:** Mm-hmm. It certainly doesn't I'm so how about this? Is there anything you're withholding, or haven't? Produced, that you intend to rely on to show, this this trend we're talking about?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Okay I hear the question I hear the question yeah if I believe some of the pending discovery requests may be asking for additional documents along this line and if they are I will produce if those documents have not been produced and so to fully answer this question currently, no there are no documents we are withholding I don't believe that. There are documents we will not produce that could help you or us answer this question.

**Matt Larosiere:**  Right so your Counsel have represented and certified that they have produced all of the documents upon which you base your claim and intend to rely upon at trial. Does that sound accurate to you?

**Cody Wilson:**  Okay, uh, this is a new, qualification that for me to consider you you're saying rely upon a trial this is the 1st time I've heard you ask that, um, that representation sounds correct but maybe not as to all documents.

**Matt Larosiere:**  Right which don't which 'cause you know, something could come up, um.

**Cody Wilson:**  Well.

**Matt Larosiere:**  So nothing is being with withheld right now.

**Cody Wilson:**  I-I don't believe anything's being withheld especially related to what we intend to use at trial related to these claims.

**Matt Larosiere:**  Okay that's fine I'm going to move on.

**Howard Foster:**  Okay well done.

**Matt Larosiere:**  So, I'm gonna ask you a few specific

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

questions and. I'll take your answers for what they are. Just try to keep it simple. Do you know of any particular customers who stopped using Defcad because of the Fedcad meme?

**Cody Wilson**:  Uh, yes.

**Matt Larosiere**:  Okay, uh, can you name 1?

**Cody Wilson**:  Yes.

**Matt Larosiere**:  Go ahead.

**Cody Wilson**:  Uh, Elik Goldhaber.

**Matt Larosiere**:  Elik Goldhaber, uh, is that the person that, uh, you he's identified in the complaint as a contractor right or partner?

**Cody Wilson**:  I'm not sure can I see the complaint?

**Matt Larosiere**:  Your your Counsel can.

**Cody Wilson**:  Actually no I.

**Matt Larosiere**:  You were supposed to.

**Howard Foster**:  No no no no don't give him that.

**Matt Larosiere**:  He was tasked with testifying as the allegations of the complaint.

**Howard Foster**:  You didn't read it?

**Cody Wilson**:  No.

**Howard Foster**:  You didn't read it?

**Cody Wilson**:  My only.

**Matt Larosiere**:  Well no I'm I. I asked you is Goldhaber was your former contractor?

**Cody Wilson**:  If you're asking are the words former

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

contractor on the page?

**Matt Larosiere:**  No I'm asking no no no I'm asking you is Elik Goldhaber a former employee or contractor of defense distributed?

**Cody Wilson:**  Goldhaber is not a former employee of Defense Distributed.

**Matt Larosiere:**  Okay did you have any contracts with him?

**Cody Wilson:**  Uh, defense Distributed had no, Elik Goldhaber was a defcad partner which did have a formal. Set of terms.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Um, whether that's a contract or not seems to be a legal question that the companies are not prepared to answer.

**Matt Larosiere:**  Okay but you have documents reflecting that that that relationship right like you could prove you had that relationship right?

**Cody Wilson:**  Uh, Foster Goldhaber's prepared to testify.

**Matt Larosiere:**  That's not what I asked you.

**Cody Wilson:**  We have documents that he is prepared to testify to this relationship.

**Matt Larosiere:**  Uh, no I asked you if you have documents evidencing that relationship with Foster Goldhaber.

**Cody Wilson:**  We have our partnership as a service and I believe we have his account information indicating his partner status which would mean and I think is shows that he. Selected

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the option to become a partner.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Or made the positive decision to do so.

**Matt Larosiere:**  And did you hand that over to your attorneys then?

**Cody Wilson:**  Good question. Um, about this document producing this document to my attorney is not something the companies have researched ahead of this Deposition.

**Matt Larosiere:**  Well, I'm asking you.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Have you done it?

**Cody Wilson:**  Within my personal knowledge?

**Matt Larosiere:**  In your brain?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  There's only listen.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  This this corporation thing there's only one guy in front of me. I'm asking what's in the noggin did you do it?

**Cody Wilson:**  Foster Verros here we are a multitude.

**Matt Larosiere:**  Yes but there's one brain it reflects it it owns and represents many things so you're saying?

**Howard Foster:**  Well but okay but you're de- you I think you're deposing him as a 30(b)(6) he's got to give answers for the entity.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah I know to the best of his ability.

**Howard Foster:**  Right.

**Matt Larosiere:**  And so I'm just asking for if it's in here great if it's not.

**Cody Wilson:**  What's. In here is the expression of my limited ability to answer this question.

**Matt Larosiere:**  Okay, uh, did Goldhaber have the same relationship as Foster Khalid?

**Cody Wilson:**  I wouldn't say it was the same.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  All our relationships are so unique. Um, but it is true to say that they, uh, were at times both partners and elected to be partners with Defcad.

**Matt Larosiere:**  But Khalid was also also worked, at the you know did did other work for defcad is that true defcad or defense distributed?

**Cody Wilson:**  I think I might know why you're asking me that, um, I don't know that that's true.

**Matt Larosiere:**  Did they make like renders or something for the?

**Cody Wilson:**  I know that, uh, for a time Mr. Collier is that how you say his name?

**Matt Larosiere:**  I don't know.

**Cody Wilson:**  I don't know either I believe he did prepare renders.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I don't know that that was outside the scope of his partner relationship.

**Matt Larosiere:**  Okay so you're saying that. Okay let me.

**Cody Wilson:**  I'm saying he may have had a different kind of partner relationship as your first question.

**Matt Larosiere:**  Was he a contractor?

**Cody Wilson:**  No I don't think he would represent that he was.

**Matt Larosiere:**  And not an employee.

**Cody Wilson:**  No not an employee.

**Matt Larosiere:**  Yeah you have very few actual employees, right? Like W-2 employees?

**Cody Wilson:**  None of the Defcad partners are employees of Defcad.

**Matt Larosiere:**  Right yeah but and Defcad has no W-2 employees, right?

**Cody Wilson:**  No.

**Matt Larosiere:**  Okay and so?

**Cody Wilson:**  It is closer to call them customers because to get into their position, they they have to usually be a first customer.

**Matt Larosiere:**  Right.

**Cody Wilson:**  And that's why I've answered your question this way.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm. So, so this Khalid no no Goldhaber was it Khalid or Goldhaber you identified as somebody who you know, they'd seen the meme?

**Cody Wilson:**  And had left because of?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I mean Goldhaber.

**Matt Larosiere:**  Goldhaber, um, so like, when did they see it?

**Cody Wilson:**  Well, we have documents, showing that he saw it and was kind of, berating with it, uh, in 2024 especially.

**Matt Larosiere:**  Is that by Zona?

**Cody Wilson:**  I recall such documents especially by Zona or let's say defenestroke.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  There were at least, let's say 4 or. 5 I can recall.

**Matt Larosiere:**  But beginning around 20:24.

**Cody Wilson:**  Directly from the period of August to.

**Matt Larosiere:**  So did Goldhaber have a did Goldhaber have a legio membership at the time?

**Cody Wilson:**  Um, no I don't believe Goldhaber had a Legio membership at that time.

**Matt Larosiere:**  Did Goldhaber tell you that they would have purchased a Legio membership if they hadn't seen the Fedcad meme?

**Cody Wilson:**  Um, yes he did say he did say these words he

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

said other words beyond that.

**Matt Larosiere:**  Yeah what do you mean by these words?

**Cody Wilson:**  Uh, he said he would not, uh, purchase a membership and he would not accept the standard partnership arrangement which is about. He would not accept any commercial arrangements, because of the harassment against him.

**Matt Larosiere:**  And how did he say that? How did you get that communication from him?

**Cody Wilson:**  How did I get the communication?

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Uh, I believe I asked him, you know, he was in trouble. Well, I don't know how much to say about this.

**Matt Larosiere:**  Is this a health problem?

**Cody Wilson:**  No no this is a legal trouble and he was.

**Matt Larosiere:**  You can be be vague about it.

**Cody Wilson:**  Look we had a few a series of phone calls. I've known him for some time he's very well known and liked in this community, um, and in those phone calls, you know, once it was clear that he wouldn't necessarily be arrested. Uh, I'm just thinking of his privacy here.

**Matt Larosiere:**  You don't need to be detailed about that part.

**Cody Wilson:**  Just said he's like, look yes of course this is why I can't work with you guys this is why I can't and don't want to accept money or be a customer. Yeah I'm being bullied. I don't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

like being bullied. If I can ever help you guys fight the bullies, I will you know it's the right thing to do and okay I mean, I-I accepted those representations.

**Matt Larosiere:**  So he said it was because he was being bullied by like, people?

**Cody Wilson:**  Yes he's he's he certainly used the word bully yes.

**Matt Larosiere:**  So he didn't say it was because of the Fedcad meme did. He.

**Cody Wilson:**  No he did he said this campaign.

**Matt Larosiere:**  Okay okay hold on I'm asking.

**Cody Wilson:**  Yes uh-huh.

**Matt Larosiere:**  I'm not asking about your.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Interpretation of the meme as a broader campaign.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  I'm asking about did he tell you?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  That he would have purchased a Legio membership but for the Defcad meme fedcad meme.

**Cody Wilson:**  Um, those were not his words.

**Matt Larosiere:**  Okay did he tell you something to that effect?

**Cody Wilson:**  Yes he did.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay what was it?

**Cody Wilson:**  Um, he said with his campaign and the scrutiny and bullying like with Zona and he mentioned Ivan who I understand to represent Defendant a like he felt he could not pursue a customer relationship or partner relationship until somehow this was resolved.

**Matt Larosiere:**  Okay. Do you know if Foster Goldhaber purchased something from Maf or or any other defendant afterwards?

**Cody Wilson:**  No I don't.

**Matt Larosiere:**  You don't? Okay and did you ever document any of these interactions that you had with him that we've been talking about?

**Cody Wilson:**  Uh, do you mean like commemorate them or something?

**Matt Larosiere:**  I don't know I did. Did you have any records of them? Like I understand the phone calls might be hard maybe you have call logs.

**Cody Wilson:**  Call logs.

**Matt Larosiere:**  I'm don't fixate on that. I'm asking if you documented the communications that's a simple question.

**Cody Wilson:**  Um, I made communications with my attorneys indicating that this guy had asked if he could be a witness.

**Matt Larosiere:**  I don't want to know about your communication with your attorneys.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well nevertheless, I'm trying to think of any communications those are the ones I'm thinking of.

**Matt Larosiere:**  It's so okay.

**Cody Wilson:**  Well.

**Matt Larosiere:**  So there were there documents that that were handed over I don't want to know the contents of them but were there documents that were handed over to your attorneys?

**Howard Foster:**  It might help if you use the word contemporaneously made or that phrase.

**Matt Larosiere:**  If that's what you.

**Cody Wilson:**  I understand the difficulty here, um, let's see.

**Matt Larosiere:**  Yeah at the so Foster Foster right I want to qualify I'm talking about contemporaneously when this happened when he said he was leaving did you document any of those?

**Cody Wilson:**  Oh. I see what you're saying. Yeah, um, I can't say that we did.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  That's the best answer I can give. I don't believe that we did.

**Matt Larosiere:**  You can say you don't know if you don't know.

**Cody Wilson:**  Well, I don't know but hold on.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I think I might be required to know that so I'm

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

just trying to work through it, you know?

**Matt Larosiere:**  I'm not trying to hold that against you.

**Cody Wilson:**  All right.

**Matt Larosiere:**  I mean did you so you don't you don't know if you took notes or anything like that and the only are the only interactions you know of related to this phone calls?

**Cody Wilson:**  The 1st documents that I that we recorded were like on the timeline if you will you know you could see that Foster Goldhaber was having to publicly represent, oh, I don't even work with defcad I know who they are.

**Matt Larosiere:**  Was that true when he said that?

**Cody Wilson:**  I it seems in his mind it it was not true and his explanations to me were some kind of way to make that true for him.

**Matt Larosiere:**  Way to make that him saying he doesn't work with you true?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Can you tell me about that?

**Cody Wilson:**  Yes it seems he was very careful in his in his words like when, uh.

**Matt Larosiere:**  Like in the tweet or to you.

**Cody Wilson:**  In in the tweet for example, yeah you know, like Stroke accused him of collaboration with Defcad which is itself a very political word.

**Matt Larosiere:**  Yeah I-I I'm familiar with that tweet.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yeah so I'm thinking of that and I'm remembering his denial which was like, well, I don't collaborate with Defcad.

**Matt Larosiere:**  Yeah I think he said something like I don't collaborate or work with them in any in any way something like that.

**Cody Wilson:**  Does he say any way?

**Matt Larosiere:**  I don't remember that but it was something like that.

**Cody Wilson:**  You know I-I recall this exchange as well and I thought, you know what a pity.

**Matt Larosiere:**  Um, and so then how did he justify it to you? So he tried to make it true.

**Cody Wilson:**  Uh, I yeah. I could hear I could hear the tone of those conversations being like, well, you know, I don't I don't actually work with you guys I don't actually take money from you guys blah, blah blah even though, you know, he's instrumental in the uploading of his files maybe that doesn't count as working for us so that's for him to determine, I guess.

**Matt Larosiere:**  Were you paying him?

**Cody Wilson:**  No he we would not accept payment.

**Matt Larosiere:**  Huh did you want him to pay?

**Cody Wilson:**  But yeah of course.

**Matt Larosiere:**  Mm so so I guess I want to ask you if you have any other customer who stopped using the Legio service

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

because of the Fedcad meme do you know of any others?

**Cody Wilson:**  I'm tempted to say Khalid but Khalid but he's made enough statements now you know he he seems to want to cast that into doubt.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Collier is the next person I would probably look to by name.

**Matt Larosiere:**  So do you know what statement they saw or do you know if it was the meme itself?

**Cody Wilson:**  Uh, no I couldn't say.

**Matt Larosiere:**  Okay so you don't know whether their decision to discontinue working was because of the meme exactly or?

**Cody Wilson:**  When you style it that way yes it's it's hard to say that it's because of the meme exactly.

**Matt Larosiere:**  Okay, um, I get but you said he comes to mind as somebody who stopped using Legio because of the meme?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  So why do you say that?

**Cody Wilson:**  Um, when you rephrase as the meme exactly it's easier for me to say he stopped using the service because of the campaign of false statements and I think many many false statements were made to him about the website which are not necessarily contained in the meme but are like attendant.

**Matt Larosiere:**  Okay so some broader, you know,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

disinformation campaign?

**Cody Wilson:** I don't know it's hard to say it's hard to have all the documents that he relied on so I can't sit here and say well it was the meme exactly that that made him make the decision I believe though strongly that it was. The false statements about business and other things.

**Matt Larosiere:** Do you know which statement it was?

**Cody Wilson:** Do I know the companies do not know which statement it was.

**Matt Larosiere:** That made him leave.

**Cody Wilson:** If we can even determine that it was a statement that made him leave.

**Matt Larosiere:** Yeah I understand. Um, did you talk to him about this?

**Cody Wilson:** I think it's fair to say. Um, there are communications we recorded, um, which were attempts to talk about it.

**Matt Larosiere:** Tell me a little more about that like attempts to talk about it is it because he refused to, um, discuss it or?

**Cody Wilson:** No only because I think a fair reader of these things might say, well what is being talked about here requires like bringing additional information. To the documents.

**Matt Larosiere:** Mhm high context Communications.

**Cody Wilson:** That's a way better way than I said it yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah. Um, did you did you hand those over to your attorneys?

**Cody Wilson:**  Yes they've been produced before as well.

**Matt Larosiere:**  Okay, um, isn't it, true that Goldhaber we're talking going back to Goldhaber.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Isn't it true that Goldhaber still uses Defcad and Legio?

**Cody Wilson:**  I don't I don't think so.

**Matt Larosiere:**  What well I guess could you define use you write the newsletters right?

**Cody Wilson:**  Which newsletters do we mean?

**Matt Larosiere:**  The newsletters that, the companies here put out the Defcad newsletters, the Dg legio newsletters.

**Cody Wilson:**  It's probably inaccurate to say, Well well, here's the thing do the companies write the newsletters? <crosstalk> sure. Yeah.

**Matt Larosiere:**  Yeah right. Okay well haven't your newsletters recently featured him since 2023?

**Cody Wilson:**  His work has been discussed, and you could say, featured in some of the defcad newsletters.

**Matt Larosiere:**  And so his works since this point continued to be uploaded to the website as well.

**Cody Wilson:**  I believe his works continue to be uploaded to the website.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay. So I guess what's been lost.

**Cody Wilson:**  What do you mean? Well that's an interesting question. From the company's point of view, what's been lost remains the same. There is no commercial relationship with Elik Goldhaber.

**Matt Larosiere:**  Goldhaber.

**Cody Wilson:**  Though we would like one what remains lost is therefore the commercial relationship are you saying?

**Matt Larosiere:**  Well, wait wait so you said there remains no commercial relationship?

**Cody Wilson:**  Well, I-I guess starting with the question what's been lost what's been lost is what started as lost started as not attained. I maybe that's too cute but I mean that's what I mean.

**Matt Larosiere:**  No I'm trying to understand you so that so there wasn't one to begin with it was but you you were going to get it.

**Cody Wilson:**  The harm is?

**Matt Larosiere:**  I don't no, no, no I'm not asking you about the harm.

**Cody Wilson:**  Uh-huh. You're asking about what's been lost.

**Matt Larosiere:**  No I'm asking you, is it your position that you were going to get this commercial relationship?

**Cody Wilson:**  Uh, no no no my position is that, uh, the relationship 'cause of course there is a relationship the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

relationship has not been able to be developed it has been harmed it has in a way been lost.

**Matt Larosiere:**  Stymied.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay, um, so back to Khalid Khalid make, um, renders for you?

**Cody Wilson:**  I-I recall a period where he he did make renders for defcad.

**Matt Larosiere:**  And was he getting paid?

**Cody Wilson:**  I for making the renders?

**Matt Larosiere:**  I don't know. Was he getting paid by your company?

**Cody Wilson:**  At the time that he was making renders, he was as a partner receiving, uh, payments.

**Matt Larosiere:**  Mm-hmm. Um, and was that for the renders or or was he doing other stuff too?

**Cody Wilson:**  No I, oh, hold on. Yes he was doing other stuff that's why it makes answering this question.

**Matt Larosiere:**  Okay. Suffice to say he was a contractor?

**Cody Wilson:**  I would not say he was a contractor.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  He had no contract.

**Matt Larosiere:**  No written agreement whatsoever.

**Cody Wilson:**  I believe he, ascribed to assented to the defcad partner agreement.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  How do you think he assented to that?

**Cody Wilson:**  Um, by requesting that status in the application it's like a slightly different status within the the Cms if you will uh-huh defcad is in one way a large Cms.

**Matt Larosiere:**  Mm-hmm. I mean, did you did defcad ever sign an Nda with Khalid?

**Cody Wilson:**  Um, that's hard to say. I don't think we've researched this sufficiently to make the testimony about it. Today.

**Matt Larosiere:**  Well, this is the this you identify Khalid in the complaint as a lost commercial relationship.

**Cody Wilson:**  Yes whether we had an Nda or not I'm I'm saying, um, I cannot say yet.

**Matt Larosiere:**  Okay. Did Khalid have medical issues?

**Cody Wilson:**  Um, I don't think that's within the company's knowledge.

**Matt Larosiere:**  Never mentioned to the companies that he needed certain medications and needed payment so he could get those medications.

**Cody Wilson:**  Not to the companies no.

**Matt Larosiere:**  Not to the companies. So, the company's we have communications from the companies where they asked him about his medical conditions.

**Cody Wilson:**  Could you show it to me?

**Matt Larosiere:**  Sure I'm going to. Well I find this. Do you.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Do you remember recording communications with Khalid?

**Cody Wilson:**  I don't think the company the companies have I know you want to ask me personally.

**Matt Larosiere:**  No I don't think so.

**Cody Wilson:**  Well, you're asking about memory is there a company memory of recording conversations company conversations with Khalid?

**Matt Larosiere:**  I don't think it's as rigid a distinction as you think it is.

**Cody Wilson:**  Well, I don't know that I think that either I'm just trying to construct your question appropriately.

**Matt Larosiere:**  Yeah. Are there recorded communications with Foster Khalid?

**Cody Wilson:**  I believe there are some screenshots of communications with Foster Khalid Matt have been produced.

**Matt Larosiere:**  Do you know about what those were about?

**Cody Wilson:**  They are like with Foster Goldhaber, I think attempts to communicate about. Um, the Fedcad campaign and his his work with us.

**Matt Larosiere:**  More high context communications.

**Cody Wilson:**  Are you asking if all of the communications with Khalid are high context?

**Matt Larosiere:**  I'm just asking because you said it's like the ones with Goldhaber that's what you described attempts to communicate as so.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Interesting I mean we may have to revisit that I thought the high context communications were only as. Only something ascribed to Foster Collier's communication. I didn't know that I said that about Foster Goldhaber.

**Matt Larosiere:**  Oh, I I'm you know, you may be right, um.

**Cody Wilson:**  The Khalid conversations are are fragmented what we have and show his attempt to delete messages.

**Matt Larosiere:**  What do you mean?

**Cody Wilson:**  In the company's memory the screenshots that we have produced. Show that he has tried to destroy some of his prior communications.

**Matt Larosiere:**  Well, I guess how could how can you tell that he tried to destroy them?

**Cody Wilson:**  Well I think some of the messages show that they have been removed I'm not sure if.

**Matt Larosiere:**  What platform is this on?

**Cody Wilson:**  Good question. This might be an element chat I would need to see the screenshot to probably tell.

**Matt Larosiere:**  Okay yeah. But one of the not your slack.

**Cody Wilson:**  No no.

**Matt Larosiere:**  Yeah 'cause he couldn't have done that in your slack right?

**Cody Wilson:**  What do you mean he couldn't have deleted the message? He was not in our slack so.

**Matt Larosiere:**  Oh, okay. Now, just just again on on Collier

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

did Collier did they have A, uh, legio membership?

**Cody Wilson:**  Do you mean at the time he's.

**Matt Larosiere:**  Sure of loss of this membership? Yeah around 20:23.

**Cody Wilson:**  I think he did I think he did, or we're saying 23.

**Matt Larosiere:**  Or later.

**Cody Wilson:**  I think he did.

**Matt Larosiere:**  Okay and did he tell you that he would have renewed or actually let me ask this did he cancel it?

**Cody Wilson:**  Um, as I understand the cancellation process, I don't think he took the step to cancel the membership.

**Matt Larosiere:**  So he's still a legio member?

**Cody Wilson:**  I don't believe he's still a legio member.

**Matt Larosiere:**  So you think it might have just expired?

**Cody Wilson:**  The legio membership specifically.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  Um, I have no documentary proof that he chose to cancel the membership.

**Matt Larosiere:**  Right you just you just believe he is not currently a member?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay and that's the extent of your testimony on that element? Um, do you know if Collier ever, instead of, getting the new membership, purchased something from Maf Corp or

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

any defendant? Uh-huh.

**Cody Wilson:**  Instead, I can't say that we know he did anything instead of.

**Matt Larosiere:**  Mm-hmm. Do you know if he purchased anything from Maf Corp or any defendant?

**Cody Wilson:**  I have no knowledge.

**Matt Larosiere:**  No knowledge okay. I don't want to take too much time looking for that. I if it comes up I'm I'll show it to you so we may have to just know we may have to hit. The brakes and go back as I go through these.

**Cody Wilson:**  Okay.

**Howard Foster:**  So I'm just point of point of timing here it's 1:30 if if you're not going to be done in one hour, I'm going to have to change my flight.

**Matt Larosiere:**  It looks like I'm not going to.

**Howard Foster:**  All right.

**Matt Larosiere:**  I and I'm sorry.

**Howard Foster:**  I-I understand yeah do you think you'll be done in 2 hours?

**Matt Larosiere:**  Probably I hope I don't know but we only booked it till 5 so that's the worst you got?

**Howard Foster:**  All right.

**Matt Larosiere:**  Okay so are are there any other customers who were Legio members that you can identify that stopped using Defcad because of the Fedcad thing?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  That we can identify by name?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  I think we've identified some at least in the exit surveys though it's difficult to determine their names with that data.

**Matt Larosiere:**  Well I'm asking if you know any by name.

**Cody Wilson:**  I believe there are 2 that we've found. Names for.

**Matt Larosiere:**  Okay for example, just give me first names.

**Cody Wilson:**  Um, because this is not in the 4 corners of the complaint I did not research this.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  To give the the testimony.

**Matt Larosiere:**  Well so you're qualifying that I'm going to tell you that it is because you're you're saying that people left defcad because of the meme.

**Cody Wilson:**  Uh-huh they certainly did.

**Matt Larosiere:**  And I'm asking and I'm asking you about those people.

**Cody Wilson:**  You're asking me for the factual basis.

**Matt Larosiere:**  Right and so tell me you said 2 come to mind what are their first names? I don't want their full identities please just tell me their first names.

**Cody Wilson:**  Because the 1st names of customers who've left was not identified as a subject for this Deposition I'm not

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

prepared to give you the 1st names of these people though we have the documents.

**Matt Larosiere:** Can you identify them in some other way?

**Cody Wilson:** In this moment?

**Matt Larosiere:** You you can even use a placeholder.

**Cody Wilson:** I can identify them as Legio members.

**Matt Larosiere:** Do you and there's 2 in your mind right now right?

**Cody Wilson:** That we know the names of.

**Matt Larosiere:** That you know the names of despite not. Knowing them at this moment?

**Cody Wilson:** Yes.

**Matt Larosiere:** So, can we can you separate them out in your mind into one and 2?

**Cody Wilson:** Whoa well I can try.

**Matt Larosiere:** Okay can we call the 1st one member 1?

**Cody Wilson:** Let us let us do that.

**Matt Larosiere:** Okay so, what statement did member one see that caused them to stop using, uh, legio?

**Cody Wilson:** Uh, I'm not sure that it's true, um, that it was one statement that they saw.

**Matt Larosiere:** Okay.

**Cody Wilson:** That caused them to leave.

**Matt Larosiere:** So what's your basis why do you believe they left?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, these were people who for example selected, uh, I don't want to support Fedcad.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  And left a comment indicating their familiarity with the meme.

**Matt Larosiere:**  Okay, um, can you so is this information in your mind right now is that from the exit surveys or is it from something else?

**Cody Wilson:**  Yes I think it's specifically correlating a real name to real names to members who left these exit survey results.

**Matt Larosiere:**  Yes. And did you do further communications with them or or was it based on the expert the exit surveys?

**Cody Wilson:**  There are no further communications.

**Matt Larosiere:**  Okay so your your knowledge of their activity is based on the survey results is that fair to say?

**Cody Wilson:**  Um, my knowledge which includes their names.

**Matt Larosiere:**  Well no no your knowledge of their activity. You were able to ascertain their name by connecting it to the survey right?

**Cody Wilson:**  I think that's fair to say.

**Matt Larosiere:**  Yeah so and I'm not interested in their names but.

**Cody Wilson:**  Thank you.

**Matt Larosiere:**  I'm just wanting to know. Your knowledge of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

their actions is based on the survey results is that correct?

**Cody Wilson:**  My knowledge of their actions, uh, yes I think that's correct.

**Matt Larosiere:**  So can can you can you think of about what they said so I can try to find it?

**Cody Wilson:**  Uh, yes this would be one of your I think your first, uh, select to. Choose not to support Fedcad.

**Matt Larosiere:**  The 1st one just says not interested and that was in January of 2026.

**Cody Wilson:**  Okay you mean the 1st I choose not to support Fedcad then has a follow-up comment. Of.

**Matt Larosiere:**  Yeah not interested.

**Cody Wilson:**  Not interested. Do you know about when this was?

**Matt Larosiere:**  Uh, I think these customers are separated by years.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  I found this one, um, and I'm going to go straight to their please provide more information. Um, Cody Wilson conviction for one, the undisclosed which I'll say I don't think you were convicted, um, the undisclosed data breaches for 2, the theft of Ip for 3, the gatekeeping of data behind Crypto paywalls for 4, the self-righteous behavior of Cody Wilson for 5. Is that the one you're talking about?

**Cody Wilson:**  Are you asking do I know this person's name?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  No you we're talking about member one and member 2 right is this one of them?

**Cody Wilson:**  I don't believe that would be member one no.

**Matt Larosiere:**  Could it be member 2?

**Cody Wilson:**  Uh, it could not be member 2.

**Matt Larosiere:**  So let's just keep looking for member one then.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  The next one that says I don't want to support Fedcad is I did not remember even ordering it is that the 1?

**Cody Wilson:**  Could you give me the date?

**Matt Larosiere:**  October 2025.

**Cody Wilson:**  No I think that's too late.

**Matt Larosiere:**  Okay. The next one that says, uh, I don't want to support Fedcad says Fed has stole $180 on recurring payments from this site that can't cancel the subscription this is the 3rd time cancellation and that was. July of 2025 is that the 1?

**Cody Wilson:**  July of 25? I think the companies will represent that because this was outside the notice topics that they have not been able to. Research research what name of member one what name of member 2 would correspond with these survey results?

**Matt Larosiere:**  But you said that your knowledge of this is

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

based on the survey results, right?

**Cody Wilson:**  It is.

**Matt Larosiere:**  So we're going through this right now right?

**Cody Wilson:**  It is based in part on the survey results.

**Matt Larosiere:**  Well that's your testimony just now was that it was on the survey results and nothing else.

**Cody Wilson:**  That was my testimony.

**Matt Larosiere:**  Yes.

**Cody Wilson:**  I hate to be making testimony in error.

**Matt Larosiere:**  You said that their actions of leaving the. Site was based on the survey results and their name was based on something else.

**Cody Wilson:**  The action yeah I didn't understand you to mean actions in the last 2 questions that you've been asked.

**Matt Larosiere:**  Talking about leaving we're we're trying to get to the bottom of why they left defcad.

**Cody Wilson:**  I understand why you might think that I thought you meant actions but no I would need more information and in full disclosure to study more to identify member one and member 2 for you on this data set.

**Matt Larosiere:**  So then what else did you base it off of? You said there were no other communications right?

**Cody Wilson:**  You see these hashes in this data set, um, there are database objects.

**Matt Larosiere:**  Now hold on uh-huh I think you're getting to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

linking to the name right?

**Cody Wilson:**  I may be yeah.

**Matt Larosiere:**  So, you said earlier that you had no additional communications with these people right? Yeah.

**Cody Wilson:**  Communication. Um, I believe the question was was there follow-up or additional communications after the surveys I think we said no there are no there were no follow-up communications.

**Matt Larosiere:**  Okay. Okay so I found, um, just because I'm on this page I found 2 more, um, one gave the the 1st reason for leaving as Pride Month and then please provide more detail. Wow.

**Cody Wilson:**  Interesting. Interesting.

**Matt Larosiere:**  Yeah. Do you have an idea of why that person might have left?

**Cody Wilson:**  Could you give me the month that they left?

**Matt Larosiere:**  Uh, July of 2025.

**Cody Wilson:**  Hmm no it would seem that they're motivated I don't know their motivations are rather obscure.

**Matt Larosiere:**  So how about right the the same day, uh, your recent disgusting article encouraging homosexual literature and behavior stay in your lane you are anti-gun control not a homosexual advocacy group. Oh, and that's it do you think those 2 might be related?

**Cody Wilson:**  I think that's an unfortunate response. It displays bigoted sentiments.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  You think so?

**Cody Wilson:**  It seems to.

**Matt Larosiere:**  So, here we go. Do you think that those, uh. People might have left because of the meme.

**Cody Wilson:**  The the bigoted and obscure responses we just.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Reviewed, uh, yeah. I think the Pride Month one might have left because of the meme.

**Matt Larosiere:**  Did you make a blog post around that time called Pride Month?

**Cody Wilson:**  No I don't think around that time.

**Matt Larosiere:**  You don't but did you make a blog post called Pride Month?

**Cody Wilson:**  Uh, I don't recall any blog post named Pride Month.

**Matt Larosiere:**  Do you remember making an article in which you, uh. Hold on. Recall making an article titled Triton 9 Gr2 and Pride Month on the Defcad blog.

**Cody Wilson:**  Uh, no no such article was made that's a republication of a newsletter.

**Matt Larosiere:**  Oh, it's a newsletter? So do you recall that newsletter?

**Cody Wilson:**  Um, in general terms, could you tell me what month it was from?

**Matt Larosiere:**  No I can't. But you can recall it in general

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

terms? It seems like.

**Cody Wilson:**  I can.

**Matt Larosiere:**  Okay. This would you like me to, um, I do see something that's defcad.com/blog. Triton 9 gr2 pride so is this you're saying these are republications of the newsletter on the defcad website?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay, um, so do you recall making a publication called Pride Month?

**Cody Wilson:**  Did defcad make a publication called Pride Month?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  It did not.

**Matt Larosiere:**  As a newsletter.

**Cody Wilson:**  Uh, the title that you've reported here sounds accurate. I'm happy to review it if you want.

**Matt Larosiere:**  Uh, I'm not sure I want to show it to you just now. I'm asking. I-I remember you testified about this at your last Deposition do you remember testifying about that? And there's some talks about homosexual relationships.

**Cody Wilson:**  I guess the corporation has no memory of this.

**Matt Larosiere:**  What's that? Does the corporation is there a different Cody Wilson?

**Cody Wilson:**  Well I'm I don't mean to be too cute, um, I don't believe defense distributed was deposed about this topic.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Do you know if well, I'm talking about Defcad's blog do you understand that? And Defcad this is it says defcad.com/blog and I'm talking about Defcad's newsletter do you understand that?

**Cody Wilson:**  Yeah, I understand that.

**Matt Larosiere:**  So is there a different Cody Rutledge Wilson that's a that's a different person from the corporate representative on defcad?

**Cody Wilson:**  Uh, this Corporate Representative is? The very same Cody Rutledge Wilson.

**Matt Larosiere:**  Okay so that so is that the same Cody Rutledge Wilson Matt was deposed about the subject of Defcad's blog post? In, uh, Sarasota, Florida earlier this year.

**Cody Wilson:**  Deposed about this subject. Don't know that it was a listed subject if you're asking was Cody Wilson deposed about Defcad's blog? I think in part he was it seemed more often he was deposed about the newsletters but the newsletters do include the title you've identified here.

**Matt Larosiere:**  Okay so is that that same Cody Rutledge Wilson? He's in the room with us right now is that correct?

**Cody Wilson:**  I believe so.

**Matt Larosiere:**  Is he speaking to me right now?

**Cody Wilson:**  The Cody the Cody Wilson who was deposed then is the Cody Wilson being deposed now?

**Matt Larosiere:**  Okay so do you recall talking about the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Pride Month call it blog post call it newsletter, whatever it is.

**Cody Wilson:**  I think the issue is what you're asking me about, was an exhibit presented to me which may not be on this website I'm not sure if we're talking about the same thing.

**Matt Larosiere:**  I'm just asking if you recall it.

**Cody Wilson:**  I recall an exhibit, at that time in that deposition. Which seemed to discuss pride month.

**Matt Larosiere:**  Do you remember the general subject of it?

**Cody Wilson:**  Of pride month?

**Matt Larosiere:**  Of the yeah.

**Cody Wilson:**  Of the exhibit I remember a segment of the newsletter discussing why. This year's Pride Month seemed to pass. In like relative, uh, with like less celebration and less public prominence than in previous years mhm.

**Matt Larosiere:**  So you make a lot of comments about people who are in the, you know, overall 2nd Amendment community in that. Article whatever it is.

**Cody Wilson:**  Mhm.

**Matt Larosiere:**  You remember that?

**Cody Wilson:**  Making a lot of comments?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I remember a running commentary. That begins with the idea that it's conspicuous that Pride Month was not as loudly celebrated this year.

**Matt Larosiere:**  Okay so do you remember, uh, let me read you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

a segment from it no doubt developer names like Faggy the kid and suck boy or projects like Aussie's Pen 15 launcher are annoying statements of masculine emotional. Limitation as much as they are powerful if ultimately meaningless psychosexual expressions.

**Cody Wilson:**  Are you asking if I recall this?

**Matt Larosiere:**  You yeah.

**Cody Wilson:**  Yes I I'm not sure though if this is still.

**Matt Larosiere:**  Are those your words?

**Cody Wilson:**  Public those are the words of defcad.

**Matt Larosiere:**  Okay so are you saying nice things about faggy the kid and suck boy?

**Cody Wilson:**  I think they were yeah.

**Matt Larosiere:**  You think so?

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Okay, um, then you go on to say, uh. In its recent seasons Twig has gone beyond the libidinal musings of the lonely fuddbuster with the addition of John Elik as great rememberer Quig twig has evolved into a creative, spontaneous and podcast-like justification of mutual male infatuation the suffering ecstasies and gulping monologues of Larosier whose blood boils too much for him to bear are transformed through Ellick's midnight intimacies and paratextual confessions into a profound exchange of 2 men's love thoughts and mind histories. This is some of the best gay fiction of the decade in any medium and we are privileged to witness.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Those are the words of the.

**Matt Larosiere:**  Yeah they are.

**Cody Wilson:**  Yeah they are.

**Matt Larosiere:**  So I mean, you're kind of making some statements about the lonely fuddbuster and and John Elik, the great rememberer right?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay. I mean, do you think these are nice things that you're saying?

**Cody Wilson:**  I do.

**Matt Larosiere:**  You do. Your attorney just laughed I think and I think I know why he laughed.

**Cody Wilson:**  My attorney, he's he's not as accustomed as us.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  To, you know, queer identity on the internet.

**Matt Larosiere:**  What do you mean queer identity on the internet?

**Cody Wilson:**  I mean the way that we use this these mediums these channels to kind of challenge received wisdom about masculinity and our industry and I think your special insight.

**Matt Larosiere:**  And mine and mine.

**Cody Wilson:**  That you can't remove the sexual drive from these other drives.

**Matt Larosiere:**  I don't know what you're talking about.

**Cody Wilson:**  I know you do.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Let me help you let me help you.

**Matt Larosiere:**  We're almost done.

**Cody Wilson:**  I don't want to don't help me.

**Howard Foster:**  No I I'm really trying to I facilitate.

**Cody Wilson:**  He just wants to catch A. Flight it's so selfish.

**Howard Foster:**  No, no, no, no, no I've just, canceled my flight so I'm I want to if you and I can talk outside.

**Matt Larosiere:**  I I'm just worried about time.

**Howard Foster:**  I'm trying to help with to get you done.

**Matt Larosiere:**  All right off the record for just 2 minutes okay.

**Howard Foster:**  Right.

**Cody Wilson:**  Always.

**Abdullah Khalid:**  The time is 1:41 p.m and we are off the record. All right the time is 1:48 p.m Eastern Standard Time and we are now on the record.

**Gary De Pury:**  Thank you, sir.

**Matt Larosiere:**  So, I so let me just try to make this short we went down this thread because I wish you wouldn't I-I love this part I want to talk about don't worry we're gonna talk about a lot.

**Cody Wilson:**  I want to talk about it.

**Matt Larosiere:**  We're gonna talk about so much but, um, the reason we went down here was because I don't know if you remember

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

this was exhibit. E of the reasons we were talking about these right the 2 people who mentioned the Pride month.

**Cody Wilson:**  Pride month. Oh, in quotation marks?

**Matt Larosiere:**  Yeah pride month and then the the talking about the sorry I'll right.

**Cody Wilson:**  And calling it disgust yes yeah.

**Matt Larosiere:**  So do you think it's possible that those people left because they didn't like the tenor of that, uh. Post, uh, that we were just discussing.

**Cody Wilson:**  It's tenor, um, no I-I don't. Know that it's its tenor if I'm to in if I'm to truly assess it seems that they disagree with the substance, the content and not its tenor.

**Matt Larosiere:**  And that's what their issue was.

**Cody Wilson:**  Uh, in in this remark it seems that they wanted to highlight. Perhaps they wanted to highlight the section of the newsletter that you have in kit.

**Matt Larosiere:**  So I-I want to know more about the the customers one and 2. Are you saying that we can go through all of these and and you wouldn't be able to tell me which one in your mind is customer one and which one is customer 2?

**Cody Wilson:**  As my previous answer indicated, I-I would need to do more preparation to answer that question under 30 b6.

**Matt Larosiere:**  Well, you said that customers left defcad and were driven to what you allege to be a competing enterprise and I'd like to hear about that. So are you not like can you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

identify somebody who left defcad and went to a competing enterprise?

**Cody Wilson:** Okay it seems to be a contention I don't know disputed that we're saying we can identify one such person who both left defcad. And also that we know by name purchased from Mavcorp or the enter-.

**Matt Larosiere:** I'm not asking if you know by name.

**Cody Wilson:** Uh-huh. Well, it seems to be the chapter of this Deposition that we are in and I am saying I would need to do more research to identify such a person.

**Matt Larosiere:** Have you been able to identify such a person?

**Cody Wilson:** Have I been able to? Well, as we mentioned, there's a member one and a member 2 who at least in the previous criteria we were able to identify by name. I understand now the criteria may have changed with the new question.

**Matt Larosiere:** Well, I'm just trying to shorten things up.

**Cody Wilson:** I appreciate that. I wish Howard had not helped you.

**Matt Larosiere:** Well, we'll take that up, uh, eventually, um, so it's I guess another question can you identify somebody who stopped using Defcad/stopped being a Legio member, um, because of the. Fedcad meme and then went on to patronize Mavcorp or one of the defendants.

**Cody Wilson:** I'm struggling with the word patronize.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Purchase anything from give a dollar to.

**Cody Wilson:** Purchase mhm. Um, you know that I don't, want to represent that I think. Patronize would only mean directly giving money.

**Matt Larosiere:** Well, I'm asking you about giving any purchase giving any money.

**Cody Wilson:** Mhm. Uh, I'll say Fedcad responses especially with the supplementary commentary indicate a kind of, state change of opinion and when that opinion is expressed in a familiar way to the.

**Matt Larosiere:** Foster Elik I'm gonna have to stop you because I-I do not understand what you're saying. This is this is if the like I-I was serious earlier I need you to speak to me with a high school reading comprehension level because what what is coming out of your mouth to me is word word salad I don't understand it.

**Cody Wilson:** Well.

**Matt Larosiere:** It's I asked you a yes or no question.

**Cody Wilson:** Oh, you did.

**Matt Larosiere:** Can you identify yes or no?

**Cody Wilson:** Uh-huh.

**Matt Larosiere:** Can you identify somebody, who has stopped stop using defcad slash stop being an Eleggio member?

**Cody Wilson:** Uh-huh uh-huh.

**Matt Larosiere:** Because of the meme.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Who then went on to patronize Mathcorp.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  By giving them any money?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Or any defendant by giving them any money.

**Cody Wilson:**  With this specific construction, uh, sitting here today no the companies cannot identify by name such a person.

**Matt Larosiere:**  What about by screen name?

**Cody Wilson:**  If, the question continues to be can I believe the answer may be different?

**Matt Larosiere:**  Well, that's not the question you were asked.

**Cody Wilson:**  The answer I believe the question began with the word can and so it is asking about possibility or facility.

**Matt Larosiere:**  I don't think you need to get too deep into the weeds on on linguistics. Let's let's keep things like you're talking to.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  A mechanic which is what I was for 10 years so talk to me like a mechanic.

**Cody Wilson:**  Again, my answer is I believe yes we can.

**Matt Larosiere:**  Can then why haven't you?

**Cody Wilson:**  It doesn't seem to me that such a request has

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

been made in. Discovery.

**Matt Larosiere:**  Well, it's your allegation.

**Cody Wilson:**  No no as you've specifically constructed it here it is not an allegation as I understand it in the complaint.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Not so specific.

**Matt Larosiere:**  As you understand my complaint.

**Cody Wilson:**  But right now.

**Matt Larosiere:**  But right now.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Okay so can you identify any one person, who after seeing the meme.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Went on to because of it, went on to patronize Mathcorp or any defendant?

**Cody Wilson:**  If identify includes screen names yes I believe we can.

**Matt Larosiere:**  Who's that?

**Cody Wilson:**  Um, these are again. It is difficult with this not being a specific subject of this Deposition it is difficult for me to sit here and recall that screen name.

**Matt Larosiere:**  I requested this topic as a 30(b)(6) you requested this topic.

**Cody Wilson:**  You can.

**Matt Larosiere:**  Could I have the complaint?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Yep.

**Matt Larosiere:** Here's what I'm looking for. So on the 1st page, I see Defendants conspired to make false statements about defcad and to steer them slash to their rival business, the Gatalog slash Mathcorp. You remember that being in the complaint?

**Cody Wilson:** Yes.

**Matt Larosiere:** Okay I have it. Pulled up on this laptop if you want me just to do a word search or.

**Cody Wilson:** Yeah why don't you.

**Matt Larosiere:** Let me take a look. Okay do you remember, saying defcad seeks preliminary and permanent injunctive relief preventing Defendants from making further false statements to drive business to the Gatalog/mathcorp.

**Cody Wilson:** That sounds, um, like that's in the complaint.

**Matt Larosiere:** Mhm it says defendant's pattern of wire fraud has been committed through Math it says that Florida corporation, Mathcorp and Holiday and the lord of the sear acting through affiliate website control pew intentionally and without justification interfered with business relationships. It says here on Paragraph sixty-six the false statements were made in commercial context including the Reddit, Twitter and Florida-based online forums with the intent and foreseeable effect of deterring Defcad's customers and partners from doing business with Plaintiffs and redirecting them to the Gatalog and Mathcorp. So.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Yep so you say that and, uh, but then in the the body of the complaint it's it's clear that Mathcorp is alleged to be the the. Rico enterprise so I want to know if you know anybody that because of the meme.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Became you know, gave money to Mathcorp.

**Cody Wilson:**  Um, there seems to be some suggestion in your question that the enterprise needs to receive the money and this seems to be a legal conclusion that I'm not asking you.

**Matt Larosiere:**  No no.

**Cody Wilson:**  I'm not sure that the corporation.

**Matt Larosiere:**  This is a yes or no question.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Do you know of somebody and can you identify them?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Who because of the meme, went on to pay Mathcorp.

**Cody Wilson:**  Well when we when we create it like that the 1st person that comes to mind is Defendant Strohm.

**Matt Larosiere:**  What did Defendant Strohm buy from Mathcorp?

**Cody Wilson:**  Uh, I recall on Defendant Strohm's, uh, Deposition saying that the meme is what brought her to you and and to Mathcorp and that in fact, the only things that she'd

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

received. Were items from Mathcorp and things that she had purchased like kit components as well.

**Matt Larosiere:** Okay.

**Cody Wilson:** And I thought that's interesting I can identify at least that person which is a strange thing right it's like.

**Matt Larosiere:** Yeah that that is odd is anybody else anybody who's not a Defendant?

**Cody Wilson:** You know when you think about it as like the Defendants I suppose you could say that Foster Elik can be included in this.

**Matt Larosiere:** Foster Elik a Defendant I said anybody who's not a Defendant.

**Cody Wilson:** Non-defendants.

**Matt Larosiere:** Yep.

**Cody Wilson:** At this rate you know, um. Who because of the meme specifically because of the meme, purchased something at Mathcorp?

**Matt Larosiere:** Or gave Mathcorp a dollar, sent a quarter in the mail anything?

**Cody Wilson:** Well I recall on old Fosscad and I believe we have produced these in discovery people commenting with screen names I cannot recall. Upon the announcement of your copyright lawsuit, for example, this is why I support Mathcorp fuck fedcad this is why I only purchase with Mathcorp. This seems to me to be the closest thing I can right now identify as that very thing.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  That's it.

**Cody Wilson:**  I'm not saying that's it but it's the closest thing I can think of. In this moment.

**Matt Larosiere:**  Well, you didn't hand us anything at all.

**Cody Wilson:**  Do we not?

**Matt Larosiere:**  Mm-mm.

**Cody Wilson:**  We handed you nothing from social media about people.

**Matt Larosiere:**  Not about anybody buying anything from Mathcorp.

**Cody Wilson:**  Or supporting Mathcorp no well, I wish then, and I pray that in the outstanding discovery requests there may be such a request to which I can give you those documents.

**Matt Larosiere:**  Well, but wouldn't those have been central to your claims?

**Cody Wilson:**  I think such a document if we knew it existed in the exact construction you've you've given to me here I think you would have it by now.

**Matt Larosiere:**  Yeah I think so.

**Cody Wilson:**  I hope you would have it by now.

**Matt Larosiere:**  Yeah okay.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  'cause that would have been you know, that would be important right?

**Cody Wilson:**  I believe you have all the Mapcorp related

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

commentaries about.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  From 3rd parties about why they are Mapcorp's customers especially when that there's commentary about Fedcat I'm thinking of Reddit I believe that has been produced.

**Matt Larosiere:**  Okay. So let me ask you something else. How much money do you think each Defendant earned because of the meme?

**Cody Wilson:**  Hard to say.

**Howard Foster:**  Well, objection calls for speculation.

**Cody Wilson:**  Hard to say I think my answer is it is hard to say.

**Matt Larosiere:**  No I think and I think I think that's fair. Um, I think you seek, uh, I don't even know. Do you have documents to show that, John Elik profited as a result of the meme?

**Cody Wilson:**  Hmm I'm again, I'm being hung up on as a result of the but I am thinking. I have only I think well, it's not fair to say I have, I think what's responsive here is his own commentary about the money he's made after the meme and so that's why it seems like it's responsive to your question.

**Matt Larosiere:**  So any money he's ever made after the meme you think is responsive.

**Cody Wilson:**  Well now you're saying making money off the meme and I interpret that to be a different right question.

Case 9:25-cv-81197-DMM   Document 134-15   Entered on FLSD Docket 05/14/2026   Page 162 of 355

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  You know off the meme it may be more.

**Matt Larosiere:**  Can you describe these documents you're talking? About.

**Cody Wilson:**  Well now I'm not saying that there aren't documents it seems you've changed the question.

**Matt Larosiere:**  Yeah I no I asked if you had any.

**Cody Wilson:**  You okay please then would you ask your question again?

**Matt Larosiere:**  Do you have any documents showing Matt John Elik made any money from the meme?

**Cody Wilson:**  Off the meme?

**Matt Larosiere:**  From the meme?

**Cody Wilson:**  Yeah flowing from, well I would say some some of the documents that we've produced and John Elik own Deposition would substantiate. That he has made money as a result of the meme.

**Matt Larosiere:**  In what way?

**Cody Wilson:**  Um, to me, oh, gosh but I have to speak as the corporation.

**Matt Larosiere:**  Corporation's the Plaintiff so they're the one making the allegations?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Yes so they they're the ones who need to speak.

Filevine                    www.filevine.com                    162

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yes you're right. Um, the complicated answer to this question, that I will now simplify, comes down to the copyright lawsuits, I think.

**Matt Larosiere:**  What do you mean?

**Cody Wilson:**  The corporations are of the belief Matt John Elik was the prime mover in the copyright lawsuits?

**Matt Larosiere:**  What do you mean by prime mover?

**Cody Wilson:**  For example, he had, he has or had intellectual property and it seemed that part of the scheme. To defraud both the public and defcad, about this intellectual property was a scheme to make money. It seems that the defcad or the Fedcad meme is is in a way a way to create a value in his intellectual property. Yes.

**Matt Larosiere:**  The meme how.

**Cody Wilson:**  Well remember John Elik is the primary kind of author of the of the claims of the Fedcad meme so. By calling for a boycott of Fedcad and then initiating an intellectual property dispute he had created a better valuation of his intellectual property.

**Matt Larosiere:**  Interesting, um, I don't think you allege that in the complaint do you?

**Cody Wilson:**  This specific allegation?

**Matt Larosiere:**  Or the idea that this has to do with the copyright lawsuit.

**Cody Wilson:**  That the no, no, no I think this is included in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

a series of false statements which include his false statements about his intellectual property.

**Matt Larosiere:**  Okay did did you bring up any of those false statements in the. Complaint.

**Cody Wilson:**  In the complaint?

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  I believe the complaint focuses on false statements which are more about defcad.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  But I believe these are included like the statements he has made about, for example, stealing intellectual property you know, we would focus too much on the Fedcad meme.

**Matt Larosiere:**  Cover this so I don't see that.

**Cody Wilson:**  There have been many false statements made about the defcad business and Foster Elik relationship to that business.

**Matt Larosiere:**  Okay so you're kind of, um, you're going off into the weeds here, uh, I think you're I think you're separating out from the meme.

**Cody Wilson:**  I think this is of course, because we this complaint does not say that the meme is the only problem that we have or that it is exclusively the statements of the campaign.

**Matt Larosiere:**  Can you tell me where in the complaint you state that there's that this scheme has something to do with aside from the meme?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  That has something to do with what?

**Matt Larosiere:**  That is aside from the meme itself.

**Cody Wilson:**  Yes yes the complaint says a series of false statements which include, for example, that Defcad is hosted in Iran.

**Matt Larosiere:**  So I don't yeah I don't see that.

**Cody Wilson:**  You're saying it's not in the 2nd amended complaint.

**Matt Larosiere:**  The only statements that are identified are the meme and then there's an allegation about Iran but no statement is identified. So I'm trying to understand what where the statement is.

**Cody Wilson:**  So we're tripped up on statement and allegation. Well, as I understand my duty today, it is to speak about the factual basis of the allegation.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  Okay and I know that we have produced these statements which would support the allegation.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  For example, statements about Iran.

**Matt Larosiere:**  Yeah so I have here defendant's false allegations of defcad being hacked its data dumped and being hosted in illegal territories like Iran have damaged defcad by significantly decreasing defcad's revenue and profits.

**Cody Wilson:**  Uh-huh.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** And you can you identify the paragraph number there?

**Cody Wilson:** 34.

**Matt Larosiere:** 34 okay.

**Cody Wilson:** Um, well.

**Matt Larosiere:** So what does that have to do with the copyright lawsuit?

**Cody Wilson:** Uh, remember this is not exhaustive. Of the false statements it is not to identify the only false allegations that have been made by the Defense.

**Matt Larosiere:** So where else do you talk about other false allegations?

**Cody Wilson:** Uh, okay look look at 35 they continued and continue to make false allegations on the internet since 23 I mean that if that doesn't include everything I don't know what does.

**Matt Larosiere:** Uh, 35 can you read 35 to me?

**Cody Wilson:** I'll do it.

**Matt Larosiere:** Use your best speaking voice.

**Cody Wilson:** Yes please. Moreover, defendants continued and continue to make the same false allegations on the Internet repeatedly since May 2023.

**Matt Larosiere:** So the same right.

**Cody Wilson:** I see you're thinking or you are suggesting that paragraph 35 is only referring to paragraph 34.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  No not I'm just asking you to read.

**Cody Wilson:**  When I read 35, I believe it is referencing all the statements that the Defendants make which are intended to harm the business.

**Matt Larosiere:**  And and you believe you're suing about all of these statements that aren't identified in the complaint?

**Cody Wilson:**  I'm believing I am suing about a campaign of false statements about the business defcad which is not limited to the 4 corners of the Fedcad meme or or the statement that Defcad has hosted an errant. There is there are more statements made than those 2 statements.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  In this campaign.

**Matt Larosiere:**  And those and those statements are some of those are not on the complaint.

**Cody Wilson:**  That fair to say?

**Matt Larosiere:**  Well sure it'd be a big complaint.

**Cody Wilson:**  Mm-hmm.

**Matt Larosiere:**  Like the last one.

**Cody Wilson:**  Mm-hmm.

**Matt Larosiere:**  The one that preceded it if we were to include more of the statements for example, I'd include Foster Clark's statement.

**Cody Wilson:**  Mm-hmm.

**Matt Larosiere:**  But the way we joined Foster Clark to this

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

lawsuit, we only showed or alleged his participation in sharing the meme. I'd have to reread the paragraph. He said many more false things than that.

**Cody Wilson:** Okay.

**Matt Larosiere:** So simple question I asked you, was if you had any documents, showing that Foster Elik made any money from publication of the meme?

**Howard Foster:** Objection has been answered.

**Cody Wilson:** I'm not done with my question Howard.

**Matt Larosiere:** I said that that was the question. I-I really asked you.

**Cody Wilson:** It wasn't quite a question yet.

**Matt Larosiere:** Oh, sorry about that.

**Cody Wilson:** Simple question I asked you.

**Matt Larosiere:** Okay go ahead finish.

**Cody Wilson:** And you didn't answer it you started just kind of talking about these.

**Matt Larosiere:** Other things right.

**Cody Wilson:** So I guess were you.

**Matt Larosiere:** Uh-huh.

**Cody Wilson:** Is where you were you were getting there is that something resulting from the copyright action is how Elik made money from this?

**Matt Larosiere:** No no no it seemed to me he couldn't be guaranteed of any outcome in the copyright action and I don't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

know that there's been such an outcome.

**Cody Wilson:** Mm-hmm.

**Matt Larosiere:** I don't think I'm referring to that.

**Cody Wilson:** What do you mean you don't know there's been such an outcome?

**Matt Larosiere:** I don't know it seemed that you were asking me if I know about that.

**Cody Wilson:** Do I misunderstand your question?

**Matt Larosiere:** It's okay, um, there was a copyright action, right?

**Cody Wilson:** Uh, sure. And more than 1?

**Matt Larosiere:** More than 1?

**Cody Wilson:** The chief one was 2024 in the Middle District right?

**Matt Larosiere:** Yes.

**Cody Wilson:** Okay.

**Matt Larosiere:** Um, what was the result of that?

**Cody Wilson:** Well and you'll have to tell me as an attorney I worry about disclosing the result of it to. The party.

**Matt Larosiere:** Well you're in a Deposition so that's your obligation required to is what you're saying?

**Cody Wilson:** Well that's helpful it was settled I believe it was settled.

**Matt Larosiere:** Mm-hmm. With which parties?

**Cody Wilson:** Well the releasing parties is I kind of, uh,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you know with the way I read the releasing parties it's Matthew Larosiliere there's acting through him his agents and employees it's kind of like. A bigger than maybe you know, one guy.

**Matt Larosiere:**  Mm and so you think Foster Elik may have profited from that?

**Cody Wilson:**  From the settlement?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  No I'm not saying he profited from the settlement and of course, how can his statements from 2023 be about a settlement? I-I don't represent that they are.

**Matt Larosiere:**  Okay but you were you know you were kind of driving to his intellectual property which you're saying it increased the value and then there was A.

**Cody Wilson:**  There's a long-running commentary from Foster Elik on Twitter about these. Very things.

**Matt Larosiere:**  Which very things.

**Cody Wilson:**  How his patents being stolen from, how he's going to have to cut these people off how there's an inherent value in his property how he's got a plan, uh, how Cody Wilson hasn't had to pay him. Money for a house yet.

**Matt Larosiere:**  Who said that?

**Cody Wilson:**  Which I think is a curious statement.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Uh, so it seemed to be almost an expectation of some money or you could say some profit.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay. Um, now Elik was a-a party in that case at one point right?

**Cody Wilson:**  Yes I think these statements were made before he was such a party.

**Matt Larosiere:**  Before the lawsuit was even filed?

**Cody Wilson:**  I-I think they may have been.

**Matt Larosiere:**  Okay, um.

**Cody Wilson:**  Which indicates that the statements are related to the campaign.

**Matt Larosiere:**  Yeah so I mean and you said that there were works that Foster Elik had created that were the subject of that lawsuit right?

**Cody Wilson:**  I don't know that I said that in fact I don't think I did I don't think I used the words there are works that Foster Elik created that were the subject of the lawsuit I think you may have if you'd. Like.

**Matt Larosiere:**  Okay I'm just going to ask this because it will make it easier.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Um, what were the terms of the settlement agreement? Did you have to take the works down?

**Cody Wilson:**  Uh, which works would.

**Matt Larosiere:**  The works subject to the lawsuit?

**Cody Wilson:**  The works subject to the lawsuit as I think all parties releasing parties too represent are the property of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Matthew Larosiliere.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  As a settlement condition property of Matthew Larosiliere has to be removed from the lawsuit I'm sorry the website?

**Matt Larosiere:**  The website. And was there is there any monetary consideration that needed to be paid?

**Cody Wilson:**  As a condition of settlement?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Yes a-a large settlement I think.

**Matt Larosiere:**  What was that?

**Cody Wilson:**  You could say substantial consideration was required to settle the lawsuit.

**Matt Larosiere:**  What was that consideration?

**Howard Foster:**  Object to the form of the question.

**Cody Wilson:**  The corporation didn't study the settlement before this Deposition but I will represent I think it was 4. 100 seventy-five $1000.

**Matt Larosiere:**  Okay and you consider that to be a lot?

**Cody Wilson:**  Well I think it's substantial consideration I don't think it's a little I don't think.

**Matt Larosiere:**  Yeah does that, um, do you think that factors in to the, uh, loss that you claim resulted from the meme?

**Cody Wilson:**  Oh, interesting. Well not at this time. I don't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

think it's captured in the allegations.

**Matt Larosiere:**  At this point would you today?

**Cody Wilson:**  Very interesting question. No no no I what that that among the lost profits of defcad are its its settlement payment.

**Matt Larosiere:**  Sure yeah.

**Cody Wilson:**  Strictly speaking, I don't think that would be true.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I mean to say that I don't think that's true.

**Matt Larosiere:**  That's kind of where I thought you were going before so that's why I asked.

**Cody Wilson:**  Oh, no no I don't intend to say anything about that payment or that settlement in my previous remarks.

**Matt Larosiere:**  Okay so do you have any documents showing Matt Matthew Larosiliere made any money from the meme's publication? Oh, now you see the order I went in made money from the meme's publication.

**Cody Wilson:**  Well I can see I mean that's a yeah that's a good way to do that but nevertheless I'm not going to say and did not intend to mean that the settlement. Is a way of Matthew Larosiliere making money from the meme.

**Matt Larosiere:**  Okay do you have any documents that? Do you need me to reask the question because that wasn't an answer.

**Cody Wilson:**  Oh, well, please reask the question.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Sure do you have any documents showing Matt Matthew Larosiliere made any money from the meme or this alleged campaign?

**Cody Wilson:**  I recall, tweets by Matthew Larosiliere, and about Matthew Larosiliere in his connection to that for example, saying you should support Maf this is why we should support Maf in connection with the meme.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  And I would say this is one way to say yes there are documents which indicate commercial uplift for Matthew Larosiliere by way of maf as a result of the meme.

**Matt Larosiere:**  Okay, um, and that's it.

**Cody Wilson:**  Not saying it's it but I.

**Matt Larosiere:**  Okay do you think? Of any others?

**Cody Wilson:**  I am thinking of others.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Can I think of others yes.

**Matt Larosiere:**  Go on describe them to me.

**Cody Wilson:**  Go on and describe them to me now. Well I think it was being a little describe these documents these additional documents if you'll give me a moment.

**Matt Larosiere:**  Take your time.

**Cody Wilson:**  Um, you know, I should probably include Foster Elik in this too.

**Matt Larosiere:**  No I just asked about Matthew Larosier.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** Yes yes I understand, uh, now that I'm thinking of these documents though and you know what I'll just answer as to Foster Rivers, um. Commentary about the lawsuit and commentary about why we should support math, in one respect is separate from what I just identified.

**Matt Larosiere:** Mm.

**Cody Wilson:** And in that respect, it was people don't understand how important math is for the community his established place in the community, and his support of the Gatalog. And it seems to me that this is a distinction with a difference. Um, even if Matthew Larosier's name is not used.

**Matt Larosiere:** Mm-hmm.

**Cody Wilson:** And then there are communications which say. How can we support Fudbusters in connection with this which I'm I take to mean Matthew Larosier not necessarily Mafcorp of business?

**Matt Larosiere:** Mm-hmm.

**Cody Wilson:** But Matthew Larosier, the individual as identified as fudbuster.

**Matt Larosiere:** Right.

**Cody Wilson:** There are documents like these.

**Matt Larosiere:** Mm-hmm. Have those have been handed to your Counsel already right?

**Cody Wilson:** Yes and I think produced in the previous lawsuit.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Previous lawsuit which would mean then this one too at this point.

**Cody Wilson:**  I think doubly doubly produced.

**Matt Larosiere:**  Double production, um, okay same question for Alexander Holiday.

**Cody Wilson:**  Yes. Okay and I identify documents which show Matt Alexander holiday profited as a result of the Fedcad meme.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  I would argue that every document we have produced which says where should I go instead of Fedcad and then when someone says go to the Gatalog. This is actually responsive to your question.

**Matt Larosiere:**  Okay and so how do you reckon that Holiday would get money from that?

**Cody Wilson:**  Um, holiday is both the acknowledged owner of the Gatalog.com.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  The sponsor of Gatalog Development and the commercial liaison with. The companies that sell kit components connected to Gatalog Development, including parts dispensed.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  And therefore diversion of traffic to the Gatalog and its associated properties. Would, profit Alexander Holiday?

**Matt Larosiere:**  Mm-hmm. That's pretty attenuated, isn't it?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I don't know about pretty.

**Matt Larosiere:**  Pretty's a soft word that's attenuated, isn't it?

**Cody Wilson:**  Well, unfortunately in a case like civil conspiracy, you know, you have to deal with attenuation.

**Matt Larosiere:**  Mm-hmm yeah well there are plenty of of explanations for, all kinds of things so, um, same question for Peter Salontano.

**Cody Wilson:**  Oh, good question.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  I think Foster Salontano confessed in his, Deposition that he thought it was to his profit. Um, to publish the meme he experienced it though both as a way of gaining social media engagement and clout and I think the most obvious way to show that that would profit him is his commercial relationship with Aves rails for example.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  He had a number of like planned and existing, you know, grips and things that he sold. So engagement for him is money in his pocket in that direction at least.

**Matt Larosiere:**  So you're saying that the more if he got more clicks it would lead to more?

**Cody Wilson:**  For Salontano it it always seemed like yeah a more a simpler equation.

**Matt Larosiere:**  Right.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  And he admitted to this.

**Matt Larosiere:**  Yeah and so he gets more clicks people go to Aves and buy the stuff attributed to him and he gets a cut right?

**Cody Wilson:**  That's I think one way that he profits because of the meme.

**Matt Larosiere:**  Right.

**Cody Wilson:**  But you you are right to identify that mechanism doesn't run through Mafcorp that time.

**Matt Larosiere:**  Well I haven't identified that yet.

**Cody Wilson:**  You did.

**Matt Larosiere:**  And I'm right to identify it.

**Cody Wilson:**  I will celebrate myself.

**Matt Larosiere:**  So how do you reckon, do you have a do you have a reckoning of Salontano making money through Mafcorp?

**Cody Wilson:**  Let me say I love that word.

**Matt Larosiere:**  It's 'cause you're a southerner.

**Cody Wilson:**  You're right I've been reading about, you know, revivalism and stuff, um. Well a reckoning's a very interesting word I think Foster Salontano said Matt no he did not have a direct. Commercial relationship with Mafcorp he was only offered items from Mafcorp, not money he was offered items and in fact I think sent them not just offered them. So is this a form of profit? Sure I would argue it is. Is it substantial profit? No but Mafcorp sent him. Components, items, things that made him feel in the family. And I think you could argue he profited in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that way.

**Matt Larosiere:** Okay was this, do you know if he got those items as a result of the meme posting?

**Cody Wilson:** He he seemed to suggest he did.

**Matt Larosiere:** Okay but I was asking so you've got the Deposition right I'm asking for documents.

**Cody Wilson:** Well I-I mean that document.

**Matt Larosiere:** Right anything else aside from his deposition?

**Cody Wilson:** Not for Peter Salontano profiting from Mafcorp.

**Matt Larosiere:** Or profiting from the meme in general I bet.

**Cody Wilson:** I guess I could say if and I know he did there are screenshots of Peter Salontano, you know, retweeting or otherwise tweeting Mafcorp advertisement.

**Matt Larosiere:** Mm-hmm.

**Cody Wilson:** And often these advertisements included Mafcorp discount codes.

**Matt Larosiere:** Okay.

**Cody Wilson:** I doubt that I don't think we have documents showing any code corresponding to Foster Salontano.

**Matt Larosiere:** Mm-hmm.

**Cody Wilson:** But I don't think that means one did not exist.

**Matt Larosiere:** What about for Miss stroke same question.

**Cody Wilson:** There are easier answers in fact we can call back to my response earlier Miss stroke at least helpfully made a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

post saying these are my ill-gotten gains from the evil Mafcorp corporation or something to this effect I understand an attempt at humor there nonetheless it confirms some things sent from Mafcorp which were downstream of the publication of the meme.

**Matt Larosiere:**  And so do you have a document that corroborates that or just the tweet?

**Cody Wilson:**  Well, the tweet I think is a-a prime document in this context.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Of course we have the other documents where Miss Stroke is sharing maf discount codes talking about.

**Matt Larosiere:**  Right. Do you have any documents showing that Maf was or that stroke was ever paid by Maf?

**Cody Wilson:**  Do I have these documents? Well I again, the 1st document I mentioned is stroke saying. These are my ill-gotten gains which is another word for payment.

**Matt Larosiere:**  Mm-hmm. But you said attempt at humor when you said attempt, you think it's because it wasn't funny or?

**Cody Wilson:**  No I think it's like again this is kind of in this the Gatalog division of our space it's like a way of excusing the factual by saying like well I did it but I did it ironically and therefore like it didn't happen and they don't this is not necessarily conscious, um. Which I think you know it contributes to like a dissonance that's all I'm saying.

**Matt Larosiere:**  Okay but so but you'd say that's your.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  That's.

**Howard Foster:**  That's what you've got and it's and everything else to the extent it exists, has been handed over.

**Matt Larosiere:**  There's a lot of strokes stuff I agree.

**Cody Wilson:**  Yeah yeah we've given a lot of the strokes stuff it's hard to kind of you know. Go through the catalog.

**Howard Foster:**  But everything that would suggest that's been handed over.

**Matt Larosiere:**  You need to you know.

**Cody Wilson:**  Can can we take a bathroom break?

**Howard Foster:**  Yeah yeah.

**Matt Larosiere:**  I'll just.

**Howard Foster:**  Off the record.

**Matt Larosiere:**  You know what finish this.

**Cody Wilson:**  In in Strokes' case I believe everything's been handed over.

**Howard Foster:**  Let's go off the record for 5 minutes.

**Matt Larosiere:**  Alright thanks Howard's got to go.

**Cody Wilson:**  Thanks for announcing.

**Howard Foster:**  Take the time.

**Matt Larosiere:**  Now the administrator, you know.

**Abdullah Khalid:**  We are off the record.

**Matt Larosiere:**  I gotta go.

**Abdullah Khalid:**  The time is 2:30 p.m Eastern Standard Time and we are back on the record.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Right thank you sir.

**Howard Foster:**  And do you remember the questions we were just talking about right before the break?

**Cody Wilson:**  I think so.

**Howard Foster:**  Um, I'll just go ahead and ask it then so for. Do you have any documents showing Matt John Plettman, uh, made any money as a result of the meme?

**Cody Wilson:**  The documents I have have been produced which include his sharing of a-a Math Corp discount code.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  It's just one of the 1st documents I would think of.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Though admittedly there are fewer documents than Foster Plettman.

**Matt Larosiere:**  Mhm and so is this the this? Is the main allegation that the discount code was the money he got from the meme?

**Cody Wilson:**  I wouldn't say it's the main allegation.

**Matt Larosiere:**  Okay as far as him profiting.

**Cody Wilson:**  You know we're using my words of making money we're using words of profiting it's like I don't know Lettman's exact relationship with Holiday, for example.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  I believe like in his Deposition that he

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

conducted a lot of his work or or he did for the Gatalog. He says that it was unpaid but the way he talks about it being unpaid, I believe it was sometimes paid. I believe that some of his recent work the work that has been required of him, um, when it was paid is as a result of the meme because the other defendants could not do that work. Now is that attenuated? Mhm.

**Matt Larosiere:** Sure. Yeah and I mean, I appreciate you telling me your beliefs but I'd asked about documents.

**Cody Wilson:** Yes my documents, for example, are the Plettman deposition.

**Matt Larosiere:** Mhm.

**Cody Wilson:** In this regard in this respect is that all of the documents that support this story? No.

**Matt Larosiere:** Okay have all of those been handed over though?

**Cody Wilson:** I don't know if you guys have the Plettman deposition.

**Matt Larosiere:** Uh, exclude the Deposition.

**Cody Wilson:** I see, um, yes when it comes to Plettman, yes.

**Matt Larosiere:** All right, uh. We're gonna talk about the discount code thing in a second.

**Cody Wilson:** Okay.

**Matt Larosiere:** But thanks for letting me know that. Um, so same question as to Zach Clark mhm.

**Cody Wilson:** Yes. Okay I see and just repeat Zach Clark, as

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I understand it, uh, has done work for Fudbusters.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  I don't think he claims to do work for Math Corp. I believe he also does work for Fudblasters. And I believe some of that work has been paid as indicated by the documents we have his communications about that work.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  For example Twitter communication.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Because so many of these communications happened I don't know the beginning of his employment I don't even know if I need to call it that but because of these communications their time and his. Other communications about the commercial purpose of his participation in the Enterprise or the catalog or the Fedcat campaign. Yes I would attribute the money he made around these things and even the check Matt Alexander holiday sent him to be downstream or a result of the Fedcat meme.

**Matt Larosiere:**  How do you reckon the check is a result of the Fedcat meme?

**Cody Wilson:**  It, is difficult for me to say I have documents which directly support. That Controlpew profited from the Fedcat meme because Controlpew is not a party in this case. Now of course I have documents right but my argument is what money Controlpew is able to make as a result of the Fedcat meme is money that he can pay to others in the conspiracy.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And in fact did pay to the members of that conspiracy and so however, attenuated is nevertheless. A substantiating piece of evidence of the conspiracy and profit from the Fedcat meme.

**Matt Larosiere:**  No I understand what you're saying, um, so.

**Cody Wilson:**  I tried to streamline this.

**Matt Larosiere:**  I think we're getting somewhere.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  So earlier we were talking about, um. Last Dynamics is that Collier or Goldhaber?

**Cody Wilson:**  Collier.

**Matt Larosiere:**  Collier okay so.

**Cody Wilson:**  Oh, good we found it.

**Matt Larosiere:**  Yeah good yeah we found it. So this is going to be a real quick trip down memory lane there.

**Cody Wilson:**  Yeah we can.

**Matt Larosiere:**  Right, um, just reading it myself. So I'm going to read it to you and I'll show it to you.

**Cody Wilson:**  Please.

**Matt Larosiere:**  Gw_guncad is Matt Garrett.

**Cody Wilson:**  I believe it is.

**Matt Larosiere:**  Yeah so it says howdy man I saw your write up on why you left the Defcad platform reading between the lines I know there's some other major reasons you need to step away as

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

well everything else aside I'd like to know if you'd be open to us helping you pay for your meds totally off the record I was pretty upset when I saw in your write up that you'd been struggling with that and I didn't want you to suffer if you're open to that let's have a call on the matter this was. You produced this?

**Cody Wilson:**  Yes I-I recall it. If you leave it for a moment, I'd like to read it as well.

**Matt Larosiere:**  Yeah just to interpret it.

**Cody Wilson:**  Please you can leave it here. Uh, I think I've read it sufficiently here.

**Matt Larosiere:**  Okay so, do you know the document that, Foster Waman is referring to the write up?

**Cody Wilson:**  Oh, well the corporations have no knowledge of this write up.

**Matt Larosiere:**  You don't have the document?

**Cody Wilson:**  I'm not sure I know what you mean by the write up.

**Matt Larosiere:**  Yeah. So you don't know what Garrett meant when he said I saw your write up on why you left the defcad platform?

**Cody Wilson:**  Exactly I don't know what Garrett Waman is referring to sitting here as a-a representative of defcad or the companies I don't know exactly what Garrett Waman is referring to.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm. Okay do you think you have a do you have any document from, Collier this is Khalid right?

**Cody Wilson:**  Left.

**Matt Larosiere:**  I believe this is a message from Khalid.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  So do you have any document from Khalid, Matt that that kind of details the reasons for leaving?

**Cody Wilson:**  I think we have a document that indicated the write up and as I've mentioned earlier, I believe he he like destroyed this.

**Matt Larosiere:**  So that's the.

**Cody Wilson:**  Mhm if I was to venture a guess and I know that's a big no-no I think that's what maybe being referred to here.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  It's almost like Foster Waman's referring to a separate conversation perhaps even from a separate. Platform I mean it's unclear to me.

**Matt Larosiere:**  Yeah we're just not sure.

**Cody Wilson:**  I can't say that I know.

**Matt Larosiere:**  Mhm yeah so, but now that you've seen this are you aware of, sir Khalid, uh. Talking with the company or you about medical issues?

**Cody Wilson:**  He has never spoken to the company about medical issues.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay never said that payment was being withheld for his medication?

**Cody Wilson:**  Never what you're you're asking if Foster Khalid expressed to us that his payments were being withheld.

**Matt Larosiere:**  Uh, yeah.

**Cody Wilson:**  That he wasn't getting paid and he needed.

**Matt Larosiere:**  We are withholding his payment. I'm I'm. Asking if Foster Khalid or if you're aware Foster Khalid expressed concerns to the company that he needed his payment to cover his medications and that he wasn't getting it.

**Cody Wilson:**  Interesting, uh, I have no documents to suggest.

**Matt Larosiere:**  Okay and you're not aware of that institutionally?

**Cody Wilson:**  Oh, got it interesting question again I hope you'll excuse my, you know.

**Matt Larosiere:**  Uh-huh.

**Cody Wilson:**  Lack of preparedness are you?

**Matt Larosiere:**  No I'm I'm just asking generally if you're aware of that.

**Cody Wilson:**  Uh, no the company is not generally aware that.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Foster Khalid is complaining about lack of payment.

**Matt Larosiere:**  Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  For any purpose.

**Matt Larosiere:**  Okay that's fine. So I'm just I'm gonna run through the people again real quick. So do you have any documents suggesting or documents that show John Elik, uh, entering into any kind of agreement with Mathcorp?

**Cody Wilson:**  Documents that show.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  I would only point to Foster Elik deleted commentaries about Mathcorp as Ivan the Troll from the period of 2021 to 2023 from the deleted subreddit R/fosscap.

**Matt Larosiere:**  Do you remember what was said there?

**Cody Wilson:**  Yes, I do. Um, in defense often if there would be like a let's say even a modest critique of Mathcorp. Foster Elik and even sometimes Foster Larosier would come in to defend Mathcorp sometimes with stroke as well. In later years, Foster Elik would say you don't you are not appreciating all the work and the contributions that Mathcorp is making to this community. It is a habit of Foster Elik to use the word community as a kind of stand-in for himself. To read his posts is to read that he is saying Mathcorp supports him and that he is telling people you should recognize before you criticize Mathcorp, that it is actually institutionally important for the support of development meaning the support of this developer, John Elik, in the space.

**Matt Larosiere:**  Mm okay, um, and to the extent you said they were deleted so I guess to the extent you had those those were

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

handed over right?

**Cody Wilson:**  I have them. I'm not sure that all of those types of documents were handed over. I would. Need to make another. I would need to, make an inquiry to see if I've produced all of those documents.

**Matt Larosiere:**  Yeah I mean documents showing that Matt Elik was, you know, engaged or contracted with the the enterprise as you alleged I think would be pretty important right?

**Cody Wilson:**  Comes down to show and you're right it would be important now that you've mentioned it this way.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And I would like to make sure that you have those documents.

**Matt Larosiere:**  Okay. So well, I'm not gonna ask that as to Larosier and Holladay because they own Mathcorp. You obviously see that they're engaged with Mathcorp.

**Cody Wilson:**  Um, you know, even there they might be hiding something.

**Matt Larosiere:**  Well, I don't I don't know.

**Cody Wilson:**  Yeah I don't know.

**Matt Larosiere:**  Mhm, unknown unknowns right, uh, what about Peter Santano? Do you have any documents showing that he was you know, had any agreements with Mathcorp?

**Cody Wilson:**  Like we I see this is different this is a different question than what we asked. Yeah.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Agreements with Mathcorp. Well, I have only his testimony his Deposition in this regard.

**Matt Larosiere:**  Okay I don't you don't have to recap his Deposition so that's fine.

**Cody Wilson:**  I understand yep.

**Matt Larosiere:**  Uh, what about stroke?

**Cody Wilson:**  Agreements with Mathcorp?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  My answer here is is like my answer from before she was especially elaborate about her ironically or not her relationships to Mathcorp to you Foster Larosier I would say that those documents do evidence a relationship. However, fine.

**Matt Larosiere:**  Okay. Um, was stroke ever an employee or contractor of your company?

**Cody Wilson:**  Of my company.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  No.

**Matt Larosiere:**  No. So now Letman do you have any documents showing that Letman was had any relationship or, uh, agreements with Mathcorp? Sorry cut out relationship agreements with Mathcorp.

**Cody Wilson:**  I understand yeah only I think in this narrow sense, the discount code that Foster Plettman had shared in vibe chat, which is catered to his online persona and would indicate

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

more than just being given a discount code but in fact, giving a kind of tailor-made discount code.

**Matt Larosiere:**  Mhm. And last for Clark?

**Cody Wilson:**  For Mathcorp?

**Matt Larosiere:**  Yep.

**Cody Wilson:**  Uh, I have only. The I have only tweets from Clark about Mathcorp, everything else is about the Gatalog.

**Matt Larosiere:**  Mhm. And so it feels attenuated. I don't think it shows a relationship or I'm sorry I don't think it shows an agreement with Mathcorp.

**Cody Wilson:**  Mhm.

**Matt Larosiere:**  Mhm. And so you just to be clear, you you allege that Mathcorp is informally known as the Gatalog.

**Cody Wilson:**  Uh, in the beginning of our complaint I think we create like an identity between the 2 yeah.

**Matt Larosiere:**  Yeah yeah So, so we're saying that you know when we're talking about Mathcorp Gatalog is one and the same right is that why you?

**Cody Wilson:**  Well not one and the same so much as, you know known by known as that there's a translation.

**Matt Larosiere:**  Okay So so according to according to you, the Gatalog is Mathcorp.

**Cody Wilson:**  Okay listen I'm not gonna say what it is all right but there is a relationship more than a relationship there's a translated identity.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Okay which is not exact because I have in other filings called the Gatalog an association. In fact, you know, I recognize that there's a difference between how people use the term the Gatalog, how they use it as a term of identity, and what Mathcorp is.

**Matt Larosiere:**  I'm just talking about for our purposes today.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  For our purposes today, um, you think you might think it's a bit crude to say one and the same, um. Is that kind of what you're for our purposes today I'm not talking about any other litigation.

**Cody Wilson:**  Okay how about this agents of each other who have a reciprocal purpose.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  And act on each other's behalf?

**Matt Larosiere:**  A two-headed beast.

**Cody Wilson:**  Whoa sure. Basically I don't have to re-ask the same questions, uh, about that right?

**Matt Larosiere:**  Oh, uh.

**Cody Wilson:**  That was smart that was smart. No I think you would need to ask the same questions if if you're saying.

**Matt Larosiere:**  Oh, we can just kind of say the Gatalog is the same thing I mean, well 'cause that's what you say here.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Again that's not my testimony I'm saying the Gatalog is the same thing.

**Matt Larosiere:**  Well. I'm reading it in your complaint you want to you want to read the 1st page?

**Cody Wilson:**  Known as right you use the word known as I don't.

**Matt Larosiere:**  Right under introduction you should take a look.

**Cody Wilson:**  I'm happy to take a look. Can you point me to a paragraph?

**Matt Larosiere:**  Uh, no it's under the introduction.

**Cody Wilson:**  Oh, I know it's always on the 1st page informally known as the Gatalog. All right again, this is a further qualification the known as and the informal discuss a discursive construction.

**Matt Larosiere:**  You're gonna have to I don't know what that means.

**Cody Wilson:**  We perform ourselves and our identities and our companies all right and when we want to be known we are known by our performances, our gestures, our statements.

**Matt Larosiere:**  I don't understand what you're saying.

**Cody Wilson:**  I understand that you don't understand. And though I want this to be different from my previous Deposition yesterday, I hope to lay a foundation for my own answer. Good all right. Mathcorp can be easily mistaken for the Gatalog. For

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

example, online people in fact often request assistance understanding hey, just what is the Gatalog versus Mathcorp? And in fact, defendants like Foster Plettman have provided helpful explanations for those making such inquiry. He says really it's all the same thing. You can also think of Mathcorp as this kind of business division of it or a separate and in fact, I think one communication he says unrelated though that's not true. Uh, it's always explained a little differently and yet it's always explained to explain that it's all related. I know I know but this is what informally known as carries in this introduction when people talk about the Gatalog they know that they're also talking about Mathcorp because it's about identity it's about confirming who is the in-group who is the out-group what do we mean by the Gatalog? Well, remember we mean Mathcorp what do we mean by Mathcorp? Remember that's a Gatalog company this is commonly the discourse about the Gatalog this is commonly why you find mention of companies like Mathcorp why do we? Like Mathcorp because they are the Gatalog. Why do we support Mathcorp? Because they support the Gatalog that's why there's an informal known as description.

**Matt Larosiere:**  How come you didn't, uh, sue Mathcorp as a as a Defendant?

**Howard Foster:**  Object.

**Cody Wilson:**  I understand.

**Matt Larosiere:**  I'm asking why he did it not.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Howard Foster:**  Well I'll leave my objection calls for a legal conclusion.

**Cody Wilson:**  I think I understand the objection, um, again. These companies are not attorneys. This seems to be a decision that only an attorney could make. And Rico is a difficult area of the law if not difficult, not well understood or commonly misunderstood.

**Matt Larosiere:**  So you're saying you you didn't make that decision yourself?

**Cody Wilson:**  I'm saying it is tempting to make that decision because people, um, upon. Let's say like if you think you understand Rico, you may think, oh, I should sue the enterprise as a defendant. That is not my understanding or the attorney's understanding of how the statute works.

**Matt Larosiere:**  No that's okay. I-I. Listen I, I'm just asking if there was a specific reason it wasn't done and if.

**Cody Wilson:**  If Mathcorp was not if there's a reason why Mathcorp was not sued.

**Matt Larosiere:**  Right.

**Cody Wilson:**  Again, as I understand the statute. Mathcorp is the enterprise, and it is not and does not need to be a defendant.

**Matt Larosiere:**  That's the corporation so you just didn't have to.

**Cody Wilson:**  So I'm not saying the only reason is it didn't

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

have to.

**Matt Larosiere:**  Right I'm not saying.

**Cody Wilson:**  The biggest reason.

**Howard Foster:**  The same objection.

**Cody Wilson:**  Uh, hard to say. I again, I don't think the companies have. Uh, made a-a decision in this way like there hasn't been the discussion like what's our biggest reason for not suing Mathcorp? I would have to invent an answer to your question which does not yet exist.

**Matt Larosiere:**  So so, but when you refer to Mathcorp in the complaint, you're referring to the the Florida company or some theoretical enterprise?

**Cody Wilson:**  No, no, no I-I believe Mathcorp, as mentioned here is the corporation.

**Matt Larosiere:**  Okay. All right. So, since you said we have to do it I'll I'll do it again right that. We have to do it. Oh, sorry. Um, do you have any documents to show Matt John Elik has any formal arrangements or agreements with the Gatalog as you understand it to exist?

**Cody Wilson:**  Oh, awesome. Well, I mean sure of course. Uh, the answer is yes.

**Matt Larosiere:**  And have those been produced already?

**Cody Wilson:**  Uh, yes any documents have been produced.

**Matt Larosiere:**  Okay do you have documents that show Matthew Rosier is in any formal agreement or?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  I do.

**Matt Larosiere:**  Okay and have those already been produced?

**Cody Wilson:**  I'm sure that we produced that one.

**Matt Larosiere:**  Okay, um, are you talking about, uh, your favorite document?

**Cody Wilson:**  No.

**Matt Larosiere:**  Okay, um, and is that the only document you have for Foster rosier?

**Cody Wilson:**  Not as to its relationship with the Gatalog, no.

**Matt Larosiere:**  Okay but you've produced all of those, right?

**Cody Wilson:**  When you have said or like you have asked me here documents showing formal relationship with the Gatalog I'm thinking of one. I did produce that one. If you would like me to think of others, I will do it.

**Matt Larosiere:**  I listen uh-huh I want to know about your factual basis for saying that that this Rico enterprise exists right okay so I'm I'm asking you in the different ways that you've alleged it so I-I want to know that if there's what what documents that you have that suggest that this relationship exists between each defendant and what I now understand to be, uh, each head of this beast that we're now talking about.

**Cody Wilson:**  I hear that yeah yeah yeah I hear that yeah yeah yeah So so I'm asking the documents showing that Foster

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

Rosier is in some relationship some agreement to damage your company yes I understand I understand and again.

**Matt Larosiere:**  Can you describe those aside from the Galloway declaration which I which we we're familiar with.

**Cody Wilson:**  We are familiar with it yeah, um, look I think a lot of the documents in this respect about. We're saying you and the Gatalog.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Um, for example, sworn statements by, attorneys in California. Sworn statements by law enforcement? I don't know the Attorney General in California. You see what I'm saying? Like I mean these are, meaningful legal statements. I have those documents I have produced those yeah, um, those are top of mind I don't think again even those are all. And I don't even mean their pleadings I mean like, declarations.

**Matt Larosiere:**  Mhm, mhm, declarations of who?

**Cody Wilson:**  Uh, those declarants in the California litigation called I think the people of the State of California versus. What is it the Gatalog I mean, I don't know.

**Matt Larosiere:**  I forget.

**Cody Wilson:**  I think we're referring to the same thing.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Um, now there is extended commentary about.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Mavcorp and the Gatalog but this question is

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

about Matthew Larosier and the Gatalog.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Most often when Foster Larosier is discussed in connection with the Gatalog, it is as Fudbusters, his well-known pseudonym.

**Matt Larosiere:**  Hm.

**Cody Wilson:**  We have produced a number of documents showing the relationship between Fudbusters and the Gatalog.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Many of these are on social media, or discord some of them have been produced by the Defendants like Foster Plettman, as we discussed earlier.

**Matt Larosiere:**  Mhm. Okay so, and all these ones that you can think of, to your knowledge were already produced?

**Cody Wilson:**  Uh, so far I believe so.

**Matt Larosiere:**  Right.

**Cody Wilson:**  I recall though that there are some discovery responses which probe or try to probe a little deeper or more specifically in this direction I expect if there are other documents they will be produced by the deadline of discovery.

**Matt Larosiere:**  Okay so, again we've we've poked back and forth with this right you're.

**Cody Wilson:**  Which part?

**Matt Larosiere:**  Never mind. Um. Same question for Foster Holiday.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  A similar answer where Foster Holiday is not often referred to by name.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  His real or legal name?

**Matt Larosiere:**  No I understand his screen name is Control Pu right?

**Cody Wilson:**  Yes and so where I have documents about the relationship of control pu to the Gatalog they have been produced.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Alex Holiday himself often comments as control pu about his relationship to the Gatalog and I understand that because he is in large part its. One of its founding members and of course he owns thegatalog.com url. And is responsible, as we learned in his deposition, for its.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Interview.

**Matt Larosiere:**  So that that's okay and also you don't need to explain the screen name distinction I you know, I understand just just for brevity.

**Cody Wilson:**  It kind of feels good for the record but I'll move along.

**Matt Larosiere:**  Yeah I I'll I'll say for the records I understand when you're talking about one of the Defendants you're also including their screen names and if you like I'll say.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Thank you.

**Matt Larosiere:**  Yeah I didn't understand.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  So, do you have any documents aside from the deposition? Which show, uh, a relationship or agreement that Foster Salantono had with the Gatalog including, uh, by screen name, any of his recognized screen names.

**Cody Wilson:**  Did you use the word relationship there?

**Matt Larosiere:**  Uh, yeah relationship and agreement. Oh, no agreement yeah.

**Cody Wilson:**  In this respect, I have only the representations of well, I can't say only no I can't say that. The 1st documents that come to mind are the documents at chat.deterrencedispense.com which communicate in a public facing way Foster Salantono's role with the Gatalog now there is some dispute about whether deterrence dispense and the Gatalog are the same thing deterrence dispense does not feature in this complaint and yet defendants in this case have confirmed that deterrence dispense and the Gatalog. Themselves are substantially the same thing.

**Matt Larosiere:**  Okay, um, now same thing as to Miss stroke or by any of her screen names.

**Cody Wilson:**  Yes Miss Stroke helpfully is one of those defendants who has herself identified her own role in the Gatalog and her relationship to it over many posts I have better coverage

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

here and I know I've made numerous productions of Miss Stroke's documents in this respect.

**Matt Larosiere:**  Mhm. Okay, uh, can you describe any documents that show an an agreement to do something with the on on behalf of the Gatalog?

**Cody Wilson:**  Yes of course there she she herself produced in the other case which has now been produced in this case. Conversation with the beta manager for the Gatalog named Dr. Death where he's commanding her for her brilliant role. As a project leader and an influencer and he said this is great by the way I just had dinner with Defendant holiday and Defendant Larosier and they say you're doing a great job for the team keep up the good work we we in quotation marks have taken notice.

**Matt Larosiere:**  We was in quotation marks. Interesting who is, uh, dr. Death?

**Cody Wilson:**  I don't know about that I don't know his legal name.

**Matt Larosiere:**  Oh, um.

**Cody Wilson:**  How about this how about this though I don't know his legal name. He is a former. He's a former beta manager of the Gatalog, which is a role and office that is widely recognized in that organization.

**Matt Larosiere:**  Does he get paid for it?

**Cody Wilson:**  You know I don't have enough documents to know if Dr. Death was paid.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay that's fine. He's not only part of this anyway, um, okay same ques- okay, uh, same question for John Plettman. Mhm.

**Cody Wilson:**  Foster Plettman. Well, yes his Deposition seems to better support.

**Matt Larosiere:**  Uh, and so I'd like to exclude the depositions just because I-I know it's in the deposition.

**Cody Wilson:**  I just want to see I know. Then I will only use Foster Plettman, volume of Twitter posts where he speaks about his role in the Gatalog. For example, he mentioned, hey by the way everybody Peter Salantono doesn't do it for the Gatalog but I do source me I do it for the Gatalog. This is a specific claim about a specific agreement and relationship with the Gatalog.

**Matt Larosiere:**  Okay. So now for Clark.

**Cody Wilson:**  I want to say for the record that's not everything I've got on Lettman.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  But let's keep going with Foster, Foster Clark makes a series of, statements which I think most often. Carry a thesis a Gatalog thesis he likes this. He says we he says this is why we are doing this.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  This is why we have been brought to this.

**Matt Larosiere:**  Talking about Clark.

**Cody Wilson:**  Foster Clark yes. Foster Foster Clark is less

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

overt in saying I have a relationship with the Gatalog than he is identifying as a member of the. Gatalog which is an easier thing you know many many people have a relationship with the Gatalog in that way.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And so he does not make a specific claim that he is like as Foster Plettman does, some office holder or some, you know, specific high high-ranking moderator or something for the Gatalog. And yet he reps it in his way, um, as a well-known influencer with connections to a gun rights organization who exceptionally likes to present his face. So he likes to speak for the Gatalog, I think because he knows he carries a little bit more. Risk weight and so he will risk giving opinions, party line where others don't.

**Matt Larosiere:**  Mm what what what group is he associated with?

**Cody Wilson:**  Foster Clark, as I understand, is associated with A, I'm gonna, oh, is it Nagr? It's Nagr.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  N-a-g-r.

**Matt Larosiere:**  No, uh, it's an unfortunate acronym.

**Howard Foster:**  They'll change it eventually they'll change it.

**Gary De Pury:**  I don't think they will.

**Matt Larosiere:**  I think it's, um.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yeah, it'll be like, uh, the Washington Redskins it'll be like.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  The National Gun Rights Organization or something yeah. In Grow.

**Matt Larosiere:**  What time is it?

**Cody Wilson:**  3 o'clock.

**Howard Foster:**  3 o'clock.

**Matt Larosiere:**  All right you need a break?

**Gary De Pury:**  Nope.

**Matt Larosiere:**  Let's keep on going.

**Cody Wilson:**  We're getting towards the end here.

**Gary De Pury:**  Yep yep.

**Cody Wilson:**  It's about 6. Your rental car has to be back by 6.

**Matt Larosiere:**  No, it doesn't.

**Cody Wilson:**  Dude, I'd ditch those things.

**Gary De Pury:**  It it'll get it'll get dropped off at the, uh, there's a there's a drop box for it.

**Cody Wilson:**  Oh, yeah, oh, so it's way better than Runners?

**Gary De Pury:**  Yeah.

**Matt Larosiere:**  So you mentioned the discount codes a lot. Do you have any documents that show that any money was ever paid to anybody with for using a discount code?

**Cody Wilson:**  Uh, only the stroke stuff and again commentary

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

from Foster Elik and Foster Khalid.

**Matt Larosiere:**  Mhm so is that a no?

**Cody Wilson:**  No no I think these documents show it. I think, um, Foster Rosier's own commentary on a podcast shows it says it, um, I'm thinking of a podcast, uh, potentially criminal he says, by the way you use that code. Uh, pot crim makes some money something like that.

**Matt Larosiere:**  Mm and that's it.

**Cody Wilson:**  No no no I don't think that's it. For example, the extension of that commentary on that podcast appearance is. Give people a code we give them a slice I do it present tense, because it's the right thing to do because I believe it's the right thing to do so statement of purpose.

**Matt Larosiere:**  Okay has that been produced?

**Cody Wilson:**  Of course.

**Matt Larosiere:**  Okay. Is that it?

**Cody Wilson:**  Is that the only is what I have mentioned the only.

**Matt Larosiere:**  I'm asking do you have any actual documents that show X person was paid Y amount? From Mathcorp?

**Cody Wilson:**  Uh, from Mathcorp.

**Matt Larosiere:**  For the discount codes.

**Cody Wilson:**  Only indirectly I have, an employment record produced by Mathcorp by subpoena in response to subpoena showing his employees which include Alex Holladay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mhm. And was anything about the meme mentioned in any of that?

**Cody Wilson:**  Those records you got?

**Matt Larosiere:**  I didn't understand your question if you were referring to the meme.

**Cody Wilson:**  Oh, no I'm I'm asking now.

**Matt Larosiere:**  I see.

**Cody Wilson:**  Anything in those records you got from Mathcorp that seem to show any payments from the meme not of those documents that I mentioned.

**Matt Larosiere:**  Okay do you have any documents showing any payments from Mathcorp were related to the meme?

**Cody Wilson:**  Uh, not in so no not in so stark terms.

**Matt Larosiere:**  Mhm. Did you send, uh, did you ever send a retraction notice to any of the Defendants in this case?

**Cody Wilson:**  Regarding the meme.

**Matt Larosiere:**  Sure or any of the allegedly false statements.

**Cody Wilson:**  Oh, yeah well thank you for including that, um, the companies none of the companies have sent a retraction notice to any of the named Defendants in this case regarding. The meme or their false statements.

**Matt Larosiere:**  Okay. Why not?

**Cody Wilson:**  Well, I think it's a complicated answer. We've certainly considered sending retraction. Statement or I've seen

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

retraction demand letters although the false statements that we considered sending retraction statements about. Are not the meme, um, but 2 publications, of documents owned by Foster Rosier and published on Odyssey. One is for the regular 1022 and its build. Guide, one is for a gun called the Glon. Both of these are Gatalog products. One of these documents has a forward by Foster Rosier as a pseudonym Fuddbuster. Both of these documents were published by Foster Elik. On Odyssey, and we have very seriously considered sending retraction notice there.

**Matt Larosiere:**  Okay I'm not asking about what you considered I'm asking about what you did.

**Cody Wilson:**  I see. Well how about this I demand Matt John Elik, Matthew Rosier retract the false statements that they have made in these documents on Odyssey. I demand that they make them and make an apology or else I have to pursue legal action. I will have no other course of action.

**Matt Larosiere:**  Is this the 1st time you've made such a demand?

**Cody Wilson:**  It is.

**Matt Larosiere:**  Is Foster Elik in the room with us right now?

**Cody Wilson:**  Uh, his lawyer is.

**Matt Larosiere:**  Mm clever. So, did you, now did the plaintiffs file the suit in part to, you know, end this? What you call campaign of disinformation.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  To end the campaign?

**Matt Larosiere:**  Right.

**Cody Wilson:**  Well I think it serves such a purpose or it creates such a an effect. But not if it was filed it was to redress the wrong, and make whole the companies that have been harmed.

**Matt Larosiere:**  Okay did Plaintiffs file the suit to deter others from sharing the Fedcad meme?

**Cody Wilson:**  Huh with such a specific formulation? At least in part it is the hope of the companies that it the lawsuit would discourage sharing of the meme.

**Matt Larosiere:**  Okay did the Plaintiffs file this lawsuit at least in part to make an example of the Defendants for having shared the meme?

**Cody Wilson:**  An example of.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  No the Plaintiffs have targeted those responsible, um, probably to proclaim their responsibility. For developing the meme, sharing the meme, and trying to profit or advantage from the meme. Among other false statements.

**Matt Larosiere:**  Okay so, of course you've reviewed the complaint, right?

**Cody Wilson:**  I have.

**Matt Larosiere:**  You reviewed the materials you provided and received in discovery right?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** You're making a lot of references to. It so far I have reviewed yeah what I have received in. Discovery what I have provided in discovery.

**Matt Larosiere:** Okay what do you specifically contend Foster Elik did to harm your business? What Foster Elik did?

**Cody Wilson:** Foster Elik did well gosh, man what do I specifically allege?

**Matt Larosiere:** Yeah, uh, keep it as short as possible.

**Cody Wilson:** The implication is that this is not specific as allegations go.

**Matt Larosiere:** Foster Elik, just Foster Elik.

**Cody Wilson:** Well every statement, and implied statement in the Fedcad meme can be fairly attributed to Foster Elik.

**Matt Larosiere:** Mhm.

**Cody Wilson:** And therefore I allege that he, separately harmed us in those separate statements.

**Matt Larosiere:** Mhm.

**Cody Wilson:** Of the Fedcad meme specifically. Beyond that, I believe he encouraged and conspired with others among them Matthew Larose here, Alexander Moloney, Peter Santano, the other named Defendants to spread this meme and in his words, to publicly disavow the company and in his words, in another set of tweets, to bully those who use my website because they use the website and because in his words, it is for their own good.

**Matt Larosiere:** Now for whose own good?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Foster Elik words are.

**Matt Larosiere:**  Yeah no but who do you think— never mind forget it.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  'cause I remember now what?

**Cody Wilson:**  I see now anyway those are a specific set of harms that Foster Elik is responsible for. I don't know that they are everything he's responsible for. We've mentioned this copyright lawsuit and I think he made false statements in support of that lawsuit. For example, in the hope of profiting from it and damaging let's also say damaging the business that is defcad.

**Matt Larosiere:**  Now, how could a copyright action damage defcad's business?

**Cody Wilson:**  Well, of course, any litigation exhausts our resources and by its nature is destructive. I mean, there are very many simple ways that litigation, especially if it's built on false premises or false representations, is destructive or harmful to a business.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Um, I guess that's my first answer but the 2nd answer is this can be intended the conduct of this lawsuit the prosecution of a lawsuit like that it can be intended to harm the reputation of the business still further.

**Matt Larosiere:**  Okay so I'm asking. You for specific actions I'm asking you for.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Who what when?

**Howard Foster:**  Okay objection asked and answered.

**Matt Larosiere:**  Right I'm just letting him know for when we go forward.

**Cody Wilson:**  I hear that who what when and I want to give more with Foster Elik it's the most interesting there's the most who the most what?

**Matt Larosiere:**  Sure then let's have some. Who what when?

**Howard Foster:**  Objection asked and answered.

**Cody Wilson:**  He's, nevertheless I think that objection's right, uh.

**Matt Larosiere:**  Okay then do you want to keep going? You think you fully answered?

**Cody Wilson:**  I don't think I fully answered.

**Matt Larosiere:**  Okay then go ahead. Who what when?

**Cody Wilson:**  Uh, okay the question is documents or the question is specific harms?

**Matt Larosiere:**  I'm asking you specifically.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  What did John Elik do?

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  To harm your business tell me the action he took when he took it.

**Cody Wilson:**  Yes I took he I think he took many

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

opportunities before and after the Fedcad meme.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  To publicly disavow the company in bad faith to make false statements to encourage the making of false statements by others circulation of his false statements about the business including that defcad extorted him, attempted to extort him, refused to pay him when he asked and then he changes his story and says that he demanded that we refuse to pay him because of some other misdeed of ours and he began to develop elaborate stories about us doxing developers trusted people in the community of course some of this is reflected in the Fedcad meme and yet he makes many many other false statements which are very hard to to be specific about in a short amount of time. Though many of these documents have been produced in discovery many of the statements are on Twitter many of the statements have been on Reddit many of the statements have been in private on discord on rocket chat though he swears that they do not exist.

**Matt Larosiere:**  So I asked you for specific instances.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  You mean who what when and you haven't done a single one you're talking in generalities.

**Cody Wilson:**  The who is Ellic the who? The the what is the I described the types of statements I described the where which is on locations on social media I even described times before and after the meme I think I have fairly represented some of these

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

documents some of these times, some of these occasions.

**Matt Larosiere:**  To the best of your knowledge?

**Cody Wilson:**  It is rough I'm not saying to the best of my knowledge but you said please be specific please be fast I'm trying to do that.

**Matt Larosiere:**  Okay. Well let's maybe go on to the next one. Um, now what specifically do you contend Foster Plettman did to harm your business?

**Cody Wilson:**  Well as a as a member of the conspiracy and the enterprise.

**Matt Larosiere:**  Just tell me his specific actions you don't have to qualify.

**Cody Wilson:**  It's difficult to know so many of his specific actions but I do for a fact know of the statements that he made concerning our hosting in Iran.

**Matt Larosiere:**  Did Foster Plettman ever actually contend defcad was hosting in Iran?

**Cody Wilson:**  He did he did it on a podcast I'm sorry not a podcast a live stream on Youtube. He gave his own public commentary as like a super chat in that stream and he said by the way, he doesn't he, meaning Cody Wilson, doesn't just host the website. Internationally, he hosts it in Iran.

**Matt Larosiere:**  Okay okay wasn't that after this lawsuit was filed?

**Cody Wilson:**  No, it wasn't.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  No.

**Cody Wilson:**  This lawsuit was filed in September of 2025.

**Matt Larosiere:**  Same thing as to Foster stroke.

**Cody Wilson:**  Uh-huh I think there's more by the way, about Foster Plettman.

**Matt Larosiere:**  Okay if if you think there's other specific instances you'd like to tell I'd love to hear them.

**Cody Wilson:**  Specific incidents of harm that Foster Plettman has done for example, he has shared what he believed to be what he represented to be the ip addresses of the Defcad servers. Online and encouraged people to, um, do visit in Mass.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Um, which is a very.

**Matt Larosiere:**  I understand what you're saying.

**Cody Wilson:**  Easily understood thing mhm. By doing this, he isn't just encouraging direct harm of the website he is saying that. The website is hosting its servers by choice internationally and choosing to violate our law of the United States and presumably international law.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  Sanctions international treaties probably I don't know. These are specific acts of harm.

**Matt Larosiere:**  Mhm. Did did he actually claim those were your Ips?

**Cody Wilson:**  Yes he did.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  You're talking about the Spongebob post?

**Cody Wilson:**  In the image macro that I don't recognize as a Spongebob post?

**Matt Larosiere:**  It was the the the the superhero I think.

**Cody Wilson:**  I think I understand yeah.

**Matt Larosiere:**  The reference.

**Cody Wilson:**  A character from the Spongebob show can't be seen in the image.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  Barnacle Boy.

**Matt Larosiere:**  Is that who it is?

**Cody Wilson:**  I think so.

**Matt Larosiere:**  Wait wait hold on.

**Cody Wilson:**  I think it's a sidekick.

**Matt Larosiere:**  I think it's Barnacle Boy's sidekick.

**Cody Wilson:**  Kick kick I thought it was a sidekick 'cause the main guy is like the fat guy.

**Matt Larosiere:**  Yeah I thought that was Barnacle Boy.

**Cody Wilson:**  And Barnacle Boy is the no, no, no, no, no.

**Matt Larosiere:**  That's the we well we're talking about the same thing.

**Cody Wilson:**  Yeah my bad. Yeah anyway he's looking at the.

**Matt Larosiere:**  Yeah yeah in his hand.

**Cody Wilson:**  He's looking at the the presumed Ips of defcad in his hand and so when this is reacted to there's like this

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

double effect where it's like, uh, oh, see don't you see like in by the time we're talking about this in the 1st lawsuit there's additional commentary from Foster Plettman saying you see like they they admit it in fact that these were the, uh, that these were the servers and now ha ha ha look they've confirmed that they host themselves in Iran so there's this kind of extension of this of this harm additional statements about it and in contradiction of his Deposition testimony he never corrects the even though he says. That he did.

**Matt Larosiere:**  Were they your Ips?

**Cody Wilson:**  Not to my knowledge no.

**Matt Larosiere:**  Then how was it an invitation to Ddos you?

**Cody Wilson:**  Uh, by saying hey these are the defcad servers I think Foster Plettman expressed a sincere belief that they were the servers and he was inviting harm and just in the invitation to. Harm this is its own specific act to harm.

**Matt Larosiere:**  Does it like you said, it claims a mass visit did he say that or did you just understand that from the context?

**Cody Wilson:**  I don't think he used the word mass visit.

**Matt Larosiere:**  Or Ddos.

**Cody Wilson:**  He did use the term Ddos in in that post I recall him using that.

**Matt Larosiere:**  Was it in the context of basically saying they don't have Cloudflare flare anti-ddos protection?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Was it in that context I describe the context as. He thought it was regrettable that there was such Ddos protection and so he found luckily he found a way around it.

**Matt Larosiere:**  Okay, um, so, do we move on to Foster Clark or are we done with Foster Plettman?

**Cody Wilson:**  If you like we can move on.

**Matt Larosiere:**  Do you think that's you've got the main ones?

**Cody Wilson:**  Those are nice specific acts for harm but again for Foster Plettman, you know, it's attenuated.

**Matt Larosiere:**  Well and do so do you think we have all of the documents that we would need to see the complete factual basis for these allegations?

**Cody Wilson:**  Do I believe that the Defendants have these documents?

**Matt Larosiere:**  Yes that they've been produced.

**Cody Wilson:**  I know that Foster Plettman has made a large number of additional requests so with this. Exception for the documents that he should expect in a week's time yes, he and the defense should have these documents.

**Matt Larosiere:**  Okay. Um, but should already have the documents that show they're part of the organization right?

**Cody Wilson:**  Um, I believe they should have documents sufficient to show the factual basis of our allegations and our contentions in this complaint.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Um, now finally just as to Foster Clark, same question.

**Cody Wilson:**  Uh-huh, uh, with Foster Clark you know the last is the 1st a lot of our most recent documents.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  It's harder for me for some reason to remember Foster Clark's own request for production.

**Matt Larosiere:**  No I'm not asking about his requests I'm asking you about specific things that he did to harm your business.

**Cody Wilson:**  No I understand yeah. Uh, I'll repeat my answer as with Foster Plettman I know Foster. Clark has made a number of new requests I believe that we have produced all the documents to show that we have that show Foster Clark's connection to the catalog or his specific harms, uh, against. But I know there are. I have some debate, about Foster Clark's it's hard for me to put this into words.

**Matt Larosiere:**  It's okay do your best.

**Cody Wilson:**  Uh, Foster Clark makes his content in a different way. He has there are more documents about Foster Clark, which I'm not. I'm sorry to delay here.

**Matt Larosiere:**  You're not delaying.

**Cody Wilson:**  I have much you know, I have fewer documents about Foster Clark as compared to the other Defendants and yet I have had to re-examine those documents more often so it's hard

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

for me to make this representation but I believe today the Defendants have what we have about Foster Clark in answer to your question.

**Matt Larosiere:**  Okay. Can you identify a specific thing Foster Clark did at a specific time that caused harm to your business?

**Cody Wilson:**  Oh, yes.

**Matt Larosiere:**  Can can you please do that?

**Cody Wilson:**  Yes, um, of course the most obvious example is just sharing the meme.

**Matt Larosiere:**  Just sharing the meme.

**Cody Wilson:**  I don't mean to say the most obvious example is that he only shared the meme I mean to say the most obvious example is that he shared the meme which is commonly alleged between and among the other defendants he participated at least in that, um. His sharing of the meme specifically and not for the only time, um, at the end of the year of 2025 was one of the more prominent moments that the meme was shared. It had a high view count at least on Twitter. I'm thinking of at least 2 or 3 times he has shared the meme there's an indirect way he has shared the meme in June of 2024 I think we have produced this where he says don't forget tell your friends. This was encouraging people to spread what he was in fact spreading. Mhm again, I have shared those documents.

**Matt Larosiere:**  Okay, um, do you have any documents? That,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

show Foster Larosiere directed, Foster Clark to do that.

**Cody Wilson:**  I have documents again whether they're meant in humor or not expressing Foster Clark's relationship to Foster Larosiere Matt he takes direct orders from.

**Matt Larosiere:**  Okay and those have been produced, right?

**Cody Wilson:**  I'm I think they have.

**Matt Larosiere:**  Okay I thought that would be important I think, um, then there's something you said something that I found really interesting. One 2nd you were talking about. Copyright lawsuit. Mhm. So so, I'm going to bring up another document here. It's a very real too. Is it going to be Exhibit J?

**Cody Wilson:**  Hm.

**Matt Larosiere:**  You familiar with this document right?

**Cody Wilson:**  Is this a Pdf or is this an image?

**Matt Larosiere:**  It's a Pdf. All I see is from.

**Cody Wilson:**  Um, can I see the date?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Yes thank you.

**Matt Larosiere:**  You familiar with that document?

**Cody Wilson:**  Uh, yes.

**Matt Larosiere:**  The digital risk profile for defcad by your I think you ordered it.

**Cody Wilson:**  Yes I'm familiar with it.

**Matt Larosiere:**  Okay so, before you filed the suit, did you investigate whether defcad was mirrored in Iran?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** I did hold on before I filed this suit did I investigate? Uh, it wasn't I believe it was investigated I did not hire anyone to investigate whether it was mirrored in Iran.

**Matt Larosiere:** Were you aware of any Iranian mirror sites?

**Cody Wilson:** Um, I'm not sure if I understand what an Iranian mirror site is.

**Matt Larosiere:** Okay that's a as I understand it, it's a-a website that's basically pretending to be another website.

**Cody Wilson:** As we understand it, it may be a website pretending to be in Iran.

**Matt Larosiere:** Wait what what do you mean?

**Cody Wilson:** I don't know that there is a commonly the companies do not know if there is a commonly accepted term for a mirror site. There are certainly domain spoofers domain squatters, people who try to copy and imitate the defcad website.

**Matt Larosiere:** Right.

**Cody Wilson:** And this is done. This is done and we are aware of that.

**Matt Larosiere:** Are you aware of any Iranian sites that are doing that spoofing the defcad website?

**Cody Wilson:** I don't know if I'm aware of a specifically Iranian website that does this.

**Matt Larosiere:** What. About websites with a ir extension or domain.

**Cody Wilson:** In this report for example, mention is made of

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

domains ir okay, uh, that that may reproduce defcad content or pretend to do so.

**Matt Larosiere:**  And this report is dated April 3rd, 2025?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay. Did you make any public statements about this about the these spoofing websites that you say are a problem in general?

**Cody Wilson:**  I said they're a problem in general.

**Matt Larosiere:**  Well, you said that they exist and they like you said that there's a bunch of websites that I mean either spoof or squat or whatever and pretend to be defcad right?

**Cody Wilson:**  Well, if I said a bunch I think I understand what you're asking. Yeah, defcad like other websites in this industry and others can suffer, you know, imitation domain spoofing domain squatting, um, this report indicates a number of, I think what they call squatters or attempted squatters people who, uh, malicious actors who may buy a domain and then try to dress it up and look like the service. Um, those are identified here you're asking have I made public statements about those domain squatters or spoofers?

**Matt Larosiere:**  Mhm to like warn people. There's fake websites.

**Cody Wilson:**  Defcad warn people that there are fake websites I don't recall the companies have not how about this I'll retract the recall the companies have made no. Broadcasts or newsletter

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

publications or otherwise expressed on their faq that, there are other domain squatters or spoofers. Imitating defcad.

**Matt Larosiere:**  Now did you do anything to try to stop this?

**Cody Wilson:**  Would you, help me understand your question?

**Matt Larosiere:**  Did you do anything to try to stop these people from, you know, imitating your website?

**Cody Wilson:**  The only things we have done, uh, are contact what we understand to be the contacts of these. Domains these servers which may not be included in the same the domain thing may be separate from the servers anyway we have contacted these people wherever we are able to. Asked them to take down the website, asked them to say it's unauthorized asked them to understand it's unauthorized. And threatened legal action.

**Matt Larosiere:**  Okay did that work out?

**Cody Wilson:**  There has been no legal action.

**Matt Larosiere:**  Did anyone come did anyone take them down?

**Cody Wilson:**  I'm unaware if the domains represented in this report have have been taken down. I'm unaware if they've been altered.

**Matt Larosiere:**  Did you, like, block their Ips from accessing defcad so that they could update it to look just like defcad?

**Cody Wilson:**  No of course all all foreign Ips are are blocked in their access however, this is being done is is rather sophisticated.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  So you think it's being done through some not sophisticated means?

**Cody Wilson:**  I mean that it's not so simple as a foreigner looks at the website and rehosts it of course foreigners are blocked from access to defcad.

**Matt Larosiere:**  Mhm so then the problem, these could be that the, foreigners can access whatever this is.

**Cody Wilson:**  The problem for who?

**Matt Larosiere:**  I guess if you're trying to prevent foreign access.

**Cody Wilson:**  Well, I'm not espousing this as a dimension of our policy of forbidding forbidden or foreign actors I'm only saying how I understand this spoofing to happen. Indeed if these are websites in Iran or other countries, it seems that it's relying upon a domestic middleman or some kind of tunnel or someone who's accessing defcad in the states first.

**Matt Larosiere:**  Okay. So so but you're familiar with the Mandiant report right?

**Cody Wilson:**  I'm sorry I'm familiar with.

**Matt Larosiere:**  Oh, the Mandiant report?

**Cody Wilson:**  Yeah yes.

**Matt Larosiere:**  It it has a section about, um, compromised credentials.

**Cody Wilson:**  Right? I believe it does.

**Matt Larosiere:**  So and then there's a-a spreadsheet that

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

they also provided which I can I don't want to attach to the report 'cause it has user information.

**Cody Wilson:**  Oh, yeah.

**Matt Larosiere:**  Are you familiar with it?

**Cody Wilson:**  Yes I am.

**Matt Larosiere:**  Okay this is a list of about 2,0 compromised accounts.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay so, is your understanding that these, materials somehow got out of, you know, defcad?

**Cody Wilson:**  I'll say for the record that I don't agree that this is a list of compromised accounts it is in fact a list of what they have found to be. Site access credentials discovered in these kind of open air, you know, dark web. Marketplaces these places where you find hacked, let's say, or leaked or otherwise compromised credentials.

**Matt Larosiere:**  Mm.

**Cody Wilson:**  I understand these credentials to have been stolen and this is explained in the Mandiant report. Through like a browser malware hacker stealer code, um, and what's explained to us in the report is it is unlikely these credentials have been. Put on the internet as a result of a leak from our website because you find no defcad manager or employee credentials among this set. So in short, this seems to be a result of the fact that many of our customers over time have malware on their computers

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

and they have all of their shit leaked from their own pc setup littered across the internet as many of us do.

**Matt Larosiere:**  Mm-hmm. Okay but, how many total, members does defcad have? How many total accounts?

**Cody Wilson:**  Uh, at any given time it's only in the 6 to 8,0 range.

**Matt Larosiere:**  Okay it's only in the 6 to 8,0 range we're talking about about 2,0 people here.

**Cody Wilson:**  Defcad has existed with a high level of membership over time over the course of some years. The 6,0 members from 5 years ago are not the 6,0 members of today.

**Matt Larosiere:**  Okay. So what would you say the the total unique members you you have just ballpark?

**Cody Wilson:**  There is another problem a member is not the same thing as.

**Matt Larosiere:**  As a legio subscriber. Yeah.

**Cody Wilson:**  Hold on a member is not the same thing as someone who has credential access to defcad. Anyone can create a defcad account.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  This is not the same thing as a legio membership.

**Matt Larosiere:**  I'm asking about accounts not legio memberships.

**Cody Wilson:**  Then this is many, many times higher than the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

the current number of Legio members.

**Matt Larosiere:**  Uh, yeah I'm asking about the accounts not the Legio members.

**Cody Wilson:**  I didn't understand that. I thought in fact, I heard you say you you were asking me about the membership levels at around 6:,0.

**Matt Larosiere:**  Oh, oh, sorry yeah no accounts. Do you know approximately how many accounts there are?

**Cody Wilson:**  Tens of thousands.

**Matt Larosiere:**  Tens of thousands so like more. Than 75,0 more than 50,0.

**Cody Wilson:**  More than 50?

**Matt Larosiere:**  More than 50 so 50 to 100,0.

**Cody Wilson:**  Well if that's the range, I think it's safe to say.

**Matt Larosiere:**  Safe to say I think so.

**Cody Wilson:**  Okay.

**Matt Larosiere:**  So 2,000's kind of a significant component of that would you agree?

**Cody Wilson:**  I don't as numbers go, I don't find 2,0 to be so large a part of 50 but it's it warrants attention for sure it warrants attention.

**Matt Larosiere:**  Okay. And that's in fact what the report suggests is to take some form of action?

**Cody Wilson:**  Yes. Require passwords to be changed after a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

certain amount of time inform people when the terms change right demand stronger passwords you know the standard stuff.

**Matt Larosiere:**  Okay so, I'm going to show you, H-I think it's Exhibit H. I'll Zoom it out so you can recognize it. Do you recognize this document?

**Cody Wilson:**  One moment. Southern District of Florida declaration of Garrett Wollman. All right.

**Matt Larosiere:**  You recognize it you're familiar with it or do you need to time to read it?

**Cody Wilson:**  If you'd like me to read it, I'm happy to.

**Matt Larosiere:**  I'm not going to ask you granularly about what was in it but if but go ahead take take a read let me know when you want to scroll.

**Cody Wilson:**  Uh, okay hold on hold on personal knowledge of the facts and let's request for production gravely burdensome. All right we can continue. Commit history. Um, I think if the purpose of me reading it now is to to say I'm familiar with it I mean I am.

**Matt Larosiere:**  Have you read all of it?

**Cody Wilson:**  I have not.

**Matt Larosiere:**  Okay would you like me to?

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  All right. I'm going to ask you if everything's true.

**Cody Wilson:**  You will ask me that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah that's all I'm going to ask you.

**Cody Wilson:**  That's all I'm going to ask you uh-huh can we continue?

**Matt Larosiere:**  Wait wait wait.

**Cody Wilson:**  No, no it's okay. Uh, I mean I-I hold on, go ahead. Go ahead. All right a little more I think we're almost coming up on the end here let's go a little more. Uh, incentivize misuse all right. I think I've got it.

**Matt Larosiere:**  Okay is everything in the statement true?

**Cody Wilson:**  Uh, as I read it, everything seems to be true.

**Matt Larosiere:**  Okay so, is it possible that let me ask this way has defcad ever experienced unauthorized access to any system or data?

**Cody Wilson:**  Hold on hold on or to any system or data.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  To any system or data. I would say to answer your question, um, the data that defcad has that is accessed in an unauthorized way would be its files. For example perhaps people have tried over the years and sometimes succeed in defeating the security procedures to be able to download a file.

**Matt Larosiere:**  Mm.

**Cody Wilson:**  You know like a 3d printed gun file?

**Matt Larosiere:**  Yeah where they shouldn't be able to.

**Cody Wilson:**  This would be the kind of data that they have been able to access in an unauthorized way I think that's fair to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

say.

**Matt Larosiere:**  So how do you know about those?

**Cody Wilson:**  Uh, we try to test we create test conditions and we create what we call telemetry to see when there are failures, when there are errors, when people have downloaded where they shouldn't and this is always a cat and mouse game people are always trying to download files from defcad where perhaps they shouldn't be.

**Matt Larosiere:**  Okay so has Defcad ever been notified of a data security related event by any vendor?

**Cody Wilson:**  A data security event.

**Matt Larosiere:**  Data security related event.

**Cody Wilson:**  I think I know what you mean and in that respect, no.

**Matt Larosiere:**  Okay. So, is is it possible that materials could have been accessed that weren't supposed to be accessed without you knowing?

**Cody Wilson:**  Materials.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  As I mentioned earlier, I think it is possible that people could, at times at the margin, download files where they shouldn't have in certain states in the United States or even on occasion especially earlier in Defcad's life from abroad.

**Matt Larosiere:**  Okay. What about the I'm sure you know the the whole Jg thing?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Do I-I.

**Matt Larosiere:**  Mean you communicate with Jg right?

**Cody Wilson:**  Have the companies communicated with Jg.

**Matt Larosiere:**  It seems nebulous.

**Cody Wilson:**  Defcad has communicated with Jg and therefore I. Know about Jg what is the Jg thing?

**Matt Larosiere:**  The vuln I mean you've you've so look we can skip the games, uh, Jg identified some issue right I mean.

**Cody Wilson:**  With defcad.

**Matt Larosiere:**  With Defcad's website?

**Cody Wilson:**  No I don't think that's right.

**Matt Larosiere:**  Okay what was the issue he identified?

**Cody Wilson:**  Could you show me a document?

**Matt Larosiere:**  If you like?

**Cody Wilson:**  Is it possible to the bounty program? Which I won't pass.

**Matt Larosiere:**  While I'm deciding which one of these to show you what was your relationship with Jg?

**Cody Wilson:**  Uh, I don't think we ever had a formal relationship the companies with Jg but Jg had offered to as often as he liked as often as he could. Probe the security of any of the defense distributed websites and also the defcad website.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Um, some of the documents we've produced in discovery show an attempt to, operate a bounty program and an

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

attempt to make Jg like the administrator you could say.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  The administrator of that program.

**Matt Larosiere:**  So how did you first meet Jg?

**Cody Wilson:**  2018 I think is when we met Jg this would have been defense distributed.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  There is no defcad inc in 2018.

**Matt Larosiere:**  Right how did you meet him?

**Cody Wilson:**  Uh, I believe the 1st communication with Jg is inbound from Jg to us although it is possible he was a customer first.

**Matt Larosiere:**  Okay. So.

**Cody Wilson:**  So if we're if we're saying you know, how did we meet him? I believe he met us before we knew.

**Matt Larosiere:**  That's okay.

**Cody Wilson:**  Who he was.

**Matt Larosiere:**  So I'm going to show you to refre- refresh your recollection. One such communication?

**Cody Wilson:**  I see this communication.

**Matt Larosiere:**  Mhm do you remember it?

**Cody Wilson:**  Uh, yes the companies remember this communication.

**Matt Larosiere:**  Right so, you understand Jg found a visible api in a place it shouldn't be?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Uh, I believe he is saying that there to Garrett Wallen yes.

**Matt Larosiere:**  Mhm what what did he mean by that?

**Cody Wilson:**  Or is he referencing it there? I may have to look again.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Ah this is Garrett asking, asking Jg if that's in fact what he did someone must have told him that that's what he. Did but it sounds like that may not have been Jg.

**Matt Larosiere:**  Okay do you do you remember this?

**Cody Wilson:**  Uh, we have no documents about this communication.

**Matt Larosiere:**  Okay the the signal wasn't working?

**Cody Wilson:**  No it would seem to me that this communication is in fact in part about communications with Garrett Wallen as much as it is about communications with Jg.

**Matt Larosiere:**  Yeah that's well, that's from Garrett.

**Cody Wilson:**  Yes but Garrett is referencing something that a party told him and I don't think by his message here he means that Jg himself told him that.

**Matt Larosiere:**  Okay so Cody told me that your signal isn't working that's what he said right?

**Cody Wilson:**  Is this what Jg said or what?

**Matt Larosiere:**  This is what Garrett said.

**Cody Wilson:**  Yes I he must have said that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay so do you remember this conversation?

**Cody Wilson:**  Uh, the companies remember this conversation.

**Matt Larosiere:**  Does Cody, the corporate representative, remember this? I'm guessing Cody is you, right?

**Cody Wilson:**  Yes I only mean to point out for the record that this is an email from Garrett Wallen to Jg.

**Matt Larosiere:**  It is it is an email but it's from the Def Desk organization.

**Cody Wilson:**  Right? It is it is.

**Matt Larosiere:**  Yeah. So, what was the communication you had with Garrett that day that that caused Garrett to go and send this communication?

**Cody Wilson:**  I presume this is about a visible api as is described here.

**Matt Larosiere:**  And what is that?

**Cody Wilson:**  It must be that one of the services, or the technologies connected to Defense distributed or its e-commerce. Had in some way an exposed api or we learn perhaps from Jg himself. This document seems to suggest it might have even been Jg told me and I told Garrett and I think I should make that representation on the record that that's what happened.

**Matt Larosiere:**  Jg told you about this visible api.

**Cody Wilson:**  It must be that he at least told the company perhaps he sent a ticket but we cannot find with a talent.

**Matt Larosiere:**  So this is October of 2023 I'm going to show

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

you another one.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Um, actually you know what this one I'll mark Exhibit I. Remember this email?

**Cody Wilson:**  Yes I've seen this email.

**Matt Larosiere:**  Okay. So he said Jg says, in pertinent part I notice you tightened some stuff down awesome I did see another potential candidate for a similar vuln like the one we most recently discussed.

**Cody Wilson:**  Yes I think this exhibit and the previous are related they seem to be related in time and there's an indication they're both about the same, if you will, vuln or vulnerability.

**Matt Larosiere:**  What what so what was the previously discussed vuln?

**Cody Wilson:**  Uh, it is the testimony of this corporation that both of those exhibits refer to some kind of exposed api of a third-party pass-through service. Our recollection is this is Gunspring.

**Matt Larosiere:**  Well, the 2nd one seems he's talking about Gunspring.

**Cody Wilson:**  I think both exhibits are related because they both come from the same period of time and seem to be from the same or a related conversation. It it is difficult to piece them together but we know we have some indications of the 2023 conversation about a gunspring api.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay. I have another this is going to be Exhibit, uh, J. I'm gonna show it to you single email.

**Cody Wilson:**  And this is to not to Garrett alone this is to Cody Wilson.

**Matt Larosiere:**  Yes but saw your message on signal I was trying to set back up my phone and I locked myself out for 7 days lmk when you're able to talk but yeah I mean I never leaked any database to anyone so I could sign something. Yes. Do I need to hire a lawyer? What's up? Can you call me via normal call? What's all that about?

**Cody Wilson:**  This seems to be a communication to Cody Wilson about Gatalog. I think the accusations of the Fedcad meme one of the accusations of the Defcad servers being exposed we do not have documents to support that but it is a testimony of this company this is Jg responding to a request to discuss. The accusations of the Fedcad meme and if this was in fact him who was telling people that Defcad had been hacked and dumped multiple times.

**Matt Larosiere:**  This is all the way back in October of 2023 right?

**Cody Wilson:**  Not all the way back. May of 2023 is the inauguration of the Fedcad meme.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  And once that campaign had reached a certain pitch by the end of the year it became. Discernible that Jg may

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

be someone to ask about this accusation?

**Matt Larosiere:**  How did that become discernible?

**Cody Wilson:**  There's enough chatter in the rocket chat and other places, at this time and I think chatter from Foster Plettman you know, I think this ip thing is happening. Wait wait let me back that up I'd have to check the document.

**Matt Larosiere:**  Yeah no I.

**Cody Wilson:**  We were having ddos attacks in 2023.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  It seemed like there was some kind of intentional campaign to spread the word that our database had been hacked.

**Matt Larosiere:**  But this is before there was the, uh, copyright lawsuit right?

**Cody Wilson:**  Well it's before the copyright lawsuit is filed October 2023 is when Foster Elik makes the 1st threat.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  Through his attorney that defcad should remove all the Gatalog files from the website.

**Matt Larosiere:**  Okay. Um, anyway and so somebody said, you know you see the meme picking up right this is this is leading up to this.

**Cody Wilson:**  Right there's like this accusation that there's a defcad database that could be hacked and dumped and so I'm like, man. You know did they get this from you by you know for

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

example?

**Matt Larosiere:**  So you went straight to him?

**Cody Wilson:**  Not straight to him. In fact, we went to other people like Mike Rofa who else did we go to? We asked our our insurance to run like a to look for defcad information having been hacked and dumped. There are many services marketplaces you can go to to find hacked and dumped information.

**Matt Larosiere:**  Mm-hmm.

**Cody Wilson:**  I think you guys are familiar with that so we looked but we didn't find it so it began to occur to me especially as this meme began to pick up steam it's like wait a minute they think there's some reason I mean this is more than just a like a slur or. Something they think they've got something to stand on here and it occurred to me that Jg who is not just friendly with us but is friendly with the Gatalog, in fact has done some business or tried to with them. He may be a source of information for them.

**Matt Larosiere:**  Why would you think he may be a source of information?

**Cody Wilson:**  He's known to be like a-a 3d gun praying. I don't know participant at the Gatalog you could say or was I mean this is all kind of ancient history at this point and he had made those representations to us so it began to be natural.

**Matt Larosiere:**  Wait what representations?

**Cody Wilson:**  That he was a member of the Gatalog?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Mm-hmm. So I we didn't see any documents showing that.

**Cody Wilson:**  There are no such documents in our possession where he says, hey, I'm a member of the Gatalog.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  But nevertheless this was known and of course this is a very private guy one reason this email exists this way is because I'm not able to get a hold of him I think at some point I must have left a signal message of course he would have you know, disappearing messages so fine he would always pick another way to kind of reach back out either to me or to Garrett or to Haroon or to other people, uh, and here he is apologizing for not being in contact which is a theme of communications with this guy he seems a little spooked too and I think he thinks I'm accusing him and this must be why by way of apology he's responding and saying hey I got your message I don't know what it is about this meme I didn't hack anything to anybody.

**Matt Larosiere:**  And so you're you're talking a lot and not much of that is responsive to my question.

**Cody Wilson:**  I would disagree I think it's very.

**Matt Larosiere:**  That's okay so.

**Cody Wilson:**  Information.

**Matt Larosiere:**  That's okay so do I understand you're saying you asked him about. This hacking allegation because he was a member of the Gatalog.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:** I asked him. About the Fedcad meme and I asked him if he is the guy that is there there was tweets at the time I think even from Foster Elik one of our guys told us one of our guys confirmed this to us and I said you know what what if it's this guy Jg.

**Matt Larosiere:** You know there's a that doesn't really make sense to me.

**Cody Wilson:** Uh-huh.

**Matt Larosiere:** Why why go to Jg?

**Cody Wilson:** Again when I see Foster Elik say one of our guys actually told us.

**Matt Larosiere:** Yeah.

**Cody Wilson:** I go well who's a who's a guy that would know this and one of the only people who regularly tried to perform security, you know services for us consulting for us is this guy we know that he's a 3d printer in 2019 we tried to help him set up Spooky Rails we know that Spooky Rails is some kind of thing he's doing with the Gatalog or trying to so we go you know what that's the Venn diagram this guy probably is their source or I should ask him if he is.

**Matt Larosiere:** Okay is he a hacker?

**Cody Wilson:** I think he considers himself to be one.

**Matt Larosiere:** What do you mean?

**Cody Wilson:** I think it may even be his profession.

**Matt Larosiere:** Okay. So I'm gonna show you Exhibit K.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Say again.

**Matt Larosiere:**  I'm gonna show you Exhibit K.

**Cody Wilson:**  Please do.

**Matt Larosiere:**  So. I'm gonna Zoom out a little bit here we're winding down. You recognize this email?

**Cody Wilson:**  I do.

**Matt Larosiere:**  It's from you.

**Cody Wilson:**  Not yours? Uh, yes I recognize this email.

**Matt Larosiere:**  This is from you, right?

**Cody Wilson:**  Uh, it seems to be.

**Matt Larosiere:**  Yeah crw@defcad.com that's your email address?

**Cody Wilson:**  Yes.

**Matt Larosiere:**  Okay and the attachments, what are they?

**Cody Wilson:**  Oh, can I see again?

**Matt Larosiere:**  Sure.

**Cody Wilson:**  For the attachments? I see, uh, looks like a draft bounty program as I mentioned earlier we were in discussions with Mr. Jg about running a bounty program at defcad specifically.

**Matt Larosiere:**  And there's an email from Jg right?

**Cody Wilson:**  Where's that?

**Matt Larosiere:**  On the 1st attachment?

**Cody Wilson:**  Uh, no no these are his these seem to be public keys part of his like encryption.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** Okay. But but that stuff from. Him is public J-g I'm guessing that's J.g at xfiltrate?

**Cody Wilson:** I, uh, I think I was sharing his Pgp information so that they may make contact with him securely doesn't seem to be a-a forwarding of his email.

**Matt Larosiere:** Right but these are suggestions from J.g right?

**Cody Wilson:** Uh, I believe he edited a draft document and returned it to us. I believe that attachment is his return suggestions.

**Matt Larosiere:** Okay.

**Cody Wilson:** Like his edits of the document.

**Matt Larosiere:** So when you said suggestions from our hacker friend.

**Cody Wilson:** Yes.

**Matt Larosiere:** What did you mean?

**Cody Wilson:** Uh, I mean that J.g I mean to refer to J.g there.

**Matt Larosiere:** As a hacker.

**Cody Wilson:** Well yeah I mean I-I think he is one.

**Matt Larosiere:** Okay.

**Cody Wilson:** I think that is his. Uh, primary employment.

**Matt Larosiere:** Or was do you think it's possible that J.g could have accessed Defcad's database?

**Cody Wilson:** Is it possible? I don't believe it is possible

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

that he did and he certainly never communicated that.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And of course you've shown me an exhibit where he says he did not do that.

**Matt Larosiere:**  Well he said he didn't dump it, so let's pull that one up again.

**Cody Wilson:**  Oh, interesting. Okay that's an interesting.

**Matt Larosiere:**  Yeah so I'm gonna read you what he says.

**Cody Wilson:**  Oh, yeah.

**Matt Larosiere:**  I mean, I never leaked any database to anyone.

**Cody Wilson:**  I see which is to say maybe it's possible that he hacked a-a database that he could leak.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  And that even though he hacked it, he didn't dump it and you say is that possible?

**Matt Larosiere:**  Is it possible that he or another hacker even could have gotten in there without you knowing?

**Cody Wilson:**  It is not possible in the terms of the fat cat meme no.

**Matt Larosiere:**  Okay I'm not asking about the terms of the fat cat meme.

**Cody Wilson:**  Well why not?

**Matt Larosiere:**  Forget about the terms of the fat cat meme.

**Cody Wilson:**  Hard to.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:** I well I understand that that's manifest, um. Uh, I I'm asking if it is possible for J.g or another hacker to have accessed the database, you know, through means that are surreptitious without you knowing?

**Cody Wilson:** Interesting.

**Matt Larosiere:** I don't assume they they would do it. You know in the normal course.

**Cody Wilson:** Are you asking me you're not asking me is it possible that it happened? You're asking me is it possible that it can happen?

**Matt Larosiere:** Sure answer that one.

**Cody Wilson:** Uh-huh, uh, I would think that there must be some non-zero possibility.

**Matt Larosiere:** Right.

**Cody Wilson:** There must be.

**Matt Larosiere:** And so now I want you to answer the other way you framed it is it possible that it happened?

**Cody Wilson:** I don't believe it is possible that it happened.

**Matt Larosiere:** Well, if it's possible that it could happen, how is it impossible that it happened?

**Cody Wilson:** There are positive communications that it did not both from our security researcher and J.g himself and the construction of the reports of this hack do not correspond with what the defcad database is.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Okay.

**Cody Wilson:**  There are no customer records or information in the defcad database to be hacked and dumped.

**Matt Larosiere:**  Okay so what communications with J.g says he didn't hack the website?

**Cody Wilson:**  I take one of the communications you have shown me to be such a communication.

**Matt Larosiere:**  Is that this one that I just showed you? Now?

**Cody Wilson:**  Though he does not use the word hack in that communication, I think it is sufficiently. A declamation?

**Matt Larosiere:**  Mhm he he says he never leaked it.

**Cody Wilson:**  He said I didn't leak nothing to nobody.

**Matt Larosiere:**  Yeah did you, um, as a joe I-I believe it could sound like that. Do you, um. I was this after a phone call when you tried to like you tried to talk to him on the phone?

**Cody Wilson:**  To me it it's Async it it reads as Async and we must have sent a signal message to him. That may be why Garrett's talking about his signal not working.

**Matt Larosiere:**  Uh-huh.

**Cody Wilson:**  Um, it seems async to me and it seems apologetic his denial is is a kind of apology hey I'm almost apologizing for the fact that I'm not in communication. No I didn't leak anything to anybody. It seems a little strenuous, a little forceful and in fact, he might be worried that I'm

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

accusing him of doing it.

**Matt Larosiere:**  Yeah so he said. So I can sign something yes. What did you ask him to sign?

**Cody Wilson:**  That did you do this or did you tell people that you did this and if this came to litigation would you be a witness that this did not happen and you did not say it?

**Matt Larosiere:**  Okay and so so yeah you however, you tried to talk to him.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Which you haven't given to us I'm guessing you don't have it?

**Cody Wilson:**  I don't have it.

**Matt Larosiere:**  Okay, um, your testimony is that you told him hey this did you like show him the meme?

**Cody Wilson:**  I-I must have yeah.

**Matt Larosiere:**  Yeah you said the the stuff in here is this you?

**Cody Wilson:**  This is becoming like a big deal.

**Matt Larosiere:**  Yeah.

**Cody Wilson:**  This is not going away and it is resting on. Statements from members in the catalog that one of their own.

**Matt Larosiere:**  Right.

**Cody Wilson:**  Can back it up.

**Matt Larosiere:**  Right.

**Cody Wilson:**  Is this you and how can you help me fix this?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

If this goes to litigation I will need a witness and if this is you, I will need you to sign something.

**Matt Larosiere:** For sure. And so you asked him if he had some of the allegations including hacking and dumping right?

**Cody Wilson:** Absolutely I have asked him more than once if he has hacked and dumped as the Fedcad meme suggests.

**Matt Larosiere:** So you think you explicitly asked him this you know, in your when you reached out?

**Cody Wilson:** It's very clear to me that it was asked by his response here.

**Matt Larosiere:** And then his response only says he never leaked the database.

**Cody Wilson:** This is true he says I never leaked the database.

**Matt Larosiere:** Did you send him something to sign?

**Cody Wilson:** No I've never done that.

**Matt Larosiere:** Never done that why?

**Cody Wilson:** No he made it clear, especially after the copyright lawsuit on the phone to me, that he did not want to be involved in this and would be a hostile witness to anyone who subpoenaed him.

**Matt Larosiere:** That's interesting. You never even sent him a draft document to sign?

**Cody Wilson:** No.

**Matt Larosiere:** And you're not intending to rely on him as a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

witness, are you?

**Cody Wilson:**  We have not. Listed him as a witness.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  If discovery is extended we may.

**Matt Larosiere:**  Well I was asking about your intent at the present.

**Cody Wilson:**  I don't think we can rely on him as a witness.

**Matt Larosiere:**  Why not?

**Cody Wilson:**  I'm not sure that I can trust his representations I'm not sure that I would know what he would do.

**Matt Larosiere:**  Well, what do you mean I mean, if he if he didn't do it, wouldn't he be a good witness?

**Cody Wilson:**  I believe he would be if he would give truthful testimony.

**Matt Larosiere:**  Then why aren't you citing to or you think he might lie and say he did it?

**Cody Wilson:**  I believe I believe he might lie. I believe he might say in fact, no I don't remember these conversations and in fact, I might punish anybody who tries to haul me into court to talk about anything.

**Matt Larosiere:**  How so?

**Cody Wilson:**  I think gray hat hackers are not beyond violating ethical standards and I interpret J.g to be a gray hat hacker.

**Matt Larosiere:**  Is it something in between white and black?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Yeah and I understand white hat hackers are the good guys and the black hat hackers are the ones who steal your credit card.

**Cody Wilson:**  Probably yeah.

**Matt Larosiere:**  And I interpret him to be a gray hat hacker.

**Cody Wilson:**  Not to be fucked with.

**Matt Larosiere:**  Not quite stealing credit cards but could destroy your life.

**Cody Wilson:**  Not beyond it. And that's not someone that you should push around without thinking about it.

**Matt Larosiere:**  Okay so I mean, you think it's possible he lied about leaking it?

**Cody Wilson:**  Is it possible? Yeah.

**Matt Larosiere:**  Look I can see his incentives like well, it seems very clearly here he might be being asked to get pulled into a lawsuit even though no lawsuit exists.

**Cody Wilson:**  Uh, is it possible he lied about it? I suppose it could be possible.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And so we didn't end our examination with just the word of a gray hat hacker.

**Matt Larosiere:**  Right.

**Cody Wilson:**  We hired serious security researchers to examine our framework to examine our Cms to look for evidence

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

online of a hacking of a dumping.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And this evidence was not found A. Report was returned to us saying there is no evidence that this happened and by the construction of your website it most likely did not happen.

**Matt Larosiere:**  Did those examiners review the website before or after the the changes that J.g suggested were made?

**Cody Wilson:**  J.g never suggested changes to the Defcad website.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  There are no documents in your possession that show a hack that he identified at Defcad, or a vulnerability that we were assessing at Devcad or changes we made to Devcad in response to communications from Jg.

**Matt Larosiere:**  So did these examiners review the was the exposed api in a place it shouldn't be was that still there when they reviewed it?

**Cody Wilson:**  Gunstring and this exposed api have nothing to do with the Devcad application the database access to Devcad there are many other websites and applications that the defense distributor maintains and that Jg would examine.

**Matt Larosiere:**  So no I'm asking you uh-huh was that api key still exposed when, this review happened?

**Cody Wilson:**  I'm not saying there was an api key exposed.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

The documents do not support, an api key.

**Matt Larosiere:**  Or whatever api in a place it shouldn't be was it still in the place it shouldn't be.

**Cody Wilson:**  Uh, I'm sure that the gunstring api issue was resolved.

**Matt Larosiere:**  Before the review.

**Cody Wilson:**  Yes yes I think that exposure or that vulnerability or whatever we're talking about for gunstring, I think that was in 2023.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  I think the records show that the Mandia reviews began in 2024.

**Matt Larosiere:**  2024.

**Cody Wilson:**  Yes.

**Matt Larosiere:**  And there were a lot of changes that happened to the Devcad app between 2023 and 2024 right?

**Cody Wilson:**  Uh, between 2020.

**Matt Larosiere:**  You just sent us a lot of commit.

**Cody Wilson:**  A lot of commits but it doesn't mean those made it to production.

**Matt Larosiere:**  Okay.

**Cody Wilson:**  I'm not sure if it's fair to say a lot of changes but of course the website's always been in some form of active development.

**Matt Larosiere:**  Okay and so the website that Mandia had

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

reviewed, it's not exactly the same one that existed in 2023 is it?

**Cody Wilson:**  No in large part it is and in fact the Legio side. The database that could have been hacked and dumped has been almost the same.

**Matt Larosiere:**  Almost the same.

**Cody Wilson:**  The database.

**Matt Larosiere:**  The, um, well what about.

**Cody Wilson:**  The technology the the changes that are made at Devcad relate to how you can access files for download.

**Matt Larosiere:**  So there are no changes to the, any of the websites.

**Cody Wilson:**  I'm not making that representation.

**Matt Larosiere:**  So there were changes to the websites that these things are hosted on between 2020 you know, early 2023 and, um, when the mandia examination happened.

**Cody Wilson:**  Early 2023.

**Matt Larosiere:**  Sure.

**Cody Wilson:**  Uh, the Devcad website is in regular, update security review although not, not related to the the architecture of the website or the or the Django database I'm sorry it's like a postgres database or something.

**Matt Larosiere:**  I-I don't know, uh, okay Matthew what they, uh, are we?

**Gary De Pury:**  I'm you you're almost done.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Matt Larosiere:**  Yeah all right I hope so.

**Cody Wilson:**  You're being mean to me.

**Matt Larosiere:**  I'm not being mean.

**Cody Wilson:**  You need to be nice to me.

**Matt Larosiere:**  I'm nice. Okay could you please wind up?

**Cody Wilson:**  Stop? I'm very easy to get knocked off track you know that? And thank you.

**Matt Larosiere:**  I appreciate that. When's the last time you talked to Jg?

**Cody Wilson:**  I recall a phone call Christmas time 2024 after the copyright suit had been filed the phone call was unprompted inbound from Mr. Jg.

**Matt Larosiere:**  He kind of disappeared after that right?

**Cody Wilson:**  I'm not saying he entirely disappeared.

**Matt Larosiere:**  I said kind of.

**Cody Wilson:**  Did I say he kind of.

**Matt Larosiere:**  No I said kind of.

**Cody Wilson:**  Oh, I see I see well no that was already his pattern by then in fact you can see it evidenced in this 2023 exhibit he's this guy who's not going to necessarily be in in touch he's going to apologize for not being in touch and as the Fedcad meme copyright lawsuit these other things go and the arrest of Peter Salantano he's very very spooked and his call to me is about what is going on with Salantano and he wants to tell me things about why he's been out of contact and I think it was

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

in A. Way trying to make sure that he was out of the blast radius, of this litigation.

**Matt Larosiere:**  Mhm. So and did you give him assurance that he was out of the blast radius?

**Cody Wilson:**  I said I can't I can make no assurances but he told me he specifically reached out because Peter Salantano was arrested.

**Matt Larosiere:**  Mhm.

**Cody Wilson:**  And I'm like, well this is this is weird to just get this call from him he says, well you have to know Matt Salantano was one of the people who would lean on me the most or ask me the most to hack your website I said. Okay so you're telling me they actually did ask you to hack the website did you hack the website? He says no of course like I've always told you I've never hacked the website but they asked me to especially after the Fedcad thing because they wanted to make it true.

**Matt Larosiere:**  Hm.

**Cody Wilson:**  And I can understand that.

**Matt Larosiere:**  Now how come you didn't give us anything on this before?

**Cody Wilson:**  This was a phone call.

**Matt Larosiere:**  Mhm. You didn't write anything down that happened?

**Cody Wilson:**  Well I certainly told my attorneys.

**Matt Larosiere:**  Okay.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  And by the way it was a part of you know, we at this point I think we had counter claims or were soon to amend our counter claims and it was a factor in what I thought we should say and do although it is difficult the way we play Rico in that other case.

**Matt Larosiere:**  You did have a very interesting way. Um, this is still interesting though.

**Cody Wilson:**  Uh-huh.

**Matt Larosiere:**  Yeah, it's certainly kept us busy, uh. I don't want to ask about Salantano. So, one last little thread here and I don't mean to be like Columbo and keep doing that.

**Cody Wilson:**  But, uh.

**Matt Larosiere:**  Oh, is that what Columbo would say?

**Cody Wilson:**  11 more thing.

**Matt Larosiere:**  One more thing and that's when he that's when he.

**Cody Wilson:**  Just keep going.

**Matt Larosiere:**  Okay what he would get you going for? That's been a while.

**Cody Wilson:**  Yeah.

**Matt Larosiere:**  Cool. You also you brought up the the the survey results we talked about right?

**Cody Wilson:**  What's that?

**Matt Larosiere:**  The. Survey results we had talked about, um, some of them talked about, uh, so you know what let's go off the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

record I think I might be done. Let's go off the record for a minute.

**Cody Wilson:**  Sure.

**Gary De Pury:**  How are we for time you?

**Abdullah Khalid:**  It is now the time is 4:8 p.m Eastern Standard Time and we are off the record.

**Cody Wilson:**  Thank you sir.

**Abdullah Khalid:**  The time is 4:16 p.m Eastern Standard Time and we are back on the record.

**Zach Zermay:**  Yep.

**Matt Larosiere:**  Uh, good afternoon Foster Wilson.

**Zach Zermay:**  All right we're back on.

**Matt Larosiere:**  All right I am I am done, uh, thank you so much both for your time. I think Foster Zermay has a couple questions now but that concludes my questions. Thank you.

**Howard Foster:**  Thank you.

**Zach Zermay:**  Good afternoon Foster Wilson.

**Cody Wilson:**  Good afternoon.

**Zach Zermay:**  So, um, I'll try to be brief, um, because I know you went through a lot with, um, Foster Rosier sorry so, um. Just to lay the predicate the central allegations of the Rico action is, uh, wire fraud is that your understanding?

**Howard Foster:**  Object to the form of the question calls for a legal conclusion.

**Cody Wilson:**  I the word central. Is a stumbling block for me

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

I'm not sure that as this is written the wire fraud is a central part.

**Zach Zermay:**  Okay well by way of background so for Rico you need to have, uh, things you call predicate acts and often times in Rico lawsuits the predicate act is wire fraud, wire fraud, mail fraud those are the 2 big ones.

**Cody Wilson:**  Yes yeah.

**Zach Zermay:**  So it's my understanding that the, uh, allegations are that the the defcad meme in this case, um, it's forms the basis of the wire fraud. Is that is my understanding correct?

**Cody Wilson:**  I would supplement your understanding with other false statements of fact used in commerce including posting I remain so not just the meme.

**Zach Zermay:**  Mm-hmm. Okay so for fraud there are, certain elements.

**Abdullah Khalid:**  Uh, Counsel counsel, uh, can you please come closer to the microphone?

**Zach Zermay:**  Yeah. So, for fraud, typically speaking, there needs to be the a who a what the where and. The when to when representations were made so I'm trying to understand the, nature of the predicate acts plural. So, who do you contend if any, was the meme directed at or to?

**Cody Wilson:**  Oh, interesting very interesting. Well again, as I'm not an attorney it seems that there's some peril that in

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

answering this question in a way a layperson might that I am actually not answering it correctly in a in a legal way and I am concerned that the answer to your question is asking me for. An answer that only a lawyer could provide.

**Zach Zermay:**  I guess let me rephrase. So, who of anybody does the company or do the companies primary issues, uh, contend? The meme was transmitted to.

**Cody Wilson:**  Transmitted to. Again I think I understand the question, uh, but the companies only understand the question in a way that. Perhaps our attorney understands separately. Um, therefore, it is difficult to answer this question, and I'm going to need to confess a kind of lack of preparedness in this way. Um, that I didn't prepare for questions about the nature of, wire fraud predicate characterization.

**Zach Zermay:**  Okay because. At least you know, there was a discussion on elements the other day and I'm not going to go into the elements but you have to have facts to support the elements generally.

**Cody Wilson:**  I think I'm much more comfortable discussing the facts behind the allegations of wire fraud.

**Zach Zermay:**  Mm-hmm. And you probably are asking me that. Yeah so who, was defrauded?

**Cody Wilson:**  Well that's very interesting. I have heard, for example, multiple answers to this question. For example, it's true to say in one respect that the campaign is a fraud upon the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

public itself. Though I think we allege something different from that here I think we are saying that customers of defcad have been defrauded potential customers of defcad and in fact, even those customers that are encouraged to become customers of the Gatalog and Mathcorp have been defrauded.

**Zach Zermay:** Okay. So another aspect of fraud it's, reasonable reliance so, I'm looking at the well I'm not looking at the. Meme now but I looked at the meme.

**Cody Wilson:** Sure.

**Zach Zermay:** And, I looked at it and honestly I rolled my eyes it's filled with hyperbolic language.

**Cody Wilson:** I agree.

**Zach Zermay:** Um, so is it the company's contentions that well, I guess who does the company contend relied upon the meme reasonably, um, to their detriment?

**Howard Foster:** Uh, wait I object to the form of the question. You've misstated the law. Okay.

**Zach Zermay:** Okay.

**Cody Wilson:** I understand, um, the way you have asked the question I'm not sure that it is alleged this way in the complaint and so I'm not sure. Um, I'm not sure that this has been done.

**Zach Zermay:** Well, I didn't ask who was alleged in the complaint.

**Cody Wilson:** I see.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Zach Zermay:** I asked if anybody relied upon the meme to their detriment.

**Cody Wilson:** Oh, I-I-I think we have facts to support this yes.

**Zach Zermay:** Who who, uh, relied upon the meme to their detriment.

**Cody Wilson:** I would say that our exit surveys reflect. Um, at least some segment of our previous customers who relied upon the meme and its information to their detriment.

**Zach Zermay:** Is it the company's contention that the reliance upon the information contained in the meme was reasonable?

**Howard Foster:** Object to, the question calls for a legal conclusion.

**Cody Wilson:** Uh, I would say the same thing I've said before though I'm uncomfortable answering this instead of my attorney. Um, I believe I can answer with some of the facts that we have that support that allegation.

**Zach Zermay:** Okay what are those facts?

**Cody Wilson:** So I can get it exactly right would you repeat the question just as you asked?

**Zach Zermay:** Sure. Um, do, who do the companies contend, reasonably relied upon the meme to their detriment?

**Cody Wilson:** Yes I think I was hung up on reasonable I think in our market and the customer that we have come to know to be a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

subscriber of defcad and also that customer who is likely to be a customer. Of Mathcorp who we we can describe as the audience addressed in commercial competition by both of our companies or enterprises he's making a reasonable decision. When encountering the meme and because of. A lack of education or because of the nature of this demographic they do not respond as an attorney would by rolling their eyes they see some indication of smoke. Where there may be fire.

**Zach Zermay:**  Okay, um, so as the meme when? Were these representations made to those individuals that.

**Cody Wilson:**  Mm-hmm.

**Zach Zermay:**  Really reasonably relied upon the meme?

**Cody Wilson:**  Yes, um, of course it's very difficult to track each individual transmission over the wires, over the ethernet cables to the home computers or the personal electronic devices that each of these people use at the times that they use them to make a reasonable reliance. This must be, this must be a decision for the trier of fact. This must be you know we can present occasions when the meme is shared we can show how many times the meme is viewed these are rough heuristics we can make reasonable assumptions about groups of people, blocks of time but it is difficult to this is such a dendritic presentation it is materially impossible to accurately. Record.

**Zach Zermay:**  Okay. Another aspect of, uh, Rico and Foster Foster probably knows a lot more about this than I do it's the,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

uh, enterprise so we have the enterprise the the math corporation here that which. Is listed in the complaint. So, an enterprise generally is a structure and so my question is what is your understanding of the company's understanding of the structure of this enterprise? Like who is the capo datore di Capo who is the the, um, consigliere so to say what what is your understanding of this enterprise?

**Cody Wilson:**  Yeah yeah yeah.

**Howard Foster:**  Same objection.

**Cody Wilson:**  I you know, I prefer who's Vito Corleone.

**Zach Zermay:**  Yeah.

**Cody Wilson:**  Who's Vito?

**Zach Zermay:**  John Vito from the godfather?

**Cody Wilson:**  John Vito, his friend's Gino.

**Zach Zermay:**  All right.

**Cody Wilson:**  Anyway, the point though we don't share the same understanding of what enterprise means and is and that doesn't mean I'm right but, uh, it isn't fair to say and it's not the company's understanding that you would name Vito Corleone as the enterprise. In fact you name the enterprise so that you can capture what Vito? Corleone is doing because Vito Corleone's a smart guy he wouldn't just go out and do these things himself. He's going to use some other instrument or structure.

**Zach Zermay:**  Yeah that that's this statute was originally designed to go after the Mafia which is La Cosa Nostra, um, so I

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

guess. You've named some individuals in the complaint so, um, the allegations are that they are working as an enterprise. Um, so I guess what is the company's understanding of that structure of the enterprise?

**Howard Foster:**  That's objection are you misstating the complaint?

**Cody Wilson:**  Shouldn't be all that severe I can hear the I can hear the question although I don't think I can agree with the frame and in fact the frame of the question and our understanding our corporate understanding of Rico is deficient to the point of. A good faith answer is not possible without, harming our own allegations.

**Zach Zermay:**  Well, I guess how how do the companies think that? These individual defendants came together.

**Cody Wilson:**  Okay that's good and of course I think there are a wide factual basis to support this idea that they came together, uh, obviously they have discussed in their own depositions the time period from around 20:21 I think this also corresponds with creation of other other joint ventures like their Gatalog Foundation for example, um. Facts that also support their coming together are, expressions like from Foster Hall of we created the Gatalog as a response to defcad we created the Gatalog as a way to differentiate ourselves in this space from this company defcad that we do not approve of in a sense we organized specifically in this context and in this market as a

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

commercial competitor and also as an ideological opponent. Um, this all happened in 2021 overtly it has been discussed in the years past on social media and documents that we have produced in discovery and if we have not intend to.

**Zach Zermay:**  So throughout the course of litigation it became known Matt John Stroke was the author of the the meme.

**Cody Wilson:**  You're saying it became known to the Defendant?

**Zach Zermay:**  Well it it became it came out in discovery Matt John Stroke, um, created the meme. Is it the.

**Cody Wilson:**  Damn I was close.

**Zach Zermay:**  Is it the company's contention that, the meme was created, at the behest of this enterprise?

**Cody Wilson:**  Oh, the meme in fact the meme's creation was at the behest, very interesting, uh, yes I would make that specific representation the meme was created and published at the behest of. The enterprise.

**Zach Zermay:**  Okay what is your factual basis for that contention?

**Cody Wilson:**  Where I have seen for example defendant stroke discuss. The creation but most often the spread of the meme she describes it as her role and her responsibility to do so and not and not usually in a personal context but as a part of her office with the enterprise and joined with this fact that we know that she is the author and joined with the other fact that she attributes the meme to the post John Elik. Exhorting everyone to

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

bully those who use the website he is both asking and she is answering the call to create and publish the meme to harm the website for the enterprise.

**Zach Zermay:**  You mentioned that she has an office what is that office?

**Cody Wilson:**  Well, she has called herself and she I think it's the chief of propaganda now whether it's a chief and whether there's a bureau, I know not.

**Zach Zermay:**  Are there any other offices that you're aware of?

**Cody Wilson:**  There is one more serious office which is called the beta manager. That seems to be the most consistently performed office and I use performance, with more than one meaning.

**Zach Zermay:**  What is the, uh, or who is the beta manager?

**Cody Wilson:**  The current beta manager of the Gatalog is Clay Christensen Christensen. And, uh, who is Clay Christensen? I don't know much about him. He is known by another name and that name is Uber clay. It seems that his responsibilities have increased in recent times as the members of this enterprise have found, uh. I don't know they found their participation in the enterprise encumbered.

**Zach Zermay:**  Why'd you name Foster Christensen? And not the name of the enterprise in this complaint.

**Cody Wilson:**  It seems to me that he did not take up the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

mantle of beta manager. Until after the departure and the exposure of many of the members of the Enterprise, I think it is possible to name him I think it is possible. Um, of course I did not know his name or who he was, until well into this litigation.

**Zach Zermay:** Do you think the enterprise is ongoing right now or did they disband at a certain point?

**Cody Wilson:** Interesting no I think in some respects it is ongoing I think it is much degraded in its capabilities.

**Zach Zermay:** Okay, um, was anybody that was defrauded by the meme let me rephrase that did anybody who was? Allegedly exposed the meme that relied upon it did they lose any money?

**Cody Wilson:** Okay I'm thinking about this, uh, I would say Elik Goldhaber lost money.

**Zach Zermay:** Who is Elik Goldhaber?

**Cody Wilson:** We've named him in the complaint I believe he's A, uh, his firearms designer he's known in the 3d gun space he has his work. At times featured on defcad.

**Zach Zermay:** How did he lose money?

**Cody Wilson:** Uh, he lost commercial opportunities I believe his association whether true or not his public kind of, uh. Shaming as Foster Elik recommended his public shaming has probably cost him, not just an opportunity with us by his own choice, um, but commercial opportunities with others. I think he would be willing to testify to that.

**Zach Zermay:** Okay anybody else?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  The question is is anyone who relied on the meme who lost money?

**Zach Zermay:**  Lost money.

**Cody Wilson:**  Well I hope some of the defendants who relied on the meme have lost it.

**Zach Zermay:**  Okay anybody else?

**Cody Wilson:**  Um, I would say that in the exit surveys are reflected customer sentiments that they. After exposure to the meme now feel like they have lost money so you could say that. It's almost like, um, they now realize they have lost money because they relied on the meme.

**Zach Zermay:**  Okay, um, understood. I think I have any other questions but I may have covered the gambit of it. Um, so, at a certain point you guys, uh, I mean you guys the companies they added, uh, my law firm to the name to the terms of services of the defcad website it says a employee or something of Zerme Law can't.

**Cody Wilson:**  Interesting I didn't know that you owned Zerme Law but it does make sense.

**Zach Zermay:**  Yeah I guess why was I added to the website?

**Cody Wilson:**  Uh, nothing personal, uh, but we add gun control law firms to the defcad terms of service.

**Zach Zermay:**  You said that I was a gun or I have a gun control law firm What what's the basis for saying my law firm is a gun control law firm?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Well, I only learned that it was your law firm today and so my basis is your representation.

**Zach Zermay:**  Have any you list other firms, um, one of which is brought up a couple times venable.

**Cody Wilson:**  Brought up, oh, you mean brought up a couple times today?

**Zach Zermay:**  Yeah.

**Cody Wilson:**  Well I'm not necessarily saying Matt Venable is a gun control law firm I might be willing to say that but because Venable has specifically. Their representations that Venable made in the in the course of their litigation against us, which indicated that they are a client firm for a gun control organization.

**Zach Zermay:**  Mm-hmm.

**Cody Wilson:**  And so they they have to be added.

**Zach Zermay:**  Okay as a matter of policy is what I'm understanding and, uh, listed on the terms of services is a reference to the, uh, computer Fraud and Abuse Act.

**Cody Wilson:**  Yes.

**Zach Zermay:**  Okay so I-I guess is is it your intention if I go on defcad I'm subject to prosecution under the Computer Fraud and Abuse Act.

**Cody Wilson:**  Well, unauthorized access I mean, I know the terms say that and so I-I suppose the company's are representing that.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Zach Zermay:** Mm-hmm.

**Cody Wilson:** Although look do I think that you zerme? I can represent to you that I don't genuinely believe. That you are would ever intend to like hack our website or something?

**Zach Zermay:** Yeah. Interesting case development on the Computer Fraud and Abuse Act but anyway that that's.

**Cody Wilson:** Well, send me. The send me the case if it's if it's that interesting.

**Zach Zermay:** Uh, the Van Patten it's, uh, I think it was, uh, Cody Barrett wrote it.

**Cody Wilson:** Has the law changed is that what's happening?

**Zach Zermay:** Uh, it says that if you violate terms of services, it doesn't violate Cfaa and Cody Barrett wrote it but, uh, Thomas dissented. So it's called Van Patten or Van Buren.

**Cody Wilson:** You know what because you said it I'll ask someone to review it.

**Zach Zermay:** Yeah. All right What what was that again?

**Cody Wilson:** All right please thank you.

**Zach Zermay:** Oh, um, so you called my firm an anti-, uh, gun law firm right?

**Cody Wilson:** No I think I called it a gun control law firm.

**Zach Zermay:** Okay that's what you said. Um, so during the course of discovery you handed, uh, customer information to my law firm is that a fair statement?

**Cody Wilson:** Um, well, I think I don't think it's a fair

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

statement to say I handed it to you it was produced to you in the normal course of discovery under penalty of law.

**Zach Zermay:**  Okay so.

**Cody Wilson:**  Nevertheless, am I saying that Zerme law is an anti-gun organization as expressed, in our discovery responses no I'm not but from an abundance of caution I have yet produced our communications with you and I expect that you still maintain them from all of our litigation.

**Zach Zermay:**  Of course.

**Cody Wilson:**  Of course not.

**Zach Zermay:**  Okay, um, I think I got everything. Okay I'm I have no further questions of this witness.

**Cody Wilson:**  Okay.

**Howard Foster:**  Thanks so I'll just have a couple questions. Um, all right Foster Zermay.

**Zach Zermay:**  Okay.

**Howard Foster:**  I think you're loud enough that you can be heard.

**Cody Wilson:**  You mean even in the room?

**Howard Foster:**  Can you can you hear me?

**Zach Zermay:**  Just want to see if he was hearing.

**Howard Foster:**  Uh, I'll just be a couple minutes can I proceed?

**Abdullah Khalid:**  Yes counsel.

**Howard Foster:**  Okay okay this is Howard Foster, um, for the

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

plaintiffs Miss. Okay Mr. Uh, Wilson okay Counsel Foster Zermay represented in his questions that the Rico enterprise in this case was a group of people, uh, which is incorrect the enterprise as alleged in the case is. A corporation when you talked about Enterprise, were you thinking kind of loosely that it might be the same thing as a conspiracy?

**Cody Wilson:** Uh, I was thinking of how we refer to the Gatalog and Math known as each other and therefore a loose group of people in a conspiracy.

**Howard Foster:** Okay, um, okay that's all I'm going to say. That's my only question. Okay we're done everybody.

**Zach Zermay:** Yep.

**Howard Foster:** All right off the record.

**Zach Zermay:** 4:40.

**Howard Foster:** Off the record.

**Abdullah Khalid:** Uh, Counsel counsel?

**Zach Zermay:** Yes.

**Cody Wilson:** I'm listening.

**Abdullah Khalid:** I-I, uh, have a couple of questions before we, you know, uh, conclude so are we done or?

**Howard Foster:** We're we're concluding they he needs to know if you want to read or wave same question for you.

**Cody Wilson:** You are reserved.

**Howard Foster:** You have a right to read the transcript and sign it if you wish for accuracy.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Cody Wilson:**  Oh, this is like a 30(b)(6), um.

**Howard Foster:**  No it's nothing with 30(b)(6).

**Cody Wilson:**  Oh, this is just any Deposition.

**Howard Foster:**  Any Deposition the deponent has that right.

**Cody Wilson:**  And this one I should because.

**Howard Foster:**  The companies are bound right?

**Cody Wilson:**  The companies are bound by my answers.

**Howard Foster:**  Yes.

**Cody Wilson:**  So I should probably.

**Howard Foster:**  You can't change anything but if you see something okay this was misspelled and Howard will go over that with you.

**Cody Wilson:**  All right.

**Howard Foster:**  So he wants to, um, read. Okay.

**Cody Wilson:**  I'm sorry.

**Howard Foster:**  The Deponent wants to read.

**Abdullah Khalid:**  He got you.

**Howard Foster:**  You got it okay.

**Abdullah Khalid:**  Right and are there are there any transcript orders at this time sir?

**Howard Foster:**  You're going to order you said right we're going to order a transcript the Plaintiffs will order a transcript. Do you want a transcript of yesterday as well? Yes. Okay so plaintiffs are going to order yesterday and today Foster Khalid.

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Abdullah Khalid:**  Noted. And what about the defense?

**Gary De Pury:**  Um, what do you want to do you want to hold off on that or what?

**Matt Larosiere:**  Yeah we'll get back.

**Gary De Pury:**  Okay we'll get back to you.

**Abdullah Khalid:**  Noted counsel. So I have a couple of questions, uh, spellings as well if I may.

**Gary De Pury:**  Okay hope everybody listen. He has some spelling questions.

**Zach Zermay:**  All right okay go ahead.

**Abdullah Khalid:**  Thank you. Uh, number 1 the term used is legio.

**Gary De Pury:**  L-e-g-i-o.

**Abdullah Khalid:**  Noted sir. And if I haven't you know, heard that incorrectly is it Ghost Guns?

**Gary De Pury:**  Ghost gun ghost gunner.

**Howard Foster:**  There's ghost gunner and ghost guns they're different.

**Cody Wilson:**  There are 2 you will hear ghost guns and ghost gunner. That's 2 N's as in Nancy, E-R.

**Abdullah Khalid:**  Uh, got it. And gunspring?

**Cody Wilson:**  Yes it's the 2 words gun and spring but conjoined.

**Howard Foster:**  So one word common spelling.

**Abdullah Khalid:**  Noted. And is it, uh, ghost runner, uh, you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

mentioned right?

**Cody Wilson:**  Ghost as in like the side of A.

**Howard Foster:**  Wait there's 2 things.

**Cody Wilson:**  It's first it is ghost Gunner, not Ghost Runner.

**Howard Foster:**  Because it sounded like you said ghost. Runner.

**Cody Wilson:**  Right.

**Abdullah Khalid:**  I'm sorry thank you. Thank you for the correction, sir. Thank you for the correction. And, uh, there's a name used, uh, Garrett Walliman. Can you spell that please?

**Cody Wilson:**  Yeah Garrett but only one T G-a-r-r-e-t, and then Wilson W-a-l-l-i-m-a-n.

**Howard Foster:**  I got to go.

**Cody Wilson:**  Go, Matt. Okay.

**Howard Foster:**  All right talk to you.

**Abdullah Khalid:**  And Elik Goldhopper.

**Howard Foster:**  All right trouble safe Howard. Thank you.

**Cody Wilson:**  Elik see you later Elik with the common spelling Goldhaber G-o-l-d H-a-b as in boy E-r.

**Abdullah Khalid:**  Noted that's all the spellings I need. Thank you everyone.

**Matt Larosiere:**  Okay great. Oh, man, glad everybody had fun.

**Cody Wilson:**  All right so is Gino selling his book or like how do you?

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**Zach Zermay:**  Yeah yeah I talked to him I got him to sign one for my son.

**Gary De Pury:**  All right did you get everything?

**Abdullah Khalid:**  Yes, Counsel I got everything. If there's nothing else, please allow me to take us off the record. It's 4:43 p.m Eastern Standard Time and we are off the record.

**Gary De Pury:**  Thank you

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

TRANSCRIPT INDEX

## Symbols

**'cause**  25:17, 27:5, 31:9, 32:16, 34:2, 47:20, 47:23, 64:20, 65:3, 70:7, 111:23, 115:16, 131:25, 135:21, 160:23, 178:16, 193:25, 212:5, 217:16, 227:2

## A

**a-a**  8:17, 9:6, 22:2, 27:11, 34:5, 35:21, 50:22, 51:14, 56:15, 68:16, 94:6, 106:10, 171:1, 172:10, 180:7, 182:9, 186:23, 197:6, 223:7, 226:25, 240:20, 244:5, 245:13
**abandoned**  27:18
**abdullah**  1:6
**ability**  119:1, 119:6
**able**  6:23, 39:8, 132:1, 140:19, 142:22, 152:19, 153:11, 153:13, 153:15, 184:24, 225:11, 231:20, 231:23, 231:25, 238:7, 241:8
**abroad**  232:23
**absolutely**  249:5
**abundance**  112:6, 272:6
**abuse**  270:18, 270:22, 271:6
**accept**  62:13, 122:4, 122:5, 122:25, 127:21
**accepted**  123:3, 223:13
**accepting**  21:13
**access**  7:4, 7:7, 7:13, 14:15,

22:18, 27:20, 85:20, 86:12, 225:24, 226:5, 226:7, 226:10, 227:13, 228:18, 231:12, 231:25, 252:20, 254:10, 270:23
**accessed**  231:17, 232:16, 232:16, 244:24, 246:3
**accessing**  85:17, 225:21, 226:16
**accessories**  32:12
**accident**  92:15
**according**  24:18, 192:21, 192:21
**accords**  49:4
**account**  8:21, 10:6, 10:11, 10:13, 17:2, 17:13, 21:15, 41:24, 95:4, 117:24, 228:19
**accountants**  49:5
**accounting**  16:3, 32:3
**accounts**  21:4, 92:1, 227:7, 227:12, 228:4, 228:23, 229:2, 229:7, 229:8
**accuracy**  273:25
**accurate**  51:16, 51:18, 54:25, 56:22, 57:3, 57:15, 89:5, 89:13, 89:15, 89:25, 115:11, 146:16
**accurately**  59:24, 263:23
**accusation**  239:1, 239:23
**accusations**  238:12, 238:13, 238:16
**accused**  126:23
**accusing**  241:15, 248:1
**accustomed**  150:13

**achieved**  41:25
**acknowledged**  176:15
**acronym**  205:21
**across**  228:2
**act**  193:17, 218:16, 259:5, 270:18, 270:22, 271:6
**acting**  157:17, 170:2
**action**  143:13, 168:22, 168:25, 169:9, 209:15, 209:16, 212:12, 213:23, 225:13, 225:15, 229:24, 258:22
**actions**  141:1, 141:2, 143:10, 143:14, 143:18, 212:24, 215:11, 215:14
**active**  15:11, 16:7, 19:14, 253:24
**activity**  140:16, 140:18
**actors**  224:17, 226:12
**acts**  216:22, 219:9, 259:4, 259:22
**actual**  11:20, 53:3, 68:13, 80:22, 83:4, 120:12, 207:19
**actually**  6:21, 14:22, 27:4, 27:20, 28:5, 29:24, 30:9, 31:22, 46:3, 48:11, 56:5, 57:5, 61:2, 71:22, 75:11, 77:17, 98:22, 116:14, 127:16, 127:16, 136:10, 176:11, 189:22, 215:16, 216:23, 237:3, 242:11, 256:13, 260:2
**add**  27:6, 27:7, 27:8, 27:10, 27:15, 27:23, 28:25, 29:1, 29:5, 29:6, 29:6, 29:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

29:23, 46:8, 55:17, 62:8, 269:21
**add-on**  8:13
**added**  57:5, 57:9, 269:15, 269:20, 270:15
**adding**  59:13
**addition**  103:11, 149:17
**additional**  22:24, 83:21, 115:3, 129:23, 144:4, 144:6, 174:20, 218:3, 218:7, 219:18
**address**  18:24, 18:25, 243:12
**addressed**  263:3
**addresses**  216:10
**adequate**  4:17
**administrator**  181:21, 234:1, 234:3
**admit**  66:22, 218:4
**admitted**  178:1
**admittedly**  106:16, 182:14
**admonished**  46:6
**advantage**  210:20
**advertisement**  179:14
**advertisements**  179:16
**advocacy**  144:22
**affiliate**  157:18
**affiliated**  36:10
**affirm**  2:20
**affirmation**  2:7
**afraid**  11:9
**afternoon**  258:11, 258:17, 258:18
**afterwards**  77:19, 124:9
**agent**  16:14, 34:15, 34:17, 34:20, 36:7, 38:23, 38:24, 39:11, 39:12, 39:16
**agent's**  18:23
**agents**  170:2, 193:14
**aggravated**  108:4
**ago**  37:18, 69:7, 228:11

**agree**  24:2, 60:19, 68:16, 95:19, 108:19, 181:4, 227:11, 229:19, 261:12, 265:8
**agreed**  36:20, 103:24
**agreement**  36:16, 132:23, 132:25, 171:21, 189:5, 192:10, 197:25, 199:1, 202:5, 202:9, 202:10, 203:4, 204:13
**agreements**  190:23, 191:2, 191:8, 191:20, 191:21, 197:18
**ah**  84:15, 235:7
**ahead**  4:24, 62:20, 62:22, 70:22, 91:17, 104:25, 105:23, 105:25, 116:7, 118:8, 168:15, 182:5, 213:16, 230:12, 231:6, 231:6, 275:10
**air**  227:14
**al**  1:4
**alex**  201:11, 207:25
**alexander**  2:5, 176:5, 176:7, 176:23, 184:16, 211:20
**aligned**  93:18
**allegation**  156:2, 156:4, 163:22, 165:10, 165:14, 165:15, 165:18, 182:17, 182:19, 241:24, 262:18
**allegations**  67:6, 96:6, 116:18, 162:22, 165:22, 166:9, 166:12, 166:14, 166:21, 173:1, 211:10, 219:13, 219:24, 249:4, 258:21, 259:9, 260:20, 265:2, 265:12
**allege**  67:8, 152:24,

163:20, 192:13, 211:7, 211:15, 261:1
**alleged**  158:4, 168:1, 174:2, 190:8, 198:20, 221:14, 261:20, 261:23, 273:4
**allegedly**  208:17, 268:10
**allow**  39:2, 48:22, 52:18, 54:12, 277:5
**allowed**  52:17, 105:12
**almost**  4:17, 6:15, 24:3, 29:18, 39:5, 51:8, 71:25, 71:25, 151:2, 170:24, 187:16, 231:6, 247:22, 254:5, 254:6, 254:25, 269:10
**alone**  238:3
**along**  115:3, 201:22
**already**  38:10, 91:17, 95:8, 112:5, 114:3, 175:23, 197:22, 198:2, 200:14, 219:21, 255:18
**alright**  181:18
**also**  3:16, 12:23, 16:12, 30:18, 30:18, 32:17, 33:2, 39:4, 42:24, 57:25, 58:12, 82:2, 84:16, 84:17, 87:21, 101:1, 119:14, 119:14, 153:5, 184:4, 195:5, 195:11, 201:18, 201:25, 212:11, 227:1, 233:22, 257:21, 263:1, 265:18, 265:20, 266:1
**altered**  50:25, 225:19
**although**  19:16, 57:22, 57:22, 91:19, 209:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

234:11, 254:20, 257:4, 265:8, 271:2
**always** 9:20, 9:22, 23:1, 56:4, 60:7, 61:18, 63:8, 71:16, 77:11, 85:16, 85:18, 85:24, 106:6, 151:14, 177:23, 194:12, 195:8, 195:8, 232:6, 232:7, 241:10, 253:23, 256:14
**amazing** 4:22
**ambiguous** 29:19
**amend** 257:2
**amended** 165:7
**amendment** 148:16
**among** 173:4, 210:20, 211:19, 221:15, 227:23
**amount** 14:23, 56:3, 64:6, 207:20, 214:13, 230:1
**analysis** 102:17
**ancient** 240:22
**annex** 26:18
**announcement** 159:22
**announcing** 181:19
**annoying** 149:2
**annually** 110:22
**another** 9:15, 12:24, 27:9, 45:3, 51:22, 66:2, 70:15, 79:15, 79:15, 86:10, 86:13, 86:16, 93:21, 153:21, 180:16, 190:4, 211:22, 222:10, 223:8, 228:14, 237:1, 237:7, 238:1, 241:11, 245:17, 246:2, 261:6, 263:24, 267:18
**answer** 5:7, 5:12, 12:11, 18:9, 22:25, 26:11, 31:11, 31:21, 35:19, 38:15,

40:24, 40:24, 41:1, 41:2, 41:2, 41:4, 43:6, 45:2, 45:20, 45:24, 48:2, 48:15, 66:1, 66:2, 66:3, 70:7, 70:11, 76:1, 84:8, 84:9, 84:16, 86:8, 86:10, 93:10, 97:2, 97:22, 105:8, 105:9, 105:18, 112:2, 112:5, 112:7, 113:8, 113:9, 114:14, 114:20, 115:5, 115:7, 117:13, 119:6, 125:19, 152:21, 152:22, 155:12, 155:15, 155:23, 161:11, 163:1, 168:16, 173:24, 175:2, 191:10, 191:10, 194:24, 197:8, 197:21, 201:1, 208:24, 212:20, 212:21, 220:11, 221:2, 231:16, 246:11, 246:16, 260:3, 260:4, 260:11, 262:17, 265:11
**answered** 24:8, 39:24, 70:24, 79:14, 111:21, 120:24, 168:8, 213:3, 213:10, 213:14, 213:15
**answering** 5:9, 40:22, 132:18, 260:1, 260:2, 262:16, 267:2
**answers** 10:17, 19:13, 21:11, 62:2, 86:9, 116:1, 118:24, 179:24, 260:24, 274:7
**anti-** 271:19
**anti-ddos** 218:25
**anti-gun** 144:21, 272:5

**anybody** 158:5, 159:6, 159:7, 159:11, 160:9, 206:24, 241:17, 247:24, 250:19, 260:5, 262:1, 268:9, 268:10, 268:25, 269:6
**anymore** 23:21
**anyone** 17:20, 223:3, 225:16, 225:16, 228:18, 238:8, 245:11, 249:20, 269:1
**anything** 17:4, 25:22, 26:1, 26:3, 32:11, 41:15, 42:5, 42:6, 42:18, 45:24, 46:7, 46:8, 54:14, 60:25, 63:10, 63:25, 64:3, 95:9, 106:25, 108:11, 110:15, 114:23, 126:5, 137:3, 137:4, 154:1, 159:19, 160:4, 160:9, 173:13, 179:8, 208:1, 208:8, 225:3, 225:5, 241:17, 247:24, 250:20, 256:19, 256:22, 274:10
**anything's** 115:20
**anyway** 9:21, 21:10, 24:5, 73:8, 106:4, 204:2, 212:6, 217:22, 225:10, 239:20, 264:16, 271:6
**api** 234:25, 236:13, 236:18, 236:22, 237:16, 237:25, 252:17, 252:19, 252:23, 252:25, 253:1, 253:2, 253:4
**apologetic** 247:22
**apologize** 255:21
**apologizing** 241:12, 247:23

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**apology**  209:15, 241:15, 247:22
**app**  25:20, 253:16
**appear**  50:25, 55:17
**appearance**  207:10
**appendix**  26:18
**application**  23:16, 26:16, 72:1, 87:21, 95:4, 133:3, 252:20
**applications**  21:18, 24:5, 38:11, 252:21
**appreciate**  8:19, 17:21, 42:4, 64:22, 101:19, 153:18, 183:7, 255:8
**appreciating**  189:16
**appropriate**  48:20
**appropriately**  134:11
**approval**  38:24
**approvals**  21:19
**approve**  23:16, 38:22, 265:24
**approximately**  229:8
**april**  24:14, 75:23, 76:4, 76:8, 76:11, 76:21, 109:15, 109:16, 109:19, 224:3
**april's**  76:13
**architect**  87:21
**architecture**  254:20
**area**  196:5
**argue**  176:9, 178:23, 178:25
**argument**  184:23
**arkansas**  19:9, 19:18, 19:23, 20:1
**around**  14:4, 14:25, 93:7, 111:6, 121:17, 136:3, 145:9, 145:11, 184:16, 219:3, 229:6, 251:11, 265:18
**arrangement**  122:5
**arrangements**  122:6, 197:18
**arrest**  255:23

**arrested**  122:19, 256:7
**article**  144:20, 145:16, 145:17, 145:19, 148:17
**ascertain**  140:19
**ascribed**  132:24, 135:3
**aside**  9:12, 63:10, 63:12, 63:24, 105:6, 112:16, 113:19, 114:3, 164:25, 165:2, 179:8, 186:1, 199:3, 202:4
**ask**  21:10, 25:23, 35:15, 37:4, 44:2, 72:15, 72:18, 77:6, 89:21, 89:24, 101:2, 104:5, 104:18, 106:19, 114:2, 115:14, 115:25, 127:24, 134:3, 136:10, 161:6, 162:8, 171:17, 182:5, 190:14, 193:23, 230:11, 230:23, 230:25, 231:1, 231:2, 231:11, 239:1, 242:20, 248:3, 256:12, 256:13, 257:10, 261:23, 271:15
**asked**  1:18, 36:4, 40:19, 42:16, 61:5, 64:4, 103:14, 103:15, 104:15, 111:21, 112:1, 112:15, 112:24, 113:13, 116:23, 117:18, 117:21, 122:11, 124:23, 133:22, 143:14, 154:18, 155:14, 162:7, 168:5, 168:11, 168:14, 173:12, 174:25, 183:8, 190:25, 198:13,

213:3, 213:10, 214:7, 214:18, 225:11, 225:12, 225:12, 240:4, 241:24, 242:1, 242:1, 249:3, 249:5, 249:7, 249:9, 251:16, 256:15, 261:19, 262:1, 262:21
**asking**  5:11, 15:23, 23:10, 25:3, 33:22, 34:9, 39:24, 42:13, 47:18, 50:15, 50:21, 50:22, 56:21, 57:11, 57:14, 65:13, 66:6, 66:19, 67:12, 68:24, 70:18, 72:19, 75:1, 77:11, 77:13, 78:3, 80:5, 80:12, 80:13, 88:22, 90:20, 92:2, 92:4, 93:4, 97:11, 100:4, 100:4, 100:17, 104:13, 107:14, 107:16, 110:14, 111:9, 112:14, 112:14, 112:24, 112:25, 113:7, 113:14, 113:18, 115:3, 116:25, 117:2, 117:2, 118:9, 118:18, 119:3, 119:17, 123:11, 123:13, 123:18, 124:20, 131:19, 131:21, 131:22, 134:5, 134:21, 134:23, 138:6, 138:18, 138:18, 138:20, 141:25, 146:18, 147:15, 148:2, 148:5, 149:5, 153:7, 154:5, 155:16, 158:10, 167:1, 169:6,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

179:5, 179:6,
188:3, 188:8,
188:19, 195:25,
196:16, 198:19,
198:25, 207:19,
208:6, 209:10,
209:11, 212:24,
212:25, 213:19,
220:8, 220:9,
224:13, 224:19,
228:23, 229:2,
229:5, 235:7,
235:7, 245:21,
246:2, 246:8,
246:8, 246:9,
250:5, 252:23,
260:3, 260:21,
267:1
**asks** 29:15
**aspect** 261:6, 263:24
**assented** 132:24,
133:1
**assess** 152:11
**assessed** 72:6
**assessing** 252:14
**assessment** 29:7
**assistance** 195:1
**associated** 38:22,
50:19, 176:23,
205:15, 205:17
**association** 193:3,
268:20
**assume** 82:22, 84:13,
246:6
**assumptions** 263:21
**assurance** 256:3
**assurances** 256:5
**async** 247:17, 247:17,
247:21
**attach** 227:1
**attached** 47:9
**attachment** 243:23,
244:9
**attachments** 243:14,
243:17
**attacks** 239:8
**attained** 131:13
**attempt** 55:1, 135:7,
180:2, 180:17,
180:18, 233:25,
234:1

**attempted** 214:6,
224:16
**attempts** 129:16,
129:19, 134:18,
134:24
**attendant** 128:24
**attention** 114:3,
229:21, 229:22
**attenuated** 176:25,
177:2, 183:6,
185:3, 192:8,
219:10
**attenuation** 177:5
**attorney** 45:14, 46:1,
118:7, 150:11,
150:13, 169:18,
196:5, 199:11,
239:18, 259:25,
260:10, 262:16,
263:6
**attorney's** 196:13
**attorneys** 118:4,
124:22, 124:25,
125:7, 130:2,
196:4, 199:9,
256:24
**attribute** 184:15
**attributed** 178:3,
211:13
**attributes** 266:25
**audience** 263:2
**august** 15:1, 121:18
**aussie's** 149:2
**author** 163:16, 266:6,
266:24
**automatically** 12:13,
12:15
**available** 103:7,
104:15
**average** 61:21, 70:2,
74:21
**aves** 177:16, 178:3
**aware** 44:8, 44:10,
44:13, 44:18,
44:18, 91:25,
92:3, 92:5, 101:1,
187:22, 188:8,
188:13, 188:20,
188:21, 223:4,
223:17, 223:19,
223:21, 267:9

**away** 67:14, 185:25,
248:20
**awesome** 197:20, 237:7

## B

**back** 17:19, 39:9,
46:9, 46:10, 59:6,
63:1, 73:11,
73:13, 84:4, 95:2,
96:7, 106:21,
107:2, 111:14,
130:5, 132:5,
137:10, 179:25,
181:25, 200:21,
206:14, 238:6,
238:19, 238:21,
239:6, 241:11,
248:23, 258:9,
258:12, 275:4,
275:5
**background** 259:3
**backup** 39:2
**bad** 13:11, 214:3,
217:22
**bakers** 4:4
**balance** 54:23, 55:2,
55:13, 55:16,
55:19, 55:22,
55:23, 56:1,
76:25, 110:8
**ballpark** 57:7, 61:11,
61:12, 228:13
**bank** 8:20, 10:6,
10:11, 10:12,
21:4, 21:16, 23:5,
23:15, 41:24,
60:21, 109:3
**banking** 20:21
**banks** 23:3, 23:3,
23:4, 23:4, 23:18,
23:23
**barnacle** 217:10,
217:15, 217:18,
217:19
**barrett** 271:10,
271:13
**base** 108:16, 115:10,
143:21
**based** 53:3, 81:9,
97:13, 102:8,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

102:14, 103:2, 103:4, 103:6, 103:17, 104:15, 140:13, 140:16, 141:1, 143:1, 143:4, 143:11, 143:11

**basically** 10:18, 30:15, 39:18, 46:19, 95:2, 193:19, 218:24, 223:8

**basis** 138:20, 139:24, 165:15, 198:18, 219:13, 219:24, 259:10, 265:16, 266:17, 269:24, 270:2

**bathroom** 181:10

**bear** 149:21

**beast** 193:18, 198:23

**became** 7:19, 94:14, 110:21, 158:7, 238:25, 266:6, 266:7, 266:8

**become** 12:21, 30:9, 30:12, 31:24, 118:1, 239:2, 261:4

**becoming** 248:18

**began** 45:15, 62:8, 94:7, 94:10, 155:15, 214:9, 240:10, 240:11, 240:23, 253:12

**begin** 2:25, 93:17, 111:5, 131:16

**beginning** 6:22, 62:7, 63:7, 114:8, 121:17, 184:11, 192:14

**begins** 6:14, 29:14, 74:14, 111:1, 148:22

**begun** 93:7

**behalf** 193:17, 203:5

**behavior** 141:23, 144:21

**behest** 266:12, 266:14, 266:15

**behind** 17:17, 17:18,

73:16, 73:17, 141:22, 260:20

**belief** 163:5, 218:14

**beliefs** 183:8

**believe** 18:3, 21:2, 39:19, 41:21, 52:2, 52:4, 52:7, 52:15, 52:21, 67:10, 70:1, 72:25, 76:11, 80:21, 82:4, 82:16, 82:17, 83:4, 83:16, 83:20, 83:20, 90:13, 93:18, 94:4, 99:13, 103:12, 112:7, 114:7, 115:2, 115:6, 115:20, 117:24, 119:24, 121:21, 122:11, 125:20, 129:5, 130:24, 132:24, 134:14, 136:14, 136:20, 138:7, 139:24, 142:3, 144:5, 146:25, 147:21, 155:11, 155:15, 155:23, 156:16, 159:20, 160:25, 161:5, 164:7, 164:10, 167:2, 167:5, 169:22, 181:15, 182:25, 183:3, 183:3, 184:4, 184:4, 185:22, 187:4, 187:9, 197:13, 200:15, 207:12, 211:19, 219:14, 219:23, 220:13, 221:1, 223:2, 226:24, 234:10, 234:15, 235:1, 244:8, 244:9, 244:25, 246:18, 247:14, 250:13, 250:17, 250:17, 250:17, 262:17, 268:15, 268:19, 271:3

**believed** 45:21, 216:9

**believing** 167:7

**benefit** 104:3, 104:10

**berating** 121:10

**best** 11:11, 20:16, 109:25, 119:1, 125:19, 149:24, 166:19, 215:2, 215:3, 220:18

**bet** 179:11

**beta** 203:8, 203:20, 267:12, 267:15, 267:16, 268:1

**better** 13:21, 20:25, 21:3, 81:6, 107:13, 108:6, 109:17, 110:15, 111:17, 129:25, 163:18, 202:25, 204:5, 206:20

**beyond** 45:22, 66:22, 73:1, 81:11, 84:16, 103:10, 106:25, 112:21, 122:1, 149:16, 211:18, 250:22, 251:10

**big** 4:4, 32:3, 32:16, 61:10, 62:8, 62:16, 63:11, 63:17, 78:4, 167:17, 187:13, 248:18, 259:6

**bigger** 63:2, 71:17, 170:3

**biggest** 62:24, 197:3, 197:7

**bigoted** 144:25, 145:5

**bill** 92:15

**billing** 92:20

**bit** 5:2, 14:4, 37:18, 52:25, 84:14, 101:10, 193:11, 205:12, 243:4

**black** 77:4, 77:7, 77:10, 77:11, 77:13, 77:23, 77:24, 78:5, 78:9, 78:14, 78:17, 250:25, 251:3

**blackballed** 20:21

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**blah** 127:17, 127:17, 127:17
**blame** 23:8
**blanks** 32:8, 32:22
**blast** 256:1, 256:4
**blind** 114:4
**block** 225:20, 258:25
**blocked** 225:24, 226:5
**blocks** 263:21
**blog** 145:9, 145:12, 145:14, 145:18, 147:2, 147:13, 147:16, 148:1
**blood** 53:10, 149:21
**blue** 73:24
**bluetooth** 4:2
**body** 158:3
**boils** 149:21
**bolt** 7:24
**book** 20:17, 20:18, 276:24
**booked** 9:21, 10:15, 15:8, 16:4, 34:11, 34:13, 37:23, 54:3, 54:4, 56:13, 56:13, 61:24, 110:7, 137:21
**booking** 21:13
**boring** 101:9
**boston** 23:7
**bottom** 93:14, 143:16
**bought** 4:18
**bound** 274:6, 274:7
**bounty** 233:15, 233:25, 243:18, 243:19
**box** 83:14, 100:9, 206:19
**boy** 149:2, 149:11, 217:10, 217:18, 217:19, 276:20
**boy's** 217:15
**boycott** 163:17
**bracket** 63:16
**bracketing** 63:19
**brain** 118:13, 118:21
**brakes** 137:9
**breaches** 141:21
**breadcrumb** 27:12
**break** 46:2, 46:16, 78:18, 78:24,

101:15, 181:10, 182:3, 206:9
**brevity** 201:20
**bridge** 34:22, 34:23, 34:25
**bridging** 38:5
**brief** 258:19
**brilliant** 203:9
**bring** 4:4, 96:7, 164:3, 222:10
**bringing** 129:23
**broad** 34:1
**broadcasts** 224:25
**broader** 111:9, 123:15, 128:25
**broken** 51:21
**brought** 108:12, 158:24, 204:23, 257:21, 270:4, 270:5, 270:5
**browser** 92:13, 227:20
**bucket** 70:19
**build** 38:16, 209:4
**built** 22:19, 28:6, 30:7, 212:16
**bulk** 60:7, 61:8
**bullied** 122:25, 123:1, 123:5
**bullies** 123:2
**bully** 123:6, 211:23, 267:1
**bullying** 124:3
**bunch** 51:21, 224:10, 224:12
**bundled** 8:9
**bundling** 65:9
**burdensome** 230:15
**bureau** 267:8
**bureaucrat** 24:4
**buren** 271:14
**business** 5:1, 30:10, 30:12, 30:23, 32:4, 38:7, 41:23, 43:14, 43:16, 60:14, 65:13, 67:17, 67:20, 71:16, 92:12, 106:5, 106:6, 106:6, 111:10, 114:20, 129:6, 157:4, 157:13,

157:19, 157:24, 164:15, 164:16, 167:4, 167:8, 175:16, 195:6, 211:5, 212:11, 212:13, 212:18, 212:23, 213:23, 214:5, 215:8, 220:10, 221:6, 240:16
**businesses** 8:6, 65:17
**busy** 257:9
**buy** 6:23, 8:13, 8:17, 12:2, 12:23, 13:1, 14:19, 14:19, 22:18, 27:25, 42:5, 42:6, 158:22, 178:3, 224:17
**buying** 64:10, 160:9
**buys** 11:1

### C

**c-o-d-y** 2:13
**cables** 263:15
**calculated** 66:15
**calculation** 48:7
**calculations** 50:9, 68:10
**california** 42:2, 199:10, 199:11, 199:17, 199:18
**call** 22:1, 29:7, 30:4, 31:18, 31:20, 32:8, 46:5, 59:18, 68:12, 68:21, 69:13, 69:15, 82:18, 91:2, 91:7, 111:19, 120:20, 124:18, 124:19, 139:16, 148:1, 148:1, 179:24, 184:12, 186:5, 209:25, 224:16, 232:4, 238:9, 238:9, 247:15, 255:10, 255:11, 255:23, 256:10, 256:21, 259:4,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

267:2
**called** 6:24, 11:7, 12:7, 46:3, 87:22, 145:10, 145:13, 146:9, 146:10, 193:3, 199:18, 209:5, 267:6, 267:12, 271:14, 271:19, 271:21
**calling** 152:6, 163:16
**calls** 44:25, 68:19, 97:10, 122:16, 122:18, 124:17, 126:6, 161:10, 196:1, 258:23, 262:13
**came** 7:14, 52:3, 52:11, 57:6, 84:4, 88:23, 108:2, 248:5, 265:14, 265:16, 266:8
**camera** 45:12
**campaign** 106:18, 123:10, 123:16, 124:2, 128:22, 129:1, 134:18, 164:22, 167:7, 167:13, 171:9, 174:3, 184:15, 209:25, 210:1, 238:24, 239:11, 260:25
**cancel** 81:20, 82:6, 82:20, 83:14, 85:13, 136:10, 136:12, 136:19, 142:17
**canceled** 151:7
**canceling** 95:18
**cancellation** 136:11, 142:18
**candidate** 237:8
**cannot** 96:21, 98:17, 106:13, 133:13, 155:8, 159:22, 236:24
**capabilities** 268:8
**capability** 26:17
**capital** 2:4
**capo** 264:5, 264:5
**capture** 62:1, 90:2,

96:4, 110:20, 264:21
**captured** 106:13, 106:17, 173:1
**captures** 90:4
**capturing** 58:9
**car** 206:14
**card** 11:18, 20:20, 21:15, 21:20, 38:9, 38:21, 39:1, 39:1, 251:4
**cards** 20:19, 251:8
**careful** 126:19
**caring** 27:20
**carries** 195:10, 205:12
**carry** 204:19
**cart** 27:6, 27:7, 27:8, 27:10, 27:15, 27:23, 28:25, 29:1, 29:5, 29:6, 29:6, 29:11, 29:23
**case** 1:4, 1:5, 36:13, 36:23, 50:18, 83:18, 83:23, 87:23, 112:21, 112:23, 171:2, 177:4, 181:15, 184:22, 202:18, 203:7, 203:7, 208:15, 208:21, 257:5, 259:9, 271:5, 271:7, 273:3, 273:4
**cases** 17:12, 27:24, 32:14, 83:20, 83:22
**cast** 128:3
**casual** 71:20
**cat** 232:6, 245:19, 245:22, 245:24
**catalog** 181:6, 184:15, 220:15, 248:21
**catch** 151:5
**catches** 55:2, 55:3
**categories** 63:8, 63:17
**categorize** 68:5
**categorized** 66:11

**category** 23:9, 62:24
**catered** 191:25
**cause** 24:21, 96:9, 96:10
**caused** 24:19, 24:20, 65:11, 96:23, 97:7, 97:17, 139:19, 139:23, 221:5, 236:11
**causes** 68:13
**caution** 112:7, 272:6
**celebrate** 178:12
**celebrated** 148:24
**celebration** 148:13
**center** 14:16
**central** 160:14, 258:21, 258:25, 259:1
**cents** 54:17, 55:9, 55:14, 71:6, 72:23
**certain** 14:8, 27:3, 106:7, 133:18, 230:1, 232:22, 238:24, 259:15, 268:6, 269:14
**certainly** 53:19, 102:23, 114:22, 123:6, 138:17, 208:25, 223:14, 245:1, 256:24, 257:9
**certified** 115:9
**cfaa** 271:13
**challenge** 150:19
**change** 6:8, 8:16, 137:14, 154:9, 205:22, 205:22, 230:1, 274:10
**changed** 55:14, 88:3, 153:16, 162:6, 229:25, 271:11
**changes** 214:7, 252:8, 252:9, 252:14, 253:15, 253:23, 254:9, 254:11, 254:14
**channels** 150:19
**chapter** 153:8
**character** 217:7
**characterization** 260:14

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

characterized  68:3
characterizing  114:19
charged  91:11, 92:1
charging  92:6
chat  135:17, 191:25,
    202:14, 214:17,
    215:20, 239:3
chatter  239:3, 239:4
check  39:3, 75:12,
    93:11, 184:16,
    184:18, 239:6
checkout  29:13,
    29:15, 29:17
chief  169:13, 267:7,
    267:7
choice  20:20, 41:23,
    99:20, 216:17,
    268:23
choose  67:13, 99:11,
    99:19, 99:24,
    141:7, 141:10
choosing  216:18
chose  98:8, 136:18
christensen  267:17,
    267:17, 267:17,
    267:23
christmas  255:10
chunk  62:8, 63:2
churn  106:5, 111:8
circulation  214:5
cite  95:17
cited  95:22, 95:24,
    95:25
citing  250:15
civil  177:4
claim  65:10, 115:10,
    172:23, 204:12,
    205:6, 216:23
claimed  34:8
claiming  102:22
claims  108:16,
    108:17, 115:22,
    160:15, 163:16,
    184:3, 218:17,
    257:2, 257:3
clark  2:2, 167:25,
    183:24, 183:25,
    192:3, 192:7,
    204:14, 204:18,
    204:24, 204:25,
    204:25, 205:17,

219:4, 220:1,
    220:3, 220:12,
    220:19, 220:21,
    220:24, 221:2,
    221:5, 222:1
clark's  167:23,
    220:7, 220:14,
    220:16, 222:3
clay  267:16, 267:17,
    267:19
cleaner  60:12, 60:13
clear  25:8, 25:9,
    25:9, 63:19,
    122:19, 158:3,
    192:12, 249:9,
    249:18
clearer  20:6
clearly  46:2, 251:16
clever  209:23
clicks  177:22, 178:2
client  45:17, 270:12
client's  45:2
close  2:16, 4:13,
    7:6, 266:10
closer  120:20, 259:18
closest  159:25, 160:2
cloudflare  218:25
clout  177:14
cms  54:4, 56:14,
    56:16, 133:4,
    133:4, 251:25
cnc  32:8
co-counsel  46:3
coach  46:6
coached  37:14
coaching  36:19,
    36:20, 37:12,
    45:15, 46:2,
    104:20
coast  40:2, 40:20
code  179:20, 182:9,
    182:17, 183:21,
    191:24, 192:1,
    192:2, 206:24,
    207:6, 207:11,
    227:20
codes  179:17, 180:11,
    206:22, 207:22
cody  1:4, 2:13,
    13:16, 18:15,
    44:17, 89:1,

141:19, 141:23,
    146:23, 147:6,
    147:10, 147:11,
    147:15, 147:19,
    147:23, 147:23,
    147:24, 170:19,
    215:21, 235:21,
    236:3, 236:4,
    238:4, 238:11,
    271:10, 271:13
coffee  101:11, 101:12
collaborate  127:2,
    127:5
collaboration  126:23
collect  39:9, 94:8,
    94:12, 94:18
collected  94:2, 94:4,
    95:7
collecting  93:5,
    93:19
collective  94:3
collier  119:21,
    128:6, 135:25,
    136:1, 136:24,
    185:11, 185:12,
    185:13, 187:2
collier's  135:3
color  35:16, 35:21,
    35:24
colors  36:4
columbo  257:11,
    257:13
column  81:11, 82:7,
    85:2, 100:11
columns  55:10, 80:20,
    80:21, 82:4
com  8:7, 25:20, 72:5,
    100:21, 100:22,
    100:24, 100:25,
    101:1, 176:16,
    201:14, 202:14,
    243:11
combination  29:8
combined  48:9, 49:18,
    65:16
come  46:10, 49:16,
    49:18, 68:13,
    71:6, 75:17,
    77:24, 101:6,
    101:9, 106:5,
    106:12, 106:20,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

115:17, 138:21, 189:14, 195:21, 202:13, 225:16, 237:22, 256:19, 259:18, 262:25

**comes** 7:13, 7:14, 48:13, 60:18, 77:23, 82:19, 113:2, 128:16, 137:8, 158:21, 163:2, 183:19, 190:9

**comfortable** 260:19

**coming** 110:10, 154:15, 231:7, 265:21

**comings** 106:8

**commanding** 203:9

**commemorate** 124:14

**comment** 140:4, 141:11

**commentaries** 161:1, 189:9

**commentary** 114:18, 148:22, 154:8, 161:4, 161:20, 170:14, 175:3, 175:3, 199:23, 206:25, 207:4, 207:10, 215:20, 218:3

**commenting** 159:21

**comments** 148:15, 148:20, 201:11

**commerce** 259:13

**commercial** 122:5, 131:4, 131:8, 131:10, 131:23, 133:11, 157:21, 174:10, 176:19, 177:15, 178:20, 184:14, 263:3, 266:1, 268:19, 268:23

**commit** 230:16, 253:18

**commits** 253:19

**committed** 157:16

**common** 85:12, 85:13, 275:24, 276:19

**commonly** 195:16, 195:16, 196:6, 221:14, 223:12,

223:13

**communicate** 134:18, 134:25, 202:14, 233:2

**communicated** 233:3, 233:5, 245:1

**communication** 32:2, 122:8, 122:9, 124:25, 135:3, 144:5, 184:8, 195:7, 234:10, 234:19, 234:20, 234:23, 235:12, 235:14, 236:10, 236:12, 238:11, 247:7, 247:11, 247:23

**communications** 124:21, 124:22, 125:2, 129:16, 129:24, 133:22, 134:1, 134:12, 134:15, 134:20, 134:21, 135:2, 135:11, 140:12, 140:14, 143:22, 144:4, 144:6, 144:8, 175:13, 184:6, 184:10, 184:13, 184:13, 235:15, 235:16, 241:13, 246:22, 247:4, 247:6, 252:15, 272:7

**community** 122:18, 148:16, 175:8, 175:9, 189:17, 189:18, 214:11

**companies** 5:14, 8:6, 11:24, 36:8, 50:13, 59:23, 65:23, 67:9, 88:25, 99:5, 107:1, 107:12, 108:10, 108:12, 108:15, 109:8, 109:18, 109:22, 110:18, 112:25, 117:12, 118:8, 129:8, 130:13, 130:16, 133:17,

133:20, 133:21, 133:22, 134:2, 142:20, 155:8, 176:19, 186:24, 194:19, 195:17, 196:4, 197:6, 208:20, 208:20, 210:5, 210:10, 223:13, 224:24, 224:25, 233:3, 233:20, 234:22, 236:2, 260:6, 260:9, 262:22, 263:3, 265:13, 269:14, 274:6, 274:7

**company** 5:7, 5:20, 17:3, 18:18, 18:19, 18:20, 19:5, 19:10, 19:12, 23:6, 23:15, 33:18, 41:23, 49:20, 60:2, 64:14, 67:16, 89:2, 89:25, 90:6, 92:3, 132:12, 134:2, 134:6, 134:6, 187:22, 187:24, 188:9, 188:21, 191:15, 191:16, 195:15, 197:11, 199:2, 211:22, 214:3, 236:23, 238:15, 260:6, 261:14, 265:24

**company's** 18:19, 99:1, 131:3, 133:15, 133:21, 135:9, 261:13, 262:10, 264:4, 264:19, 265:3, 266:11, 270:24

**compared** 220:24

**competing** 152:24, 153:1

**competition** 263:3

**competitor** 266:1

**complaining** 188:23

**complaint** 36:12, 37:11, 67:7, 67:8,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

116:10, 116:12, 116:18, 133:11, 138:11, 156:4, 156:7, 156:25, 157:5, 157:14, 158:3, 163:21, 164:4, 164:5, 164:7, 164:21, 164:23, 165:3, 165:8, 167:6, 167:15, 167:17, 192:14, 194:3, 197:11, 202:17, 210:22, 219:25, 261:21, 261:24, 264:2, 265:1, 265:6, 267:24, 268:15

**complete**  22:4, 29:18, 29:21, 33:1, 112:2, 219:12

**completely**  22:4, 64:14

**complex**  73:2

**compliance**  28:7

**complicated**  27:13, 163:1, 208:24

**component**  43:10, 44:15, 229:18

**components**  33:6, 159:2, 176:19, 178:24

**compound**  40:16, 40:17

**comprehension**  154:14

**compromised**  226:22, 227:6, 227:12, 227:16

**computer**  270:18, 270:21, 271:6

**computers**  227:25, 263:15

**concept**  25:16, 25:17, 25:18, 26:19

**conceptually**  26:5, 30:7, 30:17

**concern**  96:11, 96:16

**concerned**  86:16, 93:24, 260:3

**concerning**  215:15

**concerns**  86:11, 96:7, 188:9

**conclude**  273:20

**concluded**  46:19, 46:19

**concludes**  258:15

**concluding**  273:21

**conclusion**  158:10, 196:2, 258:24, 262:14

**condition**  29:6, 172:3, 172:8

**conditions**  29:7, 133:23, 232:3

**conduct**  212:21

**conducted**  183:1

**conducting**  2:6, 83:9

**confess**  260:12

**confessed**  177:11

**confessions**  149:22

**confirm**  50:20, 51:4, 100:5

**confirmed**  202:18, 218:5, 242:4

**confirming**  195:13

**confirms**  59:22, 180:3

**confused**  64:8

**confusing**  60:15, 64:25

**confusion**  20:3, 20:4, 64:23

**conjoined**  275:23

**connected**  176:20, 236:17

**connecting**  140:19

**connection**  174:5, 174:7, 175:14, 200:4, 220:14

**connections**  205:10

**conscious**  180:23

**consequence**  96:17

**consider**  68:2, 72:18, 115:13, 172:19

**consideration**  172:7, 172:12, 172:14, 172:20

**considerations**  72:21

**considered**  54:4, 56:6, 208:25, 209:2, 209:9, 209:11

**considers**  242:22

**consigliere**  264:6

**consistent**  63:1

**consistently**  267:12

**conspicuous**  148:23

**conspiracy**  177:5, 184:25, 185:3, 185:4, 215:9, 273:6, 273:9

**conspired**  157:3, 211:19

**construct**  134:11

**constructed**  156:3

**construction**  155:7, 160:17, 194:15, 246:24, 252:5

**consulting**  52:5, 52:22, 242:15

**consume**  17:4

**consumer**  4:19

**consumption**  17:6

**contact**  225:7, 241:13, 244:4, 255:25

**contacted**  225:10

**contacts**  225:8

**contained**  128:24, 262:11

**contemplate**  5:13

**contemporaneously**  125:9, 125:14

**contend**  211:4, 215:7, 215:16, 259:22, 260:6, 261:14, 262:22

**content**  152:12, 220:19, 224:1

**contention**  153:3, 262:10, 266:11, 266:18

**contentions**  219:25, 261:13

**contents**  80:1, 80:5, 80:6, 80:7, 125:6

**context**  87:24, 129:24, 134:20, 134:22, 135:2, 157:21, 180:8, 218:19, 218:24, 219:1, 219:1, 265:25, 266:22

**continue**  81:17, 105:24, 130:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

166:14, 166:21, 230:16, 231:3

**continued** 130:22, 166:13, 166:20

**continues** 21:3, 21:4, 46:6, 155:11

**continuing** 97:17, 97:25

**continuous** 19:23

**contract** 34:16, 34:17, 36:7, 117:11, 132:22

**contracted** 190:7

**contractor** 88:1, 88:13, 88:15, 116:10, 116:24, 117:1, 117:3, 120:7, 132:19, 132:20, 191:15

**contracts** 32:13, 43:14, 43:16, 43:18, 117:7

**contradiction** 218:8

**contributes** 180:24

**contributions** 189:17

**control** 144:21, 157:18, 201:5, 201:8, 201:11, 269:22, 269:24, 269:25, 270:9, 270:12, 271:21

**controlpew** 184:21, 184:22, 184:24

**controversy** 27:17

**conversation** 90:14, 187:17, 203:8, 236:1, 236:2, 237:23, 237:25

**conversations** 90:7, 90:8, 91:1, 127:15, 134:6, 134:6, 135:6, 250:18

**conversion** 19:17

**conversions** 22:23, 111:7

**convicted** 141:21

**conviction** 141:20

**cool** 91:19, 257:21

**cooperative** 37:2

**copy** 223:15

**copyright** 159:22, 163:3, 163:6, 163:24, 166:7, 168:22, 168:25, 169:9, 212:9, 212:12, 222:9, 239:14, 239:15, 249:19, 255:11, 255:22

**corleone** 264:10, 264:19, 264:21

**corleone's** 264:21

**corners** 138:10, 167:9

**corp** 136:25, 137:5, 182:9, 184:4

**corporate** 20:5, 41:24, 147:7, 147:9, 236:3, 265:10

**corporation** 19:18, 48:2, 118:17, 146:21, 146:22, 157:17, 158:12, 162:20, 172:16, 180:2, 196:23, 197:14, 237:15, 264:1, 273:4

**corporation's** 33:22, 52:12, 162:21

**corporations** 13:12, 25:24, 26:2, 26:12, 39:14, 42:10, 49:4, 49:14, 50:18, 52:16, 79:5, 163:5, 186:14

**correct** 5:9, 9:1, 47:25, 48:1, 80:20, 115:15, 141:1, 141:3, 147:20, 259:11

**correction** 276:10, 276:10

**correctly** 260:2

**corrects** 218:8

**correlated** 49:8

**correlating** 140:9

**correspond** 142:23, 246:24

**corresponding** 179:20

**corresponds** 265:19

**corroborates** 180:6

**cosa** 264:25

**cost** 56:1, 268:22

**costs** 17:6, 44:16, 86:20

**could** 1:7, 1:24, 2:11, 4:17, 8:18, 11:10, 12:23, 12:23, 13:18, 30:11, 32:13, 45:20, 49:24, 54:10, 60:3, 60:3, 60:4, 61:19, 61:19, 62:6, 64:11, 73:1, 76:16, 78:2, 79:9, 83:15, 85:17, 85:20, 86:12, 95:5, 103:5, 104:9, 104:10, 106:7, 107:21, 109:5, 109:17, 110:15, 111:17, 114:12, 114:14, 114:16, 115:7, 115:17, 117:15, 124:4, 124:23, 126:8, 127:14, 127:14, 130:10, 130:20, 133:18, 133:24, 135:12, 142:4, 142:5, 142:12, 144:15, 145:23, 156:25, 159:9, 170:25, 172:12, 178:25, 179:12, 183:5, 196:5, 212:12, 225:21, 226:6, 232:16, 232:21, 233:13, 233:21, 234:1, 238:8, 239:24, 240:21, 244:24, 245:13, 245:18, 246:20, 247:15, 251:8, 251:19, 254:4, 255:5, 260:4, 269:9

**counsel** 1:7, 1:22, 1:24, 2:1, 2:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

3:18, 40:25, 46:11, 95:13, 115:8, 116:13, 175:23, 259:17, 259:17, 272:24, 273:1, 273:16, 273:16, 275:6, 277:4

**count** 100:6, 127:19, 221:19

**counter** 257:2, 257:3

**countries** 226:14

**country** 27:16

**couple** 7:24, 17:12, 95:21, 258:14, 270:4, 270:5, 272:14, 272:22, 273:19, 275:6

**course** 23:21, 67:1, 87:1, 87:25, 92:11, 92:11, 96:5, 96:7, 96:8, 100:12, 106:5, 106:12, 107:24, 110:7, 122:23, 127:23, 131:25, 164:20, 170:9, 180:10, 184:23, 197:20, 201:14, 203:6, 207:15, 209:16, 210:21, 212:14, 214:11, 221:9, 225:23, 226:4, 228:10, 241:6, 241:9, 245:3, 246:7, 253:23, 256:14, 263:13, 265:15, 266:5, 268:3, 270:11, 271:23, 272:2, 272:9, 272:10

**court** 1:5, 14:17, 14:17, 14:18, 45:17, 46:6, 250:19

**cover** 164:13, 188:10

**coverage** 202:25

**covered** 269:13

**covid** 78:12

**cpa** 64:12

**create** 22:11, 158:20, 163:12, 192:15, 228:18, 232:3, 232:4, 267:2

**created** 19:16, 52:8, 163:18, 171:11, 171:15, 265:22, 265:22, 266:9, 266:12, 266:15

**creates** 210:4

**creation** 265:19, 266:13, 266:20

**creative** 149:18

**creatures** 16:8

**credential** 228:18

**credentials** 226:23, 227:13, 227:16, 227:18, 227:21, 227:23

**credit** 11:18, 20:19, 20:20, 21:14, 21:20, 22:19, 38:9, 38:20, 38:25, 39:1, 251:4, 251:8

**crim** 207:6

**criminal** 207:5

**criteria** 153:15, 153:16

**criticize** 189:21

**critique** 189:13

**crude** 39:13, 193:11

**crypto** 141:22

**cryptocurrency** 20:19

**cured** 18:11

**curious** 170:22

**current** 19:14, 27:24, 96:22, 229:1, 267:16

**currently** 13:23, 13:25, 20:10, 20:17, 42:6, 115:5, 136:21

**customer** 11:16, 16:12, 16:13, 22:16, 32:19, 32:19, 56:16, 65:23, 70:2, 71:16, 71:23, 72:1, 72:6, 83:9, 92:14, 92:16,

96:23, 120:22, 122:25, 124:5, 127:25, 152:20, 152:20, 234:11, 247:2, 262:25, 263:1, 263:2, 269:8, 271:23

**customer's** 96:15

**customers** 23:12, 56:10, 71:14, 71:15, 72:3, 90:22, 93:25, 95:17, 96:1, 103:18, 104:16, 116:2, 120:20, 137:23, 138:24, 141:15, 152:18, 152:23, 157:23, 161:4, 227:25, 261:2, 261:3, 261:4, 261:4, 262:8

**cut** 72:13, 170:18, 178:3, 191:21

**cute** 131:13, 146:24

**cv** 1:5

---

### D

**d-e** 2:4

**damage** 199:1, 212:12

**damaged** 32:17, 71:10, 165:23

**damages** 48:7, 61:1

**damaging** 212:11, 212:11

**damn** 75:15, 266:10

**dark** 227:14

**data** 49:19, 49:24, 49:24, 57:22, 58:18, 81:10, 81:10, 84:4, 90:1, 93:1, 93:1, 93:6, 93:11, 93:17, 93:19, 94:12, 99:20, 99:25, 103:11, 107:1, 107:16, 107:19, 107:20, 107:20, 108:6, 110:9, 111:2, 111:4, 111:5, 111:11,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

138:5, 141:21, 141:22, 143:20, 143:23, 165:22, 231:13, 231:14, 231:16, 231:17, 231:24, 232:10, 232:11, 232:12

**database** 9:18, 49:25, 143:24, 238:8, 239:11, 239:24, 244:24, 245:10, 245:13, 246:3, 246:25, 247:3, 249:12, 249:14, 252:20, 254:4, 254:7, 254:21, 254:22

**date** 81:22, 97:19, 107:6, 142:12, 222:16

**dated** 224:3

**dates** 76:7, 81:12, 107:2

**datore** 264:5

**day** 3:9, 31:9, 31:24, 144:19, 236:11, 260:16

**days** 4:20, 16:2, 27:8, 61:21, 63:6, 102:11, 238:6

**dba** 31:16, 31:18, 31:23, 32:4, 33:3, 40:2, 40:21, 41:16

**dbas** 31:12, 31:12, 38:8

**dd** 5:1, 5:3, 5:9, 5:15, 5:20, 5:25, 6:6, 6:14, 7:16, 8:2, 8:20, 8:25, 9:12, 9:15, 10:6, 10:9, 10:12, 10:14, 11:17, 13:8, 13:22, 13:24, 14:10, 14:16, 15:4, 15:7, 16:19, 16:19, 16:24, 17:20, 25:8, 35:16, 35:21, 35:23, 68:2, 69:9

**ddos** 218:12, 218:21,

218:22, 219:2, 239:8

**de** 63:10, 63:25

**de-** 118:23

**deactivated** 94:5

**deadline** 200:20

**deal** 27:16, 177:5, 248:18

**death** 203:9, 203:15, 203:25

**debanked** 21:5

**debate** 220:16

**decade** 149:24

**december** 75:21

**decide** 114:14

**decides** 24:25

**deciding** 233:17

**decimal** 61:11

**decision** 46:4, 105:23, 118:3, 128:12, 129:4, 196:4, 196:9, 196:10, 197:6, 263:4, 263:17

**declamation** 247:11

**declarants** 199:17

**declaration** 199:4, 230:7

**declarations** 199:15, 199:16

**decline** 74:1, 74:6, 74:22, 74:23, 75:3, 75:23, 76:24, 106:11, 110:21, 114:20

**declined** 78:11

**decreasing** 165:24

**deep** 155:17

**deeper** 200:18

**def** 72:12, 236:7

**defcad** 5:1, 7:24, 17:21, 18:2, 18:3, 19:7, 19:8, 19:9, 19:10, 19:11, 19:14, 19:19, 19:22, 20:7, 20:9, 20:13, 20:17, 21:3, 21:12, 21:14, 21:24, 22:2, 22:3, 22:9, 22:10, 24:1, 24:9,

25:9, 25:11, 25:13, 25:14, 25:14, 25:16, 25:16, 25:17, 25:18, 25:20, 26:4, 26:15, 28:20, 29:24, 30:4, 30:7, 30:10, 47:24, 48:6, 48:8, 68:6, 68:11, 68:16, 68:20, 71:24, 72:1, 87:21, 87:24, 92:20, 100:22, 100:24, 101:1, 106:12, 114:18, 116:3, 117:9, 119:13, 119:15, 119:15, 120:14, 120:15, 120:16, 123:21, 126:10, 126:23, 127:3, 130:8, 130:14, 130:21, 132:8, 132:25, 133:4, 133:5, 137:25, 138:16, 143:16, 145:18, 146:4, 146:6, 146:10, 147:2, 147:3, 147:8, 149:9, 152:23, 153:1, 153:5, 154:23, 157:4, 157:11, 163:10, 163:11, 164:8, 164:15, 165:4, 165:22, 165:23, 167:8, 167:10, 173:4, 185:24, 186:20, 186:23, 212:11, 214:6, 215:17, 216:10, 217:24, 218:13, 222:21, 222:25, 223:15, 223:20, 224:1, 224:11, 224:13, 224:23, 225:2, 225:21, 225:22, 226:5, 226:16, 227:10, 227:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

228:4, 228:9, 228:18, 228:19, 231:12, 231:17, 232:7, 232:9, 233:5, 233:9, 233:22, 234:8, 238:13, 238:17, 239:18, 239:24, 240:5, 243:19, 246:25, 247:3, 252:9, 252:13, 259:9, 261:2, 261:3, 263:1, 265:22, 265:24, 268:17, 269:16, 269:22, 270:21

**defcad's** 147:2, 147:3, 147:12, 147:16, 157:23, 165:24, 212:13, 232:23, 233:10, 244:24

**defeating** 231:20

**defend** 189:14

**defendant** 2:5, 124:4, 124:8, 137:1, 137:5, 155:6, 156:15, 158:21, 158:22, 158:23, 159:7, 159:11, 159:12, 161:7, 195:22, 196:13, 196:22, 198:22, 203:11, 203:11, 266:7, 266:19

**defendant's** 157:15, 165:21

**defendants** 2:1, 153:24, 157:3, 157:12, 159:9, 166:20, 167:3, 183:5, 195:3, 200:11, 201:24, 202:18, 202:24, 208:15, 208:21, 210:13, 211:21, 219:14, 220:24, 221:2, 221:15, 265:14, 269:4

**defenestroke** 121:13

**defense** 1:4, 1:24,

5:2, 5:16, 6:13, 6:20, 7:9, 7:10, 7:12, 9:21, 9:23, 10:6, 10:10, 10:10, 16:21, 17:10, 18:23, 18:24, 30:20, 30:22, 31:3, 31:6, 31:11, 31:13, 31:16, 31:18, 32:5, 33:15, 33:18, 34:8, 34:16, 34:17, 34:20, 36:6, 38:8, 40:21, 40:22, 41:6, 41:16, 42:5, 42:7, 42:18, 42:19, 42:25, 43:8, 43:14, 43:20, 43:21, 43:23, 43:24, 44:1, 44:2, 44:3, 44:15, 45:21, 46:21, 46:22, 47:5, 49:1, 58:25, 59:3, 59:14, 61:7, 61:12, 62:3, 62:13, 62:21, 64:1, 64:2, 66:9, 67:20, 68:2, 68:7, 69:7, 71:24, 72:3, 87:20, 87:25, 88:4, 88:7, 88:11, 88:14, 91:3, 117:3, 117:5, 117:8, 119:15, 146:25, 166:10, 189:12, 219:20, 233:22, 234:6, 236:17, 252:21, 275:1

**defense's** 44:22

**defer** 66:16

**deficient** 265:10

**define** 23:22, 130:10

**defined** 6:15, 6:15

**definitely** 58:2, 59:23

**definition** 22:6, 62:2, 77:25, 103:19

**defraud** 163:9

**defrauded** 260:22, 261:3, 261:5, 268:9

**degraded** 268:8

**degree** 71:23

**delaware** 19:19

**delay** 220:21

**delaying** 220:22

**delete** 135:7

**deleted** 135:23, 189:8, 189:10, 189:25

**deliberately** 12:1

**demand** 209:1, 209:12, 209:14, 209:18, 230:2

**demanded** 214:8

**demographic** 263:6

**dendritic** 263:22

**denial** 127:2, 247:22

**denote** 16:8

**department** 6:18, 7:18

**departure** 30:16, 268:1

**deponent** 37:2, 45:20, 45:23, 46:2, 274:4, 274:16

**deposed** 13:17, 17:24, 146:25, 147:12, 147:14, 147:15, 147:17, 147:23, 147:24

**deposing** 118:24

**deposit** 54:23, 56:4, 56:8, 56:13, 77:1, 77:2, 110:8

**deposition** 1:3, 1:7, 2:22, 3:1, 5:5, 38:9, 42:15, 44:6, 45:19, 46:5, 51:4, 66:23, 77:15, 87:22, 118:8, 138:25, 146:19, 148:7, 153:9, 156:20, 158:24, 162:15, 169:20, 172:17, 177:12, 179:6, 179:9, 182:25, 183:10, 183:17, 183:18,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

191:3, 191:5, 194:23, 201:15, 202:5, 204:4, 204:7, 218:8, 274:3, 274:4
**depositions** 204:7, 265:18
**deposits** 54:2, 56:3
**depury** 2:4, 45:24, 46:1
**describe** 73:22, 74:2, 74:19, 75:22, 75:24, 76:3, 76:6, 76:11, 76:17, 82:17, 162:3, 174:18, 174:19, 174:20, 199:3, 203:3, 219:1, 263:2
**described** 134:24, 214:23, 214:23, 214:24, 236:14
**describes** 266:21
**description** 5:17, 195:20
**description's** 65:16
**design** 94:24
**designed** 264:25
**designer** 268:16
**desk** 236:8
**despite** 17:12, 46:6, 51:17, 67:25, 68:1, 139:10
**destroy** 135:10, 135:13, 251:9
**destroyed** 187:10
**destructive** 212:15, 212:17
**detail** 60:1, 81:16, 81:21, 83:23, 83:25, 84:20, 96:21, 97:5, 97:8, 144:11
**detailed** 93:23, 122:21
**details** 50:17, 187:7
**deter** 210:7
**determine** 102:21, 113:1, 127:19, 129:11, 138:4
**determined** 106:8,

114:19
**deterrence** 202:16, 202:17, 202:18
**deterrencedispense** 202:14
**deterring** 157:23
**detriment** 261:15, 262:2, 262:6, 262:9, 262:23
**devcad** 252:14, 252:14, 252:20, 252:20, 253:16, 254:10, 254:19
**develop** 214:9
**developed** 132:1
**developer** 149:1, 189:23
**developers** 214:10
**developing** 210:19
**development** 176:18, 176:20, 189:22, 253:24, 271:5
**devices** 263:15
**dg** 130:14
**di** 264:5
**diagram** 242:19
**difference** 61:5, 175:11, 193:4
**different** 2:9, 3:8, 3:9, 3:10, 5:19, 9:20, 11:7, 11:17, 12:8, 12:9, 12:18, 14:13, 22:6, 28:3, 28:20, 29:8, 34:7, 38:7, 38:8, 40:19, 41:2, 52:24, 52:25, 64:9, 70:8, 82:8, 83:15, 84:23, 88:17, 97:2, 106:13, 111:22, 120:5, 133:3, 146:23, 147:6, 147:7, 155:12, 161:25, 190:24, 190:25, 194:23, 198:19, 220:20, 261:1, 275:18
**differentiate** 265:23
**differently** 9:18, 61:24, 65:23,

68:6, 70:11, 72:6, 87:9, 195:8
**differs** 51:1
**difficult** 22:22, 28:5, 28:6, 44:21, 74:24, 96:4, 104:2, 106:16, 138:4, 156:19, 156:20, 184:20, 196:5, 196:6, 215:13, 237:23, 257:4, 260:11, 263:13, 263:22
**difficulty** 72:1, 125:11
**digital** 1:7, 222:21
**dimension** 226:11
**dinner** 203:11
**direct** 8:2, 178:20, 216:16, 222:4
**directed** 222:1, 259:23
**direction** 177:20, 200:19
**directly** 8:2, 10:10, 21:20, 31:5, 102:21, 102:22, 121:18, 154:3, 184:21
**disagree** 152:12, 241:20
**disappeared** 255:13, 255:14
**disappearing** 241:10
**disavow** 211:22, 214:3
**disband** 268:6
**discernible** 238:25, 239:2
**disclosing** 169:19
**disclosure** 143:19
**discontinue** 128:12
**discord** 200:10, 214:16
**discount** 179:17, 180:11, 182:9, 182:17, 183:21, 191:24, 192:1, 192:2, 206:22, 206:24, 207:22
**discourage** 210:11
**discourse** 195:16

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**discovered**  227:13

**discovery**  33:14, 47:2, 95:9, 112:18, 113:15, 115:2, 156:1, 159:21, 160:12, 200:17, 200:20, 210:25, 211:2, 211:3, 214:14, 233:25, 250:4, 266:4, 266:8, 271:23, 272:2, 272:5

**discursive**  194:15

**discuss**  129:20, 148:7, 194:14, 238:15, 266:20

**discussed**  65:19, 130:20, 200:3, 200:12, 237:9, 237:14, 265:17, 266:2

**discussing**  112:21, 148:12, 152:9, 260:19

**discussion**  197:7, 260:16

**discussions**  243:19

**disgust**  152:6

**disgusting**  144:20

**disinformation**  129:1, 209:25

**dispense**  202:16, 202:17, 202:19

**dispensed**  176:20

**displays**  144:25

**dispositive**  106:10

**dispute**  163:18, 202:16

**disputed**  153:4

**disruptive**  37:1

**dissented**  271:14

**dissonance**  180:24

**distinction**  134:8, 175:10, 201:19

**distribu-**  62:21

**distributed**  1:4, 5:2, 5:16, 6:13, 6:20, 7:9, 7:10, 7:12, 9:21, 9:24, 10:7, 10:10, 16:21,

17:10, 18:23, 30:20, 30:22, 31:6, 31:12, 31:13, 31:17, 31:19, 32:5, 33:15, 33:18, 34:9, 34:16, 34:18, 34:20, 36:6, 38:8, 40:21, 40:22, 41:6, 41:16, 42:5, 42:7, 42:18, 42:19, 42:25, 43:8, 43:14, 43:20, 43:21, 43:23, 43:24, 44:2, 44:3, 45:22, 46:22, 46:22, 47:5, 49:1, 58:25, 59:3, 59:15, 61:8, 61:12, 62:4, 62:14, 64:1, 64:2, 66:10, 68:2, 68:7, 69:7, 71:24, 72:3, 87:20, 88:1, 88:5, 88:7, 88:12, 88:14, 91:3, 117:4, 117:6, 117:8, 119:16, 146:25, 233:22, 234:6, 236:17

**distributed's**  10:11, 18:24, 44:16, 67:20

**distribution**  102:18

**distributor**  252:22

**district**  17:24, 169:13, 230:6

**ditch**  206:17

**divergence**  111:2, 111:3, 111:20, 114:11

**diversion**  176:22

**division**  26:15, 180:20, 195:6

**django**  254:21

**document**  47:1, 47:12, 49:6, 50:3, 50:5, 50:11, 50:16, 50:20, 51:4, 51:14, 51:14,

51:20, 53:15, 53:19, 53:20, 55:5, 56:24, 57:1, 57:9, 57:12, 57:20, 58:8, 58:9, 58:11, 60:15, 81:9, 81:10, 81:14, 81:17, 81:23, 81:25, 82:3, 82:5, 91:13, 107:8, 112:20, 118:6, 118:7, 124:11, 125:15, 160:16, 176:9, 179:7, 180:5, 180:7, 180:15, 186:12, 186:16, 187:2, 187:6, 187:8, 198:5, 198:7, 222:10, 222:13, 222:19, 230:5, 233:13, 236:19, 239:6, 244:8, 244:12, 249:23

**documentary**  90:14, 136:18

**documented**  124:21

**documents**  42:16, 47:2, 50:17, 59:16, 59:25, 94:18, 107:1, 108:16, 108:18, 108:20, 108:23, 109:1, 111:18, 112:8, 112:9, 112:10, 112:16, 112:21, 112:25, 113:6, 113:13, 113:17, 113:18, 114:6, 114:16, 114:16, 115:3, 115:4, 115:5, 115:6, 115:9, 115:15, 117:14, 117:19, 117:21, 121:9, 121:12, 125:5, 125:7, 126:7, 129:3, 129:23, 139:2, 160:13, 161:15,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

162:3, 162:6, 162:10, 162:15, 168:6, 173:15, 173:23, 174:1, 174:10, 174:20, 174:21, 175:2, 175:21, 176:6, 179:6, 179:19, 180:10, 180:12, 180:14, 182:6, 182:8, 182:11, 182:14, 183:8, 183:9, 183:13, 184:5, 184:20, 184:23, 188:11, 189:3, 189:4, 189:6, 190:3, 190:5, 190:6, 190:13, 190:22, 191:13, 191:19, 197:17, 197:23, 197:24, 198:14, 198:21, 198:25, 199:6, 199:13, 200:7, 200:20, 201:7, 202:4, 202:13, 202:13, 203:2, 203:4, 203:24, 206:23, 207:3, 207:19, 208:10, 208:11, 209:3, 209:6, 209:7, 209:14, 213:17, 214:14, 215:1, 219:12, 219:15, 219:19, 219:20, 219:22, 219:23, 220:4, 220:13, 220:20, 220:23, 220:25, 221:24, 221:25, 222:2, 233:24, 235:11, 238:14, 241:1, 241:3, 252:12, 253:1, 266:3

**dollar** 154:1, 159:18

**dollars** 54:16, 55:9, 55:14, 65:25, 66:4, 66:5, 66:7, 67:14, 67:15,

67:21, 70:4, 70:17, 70:23, 70:24, 71:6, 72:23

**domain** 114:17, 223:14, 223:14, 223:24, 224:14, 224:15, 224:17, 224:20, 225:2, 225:9

**domains** 224:1, 225:8, 225:17

**domestic** 226:15

**domiciled** 18:20

**donation** 14:7, 21:23

**donations** 21:22

**done** 26:18, 28:20, 32:15, 39:24, 53:6, 70:1, 82:25, 83:1, 93:21, 115:24, 118:11, 135:21, 137:13, 137:19, 151:2, 151:10, 168:9, 184:1, 196:16, 214:20, 216:9, 219:5, 223:17, 223:17, 225:7, 225:24, 226:1, 240:16, 249:16, 249:17, 254:25, 258:1, 258:13, 261:22, 273:11, 273:20

**double** 91:11, 91:19, 92:1, 92:6, 92:20, 176:4, 218:1

**doubly** 176:3, 176:3

**doubt** 38:2, 41:16, 108:18, 128:4, 149:1, 179:19

**download** 14:18, 29:5, 231:20, 232:7, 232:21, 254:10

**downloaded** 232:5

**downstream** 180:4, 184:17

**downturn** 113:1

**downward** 107:23, 108:5, 109:14, 110:16, 110:17, 110:18, 111:17,

111:19, 111:23, 114:7

**doxing** 214:10

**dr** 203:8, 203:15, 203:25

**draft** 243:18, 244:8, 249:23

**dress** 224:18

**drive** 150:22, 157:13

**driven** 152:24

**driver's** 95:18

**drives** 150:23

**driving** 170:12

**drop** 206:19

**drop-down** 82:9, 82:14

**dropped** 206:18

**dude** 206:17

**duffy** 73:15

**dump** 245:5, 245:16

**dumped** 165:22, 238:17, 239:24, 240:6, 240:7, 247:3, 249:6, 254:4

**dumping** 249:4, 252:1

**duty** 165:14

**dwindled** 23:23

**dynamics** 185:11

### E

**e-commerce** 8:6, 8:16, 14:9, 27:23, 30:8, 30:12, 30:18, 34:23, 38:11, 38:12, 58:11, 58:12, 58:15, 60:10, 60:11, 92:12, 92:21, 236:17

**e-r** 275:20, 276:20

**eager** 41:4, 78:8

**earlier** 14:3, 16:20, 16:22, 22:12, 46:20, 70:7, 99:7, 144:3, 147:13, 154:13, 179:25, 185:10, 187:9, 200:12, 232:20, 232:23, 243:18

**early** 14:3, 54:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

63:6, 254:15, 254:17

**earned**  161:7

**easier**  67:20, 68:12, 100:8, 128:21, 171:18, 179:24, 205:2

**easiest**  22:9, 69:4

**easily**  194:25, 216:15

**eastern**  1:3, 45:9, 45:10, 46:14, 78:22, 78:25, 102:4, 102:5, 105:2, 151:16, 181:24, 258:5, 258:8, 277:6

**easy**  11:24, 20:16, 103:24, 104:1, 255:6

**economic**  69:18, 69:25, 73:3

**ecosystem**  25:19, 62:14, 63:13, 69:23, 70:5, 78:7, 89:6

**ecosystems**  66:19

**ecstasies**  149:20

**ed**  72:12

**edge**  17:12

**edited**  244:8

**edits**  244:12

**educated**  72:2

**education**  263:5

**effect**  123:24, 157:23, 180:2, 210:4, 218:1

**effort**  89:2, 94:16

**ein**  34:12

**either**  119:24, 134:10, 224:10, 241:11

**elaborate**  191:11, 214:9

**elect**  108:8, 108:10, 108:11

**elected**  119:13

**electronic**  263:15

**electronics**  4:20

**eleggio**  154:23

**element**  135:17, 136:24

**elements**  259:16, 260:16, 260:17, 260:17

**elik**  1:5, 2:2, 3:19, 3:22, 116:8, 116:9, 117:3, 117:8, 131:4, 149:17, 150:5, 154:11, 159:9, 159:11, 161:15, 162:11, 162:15, 163:6, 163:15, 164:15, 168:6, 168:22, 170:4, 170:15, 171:1, 171:11, 171:15, 174:24, 189:4, 189:8, 189:14, 189:16, 189:18, 189:23, 190:6, 197:17, 207:1, 209:8, 209:13, 209:20, 211:5, 211:5, 211:6, 211:11, 211:11, 211:13, 212:1, 212:7, 213:7, 213:21, 239:16, 242:3, 242:10, 266:25, 268:13, 268:14, 268:21, 276:17, 276:19, 276:19

**ellic**  214:22

**ellick's**  149:22

**else**  30:13, 32:11, 48:3, 63:25, 64:24, 109:17, 110:15, 111:16, 140:8, 143:6, 143:12, 143:21, 159:6, 161:6, 166:11, 179:8, 181:3, 186:1, 192:7, 209:15, 240:4, 268:25, 269:6, 277:5

**email**  12:16, 12:18, 83:1, 83:3, 95:1, 95:5, 236:6, 236:7, 237:4,

237:5, 238:2, 241:7, 243:5, 243:8, 243:11, 243:21, 244:5

**emails**  94:5, 94:19, 95:10

**embarrassing**  75:9

**emotional**  149:3

**employee**  87:23, 87:25, 87:25, 88:4, 88:6, 88:11, 117:3, 117:5, 120:10, 120:11, 191:14, 227:23, 269:16

**employees**  120:12, 120:13, 120:14, 120:17, 170:2, 207:25

**employment**  184:11, 207:23, 244:22

**enabled**  83:22

**encompasses**  25:19

**encountering**  263:4

**encourage**  214:4

**encouraged**  211:19, 216:11, 261:4

**encouraging**  144:20, 216:16, 221:22

**encryption**  243:25

**encumbered**  267:22

**end**  15:3, 15:6, 17:1, 17:13, 22:5, 25:5, 27:10, 31:9, 59:23, 72:16, 206:12, 209:24, 210:1, 221:17, 231:7, 238:25, 251:21

**ending**  67:25, 68:1

**enforcement**  199:10

**engaged**  190:7, 190:16

**engagement**  177:14, 177:19

**engineer**  87:20

**england**  23:7

**english**  41:14

**enough**  4:13, 25:2, 33:1, 40:10, 45:19, 97:4, 97:6, 99:19, 128:3,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

203:24, 239:3,
  272:17
enter  29:11, 72:16
enter-  153:6
entering  189:4
enterprise  56:18,
  152:24, 153:2,
  158:4, 158:9,
  184:14, 190:7,
  196:12, 196:21,
  197:12, 198:18,
  215:10, 264:1,
  264:1, 264:2,
  264:5, 264:7,
  264:17, 264:20,
  264:20, 265:2,
  265:4, 266:12,
  266:16, 266:23,
  267:3, 267:20,
  267:22, 267:24,
  268:2, 268:5,
  273:2, 273:3,
  273:5
enterprises  263:4
entirely  255:14
entities  5:1, 9:16,
  9:18, 9:18, 26:10,
  40:19, 44:18,
  44:19, 48:9, 66:6
entity  9:16, 19:23,
  25:16, 36:10,
  36:13, 40:18,
  43:15, 65:2, 65:3,
  65:15, 65:20,
  65:21, 118:25
entity's  47:11, 65:3
entry  49:4, 74:9,
  75:1, 75:4
equation  177:24
erp  56:14, 56:17
errant  167:10
error  143:9
errors  18:10, 232:5
especially  28:8,
  60:9, 62:9, 67:6,
  106:16, 115:21,
  121:10, 121:12,
  154:7, 161:4,
  191:11, 212:16,
  232:23, 240:11,
  249:18, 256:15

espousing  226:11
establish  99:6
established  175:9
et  1:4
etc  18:18
ethernet  263:14
ethical  250:23
evaluate  70:4
even  6:21, 14:7,
  16:3, 16:22,
  22:19, 23:18,
  30:10, 31:5, 60:2,
  60:21, 84:17,
  95:10, 95:10,
  98:12, 108:6,
  111:9, 112:10,
  112:11, 126:10,
  127:17, 129:11,
  139:5, 142:10,
  161:14, 171:5,
  175:11, 184:12,
  184:16, 187:17,
  189:13, 189:14,
  190:17, 199:14,
  199:14, 214:24,
  218:9, 232:23,
  236:19, 242:3,
  242:24, 245:15,
  245:18, 249:22,
  251:17, 261:3,
  272:19
event  24:18, 24:20,
  232:10, 232:11,
  232:12
eventually  24:25,
  29:15, 153:20,
  205:22
ever  21:14, 21:20,
  56:11, 83:10,
  90:6, 123:1,
  124:11, 133:5,
  136:24, 161:22,
  180:13, 191:14,
  206:23, 208:14,
  215:16, 231:12,
  232:9, 233:19,
  271:4
every  6:6, 22:24,
  23:15, 75:12,
  75:13, 75:13,
  75:14, 77:7,

176:9, 211:12
everybody  30:9,
  84:19, 90:18,
  204:11, 273:11,
  275:8, 276:23
everyone  1:1, 84:22,
  266:25, 276:22
everything  15:7,
  23:5, 32:3, 41:25,
  65:7, 72:10,
  72:11, 166:15,
  181:3, 181:7,
  186:1, 192:7,
  204:16, 212:8,
  231:9, 231:10,
  272:11, 277:3,
  277:4
everything's  4:19,
  181:15, 230:24
evidence  185:4,
  191:13, 251:25,
  252:3, 252:4
evidenced  255:19
evidencing  117:22
evil  180:1
evolved  149:18
exact  73:5, 73:5,
  93:20, 160:17,
  182:23, 193:2
exactly  8:15, 50:4,
  89:18, 128:12,
  128:15, 128:20,
  129:4, 186:22,
  186:24, 254:1,
  262:20
examination  45:22,
  251:21, 254:16
examine  81:12,
  251:25, 251:25,
  252:22
examiners  252:7,
  252:16
examining  55:5
example  8:10, 12:3,
  14:9, 38:25,
  61:24, 81:12,
  86:6, 96:6, 109:9,
  114:19, 126:22,
  138:9, 140:1,
  159:23, 163:8,
  164:11, 165:4,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

165:20, 167:22, 174:5, 177:16, 182:23, 183:9, 184:8, 195:1, 199:9, 204:10, 207:9, 210:13, 210:15, 212:10, 216:9, 221:9, 221:12, 221:14, 223:25, 231:18, 240:1, 260:24, 260:24, 265:20, 266:19

**exceeded** 63:4
**exceeds** 62:9
**excel** 80:3, 82:3
**except** 8:23, 9:3
**exception** 8:5, 62:11, 110:22, 219:18
**exceptionally** 205:11
**exceptions** 8:24, 9:3
**excerpt** 80:6
**exchange** 127:10, 149:23
**exclude** 96:16, 98:9, 98:17, 183:18, 204:6
**excluding** 58:18
**exclusively** 164:22
**excuse** 71:25, 188:16
**excusing** 180:21
**exhaustive** 166:8
**exhausts** 212:14
**exhibit** 48:19, 48:20, 50:1, 51:20, 57:4, 73:19, 74:16, 81:19, 84:6, 84:7, 84:10, 107:3, 148:3, 148:6, 148:11, 152:1, 222:11, 230:4, 237:4, 237:10, 238:2, 242:25, 243:2, 245:3, 255:20
**exhibits** 237:16, 237:21
**exhorting** 266:25
**exist** 113:13, 179:22, 197:9, 197:19, 214:17, 224:9

**existed** 14:1, 14:2, 20:7, 30:3, 160:16, 228:9, 254:1
**existence** 18:2, 18:3, 24:18
**existing** 177:18
**exists** 19:22, 181:3, 198:18, 198:22, 241:7, 251:17
**exit** 79:3, 79:10, 79:12, 79:20, 82:25, 94:1, 102:9, 102:14, 103:11, 138:4, 140:7, 140:10, 140:13, 262:7, 269:7
**expect** 200:19, 219:19, 272:7
**expectation** 170:24
**expected** 66:1
**expecting** 106:1
**expensive** 61:22
**experience** 28:14, 78:14, 83:11
**experienced** 177:13, 231:12
**expert** 48:6, 52:5, 58:24, 59:25, 60:25, 61:3, 72:18, 107:12, 107:13, 107:14, 107:19, 112:11, 112:13, 112:17, 140:13
**expert's** 52:22, 66:17, 107:13, 112:20, 113:1
**experts** 68:23
**expire** 12:17
**expired** 136:15
**explain** 57:23, 105:8, 195:9, 201:19
**explained** 195:8, 195:9, 227:19, 227:20
**explanations** 126:13, 177:7, 195:4
**explicitly** 45:18, 58:13, 249:7

**explore** 70:11
**export** 58:10, 60:9
**exposed** 236:18, 237:16, 238:13, 252:17, 252:19, 252:24, 252:25, 268:10
**exposure** 253:7, 268:2, 269:8
**expressed** 154:9, 188:4, 188:9, 218:14, 225:1, 272:5
**expressing** 58:10, 222:3
**expression** 119:5
**expressions** 149:4, 265:21
**extended** 199:23, 250:4
**extension** 207:10, 218:6, 223:23
**extent** 136:23, 181:3, 189:24, 189:25
**extort** 214:6
**extorted** 214:6
**extrapolate** 109:6
**eye** 55:2, 55:3
**eyes** 261:11, 263:7

---

### F

**face** 205:11
**face-to-face** 90:21
**facilitate** 151:4
**facility** 7:23, 155:16
**facing** 202:14
**fact** 6:19, 19:9, 22:5, 22:21, 51:17, 72:11, 92:17, 99:18, 158:25, 171:13, 178:21, 179:24, 185:2, 192:1, 193:3, 195:1, 195:3, 195:6, 215:14, 218:4, 221:23, 227:12, 227:24, 229:4, 229:23, 235:8, 235:15, 238:16,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

240:3, 240:15, 247:23, 247:25, 250:18, 250:19, 254:3, 255:19, 259:13, 261:3, 263:18, 264:20, 265:9, 266:13, 266:23, 266:24

**factor** 106:10, 257:3

**factors** 172:23

**facts** 230:15, 260:17, 260:20, 262:3, 262:17, 262:19, 265:20

**factual** 67:6, 138:20, 165:15, 180:21, 198:18, 219:12, 219:24, 265:16, 266:17

**faggy** 149:1, 149:11

**failures** 232:5

**fair** 5:17, 5:25, 7:5, 7:6, 9:6, 9:8, 9:9, 10:3, 10:8, 13:10, 14:23, 25:19, 25:21, 27:1, 30:14, 31:3, 33:7, 43:13, 47:13, 53:8, 54:7, 85:4, 89:4, 89:7, 89:10, 99:17, 102:20, 108:22, 112:8, 129:15, 129:21, 140:16, 140:21, 161:13, 161:18, 167:16, 231:25, 253:22, 264:18, 271:24, 271:25

**fairly** 211:13, 214:25

**faith** 214:3, 265:11

**fake** 224:21, 224:23

**falls** 43:4, 44:6

**false** 128:22, 128:22, 129:5, 157:3, 157:12, 157:20, 164:1, 164:1, 164:3, 164:7, 164:14, 165:3, 165:21, 166:9, 166:9, 166:11,

166:14, 166:21, 167:8, 168:3, 208:17, 208:22, 209:1, 209:13, 210:20, 212:9, 212:17, 212:17, 214:4, 214:4, 214:5, 214:12, 259:13

**familiar** 20:22, 42:3, 47:1, 50:5, 50:6, 50:24, 51:5, 51:25, 59:23, 66:25, 74:16, 79:8, 79:23, 81:10, 91:11, 91:12, 126:25, 154:10, 199:4, 199:5, 222:13, 222:19, 222:23, 226:17, 226:19, 227:4, 230:8, 230:17, 240:9

**familiarity** 71:24, 140:4

**family** 178:25

**fan** 97:5

**faq** 225:1

**far** 182:20, 200:15, 211:1

**fast** 215:4

**fat** 217:17, 245:19, 245:22, 245:24

**favorite** 35:16, 35:21, 35:24, 61:17, 198:5

**feature** 202:17

**featured** 130:19, 130:21, 268:17

**february** 25:5

**fed** 142:16

**fedcad** 86:6, 86:7, 86:14, 99:2, 100:9, 100:16, 100:21, 100:25, 105:6, 106:9, 106:17, 116:3, 121:24, 123:9, 123:21, 128:1, 134:18, 137:25, 140:2, 141:7,

141:11, 142:10, 142:16, 153:23, 154:7, 159:23, 163:11, 163:16, 163:17, 164:12, 167:9, 176:7, 176:10, 210:8, 211:13, 211:18, 214:1, 214:11, 238:12, 238:16, 238:22, 242:1, 249:6, 255:22, 256:16

**fedcat** 95:11, 96:2, 96:6, 96:9, 96:17, 96:23, 97:6, 98:9, 98:11, 98:17, 99:11, 99:12, 99:13, 102:16, 102:22, 102:24, 103:9, 103:19, 104:17, 161:4, 184:15, 184:17, 184:19, 184:21, 184:24, 185:5

**federal** 14:17

**feel** 29:14, 72:19, 112:1, 112:6, 178:25, 269:9

**feels** 22:18, 58:3, 58:17, 99:19, 192:8, 201:21

**felt** 67:12, 67:14, 102:17, 124:4

**fewer** 182:14, 220:23

**ffl** 27:9, 27:15, 27:21, 28:1, 28:6, 28:15, 29:4, 29:12, 29:15, 95:18

**ffls** 29:10

**fiction** 149:24

**fields** 58:5

**fight** 123:1

**fighting** 6:22, 42:1

**figure** 61:7, 72:23

**figures** 62:22, 108:20

**file** 28:4, 209:24, 210:7, 210:12, 231:20, 231:22

**filed** 18:17, 25:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

113:4, 113:6,
171:5, 210:4,
215:24, 216:2,
222:24, 223:1,
239:15, 255:11

**files**  7:2, 7:5, 7:7,
7:7, 7:13, 14:15,
14:18, 27:4,
27:20, 27:21,
29:24, 85:17,
85:20, 86:13,
127:18, 231:18,
232:7, 232:21,
239:19, 254:10

**filings**  193:3

**fill**  96:8

**filled**  261:11

**filling**  89:17

**final**  54:23, 55:2,
55:13, 55:16,
55:19, 55:22,
55:23, 56:1, 56:4,
56:11, 76:24,
110:8

**finally**  220:1

**financed**  61:22

**financial**  11:24,
21:25, 22:25,
23:6, 96:20, 112:9

**financially**  16:12

**find**  3:11, 85:22,
133:25, 141:5,
195:17, 227:15,
227:23, 229:20,
236:24, 240:7,
240:10

**fine**  14:19, 36:23,
37:6, 38:18,
46:20, 52:20,
88:15, 95:16,
98:23, 115:23,
189:2, 191:5,
191:13, 204:1,
241:10

**fingers**  75:18

**finish**  29:16, 39:23,
40:7, 105:17,
105:17, 168:15,
181:14

**fire**  92:16, 263:8

**firearms**  23:22,

23:23, 24:1, 25:8,
268:16

**firm**  52:22, 269:15,
269:24, 269:24,
269:25, 270:1,
270:9, 270:12,
271:19, 271:20,
271:21, 271:24

**firms**  269:22, 270:3

**first**  5:5, 5:13,
10:13, 13:14,
23:14, 74:8,
82:15, 82:19,
82:20, 84:21,
94:7, 100:15,
110:21, 113:2,
120:6, 120:21,
138:9, 138:22,
138:23, 141:7,
212:20, 226:16,
234:4, 234:12,
276:4

**five-minute**  101:14

**fix**  248:25

**fixate**  124:20

**fixed**  82:8, 82:10,
82:14, 84:23,
85:1, 85:3, 85:6,
86:9, 86:9, 86:10,
86:24, 87:3,
87:13, 90:7, 99:7,
99:9, 99:24

**fixtures**  32:8

**flare**  218:25

**flash**  108:1, 108:3,
109:15, 109:19

**flight**  137:14, 151:5,
151:8

**floor**  91:4

**flores**  51:8

**florida**  147:13,
157:16, 197:11,
230:6

**florida-based**  157:22

**flow**  9:19, 12:8,
27:9, 27:11,
27:23, 27:25,
28:3, 28:6, 28:9,
29:15, 38:17,
38:19, 38:25, 94:5

**flowed**  87:9

**flowing**  162:14

**flows**  9:23, 16:19,
34:23, 34:25

**focal**  94:14

**focus**  73:20, 164:12

**focuses**  164:7

**follow**  11:6, 11:7,
111:13

**follow-up**  106:1,
141:11, 144:6,
144:7

**follow-ups**  104:5

**forbidden**  226:12

**forbidding**  226:12

**forceful**  247:25

**foreign**  19:17,
225:23, 226:9,
226:12

**foreigner**  226:3

**foreigners**  226:4,
226:7

**foremost**  113:2

**foreseeable**  157:22

**forfeit**  24:17

**forfeiture**  24:24,
25:3

**forget**  2:16, 199:20,
212:3, 221:22,
245:24

**form**  38:13, 38:13,
40:4, 40:6, 40:12,
41:24, 75:23,
84:25, 87:9,
90:23, 92:22,
92:25, 93:21,
94:18, 113:11,
172:15, 178:22,
229:24, 253:23,
258:23, 261:16

**formal**  93:22, 93:23,
117:9, 197:18,
197:25, 198:14,
233:19

**format**  93:19, 93:20

**former**  116:24,
116:25, 117:3,
117:5, 203:20,
203:20

**forms**  259:10

**formula**  28:9

**formulate**  104:1

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

formulation 210:9

forth 200:22

forums 157:22

forward 36:25, 209:6, 213:5

forwarding 244:5

fosscad 159:20

foster 1:10, 1:11, 1:20, 1:20, 2:14, 2:17, 3:19, 3:19, 3:21, 3:21, 45:14, 45:14, 45:17, 45:17, 45:24, 46:1, 46:5, 46:5, 46:7, 50:8, 50:10, 51:8, 117:17, 117:22, 118:20, 119:8, 124:7, 125:13, 125:13, 126:9, 134:13, 134:15, 134:17, 135:3, 135:4, 154:11, 159:9, 159:11, 164:15, 167:22, 167:25, 168:6, 170:4, 170:14, 171:11, 171:15, 174:23, 175:3, 177:11, 178:19, 179:20, 182:15, 186:13, 187:16, 188:3, 188:8, 188:8, 188:23, 189:8, 189:13, 189:14, 189:15, 189:18, 191:12, 191:24, 195:3, 198:8, 198:25, 200:3, 200:11, 200:24, 201:1, 202:6, 202:15, 204:4, 204:9, 204:18, 204:18, 204:25, 204:25, 204:25, 205:7, 205:17, 207:1, 207:1, 207:4, 209:3, 209:6, 209:8, 209:20, 211:4, 211:5, 211:6,

211:11, 211:11, 211:13, 212:1, 212:7, 213:7, 215:7, 215:16, 216:3, 216:5, 216:8, 218:3, 218:14, 219:4, 219:5, 219:10, 219:17, 220:1, 220:3, 220:7, 220:12, 220:12, 220:14, 220:16, 220:19, 220:20, 220:24, 221:2, 221:5, 222:1, 222:1, 222:3, 222:3, 239:4, 239:16, 242:3, 242:10, 258:11, 258:14, 258:17, 258:20, 263:24, 263:25, 265:21, 267:23, 268:21, 272:15, 272:25, 273:1, 274:24

found 138:7, 141:18, 144:9, 144:10, 185:14, 185:15, 219:3, 219:3, 222:8, 227:13, 234:24, 252:3, 267:21, 267:21

foundation 5:1, 5:3, 5:9, 5:15, 5:20, 5:25, 6:6, 6:14, 7:3, 7:16, 8:2, 8:20, 8:25, 9:13, 9:15, 10:6, 10:9, 10:14, 11:17, 13:8, 13:22, 13:24, 14:10, 14:16, 16:19, 16:19, 16:24, 17:20, 35:16, 35:21, 35:23, 68:2, 69:9, 194:24, 265:20

foundation's 10:12, 15:7

founding 201:13

fraction 9:12, 15:15

fragmented 135:6

frame 265:9, 265:9

framed 246:17

framework 251:25

franchise 36:11

fraternity 5:15, 5:18, 5:23

fraud 157:16, 258:22, 259:1, 259:5, 259:5, 259:6, 259:10, 259:15, 259:19, 260:14, 260:20, 260:25, 261:6, 270:18, 270:21, 271:6

frequently 95:22, 95:23, 95:25

fresh 53:10

friday 77:4, 77:7, 77:10, 77:11, 77:14, 77:23, 77:24, 78:5, 78:9, 78:14, 78:17

friend 244:14

friend's 264:14

friendly 92:16, 240:15, 240:15

friends 221:22

front 45:12, 118:18

frt 30:11

frts 30:8

fuck 159:23

fucked 251:7

fudblasters 184:4

fudbuster 175:19

fudbusters 175:14, 184:1, 200:4, 200:8

fuddbuster 149:17, 150:5, 209:7

fulfillment 28:7

full 2:12, 138:22, 143:19

fully 115:5, 213:14, 213:15

fun 276:23

functions 72:15

funny 180:18

future 4:22, 6:9, 30:12, 97:17, 97:25

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**futures** 73:5

### G

**g-a-r-r-e-t** 276:12
**g-o-l-d** 276:20
**gaining** 177:13
**gains** 180:1, 180:16
**galloway** 199:4
**gambit** 269:13
**game** 232:6
**games** 233:8
**garrett** 87:17, 87:18, 87:19, 89:1, 91:1, 185:21, 186:19, 186:22, 186:24, 230:7, 235:2, 235:7, 235:15, 235:17, 235:18, 235:24, 236:6, 236:11, 236:11, 236:20, 238:3, 241:11, 276:11, 276:12
**garrett's** 247:18
**gary** 2:4, 46:1
**gatalog** 157:5, 157:24, 175:10, 176:11, 176:16, 176:18, 176:20, 176:23, 180:20, 183:1, 192:7, 192:13, 192:17, 192:22, 193:3, 193:5, 193:24, 194:2, 194:13, 194:25, 195:2, 195:11, 195:14, 195:15, 195:16, 195:18, 195:19, 197:18, 198:9, 198:14, 199:7, 199:19, 199:25, 200:1, 200:4, 200:8, 201:8, 201:12, 202:6, 202:15, 202:16, 202:19, 202:24, 203:5, 203:8, 203:21, 204:10, 204:11, 204:12, 204:13, 204:20,

205:1, 205:2, 205:3, 205:9, 205:12, 209:6, 238:12, 239:19, 240:15, 240:21, 240:25, 241:4, 241:25, 242:18, 261:5, 265:20, 265:22, 265:23, 267:16, 273:8
**gatekeeping** 141:22
**gateway** 11:17, 12:8, 17:7, 38:24, 92:13
**gateways** 11:18, 11:18, 11:19, 11:20, 38:21, 38:22
**gave** 25:1, 50:13, 99:1, 99:5, 106:20, 108:20, 144:10, 158:7, 159:18, 215:19
**gay** 149:24
**general** 58:20, 67:1, 74:1, 80:6, 85:8, 92:7, 92:19, 106:12, 145:23, 145:25, 148:8, 179:11, 199:11, 224:7, 224:8
**generalities** 214:21
**generally** 17:5, 44:12, 44:17, 70:22, 78:4, 80:13, 92:4, 188:19, 188:21, 260:18, 264:3
**gentlemen** 73:10
**genuinely** 21:2, 271:3
**gestures** 194:20
**get** 5:2, 11:6, 12:16, 20:25, 21:2, 26:8, 28:17, 30:10, 37:1, 40:8, 43:19, 43:22, 43:23, 45:12, 56:9, 79:7, 101:12, 104:6, 120:21, 122:7, 122:9, 128:16, 131:17, 131:23, 133:18, 143:16,

151:10, 155:17, 176:14, 203:23, 206:18, 206:18, 239:25, 241:8, 251:16, 255:6, 256:10, 257:18, 262:20, 275:4, 275:5, 277:3
**gets** 31:13, 32:17, 68:10, 178:2, 178:3
**getting** 3:24, 7:2, 7:19, 21:5, 43:17, 61:3, 70:13, 132:9, 132:11, 136:25, 143:25, 168:21, 185:8, 188:6, 188:10, 206:12
**ghost** 8:11, 8:12, 8:14, 8:15, 8:16, 8:18, 9:5, 9:5, 10:20, 11:2, 11:2, 12:2, 12:3, 12:10, 12:24, 14:12, 31:3, 31:4, 31:16, 31:22, 31:23, 31:24, 31:24, 32:3, 32:7, 32:23, 32:24, 33:2, 33:6, 38:25, 39:1, 39:3, 39:3, 39:10, 41:5, 41:12, 41:16, 41:19, 41:19, 41:21, 41:22, 42:1, 42:4, 42:4, 42:10, 42:15, 42:17, 42:20, 43:1, 43:14, 43:18, 43:21, 43:22, 44:2, 44:4, 44:11, 44:22, 46:20, 48:6, 53:22, 53:23, 54:11, 55:13, 57:6, 57:8, 57:15, 57:25, 58:11, 58:12, 58:12, 58:14, 58:15, 58:20, 60:6, 60:7, 60:11, 60:14,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

61:9, 61:13, 61:25, 62:14, 63:12, 63:12, 63:20, 65:5, 65:18, 67:21, 68:10, 69:7, 69:23, 70:5, 70:14, 70:15, 70:16, 72:3, 72:6, 72:13, 77:8, 78:6, 78:7, 78:9, 78:17, 106:24, 108:20, 109:1, 275:15, 275:16, 275:16, 275:17, 275:17, 275:19, 275:19, 275:25, 276:2, 276:4, 276:4, 276:6

**ghostguns** 8:7, 72:5

**gino** 264:14, 276:24

**give** 34:6, 84:21, 97:19, 116:16, 118:24, 125:19, 138:9, 138:13, 139:1, 142:12, 144:15, 154:1, 160:13, 174:21, 207:11, 207:11, 213:6, 250:13, 256:3, 256:19

**given** 36:1, 112:15, 160:17, 181:5, 192:1, 228:5, 248:10

**giving** 48:5, 154:4, 154:5, 154:6, 155:4, 155:6, 192:1, 205:13

**glad** 276:23

**glon** 209:5

**go** 3:13, 4:23, 4:24, 10:5, 22:14, 22:17, 22:17, 22:22, 29:10, 34:4, 37:3, 39:21, 45:5, 45:6, 45:7, 46:9, 53:14, 53:14, 59:6, 62:13, 63:1, 80:17, 81:18,

101:8, 101:8, 101:8, 101:16, 101:25, 104:23, 104:25, 104:25, 105:23, 105:25, 106:6, 106:12, 107:2, 116:7, 137:10, 137:10, 141:18, 145:3, 149:15, 152:18, 168:15, 174:18, 174:19, 176:10, 176:11, 178:2, 181:6, 181:17, 181:18, 181:23, 182:5, 211:10, 213:5, 213:16, 215:6, 229:20, 230:12, 231:5, 231:6, 231:7, 236:11, 240:4, 240:7, 242:9, 242:13, 242:18, 255:22, 257:25, 258:1, 260:16, 264:22, 264:25, 270:21, 274:11, 275:10, 276:14, 276:15

**godfather** 264:13

**goes** 9:14, 10:10, 10:12, 17:10, 81:7, 112:19, 249:1

**going** 3:15, 8:25, 12:16, 13:11, 16:11, 20:25, 21:9, 22:11, 23:16, 23:17, 27:15, 30:19, 35:6, 36:19, 36:25, 36:25, 37:5, 38:16, 39:23, 44:22, 45:18, 46:5, 50:1, 51:19, 59:1, 70:4, 70:14, 71:22, 73:19, 74:15, 75:8, 79:19, 81:18, 84:10, 85:16, 85:18,

85:19, 85:24, 90:12, 94:9, 96:18, 104:4, 104:4, 104:5, 104:18, 104:19, 115:23, 130:5, 131:16, 131:23, 133:25, 137:13, 137:14, 137:15, 138:14, 141:18, 143:3, 164:17, 170:18, 171:17, 173:12, 173:20, 185:15, 185:19, 204:18, 206:11, 213:13, 222:10, 222:11, 230:3, 230:11, 230:23, 231:1, 231:2, 234:18, 236:25, 238:1, 248:20, 255:20, 255:21, 255:24, 257:17, 257:18, 260:11, 260:16, 264:23, 273:10, 274:21, 274:22, 274:24

**goings** 106:8

**goldhaber** 116:8, 116:9, 116:23, 117:3, 117:5, 117:8, 117:22, 119:7, 121:1, 121:2, 121:6, 121:7, 121:19, 121:19, 121:21, 121:23, 124:7, 126:9, 130:4, 130:5, 130:7, 131:5, 131:6, 134:17, 134:24, 135:4, 185:11, 268:13, 268:14, 276:20

**goldhaber's** 117:17

**goldhopper** 276:17

**gone** 19:22, 61:21, 149:16

**gonna** 45:4, 73:10, 89:21, 101:14, 114:2, 115:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

151:21, 151:24, 154:11, 183:20, 189:2, 190:14, 192:23, 194:16, 205:18, 238:2, 242:25, 243:2, 243:4, 245:8

**good** 1:1, 4:19, 21:9, 51:14, 63:15, 73:11, 73:12, 81:13, 97:12, 98:21, 98:22, 101:21, 118:6, 135:17, 173:20, 177:9, 185:14, 185:15, 194:24, 201:21, 203:13, 211:24, 211:25, 250:12, 251:3, 258:11, 258:17, 258:18, 265:11, 265:15

**gosh** 59:11, 66:13, 162:19, 211:6

**got** 2:16, 2:17, 10:20, 30:19, 31:2, 60:21, 65:13, 66:19, 80:20, 81:4, 81:5, 88:13, 92:22, 101:24, 101:24, 108:1, 109:20, 109:23, 118:24, 137:21, 170:19, 177:21, 179:2, 179:5, 181:2, 181:18, 182:17, 188:15, 204:16, 208:3, 208:8, 219:7, 227:10, 231:8, 240:13, 241:16, 272:11, 274:17, 274:18, 275:21, 276:14, 277:1, 277:4

**gotta** 181:23

**gotten** 245:18

**governing** 38:20

**government** 2:15, 96:8

**grand** 17:12

**grant** 14:15

**granularly** 13:4, 230:11

**graph** 49:10, 49:11, 49:16, 50:5, 50:23, 51:1, 51:12, 51:13, 52:25, 52:25, 53:2, 53:18, 53:19, 55:18, 55:20, 55:21, 56:23, 57:1, 73:20, 73:23, 74:7, 74:12, 74:15, 74:16, 74:17, 74:18, 75:1, 75:4, 75:4, 76:10, 76:19, 77:21, 78:2, 109:11, 110:5, 110:13

**graphical** 50:24

**graphs** 73:20

**gravely** 230:15

**gray** 250:22, 250:23, 251:6, 251:22

**great** 13:5, 69:14, 119:4, 149:17, 150:6, 203:10, 203:12, 276:23

**greater** 103:11

**green** 73:12

**grips** 177:19

**gross** 47:15, 47:19, 47:22, 48:17

**ground** 40:10, 40:13, 40:14

**grounds** 36:21

**group** 65:21, 144:22, 205:15, 273:3, 273:8

**groups** 263:21

**grow** 206:5

**growing** 63:5, 110:22

**guaranteed** 168:25

**guess** 15:21, 17:4, 27:14, 29:22, 54:17, 55:18, 57:12, 70:12, 72:8, 77:22, 79:4, 84:18, 90:20, 92:9, 98:8, 100:6,

102:8, 102:14, 108:8, 109:14, 110:14, 111:15, 127:19, 127:24, 130:10, 131:1, 131:11, 135:12, 146:21, 153:21, 168:19, 179:12, 187:12, 189:25, 212:20, 226:9, 260:5, 261:14, 265:1, 265:3, 265:13, 269:20, 270:20

**guessing** 236:4, 244:2, 248:10

**guide** 209:5

**gulping** 149:20

**gun** 33:5, 33:6, 114:17, 205:10, 206:4, 209:5, 231:22, 240:20, 268:16, 269:21, 269:23, 269:23, 269:25, 270:9, 270:12, 271:19, 271:21, 275:16, 275:22

**gunner** 8:12, 8:14, 8:16, 8:18, 9:5, 10:20, 11:2, 12:2, 12:10, 12:24, 14:12, 31:3, 31:4, 31:16, 31:22, 31:24, 32:3, 32:7, 32:23, 32:24, 38:25, 39:1, 39:3, 39:10, 41:20, 41:22, 46:20, 48:7, 53:22, 53:23, 54:11, 55:13, 57:6, 57:8, 57:15, 57:25, 58:11, 58:12, 58:14, 58:20, 60:6, 60:7, 60:11, 60:14, 61:9, 61:13, 61:25, 62:14, 63:12, 63:20, 65:5, 65:18, 67:21,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

68:10, 69:7, 69:23, 70:5, 70:14, 70:15, 70:16, 72:3, 72:13, 77:8, 78:6, 78:7, 78:9, 78:17, 106:24, 108:21, 109:1, 275:16, 275:17, 275:20, 276:4

**guns** 8:11, 8:15, 9:5, 11:2, 12:3, 27:17, 31:23, 31:24, 33:2, 39:3, 58:12, 58:15, 72:6, 275:15, 275:17, 275:19

**gunspring** 33:18, 34:14, 34:20, 36:7, 36:9, 37:23, 38:10, 38:23, 39:4, 39:10, 39:11, 39:24, 237:18, 237:20, 237:25, 275:21

**gunspring's** 33:21, 34:12, 36:8

**gunstring** 252:19, 253:4, 253:8

**guy** 73:12, 118:18, 124:23, 170:3, 217:17, 217:17, 241:7, 241:14, 242:2, 242:5, 242:13, 242:15, 242:19, 255:20, 264:22

**guys** 78:24, 122:24, 123:1, 127:16, 127:17, 183:16, 240:9, 242:3, 242:4, 242:11, 251:3, 269:14, 269:14

---

### H

---

**h-a-b** 276:20
**h-i** 230:3
**ha** 218:5, 218:5, 218:5
**habit** 13:11, 189:18

**hack** 241:17, 246:24, 247:5, 247:10, 252:13, 256:12, 256:13, 256:14, 271:4

**hacked** 165:22, 227:15, 238:17, 239:12, 239:24, 240:6, 240:7, 245:13, 245:15, 247:3, 249:6, 254:4, 256:15

**hacker** 227:20, 242:21, 244:13, 244:19, 245:17, 246:2, 250:24, 251:6, 251:22

**hackers** 250:22, 251:2, 251:3

**hacking** 241:24, 249:4, 252:1

**hairs** 7:21

**hall** 265:21

**hand** 2:18, 39:9, 95:12, 118:4, 130:1, 160:4, 217:23, 217:25

**handed** 33:14, 80:3, 82:3, 112:16, 125:6, 125:7, 160:7, 175:22, 181:3, 181:8, 181:16, 183:14, 190:1, 190:3, 271:23, 272:1

**handled** 12:4, 64:14
**handles** 11:22, 48:3
**handling** 32:15, 83:4
**hands** 39:17, 75:12

**happen** 23:17, 24:19, 24:20, 94:22, 180:22, 226:13, 246:10, 246:20, 248:6, 252:6

**happened** 8:15, 12:25, 25:3, 45:16, 77:19, 90:8, 92:15, 94:23, 107:10, 125:14, 184:11, 236:21, 246:9, 246:17,

246:19, 246:21, 252:4, 252:24, 253:16, 254:16, 256:23, 266:2

**happening** 62:1, 109:15, 109:16, 111:6, 239:5, 271:11

**happy** 47:4, 65:18, 112:7, 146:16, 194:9, 230:10

**harassment** 122:6

**hard** 5:4, 5:6, 13:3, 30:22, 31:21, 31:25, 34:19, 34:19, 73:5, 96:3, 96:3, 98:7, 111:13, 124:17, 128:14, 129:2, 129:2, 133:7, 161:9, 161:11, 161:11, 181:6, 197:5, 214:13, 220:16, 220:25, 245:25

**harder** 30:20, 65:16, 220:6

**hardest** 65:14
**hardship** 96:20
**hardware** 30:25

**harm** 131:18, 131:20, 167:4, 211:5, 212:22, 213:23, 215:8, 216:8, 216:16, 216:22, 218:7, 218:15, 218:16, 218:16, 219:9, 220:9, 221:5, 267:2

**harmed** 132:1, 210:6, 211:16

**harmful** 212:18
**harming** 265:11
**harms** 212:7, 213:18, 220:15

**haroon** 241:12
**hash** 80:23, 81:6
**hashes** 143:23
**hat** 250:22, 250:23, 251:2, 251:3, 251:6, 251:22

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**hate**  37:18, 143:9
**haul**  250:19
**head**  5:7, 198:23
**headings**  81:19
**headless**  34:22, 38:11, 38:12, 38:16
**health**  122:13
**hear**  1:12, 1:13, 1:14, 37:20, 45:20, 45:23, 52:20, 70:19, 99:8, 104:12, 104:14, 111:24, 114:5, 114:10, 115:1, 115:1, 127:14, 127:14, 152:25, 198:24, 198:24, 213:6, 216:7, 265:7, 265:8, 272:20, 275:19
**heard**  17:16, 115:14, 229:5, 260:23, 272:18, 275:14
**hearing**  4:7, 25:2, 73:10, 113:10, 113:25, 272:21
**help**  39:22, 43:24, 84:5, 84:9, 104:14, 115:7, 123:1, 125:8, 151:1, 151:1, 151:3, 151:10, 225:4, 242:16, 248:25
**helped**  34:22, 34:23, 153:18
**helpful**  57:24, 169:22, 195:3
**helpfully**  40:24, 179:25, 202:23
**helping**  186:2
**heuristic**  75:15
**heuristics**  263:20
**hey**  30:10, 30:10, 98:11, 195:2, 204:10, 218:13, 241:4, 241:16, 247:22, 248:14
**hiding**  190:17

**high**  59:11, 59:13, 61:18, 61:21, 70:2, 70:3, 129:24, 134:20, 134:22, 135:2, 154:14, 205:8, 221:18, 228:9
**high-ranking**  205:8
**higher**  71:23, 228:25
**highest**  110:2
**highlight**  58:5, 152:15, 152:15
**hire**  223:3, 238:9
**hired**  251:24
**historically**  61:14, 62:3, 62:24, 71:13
**histories**  149:23
**history**  7:16, 230:16, 240:22
**hit**  65:1, 65:7, 65:13, 66:6, 69:20, 71:17, 137:9
**hold**  2:14, 12:5, 21:4, 26:11, 33:17, 35:4, 48:10, 49:13, 80:15, 98:24, 112:14, 123:11, 125:23, 126:2, 132:17, 143:25, 145:17, 217:13, 223:1, 228:17, 230:14, 230:14, 231:5, 231:14, 231:14, 241:8, 275:2
**holder**  205:7
**holds**  38:11
**holiday**  2:5, 3:20, 157:17, 176:5, 176:7, 176:13, 176:15, 176:24, 182:23, 184:17, 200:25, 201:1, 201:11, 203:11
**holladay**  190:15, 207:25
**home**  263:15
**homosexual**  144:20, 144:22, 146:20

**honest**  73:7
**honestly**  23:21, 63:11, 261:10
**hope**  18:12, 21:1, 73:9, 137:20, 160:20, 188:15, 194:24, 210:10, 212:10, 255:1, 269:4, 275:8
**host**  215:21, 218:6
**hosted**  165:4, 165:23, 167:10, 254:15
**hostile**  249:20
**hosting**  215:15, 215:17, 216:17
**hosts**  215:22
**hour**  137:13
**hours**  137:19
**house**  170:20
**howard**  1:10, 1:20, 1:20, 36:14, 36:14, 36:14, 37:12, 37:18, 37:19, 40:9, 40:17, 45:2, 45:4, 45:4, 104:4, 111:23, 153:18, 168:9, 272:25, 274:11, 276:18
**howard's**  181:18
**howdy**  185:23
**however**  68:7, 185:3, 191:13, 225:24, 248:7
**huge**  97:5
**huh**  77:9, 127:22, 210:9
**humor**  180:3, 180:17, 222:3
**hung**  31:8, 161:17, 262:24
**hyperbolic**  261:11
**hyphen**  10:20
**hypothetical**  28:5, 44:21, 68:5

**I**

**i-i**  8:19, 13:5, 15:6, 15:21, 16:7, 17:20, 18:8,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

22:23, 23:21, 24:22, 26:11, 27:5, 28:11, 34:24, 35:23, 41:4, 42:12, 47:20, 48:15, 49:5, 49:21, 50:24, 51:24, 52:16, 53:12, 54:20, 59:21, 62:13, 68:6, 69:4, 70:22, 75:22, 81:1, 86:3, 86:18, 87:8, 88:14, 88:20, 89:14, 95:10, 95:20, 96:12, 101:20, 109:10, 111:15, 111:24, 112:7, 112:15, 113:11, 115:20, 123:3, 126:25, 127:10, 131:11, 132:7, 137:18, 146:18, 151:20, 152:10, 152:17, 152:21, 154:12, 154:13, 168:10, 170:10, 171:6, 179:7, 186:7, 196:15, 197:13, 198:20, 204:7, 231:5, 233:1, 244:20, 247:14, 248:15, 254:23, 270:20, 270:24, 273:19

**i-i-i** 4:1, 70:12, 262:3

**id** 21:15

**idea** 6:14, 14:15, 16:14, 22:20, 64:16, 64:18, 72:8, 92:9, 144:13, 148:23, 163:23, 265:16

**identical** 5:21

**identification** 2:15, 96:8

**identified** 116:10, 121:2, 138:3, 138:25, 147:18,

165:9, 165:11, 167:6, 175:5, 175:19, 178:9, 202:24, 224:18, 233:8, 233:12, 252:13

**identify** 1:8, 1:25, 133:10, 137:24, 138:1, 139:3, 139:6, 143:19, 153:1, 153:4, 153:10, 153:11, 153:15, 153:21, 154:20, 154:22, 155:8, 156:11, 156:16, 158:15, 159:4, 159:25, 166:1, 166:9, 176:6, 178:7, 178:11, 221:4

**identifying** 81:2, 205:2

**identities** 138:22, 194:18

**identity** 150:15, 150:16, 192:15, 192:25, 193:5, 195:12

**ideological** 266:1

**ids** 96:13, 96:16

**ill-gotten** 180:1, 180:16

**illegal** 73:8, 165:23

**im** 71:10

**image** 217:2, 217:8, 222:14

**imitate** 223:15

**imitating** 225:2, 225:6

**imitation** 224:14

**immediate** 7:9

**immediately** 10:13, 112:19

**impact** 65:9

**impacted** 70:5

**impediment** 23:1

**implication** 59:20, 211:9

**implied** 211:12

**important** 7:10, 8:4, 71:14, 160:24,

175:8, 189:22, 190:8, 190:10, 222:7

**impossible** 246:21, 263:23

**imprecise** 10:1

**impression** 74:25

**in-group** 195:13

**inaccurate** 130:15

**inauguration** 238:22

**inbound** 234:11, 255:12

**inc** 17:21, 19:8, 21:3, 21:12, 21:14, 25:11, 25:13, 25:14, 25:16, 234:8

**incentives** 251:15

**incentivize** 231:7

**incidents** 216:8

**include** 7:4, 53:12, 54:10, 54:17, 76:10, 81:13, 86:6, 147:18, 164:1, 165:4, 166:15, 167:22, 167:22, 174:23, 182:9, 207:25

**included** 82:4, 86:7, 86:9, 159:10, 163:25, 164:10, 179:16, 225:9

**includes** 7:3, 32:8, 58:11, 140:17, 156:16

**including** 109:3, 157:21, 176:20, 201:25, 202:6, 208:19, 214:6, 249:4, 259:13

**income** 9:12, 9:13, 9:16, 9:20, 9:20, 9:23, 10:15, 14:11, 14:23, 15:5, 15:8, 15:16, 16:4, 16:21, 16:23, 17:3, 17:10, 20:17, 20:18, 21:20, 21:21, 34:12, 34:13, 36:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

37:23, 38:1, 44:22, 46:20, 46:22, 47:13, 47:19, 47:21, 48:9, 48:14, 56:14, 57:5, 57:14, 57:25, 59:7, 60:8, 60:20, 60:20, 61:12, 61:23, 64:6, 64:9, 64:12, 64:17, 66:1, 68:5, 109:8, 110:7

**incomplete** 62:1, 84:15

**incorrect** 273:3

**incorrectly** 275:15

**increase** 77:1, 77:2, 106:7, 111:10

**increased** 170:13, 267:20

**increasing** 111:8

**indeed** 226:13

**independent** 91:4

**independently** 56:7

**indicate** 55:18, 72:2, 102:24, 109:1, 154:8, 174:10, 191:25

**indicated** 50:8, 60:2, 107:2, 152:21, 184:5, 187:8, 270:12

**indicates** 55:20, 87:8, 87:11, 171:8, 224:15

**indicating** 102:22, 117:24, 124:23, 140:4

**indication** 27:7, 51:13, 58:19, 71:15, 95:11, 237:11, 263:7

**indications** 94:8, 237:24

**indices** 110:25

**indirect** 221:20

**indirectly** 207:23

**individual** 8:24, 27:4, 175:18, 263:14, 265:14

**individuals** 263:10, 265:1

**induction** 71:20

**indulge** 52:16

**industry** 20:21, 20:21, 150:20, 224:14

**inexact** 15:24

**infatuation** 149:19

**inflection** 108:3

**influencer** 203:10, 205:10

**inform** 230:1

**informal** 90:9, 194:14, 195:19

**informally** 192:13, 194:13, 195:10

**information** 11:12, 11:16, 12:3, 12:6, 18:17, 29:12, 29:17, 71:23, 82:19, 83:19, 83:21, 87:7, 103:7, 106:20, 106:22, 117:24, 129:23, 140:6, 141:19, 143:18, 227:2, 240:5, 240:7, 240:17, 240:19, 241:22, 244:4, 247:2, 262:9, 262:11, 271:23

**informed** 71:23

**infrastructure** 14:21

**inherent** 170:18

**inherently** 22:23

**initiating** 163:17

**injunctive** 157:11

**innumerate** 51:8

**inquiry** 190:4, 195:4

**insight** 150:20

**instances** 9:15, 31:6, 99:23, 214:18, 216:7

**instead** 104:12, 136:24, 137:2, 137:3, 176:10, 262:16

**institutionally** 188:14, 189:22

**instructing** 45:20, 45:23

**instrument** 264:23

**instrumental** 127:18

**insurance** 240:5

**intellectual** 163:8, 163:10, 163:12, 163:17, 163:18, 164:2, 164:11, 170:12

**intend** 114:24, 115:10, 115:21, 173:13, 173:21, 266:4, 271:4

**intended** 167:3, 212:21, 212:22

**intending** 249:25

**intent** 157:22, 250:5

**intention** 270:20

**intentional** 41:22, 94:24, 239:11

**intentionally** 157:18

**interactions** 124:12, 126:6

**interested** 71:4, 140:22, 141:8, 141:12, 141:13

**interesting** 21:7, 40:23, 55:16, 75:13, 88:24, 110:6, 114:15, 131:2, 135:1, 144:12, 144:12, 159:4, 163:20, 172:25, 173:3, 178:18, 188:11, 188:15, 203:14, 213:7, 222:9, 245:7, 245:7, 246:5, 249:22, 257:6, 257:7, 259:24, 259:24, 260:23, 266:14, 268:7, 269:18, 271:5, 271:8

**interfered** 157:19

**interference** 22:1

**intermediate** 23:5

**internal** 32:2

**international** 216:19, 216:21

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**internationally** 215:22, 216:18
**internet** 150:15, 150:17, 166:14, 166:21, 227:22, 228:2
**interposition** 72:12
**interpret** 36:24, 67:13, 161:25, 186:9, 250:23, 251:6
**interpretation** 123:15
**interpreted** 111:6
**intervals** 10:15
**interview** 93:21, 201:17
**interviews** 79:3, 102:14
**interwoven** 72:11
**intimacies** 149:22
**introduce** 47:9, 81:1
**introduction** 194:7, 194:11, 195:10
**invent** 197:8
**invented** 60:21
**investigate** 222:25, 223:2, 223:3
**investigated** 223:2
**invitation** 29:18, 94:21, 218:12, 218:15
**invite** 105:10, 105:15
**invited** 95:6
**inviting** 218:15
**involved** 249:20
**ip** 141:22, 216:10, 239:5
**ips** 216:24, 217:24, 218:10, 225:20, 225:23
**ir** 223:23, 224:1
**iran** 165:5, 165:10, 165:20, 165:23, 215:15, 215:17, 215:22, 218:6, 222:25, 223:3, 223:10, 226:14
**iranian** 223:4, 223:6, 223:19, 223:22
**ironically** 180:22, 191:11

**irrelevant** 36:17, 37:4, 42:21
**irs** 17:2
**issue** 2:15, 91:25, 92:13, 109:10, 148:2, 152:13, 233:8, 233:12, 253:4
**issues** 133:14, 187:23, 187:25, 260:6
**items** 81:11, 159:1, 178:21, 178:21, 178:24, 179:3
**ivan** 124:3, 189:9

---

## J

**j-g** 244:2
**january** 75:19, 75:20, 141:9
**jason** 52:7
**jbl** 4:2
**jbls** 4:21
**jersey** 6:21
**jg** 232:25, 233:2, 233:3, 233:5, 233:6, 233:6, 233:8, 233:18, 233:20, 233:20, 234:1, 234:4, 234:5, 234:10, 234:11, 234:24, 235:7, 235:9, 235:16, 235:20, 235:23, 236:6, 236:18, 236:20, 236:22, 237:6, 238:15, 238:25, 240:14, 242:5, 242:9, 243:19, 243:21, 252:15, 252:22, 255:9, 255:12
**jigs** 62:15
**job** 203:12
**jockeyed** 62:23
**joe** 247:14
**john** 1:5, 149:17, 150:5, 161:15, 162:10, 162:15,

163:5, 163:15, 182:6, 189:4, 189:23, 197:17, 204:2, 209:12, 213:21, 264:13, 264:14, 266:6, 266:9, 266:25
**joined** 167:25, 266:23, 266:24
**joint** 265:19
**journey** 9:19
**judge** 36:24, 74:24
**judging** 50:16
**july** 75:17, 142:18, 142:20, 144:16
**june** 221:21
**jurisdictions** 2:9, 28:2
**justification** 149:19, 157:19
**justify** 96:22, 127:12

---

## K

**keep** 13:11, 16:3, 16:19, 16:19, 16:24, 38:16, 85:19, 90:12, 116:2, 142:6, 155:18, 203:12, 204:18, 206:11, 211:8, 213:13, 257:11, 257:17
**keeps** 21:5
**kept** 27:22, 94:9, 257:9
**key** 252:23, 252:25, 253:1
**keys** 243:25
**khalid** 1:6, 119:8, 119:14, 121:1, 121:2, 128:2, 128:2, 132:5, 132:5, 133:6, 133:10, 133:14, 134:1, 134:7, 134:13, 134:15, 134:22, 135:6, 187:2, 187:4, 187:6, 187:22, 188:4, 188:8,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

188:8, 188:23,
207:1, 274:25
**kick**  217:16, 217:16
**kid**  149:1, 149:11
**kind**  7:2, 7:17, 7:19,
14:8, 14:16,
14:16, 14:21,
16:9, 20:21,
22:12, 29:24,
31:25, 33:24,
39:13, 39:13,
52:16, 53:23,
55:15, 63:3,
71:22, 74:25,
79:13, 80:24,
91:4, 95:1, 106:7,
120:5, 121:10,
126:13, 150:4,
150:19, 154:8,
163:15, 164:17,
168:16, 169:25,
170:3, 170:11,
173:11, 180:19,
181:6, 187:7,
189:5, 189:18,
192:2, 193:12,
193:24, 195:5,
201:21, 218:6,
226:15, 227:14,
229:18, 231:24,
237:16, 239:10,
240:22, 241:11,
242:17, 247:22,
255:13, 255:15,
255:16, 255:17,
260:12, 268:20,
273:5
**kinds**  177:7
**kit**  33:6, 152:16,
159:2, 176:19
**kits**  72:4
**knew**  86:3, 86:3,
160:16, 234:15
**knocked**  255:6
**know**  5:2, 5:13, 5:22,
7:6, 7:21, 9:14,
10:19, 10:19,
14:22, 15:2,
15:24, 17:12,
17:23, 18:9,
18:14, 20:6,

20:10, 20:11,
20:13, 20:14,
21:12, 22:15,
22:18, 22:24,
23:4, 23:5, 23:9,
23:16, 23:21,
24:18, 24:22,
25:24, 26:23,
27:2, 27:17,
27:18, 27:21,
28:23, 29:10,
30:8, 30:11,
30:13, 32:3,
32:18, 33:9, 34:2,
34:9, 34:18,
35:14, 37:4,
37:23, 39:6, 39:7,
39:12, 40:20,
41:24, 42:17,
42:19, 48:15,
49:5, 49:5, 50:12,
52:3, 52:9, 52:10,
52:11, 52:16,
52:22, 53:6,
53:10, 53:21,
54:15, 55:24,
58:21, 60:19,
61:1, 61:3, 61:17,
61:23, 62:9,
63:11, 64:5, 65:1,
65:10, 65:22,
68:1, 68:3, 69:12,
70:12, 73:3, 73:7,
73:9, 73:16,
74:20, 75:11,
75:18, 75:19,
75:20, 75:20,
77:22, 79:19,
80:16, 80:25,
82:18, 82:23,
82:23, 83:24,
84:1, 85:10,
85:25, 86:3, 86:5,
87:11, 88:8,
88:22, 88:24,
89:7, 89:12,
89:14, 89:15,
89:16, 89:18,
89:23, 90:6,
91:23, 92:14,
94:1, 94:11,

94:23, 95:20,
98:7, 99:2, 99:15,
101:1, 101:9,
102:17, 102:19,
103:1, 105:10,
109:15, 109:22,
110:7, 110:15,
111:8, 111:19,
113:9, 113:20,
115:16, 116:2,
119:1, 119:15,
119:17, 119:18,
119:21, 119:23,
119:24, 120:2,
121:2, 122:11,
122:12, 122:18,
123:2, 124:7,
124:16, 124:24,
125:6, 125:21,
125:22, 125:23,
125:25, 126:1,
126:4, 126:6,
126:8, 126:10,
126:22, 127:10,
127:11, 127:15,
127:17, 128:1,
128:3, 128:8,
128:9, 128:11,
128:25, 129:2,
129:7, 129:8,
129:8, 132:11,
134:3, 134:10,
134:16, 135:4,
135:5, 136:24,
137:2, 137:4,
137:9, 137:20,
138:6, 139:9,
139:10, 140:25,
141:13, 141:25,
144:18, 147:1,
147:14, 148:16,
150:12, 150:15,
150:24, 150:25,
151:25, 152:10,
152:17, 153:3,
153:5, 153:7,
154:2, 158:4,
158:5, 158:7,
158:15, 159:8,
159:15, 160:23,
161:14, 162:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

164:12, 165:17, 166:15, 169:1, 169:4, 169:6, 169:7, 170:1, 170:3, 170:11, 171:13, 174:23, 175:2, 177:1, 177:5, 177:19, 178:17, 179:2, 179:12, 179:13, 180:23, 181:6, 181:9, 181:14, 181:21, 182:21, 182:22, 183:16, 183:23, 184:11, 184:12, 185:25, 186:1, 186:12, 186:17, 186:19, 186:22, 186:24, 187:12, 187:20, 188:16, 190:7, 190:17, 190:19, 190:20, 190:23, 192:16, 192:19, 193:3, 194:12, 194:16, 195:9, 195:9, 195:11, 198:17, 198:20, 199:10, 199:19, 201:19, 203:1, 203:16, 203:16, 203:20, 203:24, 203:24, 204:7, 204:8, 205:3, 205:8, 209:24, 212:7, 213:4, 215:13, 215:14, 216:22, 219:10, 219:17, 220:3, 220:12, 220:15, 220:23, 223:12, 223:13, 223:21, 224:14, 225:6, 227:10, 227:14, 229:7, 230:2, 230:12, 231:22, 232:2, 232:13, 232:24, 233:6, 234:14, 237:3, 237:24, 239:5, 239:21, 239:25,

239:25, 240:21, 241:10, 241:16, 242:4, 242:6, 242:13, 242:15, 242:16, 242:17, 242:18, 246:3, 246:7, 249:8, 250:10, 254:15, 254:23, 255:7, 256:10, 257:1, 257:25, 258:20, 260:15, 262:25, 263:18, 264:10, 266:23, 267:8, 267:18, 267:21, 268:4, 269:18, 270:23, 271:15, 273:20, 273:21, 275:14

**knowing** 139:11, 232:17, 245:18, 246:4

**knowledge** 43:19, 73:2, 79:5, 100:23, 118:12, 133:16, 137:6, 137:7, 140:15, 140:17, 140:18, 140:25, 141:2, 142:25, 186:14, 200:14, 215:2, 215:4, 218:11, 230:14

**known** 122:17, 122:17, 192:13, 192:20, 192:20, 194:5, 194:5, 194:13, 194:14, 194:19, 194:19, 195:10, 195:19, 240:20, 241:6, 266:6, 266:7, 267:18, 268:16, 273:8

**knows** 205:12, 263:25

---

## L

**l-e-g-i-o** 275:13
**la** 264:25
**label** 41:22
**labeled** 12:9

**labeling** 51:19
**lack** 81:5, 188:18, 188:23, 260:12, 263:5
**lane** 144:21, 185:16
**language** 261:11
**laptop** 157:7
**large** 8:4, 9:3, 9:12, 23:15, 76:25, 77:17, 133:4, 172:10, 201:13, 219:17, 229:21, 254:3
**largely** 55:25
**larger** 103:12
**largest** 62:12
**larose** 211:20
**larosier** 2:1, 45:14, 149:20, 174:25, 175:15, 175:18, 189:14, 190:15, 191:12, 200:1, 200:3, 203:12
**larosier's** 175:11
**larosiere** 26:3, 222:1, 222:4
**larosiliere** 170:2, 172:1, 172:4, 173:16, 173:22, 174:2, 174:4, 174:5, 174:11
**last** 2:4, 4:18, 17:23, 18:6, 21:8, 21:12, 24:14, 24:15, 45:14, 46:18, 60:9, 143:14, 146:19, 167:19, 185:10, 192:3, 220:3, 255:8, 257:10
**late** 142:14
**later** 7:7, 7:13, 7:14, 7:25, 36:24, 136:7, 189:15, 276:19
**laughed** 150:11, 150:12
**laughing** 97:8
**launcher** 149:2
**law** 28:8, 29:19, 34:21, 34:21,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

196:6, 199:10,
216:18, 216:19,
261:17, 269:15,
269:16, 269:19,
269:22, 269:24,
269:24, 269:25,
270:1, 270:9,
271:11, 271:20,
271:21, 271:24,
272:2, 272:4
**lawsuit**  108:13,
113:4, 113:6,
159:23, 163:24,
166:7, 168:1,
171:5, 171:12,
171:15, 171:23,
171:24, 172:4,
172:13, 175:3,
175:25, 176:1,
210:10, 210:12,
212:9, 212:10,
212:21, 212:22,
215:23, 216:2,
218:2, 222:10,
239:14, 239:15,
249:19, 251:17,
251:17, 255:22
**lawsuits**  6:16, 6:18,
163:3, 163:6,
259:5
**lawyer**  209:22, 238:9,
260:4
**lay**  23:8, 194:24,
258:21
**layaway**  54:22, 56:2
**layperson**  260:1
**lead**  27:11, 177:22
**leader**  203:10
**leading**  239:21
**leak**  227:22, 245:13,
247:13, 247:24
**leaked**  227:15, 228:1,
238:7, 245:10,
247:12, 249:12,
249:13
**leaking**  251:13
**lean**  22:5, 256:11
**learn**  236:18
**learned**  201:15, 270:1
**learning**  96:5
**least**  19:11, 22:25,

23:25, 61:14,
61:15, 61:18,
62:5, 62:5, 83:3,
88:1, 89:1,
100:11, 102:18,
110:4, 111:10,
121:15, 138:3,
153:14, 159:5,
177:20, 179:25,
210:9, 210:13,
221:15, 221:19,
221:19, 236:23,
260:15, 262:8
**leave**  27:12, 94:8,
94:11, 97:7,
97:17, 129:10,
129:12, 139:23,
186:7, 186:10,
196:1
**leaves**  59:14
**leaving**  79:4, 83:24,
90:2, 93:25,
103:3, 103:18,
106:10, 125:15,
143:10, 143:15,
144:11, 187:7
**led**  68:16, 70:10
**left**  50:6, 51:21,
89:6, 93:25, 94:3,
94:5, 96:2, 97:14,
103:8, 103:13,
103:18, 103:19,
104:16, 105:6,
106:9, 107:7,
121:4, 138:15,
138:24, 139:25,
140:4, 140:10,
143:16, 144:14,
144:15, 145:4,
145:8, 152:8,
152:23, 153:1,
153:5, 185:24,
186:20, 187:3,
241:9
**legal**  18:8, 30:9,
39:8, 117:12,
122:14, 158:10,
196:2, 199:12,
201:4, 203:16,
203:20, 209:15,
225:13, 225:15,

258:24, 260:2,
262:13
**legalities**  48:4
**leggio**  103:8
**legio**  5:19, 5:21,
6:2, 6:6, 6:11,
6:15, 6:15, 6:24,
7:8, 7:20, 8:11,
8:17, 8:25, 10:20,
11:1, 11:13,
11:14, 13:21,
14:1, 14:3, 15:4,
15:9, 15:13,
25:19, 26:16,
31:4, 31:14,
49:17, 49:23,
50:9, 51:20,
56:25, 59:7, 59:7,
60:3, 60:5, 62:20,
62:22, 62:23,
63:1, 63:4, 63:5,
63:25, 65:4,
65:19, 66:20,
66:25, 67:25,
68:11, 68:12,
68:21, 68:24,
69:3, 69:9, 69:13,
69:24, 69:25,
70:2, 70:14,
71:12, 71:13,
71:15, 71:19,
71:25, 72:5, 72:9,
72:11, 72:12,
72:16, 81:20,
82:7, 82:21,
83:14, 89:6,
92:21, 105:6,
106:23, 121:20,
121:21, 121:24,
123:20, 127:25,
128:17, 130:8,
130:14, 136:1,
136:13, 136:14,
136:16, 137:24,
139:6, 139:19,
153:22, 228:16,
228:21, 228:23,
229:1, 229:3,
254:3, 275:12
**legio's**  14:3
**legion**  28:19

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**less** 15:18, 15:20, 23:14, 40:15, 93:21, 93:22, 93:23, 93:23, 107:9, 148:13, 148:13, 204:25

**let** 4:14, 13:20, 37:2, 54:14, 77:6, 95:21, 98:3, 101:2, 105:17, 105:17, 106:19, 120:4, 136:10, 139:17, 139:17, 148:25, 151:1, 151:1, 151:19, 157:10, 161:6, 178:15, 230:12, 231:11, 239:6, 260:5, 268:10

**let's** 4:14, 9:25, 10:1, 10:5, 10:19, 11:1, 11:13, 22:1, 23:6, 28:3, 30:8, 32:8, 34:22, 39:3, 41:13, 41:13, 45:7, 58:25, 66:19, 68:20, 69:12, 69:13, 69:15, 73:7, 78:11, 82:18, 84:13, 91:20, 101:14, 102:20, 104:23, 105:17, 121:13, 121:15, 125:11, 142:6, 155:18, 155:18, 181:17, 186:5, 189:13, 196:11, 204:18, 206:11, 212:11, 213:9, 215:6, 227:15, 230:15, 231:7, 245:5, 257:25, 258:1

**letman** 191:19, 191:20

**letters** 209:1

**letting** 79:19, 183:23, 213:4

**lettman** 204:16

**lettman's** 182:22

**level** 22:25, 27:19,

29:8, 92:13, 154:14, 228:9

**levels** 29:8, 229:5

**liaison** 176:19

**libidinal** 149:16

**license** 27:19, 95:18

**lie** 250:16, 250:17

**lied** 251:13, 251:18

**life** 14:10, 70:1, 96:22, 232:23, 251:9

**lifetime** 6:13, 65:23, 70:2, 70:8, 71:3, 71:5, 71:11, 71:17, 72:5

**like** 5:14, 6:12, 6:21, 7:1, 7:11, 7:15, 8:7, 8:13, 9:8, 9:18, 9:19, 10:20, 11:20, 12:7, 13:15, 14:14, 14:16, 14:20, 14:25, 15:1, 15:3, 15:3, 15:12, 15:15, 15:18, 15:18, 16:4, 16:6, 16:17, 17:1, 17:7, 17:9, 18:8, 18:25, 19:21, 22:4, 22:6, 22:16, 22:18, 22:18, 22:21, 23:2, 23:14, 23:19, 23:19, 23:19, 24:3, 24:7, 24:18, 26:16, 26:17, 27:4, 27:10, 29:12, 29:13, 29:14, 29:17, 30:9, 30:10, 32:13, 32:18, 33:4, 34:22, 34:25, 37:19, 37:19, 38:20, 39:5, 47:14, 50:22, 54:1, 55:8, 56:3, 56:5, 56:8, 57:19, 58:4, 58:9, 59:15, 59:22, 60:17, 60:17, 60:21,

60:25, 61:5, 61:6, 63:3, 63:8, 63:9, 66:22, 67:16, 68:4, 70:13, 71:20, 71:20, 71:25, 71:25, 72:6, 72:6, 72:12, 72:12, 75:21, 76:5, 76:6, 78:18, 79:25, 80:20, 80:22, 81:5, 81:12, 81:25, 82:7, 82:8, 82:9, 82:10, 83:14, 83:21, 85:4, 86:24, 88:18, 90:23, 92:13, 92:16, 93:14, 94:4, 94:19, 94:20, 94:20, 95:1, 95:5, 95:5, 95:17, 96:9, 98:4, 98:6, 99:19, 102:21, 105:8, 106:4, 108:9, 109:2, 110:1, 112:1, 112:6, 113:12, 117:15, 119:19, 120:13, 121:7, 122:23, 123:1, 123:5, 124:3, 124:4, 124:14, 124:17, 126:5, 126:8, 126:20, 126:21, 126:23, 127:2, 127:4, 127:5, 127:9, 127:15, 128:24, 129:18, 129:23, 131:7, 133:3, 134:17, 134:23, 137:15, 146:1, 146:3, 148:13, 148:13, 149:1, 149:2, 152:8, 152:25, 152:25, 154:13, 155:18, 155:22, 157:14, 158:20, 159:2, 159:5, 159:8, 161:21,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

164:10, 165:23, 167:19, 170:3, 171:16, 175:21, 177:4, 177:18, 177:23, 180:19, 180:20, 180:21, 180:22, 180:24, 182:22, 182:25, 186:1, 186:8, 187:9, 187:16, 189:13, 190:12, 190:24, 191:10, 192:15, 195:3, 195:17, 195:17, 196:11, 197:6, 197:7, 198:13, 198:15, 199:11, 199:15, 200:11, 201:25, 204:6, 205:7, 206:1, 206:2, 207:7, 212:22, 215:20, 216:7, 217:17, 217:25, 218:1, 218:1, 218:3, 218:17, 219:6, 224:9, 224:13, 224:18, 224:21, 225:20, 225:21, 227:19, 229:10, 230:10, 230:21, 231:22, 233:14, 234:1, 235:9, 237:8, 239:10, 239:23, 239:25, 240:4, 240:5, 240:11, 240:13, 240:20, 243:17, 243:25, 244:12, 247:15, 247:16, 248:14, 248:18, 251:15, 254:21, 256:9, 256:14, 257:11, 264:5, 265:19, 265:21, 269:9, 269:10, 271:4, 274:1, 276:2, 276:6, 276:24

**liked**  122:17, 233:21

**likely**  46:5, 63:25,

71:14, 72:9, 91:1, 91:2, 252:5, 263:1

**likes**  204:20, 205:11, 205:11

**limit**  66:19

**limitation**  149:3

**limited**  94:7, 119:5, 167:8

**line**  31:7, 32:4, 39:23, 55:22, 60:14, 66:12, 67:17, 67:20, 69:7, 69:9, 73:23, 73:24, 74:14, 76:7, 115:3, 205:13

**linear**  111:11

**lines**  30:23, 31:2, 38:7, 71:9, 71:16, 76:19, 109:6, 109:8, 185:24

**linguistics**  155:18

**link**  3:1, 3:3, 3:5, 3:8, 3:10

**linked**  100:22, 100:23

**linking**  144:1

**links**  101:1

**list**  18:25, 56:9, 64:6, 227:6, 227:12, 227:12, 270:3

**listed**  18:15, 18:24, 34:12, 36:10, 49:3, 147:15, 250:2, 264:2, 270:17

**listen**  42:12, 118:15, 192:23, 196:15, 198:17, 275:8

**listening**  273:18

**literally**  75:18, 88:19, 88:22

**literature**  144:20

**litigation**  7:9, 7:9, 7:18, 7:23, 20:8, 193:13, 199:18, 212:14, 212:16, 248:5, 249:1, 256:2, 266:5, 268:4, 270:11, 272:8

**littered**  228:2

**little**  5:2, 20:2, 26:18, 26:18, 27:12, 27:12, 27:12, 32:18, 37:18, 52:25, 58:17, 67:20, 79:8, 98:19, 101:10, 129:18, 172:21, 174:20, 195:8, 200:18, 205:12, 231:6, 231:7, 241:14, 243:4, 247:24, 247:25, 257:10

**live**  215:19

**living**  4:22

**llc**  5:3, 5:16, 7:16, 13:22, 13:24, 14:10, 33:21

**lmk**  238:7

**local**  76:25

**located**  2:8

**locations**  214:24

**locked**  238:6

**log**  3:16, 3:19

**logged**  3:22

**logs**  124:18, 124:19

**lonely**  149:17, 150:5

**long**  25:1

**long-running**  170:14

**longer**  19:20, 57:20

**look**  16:5, 48:10, 50:6, 51:5, 53:13, 55:21, 56:23, 57:3, 57:20, 58:4, 58:25, 77:21, 79:7, 79:25, 80:17, 83:10, 91:16, 91:20, 91:22, 98:6, 107:3, 122:16, 122:23, 128:7, 157:10, 166:13, 166:13, 194:8, 194:9, 199:5, 218:5, 224:18, 225:21, 233:7, 235:5, 240:5, 251:15, 251:25, 271:2

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**looked**  51:3, 103:24, 240:10, 261:8, 261:10

**looking**  47:12, 47:20, 48:25, 50:23, 50:25, 52:23, 54:7, 54:12, 58:4, 61:25, 81:19, 102:9, 109:11, 137:8, 142:6, 157:2, 217:22, 217:24, 261:7, 261:7

**looks**  50:5, 51:25, 58:9, 98:4, 137:15, 226:4, 243:17

**loose**  273:8

**loosely**  65:21, 273:5

**lord**  157:17

**lore**  14:8

**lose**  71:12, 71:13, 71:13, 268:11, 268:18

**loses**  38:25, 39:1

**losing**  62:10, 71:15, 71:15, 71:16, 72:9, 72:9

**loss**  67:12, 67:14, 67:14, 70:4, 106:15, 106:16, 109:3, 111:7, 111:7, 136:3, 172:23

**lost**  65:2, 65:2, 65:5, 65:11, 65:14, 65:20, 66:6, 66:6, 67:9, 67:22, 72:23, 131:1, 131:3, 131:7, 131:12, 131:12, 131:12, 131:21, 132:2, 133:11, 173:4, 268:13, 268:19, 269:2, 269:3, 269:5, 269:9, 269:10

**lot**  6:14, 6:19, 8:1, 22:15, 27:16, 46:17, 91:10,

91:12, 94:12, 95:17, 95:20, 103:20, 104:17, 104:18, 111:12, 148:15, 148:20, 151:22, 172:19, 181:4, 181:5, 183:1, 199:6, 206:22, 211:1, 220:4, 241:18, 253:15, 253:18, 253:19, 253:22, 258:20, 263:25

**lots**  32:14, 91:3

**loud**  45:19, 272:17

**louder**  4:8

**loudly**  148:24

**love**  96:21, 149:23, 151:20, 178:15, 216:7

**low**  57:18, 57:19, 58:3, 58:3, 58:18

**lowballed**  61:1

**lowers**  22:23

**luck**  73:11, 73:12

**luckily**  219:3

**lump**  16:9, 65:18

**lumped**  65:4

---

## M

**machine**  4:18, 30:14, 32:8, 54:6, 58:19

**machine's**  30:15

**machines**  42:8, 42:9, 42:20, 43:1, 43:9

**macro**  217:2

**made**  7:2, 7:24, 18:5, 18:5, 44:7, 49:13, 49:14, 52:9, 52:10, 66:22, 90:25, 102:11, 107:21, 118:3, 124:22, 125:9, 128:3, 128:23, 129:4, 129:10, 129:12, 145:19, 156:1, 157:20, 161:20, 161:22, 162:11, 162:16, 164:11, 164:14,

166:10, 167:11, 168:6, 168:23, 171:3, 173:16, 173:17, 174:2, 178:24, 179:25, 182:7, 184:16, 197:6, 203:1, 209:14, 209:17, 212:9, 215:14, 219:17, 220:12, 223:25, 224:19, 224:25, 240:22, 249:18, 252:8, 252:14, 253:19, 254:9, 259:21, 263:10, 270:10

**maf**  124:8, 136:25, 137:5, 174:6, 174:6, 174:11, 180:11, 180:13, 180:13

**mafcorp**  175:15, 178:8, 178:14, 178:20, 178:21, 178:24, 179:10, 179:14, 179:16, 180:1, 180:4

**mafia**  264:25

**mail**  14:20, 159:19, 259:6

**main**  182:16, 182:19, 217:17, 219:7

**maintain**  272:7

**maintains**  252:22

**major**  26:1, 185:25

**majority**  60:17

**majorly**  26:3

**make**  3:4, 4:8, 11:24, 13:20, 20:6, 20:9, 21:4, 25:15, 30:20, 34:3, 35:4, 35:6, 35:7, 37:18, 39:14, 42:1, 46:3, 49:12, 56:11, 60:15, 78:8, 84:3, 92:3, 100:8, 105:23, 119:19, 126:13, 126:15, 127:13, 129:4, 132:5, 132:7, 133:8, 145:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

145:12, 146:10, 148:15, 151:19, 157:3, 163:11, 166:14, 166:21, 167:3, 171:18, 184:24, 190:3, 190:4, 190:12, 196:5, 196:8, 196:10, 205:6, 209:14, 209:15, 210:5, 210:13, 214:4, 221:1, 224:5, 234:1, 236:20, 242:6, 244:4, 256:1, 256:5, 256:16, 263:17, 263:20, 266:14, 269:19

**makes** 8:1, 13:8, 17:16, 20:3, 20:13, 20:15, 22:22, 25:8, 25:9, 25:13, 34:15, 61:8, 63:9, 91:8, 132:18, 204:19, 207:6, 214:12, 220:19, 239:16

**making** 90:7, 132:10, 132:13, 143:9, 145:16, 145:17, 146:8, 148:20, 150:4, 157:12, 161:24, 162:22, 173:22, 178:14, 182:21, 189:17, 195:4, 211:1, 214:4, 254:13, 263:4

**male** 149:19

**malicious** 224:17

**malware** 227:20, 227:25

**man** 62:21, 185:23, 211:6, 239:25, 276:23

**management** 56:16

**manager** 203:8, 203:20, 227:23, 267:12, 267:15, 267:16, 268:1

**mandia** 253:11,

253:25, 254:16

**mandiant** 226:18, 226:20, 227:19

**manifest** 246:1

**mantle** 268:1

**manufacturing** 56:15

**many** 8:18, 20:7, 20:7, 21:11, 21:18, 21:19, 23:18, 23:18, 27:22, 33:21, 85:9, 94:11, 110:20, 118:22, 128:22, 128:22, 164:14, 168:2, 184:10, 200:10, 202:25, 205:3, 205:3, 212:16, 213:25, 214:12, 214:12, 214:14, 214:14, 214:15, 214:16, 215:13, 227:25, 228:2, 228:3, 228:4, 228:25, 228:25, 229:8, 240:6, 252:21, 263:19, 268:2

**mapcorp** 160:25

**mapcorp's** 161:3

**margin** 70:3, 232:21

**mark** 50:1, 237:4

**marked** 57:4

**market** 262:25, 265:25

**marketplaces** 227:14, 240:6

**marks** 152:3, 203:13, 203:14

**masculine** 149:3

**masculinity** 150:20

**mass** 216:11, 218:17, 218:20

**material** 104:15

**materially** 263:23

**materials** 63:20, 103:7, 103:10, 103:12, 103:17, 210:24, 227:10, 232:15, 232:18

**math** 157:16, 175:4, 175:8, 182:9,

184:3, 264:1, 273:8

**mathcorp** 155:2, 156:15, 157:5, 157:17, 157:25, 158:3, 158:7, 158:19, 158:22, 158:25, 159:1, 159:17, 159:18, 159:23, 159:24, 160:10, 160:11, 189:5, 189:9, 189:13, 189:15, 189:17, 189:20, 189:21, 190:15, 190:16, 190:23, 191:2, 191:8, 191:12, 191:21, 191:22, 192:4, 192:7, 192:10, 192:13, 192:17, 192:22, 193:6, 194:25, 195:2, 195:5, 195:12, 195:14, 195:15, 195:17, 195:17, 195:18, 195:21, 196:17, 196:18, 196:20, 197:8, 197:10, 197:13, 207:20, 207:21, 207:24, 208:8, 208:12, 261:5, 263:2

**matt** 26:3, 134:15, 147:12, 162:10, 163:5, 173:16, 174:1, 176:7, 178:19, 182:6, 184:16, 185:21, 187:7, 190:6, 197:17, 209:12, 222:4, 256:10, 266:6, 266:8, 270:8, 276:15

**matter** 37:8, 37:9, 67:1, 186:5, 270:16

**matters** 34:2

**matthew** 2:1, 35:15, 35:23, 45:14,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

170:1, 172:1, 172:3, 173:16, 173:21, 174:2, 174:4, 174:5, 174:10, 174:25, 175:11, 175:15, 175:18, 197:24, 200:1, 209:13, 211:20, 254:23

**mavcorp** 153:6, 153:23, 199:25

**max** 4:10, 4:11

**may** 1:2, 2:8, 2:25, 5:13, 8:12, 15:13, 16:7, 21:18, 29:4, 29:5, 29:10, 30:12, 31:5, 53:12, 53:12, 54:12, 54:17, 56:10, 57:23, 58:10, 58:18, 58:18, 60:11, 60:13, 62:22, 65:7, 75:4, 76:14, 76:17, 76:21, 81:2, 82:21, 84:5, 87:4, 94:22, 98:11, 98:16, 107:8, 109:25, 110:1, 110:11, 110:16, 111:6, 111:20, 112:8, 114:15, 114:20, 115:2, 120:5, 135:1, 135:5, 137:9, 137:9, 144:2, 148:3, 153:16, 155:12, 160:12, 162:2, 166:22, 170:4, 171:6, 171:16, 196:12, 223:9, 224:1, 224:17, 225:9, 225:10, 235:4, 235:9, 238:21, 238:25, 240:16, 240:18, 242:24, 244:4, 247:18, 250:4, 263:8, 269:13, 275:7

**maybe** 4:13, 8:11, 25:2, 34:6, 34:6, 59:11, 59:12, 59:13, 64:18, 77:13, 104:14, 106:2, 115:15, 124:17, 127:18, 131:13, 170:3, 187:13, 215:6, 245:12

**mean** 4:6, 6:19, 7:14, 7:21, 8:7, 9:11, 11:19, 12:6, 12:7, 14:3, 20:14, 20:14, 21:25, 22:1, 23:4, 23:4, 23:8, 23:14, 23:25, 24:22, 25:7, 25:11, 25:15, 28:8, 28:9, 28:23, 28:24, 28:25, 31:20, 34:11, 34:25, 39:7, 39:7, 39:8, 39:16, 47:5, 48:8, 49:19, 49:19, 49:21, 55:3, 58:2, 58:15, 59:18, 60:16, 62:13, 63:11, 64:5, 68:6, 72:9, 74:8, 79:15, 82:20, 85:16, 85:25, 87:15, 88:21, 89:20, 89:24, 90:22, 90:22, 92:11, 97:3, 100:13, 103:1, 103:23, 105:13, 106:22, 111:3, 112:22, 117:25, 121:6, 122:2, 123:3, 124:14, 126:4, 130:12, 131:2, 131:13, 131:14, 133:5, 135:1, 135:8, 135:23, 136:2, 141:10, 143:13, 146:24, 150:4, 150:8, 150:16, 150:18,

154:3, 163:4, 163:7, 166:15, 169:4, 171:10, 173:10, 173:19, 173:21, 175:15, 176:1, 179:7, 183:7, 186:17, 187:18, 190:6, 193:25, 195:14, 195:14, 195:15, 197:20, 199:12, 199:14, 199:15, 199:19, 212:15, 214:20, 221:12, 221:13, 223:11, 224:10, 226:3, 230:18, 231:5, 232:13, 233:2, 233:7, 233:8, 235:3, 236:5, 238:7, 240:12, 240:21, 242:23, 244:16, 244:17, 244:17, 244:20, 245:10, 250:11, 250:11, 251:12, 253:19, 255:2, 255:3, 257:11, 264:18, 269:14, 270:5, 270:23, 272:19

**meaning** 44:14, 67:20, 104:2, 189:23, 215:21, 267:14

**meaningful** 199:12

**meaningless** 149:4

**means** 24:25, 34:18, 34:24, 39:19, 87:11, 102:19, 110:20, 179:22, 194:17, 226:2, 235:19, 246:3, 264:17

**meant** 30:17, 64:16, 64:18, 70:12, 94:24, 143:18, 186:19, 222:2

**measure** 53:5, 53:5, 65:22, 106:15

**mechanic** 155:21, 155:22

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**mechanism** 178:8

**media** 114:17, 114:18, 160:7, 177:14, 200:10, 214:24, 266:3

**mediated** 7:12

**medical** 133:14, 133:23, 187:23, 187:25

**medication** 188:2

**medications** 133:18, 133:19, 188:10

**medium** 149:24

**mediums** 150:18

**meds** 186:2

**meet** 234:4, 234:9, 234:15

**meeting** 91:3

**meetings** 91:3

**member** 6:14, 12:21, 71:19, 71:25, 72:5, 72:9, 136:13, 136:14, 136:21, 139:16, 139:18, 142:1, 142:2, 142:3, 142:4, 142:5, 142:6, 142:22, 142:23, 143:19, 143:19, 153:14, 153:14, 153:22, 154:23, 205:2, 215:9, 228:14, 228:17, 240:25, 241:4, 241:25

**members** 49:17, 71:12, 71:13, 71:15, 106:11, 137:24, 139:6, 140:10, 185:2, 201:13, 228:3, 228:11, 228:11, 228:13, 229:1, 229:3, 248:21, 267:20, 268:2

**membership** 5:15, 5:18, 5:19, 5:21, 5:23, 6:6, 6:7, 7:1, 7:3, 7:20, 7:23, 8:18, 8:25, 9:13, 9:23, 11:1,

11:12, 12:2, 13:21, 16:21, 22:6, 22:7, 22:10, 22:10, 28:16, 28:18, 28:19, 49:24, 65:4, 72:16, 81:20, 82:7, 82:21, 83:14, 121:20, 121:22, 121:24, 122:4, 123:21, 136:1, 136:3, 136:12, 136:16, 136:19, 136:25, 228:10, 228:22, 229:5

**memberships** 5:24, 6:1, 6:2, 6:4, 6:5, 6:10, 6:11, 6:11, 7:8, 8:3, 8:5, 8:11, 9:7, 9:17, 10:20, 11:13, 12:10, 12:10, 12:12, 12:15, 13:1, 14:7, 14:10, 14:15, 15:5, 15:7, 15:9, 15:13, 15:14, 25:19, 31:4, 59:7, 59:7, 63:25, 69:9, 69:13, 69:24, 92:17, 108:7, 110:22, 111:8, 228:24

**meme** 65:1, 65:6, 65:11, 66:6, 67:12, 67:22, 69:22, 71:10, 96:2, 96:6, 96:23, 97:6, 97:14, 97:17, 100:13, 102:16, 103:9, 103:19, 104:17, 105:6, 106:9, 106:17, 107:10, 108:2, 109:24, 110:10, 111:1, 116:3, 121:3, 121:24, 123:9, 123:15, 123:21, 123:21, 128:1,

128:9, 128:12, 128:15, 128:17, 128:20, 128:24, 129:4, 138:16, 140:5, 145:4, 145:8, 153:23, 154:25, 156:12, 158:5, 158:18, 158:24, 159:16, 159:16, 161:8, 161:16, 161:20, 161:22, 161:25, 162:2, 162:11, 162:12, 162:13, 162:17, 163:11, 163:14, 163:16, 164:12, 164:19, 164:21, 164:25, 165:2, 165:10, 167:9, 168:2, 168:7, 172:24, 173:22, 174:2, 174:7, 174:11, 176:7, 177:13, 178:5, 179:3, 179:11, 180:4, 182:7, 182:18, 183:5, 184:17, 184:19, 184:22, 184:24, 185:5, 208:1, 208:5, 208:9, 208:12, 208:16, 208:21, 209:2, 210:8, 210:11, 210:14, 210:19, 210:19, 210:20, 211:13, 211:18, 211:21, 214:1, 214:11, 214:25, 221:10, 221:11, 221:13, 221:14, 221:16, 221:18, 221:20, 221:21, 238:12, 238:16, 238:22, 239:21, 240:11, 241:17, 242:1, 245:20, 245:22, 245:24, 248:14, 249:6, 255:22, 259:9, 259:14,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

259:23, 260:7, 261:8, 261:8, 261:14, 262:1, 262:5, 262:9, 262:11, 262:23, 263:5, 263:9, 263:12, 263:19, 263:20, 266:6, 266:9, 266:11, 266:13, 266:15, 266:20, 266:25, 267:2, 268:10, 268:11, 269:2, 269:5, 269:9, 269:11

**meme's** 173:16, 173:18, 266:13

**memory** 93:9, 134:5, 134:6, 135:9, 146:21, 185:16

**men's** 149:23

**mention** 195:17, 223:25

**mentioned** 8:24, 14:14, 32:22, 38:8, 38:9, 71:20, 106:5, 124:3, 133:17, 152:2, 153:13, 180:15, 187:9, 190:10, 197:13, 204:10, 206:22, 207:17, 208:2, 208:10, 212:8, 232:20, 243:18, 267:4, 276:1

**mentioning** 110:17

**menu** 82:9, 82:14

**merchandise** 26:17, 33:9

**merchant** 21:15

**message** 135:24, 187:4, 235:19, 238:5, 241:9, 241:16, 247:18

**messages** 135:7, 135:14, 241:10

**met** 234:5, 234:15

**metadata** 50:19

**method** 107:13

**mhm** 10:16, 11:3,

11:5, 11:15, 16:4, 16:10, 17:8, 17:22, 18:4, 18:16, 20:9, 21:10, 32:1, 32:21, 52:1, 52:11, 54:9, 54:13, 54:19, 57:17, 58:25, 60:16, 60:16, 62:12, 76:9, 76:20, 76:23, 78:18, 80:20, 82:12, 83:10, 85:6, 92:21, 93:25, 94:6, 97:14, 98:1, 100:1, 100:22, 102:20, 102:23, 103:1, 103:23, 106:3, 106:14, 107:1, 107:9, 107:12, 109:3, 109:5, 109:9, 110:7, 110:9, 119:10, 121:1, 122:10, 128:5, 129:24, 148:14, 148:18, 150:14, 154:2, 154:7, 157:15, 182:10, 182:13, 182:16, 182:24, 183:6, 183:11, 183:24, 184:2, 184:7, 184:9, 185:1, 187:1, 187:12, 187:21, 190:11, 190:21, 192:3, 192:8, 192:11, 192:12, 193:1, 199:16, 199:16, 199:24, 200:13, 201:3, 201:16, 203:3, 204:3, 204:17, 204:22, 205:5, 205:19, 207:2, 208:1, 208:14, 211:14, 211:17, 212:19, 216:12, 216:15,

216:20, 216:23, 220:5, 221:23, 222:10, 224:21, 226:6, 231:15, 234:2, 234:21, 235:3, 245:2, 247:12, 251:20, 252:2, 252:11, 253:10, 256:3, 256:8, 256:22

**microphone** 259:18

**middle** 17:24, 75:21, 87:6, 87:7, 97:23, 169:13

**middleman** 39:5, 39:13, 226:15

**midnight** 149:22

**midwestern** 75:22

**might** 6:8, 17:19, 23:11, 39:5, 57:23, 64:5, 91:1, 92:10, 112:6, 119:17, 124:17, 125:8, 125:25, 129:22, 135:17, 136:15, 143:17, 144:14, 144:23, 145:4, 145:8, 190:17, 193:11, 236:19, 247:25, 250:16, 250:17, 250:18, 250:19, 251:16, 258:1, 260:1, 270:9, 273:5

**mike** 240:4

**mill** 54:18, 54:20, 55:6, 56:6, 56:15, 58:10, 110:23

**mind** 24:8, 45:13, 64:23, 86:4, 89:17, 103:2, 112:19, 113:2, 126:12, 128:17, 138:21, 139:7, 139:14, 140:7, 149:23, 152:20, 158:21, 199:13, 200:24, 202:13, 212:2

**mine** 150:21, 150:21

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**minimis**  63:10, 63:25

**minimum**  76:25

**minute**  240:12, 258:2

**minutes**  39:22, 102:2, 151:11, 181:17, 272:22

**mirror**  223:4, 223:6, 223:14

**mirrored**  222:25, 223:3

**misdeed**  214:9

**misreading**  78:2

**misrepresenting**  100:2

**miss**  179:23, 179:25, 180:11, 202:21, 202:23, 203:1, 273:1

**missed**  104:11

**missing**  25:22, 25:24, 26:1, 26:3, 59:17, 60:17, 60:20, 64:3

**mission**  5:16, 41:25

**misspelled**  274:11

**misstated**  261:17

**misstating**  70:9, 265:5

**mistaken**  194:25

**misunderstand**  169:8

**misunderstood**  196:7

**misuse**  231:8

**mm-mm**  160:6

**modal**  22:24, 29:12

**mode**  27:20

**model**  17:11, 17:13, 21:24, 51:23

**modeling**  73:3

**moderator**  205:8

**modest**  189:13

**moloney**  211:20

**moment**  2:19, 5:9, 45:14, 48:22, 139:4, 139:11, 160:3, 174:21, 186:8, 230:6

**moments**  221:18

**monetary**  172:7

**money**  8:2, 9:19, 9:19, 13:9, 16:18, 16:20, 16:25, 17:14, 20:9, 20:13, 20:15, 21:4, 25:8, 25:9, 25:13, 30:21, 34:15, 39:9, 39:17, 41:5, 41:12, 44:4, 61:8, 65:14, 65:20, 66:1, 68:1, 68:13, 77:23, 122:25, 127:16, 154:4, 154:6, 155:4, 155:6, 158:7, 158:9, 161:7, 161:20, 161:22, 161:24, 162:11, 162:16, 163:11, 168:6, 168:23, 170:20, 170:25, 173:16, 173:17, 173:22, 174:2, 176:14, 177:20, 178:14, 178:21, 182:7, 182:17, 182:21, 184:15, 184:23, 184:25, 206:23, 207:6, 268:11, 268:13, 268:18, 269:2, 269:3, 269:9, 269:10

**money's**  8:25

**monologues**  149:20

**month**  24:14, 24:15, 51:21, 75:13, 75:14, 109:20, 144:11, 144:15, 145:7, 145:10, 145:13, 145:15, 145:18, 145:24, 146:9, 146:11, 148:1, 148:7, 148:9, 148:12, 148:23, 152:2, 152:3, 152:4

**monthly**  15:13, 106:23, 106:24

**months**  51:21, 54:24, 75:11, 75:21, 75:22

**moreover**  166:20

**morning**  1:1

**motivated**  144:17

**motivations**  144:18

**mouse**  232:6

**mouth**  154:15

**move**  115:23, 201:22, 219:4, 219:6

**moved**  8:16

**mover**  163:6, 163:7

**mr**  46:1, 119:21, 243:19, 255:12, 273:1

**much**  13:4, 34:3, 64:6, 86:20, 101:18, 103:12, 122:12, 137:8, 149:3, 149:21, 151:24, 161:7, 164:12, 192:19, 220:23, 235:16, 241:19, 258:14, 260:19, 267:18, 268:8

**multi-stage**  53:24

**multi-state**  6:19, 7:23

**multi-step**  24:8

**multiple**  13:1, 19:6, 74:20, 238:18, 260:24

**multitude**  118:20

**musings**  149:16

**must**  64:23, 67:21, 93:6, 235:8, 235:25, 236:16, 236:23, 241:9, 241:15, 246:12, 246:15, 247:18, 248:15, 263:17, 263:17, 263:18

**mutual**  149:19

## N

**n-a-g-r**  205:20

**n's**  275:20

**nagr**  205:18, 205:18

**naive**  72:3, 72:4

**name**  1:6, 1:8, 1:16, 1:17, 2:4, 2:12, 3:6, 21:15, 116:5, 119:22, 128:7, 138:1, 138:6, 140:10, 140:19,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

141:25, 142:22, 142:23, 143:11, 144:1, 153:5, 153:7, 153:15, 155:8, 155:10, 156:21, 175:11, 201:2, 201:4, 201:5, 201:19, 202:7, 203:17, 203:20, 264:19, 264:20, 267:18, 267:19, 267:23, 267:24, 268:3, 268:4, 269:15, 276:11

**named** 145:14, 203:8, 208:21, 211:21, 265:1, 268:15

**names** 3:16, 138:4, 138:7, 138:9, 138:22, 138:23, 138:24, 139:1, 139:9, 139:10, 140:10, 140:17, 140:23, 149:1, 156:16, 159:22, 201:25, 202:7, 202:22

**nancy** 275:20

**narrative** 111:11

**narrow** 191:23

**national** 206:4

**natural** 7:22, 240:23

**nature** 212:15, 259:21, 260:13, 263:6

**nda** 133:6, 133:12

**nebulous** 233:4

**necessarily** 6:24, 9:18, 14:7, 27:11, 49:19, 53:9, 56:11, 56:14, 68:23, 77:25, 93:25, 122:19, 128:24, 175:15, 180:23, 255:20, 270:8

**necessitated** 7:1

**need** 1:17, 23:16, 24:19, 24:21, 26:8, 42:12, 45:4,

50:19, 54:14, 86:1, 98:24, 102:2, 122:21, 135:18, 143:18, 152:21, 153:9, 154:13, 155:17, 162:24, 173:24, 181:9, 184:12, 185:25, 190:3, 190:4, 193:23, 196:21, 201:18, 206:9, 219:12, 230:9, 238:8, 249:1, 249:2, 255:4, 259:4, 260:12, 276:21

**needed** 30:8, 30:11, 41:25, 133:18, 133:18, 172:7, 188:6, 188:9

**needs** 158:9, 259:20, 273:21

**never** 4:8, 4:8, 24:5, 24:8, 30:1, 45:13, 64:23, 98:11, 133:17, 187:24, 188:1, 188:3, 200:24, 212:2, 218:8, 238:7, 245:1, 245:10, 247:12, 249:11, 249:13, 249:16, 249:17, 249:22, 252:9, 256:15

**nevertheless** 21:3, 41:23, 70:5, 72:20, 78:16, 84:24, 106:9, 106:15, 125:1, 173:20, 185:3, 213:11, 241:6, 272:4

**new** 3:2, 3:3, 6:21, 23:7, 53:6, 53:12, 94:16, 98:24, 115:12, 136:25, 153:16, 220:13

**newsletter** 145:20, 145:21, 145:22, 146:5, 146:14, 147:3, 148:1,

148:12, 152:16, 224:25

**newsletters** 130:11, 130:12, 130:13, 130:14, 130:14, 130:16, 130:19, 130:21, 147:17, 147:17

**next** 37:20, 53:14, 62:17, 81:21, 81:21, 85:23, 85:25, 86:1, 97:3, 97:15, 128:6, 142:9, 142:15, 215:6

**nice** 4:21, 149:10, 150:8, 219:9, 255:4, 255:5

**night** 4:18

**no-no** 187:13

**nobody** 247:13

**node** 11:20

**noggin** 118:18

**noise** 17:18

**non** 11:13

**non-answer** 104:18

**non-defendants** 159:13

**non-exceptions** 10:2

**non-firearm** 33:4

**non-legio** 16:1

**non-vaulted** 12:10, 12:12, 12:14

**non-zero** 246:13

**none** 120:14, 208:20

**nonetheless** 180:3

**nope** 206:10

**normal** 11:7, 238:9, 246:7, 272:2

**nostra** 264:25

**notary** 1:6

**noted** 2:24, 3:18, 36:18, 275:1, 275:6, 275:14, 275:25, 276:21

**notes** 126:5

**nothing** 2:21, 7:11, 36:12, 100:13, 115:19, 143:6, 160:7, 247:13, 252:19, 269:21, 274:2, 277:5

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**notice** 142:21, 203:13, 208:15, 208:20, 209:9, 237:7
**noticeable** 110:21
**notified** 232:9
**notion** 7:10
**notoriously** 11:21
**november** 76:4, 76:8, 76:18, 76:21, 77:3, 77:5, 77:7, 77:18, 77:21, 96:19, 97:20, 97:22
**number** 1:5, 55:7, 55:14, 58:2, 58:17, 61:17, 72:16, 75:11, 75:19, 81:2, 108:25, 166:2, 177:18, 200:7, 219:18, 220:12, 224:15, 229:1, 275:11
**numbers** 48:6, 49:16, 49:22, 50:6, 51:3, 51:4, 51:6, 55:4, 55:10, 55:11, 56:22, 59:24, 229:20
**numerous** 203:1

### O

**o'clock** 206:7, 206:8
**oakland** 72:7
**oath** 2:7
**object** 35:9, 37:5, 37:25, 37:25, 38:13, 40:4, 97:12, 113:11, 172:15, 195:23, 258:23, 261:16, 262:13
**objected** 40:6
**objecting** 36:13, 45:1
**objection** 35:4, 35:6, 35:7, 35:12, 36:18, 36:21, 36:22, 36:23, 40:7, 40:11, 42:21, 43:2, 43:4,

44:5, 44:5, 44:9, 44:20, 44:25, 97:10, 97:18, 111:21, 112:2, 112:3, 161:10, 168:8, 196:1, 196:3, 197:4, 213:3, 213:10, 264:9, 265:5
**objection's** 213:11
**objections** 36:15, 40:8, 45:15
**objects** 143:24
**obligation** 108:15, 169:21
**obscure** 144:18, 145:5
**obvious** 177:14, 221:9, 221:12, 221:13
**obviously** 17:6, 190:15, 265:17
**occasion** 26:18, 32:25, 232:23
**occasional** 9:12
**occasions** 215:1, 263:19
**occur** 240:10
**occurred** 240:14
**october** 75:20, 142:13, 236:25, 238:19, 239:16
**odd** 159:6
**odyssey** 209:4, 209:8, 209:14
**offered** 178:20, 178:21, 178:22, 233:20
**office** 90:15, 90:16, 90:17, 90:19, 203:21, 205:7, 266:22, 267:4, 267:5, 267:11, 267:13
**officer** 44:19
**offices** 267:9
**often** 12:14, 12:15, 17:1, 27:8, 39:4, 71:8, 77:10, 94:21, 97:4, 97:6, 99:3, 99:16, 99:17, 99:19,

114:18, 147:16, 179:16, 189:12, 195:1, 200:3, 201:2, 201:11, 204:19, 220:25, 233:20, 233:21, 259:4, 266:20

**okay** 3:13, 3:23, 4:14, 4:24, 5:18, 5:22, 6:22, 6:23, 7:24, 8:1, 9:25, 10:24, 13:13, 13:14, 14:19, 15:3, 15:15, 15:20, 16:18, 16:24, 17:16, 17:16, 18:6, 18:10, 18:19, 18:19, 19:19, 19:22, 19:25, 21:7, 22:17, 23:3, 24:7, 26:1, 27:2, 28:9, 28:11, 29:3, 29:9, 29:15, 30:2, 30:6, 30:19, 31:13, 31:16, 31:20, 32:7, 32:24, 33:8, 33:17, 33:24, 35:14, 36:18, 36:19, 37:6, 37:20, 37:22, 38:8, 38:15, 39:16, 39:20, 40:1, 40:14, 40:17, 40:23, 41:11, 41:13, 42:19, 42:25, 43:13, 43:22, 44:2, 44:12, 45:8, 47:12, 47:12, 47:17, 47:23, 47:23, 48:21, 48:22, 49:7, 49:15, 50:1, 50:7, 51:19, 52:9, 52:24, 53:13, 54:5, 54:16, 56:19, 56:20, 57:4, 58:5, 58:16, 59:6, 60:3, 62:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

62:8, 62:12, 63:9,
65:3, 66:3, 66:24,
67:11, 67:24,
69:2, 69:10,
70:25, 71:9,
74:13, 74:15,
75:6, 75:10, 78:1,
78:10, 79:2,
79:25, 80:8, 81:5,
81:8, 81:17, 83:2,
83:13, 84:3,
84:19, 85:1,
85:23, 86:2, 86:7,
86:16, 87:13,
88:2, 88:8, 88:16,
88:21, 89:2, 89:4,
89:9, 89:13,
89:21, 90:10,
90:12, 91:6,
91:25, 92:9, 93:8,
94:9, 94:15, 95:7,
95:12, 95:15,
96:1, 96:18, 97:1,
97:15, 99:6,
100:10, 100:25,
101:14, 102:8,
102:23, 103:6,
103:14, 103:20,
104:3, 104:7,
104:19, 104:19,
104:21, 104:23,
105:1, 106:7,
106:11, 106:19,
107:3, 108:24,
109:20, 110:1,
110:12, 110:19,
111:21, 112:13,
113:21, 113:24,
113:25, 114:2,
114:6, 115:1,
115:12, 115:23,
115:24, 116:5,
117:7, 117:10,
117:14, 118:2,
118:23, 119:7,
120:1, 120:4,
120:4, 120:19,
121:14, 123:2,
123:11, 123:11,
123:23, 124:1,
124:7, 124:11,

125:3, 125:18,
125:24, 128:11,
128:16, 128:25,
130:4, 130:18,
131:1, 132:5,
132:19, 132:21,
133:14, 135:19,
135:25, 136:9,
136:23, 137:7,
137:11, 137:23,
138:9, 138:12,
139:16, 139:18,
139:22, 140:6,
140:15, 141:10,
141:17, 142:15,
144:9, 144:9,
146:3, 146:8,
147:11, 147:19,
147:25, 148:25,
149:10, 149:15,
150:8, 151:12,
153:3, 156:5,
156:11, 157:7,
157:10, 159:3,
160:21, 160:22,
161:6, 162:8,
164:3, 164:17,
165:17, 166:4,
166:13, 167:12,
168:4, 168:15,
169:9, 169:16,
170:11, 171:1,
171:7, 171:17,
172:19, 173:9,
173:15, 173:23,
174:12, 174:14,
176:4, 176:6,
176:13, 179:2,
179:5, 179:18,
180:9, 180:25,
182:20, 183:14,
183:22, 183:25,
185:13, 186:12,
187:1, 187:15,
188:1, 188:13,
188:22, 188:25,
189:2, 189:24,
190:14, 191:4,
191:14, 192:21,
192:23, 193:2,
193:14, 193:16,

196:15, 197:15,
197:24, 198:2,
198:4, 198:7,
198:11, 198:19,
200:9, 200:13,
200:21, 201:10,
201:18, 202:21,
203:3, 204:1,
204:2, 204:2,
204:14, 207:14,
207:16, 208:11,
208:23, 209:10,
210:7, 210:12,
210:21, 211:4,
212:24, 213:3,
213:13, 213:16,
213:17, 214:2,
215:6, 215:23,
215:23, 216:6,
219:4, 219:21,
220:18, 221:4,
221:25, 222:5,
222:7, 222:24,
223:7, 224:1,
224:5, 225:14,
226:17, 227:6,
227:9, 228:3,
228:7, 228:12,
228:20, 229:17,
229:23, 230:3,
230:14, 230:21,
231:5, 231:9,
231:11, 232:9,
232:15, 232:24,
233:12, 233:23,
234:7, 234:13,
234:16, 235:10,
235:13, 235:21,
236:1, 237:6,
238:1, 238:23,
239:17, 239:20,
241:5, 241:21,
241:23, 242:21,
242:25, 243:14,
244:1, 244:11,
244:21, 245:7,
245:21, 247:1,
247:4, 248:7,
248:13, 250:3,
251:12, 253:21,
253:25, 254:23,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

255:5, 256:12, 256:25, 257:18, 259:3, 259:15, 260:15, 261:6, 261:17, 261:18, 262:19, 263:9, 263:24, 265:15, 266:17, 268:9, 268:12, 268:25, 269:6, 269:12, 270:16, 270:20, 271:22, 272:3, 272:11, 272:11, 272:13, 272:16, 272:25, 272:25, 273:1, 273:1, 273:10, 273:10, 273:11, 274:11, 274:14, 274:18, 274:24, 275:5, 275:8, 275:10, 276:15, 276:23

**old** 159:20

**older** 15:11

**one** 1:21, 2:19, 3:4, 4:5, 5:13, 19:23, 23:9, 25:7, 27:5, 28:2, 30:20, 33:3, 34:19, 37:7, 53:14, 56:6, 56:25, 57:4, 58:13, 58:13, 60:10, 60:14, 61:10, 62:16, 66:1, 70:14, 81:2, 81:19, 81:20, 83:15, 85:23, 86:6, 86:7, 86:9, 86:12, 86:13, 86:16, 88:16, 88:25, 93:11, 95:10, 95:10, 97:3, 98:3, 99:7, 99:9, 102:17, 104:9, 110:2, 112:11, 112:11, 114:2, 114:13, 118:17, 118:21, 131:7, 131:16, 133:4, 135:19, 137:13, 139:14,

139:16, 139:18, 139:21, 141:6, 141:8, 141:18, 141:20, 141:24, 142:1, 142:2, 142:3, 142:6, 142:9, 142:15, 142:23, 143:19, 144:10, 145:7, 152:18, 152:19, 152:20, 152:20, 153:4, 153:14, 153:24, 156:11, 162:22, 167:19, 167:21, 169:13, 170:3, 171:2, 174:9, 175:4, 176:2, 178:4, 179:22, 182:11, 192:17, 192:19, 193:11, 195:6, 198:3, 198:15, 198:15, 201:13, 201:24, 202:23, 209:4, 209:5, 209:6, 214:21, 215:7, 221:17, 222:9, 230:6, 233:17, 234:19, 236:16, 237:1, 237:3, 237:8, 237:19, 238:12, 241:7, 242:3, 242:3, 242:10, 242:14, 242:22, 244:20, 245:6, 246:11, 247:6, 247:8, 248:21, 254:1, 256:11, 257:10, 257:15, 260:25, 267:11, 267:13, 270:3, 274:5, 275:24, 276:12, 277:1

**ones** 14:13, 33:14, 74:20, 82:8, 125:2, 134:24, 162:24, 200:13, 219:8, 251:3, 259:6

**ongoing** 67:22, 268:5,

268:8

**online** 26:20, 157:22, 191:25, 195:1, 216:11, 252:1

**open** 18:1, 90:15, 90:16, 90:17, 90:19, 103:18, 186:1, 186:5, 227:14

**opened** 91:17

**operate** 233:25

**operating** 17:13

**opinion** 104:1, 104:24, 154:9, 154:9

**opinions** 205:13

**opponent** 266:1

**opportunities** 214:1, 268:19, 268:23

**opportunity** 83:25, 84:2, 84:19, 84:20, 84:23, 98:1, 268:22

**opposed** 25:16

**option** 14:7, 39:2, 85:5, 85:20, 85:21, 87:3, 95:3, 95:4, 99:2, 99:5, 99:14, 99:24, 100:14, 100:15, 118:1

**options** 83:15, 83:16, 86:24, 87:14, 88:17, 88:17, 99:7, 99:10

**order** 28:3, 29:18, 29:21, 56:15, 61:21, 82:19, 82:20, 82:22, 173:17, 274:21, 274:22, 274:22, 274:24

**ordered** 222:22

**ordering** 142:10

**orders** 222:4, 274:20

**organization** 5:15, 5:18, 22:5, 203:22, 205:10, 206:4, 219:22, 236:8, 270:13, 272:5

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

organizations 5:23, 36:8, 66:16
organized 265:25
original 84:7, 93:13
originally 18:21, 19:17, 264:24
originating 19:24
others 1:5, 100:13, 128:1, 174:14, 174:15, 174:17, 184:25, 198:16, 205:14, 210:8, 211:19, 214:5, 224:14, 268:23
otherwise 69:8, 179:14, 225:1, 227:15
out-group 195:13
outcome 168:25, 169:1, 169:5
outside 43:4, 44:6, 45:17, 45:19, 46:2, 64:14, 120:2, 142:21, 151:8
outstanding 160:12
overall 65:9, 71:16, 74:20, 76:19, 92:22, 148:16
overt 205:1
overthinking 5:10
overtly 266:2
owned 209:3, 269:18
owner 18:15, 176:15
owns 118:22, 201:14

## P

page 51:22, 80:9, 117:1, 144:10, 157:3, 194:4, 194:12
paid 43:17, 43:19, 43:22, 43:23, 43:24, 44:3, 87:25, 88:1, 88:11, 132:9, 132:11, 172:7, 180:13, 183:3, 183:4, 184:5, 188:6, 203:23,

203:25, 206:23, 207:20
paint 112:11
painted 112:12
papers 25:1
paragraph 157:20, 166:1, 166:25, 166:25, 168:2, 194:10
paratextual 149:22
pareto 102:18
part 3:7, 14:14, 23:11, 27:7, 33:3, 33:4, 33:6, 44:22, 52:24, 60:12, 63:12, 69:4, 82:15, 99:4, 109:7, 122:22, 143:4, 147:16, 151:21, 163:9, 200:23, 201:13, 204:1, 209:24, 210:10, 210:13, 219:22, 229:21, 235:15, 237:6, 243:25, 254:3, 257:1, 259:2, 266:22
participant 240:21
participated 221:15
participation 168:1, 184:14, 267:21
particular 116:2
parties 2:6, 3:5, 161:3, 169:24, 169:25, 170:1, 171:25, 171:25
partner 94:5, 116:11, 117:9, 117:24, 118:1, 120:3, 120:6, 124:5, 132:14, 132:25
partners 93:21, 93:24, 94:3, 94:11, 94:18, 119:12, 119:13, 120:14, 157:23
partnership 117:23, 122:4
parts 32:12, 32:12, 33:4, 43:11,

62:15, 176:20
party 169:19, 171:1, 171:4, 184:22, 205:13, 235:19
pass 10:14, 16:20, 16:23, 17:14, 148:13, 233:16
pass-through 237:17
passes 16:21
passwords 229:25, 230:2
past 8:11, 29:11, 53:14, 266:3
patch 7:11
patches 26:17
patents 170:17
patronize 153:23, 153:25, 154:3, 155:2, 156:15
patten 271:9, 271:14
pattern 110:7, 157:15, 255:19
pause 5:13
paused 106:2
pay 12:8, 22:15, 22:15, 27:9, 27:11, 27:23, 27:25, 28:6, 28:9, 29:24, 43:20, 43:21, 44:2, 56:8, 56:11, 114:2, 127:22, 158:18, 170:20, 184:25, 185:2, 186:2, 214:7, 214:8
payee 34:15, 34:17, 34:20, 36:7, 38:23, 39:11, 39:12, 39:16, 39:17, 39:17
payflow 28:21, 30:3
paying 15:12, 43:17, 127:20
payment 33:25, 34:5, 34:23, 34:25, 38:17, 38:19, 38:25, 54:8, 54:10, 54:22, 56:1, 56:11, 127:21, 133:18, 173:5, 173:14,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

180:16, 188:1, 188:7, 188:9, 188:24

**payments** 21:13, 44:10, 54:2, 132:14, 142:17, 188:4, 208:9, 208:12

**paywalls** 141:23

**pc** 228:1

**pdf** 222:14, 222:15

**peak** 77:17, 110:9

**peaks** 77:1

**pedantic** 41:13

**pen** 149:2

**penalty** 272:2

**pending** 115:2

**people** 3:16, 6:20, 13:1, 14:22, 16:13, 19:13, 29:10, 29:24, 30:23, 39:2, 41:24, 62:9, 64:10, 72:2, 72:4, 78:8, 79:4, 84:20, 85:13, 89:5, 89:17, 90:21, 90:23, 91:10, 91:12, 91:25, 92:10, 94:8, 99:18, 100:13, 103:3, 103:8, 103:13, 105:6, 106:5, 106:8, 106:11, 106:12, 123:5, 138:15, 138:19, 139:1, 140:1, 144:4, 145:4, 148:15, 152:2, 152:8, 159:21, 160:8, 170:18, 175:7, 178:2, 189:3, 189:20, 193:4, 195:1, 195:11, 196:11, 199:18, 205:3, 207:11, 214:10, 216:11, 221:22, 223:15, 224:16, 224:21, 224:23, 225:6,

225:11, 228:8, 230:1, 231:19, 232:5, 232:7, 232:21, 238:17, 240:4, 241:12, 242:14, 248:4, 256:11, 263:16, 263:21, 273:3, 273:9

**percentage** 10:3, 15:25, 56:10, 61:12, 102:15, 103:12

**perfect** 3:23, 22:13

**perfection** 56:22

**perfectly** 39:25, 106:13

**perform** 194:18, 242:14

**performance** 267:13

**performances** 194:20

**performed** 267:13

**perhaps** 54:20, 54:21, 58:17, 73:1, 73:1, 77:20, 114:17, 114:17, 152:15, 187:17, 231:18, 232:8, 236:18, 236:24, 260:10

**peril** 259:25

**period** 14:24, 24:25, 27:3, 62:25, 107:11, 121:18, 132:7, 189:9, 237:22, 265:18

**perks** 7:3, 7:4

**permanent** 157:11

**person** 88:25, 97:7, 97:14, 116:9, 128:6, 144:13, 147:7, 153:4, 153:10, 153:12, 155:9, 156:11, 158:21, 159:5, 207:20

**person's** 141:25

**persona** 191:25

**personal** 86:17, 86:18, 96:20, 118:12, 230:14, 263:15, 266:22,

269:21

**personally** 44:10, 134:3

**personhood** 20:5

**perspective** 28:15

**pertinent** 237:6

**peter** 177:8, 179:10, 179:13, 190:22, 204:11, 211:20, 255:23, 256:6

**pew** 157:18

**pgp** 244:3

**philosophical** 26:8, 26:12

**phone** 53:18, 91:2, 122:16, 122:18, 124:17, 126:6, 238:6, 247:15, 247:16, 249:19, 255:10, 255:11, 256:21

**photo** 2:15

**phrase** 125:9

**physical** 27:24

**physically** 2:8

**pick** 240:11, 241:10

**picking** 239:21

**picture** 89:5, 89:8, 89:15, 89:19, 89:19, 112:11

**piece** 72:13, 185:4, 237:23

**pitch** 238:25

**pity** 127:11

**place** 63:1, 67:21, 111:7, 175:9, 234:25, 252:17, 253:2, 253:3

**placeholder** 139:5

**places** 227:15, 239:4

**plaintiff** 1:8, 1:21, 1:22, 48:9, 162:21

**plaintiffs** 1:10, 157:24, 209:24, 210:7, 210:12, 210:17, 273:1, 274:22, 274:24

**plan** 90:17, 91:4, 170:19

**planned** 177:18

**planning** 56:18

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**platform** 26:21, 26:22, 135:16, 185:24, 186:21, 187:17
**play** 111:14, 257:4
**player** 14:16
**pleadings** 199:15
**please** 2:11, 2:14, 2:17, 29:11, 36:19, 37:1, 37:2, 43:24, 45:7, 78:21, 81:13, 81:21, 96:20, 97:5, 107:5, 138:23, 141:19, 144:11, 162:8, 166:20, 173:25, 185:20, 186:10, 215:4, 215:4, 221:8, 243:3, 255:5, 259:17, 271:18, 276:11, 277:5
**plenty** 177:6
**plettman** 2:2, 3:21, 182:6, 182:15, 183:9, 183:16, 183:19, 191:24, 195:3, 200:12, 204:3, 204:4, 204:9, 205:7, 215:7, 215:16, 216:5, 216:8, 218:3, 218:14, 219:5, 219:10, 219:17, 220:12, 239:5
**plot** 74:25
**plugging** 90:11
**plugin** 16:6, 16:8
**plugins** 4:18, 17:9
**plural** 259:22
**pocket** 177:20
**podcast** 207:4, 207:5, 207:10, 215:18, 215:19
**podcast-like** 149:19
**point** 27:6, 66:22, 94:14, 108:1, 108:3, 109:15, 109:19, 111:20,

114:11, 130:22, 131:3, 137:12, 137:12, 171:2, 173:2, 176:2, 189:8, 194:9, 236:5, 240:22, 241:9, 257:2, 264:16, 265:10, 268:6, 269:14
**points** 110:2
**poked** 200:21
**policy** 226:12, 270:16
**political** 126:24
**position** 109:5, 120:21, 131:22, 131:24
**positive** 118:3, 246:22
**possession** 241:3, 252:12
**possibility** 155:16, 246:13
**possible** 105:5, 107:20, 152:7, 211:8, 231:11, 232:15, 232:20, 233:15, 234:11, 244:23, 244:25, 244:25, 245:12, 245:16, 245:17, 245:19, 246:2, 246:9, 246:9, 246:17, 246:18, 246:20, 251:12, 251:14, 251:18, 251:19, 265:11, 268:3, 268:3
**post** 145:9, 145:12, 145:14, 147:13, 148:1, 152:8, 180:1, 217:1, 217:3, 218:22, 266:25
**postgres** 254:22
**posting** 179:3, 259:13
**posts** 189:19, 202:25, 204:9
**posture** 20:8
**pot** 207:6
**potential** 237:8, 261:3

**potentially** 207:5
**powerful** 149:4
**pray** 160:12
**praying** 240:20
**pre-loading** 35:11
**preceded** 167:21
**preceding** 57:1
**precise** 41:14
**predicate** 258:21, 259:4, 259:5, 259:22, 260:14
**prefer** 68:7, 264:10
**preliminary** 157:11
**premises** 212:17
**preparation** 44:7, 64:13, 66:22, 152:22
**prepare** 26:2, 119:24, 260:13
**prepared** 5:14, 15:21, 25:24, 33:23, 35:17, 36:1, 42:10, 42:12, 48:2, 59:25, 60:12, 67:3, 87:13, 117:12, 117:17, 117:19, 139:1
**preparedness** 188:18, 260:12
**present** 1:3, 2:8, 15:4, 15:6, 62:25, 205:11, 207:11, 250:6, 263:18
**presentation** 28:9, 29:10, 82:22, 263:22
**presented** 85:4, 86:24, 148:3
**press** 114:17
**presumably** 216:19
**presume** 29:4, 236:13
**presumed** 217:24
**presuming** 68:4
**pretend** 28:1, 28:15, 224:2, 224:11
**pretending** 223:8, 223:10
**pretty** 4:19, 25:8, 32:16, 103:23, 109:13, 111:13,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

176:25, 177:1, 186:3, 190:8

**pretty's** 177:2

**prevent** 226:9

**preventing** 157:12

**preview** 76:15

**previous** 87:22, 148:14, 152:21, 153:14, 173:14, 175:24, 176:1, 194:23, 237:10, 262:8

**previously** 6:25, 6:25, 33:24, 237:13

**pride** 144:11, 145:7, 145:10, 145:13, 145:14, 145:18, 146:4, 146:9, 146:10, 148:1, 148:7, 148:9, 148:12, 148:23, 152:2, 152:3, 152:4

**primary** 163:15, 244:22, 260:6

**prime** 163:6, 163:7, 180:7

**print** 49:17

**printed** 231:22

**printer** 242:16

**prior** 135:11

**privacy** 122:20

**private** 214:16, 241:7

**privileged** 149:25

**probably** 3:19, 8:17, 22:9, 35:25, 44:13, 51:14, 51:16, 51:18, 53:20, 60:9, 62:7, 62:8, 63:4, 105:9, 105:16, 128:6, 130:15, 135:18, 137:20, 174:23, 210:18, 216:21, 242:19, 251:5, 260:21, 263:25, 268:22, 274:9

**probe** 200:18, 200:18, 233:21

**problem** 22:2, 22:4, 23:13, 36:24, 38:18, 39:8, 75:24, 76:16, 92:3, 92:5, 92:8, 92:12, 92:13, 92:20, 122:13, 164:21, 224:7, 224:8, 226:6, 226:8, 228:14

**problems** 22:11

**procedures** 231:20

**proceed** 272:23

**process** 53:24, 136:11

**processed** 21:20

**processing** 11:20, 21:15, 21:16, 23:23, 31:5, 33:25, 34:6, 38:9, 38:21, 39:1, 39:1

**processor** 12:7

**processors** 23:5

**proclaim** 210:18

**produce** 108:8, 108:11, 115:4, 115:7, 198:15

**produced** 46:17, 49:20, 49:25, 50:11, 50:18, 51:1, 52:22, 60:9, 113:3, 113:5, 113:14, 113:19, 113:20, 113:22, 114:1, 114:3, 114:5, 114:24, 115:4, 115:9, 130:3, 134:15, 135:10, 159:21, 161:5, 162:15, 165:17, 175:24, 176:3, 176:10, 182:8, 186:6, 190:4, 197:22, 197:23, 198:2, 198:3, 198:11, 199:13, 200:7, 200:11, 200:14, 200:20, 201:9, 203:6, 203:7, 207:14, 207:24, 214:14, 219:16, 220:13, 221:21, 222:5, 233:24, 266:3, 272:1, 272:6

**producing** 118:7

**product** 16:14, 27:24, 31:2, 31:7, 52:4, 54:11, 54:23, 55:25, 56:5, 60:2, 61:10, 61:22, 61:23, 66:12, 68:13, 68:16, 68:17, 68:18, 69:7, 69:9, 109:6

**production** 176:4, 220:7, 230:15, 253:20

**productions** 203:1

**productive** 46:15

**products** 6:23, 14:6, 14:9, 15:11, 30:24, 30:24, 30:25, 30:25, 31:12, 32:4, 32:7, 32:20, 54:4, 55:11, 56:6, 60:1, 64:10, 209:6

**profession** 242:24

**professional** 49:5

**profile** 23:15, 222:21

**profit** 109:3, 170:25, 176:23, 177:12, 177:15, 178:23, 178:23, 185:4, 210:19

**profited** 161:15, 170:5, 170:8, 176:7, 178:25, 184:21

**profiting** 179:10, 179:11, 182:20, 182:22, 212:10

**profits** 165:24, 173:4, 178:4

**profound** 149:23

**program** 233:15, 233:25, 234:3, 243:18, 243:19

**programmed** 87:15, 88:19, 88:22

**progress** 58:19, 61:25, 84:24

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**progression** 7:22, 82:21
**prohibition** 27:19
**project** 203:10
**projects** 149:2
**prominence** 148:14
**prominent** 221:18
**prompt** 86:2, 86:8
**prompted** 83:19, 83:21
**pronounced** 72:17, 110:9
**proof** 136:18
**propaganda** 267:7
**proper** 35:14
**properties** 176:23
**property** 163:9, 163:10, 163:13, 163:17, 163:19, 164:2, 164:12, 170:12, 170:19, 171:25, 172:3
**prosecution** 212:22, 270:21
**protection** 218:25, 219:3
**prove** 117:15
**provenance** 50:20, 50:21
**provide** 81:13, 81:21, 83:23, 83:25, 84:20, 94:21, 96:20, 97:5, 108:16, 141:19, 144:11, 260:4
**provided** 112:10, 195:3, 210:24, 211:3, 227:1
**pseudonym** 200:5, 209:7
**psychosexual** 149:4
**pu** 201:6, 201:8, 201:12
**public** 1:6, 18:17, 31:1, 114:16, 114:16, 148:14, 149:9, 163:10, 202:14, 215:19, 224:5, 224:19, 243:24, 244:1, 261:1, 268:20, 268:21

**publication** 67:22, 146:9, 146:10, 168:7, 173:17, 173:18, 180:4
**publications** 209:3, 225:1
**publicly** 126:9, 211:22, 214:3
**publish** 177:12, 267:2
**published** 109:24, 209:4, 209:8, 266:15
**pull** 245:6
**pulled** 157:7, 251:16
**punish** 250:19
**purchase** 7:7, 27:4, 28:19, 56:5, 72:4, 72:10, 92:14, 122:3, 154:1, 154:2, 154:6, 159:24
**purchased** 92:16, 121:24, 123:20, 124:8, 136:25, 137:4, 153:5, 159:2, 159:16
**purchasers** 72:4
**purchases** 8:25, 78:9
**purchasing** 7:2, 42:18
**purpose** 102:25, 184:14, 189:1, 193:15, 207:13, 210:3, 230:17
**purposes** 63:14, 68:20, 193:7, 193:10, 193:12
**pursue** 124:5, 209:15
**pury** 2:5
**push** 251:11
**put** 45:25, 47:4, 61:11, 83:19, 88:16, 100:9, 102:10, 130:13, 220:16, 227:22
**putting** 24:5

## Q

**qualification** 115:12, 194:14
**qualify** 114:13,

125:14, 215:12
**qualifying** 138:14
**quarter** 159:18
**queer** 150:15, 150:16
**ques-** 204:2
**quest-** 45:1
**question** 5:4, 9:2, 10:17, 11:9, 13:19, 18:1, 18:8, 19:13, 21:9, 22:25, 25:23, 31:11, 34:7, 35:5, 35:8, 35:10, 35:15, 35:19, 37:5, 37:20, 38:1, 38:14, 38:15, 40:4, 40:16, 42:21, 42:23, 42:24, 43:25, 45:3, 48:15, 48:20, 49:18, 62:3, 65:6, 66:7, 66:21, 67:14, 68:15, 69:17, 70:23, 70:24, 75:2, 76:16, 79:16, 82:13, 82:21, 83:13, 83:17, 84:8, 93:10, 99:4, 103:5, 104:5, 104:10, 111:16, 111:16, 111:22, 113:5, 113:12, 114:21, 115:1, 115:1, 115:5, 115:7, 117:12, 118:6, 119:6, 120:6, 120:24, 124:21, 131:3, 131:11, 132:18, 134:11, 135:17, 144:5, 152:22, 153:16, 153:21, 154:18, 155:11, 155:13, 155:15, 158:9, 158:13, 161:21, 161:25, 162:6, 162:9, 163:2, 168:5, 168:9, 168:10,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

168:12, 168:14, 169:8, 172:15, 173:3, 173:24, 173:25, 176:4, 176:12, 177:7, 177:9, 179:23, 183:24, 188:15, 190:25, 197:8, 199:25, 200:24, 204:2, 208:4, 213:17, 213:18, 220:2, 221:3, 225:4, 231:17, 241:19, 258:23, 260:1, 260:3, 260:9, 260:9, 260:11, 260:24, 261:17, 261:20, 262:13, 262:21, 264:3, 265:8, 265:9, 269:1, 273:11, 273:22

**questioning**  2:25, 39:24

**questions**  5:7, 45:21, 45:24, 79:9, 79:11, 102:12, 104:18, 106:1, 111:9, 116:1, 143:14, 182:2, 193:20, 193:23, 258:15, 258:15, 260:13, 269:13, 272:12, 272:14, 273:2, 273:19, 275:7, 275:9

**quick**  75:16, 185:16, 189:3

**quig**  149:18

**quite**  6:15, 11:10, 25:23, 168:12, 251:8

**quotation**  152:3, 203:13, 203:14

---

## R

**radius**  256:2, 256:4

**rails**  177:16, 242:17, 242:17

**raise**  2:18, 37:18

**range**  228:6, 228:7, 229:14

**rapid**  106:10

**rate**  159:15

**rather**  53:4, 144:18, 225:24

**raw**  65:25, 66:3, 66:5, 66:7, 67:14, 67:15, 67:21, 70:4, 70:17, 70:23, 70:24, 72:23

**re-**  24:9

**re-ask**  104:10, 193:19

**re-examine**  220:25

**re-prompt**  13:18

**reach**  16:13, 241:11

**reached**  238:24, 249:8, 256:6

**reacted**  217:25

**read**  49:5, 64:20, 68:22, 74:11, 76:5, 95:21, 96:18, 116:19, 116:21, 148:25, 166:17, 167:1, 167:2, 170:1, 185:19, 186:8, 186:11, 189:19, 189:19, 194:4, 230:9, 230:10, 230:12, 230:19, 231:10, 245:8, 273:22, 273:24, 274:14, 274:16

**reader**  129:21

**reading**  53:16, 96:11, 154:14, 178:17, 185:18, 185:24, 194:3, 230:17

**reads**  247:17

**ready**  2:24, 4:23

**real**  36:22, 101:24, 140:10, 140:10, 185:16, 189:3, 201:4, 222:11

**reality**  89:18

**realize**  269:10

**really**  17:21, 23:17, 23:25, 24:1, 30:9, 53:13, 61:2, 62:2,

63:10, 66:18, 78:13, 113:7, 151:4, 168:11, 195:4, 222:9, 242:6, 263:12

**reask**  173:24, 173:25

**reason**  36:20, 50:25, 52:7, 64:4, 83:24, 84:17, 84:23, 84:24, 84:24, 94:21, 94:22, 96:19, 96:25, 97:4, 98:8, 98:9, 98:17, 102:25, 103:3, 144:10, 151:25, 196:16, 196:17, 196:25, 197:3, 197:7, 220:6, 240:12, 241:7

**reasonable**  84:13, 261:7, 262:12, 262:24, 263:4, 263:17, 263:20

**reasonably**  261:15, 262:23, 263:12

**reasons**  85:1, 85:6, 93:25, 94:2, 94:3, 94:4, 105:6, 106:13, 152:1, 185:25, 187:7

**rebadged**  41:19

**recall**  36:4, 121:12, 121:16, 127:10, 132:7, 145:14, 145:17, 145:21, 145:25, 146:8, 147:25, 148:5, 148:6, 149:5, 156:21, 158:23, 159:20, 159:22, 174:4, 186:7, 200:17, 218:23, 224:24, 224:25, 255:10

**recap**  191:4

**receipts**  47:15, 47:22, 48:18

**receive**  9:15, 158:9

**received**  21:19, 92:25, 93:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

150:19, 159:1, 210:25, 211:2
**receiver** 72:4
**receivers** 32:23, 62:8, 62:10, 62:17, 62:18, 63:2, 63:24
**receives** 9:13
**receiving** 132:14
**recent** 24:10, 144:20, 149:16, 183:3, 220:4, 267:20
**recently** 130:19, 237:9
**reciprocal** 193:15
**reckon** 176:13, 178:13, 184:18
**reckoning** 178:14
**reckoning's** 178:18
**recognize** 50:2, 50:4, 53:1, 53:14, 80:13, 189:21, 193:4, 217:2, 230:4, 230:5, 230:8, 243:5, 243:8
**recognized** 202:7, 203:22
**recollection** 47:4, 50:7, 64:21, 81:1, 109:25, 234:19, 237:17
**recommended** 268:21
**recomposed** 81:9
**record** 1:2, 1:3, 1:9, 1:25, 2:12, 9:11, 25:11, 26:23, 26:24, 32:23, 36:18, 36:19, 39:21, 45:5, 45:6, 45:7, 45:10, 45:11, 45:16, 45:25, 46:10, 46:13, 46:14, 47:1, 67:19, 75:9, 78:21, 78:23, 79:1, 86:23, 101:16, 101:25, 102:5, 102:6, 103:22, 105:3, 151:11, 151:16,

151:17, 181:13, 181:17, 181:22, 181:25, 186:2, 201:21, 204:15, 207:23, 227:11, 236:5, 236:21, 258:1, 258:1, 258:6, 258:9, 263:23, 273:13, 273:15, 277:5, 277:6
**recorded** 126:7, 129:16, 134:12
**recording** 134:1, 134:6
**records** 90:14, 124:16, 201:23, 208:3, 208:8, 247:2, 253:11
**recurring** 142:16
**reddit** 157:21, 161:5, 214:16
**redirecting** 157:24
**redress** 210:5
**redskins** 206:2
**refer** 19:13, 197:10, 237:16, 244:17, 273:7
**reference** 107:11, 217:6, 270:18
**references** 211:1
**referencing** 167:2, 235:4, 235:18
**referred** 187:13, 201:2
**referring** 40:19, 166:25, 169:3, 186:13, 186:23, 186:24, 187:16, 197:11, 199:21, 208:5
**reflect** 50:7, 64:21, 80:7, 262:7
**reflected** 38:2, 59:24, 77:25, 96:9, 214:11, 269:8
**reflecting** 117:14
**reflection** 49:24, 50:22, 58:20
**reflects** 89:15,

118:21
**reformatted** 80:2
**refre-** 234:18
**refresh** 47:3, 64:21, 80:25, 234:18
**refreshing** 79:17
**refuse** 214:8
**refused** 129:19, 214:7
**regard** 70:1, 183:12, 191:3
**regarding** 208:16, 208:21
**registered** 18:23, 19:6, 19:9, 31:23, 33:3
**registration** 19:10, 19:14, 19:17
**registrations** 19:6, 19:11
**regression** 51:23
**regrettable** 219:2
**regular** 209:4, 254:19
**regularly** 16:3, 242:14
**regulations** 38:20
**rehosts** 226:4
**reinforced** 111:1
**reinstated** 18:18, 18:20, 24:12, 24:19, 24:21
**reinstatement** 24:9, 24:10
**rejected** 23:14
**relate** 254:10
**related** 38:5, 49:23, 51:14, 54:5, 72:17, 77:17, 95:9, 96:17, 115:21, 115:21, 126:6, 144:23, 160:25, 171:8, 195:9, 208:12, 232:10, 232:12, 237:11, 237:11, 237:21, 237:23, 254:20
**relationship** 38:23, 51:11, 88:3, 102:21, 117:15, 117:16, 117:20, 117:22, 119:8,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

120:3, 120:6,
124:5, 124:5,
131:4, 131:8,
131:10, 131:23,
131:25, 131:25,
132:1, 133:11,
164:15, 177:15,
178:20, 182:23,
191:13, 191:20,
191:21, 192:9,
192:24, 192:24,
198:9, 198:14,
198:21, 199:1,
200:8, 201:8,
201:12, 202:5,
202:8, 202:9,
202:25, 204:13,
205:1, 205:3,
222:3, 233:18,
233:20
**relationships** 119:11,
146:20, 157:19,
191:12
**relative** 148:13
**releasing** 169:25,
170:1, 171:25
**relevance** 36:22,
37:25, 38:14,
43:4, 44:5
**reliance** 261:7,
262:11, 263:17
**relied** 112:20,
112:22, 129:3,
261:14, 262:1,
262:5, 262:8,
262:23, 263:12,
268:11, 269:1,
269:4, 269:11
**relief** 157:11
**rely** 113:1, 114:24,
115:10, 115:13,
249:25, 250:7
**relying** 108:17,
112:8, 226:15
**remain** 96:21, 259:14
**remains** 131:4, 131:7,
131:9
**remark** 152:14
**remarks** 173:14
**remember** 15:10,
17:23, 18:6, 24:9,

24:12, 27:5,
41:20, 47:18,
48:5, 49:10,
77:16, 79:2,
79:21, 85:6,
92:17, 127:8,
134:1, 142:10,
145:16, 146:18,
146:19, 148:8,
148:11, 148:19,
148:22, 148:25,
151:25, 157:5,
157:10, 163:15,
166:8, 182:2,
189:11, 195:14,
195:15, 212:5,
220:6, 234:21,
234:22, 235:10,
236:1, 236:2,
236:4, 237:4,
250:18
**rememberer** 149:18,
150:6
**remembering** 127:2
**remind** 79:9
**reminder** 3:12
**remotely** 2:7
**remove** 150:22, 239:18
**removed** 135:15, 172:4
**renders** 119:19,
119:25, 132:6,
132:8, 132:10,
132:13, 132:15
**renew** 10:21, 12:13,
12:15, 12:21
**renewal** 11:6, 12:4,
53:12
**renewed** 136:10
**renewing** 53:10
**renews** 11:4
**rental** 206:14
**repeat** 85:3, 183:25,
220:11, 262:20
**repeatedly** 72:10,
166:22
**rephrase** 128:20,
260:5, 268:10
**replacement** 32:12
**report** 66:17, 68:19,
68:23, 112:20,
113:1, 223:25,

224:3, 224:15,
225:18, 226:18,
226:20, 227:2,
227:19, 227:21,
229:23, 252:3
**reported** 17:2, 146:15
**reporter** 1:7, 3:15
**reports** 18:17, 246:24
**represent** 15:21,
19:12, 26:13,
80:11, 80:12,
82:23, 88:15,
88:25, 89:14,
93:12, 93:16,
107:12, 109:18,
110:18, 120:8,
124:4, 126:9,
142:21, 154:3,
170:10, 171:25,
172:17, 271:3
**representation** 39:15,
50:24, 91:24,
115:14, 221:1,
236:21, 254:13,
266:15, 270:2
**representations**
123:3, 202:12,
212:17, 240:23,
240:24, 250:10,
259:21, 263:10,
270:10
**representative** 147:8,
147:9, 186:23,
236:3
**represented** 27:9,
53:21, 56:1,
85:12, 102:18,
115:8, 214:25,
216:10, 225:17,
273:2
**representing** 86:1,
88:6, 106:25,
270:24
**represents** 9:6, 27:9,
118:22
**reproduce** 224:1
**reps** 205:9
**republication** 67:23,
145:20
**republications** 146:5
**reputation** 212:23

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**request** 83:3, 155:25, 160:13, 195:1, 220:7, 230:15, 238:15

**requested** 58:23, 107:11, 156:22, 156:23

**requesting** 133:2

**requests** 16:12, 115:2, 160:12, 219:18, 220:8, 220:13

**require** 71:19, 73:3, 229:25

**required** 27:4, 28:2, 43:6, 125:25, 169:21, 172:13, 183:4

**requirement** 95:18

**requirements** 27:10

**requires** 129:22

**requiring** 96:13, 96:15

**reread** 81:13, 168:2

**research** 22:16, 72:2, 73:4, 83:9, 138:11, 142:22, 142:22, 153:10

**researched** 118:8, 133:8

**researcher** 246:23

**researchers** 251:24

**reserved** 273:23

**resist** 68:1, 89:21

**resisted** 111:18, 111:23

**resolved** 18:2, 124:6, 253:5

**resource** 56:18

**resources** 212:15

**respect** 175:4, 175:7, 183:12, 199:6, 202:11, 203:2, 232:14, 260:25

**respects** 268:7

**respond** 263:6

**responded** 14:22

**responding** 238:15, 241:16

**response** 20:8, 81:14, 91:13, 95:6,

96:15, 96:16, 96:19, 97:13, 144:24, 179:25, 207:24, 249:10, 249:11, 252:15, 265:22

**responses** 82:8, 82:11, 82:14, 90:7, 92:23, 94:23, 145:5, 154:7, 200:18, 272:5

**responsibilities** 267:19

**responsibility** 210:18, 266:21

**responsible** 201:14, 210:18, 212:7, 212:8

**responsive** 161:19, 161:21, 161:23, 176:11, 241:19

**rest** 105:16

**restate** 67:19, 76:16, 97:22, 103:5, 104:10

**restating** 66:7

**resting** 248:20

**result** 67:12, 161:15, 161:17, 162:16, 169:17, 169:19, 174:11, 176:7, 179:3, 182:7, 183:5, 184:17, 184:18, 184:24, 227:22, 227:24

**resulted** 172:23

**resulting** 168:22

**results** 89:5, 92:2, 140:11, 140:16, 141:1, 142:24, 143:1, 143:4, 143:6, 143:11, 257:22, 257:24

**retract** 209:13, 224:24

**retraction** 208:15, 208:20, 208:25, 209:1, 209:2, 209:9

**return** 36:11, 38:2,

47:7, 47:11, 47:24, 60:24, 244:9

**returned** 244:9, 252:4

**returns** 33:14, 34:9, 37:9, 46:21, 64:6, 109:9

**retweeting** 179:13

**revenue** 9:7, 13:21, 13:23, 21:13, 31:10, 31:14, 45:21, 51:20, 53:4, 53:22, 53:23, 54:8, 54:10, 54:23, 54:23, 54:23, 55:2, 55:19, 55:22, 55:23, 58:10, 59:17, 60:22, 61:25, 62:4, 62:13, 65:2, 67:9, 68:25, 69:3, 76:25, 77:1, 77:2, 106:23, 106:24, 111:10, 165:24

**review** 42:17, 146:16, 252:7, 252:16, 252:24, 253:6, 254:20, 271:16

**reviewed** 33:13, 42:16, 46:21, 103:8, 145:7, 210:21, 210:24, 211:2, 252:18, 254:1

**reviews** 253:12

**revisit** 135:1

**revivalism** 178:18

**rico** 158:4, 196:5, 196:12, 198:18, 257:4, 258:21, 259:3, 259:5, 263:24, 265:10, 273:2

**rid** 80:20

**right** 2:3, 2:18, 4:15, 4:23, 5:1, 6:25, 7:12, 10:2, 12:20, 13:2, 13:17, 14:5, 15:12, 16:16,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

17:20, 17:21, 18:11, 18:14, 20:2, 20:5, 20:10, 22:16, 25:1, 26:5, 26:21, 29:18, 31:3, 31:4, 31:14, 32:16, 33:4, 33:10, 33:11, 33:22, 33:25, 34:3, 35:11, 36:11, 37:12, 37:12, 37:13, 38:3, 38:10, 38:15, 40:20, 41:3, 41:6, 42:1, 43:6, 43:10, 44:13, 46:2, 46:9, 46:11, 46:12, 46:15, 46:23, 47:11, 47:12, 48:7, 48:14, 48:25, 49:7, 49:8, 49:15, 51:17, 53:7, 53:24, 54:6, 56:9, 56:16, 57:6, 57:7, 58:1, 58:7, 58:22, 59:4, 59:8, 59:11, 59:12, 61:2, 62:15, 64:13, 65:2, 65:11, 66:18, 66:25, 67:2, 68:13, 72:22, 73:6, 73:7, 73:11, 73:18, 74:17, 75:7, 77:3, 77:20, 79:5, 81:8, 81:16, 81:22, 82:15, 83:19, 85:1, 86:14, 86:17, 86:18, 87:2, 87:8, 90:15, 91:14, 92:24, 93:8, 93:20, 94:13, 94:17, 95:1, 95:8, 97:3, 99:10, 99:21, 100:3, 100:4, 100:13, 101:10, 101:10, 102:3, 103:4, 103:15, 103:24,

107:10, 107:23, 108:2, 108:13, 108:16, 109:10, 110:4, 110:23, 112:4, 113:3, 113:3, 113:4, 114:4, 115:8, 115:16, 115:19, 116:10, 117:15, 117:16, 119:2, 120:13, 120:16, 120:17, 120:23, 123:2, 125:13, 126:3, 130:11, 130:18, 135:5, 135:22, 136:20, 137:16, 137:22, 138:21, 139:7, 139:8, 140:7, 140:20, 142:2, 143:1, 143:3, 143:3, 143:22, 144:1, 144:4, 144:19, 147:20, 147:22, 150:6, 151:11, 151:13, 151:16, 152:2, 152:5, 156:8, 156:9, 159:5, 159:25, 160:24, 161:25, 163:1, 166:23, 168:18, 169:10, 169:14, 171:2, 171:12, 175:20, 175:23, 177:25, 178:3, 178:6, 178:7, 178:11, 178:17, 179:6, 179:8, 180:12, 182:1, 182:3, 183:20, 184:23, 185:18, 187:2, 190:1, 190:8, 190:9, 190:21, 192:18, 192:24, 193:20, 194:5, 194:7, 194:13, 194:19, 194:25, 196:19, 197:2, 197:15, 197:16, 198:12,

198:19, 200:16, 200:22, 201:6, 206:9, 207:12, 207:13, 209:20, 210:2, 210:22, 210:25, 213:4, 213:12, 219:22, 222:5, 222:13, 223:16, 224:11, 226:18, 226:24, 230:1, 230:7, 230:16, 230:23, 231:6, 231:8, 233:2, 233:8, 233:11, 234:9, 234:24, 235:22, 236:4, 236:9, 238:20, 239:14, 239:21, 239:23, 243:9, 243:21, 244:6, 244:7, 246:14, 248:22, 248:24, 249:4, 251:23, 253:16, 255:1, 255:13, 257:22, 258:12, 258:13, 262:20, 264:15, 264:18, 268:5, 271:17, 271:18, 271:20, 272:15, 273:13, 273:24, 274:4, 274:6, 274:13, 274:19, 274:21, 275:10, 276:1, 276:8, 276:16, 276:18, 276:24, 277:3

**rights** 205:10, 206:4
**rigid** 134:8
**rigmarole** 22:22
**risk** 205:13, 205:13, 222:21
**risks** 104:8, 111:9
**rival** 157:4
**rivers** 175:3
**rocket** 214:17, 239:3
**rofa** 240:4
**role** 202:15, 202:24, 203:9, 203:21, 204:10, 266:21

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**rolled** 261:10

**rolling** 263:7

**room** 1:22, 91:5, 147:20, 209:20, 272:19

**rooted** 64:24, 92:5

**rosier** 197:25, 198:8, 199:1, 209:3, 209:7, 209:13, 258:20

**rosier's** 207:4

**rough** 215:3, 263:20

**round** 55:4, 55:7, 55:10, 55:11

**row** 49:3, 49:9

**rows** 80:19, 82:22

**run** 4:17, 36:23, 36:25, 92:12, 104:8, 178:8, 189:2, 240:5

**runner** 40:2, 40:20, 41:5, 41:12, 41:16, 41:19, 41:21, 42:1, 42:5, 42:10, 42:16, 42:17, 42:20, 43:1, 43:15, 43:18, 43:21, 43:23, 44:3, 44:4, 44:11, 44:23, 275:25, 276:5, 276:7

**runners** 206:20

**running** 26:25, 148:22, 243:19

**rutledge** 13:16, 147:6, 147:10, 147:12, 147:19

## S

**safe** 229:14, 229:16, 276:18

**said** 14:18, 37:11, 38:5, 40:12, 41:19, 41:21, 42:22, 45:18, 46:4, 46:21, 48:17, 55:8, 58:13, 63:12, 64:9, 67:16, 69:6,

70:7, 70:10, 70:15, 91:2, 91:10, 95:8, 98:5, 98:11, 98:16, 100:10, 106:9, 111:12, 111:17, 113:19, 113:22, 114:8, 122:1, 122:3, 122:23, 123:4, 123:10, 124:2, 125:15, 126:11, 127:4, 128:16, 129:25, 131:9, 134:23, 135:4, 138:21, 141:5, 142:25, 143:10, 143:22, 144:3, 144:7, 152:23, 159:11, 168:2, 168:10, 170:21, 171:10, 171:13, 178:19, 180:17, 180:18, 186:20, 188:1, 189:11, 189:24, 197:15, 198:13, 203:10, 215:4, 215:20, 218:17, 222:8, 224:8, 224:9, 224:10, 224:12, 235:22, 235:23, 235:24, 235:25, 237:6, 239:20, 242:4, 244:13, 245:5, 247:13, 248:2, 248:16, 255:15, 255:17, 256:5, 256:12, 262:15, 269:23, 271:15, 271:22, 274:21, 276:6

**salad** 154:15

**salantano** 255:23, 255:24, 256:6, 256:11, 257:10

**salantono** 202:6, 204:11

**salantono's** 202:15

**sale** 77:4, 77:7, 77:11, 77:14,

77:23, 78:4, 78:17

**sales** 13:21, 49:1, 49:4, 49:7, 54:1, 54:3, 54:4, 54:5, 57:6, 57:8, 58:19, 58:20, 59:4, 59:14, 59:15, 60:1, 60:2, 60:14, 65:11, 66:25, 72:23, 77:10, 108:20, 108:23, 109:1, 110:2

**salontano** 177:8, 177:11, 177:23, 178:14, 178:19, 179:10, 179:13, 179:20

**sanctions** 216:21

**santano** 190:22, 211:20

**sarasota** 147:13

**satisfies** 28:10

**saw** 61:24, 121:9, 128:8, 139:21, 185:23, 186:3, 186:20, 238:5

**say** 3:6, 3:6, 5:22, 5:25, 6:17, 7:5, 7:6, 7:11, 9:11, 10:8, 11:2, 11:13, 11:19, 12:5, 13:10, 13:16, 13:25, 14:9, 15:4, 15:19, 15:25, 16:13, 16:20, 16:22, 17:10, 17:11, 19:10, 20:16, 20:17, 23:3, 23:3, 23:4, 23:4, 23:6, 25:18, 25:19, 27:1, 28:3, 30:8, 30:14, 30:17, 31:3, 31:3, 31:6, 32:13, 33:7, 34:14, 34:22, 36:19, 36:22, 39:3, 39:5, 43:13, 44:21, 47:13, 49:7, 49:25, 50:4, 52:13, 53:9, 54:7, 58:8, 61:9, 61:19,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

62:17, 62:21, 62:24, 63:9, 63:10, 63:19, 66:18, 67:17, 68:11, 68:11, 68:17, 70:5, 70:14, 70:16, 71:18, 78:11, 84:20, 85:4, 89:4, 89:13, 90:1, 91:21, 95:5, 96:3, 96:3, 97:21, 102:20, 102:20, 103:18, 103:20, 104:17, 104:20, 106:4, 107:20, 108:22, 110:13, 112:8, 113:8, 114:5, 114:8, 119:9, 119:12, 119:22, 121:13, 121:15, 121:25, 121:25, 122:7, 122:12, 123:8, 125:17, 125:21, 127:7, 128:2, 128:10, 128:15, 128:19, 128:21, 129:2, 129:3, 129:15, 129:22, 130:15, 130:20, 132:19, 132:20, 133:7, 133:13, 137:2, 140:16, 140:21, 141:20, 149:15, 154:7, 158:2, 159:9, 161:9, 161:11, 161:12, 161:19, 162:14, 164:21, 167:16, 170:25, 172:12, 173:10, 173:13, 173:20, 174:9, 174:9, 175:13, 178:15, 179:12, 180:25, 182:19, 184:20, 187:20, 189:13, 189:16, 191:12, 192:23, 193:11, 193:24, 193:25,

196:11, 197:5, 201:23, 201:25, 202:12, 202:12, 203:12, 204:15, 212:11, 218:18, 221:12, 221:13, 224:6, 225:12, 227:11, 227:15, 228:12, 229:5, 229:15, 229:16, 230:17, 231:16, 232:1, 234:1, 240:21, 242:10, 243:1, 245:12, 245:16, 248:6, 250:16, 250:18, 253:22, 255:16, 257:4, 257:13, 260:25, 262:7, 262:15, 264:6, 264:18, 268:12, 269:7, 269:9, 270:9, 270:24, 272:1, 273:10

**saying**  6:8, 10:22, 10:23, 10:25, 12:13, 12:16, 13:11, 13:12, 13:12, 22:13, 25:15, 26:4, 26:23, 26:24, 28:11, 28:16, 30:7, 34:12, 42:12, 49:4, 49:9, 50:10, 50:12, 55:19, 56:21, 62:25, 63:8, 63:14, 64:12, 65:7, 66:11, 68:20, 69:8, 79:17, 80:24, 88:21, 91:12, 92:5, 96:14, 96:15, 105:13, 107:1, 107:25, 108:1, 108:4, 111:24, 112:24, 115:13, 118:22, 120:4, 120:5, 125:16, 126:15, 131:8, 133:13,

136:5, 138:15, 146:5, 149:10, 150:9, 152:18, 153:4, 153:9, 154:12, 157:11, 158:24, 160:2, 161:24, 162:5, 165:7, 169:21, 170:8, 170:12, 174:6, 174:13, 177:21, 180:1, 180:15, 180:21, 180:24, 185:6, 189:20, 192:16, 193:23, 194:1, 194:21, 196:8, 196:10, 196:25, 197:2, 198:18, 199:6, 199:11, 205:1, 215:3, 216:14, 216:16, 218:3, 218:13, 218:24, 226:13, 234:14, 235:1, 241:16, 241:23, 252:4, 252:25, 255:14, 261:2, 266:7, 269:24, 270:8, 272:4

**says**  27:23, 29:10, 29:11, 51:20, 51:22, 58:9, 96:21, 141:8, 142:9, 142:15, 142:16, 147:2, 157:15, 157:16, 157:19, 165:3, 176:10, 176:11, 183:1, 185:23, 195:4, 195:7, 204:20, 204:20, 207:4, 207:5, 214:8, 218:9, 221:21, 237:6, 241:4, 245:4, 245:8, 247:4, 247:12, 249:11, 249:13, 256:10, 256:14, 269:16, 271:12

**scam**  22:18

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**scare**  23:11

**scatter**  74:25

**scheme**  163:9, 163:11, 164:24

**school**  154:14

**scope**  5:13, 43:4, 44:6, 45:22, 120:2

**screen**  2:15, 155:10, 156:16, 156:21, 159:21, 201:5, 201:19, 201:25, 202:6, 202:7, 202:22

**screenshot**  135:18

**screenshots**  134:14, 135:9, 179:13

**scroll**  54:14, 80:15, 81:8, 84:13, 230:13

**scrutiny**  124:2

**sean**  73:15

**sear**  157:17

**search**  100:9, 157:8

**seasons**  149:16

**second**  45:5, 69:7, 104:22, 183:21

**section**  152:15, 226:22

**securely**  244:4

**security**  29:7, 29:8, 86:10, 231:20, 232:10, 232:11, 232:12, 233:21, 242:15, 246:23, 251:24, 254:20

**see**  3:10, 3:16, 5:20, 13:20, 16:7, 17:19, 20:16, 22:15, 22:18, 29:4, 29:5, 29:6, 29:6, 41:5, 41:12, 41:17, 47:11, 47:15, 47:17, 48:19, 49:3, 49:7, 49:9, 49:23, 50:2, 55:9, 57:12, 57:25, 58:7, 59:5, 61:16, 65:15, 74:8, 74:11, 75:3, 75:4, 75:17, 76:2, 76:6, 77:3, 77:17,

77:21, 77:25, 78:3, 78:4, 80:9, 80:19, 84:6, 84:7, 86:1, 91:13, 91:13, 91:14, 93:10, 93:13, 97:16, 97:25, 100:15, 102:11, 107:8, 107:8, 109:14, 112:19, 112:20, 113:5, 116:12, 121:7, 125:12, 125:16, 126:8, 135:18, 139:18, 143:23, 146:4, 157:3, 164:13, 165:6, 166:24, 173:17, 173:19, 183:19, 183:25, 190:4, 190:16, 190:24, 199:11, 204:8, 208:7, 209:12, 212:6, 218:1, 218:1, 218:3, 219:12, 222:15, 222:16, 232:4, 234:20, 237:7, 239:21, 241:1, 242:10, 243:15, 243:17, 245:12, 251:15, 255:18, 255:18, 255:19, 261:25, 263:7, 272:21, 274:10, 276:19

**seeing**  54:16, 80:6, 111:6, 111:7, 156:12

**seek**  161:14

**seeks**  157:11

**seem**  54:24, 56:22, 57:7, 57:18, 57:19, 58:1, 59:8, 80:7, 89:25, 92:24, 110:4, 144:17, 155:25, 208:9, 235:14, 237:11, 237:22, 243:24, 244:5

**seemed**  18:8, 82:7,

82:10, 147:16, 148:7, 148:12, 163:9, 168:24, 169:6, 170:24, 177:23, 179:4, 239:10

**seems**  47:21, 50:22, 50:24, 51:12, 51:16, 55:1, 55:18, 58:2, 58:3, 58:7, 58:8, 59:20, 59:25, 60:8, 70:15, 71:3, 74:1, 74:4, 74:22, 81:14, 85:20, 87:4, 87:5, 93:8, 93:16, 93:17, 95:17, 100:10, 106:9, 107:11, 107:19, 108:25, 109:7, 110:1, 110:6, 110:8, 110:13, 111:5, 113:12, 117:11, 126:12, 126:19, 128:3, 145:2, 146:1, 152:11, 152:14, 153:3, 153:8, 158:8, 158:10, 159:24, 161:21, 162:6, 163:11, 175:10, 196:4, 204:4, 226:14, 227:24, 231:10, 233:4, 236:19, 237:19, 238:11, 241:14, 243:10, 247:21, 247:21, 247:24, 251:16, 259:25, 267:12, 267:19, 267:25

**seen**  43:18, 49:11, 51:23, 51:24, 51:24, 52:2, 53:2, 53:19, 53:20, 56:24, 74:18, 109:4, 121:3, 121:24, 187:21, 208:25, 217:8, 237:5, 266:19

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

sees  31:9
segment  71:14,
    148:11, 149:1,
    262:8
select  82:14, 83:15,
    84:17, 84:18,
    84:23, 84:24,
    87:1, 98:2, 98:8,
    141:7
selectable  83:16,
    95:3
selected  83:23, 87:5,
    87:9, 98:5, 98:7,
    99:3, 99:15,
    99:23, 100:11,
    100:14, 117:25,
    140:1
selection  102:25
self-righteous  141:23
selfish  151:6
sell  5:23, 6:5, 8:10,
    8:12, 22:10, 30:4,
    32:25, 60:11,
    176:19
selling  26:17, 28:16,
    42:8, 42:9, 42:20,
    42:25, 43:9,
    43:10, 276:24
sells  5:25, 6:4, 6:6,
    30:25, 33:3, 33:6,
    33:9, 58:12
send  3:5, 14:20,
    50:2, 208:14,
    208:14, 236:11,
    249:15, 271:7,
    271:7
sending  208:25,
    209:2, 209:9
sense  7:24, 8:1,
    12:9, 15:13,
    17:16, 20:3, 39:8,
    84:3, 91:8,
    106:12, 191:24,
    242:7, 265:24,
    269:19
sent  47:20, 159:18,
    178:22, 178:24,
    180:3, 184:17,
    208:20, 236:24,
    247:18, 249:22,
    253:18

sentiment  90:2
sentiments  144:25,
    269:8
separate  11:17,
    41:23, 41:23,
    41:24, 41:24,
    55:17, 62:14,
    69:8, 83:25, 84:1,
    109:8, 139:13,
    175:4, 187:17,
    187:17, 195:6,
    211:16, 225:10
separated  53:23,
    53:25, 54:22,
    54:24, 68:10,
    141:15
separately  211:15,
    260:10
separating  164:18
september  93:2,
    93:17, 94:7, 216:2
sequence  12:19
series  122:16, 164:1,
    165:3, 204:19
serious  68:17,
    154:13, 251:24,
    267:11
seriously  209:8
servers  216:10,
    216:17, 218:5,
    218:13, 218:15,
    225:9, 225:10,
    238:13
serves  210:3
service  16:12, 16:14,
    83:8, 97:16,
    97:24, 97:24,
    98:5, 105:7,
    117:23, 127:25,
    128:21, 224:18,
    237:17, 269:22
services  32:13,
    63:22, 97:16,
    236:16, 240:6,
    242:15, 269:15,
    270:17, 271:13
set  11:21, 27:5,
    32:19, 60:15,
    67:11, 90:1, 93:1,
    93:6, 94:7,
    107:19, 107:20,

108:6, 117:9,
    143:20, 143:23,
    211:22, 212:6,
    227:24, 238:6,
    242:16
sets  28:4, 33:3,
    33:4, 33:6,
    106:20, 106:22
setting  63:12
settle  172:13
settled  169:22,
    169:23
settlement  170:6,
    170:9, 170:10,
    171:20, 172:3,
    172:8, 172:10,
    172:16, 173:4,
    173:14, 173:21
setup  228:1
seventy-five  172:18
severe  265:7
sexual  150:22
shaming  268:21,
    268:21
share  9:6, 9:8, 9:9,
    264:16
shared  191:24,
    210:14, 216:9,
    221:13, 221:14,
    221:18, 221:20,
    221:20, 221:23,
    263:19
sharing  168:1,
    180:11, 182:9,
    210:8, 210:11,
    210:19, 221:10,
    221:11, 221:16,
    244:3
sheet  51:22, 60:9,
    61:24, 80:4, 82:3
shipping  32:14, 32:14
shirts  33:9, 33:10
shit  228:1
shop  26:20
short  14:23, 151:19,
    211:8, 214:13,
    227:24
shorten  153:17
shorthand  54:20
shot  73:16
show  41:15, 46:24,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

47:4, 59:1, 59:7, 60:12, 60:14, 64:19, 64:19, 64:20, 73:19, 74:15, 81:12, 84:10, 98:3, 108:6, 109:8, 109:17, 110:15, 111:17, 111:18, 114:7, 114:7, 114:12, 114:16, 114:24, 133:24, 135:7, 135:10, 135:14, 137:8, 146:17, 161:15, 176:6, 177:15, 185:19, 189:4, 189:6, 190:9, 197:17, 197:24, 202:5, 203:4, 206:23, 207:3, 207:20, 208:9, 217:7, 219:22, 219:24, 220:14, 220:14, 222:1, 230:3, 233:13, 233:18, 233:25, 234:18, 236:25, 238:2, 242:25, 243:2, 248:14, 252:13, 253:11, 263:19

**showed** 51:15, 168:1, 247:8

**showing** 59:17, 81:1, 108:20, 108:23, 111:10, 121:9, 162:10, 168:6, 173:15, 174:1, 179:20, 180:12, 182:6, 190:6, 190:22, 191:20, 198:14, 198:25, 200:7, 207:24, 208:11, 241:2

**shown** 56:14, 82:1, 87:6, 245:3, 247:6

**shows** 47:6, 59:5, 61:25, 90:5, 109:13, 117:25, 192:9, 192:9,

207:4

**side** 51:21, 254:4, 276:2

**sidekick** 217:14, 217:15, 217:16

**sign** 133:5, 238:8, 248:2, 248:3, 249:2, 249:15, 249:23, 273:25, 277:1

**signal** 235:13, 235:21, 238:5, 241:9, 247:18, 247:19

**significant** 229:18

**significantly** 165:24

**similar** 201:1, 237:8

**similarity** 50:17

**simple** 11:10, 104:5, 116:2, 124:21, 168:5, 168:14, 212:16, 226:3

**simpler** 177:24

**simplify** 163:2

**since** 15:7, 19:12, 21:19, 21:23, 58:21, 78:11, 130:19, 130:22, 166:14, 166:22, 197:15

**sincere** 218:14

**single** 214:21, 238:2

**sir** 1:19, 102:2, 102:7, 151:18, 182:1, 187:22, 258:7, 274:20, 275:14, 276:10

**sit** 129:3, 156:21

**site** 110:21, 142:17, 143:11, 223:6, 223:14, 227:13

**sites** 223:4, 223:19

**sitting** 91:4, 155:7, 186:23

**situation** 12:20, 23:1, 96:22

**sixty-six** 157:20

**skip** 69:12, 233:8

**slack** 135:19, 135:22, 135:24

**slash** 154:23, 157:4,

157:5

**slice** 207:11

**slides** 32:25, 32:25

**slightly** 133:3

**slippery** 11:21

**slope** 73:22, 74:2

**slur** 240:13

**small** 16:2, 26:17, 32:12, 56:3

**smart** 193:22, 193:22, 264:22

**smoke** 263:7

**social** 114:18, 160:7, 177:13, 200:10, 214:24, 266:3

**soft** 177:2

**software** 30:25, 68:17, 72:13, 87:20

**sold** 6:11, 8:5, 9:5, 11:13, 56:6, 177:19

**sole** 18:15

**somebody** 11:1, 48:3, 52:6, 72:9, 121:2, 128:17, 153:1, 153:21, 154:22, 158:15, 239:20

**somehow** 124:6, 227:10

**someone** 176:11, 226:16, 228:18, 235:8, 239:1, 251:10, 271:16

**something** 3:7, 5:19, 7:10, 12:17, 12:24, 16:3, 26:7, 30:13, 50:19, 72:7, 75:8, 75:16, 83:15, 90:11, 95:5, 101:4, 102:21, 108:9, 109:17, 111:16, 115:17, 118:7, 119:19, 123:23, 124:8, 124:15, 127:4, 127:5, 127:8, 135:3, 136:25, 140:8, 143:12, 146:4, 159:16, 161:6, 164:24, 165:1,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

168:22, 180:2, 190:18, 203:4, 205:8, 206:5, 207:7, 222:8, 222:8, 235:18, 238:8, 240:13, 240:13, 248:2, 249:2, 249:15, 250:25, 254:22, 261:1, 269:16, 271:4, 274:11

**sometimes** 8:9, 8:10, 9:9, 12:25, 16:13, 17:2, 27:24, 39:2, 39:10, 39:11, 92:12, 92:16, 94:22, 183:3, 189:14, 189:15, 231:19

**somewhere** 37:1, 64:24, 185:8

**son** 277:2

**soon** 73:8, 257:2

**sophisticated** 225:25, 226:2

**sorry** 2:19, 3:24, 8:16, 19:3, 30:1, 30:16, 34:18, 47:18, 47:20, 48:10, 53:16, 53:17, 57:5, 75:25, 76:13, 76:21, 77:5, 77:6, 103:5, 137:17, 152:5, 168:13, 172:4, 191:21, 192:9, 197:17, 215:18, 220:21, 226:19, 229:7, 254:21, 258:20, 274:15, 276:9

**sound** 46:23, 67:16, 81:22, 86:14, 86:17, 91:14, 99:21, 115:11, 247:15

**sounded** 276:6

**sounds** 57:15, 60:25, 81:25, 86:18, 100:3, 100:4, 115:14, 146:15,

157:14, 235:9

**source** 13:21, 13:23, 14:11, 15:5, 49:19, 49:22, 50:9, 62:13, 108:25, 204:12, 240:16, 240:18, 242:19

**southern** 230:6

**southerner** 178:16

**space** 2:4, 23:22, 24:1, 61:18, 180:20, 189:23, 265:23, 268:16

**speak** 13:3, 36:6, 36:8, 36:9, 53:11, 67:3, 69:11, 105:24, 154:13, 162:19, 162:25, 165:14, 205:11

**speaker** 4:9

**speakers** 4:2

**speaking** 44:17, 45:15, 45:19, 70:22, 147:22, 166:19, 173:7, 259:19

**speaks** 204:9

**special** 38:24, 150:20

**specific** 34:21, 115:25, 155:7, 156:6, 156:20, 163:22, 196:16, 204:12, 204:13, 205:6, 205:8, 210:9, 211:9, 212:6, 212:24, 213:18, 214:13, 214:18, 215:4, 215:11, 215:13, 216:6, 216:8, 216:22, 218:16, 219:9, 220:9, 220:15, 221:4, 221:5, 266:14

**specifically** 50:16, 90:14, 99:19, 99:24, 102:22, 136:16, 140:9, 156:3, 159:16, 200:19, 211:4,

211:7, 211:18, 213:19, 215:7, 221:16, 223:21, 243:20, 256:6, 265:25, 270:10

**specificity** 66:21

**specify** 40:18

**speculation** 44:25, 97:10, 161:10

**speech** 40:8

**spell** 1:8, 1:16, 1:16, 1:17, 2:12, 276:11

**spelling** 275:9, 275:24, 276:20

**spellings** 275:7, 276:21

**spike** 77:3

**spite** 14:22

**spiting** 14:17

**split** 7:21, 31:25

**spoken** 187:24

**spongebob** 217:1, 217:3, 217:7

**sponsor** 176:18

**spontaneous** 149:18

**spoof** 224:11

**spoofers** 223:14, 224:20, 225:2

**spoofing** 223:20, 224:6, 224:15, 226:13

**spooked** 241:14, 255:23

**spooky** 242:17, 242:17

**spread** 211:21, 221:23, 239:11, 266:20

**spreading** 221:23

**spreadsheet** 84:7, 226:25

**spring** 275:22

**squat** 224:11

**squatters** 223:15, 224:16, 224:16, 224:20, 225:2

**squatting** 224:15

**stability** 106:7, 111:10

**stable** 22:4, 109:13

**stand** 101:10, 240:14

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**stand-in**  189:19
**standard**  1:3, 45:9, 45:10, 46:14, 78:22, 78:25, 92:21, 102:4, 102:6, 105:2, 122:4, 151:16, 181:24, 230:2, 258:6, 258:8, 277:6
**standards**  250:23
**standout**  62:10
**stands**  62:23
**stark**  112:11, 208:13
**start**  28:18, 61:19, 74:5, 74:23, 75:4, 76:3, 79:19
**started**  40:25, 93:2, 93:5, 93:19, 107:18, 107:25, 131:12, 131:12, 168:16
**starting**  40:24, 40:24, 41:1, 57:23, 65:6, 110:16, 131:11
**starts**  75:1, 75:3
**state**  2:11, 6:17, 7:18, 14:18, 19:1, 19:2, 19:5, 19:11, 20:1, 24:25, 28:8, 28:15, 28:19, 29:1, 29:4, 29:9, 29:16, 31:23, 34:21, 36:21, 40:10, 40:14, 154:8, 164:24, 199:18
**stated**  96:10, 96:19, 97:4
**statement**  48:18, 128:8, 129:7, 129:9, 129:12, 139:18, 139:21, 165:11, 165:12, 165:13, 167:9, 167:23, 170:22, 207:13, 208:25, 211:12, 211:12, 231:9, 271:24, 272:1

**statements**  48:11, 60:20, 60:21, 109:3, 109:4, 128:3, 128:22, 128:23, 129:5, 149:3, 150:5, 157:3, 157:12, 157:20, 164:1, 164:1, 164:4, 164:8, 164:11, 164:14, 164:22, 165:4, 165:9, 165:18, 165:20, 166:9, 167:3, 167:6, 167:8, 167:10, 167:11, 167:14, 167:22, 170:9, 171:3, 171:8, 194:20, 199:9, 199:10, 199:12, 204:19, 208:18, 208:22, 209:1, 209:2, 209:13, 210:20, 211:16, 212:9, 214:4, 214:4, 214:5, 214:12, 214:15, 214:15, 214:16, 214:23, 215:14, 218:7, 224:5, 224:19, 248:21, 259:13
**states**  6:21, 27:3, 27:16, 27:22, 28:7, 75:22, 216:19, 226:16, 232:22, 232:22
**stating**  37:16
**statistics**  73:3
**status**  117:25, 133:2, 133:3
**statute**  196:14, 196:20, 264:24
**stay**  144:21
**steal**  251:3
**stealer**  227:20
**stealing**  164:11, 251:8
**steam**  240:11
**steer**  157:4
**stem**  7:18

**stemmed**  7:22
**step**  22:24, 37:11, 104:21, 104:25, 104:25, 136:12, 185:25
**steps**  71:21
**still**  3:6, 8:12, 10:21, 15:11, 15:11, 15:12, 16:7, 18:2, 31:6, 45:23, 63:5, 68:17, 70:5, 88:4, 97:5, 130:7, 136:13, 136:14, 149:7, 212:23, 252:17, 252:24, 253:3, 257:7, 272:7
**stipulate**  2:6
**stole**  142:16
**stolen**  170:17, 227:19
**stood**  45:17
**stop**  36:19, 37:12, 37:12, 37:15, 37:20, 42:12, 45:4, 96:23, 105:21, 105:21, 139:19, 154:11, 154:23, 154:23, 225:3, 225:5, 255:6
**stopped**  27:20, 116:3, 127:25, 128:17, 128:21, 137:24, 153:22, 154:22
**store**  26:25
**stories**  214:10
**story**  183:13, 214:7
**straight**  54:1, 141:19, 240:2, 240:3
**strange**  159:5
**stranger**  16:8
**stream**  215:19, 215:20
**streamline**  185:7
**strenuous**  247:24
**strictly**  173:7
**strohm**  158:21, 158:22
**strohm's**  158:23
**stroke**  2:2, 126:23, 179:23, 179:25,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

180:11, 180:13, 180:15, 189:15, 191:7, 191:14, 202:21, 202:23, 206:25, 216:3, 266:6, 266:9, 266:19
**stroke's** 203:1
**strokes** 181:4, 181:5
**strokes'** 181:15
**strong** 51:13, 98:17
**stronger** 230:2
**strongly** 129:5
**structure** 264:3, 264:4, 264:23, 265:3
**struggling** 153:25, 186:4
**study** 70:1, 77:14, 143:19, 172:16
**stuff** 3:24, 6:19, 22:16, 24:8, 27:18, 62:15, 63:15, 95:9, 101:24, 132:16, 132:17, 178:3, 178:18, 181:4, 181:6, 206:25, 230:2, 237:7, 244:1, 248:16
**stumbling** 258:25
**style** 50:5, 128:14
**stymied** 132:3
**subject** 45:18, 138:25, 147:12, 147:14, 147:15, 148:8, 156:20, 171:11, 171:15, 171:23, 171:24, 270:21
**submissions** 81:12
**submit** 29:17, 81:22, 83:21
**submitted** 21:18
**subpoena** 207:24, 207:24
**subpoenaed** 249:21
**subreddit** 189:10
**subscribed** 96:21
**subscriber** 228:16, 263:1

**subscribers** 53:3
**subscribing** 96:24
**subscription** 7:7, 9:13, 9:20, 142:17
**subscriptions** 53:6, 53:6, 62:20, 62:22, 85:14
**substance** 152:12
**substantial** 44:12, 44:14, 44:15, 44:22, 106:11, 172:12, 172:20, 178:23
**substantially** 106:17, 202:19
**substantiate** 162:16
**substantiating** 185:4
**subsume** 9:16
**subsumed** 10:9, 72:23, 72:25
**subtracting** 59:14
**succeed** 231:19
**successful** 24:6
**succinct** 86:19
**suck** 149:2, 149:11
**sudden** 110:15, 110:17, 110:18, 111:17, 111:23
**sue** 195:21, 196:12
**sued** 196:18
**suffer** 186:4, 224:14
**suffering** 149:20
**suffice** 132:19
**sufficient** 219:24
**sufficiently** 133:8, 186:11, 247:11
**suggest** 47:21, 179:4, 181:7, 188:12, 198:21, 236:19
**suggested** 252:8, 252:9
**suggesting** 76:1, 166:24, 189:4
**suggestion** 158:8
**suggestions** 244:6, 244:10, 244:13
**suggests** 229:24, 249:6
**suing** 167:5, 167:7, 197:8
**suit** 209:24, 210:7,

222:24, 223:1, 255:11
**sup-** 32:19
**super** 215:20
**superhero** 217:4
**supplement** 259:12
**supplementary** 154:8
**supply** 84:23, 96:7
**support** 6:20, 6:22, 7:8, 14:21, 32:13, 32:19, 63:20, 63:22, 86:14, 99:2, 99:11, 99:12, 99:13, 100:9, 140:2, 141:7, 141:10, 142:10, 142:16, 159:23, 165:18, 174:6, 174:6, 175:4, 175:9, 175:14, 183:13, 184:21, 189:22, 189:23, 195:18, 195:19, 204:5, 212:9, 238:14, 253:1, 260:17, 262:3, 262:18, 265:16, 265:20
**supported** 7:12
**supporting** 160:11
**supports** 5:16, 111:11, 189:20
**suppose** 84:8, 93:11, 159:9, 251:18, 270:24
**supposed** 20:5, 116:15, 232:16
**sure** 3:4, 13:20, 18:5, 18:7, 20:23, 20:23, 20:25, 25:15, 32:10, 34:3, 34:5, 35:17, 39:14, 46:25, 48:1, 48:16, 54:7, 55:19, 57:12, 57:21, 58:11, 59:21, 66:8, 67:5, 80:16, 85:12, 87:16, 91:17, 94:6, 97:23, 98:3, 101:17, 108:22,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

109:22, 116:12, 130:17, 133:25, 135:15, 136:3, 138:2, 139:20, 145:6, 146:12, 146:17, 148:4, 149:7, 158:12, 167:17, 169:11, 170:7, 172:9, 173:6, 174:1, 178:23, 183:7, 186:17, 187:19, 189:7, 190:2, 190:12, 191:9, 193:19, 197:20, 198:3, 199:8, 200:2, 208:17, 210:16, 213:9, 222:17, 223:5, 229:21, 232:19, 232:24, 235:6, 243:16, 245:14, 246:11, 249:3, 250:9, 250:10, 253:4, 253:22, 254:18, 256:1, 258:3, 259:1, 261:9, 261:20, 261:21, 261:21, 262:22

**surely** 63:7

**surgical** 15:25

**surprising** 99:18, 99:18

**surreptitious** 246:4

**surrounding** 106:18

**survey** 83:4, 89:5, 92:2, 92:5, 93:6, 94:25, 96:8, 96:18, 102:9, 103:11, 140:10, 140:16, 140:20, 141:1, 142:23, 143:1, 143:4, 143:6, 143:11, 257:22, 257:24

**surveys** 72:2, 79:10, 79:12, 79:20, 80:1, 82:25, 83:1, 83:6, 83:9, 94:1, 102:24, 103:2,

103:4, 138:4, 140:7, 140:13, 144:7, 262:7, 269:7

**suspect** 114:15

**suspicion** 106:18

**swear** 2:20

**swears** 214:17

**sworn** 199:9, 199:10

**system** 21:25, 26:25, 27:8, 27:15, 34:23, 56:16, 65:4, 65:5, 231:12, 231:14, 231:16

**systems** 60:11

---

## T

**tacked** 7:19

**tailor-made** 192:2

**take** 7:4, 8:2, 20:18, 20:19, 45:17, 48:10, 57:20, 71:21, 73:2, 78:18, 78:24, 80:17, 91:20, 91:22, 98:1, 101:14, 107:3, 116:1, 127:16, 137:7, 153:20, 157:10, 171:21, 174:22, 175:15, 181:10, 181:20, 194:7, 194:9, 225:11, 225:16, 229:24, 230:12, 230:12, 247:6, 267:25, 277:5

**taken** 203:13, 225:18

**takes** 39:17, 222:4

**taking** 21:22, 74:20

**talent** 236:24

**talk** 10:1, 10:1, 10:5, 16:14, 37:17, 37:19, 45:16, 45:18, 68:6, 68:7, 68:9, 69:8, 90:18, 90:21, 129:13, 129:16, 129:19,

151:8, 151:21, 151:21, 151:23, 151:24, 155:22, 166:11, 183:20, 195:11, 238:7, 247:16, 248:8, 250:20, 276:16

**talked** 16:18, 36:14, 36:15, 37:17, 41:18, 45:16, 48:14, 48:18, 79:6, 86:13, 86:14, 129:22, 255:9, 257:22, 257:24, 257:25, 273:4, 277:1

**talking** 4:25, 6:17, 14:1, 16:15, 22:3, 22:12, 40:25, 46:18, 46:19, 48:13, 70:20, 72:24, 79:3, 79:13, 79:20, 92:10, 107:23, 110:23, 112:13, 114:25, 124:13, 125:14, 130:5, 141:24, 142:1, 143:15, 147:1, 147:3, 147:25, 148:4, 150:24, 152:1, 152:4, 155:19, 162:4, 168:17, 180:11, 182:3, 185:10, 187:22, 192:17, 193:7, 193:12, 195:12, 198:4, 198:23, 201:24, 204:24, 214:21, 217:1, 217:20, 218:2, 222:9, 228:8, 237:19, 241:18, 247:19, 253:8

**talks** 146:20, 183:2

**targeted** 94:11, 210:17

**tasked** 116:17

**tax** 24:24, 33:14, 34:9, 36:11, 37:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

38:2, 46:21, 47:7, 47:11, 47:24, 60:23, 64:6, 109:8

**team** 203:12

**tears** 51:25

**tech** 39:10

**technical** 84:11, 92:3

**techniques** 92:21

**technologies** 236:17

**technology** 12:8, 38:10, 39:11, 98:25, 254:9

**telemetry** 232:4

**tell** 2:20, 15:23, 17:21, 27:14, 37:22, 38:6, 71:1, 71:9, 75:8, 85:10, 94:6, 121:23, 123:18, 123:23, 126:18, 129:18, 135:12, 135:18, 136:9, 138:15, 138:21, 138:23, 145:23, 152:19, 164:23, 169:18, 213:23, 215:11, 216:7, 221:22, 248:4, 255:24

**telling** 5:8, 13:16, 183:8, 189:20, 238:17, 256:13

**tempted** 128:2

**tempting** 196:10

**tenor** 152:8, 152:10, 152:11, 152:12

**tens** 229:9, 229:10

**tense** 207:11

**term** 34:21, 193:5, 193:5, 218:22, 223:13, 275:11

**terminally** 31:4, 31:8, 67:25

**terms** 26:4, 55:25, 65:25, 66:1, 66:3, 66:5, 66:7, 69:18, 70:4, 70:8, 70:17, 70:18, 71:10, 117:9, 145:23, 146:1, 171:20, 208:13, 230:1, 245:19, 245:21,

245:24, 269:15, 269:22, 270:17, 270:24, 271:12

**terribly** 41:14

**territories** 165:23

**test** 232:3, 232:3

**testified** 18:7, 146:18

**testify** 41:10, 42:14, 64:11, 68:22, 68:23, 117:17, 117:20, 268:24

**testifying** 108:11, 116:17, 146:19

**testimony** 5:14, 15:22, 33:23, 35:18, 42:10, 42:13, 133:8, 136:23, 138:13, 143:5, 143:7, 143:9, 191:3, 194:1, 218:8, 237:15, 238:14, 248:13, 250:14

**texas** 1:6, 19:2, 19:12, 19:15, 19:16, 19:17, 24:18, 31:23, 36:11

**text** 83:14, 86:24

**thank** 2:17, 26:14, 39:20, 46:12, 46:15, 47:23, 58:6, 69:16, 73:21, 101:18, 102:3, 102:7, 105:4, 140:24, 151:18, 182:1, 202:1, 208:19, 222:18, 255:7, 258:7, 258:13, 258:15, 258:16, 271:18, 275:11, 276:9, 276:9, 276:10, 276:18, 276:22, 277:7

**thanks** 13:7, 37:21, 98:21, 181:18, 181:19, 183:23, 272:14

**theft** 141:22

**thegatalog** 201:14

**theme** 241:13

**theoretical** 197:12

**therefore** 12:4, 53:20, 54:4, 61:23, 70:3, 72:5, 91:2, 98:8, 131:8, 176:22, 180:22, 211:15, 233:5, 260:11, 273:8

**thesis** 204:20, 204:20

**thing** 23:9, 28:25, 29:23, 30:17, 33:25, 34:1, 34:4, 34:6, 40:23, 41:14, 42:17, 52:15, 55:14, 62:16, 65:19, 69:12, 80:17, 80:23, 85:4, 86:1, 100:18, 100:20, 105:20, 106:16, 107:22, 118:17, 123:2, 130:16, 137:25, 148:4, 159:5, 159:25, 159:25, 160:3, 183:21, 193:25, 194:2, 195:5, 199:21, 202:17, 202:20, 202:21, 205:2, 207:12, 207:13, 216:3, 216:15, 217:21, 221:4, 225:9, 228:15, 228:17, 228:21, 232:25, 233:6, 239:5, 242:17, 256:16, 257:14, 257:15, 262:15, 273:6

**things** 5:14, 14:1, 14:20, 16:17, 17:9, 22:6, 31:24, 32:18, 33:22, 34:4, 54:2, 55:17, 65:4, 72:18, 95:21, 118:22, 129:6, 129:22, 149:10, 150:9, 153:17, 155:18,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

158:25, 159:1, 168:3, 168:18, 170:15, 170:16, 177:7, 177:19, 178:24, 180:3, 184:16, 206:17, 220:9, 225:7, 254:15, 255:22, 255:25, 259:4, 264:22, 276:3

**think** 5:6, 5:8, 5:10, 5:16, 6:5, 8:10, 8:12, 8:19, 10:17, 10:23, 10:25, 12:11, 12:22, 12:22, 13:5, 13:10, 13:11, 15:6, 16:22, 17:20, 19:21, 21:14, 21:20, 22:21, 22:23, 23:2, 23:2, 23:10, 23:11, 23:13, 24:4, 24:7, 24:22, 24:22, 24:24, 25:8, 25:21, 26:6, 26:11, 27:1, 28:23, 28:24, 30:19, 30:22, 31:22, 33:1, 33:3, 33:7, 33:23, 34:2, 34:6, 35:23, 36:6, 36:7, 38:1, 39:21, 39:22, 40:5, 44:1, 46:9, 46:19, 48:1, 51:1, 51:18, 51:24, 53:8, 53:12, 53:20, 56:23, 58:9, 58:23, 59:22, 59:24, 60:6, 60:17, 60:20, 60:23, 62:3, 62:19, 62:23, 62:25, 63:17, 64:3, 64:11, 65:2, 65:4, 66:5, 68:4, 68:12, 69:4, 69:20, 70:10, 70:16, 71:7, 71:12, 73:2, 74:3,

77:10, 77:20, 78:16, 78:16, 79:11, 81:2, 81:17, 83:6, 84:9, 84:22, 85:4, 85:8, 85:12, 86:10, 86:13, 86:22, 86:22, 86:24, 87:8, 87:24, 88:14, 88:20, 89:4, 89:19, 90:4, 90:9, 90:25, 93:1, 93:24, 94:10, 95:10, 95:14, 95:22, 95:23, 95:23, 95:25, 96:1, 96:22, 96:25, 97:6, 97:11, 97:13, 97:17, 98:14, 98:15, 98:16, 98:17, 98:24, 99:1, 99:6, 99:17, 100:2, 100:21, 102:15, 102:20, 103:2, 103:8, 103:18, 104:1, 104:16, 104:17, 104:19, 104:20, 105:5, 105:12, 106:17, 107:12, 107:16, 109:10, 109:18, 110:18, 111:11, 111:15, 112:9, 117:25, 118:23, 119:17, 120:8, 125:1, 125:25, 127:4, 128:22, 129:15, 129:21, 130:9, 133:1, 133:7, 133:15, 134:2, 134:4, 134:8, 134:9, 134:10, 134:17, 135:14, 136:5, 136:5, 136:8, 136:12, 136:15, 137:18, 138:3, 140:9, 140:21, 141:2, 141:4, 141:6,

141:15, 141:21, 142:14, 142:20, 143:17, 143:25, 144:7, 144:22, 144:24, 145:1, 145:3, 145:7, 145:11, 147:16, 148:2, 149:12, 149:13, 150:8, 150:11, 150:12, 150:20, 152:7, 154:3, 155:17, 159:8, 160:3, 160:16, 160:17, 160:19, 161:7, 161:11, 161:13, 161:13, 161:13, 161:14, 161:18, 161:19, 161:23, 163:3, 163:20, 163:25, 164:18, 164:18, 164:20, 169:3, 170:4, 170:22, 171:3, 171:6, 171:14, 171:14, 171:15, 171:24, 172:10, 172:17, 172:20, 172:21, 172:21, 172:22, 173:1, 173:7, 173:10, 174:14, 174:17, 174:19, 175:24, 176:3, 177:11, 177:14, 178:4, 178:19, 178:22, 178:25, 179:19, 179:22, 180:7, 180:18, 180:19, 180:23, 182:4, 182:12, 184:3, 185:8, 186:10, 187:1, 187:8, 187:13, 190:8, 191:23, 192:9, 192:9, 192:14, 193:10, 193:11, 193:22, 195:5, 195:6, 196:3, 196:11, 196:12, 197:5, 198:16,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

199:5, 199:14, 199:18, 199:21, 200:14, 204:19, 205:12, 205:24, 205:25, 207:3, 207:3, 207:9, 208:24, 210:3, 212:2, 212:9, 213:11, 213:14, 213:15, 213:25, 214:25, 216:4, 216:6, 217:4, 217:5, 217:12, 217:14, 217:15, 218:14, 218:20, 219:7, 219:11, 221:21, 222:6, 222:8, 222:22, 224:12, 224:16, 226:1, 229:14, 229:16, 230:3, 230:16, 231:6, 231:8, 231:25, 232:13, 232:20, 233:11, 233:19, 234:5, 235:19, 236:20, 237:10, 237:21, 238:12, 239:4, 239:5, 240:9, 240:12, 240:13, 240:18, 241:8, 241:14, 241:20, 242:3, 242:22, 242:24, 244:3, 244:20, 244:22, 244:23, 246:12, 247:11, 249:7, 250:7, 250:15, 250:22, 251:12, 253:7, 253:9, 253:11, 255:25, 257:2, 258:1, 258:14, 260:8, 260:19, 261:1, 261:2, 262:3, 262:24, 262:24, 265:8, 265:13, 265:15, 265:18, 267:6, 268:2, 268:3, 268:5, 268:7,

268:8, 268:23, 269:12, 271:2, 271:9, 271:21, 271:25, 271:25, 272:11, 272:17

**thinking**  61:4, 103:22, 122:20, 125:2, 127:1, 161:5, 161:18, 166:24, 174:15, 175:1, 198:15, 207:5, 221:19, 251:11, 268:12, 273:5, 273:7

**thinks**  92:14, 241:14

**third**  9:10

**third-party**  83:8, 237:17

**thomas**  271:14

**thorough**  8:19

**though**  15:10, 27:8, 27:23, 31:5, 58:21, 66:24, 90:25, 91:13, 98:14, 100:15, 127:17, 129:5, 131:7, 138:4, 139:1, 149:7, 175:2, 177:13, 182:14, 183:15, 194:23, 195:7, 200:17, 203:19, 214:13, 214:17, 218:9, 245:15, 247:10, 251:17, 257:7, 261:1, 262:16, 264:16

**thought**  4:4, 70:13, 70:21, 70:23, 86:18, 112:5, 112:15, 127:11, 135:2, 143:17, 159:4, 173:11, 177:12, 217:16, 217:18, 219:2, 222:7, 229:4, 257:3

**thoughts**  149:23

**thousands**  229:9, 229:10

**thread**  151:20, 257:10

**threat**  239:16

**threatened**  225:13

**threw**  55:15

**throughout**  266:5

**throw**  30:10

**thursday**  1:2

**ticket**  236:24

**tied**  56:4

**tightened**  237:7

**till**  137:21

**time**  1:2, 1:3, 6:24, 8:23, 9:2, 10:3, 14:24, 15:5, 15:12, 17:24, 18:1, 18:6, 21:8, 21:12, 21:19, 21:24, 24:25, 27:3, 30:3, 45:9, 45:9, 45:10, 45:11, 46:13, 46:14, 46:18, 55:14, 62:23, 62:23, 62:25, 75:12, 78:5, 78:22, 78:23, 78:25, 78:25, 93:7, 93:11, 102:4, 102:4, 102:5, 102:6, 105:2, 105:2, 105:20, 109:8, 110:10, 113:18, 114:2, 115:14, 119:21, 121:20, 121:22, 122:17, 132:13, 136:2, 137:8, 142:18, 145:9, 145:11, 148:6, 151:9, 151:15, 151:16, 151:16, 172:25, 174:22, 178:8, 181:20, 181:24, 181:24, 184:13, 206:6, 209:17, 214:13, 218:2, 219:19, 221:5, 221:17, 227:25, 228:5, 228:10, 230:1, 230:9, 237:11, 237:22,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

239:4, 242:2,
255:8, 255:10,
258:4, 258:5,
258:6, 258:8,
258:8, 258:14,
263:21, 265:18,
274:20, 277:6
**timeline** 126:8
**times** 8:5, 9:4, 14:8,
20:7, 34:19, 38:9,
38:10, 91:14,
100:11, 100:14,
119:12, 214:24,
215:1, 221:19,
228:25, 232:21,
238:18, 259:4,
263:16, 263:19,
267:20, 268:17,
270:4, 270:6
**timing** 137:12
**title** 146:15, 147:18
**titled** 145:17
**today** 1:2, 8:17,
28:19, 35:20,
43:3, 44:3, 62:23,
67:4, 88:5, 88:7,
109:4, 133:9,
155:8, 165:14,
173:2, 193:8,
193:10, 193:12,
221:1, 228:11,
270:2, 270:6,
274:24
**today's** 1:7
**together** 3:25, 16:9,
38:11, 55:18,
59:13, 65:9,
65:19, 237:24,
265:14, 265:17,
265:21
**told** 25:8, 25:9,
50:8, 235:8,
235:19, 235:20,
235:21, 236:20,
236:20, 236:22,
236:23, 242:3,
242:11, 248:13,
256:6, 256:14,
256:24
**tone** 127:14
**took** 46:2, 53:13,

103:20, 104:17,
126:5, 136:12,
213:24, 213:24,
213:25, 213:25
**tooling** 32:10, 32:11,
62:16, 63:15,
63:22
**top** 80:15, 93:15,
107:7, 199:13
**topic** 43:5, 44:7,
64:25, 146:25,
156:22, 156:23
**topics** 36:1, 37:7,
44:6, 142:21
**total** 10:20, 46:20,
46:22, 47:13,
47:19, 47:21,
48:6, 48:14,
51:20, 55:17,
57:11, 58:20,
59:4, 59:7, 59:14,
66:25, 69:18,
69:25, 228:3,
228:4, 228:12
**totally** 36:13, 186:2
**touch** 255:21, 255:21
**towards** 206:12
**track** 10:18, 10:19,
11:7, 11:8, 11:13,
255:6, 263:13
**tracked** 9:17, 10:21,
10:22, 12:9
**traditional** 30:23
**traffic** 108:7, 176:22
**trajectory** 109:13
**transcript** 47:5,
47:10, 273:24,
274:20, 274:22,
274:23, 274:23
**transfer** 27:21
**transformed** 149:21
**translate** 104:2
**translated** 192:25
**translation** 192:20
**transmission** 263:14
**transmitted** 260:7,
260:8
**treated** 16:23
**treaties** 216:21
**trend** 74:20, 75:24,
76:3, 76:17,

76:19, 78:11,
107:23, 107:25,
108:4, 110:16,
110:17, 110:18,
111:17, 111:19,
111:23, 114:7,
114:24
**trends** 78:14
**trial** 115:10, 115:13,
115:21
**tricky** 25:17
**tried** 23:22, 110:20,
127:13, 135:10,
135:13, 185:7,
231:19, 240:16,
242:14, 242:16,
247:16, 247:16,
248:7
**trier** 263:18
**tries** 250:19
**trigger** 109:16,
109:19
**triggered** 79:12,
94:22
**trip** 185:16
**tripped** 165:13
**triton** 145:17, 146:4
**troll** 189:9
**trouble** 85:17,
122:12, 122:14,
276:18
**true** 8:17, 12:14,
82:24, 119:12,
119:15, 119:18,
126:11, 126:12,
126:13, 126:16,
127:13, 130:4,
130:7, 139:20,
173:8, 173:10,
195:7, 230:24,
231:9, 231:10,
249:13, 256:16,
260:25, 268:20
**truly** 24:6, 152:11
**trust** 81:9, 91:23,
250:9
**trusted** 214:10
**truth** 2:20, 2:21,
2:21
**truthful** 250:13
**try** 11:10, 13:20,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

21:3, 21:4, 41:13, 78:16, 106:15, 116:1, 139:15, 141:5, 151:19, 200:18, 223:15, 224:17, 225:3, 225:5, 232:3, 258:19

**trying** 15:17, 29:22, 37:1, 41:15, 46:3, 61:3, 61:7, 67:3, 68:9, 84:3, 88:22, 100:8, 111:13, 125:1, 126:1, 126:2, 131:15, 134:11, 143:15, 151:4, 151:10, 153:17, 165:11, 210:19, 215:5, 226:9, 232:7, 238:6, 242:18, 256:1, 259:21

**tunnel** 226:15

**tweet** 126:21, 126:22, 126:25, 180:6, 180:7

**tweeting** 179:14

**tweets** 174:4, 192:6, 211:23, 242:2

**twenty-two** 43:3

**twice** 92:15

**twig** 149:16, 149:18

**twitter** 157:21, 170:15, 184:8, 204:9, 214:15, 221:19

**two-headed** 193:18

**type** 24:4, 49:18

**typeform** 83:4, 83:5, 83:6, 87:15

**types** 190:3, 214:23

**typically** 12:18, 259:19

**tyra** 50:8, 50:10, 52:6, 52:8

## U

**uber** 267:19

**ultimately** 9:21, 56:11, 149:4

**umbrella** 32:3

**un** 80:24

**unauthorized** 225:12, 225:13, 231:12, 231:18, 231:25, 270:23

**unaware** 225:17, 225:18

**unclear** 50:18, 52:12, 94:23, 94:24, 187:18

**uncomfortable** 262:16

**understand** 4:6, 8:20, 9:2, 10:1, 11:9, 11:25, 13:6, 13:18, 17:20, 19:3, 25:15, 26:6, 28:11, 28:12, 29:23, 30:23, 34:24, 35:1, 35:3, 36:5, 38:1, 39:20, 43:25, 50:13, 60:16, 61:7, 68:11, 68:15, 68:19, 69:2, 69:5, 69:10, 71:22, 85:13, 96:12, 107:22, 110:25, 112:25, 124:4, 124:17, 125:11, 129:13, 131:15, 136:11, 137:18, 143:13, 143:17, 147:2, 147:4, 147:5, 153:15, 154:12, 154:16, 156:4, 156:7, 165:11, 165:14, 175:1, 175:8, 180:2, 184:1, 185:6, 191:6, 191:23, 194:21, 194:22, 194:22, 195:24, 196:3, 196:12, 196:20, 197:19, 198:22, 199:2, 199:2, 201:5, 201:12, 201:19, 201:24, 202:2, 205:17, 208:4, 216:14,

217:5, 218:18, 220:11, 223:5, 223:7, 223:9, 224:12, 225:4, 225:8, 225:13, 226:13, 227:18, 229:4, 234:24, 241:23, 246:1, 251:2, 256:18, 259:21, 260:8, 260:9, 261:19

**understanding** 2:7, 16:11, 34:3, 50:14, 63:18, 67:25, 73:2, 195:2, 196:13, 196:14, 227:9, 258:22, 259:8, 259:10, 259:12, 264:4, 264:4, 264:6, 264:17, 264:19, 265:3, 265:9, 265:10, 270:17

**understands** 260:10

**understood** 7:17, 7:17, 51:10, 196:6, 216:15, 269:12

**underwriter** 23:16, 24:3

**underwriters** 38:22

**undisclosed** 141:20, 141:21

**unfortunate** 144:24, 205:21

**unfortunately** 68:16, 76:10, 177:4

**unique** 32:14, 119:11, 228:13

**united** 216:18, 232:22

**universe** 48:8

**unknown** 190:21

**unknowns** 190:21

**unless** 20:7

**unlikely** 97:12, 97:13, 98:14, 98:15, 227:21

**unpaid** 87:23, 87:25, 183:2, 183:2

**unprompted** 255:11

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

**unrelated** 36:13, 195:7
**unsure** 52:13, 52:13, 52:14, 52:17
**update** 225:21, 254:19
**upgrade** 32:13
**uplift** 174:10
**uploaded** 130:23, 130:24
**uploading** 127:18
**upon** 108:16, 108:17, 115:9, 115:10, 115:13, 159:22, 196:11, 226:15, 260:25, 261:14, 262:1, 262:5, 262:8, 262:11, 262:23, 263:12, 268:11
**upset** 186:3
**uptick** 78:4
**urge** 89:21
**url** 201:14
**us** 6:23, 29:18, 36:2, 37:2, 66:4, 84:4, 94:6, 95:1, 106:20, 108:20, 115:7, 127:19, 134:19, 139:17, 139:17, 147:20, 150:13, 160:4, 186:2, 188:4, 209:20, 211:16, 214:10, 227:21, 228:2, 234:11, 234:15, 240:15, 240:23, 242:3, 242:4, 242:11, 242:15, 242:15, 244:9, 248:10, 252:4, 253:18, 256:19, 257:9, 268:22, 270:11, 277:5
**usbs** 14:9, 14:12, 14:13, 14:19, 26:17, 27:18, 30:4
**use** 4:8, 38:23, 48:7, 72:16, 75:15, 92:21, 97:4, 97:5, 97:16, 97:24,

98:5, 99:17, 99:19, 115:21, 125:8, 130:10, 139:5, 150:18, 166:19, 189:18, 193:4, 193:5, 194:5, 202:8, 204:8, 207:6, 211:23, 211:23, 218:22, 247:10, 263:16, 263:16, 264:23, 267:1, 267:13
**used** 6:13, 16:6, 39:2, 39:4, 57:9, 59:25, 70:21, 71:3, 89:10, 89:11, 97:16, 97:24, 98:12, 107:19, 112:10, 123:6, 171:14, 175:11, 218:20, 259:13, 275:11, 276:11
**useful** 89:19, 90:1
**user** 28:14, 80:22, 83:11, 227:2
**uses** 130:7
**using** 38:16, 72:1, 85:3, 116:3, 127:25, 128:17, 128:21, 137:24, 139:19, 153:22, 154:23, 182:21, 182:22, 206:24, 218:23
**usually** 12:21, 12:22, 20:8, 120:21, 266:22

---

## V

**vague** 122:15
**valuable** 70:3
**valuation** 163:18
**value** 61:22, 65:23, 69:18, 69:25, 70:2, 70:8, 70:21, 71:3, 71:5, 71:11, 71:17, 72:5, 163:12, 170:13, 170:19

**valuing** 71:2
**van** 271:9, 271:14, 271:14
**vaulted** 11:16, 12:3, 12:6, 12:10, 12:21
**velocity** 92:13
**venable** 270:4, 270:8, 270:10, 270:10
**vendor** 232:10
**venn** 242:19
**venture** 187:12
**ventures** 265:19
**verify** 51:17
**verisimilitude** 89:20
**verros** 118:20
**version** 41:22
**versus** 1:5, 195:2, 199:19
**via** 238:9
**vibe** 191:24
**view** 131:3, 221:18
**viewed** 263:20
**violate** 216:18, 271:12, 271:13
**violating** 250:23
**virtually** 8:23, 31:14
**visible** 234:24, 236:13, 236:22
**visit** 216:11, 218:18, 218:20
**vito** 264:10, 264:12, 264:13, 264:14, 264:19, 264:21, 264:21
**voice** 37:18, 91:8, 166:19
**volume** 1:4, 4:10, 4:11, 204:9
**vuln** 233:7, 237:8, 237:12, 237:14
**vulnerability** 237:12, 252:13, 253:8

---

## W

**w-a-l-l-i-m-a-n** 276:13
**w-i-l-s-o-n** 2:13
**wait** 12:5, 33:17, 103:4, 103:4, 103:4, 104:9,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

104:9, 104:19, 104:19, 104:19, 112:22, 113:11, 131:9, 131:9, 217:13, 217:13, 223:11, 231:4, 231:4, 231:4, 239:5, 239:5, 240:11, 240:24, 261:16, 276:3

**walk** 28:2, 28:4, 28:14

**wallen** 235:2, 235:15, 236:6

**walliman** 276:11

**wallman** 87:17, 87:18, 87:19

**walman** 91:2

**walmart** 4:18

**waman** 186:13, 186:22, 186:24

**waman's** 187:16

**want** 5:2, 23:3, 24:4, 27:21, 28:3, 34:3, 34:9, 35:4, 35:7, 37:19, 37:20, 37:23, 44:21, 45:24, 46:4, 47:8, 47:8, 47:9, 59:6, 59:18, 61:7, 64:19, 67:17, 70:12, 70:18, 73:20, 78:18, 80:16, 80:17, 81:1, 84:6, 84:7, 86:14, 91:16, 91:22, 93:13, 99:2, 99:12, 99:13, 100:6, 100:9, 101:4, 101:11, 101:23, 101:25, 104:12, 104:21, 107:3, 111:14, 111:15, 112:2, 114:8, 122:24, 124:24, 125:6, 125:13, 127:22, 127:24, 128:3, 134:3, 137:7, 138:22, 140:2, 142:9,

142:16, 146:16, 146:17, 151:3, 151:8, 151:21, 151:23, 152:17, 154:2, 157:8, 158:4, 186:4, 194:4, 194:4, 194:19, 194:23, 198:17, 198:20, 204:8, 204:15, 213:6, 213:13, 227:1, 230:13, 246:16, 249:19, 257:10, 272:21, 273:22, 274:23, 275:2, 275:2

**wanted** 6:20, 12:21, 14:23, 68:5, 80:19, 86:3, 152:14, 152:15, 256:16

**wanting** 140:25

**wants** 30:9, 36:24, 151:5, 255:24, 274:14, 274:16

**warn** 224:21, 224:23

**warrants** 229:21, 229:22

**washington** 14:17, 14:18, 28:8, 28:15, 28:19, 29:1, 29:4, 29:16, 29:19, 206:1

**wave** 273:22

**way** 10:21, 10:22, 12:4, 13:8, 13:10, 16:11, 22:19, 26:12, 29:16, 38:16, 39:4, 44:2, 60:12, 60:14, 63:16, 65:3, 65:16, 66:1, 66:11, 67:11, 68:9, 68:15, 70:8, 70:10, 70:10, 70:14, 70:15, 71:1, 74:2, 74:4, 77:6, 82:17, 84:3, 90:3, 90:4, 90:5, 98:24, 101:2, 106:6, 107:17,

108:7, 108:7, 114:8, 120:25, 126:13, 126:15, 127:5, 127:7, 128:14, 129:25, 129:25, 132:2, 133:4, 139:3, 150:18, 154:10, 162:18, 163:12, 163:12, 167:25, 170:1, 173:20, 173:21, 174:9, 174:11, 177:13, 177:14, 178:4, 179:1, 180:20, 183:2, 190:10, 197:6, 202:15, 203:11, 204:11, 205:4, 205:9, 206:20, 207:6, 215:21, 216:4, 219:3, 220:20, 221:20, 231:12, 231:18, 231:25, 236:18, 238:19, 238:21, 241:7, 241:11, 241:15, 246:17, 256:1, 257:1, 257:4, 257:6, 259:3, 260:1, 260:2, 260:10, 260:12, 261:19, 261:20, 265:23

**ways** 20:8, 61:25, 64:9, 70:15, 70:16, 85:13, 109:9, 198:19, 212:16

**wealth** 103:12, 112:9

**web** 25:20, 26:25, 227:14

**website** 11:14, 22:14, 22:14, 22:15, 22:17, 22:17, 22:24, 27:6, 28:20, 30:18, 106:9, 106:18, 108:7, 128:23, 130:23, 130:25, 146:6, 148:4,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

157:18, 172:5, 172:6, 211:23, 211:24, 215:22, 216:16, 216:17, 223:8, 223:8, 223:9, 223:15, 223:20, 223:22, 225:6, 225:12, 226:4, 227:22, 233:10, 233:22, 239:19, 247:5, 252:5, 252:7, 252:10, 253:25, 254:19, 254:21, 256:12, 256:13, 256:14, 256:15, 267:1, 267:3, 269:16, 269:20, 271:4

**website's** 253:23

**websites** 223:23, 224:6, 224:10, 224:13, 224:22, 224:23, 226:14, 233:22, 252:21, 254:12, 254:14

**weeds** 155:18, 164:18

**week** 102:11

**week's** 219:19

**weight** 205:13

**weird** 65:3, 256:9

**welcome** 57:20

**well** 1:16, 5:6, 6:10, 6:19, 8:11, 14:18, 15:2, 15:23, 18:14, 20:4, 20:14, 20:16, 22:3, 22:13, 23:25, 25:1, 26:23, 28:5, 28:18, 28:23, 28:25, 29:10, 31:22, 34:1, 34:4, 34:8, 34:14, 35:9, 35:14, 36:10, 49:13, 52:19, 54:17, 55:4, 57:24, 60:7, 60:19, 61:5, 61:19, 62:2, 62:21, 62:24, 63:7, 64:18, 64:25, 65:3, 65:8, 66:18, 68:4, 68:24, 71:18, 73:9, 73:16, 75:19, 76:1, 84:8, 85:16, 86:2, 88:21, 88:24, 90:22, 90:25, 93:11, 93:23, 96:14, 98:4, 98:22, 99:6, 100:25, 102:11, 103:10, 103:15, 104:3, 104:7, 104:12, 107:14, 108:12, 109:7, 109:22, 110:3, 113:9, 115:18, 115:24, 116:23, 118:9, 118:23, 121:9, 122:12, 122:17, 125:1, 125:4, 125:23, 127:2, 127:10, 127:15, 129:4, 129:22, 130:3, 130:10, 130:15, 130:15, 130:18, 130:23, 131:2, 131:9, 131:11, 133:10, 133:25, 134:5, 134:10, 135:12, 135:14, 138:6, 138:14, 139:15, 140:18, 143:5, 146:24, 147:1, 152:23, 153:8, 153:13, 153:17, 153:20, 154:5, 154:17, 155:13, 156:2, 158:20, 159:2, 159:20, 160:4, 160:11, 160:14, 161:10, 161:18, 161:24, 162:5, 162:14, 163:15, 165:14, 166:5, 167:17, 169:18, 169:20, 169:22, 169:25, 172:20, 172:25, 173:19, 173:25, 174:19, 177:4, 177:6, 178:9, 178:18, 179:7, 180:7, 180:14, 180:21, 186:1, 186:8, 186:14, 189:15, 190:14, 190:19, 191:2, 192:19, 193:25, 194:3, 195:14, 196:1, 196:6, 197:20, 202:12, 204:4, 208:19, 208:24, 209:12, 210:3, 211:6, 211:12, 212:14, 215:6, 215:9, 217:20, 219:11, 224:9, 224:12, 226:11, 229:14, 235:17, 237:19, 239:15, 242:13, 244:20, 245:5, 245:23, 246:1, 246:20, 250:5, 250:11, 251:15, 254:8, 255:18, 256:9, 256:10, 256:24, 259:3, 259:24, 260:23, 261:7, 261:14, 261:23, 265:13, 266:8, 267:6, 268:4, 269:4, 270:1, 270:8, 270:23, 271:7, 271:25, 274:23, 275:7

**well-known** 200:4, 205:9

**went** 45:15, 45:19, 70:22, 70:22, 91:17, 106:20, 108:7, 108:7, 151:20, 151:25, 153:1, 153:23, 155:2, 156:14, 156:14, 158:18, 173:17, 240:2,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

240:3, 258:20
whatever 7:1, 18:10, 22:14, 28:16, 53:10, 79:3, 114:8, 148:1, 148:17, 224:11, 226:7, 253:2, 253:8
whatsoever 132:23
whenever 2:24
wherever 225:11
whether 18:2, 18:7, 26:3, 27:19, 42:19, 77:14, 105:10, 111:16, 117:11, 128:11, 133:12, 202:16, 222:2, 222:25, 223:3, 267:7, 267:7, 268:20
whichever 84:9, 114:13
white 41:21, 250:25, 251:2
whoa 139:15, 193:19
whole 2:21, 27:17, 62:14, 64:13, 69:12, 80:17, 210:5, 232:25
whose 149:20, 211:25
wide 265:16
widely 203:21
willing 41:1, 268:24, 270:9
wilson 1:4, 1:11, 2:13, 2:14, 2:17, 13:17, 18:15, 44:17, 89:1, 89:1, 141:20, 141:23, 146:23, 147:6, 147:10, 147:12, 147:15, 147:20, 147:23, 147:24, 170:19, 215:21, 238:4, 238:11, 258:11, 258:17, 273:1, 276:13
win-back 95:5
wind 17:12, 255:5
winding 243:5
wire 157:15, 258:22,

259:1, 259:5, 259:5, 259:10, 260:13, 260:20
wires 263:14
wisdom 150:19
wish 151:20, 153:18, 160:11, 273:25
withheld 115:19, 115:20, 188:2, 188:4
withholding 114:23, 115:6, 188:7
within 118:12, 133:3, 133:15
without 6:23, 96:9, 110:22, 157:18, 232:17, 245:18, 246:4, 251:11, 265:11
witness 2:11, 124:23, 149:25, 248:6, 249:1, 249:20, 250:1, 250:2, 250:7, 250:12, 272:12
wollman 230:7
wondering 55:9, 86:3, 109:16
woocommerce 26:15, 26:20, 26:24, 27:11, 30:4, 30:5
word 38:17, 38:18, 70:21, 71:3, 81:6, 89:10, 89:11, 99:17, 113:25, 114:5, 123:6, 125:8, 126:24, 153:25, 154:15, 154:15, 155:16, 157:8, 177:2, 178:15, 178:19, 180:16, 189:18, 194:5, 202:8, 218:20, 239:11, 247:10, 251:22, 258:25, 275:24
words 36:21, 40:14, 100:15, 103:20, 104:2, 104:17, 111:12, 116:25, 121:25, 122:1,

122:2, 123:22, 126:20, 149:8, 149:9, 150:1, 171:14, 182:21, 182:22, 211:21, 211:22, 211:24, 212:1, 220:17, 275:22
work 27:18, 38:21, 38:21, 119:15, 122:24, 126:1, 126:10, 126:15, 127:5, 127:16, 130:20, 134:19, 183:1, 183:4, 183:4, 183:6, 184:1, 184:3, 184:4, 184:5, 184:6, 189:16, 203:13, 225:14, 268:17
worked 36:15, 54:2, 119:14
working 127:19, 128:12, 235:13, 235:22, 247:19, 265:2
works 28:4, 130:22, 130:24, 171:11, 171:14, 171:21, 171:22, 171:23, 171:24, 196:14
world 22:13
worried 62:10, 101:20, 151:9, 247:25
worry 13:13, 13:15, 13:16, 151:21, 169:19
worse 108:1
worst 69:21, 137:21
would 6:17, 10:21, 15:4, 15:15, 15:25, 16:2, 16:8, 16:13, 16:13, 17:11, 18:24, 22:9, 22:14, 25:18, 31:3, 31:6, 31:11, 34:11, 34:14, 36:21, 39:12, 39:16,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

39:22, 43:13, 44:17, 44:17, 44:18, 50:7, 50:19, 50:23, 54:17, 57:18, 57:19, 58:3, 62:17, 63:19, 65:25, 66:2, 66:9, 66:14, 66:16, 69:9, 70:4, 72:9, 72:22, 73:1, 73:2, 73:3, 73:22, 74:19, 74:19, 75:19, 75:20, 76:15, 77:6, 77:20, 77:20, 77:24, 79:5, 80:6, 83:11, 84:9, 84:9, 84:22, 85:19, 87:5, 87:17, 88:14, 88:16, 90:1, 90:9, 90:23, 94:6, 94:8, 96:6, 96:21, 96:23, 99:18, 101:5, 101:21, 102:15, 103:10, 108:6, 114:15, 117:25, 120:8, 121:23, 122:3, 122:4, 122:5, 123:20, 127:21, 128:6, 131:7, 132:20, 135:18, 136:9, 141:6, 142:3, 142:23, 143:18, 144:17, 146:3, 152:21, 153:9, 154:3, 160:18, 160:20, 160:23, 160:24, 162:8, 162:14, 162:16, 164:12, 165:18, 171:22, 173:2, 173:7, 174:9, 176:1, 176:9, 176:14, 176:23, 177:15, 177:22, 178:23, 181:7, 182:11, 184:15, 189:8, 189:12,

189:14, 189:16, 190:3, 190:4, 190:8, 190:9, 190:12, 191:12, 191:25, 193:23, 197:8, 198:15, 210:10, 219:12, 222:7, 225:4, 228:12, 229:19, 230:21, 231:16, 231:18, 231:24, 234:5, 235:14, 240:18, 241:9, 241:10, 241:20, 242:13, 246:6, 246:12, 248:5, 249:20, 250:10, 250:10, 250:13, 250:13, 252:22, 256:11, 257:13, 257:18, 259:12, 262:7, 262:15, 262:20, 263:7, 264:19, 266:14, 268:12, 268:24, 269:7, 271:4
**wound** 7:19
**wow** 4:12, 22:16, 73:14, 144:11
**write** 130:11, 130:16, 185:23, 186:3, 186:13, 186:15, 186:17, 186:20, 187:9, 256:22
**written** 132:23, 259:1
**wrong** 64:23, 109:20, 109:23, 210:5
**wrote** 56:5, 64:17, 88:18, 88:22, 90:23, 96:12, 271:10, 271:13

---

**X**

---

**xfiltrate** 244:2

---

**Y**

---

**yeah** 3:8, 3:14, 3:19, 5:12, 5:12, 8:9, 9:4, 10:5, 10:18, 11:21, 11:23,

12:23, 12:25, 15:15, 15:18, 15:24, 16:12, 17:19, 18:6, 19:4, 19:8, 20:2, 20:22, 21:1, 21:11, 22:13, 22:21, 23:8, 23:19, 23:22, 23:24, 24:11, 24:13, 24:23, 25:4, 25:14, 25:17, 25:17, 25:18, 25:21, 25:22, 26:7, 27:2, 28:13, 29:3, 29:20, 30:16, 30:17, 33:2, 33:13, 34:14, 35:2, 35:22, 36:3, 38:10, 38:19, 41:4, 41:5, 42:3, 42:3, 44:24, 46:1, 46:18, 47:3, 47:22, 48:5, 48:19, 49:9, 49:15, 49:15, 49:21, 50:15, 51:2, 51:7, 51:16, 52:3, 52:14, 52:21, 53:3, 53:9, 54:5, 54:22, 55:1, 55:21, 56:2, 56:12, 56:20, 56:25, 57:21, 58:7, 58:13, 58:15, 59:2, 59:21, 60:16, 60:25, 61:6, 62:6, 62:7, 63:6, 63:8, 63:14, 63:16, 63:17, 63:17, 63:18, 64:3, 64:4, 64:15, 64:20, 64:23, 65:1, 65:12, 65:18, 66:15, 66:24, 67:8, 67:10, 67:11, 67:15, 67:18, 69:1, 69:6, 69:10, 69:10,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

69:15, 70:24,
71:5, 74:10,
75:18, 77:6,
77:24, 78:7, 78:9,
78:20, 79:4, 79:6,
80:14, 80:14,
80:16, 81:7,
81:12, 81:15,
81:24, 82:2, 82:6,
83:22, 84:12,
85:10, 85:22,
86:12, 86:25,
87:4, 87:10,
87:22, 88:9,
88:21, 88:24,
89:3, 90:3, 90:11,
90:15, 90:24,
91:3, 91:8, 91:20,
93:2, 95:7, 95:9,
96:11, 97:9, 99:9,
99:9, 99:15,
100:6, 100:10,
100:19, 101:5,
101:13, 101:17,
101:19, 101:22,
102:8, 102:10,
103:23, 104:23,
105:22, 108:14,
108:15, 111:24,
112:19, 114:10,
115:2, 119:1,
120:12, 120:16,
121:5, 122:2,
122:25, 125:13,
125:16, 126:22,
126:25, 127:1,
127:4, 127:14,
127:23, 129:13,
129:25, 130:1,
130:6, 130:17,
130:18, 134:12,
135:19, 135:21,
136:3, 137:18,
140:22, 141:12,
143:13, 144:2,
144:4, 144:13,
145:7, 147:5,
148:10, 148:21,
149:6, 149:12,
149:14, 150:2,
150:3, 152:4,

152:6, 157:9,
159:6, 160:19,
160:21, 162:1,
162:7, 162:14,
164:6, 165:6,
165:21, 170:23,
171:10, 172:22,
173:6, 173:19,
174:16, 177:6,
177:23, 178:2,
181:5, 181:5,
181:11, 181:11,
183:7, 185:9,
185:15, 185:15,
185:17, 185:23,
186:9, 186:19,
187:5, 187:19,
187:21, 188:5,
190:6, 190:20,
190:25, 191:1,
191:17, 191:23,
192:15, 192:16,
192:16, 198:24,
198:24, 198:24,
198:24, 198:25,
198:25, 199:5,
199:13, 199:22,
201:23, 202:2,
202:3, 202:9,
202:10, 206:1,
206:3, 206:5,
206:20, 206:21,
208:19, 211:2,
211:8, 212:2,
217:5, 217:9,
217:18, 217:22,
217:22, 217:23,
217:23, 220:11,
224:13, 226:21,
227:3, 228:16,
229:2, 229:7,
230:22, 231:1,
231:23, 235:17,
236:10, 238:7,
239:7, 242:12,
243:11, 244:20,
245:8, 245:9,
247:14, 248:2,
248:7, 248:15,
248:16, 248:19,
251:1, 251:2,

251:5, 251:14,
255:1, 257:9,
257:20, 259:7,
259:19, 260:22,
264:8, 264:8,
264:8, 264:11,
264:24, 269:20,
270:7, 271:5,
271:17, 275:4,
276:12, 277:1,
277:1

**year** 8:11, 17:1,
25:5, 25:6, 59:9,
59:24, 62:9,
93:24, 107:9,
147:13, 148:24,
221:17, 238:25

**year's** 148:12

**years** 7:25, 8:18,
21:19, 60:8, 62:6,
78:17, 141:16,
148:14, 155:21,
189:15, 228:10,
228:11, 231:19,
266:3

**yellow** 55:22

**yep** 31:3, 100:12,
102:1, 157:1,
158:2, 159:14,
191:6, 192:5,
206:13, 206:13,
258:10, 273:12

**yes** 1:15, 1:19, 1:23,
2:10, 2:23, 3:21,
4:16, 6:3, 8:22,
9:6, 9:11, 9:23,
10:8, 15:6, 15:10,
15:17, 17:15,
17:25, 18:8,
18:13, 19:24,
21:6, 22:23,
22:24, 24:14,
24:16, 25:12,
27:1, 27:7, 28:18,
31:15, 31:18,
32:6, 32:8, 32:17,
33:6, 33:16,
35:13, 35:22,
41:8, 43:7, 43:8,
44:21, 47:8, 48:4,
49:11, 51:18,

UNEDITED, UNPROOFREAD, UNCORRECTED, UNCERTIFIED ROUGH DRAFT

53:8, 53:22, 55:25, 55:25, 56:10, 56:23, 57:2, 58:8, 59:5, 63:21, 63:23, 71:7, 74:18, 78:8, 79:11, 79:22, 79:24, 80:3, 80:14, 83:12, 84:15, 84:22, 85:8, 86:15, 86:21, 88:20, 90:5, 92:25, 93:16, 102:2, 105:8, 107:5, 108:6, 108:17, 110:6, 110:8, 113:23, 114:4, 116:4, 116:6, 118:21, 121:25, 122:23, 123:6, 123:7, 123:12, 123:25, 126:17, 126:19, 128:14, 128:18, 130:3, 132:4, 132:17, 133:12, 136:22, 139:12, 140:9, 140:12, 141:2, 141:6, 143:8, 146:7, 149:7, 150:7, 152:6, 154:18, 154:20, 155:23, 156:16, 157:6, 158:1, 158:13, 162:23, 162:24, 163:1, 163:13, 165:3, 165:3, 166:20, 169:15, 171:3, 172:10, 174:9, 174:17, 175:1, 175:1, 175:24, 176:6, 183:9, 183:19, 183:19, 183:25, 184:15, 186:7, 189:12, 197:21, 197:23, 199:2, 201:7, 202:23, 203:6, 204:4, 204:25,

213:25, 216:25, 219:16, 219:19, 221:7, 221:9, 222:18, 222:20, 222:23, 224:4, 226:21, 227:5, 227:8, 229:25, 234:22, 235:2, 235:18, 235:25, 236:5, 237:5, 237:10, 238:5, 238:8, 243:8, 243:13, 244:15, 248:3, 253:7, 253:7, 253:14, 259:7, 262:4, 262:24, 263:13, 266:14, 270:19, 272:24, 273:17, 274:8, 274:23, 275:22, 277:4

**yesterday** 3:17, 3:22, 41:18, 46:7, 71:21, 79:2, 79:6, 106:5, 194:24, 274:23, 274:24

**yet** 24:3, 27:22, 43:6, 70:3, 133:13, 168:12, 170:20, 178:9, 195:8, 197:9, 202:18, 205:9, 214:12, 220:24, 272:6

**youtube** 215:19

---

## Z

**zach** 183:24, 183:25

**zermay** 46:7, 258:14, 272:15, 273:1

**zerme** 269:16, 269:18, 271:2, 272:4

**zona** 121:11, 121:12, 124:3

**zoom** 230:4, 243:4