**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
 et al.,

      Plaintiffs,

v.

JOHN ELIK, et al.,

      Defendants.

_____/

## ORDER REFERRING CASE TO MAGISTRATE
## JUDGE FOR SETTLEMENT CONFERENCE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this case is **HEREBY REFERRED** to United States Magistrate Judge Ryon McCabe for a settlement conference. Judge McCabe will coordinate with the Parties and schedule the settlement conference for a date and time convenient to him.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of May, 2026.

_____
Donald M. Middlebrooks
United States District Judge