**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.

_____/

**DECLARATION OF CODY WILSON**

I, Cody Wilson, declare as follows:

1.     I am the owner and manager of plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs").

2.     I have reviewed the first set of requests for production of documents served by defendant John Elik on March 5, 2026 ("Requests").

3.     I personally participated in, and oversaw, Plaintiffs' search for documents responsive to the Requests.

4.     I estimate that Plaintiffs spent more than 50 hours searching for documents responsive to the Requests and believe that Plaintiffs' search was thorough, diligent, and appropriate under the circumstances.

5.      I have reviewed defendant John Elik's Motion to Compel (Doc. 134) challenging the sufficiency of the documents produced by Plaintiffs in response to Requests for Production ("RFP") Nos. 4, 20, 21, 23, 41, 50, and 66 (as revised by the Court) (the "Challenged RFPs").

6.      To the best of my knowledge and belief, Plaintiffs have already produced all documents responsive to the Challenged RFPs in their possession, custody, or control.

7.      Specifically, as for RFP No. 4, Plaintiffs do not have a written revenue-sharing agreement.

8.      As for RFP No. 20, Plaintiffs produced the report prepared by its data security vendor, Mandiant, to investigate the security of Defcad's website.

9.      As for RFP No. 41, I believe I exchanged only a few Signal messages with JG in 2023.  At the time, I did not anticipate litigation relating to those Signal messages, and I no longer have possession, custody, or control of those Signal messages.

10.     Plaintiffs have searched for, and are unaware of, any documents in their possession responsive to RFP Nos. 50 and 66.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 19, 2026

*/s/ Cody Wilson*
Cody Wilson