## Change history: FEDCAD Meme

| DATE/TIME | USER | ACTION |
|---|---|---|
| May 22, 2024, 8:33 p.m. | punished_jackal | Changed approval_status, ear_firearm_classification, regulatory_status, thumbnail and tags. Added entity image "FEDCAD Meme (punished_jackal) - entityimages/b5a0cb1fed6049fc8dff77eeb8a22b38.png". |
| May 22, 2024, 8:43 p.m. | punished_jackal | Changed approval_status and tags. |
| July 18, 2024, 12:13 a.m. | DefDist | Changed tags and direct_download_entity. |
| March 22, 2026, 5:35 p.m. | TexasRanger | Changed Short name and Mod parent. |
| April 23, 2026, 7:18 p.m. | gwalliman | Changed Creators, Organization and Anonymous file upload. |
| May 3, 2026, 11:38 p.m. | gwalliman | Changed Approval status. |

6 entries

PLTFS00029188