UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


MATTHEW LAROSIERE

      Plaintiff,

vs.                                 Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

      Defendants.

_____/

### **DEFENDANT'S NOTICE OF LIST OF ALL NICKNAMES, USERNAMES, AND TOPICS FOR SLACK PRODUCTION PURSUANT TO THE COURT'S ORDER [DOC. 213]**

Defendant, **Cody Rutledge Wilson,** by and through his undersigned counsel, hereby provides notice to Plaintiff, **Matthew Larosiere** ("Plaintiff"), of Mr. Wilson's list of all nicknames, usernames, and topics in accordance with the Court's Order dated February 13, 2026, *see e.g.,* Doc. 213, at p. 14, ¶7(a), relevant to the issues in this case as framed by Plaintiff's discovery requests, for the time period of January 1, 2022 to present.  Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Cody R. Wilson Regarding Nicknames, Usernames, and Topics. *Id.*

 Dated: February 27, 2026           Respectfully submitted,

                              **WILSON ELSER MOSKOWITZ
                              EDELMAN& DICKER LLP**

                      By:   *s/ Leia V. Leitner*
                          Leia V. Leitner

Florida Bar No:  105621
111 North Orange Avenue
Suite 1200
Orlando,  FL  32801
Telephone:        407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No:  124571
Amaris C. Gyebi, Esq.
Florida Bar No:  1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:        941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of February, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendant, Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Leia V. Leitner*
Leia V. Leitner

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,        CASE №: 6:24-cv-1629-AGM-LHP

*Plaintiff,*

v.

CODY RUTLEDGE WILSON, DEFCAD,
Inc.,     DEFENSE     DISTRIBUTED,
DIOSKOUROI, LLC,

*Defendants.*

_____/

## AFFIDAVIT OF CODY R. WILSON REGARDING NICKNAMES, USERNAMES, AND TOPICS PURSUANT TO THE COURT'S ORDER [DOC. 213]

I, Cody Rutledge Wilson, declare, under penalty of perjury, as follows:

1. I am over the age of eighteen (18) years and am competent to make this affidavit. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. In compliance with the Court's Order, (Doc. 213 at p. 14), hereby submit this affidavit in connection with the above-captioned matter to provide a comprehensive list of all nicknames, usernames, and topics relevant to the issues in this case as framed by Plaintiff's First Set of Request for Production dated September 28, 2025, for the time period of January 1, 2022, to the present, specifically:

3. The following is a complete list of all terminology and words I have used to identify or refer to the works at issue in the First Amended Complaint, Doc. 43,

330859180v.1

(RFPs 5, 32), for the time period of January 1, 2022, to the present: MP99, Amigo Grande, KF5, SF5, Plastikov, Hitchhiker, build guide.

4.     The following is a complete list of all terminology, search terms, and usernames I have used to describe or refer to Plaintiff Matthew Larosiere (RFP 20), for the time period of January 1, 2022, to the present: Larosiere, Fuddbuster, Fudd Buster, Matthew Larosiere, Matt.

5.     The following is a complete list of all terminology, search terms, and usernames I have used to describe or refer to Plaintiff and/or John Elik (RFPs 111, 112), for the time period of January 1, 2022, to the present: Ivan, Elik, IvanTTroll, IvanTheTroll, Guard Denver, Gang, Enterprise, Gatalog, The Gatalog Foundation.

6.     The following is a complete list of all names or terms I have used to describe or refer to "the Gatalog" for the time period of January 1, 2022, to the present: The Gatalog, Gang, Enterprise, DD2, The Fudd Busters, The Gatalog Foundation, The House of Buster, Ivan's Folly.

7.     I have made a diligent and good-faith effort to identify all nicknames, usernames, and topics responsive to the categories set forth above.

8.     I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

Executed on 26ᵀᴴ February 2026, in Austin, Texas.

CODY RUTLEDGE WILSON

2

BEFORE ME, the undersigned authority, personally appeared Cody R. Wilson who is personally known to me or who presented Tx DL as identification.

SWORN TO AND SUBSCRIBED before me this 26th day of February 2026.

_____
NOTARY PUBLIC, STATE

OF Texas

Print Name/Stamp Commissioned Name:

Paschal Obasi

PASCHAL OBASI
Notary Public, State of Texas
My Comm. Exp. 02-28-2026
ID No. 13361645-2

3

330859180v.1