UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-DMM

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

      Defendants.

_____/

## NOTICE REGARDING SETTLEMENT CONFERENCE

Pursuant to the May 15, 2026 Order entered by Magistrate Judge McCabe, undersigned counsel for Plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc., now confirms that counsel for all parties are available to attend mediation via Zoom on June 1, June 2, and/or June 3, 2026.

Respectfully submitted,

By: */s/ Brendan Everman*

**PRYOR CASHMAN LLP**

255 Alhambra Circle, 8th Floor

Miami, Florida 33134

Telephone No. (786)582-3007

Brendan S. Everman

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

_s/  Brendan S. Everman_

<u>**SERVICE LIST**</u>:

**Matthew M. Larosiere, Esq.**
6964 Houlton Cir.
Lake Worth, FL 33467
Tel. (561) 452-7575
Email: larosieremm@gmail.com
*Attorney for Defendants, John Elik,*
*John Lettman and Josh Kiel Stroke*

**Gary C. De Pury, Esq.**
21035 Leonard Road
Lutz, FL 33558
Tel. (813) 607-6404
Email: Gary@DePury.com
*Attorney for Defendant, Alexander Holladay*

**Zachary Z. Zermay, Esq.**
3000 Coral Way, Suite 115
Coral Gables, FL 33145
Tel. (305) 767-3529
Email: zach@zermaylaw.com
*Attorney for Defendant, Matthew Larosiere*

**Howard Foster**
155 N. Wacker Dr., Suite 4250
Chicago, IL 60606
Email: hfoster@fosterpc.com
*Attorney for Plaintiffs*