UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81197-Middlebrooks/McCabe

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and DEFCAD, INC., a Texas corporation,

       Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually,

       Defendants.

_____/

## ORDER SCHEDULING SETTLEMENT CONFERENCE VIA ZOOM

THIS CAUSE comes before the Court on the Order Referring Case to the undersigned for a settlement conference.  (DE 136).  Accordingly, the Court **ORDERS** as follows:

1. Conference Date:   A settlement conference shall be held as follows:

| | |
|---|---|
| BEFORE: | U.S. Magistrate Judge Ryon McCabe |
| DATE: | June 3, 2026 |
| TIME: | 1:00 P.M. |
| PLACE: | The settlement conference will be conducted **via Zoom.** |

2. Zoom VTC Login Instructions:   All counsel, parties, insurance adjusters, and anyone else attending the Settlement Conference shall attend by Zoom.  **To log in through ZoomGov Meeting**, use Meeting ID: 160 263 9132 and Passcode: 929006.   Counsel shall ensure the dissemination of the login instructions to all attending.   Counsel must meet (in-person or remotely) with their clients in advance of the settlement conference to discuss measures that will ensure that both counsel and client have the ability to participate in a Zoom meeting by audio and video, with a stable internet connection.   In particular, clients

unfamiliar with Zoom should do an advance trial run at the location where they will participate in the settlement conference.  If there is any doubt about a client's ability to maintain a stable connection to Zoom during the settlement conference, counsel shall make arrangements for the client to participate in the settlement conference at counsel's office.

3. <u>Mandatory Attendance</u>: Parties and their lead counsel must personally appear at the conference by Zoom.  An individual with full and complete authority to negotiate and finalize a settlement for each party must be present.  Counsel and the parties should be prepared to work through the afternoon if necessary.  A corporate party shall send a representative with full and complete authority to bind the company.  Such mandatory appearance is intended to increase the effectiveness of the settlement conference.  As such, failure to produce the appropriate person(s) or failure to participate in good faith may result in an award of costs, attorney fees, or other appropriate sanctions.

4. <u>Pre-Conference Settlement Efforts</u>:  Prior to the settlement conference, the parties shall negotiate and make a good faith effort to settle the case without the Court's involvement. Proposals and counter proposals shall be made.   If settlement is not achieved, the parties shall be prepared to engage in further good faith negotiation at the conference.

5. <u>Confidential Settlement Memoranda</u>: Each party's counsel shall email to chambers (mccabe@flsd.uscourts.gov), but **not** file, a candid memorandum of ten pages or less with its respective views in the light most favorable to its client, as well as any proposed settlement amount(s), citation to legal authority, or additional information that will be helpful to the Court in preparing for the settlement conference.   Each memorandum shall include a specific recitation of relevant facts, a discussion of case strengths and

weaknesses, and a report on the parties' pre-conference settlement efforts outlined above. If not already part of the record, copies of any critical agreements, business records, photographs, or other documents shall be attached to the memorandum.   **The memoranda shall be submitted by May 29, 2026.**   Counsel shall indicate what portions of the submissions, if any, may be shared with the opposing party/counsel at the settlement conference.   Otherwise, the information will not be shared.

6.  Conference Format: The Court will generally use a mediation format:   a joint session with opening presentations by the Court and each side followed by private caucusing by the Court with each side.   The Court expects all parties to be fully prepared to participate. The Court encourages all parties to keep an open mind in order to re-assess their previous positions and to discover creative means for resolving the dispute.

7.  Proposed Settlement Agreements: Each party's counsel shall have prepared a proposed settlement agreement.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of May 2026.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE

3