All Reasons

| Why did you cancel your LEGIO membership? | Other | Please provide more detail | Submit Date (UTC) |
|---|---|---|---|
| | Changed plan to the $84 plan | I registered to the $60 plan, and wanted the $84 plan | 2026-02-12 16:33:09 |
| | Just didn't want credit card automatically billed -- didn't know how to stop auto billing without canceling | ' | 2026-02-12 16:07:09 |
| Could not access files | | wasn't informed  in pa you needed ffl for snap caps | 2026-02-09 23:08:56 |
| Could not access files | | I rarely go out there.  I saw the charge, and realized I hadn't been out there since 2024. | 2026-02-06 17:45:37 |
| Costs too much | | No money | 2026-02-05 15:14:33 |
| Could not access files | | Couldn't access DEFCAD files | 2026-01-30 21:43:10 |
| Could not access files | | DEFCAD wouldn't let me accesses files | 2026-01-30 21:33:21 |
| Could not access files | | the verification system did not work I want a refund | 2026-01-29 22:33:09 |
| Could not access files | | Bought the shit tried to get some files said I had to have them sent to a fucking ffl I live in Montana and I don't need a fucking file sent to an ffl shits a goddamn joke | 2026-01-29 04:49:04 |
| Could not access files | | | 2026-01-29 04:47:25 |
| | All the files were available for free elsewhere | | 2026-01-27 19:50:09 |
| Costs too much | | It cost too much | 2026-01-19 03:12:22 |
| Costs too much | | It cost too much for what it does | 2026-01-19 03:12:02 |

All Reasons

| | | | |
|---|---|---|---|
| | I cancelled original subscription after realizing I had two. Auto-login failed and I though my account was expired; I created a new subscription. | User error: When looking for my account id, my auto login failed, I thought my current subscription had expired and created a new one. Upon logging in, I saw the my original was still valid. I cancelled my original subscription. | 2026-01-16 11:43:33 |
| I don't want to support fedcad | | Not interested | 2026-01-13 02:57:59 |
| | No | No | 2026-01-13 02:56:51 |
| Could not access files | | No link to files I thought this was for 3D files that could be printed | 2026-01-12 02:47:49 |
| | Un wanted charge on my card | I didn't get the option to renew or not | 2026-01-10 01:37:52 |
| Costs too much | | I like the service I just cant afford it right now | 2026-01-09 03:49:46 |
| | Duplicate membership, attempted to cancel newer one, 2024 and leave 2023 intac. Please verify!! Should have #119651 still active. Please correct if I bungled this. Was charged 11/26/2025 & 11/30/2025. Want ONE yearly payment, PLS verify I got this fixed. Many thanks. | Duplicate membership or subscription, was double charged 11/26/2025 & 11/30/2025. Attempted to DELETE the later, 2nd one... Please VERIFY and fix it correctly. Want 1 membership with 1 yearly charge. Thanks. | 2026-01-08 17:37:59 |
| Costs too much | | | 2026-01-05 16:23:06 |

All Reasons

| | | | |
|---|---|---|---|
| | Very misleading | Tried getting files from DEFCAD. Took 4 days to get the verification to finally be accepted with no help from DEFCAD. They push you to a one year subscription for $60 instead of the $7 a month on your website. Then I finally get verified to get files and cant even download simple files that would not need a FFL. Then you want to send the files to a FFL this whole system is misleading and very deceptive. At this point I just want a refund because I dont wont to keep playing games and wasting time when I can just build files. | 2026-01-04 19:04:13 |
| Concerned about personal security / privacy | | ID verification is crazy especially only allowing 21+ (this is the fucking internet). Places like Odysee, CTRLPew, TheGataLog, and Fosscad out perform you and I hope they run you guys into the fucking ground. The fact you guys try to have more control and reach than a government body is insane. and using a paywall to hide access and then only after you get your money you make it known you have to ID and be over 21. You guys are scum and scammers. I hope you all sincerely go fuck yourselves | 2026-01-03 23:35:11 |
| Costs too much | | do not use service | 2026-01-03 14:03:02 |
| Costs too much | | too much money for me | 2026-01-03 05:23:50 |

