DEFENSE DISTRIBUTED, Et al.,

      Plaintiff(s),

      vs.

JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually,

      Defendant(s).

Case No.: 9:25-cv-81197

Deposition of Cody Wilson, Volume II

Thursday, May 7, 2026, 9:00 AM

REPORTED BY: Abdullah Khalid

PAGES 1-464

APPEARANCES

For the Plaintiff(s):

    HOWARD FOSTER

    ZACHARY Z. ZERMAY


For the Defendant(s):

    GARY DE PURY

    MATTHEW LAROSIERE


Also present:

    JOHN ELIK

    JOHN LETTMAN

INDEX

Deposition of Cody Wilson, Volume II                     Page No.

Direct examination by MR. LAROSIERE . . . . . . . . . . . . . . .   8

Cross examination by MR. ZERMAY . . . . . . . . . . . . . . . . 284

Certificate of Oath and True Testimony . . . . . . . . . . . . 305

Errata Sheet. . . . . . . . . . . . . . . . . . . . . . . . . . 306

Transcript Index . . . . . . . . . . . . . . . . . . . . . . . 307

EXHIBITS

Exhibit B  . . . . . . . . . . . . . . . . . . . . . . . . . . . 385

Exhibit C  . . . . . . . . . . . . . . . . . . . . . . . . . . . 387

Exhibit D  . . . . . . . . . . . . . . . . . . . . . . . . . . . 395

Exhibit E  . . . . . . . . . . . . . . . . . . . . . . . . . . . 399

Exhibit F  . . . . . . . . . . . . . . . . . . . . . . . . . . . 423

Exhibit G  . . . . . . . . . . . . . . . . . . . . . . . . . . . 426

Exhibit H  . . . . . . . . . . . . . . . . . . . . . . . . . . . 454

Exhibit I  . . . . . . . . . . . . . . . . . . . . . . . . . . . 459

Exhibit J  . . . . . . . . . . . . . . . . . . . . . . . . . . . 461

Exhibit K  . . . . . . . . . . . . . . . . . . . . . . . . . . . 463

THE REPORTER:   Good morning, everyone. We are now on the record. Today is Thursday. it is May 7th, 2026. The time is 9:03 a.m Eastern Standard Time. We are present to record the Deposition of Cody Wilson, Volume 2, in the case of Defense Distributed et al. versus John Elik and others. Court case number 9:25-cv-81197 my name is Abdullah Khalid, a Texas Notary Public, and I will be the Digital Reporter for today's Deposition. Could the Counsel for the Plaintiff identify themselves and spell their name for the record?

MR. FOSTER:   Howard Foster for the Plaintiffs and for Mr. Wilson.

THE WITNESS:   Did you hear that? I didn't hear that.

MR. FOSTER:   Did you hear me?

THE REPORTER:   Yes, I did.

MR. DE PURY:   Spell your name as well.

MR. FOSTER:   Do you need me to spell my name?

MR. DE PURY:   He asked for it.

THE REPORTER:   Yes, sir.

MR. FOSTER:   Howard, H-O-W-A-R-D, Foster, F-O-S-T-E-R.

THE REPORTER:   We have only one Counsel for the Plaintiff in the room?

MR. FOSTER:   Yes.

THE REPORTER:   Could the Counsel for the

Defense identify themself for the record?

MR. LAROSIERE:    Counsel Matthew Larosiere for Defendants Stroke, Elik, Lettman, and Clark.

THE REPORTER:    Right.

MR. DE PURY:    Gary De Pury. Last name is D-E, space, capital P-U-R-Y for Defendant Alexander Holladay.

THE REPORTER:    Do all parties stipulate to me conducting this oath and affirmation remotely, understanding we're not physically present with each other and may be located in different jurisdictions?

MR. DE PURY:    Yes.

THE REPORTER:    Could the Witness please state and spell their full name for the record?

THE WITNESS:    Cody Wilson, C-O-D-Y, W-I-L-S-O-N.

THE REPORTER:    Mr. Wilson, please hold your government issued photo identification up on the screen for me.

THE WITNESS:    I forget how close to--

MR. DE PURY:    You got it?

THE REPORTER:    Thank you.

MR. ZERMAY:    You got it.

THE REPORTER:    Mr. Wilson, please raise your right hand.

THE WITNESS:    Sorry, one moment.

THE REPORTER:    Do you swear or affirm to tell

the truth, the whole truth, and nothing but the truth during this Deposition?

THE WITNESS:   Yes.

THE REPORTER:   Noted. Counsel, whenever you're ready, you may begin with the questioning.

MR. LAROSIERE:   Is it the same link for this Deposition, or is it a new one?

MR. DE PURY:   It's a new link.

MR. LAROSIERE:   Just to make sure that-- one second. I have to send the link to the parties.

THE WITNESS:   It should still say, um, my name, but it'll say Part 2 or something.

MR. DE PURY:   Yeah, no. It's just a different link for a different day.

MR. LAROSIERE:   Different link, I see.

THE WITNESS:   So--

MR. DE PURY:   <unintelligible> You find it?

MR. LAROSIERE:   Here's the reminder.

MR. DE PURY:   Okay, there we go.

MR. LAROSIERE:   Yeah.

MR. DE PURY:   Mr. Reporter, you're going to have some other people log in also. You'll see the same names from yesterday.

THE REPORTER:   Noted, Counsel.

MR. DE PURY:   Yeah, Mr. Elik will probably

log in Mr. Holladay.

THE REPORTER: Yes, it was Mr. Lettman and Mr. Elik logged in yesterday.

MR. DE PURY: Okay, perfect.

MR. LAROSIERE: Sorry, I'm just getting my stuff together.

MR. DE PURY: If I do this again, I have six, seven Bluetooth speakers. The JBL--

MR. LAROSIERE: You do?

MR. DE PURY: --the big speakers. I should have thought to bring one. I didn't--

MR. LAROSIERE: I don't understand. You mean just for hearing the--

MR. DE PURY: to make this louder, I never use the speakers for this <unintelligible>.

MR. LAROSIERE: Is it not on max volume?

MR. DE PURY: That is max volume.

MR. LAROSIERE: Oh, wow.

MR. DE PURY: Maybe I'm not close enough. Okay. Just letting them in Zoom.

MR. LAROSIERE: All right.

MR. DE PURY: Yes. That's almost adequate. <unintelligible> I could've just run to Walmart last night and bought some machine plugins.

MR. LAROSIERE: Everything's pretty good in

DIRECT EXAMINATION BY MR. LAROSIERE

those consumer electronics I assume.

**MR. DE PURY:** Those JBLs are nice.

**MR. LAROSIERE:** It's amazing living in the future. All right, I'm ready to go.

**MR. DE PURY:** Okay, go ahead.

**THE WITNESS:** Um--

(DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:** We're talking about the three business entities here right? DD Foundation, DEFCAD, and Defense Distributed. I want to get to know a little bit more about each of these. What does DD Foundation, LLC do? Is that a hard question?

**A:** It's my first 30(b)(6) Deposition, so.

**Q:** Well, don't think too hard. It's your company--

**A:** Okay. Thank you.

**Q:** --and just answer the questions with what's in your head.

**A:** What I'm telling myself is, I think in this moment, I'm answering as DD Foundation, is that-- is that correct?

**Q:** I think you're overthinking it. I'm just asking you what it does.

**A:** Yeah. Yeah, no, I'll-- I'll answer. I just uh-- as my first one, I may, uh, pause to contemplate, you know, the scope of my prepared testimony for the companies, things like that. DD Foundation is a fraternity membership organization, an LLC, that supports the mission of Defense Distributed. I think

DIRECT EXAMINATION BY MR. LAROSIERE

that's a fair description.

Q:      Fraternity membership organization, so is this something different from a Legio membership?

A:      I see DD Foundation as a-- a company, and it is not identical to a Legio membership.

Q:      When you say the fraternity and membership organizations, does it sell memberships?

A:      It's fair to say that DD Foundation sells memberships.

Q:      Are those Legio memberships?

A:      Yes.

Q:      Are there any other memberships it sells?

A:      Does sell any other memberships? No, I think every membership DD Foundation sells has been a Legio membership.

Q:      You're saying has been, but might change in the future?

A:      Well, there have been memberships that were not Legio memberships and memberships that have not been sold.

Q:      Like what?

A:      Uh, we used to do a lifetime Defense Distributed member-- a-- a lot of DD foundation begins in 2018--

Q:      Mm-hmm.

A:      --and the idea of Legio itself is not quite defined. Legio is almost more defined after the lawsuits.

Q:      You're talking about the State Department lawsuits?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** Well, I mean, in fact, the multi-state stuff. A lot of people wanted to support Defense Distributed, but couldn't actually-- even, like, from New Jersey and these states that were fighting from the very beginning. Okay, here's how you can support us without being able to buy products, okay, that wasn't--

**Q:** Oh--

**A:** --that wasn't necessarily called Legio at that time.

**Q:** So is it previously like whatever the membership was necessitated that it was purchasing files, and this kind of made it so you're getting the membership from the Foundation, which includes these perks that you don't have to take, and those perks include access to the files; is that fair to say?

**A:** Y-- it's close.

**Q:** Okay.

**A:** I don't know that it's fair to say it. Purchase of files or subscription access to files is later. Legio and the memberships of 2018, are only to support the litigation-- the immediate litigation of Defense Distributed and the notion that Defense Distributed is doing something important, or can I have a patch, or can I have nothing and just, like, say that I supported Defense Distributed--

**Q:** Right.

**A:** --Um, that mediated access to the files comes

DIRECT EXAMINATION BY MR. LAROSIERE

later.

Q:     Came after? What do you mean by comes later? Like--

A:     In the history of DD Foundation, LLC.

Q:     Did that stem from the State Department litigation, where it wound up getting kind of tacked onto what became a Legio membership?

A:     I don't mean to split hairs. Um, I don't know that it stemmed from it. It was a natural progression from the multi-state litigation. Once the membership facility was there--

Q:     Yeah.

A:     --okay, it made sense to bolt that on to how we did DEFCAD a couple years later.

Q:     Okay, that makes a lot of sense. So does DD Foundation Direct directly take the money for these memberships?

A:     Uh, by and large. There is an important exception. The memberships are sold at times at other of our e-commerce businesses through others of the companies.

Q:     Do you mean like ghostguns.com?

A:     I do.

Q:     So sometimes that can be bundled?

A:     Sometimes.

Q:     Right.

A:     For example, I don't think we sell Legio

DIRECT EXAMINATION BY MR. LAROSIERE

memberships. Well, maybe for the past year--

Q:     Yeah.

A:     at Ghost Guns, but I think we may still sell them at Ghost Gunner.

Q:     Like you can buy it as an add-on to your Ghost Gunner?

A:     Exactly. That-- that has happened. Um, Ghost Guns-- I'm sorry, Ghost Gunner has moved. It's been an e-commerce change-- so it is probably not true that you today can buy a-- a Legio membership at Ghost Gunner, but for many years, you could.

Q:     I appreciate you being thorough. I think I understand now. So DD Foundation has its own bank account?

A:     Yes.

Q:     So virtually all of the time, except for those exceptions you mentioned when an individual purchases a Legio membership, the money's going to DD Foundation, is that correct?

A:     As I understand your question, all the time except for what are large exceptions.

Q:     Yeah, and those are the times that it's been sold on Ghost Guns or Ghost Gunner?

A:     Yes, and this represents a-- a fair share of revenue of memberships.

Q:     A fair share?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** A fair share, sometimes up to a third.

**Q:** Up to a third?

**A:** Yes. And I only mean to say that for the record, but yep, aside from this occasional large fraction of income, DD Foundation is-- is who receives the subscription membership income.

**Q:** When it goes to, you know, all those other instances, does DD Foundation then receive it from another entity, or do those entities just subsume the income?

**A:** Uh, it's-- the memberships are tracked differently, like as entities, database entities, than necessarily-- like, they don't have the same journey as the money. The money flow is different. The income, the subscription income, is always ultimately booked to Defense Distributed anyway.

**Q:** Always?

**A:** Yes, all membership income flows to Defense Distributed.

**Q:** I understand it's imprecise, but let's talk about the 67%, right? The non-exceptions?

**A:** That's-- that's been a fair per-- percentage over time, if you-- yeah.

**Q:** Yeah, so let's talk about that. Does that go into a DD Foundation bank account and then into Defense Distributed?

**A:** Yes. Uh, it's fair to say that, yes.

**Q:** Or is DD Foundation subsumed by Defense

DIRECT EXAMINATION BY MR. LAROSIERE

Distributed, and it goes directly into Defense Distributed's bank account?

**A:** No, no, no. It-- it goes to DD Foundation's bank account first, um, and then it-- it-- it doesn't, uh-- immediately pass through. It's there with DD Foundation, then there are intervals by which the income is booked.

**Q:** Mm-hm.

**A:** I think that answers the question.

**Q:** Yeah. So basically--

**A:** But that's Defense Distributed.

**Q:** --you track these-- and so, I don't know how you track it, but in your total memberships, you've got, like, Legio hyphen Ghost Gunner, and those are tracked that way, so when they renew, it would still be tracked that way, is that what you're saying?

**A:** I don't think I'm saying that.

**Q:** Okay.

**A:** No, I don't think I'm saying that.

**Q:** So if somebody buys a Legio membership, let's say it was through a Ghost Gunner or Ghost Guns.

**A:** Mm-hmm.

**Q:** And then it renews.

**A:** Mm-hm.

**Q:** Does the renewal then follow what's called the normal track, or does it follow a different track?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      I understand the question.

Q:      Yeah.

A:      I'm afraid it's not quite so simple. Um, I could try.

Q:      Just do your best.

A:      Uh, most membership information, through the non-Legio track, let's say, most memberships that-- are not sold on the Legio website.

Q:      Mm-hmm.

A:      That customer information is not vaulted at the gateway. There are separate-- there are different gate-- DD Foundation gateways, credit card gateways.

Q:      When you say gateways, you mean processing gateways, like an actual node and that's--

A:      Yeah, this is a notoriously slippery set of handles.

Q:      Yes.

A:      Financial companies don't make it easy to understand, but--

Q:      Deliberately.

A:      --if you buy a membership through Ghost Gunner or Ghost Guns, for example, uh, that information is not vaulted, and therefore renewal is not handled in the same way.

Q:      So wait, hold on. When you say the information is not vaulted, what do you mean?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      I mean with the processor. Like-- or what's called the Gateway. Um, the technology is different the pay flow is different, and so it's tracked in this sense. It's not labeled as Ghost Gunner, there's vaulted memberships, non-vaulted memberships. I think that's an answer.

Q:      So is the non-vaulted memberships, they wouldn't automatically renew? Is that what you're saying?

A:      Most often that is-- that is true--

Q:      Still--

A:      --Non-vaulted memberships most often do not automatically renew.

Q:      So they'd get an email saying it's going to expire or something?

A:      Typically there will be a different email sequence.

Q:      Right, and then in that situation, if they wanted to renew, they'd become a vaulted member usually?

A:      I think usually. I think.

Q:      Yeah. Could just also buy another Ghost Gunner or something?

A:      This is what happens.

Q:      Yeah.

A:      Uh, and sometimes people buy multiple memberships.

Q:      Right.

A:      So it's not-- it's not-- it's hard to speak, uh, much more granularly about it.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** No, I think you're doing great.

**A:** Okay.

**Q:** I understand now.

**A:** Thank you.

**Q:** Is that the only way DD Foundation makes money?

**A:** The only way? It's-- I think it's fair to say, and I'm going to keep-- this is a bad habit of saying I think, the corporations are saying when I'm saying that.

**Q:** It's okay, don't worry about it.

**A:** Yeah, okay. This is my first 30(b)(6)--

**Q:** Do not worry about it as a 30--

**A:** Um, yeah--

**Q:** --I'm telling you not to worry about it. When you say I, Cody Rutledge Wilson is not being deposed right now.

**A:** No, I understand. Um, could you re-prompt the question?

**Q:** Sure. Let me try to see if I can make it better. Are Legio membership sales the only source of revenue for DD Foundation, LLC?

**A:** They are currently the only source of revenue for DD Foundation LLC.

**Q:** You say currently. Are you talking about before Legio existed, the other things that existed?

**A:** No, I just mean early-- earlier. Legio-- Legio's been around for a bit now.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Right.

A:    There were other products that weren't necessarily memberships. Um, even donation was an option. And then there have been, at times-- this is kind of, you know, the lore, um, certain e-commerce products, USBs, for example. So I can't say that over the life of DD Foundation, LLC, memberships have been the only source of income.

Q:    The USBs, were these the Ghost Gunner USBs or different ones?

A:    No, no. As a part of-- like I mentioned before this idea of memberships--

Q:    Uh-huh.

A:    --to grant access to files, there was this kind of-- um, DD Foundation was a center of-- like, a player in kind of spiting this court in Washington, this federal court in Washington State. The courts said, well, you can't download the files, but okay, fine, you can you can buy-- you can buy USBs or you can, uh, send them through the mail. Things like this, so we had-- had the infrastructure to support doing that, and we just kind of did it out of spite, but it actually-- you know, people responded to that, they wanted to do it. It was a fair amount of income for a short period of time.

Q:    That was when, around, like, 2020?

A:    No, no. This was, like, August of 2018 to, you know, well into 2019.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**    What about like 2020, like end of 2021 to present, or ss that when would you say, Legio memberships were the only source of income for that time?

**A:**    End of 2021 to present? Yes, so I-- I think memberships since 2021 have been, uh, everything DD Foundation's booked as income.

**Q:**    Legio memberships?

**A:**    Yes. You have to remember, though, that some of these older products are still-- some of them are still active at that time, right? So, uh, if they are still paying, like in some monthly sense, some of these memberships may not be Legio memberships.

**Q:**    But this would be like a fraction of its income?

**A:**    Yes, I'm just trying to--

**Q:**    Yeah, so like less than 5%?

**A:**    I couldn't say.

**Q:**    Less than 10?

**A:**    I guess. I-- I can't represent that as a prepared testimony.

**Q:**    Well, no, I'm asking you, and you can tell me it's inexact.

**A:**    Yeah.

**Q:**    You know, you don't have to be surgical. What would you say the percentage of those non-Legio--

**A:**    It would have to be very small these days. It's not

DIRECT EXAMINATION BY MR. LAROSIERE

something that we even regularly keep an accounting of.

Q:     Mm-hmm.

A:     Uh--

Q:     So is this, like, booked as other income when you look at it?

A:     There-- there used to be, like, we had a plugin-- we may still have this, I-- I can see that it's not active, but we had a plugin that would denote some of these stranger creatures and, kind of, lump them together.

Q:     Mm-hmm.

A:     Just as a way of understanding what's going on.

Q:     Yeah.

A:     Uh, and then also service and customer requests, because sometimes people would-- would reach out and say customer service and talk about a product that agent had no idea what they're talking about.

Q:     Right.

A:     Things like that.

Q:     We talked about how the money flows into DD Foundation. Does DD Foundation keep this money, or did you say that earlier that all of the membership income passes on to Defense Distributed?

A:     I did say that earlier, it's-- it's even, I think, treated as pass-through income.

Q:     So DD Foundation doesn't keep any of the money,

DIRECT EXAMINATION BY MR. LAROSIERE

it's--

A:     At the end of the year, there's often, like, 5 to $10,000 in the account. Sometimes that's reported to the IRS as income of the company.

Q:     Anything it doesn't consume, generally?

A:     And it there are obviously consumption costs, like with the Gateway.

Q:     Mm-hmm.

A:     Some of the plugins, things like that. So, um, I can't say all of the income goes to Defense distributed. Um--

Q:     But would you say that the model is, despite Edge cases where a couple grand wind up at the in the operating account at the end, the model is for the money to pass through?

A:     Yes, yes.

Q:     Okay, that makes sense.

**THE WITNESS:**     I heard that behind me. I had a noise behind me.

**MR. DE PURY:**     Yeah, it might be back here. I don't see anyone <unintelligible>.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     I think I understand DD Foundation now. I really appreciate that. Tell me, so DEFCAD Inc. right?

A:     Mm-hmm.

Q:     I don't know if you remember the last time we deposed you in the Middle District.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Yes.

Q:     There was an open question at that time whether DEFCAD was still in existence. Has that been resolved?

A:     You know, I believe DEFCAD is in existence.

Q:     Mm-hmm.

A:     Uh, I have made-- I have made sure that it is.

Q:     Okay, yeah, but you do remember last time, you testified that you weren't sure whether it was or not?

A:     Yes, it seemed like a legal question I-- I didn't know the answer to.

Q:     Whatever errors there were have been cured now and now you own it again, right?

A:     I hope so.

Q:     But is that a yes or no?

A:     Oh, right. Uh, own it again? Well, I don't know if I own it again, but Cody Wilson is the sole listed owner.

Q:     Mm-hmm.

A:     And public information reports have been filed, et cetera, the company has been reinstated.

Q:     Company, okay. Where is this company that was just reinstated--

A:     Mm-hmm.

Q:     --domiciled?

A:     Originally?

Q:     Now.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** They registered agent's Defense Distributed. The listed address is the same as Defense Distributed's.

**Q:** <crosstalk> <unintelligible>.

**A:** Would you like me to list that address?

**Q:** Just the state.

**A:** State of Texas. I-- I don't-- sorry, I don't understand.

**Q:** Yeah--

**A:** --who that's from.

**Q:** That's it. What state is this company registered? Or does it have multiple registrations?

**A:** DEFCAD.

**Q:** DEFCAD Inc. yeah.

**A:** DEFCAD has been registered in Arkansas. In fact, it-- when I say this company, um, it's this registration of DEFCAD. DEFCAD has had, uh, at least three registrations with the State of Texas since 2013. Those do not represent the same company, not the same people, so the answers to this question only refer to the current active registration of DEFCAD.

**Q:** Which is in Texas?

**A:** In Texas. Although it was created in-- uh, in Texas by conversion. It was originally a foreign registration of an Arkansas corporation.

**Q:** What about the Delaware DEFCAD, is that is that no longer--

DIRECT EXAMINATION BY MR. LAROSIERE

A:      I think that's from, like, 2013.

Q:      Okay, it's gone. So the DEFCAD that exists now is one continuous entity from Arkansas?

A:      Yes, originating in 2019--

Q:      Okay.

A:      --in the State of Arkansas.

Q:      Yeah, that was just a little confusion I had, but that makes sense.

A:      I have this confusion as well.

Q:      Corporate personhood, right? It's supposed to make it clearer but I don't know if it does.

A:      Unless you-- DEFCAD has existed many times, many ways, usually in response to litigation posture.

Q:      How does DEFCAD make money?

A:      All right. Currently, I don't know if it's-- I don't know that it does.

Q:      Mm-hmm.

A:      I don't know that DEFCAD makes money.

Q:      Well, I mean, you have to know if it makes money or not.

A:      I see. Well then, it's easy to say, or best to say, currently, DEFCAD does not book income.

Q:      Does not book income. So it doesn't take credit cards, it doesn't take cryptocurrency?

A:      No. And this is not by choice, the credit card

DIRECT EXAMINATION BY MR. LAROSIERE

industry, the banking industry, has kind of blackballed them.

Q:     Yeah, I'm familiar, it's--

A:     I'm sure, I'm sure.

Q:     No, it's very--

A:     It's going to get better, I'm sure.

Q:     I hope, but yeah.

A:     No, no, I genuinely-- I don't believe it will get better, but, um, nevertheless, DEFCAD Inc. continues to try to hold bank accounts, continues to try to make money.

Q:     It keeps getting debanked?

A:     Uh, yes.

Q:     That's interesting. So when was the last time it-- That's not going to be a good question.

A:     Mm-hmm.

Q:     I'll ask it anyway.

A:     There are many answers to these, yeah.

Q:     Do you know when the last time DEFCAD Inc. was accepting payments or booking revenue itself?

A:     I don't think DEFCAD Inc. ever had a credit card processing account in its name, a merchant ID with a processing bank.

Q:     Mm-hmm.

A:     It has submitted many applications and may have received over time, in these years since 2019, many approvals. I don't think it ever directly processed credit card income.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     What about any other income? They've been taking donations?

**A:**     Not since 2019, no. We did not have a donation model with DEFCAD at that time.

**Q:**     This financial system interference, let's call it, I mean, has that been a problem for DEFCAD?

**A:**     Well, in the DEFCAD we're talking about--

**Q:**     Mm-hmm.

**A:**     --it's such a complete problem that it's completely stable. Like, it's just a fact of the organization. And in the end, it's why we lean on things like the membership and a different definition of what the membership is.

**Q:**     Mm-hmm.

**A:**     It would be probably easiest to have a DEFCAD membership and sell the membership on DEFCAD.

**Q:**     Wouldn't that create problems that you were talking about earlier?

**A:**     Well, yeah, I'm just saying in a perfect world, you would just go to your website, whatever your website is, and you'd pay there and you'd pay your website. You know, you see a lot of stuff in the customer research, right, when they're like, wow, okay, I go to this website, now I have to go to this other website to, like, buy access? This feels like a scam. You know, you see that, um, so even the way we've built it is not a credit to the-- to the idea.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Yeah, you think, like, the fact that you have to go through this rigmarole makes it more difficult for--

**A:**     Yes, I-- I think it inherently lowers conversions. Every additional step, a website, a modal, you know, it's just-- so yes, to answer your question. On this level, at least, the financial situation has always been an impediment.

**Q:**     I don't want to say the banks, but I'll say the banks.

**A:**     Oh, no, two.

**Q:**     Okay, I'll say the banks, but when I say the banks, I mean the, you know, processors, intermediate bank, you know, everything. Let's just say financial company.

**A:**     Boston of New England is what it is, um.

**Q:**     Yeah.

**A:**     I don't mean to lay all the blame on that one, you know, category of thing.

**Q:**     No, and I don't think you are, but I'm asking you, do you think this might be in part to scare off your customers?

**A:**     No, no, no. I think-- it's the-- it's the problem about being, like, first, more or less. I mean I've been rejected at every bank and the profile of the company is so large that no underwriter is going to approve that application. You know, I need-- it's-- it's just not going to happen. Um, there's really only so many-- so many of these banks that even do this, um.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Yeah, it's only, like, four or five, isn't it?

A:     Honestly, I-- I anymore, I don't know, and of course, we tried to define this as not in the firearms space, but yeah, those firearms processing banks have dwindled.

Q:     Yeah. Well, and it's really not. I mean, at least with DEFCAD, it really isn't in the firearms space.

A:     It is-- I agree. Yet an underwriter is almost like any other type of bureaucrat and doesn't want to think about what you're putting before him, so anyway. These applications, um, are never truly successful.

Q:     With the DEFCAD reinstatement, do you remember when that was?

A:     The most recent reinstatement?

Q:     Yeah.

A:     Do I remember when it was reinstated?

Q:     Yeah.

A:     Yes. It was April. That was last month.

Q:     Last month?

A:     Yes.

Q:     When did it forfeit its existence according to Texas? You know, like when did that event happen that caused it to need to be reinstated?

A:     When did the event happen that caused it to be--

Q:     Because it to need to be reinstated.

A:     I think-- I think I know what you mean. Yeah. I

DIRECT EXAMINATION BY MR. LAROSIERE

think it was a tax forfeiture, which just means eventually, the State, after some period of time, decides, well you haven't filed the right papers, and we gave you long enough. Maybe there was a hearing. Are you asking when the forfeiture happened?

**Q:**     Yeah.

**A:**     The very end of February.

**Q:**     Of this year?

**A:**     Of this year.

**Q:**     Then there's this one more, and I mean, I think it's pretty clear, you told me how DD Foundation makes money, very clear, told me how DEFCAD makes money, it doesn't, very clear.

**A:**     And for the record, we're-- I mean DEFCAD, Inc.

**Q:**     Yes.

**A:**     DEFCAD Inc. makes no money.

**Q:**     So just to make sure I understand what you're saying there, you mean DEFCAD Inc. the entity as opposed from DEFCAD the concept?

**A:**     Yeah, yeah, because DEFCAD is this tricky concept.

**Q:**     Yeah, DEFCAD as a concept, would you say it's fair to say, encompasses an ecosystem of LEGIO memberships and the web-- the defcad.com app?

**A:**     Yeah, I think that's fair.

**Q:**     Yeah, I'm not missing anything?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      That's quite a question to ask.

Q:      Yeah.

A:      So, as the corporations, we are not prepared to know what you are missing, or not.

Q:      Am I missing anything major?

A:      As the corporations, we do not prepare on whether Matt Larosiere is missing anything majorly, or not.

Q:      No, I'm saying, in terms of what DEFCAD is conceptually, right?

A:      I think I understand.

Q:      Yeah, is there something more than? And you don't need to get philosophical.

A:      No, I won't, I won't.

Q:      Any there other entities?

A:      Hold on. I-- I think I have an answer. The corporations, by the way, are not philosophical. They will represent that.

Q:      Thank you.

A:      Um, uh, there is a DEFCAD WooCommerce division of the application, and again, like LEGIO before, it it has the capability of selling USBs, patches, like, small merchandise, and has on occasion done that. Um, so a little annex, a little appendix to the concept.

Q:      So WooCommerce, that's an online shop platform, right?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Is it a platform? Well--

Q:      I'm just saying for the record.

A:      I'm not-- I'm not <unintelligible> yeah.

Q:      I know what WooCommerce is. I'm just saying for the record, is it a system for running a web store?

A:      Yes, I think that's fair to say.

Q:      Yeah. Was that for-- I know there was a period of time where there were certain states that required that you actually purchase the individual files; is that what that was set up for? Because I remember at one point on your website, it had, add to cart.

A:      Yes, in part. Add to cart off is an indication of-- of that system. Add to cart, though, most often these days represents another pay flow represented by, uh, these FFL requirements. So, in the end, like, uh, add to cart doesn't necessarily lead you through a WooCommerce payflowpay flow. It's a-- a little-- little breadcrumb we leave for ourselves. It's a little complicated.

Q:      Tell me about that. The FFL add to cart system, what's going on there?

A:      A lot of the states in the country, to-- to deal with 3D guns, you know, they've, uh, this whole controversy about USBs and stuff has been abandoned.

Q:      Mm-hmm.

A:      And they-- they work the prohibition on the level

DIRECT EXAMINATION BY MR. LAROSIERE

of whether you have a license, or not, to access the files. They actually stopped caring about the mode of transfer of the files. They just want to know, are you an FFL? Now, this is not many states, yet, but we kept some of what our e-commerce payflow was. And yo-- though it says, add to cart, sometimes, in some cases, there is no current physical product that you can buy in that payflow.

Q:     Pretend I'm an FFL in one of these jurisdictions where this is required.

A:     Mm-hmm.

Q:     Walk me through the order flow. Let's say, I want two different file sets. Walk me through how that works.

A:     Well, the hypothetical is actually difficult-- more difficult than this, um, because the FFL payflow is built more for compliance, and therefore, fulfillment. In some states, especially in Washington State, they don't mean the law, and we don't mean the payflow. Okay, but it's a presentation formula that satisfies them.

Q:     I understand what you're saying--

A:     Yeah.

Q:     --I understand why you're doing it.

A:     Yeah.

Q:     Walk me through, from a user experience perspective--

A:     Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**    Again, pretend I'm an FFL in Washington State.

**A:**    Yes.

**Q:**    You're selling me the membership, or whatever, and I'm saying, what do I do? How do I get it?

**A:**    Well, it does not start with a membership. You can, in Washington State today, purchase a Legio membership, which is done through a different website.

**Q:**    Uh-huh.

**A:**    This is not a DEFCAD payflow. So, I think you mean, well, I don't know what I think you mean.

**Q:**    Well, the add to cart thing, I mean, you--

**A:**    Add to cart in Washington State, what is that? How do we do it?

**Q:**    Yeah.

**A:**    Okay. Presume an FFL in Washington State. You may see, add to cart, or you may see, download. It is not that you will only see, add to cart. If you see, add to cart, it's a condition of our assessment, of your-- there are what we call security conditions, different levels. It's a combination of what your security level is and the state that you're in. Okay? Then, uh, that's a presentation that says, well, only people, you know, with FFLs may go past this. So you add to cart, and then it says, please enter your FFL information. There's, like, a modal--

**Q:**    It's like in the checkout?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     It's not-- it's not-- it begins to feel like a checkout flow, okay? But eventually, it asks for your FFL. Um, and then, there is not, in Washington State, a way to finish the checkout. You can submit your information, and then that's, like, almost an invitation for us to-- to complete the order, but right now we don't do that. The Washington law is too ambiguous.

**Q:**     Yeah.

**A:**     So we don't complete the order.

**Q:**     Is this add to cart thing, is there actually people who will pay DEFCAD for some files, or is it kind of more of a--

**A:**     Sorry, there never was.

**Q:**     Okay.

**A:**     But that pay flow existed from a time when we did sell USBs through WooCommerce, what we call the DEFCAD WooCommerce.

**Q:**     Okay.

**A:**     So, I'm just saying conceptually, DEFCAD is built to do e-commerce if it needed to, or if, let's say, you know, FRTs become legal and, like, actually everybody really wants them, and, like, hey, even DEFCAD will get in on the business. Hey, throw an FRT in with your-- you know, it could do that if it needed to do that, and may in the future become more of an e-commerce business than something else, I don't know.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     So it's fair to say, it has the machine, the machine's just off, basically?

**A:**     Yes, and I'm sorry for this departure, but that's the only thing I meant to say.

**Q:**     Yeah.

**A:**     Conceptually, it is also, and can also be, an e-commerce website.

**Q:**     Now, I think this is going to be the harder one. How does Defense Distributed make money?

**A:**     I don't know if that's hard. Defense Distributed has more traditional lines of business, as people understand it. And that's because it has more products, and those products are hardware products, software products. It sells those to the public.

**Q:**     Under the product lines, we've got the Ghost Gunner, right? Would you say that's fair to say?

**A:**     <nodding/affirmative>

**Q:**     It's a Ghost Gunner. And then, terminally, Legio memberships, right? Even though it may not be directly processing them, in most instances. Would you say, that's still a Defense Distributed product line?

**A:**     I'm hung up on, terminally.

**Q:**     At the end of the day, because it sees the revenue from it.

**A:**     Um, I would answer your question that Defense

DIRECT EXAMINATION BY MR. LAROSIERE

Distributed has DBAs, and those DBAs have products.

Q:    Defense Distributed gets all, virtually all, of the Legio revenue, right?

A:    Yes.

Q:    Ghost Gunner is a DBA of Defense Distributed?

A:    Let's see. It-- yes, I-- we call it a DBA of Defense Distributed.

Q:    Why do you mean, you call it? Why is that hard to answer?

A:    Well, I don't think Ghost Gunner is actually a registered DBA with the State of Texas. Ghost Guns is, and when you do Ghost Gunner, Ghost Guns all day, these things do become kind of hard to split.

Q:    Mm-hmm.

A:    But, for our own internal communication, accounting, everything, Ghost Gunner is, you know, a big umbrella of products. It's a line of business. It's a DBA.

Q:    Of Defense Distributed?

A:    Yes.

Q:    Then, the products of Ghost Gunner includes, the CNC machine--

A:    Yes.

Q:    --and fixtures, and blanks, let's call them. Um--

A:    Sure, tooling.

Q:    Tooling. Anything else?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**      Small parts, accessories, replacement parts, support contracts, you could say, like, uh, upgrade services, shipping. There's lots of, um, unique cases of shipping and handling that have to be done.

**Q:**      Because it's pretty big, right?

**A:**      And-- yes, and then also, I-- it gets damaged, and there's just other, you know, just little things like this.

**Q:**      Mm-hmm.

**A:**      Um, there's a customer sup-- there's a set of customer support products.

**Q:**      Mm-hmm.

**A:**      That's-- and you mentioned blanks, which are, for the record, 80 percent receivers. That's most of Ghost Gunner.

**Q:**      That's most of Ghost Gunner. Um--

**A:**      Slides, on occasion we will sell slides. I think it's-- I'm complete enough.

**Q:**      Then there's also Ghost Guns is the registered DBA, and that one sells part sets. I think, right now it's just part sets? Like, the non-firearm parts of a gun?

**A:**      Yes, Ghost Guns sells kit components--

**Q:**      Mm-hmm.

**A:**      --part sets. I think that's fair to say.

**Q:**      Okay, um--

**A:**      Merchandise.

**Q:**      Shirts?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**    I don't know if it sells shirts right now.

**Q:**    Right, but it did?

**A:**    It has.

**Q:**    If you reviewed your tax returns, the ones that were handed over in Discovery, for Defense Distributed.

**A:**    Uh, yes.

**Q:**    Wait, hold on. Is Gunspring a Defense Distributed company?

**A:**    No, it's not.

**Q:**    What is it?

**A:**    Uh, Gunspring's an LLC. Uh, it has been many things. If you're asking right now what it is, the corporation's-- I don't think I have prepared testimony on what it is.

**Q:**    But it was, previously, a kind of a payment processing thing, right?

**A:**    Well, thing is broad.

**Q:**    I know.

**A:**    Um--

**Q:**    Because I don't think it matters that much, I just want to make sure my understanding was right.

**A:**    There-- a thing. Well, as things go, uh, I'm not sure that it was a-- a payment processing thing.

**Q:**    Okay.

**A:**    Uh, I think it was, uh, maybe-- maybe give me a

DIRECT EXAMINATION BY MR. LAROSIERE

different question.

Q:    Well, it's claimed on the Defense Distributed tax returns, is why I'm asking. So, I want to know what it was doing.

A:    Oh, that would mean, then, that it booked it income, or are you saying, Gunspring's EIN is listed on--

Q:    That it booked it income?

A:    Yeah. Well, I would say, if and when Gunspring makes money, uh, it's because it has a agent of the payee contract with Defense Distributed.

Q:    Agent of the payee contract with Defense Distributed? I'm sorry, I don't know what that means.

A:    It's hard-- it's a hard one. Um, uh, at times, Gunspring has been the agent of the payee of Defense Distributed. This is a-- this is a specific term. In the law, and state law, and so it has helped, let's say, bridge, like in our headless e-commerce system, it has helped bridge some of the payment flows.

Q:    I don't understand what that means. Bridge payment flows, do you mean like?

A:    I don't understand.

Q:    Yeah.

A:    No, I understand.

        MR. FOSTER:    Hold on. I want to make an objection after this question.

DIRECT EXAMINATION BY MR. LAROSIERE

**THE WITNESS:**     Oh, you're fine. You're all right.

**MR. LAROSIERE:**     You want to make an objection after the question?

**MR. FOSTER:**     Well, I can't object until there's a question.

**MR. LAROSIERE:**     That's right. So you're pre-loading an objection?

**MR. FOSTER:**     Yes.

**MR. LAROSIERE:**     Well, you know that's not proper.

**MR. FOSTER:**     Ask the question, Matthew.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     Does DD Foundation have a favorite color?

A:     I'm not sure that that's, uh, prepared testimony that we--

Q:     It's a yes or no question.

A:     --today. Does DD Foundation have a-- a favorite color?

Q:     Yeah. Yes or no?

A:     Matthew, I-- I don't think DD Foundation has a favorite color.

Q:     So probably, no?

A:     We prepared on the topics that were given to us.

Q:     Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     I don't recall colors being asked.

**Q:**     I understand.

**A:**     I think Defense Distributed can speak to its agent of the payee contract with Gunspring--

**Q:**     Mm-hmm.

**A:**     --but I don't think the companies or the organizations can speak to Gunspring. They can only speak to Gunspring income.

**Q:**     Well, it's listed as an affiliated entity on the Texas franchise tax return, right?

**A:**     Uh-huh.

**MR. FOSTER:**     It's not in the complaint. There's nothing. This entity is totally unrelated--

**MR. LAROSIERE:**     Howard.

**MR. FOSTER:**     --to the case, so I'm objecting.

**MR. LAROSIERE:**     Howard, we just talked about-- Howard, we just talked about how the objections worked, and we were in agreement.

**MR. FOSTER:**     It's irrelevant.

**MR. LAROSIERE:**     Okay. Your objection is noted, for the record. Please stop coaching, and I'm going to say, for the record, what you just did was coaching. So there's a reason that we agreed that you would state, objection, and then the grounds in three words, and you can say, objection irrelevance. That's not a real objection, and that's fine.

DIRECT EXAMINATION BY MR. LAROSIERE

It'll run with the case, and if there's a problem, if the judge wants to interpret that later, that's what we'll do. But that's how we're going to run this going forward. So please, you're being disruptive. I am trying to get somewhere, and the Deponent is being very cooperative. So if can you please--

MR. FOSTER:     I know. Let us go. If you ask an irrelevant question, I'm going to object.

MR. LAROSIERE:     Okay, so, that's fine.

MR. FOSTER:     Not one of the topics.

MR. LAROSIERE:     It doesn't matter.

MR. FOSTER:     It doesn't matter? The tax returns are--

MR. LAROSIERE:     No.

MR. FOSTER:     That's not in the complaint. You said, step--

MR. LAROSIERE:     Howard, stop. Stop coaching right now. Right now, right now.

THE WITNESS:     I'm not being coached.

MR. LAROSIERE:     No, stop.

MR. FOSTER:     I'm stating--

MR. LAROSIERE:     You're about to talk more. We talked just a little bit ago, Howard, I hate when you make me raise my voice. I don't want to talk to you like this. I like you, Howard, so just stop. No I only want to hear from you--

MR. FOSTER:     Proceed to your next question.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. LAROSIERE:**     Thanks.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     Again, you were about to tell me about the income book from GunSpring. I just want to know what it was.

**MR. FOSTER:**     Object to relevance.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     I think I understand the question. The income is what is reflected on the tax return. There's no doubt.

Q:     Right.

A:     But it is what it is.

Q:     What was that related to? You said bridging. Can you tell--

A:     Well, like I said--

Q:     --me what that is?

A:     --there-- there are different lines of business. There are different, as we mentioned, DBAs--

Q:     Yep.

A:     --with Defense Distributed. Okay, so at times-- and we mentioned credit card processing in this Deposition already.

Q:     Yeah.

A:     All right, so GunSpring is at times technology that holds headless e-commerce applications together.

Q:     What is headless e-commerce?

**MR. FOSTER:**     I object to the form, not the form, to the relevance of the question.

DIRECT EXAMINATION BY MR. LAROSIERE

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     Okay. I will answer the question. All right, uh, h-- headless is a way to-- to build, and I'm going to keep using the word payment flow--

Q:     That's fine.

A:     --even if not a <unintelligible> form--

Q:     I have no problem with the word payment flow. Yeah.

A:     --a form-- yeah. There are regulations governing, like, how credit card processing can work, how gateways can work, how-- what gateways are associated with, what underwriters approve them for use to do. Uh, GunSpring has-- as an agent of the payee relationship and special approval with its-- uh, its gateway, it can be an agent in a payment flow. So, for example, if Ghost Gunner loses credit card processing or if Ghost Gunner loses credit card processing, it is an option sometimes used as a backup, to allow people to check out at Ghost Gunner or let's say at Ghost Guns. It's most often been used in that way but GunSpring also, um--

Q:     Almost as a middleman, you might say like.

A:     I don't know that <unintelligible>.

Q:     <crosstalk> I don't mean in the legal sense. I mean, when there's a problem, it's able to collect money and hand it back to who should have it.

A:     Sometimes Ghost Gunner is the techno firm's-- GunSpring is the technology. Sometimes GunSpring is the agent

DIRECT EXAMINATION BY MR. LAROSIERE

of the payee.

Q:    An agent of the payee, I know it's kind of crude but kind of middleman.

A:    Um, I'm not sure. That-- the corporations can't make that representation.

Q:    Agent of the payee would mean it takes the money for the payee and hands it to the payee basically?

A:    I believe that's what it means.

Q:    I understand now. Thank you.

MR. FOSTER:    Do you think we can go off the record for a few minutes? I think it would help.

MR. LAROSIERE:    No, I'm going to finish my line of questioning. I'm done asking about GunSpring. He's answered it perfectly.

MR. FOSTER:    Okay.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    Is Coast Runner a DBA or not?

A:    No.

MR. FOSTER:    Object to the form of the question.

THE WITNESS:    The-- I think--

MR. FOSTER:    No.

MR. LAROSIERE:    You objected to form.

MR. FOSTER:    No, I didn't finish my objection.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. LAROSIERE:**     No, you don't get to do speech objections Howard.

**MR. FOSTER:**     That's not enough. I have to state the ground of my objection.

**MR. LAROSIERE:**     You said form.

**MR. FOSTER:**     That's not the ground.

**MR. LAROSIERE:**     Then state the ground--

**MR. FOSTER:**     --The ground--

**MR. LAROSIERE:**     --in three words or less.

**MR. FOSTER:**     Compound question.

**MR. LAROSIERE:**     Okay, Howard. How is it compound?

**MR. FOSTER:**     You didn't specify which entity you're referring to, so you asked about two different entities.

**MR. LAROSIERE:**     You know what? You're right.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     Is Coast Runner a DBA of Defense Distributed or?

**A:**     So answering as Defense Distributed, no.

**Q:**     The interesting thing is you were starting to answer, and you were starting to answer helpfully, and then your Counsel started talking--

**A:**     No, I'm just-- I'm just willing to answer.

**Q:**     Right.

**A:**     I wasn't starting to answer a different answer.

**Q:**     Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Uh, but I-- I am eager to answer.

Q:     We see money from Coast Runner in Defense Distributed, right?

A:     Do you?

Q:     Yes.

A:     Um, that is not-- that is not what-- that is not what I can testify to.

Q:     Okay.

A:     That-- that you see money from Coast Runner?

Q:     Let's try not to be so pedantic. English is not a terribly precise thing.

A:     Uh, I'm not trying to show anything to your-- Ghost Runner is not a DBA of Defense Distributed, and I doubt that you see.

Q:     Yesterday, you talked about it and you said Coast Runner was a rebadged Ghost Gunner; do you remember that?

A:     I believe I said that Coast Runner was a white label version of the Ghost Gunner, but that is an intentional business choice. Nevertheless is a separate company, separate corporate form, separate bank account, separate people. You know, we did everything we needed to do and achieved the mission of Ghost Runner--

Q:     Yeah.

A:     --and are now fighting it out about right to make in California.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Yeah, no, I'm familiar with that, and I appreciate that, but does Coast Runner buy anything from Defense Distributed?

A:    No, it does not currently buy anything from Defense Distributed.

Q:    When it was selling machines, did it?

A:    When it was selling machines? Uh, the-- the corporations do not have prepared testimony on what Ghost Runner was doing.

Q:    Listen, I need you to stop saying prepared testimony. That's not what I'm asking you for. You're here to testify.

A:    Yeah. I'm-- it's a 30(b)(6)--

Q:    Yeah, it--

A:    --Deposition. I don't have Coast Runner documents. I haven't reviewed them.

Q:    Okay.

A:    I haven't been asked to review them or this thing-- I don't know what Coast Runner was doing for Defense Distributed purchasing anything.

Q:    Defense Distributed--

A:    Uh-huh.

Q:    --should know whether or not it was selling--

A:    Uh-huh.

Q:    --its machines to Ghost Runner.

DIRECT EXAMINATION BY MR. LAROSIERE

MR. FOSTER:    Objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    Selling machines to Coast Runner.

MR. FOSTER:    Wait. That's an irrelevant question.

MR. LAROSIERE:    What you should have said was that wasn't a question.

MR. FOSTER:    Also, it wasn't a question.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    Was Defense Distributed selling machines to Coast Runner--

MR. FOSTER:    Objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    --between, 2022 and today?

MR. FOSTER:    Objection, relevance. Falls outside the scope of any topic here.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    And yet I am required to answer right?

Q:    Yes.

A:    Yes, uh, no. There--

Q:    Okay.

A:    --Defense distributed--

Q:    That's simple.

A:    --is not selling machines.

Q:    Was it selling component parts?

DIRECT EXAMINATION BY MR. LAROSIERE

A:    No.

Q:    Would it be fair to say that Defense Distributed had no contracts and no business with Coast Runner the entity?

A:    No contracts and no business.

Q:    Not paying it, not getting paid?

A:    I have seen no contracts with Coast Runner.

Q:    To your knowledge, it doesn't get paid by or pay Defense Distributed.

A:    Coast Runner does not pay Defense Distributed.

Q:    What about get paid by? Does Coast Runner get paid by Defense Distributed?

A:    Get paid by Defense Distributed? Please help me understand the question.

Q:    I'll ask you this way. Between 2022 and today, has Defense Distributed paid money to Coast Runner?

MR. FOSTER:    Objection. Objection as to the relevance and falls outside the scope of this Deposition topics.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    Um, uh, I made no preparation on the topic of--

Q:    Are you aware of any?

MR. FOSTER:    Same objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    I am-- I'm personally not aware of payments to Coast Runner.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Generally, if it was substantial, you'd probably be aware of it, right?

A:     Uh, substantial meaning?

MR. FOSTER:     Same objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     A substantial component of Defense Distributed's costs.

A:     Would-- generally speaking, would I, Cody Wilson, be aware of that, or would the entities be aware of it?

Q:     You as an officer of the entities.

A:     Um--

MR. FOSTER:     Same objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     --it's a difficult hypothetical. I want to say yes, if a substantial part of Defense Distributor's income was going to Coast Runner.

Q:     Yeah.

A:     Um--

MR. FOSTER:     Objection, calls for speculation.

MR. LAROSIERE:     There's no more quest-- you're objecting to your own client's answer. Howard?

MR. FOSTER:     You got another question. No.

MR. LAROSIERE:     Howard, stop. Howard you're going to-- we need to go off the record for a second.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. FOSTER:** Go off the record.

**MR. DE PURY:** Let's go off the record, please.

**MR. LAROSIERE:** Okay.

**THE REPORTER:** The time is 9:57 a.m. Eastern Standard Time, and we are off the record. The time is 10:09 a.m. Eastern Standard Time, and we are now on the record.

**MR. DE PURY:** Don't get in front of the camera.

**MR. LAROSIERE:** What?

**MR. DE PURY:** Never mind.

**MR. LAROSIERE:** This is attorney Matthew Larosiere. The last moment when Mr. Foster began doing speaking objections and coaching, we went off the record to talk about this. Talked about what had happened before the Court. Mr. Foster then stood up to take his client outside and said explicitly, I'm going to talk to him about the subject of this Deposition. He went outside and was speaking loud enough that we could hear him instructing the deponent not to answer, that he believed questions about the revenue of Defense Distributed were beyond the scope of the Examination, and we can still hear him instructing the deponent how to answer those questions. Mr. De Pury, anything you want to put on the record?

**MR. DE PURY:** Yeah, this is Attorney Gary De Pury. Mr. Foster is outside clearly coaching the deponent right

DIRECT EXAMINATION BY MR. LAROSIERE

now. Took a break. He actually called his co-counsel, and they're trying to make a decision is what he said as to what they want to do. We are likely going to call this Deposition because Mr. Foster continues to coach, despite being admonished by the court yesterday, Anything, Mr. Zermay?

MR. ZERMAY:    I don't have anything to add.

MR. DE PURY:    I think that's it. We can go back off the record until they come back in here.

THE REPORTER:    All right, Counsel.

MR. DE PURY:    Thank you.

THE REPORTER:    We're off the record. The time is 10:43 a.m. Eastern Standard Time, and we are now on the record.

MR. DE PURY:    Thank you.

THE WITNESS:    We had a productive break.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    We produced a lot. The last time we were talking about it, we basically concluded-- I think we concluded talking about Coast Runner. That's all fine. Earlier, you said you had reviewed the tax returns for Defense Distributed. Defense Distributed total income for 2022 was about 6.8 million; does that sound about right?

A:    Can you show me--

Q:    Sure.

A:    --the document? Uh, for the record, I'm familiar

DIRECT EXAMINATION BY MR. LAROSIERE

with these documents--

Q:    Yeah.

A:    --from Discovery.

Q:    I'll just refresh your recollection. I'll be happy to show you so we don't have to put them in the transcript. This is Defense Distributed. It shows 2021 and 2022.

MR. FOSTER:    Is this from the tax return?

MR. LAROSIERE:    Yes, but I don't want to introduce it because I don't want them to be attached to this transcript.

MR. FOSTER:    Which entity's tax return?

MR. LAROSIERE:    That one right there.

MR. FOSTER:    Okay, okay.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    All right. I'm looking at the document.

Q:    Fair to say their total income was about 6.8 like $6,713,000--

A:    Uh--

Q:    --for 2022?

A:    I see gross receipts of 6.4 million.

Q:    For 2022?

A:    I see 6.4.

Q:    And you're--

A:    I'm sorry. Are you asking me gross or total income? Sorry. I was looking for 6 'cause you said 6. The total income

DIRECT EXAMINATION BY MR. LAROSIERE

seems to suggest 3 million.

Q:     Yeah, gross receipts.

A:     Okay, thank you. Okay.

Q:     Then because DEFCAD doesn't have its own tax return; is that correct?

A:     I don't think that's correct. I'm not sure how-- the corporation are not prepared to answer--

Q:     Is that because somebody else handles it?

A:     The legalities of-- yes.

Q:     You remember giving the expert the total numbers for DEFCAD and Ghost Gunner for use in his damages calculation, right?

A:     Um, if by DEFCAD, you mean, this universe of income of the combined Plaintiff entities.

Q:     Hold on. We'll take a look at it. Sorry, it was actually the P&L statements.

A:     What was?

Q:     That I was talking about. That comes to the same total income we talked before, right?

A:     I-- I don't know how to answer that question. I'm not sure what you--

Q:     You said about 6.4 million for the gross receipts that you talked about before. The statement--

A:     From what I see, yeah. The other Exhibit was not the appropriate Exhibit--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Yeah.

A:     --for your question.

Q:     Okay.

A:     Okay. If you'll allow me a moment, um, '22 to '24 P&Ls.

Q:     Mm-hmm.

A:     All right. I'm-- I'm looking at the P&L.

Q:     The sales for Defense Distributed in '22 was about 6.7 million?

A:     Um, I see 6.7 million listed in a-- in a row that accords to an entry saying sales.

Q:     Mm-hmm.

A:     The corporations are not, you know, professional accountants. I-- I don't know how to read this document.

Q:     Right, but you say you see sales correlated with $6.7 million, right?

A:     I see a row saying that.

Q:     Yeah. Do you remember this graph?

A:     I have seen this graph, yes.

Q:     Did you make it?

A:     No, I have not made it. Well, hold on. The corporations made this.

Q:     Right.

A:     Yeah.

Q:     Yeah. Where did the the numbers for this graph come

from?

**A:** Uh, this is a print of Legio members by combined type.

**Q:** Mm-hmm.

**A:** Your question is where did it come from? But you don't necessarily mean the source data. You mean what company produced it?

**Q:** No, I mean, yeah, what was the source of the numbers for this?

**A:** I see. Um, this is related to Legio membership data.

**Q:** Mm-hmm.

**A:** This is a reflection of that data or you could say, produced from that database.

**Q:** We're going to mark this as Exhibit B. We'll send that in. Do you recognize this document?

**A:** I can't say that I exactly recognize this document.

**Q:** Mm-hmm.

**A:** The graph looks familiar, and the style of the numbers to the left look familiar.

**Q:** Would it reflect your recollection if I told you that this is what Mr. Tyra indicated was the source of his calculations for Legio?

**A:** Um, are you saying that Mr. Tyra produced this document?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      I don't know. I understand that the companies gave it to him.

A:      That's your understanding?

Q:      Yeah, I'm asking you.

A:      Um, judging by this document specifically, um, and its details and its similarity to other documents produced in this case, it's unclear to the corporations if this is-- uh, I would need the metadata or something associated with this document to-- to confirm its provenance.

Q:      I'm not asking about its provenance.

A:      Oh.

Q:      I'm just asking if this seems like a reflection of--

A:      I would by looking at the graph-- the graphical representation, uh, that seems familiar. I-- I don't-- it doesn't appear to be altered. I have no reason looking at it to-- to think that it differs from the other graph that I produced.

Q:      Yeah.

A:      The numbers-- um, I have not looked at this document before this Deposition to confirm these numbers.

Q:      Do they look familiar to you?

A:      These numbers?

Q:      Yeah.

A:      I'm, um, almost innumerate--

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Mm-hmm.

**A:**     --Mr. Larosiere, so, uh--

**Q:**     Understood.

**A:**     --I have no relationship with them.

**Q:**     But the graph seems--

**A:**     The graph is a strong indication that-- that this is a-- a good document, probably related to the other document you showed me.

**Q:**     Yeah, it seems probably accurate to you, despite the fact that you can't verify right now?

**A:**     Uh, yes. I think it is probably accurate.

**Q:**     I'm going to be labeling this document as Exhibit C. It says total Legio revenue for month, and then on the left side we have a bunch of months broken down. Then there's another page on this sheet. It says Regression Model; have you seen this?

**A:**     Have I seen this?

**Q:**     Yeah.

**A:**     I-- I think I've seen this. This looks familiar with the tiers.

**Q:**     Mm-hmm.

**A:**     I believe I've seen this.

**Q:**     Yeah, do you know where it came from?

**A:**     Um, I believe this is the product of a consulting expert.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Somebody who's not Tyra?

**A:**     Uh, I don't have reason to believe Jason Tyra created this.

**Q:**     Do you know who made it?

**A:**     Uh, no. I don't know who made it.

**Q:**     Do you know where it came from?

**A:**     Uh, I-- the corporations-- when I'm unclear or unsure, should I say that I'm unsure?

**Q:**     You can be unsure, yeah.

**A:**     I believe-- again, with the 30(b)(6) thing, if you'll indulge me, I-- I didn't know that the corporations were, kind of, allowed to be unsure.

**Q:**     Um, I'll allow it.

**A:**     Well, that's fine to me.

**Q:**     Yeah.

**A:**     Um, I believe these are f-- are from a consulting expert's firm. I do not know who produced what I'm looking at here.

**Q:**     Then we have a different part of this graph. It's a little bit different of a graph. Do you recognize this one?

**A:**     I have seen this graph, yeah.

**Q:**     This is based on the actual subscribers rather than the revenue?

**A:**     Uh, it's a measure of-- it's a-- it's a measure of subscriptions, but it's done by, you know, new subscriptions.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Right.

A:    Um, but yes. I think that's fair.

Q:    Yeah, so it doesn't necessarily say who's renewing or whatever, but these are the fresh blood, so to speak.

A:    I-- I think new may include renewal.

Q:    Oh, really?

A:    It may.

Q:    We'll go past this. Go passed this, go to the next one. Do you recognize this document?

A:    Sorry I'm reading here.

Q:    Sorry.

A:    No that's my fault. Um, again, by the graph, I've-- I've certainly seen that graph. Um, the document is therefore, I think, probably a document I've seen before.

Q:    Do you know what's represented here?

A:    Um, yes, this is Ghost Gunner revenue.

Q:    Ghost Gunner revenue is separated out because it's a multi-stage process, right?

A:    Separated out, um--

Q:    It's not just straight sales. There's payments and deposits and other things worked in there?

A:    These are all booked as sales. Those are considered products in the CMS and therefore all booked as sales.

Q:    It's all related to sales of the machine, right?

A:    Um, I'm not sure that's fair to say looking at the

DIRECT EXAMINATION BY MR. LAROSIERE

payment revenue.

Q:      Payment revenue, so that could include any Ghost Gunner product?

A:      It may, but I'm looking at-- if you'll allow me.

Q:      If you need me to scroll or anything, let me know.

A:      It's okay. When-- because I'm seeing dollars and cents as well, um, I would guess that this may include more than just the mill.

Q:      Mm-hmm.

A:      I-- I perhaps GG3 mill here is shorthand, but it's perhaps.

Q:      It is separated into layaway payment, revenue, deposit product revenue, and final balance revenue for separated by months from 2022 to 2020 early 2026; does that seem accurate to you?

A:      It-- it seems to be an attempt to do that.

Q:      Yeah.

A:      The final balance revenue is-- is what catches my eye.

Q:      What do you mean what catches your eye?

A:      Well, there's not round numbers, and that's why I'm examining the document.

Q:      Is that because the mill itself is a round number?

A:      No, no. It's just-- like I said with the dollars and cents, I was-- I was wondering. You see the other columns

DIRECT EXAMINATION BY MR. LAROSIERE

have more round numbers, and that is because those products are more round numbers.

Q:      Mm-hmm.

A:      Um, but the Ghost Gunner final balance number, it has changed over time.

Q:      Mm-hmm.

A:      Just the dollars and cents thing kind of threw me off.

Q:      It is interesting that final balance and then total are two separate things, so they appear to add the two of them together. I guess we're not 100 percent sure what final balance revenue is, or--

A:      You're saying the graph indicates that?

Q:      Yeah, if you look in the graph, it has a yellow line for final balance revenue.

A:      Uh-huh.

Q:      What is final balance revenue; do you know?

A:      Yes, yes. That-- product is largely in terms of its cost represented by the final balance payment. There's a, uh--

Q:      Yeah, because the deposits are a small amount.

A:      Deposit is always tied to a final, and I wrote that, so the purchase of the product is not actually-- like one mill is not considered sold until both of those products are independently--

Q:      You pay a deposit to get on the list; is that

DIRECT EXAMINATION BY MR. LAROSIERE

right?

**A:**    Yes, and some percentage of customers may not necessarily--

**Q:**    Ultimately pay.

**A:**    --ever, you know, make their final payment.

**Q:**    Yeah.

**A:**    So when a deposit is booked, it's booked as income, but it's not necessarily in the CMS or the ERP shown as a-- a manufacturing order for a mill.

**Q:**    CMS is customer management system, right? What what's ERP?

**A:**    Enterprise Resource Planning.

**Q:**    Okay.

**A:**    Um--

**Q:**    No, it's okay.

**A:**    Yeah.

**Q:**    I'm not asking you for perfection, but do these numbers seem accurate to you?

**A:**    Yes, when I look at the graph, I think I've seen this document.

**Q:**    Yeah for both this and the Legio one?

**A:**    This document and the preceding graph--

**Q:**    Yes.

**A:**    --they both look accurate to me.

**Q:**    This one will be marked Exhibit D. When we added up

DIRECT EXAMINATION BY MR. LAROSIERE

the income on for the sales, right, on Ghost Gunner for 2022, it came to 1.2 million; does that seem in the right ballpark for 2022?

A:     For sales of the Ghost Gunner?

Q:     We just used this document and added up the 2022s.

A:     Uh, you're asking me if the total that document-- I guess I'd have to see what you did. I'm not sure what you did.

Q:     I'm asking you if for 2022--

A:     Uh-huh.

Q:     --income from the Ghost Gunner about 1.2 million sounds accurate.

A:     For '22?

Q:     Mm-hmm.

A:     That would seem low to me.

Q:     That would seem low? If you'd like to take a longer look at the document, you're welcome to.

A:     Uh, it--

Q:     Would that help you?

A:     Uh, sure. Yeah.

Q:     Although, we only have data starting from May, so that might explain that.

A:     Oh, well, that is helpful.

Q:     For 2023, I also see Ghost Gunner income at 1.2 million; does that seem right for '23?

A:     I mean, it definitely seems-- that number seems low

DIRECT EXAMINATION BY MR. LAROSIERE

for '22 to me. Again, it feels low for '23. Um, I would like to look at what you were looking at.

Q:     Here, I'll highlight the fields for you.

A:     Thank you. Ah. Yeah, I've seen it.

Q:     Seems about right, 1.2?

A:     Uh, this document seems to say that, yes.

Q:     Yeah.

A:     I think this document is not capturing-- it looks like when it says, GG3 mill revenue, it may only be expressing an export from the Ghost Gunner e-commerce. I'm not sure if this document includes the Ghost Guns e-commerce, which also sells the Ghost Gunner.

Q:     This one explicitly said Ghost Gunner.

A:     Yeah, I mean, there's a Ghost Guns e-commerce.

Q:     Oh, okay.

A:     Perhaps that's why the number feels a little low to me.

Q:     Okay.

A:     It may be excluding that data, and may just be there as a-- an indication of the progress of the sales of the machine in general and not a total reflection of all Ghost Gunner sales. Though I can't know, since--

Q:     Right.

A:     --I think this was just, uh, requested by the expert.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:	Let's look at Defense Distributed. I'm going to show you--

A:	Yeah.

Q:	--the P&L again. Defense Distributed for 2023, the total sales is about $4 million; is that right? It shows that.

A:	I see that here, yes.

Q:	For the Legio memberships, I show total income from Legio memberships as about $500,000, that seem about right?

A:	In which year?

Q:	2023.

A:	Gosh, um, about right. Maybe high, about right.

Q:	Maybe high?

A:	Maybe.

Q:	Adding the two of those together and subtracting for the total sales, that leaves for Defense Distributed--

A:	Mm-hmm.

Q:	--$2.3 million. That's about 60% of the sales a year.

A:	You're saying, between the P&L and the documents you're showing me--

Q:	Yeah.

A:	--there's some missing revenue.

Q:	I don't want to call it that, but--

A:	Uh-huh. It seems to be the implication.

Q:	Sure, yeah, what was that from?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Uh, a-- again, I think this confirms to me, like, um, companies are definitely more familiar with the end of the year numbers.

**Q:**     Okay.

**A:**     I think those are accurately reflected by the P&L. It seems that these documents, as prepared for or used by the expert, are a detail of products and not all of the sales of the company or even all of the sales of the indicated product.

**Q:**     It could be more of Legio, it could be more--

**A:**     It's not--

**Q:**     --probably not Legio.

**A:**     It is not more of Legio, no.

**Q:**     More Ghost Gunner, you think?

**A:**     Well, Ghost-- Ghost Gunner is always the bulk for the income. Um, it seems to me that for the years '22 and '23, especially the last sheet produced, is--

**Q:**     Okay.

**A:**     --probably only an export from the one e-commerce and not the other.

**Q:**     Okay.

**A:**     And there are two e-commerce systems that sell Ghost Gunner.

**Q:**     Okay.

**A:**     It may be that this is a cleaner way to show-- now, this is the part I have not prepared for for this 30(b)(6) but

DIRECT EXAMINATION BY MR. LAROSIERE

it may be. Uh, this is just a cleaner way to show sales at that one Ghost Gunner line of business to not make a more confusing set of document.

Q: Yeah, I understand. But we're missing 60%. Where do you think the majority of that comes from?

A: Well, I don't know that I agree that you're missing the income. I think you have the income statements--

Q: I have the income statement, yeah.

A: --you've even got bank statements. So it's not like we invented the revenue.

Q: No, I don't think you did.

A: Yeah.

Q: It's on your tax return.

A: Yeah, if anything, it sounds like the expert lowballed the damages, but, uh, I don't know what he did.

Q: Right, no, I'm not-- actually, I'm not really-- I'm not getting at the expert, just so you know. I'm not trying to--

A: No, I'm now thinking about what the difference is as well, like you've asked me.

Q: Yeah, it's 60% for 2023, so I'm trying to figure out-- what I'm wanting to understand is where Defense Distributed makes the bulk of its money from.

A: It's-- it's Ghost Gunner, if we have to say what's the one big product.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Ballpark--

A:     Uh-huh.

Q:     --don't put a decimal on it--

A:     Uh-huh.

Q:     --ballpark, what is the percentage of income for Defense Distributed that is Ghost Gunner?

A:     It'd have to be at least-- historically, it'd have to be at least 80% of the--

Q:     I see.

A:     --and I know that's the favorite number in our space. It would-- it's always been at least 80%. It's a high-- high--

Q:     Now, you could start to say 76%, couldn't you?

A:     Those days are gone. A high average order value because that product is expensive, it has to be financed, it has to-- you know, and therefore, the income on that product is booked differently.

Q:     Mm-hmm.

A:     Um, for example, the sheet that I just saw shows four ways of looking at the progress of Ghost Gunner revenue. It is an incomplete--

Q:     Mm-hmm.

A:     --capture of what is happening.

Q:     Okay.

A:     By definition.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     That really answers my question. You think historically, it's about 80% of Defense Distributed revenue is <unintelligible>

**A:**     <crosstalk> At least, at least.

**Q:**     Yeah, could be up to 90% for some years.

**A:**     Probably in the very beginning.

**Q:**     Yeah.

**A:**     Yeah, when we began to add 80% receivers, okay, that's a big chunk and probably exceeds 20%, especially in the year-- I don't know, '22, when people were--

**Q:**     Mm-hmm.

**A:**     --worried about losing 80% receivers. That's a standout exception.

**Q:**     What's the second largest source of revenue? I can accept Defense Distributed, the Ghost Gunner, its whole ecosystem don't separate that out, right? It's all its parts, its jigs and all that stuff--

**A:**     Mm-hmm.

**Q:**     --its tooling--

**A:**     I would--

**Q:**     --that's all one big thing?

**A:**     I would next say, 80% receivers.

**Q:**     Eighty percent receivers?

**A:**     I think so.

**Q:**     Ahead of Legio subscriptions?

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Uh, if you say, Defense Distribu-- well, damn. Ahead of Legio subscriptions.

Q:     Mm-hmm.

A:     Um, these two figures may have jockeyed from time to time. So as it stands today, I think Legio is the second biggest category.

Q:     Right.

A:     But when you say historically, well, if we're saying for the time period from 2023 to present, I--

Q:     <crosstalk> <unintelligible>.

A:     --think Legio is the consistent second place. But if we go back before 2022, before 2021, 80% receivers were a-- a bigger chunk. And--

Q:     They were kind of like this.

A:     --and they probably exceeded Legio 'cause Legio was still growing.

Q:     Yeah, it was the early days of it.

A:     Oh, surely in the very beginning. But yeah, I'm just saying it's always, like, those three categories probably.

Q:     You say anything aside from that is de minimis, really?

A:     I don't know if I can. I mean, honestly, a big part of the ghost you-- you said setting aside the Ghost Gunner ecosystem?

Q:     Yeah--

Filevine                    www.filevine.com                    72

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Yeah.

**Q:**     --I'm saying for our purposes, all of its tooling, and all of that stuff is y--

**A:**     If you-- if you bracket it that way. Uh, yeah, yeah, I think those are the big categories.

**Q:**     That was my understanding.

**A:**     Yeah.

**Q:**     Just to be clear, again, we're bracketing with Ghost Gunner its support materials?

**A:**     Yes.

**Q:**     It's support services, it's tooling?

**A:**     Yes.

**Q:**     Aside from that, 80% receivers, and Legio memberships. Anything else is de minimis, most likely?

**A:**     For Defense Distributed?

**Q:**     For Defense Distributed.

**A:**     Yeah, I don't think we're missing anything.

**Q:**     Yeah. The reason I asked that is just because-- you might not know this--

**A:**     Uh-huh.

**Q:**     --but the tax returns list--

**A:**     Uh-huh.

**Q:**     --about that amount as other income.

**A:**     Uh-huh.

**Q:**     That's why I was confused about that. But you said

DIRECT EXAMINATION BY MR. LAROSIERE

most of that other income is just different ways of people buying these products.

A:    Uh, I don't think I could testify to what the CPA was saying with other income, if that's what you're asking.

Q:    Right, so the whole-- the preparation is handled completely outside the company?

A:    Yeah.

Q:    You have no idea what he meant when he wrote, other income?

A:    No idea what he meant-- well, maybe you can show me if you want to show it--

Q:    Sure.

A:    --to me and I'd look.

Q:    Because you've read it, I'll show it to you to refresh your recollection.

A:    Appreciate it.

Q:    Never mind. I was wrong.

A:    Oh.

Q:    My confusion must have rooted from somewhere else.

A:    Well, it's a confusing topic.

Q:    Yeah. After the meme hit, right, which entity do you think lost more revenue? Not entity, because entity's weird. The way we've logged things, do you think the Legio membership system or the Ghost Gunner system lost more?

A:    Starting this question with after the meme hit--

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Mm-hmm.

**A:** --are we just saying everything after May 2023, and then bundling it all together and overall impact.

**Q:** How about this? You claim that the meme caused lost sales, right?

**A:** Mm-hmm, yeah.

**Q:** Yeah, so I'm asking you which business got hit hardest, lost the most money.

**A:** I see, and this is why the entity description's harder, because in a way, they're combined businesses.

**Q:** Yeah, and I'm happy to lump Ghost Gunner together, and then Legio as its own thing as we've discussed.

**A:** Um, which entity lost more money?

**Q:** Again, entity loosely, which--

**A:** I don't know.

**Q:** --group?

**A:** Uh, uh, I don't know that we-- we measure customer lifetime value differently in the companies.

**Q:** Mm-hmm.

**A:** Um, so in terms of raw dollars, I would answer one way, but in terms of money or expected income, I would answer another.

**Q:** Why don't you answer in terms of raw dollars first?

**A:** I think in terms of raw dollars, you are asking after the meme hit, who lost more-- what entities lost more in

DIRECT EXAMINATION BY MR. LAROSIERE

terms of raw dollars?

Q:     Sure.

A:     I'm just restating the question.

Q:     Sure.

A:     Uh, that would have to be Defense Distributed.

Q:     I'm saying, the way we've categorized the product line.

A:     Oh, gosh.

Q:     Because that's how it's calculated in their-- yeah.

A:     Uh, we would then as organizations defer to the expert's report.

Q:     It doesn't really say that, right? Let's just limit this to two ecosystems, Legio--

A:     <crosstalk> <unintelligible> the specificity of the question at this point, I admit, um, is beyond, like, the preparation I have made for this Deposition.

Q:     Yeah, that's okay, though. But you're familiar with the total sales of Legio, right?

A:     As a general matter, of course.

Q:     Right <unintelligible>

A:     And-- and trying to be prepared to speak about that today.

Q:     For sure.

A:     Especially as to the factual allegations in the complaint.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Yeah, and in the complaint you allege that the companies lost revenue.

**A:** I believe we did, yeah.

**Q:** The way this is set up, I'm asking you where the most loss was felt as a result of the meme.

**A:** Uh, again, I'll choose to interpret your question away from felt loss to, you know, loss of raw dollars <unintelligible>

**Q:** <crosstalk> Yeah, do it as raw dollars.

**A:** And again, it sounded like you said, company, but you want me to say, line of business?

**Q:** Because-- yeah.

**A:** So for the record, I'll restate it so it's a little easier. Um, Defense Distributed's line of business, meaning the Ghost Gunner, uh, must be the place where the most raw dollars were lost after the publication of the meme and its ongoing republication.

**Q:** We're understanding the Legio to be, despite terminally ending up, and I know you resist that. Despite most of that money ending up in Defense Distributed, you'd consider that a DD Foundation? I don't know how you characterized it.

**A:** Oh, well, no. I was, I think, presuming, like, a hypothetical where you wanted me to--

**Q:** Mm-hmm.

**A:** --categorize the income differently. I mean, again,

DIRECT EXAMINATION BY MR. LAROSIERE

I-- I can talk about all this as DEFCAD or Defense Distributed, it's-- I'll talk about however, you prefer me to.

Q:     I'm trying to talk about it because the way it gets separated in the calculations--

A:     Mm-hmm.

Q:     --is Ghost Gunner, and then some say DEFCAD, some say Legio. I understand that DEFCAD, slash, Legio, I think it's easier to just call it Legio because that's the actual product, right? That's what causes money to come in?

A:     Though I understand your question and am led to agree with it, unfortunately, the DEFCAD product is a a-- a serious software product and I can't say that a-- it--

Q:     Yeah.

A:     --is still the product, uh, <unintelligible>

Q:     <crosstalk> No, I understand that.

A:     Yeah.

Q:     But the report calls it DEFCAD, and so--

A:     And that's--

Q:     --that's why I'm saying for our purposes, let's just call it Legio.

A:     I can testify to what we have read of-- of the--

Q:     Yeah.

A:     --report. I can't necessarily testify--

Q:     Yeah.

A:     --to the experts report.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      That's why I'm asking you about the Legio--

A:      Yeah.

Q:      --revenue.

A:      Yeah.

Q:      Because we both understand what the Legio revenue is.

A:      I-- I think it's the easiest part--

Q:      Yeah.

A:      --to understand.

Q:      Yeah, and so because you said just a second ago that--

A:      Yeah.

Q:      --the Defense Distributed product line Ghost Gunner-- I'm saying when we--

A:      Yes.

Q:      --separate that out and we talk about--

A:      Yes.

Q:      --otherwise that would be a DD Foundation product line of Legio memberships.

A:      Okay, now I understand.

Q:      Yeah.

A:      Yeah, no, so to speak, uh--

Q:      You know what? Let's skip this whole thing, let's just call it Legio memberships.

A:      Great.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Yeah.

A:    Great.

Q:    Let's just--

A:    Okay.

Q:    --call it that.

A:    Thank you.

Q:    Then the same question as before, which was now in terms of total economic value--

A:    Mm-hmm.

Q:    --which of the two do you think were hit worst by the main?

A:    Between the Ghost Gunner ecosystem and the--

Q:    Legio eco.

A:    --Legio memberships?

Q:    Mm-hmm.

A:    Total economic value. I have done some study--

Q:    Mm-hmm.

A:    --in this regard. Um, I believe the life-- the average lifetime value of a customer of Legio is very high-- very high margin, and so therefore, it is very valuable, and yet if we are going to evaluate this in terms of raw dollars loss, I would say nevertheless the Ghost Gunner ecosystem is still impacted more.

Q:    Because earlier you said you'd answer it a different way in terms of lifetime value, or am I misstating

DIRECT EXAMINATION BY MR. LAROSIERE

that? The way I was--

A:     I think I said I'm led to answer differently--

Q:     Yeah.

A:     --and I can-- we can explore.

Q:     I guess, I want to know what you meant by that because what I thought you were getting at there is that you were going to say that Ghost Gunner one way and Legio another way, but it seems you said Ghost Gunner both ways.

A:     I think I did say ghost Gunner both ways in terms of raw dollars.

Q:     What was the other bucket you were talking about?

A:     You used the word value, and I thought you were just speaking generally, and so I-- I went ahead and went down into the raw dollars because I thought that's your question.

Q:     Yeah, no, you answered the raw dollars question.

A:     Okay.

Q:     Tell me what's the other way you were valuing these?

A:     Uh, I used the word lifetime value. It seems that you're interested in that.

Q:     Yeah, so in lifetime value, what is that? Does that not come down to dollars and cents?

A:     No, it-- it can, yes, and-- and I think it most often does.

Q:     Tell me. Which of the two lines were damaged the

DIRECT EXAMINATION BY MR. LAROSIERE

most by the meme in terms of lifetime value?

A:     I think if you lose your Legio members-- historically, if you lose your Legio members, you lose an important segment who are likely to be customers, have been customers. Losing-- losing Legio members is an indication of-- of losing a customer from your overall lines of business. Not always, um, so it's a bigger hit to lifetime value. I'll--

Q:     We just have some--

A:     I'll say this as well. To be a Legio member doesn't just require, like, a casual induction into-- it's, uh, like we mentioned yesterday. There are these steps you have to take. You have to understand kind of what's going on, and so there's actually a higher degree of customer information, being informed, and a familiarity with what Defense Distributed is, what EEFCAD is. Almost like, um, if you're a Legio member, you almost, like, excuse the difficulty of using the DEFCAD application. Uh, and customer research and surveys indicate that these people are more educated about Defense Distributed than, uh, naive Ghost Gunner customers or naive 80% receiver purchasers or people who purchase kits at Ghostguns.com. Therefore the lifetime value of a Legio member is assessed differently than, like, a Ghost Guns customer, like at Oakland or something.

Q:     Your idea is that losing a Legio member would mean losing somebody who was likely to repeatedly purchase from--

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**    Everything.

**Q:**    --everything.

**A:**    In fact, Legio is-- is interwoven. There's, like, an interposition in Legio like for Def, uh, the ECAD piece of software we have in Ghost Gunner.

**Q:**    Mm-hmm.

**A:**    Uh, there's functions there that ask you to use your Legio membership or enter your number. At the end of this-- this, it's not so pronounced, but it's related. Um, again, I didn't ask the expert to consider these things.

**Q:**    No, I'm only asking about what you feel.

**A:**    Nevertheless, these-- these are our considerations.

**Q:**    Wouldn't those lost sales be subsumed in the the raw dollars and cents figure we were talking about before?

**A:**    Subsumed. I don't believe they would be. Perhaps they could be, perhaps, but this is beyond my knowledge and understanding. I think it would take complex economic modeling and statistics and, you know, it would require more research.

**Q:**    Being exact about futures is very hard, right?

**A:**    Um, right, and let's be honest, you know, uh, what we're doing here will be illegal soon anyway.

**Q:**    I don't know about that. I hope not.

        **MR. DE PURY:**    Gentlemen, I'm going to have to do my hearing but--

        **THE WITNESS:**    Good luck.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. DE PURY:**     --during <unintelligible> I'll be right back.

**THE WITNESS:**     <unintelligible> The guy in green in the back.

**MR. FOSTER:**     Oh, wow. It's, Sean Duffy.

**THE WITNESS:**     Well, no I know that Sean. I'm-- behind him. Look behind him.

**THE REPORTER:**     All right.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     I'm going to show you now Exhibit C again, which has the graphs. I want you to focus on the graph.

**A:**     Thank you.

**Q:**     Now how would you describe the slope of the line on the graph?

**A:**     Uh, the blue line?

**Q:**     Mm-hmm.

**A:**     Um, it seems to, in general, decline. Is that a way to describe a slope?

**Q:**     I think it is.

**A:**     Uh, it seems that way to me.

**Q:**     When does it start?

**A:**     The decline?

**Q:**     No, the graph.

**A:**     Uh, I see-- oh, you mean the very first entry?

**Q:**     Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** Uh, I see 11 of 2021. That's how I read the graph.

**Q:** Okay.

**A:** That's when the line begins.

**Q:** I'm going to show you the other graph. This is Exhibit D, and you're familiar with that graph, right?

**A:** Yes, I've seen this graph.

**Q:** How would you describe the overall trend there? I know there's multiple ones but taking them as an average.

**A:** Um, to me, there-- there seems to be a decline.

**Q:** A decline, and when does that start?

**A:** Uh, again, this is difficult to judge, but if you do a kind of scatter plot impression.

**Q:** I'm asking when the graph starts, the first entry. Same question.

**A:** Oh, I see, not when the decline starts.

**Q:** Yeah.

**A:** When does the graph start? Um, the first entry I see in the graph is May of 2022.

**Q:** Okay.

**MR. FOSTER:** 2022.

**THE WITNESS:** Is that right?

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:** I'm going to tell you something that's very embarrassing and it's on the record.

**A:** Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      I actually don't know the months by number. I have to check on my hands every time.

A:      So interesting, every-- every month?

Q:      Every month.

A:      Oh, damn. You should use a heuristic or something.

Q:      I--

A:      You're not quick. What is 7? July, come on.

Q:      Did you see me doing my fingers? Yeah, I literally don't know them.

A:      Well, you would know January is number 1.

Q:      I would know January. I'd know October and December and a few of them--

A:      Okay, yeah.

Q:      but all of those middle months, like the midwestern states of months.

A:      I hear.

Q:      Can you describe the decline between April of 2022 and-- that was a form problem. Can you describe the trend?

A:      <unintelligible>.

Q:      I was suggesting an answer.

A:      Oh, I see.

Q:      Can you describe the trend between April of 2022 and November of 2022?

A:      You'd like me to read, uh--

Q:      No, I'd just like you to describe what you see on

DIRECT EXAMINATION BY MR. LAROSIERE

the line between those two dates.

A:      April of '22 and November of '22?

Q:      Mm-hmm.

A:      Unfortunately, this graph does not include April of-- of '22 and I don't believe I can describe it.

Q:      Is that not 5.22?

A:      It's not. I'm sorry.

MR. FOSTER:      April 4.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      May of 2022.

A:      But you did preview that this would be a problem. So, uh, could you restate your question?

Q:      Can you describe the trend between May of 2022 and November of 2022?

A:      The overall trend of four lines of the graph?

Q:      Mm-hmm.

A:      Uh, April-- I'm sorry, May of '22 to November of '22?

Q:      Mm-hmm.

A:      Uh, to me, there is a decline of final balance revenue, which is, uh, a local minimum between two large peaks and an increase in deposit revenue.

Q:      Increase in deposit revenue. Then right after November we see a spike. Is that because of a Black Friday sale?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** I'm sorry. November of 2022?

**Q:** Sorry, let me ask this way.

**A:** Would you like to--

**Q:** Do you do a Black Friday sale every November?

**A:** Not for Ghost Gunner.

**Q:** No?

**A:** I think we often do Black Friday sales, um, but you're asking me do we always do a Black Friday sale?

**Q:** In 2022.

**A:** Maybe you're asking me if I did a black Friday sale here.

**Q:** Yeah.

**A:** I did not study whether we did or didn't for this deposition.

**Q:** You don't remember?

**A:** I don't actually see a large peak related to November.

**MR. FOSTER:** Or wouldn't that have happened afterwards?

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:** Right. You would think it would. Perhaps you should look at this graph. I see between November of '22 and--

**Q:** I guess, I just don't know when it when the money comes in from the Black Friday sale, so I just--

**A:** It would come in after Black Friday--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Yeah.

A:      --by definition.

Q:      Mm-hmm.

A:      I don't necessarily see that reflected here.

Q:      Okay.

A:      I could be misreading the graph.

Q:      I'm only asking about what you see there. Do you generally see a big uptick in sale about the Black Friday time?

A:      At Ghost Gunner?

Q:      Yeah, in the Ghost Gunner ecosystem.

A:      Uh, yes, people are eager to-- to make those purchases at Ghost Gunner at Black Friday, yeah.

Q:      Okay.

A:      This trend has declined since, let's say, COVID.

Q:      Really.

A:      Black Friday trends have in my experience.

Q:      Hmm.

A:      I think, uh, nevertheless we I think we try to do a Black Friday sale most years at Ghost Gunner.

MR. LAROSIERE:    You want to take a break? I--

THE WITNESS:    Maybe 5.

MR. LAROSIERE:    --want to. Yeah. Off the record, please.

THE REPORTER:    The time is 1:27 p.m. Eastern Standard Time and we are off the record.

DIRECT EXAMINATION BY MR. LAROSIERE

<off-the-record-discussion> The time is 11:50 a.m. Eastern Standard Time, and we're now on the record.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**    Do you remember yesterday we were talking about the exit interviews or whatever it was?

**A:**    Um--

**Q:**    People leaving or--

**A:**    I guess--

**Q:**    --yeah.

**A:**    --I guess the corporations would have that knowledge.

**Q:**    Right, and that's what we talked about yesterday. Yeah. Did you get to look over that and you're a little more familiar now?

**A:**    Uh, could you remind me of the questions?

**Q:**    It was about the exit surveys.

**A:**    How they-- yes. I think the questions were about how-- how the exit surveys were triggered?

**Q:**    We were talking about, and you answered that.

**A:**    Is there another-- so you mean another question?

**Q:**    I'm letting you know we're going to start talking about exit surveys.

**MR. FOSTER:**    Exit surveys, do you remember them?

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Yeah.

A:      Yes.

Q:      You're familiar with them?

A:      Yes.

Q:      Does this look about like the contents of those surveys?

A:      Uh, is-- this is reformatted?

Q:      Yes, because it was handed over as an Excel sheet.

A:      You're asking if it's the contents in general. I'm seeing what would be a-- an excerpt of the contents. It's-- it does seem to reflect those contents.

Q:      Okay.

A:      Oh, I see there's more on the page.

Q:      Yeah. It's all in here.

A:      Um, I can't represent that--

Q:      Right.

A:      --it's all in here.

Q:      I'm not asking you to represent that. I'm just asking if you recognize generally the survey.

A:      Yes, yeah, yeah. Hold on. Can you scroll to the very top?

Q:      Yeah, sure. If you want, we can go through the whole thing if you want to just take a look through all of it.

A:      I just wanted to see the, uh, rows. Uh, there are four columns, correct?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Mm-hmm, so we got rid of the like--

A:    Is there-- I believe there were other columns.

Q:    There were and they were like the actual user hash thing.

A:    You're saying there were kind of un--

Q:    You know what? How about this,

A:    --unreadable.

Q:    I'll refresh your recollection by showing you that.

A:    Uh-huh.

Q:    I don't want to introduce that one because I think they may be member identifying.

A:    Oh, yeah.

Q:    That's the--

A:    I got there. Okay. We've got this, like, for lack of a better word, a hash.

Q:    Yeah, then it goes over.

A:    Can we scroll to the right? And okay, and I will trust that you have recomposed this document based on this data--

Q:    Right.

A:    --and the data that is in that document--

Q:    Mm-hmm.

A:    I'm familiar with it. There are just some items here beyond column 4 that I'd like to examine that show dates, for example. Submissions, yeah, no it's-- it's good to reread

DIRECT EXAMINATION BY MR. LAROSIERE

it. So you include this, please provide response, so it seems to me in your other document.

Q:    Yeah, so--

A:    More detail. You're right.

Q:    Yeah.

A:    That's in your document too.

Q:    Mm-hmm.

A:    Okay. I think we can continue.

MR. FOSTER:    Here we go.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    This is going to be Exhibit E. We have four headings here in the one we're looking at, which one is why did you cancel your Legio membership? The next is, other. The next is, please provide more detail, and then the submit date. Does that sound about right?

A:    In your document?

Q:    Yeah.

A:    It sounds like what's in the document you've shown me.

Q:    Yeah, but those were also in the document you handed over which is an excel sheet?

A:    I believe those columns are included in my document, yeah.

Q:    Under the, why did you cancel your Legio membership column, it seemed that there were only fixed responses. There

DIRECT EXAMINATION BY MR. LAROSIERE

were only like four different ones. Was this like a drop-down menu on that?

**A:** It seemed like there were only fixed responses.

**Q:** Mm-hmm.

**A:** And then, the question is was there a drop-down menu to select fixed responses?

**Q:** Right, for that first part.

**A:** Uh, I don't believe so. This is, uh, I don't believe that's the way to describe it.

**Q:** Do you know where that, let's call it that first order, information comes from?

**A:** First order? You mean--

**Q:** Why did you cancel your Legio membership?

**A:** If this is a progression. Um, the question may assume that the presentation of the rows is the order in which, you know, they were. So, I don't know that I can represent that that's true.

**Q:** How are these exit surveys done?

**A:** Uh, the surveys were done by email.

**Q:** Okay.

**A:** Or at least by email request and then I believe the actual handling of the survey was on Typeform.

**Q:** Typeform?

**A:** I think there were Typeform surveys.

**Q:** What is that?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      It's its own third-party service, uh, for conducting customer research surveys.

Q:      Did you ever look at that, how a user would experience it?

A:      Yes.

Q:      Again, for this question, why did you cancel your Legio membership.

A:      Uh-huh.

Q:      Was that like a text box, or was that something one could select different options for?

A:      Uh, I believe there were selectable options for that question.

Q:      Then, there was an other, in which case, they'd be prompted to put more information, right?

A:      No, I believe-- I believe in all cases they were prompted if they'd like to submit additional information.

Q:      Yeah. In all cases they were enabled to provide more detail. But was it the case that if they selected other they had-- as the reason for leaving they had a separate opportunity to provide detail?

A:      I don't know that it was a separate option.

Q:      I'm just trying to make sense of the way that the data came back to us.

A:      It may help if I can--

Q:      Do you want to see the--

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**   --see the Exhibit again.

**Q:**   Do you want to see the Exhibit or the original spreadsheet?

**A:**   Well, I suppose to answer your question, whichever you would think would help me answer.

**Q:**   I'm going to show you the Exhibit again.

**A:**   Oh--

**Q:**   Is it <unintelligible>.

**A:**   --I don't-- don't know why-- yeah.

**Q:**   Most reasonable to assume. Let's scroll a bit more.

**A:**   Uh, ah, there it is, yes. So, incomplete in my answer from before is that you are also beyond other you were also-- you don't have to select a reason.

**Q:**   Mmm.

**A:**   You don't even have to select other. I guess there's an other to the other.

**Q:**   Everybody had the opportunity to say provide more detail and some people had the opportunity to give this first?

**A:**   Yes, I would think everyone had the opportunity to select, a fixed reason to supply a different reason, to not select a reason, and nevertheless progress through the form.

**Q:**   These are the fixed reasons, right? The first column?

**A:**   If you're using fixed because these repeat, I think that's a fair thing to say.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Yep.

**A:** This is like a presented option.

**Q:** Do you remember what those fixed reasons were?

**A:** Uh, yes, in general, I do. I don't think there were very many.

**Q:** Do you know what they were? Can you tell me?

**A:** Uh, sure. I think they represented the common-- the common ways we understand people to cancel re-- their-- their subscriptions.

**Q:** What were those?

**A:** Um, well, I mean, there's always going to be, uh, you had trouble accessing your files or could not. Um, then there's always going to be--

**Q:** Before you keep going, would that be could not access files as an option? Because that seems to be an option.

**A:** I-- I would say, yes.

**Q:** Then, what's the next one there's always going to be?

**A:** Um, if by next you mean, you know, I'm not representing as the very next--

**Q:** I know.

**A:** --um, I need to see the thing again.

**Q:** Well, it's okay I can prompt you I was I was wondering if you knew in your--

**A:** Oh okay.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     I wanted to know what you knew in your mind.

A:     Uh, I know that there are a few and they include the FedCAD one for example.

Q:     The FedCAD one was included in a prompt answer?

A:     Uh, one of the fixed--

Q:     Fixed answers.

A:     -- answers included it.

Q:     Yeah.

A:     And I think there was another fixed answer about security concerns.

Q:     One of them was could not access files we talked about that. another one which I think we just talked about is, I don't want to support FedCAD; does that sound right?

A:     Yes.

Q:     Another one was concerned about personal security, slash, privacy; does that sound right?

A:     Personal I-- it-- it sounds right. I--- I thought it was more succinct.

Q:     Costs too much. Was is that one?

A:     Yes.

Q:     I think that's it.

A:     And again, for the record, there were more fixed options like other, I think was presented in text--

Q:     Yeah.

A:     --and, of course, you did not have to select--

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Right.

**A:**     --a fixed option?

**Q:**     Yeah. What it seems to me, and it might not be, but it seems to me that if they selected other then that would have shown up here, in the middle, because only some of them have information in the middle. But--

**A:**     I-- I think you're right that indicates that the form flowed differently if other was selected.

**Q:**     Yeah.

**A:**     It indicates that. I don't know that it means that.

**Q:**     Who prepared those fixed options?

**A:**     Um, you mean who programmed the Typeform?

**Q:**     Sure.

**A:**     Um, that would be Garrett Wallman.

**Q:**     Who's Garrett Wallman?

**A:**     Uh, Garrett Wallman is-- uh, he's with Defense Distributed, he's a software engineer.

**Q:**     Uh-huh.

**A:**     Uh, he's also an architect of DEFCAD the application.

**Q:**     Yeah. At a previous deposition you called him an unpaid employee; is that the case?

**A:**     I think in the context of DEFCAD he's been an unpaid employee. Of course, he's been a paid employee of Defense Distributed, or at least a paid contractor.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Okay.

**A:** His-- his relationship has changed.

**Q:** Oh, still is an employee of Defense Distributed as of today?

**A:** Uh, no I'm not representing he's an employee of Defense Distributed today.

**Q:** Do you know if he is or not?

**A:** Yeah.

**Q:** Is he?

**A:** He's not-- he's not a paid employee of Defense Distributed.

**Q:** Got it. Contractor?

**A:** I-- I think Defense Distributed would represent he's a contractor, yes.

**Q:** He would have been the one who put in the different options? Like wrote the--

**A:** To have literally programmed them? I-- I think he was, yes.

**Q:** You're saying literally programmed, I'm trying to know who wrote these, who came up with these.

**A:** Oh, interesting.

**Q:** Yeah.

**A:** Um, well, I don't know that it was one person. The companies represent that it was. Garrett Wallman and Cody Wilson at the very least.

DIRECT EXAMINATION BY MR. LAROSIERE

Q: But it was a company effort?

A: Oh, yeah.

Q: Do you think it'd be fair to say that these survey results are an accurate picture of why people left the Legio ecosystem?

A: Um, no, I don't know that is a fair picture.

Q: Okay.

A: Is the word used, fair?

Q: It's the word I used.

A: I don't know that it is.

Q: Do you say it's accurate?

A: I-- I don't know that I can represent it as an accurate picture. I don't know if it reflects--

Q: Is that because you don't know what's in the mind of the people who are filling it out?

A: Exactly. I don't know the reality of the picture. I-- it is a picture, and I think it is useful, but that doesn't mean there's verisimilitude.

Q: I'm going to resist my urge to ask what that is.

A: You know.

Q: Let me ask this, does it seem accurate to the company?

A: I would say. It is a useful, uh, data set--

Q: Yeah.

A: --because it does capture sentiment about leaving.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**    Yeah. In some way.

**A:**    And it captures it, I think, in a way that is-- it shows-- in some way, yes.

**Q:**    Now, do you know if the company ever had conversations about the making those fixed responses?

**A:**    Um, if those conversations happened then I think they would have been informal.

**THE WITNESS:**    Are you okay?

**MR. FOSTER:**    Yeah, just plugging in something.

**THE WITNESS:**    Okay.

**MR. FOSTER:**    Keep going.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:**    Uh, I don't believe that there are documentary records of that conversation specifically.

**Q:**    Yeah. Because you have an open office right?

**A:**    An open office?

**Q:**    Isn't it an open office plan where you can just talk to everybody?

**A:**    Uh, an open office?

**Q:**    I'm asking is it because you just talk face-to-face with these people?

**A:**    Well, you don't mean the customers, you mean like the-- the people who would have closed the form?

**Q:**    Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**    Well, I think though, um, when this was made, this might have more likely been conversations with Garrett Wallman. And therefore, more likely, um, a phone call or said in a meeting, Defense Distributed has lots of meetings.

**Q:**    Yeah.

**A:**    And so, it's kind of independent of the floor plan, we're all sitting in the same room, um--

**Q:**    Okay.

**A:**    --on-- on a call.

**Q:**    Yeah. Voice, that makes sense.

**A:**    Mm-hmm.

**Q:**    A lot of people said that they were double charged. Are you familiar with that?

**A:**    I'm not familiar with a lot of people saying it, though I see the-- I see it as a response in that document.

**Q:**    I see it five times. Does that sound right to you?

**A:**    Uh, I-- if you want me to look, I will.

**Q:**    Sure. I already went ahead and opened the--

**A:**    Oh, cool, um, although double itself is--

**Q:**    Yeah. Let's take a look.

**A:**    Does say five.

**Q:**    Do you want to take a look at each one?

**A:**    Um, no. You know what? I'll trust your representation.

**Q:**    Are you aware of an issue with people being double

DIRECT EXAMINATION BY MR. LAROSIERE

charged for their accounts?

A:     Um, if you're asking if these survey results make the company aware of a technical problem.

Q:     No, I'm asking generally. I'm not rooted in the survey. I'm saying, are you aware of some problem with double charging?

A:     Uh, no, in general, there is not such a problem.

Q:     Do you have an idea of what these people might be talking about?

A:     Of course. Of course, I do. I mean, in any e-commerce business you run into this problem. Sometimes it's at the gateway level, it's like a velocity problem, a browser issue. You know, the customer thinks that they-- the purchase hasn't happened, they bill themselves twice on accident. It's all-- it's like friendly fire. Sometimes a customer has purchased two memberships and doesn't remember this fact.

Q:     Mm-hmm.

A:     Um, but in general, no. There's not a-- there's not a double billing problem, um, at DEFCAD or through Legio.

Q:     Mm-hmm.

A:     We use all standard E-commerce techniques.

Q:     On this, overall, form, that we got from you there's about, just under 250, about 235 responses; does that seem right?

A:     Uh, in the form you received, yes. The-- the data

DIRECT EXAMINATION BY MR. LAROSIERE

you received, I think that's the data set.

**Q:** They started in September of '24.

**A:** Did they?

**Q:** Is that about when you started collecting these?

**A:** Um, this survey and this data set must have been-- begun, uh, around that time.

**Q:** Does that seems right to you in your memory?

**A:** Oh, I see I didn't answer the question. Um. Well, I suppose I should check the data one more time before I represent it.

**Q:** You want to see the original?

**A:** Uh, as you like, oh, the bottom is the-- top. Um, oh, yes I'll represent that this seems this data seems to begin in September of '24.

**Q:** Is that aligned with when you believe you started collecting the data in this format?

**A:** Um, in this exact format that's right. There was another form of interview done with Partners which is less.

**Q:** Less formal.

**A:** Less-- well it's formal but it's less detailed we were more concerned, I think, a year before about the partners leaving than necessarily the reasons that the customers left--

**Q:** Mm-hmm

**A:** --um, so. You know were those exit surveys? No but they were collected reasons.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Collective reasons for why partners left.

A:      Collected reasons.

Q:      Collected.

A:      Like I believe, um, the emails were-- if a partner left or deactivated, the flow was, are you sure, would you tell us why?

Q:      Mm-hmm.

A:      Um, and so there's a-- a limited set from before September of '24 where we first began to collect indications of why people would leave.

Q:      That kept going for a while after?

A:      I think when this began, um, this was a more targeted. You know, there aren't that many partners who leave there's not a lot of data to collect.

Q:      Right.

A:      So, this became the focal point--

Q:      Okay.

A:      -- or the new effort.

Q:      For the partners you did collect documents from them in the form of emails, or was it like this?

A:      It was not like this. It was like, um, an invitation for them to provide a reason which often did not happen but it was triggered sometimes the reason may have happened but it's unclear to, you know, all those responses. It's unclear what they meant by their design--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Right.

A:     -- it was not as intentional as this survey after.

Q:     Was it just kind of like email us back basically?

A:     There was both an option, um, a selectable option in the application in their account and then there was an email about it like--

Q:     Mm-hmm.

A:     --you could say like a win-back or something, which invited a response.

Q:     You'd collected these, right? You already said that.

A:     Uh, anything related to discovery stuff, yeah. I-- I don't think there is even one-- in those emails even one indication of FedCAD.

Q:     Did you hand those over to your Counsel?

A:     Uh, I think so.

Q:     It seems a lot of customers cite, like, the driver's license or FFL requirement in canceling. Do you agree with that?

A:     Again, I-- I don't know about a lot. Um--

Q:     Here, let me read a couple of these--

A:     --I think it is frequently cited.

Q:     You think it's frequently cited?

A:     I do think it's frequently cited.

Q:     Do you think that those customers left because of

DIRECT EXAMINATION BY MR. LAROSIERE

the FedCAD meme?

**A:**     Uh, it's hard to say. It's hard to say.

**Q:**     Yeah.

**A:**     It's difficult to capture that because of course, um, learning, about FedCAD, for example--

**Q:**     Mm-hmm.

**A:**     --or the allegations in the meme would, of course, bring you back to your concerns about having to supply government identification or fill out a survey. And so, of course, it can be like a FedCAD can be a cause without being reflected as the stated cause.

**Q:**     It's not my concern. I'm reading what they wrote. I understand why you were doing that, why you were requiring ID's.

**A:**     Well, I'm only saying-- no, no, no, not why I'm requiring them, I'm only saying that the customer's response is about this concern about ID's--

**Q:**     Mm-hmm.

**A:**     --does not exclude that response as being related to FedCAD or a consequence of.

**Q:**     I'm going to read you a survey response from November of 2025, the reason stated was personal financial hardship, and then under please provide more detail, he says I would love to remain subscribed but cannot justify it against my current life situation. Now, do you think the FedCAD meme

DIRECT EXAMINATION BY MR. LAROSIERE

would have caused that customer to stop subscribing?

A:    I have no reason to think that.

Q:    Okay.

A:    But, now that's a different answer.

Q:    The very next one, reason stated just don't use it often enough, that's all. I'm still a huge fan. Please provide more detail. I just don't use it often enough. That's all. Do you think that the FedCAD meme caused this person to leave?

A:    I'm laughing at his more detail. Yeah.

MR. FOSTER:    Objection calls for speculation.

MR. LAROSIERE:    I'm asking what you think.

MR. DE PURY:    That is a good objection

THE WITNESS:    Uh, no, it is unlikely to me based on that response. I think it is unlikely that person left because of the meme.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    What about this very next one? Don't use service, I haven't used their services, so I don't see continuing in the future. You think the meme caused him to leave?

MR. LAROSIERE:    Same objection.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    Could you give me the date?

Q:    Um, November 24th, 2025.

A:    Oh, you did say that these were all from November didn't you? Um, if you'll restate the answer.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Sure. The middle, the second here, the other is don't use service, then, I haven't used their service so I don't see continuing in the future.

A:      Mm-hmm. And the first-- did he take the opportunity to select the first?

Q:      Sure. Let me just show you, it's this one here.

A:      He did not.

Q:      It looks like he selected other and then said, but don't use service.

A:      It does look like that. But it's hard to know if he selected other or just chose not to select a reason.

Q:      Right.

A:      Therefore, I guess I can't exclude FedCAD as a reason.

Q:      Uh-huh.

A:      He may have said, hey, FedCAD, I never even used this.

Q:      Uh-huh.

A:      Though I think that's unlikely.

Q:      You think what's unlikely?

A:      What I just said. I think there may be-- there is no strong reason to think it's FedCAD--

Q:      Mm-hmm.

A:      --but I cannot exclude it.

                THE WITNESS:     Oh hold on. How's that?

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. FOSTER:**    Little more. That's good, thanks.

**THE WITNESS:**    Well, it's--

**MR. FOSTER:**    It's not good actually.

**THE WITNESS:**    --pretty rickety.

**MR. FOSTER:**    That's fine.

**THE WITNESS:**    I don't know-- I'll hold it this way. I think you need new technology.

**MR. FOSTER:**    I think I do.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**    The company's gave the option I don't want to support FedCAD. Do you know if that was selected often or not?

**A:**    The first part of your question was, the companies gave this option?

**Q:**    Didn't we establish that earlier that one of the finished options?

**A:**    I didn't-- I didn't hear-- I didn't hear.

**Q:**    That was one of the fixed options, right?

**A:**    I choose not to support FedCAD?

**Q:**    I don't want to support FedCAD.

**A:**    Don't want to support FedCAD, I-- I believe that's an option.

**Q:**    Do you know if that was selected often or not?

**A:**    Uh, I think often is a fair use of the word. It's a surprising-- it's surprising that people would in fact

DIRECT EXAMINATION BY MR. LAROSIERE

specifically choose to use it and it feels like an often enough choice in the data.

Q:      Does about 16 sound right?

A:      16 what?

Q:      16 instances where it was selected.

A:      Where specifically the fixed option, choose not to-- uh, in that data?

Q:      Mm-hmm.

A:      I don't-- I don't think you're misrepresenting. It sounds right.

Q:      It sounds right?

A:      are you asking me? I-- I don't--

Q:      I'm asking you to confirm.

A:      I guess I should count if you want me to.

Q:      I'm trying to make it easier for you. I've put in the search box I don't want to support FedCAD.

A:      Okay. Just with what you said yeah, it seems in that column that has been selected at least 16 times.

Q:      That doesn't mean the others had nothing to do with the meme, right? But people only selected that option 16 times. That first option-- Mm-hmm.

A:      --though we see the words FedCAD sometimes in the other detail even in unrelated selections.

Q:      So, that doesn't really mention the meme, does it?

A:      What does?

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** I don't want to support FedCAD.

**A:** Oh, interesting. I think it does reference--

**Q:** Okay. Go ahead--

**A:** --the meme but I can see that we disagree.

**Q:** --tell me how.

**A:** Uh, the use of the word FedCAD is a reference to the idea and the program, campaign, FedCAD.

**Q:** There is a fedcad.com, right?

**A:** Is there?

**Q:** I'm asking.

**A:** Is there such a thing?

**Q:** Yeah.

**A:** Um, is there such a thing? I think there's a Fedcad.com

**Q:** Mm-hmm. And it's linked on defcad.com, isn't it?

**A:** I have no knowledge of it being linked on defcad.com.

**Q:** No? Okay. Well, it, is but that's okay. Fedcad.com also links to Defcad.com. I don't know if you're aware of that or not. Let me ask this way. We--

**MR. FOSTER:** You don't want me to do something?

**MR. DE PURY:** Okay, Howard.

**MR. FOSTER:** Come on.

**MR. DE PURY:** No, it's--

DIRECT EXAMINATION BY MR. LAROSIERE

MR. LAROSIERE:    It's we, uh--

MR. FOSTER:    All right <unintelligible>.

MR. LAROSIERE:    I know I'm boring, but come on.

MR. FOSTER:    All right, all right.

MR. DE PURY:    Stand up a little bit.

MR. LAROSIERE:    Do you want a coffee?

THE WITNESS:    Can you get the coffee?

MR. FOSTER:    Yeah.

MR. LAROSIERE:    We're going to take a five-minute break.

MR. DE PURY:    Can we go off the record for 5?

MR. LAROSIERE:    Sure. Thank you very much.

MR. FOSTER:    Yeah, I appreciate it.

THE WITNESS:    No, I-- I'm kinda worried about you--

MR. DE PURY:    Worried about you.

THE WITNESS:    --that would be good. Yeah.

MR. DE PURY:    Do you want one?

THE WITNESS:    <unintelligible>.

MR. LAROSIERE:    <crosstalk> No, you've got the real stuff.

THE REPORTER:    You want me to go off the record?

MR. LAROSIERE:    Yep.

DIRECT EXAMINATION BY MR. LAROSIERE

MR. DE PURY:     Yes sir. We need about 5 minutes.

MR. FOSTER:     All right, thank you.

THE REPORTER:     The time is 12:18 p.m Eastern Standard Time and we are now off the record. The time is 12:39 p.m Eastern Standard Time ,and we are now on the record.

MR. DE PURY:     Thank you, sir.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     I guess based on the exit survey that we were looking at--

MR. FOSTER:     These are my--

THE WITNESS:     Oh, yeah? All three of these are yours?

MR. FOSTER:     Yeah.

THE WITNESS:     Well, you need it.

MR. FOSTER:     Stay awake, through these questions.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     Based on these exit interviews, I guess, what percentage of these do you think would be because of the FedCAD meme?

A:     Um, you know, by one analysis of this, we felt there was at least a pareto distribution represented.

Q:     I don't know what that means.

A:     Uh, let's say 20%.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Mm-hmm.

A:      I think it's fair to say that you can determine something like a 20% relationship, directly claiming or directly indicating FedCAD specifically.

Q:      certainly not 100%?

A:      These surveys do not indicate 100% FedCAD--

Q:      Mm-hmm.

A:      --purpose selection reason.

Q:      I mean and again, you don't know what's in their mind, but do you think based on these surveys, it's not 100% of the reason people were leaving?

A:      Wait, wait, wait. Based on these surveys?

Q:      Yeah.

A:      I'm sorry could you restate your question?

Q:      Based on the materials and information available to you and that you reviewed, do you think that 100% of the people who left Legio did so because of the FedCAD meme?

A:      Well, these materials would be beyond and in addition to these-- this exit survey data.

Q:      Mm-hmm.

A:      So, with the greater wealth of the materials, I believe it is a much larger percentage of the people who left.

Q:      That's not what I asked.

A:      Well, you asked 100%, right?

Q:      A hundred percent.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     I can't, based on these materials and more, uh, say that I think 100% of all customers who left, leaving open the definition of left, are because of the FedCAD meme.

**Q:**     It took you a lot of words to say that.

**A:**     Um-- I'm thinking of the record.

**Q:**     It should be pretty easy, right? We agreed that we've looked at a few of these, didn't we?

**A:**     I think it's easy to formulate opinion it's difficult to translate, um, into words or meaning.

**MR. LAROSIERE:**     For your benefit, Howard, if this is how it's going, it's not going to be 2:30. That's a simple question.

**MR. FOSTER:**     All right, well--

**MR. LAROSIERE:**     I'm going to have to ask 10 follow-ups to get.

**MR. FOSTER:**     Okay, well--

**THE WITNESS:**     These are the risks we run.

**MR. FOSTER:**     Wait, one second. Could you just for me for my benefit, could you restate your question or re-ask it because I missed it?

**MR. DE PURY:**     Well, do you want to just hear it instead of not asking him so don't--

**MR. FOSTER:**     Yeah, no but maybe I can help. Can I hear it?

**MR. LAROSIERE:**     I just asked based on the

DIRECT EXAMINATION BY MR. LAROSIERE

material available to you, did you think 100% of the customers left because of the FedCAD meme? And he took a lot of words to say it, I think a non-answer. So, I'm going to have to ask a lot of questions.

MR. FOSTER:    Wait, wait, wait. You're going to say I'm coaching but I think this is--

MR. ZERMAY:    Do you want to step out with me for a second?

MR. FOSTER:    Yeah.

MR. ZERMAY:    Okay, let's go.

MR. FOSTER:    Because I-- in my opinion--

MR. ZERMAY:    It's okay--

MR. FOSTER:    This--

THE WITNESS:    Go ahead. Step out, go, step out. I'll <unintelligible>.

MR. LAROSIERE:    I just need-- Okay, all right, all right.

THE REPORTER:    The time is 12:46 p.m Eastern Standard Time and we are now on the record.

MR. DE PURY:    Thank you.

MR. FOSTER:    Okay.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    So, do you think it's possible, that there are reasons aside from the FedCAD meme that people left the Legio service?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Uh, yes and I'd like to explain my answer. That probably just is my answer.

**MR. LAROSIERE:**   Now, I don't know whether or not to invite him.

**MR. FOSTER:**   I think he's allowed to accept--

**MR. LAROSIERE:**   I mean he is but I'm saying you can't-- do I invite him or?

**THE WITNESS:**   The rest you probably shouldn't have <unintelligible>.

**MR. FOSTER:**   Let's just let him finish his answer.

**THE WITNESS:**   No, no--

**MR. FOSTER:**   No, I was because of your time thing.

**THE WITNESS:**   --okay, <unintelligible> stop, stop.

**MR. FOSTER:**   Yeah. Go ahead.

**THE WITNESS:**   I will make this easy, I will continue to speak.

**MR. FOSTER:**   Go ahead.

**THE WITNESS:**   Because I was expecting 10 follow-up questions maybe that's why I just paused.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     Mm-hmm.

**A:**     Anyway I'll say there's, uh, like in any business,

DIRECT EXAMINATION BY MR. LAROSIERE

we mentioned Churn yesterday.

Q:     Mm-hmm.

A:     Of course people come and go to the business but the business was always in a, uh, a way of increase, okay? And a certain kind of stability which could be determined from the comings and goings of people who, as you have said, left the website. Nevertheless, um, the FedCAD meme seems to be a-- a dispositive factor in a more rapid leaving, more substantial decline of people, being members, okay?

Q:     Mm-hmm.

A:     So, in the most general sense, of course people come and go to DEFCAD for different reasons which cannot be perfectly captured.

Q:     Mm-hmm.

A:     Nevertheless, the loss as we try to measure the loss, which is a difficult thing, admittedly, uh, especially after 2023--

Q:     Mm-hmm.

A:     --is substantially captured by, I think the FedCAD meme, the campaign surrounding it--

Q:     Okay.

A:     --and the suspicion of our website.

Q:     Let me ask you this, because you gave us the sets of information. How come they only went back to 2022?

A:     Which sets of information do <inaudible>?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      <crosstalk> The monthly revenue for Legio and monthly revenue of the Ghost Gunner?

A:      Uh-huh. I am not representing anything beyond the data in those documents.

Q:      Mm-hmm.

A:      The companies are not saying-- or that they do only go back to the dates you indicate.

Q:      You want to take a look at the Exhibit D again?

A:      Yes, please.

Q:      What's the first date on that one? It's on the top left.

A:      On the document I see, I see 2022, May.

Q:      That's less than a year before the meme happened, right?

A:      It seems to be the reference period requested from the expert.

Q:      Mm-hmm.

A:      I don't think the companies can represent the expert's method better than the expert.

Q:      Well, I'm not asking about the expert now.

A:      Uh-huh. I think you were asking why the data is the way it is?

Q:      Why it's part of that?

A:      It seems to be the data set used by our expert. It is not to say that there is no data or no possible data set

DIRECT EXAMINATION BY MR. LAROSIERE

that could be made. The report says <unintelligible>--

Q:    <crosstalk> I understand that. And here's the thing. You're talking about a downward trend, right?

A:    Of course.

Q:    You're saying that this trend started or got worse? You're saying there was a flash point when the meme came out, right?

A:    Flash, inflection-- there is some point. Yes.

Q:    You're saying this aggravated the trend downward?

A:    Uh, yes. A better data set would even show as traffic of the website went way up, memberships went way down.

Q:    Why didn't you elect to produce something like that?

A:    Did I not elect to? Um, the companies are not testifying that they did not elect to produce anything. Nevertheless--

Q:    Well, the companies are who brought this lawsuit, right?

A:    Yeah.

Q:    Yeah.

A:    Yeah.

Q:    The companies had an obligation to provide the documents upon which they base their claims, right?

A:    Yes.

Q:    Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** These claims are-- rely upon these documents, there's no doubt.

**Q:** Do you agree, these are the only documents you gave us showing sales figures for Ghost Gunner?

**A:** I'm not sure that that's fair to say, that these are the only documents showing those sales.

**Q:** Okay.

**A:** It seemed that you have a number of source, uh, documents which indicate the sales of Ghost Gunner, include--

**Q:** Like what?

**A:** --including bank statements--

**Q:** Mm-hmm.

**A:** --the profit and loss statements. Some of them we even seem to--

**Q:** Is it your position that we could extrapolate these product lines from those?

**A:** Well, in part because it seems that the companies over time show the income on separate lines in tax returns, for example.

**Q:** Mm-hmm.

**A:** Um, there are ways to do it.

**Q:** I think the issue here is that I'm looking at this graph for the GG3.

**A:** Uh-huh.

**Q:** It shows a pretty stable trajectory downward from

DIRECT EXAMINATION BY MR. LAROSIERE

2022 to 2026. I guess I just don't see this flash point happening in April of '23, or this trigger happening in April of '23. I'm wondering, if there was something else you had that could better show that?

A:    I don't think the companies represent that the flash point or the trigger was in April of '23.

Q:    Is that because I got the month wrong again?

A:    Well, I'm not sure that the companies know why you got it wrong.

Q:    When was the meme published?

A:    To our best recollection, May of 2023.

Q:    So for May of 2023, it seems like that was one of the highest points of sales for mail. That seem right to you?

A:    There's definitely--

Q:    At least on this graph?

A:    There seems to be an interesting-- yes. Of-- of course, the incomes booked, you know, through this pattern of deposit, final balance. Um, but, yes, there seems to be a pronounced peak in that data. Um.

Q:    About the time of the meme coming out?

A:    In May of 2023.

Q:    Okay.

A:    That's what that graph seems to say.

Q:    I guess I'm asking, do you have anything else that could better show a sudden downward trend starting in May of

DIRECT EXAMINATION BY MR. LAROSIERE

2023, or is this it?

**A:**     I'm not mentioning a sudden downward trend. I don't think the companies represent a sudden downward trend.

**Q:**     Okay.

**A:**     But, we have through many means tried to capture what became first a noticeable decline in a site, which was growing its memberships--

**Q:**     Mm-hmm.

**A:**     --without exception annually <unintelligible>.

**Q:**     <crosstalk> But we're talking about the mail right now.

**A:**     I understand.

**Q:**     Yeah.

**A:**     Um, again, all of these indices have before this meme reinforced each other, and then there begins to be this divergence in the data.

**Q:**     What do you mean by divergence of the data?

**A:**     It seems to me that the data has to begin to be interpreted around May of '23. What is happening? Why are we seeing loss of conversions in this place? Why are we seeing loss of memberships? Why is the churn increasing? You know, these weren't questions that we were even asking because the broad risks were showing stability of the business, increase in revenue, at least linear. Um, and I think the data supports that narrative.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      You said a lot of words there. I was trying pretty hard to follow.

A:      We can play it back, if you want?

Q:      No. I don't think I want that. I guess my question was-- is whether you had something else that could better show this-- I said, sudden downward trend? You resisted that. Are there any other documents that can show a downward trend on this, what did you call it, divergence point of May of '23?

MR. FOSTER:      Objection, asked and answered.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      No. It was a different question, Howard. because he resisted the sudden downward trend.

A:      I-- I hear what you're saying.

Q:      Yeah.

A:      Any-- any other-- I do feel like you asked, any other. But, if you want to complete your objection, I'll answer.

MR. FOSTER:      No. That was my objection.

THE WITNESS:      Okay. All right.

MR. FOSTER:      I thought you did answer this already?

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:      I feel like I might have, but in the abundance of caution I'll answer again. I'm happy to. Um, uh, I-- I believe it may not be fair to say that we're not relying on other

DIRECT EXAMINATION BY MR. LAROSIERE

documents, than these documents. I think there's a wealth of financial documents provided, which by themselves, even if not used by the expert, paint the same picture or one even that's more stark than the one we have painted.

Q:     I'm not talking about the expert.

A:     <crosstalk> <inaudible>.

Q:     Hold on. I wasn't asking you about what you thought you had or what you'd given.

A:     You-- you asked me--

Q:     I asked, if you had any other documents aside from those you handed over?

A:     To the expert?

Q:     No, in Discovery?

A:     I see.

Q:     Yeah.

A:     My-- my mind immediately goes to the expert's report. You see that is a document that we relied on in this case beyond these documents we're discussing here.

Q:     Wait, what do you mean, that you relied on in this case?

A:     I'm saying, you asked me-- you are asking me. As I understand it, you are asking these companies, what are the documents you rely on to determine this downturn?

Q:     Yeah.

A:     The Expert's report comes to mind first and

DIRECT EXAMINATION BY MR. LAROSIERE

foremost.

**Q:** Right. But that was produced after the lawsuit was filed, right?

**A:** Was it produced? Oh, I see. Your question is, what documents do you have from before the lawsuit was filed?

**Q:** I'm not really asking that.

**A:** No.

**Q:** And if the answer is no, you can say, no.

**A:** Well, I don't know that's my answer. I-- this is the first I'm hearing of your-- your-- <unintelligible>

**MR. FOSTER:** <crosstalk> Wait. I object to the form of the question. It seems like--

**MR. LAROSIERE:** I just asked, if other documents exist?

**MR. FOSTER:** --you're asking what we have produced in--

**MR. LAROSIERE:** No.

**MR. FOSTER:** --this--

**THE WITNESS:** No, no.

**MR. FOSTER:** --Discovery?

**MR. LAROSIERE:** No.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:** He's asked about other documents. But now we're asking about what other documents entirely?

**Q:** I said, aside from what's been produced?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Right.

Q:      Because I know what's been produced.

A:      Okay.

Q:      I said, are produced?

        MR. FOSTER:     Are you using the word produced?

        MR. LAROSIERE:     Yes, he did.

        (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:      I-- okay, this is the first I'm hearing the word produced.

Q:      I'm going to ask it one more time--

A:      Mm-hmm.

Q:      --pay attention. Aside from what's been produced already--

A:      Yeah.

Q:      --which I have--

A:      All right. Then I was just blind to that. I just didn't hear you say the word produced.

Q:      That's okay. Are there any other documents that show or that you believe--

A:      Yeah.

Q:      --show this downward trend? I don't want to say beginning in, or whatever--

A:      I hear you.

Q:      The way you said is--

A:      I hear you.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      --the divergence at this point?

A:      That could or that do show?

Q:      Whichever one. Why don't you qualify and answer it; decide if it's could or do?

A:      All right. Interesting. Um, I would suspect that there may be public documents which could show-- the documents in the public domain, perhaps in the media, um, perhaps in the gun press. Um, there's often commentary about DEFCAD, um, on social media, for example, um, characterizing what they, themselves determined to be a decline in that business. Um, this may not answer your question.

Q:      It certainly doesn't. So how about this? Is there anything you're withholding or haven't produced that you intend to rely on to show this--

A:      Okay. yeah--

Q:      --trend we're talking about?

A:      --I hear the question. I hear the question.

Q:      Yeah.

A:      If-- I believe some of the pending Discovery requests may be asking for additional documents along this line-- and if they are, I will produce, if those documents have not been produced. And so to fully answer this question, currently, no, there are no documents we are withholding. And I don't believe that there are documents we will not produce that could help you or us answer this question.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Your Counsel have represented--

A:      Uh-huh.

Q:      --and certified that they have produced all of the documents upon which you base your claim, and intend to rely upon at trial.

A:      Okay.

Q:      Does that sound accurate to you?

A:      Uh, this is a new qualification that-- for me to consider. You-- you were saying rely upon a trial. This is the first time I've heard you ask that. Um, that representation sounds correct, but maybe not as to all documents.

Q:      Right, which don't because something could come up?

A:      Well, it's--

Q:      Nothing is being withheld right now?

A:      I don't-- I don't believe anything's being withheld, especially related to what we intend to use at trial related to these claims.

Q:      That's fine. We'll move on.

        MR. FOSTER:      Okay. Well done.

        (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      I'm going to ask you a few specific questions and I'll take your answers for what they are. We'll just try to keep it simple. Do you know of any particular customers who had stopped using DEFCAD because of the FedCAD meme?

A:      Uh, yes.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Can you name one?

**A:** Yes.

**Q:** Go ahead.

**A:** Uh, Erik Goldhaber.

**Q:** Erik Goldhaber. Is that the person that he's identified in the Complaint as a contractor, right?

**A:** Is he--

**Q:** Or a partner?

**A:** I'm not sure. Can I see the Complaint?

**MR. LAROSIERE:** Your Counsel can-- actually, no. You were supposed to-- No, no, no, nope. don't give him that.

**MR. FOSTER:** All right.

**MR. LAROSIERE:** He was tasked with testifying as to the allegations of the Complaint.

**MR. FOSTER:** He didn't read it.

**THE WITNESS:** No <inaudible>

**MR. FOSTER:** <crosstalk> He didn't read it.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:** My only--

**Q:** Well, no. I asked you, is Goldhaber was your former contractor?

**A:** If you're asking, are the words, former contractor, on the page?

**Q:** No.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    I'm not sure.

Q:    I'm asking-- No, no, no.

A:    Mm-hmm.

Q:    I'm asking you, is Erik Goldhaber a former employee or contractor of Defense Distributed?

A:    Goldhaber is not a former employee of Defense Distributed.

Q:    Did you have any contracts with him?

A:    Uh, Defense Distributed had no-- Erik Goldhaber was a DEFCAD partner, which did have a formal set of terms.

Q:    Okay.

A:    Um, whether that's a contractor or not seems to be a legal question that the companies are not prepared to answer.

Q:    But you have documents reflecting that evidence, that relationship, right? You could prove you had that relationship, right?

A:    Uh, Mr. Goldhaber is prepared to testify that <unintelligible> permission.

Q:    That's not what I asked you.

A:    We have documents that he is prepared to testify to his relationship.

Q:    No. I asked you, if you have documents--

A:    No.

Q:    --evidencing--

A:    Right, mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      --a relationship with Mr. Goldhaber?

A:      We have our partnership as a service. And I believe we have his account information indicating his partner status, which would mean-- and I think it showed that he selected the option to become a partner.

Q:      Okay.

A:      Or made the positive decision to do so.

Q:      Did you hand that over to your attorneys, then?

A:      Good question. Um, about this document-- producing this document to my attorney is not something the companies have researched ahead of this Deposition.

Q:      Well, I'm asking you.

A:      Uh-huh.

Q:      Have you done it?

A:      Within my personal knowledge?

Q:      In your brain?

A:      Uh-huh.

Q:      There's only-- listen.

A:      Uh-huh.

Q:      This corporation thing--

A:      Uh-huh.

Q:      --there's only one guy in front of me. I'm asking, what's in the noggin? Did you do it?

A:      Mr. Larosiere, we are a multitude.

Q:      Yes. But there's one brain and it reflects, and it

DIRECT EXAMINATION BY MR. LAROSIERE

owns, and represents many things.

A:    So you say.

MR. FOSTER:    But, I think you're deposing him as a 30(b)(6). He's got to give answers for the entity.

MR. LAROSIERE:    Yeah. I know. To the best of his ability

MR. FOSTER:    Right.

MR. LAROSIERE:    I'm just asking. If it's in here, great. If it's not--

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    What's in here is the expression of my limited ability to answer this question.

Q:    Did Goldhaber have the same relationship as Mr. Collier?

A:    I wouldn't say it was the same. All of our relationships are so unique. Um, but it is true to say that they, uh, were at times both partners-- had elected to be partners with DEFCAD.

Q:    But Collier also did other work for DEFCAD; is that true, DEFCAD or Defense Distributed?

A:    I think I might know why you're asking me that. Um, I don't know that's true.

Q:    Did they make renders or something for the--

A:    I know that, uh, for a time Mr. Collier-- is that how you say his name?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      I don't know.

A:      I don't know either. I believe he did prepare renders.

Q:      Okay.

A:      I don't know that that was outside the scope of his partner relationship.

Q:      Okay. So, you're saying that-- let me--

A:      I'm saying he may have had a different kind of partner relationship, as your first question.

Q:      Was he a contractor?

A:      No. I don't think he would represent that he was.

Q:      And not an employee?

A:      No. Not an employee.

Q:      You have very few actual employees, right? Like W-2 employees?

A:      None of the DEFCAD partners are employees--

Q:      Right.

A:      --of DEFCAD.

Q:      And DEFCAD has no W-2 employees, right?

A:      No.

Q:      Okay. And so--

A:      It is closer to call them customers because to get into their position, they would-- they'd--

Q:      Yeah. Okay. Yep.

A:      have them usually as, first, a customer.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:	Right.

A:	And that's why I've answered your question this way.

Q:	Was it Collier or Gold Haber you identified as somebody who you know they'd seen the meme?

A:	And had left because of it?

Q:	Yeah.

A:	I mean, Gold Haber.

Q:	Gold Haber. So, when did they see it?

A:	Well, we have documents, showing that he saw it and was kind of, berated with it, uh, in 2024 especially.

Q:	Is that by Zona?

A:	I recall such documents, especially by Zona, or let's say, Defendant Stroke.

Q:	Okay.

A:	There were at least, let's say, four or five I can recall.

Q:	But beginning around 2024?

A:	Directly from the period of August to <unintelligible>--

Q:	<crosstalk> So, did Gold Haber have a--

A:	--2024.

Q:	Did Gold Haber have a Legio membership at the time?

A:	Um, no. I don't believe Gold Haber had a Legio membership at that time.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Did Gold Haber tell you that they would have purchased a Legio membership if they hadn't seen the FedCAD meme?

**A:** Um, yes. He did say-- he did say these words. He said other words beyond that.

**Q:** Yeah, what do you mean by, these words?

**A:** Uh, he said he would not, uh, purchase a membership, and he would not accept the standard partnership arrangement, which is about-- he would not accept any commercial arrangements, because of the harassment against him.

**Q:** And how did he say that? How did you get that communication from him?

**A:** How did I get the communication?

**Q:** Mm-hmm.

**A:** Uh, I believe I asked him. You know, he was in trouble. Well, I don't know how much to say about this.

**Q:** Is this health problem?

**A:** No, no. This is legal trouble. And he was--

**Q:** You can be vague about it.

**A:** Look, we had a few-- a series of phone calls. I've known him for some time. He's very well known and liked in this community. Um, and in those phone calls, you know, once it was clear that he wouldn't necessarily be arrested-- uh, I'm just thinking of his privacy here.

**Q:** You don't need to be detailed--

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Mm-hmm.

**Q:**     --about that part.

**A:**     Just said, he's like, look, yes, of course this is why I can't work with you guys. This is why I can't and don't want to accept money or be a customer. Yeah, I'm being bullied. I don't like being bullied. If I can ever help you guys fight the bullies, I will. You know, it's the right thing to do, and-- okay. I mean, I-- I accepted those representations.

**Q:**     So, he said it was because he was being bullied by, like, people?

**A:**     Yes. He used-- he used-- he certainly used the word bully.

**Q:**     Okay.

**A:**     Yes.

**Q:**     So, he didn't say it was because of the FedCAD meme, did he?

**A:**     No. He did. He said this campaign--

**Q:**     Okay. Hold on.

**A:**     Yes?

**Q:**     I'm asking--

**A:**     Uh-huh.

**Q:**     I'm not asking about your--

**A:**     Uh-huh.

**Q:**     --interpretation of the meme as a broader campaign.

**A:**     Uh-huh.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      I'm asking about, did he tell you--

A:      Uh-huh.

Q:      --that he would have purchased a Legio membership but for the DEFCAD meme? FedCAD meme?

A:      Um, those were not his words.

Q:      Okay. Did he tell you something to that effect?

A:      Yes. He did.

Q:      Okay. What was it?

A:      Um, he said, with his campaign and the scrutiny and bullying, like with Zona, and he mentioned Ivan, who I understand to represent Defendant Elik. He felt he could not pursue a customer relationship or a partner relationship until, somehow, this was resolved.

Q:      Do you know if Mr. Gold Haber purchased something from MAF, or or any other Defendant, afterwards?

A:      No. I don't.

Q:      You don't? Okay. And did you ever document any of these interactions that you had with him that we've been talking about?

A:      Uh, do you mean, like, commemorate them, or something?

Q:      I don't know. Did you have any records of them? Like, I understand the phone calls might be hard. Maybe you have call logs?

A:      Call logs?

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Don't fixate on that. I'm asking if you--

**A:** Um--

**Q:** --documented the communications. That's a simple question.

**A:** Um, I made-- I made communications with my attorneys indicating that this guy had asked if he could be a witness.

**Q:** I don't want to know about your communication with your attorneys.

**A:** Well, nevertheless, I'm trying to think of any communications. Those are the ones I'm thinking of.

**Q:** So, were there documents that were handed over? I don't want to know the contents of them, but were there documents that were handed over to your attorneys?

**MR. FOSTER:** It might help if you use the word, contemporaneously made, or that phrase, if that's what you--

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:** I understand the difficulty here. Um, let's see.

**Q:** Yeah. At the--

**A:** Mm-hmm.

**Q:** So, Mr. Foster's right. I want to qualify, I'm talking about contemporaneously, when this happened, when he said he was leaving, did you document any of those?

**A:** Oh. I see what you're saying. No. Um, I can't say

DIRECT EXAMINATION BY MR. LAROSIERE

that we did.

Q:      Okay.

          **MR. FOSTER:**      Okay.

          (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:      That's the best answer I can give. I don't believe that we did.

Q:      You can say you don't know if you don't know.

A:      Well, I don't know, but hold on.

Q:      Okay.

A:      I think I might be required to know that, so I'm just trying to work through it, you know?

Q:      I'm not trying to hold that against you.

A:      All right.

Q:      You don't know if you took notes, or anything like that? Are the only interactions you know of, related to this, phone calls?

A:      The first documents that I-- that we recorded were, like, on the timeline, if you will.

Q:      Mm-hmm.

A:      You know, you could see that Mr. Gold Haber was having to publicly represent, oh, I don't even work with DEFCAD, I don't even know who they are.

Q:      Was that true when he said that?

A:      Well-- I don't-- it seems, in his mind, it-- it was not true, and his explanations to me were some kind of way to

DIRECT EXAMINATION BY MR. LAROSIERE

make that true for him.

Q:     Way to make him saying he doesn't work with you true?

A:     Yes.

Q:     Can you tell me about that?

A:     Yes. Uh, it seems he was very careful in his-- in his words, like when, uh--

Q:     Like, in the tweet, or to you?

A:     In-- in the tweet, for example.

Q:     Yeah.

A:     You know, like, Stroke accused him of collaboration with DEFCAD, which is itself a very political word.

Q:     Yeah. I'm familiar with that tweet.

A:     Yeah. So, I'm thinking of that, and I'm remembering his denial, which was like, well, I don't collaborate with DEFCAD.

Q:     Yeah. I think he said something like, I don't collaborate or work with them in any way. Something like that.

A:     Does he say, any way?

Q:     I don't remember that, but it was something like that.

A:     You know, I-- I recall this exchange as well--

Q:     Mm-hmm.

A:     --and I thought, you know, what a pity. Um--

Q:     And so, then, how did he justify it to you? Said he

DIRECT EXAMINATION BY MR. LAROSIERE

tried to make it true?

A:     Uh, I thi-- yeah. I could hear-- I could hear the tone of those conversations being like, well, you know, I don't-- I don't actually work with you guys, I don't actually take money from you guys, blah, blah, blah.

Q:     Mm-hmm.

A:     Even though, you know, he's instrumental in the uploading of his files. Maybe that doesn't count as working for us, so that's for him to determine, I guess.

Q:     Were you paying him?

A:     No. He-- he would not accept payment.

Q:     But you wanted to pay him?

A:     But-- yeah. Of course.

Q:     I want to ask you if you have any other customer who stopped using the Legio service--

A:     Mm-hmm.

Q:     --because of the FedCAD meme.

A:     Mm-hmm.

Q:     Do you know of any others?

A:     I'm tempted to say Collier--

Q:     Okay.

A:     Coll-- Collier. But he's made enough statements now-- you know, he-- he seems to want to cast that into doubt.

Q:     Mm-hmm.

A:     Collier is the next person I would probably look

DIRECT EXAMINATION BY MR. LAROSIERE

to, by name.

Q:     Do you know what statement they saw, or do you know if it was the meme itself?

A:     Uh, no. I couldn't say.

Q:     So you don't know whether their decision to discontinue working was because of the meme exactly, or?

A:     When you style it that way, yes. It's-- it's hard to say that it's because of the meme exactly.

Q:     You said he comes to mind as somebody who stopped using Legio because of the meme?

A:     Yes.

Q:     So, why do you say that?

A:     Um, when you rephrase as, the meme exactly, it's easier for me to say he stopped using the service because of the campaign of false statements. And I think many, many false statements were made to him about the website, which are not necessarily contained in the meme, but are like attendant.

Q:     Some broader, you know, disinformation campaign?

A:     I don't know. It's hard to say. It's hard to have all the documents that he relied on--

Q:     Sure.

A:     --so I can't sit here and say, well, it was the meme, exactly, that-- that made him make the decision. I believe, though, strongly that it was the false statements about business and other things.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Do you know which statement it was?

A:     Do I know?

Q:     Mm-hmm.

A:     The companies do not know which statement it was.

Q:     That made him leave?

A:     If we can even determine that it was a statement that made him leave.

Q:     I understand. Did you talk to him about about this?

A:     I think it's fair to say, um, there are communications we recorded, um, which were attempts to talk about it.

Q:     Tell me a little more about that. Like, attempts to talk about it? Is it because he refused to discuss it, or?

A:     No. Only because I think a fair reader of these things might say, well, what is being talked about here? It requires, like, bringing additional information--

Q:     Mm-hmm.

A:     --to the documents.

Q:     High context communications?

A:     Yeah. That's a way better way than I said it. Yeah.

Q:     Did you did you hand those over to your attorneys?

A:     Yes. They've been produced before--

Q:     Okay.

A:     --as well.

Q:     Isn't it true that Gold Haber-- we're talking,

DIRECT EXAMINATION BY MR. LAROSIERE

going back to Gold Haber.

A:     Yeah?

Q:     Isn't it true that Gold Haber still uses DefCAD and Legio?

A:     I don't-- I don't think so. What-- well, I guess, could you define use?

Q:     You write the newsletters, right?

A:     Which newsletters do we mean?

Q:     The newsletters that the companies here put out.

A:     Well, it's--

Q:     The DefCAD newsletters, the DD Legio newsletters. Right?

A:     It's probably inaccurate to say-- well, here's the thing. Do the companies write the newsletters? Yeah.

Q:     Sure.

A:     Right?

Q:     Haven't you're newsletter's recently featured him? Since 2023?

A:     His work has been discussed, and you could say, featured, in some of the DefCAD newsletters. Uh-huh. Yeah.

Q:     His works, since this point, continued to be uploaded to the website as well?

A:     I believe his works continue to be uploaded to the website.

Q:     What's been lost?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      What do you mean? Well, that's an interesting question. From the company's point of view, what's been lost remains the same. There is no commercial relationship with Eric Gold Haber--

Q:      Gold Haber.

A:      --though we would like one.

Q:      Mm-hmm.

A:      What remains lost is, therefore, the commercial relationship. Are you saying-- are--

Q:      Well, wait. So, you said there remains no commercial relationship?

A:      Well, I-- I guess, starting with the question, what's been lost, what's been lost is what started as lost, started as, not attained. I-- maybe that's too cute, but, I mean, that's what I mean.

Q:      I'm trying to understand you. So, there wasn't one to begin with, but you were going to get it?

A:      The harm is, um--

Q:      No, no, no. I'm not asking you about the harm.

A:      Uh-huh. You're asking about what's been lost?

Q:      No. I'm asking you, is it your position that you were going to get this commercial relationship?

A:      Uh, no, no, no. My position is that, uh, the relationship 'cause, of course, there is a relationship.

Q:      Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     The relationship has not been able to be developed. It has been harmed. It has, in a way, been lost.

Q:     Stymied?

A:     Yes.

Q:     Back to Collier. Did Collier make renders for you?

A:     Uh, I-- I recall a period where he-- he did make renders for DefCAD.

Q:     And was he getting paid?

A:     Uh, he-- for making the renders?

Q:     I don't know. Was he getting paid by your company?

A:     At the time that he was making renders, he was, as a partner, receiving, uh, payments.

Q:     Was that for the renders, or was he doing other stuff too?

A:     No. I-- well, hold on. Yes. He was doing other stuff. That's why it makes answering this question--

Q:     Suffice to say, he was a contractor?

A:     I would not say he was a contractor.

Q:     Okay.

A:     He had no contract.

Q:     No written agreement whatsoever?

A:     I believe he ascribed to-- assented to the DEFCAD partner agreement.

Q:     How do you think he assented to that?

A:     Um, by requesting that status in the application.

DIRECT EXAMINATION BY MR. LAROSIERE

It's like a slightly different status within the-- the CMS, if you will.

Q:     Uh-huh.

A:     DEFCAD is, in one way, a large CMS.

Q:     Mm-hmm. I mean, did DEFCAD ever sign an NDA with Collier?

A:     Um... that's hard to say. I don't think we've researched this sufficiently to make the testimony about it today.

Q:     You identify Collier in the complaint as a lost commercial relationship.

A:     Yes.

Q:     And <unintelligible>.

A:     Whether we had an NDA or not I'm-- I'm saying, um, I cannot say yet.

Q:     Did Collier have medical issues?

A:     Um, I don't think that's within the company's knowledge.

Q:     Never mentioned to the companies that he needed certain medications and needed payment so he could get those medications?

A:     Not to the companies, no.

Q:     Not to the companies. So, we have communications from the companies where they asked him about his medical conditions.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Could you show it to me?

Q:      Sure. I'm going to. While I find this. Do you remember recording communications with Collier?

A:      I don't think the company-- the companies have-- I know you want to ask me personally.

Q:      No, I don't think so.

A:      Well, you're asking about memory. Is there a company memory of recording conversations, company conversations with Collier?

Q:      I don't think it's as rigid a distinction as you think it is.

A:      Well, I don't know that I think that either. I'm just trying to construct your question--

Q:      Uh-huh.

A:      --appropriately.

Q:      Are there recorded communications with Mr. Collier?

A:      I believe there are some screenshots of communications with Mr. Collier that have been produced.

Q:      Do you know about what those were about?

A:      They are like with Mr. Gold Haber, I think attempts to communicate about, um, the FedCAD campaign and his-- his work with us.

Q:      More high context communications.

A:      Are you asking if all of the communications with Collier are high context?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    I'm just asking because you said it's like the ones with Gold Haber. That's what you described attempts to communicate as.

A:    Oh, interesting. I mean, we may have to revisit that. I thought the high context communications were only as-- only something ascribed to Mr. Collier's communication.

Q:    Oh, okay.

A:    I didn't know that I said that about Mr. Gold Haber.

Q:    You may be right.

A:    The Collier conversations are-- are fragmented. What we have--

Q:    Mm-hmm.

A:    --and show his attempt to delete messages.

Q:    What do you mean?

A:    In the company's memory, the screenshots that we have produced--

Q:    Mm-hmm.

A:    --show that he has tried to destroy some of his prior communications.

Q:    Well, I guess, how can you tell that he tried to destroy them?

A:    Well, I think some of the messages show that they have been removed. I'm not sure if--

Q:    What platform is this on?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** Good question. This might be an Element chat. I would need to see the screenshot to probably tell.

**Q:** not your Slack?

**A:** No, no.

**Q:** Yeah, because he couldn't have done that in your Slack, right?

**A:** Do you mean--

**Q:** He couldn't have deleted the message.

**A:** He-- he was not in our Slack, so, yeah.

**Q:** Just again on Collier, did they have a Legio membership?

**A:** Do you mean at the time he's--

**Q:** Sure.

**A:** --of loss of this membership?

**Q:** Yeah. Around 2023.

**A:** I think he did. I think he did, or we're saying '23?

**Q:** Or later.

**A:** Uh, I think he did.

**Q:** And did he tell you that he would have renewed-- actually, let me ask this. Did he cancel it?

**A:** Um, as I understand the cancellation process, I don't think he took the step to cancel the membership.

**Q:** So he's still a Legio member?

**A:** I don't believe he's still a Legio member.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    So you think it might have just expired?

A:    The Legio membership specifically?

Q:    Mm-hmm.

A:    Um, I have no documentary proof that he chose to cancel the membership.

Q:    Right. You just believe he is not currently a member?

A:    Yes.

Q:    And that's the extent of your testimony on that element? Do you know if Collier ever, instead of, getting the new membership, purchased something from MAF Corp or any Defendant?

A:    Instead?

Q:    Uh-huh.

A:    I can't say that we know he did anything instead of that.

Q:    Do you know if he purchased anything from MAF Corp or any defendant?

A:    I have no knowledge.

Q:    No knowledge, okay. I don't want to take too much time looking for that.

A:    I understand.

Q:    If it comes up, I'll show it to you. Just know we may have to hit the brakes and go back, as I go through these.

A:    Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

MR. FOSTER:     So I'm just point of time here. It's 1:30. If you're not going to be done in one hour, I'm going to have to change my flight.

MR. LAROSIERE:     It looks like I'm not going to.

MR. FOSTER:     All right.

MR. LAROSIERE:     And I'm sorry.

MR. FOSTER:     I understand.

MR. LAROSIERE:     Yeah.

MR. FOSTER:     Do you think you'll be done in two hours?

MR. LAROSIERE:     Probably. I hope. I don't know. But we only booked it till 5:00, so that's the worst you got.

MR. FOSTER:     All right.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     So are there any other customers who were Legio members that you can identify that stopped using DEFCAD because of the FedCAD thing?

A:     That we can identify by name?

Q:     Sure.

A:     I think we've identified some at least in the exit surveys.

Q:     Mm-hmm.

A:     Though it's difficult to determine their names with

DIRECT EXAMINATION BY MR. LAROSIERE

that data.

Q:     Well, I'm asking if you know any by name.

A:     Believe there are two that we've found names for.

Q:     Okay.

A:     For example.

Q:     Just give me first names.

A:     Um, because this is not in the four corners of the Complaint, I did not research this.

Q:     Okay.

A:     To give the-- the testimony.

Q:     Well, so you're qualifying that. I'm going to tell you that it is, because you're saying that people left--

A:     Uh-huh.

Q:     --DEFCAD because of the meme.

A:     They certainly did.

Q:     I'm asking you about those people.

A:     If they did-- you're asking me for the factual basis.

Q:     You said two come to mind, what are their first names? I don't want their full identities, please just tell me their first names.

A:     Because the first names of customers who've left was not identified as a subject for this Deposition, I'm not prepared to give you the first names of these people though we have the documents.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Can you identify them in some other way?

A:    In this moment?

Q:    You can even use a placeholder.

A:    I can identify them as Legio members.

Q:    And there's two in your mind right now, right?

A:    That we know the names of.

Q:    That you know the names of despite not knowing them at this moment?

A:    Yes.

Q:    Can you separate them out in your mind into one and two?

A:    We-- well, I can try.

Q:    Can we call the first one Member 1?

A:    Let's, let us do that.

Q:    What statement did Member 1 see that caused them to stop using Legio?

A:    Uh, I'm not sure that it's true, um, that it was one statement that they saw--

Q:    Okay.

A:    --that caused them to leave.

Q:    Why do you believe they left?

A:    Uh, these were people who, for example, selected, uh, I don't want to support FedCAD.

Q:    Mm-hmm.

A:    And left a comment indicating their familiarity

DIRECT EXAMINATION BY MR. LAROSIERE

with the meme.

Q:     Is this information in your mind right now, is that from the exit surveys or is it from something else?

A:     Yes, I think it's specifically correlating a real name, two real names, two members who left these exit survey results.

Q:     Did you do further communications with them or or was it based on the exit surveys?

A:     No, there are no further communications.

Q:     So your knowledge of their activity is based on the survey results; is that fair to say?

A:     Um, my knowledge which includes their names.

Q:     Well, no, no, no.

A:     Mm-hmm.

Q:     Your knowledge of their activity.

A:     Uh-huh.

Q:     You were able to ascertain their name by connecting it to the survey, right?

A:     I think that's fair to say.

Q:     So and I'm not interested in their names, but--

A:     Thank you.

Q:     --I'm just wanting to know your knowledge of their actions--

A:     Uh-huh.

Q:     --is based on the survey results; is that correct?

DIRECT EXAMINATION BY MR. LAROSIERE

A:    My knowledge of their actions, uh, yes, I think that's correct.

Q:    Can you think of about what they said so I can try to find it?

A:    Uh, yes, this would be one of your-- I think your first, uh, select to choose not to support FedCAD.

Q:    The first one just says not interested and that was in January of 2026.

A:    Okay. You mean the first I choose not to support FedCAd, then has a follow-up comment of--

Q:    Yeah, not interested.

A:    Uh, not interested.

Q:    Do you know about when this was?

A:    Uh, I think these customers are separated by years.

Q:    Okay. I found this one--

A:    Okay.

Q:    --and I'm going to go straight to their, please provide more information.

A:    Uh-huh.

Q:    Cody Wilson's conviction for one, the undisclosed, which I'll say it, I don't think you were convicted, the undisclosed data breaches for two, the theft of IP for three, the gatekeeping of data behind Crypto paywalls for four, the self-righteous behavior of Cody Wilson for five.

A:    Uh-huh.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Is that the one you're talking about?

A:      Are you asking do I know this person's name?

Q:      No, we're talking about Member 1 and Member 2, right? Is this one of them?

A:      I don't believe that would be Member 1, no.

Q:      Could it be Member 2?

A:      Uh, it could not be Member 2.

Q:      Let's just keep looking for Member 1 then.

A:      Uh-huh.

Q:      The next one that says I don't want to support FedCAD is I did not remember even ordering it. Is that the one?

A:      Could you give me the date?

Q:      October 2025.

A:      No, I think that's too late.

Q:      The next one that says, I don't want to support FedCAD, says Fed has stole $180 on recurring payments from this site that can't cancel the subscription. This is the third time cancellation. And that was July of 2025; is that the 1?

A:      July of '25? I think the companies will represent that because this was outside the notice topics, that they have not been able to, research what name of Member 1, what name of Member 2 would correspond with these survey results.

Q:      But you said that your knowledge of this is based on the survey results, right?

A:      It is.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     So we're going through this right now, right?

A:     It is based in part on the survey results.

Q:     Well, your testimony just now was that it was on the survey results and nothing else.

A:     That was my testimony?

Q:     Yes.

A:     I hate to be making testimony in error.

Q:     You said that their actions of leaving the site was based on the survey results--

A:     Actions--

Q:     --and their name was based on something else.

A:     The action.

Q:     Yeah.

A:     I didn't understand you mean actions in the last two questions that you've been asking.

Q:     Talking about leaving, we're trying to get to the bottom of why they left Legio.

A:     I understand why you might think, that I thought, you meant actions. But no, I would need more information and in full disclosure to study more to identify Member 1 and Member 2 for you on this dataset.

Q:     Then what else did you base it off of? You said there were no other communications, right?

A:     You see these hashes in this dataset, um, there are database objects.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Now, hold on.

**A:** Uh-huh.

**Q:** I think you're getting to linking to the name, right?

**A:** I may be.

**Q:** Yeah. So, you said earlier that you had no additional communications with these people right?

**A:** Communication?

**Q:** Yeah.

**A:** Um, I believe the question was, was there follow-up or additional communications after the surveys. I think we said no, there are no-- there were no follow-up communications.

**Q:** Just because I'm on this page, I found two more. One gave the first reason for leaving as quote Pride Month and then please provide more detail. Wow.

**A:** Interesting.

**Q:** Yeah.

**A:** Interesting.

**Q:** Do you have an idea of why that person might have left?

**A:** Could you give me the month that they left?

**Q:** July of 2025.

**A:** Hmm, no. It would seem that they're motivated-- I don't know, their motivations are obscure.

**Q:** The same day, your recent disgusting article

DIRECT EXAMINATION BY MR. LAROSIERE

encouraging homosexual literature and behavior. Stay in your lane. You are anti-gun control, not a homosexual advocacy group.

**A:**     Oh.

**Q:**     And that's it. Do you think those two might be related?

**A:**     I think that's an unfortunate response.

**Q:**     Mm-hmm.

**A:**     It displays bigoted sentiments.

**Q:**     You think so?

**A:**     It seems to.

**Q:**     Here we go. Do you think that those people might have left because of the meme?

**A:**     The-- the bigoted and obscure responses we just--

**Q:**     Sure.

**A:**     Reviewed? Uh, yeah. I think the Pride Month one might have left because of the meme.

**Q:**     Did you make a blog post around that time called Pride Month?

**A:**     No, I don't think around that time.

**Q:**     You don't? But did you make a blog post called Pride Month?

**A:**     Uh, I don't recall any blog post named Pride Month.

**Q:**     Do you recall making an article titled Triton 9 Gr2 and Pride Month on the DEFCAD blog?

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Uh, no. No such article made. That's a republication of a newsletter.

Q:     Oh, it's a newsletter? So, do you recall that newsletter?

A:     Um, in general terms. Could you tell me what month it was from?

Q:     No, I can't. But you can recall it in general terms, it seems like.

A:     I can.

Q:     I do see something that's defcad.com, slash, blog Triton 9 GR2 Pride. So, You're saying these are republications of the newsletter on the DEFCAD website?

A:     Yes.

Q:     So, do you recall making a publication called Pride Month?

A:     Did DEFCAD make a publication called Pride Month?

Q:     Sure.

A:     It did not.

Q:     As a newsletter?

A:     Uh, the title that you've reported here, sounds, uh, accurate. I'm happy to review it if you want.

Q:     I'm not sure I want to show it to you just now. I'm asking, I remember you testified about this at your last Deposition do you remember testifying about that? And there's some talks about homosexual relationships.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     I guess the corporation has no memory of this.

Q:     What's that? Its there a different Cody Wilson?

A:     Well, I'm-- I don't mean to be too cute, um, I don't believe Defense Distributed was deposed--

Q:     Okay.

A:     --about this topic.

Q:     I'm talking about DEFCADs blog. Do you understand that? And it says defcad.com, slash, blog. And I'm talking about DEFCADs newsletter. Do you understand that?

A:     Yeah, I understand that.

Q:     Is there a different Cody Rutledge Wilson that's a different person from the corporate representative on DEFCAD?

A:     Uh, this Corporate Representative is the very same Cody Rutledge Wilson.

Q:     Is that the same Cody Rutledge Wilson that was deposed about the subject of DEFCADs blog post in Sarasota, Florida earlier this year?

A:     Deposed about this subject. Don't know that it was a listed subject. If you're asking was Cody Wilson deposed about DEFCADs blog? I think in part he was. It seemed more often he was deposed about the newsletters but the newsletters do include the title you've identified here.

Q:     Is that that same Cody Rutledge Wilson, he's in the room with us right now is that correct?

A:     I believe so.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Is he speaking to me right now?

A:      The Cody Wils-- the Cody Wilson who was deposed then, is the Cody Wilson being deposed now.

Q:      Do you recall talking about the Pride Month, call it blog post, call it newsletter, whatever it is.

A:      I think the issue is what you're asking me about, was an exhibit presented to me--

Q:      Mm-hmm.

A:      --which may not be on this website. I'm not sure if we're talking about the same thing.

Q:      I'm just asking if you recall it.

A:      I recall an exhibit, at that time in that Deposition which seemed to discuss Pride Month.

Q:      Do you remember the general subject of it?

A:      Of Pride Month?

Q:      Yeah.

A:      Of the exhibit?

Q:      Mm-hmm.

A:      I remember a segment of the newsletter discussing why this year's Pride Month seemed to pas in, like, relative, uh, with like less celebration and less public prominence than in previous years.

Q:      You make a lot of comments about people who are in the, you know, overall 2nd Amendment community in that article, whatever it is.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    Mm-hmm.

Q:    You remember that?

A:    Making a lot of comments?

Q:    Yeah.

A:    I remember a running commentary that begins with the idea that it's conspicuous that Pride Month was not as loudly celebrated this year.

Q:    Let me read you a segment from it no doubt developer names like. Faggy The Kid, and Suck Boy, or projects like Aussie's Pen 15 Launcher, are annoying statements of masculine emotional limitation, as much as they are powerful, if ultimately meaningless. Psychosexual expressions.

A:    Are you asking if I recall this?

Q:    Yeah.

A:    Yes. I-- I'm not sure though if this is still--

Q:    Are those your words?

A:    --public. Those are the words of DEFCAD.

Q:    So, are you saying nice things about Faggy The Kid, and Suck Boy?

A:    I think they were, yeah.

Q:    You think so?

A:    Yeah.

Q:    Then you go on to say, in its recent seasons Twig has gone beyond the libidinal musings of the lonely fudd buster with the addition of John Elick as great rememberer Twig has

DIRECT EXAMINATION BY MR. LAROSIERE

evolved into a creative, spontaneous and podcast-like justification of mutual male infatuation. The suffering ecstasies and gulping monologues of Larosier, whose blood boils too much for him to bear are transformed through Elick's midnight intimacies and paratextual confessions into a profound exchange of 2 men's love thoughts and mind histories. This is some of the best gay fiction of the decade in any medium and we are privileged to witness. Those are the words of the--

A:     Yeah, they are.

Q:     Yeah, they are? So, I mean, you're kind of making some statements about the Lonely Fudd Buster and John Elick, The Great Rememberer, right?

A:     Yes.

Q:     I mean, do you think these are nice things that you're saying?

A:     I do.

Q:     You do? Your attorney just laughed I think and I think I know why he laughed.

A:     My attorney, he's he's not as accustomed as us.

Q:     Mhm.

A:     You know, queer identity on the internet.

Q:     What do you mean queer identity on the internet?

A:     I mean the way that we use this-- these mediums these channels to kind of challenge received wisdom about masculinity and our industry and I think your special insight

DIRECT EXAMINATION BY MR. LAROSIERE

and mine, and mine that you can't remove the sexual drive from these other drives.

Q:    I don't know what you're talking about.

A:    I know you do.

MR. FOSTER:    Let me help you.

THE WITNESS:    No, no, no. Don't--

MR. LAROSIERE:    We're almost done.

THE WITNESS:    I don't want to-- don't help.

MR. FOSTER:    No, I'm really trying to I facilitate here--

THE WITNESS:    He just wants to catch a flight, it's so selfish.

MR. FOSTER:    No, no, no, no, no. I've just canceled my flight. So, if you and I can talk outside. I'm just worried about time. I'm trying to help to get you done.

MR. LAROSIERE:    Off the record for just 2 minutes, okay?

MR. FOSTER:    All right.

MR. DE PURY:    Always.

THE REPORTER:    The time is 1:41 p.m and we are off the record. All right the time is 1:48 p.m Eastern Standard Time and we are now on the record.

MR. DE PURY:    Thank you, sir.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:    Let me just try to make this short. We went down

DIRECT EXAMINATION BY MR. LAROSIERE

this thread because--

A:     I wish you wouldn't. I-- I love this part I want to talk about--

Q:     But wait, we're going to talk about a lot.

A:     I want to talk about it.

Q:     We're going to talk about so much but the reason we went down here was because I don't know if you remember, this was Exhibit E of the reasons we were talking about these 2 right, the 2 people who mentioned the Pride Month.

A:     Pride Month. Oh, in quotation marks?

Q:     Yeah, Pride Month.

A:     Yeah.

Q:     Then the talking about the article.

A:     And calling it disgust, yes. Yeah.

Q:     So, do you think it's possible that those people left because they didn't like the tenor of that post that we were just discussing?

A:     It's tenor. Um, no, I-I don't know that it's-- its tenor. If I'm to-- if I'm to truly assess, it seems that they disagree with the substance, the content and not its tenor.

Q:     And that's what their issue was?

A:     Uh, in-- in this remark it seems that they wanted to highlight.

Q:     Mm-hmm.

A:     P-- perhaps they wanted to highlight the section of

DIRECT EXAMINATION BY MR. LAROSIERE

the newsletter that you have in kit.

Q:      I want to know more about the Customers 1 and 2. Are you saying that we can go through all of these and you wouldn't be able to tell me which one in your mind is Customer 1 and which one is Customer 2?

A:      As my previous answer indicated, I-- I would need to do more preparation to answer that question--

Q:      Okay.

A:      --30(B)(6).

Q:      Well, you said that customers left DEFCAD--

A:      Uh-huh.

Q:      --and were driven to what you allege to be a competing enterprise and I'd like to hear about that.

A:      Mm-hmm.

Q:      Can you identify somebody who left DEFCAD and went to a competing enterprise?

A:      Okay, it seems to be a convention, I don't know, disputed that we're saying we can identify one such person who both, left DEFCAD and also that we know by name, purchased from MAF corp or the enterprise?

Q:      I'm not asking if you know by name.

A:      Uh-huh. Well, it seems to be the chapter of this Deposition that we are in, and I am saying I would need to do more research to identify such a person.

Q:      Have you been able to identify such a person?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** Have I been able to? Well, as we mentioned, there's a Member 1 and a Member 2 who at least in the previous criteria, we were able to identify by name. I understand now the criteria may have changed with the new question.

**Q:** Well, I'm just trying to shorten things up.

**A:** I appreciate that. I wish Howard had not helped you.

**Q:** Well, we'll take that up eventually. Another question, can you identify somebody who stopped using DEFCAD, slash, stopped being a Legio member because of the DEFCAD meme and then went on to patronize MAF corp or one of the defendants?

**A:** I'm struggling with the word patronize.

**Q:** Purchase anything from, give a dollar to.

**A:** Purchase?

**Q:** Mm-hmm.

**A:** Um, you know that I don't want to represent that I think patronize would only mean directly giving money.

**Q:** Well, I'm asking you about giving any purchase giving any money.

**A:** Mm-hmm. Uh, I'll say FedCAD responses especially with the supplementary commentary indicate a, kind of, state change of opinion and when that opinion is expressed in a familiar way to the--

**Q:** Mr. Wilson, I'm gonna have to stop you--

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Uh-huh.

**Q:**     --because I do not understand what you're saying.

**A:**     I apologize.

**Q:**     This is if the--

**A:**     Uh-huh.

**Q:**     --like-- I was serious earlier.

**A:**     Uh-huh.

**Q:**     I need you to speak to me with a high school reading comprehension level because what is coming out of your mouth to me is word salad I don't understand it.

**A:**     Well--

**Q:**     I asked you a yes or no question.

**A:**     Oh, you did?

**Q:**     Can you identify, yes or no--

**A:**     Uh-huh.

**Q:**     Can you identify somebody, who has stopped using DEFCAD slash stop being an a Legio member--

**A:**     Uh-huh, uh-huh.

**Q:**     --because of the meme--

**A:**     Uh-huh.

**Q:**     --who then went on to patronize MAF Corp--

**A:**     Uh-huh.

**Q:**     --by giving them any money--

**A:**     Uh-huh.

**Q:**     --or any defendant by giving them any money.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     With this specific construction, uh, sitting here today no, the companies cannot identify by name such a person.

**Q:**     What about by screen name?

**A:**     If the question continues to be can, I believe the answer may be different?

**Q:**     Well, that's not the question you were asked.

**A:**     The answer-- I believe the question began with the word can and so it is asking about possibility or facility.

**Q:**     I don't think you need to get too deep into the weeds on linguistics. Let's keep things like you're talking to--

**A:**     Uh-huh.

**Q:**     --a mechanic. Which is what I was for 10 years. So, talk to me like a mechanic.

**A:**     Again, my answer is, I believe yes, we can.

**Q:**     Can? Then why haven't you?

**A:**     It doesn't seem to me that such a request has been made in Discovery.

**Q:**     Well, it's your allegation.

**A:**     No, no. As you've specifically constructed it here, it is not an allegation as I understand it in the complaint.

**Q:**     Okay.

**A:**     Not so specific as you understand my complaint?

**Q:**     But right now.

**A:**     Uh-huh.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**    So, can you identify any one person, who after seeing the meme--

**A:**    Uh-huh.

**Q:**    --went on to because of it, went on to patronize MAF Corp or any defendant?

**A:**    If identify includes screen names yes, I believe we can.

**Q:**    Who's that?

**A:**    Um, these are again, it is difficult with this not being a specific subject of this Deposition, it is difficult for me to sit here and recall that screen name--

**MR. LAROSIERE:**    Howard, can I see this.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:**    --as a 30(b)(6) screen name.

**MR. FOSTER:**    Yes, yes you can.

**MR. LAROSIERE:**    Could I have the complaint?

**MR. FOSTER:**    Yep.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**    On the first page, I see Defendants conspired to make false statements about DEFCAD and to steer them, slash, to their rival business, The Gatalog slash MAF Corps. You remember that being in the complaint?

**A:**    Yes.

**MR. DE PURY:**    I have it pulled up on this laptop if you want me just to do a word search, or--

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. LAROSIERE:**     Yeah, why don't you let me take a look.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     Do you remember saying DEFCAD seeks preliminary and permanent injunctive relief preventing Defendants from making further false statements to drive business to the Gatalog slash MAF Corps.

**A:**     That sounds, um--

**Q:**     Mm-hmm.

**A:**     --like that's in the complaint.

**Q:**     It says Defendant's pattern of wire fraud has been committed through MAF. It says that Florida corporation MAF Corps and Holladay and Larosiere acting through affiliate website control PEW intentionally and without justification interfered with business relationships. It says here on Paragraph 66, the false statements were made in commercial context including the Reddit, Twitter, and Florida-based online forums, with the intent and foreseeable effect of deterring DEFCADs customers and partners from doing business with Plaintiffs and redirecting them to the Gatalog and MAF Corp.

**A:**     Yes.

**Q:**     You say that, and then in the body of the complaint, it's clear that MAF Corp is alleged to be the Rico enterprise. I want to know if you know anybody that, because of the meme--

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Uh-huh.

Q:     --gave money to MAF Corp.

A:     Um, there seems to be some suggestion in your question that the enterprise needs to receive the money, and this seems to be a legal conclusion that--

Q:     I'm not asking you-- No, no.

A:     I'm not sure that the corporation--

Q:     This is a yes or no question.

A:     Uh-huh.

Q:     Do you know of somebody, and can you identify them--

A:     Uh-huh.

Q:     --who because of the meme, went on to pay MAF Corp?

A:     Well, when we-- when we create it like that, the first person that comes to mind is Defendant Stroke.

Q:     What did the Defendant Stroke buy from MAF Corp?

A:     Uh, I recall on Defendant Stroke's, uh, Deposition saying that the meme is what brought her to you, and to MAF Corp and that, in fact, the only things that she'd received were items from MAF Corp and things that she had purchased, like kit components as well.

Q:     Okay.

A:     And I thought, that's interesting. I can identify at least that person, which is a strange thing, right? It's like--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Yeah, that is odd. Anybody else? Anybody who's not a defendant?

A:     You know, when you think about it as, like, the defendants, I suppose you could say that Mr. Elik can be included in this.

Q:     Mr. Elik's a defendant. I said anybody who's not a defendant.

A:     Non-defendants.

Q:     Yep.

A:     At this rate, you know-- um, who because of the meme, specifically, because of the meme, purchased something at MAF Corp.

Q:     Or gave MAF Corp a dollar, sent a quarter in the mail, anything.

A:     Well I recall on old FOSSCAD-- and I believe we have produced these in Discovery-- people commenting with screen names I cannot recall, upon the announcement of your copyright lawsuit, for example, this is why I support MAF Corp. Fuck FedCAD. This is why I only purchase with MAF Corp. This seems to me to be the closest thing I can right now identify as that very thing.

Q:     That's it?

A:     I'm not saying that's it, but it's the closest thing I can think of in this moment.

Q:     Well, you didn't hand us anything else.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    Did we not?

Q:    Nuh-uh.

A:    We handed you nothing from social media about people--

Q:    Not about anybody buying--

A:    --and customers of MAF Corp.

Q:    --anything from MAF Corp.

A:    Well, I wish then, and I pray, that in the outstanding Discovery requests there may be such a request to which I can give you those documents.

Q:    Well, but wouldn't those have been central to your claims?

A:    I think such a document, if we knew it existed in the exact construction you've-- you've given to me here, I think you would have it by now.

Q:    Yeah. I think so.

A:    I hope you would have it by now.

Q:    Yeah. Okay.

A:    Okay.

Q:    Because that would be important, right?

A:    I believe you have all the MAF Corp related commentaries about--

Q:    Mm-hmm.

A:    --from third parties about why they are MAF Corp's customers, especially when that-- there's commentary about

DIRECT EXAMINATION BY MR. LAROSIERE

fedCAD--

Q:      Mm-hmm.

A:      --I'm thinking of Reddit-- I believe that has been produced.

Q:      Let me ask you something else. How much money do you think each Defendant earned because of the meme?

A:      Hard to say.

MR. FOSTER:     Well, objection, calls for speculation.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:      Hard to say. I think my answer is, it is hard to say.

Q:      I think that's fair. Do you have documents to show that John Elik profited as a result of the meme?

A:      Hmm. I'm-- again, I'm being hung up on as a result of.

Q:      Yeah.

A:      But I am thinking. I have only-- I think-- well, it's not fair to say. I have-- I think what's responsive here is his own commentary about the money he's made after the meme and so that's why it seems like it's responsive to your question.

Q:      So any money he's ever made after the meme, you think is responsive.

A:      Well, now you're saying making money off the meme

DIRECT EXAMINATION BY MR. LAROSIERE

and I interpret that to be a different-- right question.

**Q:**     Yeah.

**A:**     You know, off the meme it may be more.

**Q:**     Can you describe these documents you're talking about.

**A:**     Well, now I'm not saying that there are documents. It seems you've changed the question.

             **MR. FOSTER:**     They are.

             (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     I've not asked if you had any.

**A:**     You-- okay. Please, then, would you ask your question again?

**Q:**     Do you have any documents showing that John Elik made any money from the meme?

**A:**     Off the meme, from the meme?

**Q:**     Yeah, flowing from.

**A:**     Well, I would say some-- some of the documents that we've produced and John Elik's own Deposition would substantiate that he has made money as a result of the meme.

**Q:**     In what way?

**A:**     Um, to me-- oh, gosh-- but I have to speak as the corporation.

**Q:**     Corporation's the Plaintiff. They're the ones making the allegations.

**A:**     Yes. Yes.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     So they're the ones who need to speak.

A:     Yes, you're right. Um, the complicated answer to this question, that I will now simplify, comes down to the copyright lawsuits, I think.

Q:     What do you mean?

A:     The corporations are of the belief that John Elik was the prime mover in the copyright lawsuits?

Q:     What do you mean by prime mover?

A:     For example, he had-- he has or had intellectual property, and it seemed that part of the scheme to defraud both the public and DEFCAD, about this intellectual property was a scheme to make money. It seems that the DEFCAD, or the FedCAD meme, is-- is in a way a way to create a value in his intellectual property.

Q:     The meme?

A:     Yes.

Q:     How?

A:     Well, remember, John Elik is the primary, kind of, author of the of the claims of the FedCAD meme. So, by calling for a boycott of FedCAD, and then initiating an intellectual property dispute, he had created a better valuation of his intellectual property.

Q:     Interesting. I don't think you allege that in the complaint, do you?

A:     This specific allegation?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Or the idea that this has to do with the copyright lawsuit.

A:      That the-- no, no, no. I think this is included in a series of false statements, which includes his false statements about his intellectual property.

Q:      Did you bring up any of those false statements in the complaint?

A:      In the complaint?

Q:      Yeah.

A:      I believe the complaint focuses on false statements which are more about DEFCAD.

Q:      Mm-hmm.

A:      But I believe these are included, like the statements he has made about, for example, stealing intellectual property. You know, we would focus too much on the FedCAD meme.

Q:      Cover this so I don't see that.

A:      There have been many false statements made about the DEFCAD business and Mr. Elik's relationship to that business.

Q:      You're going off into the weeds here.

A:      I am?

Q:      I think you're separating out from the meme.

A:      I think this is-- of course.

Q:      Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Because we-- this complaint does not say that the meme is the only problem that we have--

Q:     Uh-huh.

A:     --or that it is exclusively the statements of the campaign.

Q:     Can you tell me where in the complaint you state that this scheme has something to do with aside from the meme?

A:     That has something to do with what?

Q:     That is aside from the meme itself.

A:     Yes, yes. The complaint says a series of false statements which include, for example, that DEFCAD is hosted in Iran.

Q:     I don't see that.

A:     You're saying it's not in the Second Amendment complaint?

Q:     The only statements that are identified are the meme, and then there's an allegation about Iran, but no statement is identified. I'm trying to understand where the statement is.

A:     So we're tripped up on statement and allegation. Well, as I understand my duty today, it is to speak about the factual basis of the allegation.

Q:     Mm-hmm.

A:     Okay, and I know that we have produced these statements which would support the allegation.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:** Mm-hmm.

**A:** For example, statements about Iran.

**Q:** I have here, Defendant's false allegations of DEFCAD being hacked, its data dumped, and being hosted in illegal territories like Iran, have damaged DEFCAD by significantly decreasing DEFCADs revenue and profits.

**A:** Uh-huh. And you can you identify the paragraph number there?

**MR. FOSTER:** Thirty-four.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:** Thirty-four.

**A:** Um, well.

**Q:** So what does that have to do with the copyright lawsuit?

**A:** Uh, remember this is not exhaustive of the false statements. It is not to identify the only false allegations that have been made by the Defense.

**Q:** So where else do you talk about other false allegations?

**A:** Uh-- okay, look-- look at 35.

**Q:** Mm-hmm.

**A:** They continued and continue to make false allegations on the internet since '23. I mean, that-- if that doesn't include everything, I don't know what does.

**Q:** Can you read 35 to me?

DIRECT EXAMINATION BY MR. LAROSIERE

A:    I'll do it.

Q:    Use your best speaking voice.

A:    Yes, please. Moreover, Defendants continued and continue to make the same false allegations on the internet repeatedly since May 2023.

Q:    So, the same, right?

A:    I see. You're thinking, or you are suggesting, that Paragraph 35 is only referring to Paragraph 34?

Q:    No, I'm not. I'm just asking you to read.

A:    When I read 35, I believe it is referencing all the statements that the Defendants make which are intended to harm the business.

Q:    You believe you're suing about all of these statements that aren't identified in the complaint?

A:    I'm believing-- that I am suing about a campaign of false statements about the business DEFCAD, which is not limited to the four corners of the fedCAD meme, or the statement that DEFCAD is hosted in Iran. There is-- there are more statements made than those two statements--

Q:    Okay.

A:    --in this campaign.

Q:    Those statements, some of those are not on the complaint, that fair to say?

A:    Well, sure. It'd be a big complaint--

Q:    Mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      --like the last one--

Q:      Mm-hmm.

A:      --the one that preceded it, if we were to include more of the statements. For example, I'd include Mr. Clark's statement.

Q:      Mm-hmm.

A:      But the way we joined Mr. Clark with this lawsuit, we only showed or alleged, what, his participation in sharing the meme? I'd have to reread the paragraph. He said many more false things than that.

Q:      Simple question I asked you, was if you had any documents showing that Mr. Elik made any money from publication of the meme?

MR. FOSTER:     Objection, asked and answered.

MR. LAROSIERE:     I'm not done with my question, Howard. I said that was the question--

THE WITNESS:     It wasn't quite a question yet.

MR. FOSTER:     Oh, sorry about that.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      Simple question I asked you--

MR. FOSTER:     Okay, go ahead, finish.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      --and you didn't answer it. You started talking about these--

A:      Mmm.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      --other things, right? Were you--

A:      Uh-huh.

Q:      Is where you were getting there? Is that something resulting from the copyright action is how Elik made money from this?

A:      No, no, no. It seemed to me he couldn't be guaranteed of any outcome in the copyright action, and I don't know that there's been such an outcome.

Q:      Mm-hmm.

A:      I don't think I'm referring to that.

Q:      What do you mean, you don't know there's been such an outcome?

A:      I don't know. It seemed that you were asking me if I know about that. Do I misunderstand your question?

Q:      It's okay. There was a copyright action, right?

A:      Uh, sure. And more than one.

Q:      More than one? The chief one was 2024 in the Middle District, right?

A:      Yes.

Q:      Okay. What was the result of that?

A:      Well, and you'll have to tell me, as an attorney, I worry about disclosing the result of it to the party.

Q:      Well, you're in a Deposition, so that's your--

A:      Like, I'm required to is what you're saying? Well, that's helpful. It was settled. I believe it was settled.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     With which parties?

A:     Well, the releasing parties is-- I kind of-- uh, you know, with the way I read the releasing parties, it's Matthew Larosiere, there's, acting through him, his agents, and employees. It's, kind of like, uh, bigger than maybe, you know, one guy.

Q:     You think Mr. Elik may have profited from that?

A:     From the settlement?

Q:     Sure.

A:     No, I'm not saying he profited from the settlement, and of course, how can his statements from 2023 be about a settlement? I-- I don't represent that they are.

Q:     You were kind of driving to his intellectual property, which you're saying it increased the value, and then there was a--

A:     There's a long-running commentary from Mr. Elik on Twitter about these very things.

Q:     Which very things?

A:     How he's being stolen from, how he's gonna have to cut these people off, how there's an inherent value in his property, how he's got a plan, uh, how Cody Wilson hasn't had to pay him money for a house yet.

Q:     He said that?

A:     Which I think is a curious statement.

Q:     Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**      Uh, so it seemed to be almost an expectation of some money, or you could say some profit.

**Q:**      Now Elik was a party in that case at one point, right?

**A:**      Yes, I think these statements were made before he was such a party.

**Q:**      Before the lawsuit was even filed?

**A:**      I-- I think they may have been.

**Q:**      Okay.

**A:**      Which indicates that the statements are related to the, you know, the campaign.

**Q:**      You said that there were works that Mr. Elik had created that were the subject of that lawsuit, right?

**A:**      I don't know that I said that. In fact, I don't think I did. I don't think I used the words, there are works that Mr. Elik created that were the subject of the lawsuit.

                         **MR. FOSTER:**    I think you may have.

                         (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:**      If you like.

**Q:**      I'm just going to ask this because it will make it easier.

**A:**      Uh-huh.

**Q:**      What were the terms of the settlement agreement? Did you have to take the works down?

**A:**      Uh, which works would that be?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     The works subject to the lawsuit?

A:     The works subject to the lawsuit, as I think all parties, releasing parties too--

Q:     Mm-hmm.

A:     --represented are the property of Matthew Larosiere.

Q:     Mm-hmm.

A:     As a settlement condition, property of Matthew Larosiere has to be removed from the lawsuit, I'm sorry, the website.

Q:     The website. Is there any monetary consideration that needed to be paid?

A:     As a condition of settlement?

Q:     Sure.

A:     Yes, a-- a large settlement I think.

Q:     What was that?

A:     You could say substantial consideration was required to settle the lawsuit.

Q:     What was that consideration?

MR. FOSTER:     Object to the form of the question.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     The corporation--

MR. FOSTER:     Start over.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** --didn't study the settlement before this Deposition, but I will represent I think it was $475,000.

**Q:** You consider that to be a lot?

**A:** Well, I think it's substantial consideration. I don't think it's a little. But, I don't want to say that.

**Q:** Do you think that factors in to the loss that you claim resulted from the meme?

**A:** Oh, interesting. Well, not at this time. I don't think it's captured in the allegations.

**Q:** At this point would you today?

**A:** Very interesting question. No, no, no, I-- what-- that-- that among the lost profits of DEFCAD are its-- its settlement payment?

**Q:** Sure, yeah.

**A:** Strictly speaking, I don't think that would be true.

**Q:** Okay.

**A:** I mean to say that, I don't think that's true.

**Q:** That's kind of where I thought you were going before, so that's why I asked.

**A:** Oh, no, no. I don't intend to say--

**Q:** Yeah.

**A:** --anything about that payment, or that settlement in my previous remarks.

**Q:** Do you have any documents showing that Matthew

DIRECT EXAMINATION BY MR. LAROSIERE

Larosiere made any money from the meme's publication?

**A:**     Oh.

**Q:**     Now you see the order I went in.

**A:**     Made money from the meme's publication? Well, I can see-- I mean, that's a-- yeah, that's a good way to do that, but nevertheless I'm not going to say, and did not intend to mean that the settlement is a way of Matthew Larosiere making money from the meme.

**Q:**     Do you need me to re-ask the question, because that wasn't an answer.

**A:**     Oh, well, please re-ask the question.

**Q:**     Do you have any documents showing that Matthew Larosiere made any money from the meme or this alleged campaign?

**A:**     I recall tweets by Matthew Larosiere, and about Matthew Larosiere, in his connection to that for example, saying you should support MAF, this is why we should support MAF in connection with the meme.

**Q:**     Mm-hmm.

**A:**     And I would say this is one way to say, yes, there are documents which indicate commercial uplift for Matthew Larosiere by way of MAF as a result of the meme.

**Q:**     That's it?

**A:**     Not saying it's it--

**Q:**     Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**    But I--

**Q:**    Do you think of any others?

**A:**    --I am thinking of others.

**Q:**    Yeah?

**A:**    Can I think of others? Yes.

**Q:**    Go on. Describe them to me.

**A:**    Would you like me to think of them now?

**Q:**    Go on and describe them to me.

**A:**    Well, I think it was being a little-- describe these documents-- these additional documents? If you'll give me a moment.

**Q:**    Take your time.

**A:**    Um, you know, I should probably include Mr. Elik in this, too.

**Q:**    No, I just asked about Matthew Larosiere.

**A:**    Yes, yes, I understand. Uh, now that I'm thinking of these documents though, and you know what? I'll just answer as to Mr. Larosiere, um, commentary about the lawsuit and commentary about why we should support MAF in one respect is separate from what I just identified.

**Q:**    Mm-hmm.

**A:**    And in that respect, it was people don't understand how important MAF is for the community, its established place in the community, and its support of the Gatalog. And it seems to me that this is a distinction with a difference, um, even if

DIRECT EXAMINATION BY MR. LAROSIERE

Matthew Larosiere's name is not used.

**Q:** Mm-hmm.

**A:** And then there are communications which say, how can we support Fudd Busters in connection with this, which I'm-- I take to mean Matthew Larosiere, not necessarily MAF Corp the business--

**Q:** Mm-hmm.

**A:** --but Matthew Larosiere, the individual as identified as Fudd Buster.

**Q:** Right.

**A:** There are documents like these.

**Q:** Those have been handed to your Counsel already, right?

**A:** Yes, and I think produced in the previous lawsuit.

**Q:** Previous lawsuit, which would mean then this one too at this point?

**A:** I think doubly--

**Q:** Yeah.

**A:** --doubly produced.

**Q:** Double production. Okay, same question for Alexander Holladay.

**A:** Yes. Okay, and I identify documents--

**Q:** Mm-hmm.

**A:** --which show that Alexander Holladay profited as a result of the FedCAD meme.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Mm-hmm.

A:      I would argue--

Q:      Mm-hmm.

A:      --that every document we have produced, which says, where should I go instead of FedCAD, and then when someone says, go to the Gatalog, this is actually responsive to your question.

Q:      How do you reckon that Holladay would get money from that?

A:      Um, Holladay is both the acknowledged owner of the gatalog.com--

Q:      Mm-hmm.

A:      --the sponsor of Gatalog Development, and the commercial liaison with the companies that sell kit components connected to Gatalog Development, including parts dispensed.

Q:      Mm-hmm.

A:      And therefore diversion of traffic to the Gatalog and its associated properties, would profit Alexander Holladay.

Q:      That's pretty attenuated, isn't it?

A:      I don't know about pretty.

Q:      Pretty is a soft word. That's attenuated, isn't it?

A:      Well, unfortunately in a case like civil conspiracy, you know, you have to deal with attenuation.

Q:      There are plenty of explanations for all kinds of things. So same question for Peter Saltano?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** Oh, good question.

**Q:** Mm-hmm.

**A:** I think Mr. Saltano confessed in his Deposition that he thought it was to his profit--

**Q:** Okay.

**A:** --um, to publish the meme. He experienced it, though, both as a way of gaining social media engagement and clout, and I think the most obvious way to show that, that would profit him is his commercial relationship with Aves Rails, for example.

**Q:** Mm-hmm.

**A:** He had a number of, like, planned and existing, you know, grips and things that he sold. So engagement for him is money in his pocket, in that direction at least.

**Q:** You're saying that if he got more clicks it would lead to more?

**A:** For Saltano it-- it always seemed like, a yeah, a more simpler equation--

**Q:** Right.

**A:** --and he admitted to this.

**Q:** So he gets more clicks, people go to Aves and buy the stuff attributed to him, and he gets a cut, right?

**A:** That's I think one way that he profits because of the meme.

**Q:** Right.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    But you-- you are right to identify that mechanism doesn't run through MAF Corp that time.

Q:    Well, I haven't identified that yet.

A:    You did, and I'm right to identify it.

Q:    Yeah.

A:    I will celebrate myself.

Q:    Do you have a reckoning of Saltano making money through MAF Corp?

A:    Let me say I love that word.

Q:    It's because you're a Southerner.

A:    You're right. I've been reading about, you know, revivalism and stuff. Um, well, a reckoning's a very interesting word. I think Mr. Saltano said in the note he did not have a direct commercial relationship with MAF Corp. He was only offered items from MAF Corp, not money. He was offered items, and in fact I think sent them, not just offered them. So is this a form of profit? Sure, I would argue it is. Is it substantial profit? No, but MAF Corp sent him components, items, things that made him feel in the family, and I think you could argue he profited in that way.

Q:    Do you know if he got those items as a result of the meme posting?

A:    He-- he seemed to suggest he did.

Q:    So you've got the Deposition, right? I'm asking for documents.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     Well, I-- I mean that document.

Q:     Right, anything else aside from his deposition?

A:     Not for Peter Saltano profiting from MAF Corp.

Q:     Or profiting from the meme in general, I bet?

A:     I guess I could say if, and I know he did, there are screenshots of Peter Saltano, you know, retweeting or otherwise tweeting MAF Corp advertisement--

Q:     Mm-hmm.

A:     --and often these advertisements included MAF Corp discount codes.

Q:     Okay.

A:     I doubt that-- I don't think we have documents showing any code corresponding to Mr. Saltano.

Q:     Mm-hmm.

A:     But I don't think that means one did not exist.

Q:     What about for Ms. Stroke, same question.

A:     There are easier answers. In fact, we can call back to my response earlier. Ms. Stroke at least helpfully, made a post saying, these are my ill-gotten gains from the evil MAF Corp Corporation or something to this effect. I understand an attempt at humor there, nonetheless it confirms some things sent from MAF Corp which were downstream of the publication of the meme.

Q:     Do you have a document that corroborates that or just the tweet?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Well, the tweet I think is a-- a prime document in this context.

Q:      Okay.

A:      Of course, we have the other documents where Ms. Stroke is sharing MAF discount codes talking about--

Q:      Do you have any documents showing that Stroke was ever paid by MAF?

A:      Do I have these documents? Well I, again, the first document I mentioned is Stroke saying, these are my ill-gotten gains, which is another word for payment.

Q:      Mm-hmm, Mm-hmm.

A:      Um--

Q:      But you said attempt at humor. When you said attempt, you think it's because it wasn't funny or?

A:      No, I think it's like-- again this is kind of in this-- the Gatalog division of our space. It's like a way of excusing the factual by saying, like, well, I did it, but I did it ironically and therefore, like, it didn't happen. And they don't-- this is not necessarily conscious, um, which I think, you know, it contributes to, like, a dissonance. That's all I'm saying.

Q:      You'd say that's your--

A:      That's--

Q:      --that's what you've got, and everything else to the extent it exists, has been handed over. There's a lot of

DIRECT EXAMINATION BY MR. LAROSIERE

Strokes stuff, I agree

A:     Yeah, yeah, we've given a lot of the Stroke's stuff. It's hard to, kind of, you know, go through the catalog.

Q:     But everything that would suggest, that's been handed over. You need to--

MR. FOSTER:     Can we take a bathroom break?

MR. LAROSIERE:     Yeah, yeah.

THE WITNESS:     I'll answer the--

MR. FOSTER:     Off the record.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     You know what? Finish this.

A:     In-- in Strokes' case I believe everything's been handed over.

MR. FOSTER:     Let's go off the record for five minutes.

MR. LAROSIERE:     All right, thanks. Howard's got to go.

MR. FOSTER:     Thanks for announcing.

THE REPORTER:     Take your time.

MR. LAROSIERE:     Now that mention it, you know?

MR. FOSTER:     My God <unintelligible>.

THE REPORTER:     We are off the record. The time is 2:30 p.m. Eastern Standard Time, and we are back on the record.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. LAROSIERE:**    Right. Thank you, sir.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**    Do you remember the questions we were just talking about right before the break?

**A:**    I think so.

**Q:**    I'll just go ahead and ask it then. Do you have any documents showing that John Lettman made any money as a result of the meme?

**A:**    The documents I have, have been produced, which include his sharing of a-- a MAF Corp discount code.

**Q:**    Mm-hmm.

**A:**    It's just one of the first documents I would think of.

**Q:**    Mm-hmm.

**A:**    Though admittedly, there are fewer documents than Mr. Lettman.

**Q:**    This is the main allegation, is that the discount code was the money he got from the meme?

**A:**    I wouldn't say it's the main allegation.

**Q:**    As far as him profiting?

**A:**    You know, we're using my words of making money, we're using words of profiting. It's, like, I don't know Lettman's exact relationship with Holladay, for example.

**Q:**    Mm-hmm.

**A:**    I believe, like, in his deposition that he

DIRECT EXAMINATION BY MR. LAROSIERE

conducted a lot of his work, or-- or he did for the Gatalog. He says that it was unpaid, but the way he talks about it being unpaid, I believe it was sometimes paid. I believe that some of his recent work, the work that has been required of him, um, when it was paid, is as a result of the meme, because the other defendants could not do that work. Now, is that attenuated? Sure.

Q:     I appreciate you telling me your beliefs, but I'd asked about documents.

A:     Yes, my documents, for example, are the Lettman Deposition--

Q:     Mm-hmm.

A:     --in this regard-- in this respect. Is that all of the documents that support this story? No.

Q:     Have all of those been handed over, though?

A:     I don't know if you guys have the Lettman Deposition.

Q:     Exclude the Deposition.

A:     I see. Um, yes, when it comes to Lettman.

Q:     Okay.

A:     Yes.

Q:     We're going to talk about the discount code thing in a second.

A:     Okay.

Q:     But thanks for letting me know that. So same

DIRECT EXAMINATION BY MR. LAROSIERE

question as to Zachary Clark.

A:     Yes. Okay, I see, and just repeat. Zackary Clark, as I understand it, uh, has done work for Fudd Busters.

Q:     Mm-hmm.

A:     I don't think he claims to do work for MAF Corp. I believe he also does work for Fudd Blasters. And I believe some of that work has been paid, as indicated by the documents we have, his communications about that work--

Q:     Mm-hmm.

A:     --for example Twitter communication.

Q:     Mm-hmm.

A:     Because so many of these communications happened, I don't know, the beginning of his employment, I don't even know if I need to call it that. But because of these communications, their time, and his other communications about the commercial purpose of his participation in the Enterprise, or the Gatalog, or the FedCAD campaign, yes, I would attribute the money he made around these things. And even the check that Alexander Holladay sent him to be downstream or a result of the FedCAD meme.

Q:     How do you reckon the check is a result of the FedCAD meme?

A:     It is difficult for me to say. I have documents which directly support that CTRL+Pew profited from the FedCAD meme, because CTRL+Pew is not a party in this case. Now, of

DIRECT EXAMINATION BY MR. LAROSIERE

course, I have documents, right. But my argument is, what money CTRL+Pew is able to make as a result of the FedCAD meme, is money that he can pay to others in the conspiracy.

Q:     Mm-hmm.

A:     And in fact did pay to the members of that conspiracy, and so however attenuated is nevertheless a substantiating piece of evidence of the conspiracy and profit from the FedCAD meme.

Q:     No, I understand what you're saying. I tried to streamline this.

A:     I think we're getting somewhere.

Q:     Earlier we were talking about Last Dynamics. Is that Collier or Gold Haber?

A:     Collier.

Q:     Collier? Okay.

A:     Oh, good we found it.

Q:     We found it. So this is going to be a real quick trip down memory lane there.

A:     Yeah, we can-- I'm just reading it myself.

Q:     I'm going to read it to you, and I'll show it to you.

A:     Please.

Q:     Gw, underscore, guncad is that Garrett?

A:     I believe it is.

Q:     So it says, howdy man, I saw your write up on why

DIRECT EXAMINATION BY MR. LAROSIERE

you left the DEFCAD platform. Reading between the lines, I know there's some other major reasons you need to step away as well. Everything else aside, I'd like to know if you'd be open to us helping you pay for your meds, totally off the record. I was pretty upset when I saw in your write up that you'd been struggling with that, and I didn't want you to suffer. If you're open to that, let's have a call on the matter. You produced this?

A:     Yes, I-- I recall it. If you leave it for a moment, I'd like to read it as well. Yeah, just to interpret it. Please, you can leave it here. Uh, I think I've read it sufficiently here.

Q:     Do you know the document that Mr. Walliman is referring to, the write up?

A:     No. Well, the corporations have no knowledge of this write up.

Q:     You don't have the document?

A:     I'm not sure I know what you mean by the write up.

Q:     Yeah. So you don't know what Garrett meant when he said, I saw your write up on why you left the DEFCAD platform?

A:     Exactly. I don't know what Garrett Walliman is referring to, sitting here as a-- a representative of DEFCAD or the companies.

Q:     Mm-hmm.

A:     I don't know exactly what Garrett Walliman is

DIRECT EXAMINATION BY MR. LAROSIERE

referring to.

Q:    Do you have any document from Collier? This is Collier, right? Left?

A:    I believe this is a message from Collier.

Q:    Do you have any document from Collier that kind of details the reasons for leaving?

A:    I think we have a document that indicated the write up, and as I've mentioned earlier, I believe he-- he, like, destroyed this.

Q:    That's the--

A:    If I was to venture a guess, and I know that's a big no-no, I think that's what maybe being referred to here.

Q:    Okay.

A:    It's almost like Mr. Walliman's referring to a separate conversation, perhaps even from a separate platform. I mean, uh, it's unclear to me.

MR. FOSTER:    Yeah, we're just not sure.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:    I can't say that I know.

Q:    But now that you've seen this, are you aware of Mr. Collier talking with the company or you--

A:    Yeah.

Q:    --about medical issues?

A:    He has never spoken to the company about medical issues.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Never said that payment was being withheld for his medication?

A:      Never. What you're-- you're asking if Mr. Collier expressed to us that his payments were being withheld?

Q:      That he wasn't getting paid and he needed--

A:      We are withholding his payment?

Q:      I'm asking if Mr. Collier, or if you're aware Mr. Collier expressed concerns to the company that he needed his payment to cover his medications, and that he wasn't getting it?

A:      Interesting. Uh, I have no documents to suggest.

Q:      You're not aware of that institutionally?

A:      Oh, got it. Interesting question. Again, I hope you'll excuse my, you know--

Q:      Uh-huh.

A:      --lack of preparedness. Are you--

Q:      No, I'm just asking generally if you're aware of that.

A:      Uh, no, the company is not generally aware that--

Q:      Okay.

A:      --Mr. Collier is complaining about lack of payment--

Q:      Okay.

A:      --for any purpose.

Q:      That's fine. I'm going to run through the people

DIRECT EXAMINATION BY MR. LAROSIERE

again real quick. Do you have any documents suggesting, or documents that show John Elik entering into any kind of agreement with MAF Corp?

A:      Documents that show?

Q:      Sure.

A:      I would only point to Mr. Elik's deleted commentaries about MAF Corp as Ivan The Troll from the period of 2021 to 2023 from the deleted subReddit R slash Fosscap.

Q:      Do you remember what was said there?

A:      Yes, I do. Um, in defense often if there would be-- like, uh, let's say even a modest critique--

Q:      Mm-hmm.

A:      --of MAF Corp, Mr. Elik, and even sometimes Mr. Holladay would come in to defend MAF Corp, sometimes with Stroke as well. In later years, Mr. Elik would say, you don't-- you are not appreciating all the work--

Q:      Mm-hmm.

A:      --and the contributions that MAF Corp is making to this community. It is a habit of Mr. Elik to use the word community as a kind of stand-in for himself.

Q:      Understood.

A:      To read his posts is to read that he is saying MAF Corp supports him, and that he is telling people you should recognize before you criticize MAF Corp, that it is actually institutionally important for the support of development,

DIRECT EXAMINATION BY MR. LAROSIERE

meaning the support of this developer, John Elik, in the space.

Q:     To the extent you said they were deleted, so I guess to the extent you had those, those were handed over, right?

A:     I have them. I'm not sure that all of those types of documents were handed over. I would need to make another-- I would need to make an inquiry to see if I've produced all of those documents.

Q:     I mean documents showing that Elik was, you know, engaged or contracted with the enterprise as you alleged, I think would be pretty important, right?

A:     Comes down to show-- and you're right. It would be important, now that you've mentioned it this way.

Q:     Mm-hmm.

A:     And I would like to make sure that you have those documents.

Q:     Okay. So well, I'm not going to ask that as to Larosiere and Holladay because they own MAF Corp. You obviously see that they're engaged with MAF Corp.

A:     You know, even there they might be hiding something.

Q:     Well--

A:     I don't know. I don't know.

Q:     Yeah.

A:     I don't know.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Unknown unknowns, right? What about Peter Santano? Do you have any documents showing that he had any agreements with MAF Corp?

**A:**     Like, we-- I see this is different-- this is a different question than what we asked. Yeah.

**Q:**     Yeah.

**A:**     Agreements with MAF Corp? Well, I have only his testimony, his Deposition in this regard.

**Q:**     You don't have to recap his deposition, so that's fine.

**A:**     All right. Well, I've seen that document.

**Q:**     <crosstalk> <unintelligible> What about Stroke?

**A:**     Agreements with MAF Corp?

**Q:**     Sure.

**A:**     My answer here is-- is like my answer from before. She was especially elaborate about her-- ironically or not, her relationships to MAF Corp, to you, Mr. Larosiere. I would say that those documents do evidence a relationship, however, fine.

**Q:**     Was Stroke ever an employee or contractor of your company?

**A:**     Of my company?

**Q:**     Yeah.

**A:**     No.

**Q:**     No. So now Lettman, do you have any documents showing that Lettman had any relationship or agreements with

DIRECT EXAMINATION BY MR. LAROSIERE

MAF Corp? Sorry, cut out relationship, agreements with MAF Corp?

A:     I understand. Yeah, only I think in this narrow sense, the discount code that Mr. Lettman had shared in Vibe Chat, which is catered to his online persona, and would indicate more than just being given a discount code but in fact, giving a kind of tailor-made discount code.

Q:     And last for Clark?

A:     For MAF Corp?

Q:     Yep.

A:     Uh, I have only the-- I have only tweets from Clark about MAF Corp. Everything else is about the Gatalog.

Q:     Mm-hmm.

A:     And so it feels attenuated. I don't think it shows a relationship or, I'm sorry, I don't think it shows an agreement with MAF Corp.

Q:     Just to be clear, you you allege that MAF Corp is informally known as the Gatalog; is that correct?

A:     Uh, in the beginning of our complaint I think we create, like, an identity between the two

Q:     Yeah.

A:     Yeah.

Q:     We're saying that when we're talking about MAF Corp, Gatalog is one and the same, right? Is that why you--

A:     Well, not one and the same so much as--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Mm-hmm.

A:    --you know, known by-- known as, that there's a translation.

Q:    According to you, the Gatalog is MAF Corp?

A:    Okay, listen. I'm not gonna say what it is, all right? But there is a relationship-- more than a relationship. There's a translated identity--

Q:    Mm-hmm.

A:    --okay, which is not exact, because I have in other filings called the Gatalog an Association in fact, you know?

Q:    Mm-hmm.

A:    I recognize that there's a difference between how people use the term the Gatalog, how they use it as a term of identity, and what MAF Corp is.

Q:    I'm just talking about for our purposes today.

A:    Uh-huh.

Q:    For our purposes today, you might think it's a bit crude to say, one and the same. For our purposes today. I'm not talking about any other litigation.

A:    Okay, how about this? Agents of each other--

Q:    Okay.

A:    --who have a reciprocal purpose and act on each other's behalf?

Q:    A two-headed beast?

A:    Whoa, sure.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      So, basically I don't have to re-ask the same questions, uh, about that, right?

A:      Oh, oh, that was smart-- that was smart. No, I think you would need to ask the same questions, if-- if you're saying, oh, we can just kind of say the Gatalog is the same thing, I mean--

Q:      Well, because that's what you say here.

A:      Again, that's not my testimony, I'm saying the Gatalog is the same thing.

Q:      Well, I'm reading it in your complaint.

A:      Uh-huh.

Q:      You want to read the first page?

A:      Known as-- right, you use the word known as. I don't.

Q:      Right under introduction you should take a look.

A:      I'm happy to take a look. Can you point me to a paragraph?

Q:      No, it's under the introduction.

A:      Oh, I know now. So is it on the first page?

Q:      Yep.

A:      Informally known as the Gatalog. All right. Again, this is a further qualification, the known as and the informal discuss a discursive construction.

Q:      You're going to have to-- I don't know what that means.

DIRECT EXAMINATION BY MR. LAROSIERE

A:     We perform, ourselves, and our identities and our companies, all right. And when we want to be known we are known by our performances, our gestures, our statements.

Q:     I don't understand what you're saying.

A:     I understand that you don't understand. And though I want this to be different from my previous deposition yesterday, I hope to lay a foundation for my own answer.

Q:     Go ahead.

A:     All right. MAF Corp can be easily mistaken for the Gatalog, for example, online. People, in fact, often request assistance understanding hey, just what is the Gatalog versus MAF Corp? And in fact, defendants like Mr. Lettman have provided helpful explanations for those making such inquiry. He says, really, it's all the same thing. You can also think of MAF Corp as this kind of business division of it or a separate, and in fact, I think one communication he says unrelated, though that's not true.

Q:     Mm-hmm.

A:     Uh, it's always explained a little differently.

Q:     Mm-hmm.

A:     And yet, it's always explained-- to explain that it's all related. I know, I know, but this is what informally known as--

Q:     Mmm.

A:     --carries in this introduction. When people talk

DIRECT EXAMINATION BY MR. LAROSIERE

about the Gatalog ,they know that they're also talking about MAF Corp because it's about identity, and it's about confirming who is the in-group who is the out-group.

**Q:**     Mm-hmm.

**A:**     What do we mean by the Gatalog? Well, remember we mean MAF Corp? What do we mean by MAF Corp? Remember that's a Gatalog company. This is commonly the discourse--

**Q:**     Mmm.

**A:**     --about the Gatalog. This is commonly why you find mention of companies like MAF Corp. Why do we like MAF Corp? Because they are the Gatalog. Why do we support MAF Corp? Because they support the Gatalog. That's why there's an informal known as description.

**Q:**     How come you didn't sue MAF Corp as a Defendant?

        **MR. FOSTER:**     Object.

                (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:**     I understand.

        **MR. LAROSIERE:**     I'm asking why he did it not--

        **MR. FOSTER:**     Well, I'll leave my objection.

        **MR. LAROSIERE:**     Yeah.

        **MR. FOSTER:**     Calls for a legal conclusion.

                (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**A:**     I think I understand the objection. Um, again, these companies are not attorneys. This seems to be a decision

DIRECT EXAMINATION BY MR. LAROSIERE

that only an attorney could make.

Q:     Mm-hmm.

A:     And RICO is a difficult area of the law. If not difficult, not well understood or commonly misunderstood.

Q:     Mm-hmm.

A:     It's a--

Q:     So you're saying you didn't make that decision yourself?

A:     I'm saying it is tempting to make that decision.

Q:     Mm-hmm.

A:     Because people, um, upon-- let's say like if you think you understand RICO, you may think, oh, I should sue the enterprise as a defendant.

Q:     Mm-hmm.

A:     That is not my understanding or the attorney's understanding of how the statute works.

Q:     No, that's okay. Listen, I'm just asking if there was a specific reason it wasn't done and if--

A:     If MAF Corp was not--

Q:     Yeah.

A:     If there's a reason why MAF Corp was not sued.

Q:     Right.

A:     Again, as I understand the statute, Mathcorp is an enterprise.

Q:     Mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      And it is not and does not need to be a Defendant.

Q:      Mm-hmm.

A:      That's the corporation--

Q:      So you just didn't have to.

A:      I'm not saying the only reason is it didn't have to.

Q:      Right.

A:      I'm not saying.

Q:      The biggest reason?

            MR. FOSTER:      The same objection.

            (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:      Uh, hard to say. I-- again, I don't think the companies have, uh, made a dec-- a decision in this way.

Q:      Okay.

A:      Like, there hasn't been the discussion like what's our biggest reason for not suing MAF Corp?

Q:      Mm-hmm.

A:      I would have to invent an answer to your question which does not yet exist.

Q:      When you refer to MAF Corp in the Complaint, you're referring to the Florida company or some theoretical enterprise?

A:      No, no, no I-- I believe MAF Corp, as mentioned here is the corporation.

Q:      Since you said we have to do it, I'll do it again,

DIRECT EXAMINATION BY MR. LAROSIERE

right.

A:     That we have to do it?

Q:     Oh, sorry. Do you have any documents to show that John Elik has any formal arrangements or agreements with the Gatalog as you understand it to exist?

A:     Oh, awesome. Well--

Q:     Mm-hmm.

A:     --I mean sure of course. Uh, the answer is yes.

Q:     And have those been produced already?

A:     Uh, yes, any documents have been produced.

Q:     Do you have documents that show Matthew Larosiere is in any formal agreement for--

A:     I do.

Q:     And have those already been produced?

A:     I'm sure that we produced that one.

Q:     Are you talking about your favorite document?

A:     No.

Q:     Is that the only document you have for Mr. Larosiere?

A:     Not as to its relationship with the Gatalog, no.

Q:     But you've produced all of those, right?

A:     When you have said or like you have asked me here, documents showing formal relationship with the Gatalog, I'm thinking of one. I did produce that one.

Q:     Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    If you would like me to think of others, I will do it.

Q:    Listen--

A:    Uh-huh.

Q:    I want to know about--

A:    Yeah.

Q:    --your factual basis for saying that--

A:    Yeah, it's--

Q:    This RICO enterprise exists, right?

A:    --You should. You should.

Q:    I'm asking you in the different ways that you've alleged it.

A:    Yeah.

Q:    So I want to know what documents that you have that suggest--

A:    Yes, yeah.

Q:    --that this relationship exists between--

A:    Yeah.

Q:    --each defendant and what I now understand to be--

A:    Uh-huh.

Q:    --each head of this beast that we're now talking about.

A:    I hear that.

Q:    Yeah, yeah, yeah. So I'm asking, the documents showing that--

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Yes.

Q:      Mr. Larosiere is in, some relationship, some agreement to damage your company--

A:      Yes, I understand. I understand. And a-- again--

Q:      Can you describe those? Aside from the Galloway declaration, which we're familiar with.

A:      We are familiar with it.

Q:      Yeah.

A:      Um, look, I think a lot of the documents in this respect about, we're saying you and the Gatalog?

Q:      Sure.

A:      Um, for example, sworn statements by--

Q:      Mm-hmm.

A:      --attorneys in California. Sworn statements by law enforcement.

Q:      Mm-hmm.

A:      I don't know, the Attorney General in Califor-- you see what I'm saying? Like, I mean, these are meaningful legal statements.

Q:      Mm-hmm.

A:      I have those documents, I have produced those.

Q:      Yeah.

A:      Um, those are top of mind. I don't think, again, even those are all. And I don't even mean they're pleadings I mean like--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Mm-hmm.

A:     --declarations.

Q:     Declarations of who?

A:     Uh, those declarants in the California litigation called--

Q:     Mm-hmm.

A:     --I think the People of the State of California versus, what is it, the Gatalog?

Q:     I mean, I don't know.

A:     I forget.

Q:     Yeah.

A:     I think we're referring to the same thing.

Q:     Yeah.

A:     Um, now, there is extended commentary about--

Q:     Mm-hmm.

A:     --MAF Corp and the Gatalog. But this question is about Matthew Larosiere and the Gatalog.

Q:     Sure.

A:     Most often when Mr. Larosiere is discussed in connection with the Gatalog, it is as Fudd Busters, his well-known pseudonym.

Q:     Mmm.

A:     We have produced a number of documents showing the relationship between Fudd Busters and the Gatalog.

Q:     Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Many of these are on social media or Discord. Some of them have been produced by the Defendants like Mr. Lettman, as we discussed earlier.

Q:      All these ones that you can think of, to your knowledge, were already produced?

A:      Uh, so far, I believe so.

Q:      Right.

A:      I recall, though, that there are--

Q:      To the--

A:      --some Discovery Responses which probe or try to probe a little deeper or more specifically in this direction. I expect if there are other documents, they will be produced by the deadline of Discovery.

Q:      Again, we've poked back and forth with this right? You're--

A:      Which part?

Q:      Never mind. Same question for Mr. Holladay.

A:      A similar answer where Mr. Holladay is not often referred to by name.

Q:      Mm-hmm.

A:      His real or legal name--

Q:      I understand his screen name is CTRLPew right?

A:      Yes. And so where I have documents about the relationship of CTRLPew to the Gatalog, they have been produced.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Okay.

A:     Alex Holladay himself often comments as CTRLPew about his relationship to the Gatalog. And I understand that because he is in large part it's-- one of its founding--

Q:     Mm-hmm.

A:     --members, and of course he owns the gatalog.com URL. And is responsible, as we learned in his deposition, for its--

Q:     Mm-hmm.

A:     --interview.

Q:     So that that's okay. And also you don't need to explain the screen name distinction. I understand, just for brevity.

A:     I know. It kinda feels good for the record, but I'll move along.

Q:     I'll state for the record, I understand when you're talking about one of the Defendants, you're also including their screen names and if you like--

A:     Thank you.

Q:     --I'll say--

A:     Yeah, I didn't understand. Yeah.

Q:     So, do you have any documents aside from the Deposition which show a relationship or agreement that Mr. Celentano had with the Gatalog, including by screen name, any of his recognized screen names.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Did you use the word relationship there?

**Q:**     Yeah, relationship or an agreement. Oh, no agreement, yeah.

**A:**     In this respect, I have only the representations of-- well, I can't say only. No, I can't say that.

**Q:**     Mm-hmm.

**A:**     The first documents that come to mind are the documents at chat.deterrencedispensed.com which communicate in a public facing way--

**Q:**     Mm-hmm.

**A:**     --Mr. Celentano's role with the Gatalog. Now, there is some dispute about whether Deterrence Dispensed and the Gatalog are the same thing.

**Q:**     Mm-hmm.

**A:**     Deterrence Dispensed does not feature in this Complaint and yet, Defendants in this case have confirmed that Deterrence Dispensed and the Gatalog themselves are substantially the same thing.

**Q:**     Now, same thing as to Ms. Stroke or by any of her screen names.

**A:**     Yes, Ms. Stroke helpfully is one of those Defendants who has herself identified her own role in the Gatalog--

**Q:**     Mm-hmm.

**A:**     --and her relationship to it over many posts. I

DIRECT EXAMINATION BY MR. LAROSIERE

have better coverage here and I know I've made numerous productions of Ms. Stroke's documents--

Q:      Mm-hmm.

A:      --in this respect.

Q:      Can you describe any documents that show an agreement to do something with on behalf of the Gatalog?

A:      Yes, of course. There-- she-- she herself produced in the other case--

Q:      Mm-hmm.

A:      --which has now been produced in this case, conversation with the beta manager for the Gatalog named Dr. Death--

Q:      Mm-hmm.

A:      --where he's commending her for her brilliant role as a project leader--

Q:      Mm-hmm.

A:      --and an influencer and he said, this is great, by the way I just had dinner with Defendant Holladay and Defendant Larosiere, and they say you're doing a great job for the team, keep up the good work.

Q:      Mm-hmm.

A:      We-- we, in quotation marks, have taken notice.

Q:      We was in quotation marks?

A:      Uh, it--

Q:      Interesting. Who is Dr. Death?

DIRECT EXAMINATION BY MR. LAROSIERE

A:     I don't know about that. I don't know his legal name.

Q:     Oh.

A:     How about this, how about this. Though I don't know his legal name, he is a former-- he's a former beta manager of the Gatalog, which is a role and office that is widely recognized in that organization.

Q:     Does he get paid for it?

A:     You know, I don't have enough documents to know if Dr. Death was paid.

Q:     That's fine. He's not really part of this anyway.

A:     No, he's not.

Q:     Same question for John Lettman.

A:     Mr. Lettman.

Q:     Mm-hmm.

A:     Well, yes, his Deposition seems to better support--

Q:     And so I'd like to exclude the Depositions, just because I know it's in the Deposition.

A:     That <unintelligible>.

Q:     I know.

A:     Then I will only use Mr. Lettman's volume of Twitter posts--

Q:     Mm-hmm.

A:     --where he speaks about his role in the Gatalog. For example, he mentioned, hey, by the way, everybody, Peter

DIRECT EXAMINATION BY MR. LAROSIERE

Saltano doesn't do IT for the Gatalog, I do.

Q:    Oh.

A:    Source, me.

Q:    Mmm.

A:    I do IT for the Gatalog.

Q:    Mm-hmm.

A:    This is a specific claim about a specific agreement and relationship with the Gatalog.

Q:    So now for Clark.

A:    I want to say for the record, that's not everything I've got on Lettman.

Q:    Mm-hmm..]

A:    But let's keep going with Mr. Clark. Mr. Clark makes a series of statements which I think most often carry a thesis, a Gatalog thesis. He likes this. He says, we, he says, this is why we are doing this.

Q:    Mm-hmm.

A:    This is why we have been brought to this.

Q:    Talking about Clark?

A:    Mr. Clark, yes. Mr. Clark is less overt in saying, I have a relationship with the Gatalog than he is identifying as a member of the Gatalog, which is an easier thing, you know, many, many people have a relationship with the Gatalog in that way.

Q:    Mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      And so he does not make a specific claim that he is, like as Mr. Lettman does, some office holder or some, you know, specific high-- high-ranking moderator or something for the Gatalog. And yet he reps it in his way, um, as a well-known influencer with connections to a gun rights organization who exceptionally likes to present his face. So he likes to speak for the Gatalog, I think because he knows he carries a little bit more risk weight, and so he will risk giving opinions, party line, where others don't.

Q:      What group is he associated with?

A:      Mr. Clark, as I understand, is associated with the-- I'm gonna-- oh, is it N-A-G-R? It's N-A-G-R.

Q:      Mm-hmm.

A:      N-A-G-R.

Q:      No, it's an unfortunate acronym.

MR. FOSTER:      They'll change it. Eventually they'll change it.

MR. DE PURY:      I don't think they will.

THE WITNESS:      I think they will.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:      I think it's--

A:      Yeah, it'll be like, uh, the Washington Redskins it'll be like--

Q:      Yeah.

A:      The National Gun Rights Organization or something

DIRECT EXAMINATION BY MR. LAROSIERE

NGRO.

MR. LAROSIERE:     What time is it?

THE WITNESS:     Three o'clock.

MR. FOSTER:     Three o'clock.

MR. LAROSIERE:     All right.

MR. FOSTER:     You need a break?

MR. LAROSIERE:     Nope. Let's keep on going. We're getting towards the end here.

MR. FOSTER:     Yep, yep. It's about 6:00. Your rental car has to be back by 6:00.

MR. LAROSIERE:     No, it doesn't.

THE WITNESS:     Dude, I've ditched those things.

MR. DE PURY:     There's a drop box for it.

THE WITNESS:     <crosstalk> <unintelligible>.

MR. LAROSIERE:     Oh, yeah, oh, so--

THE WITNESS:     It's way better than Runners?

MR. LAROSIERE:     Yeah.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     You mention the discount codes a lot. Do you have any documents that show that any money was ever paid to anybody for using a discount code?

A:     Uh, only the Stroke stuff and again commentary from Mr. Elik and Mr. Holladay.

Q:     Is that a no?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** No, no, I think these documents show it. I think, um, Mr. Larosiere's own commentary on a podcast shows it-- says it. Um, I'm thinking of a podcast, uh, potentially criminal, he says, by the way, you use that code. Uh, pot crim makes some money, something like that.

**Q:** And that's it?

**A:** No, no, no, I don't think that's it. For example, the extension of that commentary on that podcast appearance, is give people a code, we give them a slice, I do it, present tense--

**Q:** Mm-hmm.

**A:** --because it's the right thing to do. Because I believe it's the right thing to do so statement of purpose.

**Q:** Has that been produced?

**A:** Of course.

**Q:** Is that it?

**A:** Is that the only-- is what I have mentioned the only--

**Q:** I'm asking do you have any actual documents that show X person was paid Y amount from MAF Corp?

**A:** Uh, from MAF Corp?

**Q:** For the discount codes.

**A:** Only indirectly. I have--

**Q:** Mm-hmm.

**A:** --an employment record produced by MAF Corp by

DIRECT EXAMINATION BY MR. LAROSIERE

subpoena in response to subpoena showing his employees, which include Alex Holladay.

Q:     Mm-hmm. And was anything about the meme mentioned in any of that? Those records you got?

A:     I didn't understand your question, if you were referring to the meme.

Q:     Oh, no, I'm asking now.

A:     I see.

Q:     Anything in those records you got from MAF Corp that seem to show any payments from the meme?

A:     Not of those documents that I mentioned.

Q:     Do you have any documents showing any payments from MAF Corp were related to the meme?

MR. FOSTER:     Yes or no question.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     Uh, not in so-- no, not in so stark terms.

Q:     Did you ever send a retraction notice to any of the Defendants in this case?

A:     Regarding the meme?

Q:     Or any of the allegedly false statements.

A:     Oh, yeah, well, thank you for including that. Um, the companies none of the companies have sent a retraction notice to any of the named Defendants in this case regarding the meme or their false statements.

Q:     Why not?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Well, I think it's a complicated answer.

Q:      Mm-hmm.

A:      We've certainly considered sending a retraction statement or I've seen retraction demand letters. Although the false statements that we considered sending retraction statements about are not the meme, um, but two publications of documents owned by Mr. Larosiere and published on Odyssey. One is for the regular 1022 and its build guide. One is for a gun called the Glon.

Q:      Oh.

A:      Both of these are Gatalog products. One of these documents has a forward by Mr. Larosiere as a pseudonym Fudd Buster. Both of these documents were published by Mr. Elik on Odyssey. And we have very seriously considered sending retraction notices there.

Q:      I'm not asking about what you considered I'm asking about what you did.

A:      I see. Well how about this I demand that John Elik, Matthew Larosiere retract the false statements that they have made in these documents on Odyssey. I demand that they make them and make an apology or else I have to pursue legal action. I will have no other course of action.

Q:      Is this the first time you've made such a demand?

A:      It is.

Q:      Is Mr. Elik in the room with us right now?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Uh, his lawyer is.

Q:      Mmm. Clever. So now, did the Plaintiffs file the suit in part to end this, what you call campaign of disinformation?

A:      To end the campaign?

Q:      Right.

A:      Well, I think it serves such a purpose or it creates such a-- an effect. But no, if it was filed, it was to redress the wrong--

Q:      Mm-hmm.

A:      --and make whole the companies that have been harmed.

Q:      Did Plaintiffs file the suit to deter others from sharing the FedCAD meme?

A:      Huh. With such a specific formulation?

Q:      At least in part.

A:      It is the hope of the companies that it the lawsuit would discourage sharing of the meme.

Q:      Did the Plaintiffs file this lawsuit at least in part to make an example of the Defendants for having shared the meme?

A:      An example of?

Q:      Sure.

A:      No, the Plaintiff's have targeted those responsible, um, probably proclaiming their responsibility for

DIRECT EXAMINATION BY MR. LAROSIERE

developing the meme, sharing the meme, and trying to profit or advantage from the meme.

Q:      Mm-hmm.

A:      Among other false statements.

Q:      Of course, you've reviewed the Complaint, right?

A:      I have.

Q:      You reviewed the materials you provided and received in Discovery, right? You're making a lot of references to them.

A:      S-- So far I have reviewed--

Q:      Yeah.

A:      What I have received in Discovery, what I have provided in Discovery.

Q:      What do you specifically contend Mr. Elik did to harm your business?

A:      What Mr. Elik did?

Q:      What Mr. Elik did.

A:      Well, gosh, man, what do I specifically allege?

Q:      Yeah.

A:      Uh--

Q:      Keep it as short as possible.

A:      You-- the implication is that--

Q:      Mm-hmm.

A:      --this is not specific as allegations go?

Q:      Mr. Elik, just Mr. Elik.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      Well, every statement and implied statement in the FedCAD meme can be fairly attributed to Mr. Elik.

Q:      Mm-hmm.

A:      And therefore I allege that he separately harmed us in those separate statements--

Q:      Mm-hmm.

A:      --of the FedCAD meme, specifically. Beyond that, I believe he encouraged and conspired with others, among them Matthew Larosiere, Alexander Holladay, Peter Saltano, the other named Defendants, to spread this meme.

Q:      Mm-hmm.

A:      And in his words, to publicly disavow the company. And in his words, in another set of Tweets, to bully those who use my website because they use the website and because in his words, it is for their own good.

Q:      Now, for whose own good?

A:      Mr. Elik's words are.

Q:      Who do you think—- never mind, forget it.

A:      Uh-huh.

Q:      Because I remember now what--

A:      I see now anyway those are a specific set of harms that Mr. Elik is responsible for. I don't know that they are everything he's responsible for. We've mentioned his copyright lawsuit--

Q:      Mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     --and I think he made false statements in support of that lawsuit, for example.

**Q:**     Mm-hmm.

**A:**     In the hope of profiting from it and damaging --let's also say damaging the business that is DEFCAD.

**Q:**     Now, how could a copyright action damage DEFCADs business?

**A:**     Well, of course, any litigation exhausts our resources and by its nature is destructive. I mean, there are very many simple ways that litigation, especially if it's built on false premises or false representations, is destructive or harmful to a business.

**Q:**     Mm-hmm.

**A:**     Um, I guess that's my first answer. But the second answer is this can be intended, the conduct of this lawsuit, the prosecution of a lawsuit like that, it can be intended to harm the reputation of the business still further.

**Q:**     I'm asking you for specific actions I'm asking you for--

**A:**     Uh-huh.

**Q:**     --who, what, when?

             **MR. FOSTER:**    Objection, asked and answered.

             (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     Right, I'm just letting him know for when we go forward.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     Yeah, I hear that, who, what, when. And I want to give more. With Mr. Elik it's the most interesting, there's the most who, the most what.

**Q:**     Sure, then let's have some. Who, what, when?

**MR. FOSTER:**     Objection, asked and answered.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     He's--

**A:**     Nevertheless, I think that objection's right.

**Q:**     Okay, then do you want to keep going? You think you fully answered?

**A:**     No, I don't think I fully answered.

**Q:**     Okay, then go ahead. Who, what, when?

**A:**     Uh, okay. The question is documents or the question is specific harms?

**Q:**     I'm asking you specifically--

**A:**     Uh-huh.

**Q:**     --what did John Elik do--

**A:**     Uh-huh.

**Q:**     --to harm your business. Tell me the action he took, when he took it.

**A:**     Yes. I took-- he-- I think he took many opportunities before and after the FedCAD meme--

**Q:**     Okay.

**A:**     --to publicly disavow the company in bad faith, to make false statements, to encourage the making of false

DIRECT EXAMINATION BY MR. LAROSIERE

statements by others, circulation of his false statements about the business, including that DEFCAD extorted him, attempted to extort him, refused to pay him when he asked. And then he changes his story and says that he demanded that we refuse to pay him because of some other misdeed of ours. And he began to develop elaborate stories about us doxxing developers, trusted people in the community. Of course, some of this is reflected in the FedCAD meme and, yet he makes many, many other false statements which are very hard to-- to be specific about in a short amount of time. Though many of these documents have been produced in Discovery, many of the statements are on Twitter, many of the statements have been on Reddit, many of the statements have been in private, on Discord, on Rocket.Chat, though he swears that they do not exist.

**Q:** So I asked you for specific instances.

**A:** Uh-huh. You mean--

**Q:** Who, what, when, and you haven't done a single one. You're talking in generalities.

**A:** <crosstalk> <unintelligible> The who is Elik. The-- the what is the-- I described the types of statements. I described the where, which is some locations on social media. I even described times, before and after the meme. I think I have fairly represented some of these documents, some of these times, some of these occasions.

**Q:** To the best of your knowledge?

DIRECT EXAMINATION BY MR. LAROSIERE

A:	It is rough. I'm not saying to the best of my knowledge. But you said please be specific, please be fast, I'm trying to do that.

Q:	Well, let's maybe go on to the next one. Now, what specifically do you contend Mr. Lettman did to harm your business?

A:	Well, as a-- as a member of the conspiracy and the enterprise.

Q:	Just tell me his specific actions.

A:	It's difficult--

Q:	You don't have to qualify it.

A:	It's difficult to know so many of his specific actions. But I do for a fact know of the statements that he made concerning our hosting in Iran. I know--

Q:	Did Mr. Lettman ever actually contend DEFCAD was hosting in Iran?

A:	He did.

Q:	When?

A:	He did it on a podcast. Or I'm sorry, not a podcast, a livestream on YouTube. He gave his own public commentary as like a super chat in that stream, and he said, by the way, he doesn't, he, meaning Cody Wilson, doesn't just host the website internationally, he hosts it in Iran.

Q:	Okay.

A:	Okay?

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Wasn't that after this lawsuit was filed?

**A:**     No, it wasn't.

**Q:**     No?

**A:**     This lawsuit was filed in September of 2025.

**Q:**     Same thing as to Ms. Stroke.

**A:**     Uh-huh. I think there's more, by the way, about Mr. Lettman, but--

**Q:**     Okay, if you think there's other specific instances you'd like to tell, I'd love to hear them.

**A:**     Specific incidents of harm that Mr. Lettman has done.

**Q:**     Right.

**A:**     For example, he has shared what he believed to be, what he represented to be, the IP addresses of the DEFCAD servers online and encouraged people to, um-- to visit en masse.

**Q:**     Mm-hmm.

**A:**     Um, which is a very--

**Q:**     I understand what you're saying.

**A:**     --easily understood thing.

**Q:**     Mm-hmm.

**A:**     By doing this, he isn't just encouraging direct harm of the website. He is saying that the website is hosting its servers by choice internationally and choosing to violate our law of the United States and presumably international law.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Mm-hmm.

A:      Sanctions, international treaties, probably, I don't know. These are specific acts of harm.

Q:      Did he actually claim those were your IPs?

A:      Yes, he did.

Q:      You're talking about the SpongeBob post?

A:      In the image macro that I don't recognize as a SpongeBob post.

Q:      It was the superhero, I think.

A:      I think I understand, yeah, the reference. A character from the SpongeBob show can be seen in the image.

Q:      Yeah.

A:      Barnacle Boy.

Q:      Is that who it is?

A:      Wait-- wait, hold on.

Q:      I think it's a sidekick. I think it's Barnacle Boy's sidekick.

A:      I thought it was a sidekick, 'cause the main guy is like, the fat guy.

Q:      Yeah, I thought that was Barnacle Boy.

A:      And Barnacle Boy is the-- no, no, no, no, no.

Q:      Well, we're talking about the same thing.

A:      Yeah, my bad. Yeah, anyway he's looking at the--

Q:      Yeah, in his hand.

A:      He's looking at the-- the presumed IPs of DEFCAD--

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**     Mm-hmm.

**A:**     --in his hand. And so when this is reacted to, there's like, this double effect where it's like-- uh, oh, see, don't you see? Like-- in by the time we're talking about this in the first lawsuit--

**Q:**     Mm-hmm.

**A:**     --there's additional commentary from Mr. Lettman saying, you see, like they-- they admit it. In fact, that these were the-- uh, that these were the servers--

**Q:**     Right.

**A:**     --and now, ha ha ha look, they've confirmed that they host themselves in Iran. So there's this kind of extension of this-- of this harm, additional statements about it. And in contradiction of his Deposition testimony, he never corrects it, even though he says that he did.

**Q:**     Were they your IPs?

**A:**     Not to my knowledge, no.

**Q:**     Then how was it an invitation to DDoS you?

**A:**     Uh, by saying, hey, these are the DEFCAD servers. I think Mr. Lettman expressed a sincere belief that they were the servers. And he was inviting harm. And just in the invitation to harm, this is its own specific act to harm.

**Q:**     You said, it claims a mass visit. Did you say that or did you just understand that from the context?

**A:**     I don't think he used the word, mass visit.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    Or DDoS?

A:    He did use the term DDoS in-- in that post. I recall him using that.

Q:    Was it in the context of basically saying they don't have Cloudflare anti-DDoS protection?

A:    Was it in that context? I describe the context as, he thought it was regrettable, that there was such DDoS protection. And so he found-- luckily, he found a way around it.

Q:    Do we move on to Mr. Clark? Are we done with Mr. Lettman?

A:    If you like, we can move on.

Q:    Do you think that you've got the main ones?

A:    Those are nice, specific acts, no harm. But again, for Mr. Lettman, you know what, it's attenuated.

Q:    Do you think we have all of the documents that we would need to see the complete factual basis for these allegations?

A:    Do I believe that the Defendants have these documents?

Q:    Yes, that they've been produced?

A:    I know that Mr. Lettman has made a large number of additional requests. So with this exception for the documents that he should expect in a week's time, yes. He and defense should have these documents.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    But should already have the documents that show they're part of the organization, right?

A:    Um, I believe they should have documents sufficient to show the factual basis of our allegations, and our contentions in this complaint.

Q:    Now finally just as to Mr. Clark, same question.

A:    Uh-huh. Uh, with Mr. Clark, you know, the last is the first. A lot of our most recent documents.

Q:    Mm-hmm.

A:    It's harder for me for some reason to remember Mr. Clark's own request for production.

Q:    No. I'm not asking about his requests. I'm asking you about specific things that he did to harm your business.

A:    No, I understand.

Q:    Yeah.

A:    Uh, I'll repeat my answer as with Mr. Lettman. I know Mr. Clark has made a-- a number of new requests. I believe that we have produced all the documents to show that we have-- that show Mr. Clark's connection to the Gatalog or his specific harms, uh, against. But I know there are-- I have some debate, about Mr. Clark's-- it's hard for me to put this into words.

Q:    It's okay, do your best.

A:    Uh, Mr. Clark makes his content in a different way. He has-- there are more documents about Mr. Clark, which I'm not-- I'm sorry to delay here.

DIRECT EXAMINATION BY MR. LAROSIERE

**Q:**    You're not delaying.

**A:**    I have much-- you know, I have fewer documents about Mr. Clark as compared to the other Defendants. And yet, I have had to re-examine those documents more often. So it's hard for me to make this representation. But, I believe, today, the Defendants have what we have about Mr. Clark, in answer to your question.

**Q:**    Can you identify a specific thing Mr. Clark did at a specific time that caused harm to your business?

**A:**    Oh, yes.

**Q:**    Can you please do that?

**A:**    Yes, um, of course, the most obvious example is just sharing the meme.

**Q:**    Just sharing the meme.

**A:**    I don't mean to say the most obvious example is that he only shared the meme. I mean to say--

**Q:**    Mm-hmm.

**A:**    --the most obvious example, is that he shared the meme, which is commonly alleged between and among the other Defendants. He participated at least in that. Um, his sharing of the meme specifically, and not for the only time, um, at the end of the year of 2025, was one of the more prominent moments that the meme was shared. It had a high view count at least on Twitter.

**Q:**    Mmm.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**    I'm thinking of at least two or three times he has shared the meme. There's an indirect way he has shared the meme. In June of 2024, I think we have produced this where he says, don't forget, tell your friends. This was encouraging people to spread, what he was in fact, spreading.

**Q:**    Mmm.

**A:**    Again, I have shared those documents.

**Q:**    You have any documents that show Mr. Larosiere directed Mr. Clark to do that?

**A:**    I have documents. Again, whether they're meant in humor or not, expressing Mr. Clark's relationship to Mr. Larosiere, that he takes direct orders from.

**Q:**    Those have been produced, right?

**A:**    Um, I think they have.

**Q:**    I thought that would be important, I think. You said something that I found really interesting. Hold on one second. You were talking about Copyright lawsuit.

**A:**    Mm-hmm.

**Q:**    I'm going to bring up another document here. What exhibit are we on, two? Is it going to be Exhibit G?

**A:**    Mmm.

**Q:**    You familiar with this document right?

**A:**    Is this a PDF or is this an image?

**Q:**    It's a PDF.

**A:**    All I see is scrolling. Um, could I see the date?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Sure.

A:      Yes, thank you.

Q:      You familiar with that document?

A:      Uh, yes.

Q:      The digital risk profile for DEFCAD include-- I think you ordered it?

A:      Yes, I'm familiar with it.

Q:      Before you filed the suit, did you investigate whether DEFCAD was mirrored in Iran?

A:      I did-- hold on. Before I filed this suit, did I investigate? Uh, it wasn't-- I believe it was investigated. I did not hire anyone to investigate whether it was mirrored in Iran.

Q:      Were you aware of any Iranian mirror sites?

A:      Um, I'm not sure if I understand what an Iranian mirror site is.

Q:      As I understand it, it's a website that's basically pretending to be another website.

A:      As we understand it, it may be a website pretending to be in Iran.

Q:      Wait, what do you mean?

A:      I don't know that there is a commonly-- the companies do not know if there is a commonly accepted term for a mirror site.

Q:      Okay.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      There are certainly domain spoofers, domain squatters, people who try to copy and imitate the DEFCAD website.

Q:      Right.

A:      And this is done-- this is done and we are aware of that.

Q:      Are you aware of any Iranian sites that are doing that, spoofing the DEFCAD website?

A:      I don't know if I'm aware of a specifically Iranian website that does this.

Q:      What about websites with a .ir extension or domain?

A:      In this report, for example--

Q:      Mm-hmm.

A:      --mention is made of domains to .ir.

Q:      Okay.

A:      Uh, that-- that may reproduce DEFCAD content or pretend to do so.

Q:      This report is dated April 3rd, 2025?

A:      Yes.

Q:      Did you make any public statements about this, about the these spoofing websites that you say are a problem in general?

A:      I said they're a problem in general--

Q:      Well, you said that they exist and they-- you said that there's a bunch of websites that--

DIRECT EXAMINATION BY MR. LAROSIERE

A:      I mean--

Q:      --either spoof or squat or whatever and pretend to be DEFCAD, right?

A:      Well, if I said a bunch, I think I understand what you're asking.

Q:      Yeah.

A:      DEFCAD, like other websites in this industry and others, can suffer-- you know, imitation, domain spoofing, domain squatting. Um, this report indicates a number of, I think what they call squatters or attempted squatters. people who-- uh, malicious actors who may buy a domain and then try to dress it up--

Q:      Mm-hmm.

A:      --and look like the service. Um, those are identified here. You're asking, have I made public statements--

Q:      Mm-hmm.

A:      --about those domain squatters or spoofers?

Q:      Do you warn people there's fake websites?

A:      Do I warn people that there are fake websites? I don't recall. The companies have not-- how about this? I'll retract the recall. The companies have made no broadcasts, or newsletter publications, or otherwise expressed on their FAQ that--

Q:      Mm-hmm.

A:      --there are other domain squatters or spoofers

DIRECT EXAMINATION BY MR. LAROSIERE

imitating DEFCAD.

Q:    Now did you do anything to try to stop this?

A:    Would you-- help me understand your question?

Q:    Did you do anything to try to stop these people from imitating your website?

A:    The only things we have done, uh, are contact what we understand to be the context of these domains, these servers--

Q:    Mm-hmm.

A:    --which may not be included in the same. The domain thing may be separate from the servers. Anyway, we have contacted these people wherever we are able to. Asked them to take down the website, asked them to say its unauthorized-- asked them to understand its unauthorized, and threatened legal action.

Q:    Did that work out?

A:    There has been no legal action.

Q:    Did anyone take them down?

A:    I'm unaware if the domains represented in this report have-- have been taken down.

Q:    Mm-hmm.

A:    I'm unaware if they've been altered.

Q:    Did you block their IPs from accessing DEFCAD, so that they could update it to look just like DEFCAD?

A:    No. Of course, all-- all foreign IPs are-- are

DIRECT EXAMINATION BY MR. LAROSIERE

blocked in their access. However, this is being done is-- is rather sophisticated.

Q:      So you think it's being done through some, not sophisticated means?

A:      I mean that it's not so simple as--

Q:      Just blocking it.

A:      --a foreigner looks at the website and rehosts it. Of course foreigners are blocked from access to DEFCAD.

Q:      Then the problem, these could be that, the foreigners can access, whatever this is?

A:      The problem for who?

Q:      I guess if you're trying to prevent foreign access.

A:      Well, I'm not e-- espousing this as a dimension of our--

Q:      Mm-hmm.

A:      --policy of forbidding forbidden-- or foreign actors. I'm only saying how I understand this spoofing to happen. Indeed, if these are websites in Iran--

Q:      Mm-hmm.

A:      --or other countries, it seems that it's relying upon a domestic middleman, or some kind of tunnel, or someone who's accessing DEFCAD in the states, first.

Q:      But you're familiar with the Mandiant Report, right?

A:      I'm sorry, I'm familiar with-- oh, the Mandiant

DIRECT EXAMINATION BY MR. LAROSIERE

Report.

**Q:** Yeah.

**A:** Yes.

**Q:** It has a section about compromised credentials, right?

**A:** I believe it does.

**Q:** So, and then there's a spreadsheet that they also provided which I can-- I don't want to attach to the report because it has user information.

**A:** Oh, yeah.

**Q:** Are you familiar with it?

**A:** Yes, I am.

**Q:** This is a list of about 2,000 compromised accounts.

**A:** Yes.

**Q:** Is your understanding that these materials somehow got out of, you know, DEFCAD?

**A:** I'll say for the record that I don't agree that this is a list of compromised accounts. It is in fact, a list of what they have found to be site access credentials discovered in these kind of open air, you know, dark web marketplaces, these places where you find hacked, let's say, or leaked--

**Q:** Mm-hmm.

**A:** --or otherwise compromised credentials.

**Q:** Mmm.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    I understand these credentials to have been stolen, and this is explained in the Mandiant report, through like a browser malware, hacker stealer code, um, and what's explained to us in the report is, it is unlikely these credentials have been put on the internet as a result of a leak from our website because you find no DEFCAD manager or employee credentials among this set. So, in short, this seems to be a result of the fact that many of our customers over time have malware on their computers and they have all of their shit leaked from their own PC setup--

Q:    Mm-hmm.

A:    --littered across the internet as many of us do.

Q:    How many total members does DEFCAD have? How many total accounts?

A:    Uh, at any given time it's only in the 6 to 8,000 range.

Q:    It's only in the 6 to 8,000 range. We're talking about 2,000 people here.

A:    DEFCAD has existed with a high level of membership over time, over the course of some years. The 6,000 members from 5 years ago are not the 6,000 members of today.

Q:    So, what would you say the total unique members you have? Just ballpark?

A:    There is another problem, a member is not the same thing as--

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     As a Legio subscriber, yeah.

A:     Hold on, a member is not the same thing as someone who has credential access to DEFCAD. Anyone can create a DEFCAD account.

Q:     Okay.

A:     This is not the same thing as a Legio membership.

Q:     I'm asking about accounts not Legio the memberships.

A:     Then this is many, many times higher than the the current number of Legio members.

Q:     Yeah, I'm asking about the accounts not the Legio members.

A:     I didn't understand that. I thought in fact, I heard you say you-- you were asking me about the membership levels at around 6,000.

Q:     Oh, oh, sorry, yeah. No, accounts. Do you know approximately how many accounts there are?

A:     Tens of thousands.

Q:     Tens of thousands? So, like more than 75,000? More than 50,000?

A:     More than 50?

Q:     More than 50? So, 50 to 100,000?

A:     Well, if that's the range, I think it's safe to say. Safe to say I think so. So, 2,000's kind of a significant component of that, would you agree? I don't. As numbers go, I

DIRECT EXAMINATION BY MR. LAROSIERE

don't find 2,000 to be so large a part of 50 but it's-- it warrants attention for sure. It warrants attention.

Q:     And that's in fact what the report suggests is to take some form of action?

A:     Yes. Require passwords to be changed after a certain amount of time, inform people when the terms change--

Q:     Right.

A:     --demand stronger passwords, you know, the standard stuff.

Q:     So, I'm going to show you, H. I think it's Exhibit H. I'll zoom it out so you can recognize it. Do you recognize this document?

A:     One moment. Southern District of Florida Declaration of Garrett Walliman. All right.

Q:     Do you recognize it? You're familiar with it or do you need to time to read it?

A:     If you'd like me to read it, I'm happy to.

Q:     I'm not going to ask you granularly about what was in it but if-- but-- go ahead take a read, let me know when you want to scroll.

A:     Uh, okay hold on. Personal knowledge of the facts and let's request for production, gravely burdensome. All right, we can continue. Commit history. Um, I think if the purpose of me reading it now is to-- to say I'm familiar with it, I mean I am.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Have you read all of it?

A:      I have not. Would you like me to?

Q:      Yeah. I'm going to ask you if everything's true.

A:      You will ask me that?

Q:      Yeah, that's all I'm going to ask you. That's all I'm going to ask you.

A:      Uh-huh. Can we continue? Wait, wait.

Q:      No?

A:      No, it's okay. Uh, I mean I-- I hold on, go ahead. Go ahead. All right a little more. I think we're almost coming up on the end here. Let's go a little more. Uh, incentivize misuse-- all right I think I've got it.

Q:      Is everything in the statement true?

A:      Uh, as I read it, everything seems to be true.

Q:      Has DEFCAD ever experienced unauthorized access to any system or data?

A:      Hold on. To any system or data?

Q:      Mm-hmm.

A:      To any system or data?

Q:      Mm-hmm.

A:      I would say, to answer your question, um, the data that DEFCAD has that is accessed in an unauthorized way would be its files. For example, perhaps people have tried over the years and sometimes succeed in defeating the security procedures to be able to download a file.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Mm-hmm.

A:     You know like a 3D printed gun file?

Q:     Yeah, where they shouldn't be able to?

A:     This would be the kind of data that they have been able to access in an unauthorized way. I think that's fair to say.

Q:     So, how do you know about those?

A:     Uh, we try to test, we create test conditions and we create what we call telemetry to see when there are failures, when there are errors--

Q:     Mm-hmm.

A:     --when people have downloaded where they shouldn't and this is always a cat and mouse game. People are always trying to download files from DEFCAD where perhaps they shouldn't be.

Q:     So, has DEFCAD ever been notified of a data security related event by any vendor?

A:     A data security event?

Q:     Data security related event.

A:     I think I know what you mean and in that respect, no.

Q:     So, is it possible that materials could have been accessed that weren't supposed to be accessed without you knowing?

A:     Materials?

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Sure.

A:      As I mentioned earlier, I think it is possible that people could, at times at the margin, download files where they shouldn't have in certain states in the United States or even on occasion especially earlier in DEFCADs life from abroad.

Q:      What about the--

A:      Uh-huh.

Q:      --I'm sure you know the whole JG thing?

A:      Do I?

Q:      I mean you communicate with JG , right?

A:      Have the companies communicated with JG?

Q:      It seems nebulous.

A:      DEFCAD has communicated with JG and therefore I know about JG. What is the JG thing?

Q:      The vuln, I mean you've so look we can skip the games. JG identified some issue, right? I mean--

A:      With DEFCAD?

Q:      With DEFCADs website.

A:      No, I don't think that's right.

Q:      What was the issue he identified?

A:      Could you show me a document?

Q:      If you like. These are the ones for the bounty program? Which I won't pass. While I'm deciding which one of these to show you, what was your relationship with JG?

A:      Uh, I don't think we ever had a formal relationship

DIRECT EXAMINATION BY MR. LAROSIERE

the companies with JG. But JG had offered to, as often as he liked, as often as he could, probe the security of any of the Defense Distributed websites and also the DEFCAD website.

**Q:** Okay.

**A:** Um, some of the documents we've produced in discovery show an attempt to operate a bounty program and an attempt to make JG like the administrator you could say.

**Q:** Mm-hmm.

**A:** The administrator of that program.

**Q:** So, how did you first meet JG?

**A:** 2018, I think is when we met JG. This would have been Defense Distributed.

**Q:** Okay.

**A:** There is no DEFCAD Inc. in 2018.

**Q:** How did you meet him?

**A:** Uh, I believe the first communication with JG is inbound from JG to us although it is possible he was a customer first.

**Q:** Okay. So--

**A:** So, if we're-- if we're saying, you know, how did we meet him? I believe he met us before we knew--

**Q:** That's okay.

**A:** --who he was.

**Q:** So, I'm going to show you to refresh your recollection when such communication?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:** I see this communication.

**Q:** Do you remember it?

**A:** Uh, yes. The companies remember this communication.

**Q:** Right. So, you understand JG found a visible API in a place it shouldn't be?

**A:** Uh, I believe he is saying that there to Garrett Wallen, yes.

**Q:** What did he mean by that?

**A:** Or is he referencing it there? I may have to look again.

**Q:** Sure.

**A:** Ah, this is Garrett asking-- asking JG if that's in fact what he did. Someone must have told him that that's what he did but it sounds like that may not have been JG.

**Q:** Do you remember this?

**A:** Uh, we have no documents about this communication.

**Q:** The signal isn't working?

**A:** No, it would seem to me that this communication is in fact in part about communications with Garrett Wallen as much as it is about communications with JG.

**Q:** Yeah. That's-- well, that's from Garrett.

**A:** Yes but Garrett is referencing something that a party told him and I don't think by his message here he means that JG himself told him that.

**Q:** So, Cody told me that your signal isn't working.

DIRECT EXAMINATION BY MR. LAROSIERE

That's what he said, right?

A:      Is this what JG said or what?

Q:      This is what Garrett said.

A:      Yes, I-- he must have said that.

Q:      So, do you remember this conversation?

A:      Uh, the companies remember this conversation.

Q:      Does Cody, the corporate representative, remember this?

A:      Yes.

Q:      I'm guessing Cody is you, right?

A:      Yes, I only mean to point out for the record, that this is an email from Garrett Wallen to JG.

Q:      It is. It is an email but it's from the Def Desk organization, right?

A:      It is, it is.

Q:      Yeah. So, what was the communication you had with Garrett that day that caused Garrett to go and send this communication?

A:      I presume this is about a visible API as is described here.

Q:      And what is that?

A:      It must be that one of the services or the technologies connected to Defense Distributed or its e-commerce--

Q:      Mm-hmm.

DIRECT EXAMINATION BY MR. LAROSIERE

A:      --had in some way an exposed API or we learn, perhaps from JG himself. This document seems to suggest it might have even been JG told me and I told Garrett. And I think I should make that representation on the record that that's what happened.

Q:      JG told you about this visible API?

A:      It must be that he, at least, told the company. Perhaps he sent a ticket, but we cannot find with a talent.

Q:      So, this is October of 2023. I'm going to show you another one.

A:      Uh-huh.

Q:      Actually, you know what, this one I'll mark Exhibit I. Remember this email?

A:      Yes, I've seen this email.

Q:      JG says, in pertinent part. I notice you tightened some stuff down, awesome. I did see another potential candidate for a similar vuln like the one we most recently discussed.

A:      Yes, I think this exhibit and the previous are related. They seem to be related in time and there's an indication they're both about the same, if you will, vuln or vulnerability.

Q:      What was the previously discussed vuln?

A:      Uh, it is the testimony of this corporation that both of those exhibits refer to some kind of exposed API of a third-party pass-through service. Our recollection is this is

DIRECT EXAMINATION BY MR. LAROSIERE

Gunspring.

Q:      Well, the second one seems he's talking about Gunspring.

A:      I think both Exhibits are related, because they both come from the same period of time and seem to be from the same or a related conversation. It is difficult to piece them together, but we know we have some indications of the 2023 conversation about a Gunspring API.

Q:      This is going to be Exhibit J. I'm going to show it to you, a single email.

A:      And this is to-- not to Garrett Walliman, this is Cody Wilson, yes.

Q:      I saw your message on Signal. I was trying to set backupback up my phone and I locked myself out for seven days. LMK when you're able to talk, but yeah, I mean, I never leaked any database to anyone so I could sign something, yes. Do I need to hire a lawyer? What's up? Can you call me via normal call? What's all that about?

A:      This seems to be a communication to Cody Wilson about, I think, the accusations of the FedCAD meme, one of the accusations of the DEFCAD servers being exposed. We do not have documents to support that, but it is a testimony of this company. This is JG responding to a request to discuss the accusations of the FedCAD meme and if this was, in fact, him who was telling people that DEFCAD had been hacked and dumped

DIRECT EXAMINATION BY MR. LAROSIERE

multiple times.

Q:      This is all the way back in October of 2023, right?

A:      Not all the way back. May of 2023 is the inauguration of the FedCAD meme.

Q:      Okay.

A:      And once that campaign had reached a certain pitch by the end of the year, it became discernible that JG may be someone to ask about this accusation,

Q:      How did that become discernible?

A:      There's enough chatter in the Rocket.Chat and other places at this time, and I think chatter from Mr. Lettman. You know, I think this IP thing is happening. Wait-- wait let me back that up, I'd have to check the document.

Q:      Yeah, no I--

A:      We were having DDoS attacks in 2023.

Q:      Mm-hmm.

A:      It seemed like there was some kind of intentional campaign to spread the word that our database had been hacked.

Q:      This is before there was the copyright lawsuit right?

A:      Well, it's before the copyright lawsuit is filed. October 2023 is when Mr. Elik makes the first threat--

Q:      Okay

A:      Through his attorney that DEFCAD should remove all the Gatalog files from the website.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Somebody said, you know you see the meme picking up, right? This is leading up to this.

A:     Right. there's like this accusation that there's a DEFCAD database that could be hacked and dumped. And so I'm like, man, you know, did they get this from you? I-- you know, for example--

Q:     You went straight to him?

A:     Not straight to him. In fact, we went to other people like Mike Rofan. Who else did we go to? We asked our-- our insurance to run like a-- to look for DEFCAD information having been hacked and dumped. There are many services, marketplaces you can go to to find hacked and dumped information.

Q:     Mm-hmm.

A:     I think you guys are familiar with that, so we looked, but we didn't find it. So it began to occur to me, especially as this meme began to pick up steam, it's like, wait a minute, they think there's some reason-- I mean, this is more than just a-- like a slur or something. They think they've got something to stand on here. And it occurred to me that JG, who is not just friendly with us, but is friendly with the Gatalog, in fact has done some business or tried to with them. He may be a source of information for them.

Q:     Why would you think he may be a source of information?

DIRECT EXAMINATION BY MR. LAROSIERE

A:      He's known to be like a-- a 3D gun printing-- I don't know, participant at the Gatalog, you could say or was. I mean this is all kind of ancient history at this point and he had made those representations to us so it began to be natural.

Q:      Wait what representations?

A:      That he was a member of the Gatalog?

Q:      We didn't see any documents showing that.

A:      There are no such documents in our possession where he says, hey, I'm a member of the Gatalog.

Q:      Okay.

A:      But nevertheless, this was known, and of course this is a very private guy. One reason this email exists this way is because, uh, I'm not able to get a hold of him. I think at some point I must have left a Signal message. Of course he would have, you know, disappearing messages, so fine. He would always pick another way to kind of reach back out either to me or to Garrett or to Haroon or to other people. Uh, and here he is apologizing for not being in contact, which is a theme of communications with this guy. He seems a little spooked too, and I think he thinks I'm accusing him. And this must be why, by way of apology, he's responding and saying, hey, I got your message. I don't know what it is about this meme. I didn't hack anything to anybody.

Q:      You're talking a lot, and not much of that is responsive to my question.

DIRECT EXAMINATION BY MR. LAROSIERE

A:    Uh-huh. I would disagree I think it's a very--

Q:    That's okay so--

A:    --thorough explanation.

Q:    Do I understand you asked him about this hacking allegation because he was a member of the Gatalog.

A:    I asked him about the FedCAD meme.

Q:    Okay.

A:    And I asked him if he is the guy that is-- there-- there was tweets at the time I think even from Mr. Elik, one of our guys told us. One of our guys confirmed this to us and I said you know what-- what if it's this guy JG?

Q:    That doesn't really make sense to me.

A:    Uh-huh.

Q:    Why go to JG?

A:    Again, when I see Mr. Elik say, one of our guys actually told us.

Q:    Yeah.

A:    I go, well, who's a-- who's a guy--

Q:    Right.

A:    --that would know this? And one of the only people who regularly tried to perform security, you know services for us consulting for us is this guy. We know that he's a 3D printer. In 2019 we tried to help him set up Spooky Rails. We know that Spooky Rails is some kind of thing he's doing with the Gatalog or trying to. So we go, you know what, that's the

DIRECT EXAMINATION BY MR. LAROSIERE

Venn diagram. This guy probably is their source. or I should ask him if he is.

Q:     Is he a hacker?

A:     I think he considers himself to be one.

Q:     What do you mean?

A:     I think it may even be his profession.

Q:     I'm going to show you Exhibit K.

A:     Say again.

Q:     I'm going to show you Exhibit K.

A:     Please do.

Q:     I'm going to zoom out a little bit.

          **MR. FOSTER:**     Are we winding down?

               (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

Q:     You recognize this email?

          **MR. FOSTER:**     May I see it?

          **MR. LAROSIERE:**     Howard, not yours.

               (CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

A:     Uh, yes I recognize this email.

Q:     This is from you, right?

A:     Uh, it seems to be.

Q:     Yeah crw@defcad.com that's your email address?

A:     Yes.

Q:     The attachments, what are they?

A:     Oh, can I see again?

Q:     Sure.

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     For the attachments? I see, uh, looks like a draft bounty program as I mentioned earlier we were in discussions with Mr. JG about running a bounty program at DEFCAD specifically.

**Q:**     There's an email from JG, right?

**A:**     Where's that?

**Q:**     On the first attachment?

**A:**     Uh, no these are his-- these seem to be public keys, part of his, like encryption.

**Q:**     That stuff from him, is it public key JG, I'm guessing that's JG at exfiltrate?

**A:**     I think I'm sharing his PGP information so that they may make contact with him securely. It doesn't seem to be a-- a forwarding of his email.

**Q:**     These are suggestions from JG, right?

**A:**     Uh, I believe he edited a draft document and returned it to us. I believe that attachment is his return suggestions.

**Q:**     Okay.

**A:**     Like his edits of the document.

**Q:**     When you said suggestions from our hacker friend.

**A:**     Yes.

**Q:**     What did you mean?

**A:**     Uh, I mean that JG, I mean to refer to JG there.

**Q:**     As a hacker?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**      Well, yeah, I mean, I-- I think he is one.

**Q:**      Okay.

**A:**      I think that is his, uh, primary employment, or was.

**Q:**      Do you think it's possible that JG could have accessed DEFCADs database?

**A:**      Is it possible? I don't believe it is possible that he did and he certainly never communicated that.

**Q:**      Mm-hmm.

**A:**      And of course you've shown me an Exhibit where he says he did not do that.

**Q:**      He said he didn't dump it. Let's pull that one up again.

**A:**      Oh, interesting. Okay that's an interesting.

**Q:**      I'm going to read you what he says.

**A:**      Oh, yeah.

**Q:**      I mean, I never leaked any database to anyone.

**A:**      I see. Which is to say, maybe it's possible that he hacked a-- a database that he could leak.

**Q:**      Sure.

**A:**      And that even though he hacked it, he didn't dump it. And you say, is that possible?

**Q:**      Is it possible that he or another hacker could have gotten in there without you knowing?

**A:**      It is not possible in the terms of the FedCAD meme

DIRECT EXAMINATION BY MR. LAROSIERE

no.

Q:    I'm not asking about the terms of the FedCAD meme.

A:    Well why not?

Q:    Forget about the terms of the FedCAD meme.

A:    Hard to.

Q:    I understand that. That's manifest. I'm asking if it is possible for JG or another hacker to have accessed the database through means that are surreptitious without you knowing?

A:    Interesting.

Q:    I don't assume they would do it. You know in the normal course.

A:    Are you asking me-- you're not asking me is it possible that it happened? You're asking me, is it possible that it can happen?

Q:    Sure answer that one.

A:    Uh-huh. Uh, I would think that there must be some non-zero possibility.

Q:    Right.

A:    Th-- there must be.

Q:    Now, I want you to answer the other way you framed it. Is it possible that it happened?

A:    I don't believe it is possible that it happened.

Q:    Well, if it's possible that it could happen, how is it impossible that it happened?

DIRECT EXAMINATION BY MR. LAROSIERE

**A:**     There are positive communications that it did not both from our security researcher and JG himself and the construction of the reports of this hack do not correspond with what the DEFCAD database is.

**Q:**     Okay.

**A:**     There are no customer records or information in the DEFCAD database to be hacked and dumped.

**Q:**     What communications with JG says he didn't hack the website?

**A:**     I take one of the communications you have shown me, to be such a communication.

**Q:**     Is that this one that I just showed you now?

**A:**     Though he does not use the word hack in that communication, I think it is sufficiently, a declamation.

**Q:**     He says he never leaked it.

**A:**     He said, I didn't leak nothing to nobody.

**Q:**     As a Joe I believe it could sound like that. Is this after a phone call when you tried to talk to him on the phone?

**A:**     To me it-- it's Async. It-- it reads as Async, and we must have sent a Signal message to him. That may be why Garrett's talking about his Signal not working.

**Q:**     Uh-huh.

**A:**     Um, it seems Async to me and it seems apologetic. His denial is-- is a kind of apology. Hey, I'm almost

DIRECT EXAMINATION BY MR. LAROSIERE

apologizing for the fact that I'm not in communication. No I didn't leak anything to anybody. It seems a little strenuous, a little forceful and in fact, he might be worried that I'm accusing him of doing it.

Q:      Yeah so he said, so I can sign something yes. What did you ask him to sign?

A:      That did you do this or did you tell people that you did this and if this came to litigation would you be a witness that this did not happen and you did not say it?

Q:      Okay and so yeah you however, you tried to talk to him.

A:      Uh-huh.

Q:      Which you haven't given to us I'm guessing you don't have it?

A:      I don't have it.

Q:      Your testimony is that you told him hey this did you like show him the meme?

A:      I-- I must have yeah.

Q:      Yeah you said the the stuff in here is this you?

A:      This is becoming like a big deal.

Q:      Yeah.

A:      This is not going away and it is resting on, statements from members in the catalog that one of their own.

Q:      Right.

A:      Can back it up.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Right.

A:     Is this you and how can you help me fix this? If this goes to litigation I will need a witness and if this is you, I will need you to sign something.

Q:     You asked him if he had some of the allegations including hacking and dumping right?

A:     Absolutely I have asked him more than once if he has hacked and dumped as the FedCAD meme suggests.

Q:     So you think you explicitly asked him this, you know, when you reached out?

A:     It's very clear to me that it was asked by his response here.

Q:     And then his response only says he never leaked the database.

A:     This is true he says I never leaked the database.

Q:     Did you send him something to sign?

A:     No I've never done that.

Q:     Never done that why?

A:     No he made it clear, especially after the copyright lawsuit on the phone to me, that he did not want to be involved in this and would be a hostile witness to anyone who subpoenaed him.

Q:     That's interesting. You never even sent him a draft document to sign?

A:     No.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:    You're not intending to rely on him as a witness, are you?

A:    We have not. Listed him as a witness.

Q:    Okay.

A:    If Discovery is extended we may.

Q:    Well I was asking about your intent at the present.

A:    I don't think we can rely on him as a witness.

Q:    Why not?

A:    I'm not sure that I can trust his representations I'm not sure that I would know what he would do.

Q:    Well, what do you mean I mean, if he didn't do it, wouldn't he be a good witness?

A:    I believe he would be if he would give truthful testimony.

Q:    Then why aren't you citing, or you think he might lie and say he did it?

A:    I believe-- I believe he might lie. I believe he might say in fact, no I don't remember these conversations and in fact, I might punish anybody who tries to haul me into court to talk about anything.

Q:    How so?

A:    I think gray hat hackers are not beyond violating ethical standards and I interpret JG to be a gray hat hacker.

Q:    Is it something in between white and black?

A:    Yeah.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:     Yeah and I understand white hat hackers are the good guys and the black hat hackers are the ones who steal your credit card.

A:     Probably yeah. And I interpret him to be a gray hat hacker. So, not to be fucked with.

Q:     Not quite stealing credit cards but could destroy your life.

A:     Not beyond it. And that's not someone that you should push around without thinking about it.

Q:     You think it's possible he lied about leaking it?

A:     Is it possible?

Q:     Yeah.

A:     Look I can see his incentives like well, it seems very clearly here he might be being asked to get pulled into a lawsuit even though no lawsuit exists. Uh, is it possible he lied about it? I suppose it could be possible.

Q:     Mm-hmm.

A:     And so we didn't end our examination with just the word of a gray hat hacker.

Q:     Right.

A:     We hired serious security researchers to examine our framework, to examine our CMS, to look for evidence online of a hacking of a dumping.

Q:     Mm-hmm.

A:     And this evidence was not found. A report was

DIRECT EXAMINATION BY MR. LAROSIERE

returned to us saying there is no evidence that this happened and by the construction of your website--

Q:      Mm-hmm.

A:      --it most likely did not happen.

Q:      Did those examiners review the website before or after the the changes that JG suggested were made?

A:      JG never suggested changes to the DEFCAD website.

Q:      Mm-hmm.

A:      There are no documents in your possession that show a hack that he identified at DEFCAD, or a vulnerability that we were assessing at DEFCAD or changes we made to DEFCAD in response to communications from JG.

Q:      Was the exposed API in a place it shouldn't be? Was that still there when they reviewed it?

A:      GunSpring and this exposed API have nothing to do with the DEFCAD application, the database, access to DEFCAD. There are many other websites and applications that the Defense Distributor maintains and that JG would examine.

Q:      No, I'm asking you--

A:      Uh-huh.

Q:      --was that API key still exposed when this review happened?

A:      I'm not saying there was an API key exposed. The documents do not support an API key.

Q:      Or whatever API in a place it shouldn't be. Was it

DIRECT EXAMINATION BY MR. LAROSIERE

still in the place it shouldn't be?

A:     Uh, I'm sure that the GunSpring API issue was resolved.

Q:     Before the review?

A:     Yes, yes. I think that exposure or that vulnerability or whatever we're talking about for GunSpring, I think that was in 2023.

Q:     Mm-hmm.

A:     I think the records show that. The Mandia reviews began in 2024.

Q:     2024?

A:     Yes.

Q:     There were a lot of changes that happened to the DEFCAD app between 2023 and 2024, right?

A:     Uh, between 2023--

Q:     You just said it's a lot of commit.

A:     A lot of commits, but it doesn't mean those made it to production.

Q:     Okay.

A:     I'm not sure if it's fair to say a lot of changes, but of course the website's always been in some form of active development.

Q:     The website that Mandia had reviewed, it's not exactly the same one that existed in 2023, is it?

A:     No, in large part it is, and in fact the Legio

DIRECT EXAMINATION BY MR. LAROSIERE

side, the database that could have been hacked and dumped has been almost the same.

Q:    Almost the same?

A:    The database.

Q:    What about--

A:    The technology.

Q:    Okay.

A:    The-- the changes that are made at DEFCAD relate to how you can access files for download.

Q:    There are no changes to any of the websites.

A:    I'm not making that representation.

Q:    There were changes to the websites that these things are hosted on between early 2023 and when the Mandia examination happened?

A:    Early 2023.

Q:    Sure.

A:    Uh, the DEFCAD website is in regular update, security review. Although, not-- not related to the the architecture of the website or the-- or the Django database I'm sorry. It's like a post-price database or something.

                    MR. DE PURY:    Matthew, you're almost done?

                    MR. FOSTER:    Yeah, I hope so.

                    MR. LAROSIERE:    You're being mean to me.

                    MR. FOSTER:    I'm not being mean.

                    MR. LAROSIERE:    You need to be nice to me.

DIRECT EXAMINATION BY MR. LAROSIERE

**MR. FOSTER:**     I'm nice. Okay could you please wind up?

**MR. LAROSIERE:**     Stop. I'm very easy to get knocked off track, you know that? <unintelligible> I appreciate that.

(CONTINUING DIRECT EXAMINATION BY MR. LAROSIERE)

**Q:**     When's the last time you talked to JG?

**A:**     I recall a phone call Christmas time, 2024, after the copyright suit had been filed. The phone call was unprompted inbound from Mr. JG.

**Q:**     He kind of disappeared after that, right?

**A:**     I'm not saying he entirely disappeared.

**Q:**     I said kind of.

**A:**     Did I say he kind of--

**Q:**     No, I said kind of.

**A:**     Oh, I see, I see. Well, no, that was already his pattern by then. In fact, you can see it evidenced in this 2023 Exhibit. He's this guy who's not going to necessarily be in-- in touch. He's going to apologize for not being in touch and as the FedCAD meme, copyright lawsuit, these other things go and the arrest of Peter Saltano. He's very, very spooked, and his call to me is about what is going on with Salantano, and he wants to tell me things about why he's been out of contact, and I think it was in a way trying to make sure that he was out of the blast radius of this litigation.

DIRECT EXAMINATION BY MR. LAROSIERE

Q:      Did you give him assurance that he was out of the blast radius?

A:      I said I can't-- I can make no assurances, but he told me he specifically reached out because Peter Saltano was arrested.

Q:      Mm-hmm.

A:      And I'm like, well this is-- this is weird to just get this call from him. He says, well, you have to know Matt Salantano was one of the people who would lean on me the most or ask me the most to hack your website. I said, okay, so you're telling me they actually did ask you to hack the website. Did you hack the website? He says no, of course. Like I've always told you, I've never hacked the website, but they asked me to, especially after the FedCAD thing because they wanted to make it true.

Q:      Hmm.

A:      And I can understand that.

Q:      Now how come you didn't give us anything on this before?

A:      This was a phone call.

Q:      You didn't write anything down that happened?

A:      Well, I certainly told my attorneys.

Q:      Okay.

A:      And, by the way, it was a part of-- you know, we-- at this point, I think we had counterclaims.counter claims,, Or

DIRECT EXAMINATION BY MR. LAROSIERE

were soon to amend our counterclaims, and it was a factor in what I thought we should say and do. Although, it is difficult the way we play Rico in that other case.

Q:    You did have a very interesting way.

A:    <laughing>.

Q:    This is still interesting though.

A:    Uh-huh.

Q:    Yeah, it's certainly kept us busy. I don't want to ask about Salantano. One last little thread here, and I don't mean to be like Columbo and keep doing that, but--

A:    Oh, is that what Columbo would say?

Q:    One more thing.

A:    One more thing and that's when he-- that's when he--

Q:    Just keep going.

A:    Okay. I see. OKay.

Q:    He would get you going for--

A:    That's been a while.

Q:    Yeah.

A:    Okay.

Q:    You also you brought up the the survey results we talked about, right?

A:    What's that?

Q:    The survey results we had talked about, some of them talked about--

CROSS EXAMINATION BY MR. ZERMAY

**MR. LAROSIERE:** Let's go off the record. I think I might be done. Let's go off the record for a minute.

**THE WITNESS:** Sure.

**MR. DE PURY:** How are we for time you?

**THE REPORTER:** The time is 4:08 p.m. Eastern Standard Time, and we are off the record. The time is 4:16 p.m. Eastern Standard Time, and we are back on the record.

**MR. ZERMAY:** Good afternoon, Mr. Wilson.

**MR. LAROSIERE:** All right.

**MR. ZERMAY:** Are we back on?

**MR. LAROSIERE:** I am done. Thank you so much both for your time. I think Mr. Zermay has a couple questions now, but that concludes my questions. Thank you.

**THE WITNESS:** Thank you.

(CROSS EXAMINATION BY MR. ZERMAY)

**Q:** Good afternoon, Mr. Wilson.

**A:** Good afternoon.

**Q:** I'll try to be brief because I know you went through a lot with Mr. Larosiere.

**MR. LAROSIERE:** Sorry.

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

**Q:** Just to lay the predicate, the central allegations of the Rico action is wire fraud; is that your understanding?

**MR. FOSTER:** Object to the form of the question. Calls for a legal conclusion.

CROSS EXAMINATION BY MR. ZERMAY

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

A:     I understand. I-- the word central is a stumbling block for me.

Q:     Mm-hmm.

A:     I'm not sure that as this is written the wire fraud is a central part.

Q:     By way of background, so for Rico, you need to have things you call predicate acts and often times in Rico lawsuits, the predicate act is wire fraud, mail fraud. Those are the two big ones.

A:     Yes, yeah.

Q:     It's my understanding that the allegations are that the the DEFCAD meme in this case, it's forms the basis of the wire fraud. Is my understanding correct?

A:     I would supplement your understanding with other false statements of fact used in commerce, including posting in Iran, so not just the meme.

Q:     For fraud, there are certain elements--

THE REPORTER:     Counsel?

MR. ZERMAY:     Yes.

THE REPORTER:     Can you please come closer to the microphone?

MR. ZERMAY:     Yeah.

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

Q:     For fraud, typically speaking, there needs to be a

CROSS EXAMINATION BY MR. ZERMAY

who, a what, the where, and the when to when representations were made. I'm trying to understand the nature of the predicate acts plural. Who do you contend, if any, was the meme directed at or to?

A:     Oh, interesting. Very interesting. Well, again, as I'm not an attorney it seems that there's some peril, that in answering this question in a way a layperson might that I am actually not answering it correctly in a-- in a legal way--

Q:     Mm-hmm.

A:     --and I am concerned that the answer to your question is asking me for an answer that only a lawyer could provide.

Q:     Let me rephrase. Who, if anybody, does the company or do the companies primary issues contend the meme was transmitted to?

A:     Transmitted to. Again, I think I understand the question, uh, but the companies only understand the question in a way that perhaps our attorney understands separately. Um, therefore, it is difficult to answer this question, and I'm going to need to confess a kind of lack of preparedness in this way, um, that I didn't prepare for questions about the nature of wire fraud predicate characterization.

Q:     Because at least there was a discussion on elements the other day, and I'm not going to go into the elements, but you have to have facts to support the elements generally.

CROSS EXAMINATION BY MR. ZERMAY

**A:**     I think I'm much more comfortable discussing the facts behind the allegations of wire fraud.

**Q:**     Mm-hmm.

**A:**     And you probably are asking me that.

**Q:**     Yeah, who was defrauded?

**A:**     Well, that's very interesting. I have heard, for example, multiple answers to this question. For example, it's true to say in one respect that the campaign is a fraud upon the public itself.

**Q:**     Mm-hmm.

**A:**     Though, I think we allege something different from that here. I think we are saying that customers of DEFCAD have been defrauded, potential customers of DEFCAD, and in fact, even those customers that are encouraged to become customers of the Gatalog and MAF Corp have been defrauded.

**Q:**     Another aspect of fraud, it's reasonable reliance, I'm not looking at the meme now, but I looked at the meme.

**A:**     Sure.

**Q:**     I looked at it and honestly I rolled my eyes. It's filled with hyperbolic language.

**A:**     I agree.

**Q:**     Who does the company contend relied upon the meme reasonably to their detriment?

**A:**     Uh--

                **MR. FOSTER:**     Wait, I object to the form of

CROSS EXAMINATION BY MR. ZERMAY

the question. You've misstated the law.

     **MR. ZERMAY:**  Okay.

     **MR. FOSTER:**  Okay.

     (CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

**A:**  I understand. Um, the way you have asked the question, I'm not sure that it is alleged this way in the complaint, and so I'm not sure-- um, I'm not sure that this has been done.

**Q:**  I didn't ask who was alleged in the complaint.

**A:**  I see.

**Q:**  I asked if anybody relied upon the meme to their detriment.

**A:**  Oh, I-- I-- I think we have facts to support this, yes.

**Q:**  Who relied upon the meme to their detriment?

**A:**  I would say that our exit surveys reflect, um, at least some segment of our previous customers who relied upon the meme and its information to their detriment.

**Q:**  Is it the company's contention that the reliance upon the information contained in the meme was reasonable?

     **MR. FOSTER:**  Object to the question, calls for a legal conclusion.

     (CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

**A:**  Yeah-- uh, I would say the same thing I've said before, though I'm uncomfortable answering this instead of my

CROSS EXAMINATION BY MR. ZERMAY

attorney. Um, I believe I can answer with some of the facts that we have that support that allegation.

Q:     What are those facts?

A:     So I can get it exactly right, would you repeat the question just as you asked?

Q:     Sure. Who do the companies contend reasonably relied upon the meme to their detriment?

A:     Yes, I think I was hung up on reasonable. I think in our market and the customer that we have come to know to be a subscriber of DEFCAD and also that customer who is likely to be a customer of MAF Corp who we we can describe as the audience addressed in commercial competition by both of our companies or enterprises, is making a reasonable decision when encountering the meme. And because of a lack of education or because of the nature of this demographic, they do not respond as an attorney would by rolling their eyes. They see some indication of smoke, where there may be fire.

Q:     So as the meme, when were these representations made to those individuals that--

A:     Mm-hmm.

Q:     --really reasonably relied upon the meme?

A:     Yes, um, of course, it's very difficult to track each individual transmission over the wires, over the ethernet cables, to the home computers or the personal electronic devices that each of these people use at the times that they

CROSS EXAMINATION BY MR. ZERMAY

use them to make a reasonable reliance. This must be-- this must be a decision for the trier of fact. This must be, you know, we can present occasions when the meme is shared, we can show how many times the meme is viewed. These are rough heuristics. We can make reasonable assumptions about groups of people, blocks of time, but it is difficult to-- this is such a dendritic presentation. It is materially impossible to accurately record.

Q:     Another aspect of Rico, and Mr. Foster probably knows a lot more about this than I do, it's the enterprise. So we have the enterprise, the MAF Corporation here, which is listed in the complaint. So, an enterprise generally is a structure. And so, my question is, what is your understanding of the company's understanding of the structure of this enterprise? Like who is the capo date to the capo, who is the consigliere--

A:     Mm-hmm.

Q:     --so to say? What is your understanding of this enterprise?

A:     Yeah, yeah, yeah.

MR. FOSTER:     Same objection.

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

A:     I-- you know, I prefer who's Vito Corleone.

Q:     Yeah.

A:     Who's Vito?

CROSS EXAMINATION BY MR. ZERMAY

**Q:**   Don Vito from the godfather?

**A:**   Don Vito's sitting over there. His friend's Gino.

**Q:**   All right.

**A:**   Anyway, the point though we don't share the same understanding of what enterprise means and is. And that doesn't mean I'm right. But, uh, it isn't fair to say, and it's not the company's understanding, that you would name Vito Corleone as the enterprise. In fact, you name the enterprise so that you can capture what Vito Corleone is doing, because Vito Corleone's a smart guy. He wouldn't just go out and do these things himself. He's going to use some other instrument or structure.

**Q:**   This statute was originally designed to go after the Mafia which-- La Cosa Nostra. So I guess, you've named some individuals in the complaint so the allegations are that they are working as an enterprise. So I guess what is the company's understanding of that structure of the enterprise?

**MR. FOSTER:**   Objection. You misstated the complaint. Shouldn't be allowed to do that.

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

**A:**   I can hear the-- I can hear the question, although I don't think I can agree with the frame. And in fact the frame of the question and our understanding, our corporate understanding of Rico is deficient to the point of a good faith, answer is not possible without harming our own

CROSS EXAMINATION BY MR. ZERMAY

allegations.

Q:     Well, I guess, how do the companies think that these individual Defendants came together?

A:     Okay. That's good. And of course, I think there are sh-- a wide factual basis to support this idea that they came together. Uh, obviously they have discussed in their own depositions the time period from around 2020, 2021. I think this also corresponds with creation of other-- other joint ventures like their Gatalog Foundation, for example. Um, facts that also support their coming together are, expressions like from Mr. Holladay of, we created the Gatalog as a response to DEFCAD. We created the Gatalog as a way to differentiate ourselves in this space from this company, DEFCAD, that we do not approve of, in a sense we organized specifically in this context and in this market as a commercial competitor and also as an ideological opponent. Um, this all happened in 2021. Overtly, It has been discussed in the years past on social media and documents that we have produced in Discovery, and if we have not, intend to.

Q:     Throughout the course of litigation, it became known Josh Stroke was the author of the meme.

A:     You're saying it became known to the Defendant?

Q:     Well, it came out in Discovery that John Stroke created the meme. Is it the--

A:     Damn, I was close.

CROSS EXAMINATION BY MR. ZERMAY

**Q:**     Is it the company's contentions that the meme was created at the behest of this enterprise?

**A:**     Oh, the meme-- in fact, the meme's creation--

**Q:**     Yeah.

**A:**     --was at the behest. Very interesting. Uh, yes I would make that specific representation. The meme was created and published at the behest of the enterprise.

**Q:**     What is your factual basis for that contention?

**A:**     Where I have seen, for example, Defendant Stroke discuss the creation, but most often the spread of the meme, she describes it as her role and her responsibility to do so. And not-- and not usually in a personal context, but as a part of her office with the enterprise. And joined with this fact that we know that she is the author, and joined with the other fact that she attributes the meme to the post John Elik exhorting everyone to bully those who use the website. He is both asking and she is answering the call to create and publish the meme to harm the website for the enterprise.

**Q:**     You mentioned that she has an office. What is that office?

**A:**     Well, she has called herself-- and she-- I think it's the chief of propaganda. Now, whether it's a chief and whether there's a bureau, I know not.

**Q:**     Are there any other offices that you're aware of?

**A:**     There is one more serious office, which is called

CROSS EXAMINATION BY MR. ZERMAY

the beta manager. Um, that seems to be the most consistently performed office. And I use performance with more than one meaning.

Q:      Who is the beta manager?

A:      The current beta manager of the Gatalog is Clay Christensen.

Q:      Who is Clay Christensen?

A:      I don't know much about him. He is known by another name, and that name is Uber Clay. It seems that his responsibilities have increased in recent times as the members of this enterprise have found, uh-- I don't know, they found their participation in the enterprise encumbered.

Q:      Why didn't you name Mr. Christensen as a member of the enterprise in this complaint?

A:      It seems to me that he did not take up the mantle of beta manager until after the departure and the exposure of many of the members of the enterprise. I think it is possible to name him. I think it is possible. Um, of course, I did not know his name or who he was until well into this litigation.

Q:      Do you think the enterprise is ongoing right now or did they disband at a certain point?

A:      Uh, interesting. No, I think in some respects it is ongoing. I think it is much degraded in its capabilities.

Q:      Did anybody who was allegedly exposed the meme that relied upon it, did they lose any money?

CROSS EXAMINATION BY MR. ZERMAY

**A:** Okay. Let me think about this. Uh, I would say Eric Gold Haber lost money.

**Q:** Who is Eric Gold Haber?

**A:** We've named him in the Complaint, I believe. He's a-- uh, he's a firearms designer. He's known in the 3D gun space. He has his work at times featured on DEFCAD.

**Q:** How did he lose money?

**A:** Uh, he lost commercial opportunities. I believe his association, whether true or not, his public kind of, uh, shaming as Mr. Elik recommended, his public shaming has probably cost him, not just an opportunity with us by his own choice, um, but commercial opportunities with others. I think he would be willing to testify to that.

**Q:** Anybody else?

**A:** The question is, is anyone who relied on the meme--

**Q:** Who lost money.

**A:** --lost money? Well, I hope some of the Defendants who relied on the meme have lost it.

**Q:** Anybody else?

**A:** Um, I would say that in the exit surveys are reflected customer sentiments that they, after exposure to the meme, now feel like they have lost money. So you could say that. It's almost like, um, they now realize they have lost money because they relied on the meme.

**Q:** Understood. I don't think I have any other

CROSS EXAMINATION BY MR. ZERMAY

questions, but I've covered the gambit of it. So, at a certain point you guys, the companies, they added my law firm to the terms of services of the DEFCAD website, it says a employee or something of Zermay Law can't--

A:    Interesting. I didn't know--

Q:    --go on--

A:    --that you owned Zermay Law, but it does make sense.

Q:    Yeah. I guess, why was I added to the website?

A:    Uh, nothing personal, uh, but we add gun control law firms to the DEFCAD terms of service.

Q:    You said that I have a gun control law firm. What's the basis for saying my law firm is a gun control law firm?

A:    Well, I only learned that it was your law firm today and so my basis is your representation.

Q:    And you list other firms, one of which is brought up a couple times, Venable.

A:    Oh, brought up-- oh, you mean brought up a couple times today?

Q:    Yeah.

A:    Well, I'm not necessarily saying that Venable is a gun control law firm. I might be willing to say that. But because Venable has specifically-- there are representations that Venable made in the-- in the course of their litigation against us, which indicated that they are a client firm for a

CROSS EXAMINATION BY MR. ZERMAY

gun control organization.

Q:     Mm-hmm.

A:     And so, like, they have to be added.

Q:     Okay.

A:     As a matter of policy is all I'm saying.

Q:     And listed on the terms of services is a reference to the Computer Fraud and Abuse Act.

A:     Yes.

Q:     So I guess, is it your intention if I go on DEFCAD, I'm subject to prosecution under the Computer Fraud and Abuse Act?

A:     Well, unauthorized access. I mean, I know the terms say that, and so I-- I suppose the companies are representing that.

Q:     Mm-hmm.

A:     Although look do I think that you, Zermay, I can represent to you that I don't genuinely believe that you are would ever intend to like hack our website for something.

Q:     Yeah. Interesting case development on the Computer Fraud and Abuse Act, but anyway that that's--

A:     Well, send me the-- send me the case if it's-- if it's that interesting.

Q:     Yeah, the Van Patten is-- I think it was Amy Coney Barrett wrote it.

A:     Has the law changed, is that what's happening?

CROSS EXAMINATION BY MR. ZERMAY

Q:    It says that if you violate terms of services, it doesn't violate CFAA. And Amy Coney Barrett wrote it but Thomas dissented. So it's called Van Patten or Van Buren.

A:    You know what, because you said it, I'll ask someone to review it.

MR. FOSTER:    Yeah. All right. When what was that again? All right. Thank you.

(CONTINUING CROSS EXAMINATION BY MR. ZERMAY)

Q:    So you called my firm an anti-gun law firm right?

A:    No, I think I called it a gun control law firm.

Q:    That's what you said. So during the course of discovery you handed a customer information to my law firm; is that a fair statement?

A:    Um, well, I think I don't think it's a fair statement to say I handed it to you. It was produced to you in the normal course of discovery under penalty of law.

Q:    Okay. So--

A:    Nevertheless, am I saying that Zermay Law is an anti-gun organization, as expressed in our discovery responses? No, I'm not. But from an abundance of caution, I have yet produced our communications with you, and I expect that you still maintain them from all of our litigation.

MR. ZERMAY:    Of course. I think I got everything. Okay. I have no further questions of this Witness.

MR. FOSTER:    Okay. So I just have a couple

CROSS EXAMINATION BY MR. ZERMAY

questions. All right, Mr. Zermay?

MR. ZERMAY:    Okay. All right, I think you're loud enough that you can be heard.

MR. FOSTER:    Can you can you hear me?

MR. ZERMAY:    Just want to see if he was hearing.

MR. FOSTER:    I'll just be a couple minutes. Can I proceed?

THE REPORTER:    Yes, Counsel.

MR. FOSTER:    This is Howard Foster for the Plaintiffs Mr. Wilson, Counsel Mr. Zermay represented in his questions that the Rico enterprise in this case was a group of people, which is incorrect. The enterprise as alleged in the case is a corporation. When you talked about enterprise, were you thinking kind of loosely that it might be the same thing as a conspiracy?

THE WITNESS:    Uh, I was thinking of how we refer to the Gatalog and MAF known as each other and therefore a loose group of people in a conspiracy.

MR. FOSTER:    That's all I'm going to say. That's my only question. Okay, we're done, everybody.

MR. ZERMAY:    Yep.

MR. FOSTER:    All right. Off the record at 4:40?

MR. ZERMAY:    Off the record.

CROSS EXAMINATION BY MR. ZERMAY

THE REPORTER:    Counsel?

MR. ZERMAY:    Yes. I'm listening.

THE REPORTER:    I have a couple of questions before we conclude so are we done or--

MR. ZERMAY:    We're concluding. He needs to know if you want to read or wave same question for you.

MR. FOSTER:    You are reserved. You have a right to read the transcript and sign it if you wish, for accuracy.

THE WITNESS:    Oh, this is like a 30(b)(6), um--

MR. FOSTER:    No, this is nothing with 30(b)(6).

THE WITNESS:    Oh, this is just any deposition?

MR. FOSTER:    Any deposition, the Deponent has that right.

THE WITNESS:    And this one I should because the companies are bound, right? The companies are bound by my answers.

MR. FOSTER:    Yes.

THE WITNESS:    So I should probably--

MR. ZERMAY:    You can't change anything but if you see something, okay, this was misspelled and Howard will go over that with you.

CROSS EXAMINATION BY MR. ZERMAY

MR. FOSTER:     All right. So he wants to read. Okay?

THE WITNESS:     Look, I'm sorry.

MR. FOSTER:     The Deponent wants to read.

THE REPORTER:     Noted.

THE WITNESS:     A little bit of ES <unintelligible>.

MR. ZERMAY:     <crosstalk> We got you.

MR. FOSTER:     You got it? Okay.

THE REPORTER:     And are there are there any transcript orders at this time sir?

MR. ZERMAY:     You're going to order, you said?

MR. FOSTER:     Right we're going to order a transcript. The Plaintiffs will order a transcript.

MR. ZERMAY:     Do you want a transcript of yesterday as well?

MR. FOSTER:     Yes.

MR. ZERMAY:     Okay. So Plaintiffs are going to order yesterday and today, Mr. Khalid.

THE REPORTER:     Noted. And what about the Defense?

MR. ZERMAY:     What do you want to do, you want to hold off on that or what?

MR. DE PURY:     Yeah, we'll get back.

MR. ZERMAY:     Okay, we'll get back to you.

CROSS EXAMINATION BY MR. ZERMAY

THE REPORTER:      Noted, Counsel. So I have a couple of questions of spellings as well if I may.

MR. ZERMAY:      Okay. Hold-- everybody, listen. He has some spelling questions.

THE WITNESS:      All right.

MR. FOSTER:      Okay, go ahead.

THE REPORTER:      Thank you. Number one, the term used is Legio.

THE WITNESS:      L-E-G-I-O.

THE REPORTER:      Noted, sir. And if I haven't heard that incorrectly, is it Ghost Guns?

MR. ZERMAY:      Ghost Gun, Ghost Gunner?

MR. DE PURY:      There's Ghost Gunner and Ghost Guns, they're different.

THE WITNESS:      There are-- there are two. You will hear Ghost Guns and Ghost Gunner. That's two Ns as in Nancy, E-R.

THE REPORTER:      Got it. And Gunspring?

MR. DE PURY:      Yes, it's the two words gun and spring but conjoined.

MR. FOSTER:      So one word, common spelling.

THE REPORTER:      Noted. And is it Ghost Runner you mentioned, right?

MR. FOSTER:      Ghost, as in like the side of a--

CROSS EXAMINATION BY MR. ZERMAY

THE WITNESS:     Wait, there's two things. There's two things.

MR. FOSTER:     Ghost?

THE WITNESS:     It's-- first it is Ghost Gunner, not Ghost Runner. Because it sounded like you said Ghost Runner.

MR. FOSTER:     <crosstalk> <unintelligible>.

THE WITNESS:     I'm sorry, Ghost Gunner.

THE REPORTER:     Thank you for the correction, sir. Thank you for the correction. And there's a name used, Garret Walliman. Can you spell that please?

THE WITNESS:     Yeah, Garrett, but only one T, G-A-R-R-E-T, and then Walliman, W-A-L-L-I-M-A-N.

MR. FOSTER:     I got to go.

THE WITNESS:     Go, man. Okay.

MR. FOSTER:     All right. talk to you.

THE REPORTER:     And Eric Gold Haber?

MR. FOSTER:     All right.

THE WITNESS:     Travel safe, Howard.

MR. FOSTER:     Thank you.

THE WITNESS:     Eric--

MR. FOSTER:     See you later.

THE WITNESS:     --Eric with the common spelling, Gold Haber, G-O-L-D H-A-B, as in boy, E-R.

THE REPORTER:     Noted. That's all the

CROSS EXAMINATION BY MR. ZERMAY

spellings I need. Thank you, everyone.

**THE WITNESS:**     Okay, great.

**MR. ZERMAY:**     Oh, man.

**MR. DE PURY:**     Glad everybody had fun.

**MR. ZERMAY:**     All right. So is Gino sell his book or like how do you? Yeah, yeah. I talked to him. I got him to sign one for my son. All right, did you get everything?

**THE REPORTER:**     Yes, Counsel, I got everything. If there's nothing else, please allow me to take us off the record. It's 4:43 p.m. Eastern Standard Time and we are off the record.

## CERTIFICATE OF OATH AND TRUE TESTIMONY

I, Abdullah Khalid, a Notary Public in and for the State of Texas, County of Tarrant, and the officer before whom the foregoing testimony was taken, do hereby certify that on the 7th of May, 2026, Cody Wilson appeared before me remotely via audio and video communication technology with the stipulation of the parties, and Cody Wilson was by me duly sworn and placed under oath and affirmed that the testimony they give during the foregoing proceeding shall be the truth, the whole truth, and nothing but the truth.

I, Abdullah Khalid, further certify that the foregoing transcript is a full or complete, true, and accurate record of the testimony given by Cody Wilson which was taken before me electronically via Zoom videoconference with the aid of computer-assisted non-stenographic transcription.

Produced Identification or Stipulation to Identity by the parties: Valid Driver's License

I, Abdullah Khalid, further certify that the witness and/or the parties requested the right to read or review and sign the record of the testimony.

I, Abdullah Khalid, further certify that I am not a relative, employee, attorney, or counsel of any parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

*Abdullah Khalid*

---

Abdullah Khalid,
Digital Reporter

NOTARY PUBLIC, STATE OF TEXAS
COMMISSION #134961157
COMMISSION EXPIRES 06-25-2028
Signed on: 05/20/2026

ERRATA SHEET


DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES ON THIS SHEET

IN RE: DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK,
individually; MATTHEW LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO, individually; JOSH
KIEL STROKE, individually; and JOHN LETTMAN, individually, and
Zackary Clark, individually
Taken on: 7th of May, 2026

| PAGE NO. | LINE NO. | CHANGE | REASON |
|----------|----------|--------|--------|
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |
|          |          |        |        |

Under penalties of perjury, I declare that I have read the
foregoing document and that the facts stated in it are true and
correct, subject to any changes in form or substance entered
here.


DATE: _____        NAME: _____

TRANSCRIPT INDEX

## Symbols

'cause  54:25, 72:15,
    148:24, 242:18

## A

abandoned  31:23
abdullah  4:6
ability  135:6,
    135:12
able  10:5, 44:22,
    149:1, 158:17,
    160:21, 171:4,
    171:25, 172:1,
    172:3, 205:2,
    251:12, 257:25,
    258:3, 258:5,
    264:15, 267:13
abroad  259:5
absolutely  275:7
abundance  126:23,
    298:20
abuse  297:7, 297:10,
    297:20
accept  71:15, 119:5,
    138:8, 138:9,
    139:5, 144:11
accepted  139:8,
    248:23
accepting  25:18
access  10:14, 10:18,
    10:25, 18:13,
    26:23, 32:1,
    97:15, 98:11,
    252:1, 252:8,
    252:10, 252:12,
    253:19, 255:3,
    257:15, 258:5,
    278:16, 280:9,
    297:12
accessed  257:22,
    258:23, 258:23,
    271:6, 272:7
accessing  97:12,
    251:23, 252:22
accessories  37:1
accident  104:14
according  28:20,
    213:4

accords  56:11
account  12:13,
    13:23, 14:2, 14:4,
    21:3, 21:13,
    25:20, 47:20,
    107:5, 134:3,
    255:4
accountants  56:14
accounting  20:1,
    36:16
accounts  25:9,
    104:1, 253:13,
    253:18, 254:14,
    255:7, 255:11,
    255:16, 255:17
accuracy  300:9
accurate  59:9,
    59:11, 62:15,
    64:18, 64:24,
    65:11, 101:4,
    101:11, 101:13,
    101:21, 131:7,
    164:21
accurately  68:5,
    290:8
accusation  265:8,
    266:3
accusations  264:20,
    264:21, 264:24
accused  143:11
accusing  267:20,
    274:4
accustomed  168:19
achieved  47:21
acknowledged  196:10
acronym  229:15
across  254:12
act  213:22, 243:22,
    285:9, 297:7,
    297:11, 297:20
acting  176:13, 189:4
action  161:12,
    188:4, 188:7,
    188:15, 233:21,
    233:22, 237:6,
    238:19, 251:15,
    251:17, 256:4,
    284:23
actions  158:23,

159:1, 161:8,
    161:10, 161:14,
    161:19, 237:18,
    240:9, 240:13
active  19:9, 20:7,
    23:19, 279:21
activity  158:10,
    158:15
actors  250:11,
    252:17
acts  242:3, 244:14,
    285:8, 286:3
actual  15:14, 60:22,
    78:8, 92:3, 94:22,
    136:14, 231:19
actually  10:3,
    18:20, 31:9, 32:2,
    32:13, 34:10,
    34:21, 36:10,
    53:1, 55:16,
    63:22, 69:16,
    82:13, 86:1,
    88:16, 111:4,
    132:10, 144:4,
    144:4, 153:21,
    196:6, 209:24,
    240:15, 242:4,
    263:12, 268:16,
    282:11, 286:8
add  31:11, 31:12,
    31:13, 31:15,
    31:19, 32:5,
    33:11, 33:12,
    33:16, 33:17,
    33:17, 33:22,
    34:10, 53:6,
    63:10, 71:8,
    296:10
add-on  12:5
added  64:25, 65:5,
    296:2, 296:9,
    297:3
adding  67:14
addition  116:19,
    167:25
additional  27:4,
    95:16, 130:20,
    146:16, 162:7,
    162:11, 194:10,

243:7, 243:13, 244:23
**address** 23:2, 23:4, 269:21
**addressed** 289:12
**addresses** 241:14
**adequate** 7:22
**administrator** 260:7, 260:9
**admit** 76:15, 243:8
**admitted** 197:20
**admittedly** 120:16, 202:15
**admonished** 53:4
**advantage** 235:2
**advertisement** 199:7
**advertisements** 199:9
**advocacy** 163:2
**affiliate** 176:13
**affiliated** 41:9
**affirm** 5:25
**affirmation** 5:8
**afraid** 15:3
**afternoon** 284:8, 284:16, 284:17
**afterwards** 88:19, 140:15
**agent** 20:15, 39:9, 39:11, 39:14, 41:3, 44:12, 44:13, 44:25, 45:2, 45:6
**agent's** 23:1
**agents** 189:4, 213:20
**aggravated** 122:9
**ago** 42:22, 79:10, 254:21
**agree** 28:7, 69:6, 78:11, 107:18, 123:3, 201:1, 253:17, 255:25, 287:21, 291:22
**agreed** 41:23, 117:6
**agreement** 41:18, 149:21, 149:23, 190:23, 209:3, 212:16, 219:12, 221:3, 224:23, 225:2, 225:3, 226:6, 228:7
**agreements** 211:2,

211:7, 211:13, 211:25, 212:1, 219:4
**ah** 66:4, 96:11, 261:12
**ahead** 8:5, 71:25, 72:2, 81:13, 103:18, 113:3, 118:14, 119:17, 119:20, 132:3, 134:11, 187:21, 202:6, 215:8, 238:12, 256:19, 257:9, 257:10, 302:6
**air** 253:20
**al** 4:5
**alex** 224:2, 232:2
**alexander** 5:6, 195:21, 195:24, 196:18, 204:18, 236:9
**aligned** 105:15
**allegation** 174:19, 174:21, 182:25, 184:17, 184:20, 184:22, 184:25, 202:17, 202:19, 268:5, 289:2
**allegations** 76:24, 108:7, 132:15, 181:24, 185:3, 185:16, 185:19, 185:23, 186:4, 192:9, 235:24, 244:18, 245:4, 275:5, 284:22, 285:12, 287:2, 291:15, 292:1
**allege** 77:1, 171:12, 182:23, 212:17, 235:18, 236:4, 287:11
**alleged** 176:23, 187:8, 193:13, 210:10, 220:12, 246:19, 288:6, 288:9, 299:13
**allegedly** 232:20, 294:24
**allow** 44:16, 56:4,

60:13, 62:4, 304:9
**allowed** 60:12, 119:5, 291:19
**almost** 7:22, 9:24, 28:7, 34:5, 44:19, 58:25, 82:15, 82:16, 169:7, 190:1, 207:14, 257:10, 273:25, 280:2, 280:3, 280:21, 295:23
**along** 130:20, 224:15
**already** 43:19, 103:18, 107:10, 126:21, 129:13, 195:12, 219:9, 219:14, 223:5, 245:1, 281:16
**also** 6:22, 16:18, 20:13, 35:6, 35:6, 37:6, 37:17, 44:18, 49:8, 65:23, 66:11, 93:20, 96:12, 96:13, 99:19, 113:19, 135:19, 171:19, 204:6, 215:14, 216:1, 224:11, 224:17, 237:5, 253:7, 260:3, 283:21, 289:10, 292:8, 292:10, 292:15
**altered** 58:16, 251:22
**although** 23:21, 65:20, 103:19, 233:4, 260:17, 280:18, 283:2, 291:21, 297:16
**always** 13:13, 13:15, 27:6, 63:21, 68:14, 70:11, 72:19, 82:7, 88:8, 97:11, 97:13, 97:17, 120:4, 169:19, 197:17, 215:19, 215:21, 258:13, 258:13, 267:16, 279:21, 282:13

**amazing** 8:3
**ambiguous** 34:7
**amend** 283:1
**amendment** 166:24, 184:14
**among** 192:12, 235:4, 236:8, 246:19, 254:7
**amount** 18:22, 63:20, 73:23, 231:20, 239:10, 256:6
**amy** 297:23, 298:2
**analysis** 115:22
**ancient** 267:3
**annex** 30:22
**announcement** 178:17
**announcing** 201:18
**annoying** 167:10
**annually** 125:9
**another** 13:8, 16:18, 31:14, 51:23, 59:15, 75:22, 81:7, 90:20, 90:20, 98:9, 98:12, 98:15, 105:18, 172:8, 200:10, 210:6, 236:13, 247:19, 248:18, 254:24, 263:10, 263:16, 267:16, 271:23, 272:7, 287:16, 290:9, 294:8
**answer** 8:15, 8:21, 16:5, 22:10, 27:5, 30:15, 35:25, 36:9, 44:2, 46:20, 46:20, 46:22, 46:24, 46:24, 47:1, 49:18, 51:22, 52:19, 52:22, 55:7, 55:20, 75:20, 75:21, 75:23, 80:24, 81:2, 86:20, 96:4, 96:5, 96:12, 98:4, 98:9, 105:8, 109:4, 109:25, 119:1, 119:2, 119:11, 126:17, 126:20,

126:24, 128:8, 128:9, 130:3, 130:11, 130:22, 130:25, 133:13, 135:12, 142:5, 171:6, 171:7, 174:5, 174:7, 174:15, 180:11, 182:2, 187:23, 193:10, 194:17, 201:8, 211:15, 211:15, 215:7, 218:18, 219:8, 223:18, 233:1, 237:14, 237:15, 245:16, 246:6, 257:21, 272:16, 272:21, 286:10, 286:11, 286:19, 289:1, 291:25
**answered** 45:14, 81:15, 90:19, 126:9, 137:2, 187:14, 237:22, 238:5, 238:10, 238:11
**answering** 8:18, 46:18, 149:16, 286:7, 286:8, 288:25, 293:17
**answers** 14:8, 23:18, 25:16, 71:1, 98:6, 98:7, 131:22, 135:4, 199:17, 287:7, 300:20
**anti-ddos** 244:5
**anti-gun** 163:2, 298:9, 298:19
**anybody** 176:24, 178:1, 178:1, 178:6, 179:5, 230:21, 267:23, 274:2, 276:19, 286:13, 288:11, 294:24, 295:14, 295:19
**anymore** 28:2
**anyone** 21:19, 248:12, 251:18, 255:3, 264:16, 271:17, 275:21,

295:15
**anything** 21:5, 29:25, 30:5, 30:7, 36:25, 47:12, 48:2, 48:4, 48:20, 52:23, 53:5, 53:6, 62:5, 69:14, 72:20, 73:14, 73:17, 107:12, 121:3, 122:15, 124:24, 130:13, 142:14, 154:15, 154:17, 172:14, 178:14, 178:25, 179:7, 192:23, 199:2, 232:3, 232:9, 251:2, 251:4, 267:23, 274:2, 276:20, 282:18, 282:21, 300:23
**anything's** 131:15
**anyway** 13:14, 25:15, 28:9, 83:21, 119:25, 227:11, 236:21, 242:23, 251:11, 291:4, 297:20
**api** 261:4, 262:19, 263:1, 263:6, 263:24, 264:8, 278:13, 278:15, 278:21, 278:23, 278:24, 278:25, 279:2
**apologetic** 273:24
**apologize** 173:3, 281:19
**apologizing** 267:18, 274:1
**apology** 233:21, 267:21, 273:25
**app** 29:23, 279:14
**appear** 58:16, 63:10
**appearance** 231:8
**appendix** 30:23
**application** 27:22, 30:20, 82:17, 99:20, 107:5, 149:25, 278:16
**applications** 25:23,

28:9, 43:22,
278:17
**appreciate** 12:12,
21:22, 48:1,
74:16, 114:14,
172:6, 203:8,
281:4
**appreciating** 209:16
**appropriate** 55:25
**appropriately** 151:15
**approval** 44:12
**approvals** 25:24
**approve** 27:22,
44:11, 292:14
**approximately** 255:17
**april** 28:17, 86:17,
86:22, 87:2, 87:4,
87:8, 87:17,
124:2, 124:2,
124:6, 249:18
**architect** 99:19
**architecture** 280:19
**area** 217:3
**argue** 196:2, 198:17,
198:20
**argument** 205:1
**arkansas** 23:14,
23:23, 24:3, 24:6
**around** 17:25, 18:23,
105:6, 125:19,
137:18, 153:15,
163:18, 163:20,
204:18, 244:8,
255:15, 277:9,
292:7
**arrangement** 138:9
**arrangements** 138:10,
219:4
**arrest** 281:21
**arrested** 138:23,
282:5
**article** 162:25,
163:24, 164:1,
166:24, 170:13
**ascertain** 158:17
**ascribed** 149:22,
152:6
**aside** 13:4, 72:20,
72:23, 73:13,
118:24, 127:10,
128:25, 129:12,

184:7, 184:9,
199:2, 206:3,
221:5, 224:22
**ask** 25:15, 30:1,
40:12, 42:6,
50:14, 83:7,
83:10, 88:2,
101:19, 101:21,
113:20, 117:14,
118:3, 120:23,
129:10, 131:10,
131:21, 144:14,
151:5, 153:21,
180:5, 181:11,
190:20, 202:6,
210:17, 214:4,
256:18, 257:3,
257:4, 257:5,
257:6, 265:8,
269:2, 274:6,
282:10, 282:11,
283:9, 288:9,
298:4
**asked** 4:18, 41:1,
46:14, 48:18,
69:20, 73:18,
116:23, 116:24,
117:25, 126:9,
126:15, 127:9,
127:10, 127:21,
128:13, 128:23,
132:21, 133:19,
133:22, 138:15,
141:6, 150:24,
173:12, 174:6,
181:10, 187:11,
187:14, 187:20,
192:20, 194:15,
203:9, 211:5,
219:22, 237:22,
238:5, 239:3,
239:15, 251:12,
251:13, 251:14,
266:9, 268:4,
268:6, 268:8,
275:5, 275:7,
275:9, 275:11,
277:14, 282:14,
288:5, 288:11,
289:5
**asking** 8:19, 19:20,

27:17, 29:4,
38:12, 39:3,
45:13, 48:11,
54:24, 58:4,
58:10, 58:12,
64:17, 65:6, 65:8,
74:4, 75:7, 75:24,
77:4, 79:1, 83:11,
85:13, 88:8,
88:10, 89:7, 91:9,
91:18, 91:19,
102:21, 104:2,
104:4, 109:11,
112:12, 112:13,
113:10, 117:22,
121:20, 121:21,
124:24, 125:22,
127:7, 127:21,
127:22, 128:6,
128:15, 128:24,
130:20, 132:23,
133:2, 133:4,
134:12, 134:22,
135:8, 135:21,
139:20, 139:22,
140:1, 141:1,
148:19, 148:20,
148:21, 151:7,
151:24, 152:1,
156:2, 156:16,
156:17, 160:2,
161:15, 164:23,
165:19, 166:6,
166:11, 167:13,
171:21, 172:19,
174:8, 177:6,
186:9, 188:13,
198:24, 208:3,
208:7, 208:17,
216:18, 217:17,
220:11, 220:24,
231:19, 232:7,
233:16, 233:16,
237:18, 237:18,
238:15, 245:12,
245:12, 250:5,
250:15, 255:7,
255:11, 255:14,
261:12, 261:12,
272:2, 272:6,
272:13, 272:13,

272:14, 276:6, 278:19, 286:11, 287:4, 293:17
**asks**  34:2
**aspect**  287:16, 290:9
**assented**  149:22, 149:24
**assess**  170:19
**assessed**  82:21
**assessing**  278:11
**assessment**  33:18
**assistance**  215:11
**associated**  44:10, 58:8, 196:18, 229:10, 229:11
**association**  213:10, 295:9
**assume**  8:1, 94:15, 96:10, 272:11
**assumptions**  290:5
**assurance**  282:1
**assurances**  282:3
**async**  273:20, 273:20, 273:24
**attach**  253:8
**attached**  54:9
**attachment**  270:7, 270:17
**attachments**  269:23, 270:1
**attacks**  265:15
**attained**  148:14
**attempt**  62:16, 152:14, 199:21, 200:13, 200:14, 260:6, 260:7
**attempted**  239:2, 250:10
**attempts**  146:10, 146:12, 151:20, 152:2
**attendant**  145:17
**attention**  129:12, 256:2, 256:2
**attenuated**  196:19, 196:21, 203:6, 205:6, 212:14, 244:15
**attenuation**  196:23
**attorney**  52:12, 52:24, 134:10,

168:17, 168:19, 188:21, 217:1, 221:17, 265:24, 286:6, 286:18, 289:1, 289:16
**attorney's**  217:15
**attorneys**  134:8, 141:6, 141:9, 141:14, 146:21, 216:25, 221:14, 282:22
**attribute**  204:17
**attributed**  197:22, 236:2
**attributes**  293:15
**audience**  289:12
**august**  18:24, 137:19
**aussie's**  167:10
**author**  182:19, 292:21, 293:14
**automatically**  16:7, 16:11
**available**  116:15, 118:1
**average**  70:14, 80:19, 85:8
**aves**  197:9, 197:21
**awake**  115:16
**aware**  50:21, 50:24, 51:2, 51:9, 51:9, 103:25, 104:3, 104:5, 113:19, 207:20, 208:7, 208:12, 208:17, 208:19, 248:14, 249:5, 249:7, 249:9, 293:24
**away**  77:7, 206:2, 274:22
**awesome**  219:6, 263:16

## B

**back**  21:18, 44:23, 53:8, 53:8, 72:12, 84:2, 84:4, 95:23, 107:3, 108:8, 120:24, 121:7, 126:3, 147:1, 149:5, 154:24, 199:17, 201:24,

223:14, 230:10, 265:2, 265:3, 265:13, 267:16, 274:25, 284:7, 284:10, 301:24, 301:25
**background**  285:7
**backup**  44:16
**backupback**  264:14
**bad**  17:7, 238:24, 242:23
**balance**  62:13, 62:18, 63:4, 63:9, 63:11, 63:15, 63:17, 63:19, 87:20, 124:18
**ballpark**  65:2, 70:1, 70:5, 254:23
**bank**  12:13, 13:23, 14:2, 14:3, 25:9, 25:21, 27:11, 27:21, 47:20, 69:9, 123:11
**banking**  25:1
**banks**  27:7, 27:8, 27:10, 27:10, 27:24, 28:4
**barnacle**  242:13, 242:16, 242:20, 242:21
**barrett**  297:24, 298:2
**base**  122:23, 131:4, 161:22
**based**  60:22, 92:18, 109:14, 115:9, 115:19, 116:10, 116:12, 116:15, 117:1, 117:25, 158:8, 158:10, 158:25, 160:23, 161:2, 161:9, 161:11
**basically**  14:9, 35:2, 45:7, 53:18, 107:3, 214:1, 244:4, 248:17
**basis**  156:18, 184:22, 220:7, 244:17, 245:4, 285:13, 292:5,

293:8, 296:13,
296:15
**bathroom**  201:6
**bear**  168:4
**beast**  213:24, 220:21
**became**  11:5, 106:16,
125:6, 265:7,
292:20, 292:22
**become**  16:16, 34:21,
34:24, 36:12,
134:5, 265:9,
287:14
**becoming**  274:20
**began**  52:13, 71:8,
106:9, 106:12,
174:7, 239:5,
266:16, 266:17,
267:4, 279:10
**begin**  6:5, 105:13,
125:18, 148:17
**beginning**  10:4,
71:6, 72:18,
129:22, 137:18,
204:13, 212:19
**begins**  9:21, 34:1,
85:3, 125:15,
167:5
**begun**  105:6
**behalf**  213:23, 226:6
**behavior**  159:24,
163:1
**behest**  293:2, 293:5,
293:7
**behind**  21:16, 21:17,
84:7, 84:7,
159:23, 287:2
**belief**  182:6, 243:20
**beliefs**  203:8
**believe**  22:4, 25:7,
45:8, 47:17,
59:22, 59:24,
60:2, 60:10,
60:16, 77:3,
80:18, 83:15,
87:5, 92:2, 93:22,
94:8, 94:9, 94:21,
95:11, 95:15,
95:15, 102:14,
105:15, 106:4,
111:21, 116:22,
126:24, 129:19,

130:19, 130:24,
131:15, 134:2,
136:2, 137:24,
138:15, 142:5,
145:24, 147:23,
149:22, 151:17,
153:25, 154:6,
156:3, 157:21,
160:5, 162:10,
165:4, 165:25,
174:4, 174:7,
174:15, 175:6,
178:15, 179:21,
180:3, 183:10,
183:13, 186:10,
186:13, 188:25,
201:12, 202:25,
203:3, 203:3,
204:6, 204:6,
205:24, 207:4,
207:8, 218:23,
223:6, 231:13,
236:8, 244:19,
245:3, 245:17,
246:5, 248:11,
253:6, 260:16,
260:21, 261:6,
270:16, 270:17,
271:7, 272:23,
273:17, 276:13,
276:17, 276:17,
276:17, 289:1,
295:4, 295:8,
297:17
**believed**  52:20,
241:13
**believing**  186:15
**benefit**  117:10,
117:19
**berated**  137:11
**best**  15:5, 24:21,
124:11, 135:5,
142:5, 168:7,
186:2, 239:25,
240:1, 245:22
**bet**  199:4
**beta**  226:11, 227:5,
294:1, 294:4,
294:5, 294:16
**better**  17:17, 25:5,
25:8, 92:15,

121:19, 122:10,
124:4, 124:25,
126:5, 146:20,
182:21, 226:1,
227:16, 230:17
**beyond**  52:21, 76:15,
83:16, 92:24,
96:12, 116:18,
121:3, 127:18,
138:5, 167:24,
236:7, 276:22,
277:8
**big**  7:10, 36:16,
37:5, 69:25, 71:9,
71:21, 72:22,
73:5, 89:8,
186:24, 207:12,
274:20, 285:10
**bigger**  72:13, 82:7,
189:5
**biggest**  72:6, 218:9,
218:16
**bigoted**  163:9,
163:14
**bill**  104:14
**billing**  104:19
**bit**  8:10, 17:25,
42:22, 60:20,
96:10, 114:6,
213:17, 229:8,
269:11, 301:6
**black**  87:24, 88:4,
88:7, 88:8, 88:10,
88:24, 88:25,
89:8, 89:12,
89:16, 89:19,
276:24, 277:2
**blackballed**  25:1
**blah**  144:5, 144:5,
144:5
**blame**  27:15
**blanks**  36:23, 37:12
**blast**  281:25, 282:2
**blasters**  204:6
**blind**  129:16
**block**  251:23, 285:3
**blocked**  252:1, 252:8
**blocking**  252:6
**blocks**  290:6
**blog**  163:18, 163:21,
163:23, 163:25,

164:10, 165:7, 165:8, 165:16, 165:20, 166:5
**blood**  61:4, 168:3
**blue**  84:15
**bluetooth**  7:8
**body**  176:22
**boils**  168:3
**bolt**  11:12
**book**  24:22, 24:23, 43:4, 304:6
**booked**  13:14, 14:6, 19:6, 20:4, 39:5, 39:7, 61:22, 61:23, 64:7, 64:7, 70:17, 124:17, 155:13
**booking**  25:18
**boring**  114:3
**boston**  27:13
**bottom**  105:12, 161:17
**bought**  7:24
**bound**  300:19, 300:19
**bounty**  259:22, 260:6, 270:2, 270:3
**box**  95:9, 112:16, 230:14
**boy**  167:9, 167:19, 242:13, 242:20, 242:21, 303:24
**boy's**  242:17
**boycott**  182:20
**bracket**  73:4
**bracketing**  73:8
**brain**  134:16, 134:25
**brakes**  154:24
**breaches**  159:22
**breadcrumb**  31:17
**break**  53:1, 53:15, 89:20, 114:11, 201:6, 202:4, 230:6
**brevity**  224:13
**bridge**  39:16, 39:17, 39:19
**bridging**  43:11
**brief**  284:18
**brilliant**  226:14
**bring**  7:11, 108:8,

183:6, 247:19
**bringing**  146:16
**broad**  38:17, 125:23
**broadcasts**  250:21
**broader**  139:24, 145:18
**broken**  59:14
**brought**  122:17, 177:18, 228:18, 283:21, 296:16, 296:18, 296:18
**browser**  104:12, 254:3
**bucket**  81:11
**build**  44:3, 233:8
**built**  26:24, 32:14, 34:19, 237:10
**bulk**  68:14, 69:23
**bullied**  139:5, 139:6, 139:9
**bullies**  139:7
**bully**  139:12, 236:13, 293:16
**bullying**  140:10
**bunch**  59:14, 249:25, 250:4
**bundled**  11:22
**bundling**  75:3
**burdensome**  256:22
**bureau**  293:23
**bureaucrat**  28:8
**buren**  298:3
**business**  8:8, 34:22, 34:25, 35:11, 36:17, 43:15, 47:19, 50:3, 50:4, 69:2, 75:7, 77:11, 77:14, 82:6, 104:11, 119:25, 120:3, 120:4, 125:23, 130:10, 145:25, 175:21, 176:6, 176:15, 176:19, 183:19, 183:20, 186:12, 186:16, 195:6, 215:15, 235:15, 237:5, 237:7, 237:12, 237:17, 238:19, 239:2, 240:6, 245:13,

246:9, 266:22
**businesses**  11:19, 75:10
**buster**  167:24, 168:11, 195:9, 233:13
**busters**  195:4, 204:3, 222:20, 222:24
**busy**  283:8
**buy**  10:5, 12:5, 12:9, 15:21, 16:18, 16:22, 18:17, 18:17, 26:23, 32:7, 48:2, 48:4, 177:16, 197:21, 250:11
**buying**  74:2, 179:5
**buys**  14:19

---

### C

---

**c-o-d-y**  5:14
**cables**  289:24
**calculated**  76:9
**calculation**  55:11
**calculations**  57:23, 78:4
**califor**  221:17
**california**  47:25, 221:14, 222:4, 222:7
**call**  26:5, 33:18, 34:16, 36:6, 36:8, 36:23, 53:3, 67:23, 78:8, 78:20, 79:24, 80:5, 94:10, 103:3, 103:9, 126:8, 136:22, 140:24, 140:25, 157:13, 166:4, 166:5, 199:17, 204:14, 206:7, 234:3, 250:10, 258:9, 264:17, 264:18, 273:18, 281:8, 281:9, 281:22, 282:8, 282:20, 285:8, 293:17

**called** 10:8, 14:24, 16:1, 53:1, 99:21, 163:18, 163:21, 164:14, 164:16, 213:10, 222:5, 233:9, 293:21, 293:25, 298:3, 298:9, 298:10
**calling** 170:14, 182:19
**calls** 51:19, 78:17, 109:10, 138:20, 138:22, 140:23, 142:16, 180:8, 216:22, 284:25, 288:21
**came** 11:2, 59:23, 60:6, 65:2, 95:23, 100:20, 122:6, 274:8, 292:3, 292:5, 292:23
**camera** 52:9
**campaign** 113:7, 120:20, 139:17, 139:24, 140:9, 145:15, 145:18, 151:21, 184:5, 186:15, 186:21, 190:11, 193:14, 204:17, 234:3, 234:5, 265:6, 265:18, 287:8
**cancel** 93:13, 93:24, 94:13, 95:6, 97:8, 153:21, 153:23, 154:5, 160:17
**canceled** 169:14
**canceling** 107:18
**cancellation** 153:22, 160:18
**candidate** 263:16
**cannot** 108:24, 110:24, 120:12, 150:15, 174:2, 178:17, 263:8
**capabilities** 294:23
**capability** 30:21
**capital** 5:6
**capo** 290:15, 290:15
**capture** 70:23, 101:25, 108:4,

125:5, 291:9
**captured** 120:13, 120:19, 192:9
**captures** 102:2
**capturing** 66:8
**car** 230:10
**card** 15:12, 24:25, 25:19, 25:25, 43:19, 44:9, 44:14, 44:15, 277:3
**cards** 24:24, 277:6
**careful** 143:6
**caring** 32:2
**carries** 215:25, 229:7
**carry** 228:14
**cart** 31:11, 31:12, 31:13, 31:15, 31:19, 32:5, 33:11, 33:12, 33:16, 33:17, 33:17, 33:22, 34:10
**case** 4:4, 4:6, 41:15, 42:1, 58:7, 95:13, 95:18, 99:22, 127:18, 127:20, 190:3, 196:22, 201:12, 204:25, 225:16, 226:8, 226:10, 232:18, 232:23, 283:3, 285:13, 297:19, 297:21, 299:12, 299:14
**cases** 21:12, 32:6, 37:3, 95:15, 95:17
**cast** 144:23
**casual** 82:10
**cat** 258:13
**catalog** 201:3, 274:23
**catch** 169:11
**catches** 62:18, 62:20
**categories** 72:19, 73:5
**categorize** 77:25
**categorized** 76:6
**category** 27:16, 72:6
**catered** 212:5

**cause** 108:10, 108:11
**caused** 28:21, 28:23, 75:4, 109:1, 109:8, 109:19, 157:15, 157:20, 246:9, 262:17
**causes** 78:9
**caution** 126:24, 298:20
**celebrate** 198:6
**celebrated** 167:7
**celebration** 166:21
**celentano** 224:24
**celentano's** 225:11
**center** 18:14
**central** 179:11, 284:22, 285:2, 285:6
**cents** 62:7, 62:25, 63:7, 81:22, 83:14
**certain** 18:5, 31:8, 120:5, 150:20, 256:6, 259:4, 265:6, 285:18, 294:21, 296:1
**certainly** 61:13, 116:5, 130:12, 139:11, 156:15, 233:3, 249:1, 271:8, 282:22, 283:8
**certified** 131:3
**cetera** 22:19
**cfaa** 298:2
**challenge** 168:24
**change** 9:15, 12:9, 155:3, 172:23, 229:16, 229:17, 256:6, 300:23
**changed** 63:5, 100:2, 172:4, 181:7, 256:5, 297:25
**changes** 239:4, 278:6, 278:7, 278:11, 279:13, 279:20, 280:8, 280:10, 280:12
**channels** 168:24
**chapter** 171:22
**character** 242:11
**characterization**

286:22
**characterized**  77:21
**characterizing**  130:9
**charged**  103:12,
    104:1
**charging**  104:6
**chat**  153:1, 212:5,
    225:8, 239:13,
    240:21, 265:10
**chatter**  265:10,
    265:11
**check**  44:16, 86:2,
    105:9, 204:18,
    204:21, 265:13
**checkout**  33:25,
    34:2, 34:4
**chief**  188:17,
    293:22, 293:22
**choice**  24:25, 47:19,
    112:2, 241:24,
    295:12
**choose**  77:6, 111:19,
    112:1, 112:6,
    159:6, 159:9
**choosing**  241:24
**chose**  110:11, 154:4
**christensen**  294:6,
    294:7, 294:13
**christmas**  281:8
**chunk**  71:9, 72:13
**churn**  120:1, 125:21
**circulation**  239:1
**cite**  107:17
**cited**  107:22,
    107:23, 107:24
**citing**  276:15
**civil**  196:22
**claim**  75:4, 131:4,
    192:7, 228:7,
    229:1, 242:4
**claimed**  39:2
**claiming**  116:3
**claims**  122:23,
    123:1, 131:17,
    179:12, 182:19,
    204:5, 243:23,
    282:25
**clark**  5:3, 187:7,
    204:1, 204:2,
    212:8, 212:11,
    228:9, 228:13,

228:13, 228:19,
    228:20, 228:20,
    229:11, 244:10,
    245:6, 245:7,
    245:17, 245:23,
    245:24, 246:3,
    246:6, 246:8,
    247:9
**clark's**  187:4,
    245:11, 245:19,
    245:21, 247:11
**clay**  294:5, 294:7,
    294:9
**cleaner**  68:24, 69:1
**clear**  29:11, 29:12,
    29:13, 73:8,
    138:23, 176:23,
    212:17, 275:11,
    275:19
**clearer**  24:11
**clearly**  52:25,
    277:14
**clever**  234:2
**clicks**  197:15,
    197:21
**client**  52:16, 296:25
**client's**  51:22
**close**  5:18, 7:19,
    10:15, 292:25
**closed**  102:24
**closer**  136:22,
    285:21
**closest**  178:20,
    178:23
**cloudflare**  244:5
**clout**  197:8
**cms**  61:23, 64:8,
    64:10, 150:1,
    150:4, 277:22
**cnc**  36:21
**co-counsel**  53:1
**coach**  53:4
**coached**  42:18
**coaching**  41:21,
    41:22, 42:16,
    52:14, 52:25,
    118:6
**coast**  45:17, 46:17,
    47:2, 47:9, 47:15,
    47:17, 48:2,
    48:15, 48:19,

49:3, 49:10, 50:3,
    50:6, 50:9, 50:10,
    50:15, 50:25,
    51:16, 53:19
**code**  199:13, 202:10,
    202:18, 203:22,
    212:4, 212:6,
    212:7, 230:22,
    231:4, 231:9,
    254:3
**codes**  199:10, 200:5,
    230:20, 231:22
**cody**  4:4, 5:14,
    17:14, 22:16,
    51:8, 100:24,
    159:20, 159:24,
    165:2, 165:11,
    165:14, 165:15,
    165:19, 165:23,
    166:2, 166:2,
    166:3, 189:21,
    240:22, 261:25,
    262:7, 262:10,
    264:12, 264:19
**coffee**  114:7, 114:8
**coll**  144:22
**collaborate**  143:15,
    143:18
**collaboration**  143:11
**collect**  44:22,
    106:9, 106:14,
    106:19
**collected**  105:25,
    106:2, 106:3,
    107:10
**collecting**  105:4,
    105:16
**collective**  106:1
**collier**  135:14,
    135:19, 135:24,
    137:4, 144:20,
    144:22, 144:25,
    149:5, 149:5,
    150:6, 150:10,
    150:16, 151:3,
    151:9, 151:16,
    151:18, 151:25,
    152:11, 153:10,
    154:10, 205:13,
    205:14, 205:15,
    207:2, 207:3,

207:4, 207:5,
207:21, 208:3,
208:7, 208:8,
208:21
**collier's** 152:6
**color** 40:14, 40:19,
40:22
**colors** 41:1
**columbo** 283:10,
283:11
**column** 92:24, 93:25,
96:23, 112:18
**columns** 62:25,
91:25, 92:2, 93:22
**com** 11:20, 29:23,
82:20, 113:8,
113:14, 113:15,
113:17, 113:18,
113:19, 164:10,
165:8, 196:11,
224:6, 225:8,
269:21
**combination** 33:19
**combined** 55:14,
57:2, 75:10
**come** 53:8, 56:25,
57:5, 78:9, 81:22,
86:7, 88:25,
113:24, 114:3,
120:3, 120:12,
120:24, 131:12,
156:19, 209:14,
216:14, 225:7,
264:5, 282:18,
285:21, 289:9
**comes** 10:25, 11:2,
55:18, 69:5,
88:24, 94:11,
127:25, 145:9,
154:23, 177:15,
182:3, 203:19,
210:12
**comfortable** 287:1
**coming** 124:20,
173:9, 257:10,
292:10
**comings** 120:6
**commemorate** 140:20
**commending** 226:14
**comment** 157:25,
159:10

**commentaries** 179:22,
209:7
**commentary** 130:8,
167:5, 172:22,
179:25, 180:20,
189:16, 194:18,
194:19, 222:14,
230:23, 231:2,
231:8, 240:21,
243:7
**commenting** 178:16
**comments** 166:23,
167:3, 224:2
**commerce** 285:16
**commercial** 138:10,
148:3, 148:8,
148:11, 148:22,
150:11, 176:16,
193:21, 196:14,
197:9, 198:14,
204:15, 289:12,
292:15, 295:8,
295:12
**commit** 256:23,
279:16
**commits** 279:17
**committed** 176:12
**common** 97:7, 97:8,
302:21, 303:23
**commonly** 216:7,
216:9, 217:4,
246:19, 248:22,
248:23
**communicate** 151:21,
152:3, 225:8,
259:10
**communicated** 259:11,
259:13, 271:8
**communication** 36:15,
138:12, 138:13,
141:8, 152:6,
162:8, 204:10,
215:16, 260:16,
260:25, 261:1,
261:3, 261:16,
261:18, 262:16,
262:18, 264:19,
273:11, 273:14,
274:1
**communications**
141:3, 141:5,

141:11, 146:10,
146:19, 150:23,
151:3, 151:16,
151:18, 151:23,
151:24, 152:5,
152:20, 158:7,
158:9, 161:23,
162:7, 162:11,
162:12, 195:3,
204:8, 204:12,
204:14, 204:15,
261:19, 261:20,
267:19, 273:1,
273:8, 273:10,
278:12, 298:21
**community** 138:22,
166:24, 194:23,
194:24, 209:19,
209:20, 239:7
**companies** 8:23,
11:19, 15:18,
41:6, 58:1, 68:2,
75:18, 77:2,
100:24, 111:13,
121:6, 121:18,
122:14, 122:17,
122:22, 123:17,
124:5, 124:8,
125:3, 127:22,
133:13, 134:10,
146:4, 147:9,
147:14, 150:19,
150:22, 150:23,
150:24, 151:4,
160:19, 174:2,
196:14, 206:23,
215:2, 216:10,
216:25, 218:13,
232:22, 232:22,
234:11, 234:17,
248:23, 250:20,
250:21, 259:11,
260:1, 261:3,
262:6, 286:14,
286:17, 289:6,
289:13, 292:2,
296:2, 297:13,
300:19, 300:19
**company** 8:13, 9:4,
21:4, 22:19,
22:20, 22:20,

23:10, 23:15,
23:18, 27:12,
27:21, 38:8,
47:19, 57:6, 68:8,
74:6, 77:10,
101:1, 101:22,
102:4, 104:3,
149:10, 151:4,
151:8, 151:8,
207:21, 207:24,
208:8, 208:19,
211:20, 211:21,
216:7, 218:21,
221:3, 236:12,
238:24, 263:7,
264:23, 286:13,
287:22, 292:13

**company's** 111:11,
148:2, 150:17,
152:16, 288:19,
290:14, 291:7,
291:16, 293:1

**compared** 246:3

**competing** 171:13,
171:16

**competition** 289:12

**competitor** 292:15

**complaining** 208:21

**complaint** 41:12,
42:14, 76:25,
77:1, 132:6,
132:9, 132:15,
150:10, 156:8,
174:21, 174:23,
175:16, 175:22,
176:10, 176:23,
182:24, 183:7,
183:8, 183:10,
184:1, 184:6,
184:10, 184:15,
186:14, 186:23,
186:24, 212:19,
214:10, 218:20,
225:16, 235:5,
245:5, 288:7,
288:9, 290:12,
291:15, 291:19,
294:14, 295:4

**complete** 26:9, 34:5,
34:9, 37:16,
126:16, 244:17

**completely** 26:9,
74:6

**complex** 83:17

**compliance** 32:15

**complicated** 31:18,
182:2, 233:1

**component** 49:25,
51:6, 255:25

**components** 37:20,
177:21, 196:14,
198:18

**compound** 46:10,
46:12

**comprehension** 173:9

**compromised** 253:4,
253:13, 253:18,
253:24

**computer** 297:7,
297:10, 297:19

**computers** 254:9,
289:24

**concept** 29:19,
29:20, 29:21,
30:23

**conceptually** 30:9,
34:19, 35:6

**concern** 108:12,
108:17

**concerned** 98:15,
105:21, 286:10

**concerning** 240:14

**concerns** 98:10,
108:8, 208:8

**conclude** 300:4

**concluded** 53:18,
53:18

**concludes** 284:13

**concluding** 300:5

**conclusion** 177:5,
216:22, 284:25,
288:22

**condition** 33:18,
191:8, 191:13

**conditions** 33:19,
150:25, 258:8

**conduct** 237:15

**conducted** 203:1

**conducting** 5:8, 95:2

**coney** 297:23, 298:2

**confess** 286:20

**confessed** 197:3

**confessions** 168:5

**confirm** 58:9, 58:21,
112:13

**confirmed** 225:16,
243:11, 268:10

**confirming** 216:2

**confirms** 68:1,
199:21

**confused** 73:25

**confusing** 69:2,
74:20

**confusion** 24:7,
24:9, 74:19

**conjoined** 302:20

**connected** 196:15,
262:23

**connecting** 158:17

**connection** 193:16,
193:18, 195:4,
222:20, 245:19

**connections** 229:5

**conscious** 200:19

**consequence** 108:20

**consider** 77:20,
83:10, 131:9,
192:3

**consideration**
191:11, 191:17,
191:19, 192:4

**considerations** 83:12

**considered** 61:22,
63:23, 233:3,
233:5, 233:14,
233:16

**considers** 269:4

**consigliere** 290:16

**consistent** 72:11

**consistently** 294:1

**conspicuous** 167:6

**conspiracy** 196:23,
205:3, 205:6,
205:7, 240:7,
299:16, 299:19

**conspired** 175:19,
236:8

**construct** 151:13

**constructed** 174:20

**construction** 174:1,
179:14, 214:23,
273:3, 278:2

**consulting** 59:24,

60:16, 268:22
**consume**  21:5
**consumer**  8:1
**consumption**  21:6
**contact**  251:6, 267:18, 270:13, 281:23
**contacted**  251:12
**contained**  145:17, 288:20
**contemplate**  8:22
**contemporaneously** 141:16, 141:23
**contend**  235:14, 240:5, 240:15, 286:3, 286:14, 287:22, 289:6
**content**  170:20, 245:23, 249:16
**contention**  288:19, 293:8
**contentions**  245:5, 293:1
**contents**  91:5, 91:9, 91:10, 91:11, 141:13
**context**  99:23, 146:19, 151:23, 151:25, 152:5, 176:17, 200:2, 243:24, 244:4, 244:6, 244:6, 251:7, 292:15, 293:12
**continue**  93:8, 119:19, 147:23, 185:22, 186:4, 256:23, 257:7
**continued**  147:21, 185:22, 186:3
**continues**  25:8, 25:9, 53:4, 174:4
**continuing**  109:18, 110:3
**continuous**  24:3
**contract**  39:10, 39:11, 41:4, 149:20
**contracted**  210:10
**contractor**  99:25, 100:12, 100:14,

132:6, 132:22, 132:23, 133:5, 133:12, 136:10, 149:17, 149:18, 211:19
**contracts**  37:2, 50:3, 50:4, 50:6, 133:8
**contradiction**  243:14
**contributes**  200:20
**contributions**  209:18
**control**  163:2, 176:14, 296:10, 296:12, 296:13, 296:22, 297:1, 298:10
**controversy**  31:22
**convention**  171:17
**conversation**  102:15, 207:15, 226:11, 262:5, 262:6, 264:6, 264:8
**conversations**  102:5, 102:6, 103:2, 144:3, 151:8, 151:9, 152:11, 276:18
**conversion**  23:22
**conversions**  27:3, 125:20
**convicted**  159:21
**conviction**  159:20
**cool**  103:19
**cooperative**  42:5
**copy**  249:2
**copyright**  178:18, 182:4, 182:7, 183:1, 185:13, 188:4, 188:7, 188:15, 236:23, 237:6, 247:17, 265:19, 265:21, 275:19, 281:9, 281:20
**corleone**  290:23, 291:7, 291:9
**corleone's**  291:10
**corners**  156:7, 186:17
**corp**  154:11, 154:17, 171:20, 172:11,

173:21, 175:5, 176:20, 176:23, 177:2, 177:13, 177:16, 177:19, 177:20, 178:12, 178:13, 178:18, 178:19, 179:6, 179:7, 179:21, 195:6, 198:2, 198:8, 198:14, 198:15, 198:18, 199:3, 199:7, 199:9, 199:20, 199:22, 202:10, 204:5, 209:3, 209:7, 209:13, 209:14, 209:18, 209:23, 209:24, 210:18, 210:19, 211:3, 211:7, 211:13, 211:17, 212:1, 212:2, 212:9, 212:12, 212:16, 212:17, 212:24, 213:4, 213:14, 215:9, 215:12, 215:15, 216:2, 216:6, 216:6, 216:10, 216:10, 216:11, 216:14, 217:19, 217:21, 218:16, 218:20, 218:23, 222:16, 231:20, 231:21, 231:25, 232:9, 232:13, 287:15, 289:11
**corp's**  179:24
**corporate**  24:10, 47:20, 165:12, 165:13, 262:7, 291:23
**corporation**  23:23, 55:7, 134:20, 165:1, 176:12, 177:7, 181:22, 191:23, 199:20, 218:3, 218:24, 263:23, 290:11, 299:14
**corporation's**  38:13,

181:23

**corporations**  17:8, 30:3, 30:6, 30:16, 45:4, 48:8, 56:13, 56:22, 58:7, 60:7, 60:11, 90:10, 182:6, 206:15

**corps**  175:21, 176:7, 176:13

**correct**  8:18, 12:18, 55:5, 55:6, 91:25, 131:11, 158:25, 159:2, 165:24, 212:18, 285:14

**correction**  303:9, 303:10

**correctly**  286:8

**corrects**  243:14

**correlated**  56:15

**correlating**  158:4

**correspond**  160:22, 273:3

**corresponding**  199:13

**corresponds**  292:8

**corroborates**  199:24

**cosa**  291:14

**cost**  63:19, 295:11

**costs**  21:6, 51:7, 98:19

**could**  4:8, 4:25, 5:12, 12:11, 15:3, 16:18, 17:15, 34:23, 37:2, 52:19, 57:13, 62:2, 68:9, 68:9, 70:13, 71:5, 74:3, 83:16, 87:12, 89:6, 90:15, 95:10, 97:12, 97:14, 98:11, 107:8, 109:22, 116:14, 117:18, 117:19, 120:5, 122:1, 123:15, 124:4, 124:25, 126:5, 130:2, 130:4, 130:6, 130:25, 131:12, 133:15, 140:11, 141:6, 142:20, 144:2, 144:2,

147:6, 147:19, 150:20, 151:1, 160:6, 160:7, 160:12, 162:21, 164:5, 175:16, 178:4, 190:2, 191:17, 198:20, 199:5, 203:6, 217:1, 237:6, 247:25, 251:24, 252:9, 258:22, 259:3, 259:21, 260:2, 260:7, 264:16, 266:4, 267:2, 271:5, 271:19, 271:23, 272:24, 273:17, 277:6, 277:16, 280:1, 281:1, 286:11, 295:22

**could've**  7:23

**counsel**  4:8, 4:22, 4:25, 5:2, 6:4, 6:24, 46:21, 53:9, 107:15, 131:1, 132:10, 195:12, 285:19, 299:9, 299:11, 300:1, 302:1, 304:8

**count**  112:14, 144:8, 246:23

**counter**  282:25

**counterclaims** 282:25, 283:1

**countries**  252:20

**country**  31:21

**couple**  11:13, 21:12, 107:21, 284:12, 296:17, 296:18, 298:25, 299:7, 300:3, 302:2

**course**  28:3, 76:19, 98:25, 99:24, 104:10, 104:10, 108:4, 108:7, 108:10, 120:3, 120:11, 122:4, 124:17, 139:3, 144:13, 148:24, 183:24, 189:11, 200:4, 205:1,

219:8, 224:6, 226:7, 231:15, 233:22, 235:5, 237:8, 239:7, 246:12, 251:25, 252:8, 254:20, 267:11, 267:14, 271:10, 272:12, 279:21, 282:12, 289:22, 292:4, 292:20, 294:18, 296:24, 298:11, 298:16, 298:23

**court**  4:5, 18:15, 18:15, 52:15, 53:5, 276:19

**courts**  18:16

**cover**  183:17, 208:9

**coverage**  226:1

**covered**  296:1

**covid**  89:14

**cpa**  74:3

**create**  26:16, 177:14, 182:13, 212:20, 255:3, 258:8, 258:9, 293:17

**created**  23:21, 60:3, 182:21, 190:13, 190:16, 292:11, 292:12, 292:24, 293:2, 293:6

**creates**  234:8

**creation**  292:8, 293:3, 293:10

**creative**  168:1

**creatures**  20:9

**credential**  255:3

**credentials**  253:4, 253:19, 253:24, 254:1, 254:4, 254:6

**credit**  15:12, 24:23, 24:25, 25:19, 25:25, 26:25, 43:19, 44:9, 44:14, 44:15, 277:3, 277:6

**crim**  231:4

**criminal**  231:3

**criteria**  172:3,

172:4

**criticize** 209:24

**critique** 209:11

**crude** 45:2, 213:18

**crypto** 159:23

**cryptocurrency** 24:24

**ctrlpew** 223:22, 223:24, 224:2

**cured** 22:11

**curious** 189:24

**current** 23:19, 32:6, 108:25, 255:10, 294:5

**currently** 17:20, 17:22, 24:15, 24:22, 48:4, 130:23, 154:6

**customer** 15:10, 20:13, 20:15, 26:21, 37:9, 37:10, 64:10, 75:17, 80:19, 82:6, 82:13, 82:17, 82:22, 95:2, 104:13, 104:15, 109:1, 136:25, 139:5, 140:12, 144:14, 171:4, 171:5, 260:17, 273:6, 289:9, 289:10, 289:11, 295:21, 298:12

**customer's** 108:16

**customers** 27:18, 64:2, 82:4, 82:5, 82:19, 102:23, 105:22, 107:17, 107:25, 117:2, 118:1, 131:23, 136:22, 155:17, 156:22, 159:14, 171:2, 171:10, 176:19, 179:6, 179:25, 254:8, 287:12, 287:13, 287:14, 287:14, 288:17

**cut** 189:20, 197:22, 212:1

**cute** 148:14, 165:3

## D

**d-e** 5:5

**damage** 221:3, 237:6

**damaged** 37:6, 81:25, 185:5

**damages** 55:11, 69:15

**damaging** 237:4, 237:5

**damn** 72:1, 86:5, 292:25

**dark** 253:20

**data** 57:6, 57:11, 57:13, 65:20, 66:19, 92:19, 92:21, 95:23, 101:23, 104:25, 105:1, 105:5, 105:9, 105:13, 105:16, 106:14, 112:2, 112:7, 116:19, 121:4, 121:21, 121:24, 121:25, 121:25, 122:10, 124:19, 125:16, 125:17, 125:18, 125:24, 156:1, 159:22, 159:23, 185:4, 257:16, 257:17, 257:19, 257:21, 258:4, 258:16, 258:18, 258:19

**database** 13:11, 57:14, 161:25, 264:16, 265:18, 266:4, 271:6, 271:17, 271:19, 272:8, 273:4, 273:7, 275:14, 275:15, 278:16, 280:1, 280:4, 280:19, 280:20

**dataset** 161:21, 161:24

**date** 93:14, 109:22, 121:10, 160:12, 247:25, 290:15

**dated** 249:18

**dates** 87:1, 92:24, 121:7

**day** 6:14, 35:23, 36:12, 162:25, 262:17, 286:24

**days** 19:25, 31:13, 70:14, 72:17, 264:14

**dba** 36:5, 36:6, 36:11, 36:17, 37:17, 45:17, 46:17, 47:13

**dbas** 36:1, 36:1, 43:16

**dd** 8:9, 8:11, 8:18, 8:24, 9:4, 9:8, 9:14, 9:21, 11:3, 11:14, 12:13, 12:17, 13:5, 13:8, 13:23, 13:25, 14:3, 14:5, 15:11, 17:5, 17:18, 17:21, 18:6, 18:14, 19:5, 20:19, 20:20, 20:25, 21:21, 29:11, 40:14, 40:18, 40:21, 77:21, 79:18, 147:11

**ddos** 243:18, 244:1, 244:2, 244:7, 265:15

**de** 5:5, 52:23, 52:24, 72:20, 73:14

**deactivated** 106:5

**deadline** 223:13

**deal** 31:21, 196:23, 274:20

**death** 226:12, 226:25, 227:10

**debanked** 25:10

**debate** 245:20

**dec** 218:13

**decade** 168:7

**december** 86:11

**decide** 130:4

**decides** 29:2

**deciding** 259:23

**decimal** 70:3

**decision** 53:2, 134:7, 145:5,

145:23, 216:25,
217:7, 217:9,
218:13, 289:13,
290:2

**declamation** 273:14

**declarants** 222:4

**declaration** 221:6,
256:14

**declarations** 222:2,
222:3

**decline** 84:17,
84:22, 85:9,
85:10, 85:15,
86:17, 87:20,
120:9, 125:6,
130:10

**declined** 89:14

**decreasing** 185:6

**deep** 174:9

**deeper** 223:11

**def** 83:4, 262:13

**defcad** 8:9, 11:13,
21:22, 22:3, 22:4,
23:12, 23:13,
23:14, 23:16,
23:16, 23:19,
23:24, 24:2,
24:12, 24:14,
24:18, 24:22,
25:8, 25:17,
25:19, 26:4, 26:6,
26:7, 26:14,
26:15, 28:6,
28:11, 29:12,
29:14, 29:16,
29:18, 29:19,
29:20, 29:21,
29:23, 30:8,
30:19, 33:9,
34:11, 34:16,
34:19, 34:22,
55:4, 55:11,
55:13, 78:1, 78:6,
78:7, 78:11,
78:17, 82:16,
99:19, 99:23,
104:19, 113:15,
113:17, 113:19,
120:12, 130:8,
131:24, 133:10,
135:18, 135:20,

136:16, 136:18,
136:19, 140:4,
142:22, 143:12,
143:16, 147:3,
147:11, 147:20,
149:7, 149:22,
150:4, 150:5,
155:18, 156:14,
163:25, 164:10,
164:12, 164:16,
165:8, 165:12,
167:17, 171:10,
171:15, 171:19,
172:9, 172:10,
173:17, 175:20,
176:4, 182:11,
182:12, 183:11,
183:19, 184:11,
185:4, 185:5,
186:16, 186:18,
192:12, 206:1,
206:20, 206:22,
237:5, 239:2,
240:15, 241:14,
242:25, 243:19,
248:5, 248:9,
249:2, 249:8,
249:16, 250:3,
250:7, 251:1,
251:23, 251:24,
252:8, 252:22,
253:16, 254:6,
254:13, 254:19,
255:3, 255:3,
257:15, 257:22,
258:14, 258:16,
259:13, 259:17,
260:3, 260:14,
264:21, 264:25,
265:24, 266:4,
266:10, 270:3,
273:4, 273:7,
278:7, 278:10,
278:11, 278:11,
278:16, 278:16,
279:14, 280:8,
280:17, 285:13,
287:12, 287:13,
289:10, 292:12,
292:13, 295:6,
296:3, 296:11,

297:9

**defcads** 165:7,
165:9, 165:16,
165:20, 176:19,
185:6, 237:6,
259:5, 259:18,
271:6

**defeating** 257:24

**defend** 209:14

**defendant** 5:6,
137:14, 140:11,
140:15, 154:12,
154:18, 173:25,
175:5, 177:15,
177:16, 177:17,
178:2, 178:6,
178:7, 180:6,
216:14, 217:13,
218:1, 220:19,
226:18, 226:18,
292:22, 293:9

**defendant's** 176:11,
185:3

**defendants** 5:3,
172:12, 175:19,
176:5, 178:4,
186:3, 186:11,
203:6, 215:12,
223:2, 224:17,
225:16, 225:22,
232:18, 232:23,
234:20, 236:10,
244:19, 246:3,
246:6, 246:20,
292:3, 295:17

**defense** 4:5, 5:1,
8:9, 8:25, 9:20,
10:2, 10:20,
10:21, 10:23,
13:14, 13:16,
13:23, 13:25,
14:1, 14:10,
20:22, 21:10,
23:1, 23:2, 35:9,
35:10, 35:21,
35:25, 36:2, 36:5,
36:7, 36:18, 38:5,
38:7, 39:2, 39:10,
39:11, 39:14,
41:3, 43:18,
46:17, 46:18,

47:2, 47:13, 48:2, 48:4, 48:19, 48:21, 49:10, 49:22, 50:2, 50:8, 50:9, 50:11, 50:12, 50:15, 51:6, 51:15, 52:20, 53:20, 53:20, 54:6, 56:8, 67:1, 67:4, 67:15, 69:22, 70:6, 71:2, 71:15, 72:1, 73:15, 73:16, 76:5, 77:14, 77:20, 78:1, 79:13, 82:14, 82:18, 99:16, 99:25, 100:3, 100:6, 100:10, 100:13, 103:4, 133:5, 133:6, 133:9, 135:20, 165:4, 185:17, 209:10, 244:24, 260:3, 260:12, 262:23, 278:17, 301:21

**defer**  76:10
**deficient**  291:24
**define**  28:3, 147:6
**defined**  9:24, 9:24
**definitely**  65:25, 68:2, 124:14
**definition**  26:12, 70:25, 89:2, 117:3
**defraud**  182:10
**defrauded**  287:5, 287:13, 287:15
**degraded**  294:23
**degree**  82:13
**delaware**  23:24
**delay**  245:25
**delaying**  246:1
**delete**  152:14
**deleted**  153:8, 209:6, 209:8, 210:2
**deliberately**  15:20
**demand**  233:4, 233:18, 233:20, 233:23, 256:8

**demanded**  239:4
**demographic**  289:15
**dendritic**  290:7
**denial**  143:15, 273:25
**denote**  20:8
**department**  9:25, 11:4
**departure**  35:3, 294:16
**deponent**  42:5, 52:19, 52:22, 52:25, 300:16, 301:4
**deposed**  17:14, 21:25, 165:4, 165:16, 165:18, 165:19, 165:21, 166:2, 166:3
**deposing**  135:3
**deposit**  62:13, 63:21, 63:25, 64:7, 87:22, 87:23, 124:18
**deposition**  4:4, 4:8, 6:2, 6:7, 8:12, 43:19, 48:15, 50:17, 52:18, 53:3, 58:21, 76:16, 88:14, 99:21, 134:11, 156:23, 164:24, 166:13, 171:23, 175:10, 177:17, 181:18, 188:23, 192:2, 197:3, 198:24, 199:2, 202:25, 203:11, 203:17, 203:18, 211:8, 211:9, 215:6, 224:7, 224:23, 227:16, 227:18, 243:14, 300:15, 300:16
**depositions**  227:17, 292:7
**deposits**  61:21, 63:20
**describe**  84:13, 84:18, 85:7, 86:17, 86:18,

86:22, 86:25, 87:5, 87:13, 94:9, 181:4, 194:6, 194:8, 194:9, 221:5, 226:5, 244:6, 289:11
**described**  152:2, 239:20, 239:21, 239:22, 262:20
**describes**  293:11
**description**  9:1, 216:13
**description's**  75:9
**design**  106:25
**designed**  291:13
**designer**  295:5
**desk**  262:13
**despite**  21:11, 53:4, 59:9, 77:18, 77:19, 157:7
**destroy**  152:19, 152:22, 277:6
**destroyed**  207:9
**destructive**  237:9, 237:11
**detail**  68:7, 93:4, 93:14, 95:18, 95:20, 96:18, 108:23, 109:7, 109:9, 112:23, 162:15
**detailed**  105:20, 138:25
**details**  58:6, 207:6
**deter**  234:13
**determine**  116:2, 127:23, 144:9, 146:6, 155:25
**determined**  120:5, 130:10
**deterrence**  225:12, 225:15, 225:17
**deterrencedispensed**  225:8
**deterring**  176:18
**detriment**  287:23, 288:12, 288:15, 288:18, 289:7
**develop**  239:6
**developed**  149:1
**developer**  167:9,

210:1

**developers** 239:6

**developing** 235:1

**development** 196:13, 196:15, 209:25, 279:22, 297:19

**devices** 289:25

**diagram** 269:1

**difference** 69:19, 194:25, 213:12

**different** 5:10, 6:13, 6:14, 6:15, 9:3, 13:13, 14:25, 15:11, 16:2, 16:3, 16:14, 18:9, 26:12, 32:12, 33:7, 33:19, 39:1, 43:15, 43:16, 46:14, 46:24, 60:19, 60:20, 74:1, 80:25, 94:1, 95:10, 96:20, 100:15, 109:4, 120:12, 126:11, 136:8, 150:1, 165:2, 165:11, 165:12, 174:5, 181:1, 211:4, 211:5, 215:6, 220:11, 245:23, 287:11, 302:14

**differentiate** 292:12

**differently** 13:10, 70:17, 75:18, 77:25, 81:2, 82:22, 99:8, 215:19

**differs** 58:17

**difficult** 27:2, 32:13, 32:14, 51:14, 85:11, 108:4, 117:9, 120:16, 155:25, 175:9, 175:10, 204:23, 217:3, 217:4, 240:10, 240:12, 264:6, 283:2, 286:19, 289:22, 290:6

**difficulty** 82:16, 141:19

**digital** 4:7, 248:5

**dimension** 252:13

**dinner** 226:18

**direct** 11:15, 198:14, 241:22, 247:12

**directed** 247:9, 286:3

**direction** 197:14, 223:11

**directly** 11:15, 14:1, 25:25, 35:19, 116:3, 116:4, 137:19, 172:18, 204:24

**disagree** 113:4, 170:20, 268:1

**disappeared** 281:11, 281:12

**disappearing** 267:15

**disavow** 236:12, 238:24

**disband** 294:21

**discernible** 265:7, 265:9

**disclosing** 188:22

**disclosure** 161:20

**discontinue** 145:6

**discord** 223:1, 239:13

**discount** 199:10, 200:5, 202:10, 202:17, 203:22, 212:4, 212:6, 212:7, 230:20, 230:22, 231:22

**discourage** 234:18

**discourse** 216:7

**discovered** 253:20

**discovery** 38:5, 54:3, 107:12, 127:13, 128:20, 130:19, 174:18, 178:16, 179:9, 223:10, 223:13, 235:8, 235:12, 235:13, 239:11, 260:6, 276:5, 292:18, 292:23, 298:12, 298:16, 298:19

**discursive** 214:23

**discuss** 146:13, 166:13, 214:23, 264:23, 293:10

**discussed** 75:12, 147:19, 222:19, 223:3, 263:17, 263:22, 292:6, 292:17

**discussing** 127:18, 166:19, 170:17, 287:1

**discussion** 218:15, 286:23

**discussions** 270:2

**disgust** 170:14

**disgusting** 162:25

**disinformation** 145:18, 234:4

**dispensed** 196:15, 225:12, 225:15, 225:17

**displays** 163:9

**dispositive** 120:8

**dispute** 182:21, 225:12

**disputed** 171:18

**disruptive** 42:4

**dissented** 298:3

**dissonance** 200:20

**distinction** 151:10, 194:25, 224:12

**distribu** 72:1

**distributed** 4:5, 8:9, 8:25, 9:20, 10:2, 10:20, 10:21, 10:23, 13:14, 13:17, 13:23, 14:1, 14:10, 20:22, 21:10, 23:1, 35:9, 35:10, 35:21, 36:1, 36:2, 36:5, 36:7, 36:18, 38:5, 38:7, 39:2, 39:10, 39:12, 39:15, 41:3, 43:18, 46:17, 46:18, 47:3, 47:13, 48:3, 48:5, 48:20, 48:21, 49:10,

49:22, 50:2, 50:8, 50:9, 50:11, 50:12, 50:15, 52:20, 53:20, 53:21, 54:6, 56:8, 67:1, 67:4, 67:15, 69:23, 70:6, 71:2, 71:15, 73:15, 73:16, 76:5, 77:20, 78:1, 79:13, 82:14, 82:18, 99:17, 99:25, 100:3, 100:6, 100:11, 100:13, 103:4, 133:5, 133:7, 133:9, 135:20, 165:4, 260:3, 260:12, 262:23

**distributed's** 14:1, 23:2, 51:6, 77:14

**distribution** 115:23

**distributor** 278:18

**distributor's** 51:15

**district** 21:25, 188:18, 256:13

**ditched** 230:12

**divergence** 125:16, 125:17, 126:8, 130:1

**diversion** 196:17

**division** 30:19, 200:16, 215:15

**django** 280:19

**document** 53:25, 54:15, 56:14, 57:16, 57:17, 57:25, 58:5, 58:9, 58:21, 59:7, 59:7, 59:12, 61:9, 61:13, 61:14, 62:22, 64:20, 64:22, 65:5, 65:6, 65:16, 66:6, 66:8, 66:11, 69:3, 92:18, 92:21, 93:2, 93:6, 93:16, 93:18, 93:20, 93:23, 103:15, 121:12, 127:17, 134:9, 134:10,

140:17, 141:24, 179:13, 196:4, 199:1, 199:24, 200:1, 200:9, 206:13, 206:17, 207:2, 207:5, 207:7, 211:11, 219:16, 219:18, 247:19, 247:22, 248:3, 256:12, 259:21, 263:2, 265:13, 270:16, 270:20, 275:24

**documentary** 102:14, 154:4

**documented** 141:3

**documents** 48:15, 54:1, 58:6, 67:19, 68:6, 106:19, 121:4, 122:23, 123:1, 123:3, 123:6, 123:9, 126:7, 127:1, 127:1, 127:2, 127:10, 127:18, 127:23, 128:5, 128:14, 128:23, 128:24, 129:18, 130:6, 130:6, 130:20, 130:21, 130:23, 130:24, 131:4, 131:11, 133:14, 133:20, 133:22, 137:10, 137:13, 141:12, 141:14, 142:17, 145:20, 146:18, 156:25, 179:10, 180:13, 181:4, 181:6, 181:13, 181:17, 187:12, 192:25, 193:12, 193:21, 194:10, 194:10, 194:17, 195:11, 195:22, 198:25, 199:12, 200:4, 200:6, 200:8, 202:7, 202:9, 202:12, 202:15, 203:9, 203:10, 203:14,

204:7, 204:23, 205:1, 208:11, 209:1, 209:2, 209:4, 210:6, 210:8, 210:9, 210:16, 211:2, 211:18, 211:24, 219:3, 219:10, 219:11, 219:23, 220:14, 220:24, 221:9, 221:21, 222:23, 223:12, 223:23, 224:22, 225:7, 225:8, 226:2, 226:5, 227:9, 230:21, 231:1, 231:19, 232:11, 232:12, 233:7, 233:12, 233:13, 233:20, 238:13, 239:10, 239:23, 244:16, 244:20, 244:23, 244:25, 245:1, 245:3, 245:8, 245:18, 245:24, 246:2, 246:4, 247:7, 247:8, 247:10, 260:5, 261:16, 264:22, 267:7, 267:8, 278:9, 278:24, 292:18

**dollar** 172:14, 178:13

**dollars** 62:6, 62:24, 63:7, 75:20, 75:23, 75:24, 76:1, 77:7, 77:9, 77:15, 80:21, 81:10, 81:14, 81:15, 81:22, 83:14

**domain** 130:7, 249:1, 249:1, 249:11, 250:8, 250:9, 250:11, 250:17, 250:25, 251:10

**domains** 249:14, 251:7, 251:19

**domestic** 252:21

**domiciled** 22:23
**donation** 18:3, 26:3
**donations** 26:2
**done** 30:22, 33:7,
  37:4, 45:13,
  60:25, 80:16,
  94:18, 94:19,
  105:18, 131:19,
  134:14, 153:5,
  155:2, 155:10,
  169:7, 169:15,
  187:15, 204:3,
  217:18, 239:17,
  241:11, 244:10,
  249:5, 249:5,
  251:6, 252:1,
  252:3, 266:22,
  275:17, 275:18,
  280:21, 284:2,
  284:11, 288:8,
  299:21, 300:4
**double** 103:12,
  103:19, 103:25,
  104:5, 104:19,
  195:20, 243:3
**doubly** 195:17,
  195:19
**doubt** 43:8, 47:13,
  123:2, 144:23,
  167:8, 199:12
**download** 18:16,
  33:16, 257:25,
  258:14, 259:3,
  280:9
**downloaded** 258:12
**downstream** 199:22,
  204:19
**downturn** 127:23
**downward** 122:3,
  122:9, 123:25,
  124:25, 125:2,
  125:3, 126:6,
  126:7, 126:12,
  129:21
**doxxing** 239:6
**dr** 226:11, 226:25,
  227:10
**draft** 270:1, 270:16,
  275:23
**dress** 250:12
**drive** 169:1, 176:6

**driven** 171:12
**driver's** 107:18
**drives** 169:2
**driving** 189:13
**drop** 230:14
**drop-down** 94:1, 94:5
**dude** 230:12
**duffy** 84:5
**dump** 271:12, 271:21
**dumped** 185:4,
  264:25, 266:4,
  266:11, 266:12,
  273:7, 275:8,
  280:1
**dumping** 275:6,
  277:23
**duty** 184:21
**dwindled** 28:4
**dynamics** 205:12

---

### E

---

**e-commerce** 11:18,
  12:8, 18:5, 32:4,
  34:20, 34:25,
  35:7, 39:17,
  43:22, 43:23,
  66:10, 66:11,
  66:14, 68:18,
  68:21, 104:11,
  104:21, 262:24
**e-r** 302:17, 303:24
**eager** 47:1, 89:11
**earlier** 17:24,
  20:21, 20:23,
  26:17, 53:19,
  80:24, 111:15,
  162:6, 165:17,
  173:6, 199:18,
  205:12, 207:8,
  223:3, 259:2,
  259:5, 270:2
**early** 17:24, 62:14,
  72:17, 280:13,
  280:15
**earned** 180:6
**easier** 77:14, 78:8,
  112:15, 145:14,
  190:21, 199:17,
  228:22
**easiest** 26:14, 79:7

**easily** 215:9, 241:20
**eastern** 4:3, 52:5,
  52:7, 53:12,
  89:24, 90:1,
  115:4, 115:6,
  118:18, 169:21,
  201:24, 284:5,
  284:7, 304:10
**easy** 15:18, 24:21,
  117:6, 117:8,
  119:18, 281:3
**ecad** 83:4
**eco** 80:13
**economic** 80:8,
  80:16, 83:17
**ecosystem** 29:22,
  71:16, 72:24,
  80:12, 80:22,
  89:10, 101:5
**ecosystems** 76:13
**ecstasies** 168:3
**edge** 21:11
**edited** 270:16
**edits** 270:20
**educated** 82:18
**education** 289:14
**eefcad** 82:15
**effect** 140:6,
  176:18, 199:20,
  234:8, 243:3
**effort** 101:1, 106:18
**eighty** 71:23
**ein** 39:6
**either** 136:2,
  151:12, 250:2,
  267:16
**elaborate** 211:16,
  239:6
**elect** 122:12,
  122:14, 122:15
**elected** 135:17
**electronic** 289:24
**electronics** 8:1
**element** 153:1,
  154:10
**elements** 285:18,
  286:23, 286:24,
  286:25
**elick** 167:25, 168:11
**elick's** 168:4
**elik** 4:5, 5:3, 6:25,

7:3, 140:11,
178:4, 180:14,
181:13, 182:6,
182:18, 187:12,
188:4, 189:7,
189:16, 190:3,
190:12, 190:16,
194:13, 209:2,
209:13, 209:15,
209:19, 210:1,
210:9, 219:4,
230:24, 233:13,
233:18, 233:25,
235:14, 235:16,
235:17, 235:25,
235:25, 236:2,
236:22, 238:2,
238:17, 239:19,
265:22, 268:9,
268:15, 293:15,
295:10
**elik's**  178:6,
181:18, 183:19,
209:6, 236:17
**else**  34:25, 36:25,
55:8, 73:14,
74:19, 124:3,
124:24, 126:5,
158:3, 161:4,
161:11, 161:22,
178:1, 178:25,
180:5, 185:18,
199:2, 200:24,
206:3, 212:12,
233:21, 266:9,
295:14, 295:19,
304:9
**email**  16:12, 16:14,
94:19, 94:21,
107:3, 107:5,
262:12, 262:13,
263:13, 263:14,
264:10, 267:12,
269:14, 269:18,
269:21, 270:5,
270:14
**emails**  106:4,
106:20, 107:13
**embarrassing**  85:24
**emotional**  167:11
**employee**  99:24,

99:24, 100:3,
100:5, 100:10,
133:4, 133:6,
136:12, 136:13,
211:19, 254:6,
296:3
**employees**  136:14,
136:15, 136:16,
136:19, 189:5,
232:1
**employment**  204:13,
231:25, 271:3
**en**  241:15
**enabled**  95:17
**encompasses**  29:22
**encountering**  289:14
**encourage**  238:25
**encouraged**  236:8,
241:15, 287:14
**encouraging**  163:1,
241:22, 247:4
**encryption**  270:9
**encumbered**  294:12
**end**  19:1, 19:4,
21:2, 21:13,
26:11, 29:7,
31:15, 35:23,
68:2, 83:8, 230:8,
234:3, 234:5,
246:22, 257:11,
265:7, 277:18
**ending**  77:19, 77:20
**enforcement**  221:15
**engaged**  210:10,
210:19
**engagement**  197:7,
197:13
**engineer**  99:17
**england**  27:13
**english**  47:10
**enough**  7:19, 29:3,
37:16, 46:3,
52:18, 109:6,
109:7, 112:1,
144:22, 227:9,
265:10, 299:3
**enter**  33:23, 83:8
**entering**  209:2
**enterprise**  64:12,
171:13, 171:16,
171:20, 176:24,

177:4, 204:16,
210:10, 217:13,
217:24, 218:22,
220:9, 240:8,
290:10, 290:11,
290:12, 290:15,
290:19, 291:5,
291:8, 291:8,
291:16, 291:17,
293:2, 293:7,
293:13, 293:18,
294:11, 294:12,
294:14, 294:17,
294:20, 299:12,
299:13, 299:14
**enterprises**  289:13
**entirely**  128:24,
281:12
**entities**  8:8, 13:9,
13:11, 13:11,
30:14, 46:14,
51:9, 51:10,
55:14, 75:25
**entity**  13:9, 24:3,
29:18, 41:9,
41:13, 46:13,
50:3, 74:21,
74:22, 75:9,
75:13, 75:14,
135:4
**entity's**  54:11,
74:22
**entry**  56:11, 84:24,
85:13, 85:17
**equation**  197:18
**eric**  148:3, 295:1,
295:3, 303:17,
303:21, 303:23
**erik**  132:4, 132:5,
133:4, 133:9
**erp**  64:8, 64:11
**error**  161:7
**errors**  22:11, 258:10
**es**  301:6
**especially**  32:16,
68:16, 71:9,
76:24, 120:16,
131:16, 137:11,
137:13, 172:21,
179:25, 211:16,
237:10, 259:5,

266:17, 275:19, 282:14
**espousing** 252:13
**establish** 111:15
**established** 194:23
**et** 4:5, 22:18
**ethernet** 289:23
**ethical** 276:23
**evaluate** 80:21
**even** 10:3, 18:3, 20:1, 20:23, 26:24, 27:24, 34:22, 35:19, 44:6, 68:8, 69:9, 96:15, 107:13, 107:13, 110:16, 112:23, 122:10, 123:14, 125:22, 127:2, 127:3, 142:21, 142:22, 144:7, 146:6, 157:3, 160:11, 190:7, 194:25, 204:13, 204:18, 207:15, 209:11, 209:13, 210:20, 221:24, 221:24, 239:22, 243:15, 259:4, 263:3, 268:9, 269:6, 271:21, 275:23, 277:15, 287:14
**event** 28:21, 28:23, 258:17, 258:18, 258:19
**eventually** 29:1, 34:2, 172:8, 229:16
**ever** 25:19, 25:25, 64:5, 95:3, 102:4, 139:6, 140:17, 150:5, 154:10, 180:23, 200:7, 211:19, 230:21, 232:17, 240:15, 257:15, 258:16, 259:25, 297:18
**every** 9:13, 27:4, 27:21, 86:2, 86:3, 86:3, 86:4, 88:4, 196:4, 236:1

**everybody** 34:21, 96:17, 102:19, 227:25, 299:21, 302:3, 304:4
**everyone** 4:1, 96:19, 293:16, 304:1
**everything** 19:5, 27:12, 36:16, 47:21, 75:2, 83:1, 83:2, 185:24, 200:24, 201:4, 206:3, 212:12, 228:10, 236:23, 257:13, 257:14, 298:24, 304:7, 304:9
**everything's** 7:25, 201:12, 257:3
**evidence** 133:14, 205:7, 211:18, 277:22, 277:25, 278:1
**evidenced** 281:17
**evidencing** 133:24
**evil** 199:19
**evolved** 168:1
**exact** 83:19, 105:17, 179:14, 202:23, 213:9
**exactly** 12:7, 57:17, 101:16, 145:6, 145:8, 145:13, 145:23, 206:21, 206:25, 279:24, 289:4
**examination** 52:21, 277:18, 280:14
**examine** 92:24, 277:21, 277:22, 278:18
**examiners** 278:5
**examining** 62:22
**example** 11:25, 15:22, 18:5, 44:14, 70:19, 92:25, 98:3, 108:5, 123:19, 130:9, 143:9, 156:5, 157:22, 178:18, 182:9, 183:14, 184:11,

185:2, 187:4, 193:16, 197:10, 202:23, 203:10, 204:10, 215:10, 221:12, 227:25, 231:7, 234:20, 234:22, 237:2, 241:13, 246:12, 246:15, 246:18, 249:12, 257:23, 266:6, 287:7, 287:7, 292:9, 293:9
**exceeded** 72:15
**exceeds** 71:9
**excel** 91:8, 93:21
**except** 12:15, 12:19
**exception** 11:17, 71:13, 125:9, 244:23
**exceptionally** 229:6
**exceptions** 12:16, 12:20
**excerpt** 91:10
**exchange** 143:22, 168:6
**exclude** 108:19, 110:13, 110:24, 203:18, 227:17
**excluding** 66:19
**exclusively** 184:4
**excuse** 82:16, 208:14
**excusing** 200:17
**exfiltrate** 270:11
**exhaustive** 185:15
**exhausts** 237:8
**exhibit** 55:24, 55:25, 57:15, 59:12, 64:25, 84:10, 85:5, 93:11, 96:1, 96:2, 96:6, 121:8, 166:7, 166:12, 166:17, 170:8, 247:20, 247:20, 256:10, 263:12, 263:18, 264:9, 269:7, 269:9, 271:10, 281:18
**exhibits** 263:24, 264:4

**exhorting** 293:16
**exist** 128:14, 199:15, 218:19, 219:5, 239:14, 249:24
**existed** 17:23, 17:23, 24:12, 34:15, 179:13, 254:19, 279:24
**existence** 22:3, 22:4, 28:20
**existing** 197:12
**exists** 24:2, 200:25, 220:9, 220:17, 267:12, 277:15
**exit** 90:5, 90:16, 90:18, 90:22, 90:23, 94:18, 105:24, 115:9, 115:19, 116:19, 155:22, 158:3, 158:5, 158:8, 288:16, 295:20
**expect** 223:12, 244:24, 298:21
**expectation** 190:1
**expected** 75:21
**expecting** 119:21
**expensive** 70:15
**experience** 32:23, 89:16, 95:4
**experienced** 197:6, 257:15
**expert** 55:10, 59:25, 66:25, 68:7, 69:14, 69:17, 83:10, 121:16, 121:19, 121:20, 121:24, 127:3, 127:5, 127:12
**expert's** 60:17, 76:11, 121:19, 127:16, 127:25
**experts** 78:25
**expire** 16:12
**expired** 154:1
**explain** 65:21, 119:1, 215:21, 224:12
**explained** 215:19, 215:21, 254:2,

254:3
**explanation** 268:3
**explanations** 142:25, 196:24, 215:13
**explicitly** 52:17, 66:13, 275:9
**explore** 81:4
**export** 66:10, 68:18
**exposed** 263:1, 263:24, 264:21, 278:13, 278:15, 278:21, 278:23, 294:24
**exposure** 279:5, 294:16, 295:21
**expressed** 172:23, 208:4, 208:8, 243:20, 250:22, 298:19
**expressing** 66:9, 247:11
**expression** 135:11
**expressions** 167:12, 292:10
**extended** 222:14, 276:5
**extension** 231:8, 243:12, 249:11
**extent** 154:9, 200:25, 210:2, 210:3
**extort** 239:3
**extorted** 239:2
**extrapolate** 123:15
**eye** 62:19, 62:20
**eyes** 287:19, 289:16

---

## F

**f-o-s-t-e-r** 4:21
**face** 229:6
**face-to-face** 102:21
**facilitate** 169:10
**facility** 11:9, 174:8
**facing** 225:9
**fact** 10:1, 23:14, 26:10, 27:1, 59:10, 83:3, 104:16, 111:25, 177:19, 190:14, 198:16, 199:17,

205:5, 212:7, 213:10, 215:10, 215:12, 215:16, 240:13, 243:8, 247:5, 253:18, 254:8, 255:13, 256:3, 261:13, 261:19, 264:24, 266:8, 266:22, 274:1, 274:3, 276:18, 276:19, 279:25, 281:17, 285:16, 287:13, 290:2, 291:8, 291:22, 293:3, 293:13, 293:15
**factor** 120:8, 283:1
**factors** 192:6
**facts** 256:21, 286:25, 287:2, 288:13, 289:1, 289:3, 292:9
**factual** 76:24, 156:17, 184:22, 200:17, 220:7, 244:17, 245:4, 292:5, 293:8
**faggy** 167:9, 167:18
**failures** 258:10
**fair** 9:1, 9:8, 10:14, 10:17, 12:23, 12:25, 13:1, 13:20, 13:24, 17:6, 18:22, 29:21, 29:24, 31:6, 35:1, 35:16, 37:22, 50:2, 54:16, 61:2, 61:25, 96:25, 101:3, 101:6, 101:8, 111:24, 116:2, 123:5, 126:25, 146:9, 146:14, 158:11, 158:19, 180:13, 180:19, 186:23, 258:5, 279:20, 291:6, 298:13, 298:14
**fairly** 236:2, 239:23
**faith** 238:24, 291:25

**fake**  250:18, 250:19
**falls**  49:15, 50:17
**false**  145:15,
    145:15, 145:24,
    175:20, 176:6,
    176:16, 183:4,
    183:4, 183:6,
    183:10, 183:18,
    184:10, 185:3,
    185:15, 185:16,
    185:18, 185:22,
    186:4, 186:16,
    187:10, 232:20,
    232:24, 233:5,
    233:19, 235:4,
    237:1, 237:11,
    237:11, 238:25,
    238:25, 239:1,
    239:8, 285:16
**familiar**  25:2, 48:1,
    53:25, 57:19,
    57:20, 58:15,
    58:22, 59:19,
    68:2, 76:17, 85:5,
    90:14, 91:3,
    92:23, 103:13,
    103:14, 143:13,
    172:24, 221:6,
    221:7, 247:22,
    248:3, 248:7,
    252:23, 252:25,
    253:11, 256:15,
    256:24, 266:15
**familiarity**  82:14,
    157:25
**family**  198:19
**fan**  109:6
**faq**  250:22
**far**  202:20, 223:6,
    235:10
**fast**  240:2
**fat**  242:19
**fault**  61:12
**favorite**  40:14,
    40:18, 40:22,
    70:10, 219:16
**feature**  225:15
**featured**  147:17,
    147:20, 295:6
**february**  29:7
**fed**  160:16

**fedcad**  98:3, 98:4,
    107:14, 108:1,
    108:5, 108:10,
    108:20, 108:25,
    109:8, 110:13,
    110:16, 110:22,
    111:12, 111:19,
    111:20, 111:21,
    112:16, 112:22,
    113:1, 113:6,
    113:7, 113:8,
    113:14, 113:18,
    115:20, 116:4,
    116:6, 116:17,
    117:3, 118:2,
    118:24, 120:7,
    120:19, 131:24,
    138:2, 139:15,
    140:4, 144:17,
    151:21, 155:19,
    157:23, 159:6,
    159:10, 160:11,
    160:16, 172:21,
    178:19, 180:1,
    182:12, 182:19,
    182:20, 183:16,
    186:17, 195:25,
    196:5, 204:17,
    204:19, 204:22,
    204:24, 205:2,
    205:8, 234:14,
    236:2, 236:7,
    238:22, 239:8,
    264:20, 264:24,
    265:4, 268:6,
    271:25, 272:2,
    272:4, 275:8,
    281:20, 282:14
**federal**  18:15
**feel**  34:1, 83:11,
    126:15, 126:23,
    198:19, 295:22
**feels**  26:23, 66:1,
    66:16, 112:1,
    212:14, 224:14
**felt**  77:5, 77:7,
    115:22, 140:11
**fewer**  202:15, 246:2
**ffl**  31:14, 31:19,
    32:3, 32:8, 32:14,
    33:1, 33:15,

    33:23, 34:2,
    107:18
**ffls**  33:22
**fiction**  168:7
**fields**  66:3
**fight**  139:6
**fighting**  10:4, 47:24
**figure**  69:21, 83:14
**figures**  72:4, 123:4
**file**  32:12, 234:2,
    234:13, 234:19,
    257:25, 258:2
**filed**  22:18, 29:3,
    128:3, 128:5,
    190:7, 234:8,
    241:1, 241:4,
    248:8, 248:10,
    265:21, 281:9
**files**  10:11, 10:18,
    10:18, 10:25,
    18:13, 18:17,
    32:1, 32:3, 34:11,
    97:12, 97:15,
    98:11, 144:8,
    257:23, 258:14,
    259:3, 265:25,
    280:9
**filings**  213:10
**fill**  108:9
**filled**  287:20
**filling**  101:15
**final**  62:13, 62:18,
    63:4, 63:9, 63:11,
    63:15, 63:17,
    63:19, 63:21,
    64:5, 87:20,
    124:18
**finally**  245:6
**financed**  70:15
**financial**  15:18,
    26:5, 27:6, 27:12,
    108:22, 127:2
**find**  6:17, 151:2,
    159:4, 216:9,
    253:21, 254:6,
    256:1, 263:8,
    266:12, 266:16
**fine**  18:17, 40:1,
    41:25, 42:8, 44:5,
    53:19, 60:14,
    111:6, 131:18,

208:25, 211:10,
211:18, 227:11,
267:15
**fingers** 86:8
**finish** 34:3, 45:12,
45:24, 119:10,
187:21, 201:11
**finished** 111:16
**fire** 104:15, 289:17
**firearms** 28:3, 28:4,
28:6, 295:5
**firm** 60:17, 296:2,
296:12, 296:13,
296:13, 296:14,
296:22, 296:25,
298:9, 298:9,
298:10
**firm's** 44:24
**firms** 296:11, 296:16
**first** 8:12, 8:22,
14:4, 17:10,
27:20, 75:23,
84:24, 85:13,
85:17, 94:7,
94:10, 94:12,
96:18, 96:22,
106:9, 110:4,
110:5, 111:13,
112:21, 121:10,
125:6, 127:25,
128:10, 129:8,
131:10, 136:9,
136:25, 142:17,
156:6, 156:19,
156:21, 156:22,
156:24, 157:13,
159:6, 159:7,
159:9, 162:14,
175:19, 177:15,
200:8, 202:12,
214:12, 214:19,
225:7, 233:23,
237:14, 243:5,
245:8, 252:22,
260:10, 260:16,
260:18, 265:22,
270:7, 303:4
**five** 28:1, 103:16,
103:21, 137:16,
159:24, 201:14
**five-minute** 114:11

**fix** 275:2
**fixate** 141:1
**fixed** 93:25, 94:3,
94:6, 96:20,
96:22, 96:24,
97:3, 98:5, 98:6,
98:9, 98:22, 99:2,
99:11, 102:5,
111:18, 112:6
**fixtures** 36:23
**flash** 122:6, 122:8,
124:1, 124:6
**flight** 155:3,
169:12, 169:14
**floor** 103:6
**florida** 165:17,
176:12, 218:21,
256:13
**florida-based** 176:17
**flow** 13:12, 16:2,
31:14, 31:16,
32:11, 34:2,
34:15, 44:4, 44:7,
44:13, 106:5
**flowed** 99:8
**flowing** 181:16
**flows** 13:16, 20:19,
39:18, 39:20
**focal** 106:16
**focus** 84:11, 183:15
**focuses** 183:10
**follow** 14:24, 14:25,
126:2
**follow-up** 119:22,
159:10, 162:10,
162:12
**follow-ups** 117:15
**forbidden** 252:16
**forbidding** 252:16
**forceful** 274:3
**foreign** 23:22,
251:25, 252:12,
252:16
**foreigner** 252:7
**foreigners** 252:8,
252:10
**foremost** 128:1
**foreseeable** 176:18
**forfeit** 28:20
**forfeiture** 29:1,
29:4

**forget** 5:18, 222:10,
236:18, 247:4,
272:4
**form** 43:24, 43:25,
44:6, 44:8, 45:19,
45:23, 46:5,
47:20, 86:18,
96:21, 99:8,
102:24, 104:22,
104:25, 105:18,
106:20, 128:12,
191:20, 198:17,
256:4, 279:21,
284:24, 287:25
**formal** 105:19,
105:20, 133:10,
219:4, 219:12,
219:23, 259:25
**format** 105:16,
105:17
**former** 132:21,
132:23, 133:4,
133:6, 227:5,
227:5
**forms** 285:13
**formula** 32:17
**formulate** 117:8
**formulation** 234:15
**forth** 223:14
**forums** 176:18
**forward** 42:3,
233:12, 237:25
**forwarding** 270:14
**fosscad** 178:15
**fosscap** 209:8
**foster** 4:10, 4:20,
52:13, 52:16,
52:25, 53:4,
290:9, 299:10
**foster's** 141:22
**found** 156:3, 159:15,
162:13, 205:16,
205:17, 244:8,
244:8, 247:16,
253:19, 261:4,
277:25, 294:11,
294:11
**foundation** 8:9,
8:11, 8:18, 8:24,
9:4, 9:8, 9:14,
9:21, 10:12, 11:3,

11:15, 12:13,
12:17, 13:5, 13:8,
13:23, 13:25,
14:5, 15:12, 17:5,
17:19, 17:21,
18:6, 18:14,
20:20, 20:20,
20:25, 21:21,
29:11, 40:14,
40:18, 40:21,
77:21, 79:18,
215:7, 292:9
**foundation's** 14:3,
19:6
**founding** 224:4
**four** 28:1, 70:20,
87:15, 91:25,
93:11, 94:1,
137:16, 156:7,
159:23, 186:17
**fraction** 13:4, 19:13
**fragmented** 152:11
**frame** 291:22, 291:22
**framed** 272:21
**framework** 277:22
**franchise** 41:10
**fraternity** 8:24,
9:2, 9:6
**fraud** 176:11, 285:5,
285:9, 285:9,
285:14, 285:18,
285:25, 286:22,
287:2, 287:8,
287:16, 297:7,
297:10, 297:20
**frequently** 107:22,
107:23, 107:24
**fresh** 61:4
**friday** 87:24, 88:4,
88:7, 88:8, 88:10,
88:24, 88:25,
89:8, 89:12,
89:16, 89:19
**friend** 270:21
**friend's** 291:2
**friendly** 104:15,
266:21, 266:21
**friends** 247:4
**front** 52:8, 134:22
**frt** 34:23
**frts** 34:21

**fuck** 178:19
**fucked** 277:5
**fudd** 167:24, 168:11,
195:4, 195:9,
204:3, 204:6,
222:20, 222:24,
233:12
**fulfillment** 32:15
**full** 5:13, 156:20,
161:20
**fully** 130:22,
238:10, 238:11
**fun** 304:4
**functions** 83:7
**funny** 200:14
**future** 8:4, 9:16,
34:24, 109:19,
110:3
**futures** 83:19

## G

**g-a-r-r-e-t** 303:13
**g-o-l-d** 303:24
**gaining** 197:7
**gains** 199:19, 200:10
**galloway** 221:5
**gambit** 296:1
**game** 258:13
**games** 259:16
**garret** 303:11
**garrett** 99:14,
99:15, 99:16,
100:24, 103:2,
205:23, 206:19,
206:21, 206:25,
256:14, 261:6,
261:12, 261:19,
261:21, 261:22,
262:3, 262:12,
262:17, 262:17,
263:3, 264:11,
267:17, 303:12
**garrett's** 273:22
**gary** 5:5, 52:24
**gatalog** 175:21,
176:6, 176:20,
194:24, 196:6,
196:11, 196:13,
196:15, 196:17,
200:16, 203:1,

204:16, 212:12,
212:24, 213:4,
213:10, 213:13,
214:5, 214:9,
214:21, 215:10,
215:11, 216:1,
216:5, 216:7,
216:9, 216:11,
216:12, 219:5,
219:20, 219:23,
221:10, 222:8,
222:16, 222:17,
222:20, 222:24,
223:24, 224:3,
224:6, 224:24,
225:11, 225:13,
225:17, 225:23,
226:6, 226:11,
227:6, 227:24,
228:1, 228:5,
228:8, 228:15,
228:21, 228:22,
228:23, 229:4,
229:7, 233:11,
245:19, 265:25,
266:21, 267:2,
267:6, 267:9,
268:5, 268:25,
287:15, 292:9,
292:11, 292:12,
294:5, 299:18
**gate** 15:11
**gatekeeping** 159:23
**gateway** 15:11, 16:2,
21:7, 44:13,
104:12
**gateways** 15:12,
15:12, 15:13,
15:14, 44:9, 44:10
**gave** 29:3, 58:1,
111:11, 111:14,
120:23, 123:3,
162:14, 177:2,
178:13, 240:20
**gay** 168:7
**general** 66:21,
76:19, 84:17,
91:9, 97:4, 104:7,
104:18, 120:11,
164:5, 164:7,
166:14, 199:4,

221:17, 249:22, 249:23

**generalities** 239:18

**generally** 21:5, 51:1, 51:8, 81:13, 89:8, 91:19, 104:4, 208:17, 208:19, 286:25, 290:12

**gentlemen** 83:23

**genuinely** 25:7, 297:17

**gestures** 215:3

**get** 8:10, 16:12, 25:5, 25:7, 30:12, 33:4, 34:22, 42:4, 46:1, 50:7, 50:10, 50:10, 50:12, 52:8, 63:25, 90:13, 114:8, 117:15, 136:22, 138:11, 138:13, 148:17, 148:22, 150:20, 161:16, 169:15, 174:9, 196:8, 227:8, 266:5, 267:13, 277:14, 281:3, 282:8, 283:17, 289:4, 301:24, 301:25, 304:7

**gets** 36:2, 37:6, 78:3, 197:21, 197:22

**getting** 7:5, 10:12, 11:5, 25:10, 50:5, 69:17, 81:6, 149:8, 149:10, 154:10, 162:3, 188:3, 205:11, 208:5, 208:9, 230:8

**ghost** 12:3, 12:4, 12:5, 12:7, 12:8, 12:10, 12:22, 12:22, 14:13, 14:20, 14:20, 15:21, 15:22, 16:4, 16:18, 18:8, 35:15, 35:18, 36:5, 36:10,

36:11, 36:12, 36:12, 36:16, 36:20, 37:13, 37:14, 37:17, 37:20, 44:14, 44:15, 44:17, 44:17, 44:24, 47:12, 47:16, 47:18, 47:22, 48:8, 48:25, 55:11, 61:16, 61:17, 62:2, 63:4, 65:1, 65:4, 65:10, 65:23, 66:10, 66:11, 66:12, 66:13, 66:14, 66:21, 68:13, 68:14, 68:14, 68:22, 69:2, 69:24, 70:6, 70:20, 71:15, 72:23, 72:23, 73:9, 74:24, 75:11, 77:15, 78:6, 79:13, 80:12, 80:22, 81:7, 81:8, 81:9, 82:19, 82:22, 83:5, 88:5, 89:9, 89:10, 89:12, 89:19, 121:2, 123:4, 123:9, 302:11, 302:12, 302:12, 302:13, 302:13, 302:16, 302:16, 302:22, 302:24, 303:3, 303:4, 303:5, 303:6, 303:8

**ghostguns** 11:20, 82:20

**gino** 291:2, 304:5

**give** 38:25, 96:18, 109:22, 132:11, 135:4, 142:5, 156:6, 156:10, 156:24, 160:12, 162:21, 172:14, 179:10, 194:10, 231:9, 231:9, 238:2, 276:13,

282:1, 282:18

**given** 40:24, 127:8, 179:14, 201:2, 212:6, 254:15, 274:13

**giving** 55:10, 172:18, 172:19, 172:20, 173:23, 173:25, 212:7, 229:8

**glad** 304:4

**glon** 233:9

**go** 6:19, 8:4, 8:5, 13:22, 26:19, 26:22, 26:22, 27:1, 33:22, 38:22, 42:6, 45:10, 51:25, 52:1, 52:2, 53:7, 61:8, 61:8, 61:8, 72:12, 91:22, 93:9, 113:3, 114:12, 114:23, 118:10, 118:14, 118:14, 119:17, 119:20, 120:3, 120:12, 121:7, 132:3, 154:24, 154:24, 159:17, 163:12, 167:23, 171:3, 187:21, 194:6, 194:8, 196:5, 196:6, 197:21, 201:3, 201:14, 201:17, 202:6, 215:8, 235:24, 237:24, 238:12, 240:4, 255:25, 256:19, 257:9, 257:10, 257:11, 262:17, 266:9, 266:12, 268:14, 268:18, 268:25, 281:20, 284:1, 284:2, 286:24, 291:10, 291:13, 296:6, 297:9, 300:24, 302:6, 303:14, 303:15

**god** 201:22

**godfather**  291:1

**goes**  13:7, 14:1, 14:3, 21:10, 92:16, 127:16, 275:3

**going**  6:21, 12:17, 16:12, 17:7, 20:11, 25:5, 25:13, 27:22, 27:23, 31:20, 35:8, 41:21, 42:3, 42:3, 42:7, 44:3, 45:12, 51:15, 51:25, 52:17, 53:3, 57:15, 59:12, 67:1, 80:21, 81:7, 82:12, 83:23, 84:10, 85:4, 85:23, 90:21, 93:11, 96:6, 97:11, 97:13, 97:14, 97:17, 101:19, 102:12, 106:11, 108:21, 114:10, 117:11, 117:11, 117:14, 118:3, 118:5, 129:10, 131:21, 147:1, 148:17, 148:22, 151:2, 155:2, 155:3, 155:4, 156:11, 159:17, 161:1, 170:4, 170:6, 183:21, 190:20, 192:19, 193:6, 203:22, 205:17, 205:20, 208:25, 210:17, 214:24, 228:13, 230:7, 238:9, 247:19, 247:20, 256:10, 256:18, 257:3, 257:5, 257:6, 260:24, 263:9, 264:9, 264:9, 269:7, 269:9, 269:11, 271:15, 274:22, 281:18, 281:19, 281:22,

283:15, 283:17, 286:20, 286:24, 291:11, 299:20, 301:12, 301:13, 301:18

**goings**  120:6

**gold**  137:4, 137:8, 137:9, 137:21, 137:23, 137:24, 138:1, 140:14, 142:20, 146:25, 147:1, 147:3, 148:4, 148:5, 151:20, 152:2, 152:8, 205:13, 295:2, 295:3, 303:17, 303:24

**goldhaber**  132:4, 132:5, 132:21, 133:4, 133:6, 133:9, 133:17, 134:1, 135:13

**gone**  24:2, 70:14, 167:24

**gonna**  172:25, 189:19, 213:5, 229:12

**good**  4:1, 7:25, 25:13, 59:7, 83:25, 92:25, 109:12, 111:1, 111:4, 114:18, 134:9, 153:1, 193:5, 197:1, 205:16, 224:14, 226:20, 236:15, 236:16, 276:12, 277:2, 284:8, 284:16, 284:17, 291:24, 292:4

**gosh**  67:11, 76:8, 181:21, 235:18

**got**  5:19, 5:21, 14:12, 35:15, 51:23, 69:9, 75:7, 92:1, 92:14, 92:14, 100:12, 104:22, 114:21, 122:5, 124:7, 124:9, 135:4, 155:14, 189:21,

197:15, 198:21, 198:24, 200:24, 201:17, 202:18, 208:13, 228:11, 232:4, 232:9, 244:13, 253:16, 257:12, 266:19, 267:21, 298:23, 301:8, 301:9, 302:18, 303:14, 304:6, 304:8

**gotten**  271:24

**governing**  44:8

**government**  5:17, 108:9

**grand**  21:12

**grant**  18:13

**granularly**  16:25, 256:18

**graph**  56:18, 56:19, 56:25, 57:19, 58:14, 58:17, 59:5, 59:6, 60:19, 60:20, 60:21, 61:12, 61:13, 63:13, 63:14, 64:19, 64:22, 84:11, 84:14, 84:23, 85:1, 85:4, 85:5, 85:6, 85:13, 85:17, 85:18, 87:4, 87:15, 88:22, 89:6, 123:23, 124:15, 124:23

**graphical**  58:14

**graphs**  84:11

**gravely**  256:22

**gray**  276:22, 276:23, 277:4, 277:19

**great**  17:1, 79:25, 80:2, 135:9, 167:25, 168:12, 226:17, 226:19, 304:2

**greater**  116:21

**green**  84:4

**grips**  197:13

**gross**  54:20, 54:24, 55:2, 55:22

**ground**  46:4, 46:6,

46:7, 46:8
**grounds** 41:24
**group** 75:16, 163:3, 229:10, 299:12, 299:19
**groups** 290:5
**growing** 72:16, 125:7
**guaranteed** 188:7
**guess** 19:18, 62:7, 63:11, 65:7, 81:5, 88:23, 90:8, 90:10, 96:15, 110:13, 112:14, 115:9, 115:19, 124:1, 124:24, 126:4, 144:9, 147:5, 148:12, 152:21, 165:1, 199:5, 207:11, 210:3, 237:14, 252:12, 291:14, 291:16, 292:2, 296:9, 297:9
**guessing** 262:10, 270:11, 274:13
**guide** 233:8
**gulping** 168:3
**gun** 37:19, 130:8, 229:5, 229:25, 233:8, 258:2, 267:1, 295:5, 296:10, 296:12, 296:13, 296:22, 297:1, 298:10, 302:12, 302:19
**guncad** 205:23
**gunner** 12:4, 12:6, 12:8, 12:10, 12:22, 14:13, 14:20, 15:21, 16:4, 16:18, 18:8, 35:16, 35:18, 36:5, 36:10, 36:12, 36:16, 36:20, 37:13, 37:14, 44:14, 44:15, 44:17, 44:24, 47:18, 55:11, 61:16, 61:17, 62:3, 63:4, 65:1, 65:4, 65:10,

65:23, 66:10, 66:12, 66:13, 66:22, 68:13, 68:14, 68:22, 69:2, 69:24, 70:6, 70:20, 71:15, 72:23, 73:9, 74:24, 75:11, 77:15, 78:6, 79:14, 80:12, 80:22, 81:7, 81:8, 81:9, 82:19, 83:5, 88:5, 89:9, 89:10, 89:12, 89:19, 121:2, 123:4, 123:9, 302:12, 302:13, 302:16, 303:5, 303:8
**guns** 12:3, 12:7, 12:22, 14:20, 15:22, 31:22, 36:11, 36:12, 37:17, 37:20, 44:17, 66:11, 66:14, 82:22, 302:11, 302:14, 302:16
**gunspring** 38:7, 39:8, 39:14, 41:4, 41:7, 41:8, 43:4, 43:21, 44:11, 44:18, 44:25, 44:25, 45:13, 264:1, 264:3, 264:8, 278:15, 279:2, 279:6, 302:18
**gunspring's** 38:11, 39:6
**guy** 84:3, 134:22, 141:6, 189:6, 242:18, 242:19, 267:12, 267:19, 268:8, 268:11, 268:18, 268:22, 269:1, 281:18, 291:10
**guys** 139:4, 139:6, 144:4, 144:5, 203:16, 266:15, 268:10, 268:10,

268:15, 277:2, 296:2
**gw** 205:23

## H

**h-a-b** 303:24
**h-o-w-a-r-d** 4:20
**ha** 243:11, 243:11, 243:11
**haber** 137:4, 137:8, 137:9, 137:21, 137:23, 137:24, 138:1, 140:14, 142:20, 146:25, 147:1, 147:3, 148:4, 148:5, 151:20, 152:2, 152:9, 205:13, 295:2, 295:3, 303:17, 303:24
**habit** 17:7, 209:19
**hack** 267:22, 273:3, 273:8, 273:13, 278:10, 282:10, 282:11, 282:12, 297:18
**hacked** 185:4, 253:21, 264:25, 265:18, 266:4, 266:11, 266:12, 271:19, 271:21, 273:7, 275:8, 280:1, 282:13
**hacker** 254:3, 269:3, 270:21, 270:25, 271:23, 272:7, 276:23, 277:5, 277:19
**hackers** 276:22, 277:1, 277:2
**hacking** 268:4, 275:6, 277:23
**hairs** 11:7
**hand** 5:23, 44:23, 107:15, 134:8, 146:21, 178:25, 242:24, 243:2
**handed** 38:5, 91:8, 93:21, 127:11, 141:12, 141:14,

179:3, 195:12,
200:25, 201:5,
201:13, 203:15,
210:3, 210:6,
298:12, 298:15
**handled**  15:23, 74:5
**handles**  15:16, 55:8
**handling**  37:4, 94:22
**hands**  45:7, 86:2
**happen**  27:23, 28:21,
28:23, 106:23,
200:18, 252:18,
272:15, 272:24,
274:9, 278:4
**happened**  12:7, 29:5,
52:15, 88:18,
102:6, 104:14,
106:24, 121:13,
141:23, 204:12,
263:5, 272:14,
272:22, 272:23,
272:25, 278:1,
278:22, 279:13,
280:14, 282:21,
292:16
**happening**  70:23,
124:2, 124:2,
125:19, 265:12,
297:25
**happens**  16:20
**happy**  54:4, 75:11,
126:24, 164:21,
214:16, 256:17
**harassment**  138:10
**hard**  8:11, 8:13,
16:24, 35:10,
36:8, 36:13,
39:13, 39:13,
83:19, 108:2,
108:2, 110:10,
126:2, 140:23,
145:7, 145:19,
145:19, 150:7,
180:7, 180:11,
180:11, 201:3,
218:12, 239:9,
245:21, 246:4,
272:5
**harder**  35:8, 75:10,
245:10
**hardest**  75:8

**hardship**  108:23
**hardware**  35:13
**harm**  148:18, 148:19,
186:11, 235:15,
237:17, 238:19,
240:5, 241:10,
241:23, 242:3,
243:13, 243:21,
243:22, 243:22,
244:14, 245:13,
246:9, 293:18
**harmed**  149:2,
234:12, 236:4
**harmful**  237:12
**harming**  291:25
**harms**  236:21,
238:14, 245:20
**haroon**  267:17
**hash**  92:3, 92:15
**hashes**  161:24
**hat**  276:22, 276:23,
277:1, 277:2,
277:4, 277:19
**hate**  42:22, 161:7
**haul**  276:19
**head**  8:16, 220:21
**headings**  93:12
**headless**  39:17,
43:22, 43:23, 44:3
**health**  138:17
**hear**  4:12, 4:13,
4:14, 42:24,
52:19, 52:21,
86:16, 111:17,
111:17, 117:21,
117:24, 126:13,
129:17, 129:23,
129:25, 130:17,
130:17, 144:2,
144:2, 171:13,
220:23, 238:1,
241:9, 291:21,
291:21, 299:4,
302:16
**heard**  21:16, 131:10,
255:14, 287:6,
299:3, 302:11
**hearing**  7:13, 29:4,
83:24, 128:10,
129:8, 299:6
**help**  45:11, 50:12,

65:18, 95:24,
96:5, 117:23,
130:25, 139:6,
141:15, 169:5,
169:8, 169:15,
251:3, 268:23,
275:2
**helped**  39:16, 39:17,
172:6
**helpful**  65:22,
188:25, 215:13
**helpfully**  46:20,
199:18, 225:21
**helping**  206:4
**heuristic**  86:5
**heuristics**  290:5
**hey**  34:22, 34:23,
110:16, 215:11,
227:25, 243:19,
267:9, 267:21,
273:25, 274:16
**hiding**  210:20
**high**  67:11, 67:12,
70:11, 70:12,
70:14, 80:19,
80:20, 146:19,
151:23, 151:25,
152:5, 173:8,
229:3, 246:23,
254:19
**high-ranking**  229:3
**higher**  82:13, 255:9
**highest**  124:13
**highlight**  66:3,
170:23, 170:25
**hire**  248:12, 264:17
**hired**  277:21
**historically**  70:7,
71:2, 72:8, 82:3
**histories**  168:6
**history**  11:3,
256:23, 267:3
**hit**  74:21, 74:25,
75:7, 75:25,
80:10, 82:7,
154:24
**hold**  5:16, 15:24,
25:9, 30:15, 38:7,
39:24, 55:15,
56:21, 91:20,
110:25, 111:7,

127:7, 139:18,
142:8, 142:12,
149:15, 162:1,
242:15, 247:16,
248:10, 255:2,
256:21, 257:9,
257:17, 267:13,
301:23, 302:3
**holder** 229:2
**holds** 43:22
**holladay** 5:6, 7:1,
176:13, 195:21,
195:24, 196:8,
196:10, 196:18,
202:23, 204:19,
209:14, 210:18,
223:17, 223:18,
224:2, 226:18,
230:24, 232:2,
236:9, 292:11
**home** 289:24
**homosexual** 163:1,
163:2, 164:25
**honest** 83:20
**honestly** 28:2,
72:22, 287:19
**hope** 22:13, 25:6,
83:22, 155:12,
179:17, 208:13,
215:7, 234:17,
237:4, 280:22,
295:17
**host** 240:22, 243:12
**hosted** 184:11,
185:4, 186:18,
280:13
**hostile** 275:21
**hosting** 240:14,
240:16, 241:23
**hosts** 240:23
**hour** 155:2
**hours** 155:11
**house** 189:22
**howard** 4:10, 4:20,
41:14, 41:16,
41:17, 42:16,
42:22, 42:24,
46:2, 46:11,
51:22, 51:24,
51:24, 113:23,
117:10, 126:11,

172:6, 175:12,
187:16, 269:16,
299:10, 300:24,
303:19
**howard's** 201:16
**howdy** 205:25
**however** 78:2, 205:6,
211:18, 252:1,
274:10
**huge** 109:6
**huh** 234:15
**humor** 199:21,
200:13, 247:11
**hundred** 116:25
**hung** 35:22, 180:15,
289:8
**hyperbolic** 287:20
**hyphen** 14:13
**hypothetical** 32:13,
51:14, 77:23

## I

**i-i** 170:18
**id** 25:20
**id's** 108:14, 108:17
**idea** 9:23, 18:11,
20:16, 26:25,
74:8, 74:10,
82:24, 104:8,
113:7, 162:19,
167:6, 183:1,
292:5
**identical** 9:5
**identification** 5:17,
108:9
**identified** 132:6,
137:4, 155:22,
156:23, 165:22,
184:16, 184:18,
186:14, 194:20,
195:9, 198:3,
225:22, 250:15,
259:16, 259:20,
278:10
**identify** 4:8, 5:1,
150:10, 155:18,
155:20, 157:1,
157:4, 161:20,
171:15, 171:18,
171:24, 171:25,

172:3, 172:9,
173:14, 173:16,
174:2, 175:1,
175:6, 177:10,
177:23, 178:20,
185:7, 185:16,
195:22, 198:1,
198:4, 246:8
**identifying** 92:11,
228:21
**identities** 156:20,
215:1
**identity** 168:21,
168:22, 212:20,
213:7, 213:14,
216:2
**ideological** 292:16
**ill-gotten** 199:19,
200:9
**illegal** 83:21, 185:5
**image** 242:7, 242:11,
247:23
**imitate** 249:2
**imitating** 251:1,
251:5
**imitation** 250:8
**immediate** 10:20
**immediately** 14:5,
127:16
**impact** 75:3
**impacted** 80:23
**impediment** 27:6
**implication** 67:24,
235:22
**implied** 236:1
**important** 10:21,
11:17, 82:4,
179:20, 194:23,
209:25, 210:11,
210:13, 247:15
**impossible** 272:25,
290:7
**imprecise** 13:18
**impression** 85:12
**in-group** 216:3
**inaccurate** 147:13
**inauguration** 265:4
**inbound** 260:17,
281:10
**inc** 21:22, 23:13,
25:8, 25:17,

25:19, 29:14,
29:16, 29:18,
260:14
**incentives**  277:13
**incentivize**  257:11
**incidents**  241:10
**include**  10:14, 61:5,
62:2, 62:7, 87:4,
93:1, 98:2, 123:9,
165:22, 184:11,
185:24, 187:3,
187:4, 194:13,
202:10, 232:2,
248:5
**included**  93:22,
98:4, 98:7, 178:5,
183:3, 183:13,
199:9, 251:10
**includes**  10:13,
36:20, 66:11,
158:12, 175:6,
183:4
**including**  123:11,
176:17, 196:15,
224:17, 224:24,
232:21, 239:2,
275:6, 285:16
**income**  13:4, 13:6,
13:9, 13:13,
13:13, 13:16,
14:6, 18:7, 18:22,
19:3, 19:6, 19:13,
20:4, 20:21,
20:24, 21:4,
21:10, 24:22,
24:23, 25:25,
26:1, 39:6, 39:7,
41:8, 43:3, 43:7,
51:15, 53:21,
54:16, 54:24,
54:25, 55:13,
55:19, 64:7, 65:1,
65:10, 65:23,
67:7, 68:15, 69:7,
69:7, 69:8, 70:5,
70:16, 73:23,
74:1, 74:4, 74:9,
75:21, 77:25,
123:18
**incomes**  124:17
**incomplete**  70:21,

96:11
**incorrect**  299:13
**incorrectly**  302:11
**increase**  87:22,
87:23, 120:4,
125:23
**increased**  189:14,
294:10
**increasing**  125:21
**indeed**  252:18
**independent**  103:6
**independently**  63:24
**indicate**  82:17,
116:6, 121:7,
123:9, 172:22,
193:21, 212:6
**indicated**  57:22,
68:8, 171:6,
204:7, 207:7,
296:25
**indicates**  63:13,
99:7, 99:10,
190:10, 250:9
**indicating**  116:4,
134:3, 141:6,
157:25
**indication**  31:12,
59:6, 66:20, 82:5,
107:14, 263:20,
289:17
**indications**  106:9,
264:7
**indices**  125:14
**indirect**  247:2
**indirectly**  231:23
**individual**  12:16,
31:9, 195:8,
289:23, 292:3
**individuals**  289:19,
291:15
**induction**  82:10
**indulge**  60:11
**industry**  25:1, 25:1,
168:25, 250:7
**inexact**  19:21
**infatuation**  168:2
**inflection**  122:8
**influencer**  226:17,
229:5
**inform**  256:6
**informal**  102:7,

214:22, 216:13
**informally**  212:18,
214:21, 215:22
**information**  15:6,
15:10, 15:22,
15:24, 22:18,
33:23, 34:4,
82:13, 94:11,
95:14, 95:16,
99:6, 116:15,
120:24, 120:25,
134:3, 146:16,
158:2, 159:18,
161:19, 253:9,
266:10, 266:13,
266:23, 266:25,
270:12, 273:6,
288:18, 288:20,
298:12
**informed**  82:14
**infrastructure**  18:19
**inherent**  189:20
**inherently**  27:3
**initiating**  182:20
**injunctive**  176:5
**innumerate**  58:25
**inquiry**  210:7,
215:13
**insight**  168:25
**instances**  13:8,
35:20, 112:5,
239:15, 241:8
**instead**  117:22,
154:10, 154:13,
154:15, 196:5,
288:25
**institutionally**
208:12, 209:25
**instructing**  52:19,
52:22
**instrument**  291:11
**instrumental**  144:7
**insurance**  266:10
**intellectual**  182:9,
182:11, 182:14,
182:20, 182:22,
183:5, 183:15,
189:13
**intend**  130:13,
131:4, 131:16,
192:21, 193:6,

292:19, 297:18
**intended** 186:11, 237:15, 237:16
**intending** 276:1
**intent** 176:18, 276:6
**intention** 297:9
**intentional** 47:18, 107:2, 265:17
**intentionally** 176:14
**interactions** 140:18, 142:15
**interested** 81:20, 158:20, 159:7, 159:11, 159:12
**interesting** 25:12, 46:19, 63:9, 86:3, 100:21, 113:2, 124:16, 130:5, 148:1, 152:4, 162:16, 162:18, 177:23, 182:23, 192:8, 192:11, 198:13, 208:11, 208:13, 226:25, 238:2, 247:16, 271:14, 271:14, 272:10, 275:23, 283:4, 283:6, 286:5, 286:5, 287:6, 293:5, 294:22, 296:5, 297:19, 297:22
**interfered** 176:15
**interference** 26:5
**intermediate** 27:11
**internal** 36:15
**international** 241:25, 242:2
**internationally** 240:23, 241:24
**internet** 168:21, 168:22, 185:23, 186:4, 254:5, 254:12
**interposition** 83:4
**interpret** 42:2, 77:6, 181:1, 206:10, 276:23, 277:4
**interpretation** 139:24

**interpreted** 125:19
**intervals** 14:6
**interview** 105:18, 224:10
**interviews** 90:5, 115:19
**interwoven** 83:3
**intimacies** 168:5
**introduce** 54:9, 92:10
**introduction** 214:15, 214:18, 215:25
**invent** 218:18
**invented** 69:10
**investigate** 248:8, 248:11, 248:12
**investigated** 248:11
**invitation** 34:5, 106:22, 243:18, 243:21
**invite** 119:4, 119:7
**invited** 107:9
**inviting** 243:21
**involved** 275:20
**ip** 159:22, 241:14, 265:12
**ips** 242:4, 242:25, 243:16, 251:23, 251:25
**ir** 249:11, 249:14
**iran** 184:12, 184:17, 185:2, 185:5, 186:18, 240:14, 240:16, 240:23, 243:12, 248:9, 248:13, 248:20, 252:18, 285:17
**iranian** 248:14, 248:15, 249:7, 249:9
**ironically** 200:18, 211:16
**irrelevance** 41:25
**irrelevant** 41:19, 42:7, 49:4
**irs** 21:3
**issue** 103:25, 104:13, 123:22, 166:6, 170:21, 259:16, 259:20, 279:2

**issued** 5:17
**issues** 150:16, 207:23, 207:25, 286:14
**items** 92:23, 177:20, 198:15, 198:16, 198:19, 198:21
**ivan** 140:10, 209:7

---

**J**

---

**january** 86:10, 86:11, 159:8
**jason** 60:2
**jbl** 7:8
**jbls** 8:2
**jersey** 10:3
**jg** 259:8, 259:10, 259:11, 259:13, 259:14, 259:14, 259:16, 259:24, 260:1, 260:1, 260:7, 260:10, 260:11, 260:16, 260:17, 261:4, 261:12, 261:14, 261:20, 261:24, 262:2, 262:12, 263:2, 263:3, 263:6, 263:15, 264:23, 265:7, 266:20, 268:11, 268:14, 270:3, 270:5, 270:10, 270:11, 270:15, 270:24, 270:24, 271:5, 272:7, 273:2, 273:8, 276:23, 278:6, 278:7, 278:12, 278:18, 281:7, 281:10
**jigs** 71:17
**job** 226:19
**jockeyed** 72:4
**joe** 273:17
**john** 4:5, 167:25, 168:11, 180:14, 181:13, 181:18, 182:6, 182:18, 202:7, 209:2,

210:1, 219:4,
227:13, 233:18,
238:17, 292:23,
293:15
**joined**  187:7,
293:13, 293:14
**joint**  292:8
**josh**  292:21
**journey**  13:12
**judge**  42:1, 85:11
**judging**  58:5
**july**  86:7, 160:18,
160:19, 162:22
**june**  247:3
**jurisdictions**  5:10,
32:8
**justification**  168:2,
176:14
**justify**  108:24,
143:25

## K

**keep**  17:7, 20:1,
20:20, 20:25,
44:3, 97:14,
102:12, 131:23,
160:8, 174:10,
226:20, 228:13,
230:7, 235:21,
238:9, 283:10,
283:15
**keeps**  25:10
**kept**  32:4, 106:11,
283:8
**key**  270:10, 278:21,
278:23, 278:24
**keys**  270:9
**khalid**  4:6, 301:19
**kid**  167:9, 167:18
**kind**  10:11, 11:5,
18:4, 18:13,
18:14, 18:20,
20:9, 25:1, 34:11,
36:13, 38:15,
45:2, 45:3, 60:12,
63:7, 72:14,
82:12, 85:12,
92:5, 103:6,
107:3, 120:5,
136:8, 137:11,
142:25, 168:10,

168:24, 172:22,
182:18, 189:2,
189:5, 189:13,
192:19, 200:15,
201:3, 207:5,
209:2, 209:20,
212:7, 214:5,
215:15, 243:12,
252:21, 253:20,
255:24, 258:4,
263:24, 265:17,
267:3, 267:16,
268:24, 273:25,
281:11, 281:13,
281:14, 281:15,
286:20, 295:9,
299:15
**kinda**  114:15, 224:14
**kinds**  196:24
**kit**  37:20, 171:1,
177:21, 196:14
**kits**  82:20
**knew**  97:24, 98:1,
179:13, 260:21
**knocked**  281:4
**know**  8:10, 8:22,
10:17, 11:7, 13:7,
14:11, 18:4,
18:21, 18:25,
19:23, 21:24,
22:4, 22:10,
22:15, 24:11,
24:15, 24:16,
24:18, 24:19,
25:17, 26:20,
26:24, 27:4,
27:11, 27:11,
27:16, 27:23,
28:2, 28:21,
28:25, 30:4, 31:4,
31:7, 31:22, 32:3,
33:10, 33:22,
34:20, 34:23,
34:25, 35:10,
36:16, 37:7, 38:1,
38:18, 39:3,
39:12, 40:10,
42:6, 43:4, 44:20,
45:2, 46:15,
47:21, 48:19,
48:23, 55:20,

56:13, 56:14,
58:1, 59:23, 60:4,
60:5, 60:6, 60:11,
60:17, 60:25,
61:15, 62:5,
63:17, 64:5,
66:22, 69:6,
69:15, 69:17,
70:10, 70:16,
71:10, 72:22,
73:19, 75:15,
75:17, 77:7,
77:19, 77:21,
79:23, 81:5,
83:18, 83:20,
83:22, 84:6, 85:8,
86:1, 86:9, 86:10,
86:11, 86:11,
88:23, 90:21,
92:6, 94:10,
94:16, 94:16,
95:21, 96:9, 97:6,
97:19, 97:21,
98:1, 98:2, 99:10,
100:7, 100:20,
100:23, 101:6,
101:10, 101:12,
101:13, 101:14,
101:16, 101:20,
102:4, 103:23,
104:13, 105:24,
106:13, 106:24,
107:20, 110:10,
111:7, 111:12,
111:23, 113:19,
114:3, 115:22,
115:24, 116:9,
119:3, 124:8,
124:17, 125:21,
128:9, 129:2,
131:23, 135:5,
135:21, 135:22,
135:24, 136:1,
136:2, 136:5,
137:5, 138:15,
138:16, 138:22,
139:7, 140:14,
140:22, 141:8,
141:13, 142:7,
142:7, 142:8,
142:10, 142:11,

142:14, 142:15, 142:20, 142:22, 143:11, 143:22, 143:24, 144:3, 144:7, 144:19, 144:23, 145:2, 145:2, 145:5, 145:18, 145:19, 146:1, 146:2, 146:4, 149:10, 151:5, 151:12, 151:19, 152:8, 154:10, 154:15, 154:17, 154:23, 155:13, 156:2, 157:6, 157:7, 158:22, 159:13, 160:2, 162:24, 165:18, 166:24, 168:18, 168:21, 169:3, 169:4, 170:7, 170:18, 171:2, 171:17, 171:19, 171:21, 172:17, 176:24, 176:24, 177:10, 178:3, 178:10, 181:3, 183:15, 184:24, 185:24, 188:8, 188:11, 188:13, 188:14, 189:3, 189:5, 190:11, 190:14, 194:13, 194:17, 196:20, 196:23, 197:13, 198:11, 198:21, 199:5, 199:6, 200:20, 201:3, 201:11, 201:21, 202:21, 202:22, 203:16, 203:25, 204:13, 204:13, 206:1, 206:3, 206:13, 206:18, 206:19, 206:21, 206:25, 207:11, 207:19, 208:14, 210:9, 210:20, 210:23, 210:23, 210:25, 213:2, 213:10,

214:19, 214:24, 215:22, 215:22, 216:1, 220:5, 220:14, 221:17, 222:9, 224:14, 226:1, 227:1, 227:1, 227:4, 227:9, 227:9, 227:18, 227:20, 228:22, 229:3, 236:22, 237:24, 240:12, 240:13, 240:14, 242:3, 244:15, 244:22, 245:7, 245:17, 245:20, 246:2, 248:22, 248:23, 249:9, 250:8, 253:16, 253:20, 255:16, 256:8, 256:19, 258:2, 258:7, 258:20, 259:8, 259:14, 260:20, 263:12, 264:7, 265:12, 266:1, 266:5, 266:5, 267:2, 267:15, 267:22, 268:11, 268:20, 268:21, 268:22, 268:24, 268:25, 272:11, 275:10, 276:10, 281:4, 282:8, 282:24, 284:18, 289:9, 290:3, 290:23, 293:14, 293:23, 294:8, 294:11, 294:19, 296:5, 297:12, 298:4, 300:6

**knowing** 157:7, 258:24, 271:24, 272:9

**knowledge** 50:7, 83:16, 90:11, 113:16, 134:15, 150:18, 154:19, 154:20, 158:10, 158:12, 158:15, 158:22, 159:1,

160:23, 206:15, 223:5, 239:25, 240:2, 243:17, 256:21

**known** 138:21, 138:21, 212:18, 213:2, 213:2, 214:13, 214:13, 214:21, 214:22, 215:2, 215:2, 215:23, 216:13, 267:1, 267:11, 292:21, 292:22, 294:8, 295:5, 299:18

**knows** 229:7, 290:10

---

## L

**l-e-g-i-o** 302:9
**la** 291:14
**label** 47:18
**labeled** 16:3
**labeling** 59:12
**lack** 92:14, 208:16, 208:21, 286:20, 289:14
**lane** 163:2, 205:18
**language** 287:20
**laptop** 175:25
**large** 11:17, 12:20, 13:4, 27:22, 87:21, 88:16, 150:4, 191:15, 224:4, 244:22, 256:1, 279:25
**largely** 63:18
**larger** 116:22
**largest** 71:14
**larosier** 168:3
**larosiere** 5:2, 30:7, 52:13, 59:2, 134:24, 176:13, 189:4, 191:6, 191:9, 193:1, 193:7, 193:13, 193:15, 193:16, 193:22, 194:15, 194:18, 195:5, 195:8, 210:18, 211:17, 219:11,

219:19, 221:2, 222:17, 222:19, 226:19, 233:7, 233:12, 233:19, 236:9, 247:8, 247:12, 284:19

**larosiere's** 195:1, 231:2

**last** 5:5, 7:23, 21:24, 22:7, 25:12, 25:17, 28:17, 28:18, 52:13, 53:17, 68:16, 161:14, 164:23, 187:1, 205:12, 212:8, 245:7, 281:7, 283:9

**late** 160:14

**later** 10:18, 11:1, 11:2, 11:13, 42:2, 153:18, 209:15, 303:22

**laughed** 168:17, 168:18

**laughing** 109:9

**launcher** 167:10

**law** 32:16, 34:6, 39:15, 39:16, 217:3, 221:14, 241:25, 241:25, 288:1, 296:2, 296:4, 296:7, 296:11, 296:12, 296:13, 296:13, 296:14, 296:22, 297:25, 298:9, 298:10, 298:12, 298:16, 298:18

**lawsuit** 122:17, 128:2, 128:5, 178:18, 183:2, 185:14, 187:7, 190:7, 190:13, 190:16, 191:1, 191:2, 191:9, 191:18, 194:18, 195:14, 195:15, 234:17, 234:19, 236:24, 237:2, 237:15, 237:16,

241:1, 241:4, 243:5, 247:17, 265:19, 265:21, 275:20, 277:15, 277:15, 281:20

**lawsuits** 9:24, 9:25, 182:4, 182:7, 285:9

**lawyer** 234:1, 264:17, 286:11

**lay** 27:15, 215:7, 284:22

**layaway** 62:12

**layperson** 286:7

**lead** 31:16, 197:16

**leader** 226:15

**leading** 266:2

**leak** 254:5, 271:19, 273:16, 274:2

**leaked** 253:22, 254:9, 264:15, 271:17, 273:15, 275:13, 275:15

**leaking** 277:10

**lean** 26:11, 282:9

**learn** 263:1

**learned** 224:7, 296:14

**learning** 108:5

**least** 23:16, 27:6, 28:5, 70:7, 70:8, 70:11, 71:4, 71:4, 94:21, 99:25, 100:25, 112:18, 115:23, 124:15, 125:24, 137:16, 155:22, 172:2, 177:24, 197:14, 199:18, 234:16, 234:19, 246:20, 246:23, 247:1, 263:7, 286:23, 288:17

**leave** 31:17, 106:10, 106:13, 109:8, 109:19, 146:5, 146:7, 157:20, 206:9, 206:11, 216:20

**leaves** 67:15

**leaving** 90:7, 95:19,

101:25, 105:22, 116:11, 117:2, 120:8, 141:24, 161:8, 161:16, 162:14, 207:6

**led** 78:10, 81:2

**left** 57:20, 59:13, 101:4, 105:22, 106:1, 106:5, 107:25, 109:14, 116:17, 116:22, 117:2, 117:3, 118:2, 118:24, 120:6, 121:11, 137:6, 156:12, 156:22, 157:21, 157:25, 158:5, 161:17, 162:20, 162:21, 163:13, 163:17, 170:16, 171:10, 171:15, 171:19, 206:1, 206:20, 207:3, 267:14

**legal** 22:9, 34:21, 44:21, 133:13, 138:18, 177:5, 216:22, 221:18, 223:21, 227:1, 227:5, 233:21, 251:14, 251:17, 284:25, 286:8, 288:22

**legalities** 55:9

**legio** 9:3, 9:5, 9:10, 9:14, 9:18, 9:23, 9:24, 10:8, 10:18, 11:6, 11:25, 12:10, 12:16, 14:13, 14:19, 15:8, 17:18, 17:23, 17:24, 19:2, 19:7, 19:11, 29:22, 30:20, 33:6, 35:18, 36:3, 57:2, 57:10, 57:23, 59:13, 64:21, 67:7, 67:8, 68:9, 68:11, 68:12, 71:25, 72:2, 72:5,

72:11, 72:15,
72:15, 73:13,
74:23, 75:12,
76:13, 76:18,
77:18, 78:7, 78:7,
78:8, 78:20, 79:1,
79:5, 79:19,
79:24, 80:13,
80:14, 80:19,
81:7, 82:2, 82:3,
82:5, 82:9, 82:15,
82:21, 82:24,
83:3, 83:4, 83:8,
93:13, 93:24,
94:13, 95:7,
101:4, 104:19,
116:17, 118:24,
121:1, 137:23,
137:24, 138:2,
140:3, 144:15,
145:10, 147:4,
147:11, 153:10,
153:24, 153:25,
154:2, 155:17,
157:4, 157:16,
161:17, 172:10,
173:17, 255:1,
255:6, 255:7,
255:10, 255:11,
279:25, 302:8

**legio's**  17:24

**less**  19:15, 19:17,
27:20, 46:9,
105:18, 105:19,
105:20, 105:20,
121:13, 166:21,
166:21, 228:20

**let**  17:17, 42:6,
62:5, 88:2,
101:21, 107:21,
110:6, 113:20,
119:10, 120:23,
136:7, 153:21,
157:14, 167:8,
169:5, 169:25,
176:1, 180:5,
198:9, 256:19,
265:12, 286:13,
295:1

**let's**  13:18, 13:22,
14:19, 15:7, 26:5,

27:12, 32:11,
34:20, 36:6,
36:23, 39:16,
44:17, 47:10,
52:2, 67:1, 76:12,
78:19, 79:23,
79:23, 80:3,
83:20, 89:14,
94:10, 96:10,
103:20, 115:25,
118:10, 119:10,
137:14, 137:16,
141:19, 157:14,
160:8, 174:10,
201:14, 206:7,
209:11, 217:11,
228:13, 230:7,
237:5, 238:4,
240:4, 253:21,
256:22, 257:11,
271:12, 284:1,
284:2

**letters**  233:4

**letting**  7:20, 90:21,
203:25, 237:24

**lettman**  5:3, 7:2,
202:7, 202:16,
203:10, 203:16,
203:19, 211:24,
211:25, 212:4,
215:12, 223:2,
227:13, 227:14,
228:11, 229:2,
240:5, 240:15,
241:7, 241:10,
243:7, 243:20,
244:11, 244:15,
244:22, 245:16,
265:11

**lettman's**  202:23,
227:21

**level**  27:5, 31:25,
33:20, 104:12,
173:9, 254:19

**levels**  33:19, 255:15

**liaison**  196:14

**libidinal**  167:24

**license**  32:1, 107:18

**lie**  276:16, 276:17

**lied**  277:10, 277:16

**life**  18:6, 80:18,

108:25, 259:5,
277:7

**lifetime**  9:20,
75:18, 80:19,
80:25, 81:19,
81:21, 82:1, 82:7,
82:21

**like**  8:23, 9:19,
10:3, 10:10,
10:22, 11:2,
11:20, 12:5,
13:11, 13:11,
14:12, 15:14,
16:1, 18:10,
18:14, 18:18,
18:23, 18:24,
19:1, 19:1, 19:10,
19:13, 19:15,
20:4, 20:6, 20:18,
21:2, 21:6, 21:9,
22:9, 23:4, 24:1,
26:10, 26:11,
26:22, 26:23,
26:23, 27:1,
27:20, 28:1, 28:7,
28:21, 30:20,
30:21, 31:15,
33:23, 33:25,
34:1, 34:5, 34:21,
34:22, 37:2, 37:7,
37:19, 39:16,
39:20, 42:23,
42:23, 43:13,
44:9, 44:19,
54:16, 58:12,
62:24, 63:22,
65:15, 66:1, 66:9,
68:1, 69:9, 69:14,
69:20, 72:14,
72:19, 76:15,
77:10, 77:22,
82:10, 82:10,
82:15, 82:16,
82:22, 82:22,
83:3, 83:4, 86:14,
86:24, 86:25,
88:3, 91:5, 92:1,
92:3, 92:14,
92:24, 93:18,
94:1, 94:1, 94:3,
95:9, 95:16, 97:2,

98:23, 100:16, 102:23, 104:12, 104:15, 105:12, 106:4, 106:20, 106:21, 106:21, 107:3, 107:6, 107:8, 107:17, 108:10, 110:8, 110:10, 112:1, 116:3, 119:1, 119:25, 122:12, 123:10, 124:12, 126:15, 126:23, 128:12, 136:14, 139:3, 139:6, 139:10, 140:10, 140:20, 140:23, 142:14, 142:18, 143:7, 143:8, 143:11, 143:15, 143:17, 143:18, 143:20, 144:3, 145:17, 146:12, 146:16, 148:6, 150:1, 151:20, 152:1, 155:4, 164:8, 166:20, 166:21, 167:9, 167:10, 170:16, 171:13, 173:6, 174:10, 174:14, 176:10, 177:14, 177:21, 177:25, 178:3, 180:21, 183:13, 185:5, 187:1, 188:24, 189:5, 190:19, 194:7, 195:11, 196:22, 197:12, 197:17, 200:15, 200:16, 200:17, 200:18, 200:20, 202:22, 202:25, 206:3, 206:10, 207:8, 207:14, 209:11, 210:15, 211:4, 211:15, 212:20, 215:12, 216:10, 216:10, 217:11, 218:15, 218:15, 219:22,

220:1, 221:18, 221:25, 223:2, 224:18, 227:17, 229:2, 229:22, 229:23, 231:5, 237:16, 240:21, 241:9, 242:19, 243:3, 243:3, 243:4, 243:8, 244:12, 250:7, 250:14, 251:24, 254:2, 255:19, 256:17, 257:2, 258:2, 259:22, 260:7, 261:14, 263:17, 265:17, 266:3, 266:5, 266:9, 266:10, 266:17, 266:19, 267:1, 270:1, 270:9, 270:20, 273:17, 274:17, 274:20, 277:13, 280:20, 282:7, 282:12, 283:10, 290:15, 292:9, 292:10, 295:22, 295:23, 297:3, 297:18, 300:10, 302:24, 303:5, 304:6

**liked** 138:21, 260:2

**likely** 53:3, 73:14, 82:4, 82:25, 103:2, 103:3, 278:4, 289:10

**likes** 228:15, 229:6, 229:6

**limit** 76:12

**limitation** 167:11

**limited** 106:8, 135:11, 186:17

**line** 35:21, 36:17, 45:13, 63:15, 69:2, 76:7, 77:11, 77:14, 79:13, 79:19, 84:13, 84:15, 85:3, 87:1, 130:21, 229:9

**linear** 125:24

**lines** 35:11, 35:15,

43:15, 81:25, 82:6, 87:15, 123:16, 123:18, 206:1

**linguistics** 174:10

**link** 6:6, 6:8, 6:10, 6:14, 6:15

**linked** 113:15, 113:16

**linking** 162:3

**links** 113:19

**list** 23:4, 73:21, 253:13, 253:18, 253:18, 296:16

**listed** 22:16, 23:2, 39:6, 41:9, 56:10, 165:19, 276:3, 290:12, 297:6

**listen** 48:10, 134:18, 213:5, 217:17, 220:3, 302:3

**listening** 300:2

**literally** 86:8, 100:17, 100:19

**literature** 163:1

**litigation** 10:19, 10:20, 11:4, 11:9, 24:13, 213:19, 222:4, 237:8, 237:10, 274:8, 275:3, 281:25, 292:20, 294:19, 296:24, 298:22

**littered** 254:12

**little** 8:10, 24:7, 30:22, 30:22, 31:17, 31:17, 31:18, 37:7, 42:22, 60:20, 66:16, 77:13, 90:13, 111:1, 114:6, 146:12, 192:5, 194:9, 215:19, 223:11, 229:7, 257:10, 257:11, 267:19, 269:11, 274:2, 274:3, 283:9, 301:6

**livestream** 240:20

living 8:3
llc 8:11, 8:25,
    11:3, 17:19,
    17:21, 18:6, 38:11
lmk 264:15
local 87:21
located 5:9
locations 239:21
locked 264:14
log 6:22, 7:1
logged 7:3, 74:23
logs 140:24, 140:25
lonely 167:24,
    168:11
long 29:3
long-running 189:16
longer 23:25, 65:15
look 20:5, 55:15,
    57:20, 58:22,
    63:14, 64:19,
    64:24, 65:16,
    66:2, 67:1, 74:13,
    84:7, 88:22,
    90:13, 91:5,
    91:23, 95:3,
    103:17, 103:20,
    103:22, 110:10,
    121:8, 138:20,
    139:3, 144:25,
    176:2, 185:20,
    185:20, 214:15,
    214:16, 221:9,
    243:11, 250:14,
    251:24, 259:15,
    261:9, 266:10,
    277:13, 277:22,
    297:16, 301:3
looked 58:20, 117:7,
    266:16, 287:17,
    287:19
looking 54:15,
    54:25, 56:7,
    58:14, 58:16,
    60:17, 61:25,
    62:4, 66:2, 70:20,
    93:12, 115:10,
    123:22, 154:21,
    160:8, 242:23,
    242:25, 287:17
looks 57:19, 59:19,
    66:8, 110:8,

155:4, 252:7,
    270:1
loose 299:19
loosely 75:14,
    299:15
lore 18:4
lose 82:2, 82:3,
    82:3, 294:25,
    295:7
loses 44:14, 44:15
losing 71:12, 82:5,
    82:5, 82:6, 82:24,
    82:25
loss 77:5, 77:7,
    77:7, 80:22,
    120:15, 120:16,
    123:13, 125:20,
    125:21, 153:14,
    192:6
lost 74:22, 74:24,
    75:4, 75:8, 75:13,
    75:25, 75:25,
    77:2, 77:16,
    83:13, 147:25,
    148:2, 148:8,
    148:13, 148:13,
    148:13, 148:20,
    149:2, 150:10,
    192:12, 295:2,
    295:8, 295:16,
    295:17, 295:18,
    295:22, 295:23
lot 9:21, 10:1,
    11:14, 26:21,
    31:21, 53:17,
    103:12, 103:14,
    106:14, 107:17,
    107:20, 117:4,
    118:2, 118:4,
    126:1, 166:23,
    167:3, 170:4,
    192:3, 200:25,
    201:2, 203:1,
    221:9, 230:20,
    235:8, 245:8,
    267:24, 279:13,
    279:16, 279:17,
    279:20, 284:19,
    290:10
lots 37:3, 103:4
loud 52:18, 299:3

louder 7:14
loudly 167:7
love 108:24, 168:6,
    170:2, 198:9,
    241:9
low 65:14, 65:15,
    65:25, 66:1, 66:16
lowballed 69:15
lowers 27:3
luck 83:25
luckily 244:8
lump 20:9, 75:11

## M

machine 7:24, 35:1,
    36:21, 61:24,
    66:21
machine's 35:2
machines 48:6, 48:7,
    48:25, 49:3,
    49:10, 49:24
macro 242:7
made 10:12, 11:12,
    22:6, 22:6, 50:20,
    56:21, 56:22,
    60:4, 60:5, 76:16,
    103:1, 122:1,
    134:7, 141:5,
    141:5, 141:16,
    144:22, 145:16,
    145:23, 146:5,
    146:7, 164:1,
    174:18, 176:16,
    180:20, 180:23,
    181:14, 181:19,
    183:14, 183:18,
    185:17, 186:19,
    187:12, 188:4,
    190:5, 193:1,
    193:4, 193:13,
    198:19, 199:18,
    202:7, 204:18,
    218:13, 226:1,
    233:20, 233:23,
    237:1, 240:14,
    244:22, 245:17,
    249:14, 250:15,
    250:21, 267:4,
    275:19, 278:6,
    278:11, 279:17,

280:8, 286:2, 289:19, 296:24

**maf**  140:15, 154:11, 154:17, 171:20, 172:11, 173:21, 175:5, 175:21, 176:7, 176:12, 176:12, 176:20, 176:23, 177:2, 177:13, 177:16, 177:18, 177:20, 178:12, 178:13, 178:18, 178:19, 179:6, 179:7, 179:21, 179:24, 193:17, 193:18, 193:22, 194:19, 194:23, 195:5, 198:2, 198:8, 198:14, 198:15, 198:18, 199:3, 199:7, 199:9, 199:19, 199:22, 200:5, 200:7, 202:10, 204:5, 209:3, 209:7, 209:13, 209:14, 209:18, 209:22, 209:24, 210:18, 210:19, 211:3, 211:7, 211:13, 211:17, 212:1, 212:1, 212:9, 212:12, 212:16, 212:17, 212:23, 213:4, 213:14, 215:9, 215:12, 215:15, 216:2, 216:6, 216:6, 216:10, 216:10, 216:11, 216:14, 217:19, 217:21, 218:16, 218:20, 218:23, 222:16, 231:20, 231:21, 231:25, 232:9, 232:13, 287:15, 289:11, 290:11, 299:18

**mafia**  291:14

**mail**  18:18, 124:13,

125:10, 178:14, 285:9

**main**  80:11, 202:17, 202:19, 242:18, 244:13

**maintain**  298:22

**maintains**  278:18

**major**  30:5, 206:2

**majority**  69:5

**majorly**  30:7

**make**  6:9, 7:14, 15:18, 17:17, 24:10, 24:14, 25:9, 29:17, 35:9, 38:21, 39:24, 40:3, 42:22, 45:5, 47:24, 53:2, 56:20, 64:5, 69:2, 89:11, 95:22, 104:2, 112:15, 119:18, 135:23, 143:1, 143:2, 144:1, 145:23, 149:5, 149:6, 150:8, 163:18, 163:21, 164:16, 166:23, 169:25, 175:20, 182:12, 185:22, 186:4, 186:11, 190:20, 205:2, 210:6, 210:7, 210:15, 217:1, 217:7, 217:9, 229:1, 233:20, 233:21, 234:11, 234:20, 238:25, 246:5, 249:20, 260:7, 263:4, 268:12, 270:13, 281:24, 282:3, 282:15, 290:1, 290:5, 293:6, 296:7

**makes**  11:14, 17:5, 21:15, 24:8, 24:18, 24:19, 27:2, 29:11, 29:12, 29:16, 39:9, 69:23, 103:10, 149:16, 228:14, 231:4,

239:8, 245:23, 265:22

**making**  102:5, 149:9, 149:11, 161:7, 163:24, 164:14, 167:3, 168:10, 176:5, 180:25, 181:24, 193:7, 198:7, 202:21, 209:18, 215:13, 235:8, 238:25, 280:11, 289:13

**male**  168:2

**malicious**  250:11

**malware**  254:3, 254:8

**man**  205:25, 235:18, 266:5, 303:15, 304:3

**management**  64:10

**manager**  226:11, 227:5, 254:6, 294:1, 294:4, 294:5, 294:16

**mandia**  279:9, 279:23, 280:13

**mandiant**  252:23, 252:25, 254:2

**manifest**  272:6

**mantle**  294:15

**manufacturing**  64:9

**many**  12:10, 24:12, 24:12, 25:16, 25:23, 25:24, 27:24, 27:24, 32:4, 38:11, 97:5, 106:13, 125:5, 135:1, 145:15, 145:15, 183:18, 187:9, 204:12, 223:1, 225:25, 228:23, 228:23, 237:10, 238:21, 239:8, 239:8, 239:10, 239:11, 239:12, 239:12, 240:12, 254:8, 254:12, 254:13, 254:13, 255:9, 255:9, 255:17, 266:11, 278:17, 290:4, 294:17

**margin** 80:20, 259:3
**mark** 57:15, 263:12
**marked** 64:25
**market** 289:9, 292:15
**marketplaces** 253:21,
    266:12
**marks** 170:10,
    226:22, 226:23
**masculine** 167:11
**masculinity** 168:25
**mass** 243:23, 243:25
**masse** 241:16
**material** 118:1
**materially** 290:7
**materials** 73:9,
    116:15, 116:18,
    116:21, 117:1,
    235:7, 253:15,
    258:22, 258:25
**mathcorp** 217:23
**matt** 30:7, 282:8
**matter** 42:10, 42:11,
    76:19, 206:7,
    297:5
**matters** 38:20
**matthew** 5:2, 40:12,
    40:21, 52:12,
    189:4, 191:5,
    191:8, 192:25,
    193:7, 193:12,
    193:15, 193:16,
    193:21, 194:15,
    195:1, 195:5,
    195:8, 219:11,
    222:17, 233:19,
    236:9, 280:21
**max** 7:16, 7:17
**may** 4:2, 5:9, 6:5,
    8:22, 12:3, 19:11,
    20:7, 25:23,
    33:15, 33:16,
    33:22, 34:24,
    35:19, 61:5, 61:7,
    62:4, 62:7, 64:2,
    65:20, 66:9,
    66:19, 66:19,
    68:24, 69:1, 72:4,
    75:2, 85:18,
    87:10, 87:13,
    87:17, 92:11,
    94:14, 95:24,

106:23, 110:16,
110:21, 121:12,
124:11, 124:12,
124:21, 124:25,
125:19, 126:8,
126:25, 130:6,
130:11, 130:20,
136:8, 152:4,
152:10, 154:24,
162:5, 166:9,
172:4, 174:5,
179:9, 181:3,
186:5, 189:7,
190:8, 190:17,
217:12, 248:19,
249:16, 250:11,
251:10, 251:11,
261:9, 261:14,
265:3, 265:7,
266:22, 266:24,
269:6, 269:15,
270:13, 273:21,
276:5, 289:17,
302:2
**maybe** 7:19, 12:1,
    29:3, 38:25,
    38:25, 67:11,
    67:12, 67:13,
    74:10, 88:10,
    89:21, 117:23,
    119:22, 131:11,
    140:23, 144:8,
    148:14, 189:5,
    207:12, 240:4,
    271:18
**mean** 7:12, 10:1,
    11:2, 11:7, 11:20,
    13:3, 15:13,
    15:25, 16:1,
    17:24, 24:19,
    26:6, 27:11,
    27:15, 27:20,
    28:5, 28:25,
    29:10, 29:14,
    29:18, 32:16,
    32:17, 33:9,
    33:10, 33:11,
    36:8, 39:5, 39:20,
    44:21, 44:22,
    45:6, 55:13, 57:6,
    57:6, 57:8, 62:20,

65:25, 66:14,
72:22, 77:25,
82:24, 84:24,
90:20, 94:12,
97:11, 97:19,
99:12, 101:18,
102:23, 102:23,
104:10, 112:19,
116:9, 119:6,
125:17, 127:19,
134:4, 137:8,
138:6, 139:8,
140:20, 147:8,
148:1, 148:15,
148:15, 150:5,
152:4, 152:15,
153:7, 153:12,
159:9, 161:14,
165:3, 168:10,
168:14, 168:22,
168:23, 172:18,
182:5, 182:8,
185:23, 188:11,
192:18, 193:5,
193:7, 195:5,
195:15, 199:1,
206:18, 207:16,
210:9, 214:6,
216:5, 216:6,
216:6, 219:8,
221:18, 221:24,
221:25, 222:9,
237:9, 239:16,
246:15, 246:16,
248:21, 250:1,
252:5, 256:25,
257:9, 258:20,
259:10, 259:15,
259:16, 261:8,
262:11, 264:15,
266:18, 267:3,
269:5, 270:23,
270:24, 270:24,
271:1, 271:17,
276:11, 276:11,
279:17, 280:23,
280:24, 283:10,
291:6, 296:18,
297:12
**meaning** 51:3, 77:14,
    117:9, 210:1,

240:22, 294:3
**meaningful** 221:18
**meaningless** 167:12
**means** 29:1, 39:12, 39:19, 45:8, 99:10, 115:24, 125:5, 199:15, 214:25, 252:4, 261:23, 272:8, 291:5
**meant** 35:4, 74:8, 74:10, 81:5, 106:25, 161:19, 206:19, 247:10
**measure** 60:24, 60:24, 75:17, 120:15
**mechanic** 174:13, 174:14
**mechanism** 198:1
**media** 130:7, 130:9, 179:3, 197:7, 223:1, 239:21, 292:18
**mediated** 10:25
**medical** 150:16, 150:24, 207:23, 207:24
**medication** 208:2
**medications** 150:20, 150:21, 208:9
**medium** 168:7
**mediums** 168:23
**meds** 206:4
**meet** 260:10, 260:15, 260:21
**meeting** 103:4
**meetings** 103:4
**member** 9:21, 16:16, 82:9, 82:15, 82:21, 82:24, 92:11, 153:24, 153:25, 154:7, 157:13, 157:15, 160:3, 160:3, 160:5, 160:6, 160:7, 160:8, 160:21, 160:22, 161:20, 161:20, 172:2, 172:2, 172:10, 173:17,

228:22, 240:7, 254:24, 255:2, 267:6, 267:9, 268:5, 294:13
**members** 57:2, 82:2, 82:3, 82:5, 120:9, 155:18, 157:4, 158:5, 205:5, 224:6, 254:13, 254:20, 254:21, 254:22, 255:10, 255:12, 274:23, 294:10, 294:17
**membership** 8:24, 9:2, 9:3, 9:5, 9:6, 9:14, 9:14, 10:10, 10:12, 11:6, 11:9, 12:10, 12:17, 13:5, 13:16, 14:19, 15:6, 15:21, 17:18, 20:21, 26:11, 26:12, 26:15, 26:15, 33:3, 33:5, 33:6, 57:10, 74:24, 83:8, 93:13, 93:24, 94:13, 95:7, 137:23, 137:25, 138:2, 138:8, 140:3, 153:11, 153:14, 153:23, 154:2, 154:5, 154:11, 254:19, 255:6, 255:14
**memberships** 9:7, 9:9, 9:10, 9:12, 9:13, 9:17, 9:18, 9:18, 10:19, 11:16, 11:18, 12:1, 12:24, 13:10, 14:12, 15:7, 16:4, 16:5, 16:6, 16:10, 16:22, 18:3, 18:6, 18:11, 19:2, 19:5, 19:7, 19:11, 19:12, 29:22, 35:19, 67:7, 67:8, 73:14, 79:19,

79:24, 80:14, 104:16, 122:11, 125:7, 125:21, 255:8
**meme** 74:21, 74:25, 75:4, 75:25, 77:5, 77:16, 82:1, 108:1, 108:7, 108:25, 109:8, 109:15, 109:19, 112:20, 112:24, 113:4, 115:21, 116:17, 117:3, 118:2, 118:24, 120:7, 120:20, 121:13, 122:6, 124:10, 124:20, 125:15, 131:24, 137:5, 138:3, 139:16, 139:24, 140:4, 140:4, 144:17, 145:3, 145:6, 145:8, 145:10, 145:13, 145:17, 145:23, 156:14, 158:1, 163:13, 163:17, 172:10, 173:19, 175:2, 176:25, 177:13, 177:18, 178:11, 178:11, 180:6, 180:14, 180:20, 180:23, 180:25, 181:3, 181:14, 181:15, 181:15, 181:19, 182:13, 182:15, 182:19, 183:16, 183:23, 184:2, 184:7, 184:9, 184:17, 186:17, 187:9, 187:13, 192:7, 193:8, 193:13, 193:18, 193:22, 195:25, 197:6, 197:24, 198:22, 199:4, 199:23, 202:8, 202:18, 203:5, 204:20, 204:22, 204:25, 205:2,

205:8, 232:3, 232:6, 232:10, 232:13, 232:19, 232:24, 233:6, 234:14, 234:18, 234:21, 235:1, 235:1, 235:2, 236:2, 236:7, 236:10, 238:22, 239:8, 239:22, 246:13, 246:14, 246:16, 246:19, 246:21, 246:23, 247:2, 247:3, 264:20, 264:24, 265:4, 266:1, 266:17, 267:22, 268:6, 271:25, 272:2, 272:4, 274:17, 275:8, 281:20, 285:13, 285:17, 286:3, 286:14, 287:17, 287:17, 287:22, 288:11, 288:15, 288:18, 288:20, 289:7, 289:14, 289:18, 289:21, 290:3, 290:4, 292:21, 292:24, 293:1, 293:3, 293:6, 293:10, 293:15, 293:18, 294:24, 295:15, 295:18, 295:22, 295:24

**meme's** 193:1, 193:4, 293:3

**memory** 105:7, 151:7, 151:8, 152:16, 165:1, 205:18

**men's** 168:6

**mention** 112:24, 201:20, 216:10, 230:20, 249:14

**mentioned** 12:16, 18:10, 37:12, 43:16, 43:19, 82:11, 120:1, 140:10, 150:19, 170:9, 172:1,

200:9, 207:8, 210:13, 218:23, 227:25, 231:17, 232:3, 232:11, 236:23, 259:2, 270:2, 293:19, 302:23

**mentioning** 125:2

**menu** 94:2, 94:6

**merchandise** 30:21, 37:24

**merchant** 25:20

**message** 153:8, 207:4, 261:23, 264:13, 267:14, 267:22, 273:21

**messages** 152:14, 152:23, 267:15

**met** 260:11, 260:21

**metadata** 58:8

**method** 121:19

**mhm** 168:20

**microphone** 285:22

**middle** 21:25, 86:14, 99:5, 99:6, 110:1, 188:17

**middleman** 44:19, 45:3, 252:21

**midnight** 168:5

**midwestern** 86:14

**might** 9:15, 21:18, 27:18, 44:19, 65:21, 73:19, 99:3, 103:2, 104:8, 126:23, 135:21, 140:23, 141:15, 142:10, 146:15, 153:1, 154:1, 161:18, 162:19, 163:5, 163:12, 163:17, 210:20, 213:17, 263:3, 274:3, 276:15, 276:17, 276:18, 276:19, 277:14, 284:2, 286:7, 296:22, 299:15

**mike** 266:9

**mill** 62:8, 62:10, 62:23, 63:23,

64:9, 66:9

**million** 54:20, 55:1, 55:22, 56:9, 56:10, 56:16, 65:10, 67:17

**mind** 52:11, 74:17, 98:1, 101:14, 116:10, 127:16, 127:25, 142:24, 145:9, 156:19, 157:5, 157:10, 158:2, 168:6, 171:4, 177:15, 221:23, 223:17, 225:7, 236:18

**mine** 169:1, 169:1

**minimis** 72:20, 73:14

**minimum** 87:21

**minute** 266:18, 284:2

**minutes** 45:11, 115:2, 169:17, 201:15, 299:7

**mirror** 248:14, 248:16, 248:24

**mirrored** 248:9, 248:12

**misdeed** 239:5

**misreading** 89:6

**misrepresenting** 112:9

**missed** 117:20

**missing** 29:25, 30:4, 30:5, 30:7, 67:22, 69:4, 69:6, 73:17

**mission** 8:25, 47:22

**misspelled** 300:24

**misstated** 288:1, 291:18

**misstating** 80:25

**mistaken** 215:9

**misunderstand** 188:14

**misunderstood** 217:4

**misuse** 257:12

**modal** 27:4, 33:24

**mode** 32:2

**model** 21:11, 21:13, 26:4

**modeling** 83:17

**moderator** 229:3

**modest** 209:11

**moment** 5:24, 8:17,

52:13, 56:4,
157:2, 157:8,
178:24, 194:11,
206:9, 256:13
**moments** 246:22
**monetary** 191:11
**money** 11:15, 13:12,
13:12, 17:5,
20:19, 20:20,
20:25, 21:13,
24:14, 24:18,
24:19, 25:9,
29:11, 29:12,
29:16, 35:9, 39:9,
44:22, 45:6, 47:2,
47:9, 50:15,
69:23, 75:8,
75:13, 75:21,
77:20, 78:9,
88:23, 139:5,
144:5, 172:18,
172:20, 173:23,
173:25, 177:2,
177:4, 180:5,
180:20, 180:23,
180:25, 181:14,
181:19, 182:12,
187:12, 188:4,
189:22, 190:2,
193:1, 193:4,
193:8, 193:13,
196:8, 197:14,
198:7, 198:15,
202:7, 202:18,
202:21, 204:17,
205:1, 205:3,
230:21, 231:5,
294:25, 295:2,
295:7, 295:16,
295:17, 295:22,
295:24
**money's** 12:17
**monologues** 168:3
**month** 28:17, 28:18,
59:13, 86:3, 86:4,
124:7, 162:14,
162:21, 163:16,
163:19, 163:22,
163:23, 163:25,
164:5, 164:15,
164:16, 166:4,

166:13, 166:15,
166:20, 167:6,
170:9, 170:10,
170:11
**monthly** 19:11,
121:1, 121:2
**months** 59:14, 62:14,
86:1, 86:14, 86:15
**moreover** 186:3
**morning** 4:1
**motivated** 162:23
**motivations** 162:24
**mouse** 258:13
**mouth** 173:10
**move** 131:18, 224:15,
244:10, 244:12
**moved** 12:8
**mover** 182:7, 182:8
**mr** 4:11, 5:16, 5:22,
6:21, 6:25, 7:1,
7:2, 7:3, 52:13,
52:15, 52:22,
52:25, 53:4, 53:5,
57:22, 57:24,
59:2, 133:17,
134:1, 134:24,
135:13, 135:24,
140:14, 141:22,
142:20, 151:16,
151:18, 151:20,
152:6, 152:8,
172:25, 178:4,
178:6, 183:19,
187:4, 187:7,
187:12, 189:7,
189:16, 190:12,
190:16, 194:13,
194:18, 197:3,
198:13, 199:13,
202:16, 206:13,
207:14, 207:20,
208:3, 208:7,
208:7, 208:21,
209:6, 209:13,
209:13, 209:15,
209:19, 211:17,
212:4, 215:12,
219:18, 221:2,
222:19, 223:2,
223:17, 223:18,
224:23, 225:11,

227:14, 227:21,
228:13, 228:13,
228:20, 228:20,
229:2, 229:11,
230:24, 230:24,
231:2, 233:7,
233:12, 233:13,
233:25, 235:14,
235:16, 235:17,
235:25, 235:25,
236:2, 236:17,
236:22, 238:2,
240:5, 240:15,
241:6, 241:10,
243:7, 243:20,
244:10, 244:10,
244:15, 244:22,
245:6, 245:7,
245:10, 245:16,
245:17, 245:19,
245:21, 245:23,
245:24, 246:3,
246:6, 246:8,
247:8, 247:9,
247:11, 247:11,
265:11, 265:22,
268:9, 268:15,
270:3, 281:10,
284:8, 284:12,
284:16, 284:19,
290:9, 292:11,
294:13, 295:10,
299:1, 299:11,
299:11, 301:19
**ms** 199:16, 199:18,
200:4, 225:19,
225:21, 226:2,
241:5
**much** 16:25, 38:20,
98:19, 114:13,
116:22, 138:16,
154:20, 167:11,
168:4, 170:6,
180:5, 183:15,
212:25, 246:2,
261:20, 267:24,
284:11, 287:1,
294:8, 294:23
**multi-stage** 61:18
**multi-state** 10:1,
11:9

**multiple** 16:22,
    23:11, 85:8,
    265:1, 287:7
**multitude** 134:24
**musings** 167:24
**must** 74:19, 77:15,
    105:5, 261:13,
    262:4, 262:22,
    263:7, 267:14,
    267:20, 272:17,
    272:20, 273:21,
    274:18, 290:1,
    290:2, 290:2
**mutual** 168:2

## N

**n-a-g-r** 229:12,
    229:12, 229:14
**naive** 82:19, 82:19
**name** 4:6, 4:9, 4:16,
    4:17, 5:5, 5:13,
    6:12, 25:20,
    132:1, 135:25,
    145:1, 155:20,
    156:2, 158:5,
    158:17, 160:2,
    160:21, 160:21,
    161:11, 162:3,
    171:19, 171:21,
    172:3, 174:2,
    174:3, 175:11,
    175:14, 195:1,
    223:19, 223:21,
    223:22, 224:12,
    224:24, 227:2,
    227:5, 291:7,
    291:8, 294:9,
    294:9, 294:13,
    294:18, 294:19,
    303:10
**named** 163:23,
    226:11, 232:23,
    236:10, 291:14,
    295:4
**names** 6:22, 155:25,
    156:3, 156:6,
    156:20, 156:21,
    156:22, 156:24,
    157:6, 157:7,
    158:5, 158:12,
    158:20, 167:9,

175:6, 178:17,
    224:18, 224:25,
    225:20
**nancy** 302:17
**narrative** 125:25
**narrow** 212:3
**national** 229:25
**natural** 11:8, 267:4
**nature** 237:9, 286:2,
    286:21, 289:15
**nda** 150:5, 150:14
**nebulous** 259:12
**necessarily** 10:8,
    13:11, 18:2,
    31:16, 57:6, 61:3,
    64:3, 64:8, 78:23,
    89:4, 105:22,
    138:23, 145:17,
    195:5, 200:19,
    281:18, 296:21
**necessitated** 10:11
**need** 4:17, 27:23,
    28:22, 28:24,
    30:12, 48:10,
    51:25, 58:8, 62:5,
    97:22, 111:8,
    115:1, 115:15,
    118:16, 138:25,
    153:2, 161:19,
    171:6, 171:23,
    173:8, 174:9,
    182:1, 193:9,
    201:5, 204:14,
    206:2, 210:6,
    210:7, 214:4,
    218:1, 224:11,
    230:6, 244:17,
    256:16, 264:17,
    275:3, 275:4,
    280:25, 285:7,
    286:20, 304:1
**needed** 34:20, 34:24,
    47:21, 150:19,
    150:20, 191:12,
    208:5, 208:8
**needs** 177:4, 285:25,
    300:5
**never** 7:14, 28:10,
    34:13, 52:11,
    74:17, 110:16,
    150:19, 207:24,

208:1, 208:3,
    223:17, 236:18,
    243:14, 264:15,
    271:8, 271:17,
    273:15, 275:13,
    275:15, 275:17,
    275:18, 275:23,
    278:7, 282:13
**nevertheless** 25:8,
    47:19, 80:22,
    83:12, 89:18,
    96:21, 120:7,
    120:15, 122:16,
    141:10, 193:6,
    205:6, 238:8,
    267:11, 298:18
**new** 6:7, 6:8, 10:3,
    27:13, 60:25,
    61:5, 106:18,
    111:8, 131:8,
    154:11, 172:4,
    245:17
**newsletter** 164:2,
    164:3, 164:4,
    164:12, 164:19,
    165:9, 166:5,
    166:19, 171:1,
    250:22
**newsletter's** 147:17
**newsletters** 147:7,
    147:8, 147:9,
    147:11, 147:11,
    147:14, 147:20,
    165:21, 165:21
**next** 42:25, 61:8,
    71:22, 93:13,
    93:13, 97:17,
    97:19, 97:20,
    109:5, 109:17,
    144:25, 160:10,
    160:15, 240:4
**ngro** 230:1
**nice** 8:2, 167:18,
    168:14, 244:14,
    280:25, 281:1
**night** 7:23
**no-no** 207:12
**nobody** 273:16
**node** 15:14
**noggin** 134:23
**noise** 21:17

**non-answer** 118:3
**non-defendants** 178:8
**non-exceptions** 13:19
**non-firearm** 37:19
**non-legio** 15:7, 19:24
**non-vaulted** 16:4, 16:6, 16:10
**non-zero** 272:18
**none** 136:16, 232:22
**nonetheless** 199:21
**nope** 132:11, 230:7
**normal** 14:25, 264:17, 272:12, 298:16
**nostra** 291:14
**notary** 4:7
**note** 198:13
**noted** 6:4, 6:24, 41:21, 301:5, 301:20, 302:1, 302:10, 302:22, 303:25
**notes** 142:14
**nothing** 6:1, 10:22, 41:13, 112:19, 131:14, 161:4, 179:3, 273:16, 278:15, 296:10, 300:12, 304:9
**notice** 160:20, 226:22, 232:17, 232:23, 263:15
**noticeable** 125:6
**notices** 233:15
**notified** 258:16
**notion** 10:20
**notoriously** 15:15
**november** 86:23, 87:2, 87:14, 87:17, 87:24, 88:1, 88:4, 88:17, 88:22, 108:22, 109:23, 109:24
**ns** 302:16
**number** 4:6, 62:23, 63:4, 65:25, 66:16, 70:10, 83:8, 86:1, 86:10, 123:8, 185:8, 197:12, 222:23,

244:22, 245:17, 250:9, 255:10, 302:7
**numbers** 55:10, 56:25, 57:9, 57:20, 58:20, 58:21, 58:23, 62:21, 63:1, 63:2, 64:18, 68:3, 255:25
**numerous** 226:1

## O

**o'clock** 230:3, 230:4
**oakland** 82:22
**oath** 5:8
**object** 40:5, 42:7, 43:5, 43:24, 45:19, 128:11, 191:20, 216:15, 284:24, 287:25, 288:21
**objected** 45:23
**objecting** 41:15, 51:22
**objection** 39:25, 40:3, 40:8, 41:20, 41:23, 41:24, 41:25, 45:25, 46:4, 49:1, 49:12, 49:15, 50:16, 50:16, 50:22, 51:4, 51:12, 51:19, 109:10, 109:12, 109:20, 126:9, 126:16, 126:18, 180:8, 187:14, 216:20, 216:24, 218:10, 237:22, 238:5, 290:21, 291:18
**objection's** 238:8
**objections** 41:17, 46:2, 52:14
**objects** 161:25
**obligation** 122:22
**obscure** 162:24, 163:14
**obvious** 197:8, 246:12, 246:15, 246:18

**obviously** 21:6, 210:18, 292:6
**occasion** 30:22, 37:15, 259:5
**occasional** 13:4
**occasions** 239:24, 290:3
**occur** 266:16
**occurred** 266:20
**october** 86:11, 160:13, 263:9, 265:2, 265:22
**odd** 178:1
**odyssey** 233:7, 233:14, 233:20
**offered** 198:15, 198:15, 198:16, 260:1
**office** 102:16, 102:17, 102:18, 102:20, 227:6, 229:2, 293:13, 293:19, 293:20, 293:25, 294:2
**officer** 51:10
**offices** 293:24
**often** 16:8, 16:10, 21:2, 31:13, 44:17, 81:24, 88:7, 106:22, 109:6, 109:7, 111:12, 111:23, 111:24, 112:1, 130:8, 165:21, 199:9, 209:10, 215:10, 222:19, 223:18, 224:2, 228:14, 246:4, 260:1, 260:2, 285:8, 293:10
**okay** 6:19, 7:4, 7:20, 8:5, 8:14, 10:4, 10:5, 10:16, 11:12, 11:14, 14:17, 17:2, 17:9, 17:10, 18:17, 21:15, 22:7, 22:20, 24:2, 24:5, 26:22, 27:10, 32:17, 32:25, 33:15, 33:20,

34:2, 34:14,
34:18, 37:23,
38:24, 41:20,
42:8, 43:18, 44:2,
45:15, 46:11,
47:8, 48:17,
49:21, 52:4,
54:13, 54:13,
55:3, 55:3, 56:3,
56:4, 62:6, 64:13,
64:15, 66:15,
66:18, 68:4,
68:17, 68:20,
68:23, 70:24,
71:8, 76:17,
79:20, 80:4,
81:16, 85:2,
85:19, 85:25,
86:13, 89:5,
89:13, 91:12,
92:14, 92:17,
93:8, 94:20,
97:23, 97:25,
100:1, 101:7,
102:8, 102:11,
103:8, 106:17,
109:3, 112:17,
113:3, 113:18,
113:18, 113:23,
117:16, 118:10,
118:12, 118:16,
118:21, 119:15,
120:4, 120:9,
120:21, 122:25,
123:7, 124:22,
125:4, 126:19,
129:3, 129:8,
129:18, 130:15,
131:6, 131:19,
133:11, 134:6,
136:4, 136:7,
136:21, 136:24,
137:15, 139:8,
139:13, 139:18,
140:6, 140:8,
140:17, 142:2,
142:3, 142:9,
144:21, 146:23,
149:19, 152:7,
154:20, 154:25,
156:4, 156:9,

157:19, 159:9,
159:15, 159:16,
165:5, 169:17,
171:8, 171:17,
174:22, 177:22,
179:18, 179:19,
181:11, 184:24,
185:20, 186:20,
187:21, 188:15,
188:20, 190:9,
192:17, 193:25,
195:20, 195:22,
197:5, 199:11,
200:3, 203:20,
203:24, 204:2,
205:15, 207:13,
208:20, 208:23,
210:17, 213:5,
213:9, 213:20,
213:21, 217:17,
218:14, 222:25,
224:1, 224:11,
238:9, 238:12,
238:13, 238:23,
240:24, 240:25,
241:8, 245:22,
248:25, 249:15,
255:5, 256:21,
257:9, 260:4,
260:13, 260:19,
260:22, 265:5,
265:23, 267:10,
268:2, 268:7,
270:19, 271:2,
271:14, 273:5,
274:10, 276:4,
279:19, 280:7,
281:1, 282:10,
282:23, 283:16,
283:16, 283:20,
288:2, 288:3,
292:4, 295:1,
297:4, 298:17,
298:24, 298:25,
299:2, 299:21,
300:24, 301:2,
301:9, 301:18,
301:25, 302:3,
302:6, 303:15,
304:2

**old**  178:15

**older**  19:9

**one**  4:22, 5:24, 6:7,
6:9, 7:11, 8:22,
24:3, 27:15,
29:10, 31:10,
32:8, 35:8, 37:18,
39:13, 42:9,
54:12, 60:20,
61:9, 63:22,
64:21, 64:25,
66:13, 68:18,
69:2, 69:25,
71:21, 75:20,
81:7, 92:10,
93:12, 93:12,
95:9, 97:17, 98:3,
98:4, 98:5, 98:11,
98:12, 98:15,
98:19, 100:15,
100:23, 103:22,
105:9, 107:13,
107:13, 109:5,
109:17, 110:6,
111:15, 111:18,
114:19, 115:22,
117:18, 121:10,
124:12, 127:3,
127:4, 129:10,
130:3, 132:1,
134:22, 134:25,
148:6, 148:16,
150:4, 155:2,
157:10, 157:13,
157:18, 159:5,
159:7, 159:15,
159:20, 160:1,
160:4, 160:10,
160:11, 160:15,
162:14, 163:16,
171:4, 171:5,
171:18, 172:11,
175:1, 187:1,
187:3, 188:16,
188:17, 188:17,
189:6, 190:3,
193:20, 194:19,
195:15, 197:23,
199:15, 202:12,
212:24, 212:25,
213:18, 215:16,
219:15, 219:24,

219:24, 224:4, 224:17, 225:21, 233:7, 233:8, 233:11, 239:17, 240:4, 246:22, 247:16, 256:13, 259:23, 262:22, 263:10, 263:12, 263:17, 264:2, 264:20, 267:12, 268:9, 268:10, 268:15, 268:20, 269:4, 271:1, 271:12, 272:16, 273:10, 273:12, 274:23, 279:24, 282:9, 283:9, 283:12, 283:13, 287:8, 293:25, 294:2, 296:16, 300:18, 302:7, 302:21, 303:12, 304:7

**ones** 18:9, 38:4, 85:8, 94:1, 141:11, 152:1, 181:23, 182:1, 223:4, 244:13, 259:22, 277:2, 285:10

**ongoing** 77:16, 294:20, 294:23

**online** 30:24, 176:17, 212:5, 215:10, 241:15, 277:22

**onto** 11:5

**open** 22:2, 102:16, 102:17, 102:18, 102:20, 117:2, 206:3, 206:7, 253:20

**opened** 103:18

**operate** 260:6

**operating** 21:12

**opinion** 117:8, 118:11, 172:23, 172:23

**opinions** 229:8

**opponent** 292:16

**opportunities**

238:22, 295:8, 295:12

**opportunity** 95:20, 96:17, 96:18, 96:19, 110:4, 295:11

**opposed** 29:18

**option** 18:3, 44:16, 95:21, 97:2, 97:15, 97:15, 99:2, 107:4, 107:4, 111:11, 111:14, 111:22, 112:6, 112:20, 112:21, 134:5

**options** 95:10, 95:11, 98:23, 99:11, 100:16, 111:16, 111:18

**order** 32:11, 34:5, 34:9, 64:9, 70:14, 94:11, 94:12, 94:15, 193:3, 301:12, 301:13, 301:14, 301:19

**ordered** 248:6

**ordering** 160:11

**orders** 247:12, 301:11

**organization** 8:24, 9:2, 26:10, 227:7, 229:5, 229:25, 245:2, 262:14, 297:1, 298:19

**organizations** 9:7, 41:7, 76:10

**organized** 292:14

**original** 96:2, 105:11

**originally** 22:24, 23:22, 291:13

**originating** 24:4

**others** 4:5, 11:19, 112:19, 144:19, 194:2, 194:3, 194:5, 205:3, 220:1, 229:9, 234:13, 236:8, 239:1, 250:8, 295:12

**otherwise** 79:18,

199:7, 250:22, 253:24

**out-group** 216:3

**outcome** 188:7, 188:8, 188:12

**outside** 49:16, 50:17, 52:16, 52:18, 52:25, 74:6, 136:5, 160:20, 169:14

**outstanding** 179:9

**overall** 75:3, 82:6, 85:7, 87:15, 104:22, 166:24

**overt** 228:20

**overthinking** 8:19

**overtly** 292:17

**owned** 233:7, 296:7

**owner** 22:16, 196:10

**owns** 135:1, 224:6

---

### P

---

**p-u-r-y** 5:6

**page** 59:15, 91:13, 132:24, 162:13, 175:19, 214:12, 214:19

**paid** 50:5, 50:7, 50:10, 50:10, 50:12, 50:15, 99:24, 99:25, 100:10, 149:8, 149:10, 191:12, 200:7, 203:3, 203:5, 204:7, 208:5, 227:8, 227:10, 230:21, 231:20

**paint** 127:3

**painted** 127:4

**papers** 29:3

**paragraph** 176:16, 185:7, 186:8, 186:8, 187:9, 214:17

**paratextual** 168:5

**pareto** 115:23

**part** 6:12, 18:10, 27:18, 31:12, 37:18, 37:18,

37:22, 51:15,
60:19, 68:25,
72:22, 79:7, 94:7,
111:13, 121:23,
123:17, 139:2,
161:2, 165:20,
170:2, 182:10,
223:16, 224:4,
227:11, 234:3,
234:16, 234:20,
245:2, 256:1,
261:19, 263:15,
270:9, 279:25,
282:24, 285:6,
293:12
**participant** 267:2
**participated** 246:20
**participation** 187:8,
204:16, 294:12
**particular** 131:23
**parties** 5:7, 6:10,
179:24, 189:1,
189:2, 189:3,
191:3, 191:3
**partner** 106:4,
132:8, 133:10,
134:3, 134:5,
136:6, 136:9,
140:12, 149:12,
149:23
**partners** 105:18,
105:21, 106:1,
106:13, 106:19,
135:17, 135:18,
136:16, 176:19
**partnership** 134:2,
138:8
**parts** 37:1, 37:1,
37:19, 49:25,
71:16, 196:15
**party** 188:22, 190:3,
190:6, 204:25,
229:9, 261:23
**pas** 166:20
**pass** 14:5, 21:13,
259:23
**pass-through** 20:24,
263:25
**passed** 61:8
**passes** 20:21
**passwords** 256:5,

256:8
**past** 12:1, 33:22,
61:8, 292:17
**patch** 10:22
**patches** 30:21
**patronize** 172:11,
172:13, 172:18,
173:21, 175:4
**patten** 297:23, 298:3
**pattern** 124:17,
176:11, 281:17
**pause** 8:22
**paused** 119:22
**pay** 16:2, 26:20,
26:20, 31:14,
34:11, 34:15,
50:7, 50:9, 63:25,
64:4, 129:12,
144:12, 177:13,
189:22, 205:3,
205:5, 206:4,
239:3, 239:5
**payee** 39:9, 39:11,
39:14, 41:4,
44:12, 45:1, 45:2,
45:6, 45:7, 45:7
**payflow** 32:5, 32:7,
32:14, 32:17, 33:9
**payflowpay** 31:16
**paying** 19:10, 50:5,
144:10
**payment** 38:15,
38:23, 39:18,
39:19, 44:4, 44:7,
44:13, 62:1, 62:2,
62:12, 63:19,
64:5, 144:11,
150:20, 192:13,
192:23, 200:10,
208:1, 208:6,
208:9, 208:22
**payments** 25:18,
50:24, 61:20,
149:12, 160:16,
208:4, 232:10,
232:12
**paywalls** 159:23
**pc** 254:10
**pdf** 247:23, 247:24
**peak** 88:16, 124:19
**peaks** 87:21

**pedantic** 47:10
**pen** 167:10
**penalty** 298:16
**pending** 130:19
**people** 6:22, 10:2,
16:22, 18:21,
20:14, 23:18,
33:21, 34:10,
35:11, 44:16,
47:20, 71:10,
74:1, 82:18,
82:20, 89:11,
90:7, 96:18, 97:8,
101:4, 101:15,
102:22, 102:24,
103:12, 103:14,
103:25, 104:8,
106:10, 111:25,
112:20, 116:11,
116:16, 116:22,
118:24, 120:3,
120:6, 120:9,
120:11, 139:10,
156:12, 156:16,
156:24, 157:22,
162:7, 163:12,
166:23, 170:9,
170:15, 178:16,
179:4, 189:20,
194:22, 197:21,
208:25, 209:23,
213:13, 215:10,
215:25, 217:11,
222:7, 228:23,
231:9, 239:7,
241:15, 247:5,
249:2, 250:10,
250:18, 250:19,
251:4, 251:12,
254:18, 256:6,
257:23, 258:12,
258:13, 259:3,
264:25, 266:9,
267:17, 268:20,
274:7, 282:9,
289:25, 290:6,
299:13, 299:19
**per** 13:20
**percent** 37:13,
63:11, 71:23,
116:25

percentage 13:20, 19:24, 64:2, 70:5, 115:20, 116:22
perfect 7:4, 26:18
perfection 64:17
perfectly 45:14, 120:13
perform 215:1, 268:21
performance 294:2
performances 215:3
performed 294:2
perhaps 62:10, 62:11, 66:16, 83:15, 83:16, 88:21, 130:7, 130:7, 170:25, 207:15, 257:23, 258:14, 263:2, 263:8, 286:18
peril 286:6
period 18:22, 29:2, 31:7, 72:9, 121:15, 137:19, 149:6, 209:7, 264:5, 292:7
perks 10:13, 10:14
permanent 176:5
permission 133:18
person 100:23, 109:8, 109:14, 132:5, 144:25, 162:19, 165:12, 171:18, 171:24, 171:25, 174:2, 175:1, 177:15, 177:24, 231:20
person's 160:2
persona 212:5
personal 98:15, 98:17, 108:22, 134:15, 256:21, 289:24, 293:12, 296:10
personally 50:24, 151:5
personhood 24:10
perspective 32:24
pertinent 263:15
peter 196:25, 199:3, 199:6, 211:1,

227:25, 236:9, 281:21, 282:4
pew 176:14
pgp 270:12
philosophical 30:12, 30:16
phone 103:3, 138:20, 138:22, 140:23, 142:16, 264:14, 273:18, 273:19, 275:20, 281:8, 281:9, 282:20
photo 5:17
phrase 141:16
physical 32:6
physically 5:9
pick 266:17, 267:16
picking 266:1
picture 101:4, 101:6, 101:13, 101:16, 101:17, 127:3
piece 83:4, 205:7, 264:6
pitch 265:6
pity 143:24
place 72:11, 77:15, 125:20, 194:23, 261:5, 278:13, 278:25, 279:1
placeholder 157:3
places 253:21, 265:11
plaintiff 4:8, 4:23, 55:14, 181:23
plaintiff's 234:24
plaintiffs 4:10, 176:20, 234:2, 234:13, 234:19, 299:11, 301:14, 301:18
plan 102:18, 103:6, 189:21
planned 197:12
planning 64:12
platform 30:24, 31:1, 152:25, 206:1, 206:20, 207:15
play 126:3, 283:3
player 18:14

pleadings 221:24
please 5:12, 5:16, 5:22, 33:23, 41:21, 42:3, 42:5, 50:12, 52:3, 89:23, 93:1, 93:14, 108:23, 109:6, 121:9, 156:20, 159:17, 162:15, 181:11, 186:3, 193:11, 205:22, 206:11, 240:2, 240:2, 246:11, 269:10, 281:1, 285:21, 303:11, 304:9
plenty 196:24
plot 85:12
plugging 102:9
plugin 20:6, 20:8
plugins 7:24, 21:9
plural 286:3
pocket 197:14
podcast 231:2, 231:3, 231:8, 240:19, 240:20
podcast-like 168:1
point 31:10, 76:15, 106:16, 122:6, 122:8, 124:1, 124:6, 126:8, 130:1, 147:21, 148:2, 155:1, 190:3, 192:10, 195:16, 209:6, 214:16, 262:11, 267:3, 267:14, 282:25, 291:4, 291:24, 294:21, 296:2
points 124:13
poked 223:14
policy 252:16, 297:5
political 143:12
position 123:15, 136:23, 148:21, 148:23
positive 134:7, 273:1
possession 267:8, 278:9

possibility 174:8,
272:18
possible 118:23,
121:25, 170:15,
235:21, 258:22,
259:2, 260:17,
271:5, 271:7,
271:7, 271:18,
271:22, 271:23,
271:25, 272:7,
272:14, 272:14,
272:22, 272:23,
272:24, 277:10,
277:11, 277:15,
277:16, 291:25,
294:17, 294:18
post 163:18, 163:21,
163:23, 165:16,
166:5, 170:16,
199:19, 242:6,
242:8, 244:2,
293:15
post-price 280:20
posting 198:22,
285:16
posts 209:22,
225:25, 227:22
posture 24:13
pot 231:4
potential 263:16,
287:13
potentially 231:3
powerful 167:11
pray 179:8
pre-loading 40:8
preceded 187:3
preceding 64:22
precise 47:11
predicate 284:22,
285:8, 285:9,
286:2, 286:22
prefer 78:2, 290:23
preliminary 176:4
premises 237:11
preparation 50:20,
74:5, 76:16, 171:7
prepare 30:6, 136:2,
286:21
prepared 8:23,
19:18, 30:3,
38:13, 40:15,

40:24, 48:8,
48:10, 55:7, 68:6,
68:25, 76:21,
99:11, 133:13,
133:17, 133:20,
156:24
preparedness 208:16,
286:20
present 4:3, 5:9,
19:1, 19:4, 72:9,
229:6, 231:9,
276:6, 290:3
presentation 32:17,
33:21, 94:15,
290:7
presented 97:2,
98:23, 166:7
press 130:8
presumably 241:25
presume 33:15,
262:19
presumed 242:25
presuming 77:22
pretend 32:8, 33:1,
249:17, 250:2
pretending 248:18,
248:19
pretty 7:25, 29:11,
37:5, 111:5,
117:6, 123:25,
126:1, 196:19,
196:20, 196:21,
206:5, 210:11
prevent 252:12
preventing 176:5
preview 87:11
previous 99:21,
166:22, 171:6,
172:2, 192:24,
195:14, 195:15,
215:6, 263:18,
288:17
previously 10:10,
38:15, 263:22
pride 162:14,
163:16, 163:19,
163:22, 163:23,
163:25, 164:11,
164:14, 164:16,
166:4, 166:13,
166:15, 166:20,

167:6, 170:9,
170:10, 170:11
primary 182:18,
271:3, 286:14
prime 182:7, 182:8,
200:1
print 57:2
printed 258:2
printer 268:23
printing 267:1
prior 152:20
privacy 138:24
private 239:13,
267:12
privileged 168:8
probably 6:25, 12:9,
26:14, 40:23,
51:1, 59:7, 59:9,
59:11, 61:14,
68:11, 68:18,
71:6, 71:9, 72:15,
72:19, 119:2,
119:8, 144:25,
147:13, 153:2,
155:12, 194:13,
234:25, 242:2,
269:1, 277:4,
287:4, 290:9,
295:11, 300:22
probe 223:10,
223:11, 260:2
problem 26:6, 26:9,
27:19, 42:1, 44:7,
44:22, 86:18,
87:11, 104:3,
104:5, 104:7,
104:11, 104:12,
104:19, 138:17,
184:2, 249:21,
249:23, 252:9,
252:11, 254:24
problems 26:16
procedures 257:25
proceed 42:25, 299:8
process 61:18,
153:22
processed 25:25
processing 15:13,
25:20, 25:20,
28:4, 35:20,
38:16, 38:23,

43:19, 44:9, 44:14, 44:15
**processor** 16:1
**processors** 27:11
**proclaiming** 234:25
**produce** 122:12, 122:15, 130:21, 130:24, 219:24
**produced** 53:17, 57:7, 57:14, 57:24, 58:6, 58:18, 60:17, 68:16, 128:2, 128:4, 128:16, 128:25, 129:2, 129:4, 129:5, 129:9, 129:12, 129:17, 130:13, 130:22, 131:3, 146:22, 151:18, 152:17, 178:16, 180:4, 181:18, 184:24, 195:14, 195:19, 196:4, 202:9, 206:8, 210:7, 219:9, 219:10, 219:14, 219:15, 219:21, 221:21, 222:23, 223:2, 223:5, 223:12, 223:25, 226:7, 226:10, 231:14, 231:25, 239:11, 244:21, 245:18, 247:3, 247:13, 260:5, 292:18, 298:15, 298:21
**producing** 134:9
**product** 20:15, 32:6, 35:15, 35:21, 59:24, 62:3, 62:13, 63:18, 63:22, 68:8, 69:25, 70:15, 70:16, 76:6, 78:8, 78:11, 78:12, 78:14, 79:13, 79:18, 123:16
**production** 195:20, 245:11, 256:22,

279:18
**productions** 226:2
**productive** 53:15
**products** 10:5, 18:2, 18:5, 19:9, 35:12, 35:12, 35:13, 35:13, 36:1, 36:17, 36:20, 37:10, 61:23, 63:1, 63:23, 68:7, 74:2, 233:11
**profession** 269:6
**professional** 56:13
**profile** 27:21, 248:5
**profit** 123:13, 190:2, 196:18, 197:4, 197:9, 198:17, 198:18, 205:7, 235:1
**profited** 180:14, 189:7, 189:10, 195:24, 198:20, 204:24
**profiting** 199:3, 199:4, 202:20, 202:22, 237:4
**profits** 185:6, 192:12, 197:23
**profound** 168:5
**program** 113:7, 259:23, 260:6, 260:9, 270:2, 270:3
**programmed** 99:12, 100:17, 100:19
**progress** 66:20, 70:20, 96:21
**progression** 11:8, 94:14
**prohibition** 31:25
**project** 226:15
**projects** 167:9
**prominence** 166:21
**prominent** 246:22
**prompt** 97:23, 98:4
**prompted** 95:14, 95:16
**pronounced** 83:9, 124:19
**proof** 154:4
**propaganda** 293:22

**proper** 40:11
**properties** 196:18
**property** 182:10, 182:11, 182:14, 182:21, 182:22, 183:5, 183:15, 189:14, 189:21, 191:5, 191:8
**prosecution** 237:16, 297:10
**protection** 244:5, 244:8
**prove** 133:15
**provenance** 58:9, 58:10
**provide** 93:1, 93:14, 95:17, 95:20, 96:17, 106:22, 108:23, 109:6, 122:22, 159:18, 162:15, 286:12
**provided** 127:2, 215:13, 235:7, 235:13, 253:8
**pseudonym** 222:21, 233:12
**psychosexual** 167:12
**public** 4:7, 22:18, 35:14, 130:6, 130:7, 166:21, 167:17, 182:11, 225:9, 240:20, 249:20, 250:15, 270:8, 270:10, 287:9, 295:9, 295:10
**publication** 77:16, 164:14, 164:16, 187:12, 193:1, 193:4, 199:22
**publications** 233:6, 250:22
**publicly** 142:21, 236:12, 238:24
**publish** 197:6, 293:17
**published** 124:10, 233:7, 233:13, 293:7
**pull** 271:12
**pulled** 175:24,

277:14

**punish** 276:19

**purchase** 10:17, 31:9, 33:6, 63:22, 82:20, 82:25, 104:13, 138:7, 172:14, 172:15, 172:19, 178:19

**purchased** 104:16, 138:2, 140:3, 140:14, 154:11, 154:17, 171:19, 177:20, 178:11

**purchasers** 82:20

**purchases** 12:16, 89:12

**purchasing** 10:11, 48:20

**purpose** 116:8, 204:16, 208:24, 213:22, 231:13, 234:7, 256:24

**purposes** 73:2, 78:19, 213:15, 213:17, 213:18

**pursue** 140:12, 233:21

**pury** 5:5, 52:23, 52:25

**push** 277:9

**put** 52:23, 54:5, 70:3, 95:14, 100:15, 112:15, 147:9, 245:21, 254:5

**putting** 28:9

## Q

**qualification** 131:8, 214:22

**qualify** 130:3, 141:22, 240:11

**qualifying** 156:11

**quarter** 178:13

**queer** 168:21, 168:22

**quest** 51:21

**question** 8:11, 12:19, 14:8, 15:1, 17:16, 22:2, 22:9, 23:18, 25:13, 27:5, 30:1, 35:25, 39:1, 39:25, 40:4, 40:6, 40:12, 40:17, 42:7, 42:25, 43:7, 43:25, 44:2, 45:20, 46:10, 49:5, 49:7, 49:8, 50:13, 51:23, 55:20, 56:2, 57:5, 71:1, 74:25, 76:3, 76:15, 77:6, 78:10, 80:7, 81:14, 81:15, 85:14, 87:12, 90:20, 94:5, 94:14, 95:6, 95:12, 96:4, 105:8, 111:13, 116:14, 117:12, 117:19, 126:4, 126:11, 128:4, 128:12, 130:11, 130:17, 130:17, 130:22, 130:25, 133:13, 134:9, 135:12, 136:9, 137:2, 141:4, 148:2, 148:12, 149:16, 151:13, 153:1, 162:10, 171:7, 172:4, 172:9, 173:12, 174:4, 174:6, 174:7, 177:4, 177:8, 180:22, 181:1, 181:7, 181:12, 182:3, 187:11, 187:16, 187:16, 187:17, 187:20, 188:14, 191:21, 192:11, 193:9, 193:11, 195:20, 196:7, 196:25, 197:1, 199:16, 204:1, 208:13, 211:5, 218:18, 222:16, 223:17, 227:13, 232:5, 232:14, 238:13, 238:13, 245:6, 246:7, 251:3, 257:21, 267:25, 284:25, 286:7, 286:11, 286:17, 286:17, 286:19, 287:7, 288:1, 288:6, 288:21, 289:5, 290:13, 291:21, 291:23, 295:15, 299:21, 300:6

**questioning** 6:5, 45:13

**questions** 8:15, 52:20, 52:22, 90:15, 90:17, 115:17, 118:4, 119:22, 125:22, 131:21, 161:15, 202:3, 214:2, 214:4, 284:12, 284:13, 286:21, 296:1, 298:24, 299:1, 299:12, 300:3, 302:2, 302:4

**quick** 86:7, 205:17, 209:1

**quite** 9:23, 15:3, 30:1, 187:17, 277:6

**quotation** 170:10, 226:22, 226:23

**quote** 162:14

## R

**radius** 281:25, 282:2

**rails** 197:10, 268:23, 268:24

**raise** 5:22, 42:23

**range** 254:16, 254:17, 255:23

**rapid** 120:8

**rate** 178:10

**rather** 60:22, 252:2

**raw** 75:20, 75:23, 75:24, 76:1, 77:7, 77:9, 77:15, 80:21, 81:10, 81:14, 81:15,

83:14
**re-ask**  117:20, 193:9, 193:11, 214:1
**re-examine**  246:4
**re-prompt**  17:15
**reach**  20:14, 267:16
**reached**  265:6, 275:10, 282:4
**reacted**  243:2
**read**  56:14, 74:14, 78:21, 85:1, 86:24, 107:21, 108:21, 132:16, 132:18, 167:8, 185:25, 186:9, 186:10, 189:3, 205:20, 206:10, 206:11, 209:22, 209:22, 214:12, 256:16, 256:17, 256:19, 257:1, 257:14, 271:15, 300:6, 300:8, 301:1, 301:4
**reader**  146:14
**reading**  61:10, 108:12, 173:9, 198:11, 205:19, 206:1, 214:10, 256:24
**reads**  273:20
**ready**  6:5, 8:4
**real**  41:25, 114:22, 158:4, 158:5, 205:17, 209:1, 223:21
**reality**  101:16
**realize**  295:23
**really**  21:21, 27:24, 28:5, 28:6, 34:21, 61:6, 69:16, 71:1, 72:21, 76:12, 89:15, 112:24, 128:6, 169:9, 215:14, 227:11, 247:16, 268:12, 289:21
**reason**  41:23, 58:16, 60:2, 73:18, 95:19, 96:13,

96:20, 96:20, 96:21, 106:22, 106:23, 108:22, 109:2, 109:5, 110:11, 110:14, 110:22, 116:8, 116:11, 162:14, 170:6, 217:18, 217:21, 218:5, 218:9, 218:16, 245:10, 266:18, 267:12
**reasonable**  96:10, 287:16, 288:20, 289:8, 289:13, 290:1, 290:5
**reasonably**  287:23, 289:6, 289:21
**reasons**  96:22, 97:3, 105:22, 105:25, 106:1, 106:2, 118:24, 120:12, 170:8, 206:2, 207:6
**rebadged**  47:16
**recall**  41:1, 137:13, 137:17, 143:22, 149:6, 163:23, 163:24, 164:3, 164:7, 164:14, 166:4, 166:11, 166:12, 167:13, 175:11, 177:17, 178:15, 178:17, 193:15, 206:9, 223:8, 244:3, 250:20, 250:21, 281:8
**recap**  211:9
**receipts**  54:20, 55:2, 55:22
**receive**  13:8, 177:4
**received**  25:24, 104:25, 105:1, 168:24, 177:19, 235:8, 235:12
**receiver**  82:19
**receivers**  37:13, 71:8, 71:12, 71:22, 71:23, 72:12, 73:13

**receives**  13:5
**receiving**  149:12
**recent**  28:13, 162:25, 167:23, 203:4, 245:8, 294:10
**recently**  147:17, 263:17
**reciprocal**  213:22
**reckon**  196:8, 204:21
**reckoning**  198:7
**reckoning's**  198:12
**recognize**  57:16, 57:17, 60:20, 61:9, 91:19, 209:24, 213:12, 242:7, 256:11, 256:11, 256:15, 269:14, 269:18
**recognized**  224:25, 227:7
**recollection**  54:4, 57:21, 74:15, 92:8, 124:11, 260:25, 263:25
**recommended**  295:10
**recomposed**  92:18
**record**  4:2, 4:4, 4:9, 5:1, 5:13, 13:3, 29:14, 31:2, 31:5, 37:13, 41:21, 41:22, 45:11, 51:25, 52:1, 52:2, 52:6, 52:7, 52:14, 52:23, 53:8, 53:11, 53:13, 53:25, 77:13, 85:24, 89:23, 89:25, 90:2, 98:22, 114:12, 114:24, 115:5, 115:6, 117:5, 118:19, 169:16, 169:21, 169:22, 201:9, 201:14, 201:23, 201:25, 206:4, 224:14, 224:16, 228:10, 231:25, 253:17, 262:11, 263:4,

284:1, 284:2,
284:6, 284:7,
290:8, 299:23,
299:25, 304:10,
304:11
**recorded** 142:17,
146:10, 151:16
**recording** 151:3,
151:8
**records** 102:15,
140:22, 232:4,
232:9, 273:6,
279:9
**recurring** 160:16
**reddit** 176:17,
180:3, 239:12
**redirecting** 176:20
**redress** 234:9
**redskins** 229:22
**refer** 23:19, 218:20,
263:24, 270:24,
299:18
**reference** 113:2,
113:6, 121:15,
242:10, 297:6
**references** 235:8
**referencing** 186:10,
261:9, 261:22
**referred** 207:12,
223:19
**referring** 46:14,
186:8, 188:10,
206:14, 206:22,
207:1, 207:14,
218:21, 222:12,
232:6
**reflect** 57:21,
91:11, 288:16
**reflected** 43:8,
68:5, 89:4,
108:11, 239:7,
295:21
**reflecting** 133:14
**reflection** 57:13,
58:12, 66:21
**reflects** 101:13,
134:25
**reformatted** 91:7
**refresh** 54:4, 74:15,
92:8, 260:24
**refuse** 239:4

**refused** 146:13,
239:3
**regard** 80:18,
203:13, 211:8
**regarding** 232:19,
232:23
**registered** 23:1,
23:10, 23:14,
36:11, 37:17
**registration** 23:15,
23:19, 23:22
**registrations** 23:11,
23:16
**regression** 59:15
**regrettable** 244:7
**regular** 233:8,
280:17
**regularly** 20:1,
268:21
**regulations** 44:8
**rehosts** 252:7
**reinforced** 125:15
**reinstated** 22:19,
22:21, 28:15,
28:22, 28:24
**reinstatement** 28:11,
28:13
**rejected** 27:21
**relate** 280:8
**related** 43:11,
57:10, 59:7,
61:24, 83:9,
88:16, 107:12,
108:19, 131:16,
131:17, 142:15,
163:6, 179:21,
190:10, 215:22,
232:13, 258:17,
258:19, 263:19,
263:19, 264:4,
264:6, 280:18
**relationship** 44:12,
59:4, 100:2,
116:3, 133:15,
133:16, 133:21,
134:1, 135:13,
136:6, 136:9,
140:12, 140:12,
148:3, 148:9,
148:11, 148:22,
148:24, 148:24,

149:1, 150:11,
183:19, 197:9,
198:14, 202:23,
211:18, 211:25,
212:1, 212:15,
213:6, 213:6,
219:20, 219:23,
220:17, 221:2,
222:24, 223:24,
224:3, 224:23,
225:1, 225:2,
225:25, 228:8,
228:21, 228:23,
247:11, 259:24,
259:25
**relationships**
135:16, 164:25,
176:15, 211:17
**relative** 166:20
**releasing** 189:2,
189:3, 191:3
**relevance** 43:5,
43:25, 49:15,
50:17
**reliance** 287:16,
288:19, 290:1
**relied** 127:17,
127:19, 145:20,
287:22, 288:11,
288:15, 288:17,
289:7, 289:21,
294:25, 295:15,
295:18, 295:24
**relief** 176:5
**rely** 123:1, 127:23,
130:14, 131:4,
131:9, 276:1,
276:7
**relying** 126:25,
252:20
**remain** 108:24
**remains** 148:3,
148:8, 148:10
**remark** 170:22
**remarks** 192:24
**remember** 19:8,
21:24, 22:7,
28:11, 28:15,
31:10, 47:16,
55:10, 56:18,
88:15, 90:4,

90:23, 97:3, 104:16, 143:20, 151:3, 160:11, 164:23, 164:24, 166:14, 166:19, 167:2, 167:5, 170:7, 175:21, 176:4, 182:18, 185:15, 202:3, 209:9, 216:5, 216:6, 236:20, 245:10, 261:2, 261:3, 261:15, 262:5, 262:6, 262:7, 263:13, 276:18

**rememberer** 167:25, 168:12

**remembering** 143:14

**remind** 90:15

**reminder** 6:18

**remotely** 5:8

**remove** 169:1, 265:24

**removed** 152:24, 191:9

**renders** 135:23, 136:3, 149:5, 149:7, 149:9, 149:11, 149:13

**renew** 14:14, 16:7, 16:11, 16:16

**renewal** 14:24, 15:23, 61:5

**renewed** 153:20

**renewing** 61:3

**renews** 14:22

**rental** 230:10

**repeat** 96:24, 204:2, 245:16, 289:4

**repeatedly** 82:25, 186:5

**rephrase** 145:13, 286:13

**replacement** 37:1

**report** 76:11, 78:17, 78:23, 78:25, 122:1, 127:17, 127:25, 249:12, 249:18, 250:9, 251:20, 252:23, 253:1, 253:8,

254:2, 254:4, 256:3, 277:25

**reported** 21:3, 164:20

**reporter** 4:7, 6:21

**reports** 22:18, 273:3

**represent** 19:18, 23:17, 30:17, 91:15, 91:18, 94:16, 100:13, 100:24, 101:12, 105:10, 105:13, 121:18, 124:5, 125:3, 136:11, 140:11, 142:21, 160:19, 172:17, 189:12, 192:2, 297:17

**representation** 45:5, 58:15, 103:24, 131:10, 246:5, 263:4, 280:11, 293:6, 296:15

**representations** 139:8, 225:4, 237:11, 267:4, 267:5, 276:9, 286:1, 289:18, 296:23

**representative** 165:12, 165:13, 206:22, 262:7

**represented** 31:14, 61:15, 63:19, 97:7, 115:23, 131:1, 191:5, 239:23, 241:14, 251:19, 299:11

**representing** 97:20, 100:5, 121:3, 297:13

**represents** 12:23, 31:14, 135:1

**reproduce** 249:16

**reps** 229:4

**republication** 77:17, 164:2

**republications** 164:11

**reputation** 237:17

**request** 94:21,

174:17, 179:9, 215:10, 245:11, 256:22, 264:23

**requested** 66:24, 121:15

**requesting** 149:25

**requests** 20:13, 130:20, 179:9, 244:23, 245:12, 245:17

**require** 82:10, 83:18, 256:5

**required** 31:8, 32:9, 49:18, 142:10, 188:24, 191:18, 203:4

**requirement** 107:18

**requirements** 31:15

**requires** 146:16

**requiring** 108:13, 108:16

**reread** 92:25, 187:9

**research** 26:21, 82:17, 83:18, 95:2, 156:8, 160:21, 171:24

**researched** 134:11, 150:8

**researcher** 273:2

**researchers** 277:21

**reserved** 300:7

**resist** 77:19, 101:19

**resisted** 126:6, 126:12

**resolved** 22:3, 140:13, 279:3

**resource** 64:12

**resources** 237:9

**respect** 194:19, 194:22, 203:13, 221:10, 225:4, 226:4, 258:20, 287:8

**respects** 294:22

**respond** 289:15

**responded** 18:21

**responding** 264:23, 267:21

**response** 24:13, 93:1, 103:15, 107:9, 108:16,

108:19, 108:21,
109:14, 163:7,
199:18, 232:1,
275:12, 275:13,
278:12, 292:11
**responses**  93:25,
94:3, 94:6, 102:5,
106:24, 163:14,
172:21, 223:10,
298:19
**responsibilities**
294:10
**responsibility**
234:25, 293:11
**responsible**  224:7,
234:25, 236:22,
236:23
**responsive**  180:19,
180:21, 180:24,
196:6, 267:25
**rest**  119:8
**restate**  77:13,
87:12, 109:25,
116:14, 117:19
**restating**  76:3
**resting**  274:22
**result**  77:5, 180:14,
180:15, 181:19,
188:20, 188:22,
193:22, 195:25,
198:21, 202:7,
203:5, 204:19,
204:21, 205:2,
254:5, 254:7
**resulted**  192:7
**resulting**  188:4
**results**  101:4,
104:2, 158:6,
160:22, 160:24,
161:2, 161:4,
161:9, 283:21,
283:24
**retract**  233:19,
250:21
**retraction**  232:17,
232:22, 233:3,
233:4, 233:5,
233:15
**return**  41:10, 43:8,
54:7, 54:11,
69:13, 270:17

**returned**  270:17,
278:1
**returns**  38:4, 39:3,
42:12, 53:20,
73:21, 123:18
**retweeting**  199:6
**revenue**  12:24,
17:18, 17:20,
25:18, 35:23,
36:3, 52:20,
59:13, 60:23,
61:16, 61:17,
62:1, 62:2, 62:12,
62:13, 62:13,
62:18, 63:12,
63:15, 66:9,
67:22, 69:10,
70:20, 71:2,
71:14, 74:22,
77:2, 79:3, 79:5,
87:21, 87:22,
87:23, 121:1,
121:2, 125:24,
185:6
**review**  48:18,
164:21, 278:5,
278:21, 279:4,
280:18, 298:5
**reviewed**  38:4,
48:16, 53:20,
116:16, 163:16,
235:5, 235:7,
235:10, 278:14,
279:23
**reviews**  279:9
**revisit**  152:4
**revivalism**  198:12
**rickety**  111:5
**rico**  176:23, 217:3,
217:12, 220:9,
283:3, 284:23,
285:7, 285:8,
290:9, 291:24,
299:12
**rid**  92:1
**right**  5:4, 5:23,
7:21, 8:4, 8:9,
10:24, 11:24,
13:19, 16:15,
16:23, 17:14,
18:1, 19:10,

20:17, 21:22,
22:12, 22:15,
24:10, 24:15,
26:21, 29:3, 30:9,
30:25, 34:6,
35:16, 35:19,
36:3, 37:5, 37:18,
38:1, 38:2, 38:12,
38:16, 38:21,
40:2, 40:7, 41:10,
42:17, 42:17,
42:17, 43:9,
43:21, 44:2,
46:15, 46:23,
47:3, 47:24,
49:18, 51:2,
52:25, 53:9,
53:22, 54:12,
54:15, 55:12,
55:19, 56:7,
56:15, 56:16,
56:23, 59:10,
61:1, 61:18,
61:24, 64:1,
64:10, 65:1, 65:2,
65:24, 66:5,
66:23, 67:5, 67:8,
67:11, 67:11,
69:16, 71:16,
72:7, 74:5, 74:21,
75:5, 76:12,
76:18, 76:20,
78:9, 83:19,
83:20, 84:2, 84:8,
85:5, 85:21,
87:23, 88:21,
90:12, 91:16,
92:17, 92:20,
93:4, 93:15, 94:7,
95:14, 96:22,
98:13, 98:16,
98:17, 99:1, 99:7,
102:16, 103:16,
104:24, 105:7,
105:17, 106:15,
107:1, 107:10,
110:12, 111:18,
112:3, 112:10,
112:11, 112:20,
113:8, 114:2,
114:5, 114:5,

115:3, 116:24,
117:6, 117:13,
118:17, 118:17,
121:14, 122:3,
122:7, 122:18,
122:23, 124:13,
125:10, 126:19,
128:2, 128:3,
129:1, 129:16,
130:5, 131:12,
131:14, 132:6,
132:13, 133:15,
133:16, 133:25,
135:7, 136:14,
136:17, 136:19,
137:1, 139:7,
141:22, 142:13,
147:7, 147:12,
147:16, 152:10,
153:6, 154:6,
155:6, 155:15,
157:5, 157:5,
158:2, 158:18,
160:4, 160:24,
161:1, 161:1,
161:23, 162:4,
162:7, 165:24,
166:1, 168:12,
169:18, 169:21,
170:9, 174:24,
177:24, 178:20,
179:20, 181:1,
182:2, 186:6,
188:1, 188:15,
188:18, 190:4,
190:13, 195:10,
195:13, 197:19,
197:22, 197:25,
198:1, 198:4,
198:11, 198:24,
199:2, 201:16,
202:1, 202:4,
205:1, 207:3,
210:4, 210:11,
210:12, 211:1,
211:11, 212:24,
213:6, 214:2,
214:13, 214:15,
214:21, 215:2,
215:9, 217:22,
218:7, 219:1,

219:21, 220:9,
223:7, 223:14,
223:22, 230:5,
231:12, 231:13,
233:25, 234:6,
235:5, 235:8,
237:24, 238:8,
241:12, 243:10,
245:2, 247:13,
247:22, 249:4,
250:3, 252:24,
253:5, 256:7,
256:14, 256:23,
257:10, 257:12,
259:10, 259:16,
259:19, 261:4,
262:1, 262:10,
262:14, 265:2,
265:20, 266:2,
266:3, 268:19,
269:19, 270:5,
270:15, 272:19,
274:24, 275:1,
275:6, 277:20,
279:14, 281:11,
283:22, 284:9,
289:4, 291:3,
291:6, 294:20,
298:6, 298:7,
298:9, 299:1,
299:2, 299:23,
300:8, 300:17,
300:19, 301:1,
301:13, 302:5,
302:23, 303:16,
303:18, 304:5,
304:7
**rights** 229:5, 229:25
**rigid** 151:10
**rigmarole** 27:2
**risk** 229:8, 229:8,
   248:5
**risks** 117:17, 125:23
**rival** 175:21
**rocket** 239:13,
   265:10
**rofan** 266:9
**role** 225:11, 225:22,
   226:14, 227:6,
   227:24, 293:11
**rolled** 287:19

**rolling** 289:16
**room** 4:23, 103:7,
   165:24, 233:25
**rooted** 74:19, 104:4
**rough** 240:1, 290:4
**round** 62:21, 62:23,
   63:1, 63:2
**row** 56:10, 56:17
**rows** 91:24, 94:15
**run** 7:23, 42:1,
   42:3, 104:11,
   117:17, 198:2,
   208:25, 266:10
**runner** 45:17, 46:17,
   47:2, 47:9, 47:13,
   47:16, 47:17,
   47:22, 48:2, 48:9,
   48:15, 48:19,
   48:25, 49:3,
   49:11, 50:3, 50:6,
   50:9, 50:10,
   50:15, 50:25,
   51:16, 53:19,
   302:22, 303:5,
   303:6
**runners** 230:17
**running** 31:5, 167:5,
   270:3
**rutledge** 17:14,
   165:11, 165:14,
   165:15, 165:23

## S

**safe** 255:23, 255:24,
   303:19
**said** 18:16, 42:15,
   43:11, 43:13,
   46:5, 47:15,
   47:17, 49:6,
   52:16, 53:2,
   53:19, 54:25,
   55:22, 62:24,
   66:13, 72:23,
   73:25, 77:10,
   79:10, 80:24,
   81:2, 81:8, 103:3,
   103:12, 107:10,
   110:8, 110:16,
   110:21, 112:17,
   120:6, 126:1,

126:6, 128:25, 129:4, 129:24, 138:5, 138:7, 139:3, 139:9, 139:17, 140:9, 141:24, 142:23, 143:17, 143:25, 145:9, 146:20, 148:10, 152:1, 152:8, 156:19, 159:3, 160:23, 161:8, 161:22, 162:6, 162:11, 171:10, 178:6, 187:9, 187:16, 189:23, 190:12, 190:14, 198:13, 200:13, 200:13, 206:20, 208:1, 209:9, 210:2, 218:25, 219:22, 226:17, 240:2, 240:21, 243:23, 247:16, 249:23, 249:24, 249:24, 250:4, 262:1, 262:2, 262:3, 262:4, 266:1, 268:11, 270:21, 271:12, 273:16, 274:5, 274:19, 279:16, 281:13, 281:15, 282:3, 282:10, 288:24, 296:12, 298:4, 298:11, 301:12, 303:5

**salad** 173:10

**salantano** 281:22, 282:9, 283:9

**sale** 87:25, 88:4, 88:8, 88:10, 88:24, 89:8, 89:19

**sales** 17:18, 56:8, 56:11, 56:15, 61:20, 61:22, 61:23, 61:24, 65:1, 65:4, 66:20, 66:22, 67:5, 67:15, 67:17, 68:7, 68:8, 69:1,

75:5, 76:18, 83:13, 88:7, 123:4, 123:6, 123:9, 124:13

**saltano** 196:25, 197:3, 197:17, 198:7, 198:13, 199:3, 199:6, 199:13, 228:1, 236:9, 281:21, 282:4

**sanctions** 242:2

**santano** 211:1

**sarasota** 165:16

**satisfies** 32:18

**saw** 70:19, 137:10, 145:2, 157:18, 205:25, 206:5, 206:20, 264:13

**say** 6:11, 6:12, 9:6, 9:8, 10:14, 10:17, 10:22, 13:3, 13:24, 14:19, 15:7, 15:13, 15:24, 17:6, 17:14, 17:22, 18:5, 19:2, 19:16, 19:24, 20:14, 20:20, 20:23, 21:10, 21:11, 23:15, 24:21, 24:21, 27:7, 27:7, 27:10, 27:10, 27:12, 29:21, 29:22, 31:6, 32:11, 34:20, 35:1, 35:4, 35:16, 35:16, 35:20, 37:2, 37:22, 39:8, 39:16, 41:22, 41:24, 44:17, 44:19, 50:2, 51:14, 54:16, 56:15, 57:13, 57:17, 60:8, 61:3, 61:25, 66:6, 69:24, 70:13, 71:22, 72:1, 72:8, 72:20, 76:12, 77:11, 78:6, 78:7, 78:12, 80:22,

81:7, 81:9, 82:9, 89:14, 96:17, 96:25, 97:16, 101:3, 101:11, 101:23, 103:21, 107:8, 108:2, 108:2, 109:24, 115:25, 116:2, 117:1, 117:4, 118:3, 118:6, 119:25, 121:25, 123:5, 124:23, 126:25, 128:8, 129:17, 129:21, 135:2, 135:15, 135:16, 135:25, 137:14, 137:16, 138:4, 138:4, 138:11, 138:16, 139:15, 141:25, 142:7, 143:19, 144:20, 145:4, 145:8, 145:12, 145:14, 145:19, 145:22, 146:9, 146:15, 147:13, 147:19, 149:17, 149:18, 150:7, 150:15, 154:15, 158:11, 158:19, 159:21, 167:23, 172:21, 176:22, 178:4, 180:7, 180:11, 180:12, 180:19, 181:17, 184:1, 186:23, 190:2, 191:17, 192:5, 192:18, 192:21, 193:6, 193:20, 193:20, 195:3, 198:9, 199:5, 200:22, 202:19, 204:23, 207:19, 209:11, 209:15, 211:17, 213:5, 213:18, 214:5, 214:7, 217:11, 218:12, 224:20, 225:5, 225:5, 226:19, 228:10, 237:5,

243:23, 246:15, 246:16, 249:21, 251:13, 253:17, 253:21, 254:22, 255:14, 255:24, 255:24, 256:24, 257:21, 258:6, 260:7, 267:2, 268:15, 269:8, 271:18, 271:22, 274:9, 276:16, 276:18, 279:20, 281:14, 283:2, 283:11, 287:8, 288:16, 288:24, 290:18, 291:6, 295:1, 295:20, 295:22, 296:22, 297:13, 298:15, 299:20

**saying**  9:15, 14:15, 14:16, 14:18, 16:7, 16:12, 17:7, 17:8, 17:8, 26:18, 29:18, 30:8, 31:2, 31:4, 32:19, 33:4, 34:19, 39:6, 48:10, 56:11, 56:17, 57:24, 63:13, 67:19, 72:9, 72:19, 73:2, 74:4, 75:2, 76:6, 78:19, 79:14, 92:5, 100:19, 103:14, 104:5, 108:15, 108:16, 119:6, 121:6, 122:5, 122:6, 122:9, 126:13, 127:21, 131:9, 136:7, 136:8, 141:25, 143:2, 148:9, 150:14, 153:16, 156:12, 164:11, 167:18, 168:15, 171:3, 171:18, 171:23, 173:2, 176:4, 177:18, 178:23, 180:25, 181:6, 184:14, 188:24,

189:10, 189:14, 193:17, 193:24, 197:15, 199:19, 200:9, 200:17, 200:21, 205:9, 209:22, 212:23, 214:5, 214:8, 215:4, 217:7, 217:9, 218:5, 218:8, 220:7, 221:10, 221:18, 228:20, 240:1, 241:19, 241:23, 243:8, 243:19, 244:4, 252:17, 260:20, 261:6, 267:21, 278:1, 278:23, 281:12, 287:12, 292:22, 296:13, 296:21, 297:5, 298:18

**says**  32:5, 33:21, 33:23, 59:13, 59:15, 66:9, 108:23, 122:1, 159:7, 160:10, 160:15, 160:16, 165:8, 176:11, 176:12, 176:15, 184:10, 196:4, 196:6, 203:2, 205:25, 215:14, 215:16, 228:15, 228:15, 231:2, 231:4, 239:4, 243:15, 247:4, 263:15, 267:9, 271:11, 271:15, 273:8, 273:15, 275:13, 275:15, 282:8, 282:12, 296:3, 298:1

**scam**  26:23

**scare**  27:18

**scatter**  85:12

**scheme**  182:10, 182:12, 184:7

**school**  173:8

**scope**  8:23, 49:16, 50:17, 52:21, 136:5

**screen**  5:17, 174:3, 175:6, 175:11, 175:14, 178:17, 223:22, 224:12, 224:18, 224:24, 224:25, 225:20

**screenshot**  153:2

**screenshots**  151:17, 152:16, 199:6

**scroll**  62:5, 91:20, 92:17, 96:10, 256:20

**scrolling**  247:25

**scrutiny**  140:9

**sean**  84:5, 84:6

**search**  112:16, 175:25

**seasons**  167:23

**second**  6:10, 51:25, 71:14, 72:5, 72:11, 79:10, 110:1, 117:18, 118:8, 184:14, 203:23, 237:14, 247:17, 264:2

**section**  170:25, 253:4

**securely**  270:13

**security**  33:19, 33:20, 98:10, 98:15, 257:24, 258:17, 258:18, 258:19, 260:2, 268:21, 273:2, 277:21, 280:18

**see**  6:15, 6:22, 9:4, 17:17, 20:7, 21:19, 24:21, 26:20, 26:24, 33:16, 33:16, 33:17, 33:17, 36:6, 47:2, 47:9, 47:14, 54:20, 54:22, 55:24, 56:10, 56:15, 56:17, 57:10, 62:25, 65:7, 65:23, 67:6, 70:9, 75:9, 84:24, 85:1, 85:15, 85:18, 86:8, 86:21,

86:25, 87:24,
88:16, 88:22,
89:4, 89:7, 89:8,
91:13, 91:24,
95:25, 96:1, 96:2,
97:22, 103:15,
103:15, 103:16,
105:8, 105:11,
109:18, 110:3,
112:22, 113:4,
121:12, 121:12,
124:1, 127:14,
127:17, 128:4,
132:9, 137:9,
141:19, 141:25,
142:20, 153:2,
157:15, 161:24,
164:10, 175:12,
175:19, 183:17,
184:13, 186:7,
193:3, 193:5,
203:19, 204:2,
210:7, 210:19,
211:4, 221:18,
232:8, 233:18,
236:21, 243:3,
243:4, 243:8,
244:17, 247:25,
247:25, 258:9,
261:1, 263:16,
266:1, 267:7,
268:15, 269:15,
269:24, 270:1,
271:18, 277:13,
281:16, 281:16,
281:17, 283:16,
288:10, 289:16,
299:5, 300:24,
303:22
**seeing**  62:6, 91:10,
125:20, 125:20,
175:2
**seeks**  176:4
**seem**  62:15, 64:18,
65:2, 65:14,
65:15, 65:24,
67:8, 91:11,
101:21, 104:24,
123:14, 124:13,
162:23, 174:17,
232:10, 261:18,

263:19, 264:5,
270:8, 270:13
**seemed**  22:9, 93:25,
94:3, 123:8,
165:20, 166:13,
166:20, 182:10,
188:6, 188:13,
190:1, 197:17,
198:23, 265:17
**seems**  55:1, 58:12,
58:15, 59:5, 59:9,
62:16, 65:25,
65:25, 66:5, 66:6,
67:24, 68:6,
68:15, 81:8,
81:19, 84:17,
84:20, 85:9, 93:1,
97:15, 99:3, 99:4,
105:7, 105:13,
105:13, 107:17,
112:17, 120:7,
121:15, 121:24,
123:17, 124:12,
124:16, 124:18,
124:23, 125:18,
128:12, 133:12,
142:24, 143:6,
144:23, 163:11,
164:8, 170:19,
170:22, 171:17,
171:22, 177:3,
177:5, 178:20,
180:21, 181:7,
182:12, 194:24,
216:25, 227:16,
252:20, 254:7,
257:14, 259:12,
263:2, 264:2,
264:19, 267:19,
269:20, 273:24,
273:24, 274:2,
277:13, 286:6,
294:1, 294:9,
294:15
**seen**  50:6, 56:19,
59:16, 59:17,
59:19, 59:22,
60:21, 61:13,
61:14, 64:19,
66:4, 85:6, 137:5,
138:2, 207:20,

211:11, 233:4,
242:11, 263:14,
293:9
**sees**  35:23
**segment**  82:4,
166:19, 167:8,
288:17
**select**  94:6, 95:10,
96:13, 96:15,
96:20, 96:21,
98:25, 110:5,
110:11, 159:6
**selectable**  95:11,
107:4
**selected**  95:18,
99:4, 99:8, 110:8,
110:11, 111:12,
111:23, 112:5,
112:18, 112:20,
134:4, 157:22
**selection**  116:8
**selections**  112:23
**self-righteous**
159:24
**selfish**  169:12
**sell**  9:7, 9:13,
11:25, 12:3,
26:15, 34:16,
37:15, 68:21,
196:14, 304:5
**selling**  30:21, 33:3,
48:6, 48:7, 48:23,
49:3, 49:10,
49:24, 49:25
**sells**  9:8, 9:12,
9:14, 35:13,
37:18, 37:20,
38:1, 66:12
**send**  6:10, 18:18,
57:15, 232:17,
262:17, 275:16,
297:21, 297:21
**sending**  233:3,
233:5, 233:14
**sense**  11:12, 11:14,
16:3, 19:11,
21:15, 24:8,
44:21, 95:22,
103:10, 120:11,
212:4, 268:12,
292:14, 296:8

**sent**  178:13, 198:16, 198:18, 199:22, 204:19, 232:22, 263:8, 273:21, 275:23
**sentiment**  101:25
**sentiments**  163:9, 295:21
**separate**  15:11, 47:19, 47:19, 47:20, 47:20, 63:10, 71:16, 79:16, 95:19, 95:21, 123:18, 157:10, 194:20, 207:15, 207:15, 215:15, 236:5, 251:11
**separated**  61:17, 61:19, 62:12, 62:14, 78:4, 159:14
**separately**  236:4, 286:18
**separating**  183:23
**september**  105:2, 105:14, 106:9, 241:4
**sequence**  16:14
**series**  138:20, 183:4, 184:10, 228:14
**serious**  78:12, 173:6, 277:21, 293:25
**seriously**  233:14
**servers**  241:15, 241:24, 243:9, 243:19, 243:21, 251:8, 251:11, 264:21
**serves**  234:7
**service**  20:13, 20:15, 95:1, 109:17, 110:2, 110:2, 110:9, 118:25, 134:2, 144:15, 145:14, 250:14, 263:25, 296:11
**services**  37:2,

73:11, 109:18, 262:22, 266:11, 268:21, 296:3, 297:6, 298:1
**set**  15:15, 31:10, 37:9, 69:3, 77:4, 101:23, 105:1, 105:5, 106:8, 121:24, 121:25, 122:10, 133:10, 236:13, 236:21, 254:7, 264:13, 268:23
**sets**  32:12, 37:18, 37:19, 37:22, 120:23, 120:25
**setting**  72:23
**settle**  191:18
**settled**  188:25, 188:25
**settlement**  189:8, 189:10, 189:12, 190:23, 191:8, 191:13, 191:15, 192:1, 192:13, 192:23, 193:7
**setup**  254:10
**seven**  7:8, 264:14
**sexual**  169:1
**sh**  292:5
**shaming**  295:10, 295:10
**share**  12:23, 12:25, 13:1, 291:4
**shared**  212:4, 234:20, 241:13, 246:16, 246:18, 246:23, 247:2, 247:2, 247:7, 290:3
**sharing**  187:8, 200:5, 202:10, 234:14, 234:18, 235:1, 246:13, 246:14, 246:20, 270:12
**sheet**  59:15, 68:16, 70:19, 91:8, 93:21
**shipping**  37:3, 37:3
**shirts**  37:25, 38:1
**shit**  254:9

**shop**  30:24
**short**  18:22, 169:25, 235:21, 239:10, 254:7
**shorten**  172:5
**shorthand**  62:10
**show**  47:12, 53:23, 54:5, 67:2, 67:7, 68:24, 69:1, 74:10, 74:11, 74:14, 84:10, 85:4, 92:24, 96:6, 110:6, 122:10, 123:18, 124:4, 124:25, 126:5, 126:7, 129:19, 129:21, 130:2, 130:6, 130:14, 151:1, 152:14, 152:19, 152:23, 154:23, 164:22, 180:13, 195:24, 197:8, 205:20, 209:2, 209:4, 210:12, 219:3, 219:11, 224:23, 226:5, 230:21, 231:1, 231:20, 232:10, 242:11, 245:1, 245:4, 245:18, 245:19, 247:8, 256:10, 259:21, 259:24, 260:6, 260:24, 263:9, 264:9, 269:7, 269:9, 274:17, 278:9, 279:9, 290:4
**showed**  59:8, 134:4, 187:8, 273:12
**showing**  67:20, 92:8, 123:4, 123:6, 125:23, 137:10, 181:13, 187:12, 192:25, 193:12, 199:13, 200:6, 202:7, 210:9, 211:2, 211:25, 219:23, 220:25, 222:23, 232:1, 232:12, 267:7

**shown**  64:8, 93:18,
   99:5, 271:10,
   273:10
**shows**  54:6, 67:5,
   70:19, 102:3,
   123:25, 212:14,
   212:15, 231:2
**side**  59:14, 280:1,
   302:24
**sidekick**  242:16,
   242:17, 242:18
**sign**  150:5, 264:16,
   274:5, 274:6,
   275:4, 275:16,
   275:24, 300:8,
   304:7
**signal**  261:17,
   261:25, 264:13,
   267:14, 273:21,
   273:22
**significant**  255:24
**significantly**  185:6
**similar**  223:18,
   263:17
**similarity**  58:6
**simple**  15:3, 49:23,
   117:12, 131:23,
   141:3, 187:11,
   187:20, 237:10,
   252:5
**simpler**  197:18
**simplify**  182:3
**since**  19:5, 23:17,
   25:24, 26:3,
   66:22, 89:14,
   147:18, 147:21,
   185:23, 186:5,
   218:25
**sincere**  243:20
**single**  239:17,
   264:10
**sir**  4:19, 115:1,
   115:7, 169:23,
   202:1, 301:11,
   302:10, 303:10
**sit**  145:22, 175:11
**site**  125:6, 160:17,
   161:8, 248:16,
   248:24, 253:19
**sites**  248:14, 249:7
**sitting**  103:7,

174:1, 206:22,
   291:2
**situation**  16:15,
   27:6, 108:25
**six**  7:7
**skip**  79:23, 259:15
**slack**  153:3, 153:6,
   153:9
**slash**  78:7, 98:16,
   164:10, 165:8,
   172:10, 173:17,
   175:20, 175:21,
   176:6, 209:8
**slice**  231:9
**slides**  37:15, 37:15
**slightly**  150:1
**slippery**  15:15
**slope**  84:13, 84:18
**slur**  266:19
**small**  19:25, 30:21,
   37:1, 63:20
**smart**  214:3, 214:3,
   291:10
**smoke**  289:17
**social**  130:9, 179:3,
   197:7, 223:1,
   239:21, 292:17
**soft**  196:21
**software**  35:13,
   78:12, 83:5, 99:17
**sold**  9:18, 11:18,
   12:21, 15:8,
   63:23, 197:13
**sole**  22:16
**somebody**  14:19,
   55:8, 60:1, 82:25,
   137:5, 145:9,
   171:15, 172:9,
   173:16, 177:10,
   266:1
**somehow**  140:13,
   253:15
**someone**  196:5,
   252:21, 255:2,
   261:13, 265:8,
   277:8, 298:5
**something**  6:12, 9:3,
   10:21, 16:13,
   16:19, 20:1,
   30:11, 34:25,
   58:8, 82:23,

85:23, 86:5, 95:9,
   102:10, 107:8,
   113:22, 116:3,
   122:12, 124:3,
   126:5, 131:12,
   134:10, 135:23,
   140:6, 140:14,
   140:21, 143:17,
   143:18, 143:20,
   152:6, 154:11,
   158:3, 161:11,
   164:10, 178:11,
   180:5, 184:7,
   184:8, 188:3,
   199:20, 210:21,
   226:6, 229:3,
   229:25, 231:5,
   247:16, 261:22,
   264:16, 266:19,
   266:20, 274:5,
   275:4, 275:16,
   276:24, 280:20,
   287:11, 296:4,
   297:18, 300:24
**sometimes**  11:22,
   11:23, 13:1,
   16:22, 20:14,
   21:3, 32:5, 44:16,
   44:24, 44:25,
   104:11, 104:15,
   106:23, 112:22,
   203:3, 209:13,
   209:14, 257:24
**somewhere**  42:4,
   74:19, 205:11
**son**  304:7
**soon**  83:21, 283:1
**sophisticated**  252:2,
   252:4
**sorry**  5:24, 7:5,
   12:8, 23:6, 34:13,
   35:3, 39:12,
   54:24, 54:25,
   55:15, 61:10,
   61:11, 87:7,
   87:17, 88:1, 88:2,
   116:14, 155:7,
   187:18, 191:9,
   212:1, 212:15,
   219:3, 240:19,
   245:25, 252:25,

255:16, 280:20, 284:20, 301:3, 303:8

**sound**  53:22, 93:15, 98:13, 98:16, 103:16, 112:3, 131:7, 273:17

**sounded**  77:10, 303:5

**sounds**  65:11, 69:14, 93:18, 98:17, 112:10, 112:11, 131:11, 164:20, 176:8, 261:14

**source**  17:18, 17:20, 18:7, 19:3, 57:6, 57:8, 57:22, 71:14, 123:8, 228:3, 266:23, 266:24, 269:1

**southern**  256:13

**southerner**  198:10

**space**  5:6, 28:3, 28:6, 70:11, 200:16, 210:1, 292:13, 295:6

**speak**  16:24, 41:3, 41:7, 41:7, 61:4, 76:21, 79:22, 119:19, 173:8, 181:21, 182:1, 184:21, 229:6

**speakers**  7:8, 7:10, 7:15

**speaking**  51:8, 52:13, 52:18, 81:13, 166:1, 186:2, 192:15, 285:25

**speaks**  227:24

**special**  44:12, 168:25

**specific**  39:15, 131:21, 174:1, 174:23, 175:10, 182:25, 217:18, 228:7, 228:7, 229:1, 229:3, 234:15, 235:24, 236:21, 237:18, 238:14, 239:9, 239:15, 240:2,

240:9, 240:12, 241:8, 241:10, 242:3, 243:22, 244:14, 245:13, 245:19, 246:8, 246:9, 293:6

**specifically**  58:5, 102:15, 112:1, 112:6, 116:4, 154:2, 158:4, 174:20, 178:11, 223:11, 235:14, 235:18, 236:7, 238:15, 240:5, 246:21, 249:9, 270:4, 282:4, 292:14, 296:23

**specificity**  76:14

**specify**  46:13

**speculation**  51:20, 109:10, 180:9

**speech**  46:2

**spell**  4:9, 4:16, 4:17, 5:13, 303:11

**spelling**  302:4, 302:21, 303:24

**spellings**  302:2, 304:1

**spike**  87:24

**spite**  18:20

**spiting**  18:15

**split**  11:7, 36:13

**spoken**  207:24

**spongebob**  242:6, 242:8, 242:11

**sponsor**  196:13

**spontaneous**  168:1

**spoof**  250:2

**spoofers**  249:1, 250:17, 250:25

**spoofing**  249:8, 249:21, 250:8, 252:17

**spooked**  267:19, 281:21

**spooky**  268:23, 268:24

**spread**  236:10, 247:5, 265:18, 293:10

**spreading**  247:5

**spreadsheet**  96:3, 253:7

**spring**  302:20

**squat**  250:2

**squatters**  249:2, 250:10, 250:10, 250:17, 250:25

**squatting**  250:9

**ss**  19:2

**stability**  120:5, 125:23

**stable**  26:10, 123:25

**stand**  114:6, 266:20

**stand-in**  209:20

**standard**  4:3, 52:6, 52:7, 53:12, 89:25, 90:2, 104:21, 115:5, 115:6, 118:19, 138:8, 169:22, 201:24, 256:8, 284:6, 284:7, 304:10

**standards**  276:23

**standout**  71:13

**stands**  72:5

**stark**  127:4, 232:16

**start**  33:5, 70:13, 84:21, 85:10, 85:17, 90:21, 191:24

**started**  46:21, 105:2, 105:4, 105:15, 122:5, 148:13, 148:14, 187:23

**starting**  46:19, 46:20, 46:24, 65:20, 74:25, 124:25, 148:12

**starts**  85:13, 85:15

**state**  5:12, 9:25, 11:4, 18:16, 23:5, 23:6, 23:10, 23:17, 24:6, 29:2, 32:16, 33:1, 33:6, 33:12, 33:15, 33:20, 34:3, 36:11, 39:16, 41:23, 46:4, 46:7, 172:22, 184:6,

222:7, 224:16
**stated** 108:11, 108:22, 109:5
**statement** 55:23, 69:8, 145:2, 146:1, 146:4, 146:6, 157:15, 157:18, 184:18, 184:19, 184:20, 186:18, 187:5, 189:24, 231:13, 233:4, 236:1, 236:1, 257:13, 298:13, 298:15
**statements** 55:16, 69:7, 69:9, 123:11, 123:13, 144:22, 145:15, 145:16, 145:24, 167:10, 168:11, 175:20, 176:6, 176:16, 183:4, 183:5, 183:6, 183:10, 183:14, 183:18, 184:4, 184:11, 184:16, 184:25, 185:2, 185:16, 186:11, 186:14, 186:16, 186:19, 186:19, 186:22, 187:4, 189:11, 190:5, 190:10, 215:3, 221:12, 221:14, 221:19, 228:14, 232:20, 232:24, 233:5, 233:6, 233:19, 235:4, 236:5, 237:1, 238:25, 239:1, 239:1, 239:9, 239:11, 239:12, 239:13, 239:20, 240:13, 243:13, 249:20, 250:15, 274:23, 285:16
**states** 10:3, 31:8, 31:21, 32:4, 32:15, 86:15, 241:25, 252:22, 259:4, 259:4

**stating** 42:20
**statistics** 83:18
**status** 134:3, 149:25, 150:1
**statute** 217:16, 217:23, 291:13
**stay** 115:16, 163:1
**steal** 277:2
**stealer** 254:3
**stealing** 183:14, 277:6
**steam** 266:17
**steer** 175:20
**stem** 11:4
**stemmed** 11:8
**step** 27:4, 42:15, 118:7, 118:14, 118:14, 153:23, 206:2
**steps** 82:11
**still** 6:11, 12:3, 14:14, 16:9, 19:9, 19:9, 19:10, 20:7, 22:3, 35:20, 52:21, 72:16, 78:14, 80:23, 100:3, 109:6, 147:3, 153:24, 153:25, 167:15, 237:17, 278:14, 278:21, 279:1, 283:6, 298:22
**stipulate** 5:7
**stole** 160:16
**stolen** 189:19, 254:1
**stood** 52:16
**stop** 41:21, 42:16, 42:16, 42:19, 42:24, 48:10, 51:24, 109:1, 119:15, 119:16, 157:16, 172:25, 173:17, 251:2, 251:4, 281:3
**stopped** 32:2, 131:24, 144:15, 145:9, 145:14, 155:18, 172:9, 172:10, 173:16
**store** 31:5
**stories** 239:6

**story** 203:14, 239:4
**straight** 61:20, 159:17, 266:7, 266:8
**strange** 177:24
**stranger** 20:8
**stream** 240:21
**streamline** 205:10
**strenuous** 274:2
**strictly** 192:15
**stroke** 5:3, 137:14, 143:11, 177:15, 177:16, 199:16, 199:18, 200:5, 200:6, 200:9, 209:15, 211:12, 211:19, 225:19, 225:21, 230:23, 241:5, 292:21, 292:23, 293:9
**stroke's** 177:17, 201:2, 226:2
**strokes** 201:1
**strokes'** 201:12
**strong** 59:6, 110:22
**stronger** 256:8
**strongly** 145:24
**structure** 290:13, 290:14, 291:12, 291:17
**struggling** 172:13, 206:6
**study** 80:16, 88:13, 161:20, 192:1
**stuff** 7:6, 10:1, 26:21, 31:23, 71:17, 73:3, 107:12, 114:22, 149:14, 149:16, 197:22, 198:12, 201:1, 201:3, 230:23, 256:9, 263:16, 270:10, 274:19
**stumbling** 285:2
**style** 57:19, 145:7
**stymied** 149:3
**subject** 52:17, 156:23, 165:16, 165:18, 165:19, 166:14, 175:10,

190:13, 190:16, 191:1, 191:2, 297:10

**submissions** 92:25

**submit** 34:4, 93:14, 95:16

**submitted** 25:23

**subpoena** 232:1, 232:1

**subpoenaed** 275:21

**subreddit** 209:8

**subscribed** 108:24

**subscriber** 255:1, 289:10

**subscribers** 60:22

**subscribing** 109:1

**subscription** 10:18, 13:5, 13:13, 160:17

**subscriptions** 60:25, 60:25, 71:25, 72:2, 97:9

**substance** 170:20

**substantial** 51:1, 51:3, 51:6, 51:15, 120:8, 191:17, 192:4, 198:18

**substantially** 120:19, 225:18

**substantiate** 181:19

**substantiating** 205:7

**subsume** 13:9

**subsumed** 13:25, 83:13, 83:15

**subtracting** 67:14

**succeed** 257:24

**successful** 28:10

**succinct** 98:18

**suck** 167:9, 167:19

**sudden** 124:25, 125:2, 125:3, 126:6, 126:12

**sue** 216:14, 217:12

**sued** 217:21

**suffer** 206:6, 250:8

**suffering** 168:2

**suffice** 149:17

**sufficient** 245:3

**sufficiently** 150:8, 206:12, 273:14

**suggest** 55:1,

198:23, 201:4, 208:11, 220:15, 263:2

**suggested** 278:6, 278:7

**suggesting** 86:20, 186:7, 209:1

**suggestion** 177:3

**suggestions** 270:15, 270:18, 270:21

**suggests** 256:3, 275:8

**suing** 186:13, 186:15, 218:16

**suit** 234:3, 234:13, 248:8, 248:10, 281:9

**sup** 37:9

**super** 240:21

**superhero** 242:9

**supplement** 285:15

**supplementary** 172:22

**supply** 96:20, 108:8

**support** 10:2, 10:5, 10:19, 18:19, 37:2, 37:10, 73:9, 73:11, 98:13, 111:12, 111:19, 111:20, 111:21, 112:16, 113:1, 157:23, 159:6, 159:9, 160:10, 160:15, 178:18, 184:25, 193:17, 193:17, 194:19, 194:24, 195:4, 203:14, 204:24, 209:25, 210:1, 216:11, 216:12, 227:16, 237:1, 264:22, 278:24, 286:25, 288:13, 289:2, 292:5, 292:10

**supported** 10:23

**supports** 8:25, 125:24, 209:23

**suppose** 96:4, 105:9, 178:4, 277:16, 297:13

**supposed** 24:10,

132:11, 258:23

**sure** 6:9, 17:17, 22:6, 22:8, 25:3, 25:3, 25:5, 29:17, 36:24, 38:21, 38:23, 40:15, 45:4, 53:24, 55:6, 55:21, 61:25, 63:11, 65:7, 65:19, 66:10, 67:25, 74:12, 76:2, 76:4, 76:23, 91:22, 97:7, 99:13, 103:18, 106:5, 110:1, 110:6, 114:13, 123:5, 124:8, 132:9, 133:1, 145:21, 147:15, 151:2, 152:24, 153:13, 155:21, 157:17, 163:15, 164:17, 164:22, 166:9, 167:15, 177:7, 186:24, 188:16, 189:9, 191:14, 192:14, 198:17, 203:7, 206:18, 207:17, 209:5, 210:5, 210:15, 211:14, 213:25, 219:8, 219:15, 221:11, 222:18, 234:23, 238:4, 248:1, 248:15, 256:2, 259:1, 259:8, 261:11, 269:25, 271:20, 272:16, 276:9, 276:10, 279:2, 279:20, 280:16, 281:24, 284:3, 285:5, 287:18, 288:6, 288:7, 288:7, 289:6

**surely** 72:18

**surgical** 19:23

**surprising** 111:25, 111:25

**surreptitious** 272:8

**surrounding** 120:20
**survey** 91:19, 94:22,
   101:3, 104:2,
   104:5, 105:5,
   107:2, 108:9,
   108:21, 115:9,
   116:19, 158:5,
   158:11, 158:18,
   158:25, 160:22,
   160:24, 161:2,
   161:4, 161:9,
   283:21, 283:24
**surveys** 82:17,
   90:16, 90:18,
   90:22, 90:23,
   91:6, 94:18,
   94:19, 94:24,
   95:2, 105:24,
   116:6, 116:10,
   116:12, 155:23,
   158:3, 158:8,
   162:11, 288:16,
   295:20
**suspect** 130:5
**suspicion** 120:22
**swear** 5:25
**swears** 239:14
**sworn** 221:12, 221:14
**system** 26:5, 31:5,
   31:13, 31:19,
   39:17, 64:10,
   74:24, 74:24,
   257:16, 257:17,
   257:19
**systems** 68:21

### T

**tacked** 11:5
**tailor-made** 212:7
**take** 10:13, 11:15,
   24:23, 24:24,
   52:16, 55:15,
   65:15, 82:11,
   83:17, 89:20,
   91:23, 103:20,
   103:22, 110:4,
   114:10, 121:8,
   131:22, 144:5,
   154:20, 172:8,
   176:2, 190:24,

   194:12, 195:5,
   201:6, 201:19,
   214:15, 214:16,
   251:13, 251:18,
   256:4, 256:19,
   273:10, 294:15,
   304:9
**taken** 226:22, 251:20
**takes** 45:6, 247:12
**taking** 26:1, 85:8
**talent** 263:8
**talk** 13:18, 13:22,
   20:15, 42:21,
   42:23, 52:14,
   52:17, 78:1, 78:2,
   78:3, 79:16,
   102:19, 102:21,
   146:8, 146:10,
   146:13, 169:14,
   170:3, 170:4,
   170:5, 170:6,
   174:14, 185:18,
   203:22, 215:25,
   264:15, 273:18,
   274:10, 276:20,
   303:16
**talked** 20:19, 41:16,
   41:17, 42:22,
   47:15, 52:15,
   55:19, 55:23,
   90:12, 98:11,
   98:12, 146:15,
   281:7, 283:22,
   283:24, 283:25,
   299:14, 304:6
**talking** 8:8, 9:25,
   17:22, 20:16,
   26:7, 26:16,
   46:21, 53:17,
   53:18, 55:18,
   81:11, 83:14,
   90:4, 90:19,
   90:21, 104:9,
   122:3, 125:10,
   127:5, 130:16,
   140:19, 141:23,
   146:25, 160:1,
   160:3, 161:16,
   165:7, 165:8,
   166:4, 166:10,
   169:3, 170:8,

   170:13, 174:10,
   181:4, 187:23,
   200:5, 202:3,
   205:12, 207:21,
   212:23, 213:15,
   213:19, 216:1,
   219:16, 220:21,
   224:17, 228:19,
   239:18, 242:6,
   242:22, 243:4,
   247:17, 254:17,
   264:2, 267:24,
   273:22, 279:6
**talks** 164:25, 203:2
**targeted** 106:13,
   234:24
**tasked** 132:14
**tax** 29:1, 38:4,
   39:2, 41:10,
   42:11, 43:8,
   53:20, 54:7,
   54:11, 55:4,
   69:13, 73:21,
   123:18
**team** 226:19
**technical** 104:3
**techniques** 104:21
**techno** 44:24
**technologies** 262:23
**technology** 16:2,
   43:21, 44:25,
   111:8, 280:6
**telemetry** 258:9
**tell** 5:25, 19:20,
   21:22, 31:19,
   43:3, 43:12,
   81:17, 81:25,
   85:23, 97:6,
   106:5, 113:5,
   138:1, 140:1,
   140:6, 143:5,
   146:12, 152:21,
   153:2, 153:20,
   156:11, 156:20,
   164:5, 171:4,
   184:6, 188:21,
   238:19, 240:9,
   241:9, 247:4,
   274:7, 281:23
**telling** 8:17, 17:13,
   203:8, 209:23,

264:25, 282:11

**tempted** 144:20

**tempting** 217:9

**tenor** 170:16, 170:18, 170:19, 170:20

**tens** 255:18, 255:19

**tense** 231:10

**term** 39:15, 213:13, 213:13, 244:2, 248:23, 302:8

**terminally** 35:18, 35:22, 77:19

**terms** 30:8, 63:18, 75:20, 75:21, 75:23, 75:24, 76:1, 80:8, 80:21, 80:25, 81:9, 82:1, 133:10, 164:5, 164:8, 190:23, 232:16, 256:6, 271:25, 272:2, 272:4, 296:3, 296:11, 297:6, 297:12, 298:1

**terribly** 47:11

**territories** 185:5

**test** 258:8, 258:8

**testified** 22:8, 164:23

**testify** 47:7, 48:12, 74:3, 78:21, 78:23, 133:17, 133:20, 295:13

**testifying** 122:15, 132:14, 164:24

**testimony** 8:23, 19:19, 38:13, 40:15, 48:8, 48:11, 150:8, 154:9, 156:10, 161:3, 161:5, 161:7, 211:8, 214:8, 243:14, 263:23, 264:22, 274:16, 276:14

**texas** 4:6, 23:6, 23:17, 23:20, 23:21, 23:21, 28:21, 36:11, 41:10

**text** 95:9, 98:23

**th** 272:20

**thank** 5:20, 8:14, 17:4, 30:18, 45:9, 53:10, 53:14, 55:3, 66:4, 80:6, 84:12, 114:13, 115:3, 115:7, 118:20, 158:21, 169:23, 202:1, 224:19, 232:21, 248:2, 284:11, 284:13, 284:14, 298:7, 302:7, 303:9, 303:10, 303:20, 304:1

**thanks** 43:1, 111:2, 201:16, 201:18, 203:25

**theft** 159:22

**theme** 267:18

**themself** 5:1

**theoretical** 218:21

**therefore** 15:23, 32:15, 61:13, 61:23, 70:16, 80:20, 82:21, 103:3, 110:13, 148:8, 196:17, 200:18, 236:4, 259:13, 286:19, 299:18

**thesis** 228:15, 228:15

**thi** 144:2

**thing** 27:16, 33:11, 34:10, 35:4, 38:16, 38:17, 38:22, 38:23, 46:19, 47:11, 48:18, 60:10, 63:7, 71:21, 75:12, 79:23, 91:23, 92:4, 96:25, 97:22, 113:11, 113:13, 119:14, 120:16, 122:3, 134:20, 139:7, 147:14, 155:19, 166:10, 177:24, 178:20,

178:21, 178:24, 203:22, 214:6, 214:9, 215:14, 222:12, 225:13, 225:18, 225:19, 228:22, 231:12, 231:13, 241:5, 241:20, 242:22, 246:8, 251:11, 254:25, 255:2, 255:6, 259:8, 259:14, 265:12, 268:24, 282:14, 283:12, 283:13, 288:24, 299:15

**things** 8:23, 17:23, 18:18, 20:18, 21:9, 26:11, 36:12, 37:7, 38:12, 38:22, 61:21, 63:10, 74:23, 83:10, 135:1, 145:25, 146:15, 167:18, 168:14, 172:5, 174:10, 177:19, 177:20, 187:10, 188:1, 189:17, 189:18, 196:25, 197:13, 198:19, 199:21, 204:18, 230:13, 245:13, 251:6, 280:13, 281:20, 281:23, 285:8, 291:11, 303:1, 303:2

**think** 8:13, 8:17, 8:19, 8:25, 9:13, 11:25, 12:3, 12:12, 14:8, 14:16, 14:18, 16:5, 16:17, 16:17, 17:1, 17:6, 17:7, 19:4, 20:23, 21:21, 24:1, 25:19, 25:25, 27:1, 27:3, 27:17, 27:18, 27:19, 28:8, 28:25, 28:25, 29:1, 29:10, 29:24,

30:10, 30:15, 31:6, 33:9, 33:10, 35:8, 36:10, 37:15, 37:18, 37:22, 38:13, 38:20, 38:25, 40:21, 41:3, 41:6, 43:7, 45:10, 45:11, 45:21, 53:7, 53:18, 55:6, 58:17, 59:11, 59:19, 61:2, 61:5, 61:14, 64:19, 66:8, 66:24, 68:1, 68:5, 68:13, 69:5, 69:7, 69:11, 71:1, 71:24, 72:5, 72:11, 73:5, 73:17, 74:3, 74:22, 74:23, 75:24, 77:22, 78:7, 79:7, 80:10, 81:2, 81:9, 81:23, 82:2, 83:17, 84:19, 88:7, 88:21, 89:18, 89:18, 90:17, 92:10, 93:8, 94:24, 96:5, 96:19, 96:24, 97:4, 97:7, 98:9, 98:12, 98:21, 98:23, 99:7, 99:23, 100:13, 100:17, 101:3, 101:17, 102:2, 102:6, 103:1, 105:1, 105:21, 106:12, 107:13, 107:16, 107:22, 107:23, 107:24, 107:25, 108:25, 109:2, 109:8, 109:11, 109:14, 109:19, 110:19, 110:20, 110:21, 110:22, 111:8, 111:9, 111:24, 112:9, 113:2, 113:13, 115:20, 116:2, 116:10,

116:16, 117:2, 117:8, 118:1, 118:3, 118:6, 118:23, 119:5, 120:19, 121:18, 121:21, 123:22, 124:5, 125:3, 125:24, 126:4, 127:1, 134:4, 135:3, 135:21, 136:11, 141:10, 142:10, 143:17, 145:15, 146:9, 146:14, 147:5, 149:24, 150:7, 150:17, 151:4, 151:6, 151:10, 151:11, 151:12, 151:20, 152:23, 153:16, 153:16, 153:19, 153:23, 154:1, 155:10, 155:22, 158:4, 158:19, 159:1, 159:3, 159:5, 159:14, 159:21, 160:14, 160:19, 161:18, 162:3, 162:11, 163:5, 163:7, 163:10, 163:12, 163:16, 163:20, 165:20, 166:6, 167:20, 167:21, 168:14, 168:17, 168:18, 168:25, 170:15, 172:18, 174:9, 178:3, 178:24, 179:13, 179:15, 179:16, 180:6, 180:11, 180:13, 180:18, 180:19, 180:24, 182:4, 182:23, 183:3, 183:23, 183:24, 188:10, 189:7, 189:24, 190:5, 190:8, 190:15, 190:15, 190:17, 191:2, 191:15, 192:2, 192:4,

192:5, 192:6, 192:9, 192:15, 192:18, 194:2, 194:5, 194:7, 194:9, 195:14, 195:17, 197:3, 197:8, 197:23, 198:13, 198:16, 198:19, 199:12, 199:15, 200:1, 200:14, 200:15, 200:19, 202:5, 202:12, 204:5, 205:11, 206:11, 207:7, 207:12, 210:11, 212:3, 212:14, 212:15, 212:19, 213:17, 214:4, 215:14, 215:16, 216:24, 217:12, 217:12, 218:12, 220:1, 221:9, 221:23, 222:7, 222:12, 223:4, 228:14, 229:7, 229:18, 229:19, 229:21, 231:1, 231:1, 231:7, 233:1, 234:7, 236:18, 237:1, 238:8, 238:9, 238:11, 238:21, 239:22, 241:6, 241:8, 242:9, 242:10, 242:16, 242:16, 243:20, 243:25, 244:13, 244:16, 247:3, 247:14, 247:15, 248:6, 250:4, 250:10, 252:3, 255:23, 255:24, 256:10, 256:23, 257:10, 257:12, 258:5, 258:20, 259:2, 259:19, 259:25, 260:11, 261:23, 263:3, 263:18, 264:4, 264:20, 265:11, 265:12,

266:15, 266:18, 266:19, 266:24, 267:13, 267:20, 268:1, 268:9, 269:4, 269:6, 270:12, 271:1, 271:3, 271:5, 272:17, 273:14, 275:9, 276:7, 276:15, 276:22, 277:10, 279:5, 279:7, 279:9, 281:24, 282:25, 284:2, 284:12, 286:16, 287:1, 287:11, 287:12, 288:13, 289:8, 289:8, 291:22, 292:2, 292:4, 292:7, 293:21, 294:17, 294:18, 294:20, 294:22, 294:23, 295:1, 295:12, 295:25, 297:16, 297:23, 298:10, 298:14, 298:14, 298:23, 299:2

**thinking** 69:19, 117:5, 138:24, 141:11, 143:14, 180:3, 180:18, 186:7, 194:3, 194:16, 219:24, 231:3, 247:1, 277:9, 299:15, 299:17

**thinks** 104:13, 267:20

**third** 13:1, 13:2, 160:17, 179:24

**third-party** 95:1, 263:25

**thirty-four** 185:9, 185:11

**thomas** 298:2

**thorough** 12:12, 268:3

**though** 19:8, 31:13, 32:5, 35:19, 66:22, 76:17,

78:10, 103:1, 103:15, 110:19, 112:22, 144:7, 145:24, 148:6, 155:25, 156:24, 167:15, 194:17, 197:7, 202:15, 203:15, 215:5, 215:17, 223:8, 227:4, 239:10, 239:14, 243:15, 271:21, 273:13, 277:15, 283:6, 287:11, 288:25, 291:4

**thought** 7:11, 81:6, 81:12, 81:14, 98:17, 126:20, 127:7, 143:24, 152:5, 161:18, 177:23, 192:19, 197:4, 242:18, 242:20, 244:7, 247:15, 255:13, 283:2

**thoughts** 168:6

**thousands** 255:18, 255:19

**thread** 170:1, 283:9

**threat** 265:22

**threatened** 251:14

**three** 8:8, 23:16, 41:24, 46:9, 72:19, 115:12, 159:22, 230:3, 230:4, 247:1

**threw** 63:7

**throughout** 292:20

**throw** 34:23

**thursday** 4:2

**ticket** 263:8

**tied** 63:21

**tiers** 59:20

**tightened** 263:15

**till** 155:13

**time** 4:3, 4:3, 10:9, 12:15, 12:19, 13:21, 18:22, 19:3, 19:10, 21:24, 22:2, 22:7, 25:12, 25:17,

25:24, 26:4, 29:2, 31:8, 34:15, 52:5, 52:6, 52:6, 52:7, 53:11, 53:12, 53:17, 63:5, 72:4, 72:5, 72:9, 86:2, 89:8, 89:24, 89:25, 90:1, 90:2, 105:6, 105:9, 115:4, 115:5, 115:5, 115:6, 118:18, 118:19, 119:13, 123:18, 124:20, 129:10, 131:10, 135:24, 137:23, 137:25, 138:21, 149:11, 153:12, 154:21, 155:1, 160:17, 163:18, 163:20, 166:12, 169:15, 169:20, 169:21, 169:22, 192:8, 194:12, 198:2, 201:19, 201:24, 201:24, 204:15, 230:2, 233:23, 239:10, 243:4, 244:24, 246:9, 246:21, 254:8, 254:15, 254:20, 256:6, 256:16, 263:19, 264:5, 265:11, 268:9, 281:7, 281:8, 284:4, 284:5, 284:6, 284:6, 284:7, 284:12, 290:6, 292:7, 301:11, 304:10

**timeline** 142:18

**times** 11:18, 12:21, 18:4, 24:12, 39:13, 43:18, 43:21, 103:16, 112:18, 112:20, 135:17, 239:22, 239:24, 247:1, 255:9, 259:3, 265:1, 285:8, 289:25, 290:4,

294:10, 295:6, 296:17, 296:19

**title** 164:20, 165:22

**titled** 163:24

**today** 4:2, 12:9, 33:6, 40:18, 49:14, 50:14, 72:5, 76:22, 100:4, 100:6, 150:9, 174:2, 184:21, 192:10, 213:15, 213:17, 213:18, 246:5, 254:21, 296:15, 296:19, 301:19

**today's** 4:7

**together** 7:6, 20:9, 43:22, 63:11, 67:14, 75:3, 75:11, 264:7, 292:3, 292:6, 292:10

**told** 29:11, 29:12, 57:21, 261:13, 261:23, 261:24, 261:25, 263:3, 263:3, 263:6, 263:7, 268:10, 268:16, 274:16, 282:4, 282:13, 282:22

**tone** 144:3

**took** 53:1, 117:4, 118:2, 142:14, 153:23, 238:20, 238:20, 238:21, 238:21

**tooling** 36:24, 36:25, 71:19, 73:2, 73:11

**top** 91:21, 105:12, 121:10, 221:23

**topic** 49:16, 50:20, 74:20, 165:6

**topics** 40:24, 42:9, 50:18, 160:20

**total** 14:12, 53:21, 54:16, 54:24, 54:25, 55:10, 55:19, 59:13, 63:9, 65:6, 66:21,

67:5, 67:7, 67:15, 76:18, 80:8, 80:16, 254:13, 254:14, 254:22

**totally** 41:13, 206:4

**touch** 281:19, 281:19

**towards** 230:8

**track** 14:11, 14:12, 14:25, 14:25, 15:7, 281:4, 289:22

**tracked** 13:10, 14:13, 14:14, 16:3

**traditional** 35:11

**traffic** 122:11, 196:17

**trajectory** 123:25

**transcript** 54:5, 54:10, 300:8, 301:11, 301:14, 301:14, 301:15

**transfer** 32:2

**transformed** 168:4

**translate** 117:9

**translated** 213:7

**translation** 213:3

**transmission** 289:23

**transmitted** 286:15, 286:16

**travel** 303:19

**treated** 20:24

**treaties** 242:2

**trend** 85:7, 86:18, 86:22, 87:13, 87:15, 89:14, 122:3, 122:5, 122:9, 124:25, 125:2, 125:3, 126:6, 126:7, 126:12, 129:21, 130:16

**trends** 89:16

**trial** 131:5, 131:9, 131:16

**tricky** 29:20

**tried** 28:3, 125:5, 144:1, 152:19, 152:21, 205:9, 257:23, 266:22, 268:21, 268:23, 273:18, 274:10

**trier** 290:2

**tries** 276:19

**trigger** 124:2, 124:6

**triggered** 90:18, 106:23

**trip** 205:18

**tripped** 184:20

**triton** 163:24, 164:11

**troll** 209:7

**trouble** 97:12, 138:16, 138:18

**true** 12:9, 16:8, 94:17, 135:16, 135:20, 135:22, 142:23, 142:25, 143:1, 143:3, 144:1, 146:25, 147:3, 157:17, 192:16, 192:18, 215:17, 257:3, 257:13, 257:14, 275:15, 282:15, 287:8, 295:9

**truly** 28:10, 170:19

**trust** 92:18, 103:23, 276:9

**trusted** 239:6

**truth** 6:1, 6:1, 6:1

**truthful** 276:13

**try** 15:4, 17:17, 25:8, 25:9, 47:10, 89:18, 120:15, 131:22, 157:12, 159:3, 169:25, 223:10, 249:2, 250:11, 251:2, 251:4, 258:8, 284:18

**trying** 19:14, 42:4, 47:12, 53:2, 69:17, 69:21, 76:21, 78:3, 95:22, 100:19, 112:15, 126:1, 141:10, 142:11, 142:12, 148:16, 151:13, 161:16, 169:9, 169:15, 172:5, 184:18, 235:1, 240:3,

252:12, 258:14,
264:13, 268:25,
281:24, 286:2
**tunnel** 252:21
**tweet** 143:8, 143:9,
143:13, 199:25,
200:1
**tweeting** 199:7
**tweets** 193:15,
212:11, 236:13,
268:9
**twice** 104:14
**twig** 167:23, 167:25
**twitter** 176:17,
189:17, 204:10,
227:22, 239:11,
246:24
**two** 27:9, 32:12,
46:14, 63:10,
63:10, 67:14,
68:21, 72:4,
76:13, 80:10,
81:25, 87:1,
87:21, 104:16,
155:11, 156:3,
156:19, 157:5,
157:11, 158:5,
158:5, 159:22,
161:15, 162:13,
163:5, 186:19,
212:20, 233:6,
247:1, 247:20,
285:10, 302:15,
302:16, 302:19,
303:1, 303:2
**two-headed** 213:24
**type** 28:8, 57:3
**typeform** 94:22,
94:23, 94:24,
99:12
**types** 210:5, 239:20
**typically** 16:14,
285:25
**tyra** 57:22, 57:24,
60:1, 60:2

### U

**uber** 294:9
**ultimately** 13:14,
64:4, 167:12

**umbrella** 36:17
**un** 92:5
**unauthorized** 251:13,
251:14, 257:15,
257:22, 258:5,
297:12
**unaware** 251:19,
251:22
**unclear** 58:7, 60:7,
106:24, 106:25,
207:16
**uncomfortable** 288:25
**underscore** 205:23
**understand** 7:12,
12:13, 12:19,
13:18, 15:1,
15:19, 17:3,
17:15, 21:21,
23:7, 29:17,
30:10, 32:19,
32:21, 35:11,
39:19, 39:21,
39:23, 41:2, 43:7,
45:9, 50:13, 58:1,
69:4, 69:22, 78:7,
78:10, 78:15,
79:5, 79:9, 79:20,
82:12, 97:8,
108:13, 122:2,
125:12, 127:22,
140:11, 140:23,
141:19, 146:8,
148:16, 153:22,
154:22, 155:8,
161:14, 161:18,
165:7, 165:9,
165:10, 172:3,
173:2, 173:10,
174:21, 174:23,
184:18, 184:21,
194:16, 194:22,
199:20, 204:3,
205:9, 212:3,
215:4, 215:5,
215:5, 216:17,
216:24, 217:12,
217:23, 219:5,
220:19, 221:4,
221:4, 223:22,
224:3, 224:12,
224:16, 224:21,

229:11, 232:5,
241:19, 242:10,
243:24, 245:14,
248:15, 248:17,
248:19, 250:4,
251:3, 251:7,
251:14, 252:17,
254:1, 255:13,
261:4, 268:4,
272:6, 277:1,
282:17, 285:2,
286:2, 286:16,
286:17, 288:5
**understanding** 5:8,
20:11, 38:21,
58:3, 73:6, 77:18,
83:17, 215:11,
217:15, 217:16,
253:15, 284:23,
285:12, 285:14,
285:15, 290:13,
290:14, 290:18,
291:5, 291:7,
291:17, 291:23,
291:24
**understands** 286:18
**understood** 59:3,
209:21, 217:4,
241:20, 295:25
**underwriter** 27:22,
28:7
**underwriters** 44:11
**undisclosed** 159:20,
159:22
**unfortunate** 163:7,
229:15
**unfortunately** 78:11,
87:4, 196:22
**unique** 37:3, 135:16,
254:22
**united** 241:25, 259:4
**universe** 55:13
**unknown** 211:1
**unknowns** 211:1
**unless** 24:12
**unlikely** 109:13,
109:14, 110:19,
110:20, 254:4
**unpaid** 99:22, 99:24,
203:2, 203:3
**unprompted** 281:10

**unreadable**  92:7
**unrelated**  41:13,
     112:23, 215:16
**unsure**  60:8, 60:8,
     60:9, 60:12
**update**  251:24,
     280:17
**upgrade**  37:2
**uplift**  193:21
**uploaded**  147:22,
     147:23
**uploading**  144:8
**upon**  122:23, 123:1,
     131:4, 131:5,
     131:9, 178:17,
     217:11, 252:21,
     287:8, 287:22,
     288:11, 288:15,
     288:17, 288:20,
     289:7, 289:21,
     294:25
**upset**  206:5
**uptick**  89:8
**urge**  101:19
**url**  224:7
**us**  10:5, 34:5,
     40:24, 42:6,
     95:23, 106:6,
     107:3, 120:23,
     123:4, 130:25,
     144:9, 151:22,
     157:14, 165:24,
     168:19, 178:25,
     206:3, 208:4,
     233:25, 236:4,
     239:6, 254:4,
     254:12, 260:17,
     260:21, 266:21,
     267:4, 268:10,
     268:10, 268:16,
     268:22, 268:22,
     270:17, 274:13,
     278:1, 282:18,
     283:8, 295:11,
     296:25, 304:9
**usbs**  18:5, 18:8,
     18:8, 18:17,
     30:21, 31:23,
     34:16
**use**  7:15, 44:11,
     55:11, 83:7, 86:5,

104:21, 109:5,
     109:7, 109:17,
     110:2, 110:9,
     111:24, 112:1,
     113:6, 131:16,
     141:15, 147:6,
     157:3, 168:23,
     186:2, 209:19,
     213:13, 213:13,
     214:13, 225:1,
     227:21, 231:4,
     236:14, 236:14,
     244:2, 273:13,
     289:25, 290:1,
     291:11, 293:16,
     294:2
**used**  9:20, 20:6,
     44:16, 44:18,
     65:5, 68:6, 81:12,
     81:19, 101:8,
     101:9, 109:18,
     110:2, 110:16,
     121:24, 127:3,
     139:11, 139:11,
     139:11, 190:15,
     195:1, 243:25,
     285:16, 302:8,
     303:10
**useful**  101:17,
     101:23
**user**  32:23, 92:3,
     95:3, 253:9
**uses**  147:3
**using**  44:4, 82:16,
     96:24, 129:5,
     131:24, 144:15,
     145:10, 145:14,
     155:18, 157:16,
     172:9, 173:16,
     202:21, 202:22,
     230:22, 244:3
**usually**  16:16,
     16:17, 24:13,
     136:25, 293:12

---

**V**

---

**vague**  138:19
**valuable**  80:20
**valuation**  182:21
**value**  70:14, 75:18,

80:8, 80:16,
     80:19, 80:25,
     81:12, 81:19,
     81:21, 82:1, 82:7,
     82:21, 182:13,
     189:14, 189:20
**valuing**  81:17
**van**  297:23, 298:3,
     298:3
**vaulted**  15:10,
     15:22, 15:25,
     16:4, 16:16
**velocity**  104:12
**venable**  296:17,
     296:21, 296:23,
     296:24
**vendor**  258:17
**venn**  269:1
**venture**  207:11
**ventures**  292:9
**verify**  59:10
**verisimilitude**
     101:18
**version**  47:18
**versus**  4:5, 215:11,
     222:8
**via**  264:17
**vibe**  212:4
**view**  148:2, 246:23
**viewed**  290:4
**violate**  241:24,
     298:1, 298:2
**violating**  276:22
**virtually**  12:15,
     36:2
**visible**  261:4,
     262:19, 263:6
**visit**  241:15,
     243:23, 243:25
**vito**  290:23, 290:25,
     291:1, 291:7,
     291:9, 291:9
**vito's**  291:2
**voice**  42:23, 103:10,
     186:2
**volume**  4:4, 7:16,
     7:17, 227:21
**vuln**  259:15, 263:17,
     263:20, 263:22
**vulnerability**
     263:21, 278:10,

279:6

## W

**w-a-l-l-i-m-a-n**
303:13
**w-i-l-s-o-n**  5:15
**wait**  15:24, 38:7,
49:4, 116:12,
116:12, 116:12,
117:18, 118:5,
118:5, 118:5,
127:19, 128:11,
148:10, 170:4,
242:15, 242:15,
248:21, 257:7,
257:7, 265:12,
265:12, 266:17,
267:5, 287:25,
303:1
**walk**  32:11, 32:12,
32:23
**wallen**  261:7,
261:19, 262:12
**walliman**  206:13,
206:21, 206:25,
256:14, 264:11,
303:11, 303:13
**walliman's**  207:14
**wallman**  99:14,
99:15, 99:16,
100:24, 103:2
**walmart**  7:23
**want**  8:10, 27:7,
28:8, 32:3, 32:11,
38:21, 39:3,
39:24, 40:3,
42:23, 42:24,
43:4, 51:14,
52:23, 53:3, 54:8,
54:9, 67:23,
74:11, 77:11,
81:5, 84:11,
89:20, 89:22,
91:22, 91:23,
92:10, 95:25,
96:2, 98:13,
103:17, 103:22,
105:11, 111:11,
111:20, 111:21,
112:14, 112:16,
113:1, 113:21,

114:7, 114:19,
114:23, 117:21,
118:7, 121:8,
126:3, 126:4,
126:16, 129:21,
139:5, 141:8,
141:13, 141:22,
144:14, 144:23,
151:5, 154:20,
156:20, 157:23,
160:10, 160:15,
164:21, 164:22,
169:8, 170:2,
170:5, 171:2,
172:17, 175:25,
176:24, 192:5,
206:6, 214:12,
215:2, 215:6,
220:5, 220:14,
228:10, 238:1,
238:9, 253:8,
256:20, 272:21,
275:20, 283:8,
299:5, 300:6,
301:15, 301:22,
301:22
**wanted**  10:2, 16:15,
18:21, 77:23,
91:24, 98:1,
144:12, 170:22,
170:25, 282:15
**wanting**  69:22,
158:22
**wants**  34:21, 42:2,
169:11, 281:23,
301:1, 301:4
**warn**  250:18, 250:19
**warrants**  256:2,
256:2
**washington**  18:15,
18:16, 32:16,
33:1, 33:6, 33:12,
33:15, 34:3, 34:6,
229:22
**wave**  300:6
**way**  14:13, 14:14,
15:23, 17:5, 17:6,
20:11, 26:24,
30:16, 34:3, 44:3,
44:18, 50:14,
68:24, 69:1, 73:4,

74:23, 75:10,
75:21, 76:6, 77:4,
78:3, 80:25, 81:1,
81:7, 81:8, 81:17,
84:17, 84:20,
88:2, 94:9, 95:22,
102:1, 102:2,
102:3, 111:8,
113:20, 120:4,
121:22, 122:11,
122:11, 129:24,
137:3, 142:25,
143:2, 143:18,
143:19, 145:7,
146:20, 146:20,
149:2, 150:4,
157:1, 168:23,
172:24, 181:20,
182:13, 182:13,
187:7, 189:3,
193:5, 193:7,
193:20, 193:22,
197:7, 197:8,
197:23, 198:20,
200:16, 203:2,
210:13, 218:13,
225:9, 226:18,
227:25, 228:24,
229:4, 230:17,
231:4, 240:22,
241:6, 244:8,
245:23, 247:2,
257:22, 258:5,
263:1, 265:2,
265:3, 267:13,
267:16, 267:21,
272:21, 281:24,
282:24, 283:3,
283:4, 285:7,
286:7, 286:8,
286:18, 286:21,
288:5, 288:6,
292:12
**ways**  24:13, 70:20,
74:1, 81:8, 81:9,
97:8, 123:21,
220:11, 237:10
**wealth**  116:21, 127:1
**web**  29:23, 31:5,
253:20
**website**  15:8, 26:19,

26:19, 26:20,
26:22, 26:23,
27:4, 31:10, 33:7,
35:7, 120:7,
120:22, 122:11,
145:16, 147:22,
147:24, 164:12,
166:9, 176:14,
191:10, 191:11,
236:14, 236:14,
240:23, 241:23,
241:23, 248:17,
248:18, 248:19,
249:3, 249:8,
249:10, 251:5,
251:13, 252:7,
254:5, 259:18,
260:3, 265:25,
273:9, 278:2,
278:5, 278:7,
279:23, 280:17,
280:19, 282:10,
282:12, 282:12,
282:13, 293:16,
293:18, 296:3,
296:9, 297:18

**website's** 279:21

**websites** 249:11,
249:21, 249:25,
250:7, 250:18,
250:19, 252:18,
260:3, 278:17,
280:10, 280:12

**weeds** 174:10, 183:21

**week's** 244:24

**weight** 229:8

**weird** 74:23, 282:7

**welcome** 65:16

**well** 4:16, 8:13,
9:17, 10:1, 12:1,
18:16, 18:25,
19:20, 22:15,
24:9, 24:19,
24:21, 26:7,
26:18, 28:5, 29:2,
31:1, 32:13, 33:5,
33:10, 33:11,
33:21, 36:10,
38:17, 38:22,
39:2, 39:8, 40:5,
40:10, 41:9,

43:13, 56:21,
60:14, 62:7,
62:21, 65:22,
68:14, 69:6,
69:20, 72:1, 72:8,
74:10, 74:20,
77:22, 82:9, 84:6,
86:10, 96:4,
97:11, 97:23,
100:23, 102:23,
103:1, 105:8,
105:20, 108:15,
111:3, 113:18,
115:15, 116:18,
116:24, 117:13,
117:16, 117:21,
121:20, 122:17,
123:17, 124:8,
128:9, 131:13,
131:19, 132:21,
134:12, 137:10,
138:16, 138:21,
141:10, 142:8,
142:24, 143:15,
143:22, 144:3,
145:22, 146:15,
146:24, 147:5,
147:10, 147:13,
147:22, 148:1,
148:10, 148:12,
149:15, 151:7,
151:12, 152:21,
152:23, 156:2,
156:11, 157:12,
158:13, 161:3,
165:3, 171:10,
171:22, 172:1,
172:5, 172:8,
172:19, 173:11,
174:6, 174:19,
177:14, 177:21,
178:15, 178:25,
179:8, 179:11,
180:8, 180:18,
180:25, 181:6,
181:17, 182:18,
184:21, 185:12,
186:24, 188:21,
188:23, 188:24,
189:2, 192:4,
192:8, 193:4,

193:11, 194:9,
196:22, 198:3,
198:12, 199:1,
200:1, 200:8,
200:17, 206:2,
206:10, 206:15,
209:15, 210:17,
210:22, 211:7,
211:11, 212:25,
214:7, 214:10,
216:5, 216:20,
217:4, 219:6,
225:5, 227:16,
232:21, 233:1,
233:18, 234:7,
235:18, 236:1,
237:8, 240:4,
240:7, 242:22,
249:24, 250:4,
252:13, 255:23,
261:21, 264:2,
265:21, 268:18,
271:1, 272:3,
272:24, 276:6,
276:11, 277:13,
281:16, 282:7,
282:8, 282:22,
286:5, 287:6,
292:2, 292:23,
293:21, 294:19,
295:17, 296:14,
296:21, 297:12,
297:21, 298:14,
301:16, 302:2

**well-known** 222:21,
229:4

**went** 52:14, 52:18,
81:13, 81:13,
103:18, 120:24,
122:11, 122:11,
169:25, 170:7,
171:15, 172:11,
173:21, 175:4,
175:4, 177:13,
193:3, 266:7,
266:8, 284:18

**whatever** 10:10,
22:11, 26:19,
33:3, 61:4, 90:5,
129:22, 166:5,
166:25, 250:2,

252:10, 278:25, 279:6

**whatsoever** 149:21

**whenever** 6:4

**wherever** 251:12

**whether** 22:2, 22:8, 30:6, 32:1, 48:23, 88:13, 119:3, 126:5, 133:12, 145:5, 150:14, 225:12, 247:10, 248:9, 248:12, 293:22, 293:23, 295:9

**whichever** 96:4, 130:3

**white** 47:17, 276:24, 277:1

**whoa** 213:25

**whole** 6:1, 31:22, 71:15, 74:5, 79:23, 91:23, 234:11, 259:8

**whose** 168:3, 236:16

**wide** 292:5

**widely** 227:6

**willing** 46:22, 295:13, 296:22

**wils** 166:2

**wilson** 4:4, 4:11, 5:14, 5:16, 5:22, 17:14, 22:16, 51:8, 100:25, 159:24, 165:2, 165:11, 165:14, 165:15, 165:19, 165:23, 166:2, 166:3, 172:25, 189:21, 240:22, 264:12, 264:19, 284:8, 284:16, 299:11

**wilson's** 159:20

**win-back** 107:8

**wind** 21:12, 281:2

**winding** 269:12

**wire** 176:11, 284:23, 285:5, 285:9, 285:14, 286:22, 287:2

**wires** 289:23

**wisdom** 168:24

**wish** 170:2, 172:6, 179:8, 300:8

**withheld** 131:14, 131:16, 208:1, 208:4

**withholding** 130:13, 130:23, 208:6

**within** 134:15, 150:1, 150:17

**without** 10:5, 108:10, 125:9, 176:14, 258:23, 271:24, 272:8, 277:9, 291:25

**witness** 5:12, 141:7, 168:8, 274:9, 275:3, 275:21, 276:1, 276:3, 276:7, 276:12, 298:24

**wondering** 62:25, 97:24, 124:3

**woocommerce** 30:19, 30:24, 31:4, 31:16, 34:16, 34:17

**word** 44:4, 44:7, 81:12, 81:19, 92:15, 101:8, 101:9, 111:24, 113:6, 129:5, 129:8, 129:17, 139:11, 141:16, 143:12, 172:13, 173:10, 174:8, 175:25, 196:21, 198:9, 198:13, 200:10, 209:19, 214:13, 225:1, 243:25, 265:18, 273:13, 277:19, 285:2, 302:21

**words** 41:24, 46:9, 112:22, 117:4, 117:9, 118:2, 126:1, 132:23, 138:4, 138:5, 138:6, 140:5, 143:7, 167:16, 167:17, 168:8,

190:15, 202:21, 202:22, 236:12, 236:13, 236:15, 236:17, 245:21, 302:19

**work** 31:25, 44:9, 44:10, 135:19, 139:4, 142:11, 142:21, 143:2, 143:18, 144:4, 147:19, 151:22, 203:1, 203:4, 203:4, 203:6, 204:3, 204:5, 204:6, 204:7, 204:8, 209:16, 226:20, 251:16, 295:6

**worked** 41:17, 61:21

**working** 144:8, 145:6, 261:17, 261:25, 273:22, 291:16

**works** 32:12, 147:21, 147:23, 190:12, 190:15, 190:24, 190:25, 191:1, 191:2, 217:16

**world** 26:18

**worried** 71:12, 114:15, 114:17, 169:15, 274:3

**worry** 17:9, 17:11, 17:13, 188:22

**worse** 122:5

**worst** 80:10, 155:13

**would** 14:14, 19:2, 19:13, 19:23, 19:25, 20:8, 20:14, 20:14, 21:11, 23:4, 26:14, 26:19, 29:21, 35:16, 35:20, 35:25, 39:5, 39:8, 41:23, 45:6, 45:11, 50:2, 51:8, 51:8, 51:9, 57:21, 58:8, 58:14, 62:7, 65:14, 65:15, 65:18, 66:1,

70:11, 71:20, 71:22, 75:20, 75:21, 76:5, 76:10, 79:18, 80:22, 82:24, 83:15, 83:17, 83:18, 84:13, 85:7, 86:10, 86:11, 87:11, 88:3, 88:21, 88:21, 88:25, 90:10, 91:10, 95:3, 96:5, 96:5, 96:19, 97:14, 97:16, 99:4, 99:14, 100:13, 100:15, 101:23, 102:7, 102:24, 106:5, 106:10, 108:7, 108:24, 109:1, 111:25, 114:18, 115:20, 116:18, 122:10, 130:5, 134:4, 136:11, 136:23, 138:1, 138:7, 138:8, 138:9, 140:3, 144:11, 144:25, 148:6, 149:18, 153:2, 153:20, 159:5, 160:5, 160:22, 161:19, 162:23, 171:6, 171:23, 172:18, 179:15, 179:17, 179:20, 181:11, 181:17, 181:18, 183:15, 184:25, 190:25, 192:10, 192:15, 193:20, 194:7, 195:15, 196:2, 196:8, 196:18, 197:9, 197:15, 198:17, 201:4, 202:12, 204:17, 209:6, 209:10, 209:14, 209:15, 210:6, 210:7, 210:11, 210:12, 210:15, 211:17,

212:5, 214:4, 218:18, 220:1, 234:18, 244:17, 247:15, 251:3, 254:22, 255:25, 257:2, 257:21, 257:22, 258:4, 260:11, 261:18, 266:24, 267:15, 267:15, 268:1, 268:20, 272:11, 272:17, 274:8, 275:21, 276:10, 276:10, 276:13, 276:13, 278:18, 282:9, 283:11, 283:17, 285:15, 288:16, 288:24, 289:4, 289:16, 291:7, 293:6, 295:1, 295:13, 295:20, 297:18

**wound**  11:5
**wow**  7:18, 26:22, 84:5, 162:15
**write**  147:7, 147:14, 205:25, 206:5, 206:14, 206:16, 206:18, 206:20, 207:7, 282:21
**written**  149:21, 285:5
**wrong**  74:17, 124:7, 124:9, 234:9
**wrote**  63:21, 74:8, 100:16, 100:20, 108:12, 297:24, 298:2

---

## Y

**yeah**  6:13, 6:20, 6:25, 8:21, 8:21, 11:11, 12:2, 12:21, 13:21, 13:22, 14:9, 15:2, 15:15, 16:18, 16:21, 17:10, 17:12, 19:15, 19:22, 20:12, 21:18, 22:7, 23:8, 23:13, 24:7, 25:2,

25:6, 25:16, 26:18, 27:1, 27:14, 28:1, 28:4, 28:5, 28:14, 28:16, 28:25, 29:6, 29:20, 29:20, 29:21, 29:24, 29:25, 30:2, 30:11, 31:3, 31:7, 32:20, 32:22, 33:14, 34:8, 35:5, 39:8, 39:22, 40:20, 40:25, 43:20, 44:7, 44:8, 46:25, 47:23, 48:1, 48:13, 48:14, 51:17, 52:24, 54:2, 55:2, 55:24, 56:1, 56:18, 56:24, 56:25, 57:8, 58:4, 58:19, 58:24, 59:9, 59:18, 59:23, 60:9, 60:15, 60:21, 61:3, 62:17, 63:14, 63:20, 64:6, 64:16, 64:21, 65:19, 66:4, 66:7, 66:14, 67:3, 67:21, 67:25, 69:4, 69:8, 69:12, 69:14, 69:21, 71:5, 71:7, 71:8, 72:17, 72:18, 72:25, 73:1, 73:4, 73:5, 73:7, 73:17, 73:18, 74:7, 74:21, 75:6, 75:7, 75:11, 76:9, 76:17, 77:1, 77:3, 77:9, 77:12, 78:13, 78:16, 78:22, 78:24, 79:2, 79:4, 79:8, 79:10, 79:12, 79:21, 79:22, 80:1, 81:3, 81:15, 81:21, 84:25, 85:16, 86:8,

86:13, 88:12,
89:1, 89:10,
89:12, 89:22,
90:9, 90:13, 91:1,
91:14, 91:20,
91:20, 91:22,
92:12, 92:16,
92:25, 93:3, 93:5,
93:17, 93:20,
93:23, 95:17,
96:9, 98:8, 98:24,
99:3, 99:9, 99:21,
100:8, 100:22,
101:2, 101:24,
102:1, 102:9,
102:16, 102:25,
103:5, 103:10,
103:20, 107:12,
108:3, 109:9,
112:17, 113:12,
114:9, 114:14,
114:18, 115:12,
115:14, 116:13,
117:23, 118:9,
119:17, 122:19,
122:20, 122:21,
125:13, 126:14,
127:15, 127:24,
129:14, 129:20,
130:15, 130:18,
135:5, 136:24,
137:7, 138:6,
139:5, 141:20,
143:10, 143:13,
143:14, 143:17,
144:2, 144:13,
146:20, 146:20,
147:2, 147:14,
147:20, 148:25,
153:5, 153:9,
153:15, 155:9,
159:11, 161:13,
162:6, 162:9,
162:17, 163:16,
165:10, 166:16,
167:4, 167:14,
167:20, 167:22,
168:9, 168:10,
170:11, 170:12,
170:14, 176:1,
178:1, 179:16,

179:18, 180:17,
181:2, 181:16,
183:9, 183:25,
189:25, 192:14,
192:22, 193:5,
194:4, 195:18,
197:17, 198:5,
201:2, 201:2,
201:7, 201:7,
205:19, 206:10,
206:19, 207:17,
207:22, 210:24,
211:5, 211:6,
211:22, 212:3,
212:21, 212:22,
216:21, 217:20,
219:25, 220:6,
220:8, 220:13,
220:16, 220:18,
220:24, 220:24,
220:24, 221:8,
221:22, 222:11,
222:13, 224:21,
224:21, 225:2,
225:3, 229:22,
229:24, 230:16,
230:18, 232:21,
235:11, 235:19,
238:1, 242:10,
242:12, 242:20,
242:23, 242:23,
242:24, 245:15,
250:6, 253:2,
253:10, 255:1,
255:11, 255:16,
257:3, 257:5,
258:3, 261:21,
262:16, 264:15,
265:14, 268:17,
269:21, 271:1,
271:16, 274:5,
274:10, 274:18,
274:19, 274:21,
276:25, 277:1,
277:4, 277:12,
280:22, 283:8,
283:19, 285:11,
285:23, 287:5,
288:24, 290:20,
290:20, 290:20,
290:24, 293:4,

296:9, 296:20,
297:19, 297:23,
298:6, 301:24,
303:12, 304:6,
304:6
**year**  12:1, 21:2,
29:8, 29:9, 67:9,
67:18, 68:3,
71:10, 105:21,
121:13, 165:17,
167:7, 246:22,
265:7
**year's**  166:20
**years**  11:13, 12:10,
25:24, 68:15,
71:5, 89:19,
159:14, 166:22,
174:13, 209:15,
254:20, 254:21,
257:24, 292:17
**yellow**  63:14
**yep**  13:4, 43:17,
97:1, 114:25,
136:24, 175:17,
178:9, 212:10,
214:20, 230:9,
230:9, 299:22
**yes**  4:15, 4:19,
4:24, 5:11, 6:3,
7:2, 7:22, 9:11,
12:14, 12:23,
13:3, 13:16,
13:24, 13:24,
15:17, 19:4, 19:8,
19:14, 21:14,
21:14, 22:1, 22:9,
22:14, 24:4,
25:11, 27:3, 27:5,
28:17, 28:19,
29:15, 31:6,
31:12, 33:2, 35:3,
36:4, 36:6, 36:19,
36:22, 37:6,
37:20, 38:6, 40:9,
40:17, 40:20,
47:5, 49:19,
49:20, 51:14,
54:8, 55:9, 56:19,
59:11, 61:2,
61:16, 63:18,
63:18, 64:2,

64:19, 64:23, 66:6, 67:6, 73:10, 73:12, 79:15, 79:17, 81:23, 85:6, 89:11, 90:17, 91:2, 91:4, 91:8, 91:20, 95:5, 96:11, 96:19, 97:4, 97:16, 98:14, 98:20, 100:14, 100:18, 102:3, 104:25, 105:13, 115:1, 119:1, 121:9, 122:8, 122:10, 122:24, 124:16, 124:18, 129:6, 131:25, 132:2, 134:25, 138:4, 139:3, 139:11, 139:14, 139:19, 140:7, 143:4, 143:6, 145:7, 145:11, 146:22, 149:4, 149:15, 150:12, 154:8, 157:9, 158:4, 159:1, 159:5, 161:6, 164:13, 167:15, 168:13, 170:14, 173:12, 173:14, 174:15, 175:6, 175:15, 175:15, 175:23, 176:21, 177:8, 181:25, 181:25, 182:2, 182:16, 184:10, 184:10, 186:3, 188:19, 190:5, 191:15, 193:20, 194:5, 194:16, 194:16, 195:14, 195:22, 203:10, 203:19, 203:21, 204:2, 204:17, 206:9, 209:10, 219:8, 219:10, 220:16, 221:1, 221:4, 223:23, 225:21, 226:7, 227:16,

228:20, 232:14, 238:21, 242:5, 244:21, 244:24, 246:10, 246:12, 248:2, 248:4, 248:7, 249:19, 253:3, 253:12, 253:14, 256:5, 261:3, 261:7, 261:22, 262:4, 262:9, 262:11, 263:14, 263:18, 264:12, 264:16, 269:18, 269:22, 270:22, 274:5, 279:5, 279:5, 279:12, 285:11, 285:20, 288:14, 289:8, 289:22, 293:5, 297:8, 299:9, 300:2, 300:21, 301:17, 302:19, 304:8

**yesterday** 6:23, 7:3, 47:15, 53:5, 82:11, 90:4, 90:12, 120:1, 215:7, 301:16, 301:19

**yet** 28:7, 32:4, 49:18, 80:21, 150:15, 187:17, 189:22, 198:3, 215:21, 218:19, 225:16, 229:4, 239:8, 246:3, 298:20

**yo** 32:5

**youtube** 240:20

---

### Z

**zachary** 204:1
**zackary** 204:2
**zermay** 53:5, 284:12, 296:4, 296:7, 297:16, 298:18, 299:1, 299:11
**zona** 137:12, 137:13, 140:10
**zoom** 7:20, 256:11,

269:11

EXHIBIT B
Defendant's Exhibit



Confidential

PLTFS00000169



EXHIBIT C
Defendant's Exhibit



| Month | # of New Subscriptions |
|---|---|
| 2021-1 | 280 |
| 2021-2 | 239 |
| 2021-3 | 253 |
| 2021-4 | 693 |
| 2021-5 | 449 |
| 2021-6 | 272 |
| 2021-7 | 202 |
| 2021-8 | 371 |
| 2021-9 | 599 |
| 2021-10 | 580 |
| 2021-11 | 624 |
| 2021-12 | 549 |
| 2022-1 | 843 |
| 2022-2 | 615 |
| 2022-3 | 714 |
| 2022-4 | 875 |
| 2022-5 | 485 |
| 2022-6 | 533 |
| 2022-7 | 493 |
| 2022-8 | 495 |
| 2022-9 | 412 |
| 2022-10 | 707 |
| 2022-11 | 1121 |
| 2022-12 | 978 |
| 2023-1 | 958 |
| 2023-2 | 820 |
| 2023-3 | 819 |
| 2023-4 | 641 |
| 2023-5 | 509 |
| 2023-6 | 456 |
| 2023-7 | 382 |
| 2023-8 | 353 |
| 2023-9 | 324 |
| 2023-10 | 402 |
| 2023-11 | 620 |
| 2023-12 | 414 |
| 2024-1 | 431 |
| 2024-2 | 364 |
| 2024-3 | 412 |
| 2024-4 | 346 |
| 2024-5 | 319 |
| 2024-6 | 306 |
| 2024-7 | 244 |
| 2024-8 | 251 |
| 2024-9 | 273 |
| 2024-10 | 250 |
| 2024-11 | 352 |
| 2024-12 | 438 |
| 2025-01 | 408 |
| 2025-02 | 309 |

Number of New LEGIO Subscriptions / Month

| | |
|---|---|
| 2025-03 | 333 |
| 2025-04 | 271 |
| 2025-05 | 426 |
| 2025-06 | 219 |
| 2025-07 | 234 |
| 2025-08 | 192 |
| 2025-09 | 190 |
| 2025-10 | 204 |

h

2025-04   2025-07   2025-10

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.131682 |
| R Square | 0.01734 |
| Adjusted R | -0.044076 |
| Standard E | 10025.58 |
| Observatic | 18 |

ANOVA

| | df | SS | MS | F | ignificance F |
|---|---|---|---|---|---|
| Regression | 1 | 28378614 | 28378614 | 0.28234 | 0.602471 |
| Residual | 16 | 1.61E+09 | 1.01E+08 | | |
| Total | 17 | 1.64E+09 | | | |

| | Coefficients | andard Err | t Stat | P-value | Lower 95% | Upper 95% | ower 95.0% | pper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | 39708.03 | 5334.418 | 7.443742 | 1.394E-06 | 28399.57 | 51016.49 | 28399.57 | 51016.49 |
| 1 | 242.0186 | 455.4731 | 0.531356 | 0.602471 | -723.5412 | 1207.578 | -723.5412 | 1207.578 |

| Month | Month | Revenue | Forecast 1 - New |
|---|---|---|---|
| 2021-11 | 1 | 33367 | 33367 |
| 2021-12 | 2 | 31999 | 31999 |
| 2022-1 | 3 | 53158 | 53158 |
| 2022-2 | 4 | 40231 | 40231 |
| 2022-3 | 5 | 53501 | 53501 |
| 2022-4 | 6 | 59807 | 59807 |
| 2022-5 | 7 | 37537 | 37537 |
| 2022-6 | 8 | 35733 | 35733 |
| 2022-7 | 9 | 30827 | 30827 |
| 2022-8 | 10 | 32695 | 32695 |
| 2022-9 | 11 | 28003 | 28003 |
| 2022-10 | 12 | 29167 | 29167 |
| 2022-11 | 13 | 50137 | 50137 |
| 2022-12 | 14 | 37650 | 37650 |
| 2023-1 | 15 | 45315 | 45315 |
| 2023-2 | 16 | 43696 | 43696 |
| 2023-3 | 17 | 49643 | 49643 |
| 2023-4 | 18 | 47461 | 47461 |
| 2023-5 | 19 | 53926 | 53926 |
| 2023-6 | 20 | 45471 | 54168.0186 |
| 2023-7 | 21 | 39146 | 54410.0372 |
| 2023-8 | 22 | 39134 | 54652.0558 |
| 2023-9 | 23 | 35536 | 54894.0744 |
| 2023-10 | 24 | 39259 | 55136.093 |
| 2023-11 | 25 | 58877 | 55378.1116 |
| 2023-12 | 26 | 38569 | 55620.1302 |
| 2024-1 | 27 | 41855 | 55862.1488 |
| 2024-2 | 28 | 36084 | 56104.1674 |
| 2024-3 | 29 | 42574 | 56346.186 |
| 2024-4 | 30 | 40562 | 56588.2046 |
| 2024-5 | 31 | 38176 | 56830.2232 |
| 2024-6 | 32 | 33129 | 57072.2418 |
| 2024-7 | 33 | 28965 | 57314.2604 |
| 2024-8 | 34 | 31164 | 57556.279 |
| 2024-9 | 35 | 29146 | 57798.2976 |
| 2024-10 | 36 | 30592 | 58040.3162 |
| 2024-11 | 37 | 47128 | 58282.3348 |
| 2024-12 | 38 | 42072 | 58524.3534 |
| 2025-01 | 39 | 42730 | 58766.372 |
| 2025-02 | 40 | 33415 | 59008.3906 |
| 2025-03 | 41 | 38277 | 59250.4092 |
| 2025-04 | 42 | 33143 | 59492.4278 |
| 2025-05 | 43 | 34906 | 59734.4464 |
| 2025-06 | 44 | 25942 | 59976.465 |
| 2025-07 | 45 | 25294 | 60218.4836 |
| 2025-08 | 46 | 24738 | 60460.5022 |
| 2025-09 | 47 | 23474 | 60702.5208 |

Model Slope 1
242.0186

| 2025-10 | 48 | 25086 | 60944.5394 |
|---|---|---|---|
| Total | | 1838297 | 2462985.091 |
| | DIFF | | 624688.091 |



EXHIBIT D
Defendant's Exhibit

report-custom-2026-02-17

| Date | Layaway Payment Revenue | Deposit Product Revenue | Final Balance Revenue | Total |
|---|---|---|---|---|
| 2022-5 | 0 | 19000 | 187866 | 206866 |
| 2022-6 | 600 | 25000 | 172613 | 198213 |
| 2022-7 | 0 | 23500 | 151443 | 174943 |
| 2022-8 | 0 | 18500 | 145775 | 164275 |
| 2022-9 | 300 | 17500 | 113103 | 130903 |
| 2022-10 | 2000 | 15500 | 182115 | 199615 |
| 2022-11 | 0 | 37000 | 72846 | 109846 |
| 2022-12 | 1000 | 21500 | 28755 | 51255 |
| 2023-1 | 1067 | 29000 | 78597 | 108664 |
| 2023-2 | 0 | 34000 | 63261 | 97261 |
| 2023-3 | 267 | 33500 | 86265 | 120032 |
| 2023-4 | 0 | 15000 | 157194 | 172194 |
| 2023-5 | 0 | 33750 | 220621 | 254371 |
| 2023-6 | 0 | 24000 | 93500 | 117500 |
| 2023-7 | 0 | 31350 | 73660 | 105010 |
| 2023-8 | 0 | 31000 | 12000 | 43000 |
| 2023-9 | 200 | 42350 | 2000 | 44550 |
| 2023-10 | 1650 | 22500 | 2000 | 26150 |
| 2023-11 | 0 | 30450 | 58000 | 88450 |
| 2023-12 | 0 | 21750 | 12000 | 33750 |
| 2024-1 | 250 | 14850 | 54000 | 69100 |
| 2024-2 | 300 | 14250 | 143850 | 158400 |
| 2024-3 | 0 | 11300 | 166622.96 | 177922.96 |
| 2024-4 | 1019 | 12500 | 108231.66 | 121750.66 |
| 2024-5 | 0 | 20945 | 109049.99 | 129994.99 |
| 2024-6 | 2150 | 14000 | 61500 | 77650 |
| 2024-7 | 0 | 8350 | 19100 | 27450 |
| 2024-8 | 0 | 10350 | 39800 | 50150 |
| 2024-9 | 0 | 14100 | 67800 | 81900 |
| 2024-10 | 0 | 6925 | 75799.99 | 82724.99 |
| 2024-11 | 0 | 11050 | 16000 | 27050 |
| 2024-12 | 40 | 18700 | 101850 | 120590 |
| 2025-1 | 0 | 7000 | 35998.75 | 42998.75 |
| 2025-2 | 0 | 6500 | 22000 | 28500 |
| 2025-3 | 1 | 5000 | 22000 | 27001 |
| 2025-4 | 0 | 10000 | 9650 | 19650 |
| 2025-5 | 1600 | 33200 | 56000 | 90800 |
| 2025-6 | 702 | 8500 | 11799.99 | 21001.99 |
| 2025-7 | 2625 | 5450 | 11490 | 19565 |
| 2025-8 | 3825 | 2500 | 8000 | 14325 |
| 2025-9 | 1700 | 5000 | 8000 | 14700 |
| 2025-10 | 1900 | 6000 | 6000 | 13900 |
| 2025-11 | 3394 | 6500 | 16000 | 25894 |
| 2025-12 | 1975 | 3500 | 12000 | 17475 |
| 2026-1 | 675 | 6000 | 4000 | 10675 |
| 2026-2 | 0 | 3000 | 10000 | 13000 |

Page 1



report-custom-2026-02-17

GG3 Mill Revenue Since May 2022 (By Month)

report-custom-2026-02-17

nue
ǝ

Page 3

EXHIBIT E
Defendant's Exhibit

All Reasons

| Why did you cancel your LEGIO membership? | Other | Please provide more detail | Submit Date (UTC) |
|---|---|---|---|
| | Changed plan to the $84 plan | I registered to the $60 plan, and wanted the $84 plan | 2026-02-12 16:33:09 |
| | Just didn't want credit card automatically billed -- didn't know how to stop auto billing without canceling | ' | 2026-02-12 16:07:09 |
| Could not access files | | wasn't informed  in pa you needed ffl for snap caps | 2026-02-09 23:08:56 |
| Could not access files | | I rarely go out there.  I saw the charge, and realized I hadn't been out there since 2024. | 2026-02-06 17:45:37 |
| Costs too much | | No money | 2026-02-05 15:14:33 |
| Could not access files | | Couldn't access DEFCAD files | 2026-01-30 21:43:10 |
| Could not access files | | DEFCAD wouldn't let me accesses files | 2026-01-30 21:33:21 |
| Could not access files | | the verification system did not work I want a refund | 2026-01-29 22:33:09 |
| Could not access files | | Bought the shit tried to get some files said I had to have them sent to a fucking ffl I live in Montana and I don't need a fucking file sent to an ffl shits a goddamn joke | 2026-01-29 04:49:04 |
| Could not access files | | | 2026-01-29 04:47:25 |
| | All the files were available for free elsewhere | | 2026-01-27 19:50:09 |
| Costs too much | | It cost too much | 2026-01-19 03:12:22 |
| Costs too much | | It cost too much for what it does | 2026-01-19 03:12:02 |

Page 1

All Reasons

| | | | |
|---|---|---|---|
| | I cancelled original subscription after realizing I had two. Auto-login failed and I though my account was expired; I created a new subscription. | User error: When looking for my account id, my auto login failed, I thought my current subscription had expired and created a new one. Upon logging in, I saw the my original was still valid. I cancelled my original subscription. | 2026-01-16 11:43:33 |
| I don't want to support fedcad | | Not interested | 2026-01-13 02:57:59 |
| | No | No | 2026-01-13 02:56:51 |
| Could not access files | | No link to files I thought this was for 3D files that could be printed | 2026-01-12 02:47:49 |
| | Un wanted charge on my card | I didn't get the option to renew or not | 2026-01-10 01:37:52 |
| Costs too much | | I like the service I just cant afford it right now | 2026-01-09 03:49:46 |
| | Duplicate membership, attempted to cancel newer one, 2024 and leave 2023 intac.   Please verify!!    Should have #119651 still active.   Please correct if I bungled this.   Was charged 11/26/2025 & 11/30/2025.   Want ONE yearly payment, PLS verify I got this fixed.   Many thanks. | Duplicate membership or subscription, was double charged 11/26/2025 & 11/30/2025. Attempted to DELETE the later, 2nd one... Please VERIFY and fix it correctly.   Want 1 membership with 1 yearly charge. Thanks. | 2026-01-08 17:37:59 |
| Costs too much | | | 2026-01-05 16:23:06 |

Page 2

All Reasons

| | | |
|---|---|---|
| Very misleading | Tried getting files from DEFCAD. Took 4 days to get the verification to finally be accepted with no help from DEFCAD. They push you to a one year subscription for $60 instead of the $7 a month on your website. Then I finally get verified to get files and cant even download simple files that would not need a FFL. Then you want to send the files to a FFL this whole system is misleading and very deceptive. At this point I just want a refund because I dont wont to keep playing games and wasting time when I can just build files. | 2026-01-04 19:04:13 |
| Concerned about personal security / privacy | ID verification is crazy especially only allowing 21+ (this is the fucking internet). Places like Odysee, CTRLPew, TheGataLog, and Fosscad out perform you and I hope they run you guys into the fucking ground. The fact you guys try to have more control and reach than a government body is insane. and using a paywall to hide access and then only after you get your money you make it known you have to ID and be over 21. You guys are scum and scammers. I hope you all sincerely go fuck yourselves | 2026-01-03 23:35:11 |
| Costs too much | do not use service | 2026-01-03 14:03:02 |
| Costs too much | too much money for me | 2026-01-03 05:23:50 |

Page 3

All Reasons

| | | |
|---|---|---|
| | I thought I had cancelled my membership two years ago. Did not get an email on my end until now. Check my account and saw that I have been charged since 2024. Will be speaking to my bank in regards of you guys not being transparent and communicating that I am getting charged. | Please read previous answer, but I had subscribed in 2023 of January, I was informed that during 2024 that I cancelled my membership and not be charged. UNTIL NOW, I get an email stating that I had renew my membership automatically to a card that I cancelled years ago. The lack of transparency and communication is asinine. I have been inactive since 2023. I know for a fact that you can see my activity in regards when I log in. I haven't been in this account since mid 2023-late 2023 to cancel membership. Aside from logging in January of this year, You can also see I've been inactive since then. Will be contacting bank in regards of the previous charges not being aware of. 2026-01-03 04:55:37 |
| I don't want to support fedcad | | Cody Wilson's conviction for one. The undisclosed data breaches for two. The theft of IP for three. The gatekeeping of data behind crypto paywalls for four. The self-righteous behavior of Cody Wilson for five. 2026-01-01 15:18:55 |
| | had 2 memberships | 2025-12-30 03:45:04 |
| Could not access files | | I am now charged to buy individual files on top of my membership. This is not what I signed up for. If I need to purchase files than I will do so where I don't need a membership first. 2025-12-25 03:09:25 |
| Costs too much | | Never used the site 2025-12-24 17:40:44 |

Page 4

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | | 2025-12-17 08:05:36 |
| | I got double charged. I'll never cancel. | | 2025-12-05 13:04:44 |
| | Did not have my permission to renew | Was charged without any warning or notice. | 2025-12-05 04:49:24 |
| | Automatically renewed. | It autorenewed- no prior warning, and no option shown to not. Bummer | 2025-12-03 04:48:55 |
| Could not access files | | The subscription is useless to me i can't access any files with out an ffl including simple tools | 2025-12-02 19:03:22 |
| | taking a break. | nope | 2025-12-02 01:01:05 |
| Could not access files | | went to purchase a set of files and was told to enter a ffl number, which is said nowhere that I needed one | 2025-11-28 14:28:34 |
| | Personal financial hardship | I would love to remain subscribed but cannot justify it against my current life situation | 2025-11-27 04:22:54 |
| | Just don't use it often enough. That's all. I'm still a huge fan. | I just don't use it often enough. That's all. | 2025-11-25 00:01:19 |
| | Don't use service | I haven't used thier service so I don't see continuing in the future | 2025-11-24 18:34:30 |
| | I upgraded and was getting charged twice. | I upgraded my subscription and was getting billed twice. I stopped the lower one. | 2025-11-22 23:37:29 |
| | Financial hardship | | 2025-11-22 16:04:21 |
| | It wasn't what I thought it was | I thought I had to have membership | 2025-11-19 01:31:39 |
| Could not access files | | Unable to access files unless compromised privacy and security | 2025-11-18 01:32:22 |

Page 5

All Reasons

| | | | |
|---|---|---|---|
| | No one at ghost gunner would answer my requests for support on my GG3s. I have sent countless emails and I don't ever get any responses. I'm not going to paid for tech support and then not receive it. | | 2025-11-17 20:54:02 |
| Costs too much | | Not unhappy with value but I am no longer using the service. | 2025-11-17 01:02:52 |
| Could not access files | | I wanted to access Parabellum v2, but unfortunately I couldn't; the website is confusing. I request a refund. | 2025-11-13 04:29:27 |
| Could not access files | | Defcad website is generally unusable. Times out logging in etc. | 2025-11-11 02:33:26 |
| | I somehow had a duplicate acount and got double billed. Customer service refunded the extra and took care of it. | | 2025-11-11 02:06:17 |
| | On a strict budget now | Im disabled from a work injury. Have to minimize bills | 2025-11-10 12:20:03 |
| Costs too much | | Do not use it enough for the benefit | 2025-11-09 01:33:27 |
| Could not access files | | I was not aware I needed an ffl for defcad. Many files are available elsewhere for free and I want a refund for my membership. | 2025-11-06 14:49:34 |
| Concerned about personal security / privacy | | | 2025-11-06 04:09:56 |
| | Don't need anymore | Do not want anymore | 2025-11-06 01:48:35 |
| | no longer have need for services | no longer have need for services and did not use | 2025-11-03 15:45:53 |

Page 6

All Reasons

| | | | |
|---|---|---|---|
| | I had it on autopay and I'm in Florida for the winter without my 3d printer. Other than that all was great thank you. | | 2025-10-30 00:21:33 |
| | I just accidentally bought a second subscription, I only needed to renew my original subscription | Great customer service, got a response and a refund within 48 hours of requesting it. Nothing bad to say, happy to keep my original subscription. :) | 2025-10-28 22:01:30 |
| | Because I just love filling out fuckin stupid surveys. Fuck. | Fuckin surveys. Fuck them. Fuck them all. | 2025-10-22 17:12:10 |
| | We really havnt used it since last year an forgot all about it an no longer need it | Do use the site no longer | 2025-10-19 20:55:18 |
| | Unable to just download files now. | When originally having a membership I was able to download files from defcad with the state Id verification. Now when I tried to do the same thing again. It wasn't. I was prompted for a jump drive and pay for shipping. Not happening. | 2025-10-18 16:59:22 |
| Could not access files | | My state blocks it | 2025-10-17 17:59:54 |
| | Don't use | I do not use it. | 2025-10-16 20:12:06 |
| I don't want to support fedcad | | I did not even remember ordering it | 2025-10-13 22:13:21 |
| Could not access files | | It would not except my ID. Tried multiple times and got the same results. | 2025-10-09 00:14:19 |
| | Lots of hoops to jump through and then it would not verify my info. To much of a hassle. | There is so much verifying that it is not worth the time and effort. Once it strated telling me it could not verify my information I was tired of trying. | 2025-10-06 13:17:18 |
| | Don't use | No longer use it | 2025-10-02 17:01:41 |

Page 7

All Reasons

| | | | |
|---|---|---|---|
| | Not currently using and need to save money. | Appreciate the platform and support it's existence; however, I need to save money and am not using it right now. | 2025-09-29 17:53:32 |
| | I changed my membership to supporter. | I changed my membership to supporter. | 2025-09-24 18:31:26 |
| Could not access files | | In all the years I've had a paid membership the two times I've actually tried to use the downloads have been nothing but trouble, blocked access and demands for my private information.  I'm done. | 2025-09-23 17:38:52 |
| | I didn't mean to renew it.  I thought I had cancelled automatic renewal | I did not mean to renew my subscription. I thought removing my credit card details would have been good enough, but it was not. | 2025-09-21 20:19:02 |
| Costs too much | | I have other obligations | 2025-09-21 03:28:43 |
| | Can't afford it right now | I just dont have the extra money for it right now. I might renew again in a few months when im able to afford it. Thanks. | 2025-09-12 18:53:36 |
| | Did not use as much | | 2025-09-10 20:41:36 |
| Could not access files | | Asked for a fla to send files to never mentioned any of that before purchase of membership | 2025-09-05 23:25:38 |
| Could not access files | | Needed an local ffl to buy an bear mase clip I want my money back | 2025-09-02 05:20:43 |
| | I was double enrolled | Apparently, there were two active subscriptions. | 2025-09-01 10:45:14 |
| | reorganizing my finances | due to increase in cost of food etc, had to cancel several items to save money | 2025-08-25 20:40:23 |

Page 8

All Reasons

| Reason | Detail | Date |
|---|---|---|
| Could not access files | Website only accepts bitcoin. Already have the membership to access "free files" and unable to pay with bitcoin. | 2025-08-23 00:45:31 |
| Concerned about personal security / privacy | Too much personal information involved and it's a bit pricey. I also found out how to access the files somewhere and else for free. | 2025-08-18 12:02:44 |
| Concerned about personal security / privacy | Did knowing it was possible honeypot, wish to end my association with these services | 2025-08-18 01:22:35 |
| Could not access files | Defcad doesnt work, verification system is broken. no emails get responed too. | 2025-08-16 07:05:16 |
| Could not access files | I was never able to access any files I reached out for support and never got an email back. I tried uploading license twice and it never worked | 2025-08-12 12:39:06 |
| Could not access files | Don't have license to access files | 2025-08-11 22:02:14 |
| About to be extremely poor. Mortgage + baby | Mortgage+baby+boomer economy = no monies | 2025-08-08 12:43:13 |
| Could not access files | Unable to access Defcad files after completeing authenticator | 2025-08-01 23:32:22 |
| N/A | N/A | 2025-07-30 16:08:17 |
| Could not access files | I do not have an FFL and was unable to download anything off of Defcad due to that reason. I have no use for a subscription that I cannot use yet. | 2025-07-23 23:11:59 |
| Could not access files | Not enough info provided. | 2025-07-22 20:20:29 |

Page 9

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I purchased the lincense so I could purchase 3D models from DefCad but when I tried to checkout it requires me to give an FFL number, which defeats the entire point. I would love to be refunded if possible. | 2025-07-22 02:15:40 |
| | purchase | Accidentally purchased | 2025-07-21 23:05:11 |
| Could not access files | | Was just donating, was not able to take advantage of any of the files do to my location. | 2025-07-20 20:17:04 |
| | No longer need the file access | I just did on the page above. | 2025-07-20 14:16:46 |
| Costs too much | | The site is too confusing for me | 2025-07-16 17:41:17 |
| I don't want to support fedcad | | Feds stole 180$ on recurring payments from this site that can't cancel a subscription, this is the third time cancellation | 2025-07-16 03:37:27 |
| | Duplicate memberships | My best guess is that, when I tried to renew my membership, I would up starting a second one.  Just a guess, because I received two automatic renewal e-mails one day apart. | 2025-07-10 22:59:13 |
| | A & C (bad web scripts and total PITA to access files) | bad web scripts and total PITA to access files | 2025-07-03 23:02:06 |
| | "pride month" | Wow | 2025-07-01 06:42:16 |
| | Your recent disgusting article encouraging homosexual literature and behavior. Stay in your lane, you are anti gun control, not a homosexual advocacy group. | | 2025-07-01 05:40:42 |
| | Forgot about the subscription because I don't use it. | I forgot about the subscription because I don't use it. | 2025-06-30 22:04:12 |
| | No longer interested in defcad | i have different priorities now, love ya though! | 2025-06-27 20:34:15 |

Page 10

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | Just don't want to put all my information out there with respect to my rights not being violated | 2025-06-26 18:30:07 |
| Could not access files | | i could not get my ID verified correctly it kept requsting i verifry overt a over again | 2025-06-25 21:27:59 |
| Could not access files | | | 2025-06-24 20:59:02 |
| I don't want to support fedcad | | Unauthorized charge/SCAM | 2025-06-21 22:38:38 |
| | Did not use website much after the first month. | I did not use the website much after the first month of membership, also my 3d printer is on the fritz and I'm still figuring out how to repair it. | 2025-06-17 15:19:23 |
| Costs too much | | At $60 per year, it is just too much for my usage. $20-30 seems fair for a base level. | 2025-06-11 03:20:09 |
| Costs too much | | I had asked for my subscription to be cancelled last year and it said pending cancellation but my subscription renewed for some reason | 2025-06-09 22:18:43 |
| | Idk why or how I was subscribed to you | Idk why I was subscribed idk yall | 2025-06-05 23:49:04 |
| Could not access files | | needed ffl which was never mentioned and could only pay in bitcoin, also never mentioned | 2025-06-04 21:54:12 |
| Costs too much | | have not used it in over 10 months | 2025-06-02 01:31:00 |
| Could not access files | | Downloads in defcad stopped working | 2025-06-01 16:27:42 |
| Concerned about personal security / privacy | | | 2025-05-25 23:25:50 |
| Costs too much | | NEED TO SAVE MONEY | 2025-05-24 03:10:55 |

Page 11

All Reasons

| | | |
|---|---|---|
| Could not access files | | I paid accidentally paid twice in that week. | 2025-05-20 23:08:28 |
| I don't want to support fedcad | | can get same or better free... def cad is not needed and cost to much with way to many stolen, copied, and untested models | 2025-05-20 22:47:29 |
| | Dont want any more auto subscriptions, may still donate | I'm eliminating all auto subscriptions. | 2025-05-20 17:47:28 |
| Could not access files | | I paid $60 to access files on Defcad and still have trouble accessing STL's.   I'm getting ready to email their support but this is too much effort for a paid subscription when I can find 99% of what I'm interested in for free.   For $60, I expect it to be verification to be quick or instant and flawless logins and downloads. | 2025-05-18 20:45:26 |
| | Auto pay is inconvenient for me. Trying to reduce spending. | My financial situation has changed making it necessary to reduce and control spending. | 2025-05-15 15:34:08 |
| I don't want to support fedcad | | i have not used the service, and many of the files are already availble via other sources that do not require 2 factor auth to use them. also, cody wilson should be in jail for sex with minors. | 2025-05-14 18:30:23 |
| Costs too much | | | 2025-05-13 20:36:19 |
| Concerned about personal security / privacy | | You need my id and so much info to get anything and even then it is a huge hassle not worth it I've tried numerous times to get a file and I've spent $120 in the past two years to not even get a single file | 2025-05-11 17:57:52 |

Page 12

All Reasons

| | | | |
|---|---|---|---|
| Costs too much | | | 2025-05-09 21:06:18 |
| | cant afford right now, might get again later... | what more detail could you possibly want or need? | 2025-05-09 10:54:46 |
| | charged twice for membership cancel to one pleaseeases | charged for two memberships a day apart cancel one please | 2025-05-06 02:49:46 |
| Could not access files | | I live in Pennsylvania and apparently the files have to be sent to an FFL and I don't want to do that | 2025-05-04 13:44:08 |
| Could not access files | | I need to provide an FFL if I want to download anything. I live in Pennsylvania. Why do I need to provide an FFL? | 2025-05-02 01:16:05 |
| Costs too much | | I just renewed in October, and now am getting billed for another year, but am not expired. What is going on there? | 2025-04-28 15:32:43 |
| I don't want to support fedcad | | | 2025-04-22 17:00:23 |
| Costs too much | | Cost too much and I don't use it anymore | 2025-04-22 16:15:00 |
| Concerned about personal security / privacy | | | 2025-04-17 19:58:12 |
| | Times are tough, cant spare the money | The economy is tough right now, my income has decreased, and I need to save every dollar I can. | 2025-04-16 20:19:03 |
| | Needed funds for new project | Simply needed all funds possible for a new project. Keep up the good work. | 2025-04-12 10:27:45 |
| | Honestly, I bought so I could download a file but it turned out to be disappointing so I wasted my money.. | | 2025-04-10 01:03:25 |

Page 13

All Reasons

| | | | |
|---|---|---|---|
| | Got married and am wanting to cut down on the number of subscriptions. | I 100% appreciate what you guys do. Just wanting to honor my wife with regards to where money is being spent. | 2025-04-06 21:06:14 |
| | I tried to cancel before and it wouldn't let me and I still got charged | I don't use subscription and have cancelled it previously in the year but i saw I was just charged | 2025-03-31 06:03:27 |
| Costs too much | | I thought I already cancelled can I get a refund thanks | 2025-03-28 17:42:59 |
| | Don't use it | Don't use it | 2025-03-27 18:03:58 |
| | lost job cant afford anything | lost job have to save moneys anywhere i can | 2025-03-22 02:19:58 |
| Costs too much | | Pretty self explanatory. | 2025-03-21 11:43:27 |
| | I found what I needed somewhere else for now. I may be back in the future. Thank you | I am new to 3D printing and found some other websites easier to access files without a subscription. | 2025-03-15 10:55:10 |
| | Wrong info | Wrong info | 2025-03-14 18:27:21 |
| | Didn't use it as much as I had been | I haven't used the website in over a year, except to just browse. | 2025-03-14 12:12:19 |
| Costs too much | | I don't use this service enough to justify the cost. | 2025-03-14 04:53:44 |
| Could not access files | | After providing my government ID I still could not be verified for a download. | 2025-03-13 01:19:17 |
| | Subscribed to wrong service by mistake | I was trying to subscribe to 3D printer files - not CAD files.  I cancelled so as not to renew automatically next year. | 2025-03-02 15:08:44 |
| Could not access files | | It requires an ffl to download files to new york. I was not made aware of his until after trying to download the files. | 2025-02-19 23:50:44 |
| | dont print anymore | | 2025-02-15 18:10:18 |

Page 14

All Reasons

| | | | |
|---|---|---|---|
| I don't want to support fedcad | | Cody Wilson's treatment of the community and ripping off files without the authors consent is wrong. | 2025-02-13 20:59:52 |
| Could not access files | | Not user friendly | 2025-02-12 16:58:28 |
| | was not told about FFLs before any kind of purchase | Was not told about FFLs before any kind of purchase | 2025-02-09 18:22:57 |
| | Don't use it anymore, for various reasons. | Change in personal interests and manufacturing methods. | 2025-02-07 15:49:54 |
| Concerned about personal security / privacy | | | 2025-02-07 15:12:46 |
| | Didn't use it as much as I thought I would | Did not use the subscription virtually at 👥 All last year | 2025-02-07 00:51:21 |
| | Financially cant support it currently | Finances and other life events unfortunately dont allow me to keep the subscription at this time | 2025-02-05 21:49:24 |
| Could not access files | | didnt want to provide id | 2025-02-05 19:49:25 |
| | Upgraded subscription manually and deleted old subscription | Deleted duplicate subscription | 2025-01-31 14:31:48 |
| | Uncomfortable giving my SS# pictures of my ID and taking a selfie to download files that's are free everywhere else. I'd pay the membership all day long but the extra steps is why I'm out! | | 2025-01-30 01:29:00 |
| | I did not use the content enough to feel a need to renew, then forgot to cancel before it was auto renewed. | I have barely used the platform, no need in the coming year to renew something I no longer use. | 2025-01-24 00:12:51 |
| | Don't use it | I've already given you enough of my time. I don't owe you more detail. Just cancel the subscription. | 2025-01-21 23:49:59 |
| Could not access files | | I'm unable to use the files that used to be accessible to me. I want a refund | 2025-01-21 23:14:43 |

Page 15

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | Tried downloading files from defcad and it wouldn't do location to do it. So canceling cause I paid like asked but still could not access files | 2025-01-20 01:33:05 |
| I don't want to support fedcad | | Multiple reasons.  File access worked at first, but then stopped.  The location scan never works, possibly because I'm on Starlink.  Also, while I understand the need to finance the project, selling creators' works without their permission and in violation of license terms is pretty cringe. The lawsuit with Gatalog was the final straw. | 2025-01-17 20:57:12 |
| Could not access files | | kept getting an error after trying to access the files i was interested in researching. | 2025-01-16 06:36:05 |
| Costs too much | | Could not afford it | 2025-01-15 22:59:16 |
| | Dont use it | I have not used the site in a year | 2025-01-13 20:38:25 |
| | Bought a higher tear membership | I went from standard member with an old credit card to a higher tear with a new credit card | 2025-01-12 09:27:30 |
| Costs too much | | More than I can afford right now. | 2025-01-10 03:54:15 |
| Costs too much | | There isn't sufficient value for the price of membership. | 2025-01-10 01:56:05 |
| Costs too much | | | 2025-01-06 02:43:03 |
| Concerned about personal security / privacy | | | 2025-01-03 12:13:38 |
| Concerned about personal security / privacy | | | 2024-12-31 21:41:37 |

Page 16

All Reasons

| | | | |
|---|---|---|---|
| Costs too much | | A month to month subscription would be more ideal for me. I may still subscribe at a later date gain though. | 2024-12-30 21:39:35 |
| Costs too much | | | 2024-12-30 18:03:41 |
| | Other | | 2024-12-29 16:02:35 |
| Could not access files | | I live outside the states | 2024-12-28 20:20:57 |
| | i was forced to purchase it for defcad. after purchase i verified my identity twice and the defcad website refused to let me download anything. complete scam | waste of time, obviously you arent fighting for our first amendment because we have to basically give our dna to download a file | 2024-12-27 15:59:56 |
| Could not access files | | Every time I try to download file it blocked me from downloading it. Have this a whole year and couldn't download one file. Restricted me from obtaining any files. | 2024-12-19 19:43:12 |
| Concerned about personal security / privacy | | I support what the organization does, and I am not worried about security on your end. I have reviews of my security clearance coming up, and can not risk my professional life. Thank You for all that you stand for. | 2024-12-18 15:57:26 |

Page 17

All Reasons

| | | |
|---|---|---|
| Could not access files | I have sent numerous requests via CONTACT US & Email for clarification concerning why you require FFL info after payment has been made though never was there any notification before signing up that an FFL was required for my state of MD. Furthermore, I have requested information regarding numerous complaints that your business is a SCAM and that an explanation be given why and/or if I was mistaken during the registration process. At this point the CC charge is being disputed and an investigation is being done regarding this matter. Additionally - your published phone number 512-975-2385 is out of service. | 2024-12-16 17:26:18 |
| Costs too much | The cost is too high and I don't have a mill. Just not worth it. | 2024-12-15 04:40:12 |
| Costs too much | I don't use it enough to justify cost | 2024-12-14 19:37:14 |
| Haven't used it and don't see need soon | | 2024-12-14 17:06:16 |
| Concerned about personal security / privacy | I don't use any automatic renewals and renew manually so I don't have any financial surprise on my statement. From what I understand I'm good for 1 year subscription at the current time. | 2024-12-13 18:14:05 |
| I don't want to support fedcad | Never had to have an ffl support before | 2024-12-13 12:10:29 |
| Costs too much | Never used it. Everything I've ever printed I've found on free use sites like the sea or thing. | 2024-12-12 04:38:11 |

Page 18

All Reasons

| Reason | Detail | Comment | Date |
|---|---|---|---|
| Could not access files | | I no have use of the files provided. But thank you for your work. | 2024-12-10 07:54:29 |
| I don't want to support fedcad | | | 2024-12-07 01:18:25 |
| | I think I accidentally signed up for two memberships. | My credit card on file had expired, and when I applied a new credit card, I think I accidentally signed up for a second membership. Hopefully, I still have one membership active. | 2024-12-05 02:58:44 |
| | Signed up in error - wrong website | Thought this subscription was required to use DefCad | 2024-12-03 07:25:58 |
| Could not access files | | When Cody developed this website, it was supposed to be for everyone now you need an FFL so fucking stupid | 2024-12-03 06:51:07 |
| Could not access files | | After a couple downloads it said there was some type of restriction I couldn't get past | 2024-12-01 03:05:57 |
| | 2 subscriptions | I realized that I had 2 subscriptions account #120164 and #77411.  So I canceled one. | 2024-11-30 02:08:37 |
| Could not access files | | I miss understood it's defcad. | 2024-11-29 03:00:54 |
| | I don't use it all that much | I've printed about 2 projects in a year | 2024-11-27 13:00:28 |
| | I was not informed prior to billing for a new year of membership | | 2024-11-26 15:36:46 |
| | Stopped printing | No longer using the subscription | 2024-11-26 03:45:05 |
| | No reasonable renewal warning. I dislike this practice. Even Amazon provides a few days warning. | Not the way to maintain trust... | 2024-11-25 00:24:20 |
| Could not access files | | Files I want I can't download | 2024-11-21 21:20:19 |
| I don't want to support fedcad | | | 2024-11-18 21:47:08 |

Page 19

All Reasons

| | | | |
|---|---|---|---|
| Concerned about personal security / privacy | | | 2024-11-18 21:46:45 |
| | No longer use | | 2024-11-18 00:31:54 |
| Could not access files | | Defcad was unavailable to me?? | 2024-11-17 01:52:05 |
| | Not sure I ever subscribed in the first place | | 2024-11-16 17:45:06 |
| Could not access files | | I never set my subscription to auto renew, so now I want the $60 y'all took yesterday, and I will not continue my subscription. | 2024-11-13 06:39:09 |
| | I don't have a printer large enough to print anything useful from the sight, and $60 annually is way too much. Should charge per file. Truth be told, I don't even remember what this site/membership offered me. I don't even remember signing up for it last year. | I don't recall what the membership benefits are, and I never heard anything from the site to remind me what is on there. | 2024-11-12 13:13:40 |
| | Double subscription | Looks like I made a mistake last year and bought another subscription.  I only need one subscription not two | 2024-11-12 12:18:29 |
| Costs too much | | currently tight on bills | 2024-11-11 00:34:07 |

Page 20

All Reasons

| | | |
|---|---|---|
| Could not access files | As someone who was curious about trying to 3D print individual parts for personal curisoity, it was not made apparent that an FFL was going to be required. This additional price requirement is not something I am interested in buying, therefore since I cannot afford an FFL, I cannot access files that I paid you for. This seems like a cheap way to get people to spend which I dont approve of and am therefore cancelling my membership. | 2024-11-10 00:26:04 |
| I don't want to support fedcad | I have no interest in your site. | 2024-11-05 16:15:25 |
| Costs too much | I spent $60 to download the library, the new content in a year is not worth $60. | 2024-11-01 05:17:13 |
| Could not access files | I thought it is will be easier juust to get membership, and get files to print a couple for myself, but its asking for FFL license which kinda hard to get. So i cancelled i hope get money back | 2024-10-20 08:50:48 |
| Concerned about personal security / privacy | No VPN use, security clearances will flag this membership | 2024-10-19 11:05:43 |
| Costs too much | Recently lost job can't continue the subscription | 2024-10-14 22:56:54 |
| I didn't mean to purchase this membership | I did not mean to purchase this membership | 2024-10-14 13:50:49 |
| Costs too much | | 2024-10-14 12:00:30 |
| Concerned about personal security / privacy | its asking for id is wild i dont understand why it would do that | 2024-10-12 03:32:12 |

Page 21

All Reasons

| | | | |
|---|---|---|---|
| | didn't use service | didn't have enough time to use fedcad | 2024-10-11 21:53:37 |
| | Change in my life | Can no longer afford due to finances | 2024-10-10 16:19:24 |
| I don't want to support fedcad | | You know why. | 2024-10-10 11:26:05 |
| | Renewal process created a new membership so I cancelled the old one | The renewal process created a new membership so I cancelled the old one. | 2024-10-08 22:25:36 |
| Concerned about personal security / privacy | | You know.... | 2024-10-05 19:22:10 |
| | i have two memberships for some reason. I only need one. | Somehow I joined twice.  I want to cancel and refund one membership. | 2024-09-30 10:52:37 |
| Could not access files | | commyfornia resident | 2024-09-26 18:30:16 |
| I don't want to support fedcad | | I don't like people who have sold out to the fed before | 2024-09-25 14:53:48 |
| Could not access files | | no access   DEFCAD has encountered a problem determining your access eligibility. | 2024-09-25 14:41:29 |
| Could not access files | | I joined for access to Stl files that interested me.  Last time I logged in there were not files.  Hate I have been paying for a subscription that obviously shifted its services. | 2024-09-22 13:46:03 |
| | Too many bills | | 2024-09-20 23:31:50 |
| Could not access files | | I signed up to be able to download CAD files, but could not due to sate restrictions. | 2024-09-20 14:38:59 |
| Costs too much | | | 2024-09-18 04:40:23 |
| Could not access files | | You never stated California could not download. Thieves!! SCAM!!  Will contact local investigative tv station | 2024-09-15 10:32:08 |

Page 22

All Reasons

| | | | |
|---|---|---|---|
| Could not access files | | I could not verify my age and would like a refund | 2024-09-15 05:22:30 |
| Could not access files | | | 2024-09-15 05:22:01 |
| | Just wanted to cancel subscription for now. | Just want to cancel for now. | 2024-09-14 19:54:55 |
| | The behavior in response to the lawsuit is destructive to the larger community. | Doxxing members of the community is reprehensible | 2024-09-11 16:27:38 |
| Concerned about personal security / privacy | | I am trying to keep my digital foot print small. | 2024-09-11 11:19:01 |

Page 23

EXHIBIT F
Defendant's Exhibit





Generated by Gataleaks.org
File ID: GLS—4hq74uyv1r7soae



**gw_guncad**

12:52

Howdy man - I saw your writeup on why you left the DEFCAD platform. Reading between the lines, I know there's some other major reasons you need to step away as well.

Everything else aside, I'd like to know if you'd be open to us helping you pay for your meds, totally off the record. I was pretty upset when I saw in your writeup that you'd been struggling with that and I don't want you to suffer.

If you're open to that, let's have a call on the matter?

PLTFS00000250

EXHIBIT G
Defendant's Exhibit





# Digital Risk Profile: DEFCAD, Inc

Last Update: April 3, 2025

MANDIANT PROPRIETARY AND CONFIDENTIAL
Dissemination Restrictions: This report can be shared within the customer organization and Mission Support Partners (MSPs).
Mandiant must explicitly approve further dissemination of the product.

MANDIANT INTELLIGENCE EXPERTISE



# Table of Contents

Requirement...........................................................................................................................3

Scope....................................................................................................................................3

**Risk Descriptions**...............................................................................................................4

**Executive Summary**...........................................................................................................6

**Compromised Credentials**............................................................................................ 10

   Overall Assessment...................................................................................................... 10

   Background......................................................................................................................10

      Corporate Accounts................................................................................................ 10

      Customer Accounts................................................................................................ 10

      Compromised Accounts...........................................................................................11

      Combolist Accounts.................................................................................................11

   Customer Credentials.................................................................................................... 12

**Suspicious Domains**....................................................................................................... 14

   Domain Risk Descriptions.............................................................................................14

   Domain Risk Matrix For DEFCAD................................................................................. 15

   High Risk Domains Targeting DEFCAD........................................................................ 17

      defcad[.]net and def-cad[.]com.............................................................................17

      Visually Similar Sites.............................................................................................18

   Moderate Risk Domains Targeting DEFCAD................................................................ 20

      defcad[.]co.............................................................................................................20

**Underground Activity**.......................................................................................................23

   Telegram......................................................................................................................... 23

**Appendices**...................................................................................................................... 25

   Appendix A: Supplemental Documents.........................................................................25

   Appendix B: Credential Stealers....................................................................................25

MANDIANT INTELLIGENCE EXPERTISE

## Requirement

This Digital Risk Profile (DRP) provides a point-in-time analysis of potential DEFCAD-specific digital risks and exposures across monitored online sources. This analysis aims to identify potential cybersecurity threats, data breaches, brand reputation risks, and other vulnerabilities related to the client's digital assets and online presence.

## Scope

Our assessment of DEFCAD's digital risks is based on Mandiant's internal threat intelligence data, which includes proprietary raw data and finished threat intelligence reports primarily from January 1, 2024 to the present. We collect data from open and dark web sources, including known cybercriminal forums, marketplaces, and data leak sites. We also utilize data feeds from our botnet and malicious infrastructure monitoring systems, providing real-time insights into threat activity.

While comprehensive, it is important to acknowledge that highly sophisticated threat actors may operate covertly, and their activities may not always be observable in publicly accessible forums. This assessment provides a point-in-time analysis based on available data.

MANDIANT INTELLIGENCE EXPERTISE

## Risk Descriptions

This report uses the following risk ratings:

### Digital Threat Risk Ratings

#### High

Indicates a direct and immediate threat to the client's brand, infrastructure, or employees. Examples include:

- Recent leaks of actively used corporate credentials that grant access to sensitive corporate infrastructure.
- Malware uniquely designed to target the client, its brand, and/or its clients.
- A recent data leak originating directly from client infrastructure.

#### Moderate

Represents a potential threat that could be exploited indirectly to compromise the client's brand, infrastructure, or employees. Examples include:

- Recent leaks of actively used corporate credentials that grant access to third-party infrastructure.
- Malware that broadly targets hundreds of disparate organizations, including the client.
- A recent third-party data leak that exposes some client information.

#### Low

Signifies minimal or no immediate threat and is unlikely to be exploited to cause significant harm to the client's brand, infrastructure, or employees. Examples include:

- Older leaks of corporate credentials for terminated employees that do not grant access to corporate infrastructure.
- Malware that targets a broad range of similar organizations as the client.
- A recent post that re-shares years-old data related to the client.

*Table 1: Mandiant's digital risk ratings guide*

Google Cloud

Proprietary & Confidential  ·  | 4



MANDIANT INTELLIGENCE EXPERTISE

# Executive Summary

In December 2024, DEFCAD, Inc. requested that Mandiant evaluate whether its data was present on the Dark or Open web. Mandiant did not identify any corporate employee credentials related to the defcad.com domain or sensitive corporate documents in the research period dating back to January 1, 2024.

However, during Mandiant's investigation we identified several notable digital risks:

- We identified customer credentials in monitored sources for the same research period, but we assess these to be likely collected by stealer malware installed on victim computers rather than leaked from the defcad.com website.
- Mandiant identified several high risk domains that present impersonation risks and could be leveraged by threat actors in support of cyber activities.

Additional key findings are summarized below and discussed in subsequent sections.

## Key Findings

### Compromised Credentials



**Low**

- Since January 1, 2024, we did not identify any corporate employee credentials related to the defcad.com domain.
- Since January 1, 2024, we found over 2,400 sets of compromised customer credentials related to defcad.com. We did not identify any notable patterns suggestive of a new and/or unknown breach of DEFCAD infrastructure.
- We did not observe any hardcoded credentials or leaked secrets in GitHub code repositories that featured keywords related to DEFCAD.
- We recommend DEFCAD review the identified credentials for accuracy and determine if any additional internal action is needed.

### Suspicious Domains

Google Cloud                                                                Proprietary & Confidential  ·  | 6

MANDIANT INTELLIGENCE EXPERTISE                                                              TLP:RED ▾

**Moderate**

- We investigated domains for malicious activity impersonating or targeting DEFCAD. Common themes in observed typosquatted domains included use of "defcad" and terms such as "liberator."
- We identified two high risk domains associated with hosting a coming soon page using a FEDCAD reference.
- We identified several domains recently hosting a mirrored or scraped version of defcad.com. Some, but not all, of the domains employed the *.ir* TLD; although it is unclear what the purpose of this activity was.
- We noted 21 low or moderate risk domains, some of which may be benign.
- Most of the low to moderate risk domains are currently expired, but could plausibly be registered again and used to impersonate DEFCAD.
- We recommend DEFCAD review the domain information for accuracy and awareness. Typically, we recommend that affected organizations initiate takedowns of the moderate to high-risk domains that specifically target employees and customers.

## Underground Activity

**Low**

- Mandiant identified threat discussions of credentials collected via stealer malware. None of the observed discussions were specific to DEFCAD or customers, but rather relate to opportunistic capture of content from infected devices.

## Malicious Files

**N/A**

- Mandiant did not identify any malicious documents targeting or impersonating DEFCAD.

## Non-Malicious/Sensitive Files

**N/A**

- Mandiant did not identify any malicious documents targeting or impersonating DEFCAD.

## Credential Stuffing

**N/A**

- Our review of available sources did not identify credential stuffing configuration files referencing DEFCAD at this time.

Google Cloud                                                      Proprietary & Confidential  ▾   | 7



Table 2: Mandiant's key digital risk findings for DEFCAD



MANDIANT INTELLIGENCE EXPERTISE



# Compromised Credentials

## Overall Assessment

Since January 1, 2024, Mandiant has not identified any compromised corporate credentials associated with DEFCAD's primary domain, defcad.com, or companion domains defdist.org, ghostgunner.net, ghostguns.com, or ddlegio.com in the sources monitored by Mandiant.

However, Mandiant observed over 2,400 compromised account credential sets accessing defcad.com and related domains ddlegio.com, defdist.org, ghostgunner.net, and ghostguns.com that have been leaked on monitored underground forums. Analysis of these leaked credentials, particularly within the last year, does not indicate a widespread data breach.

## Background

For this report, Mandiant researched various publicly accessible and monitored underground forums to identify "corporate" and "customer" compromised credentials. These platforms include those that require validated accounts (e.g., BreachForums), high levels of "reputation" (e.g., XSS), and those that are open to the public, but require temporary or permanent accounts (e.g., Telegram).

### Corporate Accounts

Credential sets are labeled as "corporate" when either of the following two conditions are met:
1. The username uses an email address on the client's primary domain (e.g., defcad.com).
2. The username uses an "employee ID" or a shortened Lightweight Directory Access Protocol (LDAP) name AND is associated with a URL likely only accessible to corporate employees (e.g., vpn.defcad.com).

### Customer Accounts

Credential sets are labeled as "customer" when either of the following two conditions are met:
1. The username uses an email address not on the client's primary domain (e.g., hotmail[.]com, gmail[.]com).
2. The username does not use an email address (e.g., janedoe1980) and is associated with a customer-centric URL (e.g., defcad.com/login).

The table below provides one example that illustrates the difference between corporate and customer credentials.

MANDIANT INTELLIGENCE EXPERTISE

| Username | URL | Type |
|---|---|---|
| john.doe@acmecorp[.]com | acmecorp[.]com/oauth/2/login | Corporate |
| jane.doe@gmail[.]com | acmecorp[.]com/customeraccount/ | Customer |

Table 3: Examples of a "corporate" and "customer" credential set

## Compromised Accounts

Compromised accounts pose the most significant risk as they often represent recent compromises of a victim's entire browser password store. This "store" often contains other sensitive information such as employee IDs, personal email addresses, and phone numbers - all useful for social engineering attacks on the password reset process. Compromised accounts typically also have more metadata that usually helps pinpoint the "date of compromise" within a 2-3 month timeframe.

## Combolist Accounts

These are collections of previously leaked credentials used in brute force attacks; attacks which rely on password reuse. Combolist accounts are typically less impactful as they often lack metadata beyond the username and password and sometimes even an associated URL. The compromise date is also less accurate, often months to years before the combolist is released. Finally, there is typically no associated "credential store," making it difficult to determine how and when the account was compromised, and whether other PII exists that could make socially engineering the password reset process less difficult.

**Key Differences:**

Compromised accounts provide attackers with a richer source of information and a clearer timeline of the breach, making them a more serious threat than combolist accounts.

| Characteristic | Compromised Account | Combolist Account |
|---|---|---|
| Impact | **High**: Attackers may access the entire password repository and potentially sensitive personal information. | **Lower**: Limited to username and password, often missing other details. |
| Compromise Date | **More accurate**: Usually determined within 2-3 months using log files. | **Less accurate**: Can be years before the combolist release date. |
| Metadata | **More extensive**: Includes personal information and website URLs. | **Limited**: Often only includes username and password. |
| Credential Store | **Associated** with a specific user's credential store, providing more context about the compromise. | **Not associated** with a credential store, making it difficult to investigate the compromise. |

Table 4: Key differences between compromised and combolist accounts

MANDIANT INTELLIGENCE EXPERTISE



## Customer Credentials

Mandiant identified over 2,400 customer credential sets for defcad.com and related domains ddlegio.com, defdist.org, ghostgunner.net, and ghostguns.com compromised, published, or first seen since January 1, 2024. Based on our observations and experience, this is not unusual for a company like DEFCAD. In addition, we did not identify any patterns that suggest a unified source of these credentials.

As was the case here, companies with a client base, like DEFCAD, often see more customer (external user) credentials leaked in underground forums and markets. The vast majority of the time, these credential leaks are the result of compromises of personal devices of an organization's clients. While not recommended, we find that more often than not, identified victims save credentials on personal devices that are later compromised by credential stealing malware.

Based on the above analysis and other contextual information, we do not believe these credentials pose a risk to DEFCAD's corporate infrastructure. However, we strongly urge DEFCAD to review these credentials and prioritize rotations of customer accounts as needed. Mandiant strongly advises all clients to rotate compromised passwords, disable inactive accounts, and enforce multi-factor authentication (MFA) for secure logins.

Further details on our credential analysis are available in the "**DEFCAD_Credentials.xlsx**" file included with this report.

### Top Stealer Malware



Figure 1: Top Stealer Malware responsible for credential theft



MANDIANT INTELLIGENCE EXPERTISE

# Suspicious Domains

The following domains were identified as potential risks to DEFCAD and are listed in order of severity. See the supplemental materials (**DEFCAD_Domains.xlsx**) for more details on each domain.

## Domain Risk Descriptions

Mandiant uses the following ratings when assessing a domain's risk to an organization.

### Domain Risk Ratings

#### High

Indicates a domain that is a direct and immediate threat to the client's brand, infrastructure, or employees. Examples include:

- Domains that misuse a client's intellectual property (logos, website assets, etc.).
- Domains that target a client and are involved in malware and/or phishing campaigns.
- Active domains that mimic client's employee login page.

#### Recommendations

To prevent future abuse and misuse of all high risk domains, consider these options:

- **Filing a takedown:** File a takedown with the domain's registrar and ISP.
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.
- **Blocking IP/Domain traffic:** Blocking traffic at the edge of the organization's network infrastructure, could help to prevent unauthorized scraping and use of website assets on the organization's domains and may decrease the risk of employee phishing and remote connections.
- **Create Awareness:** Awareness and education programs can help reduce the likelihood that an employee, student, or teacher will fall victim to phishing emails abusing these domains.

#### Moderate

Represents a domain that is a potential threat that could be exploited to compromise the client's brand, infrastructure, or employees. Examples include:

- Recently registered typosquatted domains with a history of malicious use.
- Typosquatted domains with little available information and unclear intentions.
- Domains that mimic a client's domain and are associated with other malicious domains.

#### Recommendations

MANDIANT INTELLIGENCE EXPERTISE

To prevent future abuse and misuse of moderate risk  domains, consider these options:
- **Filing a takedown:** File a takedown with the domain's registrar or ISP. However, often this can be difficult if insufficient evidence exists to support a takedown claim.
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.
- **Blocking IP/Domain traffic:** Blocking traffic at the edge of the organization's network infrastructure, could help to prevent unauthorized scraping and use of website assets on the organization's domains and may decrease the risk of employee phishing and remote connections.

## Low

Signifies a domain that is a minimal or no immediate threat to a client's brand, infrastructure, or employees. Examples include:
- Domains that could potentially be misused but are currently generic in nature.
- Legitimate domains originally owned by a client that have lapsed and expired.
- Client-related domains being squatted for resale.

## Recommendations

To prevent future abuse and misuse of low risk domains, consider these options:
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.

*Table 5: Mandiant's domain risk ratings and recommendations guide*

## Domain Risk Matrix For DEFCAD

The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity.

| Domain | Risk |
| --- | --- |
| defcad.net | High |
| def-cad.com | High |
| abadi.sbs | High |
| sir.ffakhar.ir | High |
| nice.woodclub.pw | High |
| consol.braincontrol.ir | High |

MANDIANT INTELLIGENCE EXPERTISE                    TLP:RED

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |
| 141.94.2.52.sslip.io | High |
| paneldownloadforwindowsxp.negspace.store | High |
| 157.90.18.138.sslip.io | High |
| 185.201.252.32.sslip.io | High |
| 65.21.58.230.sslip.io | High |
| defcad.co | Moderate |
| defcad.ca | Low |
| defcad.se | Low |
| defcad.us | Low |
| defcadliberator.com | Low |
| defcadliberator.org | Low |
| defcadtactical.com | Low |
| defcad.asia | Low |
| defcad.cn | Low |
| defcad.co.nz | Low |
| defcad.co.za | Low |
| defcad.com.cn | Low |
| defcad.is | Low |
| defcad.net.nz | Low |
| defcad.nl | Low |
| defcad.ph | Low |
| defcad.ru | Low |

Google Cloud                                    Proprietary & Confidential  · | 16

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| defcad.tk | Low |
| defcade.com | Low |
| defcadi.tk | Low |

*Table 6: Mandiant's risk assessment for observed suspicious domains related to DEFCAD*

## High Risk Domains Targeting DEFCAD

| High Risk | *defcad[.]net and def-cad[.]com* |
|---|---|

This domain and def-cad[.]com were both created on the same day (2024-02-24) via GoDaddy and hosted at Amazon. While def-cad[.]com has since recently expired on 2025-02-24, defcad[.]net remains active and hosting content that indirectly asperses DEFCAD through the use of a logo labelled FEDCAD (Figure 2).

**Analysis**
- This domain is currently resolvable.
- The domain was created in February 2024.
- The page was built using a page builder from GoDadaddy and employed a distinct "FEDCAD" logo at the top.
- No malicious content was observed at the time of analysis.
- def-cad[.]com recently expired on 2025-02-24 and currently redirects to a parked page. It previously redirected visitor traffic to defcad[.]net
- In addition, the site has the language "Copyright © 69420 Fedcad- All Wrongs Reserved."

**Why these sites are of concern**
**Domain Impersonation:** The domain names closely resemble defcad[.]com, which could be exploited to target employees, customers, and partners.
**Recent activity:** Both domains were reactivated on 2024-02-24, though they have both been around since at least 2014 (def-cad[.]com) and 2017 (defcad[.]net).
**Redirect Connection:** def-cad[.]com is connected to defcad[.]net by a number of factors, most notably by a redirect.

Google Cloud                                                                 Proprietary & Confidential  ·  | 17



Figure 2: Content hosted on defcad[.]net

There was brief mention of defcad[.]net in a Reddit thread last year (Figure 3).

Figure 3: Mention of defcad[.]net (https://www.reddit.com/r/fosscad/comments/1c5p10f/reminder/)

High Risk    **Visually Similar Sites**

Google Cloud                                                    Proprietary & Confidential  ·  | 18

MANDIANT INTELLIGENCE EXPERTISE

Mandiant identified several FQDNs recently hosting a mirrored or scraped version of defcad.com (Figures 4 and 5).

- abadi[.]sbs
- sir.ffakhar[.]ir
- nice.woodclub[.]pw
- consol.braincontrol[.]ir
- fa1.electricity-control[.]ir
- fa2.electricity-control[.]ir
- fa3.electricity-control[.]ir
- sso.ffakhar[.]ir
- 141.94.2.52.sslip[.]io
- paneldownloadforwindowsxp.negspace[.]store
- 157.90.18.138.sslip[.]io
- 185.201.252.32.sslip[.]io
- 65.21.58.230.sslip[.]io

 

Figure 4: 65.21.58.230.sslip[.]io on July 2, 2024          Figure 5: sir.ffakhar[.]ir on October 4, 2024

It is unclear what the intent was with these sites. We were unable to identify usage of these FQDNs in past malicious campaigns. At the time of analysis, only sir.ffakhar[.]ir was actively serving content, which was confirmed to match the content from defcad.com. While it's plausible the sites were intended to phish credentials, the login page on sir.ffakhar[.]ir retained the reCAPTCHA challenge which generated an error (Figure 6). Likewise, after a simulated login attempt during analysis, there was an error displayed after the login attempt (Figure 7).

Google Cloud                                                         Proprietary & Confidential  ·  | 19

MANDIANT INTELLIGENCE EXPERTISE  TLP:RED



Figure 6: reCAPTCHA error on login page



Figure 7: Error after login attempt

The earliest observations of DEFCAD content hosting date back about nine months. While there were a range of hosts previously serving DEFCAD content, five of the sites were hosted behind Cloudflare services. Notably, electricity-control[.]ir has also hosted sites mimicking the Organization for Security and Co-operation in Europe (OSCE) and European Bisexual Conference (EuroBiCon). OSCE content was also observed being hosted at sslip.io FQDNs. sslip[.]io is a DNS service that returns the IP address structured in the FQDN and appears to be a service commonly abused.

Both abadi[.]sbs and 185.201.252.32.sslip[.]io resolved to 185.201.252.32 at the time of capture on June 10th 2024. 185.201.252.32 has previously been associated with a campaign beginning in September 2024 involving download of fake software installers leading to distribution of infostealer malware; however, this campaign occurred after the initial observation of DEFCAD hosted content and does not appear to be linked.

Within the DEFCAD_Domains.xlsx spreadsheet delivered with this report is a worksheet titled 'Mirror Sites'. This worksheet contains the IP addresses where these FQDNs previously resolved. Reviewing web server logs for these IP addresses may help determine if these servers are/were used to actively scrape DEFCAD content.

## Moderate Risk Domains Targeting DEFCAD



| Moderate Risk | defcad[.]co |
| --- | --- |

This domain is assessed with moderate risk because it remains an actively registered domain reactivated in November 2024 after previously expiring. While it is currently parked, it could be easily repurposed by

MANDIANT INTELLIGENCE EXPERTISE

a threat actor given the use of the .co TLD and its common use for typosquatting and visual similarity to DEFCAD's .com domain. Purchasing this domain, if possible, would eliminate the risk associated with adversarial use.

### Why this domain is a moderate risk

- **Domain Impersonation:** The domain name closely resembles defcad[.]com, which could be exploited to target employees, customers, and partners.
- **Recent Activity:** Recent reactivation was observed in November 2024.
- **Search Engine Confusion:** Web search summaries for this domain may display information incorrectly attributing it to DEFCAD (Figure 8).
- **Infrastructure Connections:** It shares two SSL certificates for numerous other domains including several keepcaling[.]com which appears to be a typosquat domain of the legitimate KeepCalling[.]com.

### Moderating Factors

- **Parked Domain:** The domain is currently parked after previously expiring in July 2024.
- **Limited Subdomain Activity:** Subdomain creation is unremarkable.

---

**About DEFCAD** ⋮

Defcad.co is an American startup that created a search engine and web portal for designers and hobbyists to find and develop 3D printable and other CAD models online. The site has over 2,500 community users and offers access to over 100,000 models. While it is well-designed and user-friendly, it has been criticized for requiring users to provide personal information and pay fees to download files.   Less ∧

---

*Figure 8: Auto-generated Google Search summary of defcad[.]co*

Google Cloud

Proprietary & Confidential  ·  | 21



MANDIANT INTELLIGENCE EXPERTISE

# Underground Activity

Since January 1, 2024, Mandiant identified a small number mentions of DEFCAD in forums and platforms we monitor. Based on our research at the time of the writing of this report, we identified threat discussions of credentials collected via stealer malware. None of the observed discussions were specific to DEFCAD or customers, but rather relate to opportunistic capture of content from infected devices. We assess that this poses a medium risk to DEFCAD customers affected by the installation of stealer malware.

We also identified a post on Telegram in early March 2024 suggesting a possible data breach, but it appears to refer to an earlier post on leakbase[.]cc wherein "Step files and rendering" were reportedly shared via a Mega download link.

## Telegram

Overall, Mandiant observed minimal cyber threat actor discussion of DEFCAD on monitored Telegram channels outside of advertisements for stolen customer credentials discussed in an earlier section.

| FORUM POST TITLE | |
| --- | --- |
| Risk | Low |
| Type | Advertisement |
| Date of Post | 2024-03-13 06:21:48 |
| Platform | breachdetector |
| Analysis | The Telegram channel breachdetector posted about a potential data leak originating from defcad.com. While we were unable to evaluate the claims, this may correspond to a post on leakbase[.]cc on Jan. 31, 2024 in which "Step files and rendering" were reportedly shared via a Mega download link.<br><br>This channel appears to be a privately maintained Telegram channel for tracking and publicizing data leaks. |
| Forum Post Text | |

```
{
"Source": "https://leakbase.cc/",
"Content": "Defcad.com - Guns And Armor 3D Printing Models",
"author": " (markitto35)",
"Detection Date": "13 Mar 2024",
"Type": "Data leak"
}
• t.me/breachdetector •
```



MANDIANT INTELLIGENCE EXPERTISE

# Appendices

## Appendix A: Supplemental Documents

The following are supplemental materials provided with this report.

| Name | Type | Description |
|------|------|-------------|
| DEFCAD_Credentials.xlsx | Excel | Credential information referenced in this report. |
| DEFCAD_Domains.xlsx | Excel | Domain information referenced in this report. |

Table 7: Names and types of supplemental documents

## Appendix B: Credential Stealers

The following are descriptions of the credential stealing malware referenced in the Compromised Credential section.

| Malware | Description |
|---------|-------------|
| LUMMAC.V2 | LUMMAC.V2 is known to target a wide range of industries, and is associated with threat actors such as UNC3774, UNC5885 and others. It is capable of stealing data from browsers and cryptocurrency wallets and uses a binary morpher. |
| REDLINESTEALER | REDLINESTEALER is a credential stealer malware family that targets numerous industries, including Aerospace & Defense, Education, Energy & Utilities, Financial Services, Government, Healthcare, and Technology. It steals credentials from web browsers, files, FTP applications, and cryptocurrency wallets, and collects system information like hardware specifications, screenshots, usernames, OS details, and IP addresses. |
| STEALC | STEALC is a malware family also known as Netsupport and Stealc. It is a data miner written in C that targets data from web browsers, chat software, and other applications, and uploads collected data to a remote server using HTTP. |
| METASTEALER | METASTEALER is a malware family that functions as a dataminer, targeting system information, usernames, passwords, and cookie values; it can also log keystrokes and establish a Hidden Virtual Network Connection. |
| ERBIUM | ERBIUM is a credential-stealing malware family written in C++ that targets crypto wallets, web browsers, Telegram, FileZilla, Steam, and Discord, and it also captures desktop files, screenshots, and clipboard data, sending the captured information to its command and control server as a ZIP file over HTTPS. |

MANDIANT INTELLIGENCE EXPERTISE

TLP:RED

| | |
|---|---|
| RADTHIEF | RADTHIEF is a C++-based infostealer malware family that is also known as Handala, Rhadamanthys, or HeartCrypt. It collects computer name, username, system and network information, installed programs, screenshots, browser data, and crypto wallet data. |
| RACCOON | RACCOON is a malware family that functions as a data miner, targeting credentials, autofill data, credit card information, cookies, email server configurations, cryptocurrency wallets, and system information; it can also download/execute additional payloads and capture screenshots. |
| RISEPRO | It is a credential stealer that communicates via HTTPS and collects web browser and cryptocurrency wallet data. |
| VIDAR | VIDAR targets a wide range of industries, including Aerospace & Defense, Financial Services, Government, Healthcare, and Technology. It collects data from web browsers, cryptocurrency wallets, chat software, and other applications, compressing and uploading it to a remote server via HTTP. |
| PENNYWISE | PENNYWISESTEALER is a credential stealer malware family that targets Windows operating systems and is capable of stealing credentials from web browsers, files, and cryptocurrency wallets. |
| CRYPTBOT | CRYPTBOT is a malware family that steals browser credentials, cookies, and cryptocurrency wallets, and collects system information, packaging the data in a zip file and uploading it to a command and control server via HTTP POST. |
| ATOMIC | The ATOMIC malware family, also known as Banshee or Amos, is a data miner that targets macOS environments. It is written in Go and can exfiltrate browser data, cryptocurrency wallets, system information, and files from the Desktop & Documents folders, sending the collected data to a command and control server (C2) over HTTP. |
| DARKCRYSTALRAT | It communicates over HTTP and its capabilities include remote desktop, file transfer, file execution, shell command execution, credential theft, and arbitrary code execution. It can also capture audio, screenshots, keystrokes, and camera images, and target credentials stored by browsers and FTP clients. |
| AZORULT | AZORULT is a malware family, also known as Azorult and Trickgate, that functions as a data miner written in Delphi.  It targets credentials from web browsers, email and FTP clients, and instant messaging software, and can collect cryptocurrency wallets, browser cookies, auto-complete data, screenshots, and basic system information. |

Google Cloud

Proprietary & Confidential  ·  | 26

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| WORLDWIND | WORLDWIND is a credential stealer that targets Windows operating systems. It can also enumerate users and hardware, execute files and commands, find processes and files, get environmental variable values and file attributes, perform screen captures, self-delete, self-uninstall, self-update, sleep, suspend threads, terminate processes, and timestomp files. |
| NEXUS | Also known as Nexus Stealer, it is a publicly available infostealer that targets Chromium-based browser data, Windows credentials, cryptocurrency wallets, instant messaging sessions, and system information; it is also capable of taking screenshots. |
| WHITESNAKE | WHITESNAKE is a malware family and an infostealer that uses the .NET Framework. It is capable of exfiltrating keystrokes, taking screenshots, stealing and modifying crypto wallets from the clipboard, stealing browser data and wifi credentials, exfiltrating files and registry values, collecting system information and application credentials, stealing hardware crypto wallets and acting as a backdoor over SSH or TOR via a Telegram bot. |

*Table 8: Descriptions of credential theft malware found in the Compromised Credentials Section*

Google Cloud

Proprietary & Confidential ·   | 27

EXHIBIT H
Defendant's Exhibit

# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually

     Defendants.

_____/

### DECLARATION OF GARRET WALLIMAN

I, Garret Walliman, declare as follows:

1. I am an engineer for Defense Distributed, one of the plaintiffs in this case.

2. I have personal knowledge of the facts set forth in this Declaration. If called to testify, I could competently testify thereto.

3. I have reviewed John Elik's request for production. *See* Doc. 100-1. Elik's requests seek, among other things, the "complete Commit History" and other related files for the DEFCAD website and all of Plaintiffs' applications and services ancillary to the DEFCAD website. *See* RFP Nos. 61-63.

4. It would be incredibly burdensome and dangerous for Plaintiffs to produce all documents responsive to these requests, even subject to a protective order.

5. A "commit history" is effectively a ledger showing all changes made to Plaintiffs' software code over time.

6. Plaintiffs' software code is proprietary, not publicly available, and frequently modified in the ordinary course of business.

7. In textual form, Plaintiffs' software code likely spans tens—if not hundreds—of *thousands* of pages. It would likely take me dozens of hours to coordinate the production of Plaintiffs' entire software code and commit history to defendants.

8. Anyone with access to Plaintiffs' software code could input that code into an artificial intelligence program to identify data security vulnerabilities that could be exploited to hack Plaintiffs' website and applications.

9. In this case, Plaintiffs allege that Elik and the other defendants have falsely represented, among other things, that DEFCAD's database was "hacked" and "dumped."

10. Upon information and belief, defendants have unsuccessfully attempted, and solicited third party actors to attempt, to hack and "dump" DEFCAD's database to prove their challenged representations to be true. As a result, I am concerned that, notwithstanding the existence of a protective order, Defendants may misuse—or share with someone else who may misuse—Plaintiffs' "commit history" to hack Plaintiffs' website and customer database. If that happens, Plaintiffs could suffer substantial and irreparable harm.

11. Additionally, it would be incredibly difficult, if not impossible, for Plaintiffs to conclusively determine who hacked Plaintiffs' website and how the hacker(s) identified Plaintiffs' data security vulnerabilities.

12.     In other words, Defendants would be incentivized to misuse the documents sought in Request Nos. 61-63 because it could spare them from being liable for millions of dollars of damages.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 14, 2026

/s/ Garret Walliman
Garret Walliman

EXHIBIT I
Defendant's Exhibit



EXHIBIT J
Defendant's Exhibit



EXHIBIT K
Defendant's Exhibit

