EXHIBIT

Defendants' 9 — 4/28/26 — HM

exhibitsticker.com

report-custom-2026-02-17

| Date | Layaway Payment Revenue | Deposit Product Revenue | Final Balance Revenue | Total |
|---|---|---|---|---|
| 2022-5 | 0 | 19000 | 187866 | 206866 |
| 2022-6 | 600 | 25000 | 172613 | 198213 |
| 2022-7 | 0 | 23500 | 151443 | 174943 |
| 2022-8 | 0 | 18500 | 145775 | 164275 |
| 2022-9 | 300 | 17500 | 113103 | 130903 |
| 2022-10 | 2000 | 15500 | 182115 | 199615 |
| 2022-11 | 0 | 37000 | 72846 | 109846 |
| 2022-12 | 1000 | 21500 | 28755 | 51255 |
| 2023-1 | 1067 | 29000 | 78597 | 108664 |
| 2023-2 | 0 | 34000 | 63261 | 97261 |
| 2023-3 | 267 | 33500 | 86265 | 120032 |
| 2023-4 | 0 | 15000 | 157194 | 172194 |
| 2023-5 | 0 | 33750 | 220621 | 254371 |
| 2023-6 | 0 | 24000 | 93500 | 117500 |
| 2023-7 | 0 | 31350 | 73660 | 105010 |
| 2023-8 | 0 | 31000 | 12000 | 43000 |
| 2023-9 | 200 | 42350 | 2000 | 44550 |
| 2023-10 | 1650 | 22500 | 2000 | 26150 |
| 2023-11 | 0 | 30450 | 58000 | 88450 |
| 2023-12 | 0 | 21750 | 12000 | 33750 |
| 2024-1 | 250 | 14850 | 54000 | 69100 |
| 2024-2 | 300 | 14250 | 143850 | 158400 |
| 2024-3 | 0 | 11300 | 166622.96 | 177922.96 |
| 2024-4 | 1019 | 12500 | 108231.66 | 121750.66 |
| 2024-5 | 0 | 20945 | 109049.99 | 129994.99 |
| 2024-6 | 2150 | 14000 | 61500 | 77650 |
| 2024-7 | 0 | 8350 | 19100 | 27450 |
| 2024-8 | 0 | 10350 | 39800 | 50150 |
| 2024-9 | 0 | 14100 | 67800 | 81900 |
| 2024-10 | 0 | 6925 | 75799.99 | 82724.99 |
| 2024-11 | 0 | 11050 | 16000 | 27050 |
| 2024-12 | 40 | 18700 | 101850 | 120590 |
| 2025-1 | 0 | 7000 | 35998.75 | 42998.75 |
| 2025-2 | 0 | 6500 | 22000 | 28500 |
| 2025-3 | 1 | 5000 | 22000 | 27001 |
| 2025-4 | 0 | 10000 | 9650 | 19650 |
| 2025-5 | 1600 | 33200 | 56000 | 90800 |
| 2025-6 | 702 | 8500 | 11799.99 | 21001.99 |
| 2025-7 | 2625 | 5450 | 11490 | 19565 |
| 2025-8 | 3825 | 2500 | 8000 | 14325 |
| 2025-9 | 1700 | 5000 | 8000 | 14700 |
| 2025-10 | 1900 | 6000 | 6000 | 13900 |
| 2025-11 | 3394 | 6500 | 16000 | 25894 |
| 2025-12 | 1975 | 3500 | 12000 | 17475 |
| 2026-1 | 675 | 6000 | 4000 | 10675 |
| 2026-2 | 0 | 3000 | 10000 | 13000 |

report-custom-2026-02-17



report-custom-2026-02-17

nue

e