J. TYRA, ESQ.
04.28.2026

**Exhibit 5**

HELEN MENDLOWICH

Case 9:25-cv-81197-DMM Document 144-9 Entered on FLSD Docket 05/28/2026 Page 1 of 1

# FEDCAD Meme

## About

FEDCAD Meme

https://twitter.com/Defn8lyOldmin/status/1673828707205537792

## Files

| File | Extension |
|---|---|
| FzqiVqPWYAA_Epc.jpg | jpg |

## Versions

▼ **Version: 1.0.0** `LATEST`

initial upload

---

**Download**

### Organization
The Gatalog

### Creator
josh.kiel.stroke

### Metrics

| Views | Downloads |
|---|---|
| 2.7K | 554 |

### Project Info

**Mod Parent**
Gatalog v. Wilson et al

**Release Date**
May 22, 2024

**Artifact Type**
Document

**Library Category**
Other

**Release Country**
United States

**Language**
English

**License**
No License

Claim Authorship