**DEFENSE DISTRIBUTED**

**MINUTES OF A MEETING OF THE BOARD OF DIRECTORS**

10 AUG 2025

A meeting of the Board of Directors (the "***Board***") of Defense Distributed, a Texas corporation (the "***Company***"), was held at 9:00 am CST.

**Directors Present:**

Cody Wilson
Benjamin Denio
Zachary Kubin

**Call to Order**

Cody Wilson called the meeting to order at 9:00 am CST, and Zachary Kubin recorded the minutes. A quorum of directors was present, and the meeting, having been duly convened, was ready to proceed with business.

**Executive Director's Report**

Cody updated the board on the latest litigation and production changes. DD will continue to press for rulings based on the merits of the 2nd amendment. DD is being sued for copyright violation centered around CAD files. Cody requested minutes from previous meetings.

Due to increased production costs & changing market conditions, ghost gunner manufacturing is expected to be shifted to a third-party entity. DD will shift resources to the G80 product line.

**Adjournment**

There being no further business to come before the meeting, the meeting was adjourned at 9:25 am CST.

Respectfully submitted,

_____

Zachary Kubin, Secretary