

5 of 38  &lt;  &gt;

# Joe - signal  External  Inbox ✕

**Joe G** &lt;jg@exfiltrate.io&gt;   Thu, Oct 5, 2023, 9:15 PM
to Cody ▾

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah, I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? What's up? Can you call me via normal call?

2 Attachments • Scanned by Gmail ⓘ    Add all to Drive



📄 publickey - jg@ex...    📄 signature.asc

PLTFS00001688