**Cody Wilson** <crw@defcad.com>

Sun, Aug 27, 2023, 11:57 AM

to Garret, Haroon ⌄

Suggestions from our hacker friend. I want these changes as a part of our general "leader/bounty board" updates.

crw

···

--

Cody R. Wilson

Managing Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p:  501.743.9680

www.defdist.org

This e-mail transmission contains confidential information that is the property of the sender and the organization (DEFCAD, INC.) for which the sender represents. If you are not the intended recipient and have by accident received this email, please do not retain, disclose, reproduce or distribute the contents of this e-mail transmission, or take any action in relevance thereon or pursuant thereto. Please notify the sender of the error by responding to the email accordingly in a timely and reasonable fashion otherwise failure to do so may cause legal action to be taken.
Thank you.

3 Attachments  •  Scanned by Gmail ⓘ

 

 publickey - jg@ex...

 Defense_Distribu...

 signature.asc

PLTFS00000342