| Month | # of New Subscriptions |
|---|---|
| 2021-1 | 280 |
| 2021-2 | 239 |
| 2021-3 | 253 |
| 2021-4 | 693 |
| 2021-5 | 449 |
| 2021-6 | 272 |
| 2021-7 | 202 |
| 2021-8 | 371 |
| 2021-9 | 599 |
| 2021-10 | 580 |
| 2021-11 | 624 |
| 2021-12 | 549 |
| 2022-1 | 843 |
| 2022-2 | 615 |
| 2022-3 | 714 |
| 2022-4 | 875 |
| 2022-5 | 485 |
| 2022-6 | 533 |
| 2022-7 | 493 |
| 2022-8 | 495 |
| 2022-9 | 412 |
| 2022-10 | 707 |
| 2022-11 | 1121 |
| 2022-12 | 978 |
| 2023-1 | 958 |
| 2023-2 | 820 |
| 2023-3 | 819 |
| 2023-4 | 641 |
| 2023-5 | 509 |
| 2023-6 | 456 |
| 2023-7 | 382 |
| 2023-8 | 353 |
| 2023-9 | 324 |
| 2023-10 | 402 |
| 2023-11 | 620 |
| 2023-12 | 414 |
| 2024-1 | 431 |
| 2024-2 | 364 |
| 2024-3 | 412 |
| 2024-4 | 346 |
| 2024-5 | 319 |
| 2024-6 | 306 |
| 2024-7 | 244 |
| 2024-8 | 251 |



Number of New LEGIO Subscriptions / Month

| | |
|---|---|
| 2024-9 | 273 |
| 2024-10 | 250 |
| 2024-11 | 352 |
| 2024-12 | 438 |
| 2025-01 | 408 |
| 2025-02 | 309 |
| 2025-03 | 333 |
| 2025-04 | 271 |
| 2025-05 | 426 |
| 2025-06 | 219 |
| 2025-07 | 234 |
| 2025-08 | 192 |
| 2025-09 | 190 |
| 2025-10 | 204 |

| Month | Revenue |
|---|---|
| 2021-11 | 33367 |
| 2021-12 | 31999 |
| 2022-1 | 53158 |
| 2022-2 | 40231 |
| 2022-3 | 53501 |
| 2022-4 | 59807 |
| 2022-5 | 37537 |
| 2022-6 | 35733 |
| 2022-7 | 30827 |
| 2022-8 | 32695 |
| 2022-9 | 28003 |
| 2022-10 | 29167 |
| 2022-11 | 50137 |
| 2022-12 | 37650 |
| 2023-1 | 45315 |
| 2023-2 | 43696 |
| 2023-3 | 49643 |
| 2023-4 | 47461 |
| 2023-5 | 53926 |
| 2023-6 | 45471 |
| 2023-7 | 39146 |
| 2023-8 | 39134 |
| 2023-9 | 35536 |
| 2023-10 | 39259 |
| 2023-11 | 58877 |
| 2023-12 | 38569 |
| 2024-1 | 41855 |
| 2024-2 | 36084 |
| 2024-3 | 42574 |
| 2024-4 | 40562 |
| 2024-5 | 38176 |
| 2024-6 | 33129 |
| 2024-7 | 28965 |
| 2024-8 | 31164 |
| 2024-9 | 29146 |
| 2024-10 | 30592 |
| 2024-11 | 47128 |
| 2024-12 | 42072 |
| 2025-01 | 42730 |
| 2025-02 | 33415 |
| 2025-03 | 38277 |
| 2025-04 | 33143 |
| 2025-05 | 34906 |
| 2025-06 | 25942 |



| | |
|---|---|
| 2025-07 | 25294 |
| 2025-08 | 24738 |
| 2025-09 | 23474 |
| 2025-10 | 25086 |