UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a
Texas limited liability company; and,
DEFCAD, INC., a Texas corporation,

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;

and JOHN LETTMAN,

*Defendants*.

_____/

## DECLARATION OF JOHN ELIK

I, John Elik, declare as follows under penalty of perjury:

1) My name is John Elik. I am over eighteen years of age and competent to make this declaration.

2) At all relevant times, I was involved as a Defendant in this action.

3) I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them.

4) I have reviewed the meme in the complaint, which Plaintiffs call the "FEDCAD meme." The below is a true and accurate representation of the meme as I reviewed it.

1

5) I have never posted this meme, nor did I have anything to do with its creation. However, I recognize the text appearing below the word "FEDCAD" as an amalgamation of various postings I have made over the years.

6) Each of those postings were made based on my personal knowledge and I believed, and still do believe, each of them to be true. I will now discuss my basis for each belief that appears in the meme.

2

7) The first substantive paragraph concerns Defcad's database being hacked and dumped.  I believed, and still believe, this to be true. The basis for this belief is as follows:

    a. On July 16, 2022, an individual with the screen name "GhostGunsMatter" messaged me and told me that he had hacked Defcad:



    b. They stated that Cody Wilson had paid them for disclosing the hack:



    c. At this time, "GhostGunsMatter" could not have known my name, as I had always kept it private. However, "GhostGunsMatter" was able to

tell me my name, and explain the method he used to hack the database, which indicated to me that he was telling the truth about the hack:

> but obviously since i know your name was john/jon something in the database i'm not lying
>
> didnt really care to memorize last names
>
> but jacob used his real first name at least
>
> i do remember that
>
> i had password hashes too
>
> now that i think about it
>
> but yeah i wasn't at the time thinking about doing anything but securing shit so people didnt have their details leaked
>
> if you're curious
>
> https://github.com/adamyordan/offbyslash-django-dumper
>
> i modified this exploit
>
> to work against defcad
>
> didn't work out of the box

d. "GhostGunsMatter" stated that the Defcad database he accessed was unencrypted, and that they had obtained a copy of the contents of the database:



e. "GhostGunsMatter" indicated that Cody Wilson had coordinated a payment in Bitcoin using the Signal messaging platform:



f.   "GhostGunsMatter" also confirmed having seen the real names of other individuals whose identities were private and not known to the general public at the time the materials he hacked:

> there are over 20k users
>
> I saw jstark in there and he used his real info too
> and you
> I think those are the only two names that I checked
> alex was in there too
>
> but jacob used his real first name at least

g. I watched Mr. Wilson's deposition. I have also reviewed the attachments to this motion. Those attachments referenced below reflect the events as I remember them, and reinforced my beliefs as follows.

h. During Cody Wilson's deposition, he admitted to having contact with "GhostGunsMatter", whom he knew as "JG", via Signal. (Ex. D 264:19).

i. Cody Wilson admitted to having communications with "JG" about hacking Defcad. (Ex. D 266:3).

j. In production, Cody Wilson turned over an email he had received from "JG" where "JG" stated that he hadn't "leaked any database to anyone," but notably did not deny hacking or creating a copy of any database. (Ex. A). Cody Wilson also produced an email where he explicitly called "JG" "our hacker friend" when talking with two of Plaintiff's other employees. (Ex. B).

k. Additionally, during Cody Wilson's deposition, he stated that after noticing the "FEDCAD meme," he reached out to "JG" to try and confront him about the claims regarding hacking Defcad. (Ex. D 273:24-274:10).

l. The fact that Cody Wilson went directly to his "hacker friend" to confront him about the allegations of a hack leaves little room for doubt in my mind: "JG" hacked Defcad, dumped customer information from the database, was able to read this information (such as customer names) because it wasn't encrypted, and when confronted by Cody Wilson about

6

the allegation of a hack, "JG" evaded by saying that he hadn't "leaked" any database, while also asking if he needed a lawyer. (Ex. A).

8) The second substantive paragraph concerns Defcad "pass[ing] off unusable, untested, bogus files as if they are working projects in order to milk money out of people." I believed, and still believe, this to be true. The basis for this belief is as follows:

   a. I saw that Defcad.com listed, and still lists, in their "library," a "Barret M82" which they describe as "A military sniper rifle." I saw this at the URL "defcad.com/library/barrett-m82"

   b. The below image is an accurate representation of the model advertised on that page as I remember it:



   c. From my experience as an engineer and firearms designer, I can immediately see from the above image that it is not an accurate

reference model for a military sniper rifle. Rather, given the blocky features, it seems clearly to me to be a low-polygon video game model. It wouldn't be possible to "test" this model, since it lacks the features that guns require to operate.

    d. If someone were to pay to access this file from Plaintiff's web site, they would be disappointed to find that this is not an accurate model for "a military sniper rifle" and is instead more akin to a cartoon gun from a video game. This, to me, seems like a bait-and-switch: you won't know that the model isn't accurate until after you've already given Plaintiffs your money.

