
Generated by Gataleaks.org
File ID: GLS-iucvfdlfo2jfy4c

