UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DEFENSE DISTRIBUTED, a Texas
corporation; DD FOUNDATION, LLC, a
Texas limited liability company; and,
DEFCAD, INC., a Texas corporation,

CASE NO. 9:25-cv-81197

*Plaintiffs*,

v.

JOHN ELIK; MATTHEW LAROSIERE;
ALEXANDER HOLLADAY; PETER
CELENTANO; JOSH KIEL STROKE;
and JOHN LETTMAN,

*Defendants*.

_____/

## PLAINTIFF DEFCAD INC.'S RESPONSES TO DEFENDANT
## JOSH STROKE'S FIRST REQUEST FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36, plaintiff DEFCAD, Inc. responds to the

First Request for Admissions propounded by defendant Josh Kiel Stroke.

1.      Admit that you take security very seriously.

**RESPONSE:** Admit

2.      Admit that as part of taking security very seriously, you review the reports by your own
security vendors.

**RESPONSE:** Admit

3.      Admit that you would notice if your security vendors stated Iranian systems were hosting
copies of your website.

**RESPONSE:** Admit

4.      Admit that you would notice if your security vendors stated customer credentials were
leaked.

1

**RESPONSE:** Admit

5.      Admit that you never reviewed the reports from your security vendors after the claims of an Iranian mirror to determine if your security vendors ever discovered the same Iranian mirrors.

**RESPONSE:** Deny

6.      Admit that you failed to review every report from your own security vendors before filing this action.

**RESPONSE:** Deny

7.      Admit that you did review every report from your own security vendors before filing this action.

**RESPONSE:** Admit

8.      Admit that you retained Mandiant Inc. (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

9.      Admit that you were invoiced on June 15, 2023, by Mandiant Inc. (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

10.     Admit that you turned over your reports from Mandiant Inc. in Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629.

**RESPONSE:** Admit

11.     Admit that Mandiant Inc. supplied you, your employees, your contractors, Cody Rutledge Wilson, or any individual representing your entity with a spreadsheet titled "DEFCAD Domains" or "DEFCAD_Domains.xlsx" (the "DEFCAD Domains" spreadsheet).  (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

12.     Admit that you reviewed the "DEFCAD Domains" spreadsheet from Mandiant, Inc.

**RESPONSE:** Admit

13.     Admit that you did not review the "DEFCAD Domains" spreadsheet from Mandiant, Inc.

**RESPONSE:** Deny

14.    Admit that the following image depicts a portion of the contents in the "DEFCAD Domains" spreadsheet, sheet #1, titled "Mirror Sites." (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

| FQDN | Date of Observation | Domain | IP | Notes |
|---|---|---|---|---|
| abadi.sbs | June 10th 2024 | abadi.sbs | 185.201.252.32 | Not resolving at time of analysis. |
| consol.braincontrol.ir | August 8th 2024 | braincontrol.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. No other subdomains observed. |
| fa1.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. Other subdomains hosted content mimicking Organization for Security and Co-operation in Europe (OSCE). Other OSCE content also observed hosted on subdomains of sslip.io. Other subdomains hosted content for European Bisexual Conference (EuroBiCon). |
| fa2.electricity-control.ir | June 12th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| fa3.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| sso.ffakhar.ir | October 4th 2024 | ffakhar.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. |
| sir.ffakhar.ir | October 4th 2024 | ffakhar.ir | 194.147.222.183 | No other sites observed on subdomains or IP. |
| paneldownloadforwindowsxp.negspac | June 8th 2024 | negspace.store | 147.45.74.177 | Not resolving at time of analysis. No other sites observed on subdomains or IP. |
| 141.94.2.52.sslip.io | June 24th 2024 | sslip.io | 141.94.2.52 | Site was blocked by sslip.io at time of analysis. |
| 157.90.18.138.sslip.io | June 7th 2024 | sslip.io | 157.90.18.138 | Not resolving at time of analysis. |
| 185.201.252.32.sslip.io | June 10th 2024 | sslip.io | 185.201.252.32 | Not resolving at time of analysis. The IP address may have been hosting Mirai botnet code in mid 2024 based on ITW URLs observed. |
| 65.21.58.230.sslip.io | July 2nd 2024 | sslip.io | 65.21.58.230 | Not resolving at time of analysis. |
| nice.woodclub.pw | June 21st 2024 | woodclub.pw | 91.107.248.199 | Not resolving at time of analysis. No other sites observed on subdomains or IP. |

**RESPONSE:** Admit

15.    Admit that the "DEFCAD Domains" spreadsheet contains "Mirror Sites" identified by Mandiant, Inc. (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

16.    Admit that the "DEFCAD Domains" spreadsheet contains a list of "Domain" and "FQDN" entries in sheet #1, titled "Mirror Sites." (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

17.    Admit that the "DEFCAD Domains" spreadsheet contains the following domains:

    a.    "braincontrol.ir"

    b.    "electricity-control.ir"

    c.    "ffakhar.ir"

**RESPONSE:** Admit

18.    Admit that you are aware the word "Iran" starts with the letter "I" followed by the letter "R."

**RESPONSE:** Admit

19.    Admit that you are aware that if you took the first two letters from the word "Iran" you would get "Ir."

**RESPONSE:** Admit

20.    Admit that you are aware the lowercase form of the letter "I" is the letter "i."

**RESPONSE:** Admit

21.    Admit that you are aware the ".ir" suffix on a domain is the Internet country code top-level domain for Iran. (For your reference, *see* the following link https://en.wikipedia.org/wiki/.ir).

