**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited
liability company; and, DEFCAD, INC., a Texas
corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER
CELENTANO, individually; JOSH KIEL
STROKE, individually; and JOHN LETTMAN,
individually; ZACK CLARK, individually
          Defendants.

_____/

**PLAINTIFF DEFCAD, INC.'S RESPONSES AND OBJECTIONS TO
DEFENDANT JOHN ELIK'S REQUEST FOR ADMISSIONS**

Pursuant to Fed. R. Civ. P. 36, plaintiff DEFCAD, Inc. hereby responds and objects to

Requests for Admissions propounded upon by the defendant John Elik (the "Requests") as follows:

1.      Admit that the DEFCAD Newsletter has an audience of over 150,000 users.

**RESPONSE**: Admit.


2.      Admit that your employee, Pablo Molina Diaz, wrote that the DEFCAD Newsletter has an audience of over 150,000 users. (For your reference, *see* the following image)

## Experience

**Defense Distributed**
Full-time · 3 yrs 8 mos
Remote

**Head of Design**
Mar 2024 - Present · 2 yrs 1 mo

Responsible for overseeing all design-related projects at Defense Distributed

**UI/UX Designer**
Aug 2022 - Mar 2024 · 1 yr 8 mos
Remote

Responsible for UI/UX for Defense Distributed, in this capacity my highlights were:

- Conceptualized the visual identity for G0, a novel zero percent firearm platform
- Conceptualized the visual identity for OCL, a library of optic cut files
- Developed/Designed a Kickstarter campaign that generated $500k+ donation in 24 hours
- Developed/Designed various "How to" guides for DIY firearm platforms, the most popular being a how to 3D print guide, with over 250k+ downloads
- Helped launch a email newsletter which has accumulated over 150k+ subscribers
- Established comprehensive Brand Guidelines for Defense Distributed and its subsidiary entities, ensuring a cohesive and professional brand identity.

Adobe Creative Suite, Keyshot and +5 skills

**RESPONSE**: Deny.

3.      Admit that the DEFCAD Newsletter has linked to Defcad.com.

**RESPONSE**: Admit.

4.      Admit that the DEFCAD Newsletter has linked to the DDLegio blog.

**RESPONSE**: Admit.

5.      Admit that the DEFCAD Newsletter is popular.

**RESPONSE**: Admit.

6.       Admit that the DEFCAD Newsletter has more reach than any of the Defendants.

**RESPONSE**: Deny.

7.       Admit that the DEFCAD Newsletter has more reach than all the Defendants combined.

**RESPONSE**: **Deny.**

8.       Admit that the DEFCAD Newsletter advertised the "Black Flag White Paper" (For your reference, *see* the following image)



**RESPONSE**: Admit.

9.      Admit that the DDLegio blog advertised the "Black Flag White Paper" (For your reference, *see* the following image)



**RESPONSE**: Deny.

10.      Admit that the DEFCAD Newsletter published an article suggesting that two of the Defendants were in a homosexual relationship. (For your reference, *see* the following image)



**RESPONSE**: Deny.

11.     Admit that the DDLegio blog published an article suggesting that two of the Defendants were in a homosexual relationship. (For your reference, *see* the following image)



**RESPONSE**: Deny.

12. Admit that your principal, Cody Wilson, harbors homophobic sentiments.

**RESPONSE**: Deny.

13.     Admit that your principal, Cody Wilson, has expressed homophobic sentiments.

**RESPONSE**: Deny.

14.     Admit that you are aware some members of the public disagree with homophobic sentiment.

**RESPONSE**: Deny.

15.     Admit that you publish content with a focus on certain individuals, including Defendants.

**RESPONSE**: Deny.

16.     Admit that your employee, Garrett Walliman, owns the email address gw@defdist.org.

**RESPONSE**: Deny.

17.     Admit that it is not possible for a Defcad.com user to upload anonymously.

**RESPONSE**: Deny.

18.     Admit that the "FEDCAD meme" is hosted on Defcad.com and accessible to the public. (For your reference, *see* https://defcad.com/library/fedcad-meme/ or the archived version https://archive.is/9JZMF and the following image)



**RESPONSE**: Admit.

19.    Admit that the "FEDCAD mem" hosted on Defcad.com has no commentary or transformative changes applied to it. (For your reference, see https://defcad.com/library/fedcad-meme/ or the archived version https://archive.is/9JZMF and the following image)



**RESPONSE**: Deny.

20.     Admit that the "FEDCAD meme" hosted on Defcad.com includes no denial of any claim made in the meme.

**RESPONSE**: Deny.

21.     Admit that the "FEDCAD meme" was uploaded to Defcad.com by Plaintiffs or one of their employees, contractors, or associates, or Cody Rutledge Wilson.

**RESPONSE**: Deny.

22.     Admit that the "FEDCAD meme" was made available at Defcad.com by Plaintiffs or one of their employees, contractors, or associates, or Cody Rutledge Wilson.

**RESPONSE**: Deny.

23. Admit that the "FEDCAD meme" hosted on Defcad.com was uploaded by DEFCAD, its employees, its contractors, its associates, or Cody Rutledge Wilson.

**RESPONSE**: Deny.

24. Admit that the "FEDCAD meme" hosted on Defcad.com was advertised in the Black Flag White Paper. (For your reference, *see* the following image)

10 Whitman, *The Two Western Cultures of Privacy: Dignity Versus Liberty.*
11 Original FEDCAD: https://defcad.com/library/7dea2d10-bf83-4b64-b145-d88395d51b2b/

**RESPONSE**: DEFCAD, Inc. objects to the term "advertised" as vague and ambiguous as used in this context.  DEFCAD, Inc. admits that the Black Flag White Paper includes a footnote with the link, as reflected in the image above.

25. Admit that DEFCAD is one of the top Google results for searching "FEDCAD meme."          (For          your          reference,          *see* *https://www.google.com/search?hl=en&q=fedcad%20meme*   or   the   archived version https://archive.is/Mz7oV and the following image)



**RESPONSE**: Deny.

26.     Admit that DEFCAD is the first Google result for searching "FEDCAD meme."
        (For reference, *see https://www.google.com/search?hl=en&q=fedcad%20*
        meme or the archived  version *https://archive.is/Mz7oV*  and the following
        image)



**RESPONSE**: Deny.

27.     Admit that none of the Defendants appear in the first page of Google results when
        searching "FEDCAD meme."

**RESPONSE**: Deny.

28.     Admit that "FEDCAD.com" is one of the top Google results for searching "FEDCAD."          (For          your          reference,          *see* *https://www.google.com/search?hl=en&q=fedcad* or the following image)



**RESPONSE**: Deny.

29.     Admit that "FEDCAD.com" is the first google result for searching "FEDCAD." (For your reference, *see https://www.google.com/search?hl=en&q=fedcad* or the following image)



RESPONSE: Deny.

30.     Admit that none of the Defendants appear on the first page of Google results when searching "FEDCAD."

RESPONSE: Deny.

31.     Admit that numerous other members of the public shared the "FEDCAD meme" besides Defendants.

RESPONSE: Admit.

32.     Admit that the only difference between Defendants and the other members of the public who shared the "FEDCAD meme" is the personal negative views of your principal, Cody Wilson, holds for Defendants.

RESPONSE: Deny.

33. Admit that you have no interest in suing the other members of the public who shared the "FEDCAD meme."

**RESPONSE**: Deny.

34. Admit that you will not sue the other members of the public who shared the "FEDCAD meme."

**RESPONSE**: Deny.

35. Admit that the purpose of this action has very little to do with the "FEDCAD meme."

**RESPONSE**: Deny.

36. Admit that the purpose of this action has more to do with the personal feelings of your principal, Cody Wilson, than the "FEDCAD meme."

**RESPONSE**: Deny.

37. Admit that your principal, Cody Wilson, holds resentments against the Defendants for statements Defendants made about Cody Rutledge Wilson.

