UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

       Plaintiff,

vs.                          Case No:  6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

       Defendants.
_____/

## DEFENDANT, DEFCAD, INC.'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant DEFCAD, INC. ("Defendant" or "DEFCAD" hereby serves its answers and objections to Plaintiff, MATTHEW LAROSIERE'S ("Plaintiff" and/or "Propounding Party") First Set of Interrogatories, and states as follows:

## ANSWERS TO INTERROGATORIES

1.     Describe, in detail, who exerts control over the business, financial, operational, or other actions of Defcad Inc. To help you answer this question and clarify its scope, an answer containing the following details would be a complete answer. These are not subparts, but necessary elements of a complete answer to the foregoing interrogatory:

     a.     The identity and contact information of any individual or entity that you claim exerts any control of Defcad Inc.;

1

323158811v.1

b.      What powers and responsibilities that individual or entity has with regard to

Defcad Inc.;

c.      When that individual or entity gained the power you assert exists;

d.      How that individual or entity gained the power you assert exists.

**ANSWER: Defendant objects to Interrogatory No. 1 (a)–(d) to the extent that the term "control" is ill-defined, rendering this Interrogatory vague, ambiguous, and unintelligible.  Answering further, Defendant understands this Interrogatory to request information identifying the employees currently employed at DEFCAD: Thomas Odom, who assists with the day-to-day operations at DEFCAD.**

2.      Identify all cryptocurrency accounts/wallets/addresses DEFCAD has had

control over since January 1, 2018—"control" being the ability to remove or send

cryptocurrencies from the account, even if others share access, and where other entities

or individuals share that access, identify them to the extent known.

**ANSWER: Defendant objects to Interrogatory No. 2  to the extent that the term "control" is ill-defined, vague, and ambiguous, rendering this Interrogatory unintelligible. Defendant objects to the extent that the Interrogatory goes beyond the scope of the claims asserted in the First Amended Complaint concerning Plaintiff's copyright claims for the subject works that were allegedly owned by Plaintiff and displayed on public sources from 2023 to the present, unfair competition claims under the Lanham Act, and the name and likeness claims under Florida statute. The information sought in this Interrogatory request cryptocurrency accounts/wallets/addresses from January 1, 2018, to the present, which is unrelated to the claims and defenses asserted in this action.  Defendant also objects to the extent that this Interrogatory seeks a legal conclusion that Defendant controls cryptocurrency accounts for all of the Defendant entities.**

**Without waiving said objections, Defendant answers that it has no cryptocurrency accounts/wallets or addresses in its custody, possession, or control.**

3.      Identify all agents and employees of Defcad Inc., along with their roles and

responsibilities.

2

323158811v.1

**ANSWER:   Defendant objects to the term "agents" as undefined, vague, and ambiguous, rendering this Interrogatory unintelligible. Without waiving said objection, and based on Defendant's understanding that the information sought is for DEFCAD's employees, Defendant states as follows: Thomas Odom, who assists with DEFCAD's day-to-day operations.**

4.      List any and all businesses, individuals, and entities, that "share" income with Defcad, as you allege in *Defense Distributed v. Elik* (9:25-cv-81197), and explain the nature and purpose of the income sharing.

**ANSWER:   Defendant objects to the extent that the information sought seeks a legal conclusion regarding the relationship of Defendant entities under a "single enterprise" theory.  Answering further, Defendant states that none of the Defendant entities share income with DEFCAD.**

5.      Identify each individual or entity who assisted in uploading to or publishing on Defcad.com or approving the upload to or publishing on Defcad.com any file, image, or other material from the works at issue and describe your relationship to each individual or entity.

**ANSWER: Defendant objects to the extent that the information sought seeks a legal conclusion concerning the publication of files on DEFCAD.com to establish copyright infringement. Without waiving said objection, Defendant states the following individuals published files on DEFCAD.com, from the relevant time period of 2023 to the present: Thomas Odom.**

## VERIFICATION

Under penalty of perjury, I swear the foregoing responses are true and correct to the best of my knowledge.

/s/Cody Wilson
By: Cody Wilson
Its: CEO, DEFCAD, Inc.

/s/Leia V. Leitner
Attorney for DEFCAD, Inc.

3

Dated: October 28, 2025           Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN& DICKER LLP**

By:   *s/Leia V. Leitner*
        Leia V. Leitner
        Florida Bar No:  105621
        111 North Orange Avenue
        Suite 1200
        Orlando,  FL  32801
        Telephone: 407-423-7287
        Facsimile:  407-648-1376
        Leia.Leitner@wilsonelser.com
        Cheryl.Kujawski@wilsonelser.com

        Jura C. Zibas
        Florida Bar No:  124571
        Amaris C. Gyebi, Esq.
        Florida Bar No:  1019361
        2063 Main Street - Suite 100
        Sarasota, FL 34237
        Telephone: 941-866-8561
        Facsimile:  941-210-5979
        Jura.Zibas@wilsonelser.com
        Amaris.Gyebi@wilsonelser.com
        Cheryl.Kujawski@wilsonelser.com

        *Co-Counsel for Defendants*
        *Cody Rutledge Wilson, Defense*
        *Distributed and*
        *DEFCAD, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2025, a true and correct copy of the foregoing document has been served by email to the following:  Zachary Z. Zermay, Esq., Florida Bar No:  1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street,  #1102,  Key  West,  Florida  33040;  Telephone:  305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores

4

323158811v.1

Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone:  713-364-6440, CF@ChadFlores.law;  chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

By:  *s/Leia V. Leitner*

Leia V. Leitner

323158811v.1