Page 1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CV-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas    )
corporation; DD FOUNDATION,LLC,)
a Texas limited liability       )
company; and DEFCAD, INC., a    )
Texas corporation,              )
                                )
               Plaintiffs,      )
                                )
     vs.                        )
                                )
JOHN ELIK, individually;        )
MATTHEW LAROSIERE,              )
individually; ALEXANDER         )
HOLLADAY, individually; PETER   )
CELENTANO, individually, JOSH   )
KIEL STROKE, individually;      )
and JOHN LETTMAN, individually;)
and ZACKARY CLARK,              )
individually,)
                                )
               Defendants.      )

_____

DEPOSITION OF
ALEXANDER HOLLADAY
March 20, 2026
9:00 a.m. CST

Taken via Zoom by agreement

Diana G. Rodriguez, RPR, Certified Shorthand Reporter

Page 2

APPEARANCES (all appearing remotely):

FOSTER PC
155 N. Wacker Dr, Suite 4250
Chicago, IL 60606
PH: 312.726.1600
hfoster@fosterpc.com
BY: MR. HOWARD FOSTER,

On behalf of the Plaintiffs;

LAW OFFICES OF GARY DePURY, PA
21035 Leonard Road
Lutz, FL 33558
PH: 813.607.6406
gary@depury.com
BY: MR GARY C. DePURY,

On behalf of Alexander Holladay;

ZERMAY LAW
203 Labelle Ave
Fort Myers, FL 33905
zachary@zermaylaw.com
BY: MR. ZACHARY ZERMAY,
On behalf of Matthew Larosiere.

ALSO PRESENT:
MR. CODY WILSON
MR. MATTHEW LAROSIERE
MS. BAILEY FINNESTAD, Magna Concierge

Page 4

UNANSWERED QUESTIONS
NO.: PAGE:
1    Q What about the objections here do you want to bring to my attention?                78:20
2    Q Right. Ctrlpew is in the business of selling what exactly?                172:21
3    Q Okay. I understand that and I was trying to establish that. So it's with makers of 3-D guns and please explain to me under what circumstances you would pay them, these gun makers, royalties or commissions.                176:9

Page 3

I N D E X
WITNESSES

ALL WITNESSES:                PAGE:
ALEXANDER HOLLADAY
    Examination by Mr. Foster        5:6
    Examination by Mr. DePury        216:7
            EXHIBITS
NO.:    DESCRIPTION:            PAGE:
For Holladay:
    Exhibit 1
        document - "Most of us do":
        For Identification        37:13
    Exhibit 2
        Defendant Alexander Holladay's
        Responses to Plaintiffs' First Set
        of Discovery:
        For Identification        59:12
    Exhibit 3
        Holladay Elaborates Finances:
        For Identification        169:25
    Exhibit 4
        Holladay Funds "Future Development"
        Gatalog:
        For Identification        179:3
    Exhibit 5
        Holladay_IDs_Celentano_Gatalog:
        For Identification        183:2
    Exhibit 6
        Amended Complaint:
        For Identification        198:6
    Exhibit 7
        Ivan and CtrlPew Fuck DEFCAD and All
        Business:
        For Identification        211:24
    Exhibit 8
        MAF is "Me and Fuddbusters" + email
        ID:
        For Identification        214:1

Page 5

(Witness sworn)

ALEXANDER HOLLADAY, called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. FOSTER:

Q    Mr. Holladay, I'm sure you know who I am. I'm Howard Foster. I represent the plaintiffs in this case. Defense Distributed, DD Foundation, and DEFCAD, inc. This is your deposition pursuant to the Federal Rules of Civil Procedure. A few tips here on format. I don't know if you've ever been to a deposition before but I'll ask you questions, you answer them concisely I hope. If you don't understand a question, let me know. Maybe I'll rephrase it or try and help move it along. If you want to take a break, ask. I'll try and break. If we want to take a break we will take a break. And your lawyer can make concise objections to the form of questions but generally you have to answer them even if he objects.

Do you have any questions for me, Mr. Holladay?

A    No, sir.

Q    Okay. So why don't we start, could you please tell me your date of birth, please.

2 (Pages 2 - 5)

Page 6

A    5/8/87.
Q    And where were you born?
A    Des Moines, Iowa.
Q    And how far did you go in school?
A    High school.
Q    Okay.  What high school did you attend?  Or shall I say what high school did you graduate from?
A    I'm trying to remember the name of it.  Boone Central, yeah, Boone Central High School.
Q    Where?
A    Albion, Nebraska.
Q    What year was that?
A    2005.
Q    So you didn't go, no education after high school?
A    Military.  Nothing formal collegiate.
Q    You served in the military?  Which branch?
A    Army.
Q    Okay.  What years?
A    2004 to 2012.
Q    Were you on active duty at any point in time?
A    So I enlisted in the reserves and volunteered for active duty deployments for practically the entirety of my career.

Page 7

Q    Did you deploy anywhere?
A    Yes.
Q    Where?
A    Yes, in the technical sense.  There was deployments Fort Bliss, Texas, deployments to Fort Hunter Liggett, California.  These were training centers for further deployment overseas so training personnel to go overseas.
Q    Were you in any combat positions?
A    No.
Q    Were you discharged from the military?
A    Yes.
Q    When?
A    2012.
Q    Okay.  What did you do then after discharge career wise?
A    IT work so I went to work broadly in the IT field as a developer, programmer, technical support.
Q    Where were you employed?
A    Principal Financial Group, Wells Fargo, Boehringer Ingelheim, Meredith Corporation.
Q    Where were these jobs?
A    Generally speaking Des Moines, Iowa.
Q    Des Moines, Iowa?
A    Yes.

Page 8

Q    And where are you living now?
A    Orlando, Florida.
Q    And what is your current residential address in Orlando, Florida?
A    522 Baron Road, Orlando 32828.
Q    How long have you lived at that address?
A    I'm trying to remember when we bought the property.  It would have been I think it was 2024, August-ish 2024.
Q    Okay.  That's good enough.  Are you married?
A    Yes.
Q    What is your wife's name?
A    Denise Holladay.
Q    Now, did you prepare for today's deposition?
A    A little bit.
Q    How?
A    I reviewed my request for -- sorry -- I'm not familiar with the technical legal names of these things -- I guess interrogatories, and other documents that I submitted prior to this.
Q    Did you talk to anyone in preparation for the deposition?
A    My lawyers.

Page 9

Q    Okay.  You said lawyers?
A    Lawyer.
Q    I know you're represented by Gary DePury.  Did you talk to another lawyer in preparation for the deposition?
A    I was on a call with Gary.  I think I talked to Matt, yeah.
Q    When was this call?
A    Last night.
Q    Okay.  Did you talk to anyone else in preparation for your deposition?
A    No.
Q    Did you talk to any of the other defendants in the case in preparation --
A    No.
Q    -- for your deposition?
A    No.
Q    And you're saying the only documents that you looked at were your interrogatory answers in this case?
A    Yeah.  I mean, I've reviewed the other documents but this is the one I have in front of me that I actually printed was my interrogatories.
Q    What about requests for production of documents?

3 (Pages 6 - 9)

Page 10

A   I haven't reviewed it like in the last several weeks but they're there.

Q   What about requests to admit facts, did you look at that?

A   I'm sure I did.  I'm not particularly familiar with the document like off memory but...

Q   Are you conversing with somebody right now?

A   No.  I'm looking at my monitor seeing what documents I have open that I've submitted.

Q   Okay.  Are you in contact with Mr. DePury right now during the deposition?

A   I mean, he's on the call.

Q   I know that.  But are you emailing or texting or contacting him in any way right now?

A   No.

Q   You're not allowed to do that.

A   Right.

Q   Okay.  Have you read the complaint that you were served with in this case?

A   Yes.

Q   When did you read it?

A   I can't really answer that with any specificity.  I read it when I got it.

Q   Okay.  You've read it since then?

Page 11

A   I'm sure I've opened it, looked at it, and read through it several times since then but exact dates and times I couldn't answer.

Q   At some point in time you became associated with or friends with Mr. Larosiere, is that correct?

A   Yes.

Q   When did you first meet him?

A   Probably 2020, 2019.

Q   How did you come to meet him?

A   We communicated with similar groups of people online.  We were, I don't know, chatting.  It's hard to classify when you meet like certain -- when you meet on the internet, it's hard to classify like when because, you know, there's like a specific time when you're like, oh, in 2021 or whatever we hung out at the bar but, you know, on the internet you talk to people but it's a screen name and so you don't really associate the two so when that happens is kind of fluid, I guess.

Q   But you met him I guess what you're saying is online, right?

A   Yeah.

Q   Okay.  Was it in a chat room?

A   I would -- if memory serves, it was

Page 12

probably Twitter where we had exchanged conversations and found each other of similar interests.

Q   What were those similar interests?

A   Firearms generally.

Q   So would you say that you are a collector of firearms?

A   That would be accurate, yeah.

Q   How many arms do you own at the current time?

A   I mean, over a hundred.

Q   Are some of them what we call 3-D guns?

A   Yeah.

Q   Were you interested in that part of the gun business back in 2020?

A   Very much so.

Q   What have you done in that space up to that point?

A   Insofar as?

Q   Activism in the area?

A   Yeah.

Q   Working for any business associated with that, with 3-D guns, any of those things?

A   I mean, can you sort of I guess give me like a time frame that we're talking about?

Q   Okay.  I think you said that you met

Page 13

Mr. Larosiere in 2020 or 2021 for the first time, right?

A   Yeah.

Q   And you met presumably in some chat room for gun aficionados, right?

A   Generally speaking it was most likely Twitter, I'm guessing here, but it was probably, you know, we had interacted on Twitter several times and sort of it was conversed in the responses there.

Q   Okay.  I'm going to start using the phrase screen name.

A   Sure.

Q   Is screen name in your lingo the same thing as a handle?

A   Yes.

Q   Did you have a screen name on Twitter at that time?

A   Yes.

Q   What was it?

A   I believe it was ctrlpew.

Q   Could you repeat that?

A   C-t-r-l-p-e-w.

Q   Did you have any other screen names on Twitter?

A   I'm sure I did although -- well, on

4 (Pages 10 - 13)

Page 14

Twitter, no.  Like it's affirmatively that I did not have any other screen names on Twitter.

Q   Did you have any other screen names in use on any other platforms at that time other than what you just said, ctrlpew?

A   I mean, there may have been derivations of ctrlpew.  I can't say with any sort of certainty.  So the reason -- so I'll explain.  I think about sort of these screen names and accounts as sort of pennies in a coin jar, right?  They're not -- they're all at a general risk of being deleted because of policies of platforms and the politics involved in the firearms space, so asking me which screen names I had at any particular time is not really something I can answer because like I remember ctrlpew, that one lasted for several years before it was finally deleted by the platform and so it changes frequently and fluidly depending on how long the account lived.

Q   Well, tell me just off the top of your mind what other screen names have you used since 2020 on any platform so the whole universe of your screen names.

A   Sure.  They would generally be a deviation of ctrlpew.  I will put an asterisk on that saying that there are several accounts that are derivations of

Page 15

ctrlpew that are not me.  We've had quite a few problems with people impersonating me on the internet and trying to sort of scam people out of money.  So I will add that caveat as, you know, not -- all of the accounts that I would have posted publicly on or that I would have had control over would have been some deviation of ctrlpew but not all ctrlpews on the internet are me.

Q   Okay.  I get that, okay.  So you met Mr. Larosiere, you had common interests, right?

A   Um-hmm.

Q   The gun world roughly speaking?

A   Yeah.

Q   Were there any other common interests like politics, like were you living in the same area?

A   No.  I believe Matt was somewhere in either DC or Florida when we met and then, no, I was in Iowa.  Politics, I mean, we don't really discuss politics all that much.  I assume we're generally aligned relatively, you know, center right.

Q   All right.  Are you involved in like Second Amendment activism?

A   I'm in the firearms space so, you know.

Q   That goes without saying, right?

A   Yeah, I feel like just owning a gun at

Page 16

this point in time is a pretty political statement regardless of anything else.

Q   And then at some point your association with him grew to the point where you started a business together, right?

A   Correct.

Q   So when was that?

A   I want to go with like 2020, 2021.

Q   Same time period when you met?

A   I mean, it's a year.

Q   Within a year of meeting you started a business together?

A   Yeah.

Q   Where were you employed at that time when you started your business?

A   Wells Fargo.

Q   What were you doing at Wells Fargo?

A   Sort of general back end QC for technology, reviewing the work of developers and handling its migration between environments.

Q   This was in Nebraska or Iowa?

A   Iowa.

Q   You said Des Moines?

A   Yes.

Q   The business you started in with Matthew

Page 17

was it MAF?

A   Yes.

Q   What does MAF stand for?

A   Manufactured Arms en Floride?  And I'm sure Matt will give me hell because I didn't pronounce it properly in French.

Q   It's a French?  All right.

A   It's a French name.  Well, it's a name in French.

Q   It's an acronym for a French --

A   Yes.

Q   -- word or words?  What do the French words mean?

A   Manufacture of arms in Florida, I think.

Q   Your corporation was founded in 2021?

A   I would have to look it up but that sounds close to the correct time frame.

Q   And what was your initial position with the company?

A   Like any small business formal titles that really make sense I'm the treasurer, I believe.

Q   You were initially the treasurer, right?  Are you still?

A   Yeah, it's various things are involved with the job titles and banking where you can like only

5 (Pages 14 - 17)

Page 18

do certain things if you have the right corporate title so I believe I'm the treasurer. I could be the secretary, I'm not sure. It doesn't really have relevance to, you know, what I do.

Q    And you're an owner of the company, right? You own some shares of stock?

A    Yes.

Q    How much do you own?

A    I think 30 percent. Again, I would have to look it up.

Q    Was stock actually issued?

A    I don't know. I'm not trying to be evasive, it's not something I've looked at or something that really matters to me so I don't have the information on hand.

Q    Who else was involved in the formation of the company?

A    It was just Matt and I.

Q    Did you have a lawyer involved in forming it?

A    No.

Q    It's incorporated in Florida?

A    Yes.

Q    Okay. And who is the president of the company?

Page 19

A    Matt.

Q    So he was then and he still is now?

A    Yes.

Q    You said that the MAF stands roughly for manufacture of arms in Florida, right?

A    Yeah.

Q    Does the company manufacture arms?

A    No.

Q    So why is it called that?

A    It was funny.

Q    What business initially was the company in upon its founding in 2021?

A    The sale of firearm parts.

Q    What kind of parts?

A    I don't know, triggers, barrels, et cetera, accessory parts, grips, hand guards.

Q    And these parts can be used for 3-D guns and regular guns?

A    Yeah, it could be used with any compatible gun.

Q    How does MAF company get customers?

A    Word of mouth generally, some internet advertising.

Q    I'm sorry. Go ahead.

A    I was just going to say Matt has a Twitter

Page 20

account that posts fairly regularly.

Q    There must be a lot of competition in that space, right, to sell gun parts?

A    I mean, a bit, sure. There are many gun companies, many gun companies exist.

Q    And where does the company keep its gun parts?

A    In Orlando at its office.

Q    So what is the current office address?

A    6820 Hanging Moss Road, Orlando, 32807.

Q    Is that the physical office --

A    Yes.

Q    -- or is like somebody's house?

A    No. It's a physical office.

Q    And does it have any employees?

A    I don't believe -- we have one. There is one employee.

Q    Who is that?

A    James Mundley (phonetic).

Q    What does he do?

A    Fulfillment.

Q    Filling orders?

A    Yes.

Q    Is he a full time employee?

A    No.

Page 21

Q    Part-time employee?

A    (Nod).

Q    Does he work physically at the office?

A    Yes.

Q    Where does Mr. Larosiere live?

A    In Orlando. I don't have the exact address but in Orlando.

Q    Orlando? Does he live near the office?

A    Not particularly.

Q    So you've been in business with Mr. Larosiere in running MAF Corp. Is it Inc or Corp?

A    Corp, I believe. Now that you've said it, I'm questioning my memory, so I believe it's Corp.

Q    For approximately five years now, right?

A    Yes.

Q    During those five years has MAF owned a computer?

A    I think it owns two. Or, sorry, I'm trying to take a mental inventory of computers.
I believe MAF Corp owns two computers.

Q    Where?

A    At the office.

Q    And who has access to them?

A    Everybody at the office.

Q    So that would be your employee, right?

6 (Pages 18 - 21)

Page 22

A   Yes.

Q   And the two of you?

A   Yes.

Q   Anyone else?

A   I guess our wives now.

Q   Your wives are involved in the company?

A   They have access.

Q   Anyone else?

A   I don't believe so.

Q   Does it have a domain name?

A   No.

Q   So it hasn't issued any email addresses?

A   No.

Q   Have any emails been sent from those computers?

A   No.

Q   Okay.  So when you do business, conduct MAF business, you or Mr. Larosiere, do you conduct it on those computers in the office or from other computers that you have in your homes?

A   We would be using other computers.

Q   So what sort of things are kept on the office computers?

A   Well, one is hooked up to a sticker printer essentially, a 30-inch wide vinyl printer that

Page 23

we use to print stickers, and the other computer is hooked up to a laser which is, you know, we use to laser engrave various objects.

Q   Is that a 3-D printer?

A   No, a laser engraver and a vinyl printer, so a 2-D vinyl printer used for stickers.

Q   What other business functions are performed by those computers in the office?

A   None.  They're dedicated to those machines.

Q   So like when orders are made online, how are they filled?

A   We get the -- from our store back end we get a packing list.

Q   Well, first of all -- let me start this way.

Let's say you have a customer and a customer places an order, a part, what happens to that order, where does it go to?

A   Well, our fulfillment guy would get the packing list for the order and then fill it, he would pull items off the shelves and put them in a box and then seal the box and ship it.

Q   And that's the guy who works in the office?

Page 24

A   Yes.

Q   Is he the fulfillment guy?

A   Yeah.

Q   What other functions then are done from the office computers other than filling orders?

A   I'm pretty sure I was abundantly clear that's all those computers do.  Sorry.  I'm having a hard time with like this line of questions because I'm not sure what you're actually asking for.  The computers at the office run those machines.

Q   Run what machines?

A   The printers and the laser engraver I talked about.  The computers owned by Matt, that's what they do.

Q   You said that they run this printer.  You'll have to excuse me, I'm not well versed in the technology here.

A   Sure.

Q   There's a printer.  The printer that you have, does it make gun parts?

A   No.  So it's like the printer that you would use to print a regular document but much wider and instead of paper it's printing on a vinyl with an adhesive backing for a sticker that you would like put on your bumper or on the locker at school or...

Page 25

Q   So that printer is making stickers that go onto the pieces of equipment that you're selling?

A   No.  They're for general consumer consumption, I guess.

Q   You're selling stickers?

A   I mean, MAF Corp includes them in a package.  When people place an order, they get a sticker with the MAF Corp logo also.

Q   I see.  That's like a decal or something?

A   Yeah.

Q   And he puts one of those in every package that's shipped out?

A   Generally, yes.

Q   I get it.  And then the parts that you're selling you buy from manufacturers?

A   Yes.

Q   Okay.  I understand that.

So other than you and Matthew and your wives and your one employee in the office, is there anybody else that would have access to those computers in the MAF office?

A   No.  Not with -- no.

Q   Does MAF pay rent for that office?

A   Yes.

Q   And it's been paying rent for -- have you

7 (Pages 22 - 25)

Page 26

been in that office, same office since the corporation began in 2021?

A No. It was a move after we had incorporated. Exact dates and times are, you know, not in my mind right now. I don't have that information but it was after the foundation of the company.

Q So this is the only office that the company has ever had, physical office?

A Yes. Yep.

Q How often do you go to the office?

A Three or four times a week.

Q And how long do you typically stay there?

A Until I need to leave. It's not a fixed, you know, interval.

Q What do you do generally? You've got an employee there so what do you do?

A Right. I turn machines, check stock, take inventory, handle any issues that are outside of his scope or that he's not sure about.

Q Okay.

A Customer service related things.

Q Right. So is the MAF Corp related to any other business like a 3-D gun business?

A Related as in?

Q Well, affiliated. A corporate family, a

Page 27

corporate group, tied somehow. There's many ways this can be done with another business.

A I don't have any particular like it's not a part of a like group or anything else. I'm not sure, again, it's one of those questions I'm not quite sure what you're asking me for. It doesn't own any other company and it's not owned by any other company. Related is broad is what I'm saying. I'm not sure how to answer that question.

Q The two of you are still very active in the 3-D gun space, is that correct?

A Yes.

Q Describe your activism in the 3-D gun world today.

A My activism personally?

Q Yes, personally, just you.

A So I run a business called Ctrlpew. It's at the website ctrlpew.com. I talk about 3-D gun printed files that have come out. I run social media accounts, that same sort of goal. I'll do video occasionally on guides and tutorials and show people how to construct firearms. I'll talk about printers and what sort of 3-D printers are good in the space. I'll talk about broadly speaking just the firearms world in general.

Page 28

Q Okay. Ctrlpew.com, right, is a business you said, is that correct?

A Yes.

Q Tell me about that business. What is its business?

A Its business is I guess generally speaking media distribution.

Q What does that mean?

A So, you know, through Ctrlpew I do social media content, I'll do videos, general activism, general public service, hey, these are good guns, hey, here is how you build a gun, here is how you build this gun.

Q Again, the name of this business is ControlQ.com?

A C-t-r-l-p-e-w.

Q C-t-r-l-p-e-w.

A Yep.

Q Dot com?

A Yes.

Q That's the name. Is it a corporation?

A It's an LLC.

Q In which state?

A Florida.

Q Who owns the LLC?

Page 29

A I do.

Q Are you the 100 percent owner of the LLC?

A Yes.

Q Is that your primary occupation now running that business?

A Yes.

Q Okay. And when did you found that business?

MR. DePURY: Objection to the entire line of questioning at this point. Ctrlpew is not a defendant to this. Mr. Holladay is a defendant so if he works for a corporation, whether he owns a corporation or not, I would say that's outside the scope.

MR. FOSTER: You may answer. You're allowed to make an objection as to relevance but he has to answer it.

MR. DePURY: I understand that. He understands that as well. I'm simply making my objection.

MR. FOSTER: Your objection is noted.

BY THE WITNESS:

A I'm sorry. Can you repeat the question.

BY MR. FOSTER:

Q What business -- I'm sorry.

I asked you if that was your sole primary occupation now running that company.

8 (Pages 26 - 29)

Page 30

A    Yeah, I would call it my primary occupation.

Q    Okay.

MR. FOSTER:  Could the court reporter read back the question I asked before the objection.

(Record read as requested:

"Q  Is that your primary occupation now running that business?

A Yes.

Q Okay.  And when did you found that business?")

BY MR. FOSTER:

Q    So would you answer that question, please.

A    I want to say 2019, 2020, maybe sooner, or maybe earlier.  I don't have the exact date and time.

Q    Okay.

A    I would guess like 2019 but I honestly can't remember.  It's been a while.

Q    Are you in the 3-D gun business?

A    Not particularly, no.  I don't sell 3-D printed guns.

Q    Do you have an interest in any 3-D gun business?

A    Not really.  It's not something I put a lot of actual thought into.  As far as like selling 3-D

Page 31

printed guns has always been a legal problem with the government so it's not one that I've been extremely interested in tackling sort of personally.  It's a matter of, you know, time, energy, and resources that I don't have right now.

Q    You're saying you've never been involved in the 3-D gun business?

A    I'm saying Ctrlpew doesn't sell 3-D printed guns.

Q    Have you ever been involved in a 3-D gun business?

A    No.

You would have to ask a more specific question.  I'm not sure, like it's a pretty broad question you're asking.

Q    It's a broad question but I think you can answer it.

Have you been involved with a 3-D gun business through either working with one, owning one --

A    I mean the answer is --

Q    -- on the board of a company or in some capacity?

A    Sure, I mean, the answer is both, right?  Ctrlpew is in the realm of 3-D printed guns.  It talks about them frequently.  I wouldn't call it a 3-D

Page 32

printed gun business.

Q    You would call it what kind of business?

A    I would call it a media and activism business.

Q    What does that mean media activism?

A    I think I was pretty clear.  We produce media on the topic of 3-D printed guns.

Q    At some point in time you came into contact with Cody Wilson, is that correct?

A    Yes.

Q    When did you first come in contact with him?

A    It's, again, you're asking times and dates.

Q    Roughly.  I know we don't remember the exact day and time we meet someone but roughly.

A    Probably 2021, 2020 maybe.  I don't know.

Q    How and where did you encounter him?

A    Well, I know we met at Bear Arms n' Bitcoin, which is a tech conference/Bitcoin 3-D gun conference back in the day.  I'm sure we had exchanged messages online before then, specifically and about what topics I couldn't really be certain because, again, these are, you know, conversations from five years ago.

Page 33

Q    Sure.  So is it correct to say that you initially met him online?

A    I would guess that would be true.

Q    Okay.  In some chat room or something pertaining to 3-D guns?

A    I think this was probably a -- well, no, I couldn't actually say with any certainty where I've conversed with Mr. Wilson.

Q    What did you --

A    I know we had email exchanges but beyond that I can't say.

Q    Can you tell me what the email exchanges were about?

A    No.  These were conversations that happened five years ago so I don't even know that I still have the emails.

Q    Did you meet him in person?

A    At the conference, yes, we spoke briefly, you know, exchange of pleasantries, I'm not sure beyond that.  Come to think of it, I don't know that we actually spoke at the conference.  We may have.  It clearly didn't amount to much of a conversation because I don't remember, you know, now that you're -- I had assumed that we had but now that you've raised the question, I'm questioning my own memory.  I don't know.

9 (Pages 30 - 33)

Page 34

Q   Okay.  Do you remember ever having met him on some other occasion?

A   Not really.

Q   Did you continue to email with him after that initial 2021?

A   I couldn't say.  Like where an email versus an exchange of emails that like I know I've talked to someone at DEFCAD but whether that was Cody or not I don't know.  I don't think I had any conversation or any emails with Cody directly but, again, I'm sort of pulling at the back of my brain for emails from five years ago.  I don't know.

Q   At some point in time you developed a fairly strong opinion about Cody Wilson and/or his business DEFCAD.  Is that correct?

A   Yeah.

Q   Tell me about that.  How did that come about?

A   I would -- generally speaking based on his preponderance of public speeches, you know, various statements he's made about me in his -- I would hesitate to call it a blog but I'll go with that -- and then, you know, there's this lawsuit currently so that's what I base my opinion of him.

Q   What is your opinion of him?

Page 35

A   Not favorable.

Q   What do you think of him?  You're struggling.  I don't think it's a hard question to answer.

A   No.  I'm just trying to find -- I guess -- I don't generally like to be crass or --

Q   Feel free.

A   No.  No.

Q   It's a lawsuit.  Okay?  Feel free to be crass if you want to be crass.

A   Well, the term douchebag comes to mind but that's relatively low brow.

Q   Okay.

A   Suffice it to say based on his various public statements and his opinion of me I don't like the guy very much and don't really want to work with him --

Q   Okay.

A   -- in any capacity.

Q   You said that he had expressed an opinion of you in some public way, right?

A   Sure.

Q   What was that?

A   I mean, it's all in his blog.

Q   Tell me what comes to your mind.  What did

Page 36

he say about you in his blog?

A   I mean, I don't tend to like linger on these things so...

Q   You've read it apparently, right?

A   Yeah, I read a lot of things.

Q   What did he say about you?

A   Again, specifics I don't care.  It's one of those he has said things and --

Q   Well, what sort of things has he said about you?  Has he been critical of you personally, of your business, of opinions that you've made about the 3-D gun business?  You tell me.

A   I mean he's generally --

MR. DePURY:  Asked and answered.  It's been asked and answered.  He said he doesn't recall.  Go ahead and answer.

BY MR. FOSTER:

Q   You can answer.

A   And now can you repeat the question again?  Sorry.

Q   What sort of things has he said about you?

A   Okay.  Specifically I can't really answer that, I don't linger on these particular kind of details, I have better things to fill my mind.  So I would have to go back and reference, you know, his

Page 37

writings to give you specifics and we're not here for that today.

Q   So you formed a negative opinion of him, right?

A   Correct.

MR. FOSTER:  I would like now to look at our exhibits so I'm going to go to the chat.  Okay, Bailey, I need your help.

MS. FINNESTAD:  Do we want to go off the record for a second?

MR. FOSTER:  Sure.  We can go off the record.

(A discussion was had off the record and Exhibit 1 was marked for identification.)

BY MR. FOSTER:

Q   Mr. Holladay, do you see this exhibit we've marked Exhibit 1?

A   I do.

Q   Let's look at the top.  It says (reading):

"I think all of these entities that aren't FEDCAD need to disclaim that FEDCAD should not be trusted or make merch saying fuck FEDCAD."

Do you see that from an anonymous--

A   Sure.

10 (Pages 34 - 37)

Page 38

Q    And then is that you Ctrlpew that it's in the box there commented "Most of us do"?

A    I don't know.  Can you give me some, I guess, context around this, the screenshot you have?

Q    It's a shot of a conversation in a chat room.

A    Okay.

Q    I don't know much more than that but that seems to be your handle, Ctrlpew.

A    Sure.  And when you were asking me earlier about my handles, I think I feel like we established that I am always Ctrlpew, but Ctrlpew is not always me, right, because we have variations of the name and impersonations of my account in general so, I mean, like I generally with what anonymous2341553241 is saying but I can't say that that's me replying to it without some additional context as to where this came from, what chat room, website.

Q    I don't have it.

A    Right.  And so I can't say with any certainty that those are my words.

Q    But they could be, right?  You're not denying those are your words, is that correct?

A    I'm saying I don't know.

Q    Are you deny you said that?

Page 39

A    Like I can't deny it because I can't say with any certainty if that was my reply or not because I don't know where this came from so if you can point me in that direction like I could go authenticate it, I could go verify if this account is still active, I could verify if those are my words, but I can't because I have no contextual information here and this would be, I believe, the first time I'm seeing this particular screenshot.

Q    What is Gatalog?

A    I guess if I were to define it it's a general collection of people on the internet who like 3-D printed guns.

Q    What is your role in Gatalog?

A    I'm an administrator of the Rocket.Chat server.  I pay for the server.

Q    How is the server related to Gatalog?

A    It's where some people do development and testing.

Q    I'm trying to understand that.  So, yeah, The Gatalog, is it a chat room?  Is it more than a chat room?

A    I mean, I don't think it qualifies as a chat room.  I think Gatalog is, I mean, semi-amalgamous.  It's a collection of people on the

Page 40

internet who design firearms, who talk about firearms, their design, testing, evaluation particularly of 3-D printed stuff.

Q    Were you involved in the origination of Gatalog?

A    You could say that.

Q    What did you do?

A    I was one of several people who started like I guess trying to organize the broader 3-D gun space.

Q    Who are the other people who helped you with that?

A    Screen names and handles from several years ago, I don't remember who.

Q    Was Mr. Larosiere involved in that?

A    I don't know.  I can't speak to that particularly.  There were lots of people involved.  It was a generally broad community sort of effort.

Q    So you said you run the Rocket -- let's go over that.  I don't understand it.

A    Sure.

Q    The Rocket thing, again, tell me what that is.

A    Rocket.Chat is a chat sort of software platform so it's a web based, I guess, chat room kind

Page 41

of a server, chat server maybe.

Q    And what does that have to do with Gatalog?

A    It's where many people collect to do design and development of their files, firearm files, to talk about said files to try and collect people to then test their files and help write, provide feedback on documentation and things like that so that they can not make something bad.

Q    Okay.  And what is your role in Rocket.Chat?

A    I pay for the server.

Q    Where is the server?

A    On the internet.

Q    Is it like a cloud server?

A    I believe so.

Q    I understand.  How long have you been doing that?

A    Since the server started.  I can't, again, dates and times I don't know when we initially set it up or when I started footing the bill for it.

Q    Why are you footing the bill for it?

A    I run a business in a related space, I run a media, you know, development and activism company that Ctrlpew is, you know, seemed like a nice thing to

11 (Pages 38 - 41)

Page 42

do for the community.

Q   So are you able to access all of the chats, the comments that have been posted on Rocket.Chat at any point in time?

A   I don't -- like "all" is a pretty broad sweep. I don't know. I don't think so.

Q   Why not?

A   Like any chat has some amount of like person-to-person communication like a direct message for example or something. I don't know -- I don't know that I would have access to any of that.

Q   If somebody posted a chat or a comment on there at some point in time could it be retrieved?

A   I mean, probably -- you're asking a very sort of technical question. I don't know the answer to.

Q   If you wanted to know the answer to that who would you talk to?

A   I would probably go read the documentation for Rocket.Chat.

MR. FOSTER: All right. What I would like to do now is take a short break. We've been going for an hour. Can we take a five-minute break and go off the record.

THE REPORTER: Up to counsel.

Page 43

MR. FOSTER: That is what I want to do and I'm going to mute my mic. Okay.

(Brief recess taken)

BY MR. FOSTER:

Q   Mr. Holladay, do you currently have a handle on Rocket.Chat? I think, Mr. Holladay, you're muted.

A   Sorry about that.

Q   Mr. Holladay, do you currently have a handle on Rocket.Chat?

A   Yes, I do.

Q   What is it?

A   C-t-r-l-p-e-w, ctrlpew.

Q   Just for the record, which is the same one that's on this Exhibit 1, right?

A   Well, again, I would ask what site this message came from.

Q   Right. I'm just saying it's the same handle on this exhibit. I'm not saying it's you but I'm saying it's the same handle, right?

A   Right. Spelled the same, yes.

Q   Now, you claim that you're not able to remember this but --

A   I mean, it says right there in the screenshot it's from two years ago.

Page 44

Q   Yeah. It pertains to FEDCAD. Do you know what FEDCAD is?

A   Yes.

Q   What is FEDCAD?

A   It's the, I mean, there's the general meme about DEFCAD being federal, like a federal informant, how they've been hacked several times, it circulated on the internet. They also I believe purchased the FEDCAD.com domain.

Q   I'm sorry. Who --

A   DEFCAD, Cody Wilson, et cetera.

Q   Purchased the FEDCAD --

A   FEDCAD.com domain.

Q   What is your basis for saying that?

A   I'm pretty sure they said it at some point or at least I heard that and it sounded correct.

Q   Heard it from whom?

A   It redirects from their --

Q   From whom?

A   I couldn't answer that without, I mean, guessing.

Q   You don't remember, is that correct?

A   No.

Q   No, you don't remember, or, no, it's not correct?

Page 45

A   No, I don't remember who I specifically heard that from.

Q   So the meme attacks DEFCAD, right, saying it's been hacked implying that people who do business with DEFCAD are going to become known to federal authorities, right?

A   Or anyone really who has access to that information.

Q   That's what the FEDCAD says, right?

A   Um-hmm. What the meme says?

Q   Yeah, what the meme says.

A   Yes.

Q   Where did first see the meme?

A   Probably Reddit, maybe Twitter.

Q   When?

A   When? This is another one of those like amalgamous date and time statements where I don't know, it just sort of became. I saw it, it was funny.

Q   Do you remember like what year did you become aware of this meme?

A   No. I mean, I'm abundantly aware of it at present. As far as the first specific time I saw it, I couldn't say.

Q   Did you ever talk -- excuse me. Did you ever communicate with Mr. Larosiere about the meme?

12 (Pages 42 - 45)

Page 46

A    I don't think so.

Q    Never?

A    I'm sure it was mentioned but I can't say as to what context or when, more of a this is a thing that I saw and it's funny.

Q    I mean you're giving me different answers. You said no but you're sure that you have in some context.

A    I don't believe I said that I'm sure that I have.  Well, that does sound like something I would say actually.  Sorry.

Yeah, I don't remember when we've talked about it.  I know that it's an event or -- it's not an event -- it's a thing that exists tangential to the 3-D gun space so I'm sure we talked about it at some point.  As far as when specifically, I couldn't answer that.  As far as in what context, I couldn't really answer that either aside from, hey, I saw this and it was funny.

Q    Did somebody help you with Rocket.Chat?

A    I have a lot of people who help with Rocket.Chat.

Q    Who helps you with administering or dealing with Rocket.Chat?

A    Insofar as what?  Like helps me how?

Page 47

Q    Work with it.  I mean you're saying that you pay for a server --

A    Um-hmm.

Q    -- a remote server for it.  What else do you do?

A    That's really about it.

Q    Well --

A    Like if I'm asked a question, I'll probably answer it, but like I don't have --

Q    Have you talked to any of the defendants in this case about Rocket.Chat?

A    Probably.  I mean, as far as defendants go I can say I've talked to John and provided --

Q    I'm sorry.  Go ahead.  I'm sorry.  I interrupted you.  You finish your answer.

A    I'm saying he's probably provided a wealth of sort of general technical information.

Q    Is that John Elik?

A    Lettman.  Sorry.

Q    What does John Lettman do business wise?

A    I don't know.

Q    Why would you have talked to him then about Rocket.Chat?

A    He's generally a tech savvy kind of guy. He knows a lot about systems.

Page 48

Q    Okay.

A    At least in my opinion.

Q    How do you know him?

A    It's another one of those sort of we share general interests on Twitter and so he seemed to have a wealth of knowledge and so I asked him questions and he answered.

Q    Were those questions and answers through email?

A    Probably through Twitter messages.  I don't know that I have his phone number.

Q    Do you have an email address for him?

A    Probably.  That would be something that I would have to go look for if I have it or not.

Q    Have you ever met him?

A    Yes.

Q    Where?

A    Here at my house.

Q    When?

A    2023.

Q    What was the purpose of that visit?

A    Matt was getting married and so we were attending his wedding.

Q    Okay.  So you invited him or Matt invited him to his wedding, right?

Page 49

A    I'm pretty sure.

Q    So he's a friend of Matt's if he was invited to his wedding, right?

A    Yeah.

Q    Has he become a friend of yours?

A    Yeah.

Q    To your knowledge has he ever been paid to do work for you?

A    I don't think so.

Q    Has MAF ever paid him?

A    I don't think so.

Q    To your knowledge has Matthew Larosiere ever paid him to perform work?

A    I don't think so.  I don't know why that particular bit of information is something that I would have.

Q    Well, I'm asking if you know.

A    Well, I don't.  Sorry.

Q    Okay.  So the question was have you spoken to any of the defendants about Rocket.Chat, that's where I was headed.

A    Sure.

Q    And you said yes as to Lettman.  What about the other defendants?  Do you have a list of the defendants?

13 (Pages 46 - 49)

Page 50

A   Yes.

Q   What are you looking at right now?

A   I'm looking at the -- what is that -- Defendant Alexander Holladay's Responses to Plaintiff's First Set of Discovery.

Q   Okay.  Have you talked to any of the other defendants about Rocket.Chat?

A   Like amalgamously?

Q   Like, I'm sorry, what?

A   Like in general?

Q   Yes.

A   I'm sure we've spoken about it, yes.

Q   To all of them?

A   Probably in one term or another.  I'm not sure -- I'm having a problem or a hard time grasping the specifics of what question you're asking.

Q   I can see that.

A   And answering in the global I guess seems counterproductive and so -- yeah.  Anyway.  Sorry.  Continue.

Q   Outside of if it's productive or counter-productive I just want you to answer the question.

A   Sure.

Q   That's fine.

Page 51

What is your relationship with John Elik?

A   He's a friend.

Q   What business is he in?

A   I don't particularly know.

Q   How do you know him?  Is it through the 3-D gun world?

A   Yeah.  We met on the internet.  Internet friends, similar interests.

Q   Do you communicate with him often?

A   Not often but we do communicate.

Q   What about Josh Stroke?

A   Not particularly.  I'm trying to remember who this is.  Sorry.

I can't say that I've spoken with Josh Stroke.

Q   Do you know who he is?

A   No.

Q   You don't know who he is?

A   No.  Unless does he go by another name?

Q   That's the name I know of.  He's a defendant in this lawsuit and you're saying you don't know who he is?

A   I'm not particularly familiar with the name, no.

Page 52

Q   Have you communicated with John Elik about this lawsuit?

A   Sorry.  I'm getting a phone call.
About this lawsuit?  Yes.

Q   When?

A   Infrequently as many other things.

Q   So more than once I take it?

A   I mean, yes.

Q   By email, phone, text, or how?

A   Usually by phone or like, you know, a conversation thread on Twitter.

Q   You've had a conversation with him on Twitter messages about this lawsuit?

A   No.  Like a public threat.

Q   There's a public thread --

A   I guess I'm speculating here because I'm trying to answer your question and I really shouldn't be doing that so I apologize.

Q   You shouldn't be answering my question?

A   No, I shouldn't be speculating or guessing at the answer because I'm -- yeah.

Q   Well, you said that there may be a public Twitter thread by you about this lawsuit.

A   I didn't say it was by --

Q   You said it was a public Twitter thread, I

Page 53

think you said that you were messaging him through there about this lawsuit.  Am I correct?

A   I think you're misinterpreting what I'm saying but hang on a minute while I collect my thoughts here.

Q   What are you looking at, Mr. Holladay?

A   I'm thinking.  I'm not looking at anything in particular.

Q   Okay.

A   I'm just trying to recall if we've had a specific interaction about this lawsuit that went beyond, wow, there's a lawsuit, man, this is dumb.

Q   You've been silent for a while now.

A   Well, I apologize.  There's several conversations just globally speaking.  I'm trying to think my way back through.

Q   Okay.

A   Not with John specifically but like with the broader public, people asking questions about the lawsuit.

Q   I'm asking specifically conversations that you had following up on what you said that there was some sort of a Twitter thread about this lawsuit.  Tell me about that, please.

A   I couldn't recall the specifics aside from

14 (Pages 50 - 53)

Page 54

people had asked questions about the lawsuit and some public commentary being made regarding, man, this is silly or dumb or something, but I don't know.  Again, it's one of those somebody saw papers and the filing and then started asking questions on like Twitter and then responses were made maybe.

Q  Responses by whom?

A  I don't know.

Q  Okay.

A  It's a matter of, you know, this is all like the filings for the lawsuit were all public record and so people can see them and when people see them they ask questions and those questions usually get directed at someone on Twitter, in this space anyway, and so I'm trying to filter back through the number of conversations that I've seen and whether or not I had any exchange with John in those conversations.  I don't think we did.

Q  You're saying you don't believe you've ever had a conversation with him about this lawsuit?

A  I'm saying that I'm trying to recall and I'm having a hard time doing so just because of the number of conversations that exist in general that I see on a day-to-day basis.

Q  Well, you did say you have had several

Page 55

conversations with him about this lawsuit.

A  Right.

Q  Okay.  I'm asking then if you wanted to look and try and find something, an email chain about the lawsuit, could you do that?

A  Probably not.

Q  Why?

A  Because things don't usually exist in that kind of format.  It's --

Q  What is your current email address?

A  I have several.  There's alex@ctrlpew.com, alexander.holladay@gmail.com, contact@ctrlpew.com, admin@ctrlpew.com.  There are several.

Q  Have you ever sent an email to Mr. Elik?

A  I don't believe so.

Q  Has he ever sent one to you?

A  I don't believe so.

Q  Okay.  Did you check?

A  Yes.

Q  When?

A  When I was doing the request for production.

Q  What did you check with regards to your emails?

A  I checked -- I did a general search of the

Page 56

email of the inbox.

Q  I'm sorry of the email what?

A  Of the email inbox.

Q  For what?

A  For John Elik.

Q  Okay.  Did you look in your deleted emails?

A  Yeah, that would have been in the mailbox.

Q  You said inbox.

A  I apologize.  I did.  What I meant was the mailbox.

Q  You looked in the whole mailbox, that would include deleted, junk, sent, and you couldn't find a single email --

A  I don't think so.

Q  Well, you didn't produce any to us.

A  Right.

Q  We asked you for those.  You produced nothing.

A  Sure.

Q  Nor did you produce any emails to any of the other defendants.  Don't you email Mr. Larosiere?

A  Not usually.

Q  Have you ever?

A  I'm sure we have.  I'm not sure that any

Page 57

of that was subject to any of this or even tangentially related.

Q  It was all requested, every email that you ever sent to him was requested in discovery and you didn't produce a single one.  Why not?

A  Again, I'm pretty sure they were --

Q  You acknowledge that you did send him emails and you didn't produce any to us and I want to know why not.

A  Sure.  I'm fairly certain they were not relevant to any of this.

Q  That's not your decision.

A  Okay.

Q  You were asked to produce all of your emails to him about anything.

A  Sure.

Q  You didn't.

A  Um-hmm.

Q  Why?

A  Again, I answered that already.

Q  You didn't answer it.  You said that you have emails with him and he has emailed you and you didn't produce them to us.  I want to know why you didn't produce them to us and you don't have an answer to that, do you?

15 (Pages 54 - 57)

Page 58

A    I mean, I believe I answered it. It may not be satisfactory but I did answer it.

Q    You said you thought they weren't relevant.

A    Yeah. I guess maybe I misunderstood how this like because I'm not a lawyer, I don't know how any of this works, and so like emails not relevant to any of this wouldn't need to be provided. I'm pretty sure we objected to this.

Q    Right. You also --

A    Let me go back and read that specifically. Can you provide --

Q    You want me to provide your responses to request for production?

A    Sure.

Q    I can do that. That's an exhibit.

A    Okay.

MR. FOSTER: So, Bailey, let's look at this. What I want to do, Bailey, is get back to my list of exhibits and so should I go to chat and do it that way?

MS. FINNESTAD: You can. I thought it was on your other screen.

MR. FOSTER: Right. But, no, all I had on the other screen was the Exhibit 1.

MS. FINNESTAD: Okay. You would just hit the

Page 59

back button if you're looking at Exhibit 1 and it should go back and then you just go back to your private folder.

MR. FOSTER: So let's look at discovery responses.

MS. FINNESTAD: The third one down. And this will be Exhibit 2.

MR. FOSTER: Make this Exhibit 2, please.

MR. DePURY: Mr. Foster, which request was it by number?

MR. FOSTER: The first.

(Exhibit 2 marked for identification.)

MR. FOSTER: So I'm looking at Defendant Alexander Holladay's Responses to Plaintiff's First Set of Discovery and I'm looking for the production of document requests.

MS. FINNESTAD: Do you know what page that would be?

MR. DePURY: First request is page 19.

MS. FINNESTAD: Thank you.

BY MR. FOSTER:

Q    Request no. 2 (reading):
    "All documents or communications
    between you and any co-defendant
    concerning DEFCAD, FEDCAD, The Gatalog,

Page 60

MAF Corp."
    So anything that you sent to Mr. Larosiere concerning MAF Corp would be encompassed in that request. Do you see that, Mr. Holladay?

A    Yes, I do.

Q    So, I mean, you're running this business together. Don't you email each other?

A    Not generally.

Q    At all about MAF Corp?

A    I don't believe so, no.

Q    What do you email him about?

A    I'll also point out that wasn't the question you had asked me about. So in terms of relevance to DEFCAD, FEDCAD, The Gatalog, MAF Corp, no we don't email each other.

Q    You don't email him about MAF Corp, the company you run together?

A    No.

Q    How do you communicate with him about it?

A    Usually on the phone.

Q    Well, I don't believe you?

A    Okay.

MR. DePURY: Objection.

MR. FOSTER: You can object.

BY MR. FOSTER:

Page 61

Q    I don't believe you and what I want to do is then to get your server copied and do a search for his name and MAF Corp and all of these terms.

A    Um-hmm.

Q    So where is your email server?

A    Gmail, Google server.

Q    Well, you said have you several email addresses.

A    Yeah.

Q    Right. And they're all Gmail?

A    Yes.

Q    Again, I need you to tell me -- I'm sorry if I'm repeating this -- but what are all of your email addresses.

A    So it's alexander.holladay@gmail.com.

Q    What's the next one?

A    Well, it's a Workplace, a Google Workplace mail server so all of ctrlpew.com is run through the Gmail service.

Q    Google is Gmail?

A    Yes.

Q    So what other email addresses do you have?

A    Well, there's alex@ctrlpew.com.

Q    Wait. Alex@ctrl--

A    Ctrlpew.com.

16 (Pages 58 - 61)

Page 62

Q   Control the letter Q dot com right?

A   P-e-w.  In fact, if you look in the chat, I typed it in there earlier.

Q   I want you to tell it to me now, please.

A   Sure.  C-t-r-l-p-e-w.

Q   C-t-r-l.  Go on.

A   P-e-w.

Q   Yep.

A   Dot com.

Q   Yes.  C-t-r-l-p-e-w dot com, right?

A   Right.

Q   Is that a Gmail or Google --

A   Yes.

Q   -- address?

A   Yes.

Q   So it's c-t-r-l-p-e-w dot com at --

A   Yes.

Q   -- gmail?

A   No.  It's alex@ctrlpew.com.

Q   I'm sorry.  I'm not understanding this. Is this a Google --

A   Yes.

Q   It's probably my fault but explain it to me again, please.

A   It's a Google address.  It's a gmail

Page 63

address but it's not a gmail.com address.

Q   So it's a ctrlpew.com?

A   Yes.

Q   Right?

A   Yes.

Q   How would anyone know that that is a Gmail?

A   You're not supposed to know it's a gmail.

Q   So I get it.  So it's like a business email address that you can use hosted by Google?

A   Yes.

Q   Without the gmail being as part of the address?

A   Correct.

Q   Now I understand it.  So it would be ctrlpew.com and that would be with gmail, right?

A   Yes.

Q   What's the next one?

A   Contact@ctrlpew.com.

Q   Contact@ --

A   Ctrlpew.com.

Q   -- ctrlpew.com?

A   It's exactly the same as Alex@.

Q   Ctrlpew or control Q?

A   P-e-w.

Page 64

Q   Yeah.  Contact@ctrlpew.com and that's all a gmail account, right?

A   Right.

Q   Any others?

A   Admin@.

Q   Same thing, right?

A   Yep.

Q   Any others?

A   I think that's it.

Q   So your testimony is you looked at the whole universe of all the emails through all of those accounts.

A   Um-hmm.

Q   Deleted, saved, junk, you looked at every single email that you had sent to Mr. Larosiere, right?

A   Um-hmm.

Q   And you determined none of them pertained to any of the topics in request no. 2, is that correct?

MR. DePURY:  Objection to form and that's not what he testified to.

MR. FOSTER:  Then say -- I said is that correct.

BY THE WITNESS:

A   I'm not sure how to answer this question.

BY MR. FOSTER:

Q   Why not?

Page 65

A   Well, I don't understand the question and my lawyer objected so...

Q   Your lawyer is entitled to object but you still have to answer the question.

A   Sure.  I just want to make sure I'm answering it properly.

Q   If you don't understand it I'll try and rephrase it.

A   That would be helpful.

Q   Your testimony is that you looked through all of the emails relating to these -- how many email addresses that we just talked about.  One, two, three, four, five.  There are five email addresses that you just identified that are gmail accounts and is it your testimony you looked at all of the emails in all of those accounts for anything to or from Mr. Larosiere to determine if it might have to be produced?

A   Yes.

Q   You did?

A   Yes.

Q   When did you do that?

A   I mean, when I got the document request and was sitting down to review it.

Q   Did your lawyer also look at all of the emails?

17 (Pages 62 - 65)

Page 66

A    Yes.

I'm sorry.  I'm sorry.  No, my lawyer did not look at the emails.

Q    Did anybody else help you in searching all of your emails from all of these accounts to determine which ones might have to be turned over?

A    No.

Q    It was just up to you alone, right?

MR. DePURY:  Objection.  If you'll look at the discovery, the request, we properly objected to that and you did not do anything with the objection.  We properly objected as this is overbroad and you didn't respond so now you're saying that your question is to give everything as if there was never an objection.

MR. FOSTER:  Gary, you can't give a speech.  I know.

MR. DePURY:  I'm not giving a speech, Howard, but you're almost badgering at this point.

MR. FOSTER:  I'm not badgering.  I'm trying to understand what he did in response to the request for production.  I'm allowed to ask these questions.

MR. DePURY:  You are and I'm allowed to object and I'm saying --

MR. FOSTER:  You can object.  You cannot elaborate and make a speaking objection.

Page 67

MR. DePURY:  Well, I'm putting it on the record that we properly objected to these requests for production.

MR. FOSTER:  I'll go through your objections to request no. 2, I will go through them with him, okay?  I want to know what he did.  I'm allowed to find out.

BY MR. FOSTER:

Q    You said, Mr. Holladay, you looked through all of the emails related to all five of these accounts for anything --

A    Two things --

Q    Let me finish -- to or from Mr. Larosiere.  Is that correct?

A    Before I get into that, there are two things.  First off, I appreciate Gary's statement of the objections because I'm not a lawyer and I don't understand how these things work so him clarifying that was immensely helpful to me and my understanding of how this goes on.

Secondly, I will reclassify exactly what I did.  I opened my gmail account, the corresponding mailbox for each of these email addresses, I did a search for the terms mentioned in the request and the persons involved in the case and got no results.

Page 68

Q    You did -- okay.  So you're saying you did a search for each of the terms in request no. 2?

A    Um-hmm.  I'm sorry.  Hold on.  I'm reading request no. 1.

Q    No.  Look at request no. 2.

A    Correct.  So I did a search for those terms and got no results.

Q    Let's stop there.  You're saying you did a search for those terms and you got no results.  There is not a single email in any of those accounts that contained any of those terms?

A    Correct.  None that came up in the search results.

Q    And then your search would have looked in the contents of the emails?

A    Yes.

Q    Well, some of the items requested in request no. 2 are not terms.  For example, firearms related digital files --

A    Um-hmm.

Q    -- how would you do a search for that?

A    I mean, there's an attachment search and also firearms related digital files aren't -- I don't generally get them by email if I get them at all.

Q    So what did you do for firearms related

Page 69

digital files, how did you search?

A    I mean, I looked for attachments to emails and I didn't --

Q    It didn't ask for attachments.

A    Well, I'm not sure how else a firearms related digital file would be sent to me by email.

Q    So you're saying you looked for an actual file that was an attachment to an email?

A    I believe that's what you're asking for, right, firearms related digital files.

Q    Concerning a file.  You may have talked about a particular file that thought was infringing your rights, you may have and you probably did have a conversation about such files.  That wouldn't involve an attachment.

A    Okay.  Right.  I did say, and we've gone back and forth on this several times so it may not have made it into my last statement, but I did search my emails for the terms specified, the persons involved, and didn't find any responses or any conversations where we're discussing firearms related digital files, any of the terms, promotion of completing platforms, like none of those conversations came back.  None of those came up in the search.

Q    So if I were to go in and replicate your

18 (Pages 66 - 69)

Page 70

search and put the words DEFCAD, FEDCAD in there, I would come up with nothing right, no hits?

A    You might come up with stuff that isn't related to this at all.

Q    How can DEFCAD or FEDCAD not be related to this?  That's what this lawsuit is about.

A    Well, I'll explain how search works.  It's not always explicit.  It's a fuzzier concept.  So like you would search a dictionary for apple and you would find the word apple, right?  What you wouldn't find is, you know, articles on, say, what is the term for growing for managing an orchard, right?  That is how this sort of like how Gmail does their searches.  It's not an explicit thing, they're trying to get context around it.  So you may have some results that come back with something related to FEDCAD because it's of a similar nature but I didn't get any results that were relevant between parties.

Q    Did you do a search -- so you're saying you did do a search for DEFCAD --

A    Yes.

Q    -- correct?  Right?  Or didn't you?

A    No.  I did.

Q    And you came up with nothing?

A    Correct.  I mean there were some emails

Page 71

with DEFCAD proper from forever ago.

Q    Why didn't you produce them?

A    They weren't between me and any co-defendant.

Q    Well, there are other requests.  So you're saying you do have emails about DEFCAD but not with co-defendants.  Do I understand you correctly?

A    I believe that's accurate, yes.

Q    And you didn't produce them.  Why?

A    Because -- I'm sorry.  Hold on.  Can you repeat your last question, please.

Q    I said so you do have emails about DEFCAD but not with co-defendants, is that correct?

A    Yes.

Q    Okay.  And you chose not to produce them to us, is that correct?

A    Yes.

Q    And you did so why?

A    Because --

MR. DePURY:  Objection, again, because anything that was -- it was not a choice.  It was on advice of counsel because there were proper objections.

BY MR. FOSTER:

Q    So what you're saying is, if I understand this correctly, you found emails about DEFCAD, you

Page 72

talked to your lawyer about them, and he told you not to produce them, is that correct?

MR. DePURY:  That's not what was just stated, Howard.  What was stated was proper objections were made in the record.

Also, I want to point out, let's put it on the record at this point that between the initial filing, the one that your team abandoned in the Middle District and my hiring, the deponent sought legal advice from Matthew Larosiere until I was hired and at such time they made the decision that it wouldn't be proper for a co-defendant to represent him.  So there may have been some protected communications.  Whether those were on the phone, email, or text, I don't know but if you do subpoena this we're going to have to do a privilege log and delve into that prior to --

MR. FOSTER:  So are you saying that there were emails to Mr. Larosiere about this lawsuit that are being withheld on the basis of privilege?

MR. DePURY:  No.  I specifically said I don't know whether or not they exist.  I'm saying if you subpoena this, we're going to have to then do a privilege log.

MR. FOSTER:  Subpoena what?

MR. DePURY:  If you're going to try and subpoena

Page 73

and look at the server and we're going to try and see--

MR. FOSTER:  Yes.  We're going to subpoena the server, yes, and do search terms because I don't believe that he did a proper search because you're saying that you did find emails about this DEFCAD, which would be very much on point for this lawsuit, and somebody --

BY MR. FOSTER:

Q    Mr. Holladay, did you make the decision to withhold those and not produce them to us?

A    I'm sorry?  So I think you have conflated several statements that were not complete because I didn't understand the question.

Q    You didn't tell me that you didn't understand the question.

A    I said several times that this is not clear.  However -- I believe I said that -- anyway, I have emails from DEFCAD that were not included in this because they are from DEFCAD and not a co-defendant.

Q    If it didn't involve a co-defendant did you believe that they were not relevant at all to this lawsuit?

A    I mean, that's a matter for counsel.

Q    You're saying you didn't produce them just because they didn't involve a co-defendant.

19 (Pages 70 - 73)

Page 74

A    That I didn't produce them because they weren't relevant to the question asked.  They didn't have anything to do with the request.  They weren't between me or any co-defendant.

Q    Right, so you're confirming what I just said.  You didn't produce them because they weren't with a co-defendant, is that correct?

A    Right, yes.

Q    Is that correct?

A    Yes.

Q    So there are like how many such emails you think there were that you found to or from DEFCAD that you did not produce?

A    Probably, I don't know, five.

Q    Okay.

A    To be clear again, they are from DEFCAD.

Q    You have five emails from DEFCAD, right?

A    So they would also be in your client's possession.

Q    Maybe.  If they're from DEFCAD, they probably would.

Did you have emails about DEFCAD with other people that are not co-defendants?

A    Counsel and that's --

Q    Okay.  Other than counsel, sure, I'm sure

Page 75

you talked to your counsel about this, but what about other third parties, other people that are not co-defendants?

A    I guess I'll ask a question in response.  Is there a request that asked me to produce --

Q    I don't know the answer but I want to ask this question and I want you to answer it.

Did you find emails about DEFCAD, that means containing the word DEFCAD, that were not to or from a co-defendant?

A    Yes.

Q    And did you decide not to produce them?

A    Yes.

Q    Because they were not to or from a co-defendant, is that correct?

A    Yes.

Q    Okay.  How many such emails are there would you estimate?

MR. DePURY:  Objection, calls for speculation and asked and answered.

MR. FOSTER:  No, it doesn't.

MR. DePURY:  It certainly does.

MR. FOSTER:  I can ask him to estimate, Gary.

BY MR. FOSTER:

Q    How many are we talking about generally,

Page 76

one?  A few?  You can answer that.

A    Probably a couple.  I would expect less than five.  I don't know off the top of my head.

Q    Do you remember who these emails were with?

A    No.  But you understand, my email addresses are public, anyone can send me email, and so someone saw on Reddit, hey FEDCAD, hey DEFCAD, hey thing, and they decided that email was the best course of action to tell me about this.  I would imagine there are a couple, not many.

Q    I think your responses tell me a lot about how you conducted this search and I get it and so did you look for emails to or from Mr. Larosiere --

A    Yes.

Q    -- in doing this search?  He is a co-defendant.

A    Yes.

Q    How many did you find roughly?

A    I can't remember.

Q    Roughly a lot or just a few?

A    More than a couple.  Probably, I don't know, several dozen.

Q    Several dozen.  And you didn't produce any of them to us.

Page 77

A    Well, they're not talking about DEFCAD, FEDCAD, The Gatalog, MAF Corp, firearms-related digital files, or online promotion of competing platforms.

Q    And that's why you didn't produce them, okay.

A    Correct.

Q    Now.  Let's look at these objections.  Okay.  You said it's vague, ambiguous, overbroad, and not reasonably particularized.  But you understand very well what we're asking for you, you went over it yourself and you said these are the topics you looked for, you understood them, right?  So they're not so vague or ambiguous because you were able to do a search for them, right?

A    I mean, I tried.

Q    Then you said -- so I think that's -- okay.  Then you said it's sweeping and undefined terms but you did do a search for those terms, right?

A    Well, again, I felt that I needed to try and answer this request as best I could.

Q    Well, your lawyer wanted me to look at these objections.

A    Sure.

Q    Okay.  I mean, these are a lot of what we lawyers call boilerplate objections just throwing in

Veritext Legal Solutions

www.veritext.com                                                                                  888-391-3376

Page 78

every conceivable objection and I'm wondering if there is anything in particular you want me to focus on here other than the boilerplate stuff which you can find online these terms.

What is it that you think is important about these objections?

A   I'm sorry. Was that a question for me a or a question for Gary?

Q   Yeah, it's a question for you. What is it about these objections that you want me to focus on right now? We're looking at the objections to number 2.

A   Sure. I'm reading them.

I'm sorry. Your question was?

Q   You said you want to talk about these objections. Okay. Talk.

MR. DePURY: Objection, Howard, that's not what he said.

BY MR. FOSTER:

Q   What about the objections here do you want to bring to my attention?

MR. DePURY: No one said we want to focus on them. We simply stated they were properly objected to and in proper form.

MR. FOSTER: You objected to them. I get it. I

Page 79

think these are all boilerplate objections that can be and were used in response to every one of our requests. They're not specific about these things.

MR. DePURY: I'm glad you think that but they still are --

MR. FOSTER: You made a bunch of objections. And Mr. Holladay told me very specifically how he did his searching for this, I get it, and I'm not satisfied that this is a proper search to comply with this and we're going to ask for -- we'll serve a subpoena on Gmail, that's what we're going to do.

MR. DePURY: That's fine.

MR. FOSTER: You can then deal with that at the time. I'm not going to not going to argue with you about it now, Gary.

MR. DePURY: But I'm going to finish a sentence, Howard, so you're going to stop interrupting me while I finish this. We've had this conversation, sir. You are out of line when you just keep talking over me. I will state the objection for the record if you will allow it.

MR. FOSTER: What is your objection?

MR. DePURY: We objected. No one has said we wished for you to read these or delve into it. No one has stated that my client has to render a legal

Page 80

opinion. You can opine that they're boilerplate but the proper format for this was to object to our objections, you didn't do so, so you're not going to badger my witness into a legal opinion. They were objected to properly, sir. I'm going to finish my objection so they're on the record.

MR. FOSTER: You're not allowed to do this, Gary.

MR. DePURY: I am allowed to do this, Howard. I've done this for many, many years. I'm allowed to object --

MR. FOSTER: What is your objection right now?

MR. DePURY: My objection is that we properly objected -- my current objection is that you are being-- you are not being proper when you constantly talk over me. Thank you.

MR. FOSTER: Okay. All right. I've said my piece and you said your piece.

MR. DePURY: Madam reporter, would you please certify Mr. Foster's question.

MR. FOSTER: Okay.

BY MR. FOSTER:

Q   Let's look at no. 3, please.

(Reading):

"All documents reflecting communications between you and any

Page 81

third-party concerning the dissemination, amplification, promotion, or coordination of content alleging that DEFCAD was 'hacked' or 'dumped' multiple times."

That's an allegation in the complaint. Are you familiar with that, Mr. Holladay?

A   Vaguely. Can you bring up the complaint so I can cross reference and refresh my memory?

Q   You're entitled to look at the complaint if you want but I can represent to you, you don't have to read the whole complaint, that that's one of the allegations we made in the complaint is that you, the defendants, are saying that DEFCAD website has been hacked. Okay?

A   Um-hmm.

Q   That's what we're saying. That's a big issue in this lawsuit. I'm going to ask a very important question. Did you have any communications with anyone about DEFCAD being hacked, okay?

A   Um-hmm.

Q   You made a million objections and you produced nothing.

A   Right.

Q   Okay. So I'm asking you how did you

21 (Pages 78 - 81)

Page 82

conduct your search for that about documents between you and anybody about DEFCAD being hacked?  Take me through the process, please.

Q    Of the search?

A    Yes.

Q    Well, I would think that a search relating to DEFCAD being hacked would have said DEFCAD was hacked and so that would have been the content of the message and when I did the search --

Q    Tell me how you searched.

A    As I sort of indicated earlier of my email and other accounts I didn't find any conversations relating to the dissemination, amplification, promotion, or coordination of any of this.

Q    I know you didn't find any because you didn't produce any but tell me how you did your search. That's my question.

A    Right.  I used the tools available to me to search for these terms --

Q    What terms?

A    -- to find -- what?

Q    What terms?

A    DEFCAD, FEDCAD.

Q    But you do have emails that have DEFCAD and FEDCAD in them.

Page 83

A    Like I said before I have emails from DEFCAD that come up in the search for the term DEFCAD that weren't provided because they weren't relevant to this.

Q    I'm trying to understand this.

A    Sure.

Q    And I'm going to keep at it until I get an answer.  How did you do your search to comply with number 3?

A    Number 3.  Right.  So as I said before, I used the search tools available to me to look through the volume of messages that I have, and in the instances where a term popped up, I read the conversation or the message and none of this was relating to any of the conditions that you mentioned in the request.

Q    What terms did you search for?

A    DEFCAD, FEDCAD, hacked, dumped.

Q    How many did you come up with that contained any of those terms?

A    To the best of my recollection -- okay. You're trying to get me there.

So to the best of my recollection, none came back that were related to this.

Q    To what?

Page 84

A    To request no. 3.

Q    So you did searches for DEFCAD.  Did you do a search for hacked?

A    Yes.

Q    Dumped?

A    Yes.

Q    You didn't find any emails that have the word hacked in them?

A    No.

Q    Did you look -- where else did you look other than your email accounts?

A    Twitter, Reddit.

Q    Chat rooms?

A    I looked through my chat messages as best I could.  The search tools are not --

Q    How did you look through your chat messages?

A    There are search tools in the rooms to search the room for messages.

Q    How many rooms did you look through?

A    I looked through my direct messages and through the rooms I was involved in.

Q    What rooms are those?

A    Sorry?

Q    What rooms did you look at?  What rooms

Page 85

did you search?

A    Right.  I guess you need to be more like--

Q    No, I don't need to be more specific.  You need to be more specific.

A    Sure, no, it's a both way problem, I get it.

There's like many places I've looked so across all of my social media accounts including accounts on the Rocket.Chat, on Discord, reddit, et cetera, I've searched for the terms, you know, stated, DEFCAD, hacked on FEDCAD, et cetera, and I did not have any communications that were related here.

Q    How do you do a search in a chat room--

A    There's usually a search box.

Q    Would you let me finish my question?

A    Sorry.  I apologize.

Q    Okay.  How do you do a search in a chat room for messages that you have sent or received from a long period of time?

A    Sure.  Well, in a room, generally speaking, in a chat room there would be a search function in a side bar or somewhere on the page where you could type in a query and get back all responses that meet that.  And so if I was in a conversation with someone talking about how DEFCAD was hacked and dumped,

22 (Pages 82 - 85)

Page 86

there would have been my user name and then hacked, dumped, some keyword there.

Q   So you log in to the chat room, right, with your user name?

A   Yes.

Q   And then you have some ability to look, search your messages?

A   Yeah.

Q   Actually do a word search?

A   Yes.

Q   They're all saved?

A   I don't know the answer to that.

Q   Did you inquire as to like is there automatic purging of all messages?

A   Probably.  You would have to -- like that would be a dependent on platform thing so I don't have an answer.

Q   Did you look into that when you did your search?

A   I'm sorry.

Q   Did you look into that when you were conducting your search so you can tell us what period of time that messages were saved?

A   No.

Q   Did you contact anyone in these chat rooms

Page 87

to help you do your search?

A   No.

Q   Did you read any manuals about these chat rooms to better understand how to conduct a thorough search?

A   No.

Q   So as I understand it then the major chat rooms you've used are Reddit, Twitter -- I don't know if Twitter or X is a chat room -- did you check on Twitter?

A   I did.

Q   Your Twitter messages?

A   Yes.

Q   What are the other platforms you have used?

A   Discord, Instagram.

Q   Discord and what?

A   Instagram.

Q   What else?  Facebook?

A   No.

Q   You don't use Facebook?

A   I have a Facebook account.  I don't usually use it for anything here.  In fact, I don't use it for anything here.

Q   Did you search it?

Page 88

A   No.

Q   What other platforms do you use?

A   I think that's about it.

Q   What about text messages on your phone?

A   Yes, I searched them.

Q   You searched them.  Let's look at Request No. 4.  (Reading):

"All documents evidencing the creation, editing, posting" --

I'm sorry.  Rocket.Chat, what about Rocket.Chat?  Did you check there?

A   Yes.  Yeah, I believe that was mentioned.

Q   Yeah, I think it was.  4 asks for documents about the DEFCAD or FEDCAD including memes, posts, screenshots, images.  I mean, this is basically everything that you have.

A   Well, no, it's very specific in that first line though as I understood it was documents evidencing the creation, editing, posting, reposting, or dissemination of the meme FEDCAD.

Q   Right, referencing the meme.  You're saying it's very specific.  Your objection said just the opposite, it's vague and ambiguous and overbroad.

A   Well, as I'm reading it now I understand it.

Page 89

Q   I know.  Why did you say that if it's very specific?

A   Again, as I'm reading it now --

Q   You said it's specific, it is specific.  So how can you object on saying it's vague, ambiguous, and overbroad?

A   Sorry.  Like I was saying, as I am reading it now, I understand it to be specifically referencing the meme, FEDCAD, because of our conversations here.

Q   Right.

A   Okay.

Q   No, we didn't talk about Request No. 4 ever in this deposition and you said it's very specific.

A   I apologize.  I misspoke.  Right?  I am reading this now to specifically understand the FEDCAD meme, right?  Is that what's being asked about here?

Q   Including memes, posts, screenshots, images, captions, or links.

A   Got it.  Okay.

Q   So how did you do your search to comply with number 4?

A   Well, I had my previous searches already that had these same keywords and, again, like you could, you know, memes, posts, screenshots, images,

23 (Pages 86 - 89)

Page 90

captions or links, these would all reference FEDCAD or DEFCAD in a text form that's searchable and so like there it is. I don't have information for this.

Q   So you did nothing more to comply with number 4, you just relied on the searches you had already made to do numbers 2 and 3, right?

A   Right.

Q   Okay. I get it. That's inadequate. We'll have to take that -- I get it. Let's look at number 5.

A   Before we move on --

MR. DePURY:  Object to form, Howard.

BY MR. FOSTER:

Q   Let's look at number 5. (Reading):
"All documents reflecting traffic-generation strategies, promotional efforts, or audience-targeting activities for The Gatalog or any related platform."
Okay. Tell me about your search to comply with number 5.

A   I don't know that there was a search that could be done for this.

Q   You don't?

A   Well, you're asking for like an active

Page 91

effort to generate traffic?

Q   Yeah, your traffic generation strategies --

A   Right.

Q   -- for The Gatalog or any related platform.

A   Right.

Q   I mean, you do some work related to The Gatalog as I understand it. Right?

A   I mean work for is, I would question, but I work I do work for Ctrlpew.

Q   You do -- right. Ctrlpew --

A   Uh-huh.

Q   -- is related to The Gatalog. I mean you have --

A   I mean you could say that we're similar.

Q   So if you were doing work for Ctrlpew on traffic, audience-targeting activities, traffic-generation strategies for Ctrlpew, I think that that would require you to produce that.

A   Well, this also presupposes there's a document.

Q   But documents is defined to include emails.

A   Right. So we'll go back to the very

Page 92

beginning when we were talking about Ctrlpew where I said that I own all of Ctrlpew so I don't know why I would generate a document to myself about the strategy for Ctrlpew's marketing going forward. You're asking for a document that didn't exist. Traffic generation strategy happens sort of as I feel like it, you know, I thought, oh, man, it would be good to do a post when a new file comes out and so I make a post.

Q   I don't know. I'm asking you to tell me what search you did.

MR. DePURY:  Asked and answered.

BY MR. FOSTER:

Q   And you didn't answer the question.

MR. DePURY:  He did. He said there was no searches done.

BY MR. FOSTER:

Q   Did you do a search?

A   As I said before, there are no documents for this because I don't need to generate documents for myself so no search could be done for this.

Q   All right. 6, (reading):
"All documents relating to your role, responsibilities, or participation in MAF Corp."
Okay. That could mean a lot of

Page 93

corporate stuff.

A   Um-hmm.

Q   Corporate documents. You and Mr. Larosiere do email each other about MAF.

A   Yes.

Q   You have said that, that's your testimony. Right?

A   Yeah.

Q   You do frequently, right?

A   I wouldn't classify it as frequently but we have emailed.

Q   How often do you email him about MAF?

A   If the need arises.

Q   How often does the need arise? How often? Once a week? Twice a week? Three times a week?

A   No. You're asking me to sort of classify a broad batch of stuff that doesn't happen very frequently so I can't really answer that.

Q   I mean, two people are running a small, closely held business together.

A   Sure.

Q   You need to communicate with each other a lot. Okay? I have a small, closely held business. I communicate with my business partners a lot --

A   Um-hmm.

24 (Pages 90 - 93)

Page 94

Q   -- by email and text.  Don't you?

A   No.

Q   You don't?

A   We usually have a conversation like on the phone.

Q   But there are some emails to him about MAF stuff, right?

A   I'm sure there are.

Q   You didn't produce any.  Why not?

I hear a long silence.  You're not answering my question.  Why didn't you produce any of those emails?

A   Right.  So if you'll bear with me a moment, Howard, I'm finding that you're fairly hostile towards me so I'm going to take my time in answering your questions.

Q   I will admit that I'm frustrated that you didn't produce anything when it's perfectly obvious to me that you do email each other a lot or frequently and you took it upon yourself not to produce any of those so, yeah, I'm hostile.

A   I don't think at any point in time I've indicated that we email each other frequently or anything of that nature.

Q   You testified to that.  Okay.  Let's not--

Page 95

let's cut through all of this.  There are emails between the two of you about MAF, you haven't produced a single one.  Why not?  Do you have an answer?

A   Offhand I don't recall.

Q   Do you have a MAF email address?

A   Sort of.

Q   What does that mean?

A   It's a general email for MAF.

Q   Do you use it?

A   For MAF like, yes.

Q   Does Mr. Larosiere use it?

A   Yes.

Q   Do you communicate with each other that way?

A   No.

Q   Who do you email through that?

A   The general public, customer service, questions, answers, product help, technical service.

Q   So you're saying you communicate with your like customers that way through that email address?

A   Yes.

Q   But not each other?

A   Right.

Q   So that would mean that you do use your personal email to communicate with him about MAF stuff.

Page 96

MR. DePURY:  Asked and answered so many times.

MR. FOSTER:  Okay.

BY MR. FOSTER:

Q   What search did you do on these MAF emails?

A   Well, again, when I did the search I put in the keywords and looked through the emails to see if anything related to the questions asked.

Q   So if I were to do a search of your MAF emails and I find stuff in there that I think does fall under Request No. 6, what would you say to me?

MR. DePURY:  Objection, calls for speculation.  Go ahead and answer.

BY MR. FOSTER:

Q   Would you say, oh, I didn't think about that or, oh, I didn't know that that's what you were looking for, because this is extremely broad, it is so broad, number 6, that it would encompass almost any decision the two of you were making regarding MAF.

A   Um-hmm.

Q   Shared objectives -- I mean, really, do you communicate with each other about increasing your sales?

A   Occasionally.

Q   I'm sure you do --

Page 97

A   We usually do that in person.

Q   -- relating to online activity?

A   Sometimes.

Q   Or promotion?

A   Again, these are usually like conversations that aren't had by email.  They're had in person.

Q   I'm talking about email stuff.  Do you email each other about anything related to MAF online activity with its customers?

A   Not usually, no.  Not that I can recall, not that I found.

Q   Well, give me an example then of what you do -- what these emails with him are about.

A   I'm sure some of it is protected under, you know, lawyer stuff and I'm sure --

Q   Wait a minute.  I don't understand.

A   Hold on a minute.  Don't interrupt me, sir.  Hang on a moment.  Let me organize my thoughts before I have to speculate on the spot and guess at answers because I want to be accurate.

Q   What are they about?  That does not call for speculation.  I'm asking what these emails that you sent to him and received to him about MAF were about.

A   Sure.  And off the top of my head, I don't

25 (Pages 94 - 97)

Page 98

know.

Q   You don't know.  You can't think of any?

A   So --

Q   You said you email him.

A   You asked a question which was -- can you repeat your question?

Q   What were your emails to Mr. Larosiere concerning MAF about?

A   Right.  And you're asking me to recall the email, which I don't remember.  I know there are some that exist that were not relevant to any of this and I can't recall the specifics.  I don't know.

Q   No specifics.  You produced none of them.  You said it might be lawyer client so were you communicating with him as a client to a lawyer?

MR. DePURY:  Objection.  That calls for a privileged response.

MR. FOSTER:  No, it doesn't.

BY MR. FOSTER:

Q   And if you're communicating with him as a client to a lawyer that could be privileged but --

A   I apologize.  I think I've indicated something that's not quite correct.  There's conversations with us about like, for example, other legal proceedings.

Page 99

Q   What about this lawsuit?

MR. DePURY:  If it's about a traffic ticket, Howard, it would be privileged.

MR. FOSTER:  Gary, you are not allowed to do that.  You can make your objection on the record.  I am not asking him to disclose any privileged communication.

MR. DePURY:  That's's exactly what you are doing, Howard.  You're asking him to disclose the contents of emails --

MR. FOSTER:  No, I'm not.  I'm saying did you communicate with Mr. Larosiere as a client to a lawyer in any of these emails.

MR. DePURY:  Howard, I've already put on the record, yes, there was a period of time that he was communicating, that's why I was hired, and so we come in.  Now, you have asked this question 17 different ways and you've gotten one answer, he doesn't recall.

MR. FOSTER:  I've gotten no answers.

MR. DePURY:  You know you have gotten an answer.  You don't have the answer you like.

MR. FOSTER:  What is the answer, Gary?

MR. DePURY:  The answer was he doesn't recall, he doesn't recall, he doesn't recall, he doesn't recall, he doesn't recall all 17 times you've asked that.

Page 100

MR. FOSTER:  I asked him did you have a communication with Mr. Larosiere seeking legal advice in any of these emails.

BY THE WITNESS:

A   Right.  So my statement previously had indicated because of the audience we are here something that may or may not have been true.  There are conversations between us regarding other proceedings and they weren't -- those were specifically not produced because they're not relevant to any of this.  I'm sure there are other conversations, I don't know what the content of them is.  I can't recall now what the content of those emails were.

BY MR. FOSTER:

Q   So you are saying that you did communicate with him by email about other legal proceedings, is that correct?

A   Yes.

Q   You did.  Were those about MAF?

A   No.

MR. DePURY:  Objection, you just asked what the content of a message was if he communicated about a legal proceeding.  You literally just asked him to breach attorney-client privilege.  Move on, sir, move on before we find ourselves in front of the Bar.  Move

Page 101

on.

MR. FOSTER:  Why did you not produce a privilege log for these --

MR. DePURY:  Objection.  He doesn't have the ability to do that.  I just said today, we didn't know you were going to go down this road, I will now produce that.

MR. FOSTER:  Why didn't you, Gary?

MR. DePURY:  Because I didn't know you were going to go down this road, Howard, because I didn't think about the fact that you're --

MR. FOSTER:  Wait.  Wait.  Wait.

MR. DePURY:  I didn't realize you were going to ask about attorney client privileged information.

MR. FOSTER:  I'm not.  I'm asking for his emails with his co-defendant, Mr. Larosiere, about MAF.  That's very relevant to this case.  MAF is the --

MR. DePURY:  That is.

MR. FOSTER:  And you're saying now that there were a lot of them and you didn't give me --

MR. DePURY:  No one has ever said -- he specifically said there's very few.  He specifically stated that they talk on the phone, they talk in person, and I'm not going to let you change what was stated, Howard, because you want to grand stand.  We

26 (Pages 98 - 101)

Page 102

can go back and have her read the transcript.

MR. FOSTER: Gary, let's not do that.

MR. DePURY: Let's move on. Stop asking the same question over and over. He has stated very clearly that they don't communicate a lot via email. You keep asking the same question and saying I don't believe you.

MR. FOSTER: But there are some and I want them.

MR. DePURY: You can get them, sir, with a subpoena we'll go through them, you will get them, but stop berating my client.

MR. FOSTER: I want to see them. I think that they fall under number 6 and you didn't give them to me.

MR. DePURY: No. Look at the response to number 6. We've turned over everything that was not privileged. Read my response on number 6.

MR. FOSTER: That implies that there were some things that you claim are privileged and --

MR. DePURY: It doesn't imply anything. It states we've turned over everything that's not privileged. It's already been turned over.

MR. FOSTER: You turned over nothing. You turned over no emails about MAF.

MR. DePURY: Then I would presume they don't

Page 103

exist or they're privileged.

MR. FOSTER: He's acknowledged there are such emails and he didn't produce them so what are we going to do about that, Gary?

MR. DePURY: We'll have a meet-and-confer and you'll file a motion to compel or you won't but you'll stop badgering my client. You've asked the question 17 times, Howard. You're not getting an answer you like, I understand that, but you're either going to move on or you're going to figure out one way to ask the question and then accept the answer which is I don't recall, just like your answers for 2 to 3 to 4, I don't care how many times he searches DEFCAD if he does it on Tuesday or if he does it on Sunday. The term --

MR. FOSTER: For the record, you never gave us the completion requirement that your production was ever complete and you never gave us a privilege log and we're going to bring this to the judge because I think that this is not an adequate search.

BY MR. FOSTER:

Q    Number 7, (reading):
        "All documents reflecting any
        financial interest, revenue sharing,
        compensation, or other economic benefit
        you received or expect to receive in

Page 104

        connection with The Gatalog, MAF Corp."
        Let's look at that. Do you get any compensation in any way, revenue sharing, pertaining to The Gatalog?

A    No.

Q    Okay. Now, you probably do get compensation from MAF Corp, right, since you are an owner?

A    Yes.

Q    Okay. How do you determine between you and Mr. Larosiere how revenues are allocated between the two of you?

A    Well, I believe I produced a document to this regard.

Q    I can't remember. Can you refresh my recollection. What document are you referring to?

MR. DePURY: Howard, did you receive the Dropbox with the responsive documents?

MR. FOSTER: Yes, I did.

MR. DePURY: Because you continue to say he's produced nothing, you've said that on the record several times.

MR. FOSTER: Okay.

MR. DePURY: So I just want to clear that up on the record.

Page 105

MR. FOSTER: Okay. I would like the witness to answer my question, please.

MR. DePURY: So would I.

BY MR. FOSTER:

Q    Please answer, how do you determine revenues between the two of you for MAF?

A    I'm sorry. I'm trying to recall the name of the document that I sent in. I believe there's an equity and operating agreement and so it's spelled out pretty clearly in there.

Q    Okay. Are there any other -- for example, do you get bonuses?

A    No.

Q    To your knowledge has any customers of DEFCAD come over to your company, MAF?

A    No.

Q    Have you asked about that?

A    No.

Q    Does MAF have discount codes?

A    Yes.

Q    Can you explain what those are?

A    It's a discount code so you would at check-out for the shop when a customer places an order they would use a code to receive some discount on their order or parts of their order.

27 (Pages 102 - 105)

Page 106

Q   Who decides what codes to issue?

A   It's pretty like who it is generally individually.  If someone asks me for a code, I'll probably send them one like if you emailed and said, hey, I'm going to buy these things, I would like a discount code.

Q   Have the other defendants in this case been given discount codes?

A   I don't know.

Q   Are they issued to specific people or are they like issued -- some companies online, you know, advertise a discount code.

A   Um-hmm.

Q   You can use it, anybody can use it.  Do you do that or do you issue them specifically to certain customers?

A   It's a bit of both and it depends on how the code was built I guess.

Q   I'm sorry.  I thought you were done with your answer.

A   Sorry.  I need a clarifying statement here because I'm not sure like codes are codes, they can be done many ways.  Some are individual, some are global.  It depends.

Q   You're not telling me anything.

Page 107

Have you issued discount codes to the co-defendants in this case?

A   I don't know.

Q   Why don't you know?

A   Because I haven't looked or been asked to look.

Q   I'm asking you now.

A   Okay.  Well, I would have to look so I don't know.

Q   But have you issued discount codes to certain individuals?

A   Yes.

Q   And then they can use them every time they make a purchase?

A   No.

Q   No?

A   So generally speaking, a code given to a single person would be good for a single order.

Q   I see.

A   So like they left a product review and so the system automatically sent them an email code via email for their next order.

Q   And you're saying it's a one time thing?

A   So that would be an example of a one time code.

Page 108

Q   But I was under the impression that the co-defendants have used them online to promote sales for MAF.

A   Sure.  We have many codes under --

Q   You can use this when offering it to anyone who makes purchases from MAF.

A   Right.  As I said before, like we have several different kinds of codes.

Q   Is there a code -- such a code as I've described?

A   Yes.

Q   Have you issued those codes to the co-defendants in this case, allowed them to go out there and promote MAF with a discount code?

A   I mean, you're asking me to recall, I don't, because we have a lot of codes.

MR. DePURY:  Can we take a comfort break soon, please, also?

THE WITNESS:  I second it.

MR. FOSTER:  It's probably lunchtime where you are, it's 12:40 in the East.  We can take a 30-minute break.

MR. DePURY:  That works for me.

MR. FOSTER:  We'll be back at 10 after the hour.  Okay?

Page 109

MR. DePURY:  All right.  Thanks.

MR. FOSTER:  Thank you.

(Lunch recess taken)

BY MR. FOSTER:

Q   Mr. Holladay, we're back on the record.

I would like to talk a little more about the discount codes.

MR. DePURY:  For clarification, again, educate me on this.  You mean like a discount code what I'm listening to on the radio, call now and tell them, I don't know, Glenn Beck sent you or type in Smith.  Is that what you mean like a discount code?  I don't know what you mean by that.  I guess you're going to get it from this.

MR. FOSTER:  You've got to let me ask the question.  You can ask your questions when I'm done but I'm --

MR. DePURY:  I don't know what this means.

MR. FOSTER:  Okay.  That's a good question.

BY MR. FOSTER:

Q   So when we're talking about discount codes, as your lawyer just said, in my mind, too, a discount code is when I hear them on certain podcasts that I listen to, the host will say, you know, go buy this service and use the discount code blah, blah, blah

28 (Pages 106 - 109)

Page 110

for a 10 percent discount. Is that what we're talking about, Mr. Holladay?

A Yeah, that's part of it.

Q And these codes can also be used at the time of check-out, right, when you buy stuff on your site.

A They are only used at the time of check-out as far as I'm aware.

Q So did I understand you correctly that you may have issued discount codes to the defendants in this case that they then can broadcast on the internet and offer customers go to MAF, use this code, get a discount. Is that correct, is that what has been done?

A Yes.

Q And then if they use a particular discount code that was assigned to a particular person like John Elik, would John Elik then get a cut of some sort of a commission for that?

A I mean, I don't know.

Q Have you offered deals like that?

A I would have to look at whatever anything regarding that. I don't know the details of how his code works. I can only say generally that it's a discount code.

Q Have you offered -- has MAF offered a deal

Page 111

like that to anyone?

A I don't know. I don't think so.

Q Who would know?

A Probably Matt.

Q Okay. Well, we'll find out from Matt.

So your testimony is you don't know?

A Yeah.

Q Okay. Let's look at number 7. So we are at page 31. (Reading):

"All documents reflecting any
 financial interest, revenue sharing,
 compensation, or other economic benefit
 you received or expected to receive in
 connection with The Gatalog."

Okay. Never mind. I think we covered this. Sorry. Strike that. 8, documents reflecting analytics, metrics, referral data or performance tracking about DEFCAD or FEDCAD. Do such documents exist?

A I don't believe so.

Q Where did you search for them?

A I looked on -- well, through my email through MAF, I don't have any documents reflecting any of this.

Q I think you said just now you looked

Page 112

through MAF.

A Yes, through the MAF emails, through the website data.

Q What MAF website data are you referring to?

A The general back end data that I can access through MAF.

Q The MAF website?

A Yeah.

Q So have you ever looked into analytics for the DEFCAD website?

A I don't know how I would look into DEFCAD website analytics.

Q Okay. You may have it. I don't know.

A Well, I don't have access to DEFCAD's website and so I'm not sure how I would get that information. That would be a question for your client.

Q Sure. FEDCAD, did you ever do any investigation as to how widespread that meme became online?

A No.

Q Did you ever discuss the FEDCAD meme with anybody?

A I don't believe so.

Q Did you look at your text messages?

Page 113

A Yes.

Q For FEDCAD?

A Yes.

Q And there aren't any or there weren't any?

A No.

Q Are you a frequent texter?

A Not usually, not really.

Q What is your cell phone number?

A 515-669-4424.

Q Who is your carrier?

A T-mobile.

Q But you're saying you're not a frequent texter generally with anyone?

A No, not usually. Maybe in response to someone texting me.

Q Rocket.Chat, let's talk about that a little more. Is that a chat room?

A It's a chat server.

Q Right, a chat server. Does it have a meme channel?

A I don't know.

Q Do you know what a meme channel is?

A I mean, I conceptually understand it.

Q What is it?

A A place for someone to share humorous or

29 (Pages 110 - 113)

Page 114

amusing generally images.

Q   Did you look there?

A   I don't know that we have a meme channel.

Q   Who is "we"?

A   Well, I don't know that the server has a meme channel.

Q   You're talking about Rocket.Chat, right?

A   Yes.

Q   Documents reflecting knowledge, awareness, or discussion of the impact of -- have you done any customer surveys of your customers?

A   Not usually.

Q   MAF customers?

A   Not usually, no.  I don't believe so.

Q   Have you ever posted anything on any chat room about DEFCAD?

A   Probably.

Q   What?

A   I don't know.  I'm sure I sent you something to this regard in the documents.

Q   Right.

A   Offhand, I don't know.  It's not something I discuss often.

Q   Why did you post anything about DEFCAD?

A   You would have to be more specific as to

Page 115

what I posted.

Q   Yeah, well, you sent us some Twitter and Reddit posts.

A   Sure.

Q   But no comments.

A   Okay.

Q   Did you make any comments on any platform or chat room about DEFCAD?

A   You would have -- any comments is pretty, you know, it's a large subset.  Any comments regarding DEFCAD, I don't know.  I don't have that at the forefront of my mind.

Q   But you were asked to search for this.

A   Sure, and if I found any I sent them to you.

Q   You didn't send us any comments.

A   Well, then I didn't find any.

Q   10, all documents you intend to rely upon to support your contention --

A   I'm sorry.  Did you move on to a different request?

Q   Yeah, I'm looking at number 10.

A   Okay.

Q   Well, I'm not going to go into number 10 because you're saying there weren't any comments.

Page 116

Okay.

If you could look at number 11, please, request 11 on page 39 refers to a particular chat room deterrencedispensed.com.  Are you familiar with that?

A   Yeah, that is the chat server so a server being a collection of rooms.

Q   So tell me about this.  Where is this chat server?

A   On the internet.

Q   Is it like a cloud-based server?

A   I believe so.

Q   Did you participate in any chats on there?  That's what the request is asking for as administrator or moderator or messaging?

A   Yes.

Q   You didn't produce any of those.  Why not?

A   I believe there are several here -- I'm reading here there are several objections in the response.

Q   There are a lot of objections but I'm asking you --

A   And then the response being that we're declining to produce documents in response because request is not reasonably particularized and untethered

Page 117

to the claims or defenses, it's actually overbroad, disproportionate, seeks materials outside defendant's possession, custody, or control, et cetera, et cetera.  It's all there.

Q   Mr. Holladay, I've read it.  You don't have to read it to me.  You know exactly what we're asking for, you acknowledge that.  Why didn't you produce it?

A   I wasn't asked any follow-ups.

Q   You were asked to produce them.

A   Uh-huh.

Q   Are you able to access these communications that are referenced in number 11?

A   Number 11 references a lot of communications.

Q   On a particular --

A   Server.

Q   Yes.

A   And so unless you can be more specific about which communications, I can't really provide an answer to that.

Q   You didn't say that in your objections.  You said a bunch of boilerplate but you didn't say what you just said now.

A   Okay.  Well, again, I'll underline that

30 (Pages 114 - 117)

Page 118

I'm not a lawyer, I don't really understand how these work and --

Q   Well, if you don't understand how it works-- hold it.  If you don't understand how this works, how would you be in a position to obtain copies of these comments?

A   That's a great question.

Q   What's the answer?

A   The answer is I can't because I don't know like --

Q   You can ask questions.  You are --

A   Sure, and that's what -- I believe that's what the objections were.  They were asking questions to clarify what was being asked of me and I don't think we received any response.  I don't know.

Q   Mr. Holladay, you didn't ask any questions in your dozens of boilerplate objections, you just gave us boilerplate reasons why you weren't going to try to retrieve anything.

Don't you have access to every room and every channel on that server?

A   No.

Q   Why not?

A   Because I'm not in every room in every server or on that server.

Page 119

Q   These are chat rooms that you have made comments in, right?

A   Some of them, yes.

Q   But you've already said in this deposition that you can go back and look for and retrieve your comments.

A   Yes.

Q   So did you try and do that here?

A   Yes.

Q   In request number 11?

A   Yes.

Q   What did you do?

A   I did what was mentioned previously that I did a search of my interactions in the server for the keywords provided and I believe there were some that were sent.

Q   There were no keywords, Mr. Holladay.

A   No, not in this request.  I complied with this request as best -- go ahead.

Q   We're talking just about number 11 right now.  There are no keywords in there.  What did you do to search for what is asked for in number 11 if you did anything.

A   The answer to this question is I read the question but, man, that's a lot of stuff they're asking

Page 120

for and then several objections were noted by counsel and I didn't really proceed any further because the amount of stuff generated was a lot.

Q   So you did nothing.  Now, could you have gone back to the chat rooms that you did participate in and look for your comments that you made in those chat rooms?

A   Comments, any and all, or comments specific to any particular thing?

Q   In which you participated as an administrator, a moderator, or direct messages between you and any defendant.  It's actually not that broad.  It's limited in what it's asking for.  You participated as an administrator or moderator, let's just look at that part of it.

Could you have retrieved your comments in which you participated as an administrator or moderator?

A   Yes.

Q   Did you do that?

A   I looked.

Q   You said you did nothing.

A   I did not say that I'm pretty sure.

Q   Your prior answer was you determined this asked for so much you didn't do anything.

Page 121

A   And then I believe you cut me off and then I was continuing saying I did look but the amount of information there was just a lot of messages that had--

Q   Did you look --

A   I'm sorry?  You said something and I was speaking over you.  I didn't hear what you said.

Q   I'm trying to get a straight answer out of you.

A   Sure.

Q   Did you do searches for number 11 or did you determine it's too broad, I'm not going to even try?

A   Yes --

MR. DePURY:  Asked and answered.  He said he looked.

MR. FOSTER:  No, you can't answer the question.  You're allowed to say it was asked and answered.

MR. DePURY:  He did.  He has answered it.  I'm objecting and I'm asking him to answer it one more time.  He said multiple times -- if you'll stop talking over him he keeps saying I did look so, Alex, please just answer the question one more time for Mr. Foster.

MR. FOSTER:  I can go back and look at the prior answer because you said you didn't look because --

MR. DePURY:  Please, Madam Reporter, would you

Veritext Legal Solutions

www.veritext.com                                          888-391-3376

Page 122

read his prior answers.

(Whereupon, a discussion was had off the record)

BY MR. FOSTER:

Q I'm asking you again, Mr. Holladay, clear this up, please. Did you do searches in response to number 11 or did you determine it's just too much and I'm not going to even attempt to answer it?

A Well, I did a search for the sum total of my communications and there was a lot, so much to the point where I couldn't narrow the field based on your question and so objections were raised which were not responded to.

Q You said, if I'm understanding what you said, you did some initial search that determined there were a lot of responses. How many?

A I couldn't answer that. I don't know.

Q What do you consider a lot?

A Hundreds, thousands, I don't know.

Q Which is it, hundreds or thousands?

A I don't know. That would require me to go do the search again. Quite frankly I can't -- I don't-- like how do I say this in a way that because I feel like we're having a communication problem where you're not quite understanding what I'm saying here. I

Page 123

looked, there's a lot of information, most of which had no pertinence to any of this. I can't answer this question, objections were raised as a result of all of like my questioning of what exactly is the ask here, and I don't believe any response came to clarify any of those objections and so no documents were produced.

Q You said just now something new that you didn't think it was relevant to all of this. That's what you said.

A Well, again, there was a lot like it's -- I'm trying to think of a corollary or correlating story that I could sort of explain what it is I'm trying to say but it's not coming to mind at the moment.

So, frankly, there's a lot of information, general information with third-parties, conversations with people unrelated about topics unrelated and I couldn't narrow the field and so, again, objections were raised, no response was received, and so no documents were produced.

Q What do you mean no response was received?

A I mean, we didn't get any response to the objections.

Q I'm responding to you now. I want to know what you did.

A I don't feel like this is -- I feel like I

Page 124

explained pretty clearly what I did.

Q You explained it enough. I think I can understand it. You are able to go back and retrieve your comments on every single chat room, isn't that correct?

A No.

Q Why not?

A Because I can't search every single chat room.

Q That you've participated in?

A I can search ones I have access to --

Q Yeah.

A -- to a certain extent.

Q Wait. Don't you have access to the ones where you were participating?

A For a time assuming that that room exists, yes.

Q If it still exists you can go back there and retrieve your comments, right?

A As long as they're in the record there.

Q As long as they're still there you can do that, right?

A Yes.

Q And you didn't do it, correct?

A I said very clearly that I did repeatedly,

Page 125

sir.

Q Any rooms that have not been deleted are still -- you could do that to these rooms that still exist, correct?

A Yes. I can search for my commentary in those rooms, yes.

Q Commentary, that's what we're looking for where you have made commentary.

A Uh-huh, right.

Q Did you do that?

A Yes.

Q Why didn't you simply gather them and give them to us?

A Well, again --

MR. DePURY: Asked and answered, Howard, asked and answered. He's told you why he didn't do it. You're asking why when the answer is clear. He objected, we objected on his behalf, and that's the why and you didn't file a motion to compel or anything else.

BY MR. FOSTER:

Q Was Mr. Larosiere involved in these objections?

MR. DePURY: These are between my client and myself.

32 (Pages 122 - 125)

Page 126

BY MR. FOSTER:

Q   Was Mr. Larosiere participating in that process?

MR. DePURY:  The answers are between my client and myself.

MR. FOSTER:  No, I'm asking your client was he part of that process.

BY THE WITNESS:

A   I'm not sure why you're directing that question to me.

BY MR. FOSTER:

Q   Because would you know the answer.

A   They were between my lawyer and myself.

Q   He is not your lawyer in this case.

MR. DePURY:  He's speaking to me.

THE WITNESS:  I'm speaking to Mr. DePury.

BY MR. FOSTER:

Q   My question was was Mr. Larosiere involved in formulating your objections to our discovery requests?

A   No.  I did not involve Mr. Larosiere in this.

Q   Does that mean you did not talk to him about these requests?

A   I don't know.

Page 127

Q   You may have?

A   Potentially something to the extent of these are silly and there's a lot of them, I don't understand half of them.

Q   Did you talk to him about these requests, yes or no?

A   I'm trying to recall conversations in passing and I don't believe so.

Q   Did you give a copy of these requests to him?

A   No.

Q   Is it your testimony that you didn't communicate with him at all about our discovery requests?

A   No.  My testimony is I don't know if I communicated with him about these or not.

Q   You may have?

A   Potentially.

Q   If you did, how would it have been done? In person, email, phone, text, or some other way?

A   Probably --

Q   That's not a hard question.

A   It is primarily because of your hostility and I understand that you're frustrated that I can't remember like --

Page 128

Q   Anything?

A   Not anything.  It's just that some of the questions you're asking aren't relevant or aren't --

Q   Your business partner --

A   -- within the --

Q   He's your business partner.  Did you ever talk to him about this?

A   No, I don't believe we spoke in any detail about this but I can't recall.  I can't recall a specific conversation.

Q   I guess we'll have to look through your emails and figure it out for ourselves.

Now, is it your testimony then that Mr. DePury wrote all of these objections?

A   Yes.

Q   And Mr. Larosiere didn't participate at all in that?

A   I didn't involve him in it.

Q   Do you know if Mr. DePury was involved in it?

A   No.

Q   No, you don't know, or, no he didn't?

A   No, I don't know.

MR. DePURY:  Objection.

MR. FOSTER:  Can you read back the answer,

Page 129

please, Madam Court Reporter.

MR. DePURY:  You're getting very close to attorney-client privilege territory.

MR. FOSTER:  Read back the last answer.  It was brief.

(Record read as requested:

"Q  And Mr. Larosiere didn't participate at all in that?

AI didn't involve him in it.

QDo you know if Mr. DePury was involved in it?

ANo.

QNo, you don't know, or, no he didn't?

ANo, I don't know.")

BY MR. FOSTER:

Q   No, you don't know, or, no, he didn't involve him?

A   Was that a question for me or was that clarifying --

Q   That's a question for you.  Mr. Holladay, all questions are for you.

No, you don't know if he involved him, or, no, he didn't involve him?

A   I don't know.

33 (Pages 126 - 129)

Page 130

Q   Okay.  Now you've answered it.  Okay.  Let's move on.

Number 12, please, all communications, messages, posts, or call logs on Discord servers known as -- this is pretty technical stuff here so I'm going to let you read it.  Do you understand what's being asked in number 12?

A   I believe so.

Q   Okay.  Please tell me how you attempted to answer number 12.

A   So using the search field in Discord, I searched for basically messages from myself referencing keywords in your request.

Q   Okay.

A   There were some -- let's see.  And I believe I sent you some documents containing screenshots of any responses.

Q   So to be clear, I think you did send a few, not many, right.  I think there were three screenshots you sent, no context though as to like -- no messages.

A   They're all screenshots containing the messages.

Q   What's Fuddbusters?

A   That would be, I mean, it's a Discord

Page 131

server.

Q   Isn't that Mr. Larosiere's server?

A   I don't know who actually owns it.

Q   Tell me more, please, about the Discord server.  Like tell me as a lay person what it is.

A   I mean Discord in general is just a chat service usually used by various online communities, I don't know, talk about politics or things related to the subject of the server.

Q   So who owns this server?

A   I don't know.  I think Matt.

Q   There is a server out there in the cloud somewhere called a Discord server, right?

A   Broadly speaking.

Q   Broadly speaking.  Who maintains the server?

A   I don't know.

Q   What is your connection to it?

A   I'm in it.

Q   As a user?

A   Yeah.

Q   What is your connection exactly?

A   I'm a user, a member of.

Q   What does it mean to be a member of a server?

Page 132

A   I click the link and join the server.

Q   So do you do that frequently?

A   Yes.

Q   And then within that server there's like--

A   Frequently as in I've joined many Discord servers.

Q   There are many Discord servers so do you know which one we're referring to here?

A   I mean, there's a few listed there in the request.

Q   Right.  So, for example, like Fuddbusters, how would you even -- is that a Discord server that you have been using?

A   I'm in it.

Q   You're in it?

A   I can use it.

Q   Have you been in it?

A   Yes.

Q   How many times since 2019?

A   That's not really a good question.

Q   Why not?

A   Well, Discord is kind of persistent, you're always in all of them unless you click the thing to leave it.  I'm not sure how to better explain this without getting into like the technical and sort of a

Page 133

ephemeral thing that is Discord.  Discord is like it's a --

Q   Let me narrow it down this way.  Do you communicate with the other defendants in this case through Discord server?

A   Sometimes.

Q   What have you ever communicated with them about DEFCAD through Discord?

A   I don't know.  Not much.

Q   Is it possible that you have?

A   I don't think so.

Q   Have you communicated with them about any lawsuit through there?

A   I'm sure it's likely but I can't remember.  I don't know.

Q   It's likely?

A   I've conversed in a lot of different places.

Q   Why are you sure it's likely you did converse with them about a lawsuit?

A   I mean, I communicate with a lot of people there.

Q   It's likely you communicated with your fellow defendants in this case about a lawsuit of some-- you're involved in a whole bunch of lawsuits

34 (Pages 130 - 133)

Page 134

aren't you, right?

A   Yeah.

Q   So it's possible that you communicated with them about this lawsuit, right?

A   The possibility exists.

Q   Well, that would be highly relevant and it's been requested like in five different places here and you didn't produce them.  Why not?

A   I'm rereading.

Q   You need to answer my question.

A   I will get there.

Q   Okay.  What are you reading right now?

A   The request 12.

Q   Which you read like numerous times.

A   I just want to make sure that I have the full sort of understanding of the text here just so that I can give you a more appropriate answer.

Q   Do you have any other tabs open on your computer right now?

A   I have the Veritext link open.

Q   Do you have Discord open?

A   No.

Q   Okay.  Are you in contact with Mr. Larosiere right now?

A   No.

Page 135

Q   Please answer my question.

A   Yeah.

Q   Why didn't you produce these --

A   I'm getting there.

Q   -- of this lawsuit?

A   So, firstly, several objections to the request, none of which were responded to.  The response then says that you're asking for basically all messages from the servers, some of which I don't have access to, some of which are third-party communications which I don't -- you know -- as the response says it's not within my possession, custody, or control.  There's a response about privacy rights of non-parties.

Q   I know what your objections say.

A   Right.  And so nothing was done to tailor that down.

Q   You can't avoid answering my question, Mr. Holladay.  You have to answer my question.  Why didn't you produce the communications with your co-defendants about this lawsuit?

A   Right.  Well, I think I said that there were objections raised and no response from you guys was given and so I didn't have anything to provide because --

Q   Did you see in your search communications

Page 136

about this lawsuit?

A   No.

Q   But you said that there would have been.

A   I did not say that.  I said there could have been, it's potential, you know, but without a more, I guess, like I don't have a way to search that doesn't just provide, you know, a bunch of essentially garbage communications with people who are not me or anyone else here.

Q   But you said that, you said it was pretty likely that you did communicate about a lawsuit with your co-defendants on this server.

A   I can't say with any certainty.  We talk about a lot of things, we talk frequently, we're friends.

Q   I'm not going to reask the question because it's on the record.  So that's like very, very relevant here to figure out if you did communicate with them in particular about this lawsuit after it was filed.  Are you saying that there's no way for you to look for stuff like that by keywords?

A   I believe I gave you all of that in a response to this actually.

Q   No, you provided us nothing.  Zilch.  Excuse me.  There were three.

Page 137

A   I was going to say --

Q   I'm sorry.  I misstated it.  You gave us three screenshots in response to 12 and we can look at them together.

A   Sure.

Q   They don't pertain to any lawsuit so how did you decide to produce those three?

A   Can I see whichever three you're referring to?

Q   I can do that.  Okay.

MR. FOSTER:  Why don't we do that.  If we can go to our exhibits now.  Okay, Bailey.  I need your help.

MS. FINNESTAD:  Yes.

MR. FOSTER:  Just go back on the exhibits.  I get it.  Never mind.  I think I can figure this out.  Private, right?

MS. FINNESTAD:  Yes.  I didn't make your three that you produced exhibits so I don't have them here.  I can get them, though.

MR. FOSTER:  Gary, do you happen to have them handy?

MR. DePURY:  As I've kind of explained before, I use this computer strictly for Zoom.  Everything would be on my desktop in another room.  I do that because we have bandwidth issues where I live and I don't like

35 (Pages 134 - 137)

Page 138

getting cut off when I'm in the middle of court so this is a solely dedicated computer, I don't use it for anything else, so I don't have access to this computer is what I'm getting at.

BY MR. FOSTER:

Q    I don't have them in front of me, Mr. Holladay.  You sent us roughly three screenshots conversing with Mr. Lettman and they have nothing to do with the issues in this case, take my word for it.  You look at them later.  Okay?

A    Okay.

Q    My question then is why didn't you look for stuff pertaining to this lawsuit?

A    I'm fairly certain I did.  I explained how the search was done before.  I explained the keywords that were used.

Q    What were the keywords used?

A    DEFCAD, FEDCAD, plaintiffs, Gatalog, MAF Corp, and so if you're going to bring these up I would like to see exactly what it is we're talking about.

Q    I'm not going to do that right now.  Suffice it to say that you knew that you may have talked to your fellow defendants on these chat rooms about issues in this lawsuit and you only looked for a few search terms, right?

Page 139

A    I looked for the terms you had asked for.

Q    Okay.  Let's go back.  Sorry.  I'm having trouble getting back.

MS. FINNESTAD:  I'm sorry?

MR. FOSTER:  Bailey, I want to get back to where we were on the exhibit.

MS. FINNESTAD:  If you go to marked exhibits above your private folder and then the two exhibits are in there.  It's Exhibit 2.

MR. FOSTER:  I think we were at response 12.

MS. FINNESTAD:  And I can share it again.

MR. FOSTER:  I'm there.

MS. FINNESTAD:  12 is on page 42.

BY MR. FOSTER:

Q    So on 12 there are search terms there.  Again, you looked for those search terms?

A    Yes.

Q    So you were able to search your messages in the chat rooms by search term, is that correct?

A    Yes.

Q    Would you be willing to go back over those search terms -- I mean go back to those chat rooms and look again for anything pertaining to this lawsuit?

A    Sure.

Q    How would you do that?  How would you

Page 140

search for communications regarding this lawsuit?

A    At the moment I don't know.  This lawsuit has a lot of things so there would need to be a specific ask.

Q    What if we gave you more search terms such as RICO, Cody Wilson, Howard Foster?

A    You're asking me to guess at a result?

Q    Right.  Would you be willing to go in and search for those terms that we give you.

A    I mean, yes.

Q    Okay.  Would you be willing to agree to an ESI protocol for doing a search?

A    I don't know what an ESI protocol is.

Q    In lawyer lingo that's electronically stored information.  It's basically the same thing I'm saying now.  It's a method, a series of steps that would be taken to try and retrieve electronically stored information.

A    If my lawyer tells me that I need to do it, I'll do it.  I don't know how better to answer that question in this situation.

MR. DePURY:  Mr. Foster, are you going to send another RFP then, is that what you're saying?

MR. FOSTER:  I think what I need to do, Gary, is meet and confer with you about request no. 12 and see

Page 141

if we can come up with a better list of search terms for him to search.

MR. DePURY:  Okay.

MR. FOSTER:  I think that's what needs to be done.

MR. DePURY:  I think that's very reasonable.

MR. FOSTER:  Perfect.  We'll try and do that.

MR. DePURY:  We're coming up on an hour and I'm about to hit 60, it's just a little old man joke there.

MR. FOSTER:  Who is the guy who died today that you're broken up about?

MR. DePURY:  I'm not all broken up but you don't know who Chuck Norris is?

MR. FOSTER:  Yes, I know who he is.

MR. DePURY:  Actor, martial artist.

MR. FOSTER:  I do.

THE WITNESS:  A true American.

MR. FOSTER:  I'm an American but I was never a fan of his and I'm of a certain generation -- I know who he is, the action star.

BY MR. FOSTER:

Q    All remaining, non-deleted, or archived content from 2019 to present from any Twitter/X or Reddit account.  That references, again, search terms and those terms now include Cody Wilson, the plaintiff,

36 (Pages 138 - 141)

Page 142

et cetera, et cetera.  And your response was nothing.  So I'm asking, what did you do to comply with number 13?

A    My response wasn't nothing.  My response was I already gave you this in a previous response.

Q    Right, but this is not duplicative of a previous response I don't think.  I think it's requiring you to do a different type of search.

A    Let's see.

Q    It's remaining, non-deleted, or archived content.

A    Right.

Q    Referencing the search terms.

A    Right.

Q    So did you --

A    And my response indicates that all of that was already given to you in the first response.

Q    So you didn't do another search for 13, that's what I'm trying to establish here.

A    Well, there isn't another search that I guess in my knowledge could be done.  I mean, I don't know.  I'm trying to answer questions you didn't ask.  I'm trying to be helpful.

Let me get back to 13 here.  Non-deleted, archived content January 2019 to present,

Page 143

Twitter, Reddit, references to et cetera -- yeah.

Q    So as I understand it then you didn't conduct another search for 13, right?  You relied on what you had already done.

A    I'm saying I felt that the first, like there wasn't any additional to produce.

Q    So you relied on what you had already done, right?

A    Um-hmm.

Q    You relied on the searches you had already done for answering 13, is that correct?  I think that's what you're saying.

A    Yes.

Q    Okay.  Fine.  I understand your answer.  14 --

MR. DePURY:  Howard, let's take 10, please, if you don't mind.

MR. FOSTER:  Okay.  We can take 10.

(Brief recess taken)

MR. DePURY:  We're going into number 14?

MR. FOSTER:  Number 14.

BY MR. FOSTER:

Q    So what do you have to say about number 14?  Anything?  Did you do a search for number 14?

A    Yes.

Page 144

Q    Different from your prior searches?

A    I don't know.

Q    Tell me about Rocket.Chat, please.

A    It's a chat server.

Q    Right.  Do you make frequent use of it?

A    On occasion.

Q    Okay.  Do you talk to your co-defendants on there?  Communicate with them on there, pardon me.

A    I don't know.

Q    Is it possible you have?

A    It's possible.

Q    Don't you own it?

A    Yes.

Q    Right.  That's what I thought.

A    I pay for it.

Q    Right.  And you're saying you don't use it regularly?

A    Not usually, no.

Q    Okay.  But you could do pretty comprehensive searches on there, right, for your messages?

A    For my messages, yes.

Q    Yes.  Sent or received, right?

A    Yes.

Q    Do you have an administration channel?

Page 145

A    I'm sure there's a couple, yes.

Q    Could you describe for me what that is.

A    You would have to be specific as to what it is your asking.  Administration covers a lot of different things.

Q    Tell me what you think it is.  I'm a lay person, I ask you what is an administration channel on a chat room server.  How would you answer that?

A    It could pertain to any number of things.  People who are behaving poorly and if they need to be removed from the server or I don't know messages that are weird or --

Q    But isn't there like an admin person on chat rooms, someone who is designated with the power to do that to remove people who violate the rules?

A    Yes.

Q    Who is the admin on this?

A    There's several admins.

Q    Okay.  Who are they?

A    I'm sorry.  Are we still on 14 or are we on something else?

Q    We're on 14.

A    Okay.

Q    We're talking about Rocket.Chat.

A    Right.

37 (Pages 142 - 145)

Page 146

Q   You own the thing so you would know who the admins are, right?

A   I mean, to a certain extent, yeah.

Q   Did you communicate with the admins in looking for the communications that are being sought in 14?

A   No.

Q   Why not?

A   I didn't see a need to involve people who aren't involved in this.

Q   Why not?  Wouldn't they help you find what you're looking for?

A   No.  They don't work for me.

Q   Yeah, but, I mean, they could help you. Aren't any of these admins named as defendants in this case?

A   I believe so.

Q   Which ones?  Let's talk about that.

A   Okay.

Q   Who is John Lettman?  Isn't he one of the admins?

A   I guess you would need to define admin.

Q   What is his position with this website or this server?  Excuse me.

A   He doesn't have a formal position as far

Page 147

as I'm aware.

Q   What does he do in relation to this server?

A   Occasionally I'll ask him for like guidance on tech, questions about server, you know, various server things.

Q   He's like an IT guy?

A   Maintenance of it.

Q   IT guy?

A   He's a knowledgeable IT guy.  He knows a lot about tech and so if I have questions on -- you know.

Q   He has produced documents in this case in discovery showing that he is an admin on this and so are you.

A   Okay.

Q   Okay?  Are you an admin?

A   Yes.

Q   And what about Mr. Elik, isn't he also involved as an admin?

A   Well, again, you would need to clarify--

Q   No, I don't.  You know what I'm asking.

A   You're asking several different things. Admin means -- admin is a broad term for various -- there's a lot of different types of admin.  There's

Page 148

admins for the chat server, there's admins on the server itself.  There's a lot of different admins involved and so you would need to be more specific.

Q   No, I don't.  It's a title.  What is his role with this chat room, please?  I think you know what I'm asking.

A   Well, you also said chat room there, it's a server and an answer I don't actually know.

Q   You don't know what Elik's role with this server is?

A   I mean, he's an admin or moderator of some kind.  I don't have that at the forefront of my mind at the moment.

Q   Who made him an admin?

A   I don't know.

Q   Was it you?

A   I don't know.

Q   Who made Lettman an admin?

A   Again, I don't know.

Q   It was you.

A   You're alleging something there.

Q   Yeah, I am.  It was you, wasn't it? That's a question.

A   I don't know.

Q   How would you find out?

Page 149

A   I can't answer that.  I don't know.

Q   So are you denying you made these two people admins on your server that you own?

A   I didn't say that.  I said I don't know.

Q   You don't know but you may have, right?

A   Potentially.  These are events over the course of almost a decade.  I don't know.

Q   Who would know the answer to that question?

A   I don't know that either unfortunately.

Q   You own this server.  Do you have a blind eye --

A   I pay for the hosting for it.

Q   Right.  But you have some sort of professional relationship with Mr. Elik and Mr. Lettman, I guess both of them are like IT guys, right?

A   I mean, I look to Mr. Lettman for guidance on some specific IT issues -- well, not specific, some general IT issues.

Q   Okay.  Do you pay him?

A   No.

Q   Why does he work for you for free?

A   Why does anyone do any volunteer work?

Q   I'm asking you --

38 (Pages 146 - 149)

Page 150

A    You're asking me to guess at what his intentions are.  I don't know.

Q    You don't pay him for his work he does for you in this capacity for this server?

A    No.

Q    Is that your testimony you don't pay him?

A    Correct.

Q    Does he have a discount code with MAF?

A    I don't know.

Q    He may, right?

A    I don't know.

Q    So it's possible that he's being compensated for helping you out that way, right, through revenue from the discount code?

A    I think you're conjoining several things but I don't know.

Q    Is that possible?

A    I feel like you're asking me to take a guess and I don't know.

Q    Is it possible that that's what's going on?  What is your answer?

A    Again, it seems like you're asking me to take a guess.  I could guess and say I don't know.  Maybe, maybe he feels that way.

Q    Have you ever paid any of these defendants

Page 151

in crypto currency, your co-defendants in this lawsuit?

A    I'm thinking.  And, no, I don't believe so.

Q    Is it your testimony you've never made any payments whatsoever to Mr. Elik?

A    Yes.

Q    What about Mr. Lettman?

A    Yes.

Sorry.  I'll clarify.  Yes, it is my testimony I have not paid him.

Q    Do you know who Peter Celentano is?

A    Yes.

Q    Who is he?

A    A gentleman from New York.

Q    How do you know him?

A    He was arrested for 3-D printing guns in New York.

Q    How do you know that?

A    I saw it on the news.  Several people messaged me about it.

Q    Didn't you make him an admin for your server?

A    I don't know.

Q    I think you did.  Why?

A    I don't know that he was an admin so I

Page 152

can't answer why he was an admin.

Q    He has a name on Rocket.Chat.  It's Freeman1337.

A    Okay.

Q    Does that ring a bell, Freeman1337?

A    Yes.  I'm familiar with the handle, yes.

Q    So tell me about that handle.  Who is that person behind the handle?

A    I mean, I know he designed a firearm and made revisions to several others.

Q    Did you communicate with that person?

A    I don't know.

Q    Is it possible you did?  Wasn't he the beta manager on Rocket.Chat?

A    I don't believe so.

Q    What is the beta manager on Rocket.Chat?

A    Generally a person people turn to to set up a testing room.

Q    Who is the current manager?

A    I believe it's UberClay.

Q    So your testimony is that Freeman1337 was never the beta manager?

A    I said I didn't know.  I think I was very clear about not knowing whether he was a beta manager or not.

Page 153

Q    Who made UberClay the current admin?

A    I don't know.

Q    Was it you?

A    I don't know.

Q    Have you ever had a conversation with Freeman1337 about DEFCAD?

A    I don't know.

Q    It's possible you did, right?

A    I don't know.

Q    What about --

A    Are you intentionally asking me to speculate on this, is it possible, because it feels that way and I don't know, frankly.

Q    You don't know, okay.  What about did you ever have a conversation or a communication with Freeman about Cody Wilson?

A    I don't know.

Q    How long were you in touch with Freeman1337?

A    I'm trying to remember when he did his file that was a modification of my file from years and years ago.

Q    You don't know.  All right.

A    It's been a while since we spoke.

Q    Okay.  I'm representing to you that

39 (Pages 150 - 153)

Page 154

Freeman is Peter Celentano, that was his handle. Okay. Now that you know that was his handle and he is a defendant in this lawsuit, obviously your communications with him are highly relevant. We've asked for them multiple times in these requests. You didn't give us any. Why not?

A   Well, let me reread your request.

Again, I think this is a situation of there were several objections to your request, none of which were responded to, and like this would have been a compounding of I think request number 1 which is all data between these parties referencing these terms so if I had access to any of that it would have been provided there.

Q   Well, one second. You do have access to everything, all of your comments on Discord, Rocket.Chat, Deterrence, right?

A   Right.

Q   Did you look for them?

A   Yes.

Q   For Freeman1337?

A   Yes.

Q   And you're saying you found none? What's your answer?

A   I'm sorry. I said, yes, I didn't find

Page 155

anything in addition to what had been submitted.

Q   You didn't submit anything.

A   Well, I submitted RFP 1, which this was, you know, contained within.

Q   You didn't submit any of these communications with Freeman.

A   I think that would probably indicate that I didn't find any.

Q   According to Mr. Celentano there were dozens and dozens of them.

A   Okay.

Q   He communicated with you dozens of times about these topics about Cody Wilson and about DEFCAD. Now, is he lying?

A   I don't know.

Q   Or are you not telling me the truth here about what you found in your search?

A   I'm telling you I did the search.

Q   You both can't be right about this, okay? Someone is not telling me the truth.

A   Sure, I understand how you feel that way.

Q   So it's your testimony that you think he's lying. He never communicated --

A   No.

Q   -- with you about these things?

Page 156

A   I'm saying I didn't find anything in the searches.

Q   What did you search for? Did you find all your communications with Freeman and then look within those for --

A   Yes.

Q   -- these search terms?

A   In the ones I had access to, yes.

Q   Okay. Were any of them deleted?

A   I'm sure some were.

Q   Were you able to retrieve deleted ones?

A   No.

Q   Why not?

A   Because they're deleted.

Q   No. Sometimes you can -- deleted stuff until it's over written.

A   Okay.

Q   Did you try --

A   I'm not sure how we would go about doing that.

Q   Did you try and do that?

A   You're talking about a broad range of places to have conversations.

Q   Right.

A   Not all of which I own or have access to.

Page 157

Q   Mr. Holladay, this is really, really highly relevant --

A   I understand.

Q   -- with one of your fellow defendants in this lawsuit and we expected you to make a reasonable effort to retrieve stuff. Maybe you could have asked an admin to help you with that. Did you do that?

A   Why would I have done that?

Q   Because the admin can help you retrieve--

A   Right, but it would have been a message to me.

Q   What do you mean?

A   And so it would have been -- it would have been a message that I would have had ready access to like I could have pulled it back and read it assuming it was still existing.

Q   You're saying that you could have retrieved deleted messages yourself?

A   No. I'm saying if the message had not been deleted and there were messages, there were in fact messages, then I could have looked at them and read them.

Q   Sure. And you looked and you found nothing and you produced us nothing in response to this request. Mr. Celentano says there are dozens of them.

40 (Pages 154 - 157)

Page 158

A   Okay.

Q   So I'm saying why didn't you find them?

A   Well, frankly, I don't have access to find them.

Q   You said that you are an admin and --

A   Right.

Q   -- and the other admins or some of them frequently do stuff for you so --

A   See, this is why I asked you earlier to define admin so we could narrow the scope of what it is you're asking for here because --

Q   We talked about you said that Elik and/or Lettman were admins here.  Did you ask them to help you retrieve any of this stuff regarding -- did you do that?

A   No, I did not ask anyone for help for retrieving this information.

Q   Why not?

A   Why would I?

Q   Because you didn't know how to do it yourself.

A   I think you're conflating several things and then assuming like a conclusion there.

Q   You didn't know how to retrieve deleted things.  You said that, is that correct?

Page 159

A   That's correct.

Q   Why didn't you ask someone to help you do that?

A   Again, I didn't know that I needed to for this.  Something deleted would have been outside of my control.

Q   No, it's got the start date of January 1, 2019.

A   Yes.

Q   Okay.  You would know if by looking at your --

A   This also sort of assumes that all of these conversations -- you're interrupting me also.  So, fine, I'll allow it.  Go ahead.

Q   If your search did not go retrieve items all the way back to 2019, you should have assumed that they were deleted and then consulted somebody to help you retrieve them.  Why didn't you do that?

A   I don't know why that would have been expected.

Q   Because it was asked for.

A   Right.  But it also asks for -- I apologize I'm confusing several -- I'm confusing this with archives.

Q   We're looking at number 15.

Page 160

A   I understand.  So it says to the extent retained.  I didn't interpret that to mean go to the disk and try and recover raw data from the disk to reconstruct the message disk or hire an IT services company to reconstruct the server disks that I don't own.  That's essentially what you're asking for.

Q   Where does it say to the extent retained?

A   In number 14.

Q   We're talking about 15.

A   Oh, 15.  Sorry.

Q   This is the one with Freeman.

A   Okay.  Sorry, I missed where we moved on to number 15.

Q   We're on number 15.  We've been talking about Freeman now for the last ten minutes.

A   Sure, but we flip back and forth between subject matters and terms --

Q   Freeman is number 15.  Freeman it says right there is Peter Celentano.

A   Sure.  Okay.

Q   A defendant in this case.  Okay.

A   Yes.

Q   And it also says between January 1, 2019, and present, so I'm saying to you I think it would have necessitated some effort to try and retrieve deleted

Page 161

material and you didn't do that.  Why not?

A   Well, again, and this, I mean, my answer to previous is still relevant, what you're asking for would have been get the disk that I don't own from the cloud services company, the hosting provider that I don't own, and then have a tech services company reconstruct this data that may or may not exist that would cost tens of thousands of dollars.

Q   Wait a second.  Sure.  If something is going to cost you a lot of money, you're not going to be required to do it, okay?  It's got to be reasonable.  But it doesn't sound you like ever made any attempt whatsoever and I'm not going to accept your representation that it would have cost tens of thousands of dollars to look for deleted --

A   Have you ever hired a tech services company to --

Q   No.  Mr. Holladay, you could have --

A   Frankly, you're asking me -- like I performed the search of the data I had available and didn't get anything primarily as a result of Mr. Celentano -- well, I assume primarily as a result of him deleting his own accounts across the internet.

Q   Wait one second.  How do you know he deleted his own accounts?

41 (Pages 158 - 161)

Page 162

A   Because they were gone.

Q   You looked for them?

A   When I heard that he was arrested.

Q   Yeah.

A   He was off of Twitter, off of all of the other social medias.

Q   Okay.

A   So I'm unable to retrieve messages from him so I can provide you nothing.

Q   If he sent you messages wouldn't they be available to you as the recipient?

A   Not if they were deleted by the host or on the host platform.

Q   And you could have asked an admin about that, right?

A   Well, that really depends heavily on where he was messaging me.

Q   Where who was messaging you?

A   Where Mr. Celentano was messaging me.

Q   Why does it matter?

A   Because, again, and this is I'm going to assume this is the technical knowledge portion, we're talking about -- you're asking for all communications across any platform -- I'm sorry -- Discord, Rocket.Chat, that relate to these things and I'm saying

Page 163

that I don't have that data and I performed what I think is a reasonable search on my end.  Now, you can debate that, it seems like you want to debate that, and that's fine but --

Q   You didn't produce even your communications to Freeman.

A   Well, again, I don't know how I would have that information.

Q   Why not?  You just said the sender would have them.

A   No, that's not what I said.  At no point did I say that the sender would have it.  What I said was -- you know what, we've gone on long enough I don't remember exactly what I said.  The point of the matter is I did search for the information, I got nothing, and then on top of that multiple objections, and anything I did have -- actually, no, strike the last part because it's not relevant to the other RFPs.  Sorry.  I was mixing in the previous conversations where they're all part of RFP 1.

Q   Did you search for your messages to Freeman1337?

A   Yes.

Q   What did you find?

A   Nothing.

Page 164

Q   Nothing?

A   I do not have them.

Q   Did you delete them?

A   No.

Q   Well, why wouldn't they be there?

A   This is a matter of like how hosting or how services handle messaging.  I can't really answer that.

Q   Maybe you did delete them.

A   I think you're speculating and I think you're trying to sort of cast some guilt which really kind of feels very unprofessional.

Q   16, who is the user known as Dr. Death?

A   A former beta manager.

Q   Who is the person?  What is that person's name?

A   I don't know.

Q   A beta manager.  What's a beta manager?

A   As I said before, he sort of sets up rooms for people to do testing in.

Q   Do you have this person's email address?

A   No.

Q   Why not?

A   I don't need it.

Q   Did you ever meet that person?

Page 165

A   I don't believe so.

Q   Did Mr. Larosiere ever meet that person?

A   I don't know.

Q   Did you do a search for the user known as Dr. Death?

A   Yes.

Q   And you found what?

A   I believe -- let's see here.

Q   Look at the end, look at your response before you answer.

A   Yeah.

Q   Your response indicates says something about Clay Christensen.  Who is that?

A   Does it?

Q   Does what?

A   Does it say anything about Clay Christensen?

Q   It does.

A   That's your request.

Q   No, that's your response.

A   My response to 16 subject to and without waiving the foregoing objections defendant states after reasonable search and diligent inquiry defendant produced non-privileged responsive communications within his possession, custody, or control between

42 (Pages 162 - 165)

Page 166

defendant and the user known as Dr. Death on Discord or Deterrence Dispensed Rocket.Chat. I don't mention Clay Christensen anywhere in there.

Q    It just says -- did you look for Clay Christensen?

A    No, it says I looked for Dr. Death on Discord or Deterrence Dispensed Rocket.Chat.

Q    Are we looking at the same thing?

A    I feel like we are. Can we highlight that?

Q    Number 17.

A    No, we were talking about 16. You were asking about my response to 16.

Q    This is the problem we're having. Okay.

So you couldn't find anything regarding you and Dr. Death, right?

A    It says, let's see here, it says I produced something. I don't recall what.

Q    Do you know what search you performed?

A    I mean similar to others, I looked for the user name and then --

Q    Okay.

A    -- searched those conversations for the keywords mentioned.

Q    Number 17, Clay Christensen, UberClay. Do

Page 167

you know who that is?

A    Yes.

Q    Who is that person?

A    Clay Christensen?

Q    Yeah. Who is he?

A    He's UberClay.

Q    How is that related to any of this stuff?

A    He's a current beta manager.

Q    Who does he work for?

A    I don't know.

Q    Beta manager for whom?

A    For the Rocket.Chat.

Q    Okay. What does a beta manager do?

A    Again, I've answered this multiple times now. They create rooms for people to do testing in, a beta test.

Q    What's a beta test?

A    It's a prepublication type of testing just to make sure that their files are together and the instructions are complete.

Q    Is this person in communication with the other defendants in this case?

A    I don't know. I'm not sure how I would possibly know that.

Q    Let's go back, please, now to our other

Page 168

exhibit.

Before we do that, I'm going to ask you, Mr. Holladay, what lawsuits have you been a party to?

A    A party in what way?

Q    You're either a plaintiff or defendant.

A    This one and the California one. I forget how they refer to it.

Q    Those are the only two?

A    I believe so.

Q    You've never been a party to a lawsuit other than those two?

A    I take that back. A guy hit me with his car. Well, hit my car with his car.

Q    Pardon me?

A    A guy hit my car with his car and decided he would try and sue me.

Q    Aren't you a party to the lawsuit that Mr. Larosiere has brought in the Middle District of Florida against DEFCAD?

A    Are you referring to the copyright lawsuit?

Q    Yes.

A    I don't believe so.

Q    You're not. Okay.

Page 169

Didn't you bring a lawsuit against the Attorney General of California, Mr. Bonta?

A    Yeah, the response to their California.

Q    You were a party to that, right?

A    Sure.

Q    Is that still pending?

A    I don't know.

Q    You don't know, you're not following your own lawsuit?

A    Not usually.

Q    Why not?

A    It's not at the forefront of my mind or relevant to this so I didn't look.

MR. FOSTER: Let's look at the next exhibit which I've opened up. We can make this, Bailey, Holladay 3.

MS. FINNESTAD: I'm sorry. Which document?

MR. FOSTER: I've just opened it up.

MS. FINNESTAD: I can't see what you have. I'm sorry.

MR. FOSTER: You can't? All right. Sorry. Holladay Elaborates Finances. Do you see that one?

MS. FINNESTAD: Yes. Please stand by.

MR. FOSTER: Okay. You want to open that up, please.

(Exhibit 3 marked for identification.)

43 (Pages 166 - 169)

Page 170

BY MR. FOSTER:

Q   Can you take a look this, Mr. Holladay. I understand that this is kind of a snapshot screenshot but that's what we've got.

A   Okay.

Q   I'm not withholding anything from you.

A   Okay.

Q   Okay.  Have you ever seen this before?

A   Yes.

Q   Let me represent it's from Reddit.

A   Okay.

Q   Please tell me if you remember this message.

A   This rings a bell.

Q   So you believe that these are your words, right?

A   Likely.

Q   It says in relevant part here -- if I understand this correctly, look at the material in the red box that profits are distributed at your discretion based on your discretion to people.

A   Yes.

Q   In the form of royalties or commissions. Okay.  Tell me about that.

A   What are you asking?

Page 171

Q   Does this pertain to MAF?

A   No.  So these are very -- so it says in the first paragraph there developer support products. These are products on Ctrlpew, and I'm not going to pull it up, so they're products on Ctrlpew whose art was done by various developers around the community and they would get a cut of anything that really sold or passed a certain point.

Q   Okay.  So if I'm a developer and I come to you with something about the 3-D gun business, right?

A   No.

Q   A developer of what?  Let me ask you that. What type of developer are you referring to there?

A   Generally firearms developers so people that design guns.

Q   So you are in business in some way with these people, right?

A   Well, you would have to define these people but to a certain degree.

Q   3-D gun developers.

A   Yes.

Q   And you're paying some of the royalties or commissions, right?

A   Well, kind of.

Q   Well, explain this.  Why am I wrong to

Page 172

assume that these people you do pay them --

A   You would have to narrow down "these people."

Q   They're developers.

A   Right.  But I'm not paying everyone.

Q   No, but you're paying some developers, is that correct, royalties or commissions for bringing traffic to your site, right?

A   No.

Q   Explain.

A   So I'm giving them -- they would come to me with a piece of art they've made, a graphic or something.  I would put that on a shirt or a sticker, sell the product, and then they would past a certain point get some commission off of that.

Q   Who sells product?

A   Ctrlpew.

Q   Ctrlpew is a separate business you're saying, right, from MAF?

A   Yes.

Q   Right.  Ctrlpew is in the business of selling what exactly?

MR. DePURY: Objection.  Ctrlpew is also not a defendant to this and this is a totally separate business.

Page 173

MR. FOSTER: I get it.  I'm asking a question.

MR. DePURY: So how is it relevant at all to this discussion? It's not germane.  It's a totally separate business.

MR. FOSTER: I'm asking the question.

MR. DePURY: I'm going to object.  It's a totally separate -- it has no relevance to this lawsuit whatsoever.

MR. FOSTER: I don't agree with that and I'm not going to argue about it, Gary.  You're allowed to make that objection on the record.  You cannot stop him from answering.

MR. DePURY: Okay.  Madam Reporter, certify the question and we'll take it to the judge because Ctrlpew is not a defendant, he has no obligation to discuss his outside individual business with you.

MR. FOSTER: I'm trying to establish that he is in the 3-D gun business.

MR. DePURY: He established that very early today.

MR. FOSTER: That is relevant to the case.

MR. DePURY: Okay.  I'm going to ask each question -- I'm going to object to each question because Ctrlpew we've already established is a totally independent separate business.  I own two real estate

Veritext Legal Solutions

www.veritext.com                                                                    888-391-3376

Page 174

companies and my law firm. They're totally not relevant to the law firm today. By the same token, Ctrlpew is a totally separate individual item so I'll be asking the court reporter to certify each and every question and we'll take them to the judge.

MR. FOSTER: That's fine. Are you instructing him not to answer?

MR. DePURY: I can't instruct you not to ask, can I?

MR. FOSTER: Are you instructing the deponent not to answer my question?

MR. DePURY: I'm saying I'm putting on the record that it's completely irrelevant. You might as well ask him about Kmart. It's not relevant.

MR. FOSTER: Stop with the speech. You made your objection as to relevance.

BY MR. FOSTER:

Q Answer the question, please. Are you in the 3-D gun business in this way with these developers, yes or no?

A Define this way with these developers.

Q No. You've told me what you're doing.

A Then I can't answer the question.

Q They come to you, you have some relationship with developers of 3-D guns, and I'm not

Page 175

exactly sure how it works but you're paying some of them royalties through your company and it has to do with the 3-D gun business. Is that true?

A It has to do with media outreach, art and design.

Q And that media outreach through your company does sometimes involve makers of 3-D guns, is that true?

A Yes.

MR. DePURY: Object to form. Clarify which company you're speaking about.

MR. FOSTER: He answered the question yes.

BY THE WITNESS:

A I'll retract that because you're asking me specifically about Ctrlpew?

BY MR. FOSTER:

Q Yeah.

A In this case?

Q Yeah, I am.

A And you repeat your question?

MR. FOSTER: Court reporter, could you read it back because it was answered.

(Record read as requested:

"Q And that media outreach through your company does sometimes involve

Page 176

makers of 3-D guns, is that true?

A Yes.")

BY THE WITNESS:

A Now I will take this opportunity to clarify that statement. My company, Ctrlpew LLC, does involve the makers of 3-D guns and their media outreach and the design of products for sale.

BY MR. FOSTER:

Q Okay. I understand that and I was trying to establish that. So it's with makers of 3-D guns and please explain to me under what circumstances you would pay them, these gun makers, royalties or commissions.

MR. DePURY: Objection, relevance. Please certify the question. Alex, go ahead and answer.

BY THE WITNESS:

A So there would be a scenario where they would bring me a piece of art like an image or a graphic sometimes of the firearm they designed, sometimes of I don't know pineapples and parrots and really anything, cats, like anime cartoon cats, and they would say, hey, can you put this on a sticker and I would put it on a sticker and cover the cost of manufacturing and then at a certain point depending on costs and everything else involved they would start getting a cut, they would get a portion of royalty

Page 177

based on that graphic.

BY MR. FOSTER:

Q I think I understand that. What is a sticker in that answer?

A I'm not sure how to clarify this any further. It's a sticker, the common adhesive-backed thing you put on something.

Q So like -- okay. So they want you to -- I see what you're saying. You use their image on stickers?

A Right, and then I compensate for allowing me to use that image.

Q Sort of like giving you permission to use their copyright or their art work or something?

A Yeah.

Q And then you're making money by distributing their image on a sticker, right, and you're giving them a cut of the profits, right?

A Yeah.

Q I get it. And sometimes you do that with people who are in the 3-D gun business.

A Yeah.

Q And that's what's being referred to in Exhibit 3, correct?

A Yes.

45 (Pages 174 - 177)

Veritext Legal Solutions

www.veritext.com                                                                888-391-3376

Page 178

Q   But then your final comment there is (reading):

"Thr posters are an error and should not be in the developer category.  Thanks for spotting that."

What is developer support category?

A   A category of products on the website that are for this specific purpose or that came about because of this type of conversation with various developers.

Q   Okay.  Like how many such relationships have you had with 3-D gun people?

A   I don't know.

Q   A lot?

A   I don't know.

Q   You don't know?

A   Like I didn't prepare to answer this question or questions about my company so I don't have an answer for this and I'm not going to speculate for you or guess or opine.

MR. FOSTER:  Let's look at the next one here.  Am I correct the one we just did, Bailey, was Holladay Elaborates Finances?

MS. FINNESTAD:  Correct.

MR. FOSTER:  Let's do the next one, Holladay

Page 179

Funds Future Development Gatalog.

MS. FINNESTAD:  Stand by.

(Exhibit 4 marked for identification.)

BY MR. FOSTER:

Q   Let's look at this together, Mr. Holladay.

A   Um-hmm.

Q   (Reading):

"Hey folks, I'm working on growing my presence on Reddit so I thought I'd pop in here and say hello.  Many of you know I'm selling patches to fund future development projects from the DD crew.  If any of you would like to support us visit" -- whatever -- "and use 'redditfam' to save 10 percent.  Thanks and happy printing."

Did you write that?

A   Most likely, yes.

Q   That's your Ctrlpew logo, is that correct?

A   It was, yes.

Q   The gun.

A   Yes.

Q   Your logo was a gun.

A   It was.

Q   Why was your logo a gun?

Page 180

A   Because I do media and outreach in the firearms space.

Q   Right.  Is that primarily the space that you're operating in?

A   You could say that.

Q   What are patches as you use that in here?

A   It's a sheet of I guess cloth with an embroidered or a graphic on it or like a vinyl plastic graphic with a Velcro backed.

Q   So that's something you were doing?

A   Yeah.

Q   Ctrlpew was doing that?

A   Yes.

Q   And then it goes on to say that you're doing it to fund future development projects from the DD crew.  What is the DD crew referring to?

A   I mean, collectively anyone who designs guns.

Q   So you're very involved in this designing new 3-D guns, right?

A   Well, I did design several.

Q   You're designing several and you want to promote future development projects --

A   Yeah.

Q   -- as part of your Ctrlpew business,

Page 181

right?

A   That's not what that really says.

Q   Well, I think that's what it says.

A   Okay.

Q   Why am I wrong?

A   It's like DD crew isn't really a real group.  It's intended for everyone who 3-D prints guns.

Q   Is that like the equivalent of The Gatalog?

A   I don't know.  Again, you're asking me to hypothesize and speculate.

Q   What is Blessings of the Yeet Angel?

A   Just a funny thing.

Q   What is a yeet angel?  Is that like a Christian saint?

A   I wouldn't go that far.  I would deify it.

Q   Does DD stand for Deterrence Defense?

A   I mean, you could read it to mean a lot of things.

Q   I'm asking what you meant there.  You wrote this.

A   I think I explained very clearly what I meant was anyone designing firearms interested in making them, interested in learning.

Q   What did you mean by DD crew?

46 (Pages 178 - 181)

Page 182

A    I did answer that very specifically.

Q    Answer it again, please.

A    Everyone who is interested in designing, making, learning.

Q    You're saying -- would Cody Wilson be part of the DD crew?

A    Sure, if he wants to be.

Q    Well, he's in the business.

A    That's great.  I'm not sure what relevance that has to your question.

Q    You said that the gun is no longer the logo of your business, Ctrlpew?

A    Correct.

Q    What is the new logo?

A    It's a sort of keyboard key cap of the control button plus pew.

Q    When did you change it?

A    I don't know.

Q    Okay.  I'm asking.  This looks like the opening of the Sopranos from what I can recall about that show.

A    I have never watched it.

Q    All right.  I was a big fan.

MR. FOSTER:  Let's go back.  We're going to move on to the next one, Holladay IDs Celentano Gatalog.

Page 183

Okay.

(Exhibit 5 marked for identification.)

MR. FOSTER:  It looks like we have Zachary Zermay on the line now.

MR. ZERMAY:  I heard the Sopranos so I had to join.

MR. FOSTER:  Were you a fan, too?

MR. ZERMAY:  Of course I'm a fan of the Sopranos.

MR. FOSTER:  I loved it.  But that was the opening thing.

MS. FINNESTAD:  This is Exhibit 5.

BY MR. FOSTER:

Q    Take a look at this please, Mr. Holladay.  Do you remember writing this section under your handle?

A    No, but I mean it's there.

Q    I know it's there.

A    Yeah.

Q    Is it possible that you did write this?

A    Yeah.

Q    It says Co1eRedRooster.  Do you know what that is?

A    No.

Q    (Reading):
    "Yes.  The Gatalog is ran by
    U/Ctrlpew."

Page 184

Is that you?

A    That would be my account.

Q    (Reading):
    "Totally trustworthy as far as I've
    ever seen and I've followed his work
    for a few years now."
        This person, whoever Co1eRedRooster is is saying that you run The Gatalog.  Is that true?

A    It's true that's what he's saying.

Q    Right.  Did you ever own The Gatalog?

A    I'm sorry.  Own?

Q    Run.

A    Run?  That means a lot of things in a lot of different places.

Q    I know.  You tend to say that whenever I ask you a tough question.

A    No, you like to keep going, oh, you do this as an affirmative and I'm like I don't actually do that.

Q    Run means run, operate, have some control over, that's what I think it means when you talk about someone running a business or a website.

A    I mean, you're asking if it's true and I did respond there that it's a collection of retards like myself, Ivan, FMDA, Fuddbusters, Freeman, and

Page 185

others who release files for projects, do thorough development testing and it's free.  So I feel like I answered pretty clearly what The Gatalog is.

Q    It sounds like you are certainly admitting to some sort of role in the management of Gatalog.  That's what it seems like to me.  Am I correct?

A    I'm not going to I guess respond to your thoughts and opinions.

Q    You have to.  Do you in fact have that role with Gatalog or have you ever had it?

A    I explained clearly like I pay for the server.

Q    Yes.

A    As a result, I have some administrative access.

Q    You're saying a lot more than that here.

A    Okay.

Q    You're saying --

A    Well, I've answered your question.

Q    -- a collection of ivanthetroll, FMDA, Fuddbusters, Freeman, and others who insist on releasing files for various projects only after very thorough development, source control and testing standards and we do it for free, we.  The pronoun "we" implies I'm included so you --

47 (Pages 182 - 185)

Page 186

A   And you could be, too, if you wanted to 3-D print a gun.

Q   You are seeming to admit there to some role in Gatalog.  I am saying did you ever have a role in Gatalog?

A   I don't think you've -- like The Gatalog isn't really a thing that has roles and things like this so I can't really answer that.

Q   The Gatalog exists and still exists to this day as I understand it.  It's a thing, it exists.

A   Um-hmm.

Q   What was your position or your involvement, let's use the word involvement, involvement with it?

A   Sure.  I'm one of many retards.  I am one of the retards who has a prominent internet presence.

Q   Contributing to it?

A   Yes, like the global yes, like I pay for the server.

Q   Right.  Why?

A   Because I'm involved in the community and it needed to be done.

Q   I guess The Gatalog is certainly carrying out things that you think are good for your business, right?

Page 187

A   Sure.

Q   Do you own a domain for TheGatalog.com?

A   Yes.

Q   Do you pay for that?

A   Yes.

Q   How long have you been paying for that domain?

A   I don't know.

Q   Five years?

A   I don't know.

Q   More than five years?

A   You're asking me to recall a date I don't know as I've said repeatedly.

Q   Does The Gatalog -- what about Gatalog.com?

A   I'm sorry?

Q   Gatalog -- excuse me -- TheGatalog.com, is that --

A   Is that not the website we were just talking about?

Q   Yeah.  Well, The Gatalog is not necessarily the same thing as the website called The Gatalog.com.  It's a website but it's also more than that, it's a collection of people.

A   Well, The Gatalog is a collection of

Page 188

people.

Q   Right.

A   TheGatalog.com is a website.

Q   I'm asking TheGatalog.com is a website, right?

A   Yes.

Q   What is your involvement in that website?

A   I run it.

Q   You run it.  Do you edit it?

A   Insofar as it needs to be edited.

Q   You do, right?

A   Yes.

Q   Is this something that's related to Ctrlpew, your business?

A   Vaguely.

Q   What do you mean by vaguely?

A   I operate the website as a sort of service to the community and not as a function of my website.  There's certainly some interlinking but like --

Q   The Gatalog exists as I understand it to help the community, the 3-D gun community, right?

A   Um-hmm.

Q   And your company is paying for that to some extent, right, the domain?

A   Yes, yeah.

Page 189

Q   The server, right?

A   Yeah.

Q   So, I mean, your business is very much in the 3-D gun -- you are, as I would say, involved in the 3-D gun business.  Would you agree?

A   Again, no.  My business is in media and outreach and education.

Q   Yeah, but it's heavily in this space, in the 3-D gun people.

A   Sure.

Q   Right?

A   Okay.  Yes.

Q   Right.  So, I mean, you care about other participants in the 3-D gun space, right?

A   Yes.

Q   Isn't that part of your role is to look at the industry and see who's a player, right?

A   Sure, yes.

Q   So in that capacity have you paid attention to Cody Wilson's 3-D gun business?

A   No.

Q   You didn't?

A   Not particularly.

Q   Have you ever expressed an opinion about DEFCAD or any of Cody Wilson's other 3-D gun

48 (Pages 186 - 189)

Page 190

businesses?

A    I'm sure I have.

Q    To whom?

A    To the general public.

Q    When did you make your opinions known to the general public about his businesses?

A    You're asking me for a specific date and time I don't really know.

Q    Yeah.  Did you do it through one of these chat rooms or did you do it on The Gatalog website?

A    I mean, I did post the meme to my website ctrlpew.com but beyond that --

Q    Wait.  You posted the meme at issue in this lawsuit onto The Gatalog website, right?

A    No, onto Ctrlpew's website.  I would really appreciate it if you'd fully grasp my statement before you fire back at me.

Q    You're in charge of two websites that are at issue right now, the Ctrlpew website and The Gatalog website, right?

A    I'm sorry.  Is the Ctrlpew website at issue?

Q    Yeah, we've already established that --

A    You've been asking me a lot of questions about it and about my company which isn't a party to

Page 191

this lawsuit.

Q    I know it's not a party to the lawsuit but it's involved in the 3-D gun business through that company.

MR. DePURY:  Objection, but it's not at issue, though, it's not a defendant.

MR. FOSTER:  I don't know what you mean by an issue.  Your involvement --

MR. DePURY:  You just said it's at issue.

BY MR. FOSTER:

Q    But your involvement in the 3-D gun business is an issue in this lawsuit and that is how you are involved in the business through that, partially through that company.  So here is my question.  You said you posted the meme to your website.  You control also The Gatalog website so that may be what you're referring to when you talk about my website.

A    No, I was very specific.  My website, ctrlpew.com.

Q    Ctrlpew.com, right?

A    Yes.  So you asked me for where I expressed my opinion, that's where I put it.

Q    Why did you put it there?

A    Because I believed it to be true and it

Page 192

was funny.

Q    You believed it to be true and it was fun?

A    Funny.

Q    Funny.  What is your basis for believing it was true?

A    Multiple reports from various people around the community.  These aren't like prominent people.

Q    Can you please name one prominent person by name who gave you such a report that the site had been hacked.

A    No.

Q    You won't?

A    No.  I can't.

Q    Why can't you?

A    Because the conversations don't exist anymore.  I don't have access to them or control over them.  I'm fairly certain I provided a screenshot of where it was on my website and I also said that I didn't have like conversation to go along with it.

Q    So as you sit here today you have no evidence that anybody verified the accuracy of the serious allegation that the site had been hacked, right?

A    I mean, I am not making any allegations so

Page 193

I'm not --

Q    You said you got reports from credible people that it was true and I said can you please name one such person and you're saying you can't so I want to establish that you don't -- you can't name a single person here specifically who gave you such a report.  Is that true?

A    Off the top of my head, correct.

Q    Did you also post the meme on the Rocket.Chat website?

A    No.

Q    You didn't?

A    I don't believe so.

Q    How did it get there?

A    I don't know.

Q    Did you post it on The Gatalog website?

A    No.

Q    You didn't?

A    No.

Q    Okay.  Do you have any other basis for believing that DEFCAD had been hacked and its customer names were made public?

A    I mean, I did see a report at one point but I don't have it in my ready possession.

Q    A report?

49 (Pages 190 - 193)

Page 194

A    A document, message, something to this extent. I don't have it on me or ready access to it.

Q    It's a very serious allegation. You're saying a company's website has been hacked and its customers were made public. One would think that you would have kept evidence to support that and yet you didn't.

A    Well, I didn't say it.

Q    You did say it. You posted it on your website.

A    Sure. I posted someone else saying it.

Q    Yeah, I know. You posted it.

A    And they're saying it resonated with what I believed and how I measured Cody Wilson to be so it rang true.

Q    And you believed it was true.

A    Sure.

Q    And you still believe it was true today, don't you?

A    Yeah.

Q    Okay. And I'm saying can you show me anything that supports that today, a report, anything, and the answer is you can't and I just want to make sure I understand that's your testimony.

A    What I'm saying is I don't have ready

Page 195

access -- don't cut me off, sir. That's incredibly rude.

What I'm saying is I don't have ready access to it. I believe several documents exist. I also believe that you probably already got them in other people's testimony. I don't have them on hand.

Q    Describe these other documents if you would please, Mr. Holladay.

A    Jesus, let me think.

Q    Nothing?

A    Well, I'm trying to remember all of the documents that have been --

Q    What are you looking at right now?

A    Sir, if you let me answer, I'm trying to answer you. I'm looking at the Veritext screen and my whatever requests for production, that's what I have open on this other screen.

Q    Okay. Is that helping you come up with anything?

A    Not at the moment because I'm not -- like I'm not actually reading. I'm just not staring at my camera.

Q    So your answer is still you can't come up with anything to corroborate this serious allegation.

A    What I'm saying is I don't have anything

Page 196

on hand.

Q    No, no. Okay. Zippo.

And where was the allegation that the site is hosted in Iran? Did you have anything to support that?

A    I don't say that.

Q    Well, that's what the meme said.

A    Sure. That's great. Are those my words?

Q    And you put it on your website, therefore, you are providing --

A    I also don't think it actually says that.

Q    I think it does.

A    Can we pull up the meme? Do you have it as an exhibit.

Q    Yeah. Here is my question. Do you have any evidence that supports the allegation that the DEFCAD website is hosted in Iran?

A    Sorry. I was waiting to see the --

Q    I'm done. So I'm waiting for your answer. What's your answer?

A    I don't on hand have available --

Q    Available? So get it, if it's available. I'm waiting.

A    Well, then we're going to be here for a while.

Page 197

Q    Why?

A    Because I'm not conducting a search of everything --

Q    So it's not available.

A    -- live on a Zoom call. That's what I said.

Q    So it's not readily available, right?

A    That is exactly verbatim what I said.

Q    Okay. It's not readily available and you can't think of it and you got nothing. Okay. I get it.

So do you believe that it's hosted in Iran?

A    I don't know.

Q    You've never --

A    I mean, let me preface it this way. I don't care where it's hosted. Where DEFCAD hosts their website has no relevance or bearing on any part of my mind.

Q    Let's pull up the FEDCAD meme. Okay. Let's do that. It's in the complaint and the complaint is an exhibit.

MS. FINNESTAD: I don't believe we've marked -- is that the first one in your list?

MR. FOSTER: I think so, Bailey. The complaint

Page 198

is the first item on there.

MS. FINNESTAD:  That's the one you want to mark now?

MR. FOSTER:  This is the complaint you were served with, Mr. Holladay.

(Exhibit 6 marked for identification.)

MS. FINNESTAD:  Exhibit 6 has been marked.

BY MR. FOSTER:

Q    If you would kindly look at this, it's on page 5.  It says a lot of things so I'm going to go through some of these things with you.  The DEFCAD database has been hacked and dumped on multiple occasions.  So you can't come up with any evidence that it was hacked or dumped even once so I'm assuming that you certainly have nothing to show that that happened on multiple occasions, right?

A    I mean, again, I'll answer by saying like these aren't my words.

Q    But you posted this.

A    These are words I believed to be true.

Q    You believed them to be true which is why you put it on your site, right?

A    Right, based on Cody Wilson's general behavior and bearing, I believed this to be true.  I already generally disliked the guy.

Page 199

Q    I know you dislike the guy but this is something else.  You're saying stuff and I want to go through here and see if you have any basis for believing this.

A    Sure.

Q    Okay.  (Reading):
     "They do not encrypt their data and
      keep it stored unsalted - all your
      information is in a row."
          What is your basis for say or believing that to be true?

A    Let me answer this specifically or with some precision.  I believe the meme as a whole could be true.  Do I have proof of my beliefs?  No.  Have I seen various conversations regarding this?  Yes.  Do I know where they are or who they were with?  No.  Am I the originator?  No.

Q    Mr. Holladay, I hear you, which is why we're going through it line by line and I'm asking you for the specific whatever your sources for each item in here I want you to name it.  Thus far you have named nothing.

A    Right.

Q    The next one, (reading):
     "That they never disclosed and

Page 200

breaches is reason enough not to use the site."
          What's your source for that, that they never disclosed and breaches?

A    I don't know that do I need a source?

Q    Yeah.  Do you have any firsthand knowledge of that?

A    Again, I have seen -- nothing firsthand, no.

Q    Secondhand what have you seen from another person that supports that?

A    Many, many conversations --

Q    Name one.

A    -- regarding it.

Q    Name a person that you've had these conversations with.

A    A conversation in the last ten years about DEFCAD getting hacked.

Q    And that they never disclosed this.

A    I mean, I don't think they have disclosed anything.

Q    Have you spoken with a co-defendant in this case about these allegations?

A    No.

Q    What about Mr. Larosiere?

Page 201

A    I don't know.

Q    You never talked to him about the meme?

A    Not -- no.  This may come as a shock but like Mr. Wilson isn't the topic of most of my conversations.

Q    I didn't say he was.

A    Well, Mr. Wilson, FEDCAD, other related entities.

Q    Does Mr. Larosiere have any role in your business?

A    No.

Q    Next sentence (reading):
     "They pass off unusable, untested,
      bogus files as if they are working
      projects in order to milk money out of
      people."
          What is your basis for believing that to be true?

A    Well, this I do have firsthand knowledge of because I did have at least at one point in time a great many models pulled straight out of video games hosted on DEFCAD that were vaguely gun-shaped.  None of them worked, none of them are functional, they were just video game files, and so that right there, unusable, untested, bogus.

51 (Pages 198 - 201)

Page 202

Q Well, how do you know they were unusable, untested, or bogus?

A Because they were out of video games, sir.

Q Can you identify specifically one such file?

A Offhand, no.

Q Yeah.

A I'm sure if I went to the DEFCAD website I could find some or if I went to the archived DEFCAD website I could find them. The fact was like I saw them there, I have firsthand knowledge of them being there. I don't know what else to answer for this.

Q Aren't video games, video game models useful in general as a reference?

A No.

Q They're not?

A No.

Q Do they have artistic merit?

A Sure.

Q (Reading):
"A 3-D printable M82" -- if I'm
reading that correctly or MB2 --
"That's so cool! Turns out it's a
low-poly video game model, but they
won't say so until they've got your

Page 203

money."

A Sure.

Q It's referring to I guess one particular file. Is that the only one you know of that you believe was a video game file?

A I mean, I saw several. Now you're asking specifics like you're trying to attribute this text to me. I didn't write this. I don't know what they saw.

Q But you believe it's true.

A I know what I saw and what I believe to be true was that they were models pulled straight out of video games, several of them, probably more than a dozen, but which specific models, I don't know. This was years ago the last time I tried to -- I just went and looked.

Q The next sentence (reading):
"DEFCAD can, and has, doxxed
developer information to anti-gunners."
That's a pretty serious allegation. What is your reason for believing it to be true?

A Well, I suspect they were involved in the Freeman case and his arrest but that's, you know, just my suspicion.

Q What is your basis for believing that?

A The circumstance of it all going down, the

Page 204

gloat post from Mr. Wilson on his blog, on his company blog celebrating.

Q Does it make a difference to you that Mr. Celentano does not believe that Mr. Cody Wilson had anything to do with his arrest?

A Okay.

Q So, I mean, and he doesn't as far as I know. Doesn't that make a difference to you?

A Sure.

Q And doesn't it refute what you're just saying now?

A I mean, we can go case by case. I'm not-- you're asking me to --

Q Let's go back. What is your basis for believing that DEFCAD doxxed developer information to anti-gunners?

A Again, it's the general behavior of that organization. My general impression of them leads me to believe these things.

Q That they would dox --

A I tend to agree.

Q Why would they want to dox their customers to anti-gunners, wouldn't that harm their business?

A To a certain point.

Q Then why would anyone want to do that who

Page 205

is in that business?

A Well, I think, I mean, you're asking me to opine on my opposition in this case and I'm not going to do that.

Q It doesn't make economic sense for anyone in this business to do that so like what is your basis for saying that?

A Well, again, I didn't say that.

Q Well, you're endorsing it. You said you believe it's true.

A Um-hmm.

Q You do.

A Yeah. And I can --

Q You can be sued for defamation for repeating somebody else's defamatory statement so I'm asking you --

A Go ahead.

Q -- what is your basis for believing this that he would --

A I did answer --

Q Okay.

A -- that's it's my general impression of the organization.

Q All right.
"They then attempted to blackmail

52 (Pages 202 - 205)

Page 206

myself and others with our personal information in an attempt to force money out of us to support a lawsuit where DEFCAD was getting sued and myself and such others were not."

Do you believe that to be true?

A   I don't know.

Q   They attempted to blackmail.  Do you know who wrote this meme?

A   No.

Q   Was it John Elik?

A   I don't know.

Q   Did you ever make any attempt to find out who wrote it before you posted it?

A   No.

Q   (Reading):

"I'll leave you with the notion that DEFCAD is wretchedly awful, should be avoided, shouldn't be used, and should be publicly shamed."

Those are very strongly negative comments.  What specifically do you -- what specific facts do you have firsthand knowledge of that would support those comments?

A   Again, offhand, nothing is immediately

Page 207

accessible but it is my general impression of Mr. Wilson and his organization that these are true statements and even, like I said, there was no request to remove it or redaction to any of it or -- not redaction, that's not the right word -- no rebuttal I should say.

Q   No rebuttal?

A   Yeah, there was no commentary from DEFCAD.

Q   Don't you think this lawsuit is a rebuttal?

A   I think it's a rebuttal but it's already in there.

Q   He's suing for millions of dollars because of what you posted on there.  That's a rebuttal, right?

A   I mean, in a certain light.

Q   So here is your rebuttal.

A   Sure.

Q   You said it was your general impression of Mr. Wilson but you also said that you have only met him once or maybe never, is that correct?

A   Well, Mr. Wilson is a public figure.  He said a great many things in public.

Q   So what has he ever said in public that would give you the general impression that any of this stuff is true?

Page 208

A   Well, I'll refer you back to his personal blog which goes a long way in insulting myself and others.

Q   What exactly?

A   That we've had to -- sorry.

Q   I'm asking, you said it was your general impression of Mr. Wilson that this stuff is true.  Specifically what did he ever say in public or anywhere, anywhere that would give you the impression that these things about doxxing and bribery are true?

A   Well, again, I will say that I don't have a specific indicator of any of these.  What I have are a great many comments on his public blog and in the public about myself and others in the community that are not very, let's say, not very polite regarding us and so it's my general impression that he's not a very good guy.

Q   We've already talked about this in this deposition and I asked you can you name one thing, one insult or sleight or something he ever made against you.

A   Right, and I told you that I don't linger on these particular --

Q   You didn't let me finish my question, Mr. Holladay.

Page 209

A   Sure.  Go ahead.  I apologize.

Q   I asked you to name, cite one example of anything that he said about you --

A   Um-hmm.

Q   -- that would give you this very, very negative impression of him and you wouldn't say anything in particular.  I'm asking you again.  Please tell me what he said about you that you find so offensive.

A   Right, and I told you before I don't linger on these particular details, I have better things to fill my mind with, and so things have been said like -- I mean, there's also like DEFCAD themselves posting this meme.

Q   Wait.  What has been said?

A   Again, like you keep badgering me for specifics.  I don't have them because I didn't prep for them and I don't care to linger on these particular details.

Q   So you posted a defamatory meme without having anything in mind?

A   I had in mind that this generally fits my impression of him.

Q   Let's go back if we could, please.

A   There's also the note that this has been

53 (Pages 206 - 209)

Page 210

posted on DEFCAD's own website.

Q It was posted as I understand it on their website so it can be rebutted.

A Sure, potentially. I don't recall any commentary on it at all, just the image itself so that would be a way to rebut something.

Q Are you saying that the attempt to rebuttal constitutes some sort of admission that the stuff is true?

A Well, if you're going to rebut something don't you have to say something about it?

Q They did. That's why they posted it and said this is garbage.

A I don't think they actually said any of that. Again, like I don't have it in front of me and I'm pretty sure you don't either.

Q Okay.

A That's fine. We can move on to something else.

Q You're saying that Mr. Wilson posted this himself on his own website to admit that it was true, is that what you believe happened?

A I mean, I'm not going to -- I don't have-- I'm not going to speculate on what Mr. Wilson did.

Q Well, you brought it up in your defense.

Page 211

A Yeah, I'm just informing you that it's on his website.

Q I didn't tell you that. You brought that up.

A No. I'm informing you that it's on his website. That's what I said, sir.

Q And I'm informing you that as far as I know the purpose of that was to rebut it.

A Sure.

Q So why -- are you suggesting that his posting it to rebut it is tacitly an admission that the things are true?

A I didn't say anything of that nature. I just said it was on his website with no commentary.

Q Okay. Never mind. Let's move on.

MR. FOSTER: We're going to the next one here. Bailey, I need you again.

THE WITNESS: While you guys are doing this. I need a couple minutes. I need to go to the bathroom.

MR. FOSTER: Let's take a five-minute break.

(Brief recess taken)

MR. FOSTER: Mr. Holladay could you look at Exhibit 7.

(Exhibit 7 marked for identification.)

THE WITNESS: Yeah, I have 7 up on the screen.

Page 212

BY MR. FOSTER:

Q Okay. Do you know who these people are? Well, do you know who ivanthetroll is?

A Yes.

Q I may have asked you that already. Can you refresh my memory?

A I said I'm familiar with that handle.

Q Do you know who it is?

A Yes.

Q Who is the person, who is ivanthetroll?

A I believe it's John Elik.

Q So he's got a pretty big ax to grind against DEFCAD as well. He says (reading):

"Fuck FEDCAD. Fuck ghost gunner. Fuck ghost guns dot com. Fuck legio. It's all one big scam, a grift being spun to fleece the community."

And you said (reading):

"Don't forget Coast Runner."

It sounds like you're endorsing everything that ivanthetroll had just said and putting in your own 2 cents. Is that right?

A I would hesitate to call it an endorsement but Coast Runner is part of an amalgamous group.

Q It looks like you basically agreed with

Page 213

what ivanthetroll said here, right?

A I mean, I agree with the sentiment.

Q Have you ever made such harsh, negative statements about another 3-D gun company?

A I don't know.

Q Can you think of any right now?

A No.

Q This is like unprecedented for you to have such an ax to grind against --

A Well, again, those aren't my wards.

Q No, but you agree with them.

A I'm replying to them.

Q Yeah, no, you do not disagree with him, you seem to agree with him and add your own thing, Coast Runner. Very, very harsh and negative.

MR. DePURY: Objection.

BY MR. FOSTER:

Q So I'm just asking, have you ever expressed such opinions about another ghost company and you said, no, is that right?

A I mean, nothing comes to mind.

Q Okay.

A I don't know.

MR. FOSTER: Okay. And I'm going to move on to number 8 now, please.

54 (Pages 210 - 213)

Page 214

(Exhibit 8 marked for identification.)

BY MR. FOSTER:

Q    Look at this one please, Mr. Holladay.

A    Sure.

Q    Do you see down there, the way I read this is the handle battlecryarms is praising your company, MAF, somebody else named IAmArizona is praising your company, and then there's another person who says -- Remarkable-Letter-10 is complaining that they didn't ship his parts, and then you chime in and you say (reading):

    "Did you get in touch with me at
     the customer service email,
     admin@maf-arms.com."

Do you know who Ctrlpew is?

A    I would believe that's me.

Q    I'm sorry.  Do you know who IAmArizona is?

A    I correlate that to Zona.  I've seen them around Twitter.

Q    Is it Mr. Stroke, another defendant in this case?

A    I don't know.

Q    Okay.

A    I think I said in the very beginning I don't know who Josh Stroke is.  I've not had a

Page 215

conversation with that person.

Q    He's on Rocket.Chat, right?

A    Probably, yes.

Q    You're referring there did you get in touch with me at the customer service email.

A    Yes.

Q    Admin@maf -- okay -- suggesting that you read those emails that come in through that address, right?

A    Yeah, I respond to customer service emails.

Q    Okay.  That's what I wanted to know.  Is that a Google supported website?

A    No.

Q    Where is the server then for that website?

A    I don't know.

Q    Who hosts it?

A    I don't know.

Q    Who would know?

A    Matt might.

Q    But then the next comment by you is "It's me and Fuddbusters."

A    Um-hmm.

Q    Who is Fuddbusters?

A    Matt.

Page 216

Q    That's Matt's handle?

A    Yeah, his general online internet.

MR. FOSTER:  Okay.  I don't have any more questions.  I'm done.

MR. DePURY:  All right.  I've got a couple here.

EXAMINATION

BY MR. DePURY:

Q    I might bounce around a little bit.  I'm going to start with this.  I'm going to say several words to you.  Hold on till I get to the question.

Car driver, bus driver, safe driver, aggressive driver, truck driver, golf driver, a screwdriver, a different screwdriver, mini-driver.  Those are all in common, right they all have the word driver?

A    Um-hmm.

Q    But they're all totally different things for the most part, right?

A    Yes.

Q    Would you say that's similar, would it be fair to say that an admin even though they all share the same type of word there's a million different types of admins?

A    Yes.

Q    Would it be fair to say that there might

Page 217

be one admin whose sole responsibility is to make sure that if anybody uses profanity they're kicked out, another admin might be able to create rules?

A    Yes.

Q    Okay.  There was some questions about the computer systems at the office.  Those are primarily just cogs in the actual machine, correct, no different than the wheels the machine stands on or they're not really useful for anything, they don't have word perfect or anything else, they're just simply to run that piece of equipment, correct?

A    Correct.

Q    Is it fair to say that you've interacted with literally thousands of people online?

A    That would be, yeah, very, very accurate.

Q    And have no specific recollection of most of those interactions, correct?

A    Yes.

Q    The term pew, it's come up several times today.  In the internet vernacular, what is pew?  Where does it stem from if you know?

A    I guess I would for me it stems from like the pew-pew gun sound noise that you would make when you do like finger guns.

Q    So it's extremely common, is it not?

Veritext Legal Solutions

www.veritext.com                                                           888-391-3376

Page 218

A    Generally, yeah.

Q    Did it kind of originate because certain websites or certain social media will disengage or cancel someone's -- if they use certain terms like to shoot somebody so they'll say pew-pew, things like that?

A    A little bit.  Nothing overt.  It more just came to be because it was a catchy name.

Q    Right.  Let's talk about Exhibit 3 for a few minutes.  So is there any relevance to anything to do with what Exhibit 3 with MAF or any other defendant in this lawsuit, do you recall Exhibit 3 or did we need to ask -- there it is.  Thank you.

A    I've got it.  Let's see.  Developers leveraging developer support products, this had nothing to do with MAF.  This was a purely Ctrlpew driven thing.

Q    So every bit of this is about Ctrlpew, correct?

A    Correct.

Q    And Ctrlpew is not a party to this litigation, right?

A    Correct.

Q    Exhibit 5, if you wouldn't mind putting that back up.

Page 219

So Exhibit 5, this Co1eRedRooster, does anybody know who he is?

A    No.

Q    Has anybody ever said, Mr. Foster or anybody else today said they know who this guy is?

A    No.

Q    Is it possible he's mistaken about who runs The Gatalog?

A    Very possible.

Q    All right.  And is there anywhere in your response whatsoever that agrees with him?

A    No.

Q    All right.  In fact, it just says you actually kind of say in a way I don't agree, right, The Gatalog is just a collection of retards like myself.  Is it your understanding you're actually saying that's not really an agreement?

A    Right.  I'm saying that's not really how it is, here is me, here is a bunch of other prominent people online and anyone else who wants to participate in this activity.

Q    Let's talk about the discount codes briefly.  That's more or less just a coupon, correct?

A    Correct.

Q    And Mr. Foster was asking about someone

Page 220

getting a cut off the discount code.  How would that work?  Let me strike my question, strengthen my question a little bit.

If a discount code takes 10 percent off of something, that's a negative.  A cut of a negative would be a further negative, right?

A    Yeah.  I'm not sure -- I have some familiarity with the general like construction of those kind of programs.  I don't have any real knowledge of MAF's.  As far as I'm aware, it's just a discount code.

Q    But zero you can't -- well, there's not really a way that you can give someone a percentage of a coupon if a coupon is already subtracting from the original price so there's not really a way that someone could be incentivized at least on this end.  The incentive is for the consumer, correct?

A    Um-hmm, right.

Q    If they come to the website and they somehow get a discount code, they're going to get a percentage off.

A    Right.

Q    Go to a couple more.  When you saw the FEDCAD meme on the DEFCAD website, was there any reputation -- did anybody refute it at all, was there any comments, commentary on it?

Page 221

A    I don't believe there was any commentary.  It was just the image.

Q    Do you remember seeing any conversations between Mr. Wilson and JG talking about the site being hacked?

A    Not with -- no.

Q    Do you ever -- do you recall any communication where JG claimed that Cody Wilson paid him to hack DEFCAD?

A    That would be a conversation I recall but I don't have access to that conversation.

Q    Are you familiar with Immuniweb?

A    No.  Immuniweb?

Q    Yes.

A    No.

Q    So you don't recall an Immuniweb report saying that DEFCAD was hacked?

A    I mean, I'm sure I've seen it, I just don't know it.  If I had the report in front of me I could probably recognize it as what I saw but I don't have it.

Q    Did you ever see Iran mentioned in the FEDCAD meme?

A    No.

Q    Do you remember Cody Wilson calling you an

56 (Pages 218 - 221)

Page 222

ape in the Black Flag white paper?

A    That rings a bell.

Q    Do you remember Cody Wilson calling you fat on his blog?

A    Also rings a bell.

Q    So would it be fair to say that the animosity may be both ways in this --

A    I feel like it's pretty universal.

Q    Now, there was a change at one point when the community kind of turned against Cody Wilson.  Is that fairly correct?

A    Yeah, I would think so.

Q    Do you recall seeing news reports of Cody Wilson getting extradited from Taiwan to face sentences for sexual assault of a minor?

A    I do.

MR. FOSTER:  Objection, calls for hearsay.

MR. DePURY:  I'm asking if he saw the actual news reports.  I'm not asking --

BY THE WITNESS:

A    I did see the news reports.

BY MR. DePURY:

Q    But you don't know if he actually sexually assaulted a minor, that would be hearsay, correct?

A    No.

Page 223

Q    Did you notice a general community impression of Mr. Wilson when -- is that about the time that the general community kind of turned against Mr. Wilson?

A    I would say shortly thereafter.

Q    Let's talk about Ctrlpew a little bit.

A    Sure.

Q    You spent a lot of time kind of talking about it today, and so it's not part of this, but isn't it true that the majority of what Ctrlpew is dedicated to is generating awareness to sell some merchandise?

A    Yes.

Q    And is that merchandise mainly shirts, stickers, the patches, the things that were discussed when you were responding to Mr. Foster?

A    Correct.

Q    Would you consider Ctrlpew to be a 3-D gun business?

A    No.

Q    It doesn't sell 3-D gun parts, does it?

A    Correct.

Q    But it operates in that space, correct?

A    Yeah.  I would draw the comparison to like there's -- I just watched a YouTube thing about food, it was a magazine called LA Taco.  They don't make

Page 224

tacos but they write about tacos specifically in LA.  That's similar to what Ctrlpew does.  It's in the space but we don't sell gun parts or we're not a 3-D gun business.

Q    Great analogy.

What does John Lettman do, do you know?

A    I don't.

Q    When you said he's an IT person were you saying basically --

A    My impression of him and the conversations we've had led me to believe that he knows quite a bit about IT technologies and so when I have questions he's a reasonable resource to ask.

Q    But you're not sure if that's how he makes his living?

A    I have no idea.

Q    Does he get paid by you at all?

A    No.  I don't believe I've ever paid him.

Q    Does he get any royalties from Ctrlpew?

A    I don't believe so.

Q    When you sell things on Ctrlpew do you sell files or documentation or anything of that nature?

A    No.

Q    So just the stickers, the patches,

Page 225

T-shirts?

A    Right.

Q    And then the interest of the -- do you sell advertising on Ctrlpew?

A    I mean, there's some affiliate advertising but nothing formal or contracted.

Q    And that's pretty much that's what pays the bills for you, the wife, the kids, correct?

A    Yes.

Q    Okay.  And is it fair to say that your initial interest in MAF was more or less as a hobbyist and if it makes money it makes money, if it doesn't it doesn't?

A    More or less.

MR. DePURY:  I think that pretty much wraps it up.

MR. FOSTER:  All right.  Zachary or Matthew, do either one of you want to ask the witness anything?

MR. LAROSIERE:  No question from me and my clients.

MR. FOSTER:  Zachary?  Is Zachary still with us?

MR. DePURY:  He's present but he may have --

MR. FOSTER:  Is he watching the Sopranos?

MR. DePURY:  I missed the Sopranos reference.  You were talking about the meme or the icon?

57 (Pages 222 - 225)

Page 226

MR. FOSTER: The icon with the gun icon. That was in the opening of the Sopranos. It was pointing down I think.

MR. DePURY: Okay, that's right. I was trying to picture it and figure out what that was.

MR. FOSTER: Zachary is not there. Okay.

MR. DePURY: All right.

MR. FOSTER: I think we're done.

THE REPORTER: Are counsel ordering the transcript?

MR. FOSTER: I'm ordering. I'm ordering it expedited, please.

THE REPORTER: Like how expedited, how many days?

MR. FOSTER: In the normal turnaround for expedited would be how many days?

THE REPORTER: It varies. 1, 2, 3.

MR. FOSTER: I don't want to get charged $5,000 but you know.

THE REPORTER: Do you need it by a certain date?

MR. FOSTER: If I could have it by Wednesday that would be great. How's that?

THE REPORTER: Okay.

MR. DePURY: Actually, let me, Madam Reporter, let me get back to you on that tomorrow. I'll email you. We have your email. Howard is ordering it. If

Page 227

we order a copy if we order also it expedited or whatever. Okay.

THE REPORTER: You can just email the order. Thanks.

MR. FOSTER: And you've got the exhibits, Diana, right?

THE REPORTER: Yes.

MR. DePURY: I'll go download them, Howard. I'll shoot you an email and I've got to go fix other issue.

MR. FOSTER: Gary if you would let me know your availability to meet and confer about all of these things maybe Monday.

(Adjourned at 3:19 p.m.)

Page 228

C E R T I F I C A T E

I, Diana G. Rodriguez, an RPR and Certified Shorthand Reporter do certify that heretofore said witness appeared before me produced as a witness for examination in said cause.

I further certify that the said witness was first duly sworn; that the testimony was reduced to writing by means of machine shorthand and afterwards transcribed into typewriting via computer-aided transcription under my personal direction; and that the foregoing is a true and correct record of the testimony given by said witness.

I further certify that my certificate annexed hereto applies to the original transcript and copies thereof, signed and certified under my hand only. I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.

_Diana Polk_
Diana G. Rodriguez, RPR
CSR No. 084-002945

Page 229

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

March 25, 2026

To: GARY C. DePURY, ESQ.

Case Name: Defense Distributed, Et Al. v. Elik, John, Et Al.

Veritext Reference Number: 7971177

Witness: Alexander Holladay       Deposition Date: 3/20/2026

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

58 (Pages 226 - 229)

Page 230

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7971177
CASE NAME: Defense Distributed, Et Al. v. Elik, John, Et Al.
DATE OF DEPOSITION: 3/20/2026
WITNESS' NAME: Alexander Holladay
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
I have made no changes to the testimony
as transcribed by the court reporter.

_____     _____
Date            Alexander Holladay
Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
Statement; and
Their execution of this Statement is of
their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20_____.

_____
Notary Public
_____
Commission Expiration Date

Page 231

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 7971177
CASE NAME: Defense Distributed, Et Al. v. Elik, John, Et Al.
DATE OF DEPOSITION: 3/20/2026
WITNESS' NAME: Alexander Holladay
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
well as the reason(s) for the change(s).
I request that these changes be entered
as part of the record of my testimony.

I have executed the Errata Sheet, as well
as this Certificate, and request and authorize
that both be appended to the transcript of my
testimony and be incorporated therein.
_____     _____
Date            Alexander Holladay

Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:
They have read the transcript;
They have listed all of their corrections
in the appended Errata Sheet;
They signed the foregoing Sworn
Statement; and
Their execution of this Statement is of
their free act and deed.
I have affixed my name and official seal
this _____ day of_____, 20_____.

_____
Notary Public

_____
Commission Expiration Date

Page 232

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 7971177
PAGE/LINE(S) /        CHANGE         /REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____     _____
Date            Alexander Holladay
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
DAY OF _____, 20_____ .
_____
Notary Public

_____
Commission Expiration Date

59 (Pages 230 - 232)

**[084-002945 - 4]**

Page 1

**0**

**084-002945**
228:21

**1**

**1** 3:9 4:3 37:13 37:17 43:15 58:24 59:1 68:4 154:11 155:3 159:7 160:23 163:20 226:16
**10** 108:24 110:1 115:18 115:22,24 143:16,18 179:15 214:9 220:4
**100** 29:2
**11** 116:2,3 117:13,14 119:10,20,22 121:10 122:7
**1100** 229:1
**12** 130:3,7,10 134:13 137:3 139:10,13,15 140:25
**12510** 228:20
**12:40** 108:21
**13** 142:3,18,24 143:3,11
**14** 143:15,20,21 143:24,24
145:20,22 146:6 160:8
**15** 159:25 160:9,10,13,14 160:18
**155** 2:2
**16** 164:13 165:21 166:12 166:13
**17** 99:17,25 103:7 166:11 166:25
**1820** 229:2
**19** 59:19

**2**

**2** 3:11 4:4 23:6 59:7,8,12,22 64:18 67:5 68:2,5,18 78:12 90:6 103:12 139:9 212:22 226:16
**20** 1:18 230:16 231:22 232:22
**2004** 6:20
**2005** 6:13
**2012** 6:20 7:14
**2019** 11:9 30:14,17 132:19 141:23 142:25 159:8 159:16 160:23
**2020** 11:9 12:14 13:1 14:20 16:8 30:14 32:17
**2021** 11:16 13:1 16:8 17:15 19:12 26:2 32:17 34:5
**2023** 48:20
**2024** 8:8,9
**2026** 1:18 229:4
**203** 2:12
**21035** 2:7
**216-523-1313** 229:3
**25** 229:4

**3**

**3** 3:13 4:6,7 12:11,22 19:17 23:4 26:23 27:11,13,18,23 30:19,20,22,25 31:7,8,10,18,24 31:25 32:7,20 33:5 36:12 39:13 40:2,9 46:15 51:7 80:22 83:9,10 84:1 90:6 103:12 151:16 169:15,25
171:10,20 173:18 174:19 174:25 175:3,7 176:1,6,10 177:21,24 178:12 180:20 181:7 186:2 188:21 189:4,5 189:9,14,20,25 191:3,11 202:21 213:4 218:9,11,12 223:17,20 224:3 226:16
**3/20/2026** 229:8 230:3 231:3
**30** 18:9 22:25 108:21
**31** 111:9
**312.726.1600** 2:3
**32807** 20:10
**32828** 8:5
**33558** 2:8
**33905** 2:13
**39** 116:3
**3:19** 227:13

**4**

**4** 3:15 88:7,13 89:12,22 90:5 103:12 179:3

**[42 - additional]**

**42** 139:13
**4250** 2:2
**44114** 229:2

**5**

**5** 3:17 90:10,14
90:21 183:2,11
198:10 218:24
219:1
**5,000** 226:17
**5/8/87** 6:1
**515-669-4424**
113:9
**522** 8:5

**6**

**6** 3:19 92:21
96:11,18
102:13,16,17
198:6,7
**60** 141:9
**60606** 2:3
**6820** 20:10

**7**

**7** 3:21 103:21
111:8 211:23
211:24,25
**7971177** 229:7
230:2 231:2
232:2

**8**

**8** 3:23 111:16
213:25 214:1

**81197** 1:2
**813.607.6406**
2:8

**9**

**9:00** 1:19
**9:25** 1:2

**a**

**a.m.** 1:19
**abandoned**
72:8
**ability** 86:6
101:5
**able** 42:2 43:22
77:13 117:12
124:3 139:18
156:11 217:3
**above** 139:8
229:17
**abundantly**
24:6 45:21
**accept** 103:11
161:13
**access** 21:23
22:7 25:20
42:2,11 45:7
112:7,15
117:12 118:20
124:11,14
135:9 138:3
154:13,15
156:8,25
157:14 158:3
185:15 192:17

194:2 195:1,4
221:11
**accessible**
207:1
**accessory**
19:16
**accordance**
230:5 231:5
**account** 14:18
20:1 38:14
39:5 64:2
67:21 87:22
141:24 184:2
**accounts** 14:9
14:25 15:5
27:20 64:12
65:14,16 66:5
67:9 68:10
82:12 84:11
85:8,9 161:23
161:25
**accuracy**
192:22 228:16
**accurate** 12:7
71:8 97:21
217:15
**acknowledge**
57:7 117:7
230:11 231:16
**acknowledged**
103:2
**acronym** 17:10
**act** 230:14
231:20

**action** 76:10
141:20
**active** 6:21,24
27:10 39:5
90:25
**activism** 12:19
15:22 27:13,15
28:10 32:3,5
41:24
**activities** 90:18
91:18
**activity** 97:2,10
219:21
**actor** 141:15
**actual** 30:25
69:7 217:7
222:18
**actually** 9:23
18:11 24:9
33:7,21 46:11
86:9 117:1
120:12 131:3
136:23 148:8
163:17 184:18
195:21 196:11
210:14 219:14
219:16 222:23
226:23
**add** 15:4
213:14
**addition** 155:1
**additional**
38:17 143:6

**[address - ambiguous]** Page 3

address 8:4,6
  20:9 21:7
  48:12 55:10
  62:14,25 63:1
  63:1,10,13
  95:5,20 164:21
  215:8 229:15
addresses
  22:12 61:8,14
  61:22 65:12,13
  67:23 76:7
adequate
  103:19
adhesive 24:24
  177:6
adjourned
  227:13
admin 55:13
  64:5 145:13,17
  146:22 147:14
  147:17,20,24
  147:24,25
  148:11,14,18
  151:21,25
  152:1 153:1
  157:7,9 158:5
  158:10 162:14
  214:14 215:7
  216:21 217:1,3
administering
  46:23
administration
  144:25 145:4,7

administrative
  185:14
administrator
  39:15 116:14
  120:11,14,17
admins 145:18
  146:2,4,15,21
  148:1,1,2
  149:3 158:7,13
  216:23
admission
  210:8 211:11
admit 10:3
  94:17 186:3
  210:21
admitting
  185:4
advertise
  106:12
advertising
  19:23 225:4,5
advice 71:21
  72:10 100:2
affiliate 225:5
affiliated 26:25
affirmative
  184:18
affirmatively
  14:1
affixed 230:15
  231:21
aficionados
  13:5

aggressive
  216:12
ago 32:25
  33:15 34:12
  40:14 43:25
  71:1 153:22
  203:14
agree 140:11
  173:9 189:5
  204:21 213:2
  213:11,14
  219:14
agreed 212:25
agreement 1:21
  105:9 219:17
agrees 219:11
ahead 19:24
  36:15 47:14
  96:13 119:19
  159:14 176:14
  205:17 209:1
ai 129:9
aided 228:9
al 229:6,6
  230:3,3 231:3
  231:3
albion 6:11
alex 55:11
  61:23,24 62:19
  63:23 121:21
  176:14
alexander 1:9
  1:17 2:10 3:4
  3:11 5:2 50:4

59:14 229:8
  230:4,9 231:4
  231:13 232:20
alexander.hol...
  55:12 61:15
aligned 15:20
allegation 81:6
  192:23 194:3
  195:24 196:3
  196:16 203:19
allegations
  81:13 192:25
  200:23
alleging 81:4
  148:21
allocated
  104:11
allow 79:21
  159:14
allowed 10:17
  29:14 66:21,22
  67:6 80:7,8,9
  99:4 108:13
  121:17 173:10
allowing
  177:11
amalgamous
  39:25 45:17
  212:24
amalgamously
  50:8
ambiguous
  77:8,13 88:23
  89:5

**[amended - area]** Page 4

amended 3:20
amendment
  15:22
american
  141:17,18
amount 33:22
  42:8 120:3
  121:2
amplification
  81:2 82:13
amusing 114:1
analogy 224:5
analytics
  111:17 112:10
  112:13
angel 181:12
  181:14
anime 176:20
animosity
  222:7
annexed
  228:14
ano 129:12,15
anonymous
  37:24
anonymous2...
  38:15
answer 5:13,19
  10:23 11:3
  14:14 27:9
  29:14,15 30:13
  31:17,20,23
  35:4 36:16,18
  36:22 42:15,17

44:20 46:17,18
47:9,15 50:22
52:17,21 57:21
57:24 58:2
64:23 65:4
75:6,7 76:1
77:20 83:8
86:12,17 92:13
93:18 95:3
96:13 99:18,20
99:21,22,23
103:8,11 105:2
105:5 106:20
117:21 118:8,9
119:24 120:24
121:7,16,19,22
121:24 122:8
122:17 123:2
125:17 126:12
128:25 129:4
130:10 134:10
134:17 135:1
135:18 140:20
142:22 143:14
145:8 148:8
149:1,8 150:21
152:1 154:24
161:2 164:7
165:10 174:7
174:11,18,23
176:14 177:4
178:17,19
182:1,2 186:8
194:23 195:14

195:15,23
196:19,20
198:17 199:12
202:12 205:20
answered
  36:14,15 48:7
  57:20 58:1
  75:20 92:11
  96:1 121:14,17
  121:18 125:15
  125:16 130:1
  167:14 175:12
  175:22 185:3
  185:19
answering
  50:18 52:19
  65:6 94:11,15
  135:17 143:11
  173:12
answers 9:19
  46:6 48:8
  95:18 97:21
  99:19 103:12
  122:1 126:4
anti 203:18
  204:16,23
anybody 25:20
  66:4 82:2
  106:14 112:23
  192:22 217:2
  219:2,4,5
  220:24
anymore
  192:17

anyway 50:19
  54:14 73:17
ape 222:1
apologize 52:18
  53:14 56:10
  85:16 89:15
  98:22 159:23
  209:1
apparently
  36:4
appear 230:11
  231:15
appearances
  2:1
appeared 228:4
appearing 2:1
appended
  231:11,18
apple 70:9,10
applies 228:14
appreciate
  67:15 190:16
appropriate
  134:17
approximately
  21:14
archived
  141:22 142:10
  142:25 202:9
archives
  159:24
area 12:19
  15:15

**[argue - authorities]**

**argue** 79:14 173:10

**arises** 93:13

**arms** 12:8 17:4 17:14 19:5,7 32:19

**arms.com.** 214:14

**army** 6:18

**arrest** 203:22 204:5

**arrested** 151:16 162:3

**art** 171:5 172:12 175:4 176:17 177:14

**articles** 70:11

**artist** 141:15

**artistic** 202:18

**aside** 46:18 53:25

**asked** 29:24 30:5 36:14,14 47:8 48:6 54:1 56:18 57:14 60:13 74:2 75:5,20 89:17 92:11 96:1,8 98:5 99:17,25 100:1,21,23 103:7 105:17 107:5 115:13 117:9,10 118:14 119:22

120:25 121:14 121:17 125:15 125:15 130:7 139:1 154:5 157:6 158:9 159:21 162:14 191:22 208:19 209:2 212:5

**asking** 14:13 24:9 27:6 31:15 32:13 38:10 42:14 49:17 50:16 53:19,21 54:5 55:3 69:9 77:10 81:25 90:25 92:4,9 93:16 97:23 98:9 99:6,9 101:15 102:3,6 107:7 108:15 116:14,22 117:7 118:13 119:25 120:13 121:19 122:5 125:17 126:6 128:3 135:8 140:7 142:2 145:4 147:22 147:23 148:6 149:25 150:1 150:18,22 153:11 158:11 160:6 161:3,19

162:23 166:13 170:25 173:1,5 174:4 175:14 181:10,20 182:19 184:23 187:12 188:4 190:7,24 199:19 203:6 204:13 205:2 205:16 208:6 209:7 213:18 219:25 222:18 222:19

**asks** 88:13 106:3 159:22

**assault** 222:15

**assaulted** 222:24

**assigned** 110:16

**assignment** 230:2 231:2 232:2

**associate** 11:19

**associated** 11:5 12:21

**association** 16:3

**assume** 15:19 161:22 162:22 172:1 228:16

**assumed** 33:24 159:16

**assumes** 159:12

**assuming** 124:16 157:15 158:23 198:14

**asterisk** 14:24

**attached** 231:7

**attachment** 68:22 69:8,15

**attachments** 69:2,4

**attacks** 45:3

**attempt** 122:8 161:12 206:2 206:13 210:7

**attempted** 130:9 205:25 206:8

**attend** 6:6

**attending** 48:23

**attention** 4:3 78:21 189:20

**attorney** 100:24 101:14 129:3 169:2

**attribute** 203:7

**audience** 90:18 91:18 100:6

**august** 8:9

**authenticate** 39:4

**authorities** 45:6

**[authorize - believe]**

**authorize**
231:11
**automatic**
86:14
**automatically**
107:21
**availability**
227:11
**available** 82:18
83:11 161:20
162:11 196:21
196:22,22
197:4,7,9
**ave** 2:12 229:1
**avoid** 135:17
**avoided** 206:19
**aware** 45:20,21
110:8 147:1
220:10
**awareness**
114:9 223:11
**awful** 206:18
**ax** 212:12
213:9
**ayes** 30:9 176:2

**b**

**back** 12:14
16:18 23:13
30:4 32:21
34:11 36:25
53:16 54:15
58:11,19 59:1
59:2,2 69:17

69:23 70:15
83:24 85:23
91:25 102:1
108:24 109:5
112:6 119:5
120:5 121:23
124:3,18
128:25 129:4
137:14 139:2,3
139:5,21,22
142:24 157:15
159:16 160:16
167:25 168:13
175:22 182:24
190:17 204:14
208:1 209:24
218:25 226:24
229:15
**backed** 177:6
180:9
**backing** 24:24
**bad** 41:9
**badger** 80:4
**badgering**
66:18,19 103:7
209:16
**bailey** 2:19
37:7 58:18,19
137:12 139:5
169:15 178:22
197:25 211:17
**bandwidth**
137:25

**banking** 17:25
**bar** 11:17
85:22 100:25
**baron** 8:5
**barrels** 19:15
**base** 34:24
**based** 34:19
35:14 40:25
116:11 122:11
170:21 177:1
198:23
**basically** 88:15
130:12 135:8
140:15 212:25
224:10
**basis** 44:14
54:24 72:19
192:4 193:20
199:3,10
201:17 203:24
204:14 205:6
205:18
**batch** 93:17
**bathroom**
211:19
**battlecryarms**
214:6
**bear** 32:19
94:13
**bearing** 197:18
198:24
**beck** 109:11
**began** 26:2

**beginning** 92:1
214:24
**behalf** 2:5,10
2:15 125:18
**behaving**
145:10
**behavior**
198:24 204:17
**beliefs** 199:14
**believe** 13:20
15:16 17:21
18:2 20:16
21:12,13,20
22:9 39:8
41:16 44:8
46:9 54:19
55:15,17 58:1
60:10,21 61:1
69:9 71:8 73:4
73:17,21 88:12
102:6 104:13
105:8 111:20
112:24 114:14
116:12,18
118:12 119:15
121:1 123:5
127:8 128:8
130:8,16
136:22 146:17
151:2 152:15
152:20 165:1,8
168:10,24
170:15 193:13
194:18 195:4,5

[believe - business]

197:12,23
199:13 203:5,9
203:10 204:4
204:19 205:10
206:6 210:22
212:11 214:16
221:1 224:12
224:19,21
**believed** 191:25
192:2 194:14
194:16 198:20
198:21,24
**believing** 192:4
193:21 199:4
199:11 201:17
203:20,24
204:15 205:18
**bell** 152:5
170:14 222:2,5
**benefit** 103:24
111:12
**berating**
102:11
**best** 76:9 77:20
83:21,23 84:14
119:19
**beta** 152:14,16
152:22,24
164:14,18,18
167:8,11,13,16
167:17
**better** 36:24
87:4 132:24
140:20 141:1

209:11
**beyond** 33:10
33:19 53:12
190:12
**big** 81:17
182:23 212:12
212:16
**bill** 41:21,22
**bills** 225:8
**birth** 5:25
**bit** 8:17 20:4
49:15 106:17
216:8 218:7,18
220:3 223:6
224:12
**bitcoin** 32:20
32:20
**black** 222:1
**blackmail**
205:25 206:8
**blah** 109:25,25
109:25
**blessings**
181:12
**blind** 149:11
**bliss** 7:5
**blog** 34:22
35:24 36:1
204:1,2 208:2
208:13 222:4
**board** 31:21
**boehringer**
7:21

**bogus** 201:14
201:25 202:2
**boilerplate**
77:25 78:3
79:1 80:1
117:23 118:17
118:18
**bonta** 169:2
**bonuses** 105:12
**boone** 6:9,9
**born** 6:2
**bought** 8:7
**bounce** 216:8
**box** 23:22,23
38:2 85:14
170:20
**brain** 34:11
**branch** 6:17
**breach** 100:24
**breaches** 200:1
200:4
**break** 5:16,16
5:17,17 42:22
42:23 108:17
108:22 211:20
**bribery** 208:10
**brief** 43:3
129:5 143:19
211:21
**briefly** 33:18
219:23
**bring** 4:3 78:21
81:8 103:18
138:19 169:1

176:17
**bringing** 172:7
**broad** 27:8
31:14,16 40:18
42:5 93:17
96:17,18
120:12 121:11
147:24 156:22
**broadcast**
110:11
**broader** 40:9
53:19
**broadly** 7:17
27:24 131:14
131:15
**broken** 141:11
141:12
**brought** 168:19
210:25 211:3
**brow** 35:12
**build** 28:12,12
**built** 106:18
**bumper** 24:25
**bunch** 79:6
117:23 133:25
136:7 219:19
**bus** 216:11
**business** 3:22
4:5 12:14,21
16:4,12,15,25
17:20 19:11
21:10 22:17,18
23:7 26:23,23
27:2,17 28:1,4

28:5,6,14 29:5
29:8,23 30:8
30:11,19,23
31:7,11,19
32:1,2,4 34:15
36:11,12 41:23
45:4 47:20
51:4 60:6 63:9
93:20,23,24
128:4,6 171:10
171:16 172:18
172:21,25
173:4,16,18,25
174:19 175:3
177:21 180:25
182:8,12
184:22 186:24
188:14 189:3,5
189:6,20 191:3
191:12,13
201:10 204:23
205:1,6 223:18
224:4

**businesses**
190:1,6

**button** 59:1
182:16

**buy** 25:15
106:5 109:24
110:5

**c**

**c** 2:9 13:22
28:16,17 43:13

62:5,6,10,16
228:1,1 229:5

**ca** 229:25

**california** 7:6
168:7 169:2,3

**call** 9:6,8 10:13
12:11 30:1
31:25 32:2,3
34:22 52:3
77:25 97:22
109:10 130:4
197:5 212:23

**called** 5:3 19:9
27:17 131:13
187:22 223:25

**calling** 221:25
222:3

**calls** 75:19
96:12 98:16
222:17

**camera** 195:22

**cancel** 218:4

**cap** 182:15

**capacity** 31:22
35:19 150:4
189:19

**captions** 89:19
90:1

**car** 168:14,14
168:14,16,16
216:11

**care** 36:7
103:13 189:13
197:17 209:18

**career** 6:25
7:16

**carrier** 113:10

**carrying**
186:23

**cartoon** 176:20

**case** 1:2 5:9
9:14,20 10:20
47:11 67:24
101:17 106:7
107:2 108:13
110:11 126:14
133:4,24 138:9
146:16 147:13
160:21 167:22
173:21 175:18
200:23 203:22
204:12,12
205:3 214:21
229:6 230:3
231:3

**cast** 164:11

**catchy** 218:8

**category** 178:5
178:6,7

**cats** 176:20,20

**cause** 228:5

**caveat** 15:4

**celebrating**
204:2

**celentano** 1:10
3:18 151:11
154:1 155:9
157:25 160:19

161:22 162:19
182:25 204:4

**cell** 113:8

**center** 15:20

**centers** 7:7

**central** 6:9,9

**cents** 212:22

**certain** 11:13
18:1 32:23
57:10 106:16
107:11 109:23
124:13 138:14
141:19 146:3
171:8,19
172:14 176:23
192:18 204:24
207:15 218:2,3
218:4 226:19

**certainly** 75:22
185:4 186:23
188:19 198:15

**certainty** 14:7
33:7 38:21
39:2 136:13

**certificate**
228:13 231:11

**certification**
230:1 231:1

**certified** 1:24
228:3,15

**certify** 80:19
173:13 174:4
176:14 228:3,6
228:13

**[cetera - cody]**

Page 9

| | | | |
|---|---|---|---|
| **cetera** 19:16 44:11 85:10,11 117:3,3 142:1 142:1 143:1 | 139:22 144:4 145:8,14 148:1 148:5,7 190:10 | **claims** 117:1 **clarification** 109:8 | 129:3 **client's** 74:18 **clients** 225:20 |
| **chain** 55:4 | **chats** 42:3 116:13 | **clarify** 118:14 123:5 147:21 | **close** 17:17 129:2 |
| **change** 101:24 182:17 222:9 229:13,14 231:8 232:3 | **chatting** 11:12 **check** 26:17 55:18,23 87:9 88:11 105:23 110:5,8 | 151:9 175:10 176:5 177:5 **clarifying** 67:17 106:21 129:20 | **closely** 93:20 93:23 **cloth** 180:7 **cloud** 41:15 116:11 131:12 |
| **changes** 14:17 229:12 230:7 231:7,9 | **checked** 55:25 **chicago** 2:3 | **clark** 1:12 **classify** 11:13 | 161:5 **co1eredrooster** |
| **channel** 113:20 113:22 114:3,6 118:21 144:25 145:7 | **chime** 214:10 **choice** 71:21 **chose** 71:15 **christensen** | 11:14 93:10,16 **clay** 165:13,16 166:2,4,25 167:4 | 183:20 184:7 219:1 **coast** 212:19,24 213:15 |
| **charge** 190:18 **charged** 226:17 | 165:13,17 166:3,5,25 167:4 | **clear** 24:6 32:6 73:17 74:16 104:24 122:5 | **code** 105:22,24 106:3,6,12,18 107:17,21,25 |
| **chat** 11:24 13:4 33:4 37:7 38:5 38:18 39:21,21 39:24 40:24,25 41:1 42:8,12 58:20 62:2 84:13,14,16 85:13,17,21 86:3,25 87:3,7 87:9 113:17,18 113:19 114:15 115:8 116:4,6 116:8 119:1 120:5,6 124:4 124:8 131:6 138:23 139:19 | **christian** 181:15 **chuck** 141:13 **circulated** 44:7 **circumstance** 203:25 **circumstances** 4:8 176:11 **cite** 209:2 **civil** 5:11 230:5 231:5 **claim** 43:22 102:19 **claimed** 221:8 | 125:17 130:18 152:24 **clearly** 33:22 102:4 105:10 124:1,25 181:22 185:3 185:11 **cleveland** 229:2 **click** 132:1,23 **client** 79:25 98:14,15,21 99:12 100:24 101:14 102:11 103:7 112:17 125:24 126:4,6 | 108:9,9,14 109:9,12,23,25 110:12,16,23 110:24 150:8 150:14 220:1,4 220:10,19 **codes** 105:19 106:1,8,22,22 107:1,10 108:4 108:8,12,16 109:7,22 110:4 110:10 219:22 **cody** 2:18 32:9 34:8,10,14 44:11 140:6 |

**[cody - comparison]**

141:25 153:16 155:13 182:5 189:20,25 194:14 198:23 204:4 221:8,25 222:3,10,13

**cogs** 217:7

**coin** 14:10

**collect** 41:4,6 53:4

**collection** 39:12,25 116:7 184:24 185:20 187:24,25 219:15

**collectively** 180:17

**collector** 12:5

**collegiate** 6:16

**com** 28:19 62:1 62:9,10,16 212:15

**combat** 7:9

**come** 11:10 27:19 32:11 33:20 34:17 70:2,3,15 83:2 83:19 99:16 105:15 141:1 171:9 172:11 174:24 195:18 195:23 198:13 201:3 215:8 217:19 220:18

**comes** 35:11,25 92:8 213:21

**comfort** 108:17

**coming** 123:13 141:8

**comment** 42:12 178:1 215:21

**commentary** 54:2 125:5,7,8 207:8 210:5 211:14 220:25 221:1

**commented** 38:2

**comments** 42:3 115:5,7,9,10,16 115:25 118:6 119:2,6 120:6 120:8,8,16 124:4,19 154:16 206:22 206:24 208:13 220:25

**commission** 110:18 172:15 230:19 231:25 232:25

**commissions** 4:9 170:23 171:23 172:7 176:12

**common** 15:10 15:14 177:6 216:14 217:25

**communicate** 45:25 51:10,11 60:19 93:22,24 95:13,19,25 96:22 99:12 100:15 102:5 127:13 133:4 133:21 136:11 136:18 144:8 146:4 152:11

**communicated** 11:11 52:1 100:22 127:16 133:7,12,23 134:3 155:12 155:23

**communicating** 98:15,20 99:16

**communication** 42:9 99:7 100:2 122:24 153:15 167:21 221:8

**communicati...** 59:23 72:13 80:25 81:19 85:12 117:13 117:15,20 122:10 130:3 135:10,19,25 136:8 140:1 146:5 154:4 155:6 156:4 162:23 163:6

165:24

**communities** 131:7

**community** 40:18 42:1 171:6 186:21 188:18,21,21 192:7 208:14 212:17 222:10 223:1,3

**companies** 20:5 20:5 106:11 174:1

**company** 1:5 17:19 18:5,17 18:25 19:7,11 19:21 20:6 22:6 26:6,8 27:7,7 29:25 31:21 41:24 60:17 105:15 160:5 161:5,6 161:17 175:2,7 175:11,25 176:5 178:18 188:23 190:25 191:4,14 204:1 213:4,19 214:6 214:8

**company's** 194:4

**comparison** 223:23

**[compatible - continuing]** Page 11

compatible
 19:19
compel 103:6
 125:19
compensate
 177:11
compensated
 150:13
compensation
 103:24 104:3,7
 111:12
competing 77:3
competition
 20:2
complaining
 214:9
complaint 3:20
 10:19 81:6,8
 81:10,12,13
 197:21,21,25
 198:4
complete 73:12
 103:17 167:20
completed
 229:15
completely
 174:13
completing
 69:22
completion
 103:16
complied
 119:18

comply 79:9
 83:8 89:21
 90:4,21 142:2
compounding
 154:11
comprehensive
 144:20
computer
 21:17 23:1
 134:19 137:23
 138:2,3 217:6
 228:9
computers
 21:19,20 22:15
 22:19,20,21,23
 23:8 24:5,7,10
 24:13 25:20
conceivable
 78:1
concept 70:8
conceptually
 113:23
concerning
 59:25 60:3
 69:11 81:1
 98:8
concierge 2:19
concise 5:18
concisely 5:13
conclusion
 158:23
conditions
 83:15

conduct 22:17
 22:18 82:1
 87:4 143:3
conducted
 76:13
conducting
 86:22 197:2
confer 103:5
 140:25 227:11
conference
 32:20,21 33:18
 33:21
confirming
 74:5
conflated 73:11
conflating
 158:22
confusing
 159:23,23
conjoining
 150:15
connection
 104:1 111:14
 131:18,22
consider
 122:18 223:17
constantly
 80:14
constitutes
 210:8
construct 27:22
construction
 220:8

consulted
 159:17
consumer 25:3
 220:16
consumption
 25:4
contact 10:11
 32:9,11 55:12
 63:19,20 64:1
 86:25 134:23
contacting
 10:15
contained
 68:11 83:20
 155:4
containing 75:9
 130:16,22
content 28:10
 81:3 82:8
 100:12,13,22
 141:23 142:11
 142:25
contention
 115:19
contents 68:15
 99:9
context 38:4,17
 46:4,8,17
 70:14 130:20
contextual 39:7
continue 34:4
 50:20 104:20
continuing
 121:2

**[contracted - course]**

**contracted**
  225:6
**contributing**
  186:17
**control** 15:6
  62:1 63:24
  117:3 135:12
  159:6 165:25
  182:16 184:20
  185:23 191:16
  192:17 228:17
**controlq.com**
  28:15
**conversation**
  33:22 34:10
  38:5 52:11,12
  54:20 69:14
  79:18 83:14
  85:24 94:4
  128:10 153:5
  153:15 178:9
  192:20 200:17
  215:1 221:10
  221:11
**conversations**
  12:1 32:24
  33:14 53:15,21
  54:16,17,23
  55:1 69:20,23
  82:12 89:9
  97:6 98:24
  100:8,11
  123:16 127:7
  156:23 159:13

  163:19 166:23
  192:16 199:15
  200:12,16
  201:5 221:3
  224:11
**converse**
  133:20
**conversed** 13:9
  33:8 133:17
**conversing**
  10:7 138:8
**cool** 202:23
**coordination**
  81:3 82:14
**copied** 61:2
**copies** 118:5
  228:15,17
**copy** 127:9
  227:1
**copyright**
  168:21 177:14
**corollary**
  123:11
**corp** 21:11,11
  21:12,13,20
  25:6,8 26:22
  60:1,3,9,14,16
  61:3 77:2
  92:24 104:1,7
  138:19
**corporate** 18:1
  26:25 27:1
  93:1,3

**corporation**
  1:4,5 7:21
  17:15 26:1
  28:21 29:12,12
**correct** 11:6
  16:6 17:17
  27:11 28:2
  32:9 33:1
  34:15 37:5
  38:23 44:16,22
  44:25 53:2
  63:14 64:18,21
  67:13 68:6,12
  70:22,25 71:13
  71:16 72:2
  74:7,9 75:15
  77:6 98:23
  100:17 110:13
  124:5,24 125:4
  139:19 143:11
  150:7 158:25
  159:1 172:7
  177:24 178:22
  178:24 179:19
  182:13 185:6
  193:8 207:20
  217:7,11,12,17
  218:19,20,23
  219:23,24
  220:16 222:11
  222:24 223:16
  223:21,22
  225:8 228:11

**corrections**
  229:12 231:17
**correctly** 71:7
  71:25 110:9
  170:19 202:22
**correlate**
  214:18
**correlating**
  123:11
**corresponding**
  67:22
**corroborate**
  195:24
**cost** 161:8,10
  161:14 176:22
**costs** 176:24
**counsel** 42:25
  71:22 73:23
  74:24,25 75:1
  120:1 226:9
**counter** 50:22
**counterprodu...**
  50:19
**county** 230:10
  231:15
**couple** 76:2,11
  76:22 145:1
  211:19 216:5
  220:22
**coupon** 219:23
  220:13,13
**course** 76:9
  149:7 183:8

**[court - days]** Page 13

**court** 1:1 30:4 129:1 138:1 174:4 175:21 230:7
**cover** 176:22
**covered** 111:15
**covers** 145:4
**crass** 35:6,10 35:10
**create** 167:15 217:3
**creation** 88:9 88:19
**credible** 193:2
**crew** 179:12 180:16,16 181:6,25 182:6
**critical** 36:10
**cross** 81:9
**crypto** 151:1
**csr** 228:21
**cst** 1:19
**ctrl** 61:24
**ctrlpew** 3:22 4:4 13:20 14:5 14:7,15,24 15:1,7 27:17 28:9 29:10 31:8,24 38:1,9 38:12,12 41:25 43:13 63:24 91:11,12,17,19 92:1,2 171:4,5 172:17,18,21

172:23 173:14 173:24 174:3 175:15 176:5 179:19 180:12 180:25 182:12 183:25 188:14 190:19,21 214:15 218:16 218:18,21 223:6,10,17 224:2,20,22 225:4
**ctrlpew's** 92:4 190:15
**ctrlpew.com** 28:1 55:11,12 61:18 63:2,16 63:22 64:1 190:12 191:21
**ctrlpew.com.** 27:18 55:13 61:23,25 62:19 63:19,21 191:20
**ctrlpews** 15:7
**currency** 151:1
**current** 8:3 12:8 20:9 55:10 80:13 152:19 153:1 167:8
**currently** 34:23 43:5,9

**custody** 117:3 135:12 165:25
**customer** 23:17 23:18 26:21 95:17 105:23 114:11 193:21 214:13 215:5 215:10
**customers** 19:21 95:20 97:10 105:14 106:16 110:12 114:11,13 194:5 204:22
**cut** 95:1 110:17 121:1 138:1 171:7 176:25 177:18 195:1 220:1,5
**cv** 1:2

**d**

**d** 3:1 4:7 12:11 12:22 19:17 23:4,6 26:23 27:11,13,18,23 30:19,20,22,25 31:7,8,10,18,24 31:25 32:7,20 33:5 36:12 39:13 40:2,9 46:15 51:7 151:16 171:10 171:20 173:18

174:19,25 175:3,7 176:1 176:6,10 177:21 178:12 180:20 181:7 186:2 188:21 189:4,5,9,14,20 189:25 191:3 191:11 202:21 213:4 223:17 223:20 224:3
**data** 111:17 112:3,4,6 154:12 160:3 161:7,20 163:1 199:7
**database** 198:12
**date** 5:25 30:15 45:17 159:7 187:12 190:7 226:19 229:8 230:3,9,19 231:3,13,25 232:20,25
**dates** 11:3 26:4 32:14 41:20
**day** 32:16,21 54:24,24 186:10 230:16 231:22 232:22
**days** 226:13,15 229:18

**dc** 15:17
**dd** 1:4 5:9
179:12 180:16
180:16 181:6
181:17,25
182:6
**deal** 79:13
110:25
**dealing** 46:24
**deals** 110:20
**dear** 229:10
**death** 164:13
165:5 166:1,6
166:16
**debate** 163:3,3
**decade** 149:7
**decal** 25:9
**decide** 75:12
137:7
**decided** 76:9
168:16
**decides** 106:1
**decision** 57:12
72:11 73:9
96:19
**declining**
116:24
**dedicated** 23:9
138:2 223:10
**deed** 230:14
231:20
**deemed** 229:19
**defamation**
205:14

**defamatory**
205:15 209:20
**defcad** 1:5 3:22
5:9 34:8,15
44:6,11 45:3,5
59:25 60:14
70:1,5,20 71:1
71:6,12,25
73:5,18,19
74:12,16,17,20
74:22 75:8,9
76:8 77:1 81:4
81:14,20 82:2
82:7,7,23,24
83:2,2,18 84:2
85:11,25 88:14
90:2 103:13
105:15 111:18
112:11,12
114:16,24
115:8,11 133:8
138:18 153:6
155:13 168:20
189:25 193:21
196:17 197:17
198:11 200:18
201:22 202:8,9
203:17 204:15
206:4,18 207:8
209:13 212:13
220:23 221:9
221:17
**defcad's** 112:15
210:1

**defendant** 3:11
29:10,11 50:4
51:22 59:13,24
71:4 72:12
73:19,20,25
74:4,7 75:10
75:15 76:17
101:16 120:12
154:3 160:21
165:22,23
166:1 168:6
172:24 173:15
191:6 200:22
214:20 218:11
**defendant's**
117:2
**defendants**
1:13 9:14
47:10,12 49:20
49:24,25 50:7
56:22 71:7,13
74:23 75:3
81:14 106:7
107:2 108:2,13
110:10 133:4
133:24 135:19
136:12 138:23
144:7 146:15
150:25 151:1
157:4 167:22
**defense** 1:3 5:9
181:17 210:25
229:6 230:3
231:3

**defenses** 117:1
**define** 39:11
146:22 158:10
171:18 174:21
**defined** 91:23
**degree** 171:19
**deify** 181:16
**delete** 164:3,9
**deleted** 14:11
14:16 56:6,13
64:14 125:2
141:22 142:10
142:25 156:9
156:11,14,15
157:18,20
158:24 159:5
159:17 160:25
161:15,25
162:12
**deleting** 161:23
**delve** 72:16
79:24
**denise** 8:14
**deny** 38:25
39:1
**denying** 38:23
149:2
**department**
229:22
**dependent**
86:16
**depending**
14:18 176:23

**[depends - direct]**

**depends** 106:17 106:24 162:16
**deploy** 7:1
**deployment** 7:7
**deployments** 6:24 7:5,5
**deponent** 72:9 174:10
**deposition** 1:16 5:10,12 8:16 8:24 9:5,11,16 10:12 89:13 119:4 208:19 229:8,11 230:1 230:3 231:1,3
**depury** 2:7,9 3:5 9:3 10:11 29:9,17 36:14 59:9,19 60:23 64:19 66:9,17 66:22 67:1 71:20 72:3,20 72:25 75:19,22 78:17,22 79:4 79:12,16,23 80:8,12,18 90:12 92:11,14 96:1,12 98:16 99:2,8,14,20,23 100:21 101:4,9 101:13,18,21 102:3,9,15,20 102:25 103:5 104:17,20,24

105:3 108:17 108:23 109:1,8 109:18 121:14 121:18,25 125:15,24 126:4,15,16 128:14,19,24 129:2,10 137:22 140:22 141:3,6,8,12,15 143:16,20 172:23 173:2,6 173:13,19,22 174:8,12 175:10 176:13 191:5,9 213:16 216:5,7 222:18 222:22 225:15 225:22,24 226:4,7,23 227:8 229:5
**depury.com** 2:9
**derivations** 14:6,25
**des** 6:3 7:23,24 16:23
**describe** 27:13 145:2 195:7
**described** 108:10
**description** 3:7
**design** 40:1,2 41:5 171:15

175:5 176:7 180:21
**designated** 145:14
**designed** 152:9 176:18
**designing** 180:19,22 181:23 182:3
**designs** 180:17
**desktop** 137:24
**detail** 128:8
**details** 36:24 110:22 209:11 209:19
**determine** 65:17 66:5 104:10 105:5 121:11 122:7
**determined** 64:17 120:24 122:15
**deterrence** 154:17 166:2,7 181:17
**deterrencedis...** 116:4
**developed** 34:13
**developer** 7:18 171:3,9,12,13 178:4,6 203:18 204:15 218:15

**developers** 16:19 171:6,14 171:20 172:4,6 174:19,21,25 178:10 218:14
**development** 3:16 39:18 41:5,24 179:1 179:12 180:15 180:23 185:2 185:23
**deviation** 14:23 15:7
**diana** 1:24 227:5 228:2,21
**dictionary** 70:9
**died** 141:10
**difference** 204:3,8
**different** 46:6 99:17 108:8 115:20 133:17 134:7 142:8 144:1 145:5 147:23,25 148:2 184:14 216:13,17,22 217:7
**digital** 68:19,23 69:1,6,10,21 77:2
**diligent** 165:23
**direct** 42:9 84:21 120:11

**[directed - draw]**                                                                      Page 16

directed 54:14
directing 126:9
direction 39:4
  228:10,18
directly 34:10
disagree
  213:13
discharge 7:16
discharged
  7:11
disclaim 37:21
disclose 99:6,9
disclosed
  199:25 200:4
  200:19,20
discord 85:9
  87:16,17 130:4
  130:11,25
  131:4,6,13
  132:5,7,12,22
  133:1,1,5,8
  134:21 154:16
  162:24 166:1,7
discount
  105:19,22,24
  106:6,8,12
  107:1,10
  108:14 109:7,9
  109:12,21,23
  109:25 110:1
  110:10,13,15
  110:24 150:8
  150:14 219:22
  220:1,4,10,19

discovery 3:12
  50:5 57:4 59:4
  59:15 66:10
  126:19 127:13
  147:14
discretion
  170:20,21
discuss 15:18
  112:22 114:23
  173:15
discussed
  223:14
discussing
  69:21
discussion
  37:12 114:10
  122:2 173:3
disengage
  218:3
disk 160:3,3,4
  161:4
disks 160:5
dislike 199:1
disliked 198:25
dispensed
  166:2,7
disproportion...
  117:2
dissemination
  81:2 82:13
  88:20
distributed 1:3
  5:9 170:20
  229:6 230:3

231:3
distributing
  177:17
distribution
  28:7
district 1:1,1
  72:9 168:19
document 3:9
  10:6 24:22
  59:16 65:22
  91:22 92:3,5
  104:13,16
  105:8 169:16
  194:1
documentation
  41:8 42:19
  224:23
documents
  8:21 9:18,22
  9:25 10:10
  59:23 80:24
  82:1 88:8,14
  88:18 90:15
  91:23 92:18,19
  92:22 93:3
  103:22 104:18
  111:10,16,18
  111:23 114:9
  114:20 115:18
  116:24 123:6
  123:19 130:16
  147:13 195:4,7
  195:12

doing 16:17
  41:18 52:18
  54:22 55:21
  76:16 91:17
  99:8 140:12
  156:19 174:22
  180:10,12,15
  211:18
dollars 161:8
  161:15 207:13
domain 22:10
  44:9,13 187:2
  187:7 188:24
dot 28:19 62:1
  62:9,10,16
  212:15
douchebag
  35:11
download
  227:8
dox 204:20,22
doxxed 203:17
  204:15
doxxing 208:10
dozen 76:23,24
  203:13
dozens 118:17
  155:10,10,12
  157:25
dr 2:2 164:13
  165:5 166:1,6
  166:16
draw 223:23

**[driven - endorsing]** Page 17

| | | | |
|---|---|---|---|
| **driven** 218:16 | **editing** 88:9,19 | 56:14,22 57:3 | 75:8,17 76:4 |
| **driver** 216:11 | **educate** 109:8 | 60:7,11,15,16 | 76:14 82:24 |
| 216:11,11,12 | **education** 6:14 | 61:5,7,13,22 | 83:1 84:7 |
| 216:12,12,13 | 189:7 | 63:10 64:15 | 91:24 94:6,12 |
| 216:15 | **effort** 40:18 | 65:11,13 67:22 | 95:1 96:5,7,10 |
| **dropbox** | 91:1 157:6 | 68:10,24 69:6 | 97:14,23 98:7 |
| 104:17 | 160:25 | 69:8 72:14 | 99:10,13 100:3 |
| **duly** 5:3 228:7 | **efforts** 90:17 | 76:6,7,9 82:11 | 100:13 101:15 |
| **dumb** 53:12 | **either** 15:17 | 84:11 93:4,12 | 102:24 103:3 |
| 54:3 | 31:19 46:18 | 94:1,19,23 | 112:2 128:12 |
| **dumped** 81:5 | 103:9 149:10 | 95:5,8,16,20,25 | 215:8,11 |
| 83:18 84:5 | 168:6 210:16 | 97:6,8,9 98:4 | **embroidered** |
| 85:25 86:2 | 225:18 | 98:10 100:16 | 180:8 |
| 198:12,14 | **elaborate** 66:25 | 102:5 107:21 | **employed** 7:19 |
| **duplicative** | **elaborates** 3:14 | 107:22 111:22 | 16:14 |
| 142:6 | 169:21 178:23 | 127:20 164:21 | **employee** 20:17 |
| **duty** 6:21,24 | **electronically** | 214:13 215:5 | 20:24 21:1,25 |
| **e** | 140:14,17 | 226:24,25 | 25:19 26:16 |
| **e** 3:1 13:22 | **elik** 1:8 47:18 | 227:3,9 229:17 | **employees** |
| 28:16,17 43:13 | 51:2 52:1 | **emailed** 57:22 | 20:15 |
| 62:2,5,7,10,16 | 55:14 56:5 | 93:11 106:4 | **en** 17:4 |
| 63:25 228:1,1 | 110:17,17 | **emailing** 10:14 | **enclosed** |
| **earlier** 30:15 | 147:19 149:15 | **emails** 22:14 | 229:11 |
| 38:10 62:3 | 151:5 158:12 | 33:16 34:7,10 | **encompass** |
| 82:11 158:9 | 206:11 212:11 | 34:12 55:24 | 96:18 |
| **early** 173:19 | 229:6 230:3 | 56:7,21 57:8 | **encompassed** |
| **east** 108:21 | 231:3 | 57:15,22 58:7 | 60:3 |
| **economic** | **elik's** 148:9 | 64:11 65:11,15 | **encounter** |
| 103:24 111:12 | **else's** 205:15 | 65:25 66:3,5 | 32:18 |
| 205:5 | **email** 3:24 | 67:9 68:15 | **encrypt** 199:7 |
| **edit** 188:9 | 22:12 33:10,12 | 69:2,19 70:25 | **endorsement** |
| **edited** 188:10 | 34:4,6 48:9,12 | 71:6,12,25 | 212:23 |
| | 52:9 55:4,10 | 72:18 73:5,18 | **endorsing** |
| | 55:14 56:1,2,3 | 74:11,17,22 | 205:9 212:20 |

**energy** 31:4
**engrave** 23:3
**engraver** 23:5
  24:12
**enlisted** 6:23
**entered** 231:9
**entire** 29:9
  230:5 231:5
**entirety** 6:25
**entities** 37:20
  201:8
**entitled** 65:3
  81:10
**environments**
  16:20
**ephemeral**
  133:1
**equipment**
  25:2 217:11
**equity** 105:9
**equivalent**
  181:8
**errata** 229:13
  229:18 231:7
  231:10,18
  232:1
**error** 178:3
**esi** 140:12,13
**esq** 229:5
**essentially**
  22:25 136:7
  160:6
**establish** 4:6
  142:19 173:17

176:10 193:5
**established**
  38:11 173:19
  173:24 190:23
**estate** 173:25
**estimate** 75:18
  75:23
**et** 19:15 44:11
  85:9,11 117:3
  117:3 142:1,1
  143:1 229:6,6
  230:3,3 231:3
  231:3
**evaluation** 40:2
**evasive** 18:13
**event** 46:13,14
**events** 149:6
**everybody**
  21:24
**evidence**
  192:22 194:6
  196:16 198:13
**evidencing**
  88:8,18
**exact** 11:2 21:6
  26:4 30:15
  32:16
**exactly** 4:5
  63:23 67:20
  99:8 117:6
  123:4 131:22
  138:20 163:14
  172:22 175:1
  197:8 208:4

**examination**
  3:4,5 5:5 216:6
  228:5
**examined** 5:4
**example** 42:10
  68:18 97:13
  98:24 105:11
  107:24 132:11
  209:2
**exchange** 33:19
  34:7 54:17
**exchanged** 12:1
  32:21
**exchanges**
  33:10,12
**excuse** 24:16
  45:24 136:25
  146:24 187:17
**executed**
  231:10
**execution**
  230:14 231:19
**exhibit** 3:9,11
  3:13,15,17,19
  3:21,23 37:13
  37:16,17 43:15
  43:19 58:16,24
  59:1,7,8,12
  139:6,9 168:1
  169:14,25
  177:24 179:3
  183:2,11
  196:14 197:22
  198:6,7 211:23

211:24 214:1
  218:9,11,12,24
  219:1
**exhibits** 3:6
  37:7 58:20
  137:12,14,18
  139:7,8 227:5
**exist** 20:5 54:23
  55:8 72:21
  92:5 98:11
  103:1 111:19
  125:4 161:7
  192:16 195:4
**existing** 157:16
**exists** 46:14
  124:16,18
  134:5 186:9,9
  186:10 188:20
**expect** 76:2
  103:25
**expected**
  111:13 157:5
  159:20
**expedited**
  226:12,13,15
  227:1
**expiration**
  230:19 231:25
  232:25
**explain** 4:7
  14:8 62:23
  70:7 105:21
  123:12 132:24
  171:25 172:10

**[explain - find]**

176:11
**explained**
124:1,2 137:22
138:14,15
181:22 185:11
**explicit** 70:8,14
**expressed**
35:20 189:24
191:23 213:19
**extent** 124:13
127:2 146:3
160:1,7 188:24
194:2
**extradited**
222:14
**extremely** 31:2
96:17 217:25
**eye** 149:12

**f**

**f** 228:1
**face** 222:14
**facebook** 87:19
87:21,22
**fact** 62:2 87:23
101:11 157:21
185:9 202:10
219:13
**facts** 10:3
206:23
**fair** 216:21,25
217:13 222:6
225:10

**fairly** 20:1
34:14 57:10
94:14 138:14
192:18 222:11
**fall** 96:10
102:13
**familiar** 8:20
10:6 51:24
81:7 116:4
152:6 212:7
221:12
**familiarity**
220:8
**family** 26:25
**fan** 141:19
182:23 183:7,8
**far** 6:4 30:25
45:22 46:16,17
47:12 110:8
146:25 181:16
184:4 199:21
204:7 211:7
220:10
**fargo** 7:20
16:16,17
**fat** 222:4
**fault** 62:23
**favorable** 35:1
**fedcad** 37:21
37:22,23 44:1
44:2,4,12 45:9
59:25 60:14
70:1,5,16 76:8
77:2 82:23,25

83:18 85:11
88:14,20 89:9
89:16 90:1
111:18 112:18
112:22 113:2
138:18 197:20
201:7 212:14
220:23 221:23
**fedcad.com**
44:9,13
**federal** 5:10
44:6,6 45:5
**feedback** 41:7
**feel** 15:25 35:7
35:9 38:11
92:6 122:24
123:25,25
150:18 155:21
166:9 185:2
222:8
**feels** 150:24
153:12 164:12
**fellow** 133:24
138:23 157:4
**felt** 77:19 143:5
**field** 7:18
122:11 123:17
130:11
**figure** 103:10
128:12 136:18
137:16 207:21
226:5
**file** 69:6,8,11
69:12 92:8

103:6 125:19
153:21,21
202:5 203:4,5
**filed** 136:20
**files** 27:19 41:5
41:5,6,7 68:19
68:23 69:1,10
69:14,21 77:3
167:19 185:1
185:22 201:14
201:24 224:23
**filing** 54:4 72:8
**filings** 54:11
**fill** 23:21 36:24
209:12
**filled** 23:12
**filling** 20:22
24:5
**filter** 54:15
**final** 178:1
**finally** 14:16
**finances** 3:14
169:21 178:23
**financial** 7:20
103:23 111:11
**find** 35:5 55:4
56:14 67:6
69:20 70:10,10
73:5 75:8
76:19 78:3
82:12,15,21
84:7 96:10
100:25 111:5
115:17 146:11

**[find - foster]**

148:25 154:25 155:8 156:1,3 158:2,3 163:24 166:15 202:9 202:10 206:13 209:8 229:11
**finding** 94:14
**fine** 50:25 79:12 143:14 159:14 163:4 174:6 210:18
**finger** 217:24
**finish** 47:15 67:12 79:16,18 80:5 85:15 208:24
**finnestad** 2:19 37:9 58:21,25 59:6,17,20 137:13,17 139:4,7,11,13 169:16,18,22 178:24 179:2 183:11 197:23 198:2,7
**fire** 190:17
**firearm** 19:13 41:5 152:9 176:18
**firearms** 12:4,6 14:12 15:23 27:22,24 40:1 40:1 68:18,23 68:25 69:5,10

69:21 77:2 171:14 180:2 181:23
**firm** 174:1,2
**first** 3:11 5:3 11:8 13:1 23:15 32:11 39:8 45:13,22 50:5 59:11,14 59:19 67:15 88:17 142:17 143:5 171:3 197:24 198:1 228:7
**firsthand** 200:6 200:8 201:19 202:11 206:23
**firstly** 135:6
**fits** 209:22
**five** 21:14,16 32:24 33:15 34:12 42:23 65:13,13 67:9 74:14,17 76:3 134:7 187:9,11 211:20
**fix** 227:9
**fixed** 26:13
**fl** 2:8,13
**flag** 222:1
**fleece** 212:17
**flip** 160:16
**florida** 1:1 8:2 8:4 15:17

17:14 18:22 19:5 28:24 168:19
**floride** 17:4
**fluid** 11:20
**fluidly** 14:17
**fmda** 184:25 185:20
**focus** 78:2,10 78:22
**folder** 59:3 139:8
**folks** 179:8
**follow** 117:9
**followed** 184:5
**following** 53:22 169:8
**follows** 5:4
**food** 223:24
**footing** 41:21 41:22
**force** 206:2
**forefront** 115:12 148:12 169:12
**foregoing** 165:22 228:11 230:13 231:18
**forever** 71:1
**forget** 168:7 212:19
**form** 5:18 64:19 78:24 90:2,12 170:23

175:10
**formal** 6:16 17:20 146:25 225:6
**format** 5:11 55:9 80:2
**formation** 18:16
**formed** 37:3
**former** 164:14
**forming** 18:19
**formulating** 126:19
**fort** 2:13 7:5,5
**forth** 69:17 160:16
**forward** 92:4 229:15
**foster** 2:2,4 3:4 5:6,8 29:14,19 29:22 30:4,12 36:17 37:6,11 37:15 42:21 43:1,4 58:18 58:23 59:4,8,9 59:11,13,21 60:24,25 64:21 64:24 66:15,19 66:24 67:4,7 71:23 72:17,24 73:2,8 75:21 75:23,24 78:19 78:25 79:6,13 79:22 80:7,11

**[foster - fuzzier]**

80:16,20,21
90:13 92:12,16
96:2,3,14
98:18,19 99:4
99:11,19,22
100:1,14 101:2
101:8,12,15,19
102:2,8,12,18
102:23 103:2
103:15,20
104:19,23
105:1,4 108:20
108:24 109:2,4
109:15,19,20
121:16,22,23
122:4 125:21
126:1,6,11,17
128:25 129:4
129:16 137:11
137:14,20
138:5 139:5,10
139:12,14
140:6,22,24
141:4,7,10,14
141:16,18,21
143:18,21,22
169:14,17,20
169:23 170:1
173:1,5,9,17,21
174:6,10,15,17
175:12,16,21
176:8 177:2
178:21,25
179:4 182:24

183:3,7,9,12
191:7,10
197:25 198:4,8
211:16,20,22
212:1 213:17
213:24 214:2
216:3 219:4,25
222:17 223:15
225:17,21,23
226:1,6,8,11,14
226:17,20
227:5,10
**foster's** 80:19
**fosterpc.com**
2:4
**found** 12:2
29:7 30:10
71:25 74:12
97:12 115:14
154:23 155:17
157:23 165:7
**foundation** 1:4
5:9 26:6
**founded** 17:15
**founding** 19:12
**four** 26:11
65:13
**frame** 12:24
17:17
**frankly** 122:22
123:14 153:13
158:3 161:19
**free** 35:7,9
149:23 185:2

185:24 230:14
231:20
**freeman** 153:16
154:1 155:6
156:4 160:11
160:15,18,18
163:6 184:25
185:21 203:22
**freeman1337**
152:3,5,21
153:6,19
154:21 163:22
**french** 17:6,7,8
17:9,10,12
**frequent** 113:6
113:12 144:5
**frequently**
14:17 31:25
93:9,10,18
94:19,23 132:2
132:5 136:14
158:8
**friend** 49:2,5
51:3
**friends** 11:5
51:9 136:15
**front** 9:22
100:25 138:6
210:15 221:19
**frustrated**
94:17 127:24
**fuck** 3:22 37:23
212:14,14,15
212:15

**fuddbusters**
3:24 130:24
132:11 184:25
185:21 215:22
215:24
**fulfillment**
20:21 23:20
24:2
**full** 20:24
134:16
**fully** 190:16
**fun** 192:2
**function** 85:22
188:18
**functional**
201:23
**functions** 23:7
24:4
**fund** 179:11
180:15
**funds** 3:16
179:1
**funny** 19:10
45:18 46:5,19
181:13 192:1,3
192:4
**further** 7:7
120:2 177:6
220:6 228:6,13
**future** 3:16
179:1,11
180:15,23
**fuzzier** 70:8

**[g - go]** Page 22

| g | | | |
|---|---|---|---|
| **g** 1:24 228:2,21 | 187:14,17,21 | 60:8 68:24 | 154:6 207:24 |
| **game** 201:24 | 187:25 188:20 | 75:25 85:20 | 208:9 209:5 |
| 202:13,24 | 190:10,14,19 | 106:2 107:17 | 220:12 |
| 203:5 | 191:16 193:16 | 110:23 113:13 | **given** 106:8 |
| **games** 201:21 | 219:8,15 | 114:1 152:17 | 107:17 135:23 |
| 202:3,13 | **gatalog.com** | 171:14 198:25 | 142:17 228:12 |
| 203:12 | 187:15 | 209:22 218:1 | **giving** 46:6 |
| **garbage** 136:8 | **gatalog.com.** | **generate** 91:1 | 66:17 172:11 |
| 210:13 | 187:23 | 92:3,19 | 177:13,18 |
| **gary** 2:7,9,9 9:3 | **gather** 125:12 | **generated** | **glad** 79:4 |
| 9:6 66:15 | **general** 14:11 | 120:3 | **glenn** 109:11 |
| 75:23 78:8 | 16:18 25:3 | **generating** | **gloat** 204:1 |
| 79:15 80:7 | 27:25 28:10,11 | 223:11 | **global** 50:18 |
| 99:4,22 101:8 | 38:14 39:12 | **generation** | 106:23 186:18 |
| 102:2 103:4 | 44:5 47:17 | 90:16 91:2,19 | **globally** 53:15 |
| 137:20 140:24 | 48:5 50:10 | 92:5 141:19 | **gmail** 61:6,10 |
| 173:10 227:10 | 54:23 55:25 | **gentleman** | 61:19,20 62:12 |
| 229:5 | 95:8,17 112:6 | 151:14 | 62:18,25 63:7 |
| **gary's** 67:15 | 123:15 131:6 | **germane** 173:3 | 63:8,12,16 |
| **gatalog** 3:16,18 | 149:20 169:2 | **getting** 48:22 | 64:2 65:14 |
| 39:10,14,17,21 | 190:4,6 198:23 | 52:3 103:8 | 67:21 70:13 |
| 39:24 40:5 | 202:14 204:17 | 129:2 132:25 | 79:11 |
| 41:3 59:25 | 204:18 205:22 | 135:4 138:1,4 | **gmail.com** |
| 60:14 77:2 | 207:1,18,24 | 139:3 176:25 | 55:12 63:1 |
| 90:19 91:5,9 | 208:6,16 216:2 | 200:18 206:4 | **gmail.com.** |
| 91:14 104:1,4 | 220:8 223:1,3 | 220:1 222:14 | 61:15 |
| 111:14 138:18 | **generally** 5:19 | **ghost** 212:14 | **go** 6:4,14 7:8 |
| 179:1 181:9 | 7:23 12:4 13:6 | 212:15 213:19 | 16:8 19:24 |
| 182:25 183:24 | 14:23 15:19 | **give** 12:23 17:5 | 23:19 25:1 |
| 184:8,10 185:3 | 19:22 25:13 | 37:1 38:3 | 26:10 34:22 |
| 185:5,10 186:4 | 26:15 28:6 | 66:14,15 97:13 | 36:15,25 37:7 |
| 186:5,6,9,23 | 34:19 35:6 | 101:20 102:13 | 37:9,11 39:4,5 |
| | 36:13 38:15 | 125:12 127:9 | 40:19 42:19,23 |
| | 40:18 47:24 | 134:17 140:9 | 47:12,14 48:14 |

**[go - gun]**

51:20 58:11,20
59:2,2 62:6
67:4,5 69:25
91:25 96:13
101:6,10 102:1
102:10 108:13
109:24 110:12
115:24 119:5
119:19 121:23
122:21 124:3
124:18 137:11
137:14 139:2,7
139:21,22
140:8 156:19
159:14,15
160:2 167:25
176:14 181:16
182:24 192:20
198:10 199:2
204:12,14
205:17 209:1
209:24 211:19
220:22 227:8,9
**goal** 27:20
**goes** 15:24
67:19 180:14
208:2
**going** 13:10
19:25 37:7
42:22 43:2
45:5 72:15,22
72:25 73:1,2
79:10,11,14,14
79:16,17 80:3

80:5 81:18
83:7 92:4
94:15 101:6,9
101:13,24
103:3,9,10,18
106:5 109:13
115:24 118:18
121:11 122:8
130:5 136:16
137:1 138:19
138:21 140:22
143:20 150:20
161:10,10,13
162:21 168:2
171:4 173:6,10
173:22,23
178:19 182:24
184:17 185:7
196:24 198:10
199:19 203:25
205:3 210:10
210:23,24
211:16 213:24
216:9,9 220:19
**golf** 216:12
**good** 8:10
27:23 28:11
92:7 107:18
109:19 132:20
186:24 208:17
**google** 61:6,17
61:20 62:12,21
62:25 63:10
215:13

**gotten** 99:18,19
99:20
**government**
31:2
**graduate** 6:7
**grand** 101:25
**graphic** 172:12
176:18 177:1
180:8,9
**grasp** 190:16
**grasping** 50:15
**great** 118:7
182:9 196:8
201:21 207:22
208:13 224:5
226:21
**grew** 16:4
**grift** 212:16
**grind** 212:12
213:9
**grips** 19:16
**group** 7:20
27:1,4 181:7
212:24
**groups** 11:11
**growing** 70:12
179:8
**guards** 19:16
**guess** 8:21
11:20,21 12:23
22:5 25:4 28:6
30:17 33:3
35:5 38:4
39:11 40:9,25

50:18 52:16
58:5 75:4 85:2
97:20 106:18
109:13 128:11
136:6 140:7
142:21 146:22
149:16 150:1
150:19,23,23
178:20 180:7
185:7 186:23
203:3 217:22
**guessing** 13:7
44:21 52:20
**guidance** 147:5
149:18
**guides** 27:21
**guilt** 164:11
**gun** 4:8 12:14
13:5 15:12,25
19:20 20:3,4,5
20:6 24:20
26:23 27:11,13
27:18 28:12,13
30:19,22 31:7
31:10,18 32:1
32:20 36:12
40:9 46:15
51:7 171:10,20
173:18 174:19
175:3 176:12
177:21 178:12
179:21,23,25
182:11 186:2
188:21 189:4,5

**[gun - hmm]**

189:9,14,20,25 191:3,11 201:22 213:4 217:23 223:17 223:20 224:3,3 226:1

**gunner** 212:14

**gunners** 203:18 204:16,23

**guns** 4:7 12:11 12:22 19:17,18 28:11 30:21 31:1,9,24 32:7 33:5 39:13 151:16 171:15 174:25 175:7 176:1,6,10 180:18,20 181:7 212:15 217:24

**guy** 23:20,24 24:2 35:16 47:24 141:10 147:7,9,10 168:13,16 198:25 199:1 208:17 219:5

**guys** 135:22 149:16 211:18

**h**

**hack** 221:9

**hacked** 44:7 45:4 81:4,15

81:20 82:2,7,8 83:18 84:3,8 85:11,25 86:1 192:11,23 193:21 194:4 198:12,14 200:18 221:5 221:17

**half** 127:4

**hand** 18:15 19:16 195:6 196:1,21 228:15

**handle** 13:14 26:18 38:9 43:6,10,19,20 152:6,7,8 154:1,2 164:7 183:14 212:7 214:6 216:1

**handles** 38:11 40:13

**handling** 16:20

**handy** 137:21

**hang** 53:4 97:19

**hanging** 20:10

**happen** 93:17 137:20

**happened** 33:15 198:15 210:22

**happens** 11:19 23:18 92:6

**happy** 179:16

**hard** 11:13,14 24:8 35:3 50:15 54:22 127:22

**harm** 204:23

**harsh** 213:3,15

**head** 76:3 97:25 193:8

**headed** 49:21

**hear** 94:10 109:23 121:6 199:18

**heard** 44:16,17 45:2 162:3 183:5

**hearsay** 222:17 222:24

**heavily** 162:16 189:8

**held** 93:20,23

**hell** 17:5

**hello** 179:10

**help** 5:15 37:8 41:7 46:20,21 66:4 87:1 95:18 137:12 146:11,14 157:7,9 158:13 158:16 159:2 159:17 188:21

**helped** 40:11

**helpful** 65:9 67:18 142:23

**helping** 150:13 195:18

**helps** 46:23,25

**hereto** 228:14

**heretofore** 228:3

**hesitate** 34:22 212:23

**hey** 28:11,11 46:18 76:8,8,8 106:5 176:21 179:8

**hfoster** 2:4

**high** 6:5,6,7,9 6:14

**highlight** 166:9

**highly** 134:6 154:4 157:2

**hire** 160:4

**hired** 72:10 99:16 161:16

**hiring** 72:9

**hit** 58:25 141:9 168:13,14,16

**hits** 70:2

**hmm** 15:11 45:10 47:3 57:18 61:4 64:13,16 68:3 68:20 81:16,21 93:2,25 96:20 106:13 143:9 179:6 186:11 188:22 205:11

209:4 215:23 216:16 220:17
**hobbyist** 225:11
**hold** 68:3 71:10 97:18 118:4 216:10
**holladay** 1:10 1:17 2:10 3:4,8 3:14,16,18 5:2 5:7,22 8:14 29:11 37:16 43:5,6,9 53:6 60:4 67:8 73:9 79:7 81:7 109:5 110:2 117:5 118:16 119:17 122:5 129:21 135:18 138:7 157:1 161:18 168:3 169:15,21 170:2 178:22 178:25 179:5 182:25 183:13 195:8 198:5 199:18 208:25 211:22 214:3 229:8 230:4,9 231:4,13 232:20
**holladay's** 3:11 50:4 59:14

**homes** 22:20
**honestly** 30:17
**hooked** 22:24 23:2
**hope** 5:14
**host** 109:24 162:12,13
**hosted** 63:10 196:4,17 197:12,17 201:22
**hostile** 94:14 94:21
**hostility** 127:23
**hosting** 149:13 161:5 164:6
**hosts** 197:17 215:17
**hour** 42:23 108:24 141:8
**house** 20:13 48:18
**how's** 226:21
**howard** 2:4 5:8 66:17 72:4 78:17 79:17 80:8 90:12 94:14 99:3,9 99:14 101:10 101:25 103:8 104:17 125:15 140:6 143:16 226:25 227:8

**huh** 91:13 117:11 125:9
**humorous** 113:25
**hundred** 12:10
**hundreds** 122:19,20
**hung** 11:16
**hunter** 7:6
**hypothesize** 181:11

**i**

**iamarizona** 214:7,17
**icon** 225:25 226:1,1
**idea** 224:17
**identification** 3:10,12,14,16 3:18,20,22,24 37:14 59:12 169:25 179:3 183:2 198:6 211:24 214:1
**identified** 65:14
**identify** 202:4
**ids** 3:18 182:25
**il** 2:3
**image** 176:17 177:9,12,17 210:5 221:2

**images** 88:15 89:19,25 114:1
**imagine** 76:10
**immediately** 206:25
**immensely** 67:18
**immuniweb** 221:12,13,16
**impact** 114:10
**impersonating** 15:2
**impersonations** 38:14
**implies** 102:18 185:25
**imply** 102:20
**implying** 45:4
**important** 78:5 81:19
**impression** 108:1 204:18 205:22 207:1 207:18,24 208:7,9,16 209:6,23 223:2 224:11
**inadequate** 90:8
**inbox** 56:1,3,9
**incentive** 220:16
**incentivized** 220:15

**[inch - involve]**

inch   22:25
include   56:13
    91:23 141:25
included   73:18
    185:25 229:13
includes   25:6
including   85:8
    88:14 89:18
incorporated
    18:22 26:4
    231:12
increasing
    96:22
incredibly
    195:1
independent
    173:25
indicate   155:7
indicated   82:11
    94:23 98:22
    100:6
indicates
    142:16 165:12
indicating
    229:13
indicator
    208:12
individual
    106:23 173:16
    174:3
individually
    1:8,9,10,10,11
    1:11,12 106:3

individuals
    107:11
industry
    189:17
informant   44:6
information
    18:15 26:5
    39:7 45:8
    47:17 49:15
    90:3 101:14
    112:17 121:3
    123:1,15,15
    140:15,18
    158:17 163:8
    163:15 199:9
    203:18 204:15
    206:2
informing
    211:1,5,7
infrequently
    52:6
infringing
    69:12
ingelheim   7:21
initial   17:18
    34:5 72:7
    122:15 225:11
initially   17:22
    19:11 33:2
    41:20
inquire   86:13
inquiry   165:23
insist   185:21

insofar   12:18
    46:25 188:10
instagram
    87:16,18
instances   83:13
instruct   174:8
instructing
    174:6,10
instructions
    167:20
insult   208:20
insulting   208:2
intend   115:18
intended   181:7
intentionally
    153:11
intentions
    150:2
interacted   13:8
    217:13
interaction
    53:11
interactions
    119:14 217:17
interest   30:22
    103:23 111:11
    225:3,11
interested
    12:13 31:3
    181:23,24
    182:3
interests   12:2,3
    15:10,14 48:5
    51:9

interlinking
    188:19
internet   11:14
    11:17 15:2,8
    19:22 39:12
    40:1 41:14
    44:8 51:8,8
    110:11 116:10
    161:23 186:16
    216:2 217:20
interpret   160:2
interrogatories
    8:21 9:23
interrogatory
    9:19
interrupt   97:18
interrupted
    47:15
interrupting
    79:17 159:13
interval   26:14
inventory
    21:19 26:18
investigation
    112:19
invited   48:24
    48:24 49:3
involve   69:14
    73:20,25
    126:21 128:18
    129:9,18,24
    146:9 175:7,25
    176:6

**[involved - know]**

**involved** 14:12 15:21 17:24 18:16,19 22:6 31:6,10,18 40:4,15,17 67:24 69:19 84:22 125:22 126:18 128:19 129:11,23 133:25 146:10 147:20 148:3 176:24 180:19 186:21 189:4 191:3,13 203:21

**involvement** 186:13,13,14 188:7 191:8,11

**iowa** 6:3 7:23 7:24 15:18 16:21,22

**iran** 196:4,17 197:13 221:22

**irrelevant** 174:13

**ish** 8:9

**issue** 81:18 106:1,15 190:13,19,22 191:5,8,9,12 227:9

**issued** 18:11 22:12 106:10 106:11 107:1

107:10 108:12 110:10

**issues** 26:18 137:25 138:9 138:24 149:19 149:20

**item** 174:3 198:1 199:20

**items** 23:22 68:17 159:15

**ivan** 3:22 184:25

**ivanthetroll** 185:20 212:3 212:10,21 213:1

**j**

**james** 20:19

**january** 142:25 159:7 160:23

**jar** 14:10

**jesus** 195:9

**jg** 221:4,8

**job** 17:25

**jobs** 7:22

**john** 1:8,11 47:13,18,20 51:1 52:1 53:18 54:17 56:5 110:16,17 146:20 206:11 212:11 224:6 229:6 230:3

231:3

**join** 132:1 183:6

**joined** 132:5

**joke** 141:9

**josh** 1:10 51:12 51:15 214:25

**judge** 103:18 173:14 174:5

**junk** 56:13 64:14

**k**

**keep** 20:6 79:19 83:7 102:5 184:17 199:8 209:16

**keeps** 121:21

**kept** 22:22 194:6

**key** 182:15

**keyboard** 182:15

**keyword** 86:2

**keywords** 89:24 96:7 119:15,17,21 130:13 136:21 138:15,17 166:24

**kicked** 217:2

**kids** 225:8

**kiel** 1:11

**kind** 11:19 19:14 32:2 36:23 40:25 47:24 55:9 132:22 137:22 148:12 164:12 170:3 171:24 218:2 219:14 220:9 222:10 223:3,8

**kindly** 198:9

**kinds** 108:8

**kmart** 174:14

**knew** 138:22

**know** 5:7,12,14 9:3 10:14 11:12,15,17 13:8 15:4,20 15:23 18:4,12 19:15 23:2 26:4,14 28:9 31:4 32:15,17 32:19,24 33:10 33:15,19,20,23 33:25 34:7,9 34:12,20,23 36:25 38:3,8 38:24 39:3 40:16 41:20,24 41:25 42:6,10 42:10,15,17 44:1 45:17 46:13 47:21 48:3,11 49:14

**[know - law]**

49:17 51:5,6
51:17,19,21,23
52:10 54:3,8
54:10 57:9,23
58:6 59:17
63:6,8 66:16
67:6 70:11
72:14,21 74:14
75:6 76:3,23
82:15 85:10
86:12 87:8
89:1,25 90:22
92:2,6,9 96:16
97:16 98:1,2
98:10,12 99:20
100:11 101:5,9
106:9,11 107:3
107:4,9 109:11
109:12,18,24
110:19,22
111:2,3,6
112:12,14
113:21,22
114:3,5,19,22
115:10,11
117:6 118:9,15
122:17,19,21
123:23 126:12
126:25 127:15
128:19,22,23
129:10,13,15
129:17,23,25
131:3,8,11,17
132:8 133:9,15

135:11,14
136:5,7 140:2
140:13,20
141:13,14,19
142:22 144:2,9
145:11 146:1
147:5,12,22
148:5,8,9,15,17
148:19,24
149:1,4,5,7,8
149:10 150:2,9
150:11,16,19
150:23 151:11
151:15,18,23
151:25 152:9
152:12,23
153:2,4,7,9,13
153:14,17,23
154:2 155:4,15
158:20,24
159:4,10,19
161:24 163:7
163:13 164:17
165:3 166:19
167:1,10,23,24
169:7,8 176:19
178:13,15,16
179:11 181:10
182:18 183:16
183:20 184:15
187:8,10,13
190:8 191:2,7
193:15 194:12
197:14 199:1

199:15 200:5
201:1 202:1,12
203:4,8,10,13
203:22 204:8
206:7,8,12
211:8 212:2,3
212:8 213:5,23
214:15,17,22
214:25 215:12
215:16,18,19
217:21 219:2,5
221:19 222:23
224:7 226:18
227:10
**knowing**
152:24
**knowledge**
48:6 49:7,12
105:14 114:9
142:21 162:22
200:6 201:19
202:11 206:23
220:9
**knowledgeable**
147:10
**known**   45:5
130:4 164:13
165:4 166:1
190:5
**knows**   47:25
147:10 224:12

**l**

**l**   13:22 28:16
28:17 43:13
62:5,6,10,16
**la**   223:25 224:1
**labelle**   2:12
**large**   115:10
**larosiere**   1:9
2:15,18 11:5
13:1 15:10
21:5,11 22:18
40:15 45:25
49:12 56:22
60:3 64:15
65:16 67:12
72:10,18 76:14
93:4 95:11
98:7 99:12
100:2 101:16
104:11 125:22
126:2,18,21
128:16 129:7
134:24 165:2
168:19 200:25
201:9 225:19
**larosiere's**
131:2
**laser**   23:2,3,5
24:12
**lasted**   14:15
**law**   2:7,12
174:1,2

**lawsuit** 34:23 35:9 51:22 52:2,4,13,23 53:2,11,12,20 53:23 54:1,11 54:20 55:1,5 70:6 72:18 73:6,22 81:18 99:1 133:13,20 133:24 134:4 135:5,20 136:1 136:11,19 137:6 138:13 138:24 139:23 140:1,2 151:1 154:3 157:5 168:11,18,22 169:1,9 173:7 190:14 191:1,2 191:12 206:3 207:9 218:12

**lawsuits** 133:25 168:3

**lawyer** 5:18 9:2 9:4 18:19 58:6 65:2,3,24 66:2 67:16 72:1 77:21 97:16 98:14,15,21 99:12 109:22 118:1 126:13 126:14 140:14 140:19

**lawyers** 8:25 9:1 77:25

**lay** 131:5 145:6

**leads** 204:18

**learning** 181:24 182:4

**leave** 26:13 132:24 206:17

**led** 224:12

**left** 107:20

**legal** 8:20 31:1 72:9 79:25 80:4 98:25 100:2,16,23 229:1 232:1

**legio** 212:15

**leonard** 2:7

**letter** 62:1 214:9 229:19

**lettman** 1:11 47:19,20 49:23 138:8 146:20 148:18 149:16 149:18 151:7 158:13 224:6

**leveraging** 218:15

**liability** 1:4

**liggett** 7:6

**light** 207:15

**likely** 13:6 133:14,16,19 133:23 136:11 170:17 179:18

**limited** 1:4 120:13

**line** 24:8 29:9 79:19 88:18 183:4 199:19 199:19 229:13 231:7 232:3

**linger** 36:2,23 208:22 209:11 209:18

**lingo** 13:13 140:14

**link** 132:1 134:20

**links** 89:19 90:1

**list** 23:14,21 49:24 58:19 141:1 197:24

**listed** 132:9 231:7,17

**listen** 109:24

**listening** 109:10

**listing** 231:7

**literally** 100:23 217:14

**litigation** 218:22

**little** 8:17 109:6 113:17 141:9 216:8 218:7 220:3 223:6

**live** 21:5,8 137:25 197:5

**lived** 8:6 14:18

**living** 8:1 15:15 224:16

**llc** 1:4 28:22,25 29:2 176:5

**locker** 24:25

**log** 72:16,23 86:3 101:3 103:17

**logo** 25:8 179:19,23,25 182:12,14

**logs** 130:4

**long** 8:6 14:18 26:12 41:17 85:19 94:10 124:20,21 153:18 163:13 187:6 208:2

**longer** 182:11

**look** 10:4 17:16 18:10 37:6,19 48:14 55:4 56:6 58:18 59:4 62:2 65:24 66:3,9 68:5 73:1 76:14 77:7,21 80:22 81:10 83:11 84:10,10 84:16,20,25 86:6,18,21

**[look - mailbox]**

88:6 90:9,14
102:15 104:2
107:6,8 110:21
111:8 112:12
112:25 114:2
116:2 119:5
120:6,14 121:2
121:4,21,23,24
128:11 136:21
137:3 138:10
138:12 139:23
149:18 154:19
156:4 161:15
165:9,9 166:4
169:13,14
170:2,19
178:21 179:5
183:13 189:16
198:9 211:22
214:3
**looked**   9:19
11:1 18:13
56:12 64:10,14
65:10,15 67:8
68:14 69:2,7
77:11 84:14,21
85:7 96:7
107:5 111:22
111:25 112:10
120:21 121:15
123:1 138:24
139:1,16
157:21,23
162:2 166:6,20

203:15
**looking**   10:9
50:2,3 53:6,7
59:1,13,15
78:11 96:17
115:22 125:7
146:5,12
159:10,25
166:8 195:13
195:15
**looks**   182:19
183:3 212:25
**lot**   20:2 30:25
36:5 46:21
47:25 76:12,21
77:24 92:25
93:23,24 94:19
101:20 102:5
108:16 116:21
117:14 119:25
120:3 121:3
122:10,16,18
123:1,10,14
127:3 133:17
133:21 136:14
140:3 145:4
147:11,25
148:2 161:10
178:14 181:18
184:13,13
185:16 190:24
198:10 223:8
**lots**   40:17

**loved**   183:9
**low**   35:12
202:24
**lunch**   109:3
**lunchtime**
108:20
**lutz**   2:8
**lying**   155:14,23

**m**

**m82**   202:21
**machine**   217:7
217:8 228:8
**machines**   23:10
24:10,11 26:17
**madam**   80:18
121:25 129:1
173:13 226:23
229:10
**made**   23:11
34:21 36:11
54:2,6 69:18
72:5,11 79:6
81:13,22 90:6
119:1 120:6
125:8 148:14
148:18 149:2
151:4 152:10
153:1 161:12
172:12 174:15
193:22 194:5
208:20 213:3
228:17 230:7

**maf**   3:24 17:1,3
19:4,21 21:11
21:16,20 22:18
25:6,8,21,23
26:22 49:10
60:1,3,9,14,16
61:3 77:2
92:24 93:4,12
94:6 95:2,5,8
95:10,25 96:4
96:9,19 97:9
97:24 98:8
100:19 101:16
101:17 102:24
104:1,7 105:6
105:15,19
108:3,6,14
110:12,25
111:23 112:1,2
112:4,7,8
114:13 138:18
150:8 171:1
172:19 214:7
214:14 215:7
218:11,16
225:11
**maf's**   220:10
**magazine**
223:25
**magna**   2:19
**mail**   61:18
**mailbox**   56:8
56:11,12 67:22

**[maintains - means]**

**maintains** 131:15
**maintenance** 147:8
**major** 87:7
**majority** 223:10
**make** 5:18 17:21 24:20 29:15 37:22 41:9 59:8 65:5 66:25 73:9 92:8 99:5 107:14 115:7 134:15 137:17 144:5 151:21 157:5 167:19 169:15 173:10 190:5 194:23 204:3,8 205:5 206:13 217:1 217:23 223:25
**makers** 4:7,8 175:7 176:1,6 176:10,12
**makes** 108:6 224:15 225:12 225:12
**making** 25:1 29:18 96:19 177:16 181:24 182:4 192:25
**man** 53:12 54:2 92:7 119:25

141:9
**management** 185:5
**manager** 152:14,16,19 152:22,24 164:14,18,18 167:8,11,13
**managing** 70:12
**manuals** 87:3
**manufacture** 17:14 19:5,7
**manufactured** 17:4
**manufacturers** 25:15
**manufacturing** 176:23
**march** 1:18 229:4
**mark** 198:2
**marked** 37:13 37:17 59:12 139:7 169:25 179:3 183:2 197:23 198:6,7 211:24 214:1
**marketing** 92:4
**married** 8:11 48:22
**martial** 141:15
**material** 161:1 170:19

**materials** 117:2
**matt** 9:7 15:16 17:5 18:18 19:1,25 24:13 48:22,24 111:4 111:5 131:11 215:20,25
**matt's** 49:2 216:1
**matter** 31:4 54:10 73:23 162:20 163:14 164:6
**matters** 18:14 160:17
**matthew** 1:9 2:15,18 16:25 25:18 49:12 72:10 225:17
**matthewman** 1:2
**mb2** 202:22
**mean** 9:21 10:13 12:10,23 14:6 15:18 16:10 17:13 20:4 25:6 28:8 31:20,23 32:5 35:24 36:2,13 38:14 39:23,24 42:14 43:24 44:5,20 45:21 46:6 47:1,12 52:8 58:1 60:6

65:22 68:22 69:2 70:25 73:23 77:15,24 88:15 91:8,10 91:14,16 92:25 93:19 95:7,24 96:21 108:15 109:9,12,13 110:19 113:23 123:20,21 126:23 130:25 131:6,24 132:9 133:21 139:22 140:10 142:21 146:3,14 148:11 149:18 152:9 157:12 160:2 161:2 166:20 180:17 181:18,18,25 183:15 184:23 188:16 189:3 189:13 190:11 191:7 192:25 193:23 197:16 198:17 200:20 203:6 204:7,12 205:2 207:15 209:13 210:23 213:2,21 221:18 225:5
**means** 75:9 109:18 147:24 184:13,20,21

228:8
**meant** 56:10
  181:20,23
**measured**
  194:14
**media** 27:19
  28:7,10 32:3,5
  32:7 41:24
  85:8 175:4,6
  175:24 176:6
  180:1 189:6
  218:3
**medias** 162:6
**meet** 11:8,10,13
  11:14 32:16
  33:17 85:24
  103:5 140:25
  164:25 165:2
  227:11
**meeting** 16:11
**member** 131:23
  131:24
**meme** 44:5
  45:3,10,11,13
  45:20,25 88:20
  88:21 89:9,17
  112:19,22
  113:19,22
  114:3,6 190:11
  190:13 191:15
  193:9 196:7,13
  197:20 199:13
  201:2 206:9
  209:14,20

220:23 221:23
  225:25
**memes** 88:14
  89:18,25
**memory** 10:6
  11:25 21:13
  33:25 81:9
  212:6
**mental** 21:19
**mention** 166:2
**mentioned** 46:3
  67:23 83:15
  88:12 119:13
  166:24 221:22
**merch** 37:23
**merchandise**
  223:11,13
**meredith** 7:21
**merit** 202:18
**message** 42:9
  43:17 82:9
  83:14 100:22
  157:10,14,19
  160:4 170:13
  194:1
**messaged**
  151:20
**messages** 32:22
  48:10 52:13
  83:12 84:14,17
  84:19,21 85:18
  86:7,14,23
  87:12 88:4
  112:25 120:11

121:3 130:4,12
  130:21,23
  135:8 139:18
  144:21,22
  145:11 157:18
  157:20,21
  162:8,10
  163:21
**messaging** 53:1
  116:15 162:17
  162:18,19
  164:7
**met** 11:21
  12:25 13:4
  15:9,17 16:9
  32:19 33:2
  34:1 48:15
  51:8 207:19
**method** 140:16
**metrics** 111:17
**mic** 43:2
**middle** 72:8
  138:1 168:19
**middlebrooks**
  1:2
**midwest**
  229:17 232:1
**migration**
  16:20
**military** 6:16
  6:17 7:11
**milk** 201:15
**million** 81:22
  216:22

**millions** 207:13
**mind** 14:20
  26:5 35:11,25
  36:24 109:22
  111:15 115:12
  123:13 137:15
  143:17 148:12
  169:12 197:19
  209:12,21,22
  211:15 213:21
  218:24
**mini** 216:13
**minor** 222:15
  222:24
**minute** 42:23
  53:4 97:17,18
  108:21 211:20
**minutes** 160:15
  211:19 218:10
**misinterpreting**
  53:3
**missed** 160:12
  225:24
**misspoke** 89:15
**misstated**
  137:2
**mistaken** 219:7
**misunderstood**
  58:5
**mixing** 163:19
**mobile** 113:11
**model** 202:24
**models** 201:21
  202:13 203:11

**[models - notice]** Page 33

203:13
**moderator**
116:15 120:11
120:14,18
148:11
**modification**
153:21
**moines** 6:3 7:23
7:24 16:23
**moment** 94:14
97:19 123:13
140:2 148:13
195:20
**monday** 227:12
**money** 15:3
161:10 177:16
201:15 203:1
206:3 225:12
225:12
**monitor** 10:9
**moss** 20:10
**motion** 103:6
125:19
**mouth** 19:22
**move** 5:15 26:3
90:11 100:24
100:24,25
102:3 103:9
115:20 130:2
182:24 210:18
211:15 213:24
**moved** 160:12
**multiple** 81:5
121:20 154:5

163:16 167:14
192:6 198:12
198:16
**mundley** 20:19
**mute** 43:2
**muted** 43:7
**myers** 2:13

**n**

**n** 2:2 3:1 32:19
**name** 6:8 8:13
11:18 13:11,13
13:16 17:8,8
22:10 28:14,21
38:13 51:20,21
51:25 61:3
86:1,4 105:7
152:2 164:16
166:21 192:9
192:10 193:3,5
199:21 200:13
200:15 208:19
209:2 218:8
229:6 230:3,4
230:15 231:3,4
231:21
**named** 146:15
199:21 214:7
**names** 8:20
13:23 14:2,3,9
14:13,20,22
40:13 193:22
**narrow** 122:11
123:17 133:3

158:10 172:2
**nature** 70:17
94:24 211:13
224:23
**near** 21:8
**nebraska** 6:11
16:21
**necessarily**
187:22
**necessitated**
160:25
**need** 26:13 37:8
37:21 58:8
61:12 85:2,3,4
92:19 93:13,14
93:22 106:21
134:10 137:12
140:3,19,24
145:10 146:9
146:22 147:21
148:3 164:24
200:5 211:17
211:19,19
218:12 226:19
**needed** 77:19
159:4 186:22
**needs** 141:4
188:10
**negative** 37:3
206:21 209:6
213:3,15 220:5
220:6,6
**never** 31:6 46:2
66:14 103:15

103:17 111:15
137:15 141:18
151:4 152:22
155:23 168:11
182:22 197:15
199:25 200:4
200:19 201:2
207:20 211:15
**new** 92:8 123:7
151:14,17
180:20 182:14
**news** 151:19
222:13,18,21
**nice** 41:25
**night** 9:9
**nod** 21:2
**noise** 217:23
**non** 135:13
141:22 142:10
142:25 165:24
**normal** 226:14
**norris** 141:13
**notarized**
229:14
**notary** 229:25
230:10,18
231:15,23
232:23
**note** 209:25
229:12
**noted** 29:19
120:1
**notice** 223:1

**notion** 206:17
**number** 48:11
54:15,23 59:10
78:11 83:9,10
89:22 90:5,10
90:14,21 96:18
102:13,15,17
103:21 111:8
113:8 115:22
115:24 116:2
117:13,14
119:10,20,22
121:10 122:7
130:3,7,10
142:2 143:20
143:21,23,24
145:9 154:11
159:25 160:8
160:13,14,18
166:11,25
213:25 229:7
229:13
**numbers** 90:6
231:7
**numerous**
134:14

**o**

**object** 60:24
65:3 66:22,24
80:2,10 89:5
90:12 173:6,23
175:10

**objected** 58:9
65:2 66:10,12
67:2 78:23,25
79:23 80:5,13
125:18,18
**objecting**
121:19
**objection** 29:9
29:15,18,19
30:5 60:23
64:19 66:9,11
66:14,25 71:20
75:19 78:1,17
79:20,22 80:6
80:11,12,13
88:22 96:12
98:16 99:5
100:21 101:4
128:24 172:23
173:11 174:16
176:13 191:5
213:16 222:17
**objections** 4:3
5:18 67:4,16
71:22 72:4
77:7,22,25
78:6,10,11,16
78:20 79:1,6
80:3 81:22
116:19,21
117:22 118:13
118:17 120:1
122:12 123:3,6
123:18,22

125:23 126:19
128:14 135:6
135:14,22
154:9 163:16
165:22
**objectives**
96:21
**objects** 5:20
23:3
**obligation**
173:15
**obtain** 118:5
**obvious** 94:18
**obviously**
154:3
**occasion** 34:2
144:6
**occasionally**
27:21 96:24
147:4
**occasions**
198:13,16
**occupation**
29:4,25 30:2,7
**offensive** 209:9
**offer** 110:12
**offered** 110:20
110:25,25
**offering** 108:5
**offhand** 95:4
114:22 202:6
206:25
**office** 20:8,9,11
20:14 21:3,8

21:22,24 22:19
22:23 23:8,25
24:5,10 25:19
25:21,23 26:1
26:1,7,8,10
217:6
**offices** 2:7
**official** 230:15
231:21
**oh** 11:16 92:7
96:15,16
160:10 184:17
**ohio** 229:2
**okay** 4:6 5:24
6:6,19 7:15
8:10 9:1,10
10:11,19,25
11:24 12:25
13:10 15:9,9
18:24 22:17
25:17 26:20
28:1 29:7 30:3
30:16 33:4
34:1 35:9,13
35:18 36:22
37:7 38:7
41:10 43:2
48:1,24 49:19
50:6 53:9,17
54:9 55:3,18
56:6 57:13
58:17,25 60:22
67:5 68:1
69:16 71:15

**[okay - overbroad]**

74:15,25 75:17
77:5,8,17,24
78:16 80:16,20
81:15,20,25
83:21 85:17
89:11,20 90:8
90:20 92:25
93:23 94:25
96:2 104:6,10
104:23 105:1
105:11 107:8
108:25 109:19
111:5,8,15
112:14 115:6
115:23 116:1
117:25 130:1,1
130:9,14
134:12,23
137:10,12
138:10,11
139:2 140:11
141:3 143:14
143:18 144:7
144:19 145:19
145:23 146:19
147:16,17
149:21 152:4
153:14,25
154:1 155:11
155:19 156:9
156:17 158:1
159:10 160:12
160:20,21
161:11 162:7

166:14,22
167:13 168:25
169:23 170:5,7
170:8,11,24
171:9 173:13
173:22 176:9
177:8 178:11
181:4 182:19
183:1 185:17
189:12 193:20
194:21 195:18
196:2 197:9,10
197:20 199:6
204:6 205:21
210:17 211:15
212:2 213:22
213:24 214:23
215:7,12 216:3
217:5 225:10
226:4,6,22
227:2
**old** 141:9
**once** 52:7 93:15
198:14 207:20
**ones** 66:6
124:11,14
146:18 156:8
156:11
**online** 11:12,22
23:11 32:22
33:2 77:3 78:4
97:2,9 106:11
108:2 112:20
131:7 216:2

217:14 219:20
**open** 10:10
134:18,20,21
169:23 195:17
**opened** 11:1
67:21 169:15
169:17
**opening** 182:20
183:10 226:2
**operate** 184:20
188:17
**operates**
223:22
**operating**
105:9 180:4
**opine** 80:1
178:20 205:3
**opinion** 34:14
34:24,25 35:15
35:20 37:3
48:2 80:1,4
189:24 191:23
**opinions** 36:11
185:8 190:5
213:19
**opportunity**
176:4
**opposite** 88:23
**opposition**
205:3
**orchard** 70:12
**order** 23:18,19
23:21 25:7
105:23,25,25

107:18,22
201:15 227:1,1
227:3
**ordering** 226:9
226:11,11,25
**orders** 20:22
23:11 24:5
**organization**
204:18 205:23
207:2
**organize** 40:9
97:19
**original** 220:14
228:14
**originate** 218:2
**origination**
40:4
**originator**
199:17
**orlando** 8:2,4,5
20:8,10 21:6,7
21:8
**outreach** 175:4
175:6,24 176:6
180:1 189:7
**outside** 26:18
29:13 50:21
117:2 159:5
173:16
**overbroad**
66:12 77:8
88:23 89:6
117:1

**[overseas - people]**

**overseas** 7:7,8
**overt** 218:7
**own** 12:8 18:6
  18:8 27:6
  33:25 92:2
  144:12 146:1
  149:3,11
  156:25 160:6
  161:4,6,23,25
  169:9 173:25
  184:10,11
  187:2 210:1,21
  212:22 213:14
**owned** 21:16
  24:13 27:7
**owner** 18:5
  29:2 104:8
**owning** 15:25
  31:19
**owns** 21:18,20
  28:25 29:12
  131:3,10

**p**

**p** 13:22 28:16
  28:17 43:13
  62:2,5,7,10,16
  63:25
**p.m.** 227:13
**pa** 2:7
**package** 25:7
  25:11
**packing** 23:14
  23:21

**page** 3:3,7 4:2
  59:17,19 85:22
  111:9 116:3
  139:13 198:10
  229:13,15
  231:7 232:3
**paid** 49:7,10,13
  150:25 151:10
  189:19 221:8
  224:18,19
**paper** 24:23
  222:1
**papers** 54:4
**paragraph**
  171:3
**pardon** 144:8
  168:15
**parrots** 176:19
**part** 12:13 21:1
  23:18 27:4
  63:12 110:3
  120:15 126:7
  163:17,20
  170:18 180:25
  182:5 189:16
  197:18 212:24
  216:18 223:9
  231:9
**partially**
  191:14
**participants**
  189:14
**participate**
  116:13 120:5

128:16 129:8
  219:20
**participated**
  120:10,13,17
  124:10
**participating**
  124:15 126:2
**participation**
  92:24
**particular**
  14:14 27:3
  36:23 39:9
  49:15 53:8
  69:12 78:2
  110:15,16
  116:3 117:16
  120:9 136:19
  203:3 208:23
  209:7,11,18
**particularized**
  77:9 116:25
**particularly**
  10:5 21:9
  30:20 40:2,17
  51:5,13,24
  189:23
**parties** 70:18
  75:2 123:15
  135:13 154:12
**partner** 128:4,6
**partners** 93:24
**parts** 19:13,14
  19:16,17 20:3
  20:7 24:20

25:14 105:25
  214:10 223:20
  224:3
**party** 81:1
  135:10 168:3,5
  168:11,18
  169:4 190:25
  191:2 218:21
**pass** 201:13
**passed** 171:8
**passing** 127:8
**past** 172:14
**patches** 179:11
  180:6 223:14
  224:25
**pay** 4:8 25:23
  39:16 41:12
  47:2 144:15
  149:13,21
  150:3,6 172:1
  176:12 185:11
  186:18 187:4
**paying** 25:25
  171:22 172:5,6
  175:1 187:6
  188:23
**payments**
  151:5
**pays** 225:7
**pc** 2:2
**pending** 169:6
**pennies** 14:9
**people** 11:12,17
  15:2,3 25:7

**[people - please]**

27:21 39:12,18
39:25 40:8,11
40:17 41:4,6
45:4 46:21
53:19 54:1,12
54:12 74:23
75:2 93:19
106:10 123:16
133:21 136:8
145:10,15
146:9 149:3
151:19 152:17
164:20 167:15
170:21 171:14
171:17,19
172:1,3 177:21
178:12 187:24
188:1 189:9
192:6,8 193:3
201:16 212:2
217:14 219:20
**people's** 195:6
**percent** 18:9
29:2 110:1
179:15 220:4
**percentage**
220:12,20
**perfect** 141:7
217:10
**perfectly** 94:18
**perform** 49:13
**performance**
111:17

**performed** 23:8
161:20 163:1
166:19
**period** 16:9
85:19 86:22
99:15
**permission**
177:13
**persistent**
132:22
**person** 33:17
42:9,9 97:1,7
101:24 107:18
110:16 127:20
131:5 145:7,13
152:8,11,17
164:15,25
165:2 167:3,21
184:7 192:9
193:4,6 200:11
200:15 212:10
214:8 215:1
224:9
**person's**
164:15,21
**personal** 95:25
206:1 208:1
228:10
**personally**
27:15,16 31:3
36:10 230:11
231:15
**personnel** 7:8

**persons** 67:24
69:19
**pertain** 137:6
145:9 171:1
**pertained**
64:17
**pertaining** 33:5
104:3 138:13
139:23
**pertains** 44:1
**pertinence**
123:2
**peter** 1:10
151:11 154:1
160:19
**pew** 182:16
217:19,20,23
217:23 218:5,5
**ph** 2:3,8
**phone** 48:11
52:3,9,10
60:20 72:14
88:4 94:5
101:23 113:8
127:20 229:3
**phonetic** 20:19
**phrase** 13:10
**physical** 20:11
20:14 26:8
**physically** 21:3
**picture** 226:5
**piece** 80:17,17
172:12 176:17
217:11

**pieces** 25:2
**pineapples**
176:19
**place** 25:7
113:25
**places** 23:18
85:7 105:23
133:18 134:7
156:23 184:14
**plaintiff** 141:25
168:6
**plaintiff's** 50:4
59:14
**plaintiffs** 1:6
2:5 3:11 5:8
138:18
**plastic** 180:8
**platform** 14:17
14:21 40:25
86:16 90:19
91:6 115:7
162:13,24
**platforms** 14:4
14:12 69:22
77:3 87:14
88:2
**player** 189:17
**pleasantries**
33:19
**please** 4:7 5:25
5:25 30:13
53:24 59:8
62:4,24 71:11
80:18,22 82:3

**[please - price]** Page 38

105:2,5 108:18
116:3 121:21
121:25 122:6
129:1 130:3,9
131:4 135:1
143:16 144:3
148:5 167:25
169:22,24
170:12 174:18
176:11,13
182:2 183:13
192:9 193:3
195:8 209:7,24
213:25 214:3
226:12 229:11
229:11
**plus** 182:16
**podcasts**
109:23
**point** 6:21 11:4
12:17 16:1,3,4
29:10 32:8
34:13 39:3
42:4,13 44:15
46:16 60:12
66:18 72:6,7
73:6 94:22
122:11 163:11
163:14 171:8
172:15 176:23
193:23 201:20
204:24 222:9
**pointing** 226:2

**policies** 14:11
**polite** 208:15
**political** 16:1
**politics** 14:12
15:15,18,19
131:8
**poly** 202:24
**poorly** 145:10
**pop** 179:10
**popped** 83:13
**portion** 162:22
176:25
**position** 17:18
118:5 146:23
146:25 186:12
**positions** 7:9
**possession**
74:19 117:3
135:12 165:25
193:24
**possibility**
134:5
**possible** 133:10
134:3 144:10
144:11 150:12
150:17,20
152:13 153:8
153:12 183:18
219:7,9
**possibly** 167:24
**post** 92:7,8
114:24 190:11
193:9,16 204:1

**posted** 15:5
42:3,12 114:15
115:1 190:13
191:15 194:9
194:11,12
198:19 206:14
207:14 209:20
210:1,2,12,20
**posters** 178:3
**posting** 88:9,19
209:14 211:11
**posts** 20:1
88:15 89:18,25
115:3 130:4
**potential** 136:5
**potentially**
127:2,18 149:6
210:4
**power** 145:14
**practically**
6:24
**praising** 214:6
214:7
**precision**
199:13
**preface** 197:16
**prep** 209:17
**preparation**
8:23 9:4,11,14
**prepare** 8:15
178:17
**preponderance**
34:20

**prepublication**
167:18
**presence** 179:9
186:16
**present** 2:17
45:22 141:23
142:25 160:24
225:22
**president** 18:24
**presumably**
13:4
**presume**
102:25
**presupposes**
91:21
**pretty** 16:1
24:6 31:14
32:6 42:5
44:15 49:1
57:6 58:8
105:10 106:2
115:9 120:23
124:1 130:5
136:10 144:19
185:3 203:19
210:16 212:12
222:8 225:7,15
**previous** 89:23
142:5,7 161:3
163:19
**previously**
100:5 119:13
**price** 220:14

**primarily**
127:23 161:21
161:22 180:3
217:6

**primary** 29:4
29:25 30:1,7

**principal** 7:20

**print** 23:1
24:22 186:2

**printable**
202:21

**printed** 9:23
27:19 30:21
31:1,9,24 32:1
32:7 39:13
40:3

**printer** 22:25
22:25 23:4,5,6
24:15,19,19,21
25:1

**printers** 24:12
27:22,23

**printing** 24:23
151:16 179:16

**prints** 181:7

**prior** 8:22
72:16 120:24
121:23 122:1
144:1

**privacy** 135:13

**private** 59:3
137:16 139:8

**privilege** 72:16
72:19,23

100:24 101:2
103:17 129:3

**privileged**
98:17,21 99:3
99:6 101:14
102:17,19,22
103:1 165:24

**probably** 11:9
12:1 13:7
32:17 33:6
42:14,19 45:14
47:9,12,16
48:10,13 50:14
55:6 62:23
69:13 74:14,21
76:2,22 86:15
104:6 106:4
108:20 111:4
114:17 127:21
155:7 195:5
203:12 215:3
221:20

**problem** 31:1
50:15 85:5
122:24 166:14

**problems** 15:2

**procedure** 5:11
230:5 231:5

**proceed** 120:2

**proceeding**
100:23

**proceedings**
98:25 100:8,16

**process** 82:3
126:3,7

**produce** 32:6
56:16,21 57:5
57:8,14,23,24
71:2,9,15 72:2
73:10,24 74:1
74:6,13 75:5
75:12 76:24
77:4 82:16
91:20 94:9,11
94:18,20 101:2
101:6 103:3
116:17,24
117:8,10 134:8
135:3,19 137:7
143:6 163:5

**produced**
56:18 65:17
81:23 95:2
98:13 100:10
104:13,21
123:6,19
137:18 147:13
157:24 165:24
166:18 228:4

**product** 95:18
107:20 172:14
172:16

**production**
9:24 55:22
58:14 59:15
66:21 67:3
103:16 195:16

229:15,17,22

**productive**
50:21,22

**products** 171:3
171:4,5 176:7
178:7 218:15

**profanity** 217:2

**professional**
149:15

**profits** 170:20
177:18

**programmer**
7:18

**programs**
220:9

**projects** 179:12
180:15,23
185:1,22
201:15

**prominent**
186:16 192:7,9
219:19

**promote** 108:2
108:14 180:23

**promotion**
69:22 77:3
81:3 82:14
97:4

**promotional**
90:17

**pronoun**
185:24

**pronounce**
17:5

**[proof - questions]**

**proof** 199:14
**proper** 71:1,22
  72:4,12 73:4
  78:24 79:9
  80:2,14
**properly** 17:6
  65:6 66:10,12
  67:2 78:23
  80:5,12
**property** 8:8
**protected**
  72:13 97:15
**protocol**
  140:12,13
**provide** 41:7
  58:12,13
  117:20 135:23
  136:7 162:9
**provided** 47:13
  47:16 58:8
  83:3 119:15
  136:24 154:14
  192:18
**provider** 161:5
**providing**
  196:10
**public** 28:11
  34:20 35:15,21
  52:14,15,22,25
  53:19 54:2,11
  76:7 95:17
  190:4,6 193:22
  194:5 207:21
  207:22,23

208:8,13,14
230:10,18
231:15,23
232:23
**publicly** 15:5
  206:20
**pull** 23:22
  171:5 196:13
  197:20
**pulled** 157:15
  201:21 203:11
**pulling** 34:11
**purchase**
  107:14
**purchased** 44:8
  44:12
**purchases**
  108:6
**purely** 218:16
**purging** 86:14
**purpose** 48:21
  178:8 211:8
**pursuant** 5:10
**put** 14:24 23:22
  24:24 30:24
  70:1 72:6 96:6
  99:14 172:13
  176:21,22
  177:7 191:23
  191:24 196:9
  198:22
**puts** 25:11
**putting** 67:1
  174:12 212:21

218:24

**q**

**qc** 16:18
**qdo** 129:10
**qno** 129:13
**qokay** 30:10
**qualifies** 39:23
**query** 85:23
**question** 5:14
  27:9 29:21
  30:5,13 31:14
  31:15,16 33:25
  35:3 36:19
  42:15 47:8
  49:19 50:16,23
  52:17,19 60:13
  64:23 65:1,4
  66:13 71:11
  73:13,15 74:2
  75:4,7 78:7,8,9
  78:14 80:19
  81:19 82:17
  85:15 91:10
  92:13 94:11
  98:5,6 99:17
  102:4,6 103:7
  103:11 105:2
  109:16,19
  112:17 118:7
  119:24,25
  121:16,22
  122:12 123:3
  126:10,18

127:22 129:19
129:21 132:20
134:10 135:1
135:17,18
136:16 138:12
140:21 148:23
149:9 173:1,5
173:14,23,23
174:5,11,18,23
175:12,20
176:14 178:18
182:10 184:16
185:19 191:15
196:15 208:24
216:10 220:2,3
225:19
**questioning**
  21:13 29:10
  33:25 123:4
**questions** 4:1
  5:13,19,21
  24:8 27:5 48:6
  48:8 53:19
  54:1,5,13,13
  66:21 94:16
  95:18 96:8
  109:16 118:11
  118:13,16
  128:3 129:22
  142:22 147:5
  147:11 178:18
  190:24 216:4
  217:5 224:13

**[quite - record]**

Page 41

| | | | |
|---|---|---|---|
| **quite** 15:1 27:5 98:23 122:22 122:25 224:12 | **readily** 197:7,9 **reading** 37:19 59:22 68:3 78:13 80:23 88:7,24 89:3,7 89:16 90:14 92:21 103:21 111:9 116:19 134:12 178:2 179:7 183:23 184:3 195:21 199:6,24 201:12 202:20 202:22 203:16 206:16 212:13 212:18 214:11 229:19 | 132:20 157:1,1 162:16 164:7 164:11 171:7 176:20 181:2,6 186:7,8 190:8 190:16 217:9 219:17,18 220:12,14 | 108:15 127:7 128:9,9 166:18 182:20 187:12 210:4 218:12 221:7,10,16 222:13 |
| **r** | | **realm** 31:24 | **receipt** 229:18 |
| **r** 13:22 28:16 28:17 43:13 62:5,6,10,16 228:1 | | **reask** 136:16 | **receive** 103:25 104:17 105:24 111:13 |
| **radio** 109:10 **raised** 33:24 122:12 123:3 123:18 135:22 | | **reason** 14:8 200:1 203:20 229:14 231:8 232:3 | **received** 85:18 97:24 103:25 111:13 118:15 123:19,20 144:23 |
| **ran** 183:24 **rang** 194:15 **range** 156:22 **raw** 160:3 | **ready** 157:14 193:24 194:2 194:25 195:3 | **reasonable** 141:6 157:5 161:11 163:2 165:23 224:14 | **recess** 43:3 109:3 143:19 211:21 |
| **read** 10:19,22 10:24,25 11:2 30:4,6 36:4,5 42:19 58:11 79:24 81:12 83:13 87:3 102:1,17 117:5 117:6 119:24 122:1 128:25 129:4,6 130:6 134:14 157:15 157:22 175:21 175:23 181:18 214:5 215:8 230:5,6,12 231:5,6,17 | **real** 173:25 181:6 220:9 **realize** 101:13 **really** 10:23 11:18 14:14 15:18 17:21 18:3,14 30:24 32:23 34:3 35:16 36:22 45:7 46:18 47:6 52:17 93:18 96:21 113:7 117:20 118:1 120:2 | **reasonably** 77:9 116:25 **reasons** 118:18 **rebut** 210:6,10 211:8,11 **rebuttal** 207:5 207:7,10,11,14 207:16 210:8 **rebutted** 210:3 **recall** 36:15 53:10,25 54:21 95:4 97:11 98:9,12 99:18 99:23,24,24,24 99:25 100:12 103:12 105:7 | **recipient** 162:11 **reclassify** 67:20 **recognize** 221:20 **recollection** 83:21,23 104:16 217:16 **reconstruct** 160:4,5 161:7 **record** 30:6 37:9,11,12 42:24 43:14 54:11 67:1 72:5,7 79:20 80:6 99:5,15 |

**[record - remember]**

103:15 104:21 104:25 109:5 122:3 124:20 129:6 136:17 173:11 174:12 175:23 228:11 231:9
**recover** 160:3
**red** 170:20
**redaction** 207:4,5
**reddit** 45:14 76:8 84:12 85:9 87:8 115:3 141:24 143:1 170:10 179:9
**redditfam** 179:15
**redirects** 44:18
**reduced** 228:7
**refer** 168:8 208:1
**reference** 36:25 81:9 90:1 202:14 225:24 229:7 230:2 231:2
**referenced** 117:13 230:11 231:15
**references** 117:14 141:24 143:1

**referencing** 88:21 89:8 130:12 142:13 154:12
**referral** 111:17
**referred** 177:23
**referring** 104:16 112:4 132:8 137:8 168:21 171:13 180:16 191:17 203:3 215:4
**refers** 116:3
**reflecting** 80:24 90:15 103:22 111:10 111:16,23 114:9
**refresh** 81:9 104:15 212:6
**refute** 204:10 220:24
**regard** 104:14 114:20
**regarding** 54:2 96:19 100:8 110:22 115:10 140:1 158:14 166:16 199:15 200:14 208:15
**regardless** 16:2
**regards** 55:23
**regular** 19:18 24:22

**regularly** 20:1 144:17
**relate** 162:25
**related** 26:21 26:22,24 27:8 39:17 41:23 57:2 67:9 68:19,23,25 69:6,10,21 70:4,5,16 77:2 83:24 85:12 90:19 91:5,8 91:14 96:8 97:9 131:8 167:7 188:13 201:7
**relating** 65:11 82:6,13 83:15 92:22 97:2
**relation** 147:2
**relationship** 51:1 149:15 174:25
**relationships** 178:11
**relatively** 15:20 35:12
**release** 185:1
**releasing** 185:22
**relevance** 18:4 29:15 60:14 173:7 174:16 176:13 182:9

197:18 218:10
**relevant** 57:11 58:4,7 70:18 73:21 74:2 83:3 98:11 100:10 101:17 123:8 128:3 134:6 136:18 154:4 157:2 161:3 163:18 169:13 170:18 173:2,21 174:2 174:14
**relied** 90:5 143:3,7,10
**rely** 115:18
**remaining** 141:22 142:10
**remarkable** 214:9
**remember** 6:8 8:7 14:15 30:18 32:15 33:23 34:1 40:14 43:23 44:22,24 45:1 45:19 46:12 51:13 76:4,20 98:10 104:15 127:25 133:14 153:20 163:14 170:12 183:14 195:11 221:3 221:25 222:3

**[remote - result]**

remote 47:4
remotely 2:1
remove 145:15
 207:4
removed
 145:11
render 79:25
rent 25:23,25
repeat 13:21
 29:21 36:19
 71:11 98:6
 175:20
repeatedly
 124:25 187:13
repeating
 61:13 205:15
rephrase 5:15
 65:8
replicate 69:25
reply 39:2
replying 38:16
 213:12
report 192:10
 193:6,23,25
 194:22 221:16
 221:19
reporter 1:24
 30:4 42:25
 80:18 121:25
 129:1 173:13
 174:4 175:21
 226:9,13,16,19
 226:22,23
 227:3,7 228:3

230:7
reports 192:6
 193:2 222:13
 222:19,21
reposting 88:19
represent 5:8
 72:12 81:11
 170:10
representation
 161:14
represented 9:3
representing
 153:25
reproduced
 228:17
reputation
 220:24
request 8:19
 55:21 58:14
 59:9,19,22
 60:4 64:18
 65:22 66:10,20
 67:5,24 68:2,4
 68:5,18 74:3
 75:5 77:20
 83:16 84:1
 88:6 89:12
 96:11 115:21
 116:3,14,25
 119:10,18,19
 130:13 132:10
 134:13 135:7
 140:25 154:7,9
 154:11 157:25

165:19 207:3
 231:9,11
requested 30:6
 57:3,4 68:17
 129:6 134:7
 175:23
requests 9:24
 10:3 59:16
 67:2 71:5 79:2
 126:20,24
 127:5,9,14
 154:5 195:16
require 91:20
 122:21
required
 161:11 229:25
requirement
 103:16
requiring
 142:8
reread 154:7
rereading
 134:9
reserves 6:23
residential 8:3
resonated
 194:13
resource
 224:14
resources 31:4
respond 66:13
 184:24 185:7
 215:10

responded
 122:13 135:7
 154:10
responding
 123:23 223:15
response 66:20
 75:4 79:2
 98:17 102:15
 102:17 113:14
 116:20,23,24
 118:15 122:6
 123:5,18,20,21
 135:7,11,13,22
 136:23 137:3
 139:10 142:1,4
 142:4,5,7,16,17
 157:24 165:9
 165:12,20,21
 166:13 169:3
 219:11
responses 3:11
 13:9 50:4 54:6
 54:7 58:13
 59:5,14 69:20
 76:12 85:23
 122:16 130:17
responsibilities
 92:23
responsibility
 217:1 228:16
responsive
 104:18 165:24
result 123:3
 140:7 161:21

**[result - road]**

161:22 185:14

**results**  67:25 68:7,9,13 70:15,17

**retained**  160:2 160:7

**retards**  184:24 186:15,16 219:15

**retract**  175:14

**retrieve**  118:19 119:5 124:3,19 140:17 156:11 157:6,9 158:14 158:24 159:15 159:18 160:25 162:8

**retrieved**  42:13 120:16 157:18

**retrieving** 158:17

**returned** 229:18

**revenue**  103:23 104:3 111:11 150:14

**revenues** 104:11 105:6

**review**  65:23 107:20 229:12 230:1 231:1

**reviewed**  8:19 9:21 10:1

**reviewing** 16:19

**revisions** 152:10

**rfp**  140:23 155:3 163:20

**rfps**  163:18

**rico**  140:6

**right**  4:4 10:7 10:12,15,18 11:22 13:2,5 14:10 15:10,20 15:21,24 16:5 17:7,22 18:1,5 19:5 20:3 21:14,25 26:5 26:17,22 28:1 31:5,23 35:21 36:4 37:4 38:13,20,22 42:21 43:15,18 43:20,21,24 45:3,6,9 48:25 49:3 50:2 55:2 56:17 58:10,23 61:10 62:1,10 62:11 63:4,16 64:2,3,6,15 66:8 69:10,16 70:2,10,12,22 74:5,8,17 77:12,14,18 78:11 80:11,16 81:24 82:18

83:10 85:2 86:3 88:21 89:10,15,17 90:6,7 91:4,7,9 91:12,25 92:21 93:7,9 94:7,13 95:23 98:9 100:5 104:7 108:7 109:1 110:5 113:19 114:7,21 119:2 119:20 124:19 124:22 125:9 130:19 131:13 132:11 134:1,4 134:12,19,24 135:15,21 137:16 138:21 138:25 140:8 142:6,12,14 143:3,8 144:5 144:14,16,20 144:23 145:25 146:2 149:5,14 149:17 150:10 150:13 153:8 153:23 154:17 154:18 155:19 156:24 157:10 158:6 159:22 160:19 162:15 166:16 169:4 169:20 170:16 171:10,17,23

172:5,8,19,21 177:11,17,18 180:3,20 181:1 182:23 184:10 186:20,25 188:2,5,11,21 188:24 189:1 189:11,13,14 189:17 190:14 190:19,20 191:21 192:24 195:13 197:7 198:16,22,23 199:23 201:24 205:24 207:5 207:14 208:22 209:10 212:22 213:1,6,20 215:2,9 216:5 216:14,18 218:9,22 219:10,13,14 219:18 220:6 220:17,21 225:2,17 226:4 226:7 227:6

**rights**  69:13 135:13

**ring**  152:5

**rings**  170:14 222:2,5

**risk**  14:11

**road**  2:7 8:5 20:10 101:6,10

**[rocket - saying]**

**rocket** 40:19,22
**rocket.chat**
  39:15 40:24
  41:11 42:4
  43:6,10 46:20
  46:24 47:11,23
  49:20 50:7
  85:9 88:10,11
  113:16 114:7
  144:3 152:14
  152:16 154:17
  162:25 193:10
  215:2
**rocket.chat.**
  42:20 46:22
  145:24 152:2
  166:2,7 167:12
**rodriguez** 1:24
  228:2,21
**role** 39:14
  41:10 92:23
  148:5,9 185:5
  185:10 186:4,4
  189:16 201:9
**roles** 186:7
**room** 11:24
  13:4 33:4 38:6
  38:18 39:21,22
  39:24 40:25
  84:19 85:13,18
  85:20,21 86:3
  87:9 113:17
  114:16 115:8
  116:4 118:20

118:24 124:4,9
124:16 137:24
145:8 148:5,7
152:18
**rooms** 84:13,18
  84:20,22,23,25
  84:25 86:25
  87:4,8 116:7
  119:1 120:5,7
  125:2,3,6
  138:23 139:19
  139:22 145:14
  164:19 167:15
  190:10
**roughly** 15:12
  19:4 32:15,16
  76:19,21 138:7
**row** 199:9
**royalties** 4:8
  170:23 171:22
  172:7 175:2
  176:12 224:20
**royalty** 176:25
**rpr** 1:24 228:2
  228:21
**rude** 195:2
**rules** 5:11
  145:15 217:3
  230:5 231:5
**run** 24:10,11
  24:15 27:17,19
  40:19 41:23,23
  60:17 61:18
  184:8,12,13,20

184:20 188:8,9
217:10
**runner** 212:19
  212:24 213:15
**running** 21:11
  29:5,25 30:8
  60:6 93:19
  184:22
**runs** 219:8

**s**

**s** 229:15 231:8
  231:8 232:3
**safe** 216:11
**saint** 181:15
**sale** 19:13
  176:7
**sales** 96:23
  108:2
**satisfactory**
  58:2
**satisfied** 79:8
**save** 179:15
**saved** 64:14
  86:11,23
**savvy** 47:24
**saw** 45:18,22
  46:5,18 54:4
  76:8 151:19
  202:10 203:6,8
  203:10 220:22
  221:20 222:18
**saying** 9:18
  11:21 14:24

15:24 27:8
31:6,8 37:23
38:16,24 43:18
43:19,20 44:14
45:3 47:1,16
51:22 53:4
54:19,21 66:13
66:23 68:1,8
69:7 70:19
71:6,24 72:17
72:21 73:5,24
81:14,17 88:22
89:5,7 95:19
99:11 100:15
101:19 102:6
107:23 113:12
115:25 121:2
121:21 122:25
136:20 140:16
140:23 143:5
143:12 144:16
154:23 156:1
157:17,19
158:2 160:24
162:25 172:19
174:12 177:9
182:5 184:8,9
185:16,18
186:4 193:4
194:4,11,13,21
194:25 195:3
195:25 198:17
199:2 204:11
205:7 210:7,20

**[saying - sell]** Page 46

219:16,18
221:17 224:10
**says** 37:19
43:24 45:9,10
45:11 135:8,11
157:25 160:1
160:18,23
165:12 166:4,6
166:17,17
170:18 171:2
181:2,3 183:20
196:11 198:10
212:13 214:8
219:13
**scam** 15:3
212:16
**scenario**
176:16
**school** 6:4,5,6,7
6:9,15 24:25
**scope** 26:19
29:13 158:10
**screen** 11:18
13:11,13,16,23
14:2,3,9,13,20
14:21 40:13
58:22,24
195:15,17
211:25
**screenshot** 38:4
39:9 43:25
170:3 192:18
**screenshots**
88:15 89:18,25

130:17,20,22
137:3 138:7
**screwdriver**
216:13,13
**seal** 23:23
230:15 231:21
**search** 55:25
61:2 67:23
68:2,6,9,12,14
68:21,22 69:1
69:18,24 70:1
70:7,9,19,20
73:3,4 76:13
76:16 77:13,18
79:9 82:1,4,6,9
82:16,19 83:2
83:8,11,17
84:3,15,18,19
85:1,13,14,17
85:21 86:7,9
86:19,22 87:1
87:5,25 89:21
90:20,22 92:10
92:17,20 96:4
96:6,9 103:19
111:21 115:13
119:14,22
122:9,15,22
124:8,11 125:5
130:11 135:25
136:6 138:15
138:25 139:15
139:16,18,19
139:22 140:1,5

140:9,12 141:1
141:2,24 142:8
142:13,18,20
143:3,24
155:17,18
156:3,7 159:15
161:20 163:2
163:15,21
165:4,23
166:19 197:2
**searchable**
90:2
**searched** 82:10
85:10 88:5,6
130:12 166:23
**searches** 70:13
84:2 89:23
90:5 92:15
103:13 121:10
122:6 143:10
144:1,20 156:2
**searching** 66:4
79:8
**second** 15:22
37:10 108:19
154:15 161:9
161:24
**secondhand**
200:10
**secondly** 67:20
**secretary** 18:3
**section** 183:14
**see** 25:9 37:16
37:24 45:13

50:17 54:12,12
54:24 60:4
73:1 96:7
102:12 107:19
130:15 135:25
137:8 138:20
140:25 142:9
146:9 158:9
165:8 166:17
169:18,21
177:9 189:17
193:23 196:18
199:3 214:5
218:14 221:22
222:21
**seeing** 10:9
39:8 221:3
222:13
**seeking** 100:2
**seeks** 117:2
**seem** 213:14
**seemed** 41:25
48:5
**seeming** 186:3
**seems** 38:9
50:18 150:22
163:3 185:6
**seen** 54:16
170:8 184:5
199:14 200:8
200:10 214:18
221:18
**sell** 20:3 30:20
31:8 172:14

**[sell - show]**

223:11,20
224:3,22,23
225:4
**selling**  4:5 25:2
25:5,15 30:25
172:22 179:11
**sells**  172:16
**semi**  39:25
**send**  57:7 76:7
106:4 115:16
130:18 140:22
**sender**  163:9
163:12
**sense**  7:4 17:21
205:5
**sent**  22:14
55:14,16 56:13
57:4 60:2
64:15 69:6
85:18 97:24
105:8 107:21
109:11 114:19
115:2,14
119:16 130:16
130:20 138:7
144:23 162:10
**sentence**  79:16
201:12 203:16
**sentences**
222:14
**sentiment**
213:2
**separate**
172:18,24

173:3,7,25
174:3
**series**  140:16
**serious**  192:23
194:3 195:24
203:19
**serve**  79:10
**served**  6:17
10:20 198:5
**server**  39:16,16
39:17 41:1,1
41:12,13,15,19
47:2,4 61:2,5,6
61:18 73:1,3
113:18,19
114:5 116:6,6
116:9,11
117:17 118:21
118:25,25
119:14 131:1,2
131:5,9,10,12
131:13,16,25
132:1,4,12
133:5 136:12
144:4 145:8,11
146:24 147:3,5
147:6 148:1,2
148:8,10 149:3
149:11 150:4
151:22 160:5
185:12 186:19
189:1 215:15
**servers**  130:4
132:6,7 135:9

**serves**  11:25
**service**  26:21
28:11 61:19
95:17,18
109:25 131:7
188:17 214:13
215:5,10
**services**  160:4
161:5,6,16
164:7
**set**  3:11 41:20
50:5 59:14
152:17
**sets**  164:19
**several**  10:2
11:2 13:8
14:16,25 40:8
40:13 44:7
53:14 54:25
55:11,13 61:7
69:17 73:12,16
76:23,24
104:22 108:8
116:18,19
120:1 135:6
145:18 147:23
150:15 151:19
152:10 154:9
158:22 159:23
180:21,22
195:4 203:6,12
216:9 217:19
**sexual**  222:15

**sexually**  222:23
**shamed**  206:20
**shaped**  201:22
**share**  48:4
113:25 139:11
216:21
**shared**  96:21
**shares**  18:6
**sharing**  103:23
104:3 111:11
**sheet**  180:7
229:13 231:7
231:10,18
232:1
**shelves**  23:22
**ship**  23:23
214:10
**shipped**  25:12
**shirt**  172:13
**shirts**  223:13
225:1
**shock**  201:3
**shoot**  218:5
227:9
**shop**  105:23
**short**  42:22
**shorthand**  1:24
228:3,8
**shortly**  223:5
**shot**  38:5
**show**  27:21
182:21 194:21
198:15

**[showing - space]**

**showing** 147:14
**shown** 229:16
**side** 85:22
**signature**
  228:20 229:14
**signed** 228:15
  230:13 231:18
**signing** 229:19
**silence** 94:10
**silent** 53:13
**silly** 54:3 127:3
**similar** 11:11
  12:2,3 51:9
  70:17 91:16
  166:20 216:20
  224:2
**simply** 29:18
  78:23 125:12
  217:10
**sincerely**
  229:21
**single** 56:14
  57:5 64:15
  68:10 95:3
  107:18,18
  124:4,8 193:5
**sir** 5:23 79:18
  80:5 97:19
  100:24 102:9
  125:1 195:1,14
  202:3 211:6
  229:10
**sit** 192:21

**site** 43:16 110:6
  172:8 192:10
  192:23 196:4
  198:22 200:2
  221:4
**sitting** 65:23
**situation**
  140:21 154:8
**sleight** 208:20
**small** 17:20
  93:19,23
**smith** 109:11
**snapshot** 170:3
**social** 27:19
  28:9 85:8
  162:6 218:3
**software** 40:24
**sold** 171:7
**sole** 29:24
  217:1
**solely** 138:2
**solutions** 229:1
  232:1
**somebody** 10:7
  42:12 46:20
  54:4 73:7
  159:17 205:15
  214:7 218:5
**somebody's**
  20:13
**someone's**
  218:4
**soon** 108:17

**sooner** 30:14
**sopranos**
  182:20 183:5,8
  225:23,24
  226:2
**sorry** 8:19
  19:24 21:18
  24:7 29:21,23
  36:20 43:8
  44:10 46:11
  47:14,14,19
  49:18 50:9,19
  51:14 52:3
  56:2 61:12
  62:20 66:2,2
  68:3 71:10
  73:11 78:7,14
  84:24 85:16
  86:20 88:10
  89:7 105:7
  106:19,21
  111:16 115:20
  121:5 137:2
  139:2,4 145:20
  151:9 154:25
  160:10,12
  162:24 163:18
  169:16,19,20
  184:11 187:16
  190:21 196:18
  208:5 214:17
**sort** 12:23 13:9
  14:7,8,9 15:3
  16:18 22:22

  27:20,23 31:3
  34:11 36:9,21
  40:18,24 42:15
  45:18 47:17
  48:4 53:23
  70:13 82:11
  92:6 93:16
  95:6 110:17
  123:12 132:25
  134:16 149:14
  159:12 164:11
  164:19 177:13
  182:15 185:5
  188:17 210:8
**sought** 72:9
  146:5
**sound** 46:10
  161:12 217:23
**sounded** 44:16
**sounds** 17:16
  185:4 212:20
**source** 185:23
  200:3,5
**sources** 199:20
**southern** 1:1
**space** 12:16
  14:13 15:23
  20:3 27:11,23
  40:10 41:23
  46:15 54:14
  180:2,3 189:8
  189:14 223:22
  224:2

**[speak - strike]**

speak 40:16
speaking 7:23
13:6 15:12
27:24 28:6
34:19 53:15
66:25 85:21
107:17 121:6
126:15,16
131:14,15
175:11
specific 11:15
31:13 45:22
53:11 79:3
85:3,4 88:17
88:22 89:2,4,4
89:14 106:10
114:25 117:19
120:9 128:10
140:4 145:3
148:3 149:19
149:19 178:8
190:7 191:19
199:20 203:13
206:22 208:12
217:16
specifically
32:22 36:22
45:1 46:16
53:18,21 58:11
72:20 79:7
89:8,16 100:9
101:22,22
106:15 175:15
182:1 193:6

199:12 202:4
206:22 208:8
224:1
specificity
10:24
specifics 36:7
37:1 50:16
53:25 98:12,13
203:7 209:17
specified 69:19
speculate 97:20
153:12 178:19
181:11 210:24
speculating
52:16,20
164:10
speculation
75:19 96:12
97:23
speech 66:15
66:17 174:15
speeches 34:20
spelled 43:21
105:9
spent 223:8
spoke 33:18,21
128:8 153:24
spoken 49:19
50:12 51:15
200:22
spot 97:20
spotting 178:5
spun 212:17

stand 17:3
101:25 169:22
179:2 181:17
standards
185:24
stands 19:4
217:8
star 141:20
staring 195:21
start 5:24
13:10 23:15
159:7 176:24
216:9
started 16:4,11
16:15,25 40:8
41:19,21 54:5
state 1:1 28:23
79:20 230:10
231:15
stated 72:3,4
78:23 79:25
85:10 101:23
101:25 102:4
statement 16:1
67:15 69:18
100:5 106:21
176:5 190:16
205:15 230:13
230:14 231:19
231:19
statements
34:21 35:15
45:17 73:12
207:3 213:4

states 102:21
165:22
stay 26:12
stem 217:21
stems 217:22
steps 140:16
sticker 22:24
24:24 25:8
172:13 176:21
176:22 177:4,6
177:17
stickers 23:1,6
25:1,5 177:10
223:14 224:25
stock 18:6,11
26:17
stop 68:8 79:17
102:3,11 103:7
121:20 173:11
174:15
store 23:13
stored 140:15
140:18 199:8
story 123:11
straight 121:7
201:21 203:11
strategies
90:16 91:3,19
strategy 92:3,6
strengthen
220:2
strictly 137:23
strike 111:16
163:17 220:2

**[stroke - taiwan]** Page 50

**stroke** 1:11 51:12,16 214:20,25
**strong** 34:14
**strongly** 206:21
**struggling** 35:3
**stuff** 40:3 70:3 78:3 93:1,17 94:7 95:25 96:10 97:8,16 110:5 119:25 120:3 130:5 136:21 138:13 156:15 157:6 158:8,14 167:7 199:2 207:25 208:7 210:9
**subject** 57:1 131:9 160:17 165:21
**submit** 155:2,5
**submitted** 8:22 10:10 155:1,3
**subpoena** 72:15,22,24,25 73:2 79:10 102:10
**subscribed** 230:10 231:14 232:21
**subset** 115:10
**subtracting** 220:13

**sue** 168:17
**sued** 205:14 206:4
**suffice** 35:14 138:22
**suggesting** 211:10 215:7
**suing** 207:13
**suite** 2:2 229:2
**sum** 122:9
**sunday** 103:14
**superior** 229:1
**support** 7:18 115:19 171:3 178:6 179:13 194:6 196:5 206:3,24 218:15
**supported** 215:13
**supports** 194:22 196:16 200:11
**supposed** 63:8
**sure** 5:7 10:5 11:1 13:12,25 14:23 17:5 18:3 20:4 24:6 24:9,18 26:19 27:4,5,8 31:14 31:23 32:21 33:1,19 35:22 37:11,25 38:10 40:21 44:15

46:3,7,9,15 49:1,22 50:12 50:15,24 56:20 56:25,25 57:6 57:10,16 58:9 58:15 62:5 64:23 65:5,5 69:5 74:25,25 77:23 78:13 83:6 85:5,20 93:21 94:8 96:25 97:15,16 97:25 100:11 106:22 108:4 112:16,18 114:19 115:4 115:14 118:12 120:23 121:9 126:9 132:24 133:14,19 134:15 137:5 139:24 145:1 155:21 156:10 156:19 157:23 160:16,20 161:9 167:19 167:23 169:5 175:1 177:5 182:7,9 186:15 187:1 189:10 189:18 190:2 194:11,17,24 196:8 199:5 202:8,19 203:2

204:9 207:17 209:1 210:4,16 211:9 214:4 217:1 220:7 221:18 223:7 224:15
**surveys** 114:11
**suspect** 203:21
**suspicion** 203:23
**sweep** 42:6
**sweeping** 77:17
**sworn** 5:1,4 228:7 230:10 230:13 231:14 231:18 232:21
**system** 107:21
**systems** 47:25 217:6

**t**

**t** 13:22 28:16 28:17 43:13 62:5,6,10,16 113:11 225:1 228:1,1
**tabs** 134:18
**tacitly** 211:11
**tackling** 31:3
**taco** 223:25
**tacos** 224:1,1
**tailor** 135:15
**taiwan** 222:14

**[take - testing]**

**take** 5:16,17,17 21:19 26:17 42:22,23 52:7 82:2 90:9 94:15 108:17 108:21 138:9 143:16,18 150:18,23 168:13 170:2 173:14 174:5 176:4 183:13 211:20
**taken** 1:21 43:3 109:3 140:17 143:19 211:21
**takes** 220:4
**talk** 8:23 9:4,10 9:13 11:17 27:18,22,24 40:1 41:6 42:18 45:24 78:15,16 80:15 89:12 101:23 101:23 109:6 113:16 126:23 127:5 128:7 131:8 136:13 136:14 144:7 146:18 184:21 191:17 218:9 219:22 223:6
**talked** 9:7 24:13 34:8 46:13,15 47:10

47:13,22 50:6 65:12 69:11 72:1 75:1 138:23 158:12 201:2 208:18
**talking** 12:24 75:25 77:1 79:19 85:25 92:1 97:8 109:21 110:1 114:7 119:20 121:20 138:20 145:24 156:22 160:9,14 162:23 166:12 187:20 221:4 223:8 225:25
**talks** 31:24
**tangential** 46:14
**tangentially** 57:1
**targeting** 90:18 91:18
**team** 72:8
**tech** 32:20 47:24 147:5,11 161:6,16
**technical** 7:4 7:18 8:20 42:15 47:17 95:18 130:5 132:25 162:22

**technologies** 224:13
**technology** 16:19 24:17
**tell** 5:25 14:19 28:4 33:12 34:17 35:25 36:12 40:22 53:23 61:12 62:4 73:14 76:10,12 82:10 82:16 86:22 90:20 92:9 109:10 116:8 130:9 131:4,5 144:3 145:6 152:7 170:12 170:24 209:8 211:3
**telling** 106:25 155:16,18,20
**tells** 140:19
**ten** 160:15 200:17
**tend** 36:2 184:15 204:21
**tens** 161:8,14
**term** 35:11 50:14 70:11 83:2,13 103:14 139:19 147:24 217:19
**terms** 60:13 61:3 67:23

68:2,7,9,11,18 69:19,22 73:3 77:17,18 78:4 82:19,20,22 83:17,20 85:10 138:25 139:1 139:15,16,22 140:5,9 141:1 141:24,25 142:13 154:12 156:7 160:17 218:4
**territory** 129:3
**test** 41:7 167:16,17
**testified** 5:4 64:20 94:25
**testimony** 64:10 65:10,15 93:6 111:6 127:12,15 128:13 150:6 151:4,10 152:21 155:22 194:24 195:6 228:7,11 230:6 230:7 231:6,9 231:12
**testing** 39:19 40:2 152:18 164:20 167:15 167:18 185:2 185:23

**[texas - till]** Page 52

| | | | |
|---|---|---|---|
| **texas** 1:3,4,5 7:5 | **things** 8:21 12:22 17:24 18:1 22:22 26:21 36:3,5,8 36:9,21,24 41:8 52:6 55:8 67:11,15,17 79:3 102:19 106:5 131:8 136:14 140:3 145:5,9 147:6 147:23 150:15 155:25 158:22 158:25 162:25 181:19 184:13 186:7,24 198:10,11 204:19 207:22 208:10 209:12 209:12 211:12 216:17 218:5 223:14 224:22 227:12 | 56:15 64:9 73:11 74:12 76:12 77:16 78:5 79:1,4 82:6 88:3,13 91:19 94:22 96:10,15 98:2 98:22 101:10 102:12 103:18 111:2,15,25 118:14 123:8 123:11 124:2 130:18,19 131:11 133:11 135:21 137:15 139:10 140:24 141:4,6 142:7 142:7 143:11 145:6 148:5 150:15 151:24 152:23 154:8 154:11 155:7 155:22 158:22 160:24 163:2 164:10,10 177:3 181:3,22 184:21 186:6 186:24 194:5 195:9 196:11 196:12 197:10 197:25 200:20 205:2 207:9,11 210:14 213:6 214:24 222:12 | 225:15 226:3,8 |
| **text** 52:9 72:14 88:4 90:2 94:1 112:25 127:20 134:16 203:7 | | | **thinking** 53:7 151:2 |
| **texter** 113:6,13 | | | **third** 59:6 75:2 81:1 123:15 135:10 |
| **texting** 10:15 113:15 | | | **thirty** 229:18 |
| **thank** 59:20 80:15 109:2 218:13 | | | **thorough** 87:4 185:1,23 |
| **thanks** 109:1 178:5 179:15 227:4 | | | **thought** 30:25 58:3,21 69:12 92:7 106:19 144:14 179:9 |
| **that's's** 99:8 | | | **thoughts** 53:4 97:19 185:8 |
| **thegatalog.com** 187:2,17 188:3 188:4 | | | **thousands** 122:19,20 161:8,15 217:14 |
| **thereof** 228:15 | | | **thr** 178:3 |
| **thing** 13:14 40:22 41:25 46:4,14 64:6 70:14 76:9 86:16 107:23 120:9 132:23 133:1 140:15 146:1 166:8 177:7 181:13 183:10 186:7 186:10 187:22 208:19 213:14 218:17 223:24 | | | **thread** 52:11 52:15,23,25 53:23 |
| | **think** 8:8 9:6 12:25 14:8 17:14 18:9 21:18 31:16 32:6 33:6,20 34:9 35:2,3 37:20 38:11 39:23,24 42:6 43:6 46:1 49:9 49:11,14 53:1 53:3,16 54:18 | | **threat** 52:14 |
| | | | **three** 26:11 65:12 93:15 130:19 136:25 137:3,7,8,17 138:7 |
| | | | **throwing** 77:25 |
| | | | **ticket** 99:2 |
| | | | **tied** 27:1 |
| | | | **till** 216:10 |

**[time - trying]**

**time**  6:22 11:4 11:15 12:9,24 13:1,17 14:4 14:14 16:1,9 16:14 17:17 20:24 21:1 24:8 30:15 31:4 32:8,16 34:13 39:8 42:4,13 45:17 45:22 50:15 54:22 72:11 79:14 85:19 86:23 94:15,22 99:15 107:13 107:23,24 110:5,7 121:20 121:22 124:16 190:8 201:20 203:14 223:2,8
**times**  11:2,3 13:8 26:4,11 32:13 41:20 44:7 69:17 73:16 81:5 93:15 96:1 99:25 103:8,13 104:22 121:20 132:19 134:14 154:5 155:12 167:14 217:19
**tips**  5:11
**title**  18:1 148:4

**titles**  17:20,25
**today**  27:14 37:2 101:5 141:10 173:20 174:2 192:21 194:18,22 217:20 219:5 223:9
**today's**  8:15
**together**  16:5 16:12 60:7,17 93:20 137:4 167:19 179:5
**token**  174:2
**told**  72:1 79:7 125:16 174:22 208:22 209:10
**tomorrow** 226:24
**took**  94:20
**tools**  82:18 83:11 84:15,18
**top**  14:19 37:19 76:3 97:25 163:16 193:8
**topic**  32:7 201:4
**topics**  32:23 64:18 77:11 123:16 155:13
**total**  122:9
**totally**  172:24 173:3,6,24 174:1,3 184:4

216:17
**touch**  153:18 214:12 215:5
**tough**  184:16
**towards**  94:15
**tracking** 111:18
**traffic**  90:16 91:1,2,18,18 92:5 99:2 172:8
**training**  7:6,7
**transcribed** 228:9 230:7
**transcript** 102:1 226:10 228:14 229:11 229:12 230:5 230:12 231:5 231:11,17
**transcription** 228:10
**treasurer**  17:21 17:22 18:2
**tried**  77:15 203:14
**triggers**  19:15
**trouble**  139:3
**truck**  216:12
**true**  33:3 100:7 141:17 175:3,8 176:1 184:8,9 184:23 191:25 192:2,5 193:3

193:7 194:15 194:16,18 198:20,21,24 199:11,14 201:18 203:9 203:11,20 205:10 206:6 207:2,25 208:7 208:10 210:9 210:21 211:12 223:10 228:11
**trusted**  37:22
**trustworthy** 184:4
**truth**  155:16,20
**try**  5:15,16 41:6 55:4 65:7 72:25 73:1 77:19 118:18 119:8 121:12 140:17 141:7 156:18,21 160:3,25 168:17
**trying**  4:6 6:8 8:7 15:3 18:12 21:19 35:5 39:20 40:9 51:13 52:17 53:10,15 54:15 54:21 66:19 70:14 83:5,22 105:7 121:7 123:11,12

**[trying - use]** Page 54

127:7 142:19
142:22,23
153:20 164:11
173:17 176:9
195:11,14
203:7 226:4
**tuesday** 103:14
**turn** 26:17
152:17
**turnaround**
226:14
**turned** 66:6
102:16,21,22
102:23,23
222:10 223:3
**turns** 202:23
**tutorials** 27:21
**twice** 93:15
**twitter** 12:1
13:7,8,16,24
14:1,2 19:25
45:14 48:5,10
52:11,13,23,25
53:23 54:5,14
84:12 87:8,9
87:10,12 115:2
141:23 143:1
162:5 214:19
**two** 11:19
21:18,20 22:2
27:10 43:25
65:12 67:11,14
93:19 95:2
96:19 104:12

105:6 139:8
149:2 168:9,12
173:25 190:18
**type** 85:23
109:11 142:8
167:18 171:13
178:9 216:22
**typed** 62:3
**types** 147:25
216:22
**typewriting**
228:9
**typically** 26:12

**u**

**u** 183:25
**uberclay**
152:20 153:1
166:25 167:6
**uh** 91:13
117:11 125:9
**um** 15:11 45:10
47:3 57:18
61:4 64:13,16
68:3,20 81:16
81:21 93:2,25
96:20 106:13
143:9 179:6
186:11 188:22
205:11 209:4
215:23 216:16
220:17
**unable** 162:8

**unanswered**
4:1
**undefined**
77:17
**under** 4:7
96:11 97:15
102:13 108:1,4
176:11 183:14
228:10,15,17
**underline**
117:25
**understand** 4:6
5:14 25:17
29:17 39:20
40:20 41:17
63:15 65:1,7
66:20 67:17
71:7,24 73:13
73:15 76:6
77:9 83:5 87:4
87:7 88:24
89:8,16 91:9
97:17 103:9
110:9 113:23
118:1,3,4
124:3 127:4,24
130:6 143:2,14
155:21 157:3
160:1 170:3,19
176:9 177:3
186:10 188:20
194:24 210:2
**understanding**
62:20 67:18

122:14,25
134:16 219:16
**understands**
29:17
**understood**
77:12 88:18
**unfortunately**
149:10
**united** 1:1
**universal** 222:8
**universe** 14:21
64:11
**unprecedented**
213:8
**unprofessional**
164:12
**unrelated**
123:16,17
**unsalted** 199:8
**untested**
201:13,25
202:2
**untethered**
116:25
**unusable**
201:13,25
202:1
**ups** 117:9
**use** 14:3 23:1,2
24:22 63:10
87:21,23,23
88:2 95:9,11
95:24 105:24
106:14,14

**[use - way]**

107:13 108:5 109:25 110:12 110:15 132:16 137:23 138:2 144:5,16 177:9 177:12,13 179:14 180:6 186:13 200:1 218:4

**used** 14:20 19:17,19 23:6 79:2 82:18 83:11 87:8,15 108:2 110:4,7 131:7 138:16 138:17 206:19

**useful** 202:14 217:9

**user** 86:1,4 131:20,23 164:13 165:4 166:1,21

**uses** 217:2

**using** 13:10 22:21 130:11 132:13

**usually** 52:10 54:13 55:8 56:23 60:20 85:14 87:23 94:4 97:1,5,11 113:7,14 114:12,14 131:7 144:18

169:10

**v**

**v** 229:6 230:3 231:3

**vague** 77:8,13 88:23 89:5

**vaguely** 81:8 188:15,16 201:22

**variations** 38:13

**varies** 226:16

**various** 17:24 23:3 34:20 35:14 131:7 147:6,24 171:6 178:9 185:22 192:6 199:15

**velcro** 180:9

**verbatim** 197:8

**verified** 192:22

**verify** 39:5,6

**veritext** 134:20 195:15 229:1,7 232:1

**veritext.com.** 229:17

**vernacular** 217:20

**versed** 24:16

**versus** 34:7

**video** 27:20 201:21,24

202:3,13,13,24 203:5,12

**videos** 28:10

**vinyl** 22:25 23:5,6 24:23 180:8

**violate** 145:15

**visit** 48:21 179:14

**volume** 83:12

**volunteer** 149:24

**volunteered** 6:24

**vs** 1:7

**w**

**w** 13:22 28:16 28:17 43:13 62:2,5,7,10,16 63:25

**wacker** 2:2

**wait** 61:24 97:17 101:12 101:12,12 124:14 161:9 161:24 190:13 209:15

**waiting** 196:18 196:19,23

**waived** 229:19

**waiving** 165:22

**want** 4:3 5:16 5:17 16:8

30:14 35:10,16 37:9 43:1 50:22 57:8,23 58:13,19 61:1 62:4 65:5 67:6 72:6 75:6,7 78:2,10,15,20 78:22 81:11 97:21 101:25 102:8,12 104:24 123:23 134:15 139:5 163:3 169:23 177:8 180:22 193:4 194:23 198:2 199:2,21 204:22,25 225:18 226:17

**wanted** 42:17 55:3 77:21 186:1 215:12

**wants** 182:7 219:20

**wards** 213:10

**watched** 182:22 223:24

**watching** 225:23

**way** 10:15 23:16 35:21 53:16 58:20 85:5 95:14,20 103:10 104:3 122:23 127:20

**[way - work]** Page 56

133:3 136:6,20
150:13,24
153:13 155:21
159:16 168:5
171:16 174:19
174:21 197:16
208:2 210:6
214:5 219:14
220:12,14
**ways** 27:1
99:18 106:23
222:7
**we've** 15:1
37:17 42:22
46:12 50:12
53:10 69:16
79:18 102:16
102:21 154:4
160:14 163:13
170:4 173:24
190:23 197:23
208:5,18
224:12
**wealth** 47:16
48:6
**web** 40:25
**website** 27:18
38:18 81:14
112:3,4,8,11,13
112:16 146:23
178:7 184:22
187:19,22,23
188:3,4,7,17,18
190:10,11,14

190:15,19,20
190:21 191:16
191:16,18,19
192:19 193:10
193:16 194:4
194:10 196:9
196:17 197:18
202:8,10 210:1
210:3,21 211:2
211:6,14
215:13,15
220:18,23
**websites**
190:18 218:3
**wedding** 48:23
48:25 49:3
**wednesday**
226:20
**week** 26:11
93:15,15,15
**weeks** 10:2
**weird** 145:12
**wells** 7:20
16:16,17
**went** 7:17
53:11 77:10
202:8,9 203:14
**whatsoever**
151:5 161:13
173:8 219:11
**wheels** 217:8
**whichever**
137:8

**white** 222:1
**wide** 22:25
**wider** 24:22
**widespread**
112:19
**wife** 225:8
**wife's** 8:13
**willing** 139:21
140:8,11
**wilson** 2:18
32:9 33:8
34:14 44:11
140:6 141:25
153:16 155:13
182:5 194:14
201:4,7 204:1
204:4 207:2,19
207:21 208:7
210:20,24
221:4,8,25
222:3,10,14
223:2,4
**wilson's** 189:20
189:25 198:23
**wise** 7:16 47:20
**wished** 79:24
**withheld** 72:19
**withhold** 73:10
**withholding**
170:6
**witness** 5:1,3
29:20 64:22
80:4 100:4
105:1 108:19

126:8,16
141:17 175:13
176:3,15
211:18,25
222:20 225:18
228:4,4,6,12
229:8,11 230:1
230:4,11 231:1
231:4,15
**witnesses** 3:2,3
**witness'** 229:14
**wives** 22:5,6
25:19
**wondering**
78:1
**word** 17:12
19:22 70:10
75:9 84:8 86:9
138:9 186:13
207:5 216:14
216:22 217:9
**words** 17:12,13
38:21,23 39:6
70:1 170:15
196:8 198:18
198:20 216:10
**work** 7:17,17
16:19 21:3
35:16 47:1
49:8,13 67:17
91:8,10,11,11
91:17 118:2
146:13 149:23
149:24 150:3

**[work - zoom]** Page 57

167:9 177:14
184:5 220:2
**worked** 201:23
**working** 12:21
31:19 179:8
201:14
**workplace**
61:17,17
**works** 23:24
29:11 58:7
70:7 108:23
110:23 118:4,5
175:1
**world** 15:12
27:14,25 51:7
**wow** 53:12
**wraps** 225:15
**wretchedly**
206:18
**write** 41:7
179:17 183:18
203:8 224:1
**writing** 183:14
228:8
**writings** 37:1
**written** 156:16
**wrong** 171:25
181:5
**wrote** 128:14
181:21 206:9
206:14

**x**

**x** 3:1 87:9
141:23

**y**

**yeah** 6:9 9:7,21
11:23 12:7,12
12:20 13:3
15:13,25 16:13
17:24 19:6,19
24:3 25:10
30:1 34:16
36:5 39:20
44:1 45:11
46:12 49:4,6
50:19 51:8
52:21 56:8
58:5 61:9 64:1
78:9 86:8
88:12,13 91:2
93:8 94:21
110:3 111:7
112:9 115:2,22
116:6 124:12
131:21 134:2
135:2 143:1
146:3,14
148:22 162:4
165:11 167:5
169:3 175:17
175:19 177:15
177:19,22
180:11,24
183:17,19

187:21 188:25
189:2,8 190:9
190:23 194:12
194:20 196:15
200:6 202:7
205:13 207:8
211:1,25
213:13 215:10
216:2 217:15
218:1 220:7
222:12 223:23
**year** 6:12 16:10
16:11 45:19
**years** 6:19
14:16 21:14,16
32:25 33:15
34:12 40:14
43:25 80:9
153:21,22
184:6 187:9,11
200:17 203:14
**yeet** 181:12,14
**yep** 26:9 28:18
62:8 64:7
**york** 151:14,17
**youtube** 223:24

**z**

**zachary** 2:13
2:14 183:3
225:17,21,21
226:6
**zackary** 1:12

**zermay** 2:12,14
183:3,5,8
**zermaylaw.c...**
2:13
**zero** 220:11
**zilch** 136:24
**zippo** 196:2
**zona** 214:18
**zoom** 1:21
137:23 197:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.