

**JASON M. TYRA, CPA, PLLC**
**6301 PRESTON ROAD, SUITE 700**
**PLANO, TX 75024**

972-201-9008          https://www.tyracpa.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/4/2026 | 5602 |

Bill To

Defense Distributed
2320 Donley Drive, Suite C
Austin, TX 78758

| Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|
| Prepare and give deposition related to expert's report | 6.5 | hr | 400.00 | 2,600.00 |

Payments Accepted:  Bitcoin, Visa, Mastercard, American Express, Discover, Check, Money Order. Your check may be presented to your bank electronically.

Electronic payments are accepted at https://www.tyracpa.com/payments. All invoices are due on receipt.

| | |
|---|---|
| **Total** | $2,600.00 |
| **Payments/Credits** | -$2,600.00 |
| **Balance Due** | $0.00 |