# EXHIBIT 1

# EXPERT OPINION REPORT OF JASON M. TYRA

PURSUANT TO FED. R. CIV. P., RULE 26

Court:              United States District Court- Southern District of Florida

Case Number:        9:25-cv-81197-DMM

Case Name:          Defense Distributed et al. v. John Elik et al.

Subject:            Economic Effect of Meme on Plaintiff's Business

Prepared by:        Jason M. Tyra, JD, CPA, MBA, MS, CFE

Date:               February 16, 2026

## QUALIFICATIONS, PUBLICATIONS, CASES, AND COMPENSATION OF WITNESS

I am a qualified expert in this matter by reason of education and professional practice. Specifically, my professional background qualifies me to opine as to the financial effects of business decision making or micro or macroeconomic factors affecting the financial results generated over time by a commercial enterprise. I hold a Juris Doctorate degree, a Master of Business Administration degree, and Master of Science degree in Accounting and Information Management with dual concentrations in taxation and assurance services. I am licensed as an attorney in the State of Texas and as a Certified Public Accountant in the States of Texas and New York. I am a Certified Fraud Examiner, accredited by the Associated of Certified Fraud Examiners.

For nearly thirteen years, I have been the owner and principal practitioner of Jason M. Tyra, PLLC, a boutique multi-disciplinary professional services firm that specializes in providing services to tech-oriented startups, small businesses, and moderate to high-net-worth individuals. These services include, or have included in the past, attest, crypto asset planning, financial management, general business and securities compliance, tax consulting, estate planning, probate, and litigation support.

I have not authored any significant publications or served as an expert witness at a trial or deposition in the last four years.

The compensation to be paid for my study and testimony in this case amounts to $400 per hour for each hour of service provided. These services are performed in accordance with Statements on Standards for Consulting Services (SSCS) promulgated by the American

1

Institute of Certified Public Accountants (AICPA) and comply with applicable professional standards, including the AICPA's *Code of Professional Conduct*, and its ethical principles of integrity, objectivity, professional competence, and due care.

## INTRODUCTION

Defense Distributed and its affiliates operate a series of businesses that support the personal manufacture of firearms and related components. Personal manufacture of firearms is generally legal under US federal and most US states' laws, subject to certain restrictions. The group's flagship product is a computer numerically controlled ("CNC") mill known as the "Ghost Gunner" that allows an individual user to machine components out of a partially finished block of raw metal (usually steel) that may be assembled into a fully functional firearm.[1] DEFCAD provides the computer files necessary to control manufacturing of firearms components by milling or 3D printing via its website in exchange for an annual per-user subscription fee. While the DEFCAD platform supports sales of the Ghost Gunner, the files provided by DEFCAD are provided on an open-source basis and may be used or modified for use with any compatible CNC mill or 3D printer. Collectively, these offerings have been the subject of extensive litigation and regulation efforts over the past ten years, with mixed results.

I reviewed the Amended Complaint of Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. against John Elik, Matthew Larosiere, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, and John Lettman ("the Complaint"). The Complaint alleges that the Defendants conspired to harm Plaintiffs' business by criticizing Plaintiff across various social media platforms. In particular, Plaintiffs alleged that Defendants created, published, and propagated a "meme" that asserts DEFCAD either shares customer data with the federal government and anti-gun activists or negligently allows it to be leaked online, that Plaintiffs sell access to useless or bogus data via the DEFCAD platform, and that Plaintiffs engaged in deliberate activities to expose the identities of other developers

---

[1] A CNC mill and a 3D printer use two different manufacturing processes, though the two devices are often used for the same things. A 3D printer dispenses a filament of heated polymer through a computer-controlled nozzle to "print" an object by building it up in layers from scratch. A CNC mill uses a cutting head to incrementally remove shavings from an unfinished block of metal until only the desired object remains. Firearms parts can be manufactured using both machines, though some parts requiring high strength or heat resistance cannot safely be made out of polymer.

2

in the 3D printing (AKA "GunCAD")[2] space online (so-called "doxxing"). The meme states that Defendants are "wretchedly awful, should be avoided, shouldn't be used, and should be publicly shamed."[3]

## INTERNET MEMES DEFINED

Evolutionary biologist and author Richard Dawkins coined the term "meme" in 1976 in his book "The Selfish Gene." Dawkins defined a meme as "a unit of cultural transmission, or a unit of imitation and replication."[4] He noted that certain behaviors and biological themes propagate across the natural world genetically, by a process akin to natural selection. In this context, the concept of a meme was used as a construct to explain how certain traits or other behaviors spread among and were adopted by plant and animal populations organically.

With the advent of early forms of social media in the 1990's, the natural phenomenon of a meme became a useful device to explain how ideas are replicated online by social media content. An internet meme is a "cultural item (such as an idea, behavior, or style) that spreads across the internet . . . primarily through social media platforms."[5]

The simplest form of internet memes take the form of a single frame of text or an image with text overlaid that can be easily shared among users of a social media website or sent by e-mail or text message.[6] Internet memes invoke a common idea or emotion by linking a well-known or easily relatable image or theme to the words in the frame. For example, the "Bad Luck Brian" meme shown in Figure 3 of Appendix A reproduces what appears to be a school portrait of a teenager in stereotypical "nerd" garb. He wears metal corrective braces on his teeth and sports an awkward smile over his plaid sweater vest and collared shirt. The words in the frame state that he "took the SAT," a well-known academic assessment exam that is a prerequisite for entering many American universities, but "forgot to use number 2 pencil [sic]." Nearly any adult who has spent time in the public school system in the United States can identify with the imagery and ideas being conveyed

---

[2] Rajan Basra and Nathan Mayer. *Lawsuits, Rivalries, and Trolls: Examining the Behavior of the 3D-Printed Gun Movement*. Global Network on Extremism & Technology. September 10, 2024, https://gnet-research.org/2024/09/10/lawsuits-rivalries-and-trolls-examining-the-behaviour-of-the-3d-printed-gun-movement/.

