# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.

_____/

**DECLARATION OF JASON TYRA**

I, Jason Tyra, declare as follows:

1. I hold a Juris Doctorate (JD) degree, a Master of Business Administration (MBA) degree, and Master of Science (MS) degree in Accounting and Information Management with dual concentrations in taxation and assurance services.

2. I am licensed as an attorney in the State of Texas and as a Certified Public Accountant in the States of Texas and New York. I am also a Certified Fraud Examiner, accredited by the Associated of Certified Fraud Examiners.

3. For nearly thirteen years, I have been the owner and principal practitioner of Jason M. Tyra, PLLC, a boutique multi-disciplinary professional services firm that specializes in providing services to tech-oriented startups, small businesses, and moderate to high-net-worth individuals. These services include, or have included in the past, attest, crypto asset planning,

financial management, general business and securities compliance, tax consulting, estate planning, probate, and litigation support.

4.      I agreed to serve as an expert witness in the above-referenced case for plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs").  Plaintiffs agreed to pay me $400/hour for my services in this case.  Currently, $400/hour is the rate that I customarily charge other clients for similar services.

5.      Attached as Exhibit 1 is an itemized invoice for my services rendered in connection with my deposition in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 2, 2026

*/s/ Jason M. Tyra*
Jason M. Tyra

# EXHIBIT A



**JASON M. TYRA, CPA, PLLC**
**6301 PRESTON ROAD, SUITE 700**
**PLANO, TX 75024**

972-201-9008          https://www.tyracpa.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/4/2026 | 5602 |

Bill To

Defense Distributed
2320 Donley Drive, Suite C
Austin, TX 78758

| Description | Quantity | U/M | Rate | Amount |
|-------------|----------|-----|------|--------|
| Deposition in the mater of Defense Distributed et al. v. John Elik et al. (9:25-cv-81197-DMM) | 5.4 | hr | 400.00 | 2,160.00 |
| Prepare for deposition- review Expert's Report and underlying sources, sales data for DEFCAD subscriptions and Ghost Gunner, mathematical computations of loss; review tax returns of Defense Distributed for the period at issue, review status of meme online | 1.1 | hr | 400.00 | 440.00 |

Payments Accepted:  Bitcoin, Visa, Mastercard, American Express, Discover, Check, Money Order. Your check may be presented to your bank electronically.

Electronic payments are accepted at https://www.tyracpa.com/payments. All invoices are due on receipt.

**Total**          $2,600.00

**Balance Due**          $2,600.00