**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
         Defendants.
_____/

**PLAINTIFFS' MOTION TO EXTEND DEADLINE TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request a seven-day extension, until June 18, 2026, to respond to

Defendants' Motion for Summary Judgment (Doc. 147) ("Motion").

1. On December 16, 2025, the Court entered a Scheduling Order establishing the

following relevant deadlines: May 14, 2026 – Discovery Cutoff; May 28, 2026 – All Pretrial

Motions; July 27, 2026 – Beginning of Trial Period. *See* Doc. 36.

2. On May 28, 2026, the deadline to file pretrial motions, Defendants filed a 20-page

*Daubert* Motion (Doc. 144) supported by 1,130 pages of exhibits.

3. Additionally, at 11:50 p.m. on May 28, 2026, Defendants filed the Motion. The

Motion is 20 pages and accompanied by a 10-page Statement of Material Facts as well as 23

exhibits spanning 1,432 pages.

4.  Plaintiffs' current deadline to respond to both the *Daubert* Motion and the Motion is June 11, 2026.

5.  Due to the substantial effort required to respond to both motions, as well as their counsel's numerous competing obligations in other cases, Plaintiffs respectfully request a seven-day extension, until June 18, 2026, to respond to the Motion.  (Plaintiffs do *not* seek to extend their deadline to respond to the *Daubert* Motion.)

6.  Plaintiffs conferred with Defendants about the relief requested in this motion, and Defendants advised that they oppose the requested extension because it would compress the amount of time between the filing of the opposition and the beginning of trial.

7.  However, if Plaintiffs wanted to provide more time for the Court to rule on the Motion before trial, they could have filed the Motion when discovery closed on May 14, 2026. Instead, they waited until 10 minutes before the deadline expired on May 28, 2026.

8.  In any event, Defendants will not suffer any prejudice if the amount of time between the filing of the opposition and the beginning of trial is shortened from 46 days to 39 days.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant a seven-day extension, until June 18, 2026, for Plaintiffs to respond to the Motion.

<u>**CERTIFICATE OF GOOD FAITH CONFERRAL**</u>

The undersigned counsel certifies that the parties have conferred in good faith and that Defendants oppose the relief requested in this motion.

Dated:  June 4, 2026

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: <u>/s/ *Brendan Everman*</u>
Brendan S. Everman
Florida Bar No. 68702
beverman@pryorcashman.com
ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: <u>*/s/ Howard Foster*</u>
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*