UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK; et al.,

*Defendants.*

_____/

## **<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Pursuant to Local Rule 7.8, Defendants identify supplemental authority bearing on the causation and damages issues raised in Defendants' Motion for Summary Judgment (Doc. 147) and *Daubert* Motion (Doc. 144).

In *VanDerStok v. Garland*, No. 4:22-cv-00691-O, ECF No. 188 at 5–6 (N.D. Tex. Mar. 2, 2023) (Ex. A), the court credited Mr. Wilson's declaration that an ATF rulemaking caused a 20% loss of monthly revenues, threatening Defense Distributed's dissolution. *See* ECF No. 193-1; ECF No. 294-1.

Then, in 2026, the court recognized it was "clear Plaintiff is suffering due to the challenged rule," including "economic harm in the form of lost sales revenue." *VanDerStok v. Bondi*, No. 4:22-cv-00691-O, ECF No. 309 at 2 (N.D. Tex. Mar. 30, 2026) (Ex. B). That order credited Defense Distributed's representations that the earlier harms had "materialized and [were]

1

escalating," depriving Defense Distributed of revenues critical to survival. *See* ECF Nos. 294-2; 301.

These authorities are pertinent because Plaintiffs' damages theory attributes 100% of lost sales and profits to Defendants while failing to account for Defense Distributed's contemporaneous position—credited by a federal court—that other sources caused the same category of harm during the same period.

Respectfully submitted,
DATED:  June 11, 2026


/s/ *Gary C. De Pury*
Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alex Holladay.*

/s/ *Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Elik, Stroke, Lettman, and Clark.*

/s/ *Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Matthew Larosiere.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 11th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581