# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.

_____/

## DECLARATION OF JASON M. TYRA

I, Jason M. Tyra, state the following facts based upon my personal knowledge:

1. As reflected in my expert report (*see* Doc. 150-1), I am a Certified Public Accountant and a licensed attorney.

2. For nearly thirteen years, I have been the owner and principal practitioner of Jason M. Tyra, PLLC, a boutique multi-disciplinary professional services firm that specializes in providing services to tech-oriented startups, small businesses, and moderate to high-net-worth individuals. These services include, or have included in the past, attest, crypto asset planning, financial management, general business and securities compliance, tax consulting, estate planning, probate, and litigation support.

3.      Most of the hundreds of clients I have served since beginning my firm are members of the Second Amendment community, as am I.   By that I mean they own firearms, often 3D guns, and are involved in gun rights activism.

4.      I have a reputation for serving these people.  For this reason, I highlight my work in creating Gun Trusts on my website, www.tyracpa.com/legal-services/trusts/gun-trusts.

5.      The opinions stated on pages 8-9 of my report are based on my professional experience.

6.      In particular, based on my experience, I know that members of the Second Amendment and GunCAD communities are generally Libertarians who are very apprehensive about the disclosure of their identities to hackers, antigunner groups, or government officials.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 9, 2026

/s/ Jason M. Tyra
Jason M. Tyra