**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
         Defendants.

_____/

## DECLARATION OF ERIC GOLDHABER

I, Eric Goldhaber, declare as follows:

1.     I am over the age of 18 and am a citizen of the United States of America. The facts stated in this declaration are based on my own personal knowledge.

2.     I am a prolific designer of 3D-printed guns. I also teach free online courses about 3D-printed guns and am an active participant in "GunCAD" culture, *i.e.* Gun and Computer-Aided Design. GunCAD is both a technique to produce 3D-printed guns and a libertarian movement to make computer-aided firearms widely available for self-defense uses.

3.     I regularly post online about GunCAD culture using an online alias. I currently have about 16.1k followers on Instagram; 12.6k followers on X/Twitter; and 6.4k followers on Odysee.

4.     I started designing 3D guns in late 2021 or early 2022.

5.      I first learned about Cody Wilson and his companies, DEFCAD and Defense Distributed (together "DEFCAD"), in 2022.  I appreciated Mr. Wilson's efforts to promote the right to design and build 3D-printed firearms.

6.      In 2022, I began making my 3D gun designs publicly available via Odysee, a decentralized video hosting platform, as well as DEFCAD.com.

7.      In 2023, I became aware that certain defendants in the above-referenced lawsuit, through various online handles or aliases, commenced an online campaign to disparage Mr. Wilson and DEFCAD to the GunCAD community.

8.      I personally read hundreds, if not thousands, of posts and comments disparaging Mr. Wilson and DEFCAD on various online platforms, including X/Twitter, Reddit, and Facebook.

9.      Often, one of the defendants, such as Zona *a/k/a* Josh Stroke, would publish the so-called "FEDCAD" meme either as an original post or as a comment on a third-party's GunCAD-related post.  Others would then reply agreeing with the FEDCAD meme and warning consumers not to use or support Wilson or DEFCAD and to instead use and support websites such as CTRL Pew or the Gatalog (or, more recently, the GunCAD index) for 3D gun designs.  In turn, those websites would refer customers to MAF Corp. to buy 3D gun parts and accessories.

10.     MAF Corp. and DEFCAD are competitors because they sell some of the same parts and accessories for building 3D-printed guns.

11.     Based on my observations, defendants' campaign to disparage Mr. Wilson and his companies was pervasive and had a far reach in the GunCAD community.  I believe that most active participants in the GunCAD community, like me, have seen the FEDCAD meme (or another anti-Wilson statement) published by defendants hundreds (if not thousands) of times.

12.     Due to the backlash against Mr. Wilson, I did not want to be publicly associated with him or DEFCAD, and I stopped uploading my 3D gun designs to DEFCAD.com in 2023.  I have also refused to accept any payments from DEFCAD for my 3D gun designs.

13.     Due to my standing and audience in the GunCAD community, I believe that my public support for Mr. Wilson and DEFCAD would have given them additional legitimacy and goodwill with potential consumers.

14.     Because members of the GunCAD community are generally libertarians who value privacy, I believe that the FEDCAD meme's representations—specifically that "Defcad's database has been hacked and dumped on multiple occasions" and that DEFCAD "doxxed developer information to antigunners"—have severely damaged DEFCAD's reputation among actual and potential customers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 9, 2026

*/s/ Eric Goldhaber*
Eric Goldhaber