**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

     Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
         Defendants.

_____/

**DECLARATION OF GARRET WALLIMAN IN OPPOSITION**
**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Garret Walliman, declare as follows:

1.     I am a software engineer for Defense Distributed, one of the plaintiffs in this case. I have over a decade of experience in building and maintaining websites, and in managing the security of these websites. By virtue of my knowledge and experience, I am very familiar with the computer networks and data security of plaintiffs Defense Distributed and DEFCAD, Inc. (together, "DEFCAD").

2.     I have personal knowledge of the facts set forth in this Declaration.  If called to testify, I could competently testify thereto.

3.      Since 2021, I have personally read numerous posts by defendants disparaging Cody Wilson and DEFCAD on various online platforms, including X/Twitter, Reddit, and Facebook. I have also reviewed numerous posts by third parties repeating the disparaging claims made by defendants.

4.      Often, one of the defendants, such as Zona *a/k/a* Josh Stroke, would publish the so-called "FEDCAD" meme (*see, e.g.,* Doc. 49 at ¶ 36) either as an original post or as a comment on a third-party's GunCAD-related post. This publication of the FEDCAD meme would often be accompanied by agreement by other defendants, and commentary by defendants warning consumers not to use or support Wilson or DEFCAD and to instead use and support websites such as CTRLPew.com or the Gatalog for 3D gun designs.  In turn, those websites refer customers to MAF Corp. to buy 3D gun parts and accessories.

5.      The "FEDCAD" meme states: "Defcad's database has been hacked and dumped on multiple occasions."  This statement is false.  After thorough investigation, including an investigation performed by Mandiant, a highly regarded independent third-party data security company, we have found no evidence that hackers, *i.e.* unauthorized third parties, have accessed any database maintained by DEFCAD.  Additionally, we have found no evidence that a database maintained by DEFCAD has ever been "dumped," *i.e.* downloaded by an unauthorized third party or made available to unauthorized parties on the internet. Defendants have also presented no evidence, either online or in connection with this lawsuit, proving that a database dump occurred.

6.      The "FEDCAD" meme also states that DEFCAD "do[es] not encrypt [its] data, and keep[s] it stored unsalted – all your information is in a row."  This statement is false and misleading.  DEFCAD's database uses, and has always used, both encryption and salting to protect

data in accordance with security best practices. Furthermore, DEFCAD's database has never maintained personally identifiable customer information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 11, 2026

*/s/ Garret Walliman*
Garret Walliman