**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

  Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
     Defendants.

_____/

**DECLARATION OF CODY WILSON IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Cody Wilson, declare as follows:

1.  I am the owner and manager of plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs"). Plaintiffs are affiliated Texas businesses.

2.  I have personal knowledge of the facts set forth in this Declaration. If called to testify, I could competently testify thereto.

3.  In my conversations with JG, he has denied hacking any of Plaintiffs' databases.

4.  Defendant John Elik has posted hundreds of negative comments about me and Plaintiffs on Reddit. I have also seen him publicly post the FEDCAD meme.

5.  The FEDCAD meme is a verbatim copy of one of Elik's posts from May of 2023.

6.      Plaintiff DEFCAD is subscription-based file-sharing website that allows customers to download 3D gun designs.

7.      The DEFCAD website membership is called a LEGIO membership and currently costs $60 annually.

8.      All income generated by DEFCAD website memberships are paid to, and received by, plaintiff DD Foundation.

9.      Plaintiff Defense Distributed sells kit parts, equipment, and gun accessories.

10.     The Ghost Gunner is Defense Distributed's main product.  It accounts for more than 90% of Defense Distributed's sales revenue.

11.     The affiliated relationship between DEFCAD and Defense Distributed, as well as their joint ownership by Wilson, is well-known in the GunCAD community.

12.     Attached as Exhibit 1 is an Order recently entered in in *The People of the State of California v. Gatalog Foundation Inc.*, No. CGC-26-633508 (Cal. Super. Court, San Francisco County) (June 5, 2026).

13.     Elik co-hosts a podcast and YouTube series with defendant Larosiere.

14.     Defendant Clark works for Larosiere and Elik as an editor of their YouTube series.

15.     CTRLPew and the Gatalog are competitors with DEFCAD because they are file-sharing websites that allow customers to download 3D gun designs without restriction.

16.     Attached as Exhibit 2 is a public post made by Larosiere about defendant Stroke.

17.     Holladay, Stroke, Lettman, Clark, Elik, and Larosiere each have thousands of followers on X or YouTube.

18.     Holladay has tried to raise money for defendants Elik, Celentano, Larosiere, and Lettman on his website.

19.     Due to Eric Goldhaber's standing and audience in the GunCAD community, his public support for Plaintiffs would have given my companies additional legitimacy and goodwill with potential customers.

20.     Since May 2023, Plaintiffs' sales and profits have substantially decreased.

21.     All the financial records provided to Plaintiffs' damages expert, Jason Tyra, are records made at or near the time of the financial activity reflected therein by persons with knowledge of that activity, are kept in the ordinary course of business by Plaintiffs, and are true and accurate to the best of my knowledge and belief.

22.     Since May 2023, a significant number of customers have expressly cited "FEDCAD" or "data security concerns" as reasons for cancelling their DEFCAD memberships.

23.     The customer exit surveys available in the record at Doc. 147-6 are records made at or near the time of the cancellations reflected therein by persons with knowledge of those cancellations, are kept in the ordinary course of business by Plaintiffs, and are true and accurate to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 11, 2026

*/s/ Cody Wilson*
Cody Wilson