All Reasons

|  |  |  |
|---|---|---|
| | I thought I had cancelled my membership two years ago. Did not get an email on my end until now. Check my account and saw that I have been charged since 2024. Will be speaking to my bank in regards of you guys not being transparent and communicating that I am getting charged. | Please read previous answer, but I had subscribed in 2023 of January, I was informed that during 2024 that I cancelled my membership and not be charged. UNTIL NOW, I get an email stating that I had renew my membership automatically to a card that I cancelled years ago. The lack of transparency and communication is asinine. I have been inactive since 2023. I know for a fact that you can see my activity in regards when I log in. I haven't been in this account since mid 2023-late 2023 to cancel membership. Aside from logging in January of this year, You can also see I've been inactive since then. Will be contacting bank in regards of the previous charges not being aware of. | 2026-01-03 04:55:37 |
| I don't want to support fedcad | | Cody Wilson's conviction for one. The undisclosed data breaches for two. The theft of IP for three. The gatekeeping of data behind crypto paywalls for four. The self-righteous behavior of Cody Wilson for five. | 2026-01-01 15:18:55 |
| | had 2 memberships | | 2025-12-30 03:45:04 |
| Could not access files | | I am now charged to buy individual files on top of my membership. This is not what I signed up for. If I need to purchase files than I will do so where I don't need a membership first. | 2025-12-25 03:09:25 |
| Costs too much | | Never used the site | 2025-12-24 17:40:44 |

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | | 2025-12-17 08:05:36 |
| | I got double charged. I'll never cancel. | | 2025-12-05 13:04:44 |
| | Did not have my permission to renew | Was charged without any warning or notice. | 2025-12-05 04:49:24 |
| | Automatically renewed. | It autorenewed- no prior warning, and no option shown to not. Bummer | 2025-12-03 04:48:55 |
| Could not access files | | The subscription is useless to me i can't access any files with out an ffl including simple tools | 2025-12-02 19:03:22 |
| | taking a break. | nope | 2025-12-02 01:01:05 |
| Could not access files | | went to purchase a set of files and was told to enter a ffl number, which is said nowhere that I needed one | 2025-11-28 14:28:34 |
| | Personal financial hardship | I would love to remain subscribed but cannot justify it against my current life situation | 2025-11-27 04:22:54 |
| | Just don't use it often enough. That's all. I'm still a huge fan. | I just don't use it often enough. That's all. | 2025-11-25 00:01:19 |
| | Don't use service | I haven't used thier service so I don't see continuing in the future | 2025-11-24 18:34:30 |
| | I upgraded and was getting charged twice. | I upgraded my subscription and was getting billed twice. I stopped the lower one. | 2025-11-22 23:37:29 |
| | Financial hardship | | 2025-11-22 16:04:21 |
| | It wasn't what I thought it was | I thought I had to have membership | 2025-11-19 01:31:39 |
| Could not access files | | Unable to access files unless compromised privacy and security | 2025-11-18 01:32:22 |

All Reasons

| | | | |
|---|---|---|---|
| | No one at ghost gunner would answer my requests for support on my GG3s. I have sent countless emails and I don't ever get any responses. I'm not going to paid for tech support and then not receive it. | | 2025-11-17 20:54:02 |
| Costs too much | | Not unhappy with value but I am no longer using the service. | 2025-11-17 01:02:52 |
| Could not access files | | I wanted to access Parabellum v2, but unfortunately I couldn't; the website is confusing. I request a refund. | 2025-11-13 04:29:27 |
| Could not access files | | Defcad website is generally unusable. Times out logging in etc. | 2025-11-11 02:33:26 |
| | I somehow had a duplicate acount and got double billed. Customer service refunded the extra and took care of it. | | 2025-11-11 02:06:17 |
| | On a strict budget now | Im disabled from a work injury. Have to minimize bills | 2025-11-10 12:20:03 |
| Costs too much | | Do not use it enough for the benefit | 2025-11-09 01:33:27 |
| Could not access files | | I was not aware I needed an ffl for defcad. Many files are available elsewhere for free and I want a refund for my membership. | 2025-11-06 14:49:34 |
| Concerned about personal security / privacy | | | 2025-11-06 04:09:56 |
| | Don't need anymore | Do not want anymore | 2025-11-06 01:48:35 |
| | no longer have need for services | no longer have need for services and did not use | 2025-11-03 15:45:53 |