9) The third substantive paragraph concerns Defcad doxxing information to anti-gunners, and attempting to blackmail myself and others. I believed, and still believe, this to be true. The basis for this belief is as follows:

    a. In my view, anti-gunners are people with anti-gun or pro-gun control views or sentiments.

    b. In my view "doxxing" refers to the sharing of someone's personal information without their consent, either maliciously or in a way that facilitates malice.

    c. In response to pending copyright litigation he knew was coming from Matthew Larosiere, Cody Wilson (through his company email address) discussed personal information about myself and others with Rajan

Basra, an anti-gun public policy researcher who advocates for stronger gun laws. (*See* Doc. 139-6; Ex. L).

d.  Additionally, Cody Wilson publicly published the banking information for my licensed gunmaking business in an apparent attempt to dox me, and anti-gunners such as Rajan Basra took note of this publication in his attempts to make details about my personal life public. (Ex. L at 6 "I do see how the payment to Elik's company - even with the partially obscured name - can be used to identify his address"). Below is a screenshot, with my private banking information redacted for the purposes of this filing, from Plaintiff's web site:



e.  This is not the only instance of Plaintiffs providing information to anti-gunners, however.

f.  In October of 2021, Defcad was sued by "Everytown for Gun Safety" over trademark violation.[1]

g.  In my view, "Everytown for Gun Safety" are anti-gunners.

h.  Additionally, in my view, the Southern District New York Court itself conducted itself in a manner favorable to anti-gun policy, and I would classify the court as anti-gunners because of that.

i.  My understanding of that case now, as it was then, is that Defcad was unprepared for litigation and that they badly mismanaged their defense.

j.  Based on what I observed, Defcad failed to keep contributing developer information private in this lawsuit and turned this information over to the court and to the Plaintiffs in that action.[2]

k.  I stated that Defcad did this without serious attempts to obfuscate and facing only minor pressure to do so because I believe that Defcad failed to exhaust their options to preserve people's private information, such as motions for protective orders, objections, appeals, and stipulations or negotiations to preserve private information. I am not a lawyer and do not know precisely how these things work, but by looking at the docket around that time, I was able to see that they did not attempt to protect these peoples' information.

---

[1] https://storage.courtlistener.com/recap/gov.uscourts.nysd.568492/gov.uscourts.nysd.568492.1.0.pdf
[2] https://storage.courtlistener.com/recap/gov.uscourts.nysd.568492/gov.uscourts.nysd.568492.38.0.pdf

l.  I characterized the hand-over of information as "doxxing" because it was done without the consent of the individuals whose information was being shared, and because the recipients of the information were likely to use it maliciously to harm or negatively impact these individuals.

m.  I saw that this information included personal details about the individuals behind the screen names "XYEEZYSZN", "FREEMAN1337", and "THE GATALOG."

n.  I do not believe now, and did not believe then, that Defcad turning this information over pursuant to their discovery obligations makes any difference so far as people's privacy is concerned: the bottom line is that they had been trusted with the personal information of private individuals, that the information ended up in the hands of anti-gunners, and that Defcad could have done more to protect this information, such as not insisting on violating the trademarks of Everytown for gun safety.

o.  Finally, during the Everytown litigation, Cody Wilson exhausted his external defense funding. It was at this point that Cody Wilson became outwardly hostile towards me and began demanding that I pay for the defense.



p. The above screenshot is the only record of this particular communication that I was able to find. Cody Wilson maintained a message deletion policy that would automatically delete any messages after one day.

q. I don't know exactly what "group" Cody Wilson expected to pay in his message from April 17, but I understood from the April 24 message that he was making a demand of me.

r.  Despite Mr. Wilson's insistence to the contrary, I was not a defendant in the Everytown suit, nor was I named in the complaint, nor ever served with one.

s.  Cody Wilson's demands did not stop with these messages. Among the messages his deletion policy destroyed, I recall a communication where he intimated that he would divulge more personal information relevant to whatever "group" he imagined in his April 17 message unless I began paying.

t.  I understood this to be some form of blackmail or extortion – a demand for consideration if I didn't want bad things to happen.

u.  Through discovery, Plaintiffs produced a privilege log that indicated they discussed identifying me to the judge in the Everytown lawsuit. This cemented my believe that Cody Wilson was not making an idle threat, and that his aim was to force me to pay him on penalty of giving my information about myself and others to anti-gunners without consent. Below is the relevant excerpt from that privilege log:

13

| CTRL01090567 CTRL01090568 | 9/24/2024 | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | Daniel Schmutter, Esq., *Counsel for Cody Wilson* | N/A | **Title and/or Description**: Email and Declaration of Erin Galloway regarding information on DEFCAD's trademark case in SDNY and the contents of the declaration filed in this lawsuit. **Subject Matter:** Identifying John Elik to Gardephe in SDNY **Purposes for which the information or Document was prepared**: Preparing declaration materials for a separate DEFCAD lawsuit filed in SDNY. **Degree of Confidentiality**: Confidential | Attorney-Client |
| --- | --- | --- | --- | --- | --- | --- |