**RESPONSE:** Deny

22.    Admit that you are aware the "DEFCAD Domains" spreadsheet contains at least three entries under "Domain" that end in ".ir."

**RESPONSE:** Admit

23.    Admit that you are aware the "DEFCAD Domains" spreadsheet contains at least three entries under "Domain" that are Iranian domains.

**RESPONSE:** Deny

24.    Admit that you received a report from Mandiant, Inc. with the title "Digital Risk Profile: DEFCAD, Inc" (the "Digital Risk" report). (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

25.    Admit that you reviewed the "Digital Risk" report.

**RESPONSE:** Admit

26.    Admit that you did not review the "Digital Risk" report.

**RESPONSE:** Deny

27.    Admit that the "Digital Risk" report contains a heading with the title "Suspicious Domains" on page 14. (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

4

**RESPONSE:** Admit

28.     Admit that, on page 14, the "Digital Risk" report contains the following text: "The following domains were identified as potential risks to DEFCAD and are listed in order of severity.  See the supplemental materials (DEFCAD_Domains.xlsx) for more details on each domain." (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

29.     Admit that the "Digital Risk" report contains a heading with the title "Domain Risk Matrix for DEFCAD" on page 15.  (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

30.     Admit that, on page 15, the "Digital Risk" report contains the following text: "The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity." (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

31.     Admit that, starting on page 15, the "Digital Risk" report contains a table with the columns "Domain" and "Risk" (the "Domains Table").  (For your reference, *see* Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

**RESPONSE:** Admit

32.     Admit that, on page 15, the "Domains Table" contains the "Domain" "sir.ffakhar.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

## Domain Risk Matrix For DEFCAD

The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity.

| Domain | Risk |
|---|---|
| defcad.net | High |
| def-cad.com | High |
| abadi.sbs | High |
| sir.ffakhar.ir | High |

**RESPONSE:** Admit

33.    Admit that, on page 15, the "Domains Table" contains the "Domain" "consol.braincontrol.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

## Domain Risk Matrix For DEFCAD

The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity.

| Domain | Risk |
|---|---|
| defcad.net | High |
| def-cad.com | High |
| abadi.sbs | High |
| sir.ffakhar.ir | High |
| nice.woodclub.pw | High |
| consol.braincontrol.ir | High |

**RESPONSE:** Admit

34.    Admit that, on page 16, the "Domains Table" contains the "Domain" "fa1.electricity-control.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |

**RESPONSE:** Admit

35.    Admit that, on page 16, the "Domains Table" contains the "Domain" "fa2.electricity-control.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |

**RESPONSE:** Admit

36.    Admit that, on page 16, the "Domains Table" contains the "Domain" "fa3.electricity-control.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |

**RESPONSE:** Admit

37.    Admit that, on page 16, the "Domains Table" contains the "Domain" "sso.ffakhar.ir" with the "Risk" of "High." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

MANDIANT INTELLIGENCE EXPERTISE

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |

**RESPONSE:** Admit

38.    Admit that the "Digital Risk" report contains a heading with the titles "High Risk" and "Visually Similar Sites" on page 18.  (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

| High Risk | Visually Similar Sites |
|---|---|

Google Cloud                                                    Proprietary & Confidential  ·   |  18

**RESPONSE:** Admit

39.     Admit that, on page 19, the "Digital Risk" report contains the following text: "Mandiant identified several FQDNs recently hosting a mirrored or scraped version of defcad.com (Figures 4 and 5)." (For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

MANDIANT INTELLIGENCE EXPERTISE

Mandiant identified several FQDNs recently hosting a mirrored or scraped version of defcad.com (Figures 4 and 5).

**RESPONSE:** Admit

40.     Admit that, on page 19, the "Digital Risk" report contains a list after the text referenced in #39 containing:

   a.     "sir.ffakhar[.]ir"

   b.     "consol.braincontrol[.]ir"

   c.     "fa1.electricity-control[.]ir"

   d.     "fa2.electricity-control[.]ir"

   e.     "fa3.electricity-control[.]ir"

   f.     "sso.ffakhar[.]ir"

(For your reference, *see* the following image and Defense Distributed's Production to John Elik's First Requests for Production #8 in Larosiere v. Wilson 6:24-cv-01629).

9

MANDIANT INTELLIGENCE EXPERTISE                                       TLP:RED ▾

Mandiant identified several FQDNs recently hosting a mirrored or scraped version of defcad.com (Figures 4 and 5).