**RESPONSE**: Deny.

38. Admit that Gunspring is a property of Defense Distributed.

**RESPONSE**: Deny.

39. Admit that your principal, Cody Rutledge Wilson, holds resentments over being viewed as a pedophile by the public.

**RESPONSE**: Deny.

40.     Admit that you were aware the "FEDCAD meme" was hosted on Defcad.com prior to this action.

**RESPONSE**: Admit.

41.     Admit that you were aware the FEDCAD meme" was hosted on Defcad.com prior to discovery in this action.

**RESPONSE**: Admit.

42.     Admit that you were aware the "FEDCAD meme" was hosted on Defcad.com prior to discovery in this action.

**RESPONSE**: Admit.

43.     Admit that you will continue to host "FEDCAD meme" on Defcad.com.

**RESPONSE**: Admit.

44.     Admit that you own and/or operate the website "FEDCAD.com."

**RESPONSE**: Deny.

45.     Admit that "FEDCAD.com" is associated with your brand.

**RESPONSE**: Deny.

46.     Admit that FEDCAD.com" is associated with DEFCAD.

**RESPONSE**: Deny.

47.	Admit that "FEDCAD.com" is associated with Defcad.com.

**RESPONSE**: Deny.

48.	Admit that "FEDCAD.com" links to Defcad.com.

**RESPONSE**: Deny.

49.	Admit that Defcad.com links to "FEDCAD.com."

**RESPONSE**: Deny.

50.	Admit that you have advertised, blogged about, or otherwise sent emails directing people to visit "FEDCAD.com."

**RESPONSE**: Deny.

51.	Admit that you have advertised the "FEDCAD.com" website in the Black Flag White Paper. (For your reference, *see* the following image)

In deference to the community's need for profile work, and because the law may one day change, I announce FEDCAD.com. Let it be a place for respecting and contacting all 3D gun rightsholders. Let it serve as a reminder that, in this movement, the only possible theft is property.

**RESPONSE**: Deny.

52.	Admit that "FEDCAD.com" links to the Black Flag White Paper.

**RESPONSE**: Admit.

53.	Admit that "FEDCAD.com" links to the Black Flag White Paper hosted on Defcad.com

**RESPONSE**: Admit.

54.	Admit that "FEDCAD.com" solicits users for their Social Security Number. (For your reference, *see* *https://www.fedcad.com/request.html* or the archived version

https://web.archive.org/web/20240830115852/https://www.fedcad.com/request html and the following image)



**RESPONSE**: Deny.

55.     Admit that you host a 3D printable firearm design called the "FEDCAD-19" on Defcad.com. (For your reference, *see* https://defcad.com/library/fedcad-19/ or the archived version at https://archive.is/AnpQa and the following image)



**RESPONSE**: Admit.

56.     Admit that the "FEDCAD-19" hosted on Defcad.com says "FUCK DEFCAD" on the side of it. (For your reference, *see* the following image)



**RESPONSE**: Admit.

57.     Admit that the "FEDCAD-19" hosted on Defcad.com says "CODY WILSON IS A CHILD PREDATOR" on the side of it. (For your reference, *see* the following image)



**RESPONSE**: Admit.

58.     Admit that the "FEDCAD-19" hosted on Defcad.com includes no denials of any claim included in or on the FEDCAD-19. (For your reference, *see* https://defcad.com/library/fedcad-19/ or the archived version at https://archive.is/AnpQa and the following image)



**RESPONSE**: Admit.

59.     Admit that you made no commentary upon or transformative changes to the downloadable "Models" (those which a user can download using the "add Models to Cart" button) or "Docs" (those which a user can download using the "Download Docs" button, to the "FEDCAD-19" hosted on Defcad.com.

**RESPONSE**: Deny.

60.     Admit that the "FEDCAD-19" renders hosted on Defcad.com were created by one of your employees or contractors.

**RESPONSE**: Deny.

61.     Admit that you host 3D printable firearm design called "The Regular 1022" on Defcad.com. (For your reference, *see* https://defcad.com/library/the-regular-1022/ or the following image)



**RESPONSE**: Deny.

62.     Admit that you made no transformative changes to the downloadable "Models" (those which a user can download using the "add Models to Cart" button) or "Docs" (those which a user can download using the "Download Docs" button), to the "The Regular 1022" hosted on Defcad.com.

**RESPONSE**: Deny.

63.     Admit that "The Regular 1022" renders hosted on Defcad.com were created by one of your employees or contractors.

**RESPONSE**: Deny.

64.     Admit that "The Regular 1022" hosted on Defcad.com contains a "Download Docs" button.

**RESPONSE**: Deny.

65.     Admit the "Download Docs" button for "The Regular 1022" hosted on Defcad.com links to a Defcad.com-hosted "zip" file.

**RESPONSE**: Deny.

66.     Admit the Defcad.com hosted "zip" file for "The Regular 1022" Docs hosted on Defcad.com is an archive containing a single folder. (For your reference, *see* https://defcad.com/library/b752346e-15cd-451c-a63a- d27cbcf4419b/direct_download/)

**RESPONSE**: Deny.

67.     Admit the Defcad.com hosted "zip" file for "The Regular 1022" Docs hosted on Defcad.com is an archive containing a single file called "FEDCAD.jpg" (For your reference, *see* https://defcad.com/library/b752346e-15cd-451c-a63a-  d27cbcf4419b/direct_download/  or the following image)



**RESPONSE**: Deny.

68.　　Admit the Defcad.com hosted "zip" file "The Regular 1022" hosted on Defcad.com is an archive containing a single file called "FEDCAD.jpg," which is the "Fedcad meme" in the Complaint. (For your reference, *see* https://defcad.com/library/b752346e-15cd-451c-a63a-d27cbcf4419b/direct_download/ or the following images)



**RESPONSE**: Deny.

69.    Admit that You created, reposted, amplified, or endorsed online content stating or implying that DEFCAD has been "hacked" and/or "dumped" multiple times.

**RESPONSE**: Deny.

70.    Admit that at least some of the content You disseminated concerning DEFCAD directed users, explicitly or implicitly, to The Gatalog or away from DEFCAD.

**RESPONSE**: Deny.

71.    Admit that You did not conduct any independent technical investigation confirming that DEFCAD had been hacked, dumped, or compromised before disseminating statements suggesting that it had.

**RESPONSE**: Deny.

72.    Admit that you are not sure how many copies of the "Fedcad meme" are hosted on your websites.

**RESPONSE**: Deny.

73.    Admit that you, your employees, or your contractors have uploaded the "Fedcad meme" to your websites.

**RESPONSE**: Deny.

74.    Admit that Defcad.com hosts content from the "Khokhol Archive" a/k/a "Khokhlo Archive" a/k/a "хохлоархив" (hereafter, "Khokhol Archive"). (For your reference, *see* https://defcad.com/library/pom-2-mu-electronic/ and the following image)



**RESPONSE**: Admit.

75.      Admit that you are aware Khokhol Archive possess a Telegram channel. (For your reference, *see* the following image)



**RESPONSE**: Deny.

76.    Admit that you are aware Khokhol Archive describes themselves as "[a] community for 3D printing of products for the special military operation."

**RESPONSE**: Deny.

77.    Admit that you are aware phrase "the special military operation" refers to the Russian special military operation (or invasion) in Ukraine.

**RESPONSE**: Deny.

78.    Admit that you are aware the public is divided on supporting Russia or Ukraine as it relates to the Russian special military operation (or invasion) in Ukraine.

**RESPONSE**: Deny.

79.     Admit that you are aware "khokhol" is an offensive term used against Ukrainians. (For your reference, *see* https://en.wiktionary.org/wiki/khokhol).

**RESPONSE**: Deny.

80.     Admit that you are aware "khokhol" is an ethnic slur used against Ukrainians.  (For your reference, *see* https://en.wiktionary.org/wiki/khokhol).

**RESPONSE**: Deny.

81.     Admit that you are aware at least some members of the public find the usage of ethnic slurs uncouth.

**RESPONSE**: Deny.

82.     Admit that you are aware members of the public may avoid websites hosting content from a side of a conflict they do not support.

**RESPONSE**: Deny.

83.     Admit that the Defcad.com database has been breached by "JG." (For your reference, *see* the following images)

---

| | |
|---|---|
| **From:** | Joe G [jg@exfiltrate.io] |
| **on behalf of** | Joe G <jg@exfiltrate.io> [jg@exfiltrate.io] |
| **Sent:** | 10/6/2023 2:14:53 AM |
| **To:** | Cody Wilson [crw@defdist.org] |
| **Subject:** | Joe - signal |
| **Attachments:** | publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc |

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah, I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? what's up? Can you call me via normal call?