[3] See Appendix A, Figure 1.

[4] Richard Dawkins, *The Selfish Gene 30th Anniversary Edition (3rd ed.)* (2006)

[5] Alexis Benveniste, *The Meaning and History of Memes*, The New York Times. January 26, 2022, Online.

[6] See Appendix A, Figure 3.

here, including the particular faux pas of having used the wrong type of pencil to fill out a machine-readable form (thus rendering it unreadable and useless).

The "Fedcad" meme that is the subject of Plaintiff's complaint plays upon a similar shared memory of a well-known advertising campaign sponsored by the US Department of Transportation in the early 1980's- "Friends don't let friends drive drunk."[7] "Fedcad" uses a simple narrative in white text on a black background. This contrasts with other memes like "Bad Luck Brian," which use a witty or humorous photo as their backdrop. By using the familiar "friends don't let friends" refrain to discourage use of DEFCAD's platform, "Fedcad" frames itself as a public service announcement by an authority figure, reminding one of similar 1980's tropes like "just say no to drugs" or "knowing is half the battle." The text-only format and color scheme also suggest a serious tone, rather than one of sarcasm or satire. Also, unlike most other memes, "Fedcad" includes an explicit call to action encouraging readers not only to refrain from using the platform, but to "publicly shame"[8] it.

## MEMES CAN IMPACT CONSUMER BEHAVIOR

Memes are increasingly being incorporated into deliberate influence campaigns by advertisers, governments, and others as a means of reaching and appealing to younger, tech savvy consumers who spend much of their time online using social media platforms. Internet memes are now used "to interact with audiences and promote brand recognition" in advertising.[9] They are "easily shared and can spread fast on the Internet, especially in social media,"[10] making them uniquely suited to marketing campaigns intended for use in areas other than traditional print and broadcast media, like smartphones.

Consumer marketing is typically oriented to act on at least one of two consumer behaviors- purchase intent, and brand recognition. "Purchase intent is generated when there is a demand for a product and consumers have a favorable view toward it."[11] Brand

---

[7] See Appendix A, Figure 2.

[8] See Appendix A, Figure 1.

[9] Neeraj Kumar and Prof. (Dr.) Manvinder Singh Pahwa, *Memes as Marketing: Exploring their Role in Digital Brand Strategy and Consumer Engagement*, 5, International Journal of Innovations and Research Analysis. 37 (2025).

[10] Shraman Pramanick, Shivam Sharma, Dimitar Dimitrov, Md Shad Akhtar, Preslav Nakov, Tanmoy Chakraborty. *MOMENTA: A Multimodal Framework for Detecting Harmful Memes and their Targets*, Findings of Empirical Methods in Natural Language Processing, September 22, 2021.

[11] M. Fishbein, M and I Ajzen. *Attitudes and voting behavior: An application of the theory of reasoned action*, Prog. Appl. Soc. Psychol. 1981, 1, 253–313.

recognition relates to the specific purchase decision from among a range of alternatives representing functionally similar items. The question of whether and to what extent memes positively impact consumer purchasing behavior has been extensively studied. Broadly, meme marketing has been found effective, subject to the caveat that "a [poorly] executed meme can backfire and tarnish brand reputation."[12][13]

Memes can also be used in ways that deliberately drive negative engagement. So-called "toxic memes" use imagery or language meant to impact the viewer in ways that may be considered harmful and are generally styled as attacks. Examples of attack types include: [14]

- Dehumanization
- Statements of inferiority
- Incitement to violence
- Mocking / shaming
- Expressions of contempt
- Use of slurs
- Calls for exclusion
- Misogynous stereotyping

Tactics employed by toxic memes tend to echo those used in traditional hate speech or other mis- or disinformation campaigns. They include:[15]

- Loaded language: Using emotionally charged words and phrases to influence the audience.
- Name calling or labeling: Assigning labels to entities that evoke strong reactions from the target audience.
- Doubt: Questioning the credibility of someone or something.
- Exaggeration / Minimization: Representing something in an excessive or diminished manner.

---

[12] Neeraj Kumar and Prof. (Dr.) Manvinder Singh Pahwa, *Memes as Marketing: Exploring their Role in Digital Brand Strategy and Consumer Engagement*, 5, International Journal of Innovations and Research Analysis. 38 (2025). February 10, 2026, https://www.sciencedirect.com/science/article/pii/S2468696425000187
[13] See Appendix B.
[14] Delfina S. Martinez Pandani, Erik Tjong Kim Sang, and Davide Ceolin, *Toxic Memes: A Survey of Computational Perspectives on the Detection and Explanation of Meme Toxicities*, Online Social Networks and Media, Volume 47 (2025)
[15] Delfina S. Martinez Pandani, Erik Tjong Kim Sang, and Davide Ceolin, *Toxic Memes: A Survey of Computational Perspectives on the Detection and Explanation of Meme Toxicities*, Online Social Networks and Media, Volume 47 (2025)