All Reasons

| | | | |
|---|---|---|---|
| | I had it on autopay and I'm in Florida for the winter without my 3d printer. Other than that all was great thank you. | | 2025-10-30 00:21:33 |
| | I just accidentally bought a second subscription, I only needed to renew my original subscription | Great customer service, got a response and a refund within 48 hours of requesting it. Nothing bad to say, happy to keep my original subscription. :) | 2025-10-28 22:01:30 |
| | Because I just love filling out fuckin stupid surveys. Fuck. | Fuckin surveys. Fuck them. Fuck them all. | 2025-10-22 17:12:10 |
| | We really havnt used it since last year an forgot all about it an no longer need it | Do use the site no longer | 2025-10-19 20:55:18 |
| | Unable to just download files now. | When originally having a membership I was able to download files from defcad with the state Id verification. Now when I tried to do the same thing again. It wasn't. I was prompted for a jump drive and pay for shipping. Not happening. | 2025-10-18 16:59:22 |
| Could not access files | | My state blocks it | 2025-10-17 17:59:54 |
| | Don't use | I do not use it. | 2025-10-16 20:12:06 |
| I don't want to support fedcad | | I did not even remember ordering it | 2025-10-13 22:13:21 |
| Could not access files | | It would not except my ID. Tried multiple times and got the same results. | 2025-10-09 00:14:19 |
| | Lots of hoops to jump through and then it would not verify my info. To much of a hassle. | There is so much verifying that it is not worth the time and effort. Once it strated telling me it could not verify my information I was tired of trying. | 2025-10-06 13:17:18 |
| | Don't use | No longer use it | 2025-10-02 17:01:41 |