10) The fourth substantive paragraph contains my opinion that Defcad is wretchedly awful, should be avoided, shouldn't be used, and should be publicly shamed. I still believe this to be the case.

   a. One incident that supports this opinion is Plaintiff's principal, Cody Wilson, paying an individual named Gary LeFleur at least $1,000 to harass a bully an individual named "Zona" over the loss of their loved one.

   b. Another incident that supports this opinion is Plaintiff's principal, Cody Wilson, authoring a blog post where he talks at length about a fantasized homosexual relationship between myself and Matthew Larosiere. He published this blog post to celebrate Pride Month.

   c. Yet another incident that supports this opinion concerns Plaintiff's principal, Cody Wilson, send me a "black spot" in the mail in advance of Matthew Larosiere's copyright lawsuit. I believe that Cody Wilson

14

meant to evoke the meaning of the "black spot" from Robert Louis Stevenson's Pirate novel *Treasure Island* – where receipt of a "black spot" means that one is condemned or otherwise marked for death. The imagery is not lost on me   Cody Wilson sought to assume the role of a pirate (in the copyright context) and threaten me with death to try and frustrate Matthew Larosiere's ability to bring his claims.

11) The final substantive paragraph concerns Defcad's founder, Cody Rutledge Wilson, having paid a 16 year old for sex. I believed, and still believe, this to be true. The basis for this belief is as follows:

   a. To put things simply, Cody Wilson sent me a message on Signal where he stated that the 16 year old he had sex with "fucked like she was 18" in the context of his "criminal matter."  Below is a picture of the message that I saw, retrieved from an old phone which isn't connected to the internet due to Cody Wilson's message deletion policy:

15



b.  Additionally, I understand the "criminal matter" that Cody Wilson is referring to is his 2018 charge stemming from paying a 16 year old girl $500 for sexual intercourse. Cody Wilson pled guilty to a lesser charge in that case.

c.  Cody Wilson's statement regarding his interaction with this girl paired with his guilty plea suggests that    as he outright states    "no one disputes the facts."

16

    d. Mr. Wilson also admitted to having paid the 16-year-old for sex the one time I met him in person in Texas. At that meeting, he volunteered still more disturbing details about his encounter with the young girl that I do not wish to reduce to writing, but if called upon to testify, will do so.

12) Two other events further solidify my belief that the claims in the meme are true. The first was when I saw Plaintiffs post the "FEDCAD meme" to their own website on May 22, 2024. The second was when I saw Plaintiffs post the meme to their own website a second time on April 28, 2025, which they advertised to their entire email list, some 150,000+ individuals.

13) In both instances, Plaintiffs did not include any commentary, refutation, or other form of disclaimer alongside their publication of the "FEDCAD meme." I found that the May 22 posting can still be download from Plaintiff's website using the following link with no commentary or refutation:

https://media.defcad.com/entityimages/b5a0cb1fed6049fc8dff77eeb8a22b38.png

archived at:

https://web.archive.org/web/20260519222457/https://media.defcad.com/entityimages/b5a0cb1fed6049fc8dff77eeb8a22b38.png

14) The first time I remember seeing the "FEDCAD meme" was on Plaintiff's website around the May 22, 2024 publication date. Below is an image that shows how the meme looked when I first saw it on Plaintiff's web site:

17



15) Additionally, on April 30, 2025, Plaintiffs sent out an email blast to their entire email subscriber list. I have seen Plaintiff's own employees brag that this list includes more than 150,000 members, and they admitted as much in response to my first RFA.

16) The April 30 email blast included a link that linked recipients to a page where they could download the "FEDCAD meme" from their April 28 posting. Below is an image of the download page as I saw it after clicking the April 30 email blast link:



17) I received the April 30 email blast and followed the link to the download page. With one click of the "Download Docs" button, I downloaded a .zip file that contained the "FEDCAD meme." Below is an image that shows the relevant portion of the email blast, showing the "The Regular 10/22" link to the download page in red:



18) The downloaded .zip file and the download page itself included no commentary or refutation regarding the claims in the "FEDCAD meme." Below is an image showing the files that were downloaded from the download button, as well as the copy of the "FEDCAD meme" which I downloaded from Plaintiff's website from the link they sent via the email blast:



19) Because Plaintiffs sent this email blast to their entire email list (and later posted the contents of this email blast to their blog at https://defcad.com/blog/mk18-g80/), the only reasonable thing to left to conclude is that the statements in the meme must be true. Additionally, I found that Plaintiffs still offer the .zip file download which contains the meme (but no commentary or refutation) via the following link:

https://defcad.com/library/b752346e-15cd-451c-a63a-d27cbcf4419b/direct_download/

21

archived at:

https://web.archive.org/web/*/https://upload.defcad.com/entities/b752346e-15cd-451c-a63a-d27cbcf4419b/*

I declare under penalty of perjury that the foregoing is true and correct.

*John Elik*

John Elik

Executed on March 28, 2026, in Alton, Illinois.