- abadi[.]sbs
- sir.ffakhar[.]ir
- nice.woodclub[.]pw
- consol.braincontrol[.]ir
- fa1.electricity-control[.]ir
- fa2.electricity-control[.]ir
- fa3.electricity-control[.]ir
- sso.ffakhar[.]ir
- 141.94.2.52.sslip[.]io
- paneldownloadforwindowsxp.negspace[.]store
- 157.90.18.138.sslip[.]io
- 185.201.252.32.sslip[.]io
- 65.21.58.230.sslip[.]io

**RESPONSE:** Admit

41.    Admit that you have not sued Mandiant, Inc. for referencing the Iranian domains in their "Digital Risk" report.

**RESPONSE:** Admit

42.    Admit that you have not sued Mandiant, Inc. for stating the Iranian domains are hosting a "mirrored or scraped version of defcad.com."

**RESPONSE:** Admit

43.    Admit that you have not sued Mandiant, Inc. for stating the Iranian domains are "visually similar sites."

**RESPONSE:** Admit

44.    Admit that you have not sued Mandiant, Inc. for stating "sir.ffakhar[.]ir" is "actively serving content, which was confirmed to match the content from defcad.com."

**RESPONSE:** Admit

45.    Admit that you possessed the "Digital Risk" report from Mandiant, Inc. prior to filing this action.

**RESPONSE:** Admit

46.    Admit that you are aware of the "sir.ffakhar.ir" domain.

**RESPONSE:** Deny

10

47.     Admit that you were aware of the "sir.ffakhar.ir" domain prior to filing this action.

**RESPONSE:** Deny

48.     Admit that you are aware the "sir.ffakhar.ir" domain ends with ".ir."

**RESPONSE:** Deny

49.     Admit that you are aware the "sir.ffakhar.ir" hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

50.     Admit that you are never checked if the "sir.ffakhar.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

51.     Admit that you are aware of the "consol.braincontrol.ir" domain.

**RESPONSE:** Deny

52.     Admit that you were aware of the "consol.braincontrol.ir" domain prior to filing this action.

**RESPONSE:** Deny

53.     Admit that you are aware the "consol.braincontrol.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

54.     Admit that you are aware the "consol.braincontrol.ir" domain ends with ".ir."

**RESPONSE:** Deny

55.     Admit that you are never checked if the "consol.braincontrol.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

56.     Admit that you are aware of the "fa1.electricity-control.ir" domain.

**RESPONSE:** Deny

57.     Admit that you were aware of the "fa1.electricity-control.ir" domain prior to filing this action.

**RESPONSE:** Deny

58.     Admit that you are aware the "fa1.electricity-control.ir" domain ends with ".ir."

**RESPONSE:** Deny

59.     Admit that you are aware the "fa1.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

60.     Admit that you are never checked if the "fa1.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

61.     Admit that you are aware of the "fa2.electricity-control.ir" domain.

**RESPONSE:** Deny

62.     Admit that you were aware of the "fa2.electricity-control.ir" domain prior to filing this action.

**RESPONSE:** Deny

63.     Admit that you are aware the "fa2.electricity-control.ir" domain ends with ".ir."

**RESPONSE:** Deny

64.     Admit that you are aware the "fa2.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

65.     Admit that you are never checked if the "fa2.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

66.     Admit that you are aware of the "fa3.electricity-control.ir" domain.

**RESPONSE:** Deny

67.     Admit that you were aware of the "fa3.electricity-control.ir" domain prior to filing this action.

**RESPONSE:** Deny

68.     Admit that you are aware the "fa3.electricity-control.ir" domain ends with ".ir."

**RESPONSE:** Deny

69.     Admit that you are aware the "fa3.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

70.     Admit that you are never checked if the "fa3.electricity-control.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

71.     Admit that you are aware of the "sso.ffakhar.ir" domain.

**RESPONSE:** Deny

72.     Admit that you were aware of the "sso.ffakhar.ir" domain prior to filing this action.

**RESPONSE:** Deny

73.     Admit that you are aware the "sso.ffakhar.ir" domain ends with ".ir."

**RESPONSE:** Deny

74.     Admit that you are aware the "sso.ffakhar.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

75.     Admit that you are never checked if the "sso.ffakhar.ir" domain hosts a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

76.     Admit that you do not know whether there is an Iranian server hosting a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

77.     Admit that you never checked whether there is an Iranian server hosting a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

78.     Admit that you never checked whether there is an Iranian server hosting a visually similar mirror or scraped copy of DEFCAD's website and/or content prior to filing this action.

**RESPONSE:** Deny

79. Admit that you never checked Mandiant, Inc. reports prior to filing this action for mention of Iranian servers hosting a visually similar mirror or scraped copy of DEFCAD's website and/or content.

**RESPONSE:** Deny

Dated:  May 14, 2026

**PRYOR CASHMAN LLP**

255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: /s/ *Brendan Everman*
Brendan S. Everman
Florida Bar No. 68702
beverman@pryorcashman.com
ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: /s/ *Howard Foster*
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*