**September 10, 2021**

**GhostGunsMatter** 8:30 AM
cw paid me a bounty for hacking defcad

**September 10, 2021**

**GhostGunsMatter** 8:30 AM
cw paid me a bounty for hacking defcad

```
[
  {
    "_id": "2yt7BMm4h7uvLTu1H",
    "_updatedAt": {"$date": "2022-07-16T23:20:31.049Z"},
    "channels": [],
    "md": [
      {
        "type": "PARAGRAPH",
        "value": [
          {
            "type": "PLAIN_TEXT",
            "value": "not sure if you know this or not but I hacked defcad awhile back....cw paid me a bounty for pointing out that bug"
          }
        ]
      }
    ],
    "mentions": [],
    "msg": "not sure if you know this or not but I hacked defcad awhile back....cw paid me a bounty for pointing out that bug",
    "rid": "kTkACDGWTdXjuwrh7ydKrKsidAJShgnSwc",
    "ts": {"$date": "2022-07-16T23:20:30.992Z"},
    "u": {
      "_id": "kTkACDGWTdXjuwrh7",
      "username": "GhostGunsMatter",
      "name": "GhostGuns Matter"
    },
    "urls": []
  }
]
```

**RESPONSE**: Deny.

84.     Admit that the Defcad.com database breach by "JG" was performed using an exploit in the configuration of the Defcad.com web server, permitting the leak of a private Django source code file containing settings for the database connection, which "JG" used to connect to the database, constituting a hack. (For your reference, *see* the following image)

---

From:           Garret Walliman [gw@defdist.org]
on behalf of    Garret Walliman <gw@defdist.org> [gw@defdist.org]
Sent:           10/25/2023 6:11:48 PM
To:             Joe G [jg@exfiltrate.io]
Subject:        Re: this weekend

Howdy man,

You bet, I'm free this weekend. How does Saturday at 4PM CT work for you?

On Wed, Oct 25, 2023 at 5:08 AM Joe G <jg@exfiltrate.io> wrote:

> Will you be around to chat this weekend? I noticed you tightened some stuff down! Awesome! I did see
> another potential candidate for a similar vuln like the one we most recently discussed. This one I think is in a
> gunspring django instance.

--

Regards,
**Garret**
*Lead Software Developer, Defense Distributed*
gw@defdist.org

**RESPONSE**: Deny.

85.     Admit that the Defcad.com database contains information about users.

**RESPONSE**: Deny

86.     Admit that the Defcad.com database contains user PII. For the purposes of this question, PII means personally identifiable information, which may include one or more of the following: IP addresses, e-mails, telephone numbers, geographical location details, real names, background check reports, references to external social media accounts, payment details, date of

birth, driver's license numbers, government identification numbers, social security numbers, or biometric data.

**RESPONSE**: Deny

87.     Admit that you made modifications to Defcad.com software to close, fix, solve or patch vulnerability, breaches, or security issues. (For your reference, *see* the following images)

**RESPONSE**: Deny.

88.     Admit that you worked with "JG" to identify other potential breaches in DEFCAD software. (For your reference, *see* the following images)



**Cody Wilson** <crw@defdist.org>

to Joe

Sun, Mar 10, 2024, 11:22 AM

That's a good instinct to listen to. Let's reduce this to a minimum viable product that you feel you can (at least initially) oversee as a paid partner with us.

I'd like to introduce it this summer. And people want it. Bounties would give good direction and incentive to participate in slower creative periods.

...

**Cody Wilson** <crw@defdist.org>

to Joe

Tue, Mar 19, 2024, 1:16 PM

When is a good evening for a call this week?

...

**Cody Wilson** <crw@defdist.org>

to Joe

Tue, Apr 2, 2024, 12:41 PM

Things have gone well on our end, sir. We like the bounty service. Did you get any time to make the additional security reviews you intended?

I'd like to take next steps if possible.

Thanks,

crw

On Sun, Mar 10, 2024 at 11:22 AM Cody Wilson <crw@defdist.org> wrote:

...

--

...

📄 publickey – jg@ex...    📄 Defense Distribut...    📄 signature.asc

**Garret Walliman** <gw@defdist.org>

to me

Fri, Sep 3, 2021, 1:39 PM

Overall this looks good to me. The scope seems limited to DEFCAD-related properties, which seems correct to me.

I am curious why XSS, text injection, clickjacking, csrf vulnerabilities, brute forcing, SSL issues or out of date items are listed as out of scope. Perhaps this is standard for bug bounties, but I'd be curious to know why.

...

--

Regards,

Garret

*Lead Software Developer, Defense Distributed*

gw@defdist.org



**RESPONSE**: Deny.

89.     Admit that Cody Rutledge Wilson called "JG" "our **hacker friend**." (For your reference, *see* the following image)



**RESPONSE**: Deny.

90.     Admit that if "JG" claimed to have hacked your website, you would believe them.

**RESPONSE:** Deny.

91.     Admit that you worked with "JG" to create a bug bounty program. For the purposes of this question, a bug bounty program refers to a program where individuals are compensated for responsible disclosure of bugs, security issues, breaches, or other defects in software. (For your reference, *see* the following images)





**Haroon Khalid** <haroon@defcad.com>
to me, J

Thu, Jan 18, 2024, 9:45 PM

JG,

Could you let me know a convenient time for us to discuss your plan for the DEFCAD Bounty? Please also indicate your preferred method of communication—chat, phone, or another platform.

**Joe G** <jg@exfiltrate.io>
to Haroon, me

Tue, Jan 23, 2024, 2:11 PM

Howdy,

Sorry for the delay, had some work emergencies come up. As for the time to discuss, how about sometime next week? Preferred method of comms would be either via email, Signal, or keybase.

2 Attachments · Scanned by Gmail ⓘ

publickey - jg@ex... · signature.asc

**Joe G** <jg@exfiltrate.io>
to Cody

Sun, Mar 10, 2024, 9:44 AM

I'm interested man, Im just a little confused as to where we left off and didn't want to say that. Work has been hectic lately and after the work day I've been vegging out.

I remember that we discussed you wanted me to help create a bounty program and I had made a few proposals and suggestions, but I'm not sure of the direction you want to take this thing. Self running a bounty program will require resources to vet submitted reports and such, and that's something that I'm willing to help with if you'd like. I know we had discussed me updating the former proposal, but honestly, when I went to make changes/updates, I wasn't sure what I was really supposed to be adding.

Maybe we just need to have a call and figure out where we left things and where you want to take it, and once I understand that, we can make some progress. Sorry for not replying sooner, just feeling kind of dumb and confused, and didn't want to say that.

2 Attachments · Scanned by Gmail ⓘ

publickey - jg@ex... · signature.asc

**Cody Wilson**
That's a good instinct to listen to. Let's reduce this to a minimum viable product that you feel you can (at least initially) oversee as a paid partner with us.

Sun, Mar 10, 2024, 11:22 AM

**Cody Wilson**
When is a good evening for a call this week?

Tue, Mar 19, 2024, 1:16 PM



**RESPONSE**: Admit.

92. Admit that the purpose of any "bug bounty" program(s) that exist(s) is to try and find security issues and vulnerabilities, including those which would allow your websites, including Defcad.com, to be hacked. (For your reference, see the following images)

**Defense Distributed Bounty Program Draft**

**Overview**

Defense Distributed values the work done by security researchers within the information security space, and we use this work to improve the security of our service offerings. We are committed to working with this community to verify, reproduce, and respond to legitimate reported vulnerabilities. We encourage the community to participate in our responsible reporting process.

**Responsible Disclosure Guidelines**

We will investigate legitimate reports and make every effort to quickly resolve any vulnerability. To encourage responsible reporting, we will not take legal action against you nor ask law enforcement to investigate providing you comply with the following Responsible Disclosure Guidelines:

- Provide detailed information regarding the vulnerability, including information needed to reproduce and validate the vulnerability and provide any Proof-of-Concept materials related to exploiting the vulnerability.
- Make a good faith effort to avoid any violations of privacy, avoid any destruction of data, and interruptions or degradation of services that we provide.
- Do not modify or access data that does not belong to you.
- We ask that you keep your findings between us and don't make it public knowledge as this is a private bounty program.
- If a security researcher acting in good faith complies with the defined guidelines, there will be no reason to worry about any violations of the Computer Fraud and Abuse Act.