- Appeal to fear / prejudices: Instilling anxiety or panic to build support for an idea.
- Slogans: Brief and striking phrases acting as emotional appeals.
- Whataboutism: Discrediting an opponent's argument by charging them with hypocrisy.
- Flag-waving: Appealing to strong national or group sentiments to justify or promote an action or idea.
- Straw man: Substituting an opponent's proposition with a similar one, which is then refuted.
- Causal oversimplification: Assuming a single cause or reason when multiple causes exist for an issue.
- Appeal to authority: Stating that a claim is true simply because an authority on the issue said it was true.
- Thought-terminating cliché: Phrases discouraging critical thought and meaningful discussion on a given topic.
- Black-and-white fallacy or dictatorship: Presenting two alternative options as the only possibilities.
- Reductio ad Hitlerum: Disapproving an action or idea by suggesting it's popular with hated groups.
- Repetition: Repeating the same message to influence acceptance.
- Obfuscation, Intentional vagueness, Confusion: Using deliberately unclear words.
- Presenting irrelevant data (Red Herring): Introducing irrelevant material to divert attention.
- Bandwagon: Persuading the target audience to join a course of action because "everyone else is doing it."
- Smears: Attempting to damage someone's reputation through negative propaganda.
- Glittering generalities: Using words or symbols that produce a positive image when attached to a person/issue.
- Appeal to (strong) emotions: Using emotionally charged images to influence the audience.
- Transfer: Evoking an emotional response by projecting qualities of a person, entity, or value onto another.

## THE "FEDCAD" MEME HARMED PLAINTIFFS

Defendants operate an online platform called "The Gatalog" that offers substantially similar, or in many cases identical content, to the DEFCAD website. Plaintiff charges a fee

of $60.00 annually for access to its platform.[16] Defendants' conduct inflicted economic harm on Plaintiffs by causing exactly the consumer behavior encouraged by the "Fedcad" meme. That is, by driving consumers away from Plaintiffs' website to Defendants' website.

As of October of 2025, thirty percent of Americans reported personally owning a firearm,[17] a population in excess of 100 million people. Of the population that owns firearms, "two thirds of gun owners say they own more than one gun, including 29% who own five or more guns."[18] Though there is no official registry of firearms in private hands, "there are an estimated 393 million civilian owned [i.e. not owned by the government / military or law enforcement] firearms in the United States."[19] In other words, there are more firearms in civilian hands in the United States than there are people.

US federal law is generally oriented to protecting the privacy rights of lawful gun owners. Though public discourse related to gun control tends to focus on proposals to regulate the weapons themselves, these proposals often contain implicit or explicit measures targeting loopholes that limit the ability of the State to track firearms or identify their owners. A person who wishes to legally purchase a firearm from a federally licensed dealer in the United States is required by federal law to provide identification to the seller, affirm that he is not a felon or other prohibited person, and sign a form evidencing the transfer which must be maintained by the seller for a period of twenty years. However, "if an individual wishes to maintain complete anonymity in purchasing a firearm, it is possible for the purchaser to legally acquire a gun through a secondary market, such as a gun show or swap meet, without having to create a record of his purchase."[20]

While the so-called "gun show loophole" is a perennial favorite on the list of "common sense" gun controls, gun rights advocates have thus far successfully resisted its closure.

---

[16] The Gatalog does not appear to charge for its content, or at least not directly. However, The Gatalog may drive consumer engagement in other ways that can be monetized, such as social media views or affiliate marketing.

[17] *Guns*. Gallup, February 9, 2026, https://news.gallup.com/poll/1645/Guns.aspx

[18] Kim Parker. *The Demographics of Gun Ownership*. Pew Research Center, June 22, 2017, https://www.pewresearch.org/social-trends/2017/06/22/the-demographics-of-gun-ownership/#:~:text=Two%2Dthirds%20of%20gun%20owners%20say%20they%20own,a%20rifle%20(22%25)%20or%20a%20shotgun%20(16%25).

[19] *Responsible Gun Ownership*. Everytown Support Fund, February 9, 2026, https://everytownresearch.org/issue/responsible-gun-ownership#:~:text=All%20Resources-,What%20is%20the%20problem?,up%20in%20the%20wrong%20hands.

[20] *Gun Owners' Privacy*. Electronic Privacy Information Center. February 6, 2026, https://archive.epic.org/privacy/firearms/#introduction.

In two other examples of successful advocacy by gun rights groups, "the ATF is statutorily barred from sharing records of a gun purchase, unless this information is needed as part of an on-going investigation," and "the Department of Justice has limited the retention of [background check records] to just 24 hours, barring a few narrow exceptions."[21] In other words, the federal government itself is barred by federal law from creating or maintaining records of gun owners, or their purchases. The reason support for private purchases and limitations on record keeping by government agencies remains high among gun owners is that many are distrustful of government and protective of their privacy. While no serious effort at federal gun control has been mounted in decades, the gun-owning community still remembers events like the Branch Davidian siege in 1993 or the Ruby Ridge standoff with federal agents the year prior.

Plaintiffs market their products to a very limited segment of the consumer population. While the gun-owning public is both vast and diverse, DEFCAD focuses in particular on consumers who are inclined to own firearms, interested in manufacturing their own firearms or firearms parts, and have the means to purchase the equipment necessary to do so. In my professional experience, this group of consumers tends to consist of younger, well-educated, comparatively affluent, tech-oriented men. They are tinkerers. They are often Libertarians. They are generally interested in a variety of "DIY" type projects. To the extent this population is interested in firearms, they enjoy creating their own guns or creating parts to repair or modify firearms they already own. Above all else, these consumers tend to value discretion and privacy. A "central tenet [of the "GunCAD" movement] is that bearing arms is a universal human right, whether for individual self-defense or as a collective safeguard against government tyranny. . . GunCAD is thus deeply skeptical of state interference in citizens' lives and heavily influenced by US Second Amendment culture."[22] It is this fixation that Defendants targeted with the "Fedcad" meme and upon which the meme continues to have a pernicious effect.