All Reasons

| | | | |
|---|---|---|---|
| | Not currently using and need to save money. | Appreciate the platform and support it's existence; however, I need to save money and am not using it right now. | 2025-09-29 17:53:32 |
| | I changed my membership to supporter. | I changed my membership to supporter. | 2025-09-24 18:31:26 |
| Could not access files | | In all the years I've had a paid membership the two times I've actually tried to use the downloads have been nothing but trouble, blocked access and demands for my private information.  I'm done. | 2025-09-23 17:38:52 |
| | I didn't mean to renew it.  I thought I had cancelled automatic renewal | I did not mean to renew my subscription.  I thought removing my credit card details would have been good enough, but it was not. | 2025-09-21 20:19:02 |
| Costs too much | | I have other obligations | 2025-09-21 03:28:43 |
| | Can't afford it right now | I just dont have the extra money for it right now. I might renew again in a few months when im able to afford it. Thanks. | 2025-09-12 18:53:36 |
| | Did not use as much | | 2025-09-10 20:41:36 |
| Could not access files | | Asked for a fla to send files to never mentioned any of that before purchase of membership | 2025-09-05 23:25:38 |
| Could not access files | | Needed an local ffl to buy an bear mase clip I want my money back | 2025-09-02 05:20:43 |
| | I was double enrolled | Apparently, there were two active subscriptions. | 2025-09-01 10:45:14 |
| | reorganizing my finances | due to increase in cost of food etc, had to cancel several items to save money | 2025-08-25 20:40:23 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | Website only accepts bitcoin. Already have the membership to access "free files" and unable to pay with bitcoin. | 2025-08-23 00:45:31 |
| Concerned about personal security / privacy | | Too much personal information involved and it's a bit pricey. I also found out how to access the files somewhere and else for free. | 2025-08-18 12:02:44 |
| Concerned about personal security / privacy | | Did knowing it was possible honeypot, wish to end my association with these services | 2025-08-18 01:22:35 |
| Could not access files | | Defcad doesnt work, verification system is broken. no emails get responded too. | 2025-08-16 07:05:16 |
| Could not access files | | I was never able to access any files I reached out for support and never got an email back. I tried uploading license twice and it never worked | 2025-08-12 12:39:06 |
| Could not access files | | Don't have license to access files | 2025-08-11 22:02:14 |
| | About to be extremely poor. Mortgage + baby | Mortgage+baby+boomer economy = no monies | 2025-08-08 12:43:13 |
| Could not access files | | Unable to access Defcad files after completeing authenticator | 2025-08-01 23:32:22 |
| | N/A | N/A | 2025-07-30 16:08:17 |
| Could not access files | | I do not have an FFL and was unable to download anything off of Defcad due to that reason. I have no use for a subscription that I cannot use yet. | 2025-07-23 23:11:59 |
| Could not access files | | Not enough info provided. | 2025-07-22 20:20:29 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I purchased the lincense so I could purchase 3D models from DefCad but when I tried to checkout it requires me to give an FFL number, which defeats the entire point. I would love to be refunded if possible. | 2025-07-22 02:15:40 |
| | purchase | Accidentally purchased | 2025-07-21 23:05:11 |
| Could not access files | | Was just donating, was not able to take advantage of any of the files do to my location. | 2025-07-20 20:17:04 |
| | No longer need the file access | I just did on the page above. | 2025-07-20 14:16:46 |
| Costs too much | | The site is too confusing for me | 2025-07-16 17:41:17 |
| I don't want to support fedcad | | Feds stole 180$ on recurring payments from this site that can't cancel a subscription, this is the third time cancellation | 2025-07-16 03:37:27 |
| | Duplicate memberships | My best guess is that, when I tried to renew my membership, I would up starting a second one.  Just a guess, because I received two automatic renewal e-mails one day apart. | 2025-07-10 22:59:13 |
| | A & C (bad web scripts and total PITA to access files) | bad web scripts and total PITA to access files | 2025-07-03 23:02:06 |
| | "pride month" | Wow | 2025-07-01 06:42:16 |
| | Your recent disgusting article encouraging homosexual literature and behavior. Stay in your lane, you are anti gun control, not a homosexual advocacy group. | | 2025-07-01 05:40:42 |
| | Forgot about the subscription because I don't use it. | I forgot about the subscription because I don't use it. | 2025-06-30 22:04:12 |
| | No longer interested in defcad | i have different priorities now, love ya though! | 2025-06-27 20:34:15 |

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | Just don't want to put all my information out there with respect to my rights not being violated | 2025-06-26 18:30:07 |
| Could not access files | | i could not get my ID verified correctly it kept requsting i verifry overt a over again | 2025-06-25 21:27:59 |
| Could not access files | | | 2025-06-24 20:59:02 |
| I don't want to support fedcad | | Unauthorized charge/SCAM | 2025-06-21 22:38:38 |
| | Did not use website much after the first month. | I did not use the website much after the first month of membership, also my 3d printer is on the fritz and I'm still figuring out how to repair it. | 2025-06-17 15:19:23 |
| Costs too much | | At $60 per year, it is just too much for my usage. $20-30 seems fair for a base level. | 2025-06-11 03:20:09 |
| Costs too much | | I had asked for my subscription to be cancelled last year and it said pending cancellation but my subscription renewed for some reason | 2025-06-09 22:18:43 |
| | Idk why or how I was subscribed to you | Idk why I was subscribed idk yall | 2025-06-05 23:49:04 |
| Could not access files | | needed ffl which was never mentioned and could only pay in bitcoin, also never mentioned | 2025-06-04 21:54:12 |
| Costs too much | | have not used it in over 10 months | 2025-06-02 01:31:00 |
| Could not access files | | Downloads in defcad stopped working | 2025-06-01 16:27:42 |
| Concerned about personal security / privacy | | | 2025-05-25 23:25:50 |
| Costs too much | | NEED TO SAVE MONEY | 2025-05-24 03:10:55 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I paid accidentally paid twice in that week. | 2025-05-20 23:08:28 |
| I don't want to support fedcad | | can get same or better free... def cad is not needed and cost to much with way to many stolen, copied, and untested models | 2025-05-20 22:47:29 |
| | Dont want any more auto subscriptions, I may still donate | I'm eliminating all auto subscriptions. | 2025-05-20 17:47:28 |
| Could not access files | | I paid $60 to access files on Defcad and still have trouble accessing STL's.   I'm getting ready to email their support but this is too much effort for a paid subscription when I can find 99% of what I'm interested in for free.   For $60, I expect it to be verification to be quick or instant and flawless logins and downloads. | 2025-05-18 20:45:26 |
| | Auto pay is inconvenient for me. Trying to reduce spending. | My financial situation has changed making it necessary to reduce and control spending. | 2025-05-15 15:34:08 |
| I don't want to support fedcad | | i have not used the service, and many of the files are already availble via other sources that do not require 2 factor auth to use them. also, cody wilson should be in jail for sex with minors. | 2025-05-14 18:30:23 |
| Costs too much | | | 2025-05-13 20:36:19 |
| Concerned about personal security / privacy | | You need my id and so much info to get anything and even then it is a huge hassle not worth it I've tried numerous times to get a file and I've spent $120 in the past two years to not even get a single file | 2025-05-11 17:57:52 |