**Scope and rewards**

| OUT OF SCOPE |
| --- |
| Any domains or sub-domains associated with ghostgunner.net. |
| Insert more out of scope targets as you see fit. |
| Additional definition of out-of-scope targets here. |

| IN SCOPE |
| --- |
| Any and all domains associated with the defcad project. |
| Define additional in scope targets here. |
| Place holder for defining more in scope targets. |

The following types of vulnerabilities are specifically out of scope:

- WAF Bypass
- Internal IP disclosure
- Any accessible non-sensitive directories or files
- Phishing attacks
- Social engineering attacks
- XSS
- Text injection
- Email spoofing
- Descriptive error messages (server errors, path disclosure, development environment verbose information)
- Banner disclosure
- Clickjacking
- CSRF vulnerabilities that don't impact the integrity of an account
- Lack of secure HTTPOnly setting on cookies
- Lack of rate limiting for scans or API throttling
- The ability to brute force login or forgot password pages
- HTTPs mixed content
- Username enumeration
- Denial of service attacks
- TLS/SSL issues. Ie: BEAST, cipher suites, expired SSL certificates, and self-signed SSL certificates
- Software that is out of date

## Rewards

We provide bounties ranging from $100 up to $2500. Bounty recipients that have been awarded the top bounty of $2500 may choose to receive a ghost gunner 3 instead of a monetary bounty if they reside in the USA and choose to do so. All bounties are paid in Bitcoin. Bounties will be awarded according to the following guidelines:

- Remote Code Execution: Up to $2500
- SQLi: Between $500 - $1,500
- Authentication bypass: Up to $2500
- Privilege escalation: up to $1500

# Defense Distributed Bug Bounty Program

## Overview

Defense Distributed prioritizes the security of our systems and data. We value the contributions of the ethical hacking community and invite security researchers to identify vulnerabilities in our services. This Bug Bounty Program outlines the guidelines for responsible disclosure and the rewards we offer.

## Responsible Disclosure Guidelines

We encourage ethical hackers to share their findings with us, following the guidelines below. Adherence to these guidelines will ensure that your submission qualifies for a reward and legal protection.

We will investigate legitimate reports and make every effort to quickly resolve any vulnerability. To encourage responsible reporting, we will not take legal action against any researcher operating in good faith provided you comply with the Disclosure Guidelines below.

1. Provide comprehensive details of the vulnerability, including steps to reproduce, affected systems, and potential impact.

2. Make every attempt to respect user privacy and data integrity. Do not exploit the vulnerability beyond what is necessary for verification.

3. Do not disclose the vulnerability publicly. All findings are to be kept confidential until we resolve the issue.

## Scope

The following types of vulnerabilities are specifically out of scope:

- WAF Bypass
- Internal IP disclosure
- Any accessible non-sensitive directories or files
- Phishing attacks
- Social engineering attacks
- XSS
- Text injection
- Email spoofing

- Descriptive error messages like server errors and path disclosure
- Banner disclosure
- Clickjacking
- CSRF vulnerabilities that don't impact the integrity of an account
- Lack of secure HTTPOnly setting on cookies
- Lack of rate limiting for scans or API throttling
- The ability to brute force login or forgot password pages
- HTTPs mixed content
- Username enumeration
- Denial of service attacks
- TLS/SSL issues. I.e.: BEAST, cipher suites, expired SSL certificates, and self-signed SSL certificates
- Software that is out of date

## Out of Scope Targets:

- All assets related to ghostgunner.net
- Additional definition of out-of-scope targets here

## In Scope Targets:

- All assets related to the defcad project
- Additional definitions of in-scope targets here

## Reward Structure

We offer monetary rewards as an incentive for identifying vulnerabilities. The reward amounts are non-negotiable and will be granted based on the severity of the vulnerability.

Bounties can range from $500 and up. Bounty recipients that have been awarded a bounty of $2500 or more may choose to receive a ghost gunner 3 instead of a monetary bounty if they reside in the USA and choose to do so. All bounties are paid in Bitcoin. Below are typical bounty rewards, but rewards will ultimately be decided based on the severity of the finding.

- Remote Code Execution: Up to $2500
- SQLi: Between $500 - $1,500
- Authentication bypass: Up to $2500
- Privilege escalation: up to $1500

**RESPONSE**: DEFCAD, Inc. admits that the purpose of "bug bounty" programs is to find security issues and vulnerabilities, including those which would allow websites to be hacked.

93.    Admit that "JG" breached Gunspring. (For your reference, *see* the following image)

From:        Garret Wallman [gw@defdist.org]
on behalf of Garret Wallman <gw@defdist.org> [gw@defdist.org]
Sent:        10/25/2023 6:11:48 PM
To:          Joe G [jg@exfiltrate.io]
Subject:     Re: this weekend

Howdy man,

You bet, I'm free this weekend. How does Saturday at 4PM CT work for you?

On Wed, Oct 25, 2023 at 5:08 AM Joe G <jg@exfiltrate.io> wrote:

> Will you be around to chat this weekend? I noticed you tightened some stuff down! Awesome! I did see another potential candidate for a similar vuln like the one we most recently discussed. This one I think is in a gunspring django instance.

--
Regards,
**Garret**
*Lead Software Developer, Defense Distributed*
gw@defdist.org

**RESPONSE**: Deny.

94.    Admit that "JG" breached GhostGunner. (For your reference, *see* the following image)

From: Joe G [jjgregg83@gmail.com]
on behalf of Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent: 8/23/2018 10:06:43 PM
To: Cody Wilson [crw@defdist.org]
Subject: Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

First up is your git repository is exposed to the web. Anyone can download it like so:

wget -e robots=off --mirror -I .git 'https://ghostgamer.net/.git/'

I'm still crawling through commits but I did see WEBROOT/bridge2cart/config.php exposes what appears to be a token you guys use for cc processing. I'd rather not send your token in cleartext, but if you want me to prove I have it, I can encrypt it and send it.

In the following file (while the entries are older, it still seems to expose the username you guys host under on what I guess is a shared server.) This isn't a super big deal, but it's information disclosure.

https://ghostgamer.net/error.log

In the following file there are a bunch of woocommerce settings that maybe could be used in conjunction with other information to cause damage. I see internal webdev URLs for example.

Also, you guys have directory indexing enabled. As you can see by going here:
https://ghostgamer.net/wp-includes/

The other issue is you guys seem to have a ton of plugins installed in wordpress that you aren't even using. If I sat down for 12 to 18 hours, I'd bet money I could find a bug in one of those plugins to get access to that server. You might want to remove any unused plugins.

I'm still searching through stuff. I'll let you know if I find anything else. The main concern I had was your wp-config.php, but it appears you guys were on top of that by keeping that in your .gitignore.

That's all I have for now. I'm still technically working. I'll let you know what else I find.

Joe

On Thu, Aug 23, 2018 at 5:54 PM Cody Wilson <crw@defdist.org> wrote:
My appreciation. Let me know the holes and passes you've got as you've got them.

crw

On Thu, Aug 23, 2018 at 4:51 PM, Joe G <jjgregg83@gmail.com> wrote:
I get it man. I want you guys to succeed in everything you do. I'm not judging or anything. I'm just trying to help. I didn't mean to be a nuisance. I'm sure you have a lot going on and things are hectic.

Sure. Current address is 13PPvDFwwe4dG3gWJiGbCEB9pPexpQ9HUT

Entities0000761

**RESPONSE**: Deny.

95. Admit that you received the Bitcoin addresses 13PPvDFwwe4dG3gWJiGbCEB9pPexpQ9HUT from the purposes of paying him. (For your reference, *see* the following image)

The following is an email reproduced in the image:

From: Joe G [jjgregg83@gmail.com]
on behalf of Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent: 8/23/2018 10:06:43 PM
To: Cody Wilson [cw@defdist.org]
Subject: Re: I reached out to you guys on instagram dm to offer my services… you might want to see this.

First up is your git repository is exposed to the web. Anyone can download it like so:

wget -e robots-off --mirror -I .git 'https://ghostgunner.net/.git/'

I'm still crawling through commits but I did see WEBROOT/bridge2cart/config.php exposes what appears to be a token you guys use for cc processing. I'd rather not send your token in cleartext, but if you want me to prove I have it, I can encrypt it and send it.

In the following file (while the entries are older, it still seems to expose the username you guys host under on what I guess is a shared server.) This isn't a super big deal, but it's information disclosure.

https://ghostgunner.net/error.log

In the following file there are a bunch of woocommerce settings that maybe could be used in conjunction with other information to cause damage. I see internal webdev URLs for example.

Also, you guys have directory indexing enabled. As you can see by going here:
https://ghostgunner.net/wp-includes/

The other issue is you guys seem to have a ton of plugins installed in wordpress that you aren't even using. If I sat down for 12 to 18 hours, I'd bet money I could find a bug in one of those plugins to get access to that server. You might want to remove any unused plugins.

I'm still searching through stuff. I'll let you know if I find anything else. The main concern I had was your wp-config.php, but it appears you guys were on top of that by keeping that in your .gitignore.