By creating, propagating, and promoting the "Fedcad" meme, Defendants intended to influence users and potential users of DEFCAD's website and purchasers of its products and those of its affiliates, creating fear, uncertainty, and doubt. The attack starts with the heading- "FEDCAD," implying that DEFCAD is in league with or somehow infiltrated by agents of the federal government. The meme uses technical jargon and language unlikely

---

[21] *Gun Owners' Privacy*. Electronic Privacy Information Center. February 6, 2026, https://archive.epic.org/privacy/firearms/#introduction.

[22] Rajan Basra and Nathan Mayer. *Lawsuits, Rivalries, and Trolls: Examining the Behavior of the 3D-Printed Gun Movement*. Global Network on Extremism & Technology. September 10, 2024, https://gnet-research.org/2024/09/10/lawsuits-rivalries-and-trolls-examining-the-behaviour-of-the-3d-printed-gun-movement/.

to be understood by lay persons or those outside the GunCAD community- "unsalted data," "M82,[23]" and "low poly videogame model." By alleging that "DEFCAD's database has been hacked and dumped" and that "they do not attempt to encrypt their data," Defendants invoke a fear either of public exposure or exposure to government scrutiny, or both.

The "Fedcad" meme also attacks the company's officers and its business practices, alleging blackmail and extortion, and suggests that its revenue will be used to "[pay] a 16 year old for sex and other outstanding things . . . if you give it to them another time [sic]."

Put another way, the "Fedcad" meme is a toxic meme that reflects two intersecting goals-pulling consumers away from DEFCAD and pushing them toward competitors in the GunCAD space.  Specifically, "Fedcad" inflicts a mocking/shaming attack, laced with statements of contempt. "Fedcad" uses multiple toxic tactics, including doubt, appeal to fear, Reductio ad Hitlerum, smears, and appeal to emotions.

## ESTIMATED ECONOMIC IMPACT OF DEFENDANTS' MEME

DEFCAD derives revenue exclusively from the sale of subscriptions to content hosted via its website at a cost of $60.00 per year. Subscriptions are sold only to persons residing in the United States. Plaintiffs believe that subscribers represent a lifetime value greater than a single year's subscription because the subscriptions often represent annual recurring revenue from customers that renew their subscriptions.[24] In addition, many subscribers to the DEFCAD platform purchase one or more Ghost Gunner devices and related equipment (tools, dies, jig sets, spare parts, and other accessories) from Defense Distributed which the DEFCAD platform supports. As of this writing, the full price of a Ghost Gunner is $3,157, exclusive of shipping, taxes, and tariff effects.

To perform this analysis, I reviewed gross sales and subscription count data for DEFCAD each month from November of 2021 through October of 2025 provided by Plaintiffs.[25] I also

---

[23] Likely referring to the Barrett M82, a large bore semi-automatic rifle which is commonly used as an anti-materiel weapon by the United States Military. The M82 is legal to purchase and own in most US jurisdictions but is considered extremely expensive.

[24] The precise rates of conversions (i.e. visitors to the website who purchase something versus overall visitors) and renewals was not available for this report.

[25] DEFCAD sales are not handled via the DEFCAD platform itself due to various regulatory and policy restrictions imposed by the company's payment processing vendors. The friction induced by directing potential customers to navigate away from DEFCAD to

reviewed income tax filings of Defense Distributed for tax years 2020 through 2023 and sales data for the Ghost Gunner for the period of May 2022 through October of 2025. I considered secondary factors such as contemporaneous economic or social events or other macroeconomic trends that may have an unusual impact on sales.

## DEFCAD REVENUE

DEFCAD revenue during the period under review could best be described as steady. The platform only offers one item for sale- the right to access content via a subscription. This item is not readily adaptable to cross-selling, upselling, or other revenue maximization strategies within the DEFCAD platform. Nor is a user likely to purchase more than one subscription at a time. The data do not show either a dramatic increase or decrease in sales after taking secondary factors into effect. However, the data do strongly suggest a negative trend subsequent to May of 2023.

During the period of November of 2021 through April of 2023, DEFCAD averaged $41,107[26] in revenue per month from a monthly average of 705 new or renewing subscription sales. The highest grossing month was April of 2022, with $59,807 in revenue from 875 new or renewing subscription sales. This corresponds with an announcement by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on April 11th that the Biden administration intended to regulate so-called "ghost guns."[27] The lowest grossing month was September of 2022, with $28,003 in revenue from 412 new or renewing subscriptions.[28] Excluding the highest and lowest months of the period as outliers yields a monthly average of $40,757 in sales.

Plaintiffs believe the "Fedcad" meme first appeared on social media[29] sometime in May of 2023. Since May does not clearly fall into the periods either before or after release of

complete their transaction likely does have an impact on conversion, but is not meaningful in the context of this analysis.

[26] See Appendix D.

[27] Not to be confused with the "Ghost Gunner," a Defense Distributed product. ATF final rule 2021-05F required federally licensed firearms dealers to add serial numbers to any un-serialized firearms taken into inventory. The rule sought to limit the sales of so-called "buy build shoot" kits that allow purchasers to assemble their own firearms from untraceable parts purchased online.