All Reasons

| | | | |
|---|---|---|---|
| Costs too much | | | 2025-05-09 21:06:18 |
| | cant afford right now, might get again later... | what more detail could you possibly want or need? | 2025-05-09 10:54:46 |
| | charged twice for membership cancel to one pleaseeases | charged for two memberships a day apart cancel one please | 2025-05-06 02:49:46 |
| Could not access files | | I live in Pennsylvania and apparently the files have to be sent to an FFL and I don't want to do that | 2025-05-04 13:44:08 |
| Could not access files | | I need to provide an FFL if I want to download anything.  I live in Pennsylvania. Why do I need to provide an FFL? | 2025-05-02 01:16:05 |
| Costs too much | | I just renewed in October, and now am getting billed for another year, but am not expired. What is going on there? | 2025-04-28 15:32:43 |
| I don't want to support fedcad | | | 2025-04-22 17:00:23 |
| Costs too much | | Cost too much and I don't use it anymore | 2025-04-22 16:15:00 |
| Concerned about personal security / privacy | | | 2025-04-17 19:58:12 |
| | Times are tough, cant spare the money | The economy is tough right now, my income has decreased, and I need to save every dollar I can. | 2025-04-16 20:19:03 |
| | Needed funds for new project | Simply needed all funds possible for a new project. Keep up the good work. | 2025-04-12 10:27:45 |
| | Honestly, I bought so I could download a file but it turned out to be disappointing so I wasted my money.. | | 2025-04-10 01:03:25 |

All Reasons

| | | | |
|---|---|---|---|
| | Got married and am wanting to cut down on the number of subscriptions. | I 100% appreciate what you guys do. Just wanting to honor my wife with regards to where money is being spent. | 2025-04-06 21:06:14 |
| | I tried to cancel before and it wouldn't let me and I still got charged | I don't use subscription and have cancelled it previously in the year but i saw I was just charged | 2025-03-31 06:03:27 |
| Costs too much | | I thought I already cancelled can I get a refund thanks | 2025-03-28 17:42:59 |
| | Don't use it | Don't use it | 2025-03-27 18:03:58 |
| | lost job cant afford anything | lost job have to save moneys anywhere i can | 2025-03-22 02:19:58 |
| Costs too much | | Pretty self explanatory. | 2025-03-21 11:43:27 |
| | I found what I needed somewhere else for now. I may be back in the future. Thank you | I am new to 3D printing and found some other websites easier to access files without a subscription. | 2025-03-15 10:55:10 |
| | Wrong info | Wrong info | 2025-03-14 18:27:21 |
| | Didn't use it as much as I had been | I haven't used the website in over a year, except to just browse. | 2025-03-14 12:12:19 |
| Costs too much | | I don't use this service enough to justify the cost. | 2025-03-14 04:53:44 |
| Could not access files | | After providing my government ID I still could not be verified for a download. | 2025-03-13 01:19:17 |
| | Subscribed to wrong service by mistake | I was trying to subscribe to 3D printer files - not CAD files.  I cancelled so as not to renew automatically next year. | 2025-03-02 15:08:44 |
| Could not access files | | It requires an ffl to download files to new york. I was not made aware of his until after trying to download the files. | 2025-02-19 23:50:44 |
| | dont print anymore | | 2025-02-15 18:10:18 |