That's all I have for now. I'm still technically working. I'll let you know what else I find.

joe

On Thu, Aug 23, 2018 at 5:54 PM Cody Wilson <crw@defdist.org> wrote:
My appreciation. Let me know the holes and passes you've got as you've got them.

crw

On Thu, Aug 23, 2018 at 4:51 PM, Joe G <jjgregg83@gmail.com> wrote:
I get it man. I want you guys to succeed in everything you do. I'm not judging or anything. I'm just trying to help. I didn't mean to be a nuisance. I'm sure you have a lot going on and things are hectic.

Sure. Current address is 13PPvDfwwe4d53gWJiGbCEB9pPexpQ9HUT

Entities0000765

**RESPONSE**: Deny.

96.     Admit that you communicated with "JG" on Signal. (For your reference, *see* the following image)

The following is an email reproduced in the image:

From: Joe G [jg@exfiltrate.io]
on behalf of Joe G <jg@exfiltrate.io> [jg@exfiltrate.io]
Sent: 10/6/2023 2:14:53 AM
To: Cody Wilson [cw@defdist.org]
Subject: Joe - signal
Attachments: publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah. I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? what's up! can you call me via normal call?

**RESPONSE**: Deny.

97.  Admit that Cody Rutledge Wilson communicated with "JG" on Signal. (For your reference, *see* the following image)

| | |
|---|---|
| From: | Joe G [jg@exfiltrate.io] |
| on behalf of | Joe G <jg@exfiltrate.io> [jg@exfiltrate.io] |
| Sent | 10/6/1023 2:14:53 AM |
| To: | Cody Wilson [cw@defdst.org] |
| Subject: | Joe - signal |
| Attachments: | publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc |

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah, I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? What's up? Can you call me via normal call?

**RESPONSE**: Admit.

98.  Admit that Garret Walliman communicated with "JG" on Signal. (For your reference, *see* the following image)

**From:** Garret Walliman [gw@defdist.org]
**on behalf of** Garret Walliman <gw@defdist.org> [gw@defdist.org]
**Sent:** 10/14/1023 12:29:41 AM
**To:** Joe G [jg@exfiltrate.io]
**Subject:** Re: Conversation

Howdy man,

Would like to check back in with you on this. When might we be able to speak?
Thanks!

On Mon, Oct 9, 2023 at 7:51 AM Garret Walliman <gw@defdist.org> wrote:
Howdy man,

Yep, that works for me! How does 1PM CT work for you?

On Sun, Oct 8, 2023 at 4:46 PM Joe G <jg@exfiltrate.io> wrote:

Hey man, just saw this. Can we set up a time to talk tomorrow?
------ Original Message ------
On Friday, October 6th, 2023 at 12:47 PM, Garret Walliman <gw@defdist.org> wrote:

Howdy JG,

Hope you are well! Cody told me that your Signal wasn't working, so I'm contacting you on here.
I'm told that you found a visible API in a place it shouldn't be? Could we call today to discuss that in more detail?

Thanks!


Regards,
**Garret**
*Lead Software Developer, Defense Distributed*
gw@defdist.org



Regards,
**Garret**
*Lead Software Developer, Defense Distributed*
gw@defdist.org

**RESPONSE**: Deny.

99.     Admit that "JG" sent you an image of your private Git repository. (For your reference, *see* the following image)



**RESPONSE**: Admit.

100.     Admit that you offered to pay "JG" a "stupid tax" (For your reference, see the following image)

From: Joe G [jjgregg83@gmail.com]
on behalf of Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent: 8/23/2018 9:51:43 PM
To: Cody Wilson [crw@defdist.org]
Subject: Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

I get it man. I want you guys to succeed in everything you do. I'm not judging or anything. I'm just trying to help. I didn't mean to be a nuisance. I'm sure you have a lot going on and things are hectic.

Sure. Current address is [ Redacted ]

take it easy man. I wasn't looking for a handout or anything. I sent you back a $2000 machine you sent me by accident....I had two ghost gunners briefly. It's not about the money.

On Thu, Aug 23, 2018 at 5:47 PM Cody Wilson <crw@defdist.org> wrote:
I insist on paying. I consider it the "stupid tax," and it should help us improve. No doubt we've been slipping in the transition from Shopify.

Do you have a bitcoin address?

crw

On Thu, Aug 23, 2018 at 4:44 PM, Joe G <jjgregg83@gmail.com> wrote:
Just a good citizen. I don't want anything man. You're my hero....I tell people you're my spirit animal lol.

I just want to help out in any way I can. I know you probably deal with a lot of bullshit. I'm sorry? I mean, how do I respond to that? I'm not looking for a bounty or anything. I just want to be a part of what you guys are doing.

have a good day, Cody.

We appreciate you.

On Thu, Aug 23, 2018 at 5:27 PM Cody Wilson <crw@defdist.org> wrote:
Dude stop spamming our zendesk and name your terms. I have to put up with this shit constantly so get to it.

Bounty-based or what?

crw

On Thu, Aug 23, 2018 at 3:57 PM, Joe G <jjgregg83@gmail.com> wrote:
Oh good on you guys! I see you excluded the wp-config.php! Awesome :)

On Thu, Aug 23, 2018 at 4:56 PM Joe G <jjgregg83@gmail.com> wrote:
See image below. Please check your instagram dms from yesterday. You guys SURE I can't help?

Entities0000769

**RESPONSE**: Deny.

101. Admit that "JG" told you your "magneticone.com token" was exposed. (For your reference, *see* the following image)

From: Joe G [jjgregg83@gmail.com]
on behalf of Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent: 8/23/2018 9:03:42 PM
To: Cody Wilson [crw@defdist.org]; Ghost Gunner [support@ghostgunner.net]
Subject: Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

Your magneticone.com token is exposed so far.. Just looking through what else is in the repo.

**RESPONSE**: Deny.

102.    Admit that "JG" was proud of you for finally excluding "wp-config.php" from your Git repository. (For your reference, *see* the following image)

From:        Joe G [jjgregg83@gmail.com]
on behalf of    Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent:        8/23/2018 9:03:42 PM
To:          Cody Wilson [nw@deldist.org]; Ghost Gunner [support@ghostgunner.net]
Subject:     Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

Your magnetkone.con token is exposed so far.. just looking through what else is in the repo.

**RESPONSE**: Deny.

103.    Admit that the "wp-config.php" file contains database passwords for WordPress.

**RESPONSE:** Deny.

104.    Admit that the "wp-config.php" file should not be kept secure.

**RESPONSE**: Deny.

105.    Admit that the "wp-config.php" file should not be visible to the public.

**RESPONSE**: Deny.

106.    Admit Garret Walliman contacted "JG" about a "visible API in a place it shouldn't be." (For your reference, *see* the following image)

**RESPONSE**: Deny.

107.    Admit that Garret Walliman arranged a meeting with "JG" to fix the "visible API in a place it shouldn't be." (For your reference, *see* the following image)

**RESPONSE**: Admit.

108.    Admit that "JG" breached a DEFCAD database.

**RESPONSE**: Deny.

109.    Admit that "JG" breached many of your properties.

**RESPONSE**: Deny.

110.    Admit that "JG" shared that he breached many of your properties.

**RESPONSE**: Deny.

111.    Admit that you worked with "JG" to resolve security issues with your properties.

**RESPONSE**: Deny.

112.    Admit that if an individual breached your systems, whether or not they tell you, they still "hacked" your systems.