[28] This does not appear to coincide with any known secondary factor- three of the slowest eight months during the 48-month period under review for DEFCAD were the month of September.

[29] Plaintiffs cited Facebook, X (formerly "Twitter"), Reddit, and "other social media platforms." As of the date of this report, a Google image search revealed the "Fedcad" meme remained visible online in at least six separate places, including X, Reddit, and

"Fedcad," that month has been excluded. However, it is worth noting that May of 2023's sales were recorded as $53,926, which was higher than the average over the previous 18 months. This likely corresponds with the expiration of the amnesty period for registration of pistols with "stabilizing braces" as short-barreled rifles under the National Firearms Act.[30]

For the period of June 2023 through October of 2025, DEFCAD averaged $36,015 in revenue per month from a monthly average of 335 new or renewing subscriptions. The highest grossing month during this period was November of 2023 at $58,877.[31] The lowest grossing month during this period was September of 2025 at $23,474. Excluding the highest and lowest grossing months during the period results in a monthly average of $35,633 in sales.

## DEFENSE DISTRIBUTED REVENUE

For Defense Distributed, I reviewed gross sales data broken out by month for the Ghost Gunner for the period of May 2022 through February of 2026.[32] Sales primarily consist of balance payments and deposits received for pre-orders,[33] along with a de minimis amount of "layaway" (i.e. payment plan) revenue.[34] Defense Distributed does not charge interest or other fees on outstanding balances for which product has not been delivered.

For the period of May 2022 through April of 2023, Defense Distributed averaged $144,506 in gross collections related to the Ghost Gunner per month. The highest grossing month during this period was May of 2022 (the month after the ATF's ghost gun regulation announcement) at $206,866. The lowest grossing month during this period was December

---

DEFCAD's own website. In at least one case, the website hosting the meme expanded on "Fedcad's" attack by incorporating other online platforms owned by Plaintiffs that were not cited in the original version. See Appendix C.

[30] ATF Final rule 2021R-08F required owners of firearms with a stabilizing brace and a barrel length of less than sixteen inches to register the weapon as a "short barreled rifle" under the terms of the National Firearms Act of 1934. The rule provided a registration period starting in January of 2023, during which the $200 fee for registration would be waived. As of the date of this report, this rule's legal status is murky as the result of litigation against the ATF, but is generally considered unenforceable.

[31] DEFCAD runs an annual "Black Friday" sale during the month of November that drives increased sales. This effect is repeated each November.

[32] See Appendix E.

[33] The Ghost Gunner is not available for immediate shipment from Defense Distributed, hence the description of revenue as "deposits."

[34] These data do not include sales of dies, jigs, raw materials, spare parts, or other items that would generally only be purchased by someone who already owned a CNC mill.

11

of 2022 at $51,255. Excluding the highest and lowest grossing months during the period results in a monthly average of $147,594 in gross collections.

As with the DEFCAD analysis, I omitted May of 2023,[35] the month the meme is alleged to have been published online. For the period of June of 2023 through October of 2025, Defense Distributed averaged $64,674 in gross collections related to sales of the Ghost Gunner per month. The highest grossing month during this period was March of 2024 at $177,923. The lowest grossing month during this period was October of 2025 at $13,900. Omitting the highest and lowest grossing months during the period results in a monthly average of $62,360.

I noted a dramatic decrease in sales from 2022 (gross sales of $6,482,548) to 2023 (gross sales of $3,851,463) based on the tax filings of Defense Distributed. These figures include the Ghost Gunner and related ancillaries, DEFCAD subscription revenue, and other income recorded by Defense Distributed group of companies.

## OTHER SOCIAL AND MACROECONOMIC FACTORS

Historical inflation in the US economy during the first two years of the analysis period was higher than at any point since the early 1980's at 7.0% and 6.5% for 2021, 2022, respectively.[36] However, inflation fell to 3.4%, 2.9%, and 2.7% for 2023, 2024, and 2025. Inflation is unlikely to have played a significant role either in helping or hindering sales, given the low cost of a DEFCAD membership and consistency of its cost over time.

While the Ghost Gunner and DEFCAD subscription would generally be considered discretionary or luxury purchases that are easy targets for cuts in consumer budgets, they may also function as substitute goods under conditions of high inflationary pressure or low stocks of available firearms sparked by high consumer demand in the gun market. These periods tend to coincide primarily (but not exclusively) with the election of Democrat-led administrations because Democrats are widely considered to be more hostile to gun owners and favorable to gun control initiatives than Republicans. Thirty eight of forty-eight months during the analysis period fell into the period of Joe Biden's (Democrat) presidency. Conversely, Republican presidencies tend to result in less behavior that is motivated by a fear of increased gun control. Ten of the forty-eight months during the

---

[35] May of 2023 was the highest grossing month in the Defense Distributed dataset at $254,371. As with DEFCAD, this was likely the result of the announcement of additional gun control regulations by the Biden Administration.

[36] Hiranmayi Srinivasan, *Historical U.S. Inflation Rate By Year: 1929 to 2025*, Investopedia, December 22, 2025, https://www.investopedia.com/inflation-rate-by-year-7253832.