All Reasons

| | | | |
|---|---|---|---|
| I don't want to support fedcad | | Cody Wilson's treatment of the community and ripping off files without the authors consent is wrong. | 2025-02-13 20:59:52 |
| Could not access files | | Not user friendly | 2025-02-12 16:58:28 |
| | was not told about FFLs before any kind of purchase | Was not told about FFLs before any kind of purchase | 2025-02-09 18:22:57 |
| | Don't use it anymore, for various reasons. | Change in personal interests and manufacturing methods. | 2025-02-07 15:49:54 |
| Concerned about personal security / privacy | | | 2025-02-07 15:12:46 |
| | Didn't use it as much as I thought I would | Did not use the subscription virtually at 👥 All last year | 2025-02-07 00:51:21 |
| | Financially cant support it currently | Finances and other life events unfortunately dont allow me to keep the subscription at this time | 2025-02-05 21:49:24 |
| Could not access files | | didnt want to provide id | 2025-02-05 19:49:25 |
| | Upgraded subscription manually and deleted old subscription | Deleted duplicate subscription | 2025-01-31 14:31:48 |
| | Uncomfortable giving my SS# pictures of my ID and taking a selfie to download files that's are free everywhere else. I'd pay the membership all day long but the extra steps is why I'm out! | | 2025-01-30 01:29:00 |
| | I did not use the content enough to feel a need to renew, then forgot to cancel before it was auto renewed. | I have barely used the platform, no need in the coming year to renew something I no longer use. | 2025-01-24 00:12:51 |
| | Don't use it | I've already given you enough of my time. I don't owe you more detail. Just cancel the subscription. | 2025-01-21 23:49:59 |
| Could not access files | | I'm unable to use the files that used to be accessible to me. I want a refund | 2025-01-21 23:14:43 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | Tried downloading files from defcad and it wouldn't do location to do it. So canceling cause I paid like asked but still could not access files | 2025-01-20 01:33:05 |
| I don't want to support fedcad | | Multiple reasons.  File access worked at first, but then stopped.  The location scan never works, possibly because I'm on Starlink.  Also, while I understand the need to finance the project, selling creators' works without their permission and in violation of license terms is pretty cringe. The lawsuit with Gatalog was the final straw. | 2025-01-17 20:57:12 |
| Could not access files | | kept getting an error after trying to access the files i was interested in researching. | 2025-01-16 06:36:05 |
| Costs too much | | Could not afford it | 2025-01-15 22:59:16 |
| | Dont use it | I have not used the site in a year | 2025-01-13 20:38:25 |
| | Bought a higher tear membership | I went from standard member with an old credit card to a higher tear with a new credit card | 2025-01-12 09:27:30 |
| Costs too much | | More than I can afford right now. | 2025-01-10 03:54:15 |
| Costs too much | | There isn't sufficient value for the price of membership. | 2025-01-10 01:56:05 |
| Costs too much | | | 2025-01-06 02:43:03 |
| Concerned about personal security / privacy | | | 2025-01-03 12:13:38 |
| Concerned about personal security / privacy | | | 2024-12-31 21:41:37 |