**RESPONSE**: Deny.

113.    Admit that you are aware of claims of compromised data made on "leakbase.cc" from March 13, 2024 to DEFCAD ("Defcad.com – Guns And Armor 3D Printing Models"). (For your reference, *see* the following image)

**RESPONSE**: Deny.

114.    Admit that you are aware of an ImmuniWeb SA report from March 31, 2025 claiming 4 "Compromised Databases" incidents for DEFCAD ("defcad.com"). (For your reference, *see* the following image)

**RESPONSE**: Admit.

115.    Admit that you are aware of an ImmuniWeb SA report from September 10, 2024 claiming I "Compromised Access Credential" incident for DEFCAD ("defcad.com"). (For your reference, *see* the following image)



**RESPONSE**: Admit.

116. Admit that you are aware of at least one system in Iran presenting the Defcad.com website.

**RESPONSE**: Deny.

117.     Admit that your own security auditors identified the system in Iran presenting the Defcad.com website. (For your reference, *see* the following images)

| FQDN | Date of Observation | Domain | IP | Notes |
|---|---|---|---|---|
| abadi.sbs | June 10th 2024 | abadi.sbs | 185.201.252.32 | Not resolving at time of analysis. |
| consol.braincontrol.ir | August 8th 2024 | braincontrol.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. No other subdomains observed. |
| fs1.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. Other subdomains hosted content mimicking Organization for Security and Co-operation in Europe (OSCE). Other OSCE content also observed hosted on subdomains of sslip.io. Other subdomains hosted content for European Bisexual Conference (EuroBiCon). |
| fs2.electricity-control.ir | June 12th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| fs3.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| sso.ffakhar.ir | October 4th 2024 | ffakhar.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. |
| sir.ffakhar.ir | October 4th 2024 | ffakhar.ir | 194.147.222.183 | No other sites observed on subdomains or IP. |
| paneldownloadforwindowsxp.negspace.store | June 8th 2024 | negspace.store | 147.45.74.177 | Not resolving at time of analysis. No other sites observed on subdomains or IP. |
| 141.94.2.52.sslip.io | June 25th 2024 | sslip.io | 141.94.2.52 | Site was blocked by sslip.io at time of analysis. |
| 157.90.18.138.sslip.io | June 7th 2024 | sslip.io | 157.90.18.138 | Not resolving at time of analysis. |
| 185.201.252.32.sslip.io | June 10th 2024 | sslip.io | 185.201.252.32 | Not resolving at time of analysis. The IP address may have been hosting Mirai botnet code in mid 2024 based on ITW URLs observed. |
| 65.21.58.230.sslip.io | July 2nd 2024 | sslip.io | 65.21.58.230 | Not resolving at time of analysis. |
| nice.woodclub.pw | June 21st 2024 | woodclub.pw | 91.107.248.199 | Not resolving at time of analysis. No other sites observed on subdomains or IP |

MANDIANT INTELLIGENCE EXPERTISE

> To prevent future abuse and misuse of moderate risk domains, consider these options:
> - **Filing a takedown:** File a takedown with the domain's registrar or ISP. However, often this can be difficult if insufficient evidence exists to support a takedown claim.
> - **Purchasing the domain:** This gives direct control and prevents unauthorized use.
> - **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.
> - **Blocking IP/Domain traffic:** Blocking traffic at the edge of the organization's network infrastructure, could help to prevent unauthorized scraping and use of website assets on the organization's domains and may decrease the risk of employee phishing and remote connections.

### Low

Signifies a domain that is a minimal or no immediate threat to a client's brand, infrastructure, or employees. Examples include:
- Domains that could potentially be misused but are currently generic in nature.
- Legitimate domains originally owned by a client that have lapsed and expired.
- Client-related domains being squatted for resale.

### Recommendations

To prevent future abuse and misuse of low risk domains, consider these options:
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.

*Table 5: Mandiant's domain risk ratings and recommendations guide*

### Domain Risk Matrix For DEFCAD

The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity.

| Domain | Risk |
|---|---|
| defcad.net | High |
| def-cad.com | High |
| abadi.sbs | High |
| sir.ffakhar.ir | High |
| nice.woodclub.pw | High |
| consol.braincontrol.ir | High |

Google Cloud

Proprietary & Confidential · | 15

MANDIANT INTELLIGENCE EXPERTISE

TLP:RED

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |
| 141.94.2.52.sslip.io | High |
| paneldownloadforwindowsxp.negspace.store | High |
| 157.90.18.138.sslip.io | High |
| 185.201.252.32.sslip.io | High |
| 65.21.58.230.sslip.io | High |
| defcad.co | Moderate |
| defcad.ca | Low |
| defcad.se | Low |
| defcad.us | Low |
| defcadliberator.com | Low |
| defcadliberator.org | Low |
| defcadtactical.com | Low |
| defcad.asia | Low |
| defcad.cn | Low |
| defcad.co.nz | Low |
| defcad.co.za | Low |
| defcad.com.cn | Low |
| defcad.is | Low |
| defcad.net.nz | Low |
| defcad.nl | Low |
| defcad.ph | Low |
| defcad.ru | Low |

Google Cloud

Figure 6: reCAPTCHA error on login page          Figure 7: Error after login attempt

The earliest observations of DEFCAD content hosting date back about nine months. While there were a range of hosts previously serving DEFCAD content, five of the sites were hosted behind Cloudflare services. Notably, electricity-control[.]ir has also hosted sites mimicking the Organization for Security and Co-operation in Europe (OSCE) and European Bisexual Conference (EuroBiCon). OSCE content was also observed being hosted at sslip.io FQDNs. sslip[.]io is a DNS service that returns the IP address structured in the FQDN and appears to be a service commonly abused.

Both abad[.]sbs and 185.201.252.32.sslip[.]io resolved to 185.201.252.32 at the time of capture on June 10th 2024. 185.201.252.32 has previously been associated with a campaign beginning in September 2024 involving download of fake software installers leading to distribution of infostealer malware; however, this campaign occurred after the initial observation of DEFCAD hosted content and does not appear to be linked.

Within the DEFCAD_Domains.xlsx spreadsheet delivered with this report is a worksheet titled 'Mirror Sites'. This worksheet contains the IP addresses where these FQDNs previously resolved. Reviewing web server logs for these IP addresses may help determine if these servers are/were used to actively scrape DEFCAD content.

**Moderate Risk Domains Targeting DEFCAD**

| Moderate Risk | defcad[.]co |
|---|---|

This domain is assessed with moderate risk because it remains an actively registered domain reactivated in November 2024 after previously expiring. While it is currently parked, it could be easily repurposed by

Google Cloud                                    Proprietary & Confidential  •   | 30

**RESPONSE**: Deny.

118.    Admit that you took no action to block, restrict, condemn, or otherwise steer users away from any such Iranian system after becoming aware of such a system presenting the Defcad.com website.

**RESPONSE**: Deny.

119.    Admit that at least one system in Iran presents a visually identical copy pf the Defcad.com website. (For your reference, *see* the following image)



**RESPONSE**: Deny.

120.    Admit that your security vendor, Mandiant, stated they discovered "over 2400 compromised customer credentials identified in the sources monitored by Mandiant" for DEFCAD. (For your reference, *see* the following image)



**RESPONSE**: Admit.

121.     Admit that your security vendor, Mandiant, provided you with a spreadsheet of over 2400 compromised DEFCAD customer credentials. (For your reference, *see* the following image)