DEFCAD analysis period fell into the period of Donald Trump's (Republican) administration.[37]

Markets also saw unusually high demand for firearms due to the COVID-19 pandemic during 2020 and 2021.[38]

Finally, it is worth considering the state of the gun market in the United States during this period. According to FBI background check statistics,[39] firearms sales rose from 13,823,121 in 2019 to an estimated 22,681,763 instances of sales in 2020.[40] This was largely due to the COVID-19 pandemic and disputed national elections late in the year. That total fell to 19,790,982 in 2021 and has continued to fall in each of the three subsequent years. Sales reported in 2024 amounted to 16,171,072. This equates to a decline of about 4.6% in each subsequent year compared to the base year of 2021. Nevertheless, sales remain strong in comparison to each of the ten years prior to 2020. Since firearms sales tend to reflect broader trends relating to the desirability of firearms ownership, the economy, etc., it is reasonable to assume that the ebb and flow of sales of Plaintiff's products would be comparable to that of the gun market as a whole.

## CONCLUSION

Over the period of review, DEFCAD revenues declined by an average of $5,000 per month (about 83 new or renewing subscriptions), compared to the period prior to release of the toxic "Fedcad" meme. This represents a decline of about 12.2%, which far exceeds the

---

[37] Donald Trump has made the rollback of measures deemed unfavorable to gun owner rights a signature part of his domestic policy agenda. *See* Jennifer Mascia. *A Timeline of Trump's First-Year Gun Policy Actions*. The Trace. January 20, 2026, https://www.thetrace.org/2026/01/trump-gun-violence-policy-timeline/

[38] *Gun sales surged during the COVID-19 Pandemic*. Everytown Research & Policy, February 13, 2026, https://everytownresearch.org/graph/gun-sales-surged-during-the-covid-19-pandemic/.

[38] *Gun Owners' Privacy*. Electronic Privacy Information Center. February 6, 2026, https://archive.epic.org/privacy/firearms/#introduction.

[39] NICS Firearm Checks: Month/Year by State/Type. February 11, 2026, https://www.fbi.gov/file-repository/cjis/nics_firearm_checks_-_month_year_by_state_type.pdf/view

[40] NICS counts instances of a Federal Firearms Licensee requesting a background check in connection with a purchase. While most background checks are likely to arise out of a single sale, multiple background checks are not required for when the same consumer makes multiple purchases at the same time.

13

amount that would be expected by the cooling of the market for firearms or any other social, regulatory, or macroeconomic factor over the same period. The "Fedcad" meme has also resulted in dramatically lower sales of the Ghost Gunner. Revenue associated with this product reported by Defense Distributed declined by an average of $85,234, or approximately 57.7%. Collectively, these effects amount to an estimated $90,234 in average monthly lost sales starting in June of 2023, or a total of $2,616,786 through October of 2025, before inflation. These effects are likely to continue for at least as long as the "Fedcad" meme remains accessible online and will continue to have residual effects for sometime thereafter. At least some potential customers driven off by "Fedcad" will never return.

I have identified no other factor that is likely to have had as great an impact on DEFCAD's sales as the toxic "Fedcad" meme. During a period when gun sales remained at historically high levels, Plaintiff's businesses suffered stark declines. In the absence of any other reasonable explanation, I conclude that "Fedcad" had the effect intended by the person(s) who created it- to drive customers away from DEFCAD and Defense Distributed by systematically sowing fear, uncertainty and doubt. The effects are clearly identifiable in sales data and they continue to the present at an average rate of $90,234 per month.

14

**APPENDIX A**

Figure 1- Internet meme that is the subject of Plaintiff's complaint; allegedly created and propagated by Defendants.

15



Figure 2- The "Friends don't let friends" language in the "Fedcad" meme is a play on a popular campaign against drunk driving sponsored by the US Department of Transportation in the early 1980's. Memes appeal to consumers by invoking a common experience or understanding and applying it to a new experience, product, or idea.

16



Figure 3- Examples of common internet memes. Clockwise from top left: "Overly Attached Girlfriend," "Bad Luck Brian," Condescending Willy Wonka, Dos Equis "The Most Interesting Man in the World,"  "Scumbag Steve," "Good Guy Greg," "Grumpy Cat," "One does not simply walk into Mordor." These examples depict the simplicity of the medium (images with text) and widespread understanding and appeal of references to pop culture in the form of advertising, movies, and viral online content that has been repurposed to carry a different message than that conveyed by the images in their original context.

## APPENDIX B

Examples of recent published works that address the impact of memes in consumer marketing and their conclusions, in brief. Source: Neeraj Kumar and Prof. (Dr.) Manvinder Singh Pahwa, *Memes as Marketing: Exploring their Role in Digital Brand Strategy and Consumer Engagement*, 5, International Journal of Innovations and Research Analysis. 38 (2025).

Malodia, S., Tikoo, T., & Mishra, S. (2022). Meme marketing: How can marketers drive better engagement using viral memes? *Psychology & Marketing, 39*(10), 1928–1951.
> Findings: Memes boost engagement and recall when relevant, humorous, and shareable; escapism enhances impact

Taecharungroj, V., & Nueangjamnong, P. (2015). Humour 2.0: Styles and types of humour and virality of memes on Facebook. *Journal of Creative Communications, 10*(3), 288–302.
> Findings: Sarcastic ad absurd humor increases vitality; visual-text synergy improves engagement.

Sharma, S., Bumb, A., & Pitt, L. (2024). Impact of meme marketing on consumer purchase intention: Examining the mediating role of consumer engagement. *Business Perspectives and Research*.
> Findings: Meme marketing positively impacts purchase intention and engagement, with engagement as the mediator.