All Reasons

| | | | |
|---|---|---|---|
| Costs too much | | A month to month subscription would be more ideal for me. I may still subscribe at a later date gain though. | 2024-12-30 21:39:35 |
| Costs too much | | | 2024-12-30 18:03:41 |
| | Other | | 2024-12-29 16:02:35 |
| Could not access files | | I live outside the states | 2024-12-28 20:20:57 |
| | i was forced to purchase it for defcad. after purchase i verified my identity twice and the defcad website refused to let me download anything. complete scam | waste of time, obviously you arent fighting for our first amendment because we have to basically give our dna to download a file | 2024-12-27 15:59:56 |
| Could not access files | | Every time I try to download file it blocked me from downloading it. Have this a whole year and couldn't download one file. Restricted me from obtaining any files. | 2024-12-19 19:43:12 |
| Concerned about personal security / privacy | | I support what the organization does, and I am not worried about security on your end. I have reviews of my security clearance coming up, and can not risk my professional life. Thank You for all that you stand for. | 2024-12-18 15:57:26 |

All Reasons

| | | |
|---|---|---|
| Could not access files | I have sent numerous requests via CONTACT US & Email for clarification concerning why you require FFL info after payment has been made though never was there any notification before signing up that an FFL was required for my state of MD. Furthermore, I have requested information regarding numerous complaints that your business is a SCAM and that an explanation be given why and/or if I was mistaken during the registration process. At this point the CC charge is being disputed and an investigation is being done regarding this matter. Additionally - your published phone number 512-975-2385 is out of service. | 2024-12-16 17:26:18 |
| Costs too much | The cost is too high and I don't have a mill. Just not worth it. | 2024-12-15 04:40:12 |
| Costs too much | I don't use it enough to justify cost | 2024-12-14 19:37:14 |
| Haven't used it and don't see need soon | | 2024-12-14 17:06:16 |
| Concerned about personal security / privacy | I don't use any automatic renewals and renew manually so I don't have any financial surprise on my statement. From what I understand I'm good for 1 year subscription at the current time. | 2024-12-13 18:14:05 |
| I don't want to support fedcad | Never had to have an ffl support before | 2024-12-13 12:10:29 |
| Costs too much | Never used it. Everything I've ever printed I've found on free use sites like the sea or thing. | 2024-12-12 04:38:11 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I no have use of the files provided. But thank you for your work. | 2024-12-10 07:54:29 |
| I don't want to support fedcad | | | 2024-12-07 01:18:25 |
| | I think I accidentally signed up for two memberships. | My credit card on file had expired, and when I applied a new credit card, I think I accidentally signed up for a second membership. Hopefully, I still have one membership active. | 2024-12-05 02:58:44 |
| | Signed up in error - wrong website | Thought this subscription was required to use DefCad | 2024-12-03 07:25:58 |
| Could not access files | | When Cody developed this website, it was supposed to be for everyone now you need an FFL so fucking stupid | 2024-12-03 06:51:07 |
| Could not access files | | After a couple downloads it said there was some type of restriction I couldn't get past | 2024-12-01 03:05:57 |
| | 2 subscriptions | I realized that I had 2 subscriptions account #120164 and #77411.   So I canceled one. | 2024-11-30 02:08:37 |
| Could not access files | | I miss understood it's defcad. | 2024-11-29 03:00:54 |
| | I don't use it all that much | I've printed about 2 projects in a year | 2024-11-27 13:00:28 |
| | I was not informed prior to billing for a new year of membership | | 2024-11-26 15:36:46 |
| | Stopped printing | No longer using the subscription | 2024-11-26 03:45:05 |
| | No reasonable renewal warning. I dislike this practice. Even Amazon provides a few days warning. | Not the way to maintain trust... | 2024-11-25 00:24:20 |
| Could not access files | | Files I want I can't download | 2024-11-21 21:20:19 |
| I don't want to support fedcad | | | 2024-11-18 21:47:08 |