**TLP:RED**

**Compromised Credentials for Domains Provided**

* Blank cells indicate information not present in source data

| Timestamp | Malware | URL | Username |
|---|---|---|---|
| 2023-11-24 1:52:22 | LUMMAC.V2 | https://defcad.com | Bigballpaul |
| 2023-11-19 17:00:30 | LUMMAC.V2 | https://defcad.com/account/signup/ | MMRat |
| | Unknown | https://defcad.com | turennun007 |
| 1980-11-29 21:00:00 | LUMMAC.V2 | https://defcad.com/account/signup/ | JustPrintingStuff1 |
| 2024-03-30 16:31:41 | METASTEALER | https://defcad.com/account/signup/ | William2611 |
| 2024-03-30 16:31:41 | METASTEALER | https://defcad.com/account/signup/ | Snooop_Dogg |
| 2024-03-30 2:31:40 | METASTEALER | https://defcad.com/account/signup/ | HM8404 |
| 2024-04-03 19:54:52 | REDLINESTEALER | https://defcad.com | mazzi_alan |
| | Unknown | https://www.defcad.com | royce039@yahoo.com |
| | Unknown | https://defcad.com/account/login | ryuseilovelive@gmail.com |
| 2024-02-04 1:20:11 | RISEPRO | https://defcad.com/account/signup/ | diamondset123 |
| 2024-04-01 21:44:32 | Unknown | https://defcad.com/account/login/ | GimmeMore9ime |
| 2024-03-16 0:35:36 | STEALC | https://defcad.com/account/signup/ | MANGUEL |
| | Unknown | https://defcad.com/account/signup/ | chon1979 |
| | Unknown | https://defcad.com/account/signup/ | rapidsniper-802 |
| 2024-01-04 13:58:56 | RISEPRO | https://defcad.com/account/signup/ | Danis |
| | Unknown | https://www.defcad.com/account/signup/ | 23kvw432 |
| | Unknown | https://defcad.com/account/login/ | 23kvw432 |
| 2024-03-25 14:41:42 | RADTHIEF | https://defcad.com/account/login/ | figueroayeit22@gmail.com |
| | Unknown | https://defcad.com/account/login/ | dark_justice |
| 2024-03-31 18:03:31 | Unknown | https://defcad.com/account/login/ | stendef |
| | Unknown | https://www.defcad.com/accounts/signup/ | alitaizon11 |
| 2024-01-20 16:13:04 | LUMMAC.V2 | https://defcad.com/account/login/ | rodriguezsean558@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | joseph5566 |
| | Unknown | https://defcad.com/account/signup/ | Paxxen6666 |
| | Unknown | https://defcad.com/account/signup/ | saner4435 |
| | Unknown | https://defcad.com/account/signup/ | evisoft |
| | Unknown | https://defcad.com/account/signup/ | Sciemex |
| | Unknown | https://defcad.com/account/signup/ | panifapi |
| | Unknown | https://defcad.com/account/signup/ | gtsviper2196 |
| | Unknown | https://defcad.com/account/signup/ | 1x68 |
| | Unknown | https://defcad.com/account/signup/ | zivil52 |
| | Unknown | https://defcad.com/account/signup/ | joeuant2197 |
| | Unknown | https://defcad.com/account/signup/ | harmondavid56 |
| | Unknown | https://defcad.com/account/login/ | jjustinjohnson12@gmail.com |
| | Unknown | https://defcad.com/account/login/ | wrfontenot@gmail.con |
| | Unknown | https://defcad.com/account/signup/ | Mr_Globe |
| | Unknown | https://defcad.com/ | spiknasty |
| | Unknown | https://www.defcad.com/account/login/ | STbear |
| | Unknown | https://defcad.com/account/signup/ | STbear |
| | Unknown | https://defcad.com/account/signup/ | ampaynz2 |
| 2023-11-26 17:36:58 | LUMMAC.V2 | https://defcad.com/account/signup/ | FumenPharma |
| | Unknown | https://defcad.com/account/login/ | Mikebeaty82 |
| 2024-02-29 18:20:12 | LUMMAC.V2 | https://defcad.com/account/signup/ | walker2024 |
| 2024-02-28 12:13:00 | LUMMAC.V2 | https://defcad.com/account/signup/ | mhexelore |
| 2024-02-25 9:17:20 | LUMMAC.V2 | https://www.defcad.com/account/signup/ | cloug |
| 2023-07-07 20:40:20 | LUMMAC.V2 | https://defcad.com/account/signup/ | shanex |
| 2024-03-27 7:11:21 | REDLINESTEALER | https://defcad.com/account/signup/ | freshk |
| 2024-02-27 20:41:22 | STEALC | https://defcad.com/account/login/ | emanoelcalinan@gmail.com |
| 2024-03-21 23:02:35 | STEALC | https://defcad.com/account/signup/ | black76berserker89 |
| 2023-03-10 17:33:01 | REDLINESTEALER | https://defcad.com/account/signup/ | 7ryk |
| | Unknown | https://defcad.com/account/signup/ | Kaikab99 |
| 2023-11-18 10:47:34 | REDLINESTEALER | https://defcad.com/account/signup/ | badboy2375@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | Trapper7171 |
| | Unknown | https://defcad.com/account/login/ | freshcity1971@gmail.com |
| 2021-07-16 0:40:52 | LUMMAC.V2 | https://defcad.com/account/signup/ | ArchFiendGio |
| | Unknown | https://defcad.com/account/login/ | gtathuglife16@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | penisman |
| | Unknown | https://defcad.com/account/signup/ | las4gt |

**RESPONSE**: Admit.

122.    Admit that, on at least one occasion, you provided personally identifying information (such as a name, address, description of appearance, phone number, email address, etc) concerning anyone such that lawyers which represented Everytown were able to review it.

**RESPONSE:** Deny.

123.    Admit that, on at least one occasion, you or your principal, Cody Wilson, provided personally identifying information (such as a name, address, description of appearance, IP address, phone number, email address, etc) concerning anyone to private investigators. (For your reference, *see* the following images)



**RESPONSE**: Admit.

124.    Admit that, on at least occasion, you provided personally identifying information (such as a name, address, description of appearance, phone number, IP address, email address, etc) concerning anyone to any government agency.

**RESPONSE**: Deny.

125.    Admit that you have faced public backlash due to the public's belief that you have "stolen" or otherwise infringed on the works or copyrights or creators.

**RESPONSE**: Deny.

126.    Admit that your principal, Cody Wilson, paid a minor for sexual relations.

**RESPONSE**: DEFCAD, Inc. objects to this Request on the grounds that it is harassing, sought for an improper purpose, and not likely to lead to the discovery of admissible evidence.  Subject to this objection, DEFCAD, Inc. admits that Cody Wilson was charged with sexual assault and pleaded guilty to injury to a child.

127.    Admit that your principal, Cody Wilson, paid a minor $500 after having sexual relations with her. (For your reference, *see* https://www.wired.com/story/cody-wilson-accused-child-sexual-assault/)

**RESPONSE**: DEFCAD, Inc. objects to this Request on the grounds that it is harassing, sought for an improper purpose, and not likely to lead to the discovery of admissible evidence.  Subject to this objection, DEFCAD, Inc. admits that Cody Wilson was charged with sexual assault and pleaded guilty to injury to a child.

128.    Admit that your principal, Cody Wilson, dropped the minor off at a Whataburger during the same night after having sexual relations with her. (For your reference, *see* https://www.wired.com/story/cody-wilson-accused-child-sexual-assault/)

**RESPONSE**: DEFCAD, Inc. objects to this Request on the grounds that it is harassing, sought for an improper purpose, and not likely to lead to the discovery of admissible evidence.  Subject to this objection, DEFCAD, Inc. admits that Cody Wilson was charged with sexual assault and pleaded guilty to injury to a child.

129.    Admit that your principal, Cody Wilson, exchanged nude photographs with a minor. (For your reference, *see* https://www.wired.com/story/cody-wilson-accused-child-sexual-assault/)

**RESPONSE**: Deny.

130.    Admit that your principal, Cody Wilson, pleaded guilty to a charge of Injury to a Child. (For your reference *see* https://www.statesman.com/story/special/2019/08/09/3d-printer-gun-activist- cody-wilson-pleads-guilty-in-child-sex-case-avoids-prison/4496277007/)

**RESPONSE**: Admit.

131.    Admit that your principal, Cody Wilson, was required to register as a sex offender. (For your reference *see* https://www.fox7austin.com/news/3d-gun-printing-activist-cody-wilson-sentenced-to-probation-in-sex-case)

**RESPONSE**: Admit.

132.    Admit that your principal, Cody Wilson, was registered as a sex offender.

**RESPONSE:** Admit.

133.    Admit that your principal, Cody Wilson, was wanted by U.S. Marshals for the charge of Sexual Assault involving a minor. (For your reference, *see* the following image)



U.S. Department of Justice
United States Marshals Service

# WANTED
## By U.S. MARSHALS

Name:    WILSON, CODY RUTLEDGE

Sex.................................... MALE

Race.................................. WHITE OR WHITE
                                        HISPANIC

Date of Birth....................... 01/31/1988

Height................................ 6'00"

Weight............................... 175 pounds

Eyes.................................. Brown

Hair................................... Brown

CHARGE: SEXUAL ASSAULT- AUSTIN, TEXAS

CODY RUTLEDGE WILSON, IS CURRENTLY BEING SOUGHT BY THE LONE STAR FUGITIVE TASK FORCE FOR THE CHARGE LISTED ABOVE. IF YOU KNOW THE WHEREABOUTS OF WILSON, YOU ARE ENCOURAGED TO CONTACT THE LONE STAR FUGITIVE TASK FORCE AT (512) 800-4213 (24 HOURS) OR YOUR NEAREST LAW ENFORCEMENT AGENCY. YOUR IDENTITY WILL REMAIN ANONYMOUS.

**CALL (512) 800-4213 (24) HOURS**

http://www.usdoj.gov/marshals

NOTICE TO ARRESTING AGENCY: Before arrest, validate warrant through National Crime Information Center (NCIC). If arrested or whereabouts known, contact the nearest United States Marshals Office or call the United States Marshals Service Headquarters at 1-877-926-8332.