Murray, N., Manrai, A. K., & Manrai, L. A. (2013). Memes, memetics and marketing: A state of the art review and a lifecycle model of meme management in advertising. *Academy of Marketing Studies Journal, 17*(2), 37–50.
> Findings: Memes evolve through a lifecycle (creation, spread, decline); strategic management boosts brand awareness.

Chu, S.-C., & Kamal, S. (2011). The effect of perceived blogger credibility and argument quality on message elaboration and brand attitudes. *Journal of Interactive Advertising, 11*(2), 26–37.
> Findings: Credible meme sources enhance message processing and positive brand attitudes, relevant for marketing.

Vashisht, D., & Pillai, S. S. (2017). Are you able to recall the brand? The impact of brand prominence, game involvement and persuasion knowledge in online advergames. *Journal of Product & Brand Management, 26*(4), 402–414.
> Findings: Subtle brand integration in humorous content improves recall without triggering persuasion resistance.

Knossalla, M. (2017). The power of memes: A new dynamic in marketing. *Journal of Digital & Social Media Marketing, 5*(3), 245–256.
>    Findings: Memes enhance engagement and brand visibility when aligned with current trends and audience culture.

Lee, J., & Kim, S. (2020). The role of social media memes in shaping consumer perceptions. *Journal of Promotion Management, 26*(4), 513–532.
>    Findings: Memes shape positive perceptions when humorous and relatable, but irrelevance can harm brand image.

## APPENDIX C

Source: https://ctrlpew.com/getting-started-0-how-to-start-3d-printing-quickly/

Getting Started Guide 0 – How to Start 3D Printing Quickly » CTRL+Pew          https://ctrlpew.com/getting-started-0-how-to-start-3d-printing-quickly/



The Gatalog sets the standard for releases with community-run beta tests and proofed build documentation before public release. It's hard to do a Gatalog build wrong. For that reason, they are the only releases I will cover on this site in any detail.

Check out the File Drops Here

Learn more at The Gatalog

Other files can be found on Odysee and various other sites across the internet. Don't trust anyone who demands you pay for the files. The money probably isn't going to the developer and the files probably don't work.

As I stated previously The Gatalog is the only group currently with robust testing and documentation standards before a public release.

Just say no FEDCAD. And their affiliated sites, Legio, Defense Distributed, ghostgunner.net, and ghostguns.com.



## WHERE DO I GET THE PARTS KITS?

20

## APPENDIX D

DEFCAD platform subscription revenue reported by DEFCAD.



| Month | Revenue | Month | Revenue | Month | Revenue | Month | Revenue |
|---|---|---|---|---|---|---|---|
| 2021-11 | $ 33,367 | 2022-11 | $ 50,137 | 2023-11 | $ 58,877 | 2024-11 | $ 47,128 |
| 2021-12 | $ 31,999 | 2022-12 | $ 37,650 | 2023-12 | $ 38,569 | 2024-12 | $ 42,072 |
| 2022-1 | $ 53,158 | 2023-1 | $ 45,315 | 2024-1 | $ 41,855 | 2025-01 | $ 42,730 |
| 2022-2 | $ 40,231 | 2023-2 | $ 43,696 | 2024-2 | $ 36,084 | 2025-02 | $ 33,415 |
| 2022-3 | $ 53,501 | 2023-3 | $ 49,643 | 2024-3 | $ 42,574 | 2025-03 | $ 38,277 |
| 2022-4 | $ 59,807 | 2023-4 | $ 47,461 | 2024-4 | $ 40,562 | 2025-04 | $ 33,143 |
| 2022-5 | $ 37,537 | 2023-5 | $ 53,926 | 2024-5 | $ 38,176 | 2025-05 | $ 34,906 |
| 2022-6 | $ 35,733 | 2023-6 | $ 45,471 | 2024-6 | $ 33,129 | 2025-06 | $ 25,942 |
| 2022-7 | $ 30,827 | 2023-7 | $ 39,146 | 2024-7 | $ 28,965 | 2025-07 | $ 25,294 |
| 2022-8 | $ 32,695 | 2023-8 | $ 39,134 | 2024-8 | $ 31,164 | 2025-08 | $ 24,738 |
| 2022-9 | $ 28,003 | 2023-9 | $ 35,536 | 2024-9 | $ 29,146 | 2025-09 | $ 23,474 |
| 2022-10 | $ 29,167 | 2023-10 | $ 39,259 | 2024-10 | $ 30,592 | 2025-10 | $ 25,086 |



| Month | Sale Count | Month | Sale Count | Month | Sale Count | Month | Sale Count |
|---|---|---|---|---|---|---|---|
| 2021-11 | 624 | 2022-11 | 1121 | 2023-11 | 620 | 2024-11 | 352 |
| 2021-12 | 549 | 2022-12 | 978 | 2023-12 | 414 | 2024-12 | 438 |
| 2022-1 | 843 | 2023-1 | 958 | 2024-1 | 431 | 2025-01 | 408 |
| 2022-2 | 615 | 2023-2 | 820 | 2024-2 | 364 | 2025-02 | 309 |
| 2022-3 | 714 | 2023-3 | 819 | 2024-3 | 412 | 2025-03 | 333 |
| 2022-4 | 875 | 2023-4 | 641 | 2024-4 | 346 | 2025-04 | 271 |
| 2022-5 | 485 | 2023-5 | 509 | 2024-5 | 319 | 2025-05 | 426 |
| 2022-6 | 533 | 2023-6 | 456 | 2024-6 | 306 | 2025-06 | 219 |
| 2022-7 | 493 | 2023-7 | 382 | 2024-7 | 244 | 2025-07 | 234 |
| 2022-8 | 495 | 2023-8 | 353 | 2024-8 | 251 | 2025-08 | 192 |
| 2022-9 | 412 | 2023-9 | 324 | 2024-9 | 273 | 2025-09 | 190 |
| 2022-10 | 707 | 2023-10 | 402 | 2024-10 | 250 | 2025-10 | 204 |