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | | 2024-11-18 21:46:45 |
| | No longer use | | 2024-11-18 00:31:54 |
| Could not access files | | Defcad was unavailable to me?? | 2024-11-17 01:52:05 |
| | Not sure I ever subscribed in the first place | | 2024-11-16 17:45:06 |
| Could not access files | | I never set my subscription to auto renew, so now I want the $60 y'all took yesterday, and I will not continue my subscription. | 2024-11-13 06:39:09 |
| | I don't have a printer large enough to print anything useful from the sight, and $60 annually is way too much. Should charge per file. Truth be told, I don't even remember what this site/membership offered me. I don't even remember signing up for it last year. | I don't recall what the membership benefits are, and I never heard anything from the site to remind me what is on there. | 2024-11-12 13:13:40 |
| | Double subscription | Looks like I made a mistake last year and bought another subscription.  I only need one subscription not two | 2024-11-12 12:18:29 |
| Costs too much | | currently tight on bills | 2024-11-11 00:34:07 |

All Reasons

| | | |
|---|---|---|
| Could not access files | As someone who was curious about trying to 3D print individual parts for personal curisoity, it was not made apparent that an FFL was going to be required. This additional price requirement is not something I am interested in buying, therefore since I cannot afford an FFL, I cannot access files that I paid you for. This seems like a cheap way to get people to spend which I dont approve of and am therefore cancelling my membership. | 2024-11-10 00:26:04 |
| I don't want to support fedcad | I have no interest in your site. | 2024-11-05 16:15:25 |
| Costs too much | I spent $60 to download the library, the new content in a year is not worth $60. | 2024-11-01 05:17:13 |
| Could not access files | I thought it is will be easier juust to get membership, and get files to print a couple for myself, but its asking for FFL license which kinda hard to get. So i cancelled i hope get money back | 2024-10-20 08:50:48 |
| Concerned about personal security / privacy | No VPN use, security clearances will flag this membership | 2024-10-19 11:05:43 |
| Costs too much | Recently lost job can't continue the subscription | 2024-10-14 22:56:54 |
| I didn't mean to purchase this membership | I did not mean to purchase this membership | 2024-10-14 13:50:49 |
| Costs too much | | 2024-10-14 12:00:30 |
| Concerned about personal security / privacy | its asking for id is wild i dont understand why it would do that | 2024-10-12 03:32:12 |

All Reasons

| | | | |
|---|---|---|---|
| | didn't use service | didn't have enough time to use fedcad | 2024-10-11 21:53:37 |
| | Change in my life | Can no longer afford due to finances | 2024-10-10 16:19:24 |
| I don't want to support fedcad | | You know why. | 2024-10-10 11:26:05 |
| | Renewal process created a new membership so I cancelled the old one | The renewal process created a new membership so I cancelled the old one. | 2024-10-08 22:25:36 |
| Concerned about personal security / privacy | | You know…. | 2024-10-05 19:22:10 |
| | i have two memberships for some reason. I only need one. | Somehow I joined twice.  I want to cancel and refund one membership. | 2024-09-30 10:52:37 |
| Could not access files | | commyfornia resident | 2024-09-26 18:30:16 |
| I don't want to support fedcad | | I don't like people who have sold out to the fed before | 2024-09-25 14:53:48 |
| Could not access files | | no access   DEFCAD has encountered a problem determining your access eligibility. | 2024-09-25 14:41:29 |
| Could not access files | | I joined for access to Stl files that interested me.  Last time I logged in there were not files.  Hate I have been paying for a subscription that obviously shifted its services. | 2024-09-22 13:46:03 |
| | Too many bills | | 2024-09-20 23:31:50 |
| Could not access files | | I signed up to be able to download CAD files, but could not due to sate restrictions. | 2024-09-20 14:38:59 |
| Costs too much | | | 2024-09-18 04:40:23 |
| Could not access files | | You never stated California could not download. Thieves!! SCAM!!  Will contact local investigative tv station | 2024-09-15 10:32:08 |

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I could not verify my age and would like a refund | 2024-09-15 05:22:30 |
| Could not access files | | | 2024-09-15 05:22:01 |
| | Just wanted to cancel subscription for now. | Just want to cancel for now. | 2024-09-14 19:54:55 |
| | The behavior in response to the lawsuit is destructive to the larger community. | Doxxing members of the community is reprehensible | 2024-09-11 16:27:38 |
| Concerned about personal security / privacy | | I am trying to keep my digital foot print small. | 2024-09-11 11:19:01 |