**RESPONSE**: Admit.

134.    Admit that your principal, Cody Wilson, was sought by the Lone Star Fugitive Task Force for the charge of Sexual Assault involving a minor. (For your reference, *see* the following image)



U.S. Department of Justice
United States Marshals Service

# WANTED
## By U.S. MARSHALS

Name:   WILSON,CODY RUTLEDGE

Sex................................................. MALE

Race................................................ WHITE OR WHITE
                                                 HISPANIC

Date of Birth................................ 01/31/1988

Height............................................ 6'00"

Weight............................................ 175 pounds

Eyes................................................ Brown

Hair................................................ Brown

CHARGE: SEXUAL ASSAULT- AUSTIN, TEXAS

CODY RUTLEDGE WILSON, IS CURRENTLY BEING SOUGHT BY THE LONE STAR FUGITIVE TASK FORCE FOR THE CHARGE LISTED ABOVE. IF YOU KNOW THE WHEREABOUTS OF WILSON, YOU ARE ENCOURAGED TO CONTACT THE LONE STAR FUGITIVE TASK FORCE AT (512) 800-4213 (24 HOURS) OR YOUR NEAREST LAW ENFORCEMENT AGENCY. YOUR IDENTITY WILL REMAIN ANONYMOUS.

**CALL (512) 800-4213 (24) HOURS**

http://www.usdoj.gov/marshals

NOTICE TO ARRESTING AGENCY: Before arrest, validate warrant through National Crime Information Center (NCIC). If arrested or whereabouts known, contact the nearest United States Marshals Office or call the United States Marshals Service Headquarters at 1-877-926-8332.

**RESPONSE**: Denied.

135.    Admit that your principal, Cody Wilson, was at one point a fugitive from justice.

**RESPONSE**: Deny.

136.    Admit that your principal, Cody Wilson, was at once point a fugitive from justice for the charge of Sexual Assault involving a minor.

**RESPONSE**: Deny.

137.    Admit that your principal, Cody Wilson, left the United States on a flight to Taiwan after having a sexual interaction with a minor. (For your reference, *see* https://www.splcenter.org/resources/hatewatch/cody-  wilson-lam-1-million-bitcoin/ and the following image)

U.S. Department of Justice
United States Marshals Service

# WANTED
## By U.S. MARSHALS

Name:   WILSON, CODY RUTLEDGE

Sex..................................................... MALE

Race..................................................... WHITE OR WHITE HISPANIC

Date of Birth................................ 01/31/1988

Height........................................... 6'00"

Weight........................................... 175 pounds

Eyes............................................... Brown

Hair................................................ Brown



**CHARGE: SEXUAL ASSAULT- AUSTIN, TEXAS**

CODY RUTLEDGE WILSON, IS CURRENTLY BEING SOUGHT BY THE LONE STAR FUGITIVE TASK FORCE FOR THE CHARGE LISTED ABOVE. IF YOU KNOW THE WHEREABOUTS OF WILSON, YOU ARE ENCOURAGED TO CONTACT THE LONE STAR FUGITIVE TASK FORCE AT (512) 800-4213 (24 HOURS) OR YOUR NEAREST LAW ENFORCEMENT AGENCY. YOUR IDENTITY WILL REMAIN ANONYMOUS.

**\*\*CALL (512) 800-4213 (24) HOURS\*\***

http://www.usdoj.gov/marshals

NOTICE TO ARRESTING AGENCY: Before arrest, validate warrant through National Crime Information Center (NCIC). If arrested or whereabouts known, contact the nearest United States Marshals Office or call the United States Marshals Service Headquarters at 1-877-926-8332.

**RESPONSE**: Deny.

138.   Admit that your principal, Cody Rutledge Wilson, fled the United States for Taiwan because he learned of pending charges for his encounter with a minor.

**RESPONSE**: Deny.

139.    Admit that your principal, Cody Wilson, was extradited to Houston from Taiwan to face a sexual assault charge. (For your reference *see* https://abcnews.com/US/3d-gunmaker-extradited-back-texas-face-charges- sexual/story?id=58021212)

**RESPONSE**: Deny.

140.    Admit that your principal, Cody Wilson, faced public backlash due to paying a minor for sexual relations.

**RESPONSE**: Deny.

141.    Admit that your principal, Cody Wilson, faced public backlash due to his status as a sex offender.

**RESPONSE**: Deny.

142.    Admit that your principal, Cody Wilson, has been called an ephebophile by members of the public unrelated to this action.

**RESPONSE**: Deny.

143.    Admit that your principal, Cody Wilson, has been called a pedophile by members of the public unrelated to this action.

**RESPONSE**: Admit.

144.    Admit that your principal, Cody Wilson, has been called a nonce by members of the public unrelated to this action.

**RESPONSE**: Deny.

145.     Admit that your principal, Cody Wilson, has at one point used the website SugarDaddyMeet.com.

**RESPONSE**: Admit.

146.     Admit that your principal, Cody Wilson, is publicly associated with your business.

**RESPONSE**: Admit.

147.     Admit that you are aware members of the public hold negative views toward fugitives from justice.

**RESPONSE**: Deny.

148.     Admit that you are aware members of the public hold negative views toward individuals who engage in prostitution.

**RESPONSE**: Deny.

149.     Admit that you are aware members of the public hold negative views toward individuals who pay for sexual relations.

**RESPONSE**: Deny.

150.     Admit that you are aware members of the public hold negative views toward individuals they perceive to be pedophiles.

**RESPONSE**: Admit.

151.    Admit that on July 31, 2024, you published a blog post called "The Nutty-9" (hereafter, the "Nutty-9" blog post). (For your reference, see https://defcad.com/blog/nutty-9/)

**RESPONSE**: Deny.

152.    Admit that the "The Nully-9" blog post contains a segment with an advertisement for Antelope Hill Publishing. (For your reference, *see* the following image)



**RESPONSE**: Deny.

153.    Admit that you are aware Antelope Hill Publishing has been known to specialize in translating historical works by national socialist ("nazis"), fascists and ultranationalists, original works by contemporary white nationalists, neo-fascists, and others on the far right.

**RESPONSE**: Deny.

154.    Admit that you are aware the Anti-Defamation League (ADL) has denounced Antelope Hill Publishing.

**RESPONSE**: Deny.

155.    Admit that you are aware the Southern Poverty Law Center (SPLC) has denounced Antelope Hill Publishing.

**RESPONSE**: Deny.

156.    Admit that you are aware Antelope Hill Publishing sold reprints and new translations of 20th-century national socialists ("nazis"), fascists and nationalists.

**RESPONSE**: Deny.

157.    Admit that you are aware Antelope Hill Publishing sold translated works by Adolf Hitler.

**RESPONSE**: Deny.

158.    Admit that you are aware Antelope Hill Publishing sold translated works by Leon Degrelle.

**RESPONSE**: Deny.

159.     Admit that you are aware Antelope Hill Publishing sold translated works by Wilfrid Bade.

**RESPONSE**: Deny.

160.     Admit that you are aware Antelope Hill Publishing has published or sold writings by national socialist ("nazi") authors.

**RESPONSE**: Deny.

161.     Admit that you are aware Antelope Hill Publishing has published or sold writings by fascist authors.

**RESPONSE**: Deny.

162.     Admit that you are aware Antelope Hill Publishing has published or sold writings with national socialist ("nazi") content.

**RESPONSE**: Deny.

163.     Admit that you are aware Antelope Hill Publishing has published or sold writings with fascist content.

**RESPONSE**: Deny.

164.     Admit that you are aware Antelope Hill Publishing has published or sold writings with white nationalist content.

**RESPONSE**: Admit.

165. Admit that you are aware the members of the public typically distance themselves from national socialist ("nazi") content.

**RESPONSE**: Admit.

166. Admit that you are aware the members of the public typically distance themselves from fascist content.

**RESPONSE**: Deny.

167. Admit that you are aware the members of the public typically distance themselves from white nationalist content.

**RESPONSE**: Deny.

168. Admit that nothing in the "Fedcad meme" is defamatory.

**RESPONSE**: Deny.

169. Admit that nothing in the "Fedcad meme" are true.

**RESPONSE**: Deny.

170. Admit that you have no interest in removing the "Fedcad meme" from your websites.

**RESPONSE**: Deny.

171.     Admit that you have no interest in removing the "Fedcad-19" from your websites.

**RESPONSE**: Deny.

172.     Admit that no Defendant ever assaulted Plaintiffs or its employees.

**RESPONSE**: Deny.

173.     Admit that an employee of Plaintiffs assaulted a Defendant.

**RESPONSE**: Deny.

Dated:  April 6, 2026

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: /s/ *Brendan Everman*
Brendan S. Everman
Florida Bar No. 68702
        beverman@pryorcashman.com
        ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: */s/ Howard Foster*
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this document was served on April 6, 2026, via email to all counsel of record.

<u>s/ *Brendan Everman*</u>
Brendan Everman