## APPENDIX E

Revenue from sales of the Ghost Gunner reported by Defense Distributed.

| Month | Layaway Payment Revenue | Deposit Product Revenue | Final Balance Revenue | Total |
|---|---|---|---|---|
| 2022-5 | $ - | $ 19,000.00 | $ 187,866.00 | $ 206,866.00 |
| 2022-6 | $ 600.00 | $ 25,000.00 | $ 172,613.00 | $ 198,213.00 |
| 2022-7 | $ - | $ 23,500.00 | $ 151,443.00 | $ 174,943.00 |
| 2022-8 | $ - | $ 18,500.00 | $ 145,775.00 | $ 164,275.00 |
| 2022-9 | $ 300.00 | $ 17,500.00 | $ 113,103.00 | $ 130,903.00 |
| 2022-10 | $ 2,000.00 | $ 15,500.00 | $ 182,115.00 | $ 199,615.00 |
| 2022-11 | $ - | $ 37,000.00 | $ 72,846.00 | $ 109,846.00 |
| 2022-12 | $ 1,000.00 | $ 21,500.00 | $ 28,755.00 | $ 51,255.00 |
| 2023-1 | $ 1,067.00 | $ 29,000.00 | $ 78,597.00 | $ 108,664.00 |
| 2023-2 | $ - | $ 34,000.00 | $ 63,261.00 | $ 97,261.00 |
| 2023-3 | $ 267.00 | $ 33,500.00 | $ 86,265.00 | $ 120,032.00 |
| 2023-4 | $ - | $ 15,000.00 | $ 157,194.00 | $ 172,194.00 |
| 2023-5 | $ - | $ 33,750.00 | $ 220,621.00 | $ 254,371.00 |
| 2023-6 | $ - | $ 24,000.00 | $ 93,500.00 | $ 117,500.00 |
| 2023-7 | $ - | $ 31,350.00 | $ 73,660.00 | $ 105,010.00 |
| 2023-8 | $ - | $ 31,000.00 | $ 12,000.00 | $ 43,000.00 |
| 2023-9 | $ 200.00 | $ 42,350.00 | $ 2,000.00 | $ 44,550.00 |
| 2023-10 | $ 1,650.00 | $ 22,500.00 | $ 2,000.00 | $ 26,150.00 |
| 2023-11 | $ - | $ 30,450.00 | $ 58,000.00 | $ 88,450.00 |
| 2023-12 | $ - | $ 21,750.00 | $ 12,000.00 | $ 33,750.00 |
| 2024-1 | $ 250.00 | $ 14,850.00 | $ 54,000.00 | $ 69,100.00 |
| 2024-2 | $ 300.00 | $ 14,250.00 | $ 143,850.00 | $ 158,400.00 |
| 2024-3 | $ - | $ 11,300.00 | $ 166,622.96 | $ 177,922.96 |
| 2024-4 | $ 1,019.00 | $ 12,500.00 | $ 108,231.66 | $ 121,750.66 |
| 2024-5 | $ - | $ 20,945.00 | $ 109,049.99 | $ 129,994.99 |
| 2024-6 | $ 2,150.00 | $ 14,000.00 | $ 61,500.00 | $ 77,650.00 |
| 2024-7 | $ - | $ 8,350.00 | $ 19,100.00 | $ 27,450.00 |
| 2024-8 | $ - | $ 10,350.00 | $ 39,800.00 | $ 50,150.00 |
| 2024-9 | $ - | $ 14,100.00 | $ 67,800.00 | $ 81,900.00 |
| 2024-10 | $ - | $ 6,925.00 | $ 75,799.99 | $ 82,724.99 |
| 2024-11 | $ - | $ 11,050.00 | $ 16,000.00 | $ 27,050.00 |
| 2024-12 | $ 40.00 | $ 18,700.00 | $ 101,850.00 | $ 120,590.00 |
| 2025-1 | $ - | $ 7,000.00 | $ 35,998.75 | $ 42,998.75 |
| 2025-2 | $ - | $ 6,500.00 | $ 22,000.00 | $ 28,500.00 |
| 2025-3 | $ 1.00 | $ 5,000.00 | $ 22,000.00 | $ 27,001.00 |
| 2025-4 | $ - | $ 10,000.00 | $ 9,650.00 | $ 19,650.00 |
| 2025-5 | $ 1,600.00 | $ 33,200.00 | $ 56,000.00 | $ 90,800.00 |
| 2025-6 | $ 702.00 | $ 8,500.00 | $ 11,799.99 | $ 21,001.99 |
| 2025-7 | $ 2,625.00 | $ 5,450.00 | $ 11,490.00 | $ 19,565.00 |
| 2025-8 | $ 3,825.00 | $ 2,500.00 | $ 8,000.00 | $ 14,325.00 |
| 2025-9 | $ 1,700.00 | $ 5,000.00 | $ 8,000.00 | $ 14,700.00 |
| 2025-10 | $ 1,900.00 | $ 6,000.00 | $ 6,000.00 | $ 13,900.00 |