**COMPOSITE EXHIBIT A**

## Practicum

We can apply what we've learned to a novel fact pattern. Say a creator releases a new design named Plastikov v4.[40] He knows his build guide is copyrightable, but that his 3D models are not. So he models a copyright statement into the assembly itself!



*Figure 8: Wat Do?*

According to *Star Athletica*, the only way to comply with the creator's copyright is to remove the potentially copyrightable elements of his design. In this case, the only copyrightable part of the design is the copyright statement. By gently removing this, we return the model to legal insignificance.[41]



*Figure 9: Do*

Wilson, Cody R. Black Flag White Paper, 2024 (page 7).

1

# Epilogue

*One is much more of an artist than one knows.*[55]

In deference to the community's need for profile work, and because the law may one day change, I announce FEDCAD.com. Let it be a place for respecting and contacting all 3D gun rightsholders. Let it serve as a reminder that, in this movement, the only possible theft is property.

Wilson, Cody R. Black Flag White Paper, 2024 (page 9).



## Welcome to FedCAD

**You are accessing a closed-source system. Information system usage may be monitored, recorded, and subject to audit. Unauthorized use of the information system is prohibited.**

The Federal Copyrighted Arms Database provides free information related to attempts to copyright and register 3D-printed firearm files and designs.

FedCAD allows you to:

- Look up copyright registrations related to 3D-printed firearm designs.
- Request permission to access or use registered photos, video or visual material..
- Access free resources related to 3D models and US Copyright law.
- Learn about the weird people attempting to register 3D-printed firearms with the federal government.
- Prevent lawsuits by helping you follow the law.

To learn more about the law of copyright and 3D-printed guns, download this helpful paper: [ Download Paper ]

To learn more about open source software and paywalls, download this helpful paper: [ Download Paper ]

Fedcad front page

https://www.fedcad.com/

*archived at*: https://web.archive.org/web/20250315225148/http://www.fedcad.com/

3



Fedcad "Database" (part 1)

https://www.fedcad.com/database.html
https://web.archive.org/web/20251101193017/https://www.fedcad.com/database.html

| Title: Amigo Verde | Rightsholder: Matthew Larosiere | Publication Date: June 8th, 2024 | Registration Status: PARTIAL |
| --- | --- | --- | --- |
| The Amigo Verde - a 3D Printable CETME L-based build. | | | |
| README | Registration Link | | Registration Date<br>June 8th, 2024 |
| Images | Registration Link | | Registration Date<br>September 12th, 2024 |
| Video Tutorial: | Registration Link | | Registration Date<br>June 8th, 2024 |

☑ README ☐ Documentation ☑ Images ☑ Video Tutorial: ☐ Technical Drawings ☐ 3D Models | | Request Use

| Title: Come and Press It 3D Printable Reloading Press | Rightsholder: Josh Kiel Stroke | Publication Date: Pending | Registration Status: PENDING |
| --- | --- | --- | --- |
| A printable reloading press (dies not included.) | | | |
| External Link | | | Request Use |

| Title: "Bozkurt" | Rightsholder: Uberclay, FMDA | Publication Date: February 1, 2024 | Registration Status: PENDING |
| --- | --- | --- | --- |
| 3D printed frame for the Canik TP-9. | | | |
| | | | Request Use |

| Title: Plastikov v4 | Rightsholder: Matthew Larosiere | Publication Date: May 7th, 2024 | Registration Status: PARTIAL |
| --- | --- | --- | --- |
| The Plastikov v4 is a 3D printable AKM-based build. It departs from traditional AK receiver design, and prior versions of the Plastikov, by adopting an enclosed receiver design. | | | |
| README | Registration Link | | Registration Date<br>June 8th, 2024 |
| Images | Registration Link | | Registration Date<br>June 8th, 2024 |
| Video Tutorial: | Registration Link | | Registration Date<br>June 8th, 2024 |

☑ README ☐ Documentation ☑ Images ☑ Video Tutorial: ☐ Technical Drawings ☐ 3D Models | External Link | Request Use

| Title: Schlank Flugelmann 5 | Rightsholder: Matthew Larosiere | Publication Date: October 31st, 2023 | Registration Status: PARTIAL |
| --- | --- | --- | --- |
| The SF5 is a 3D printable MP5 receiver set. It is compatible with OEM HK parts, PTR parts, RCM parts, and most of the other clone or US-made MP5 parts. | | | |
| README | Registration Link | | Registration Date<br>December 24th, 2023 |
| Documentation | Registration Link | | Registration Date<br>December 24th, 2023 |
| Images | Registration Link | | Registration Date<br>December 23rd, 2023 |
| Technical Drawings: | Registration Link | | Registration Date<br>December 24th, 2023 |

☑ README ☑ Documentation ☑ Images ☐ Video Tutorial: ☑ Technical Drawings ☐ 3D Models | External Link | Request Use

Fedcad "Database" (part 2)

https://www.fedcad.com/database.html

https://web.archive.org/web/20251101193017/https://www.fedcad.com/database.html



| Title: Patent Project 99 | Rightsholder: Matthew Larosiere | Publication Date: May 6th, 2022 | Registration Status: PARTIAL |
|---|---|---|---|
| A printable frame for Walther's Patent P99, PPQ and PDP | | | |
| Documentation | Registration Link | | Registration Date December 24th, 2023 |
| Images | Registration Link | | Registration Date December 23rd, 2023 |
| Technical Drawings: | Registration Link | | Registration Date December 24th, 2023 |
| ☐ README ☑ Documentation ☑ Images ☐ Video Tutorial: ☑ Technical Drawings ☐ 3D Models | | External Link | Request Use |

| Title: Amigo Grande | Rightsholder: Matthew Larosiere | Publication Date: February 28th, 2022 | Registration Status: PARTIAL |
|---|---|---|---|
| The Amigo Grande is a 3D printable CETME C receiver. It is compatible with G3/PTR91 parts, but was designed around the large number of CETME C kits that are avaliable - some minor fitting may be required with G3 or PTR parts. | | | |
| Images | Registration Link | | Registration Date December 23rd, 2023 |
| ☐ README ☐ Documentation ☑ Images ☐ Video Tutorial: ☐ Technical Drawings ☐ 3D Models | | External Link | Request Use |

| Title: SWMP-9 | Rightsholder: Vinh Nguyen | Publication Date: Pending | Registration Status: PENDING |
|---|---|---|---|
| A frame for the S&W M&P 9, 9L, and 9C parts kits. | | | |
| External Link | | | Request Use |

| Title: MEPR v1.0 | Rightsholder: Vinh Nguyen | Publication Date: Pending | Registration Status: PENDING |
|---|---|---|---|
| MPX Equivalent receiver Platform - printable receiver for the MPX | | | |
| External Link | | | Request Use |

| Title: Big Point | Rightsholder: "Atmac" | Publication Date: Pending | Registration Status: PENDING |
|---|---|---|---|
| The Big-Point is the first printable Pistol frame able to withstand the 45. acp cartridge, it uses either a hi point JCP (.40sw) or JHP (.45 acp) parts kit. | | | |
| External Link | | | Request Use |

Fedcad "Database" (part 3)

https://www.fedcad.com/database.html
https://web.archive.org/web/20251101193017/https://www.fedcad.com/database.html



"Memorial Day Weekend"
05/24/2024

https://ddlegio.com/memorial-day-weekend/
archived at:
https://web.archive.org/web/20250930231948/https://ddlegio.com/memorial-day-weekend/



"FEDCAD Meme"
DEFCAD
05/22/2025

https://defcad.com/library/fedcad-meme/
archived at: https://archive.is/9JZMF



"FEDCAD-19"
DEFCAD
08/13/2024

https://defcad.com/library/fedcad-19/
archived at: https://archive.is/AnpQa



https://defcad.com/library/fedcad-19/
archived at: https://archive.is/AnpQa

novel render **not** found elsewhere and likely created by a DEFCAD employee



https://defcad.com/library/fedcad-19/
archived at: https://archive.is/AnpQa

novel render **not** found elsewhere and likely created by a DEFCAD employee



https://defcad.com/library/fedcad-19/
archived at: https://archive.is/AnpQa

novel render **not** found elsewhere and likely created by a DEFCAD employee



"What Happened to FOSSCAD?"
09/29/2025

https://ddlegio.com/what-happened-to-fosscad/
archived at: https://web.archive.org/web/20250929185454/https://ddlegio.com/what-happened-to-fosscad/

MANDIANT INTELLIGENCE EXPERTISE                                                      TLP:RED •

To prevent future abuse and misuse of moderate risk  domains, consider these options:
- **Filing a takedown:** File a takedown with the domain's registrar or ISP. However, often this can be difficult if insufficient evidence exists to support a takedown claim.
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:** If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.
- **Blocking IP/Domain traffic:** Blocking traffic at the edge of the organization's network infrastructure, could help to prevent unauthorized scraping and use of website assets on the organization's domains and may decrease the risk of employee phishing and remote connections.

### Low

Signifies a domain that is a minimal or no immediate threat to a client's brand, infrastructure, or employees. Examples include:
- Domains that could potentially be misused but are currently generic in nature.
- Legitimate domains originally owned by a client that have lapsed and expired.
- Client-related domains being squatted for resale.

### Recommendations

To prevent future abuse and misuse of low risk domains, consider these options:
- **Purchasing the domain:** This gives direct control and prevents unauthorized use.
- **Monitoring the domain:**  If purchasing isn't feasible, regular checks for changes in registration, reachability, and address resolution can help detect potential threats early.

*Table 5: Mandiant's domain risk ratings and recommendations guide*

## Domain Risk Matrix For DEFCAD

The following notable domains were identified as potential risks to DEFCAD and are listed in order of severity.

| Domain | Risk |
|---|---|
| defcad.net | High |
| def-cad.com | High |
| abadi.sbs | High |
| sir.ffakhar.ir | High |
| nice.woodclub.pw | High |
| consol.braincontrol.ir | High |

Digital Risk Profile: DEFCAD, Inc (page 15)

Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*

MANDIANT INTELLIGENCE EXPERTISE

TLP:RED

| | |
|---|---|
| fa1.electricity-control.ir | High |
| fa2.electricity-control.ir | High |
| fa3.electricity-control.ir | High |
| sso.ffakhar.ir | High |
| 141.94.2.52.sslip.io | High |
| paneldownloadforwindowsxp.negspace.store | High |
| 157.90.18.138.sslip.io | High |
| 185.201.252.32.sslip.io | High |
| 65.21.58.230.sslip.io | High |
| defcad.co | Moderate |
| defcad.ca | Low |
| defcad.se | Low |
| defcad.us | Low |
| defcadliberator.com | Low |
| defcadliberator.org | Low |
| defcadtactical.com | Low |
| defcad.asia | Low |
| defcad.cn | Low |
| defcad.co.nz | Low |
| defcad.co.za | Low |
| defcad.com.cn | Low |
| defcad.is | Low |
| defcad.net.nz | Low |
| defcad.nl | Low |
| defcad.ph | Low |
| defcad.ru | Low |

Google Cloud

Proprietary & Confidential  ·  | 16

Digital Risk Profile: DEFCAD, Inc (page 16)

Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*



| | |
|---|---|
| defcad.tk | Low |
| defcade.com | Low |
| defcadi.tk | Low |

*Table 6: Mandiant's risk assessment for observed suspicious domains related to DEFCAD*

## High Risk Domains Targeting DEFCAD

| High Risk | *defcad[.]net and def-cad[.]com* |
|---|---|

This domain and def-cad[.]com were both created on the same day (2024-02-24) via GoDaddy and hosted at Amazon. While def-cad[.]com has since recently expired on 2025-02-24, defcad[.]net remains active and hosting content that indirectly asperses DEFCAD through the use of a logo labelled FEDCAD (Figure 2).

**Analysis**
- This domain is currently resolvable.
- The domain was created in February 2024.
- The page was built using a page builder from GoDadaddy and employed a distinct "FEDCAD" logo at the top.
- No malicious content was observed at the time of analysis.
- def-cad[.]com recently expired on 2025-02-24 and currently redirects to a parked page. It previously redirected visitor traffic to defcad[.]net
- In addition, the site has the language "Copyright © 69420 Fedcad- All Wrongs Reserved."

**Why these sites are of concern**
**Domain Impersonation:** The domain names closely resemble defcad[.]com, which could be exploited to target employees, customers, and partners.
**Recent activity:** Both domains were reactivated on 2024-02-24, though they have both been around since at least 2014 (def-cad[.]com) and 2017 (defcad[.]net).
**Redirect Connection:** def-cad[.]com is connected to defcad[.]net by a number of factors, most notably by a redirect.

Digital Risk Profile: DEFCAD, Inc (page 17)
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*

TLP:RED

Mandiant identified several FQDNs recently hosting a mirrored or scraped version of defcad.com (Figures 4 and 5).

- abadi[.]sbs
- sir.ffakhar[.]ir
- nice.woodclub[.]pw
- consol.braincontrol[.]ir
- fa1.electricity-control[.]ir
- fa2.electricity-control[.]ir
- fa3.electricity-control[.]ir
- sso.ffakhar[.]ir
- 141.94.2.52.sslip[.]io
- paneldownloadforwindowsxp.negspace[.]store
- 157.90.18.138.sslip[.]io
- 185.201.252.32.sslip[.]io
- 65.21.58.230.sslip[.]io

 

*Figure 4: 65.21.58.230.sslip[.]io on July 2, 2024*    *Figure 5: sir.ffakhar[.]ir on October 4, 2024*

It is unclear what the intent was with these sites. We were unable to identify usage of these FQDNs in past malicious campaigns. At the time of analysis, only sir.ffakhar[.]ir was actively serving content, which was confirmed to match the content from defcad.com. While it's plausible the sites were intended to phish credentials, the login page on sir.ffakhar[.]ir retained the reCAPTCHA challenge which generated an error (Figure 6). Likewise, after a simulated login attempt during analysis, there was an error displayed after the login attempt (Figure 7).

Digital Risk Profile: DEFCAD, Inc (page 19)
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*

MANDIANT INTELLIGENCE EXPERTISE  TLP:RED





Figure 6: reCAPTCHA error on login page     Figure 7: Error after login attempt

The earliest observations of DEFCAD content hosting date back about nine months. While there were a range of hosts previously serving DEFCAD content, five of the sites were hosted behind Cloudflare services. Notably, electricity-control[.]ir has also hosted sites mimicking the Organization for Security and Co-operation in Europe (OSCE) and European Bisexual Conference (EuroBiCon). OSCE content was also observed being hosted at sslip.io FQDNs. sslip[.]io is a DNS service that returns the IP address structured in the FQDN and appears to be a service commonly abused.

Both abadi[.]sbs and 185.201.252.32.sslip[.]io resolved to 185.201.252.32 at the time of capture on June 10th 2024. 185.201.252.32 has previously been associated with a campaign beginning in September 2024 involving download of fake software installers leading to distribution of infostealer malware; however, this campaign occurred after the initial observation of DEFCAD hosted content and does not appear to be linked.

Within the DEFCAD_Domains.xlsx spreadsheet delivered with this report is a worksheet titled 'Mirror Sites'. This worksheet contains the IP addresses where these FQDNs previously resolved. Reviewing web server logs for these IP addresses may help determine if these servers are/were used to actively scrape DEFCAD content.

## Moderate Risk Domains Targeting DEFCAD



This domain is assessed with moderate risk because it remains an actively registered domain reactivated in November 2024 after previously expiring. While it is currently parked, it could be easily repurposed by

Digital Risk Profile: DEFCAD, Inc (page 20)
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*

18

| FQDN | Date of Observation | Domain | IP | Notes |
|------|---------------------|--------|-----|-------|
| abadi.sbs | June 10th 2024 | abadi.sbs | 185.201.252.32 | Not resolving at time of analysis. |
| consol.braincontrol.ir | August 8th 2024 | braincontrol.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. No other subdomains observed. |
| fa1.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. Other subdomains hosted content mimicking Organization for Security and Co-operation in Europe (OSCE). Other OSCE content also observed hosted on subdomains of sslip.io. Other subdomains hosted content for European Bisexual Conference (EuroBiCon). |
| fa2.electricity-control.ir | June 12th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| fa3.electricity-control.ir | June 8th 2024 | electricity-control.ir | (Cloudflare) | Not resolving at time of analysis. |
| sso.ffakhar.ir | October 4th 2024 | ffakhar.ir | (Cloudflare) | Cloudflare was not serving content at the time of analysis. |
| sir.ffakhar.ir | October 4th 2024 | ffakhar.ir | 194.147.222.183 | No other sites observed on subdomains or IP. |
| paneldownloadforwindowsxp.negspace.store | June 8th 2024 | negspace.store | 147.45.74.177 | Not resolving at time of analysis. No other sites observed on subdomains or IP. |
| 141.94.2.52.sslip.io | June 24th 2024 | sslip.io | 141.94.2.52 | Site was blocked by sslip.io at time of analysis. |
| 157.90.18.138.sslip.io | June 7th 2024 | sslip.io | 157.90.18.138 | Not resolving at time of analysis. |
| 185.201.252.32.sslip.io | June 10th 2024 | sslip.io | 185.201.252.32 | Not resolving at time of analysis. The IP address may have been hosting Mirai botnet code in mid 2024 based on ITW URLs observed. |
| 65.21.58.230.sslip.io | July 2nd 2024 | sslip.io | 65.21.58.230 | Not resolving at time of analysis. |
| nice.woodclub.pw | June 21st 2024 | woodclub.pw | 91.107.248.199 | Not resolving at time of analysis. No other sites observed on subdomains or IP |

DEFCAD_Domains.xlsx (sheet 1)
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*



"whois" data for IP address 194.147.222.183 (showing Iranian administrator)
(as identified by Mandiant and produced by Defense Distributed)
Internet Corporation for Assigned Names and Numbers

# .ir

文A 99 languages ∨

Article   Talk

Read   Edit   View history   Tools ∨

From Wikipedia, the free encyclopedia

**.ir** is the Internet country code top-level domain (ccTLD) for Iran. It is managed by the Institute for Research in Fundamental Sciences.

## Pricing [edit]

Purchasing a domain name is done through the IRNIC website, but reselling is also allowed. As of May 2024, the price of registration is 200,000 IRR (US$1.28).

## Second-level domains [edit]

- .ir – public[2]
- .ac.ir – academic (tertiary education and research establishments) and learned societies.
- .co.ir – commercial/companies
- .gov.ir – government (Islamic Republic of Iran)
- .id.ir – personal, one per unique national identity number
- .net.ir – Internet service providers and network companies approved by the CRA
- .org.ir – non-profit organisations
- .sch.ir – schools, primary and secondary education

| .ir | |
|---|---|
| **Introduced** | 6 April 1994 |
| **TLD type** | Country code top-level domain |
| **Status** | Active |
| **Registry** | Institute for Research in Fundamental Sciences |
| **Intended use** | Entities connected with Iran |
| **Actual use** | Popular in Iran |
| **Registered domains** | 1,636,568 (2024-7-12)[1] |
| **Registration restrictions** | Generally open for Iranians and non-Iranians; 3rd-level registrations under subdomains have varied restrictions and are restricted to Iranian-related entities |
| **Structure** | May register at second level or at third level beneath generic-category 2nd level domains |
| **Dispute policies** | IRNIC Dispute Resolution Policy |
| **Registry website** | nic.ir |

ایرنیک – مرکز ثبت
دامنه کشوری ایران

## Persian domains [edit]

Persian internationalized domain names are available for registration under .ایران.ir for public, in the Persian script.[3]

In 2010, ICANN approved the domain ایران. (the Persian spelling of "Iran") after it passed a review to ensure it was technically safe and correctly represented the country's name. It then became eligible to be added to the internet's official list of country domains.[4]

Wikipedia, ".ir" article about the Iran top-level domain
(relating to ".ir" FQDNs as identified by Mandiant
and produced by Defense Distributed in *Larosiere v. Wilson*, see page 19)

21



Video produced by John Lettman highlighting his concerns about the near perfect
Iran copy of DEFCAD posted publicly and referenced by Compl.
https://jny.social/iran-server-mirroring-defcad.mp4
around November 2024

Provided to Defendants in Discovery for *Larosiere v. Wilson*
Provided to Defendants in Initial Disclosures for *Defense Distributed v. Elik*





Email from John Lettman to the Office of the Export Enforcement, Dallas Field Office highlighting his concerns about the Iran copy of DEFCAD
11/20/2024

Provided to Defendants in Discovery for *Larosiere v. Wilson*
Provided to Defendants in Initial Disclosures for *Defense Distributed v. Elik*





Email from John Lettman to the Office of Foreign Assets Control highlighting his concerns about the Iran copy of DEFCAD
11/20/2024

Provided to Defendants in Discovery for *Larosiere v. Wilson*
Provided to Defendants in Initial Disclosures for *Defense Distributed v. Elik*



Email from Cody Rutledge Wilson to "JG" discussing payment for his hacking and dumping disclosures, Bounty Program, and offering a partnership for the same. 03/10/2024, 03/19/2024, 04/02/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Garret Walliman, listed as the Lead Software Developer for Defense Distributed, to Cody Rutledge Wilson providing feedback on the draft for the Bounty Program written by "JG"
09/03/2021

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

---

From: Joe G [jjgregg83@gmail.com]
on behalf of Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent: 8/23/2018 9:03:42 PM
To: Cody Wilson [crw@defdist.org]; Ghost Gunner [support@ghostgunner.net]
Subject: Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

Your magneticone.com token is exposed so far.. Just looking through what else is in the repo.

Email from "JG" to Cody Rutledge Wilson about a "magneticone.com token []
expos[ure]"
08/23/2018

Produced by Plaintiffs in *Larosiere v. Wilson*

27

From:         Joe G [jjgregg83@gmail.com]
on behalf of  Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent:         8/23/2018 10:06:43 PM
To:           Cody Wilson [crw@defdist.org]
Subject:      Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

First up is your git repository is exposed to the web. Anyone can download it like so:

wget -e robots=off --mirror -I .git 'https://ghostgunner.net/.git/'

I'm still crawling through commits but I did see WEBROOT/bridge2cart/config.php exposes what appears to be a token you guys use for cc processing. I'd rather not send your token in cleartext, but if you want me to prove I have it, I can encrypt it and send it.

In the following file (while the entires are older, it still seems to expose the username you guys host under on what I guess is a shared server.) This isn't a super big deal, but it's information disclosure.

https://ghostgunner.net/error_log

In the following file there are a bunch of woocommerce settings that maybe could be used in conjunction with other information to cause damage. I see internal webdev URL.s for example.

Also, you guys have directory indexing enabled. As you can see by going here:
https://ghostgunner.net/wp-includes/

The other issue is you guys seem to have a ton of plugins installed in wordpress that you aren't even using. If I sat down for 12 to 18 hours, I'd bet money I could find a bug in one of those plugins to get access to that server. You might want to remove any unused plugins.

I'm still searching through stuff. I'll let you know if I find anything else. The main concern I had was your wp-config.php, but it appears you guys were on top of that by keeping that in your .gitignore.

That's all I have for now. I'm still technically working. I'll let you know what else I find.

Joe

On Thu, Aug 23, 2018 at 5:54 PM Cody Wilson <crw@defdist.org> wrote:
  My appreciation. Let me know the holes and passes you've got as you've got them.

crw

On Thu, Aug 23, 2018 at 4:51 PM, Joe G <jjgregg83@gmail.com> wrote:
  I get it man. I want you guys to succeed in everything you do. I'm not judging or anything. I'm just trying to help. I didn't mean to be a nuisance. I'm sure you have a lot going on and things are hectic.

  Sure. Current address is 13PPvDFwwe4dG3gWJiGbCEB9pPexpQ9HUT

Entities0000763

Email from "JG" to Cody Rutledge Wilson explaining the exposure of a private software repository containing credentials and configuration for the WordPress instance behind GhostGunner.net, a Defense Distributed property, and arranging payment over Bitcoin (part 1).
08/23/2018

Produced by Plaintiffs in *Larosiere v. Wilson*

take it easy man. I wasn't looking for a handout or anything. I sent you back a $2000 machine you sent me by accident....I had two ghost gunners briefly. It's not about the money.

On Thu, Aug 23, 2018 at 5:47 PM Cody Wilson <crw@defdist.org> wrote:
I insist on paying. I consider it the "stupid tax," and it should help us improve. No doubt we've been slipping in the transition from Shopify.

Do you have a bitcoin address?

crw

On Thu, Aug 23, 2018 at 4:44 PM, Joe G <jjgregg83@gmail.com> wrote:
Just a good citizen. I don't want anything man. You're my hero.....I tell people you're my spirit animal lol.

I just want to help out in any way I can. I know you probably deal with a lot of bullshit. I'm sorry? I mean, how do I respond to that? I'm not looking for a bounty or anything. I just want to be a part of what you guys are doing.

have a good day, Cody.

We appreciate you.

On Thu, Aug 23, 2018 at 5:27 PM Cody Wilson <crw@defdist.org> wrote:
Dude stop spamming our zendesk and name your terms. I have to put up with this shit constantly so get to it.

Bounty-based or what?

crw

On Thu, Aug 23, 2018 at 3:57 PM, Joe G <jjgregg83@gmail.com> wrote:
Oh good on you guys! I see you excluded the wp-config.php! Awesome :)

On Thu, Aug 23, 2018 at 4:56 PM Joe G <jjgregg83@gmail.com> wrote:
See image below. Please check your instagram dms from yesterday. You guys SURE I can't help?

Entities0000764

Email from "JG" to Cody Rutledge Wilson explaining the exposure of a private software repository containing credentials and configuration for the WordPress instance behind GhostGunner.net, a Defense Distributed property, and arranging payment over Bitcoin (part 2).
08/23/2018

Produced by Plaintiffs in *Larosiere v. Wilson*

29

| | |
|---|---|
| **From:** | Joe G [jg@exfiltrate.io] |
| **on behalf of** | Joe G <jg@exfiltrate.io> [jg@exfiltrate.io] |
| **Sent:** | 10/6/2023 2:14:53 AM |
| **To:** | Cody Wilson [crw@defdist.org] |
| **Subject:** | Joe - signal |
| **Attachments:** | publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc |

Saw your message on signal, I was trying to set back up on my phone and I locked myself out for 7 days.

lmk when you're able to talk, but yeah, I mean, I never leaked any database to anyone, so, I could sign something yes. Do I need to hire a lawyer? What's up? Can you call me via normal call?

Email from "JG" to Cody Rutledge Wilson continuing a conversation on Signal (never produced) discussing his unauthorized access to the DEFCAD database but promising he "never leaked the database to anyone," offering to "sign something," and inquiring whether he needs "to hire a lawyer."
10/06/2023

Produced by Plaintiffs in *Larosiere v. Wilson*

---

**From:** Garret Walliman [gw@defdist.org]
**on behalf of** Garret Walliman <gw@defdist.org> [gw@defdist.org]
**Sent:** 10/25/2023 6:11:48 PM
**To:** Joe G [jg@exfiltrate.io]
**Subject:** Re: this weekend

Howdy man,

You bet, I'm free this weekend. How does Saturday at 4PM CT work for you?

On Wed, Oct 25, 2023 at 5:08 AM Joe G <jg@exfiltrate.io> wrote:

> Will you be around to chat this weekend? I noticed you tightened some stuff down! Awesome! I did see another potential candidate for a similar vuln like the one we most recently discussed. This one I think is in a gunspring django instance.

--

Regards,
**Garret**
*Lead Software Developer, Defense Distributed*
gw@defdist.org

Email from Garret Walliman, listed as the "Lead Software Developer" for Defense Distributed, contacting "JG" to after his hacking and dumping of the DEFCAD database, offering to arrange a meeting about the "similar vuln[erability] like the one we most recently discussed" as it relates to the Gunspring "django instance"
(part 1)
10/25/2023

Produced by Plaintiffs in *Larosiere v. Wilson*

From:         Garret Walliman [gw@defdist.org]
on behalf of   Garret Walliman <gw@defdist.org> [gw@defdist.org]
Sent:         10/14/2023 12:29:41 AM
To:           Joe G [jg@exfiltrate.io]
Subject:      Re: Conversation

Howdy man,

Would like to check back in with you on this. When might we be able to speak?
Thanks!

On Mon, Oct 9, 2023 at 7:51 AM Garret Walliman <gw@defdist.org> wrote:
> Howdy man,
>
> Yep, that works for me! How does 1PM CT work for you?
>
> On Sun, Oct 8, 2023 at 4:46 PM Joe G <jg@exfiltrate.io> wrote:
>
>> Hey man, just saw this. Can we set up a time to talk tomorrow?
>> ------- Original Message -------
>> On Friday, October 6th, 2023 at 12:47 PM, Garret Walliman <gw@defdist.org> wrote:
>>
>>
>> Howdy JG,
>>
>> Hope you are well! Cody told me that your Signal wasn't working, so I'm contacting you on here.
>> I'm told that you found a visible API in a place it shouldn't be? Could we call today to discuss that in more detail?
>>
>> Thanks!
>>
>>
>> --
>> Regards,
>> **Garret**
>> *Lead Software Developer, Defense Distributed*
>> gw@defdist.org
>
>
>
>
> --
> Regards,
> **Garret**
> *Lead Software Developer, Defense Distributed*
> gw@defdist.org

Email from Garret Walliman, listed as the "Lead Software Developer" for Defense Distributed, contacting "JG" to after his hacking and dumping of the DEFCAD database, offering to arrange a meeting about the "similar vuln[erability] like the one we most recently discussed" as it relates to the Gunspring "django instance"

(part 2)

10/25/2023

Produced by Plaintiffs in *Larosiere v. Wilson*

From:        Joe G [jjgregg83@gmail.com]
on behalf of  Joe G <jjgregg83@gmail.com> [jjgregg83@gmail.com]
Sent:        8/23/2018 9:51:43 PM
To:          Cody Wilson [crw@defdist.org]
Subject:     Re: I reached out to you guys on instagram dm to offer my services... you might want to see this.

I get it man. I want you guys to succeed in everything you do. I'm not judging or anything. I'm just trying to help. I didn't mean to be a nuisance. I'm sure you have a lot going on and things are hectic.

Sure. Current address is [ Redacted ]

take it easy man. I wasn't looking for a handout or anything. I sent you back a $2000 machine you sent me by accident....I had two ghost gunners briefly. It's not about the money.

On Thu, Aug 23, 2018 at 5:47 PM Cody Wilson <crw@defdist.org> wrote:
> I insist on paying. I consider it the "stupid tax," and it should help us improve. No doubt we've been slipping in the transition from Shopify.
>
> Do you have a bitcoin address?
>
> crw
>
> On Thu, Aug 23, 2018 at 4:44 PM, Joe G <jjgregg83@gmail.com> wrote:
>> Just a good citizen. I don't want anything man. You're my hero.....I tell people you're my spirit animal lol.
>>
>> I just want to help out in any way I can. I know you probably deal with a lot of bullshit. I'm sorry? I mean, how do I respond to that? I'm not looking for a bounty or anything. I just want to be a part of what you guys are doing.
>>
>> have a good day, Cody.
>>
>> We appreciate you.
>>
>> On Thu, Aug 23, 2018 at 5:27 PM Cody Wilson <crw@defdist.org> wrote:
>>> Dude stop spamming our zendesk and name your terms. I have to put up with this shit constantly so get to it.
>>>
>>> Bounty-based or what?
>>>
>>> crw
>>>
>>> On Thu, Aug 23, 2018 at 3:57 PM, Joe G <jjgregg83@gmail.com> wrote:
>>>> Oh good on you guys! I see you excluded the wp-config.php! Awesome :)
>>>>
>>>>
>>>> On Thu, Aug 23, 2018 at 4:56 PM Joe G <jjgregg83@gmail.com> wrote:
>>>>> See image below. Please check your instagram dms from yesterday. You guys SURE I can't help?

Entities0000769

Email from "JG" to Cody Rutledge Wilson providing his Bitcoin address ("13PPvDFwwe4dG3gWJiGbCEB9pPexpQ9HUT") after "JG" exploited and reported a vulnerability on GhostGunner.net. In the thread, Wilson offers to pay a "stupid tax" after "JG" congratulates Wilson on protecting the WordPress configuration. 08/23/2018

Produced by Plaintiffs in *Larosiere v. Wilson*

33

```
commit 65fbf337c68e0822a548186eac52c4db9a75e5ee (HEAD -> master, origin/master, origin/HEAD)
Merge: 046e9d5 8ffe716
Author: Radomysisky <crw@defdist.org>
Date:   Wed Aug 22 23:86:00 2018 -0700

    Merge pull request #53 from Radomysisky/develop

    Release 8-22-2018

commit 8ffe71638c8222ae04793d43cf57e7d028002031 (origin/develop)
Merge: a7b0e44 97b67d1
Author: Radomysisky <crw@defdist.org>
Date:   Wed Aug 22 22:52:07 2018 -0700

    Merge pull request #52 from Radomysisky/gg_page_checkboxes

    T&C Checkboxes

commit 97b67d14234191b5f3e495c365dc5b7b55291df8 (origin/gg_page_checkboxes)
Author: root <root@G_WORKSTATION.localdomain>
Date:   Wed Aug 22 22:49:41 2018 -0700

    Adding T&C boxes

commit 2cc3485c83412c07bcc1c4f6e690405815f9c04e
Author: root <root@G_WORKSTATION.localdomain>
Date:   Wed Aug 22 00:02:37 2018 -0700

    Beginning custom theme work to add checkboxes

commit a7b0e44517cc97cef4681d7cf1fecafe8ce668cf
Merge: 85f5c7e 60cdd83
Author: Lee Quessenberry <lquessenberry@users.noreply.github.com>
Date:   Sat Aug 18 22:46:15 2018 -0500

    Merge pull request #46 from Radomysisky/gg8-filter-orders

    Order Rules Filter Plugin

commit 60cdd83c5698043e5d1c840545009a60f304d19f
Merge: 67ca5ee b62886f
Author: Lee Quessenberry <lquessenberry@gmail.com>
Date:   Sat Aug 18 22:44:43 2018 -0500

    Fixing merge conflict

commit 67ca5eebe553284bdcfc82df bd3ba6861159932d
Merge: 7725f5f 046e9d5
Author: Lee Quessenberry <lquessenberry@gmail.com>
Date:   Sat Aug 18 22:31:52 2018 -0500

    testing order filter config

commit 86f5c7e9f76fa8c6d54dfed66b79c878f61a747f
Merge: 4228126 8bca3c6
Author: Lee Quessenberry <lquessenberry@users.noreply.github.com>
Date:   Sat Aug 18 22:23:08 2018 -0500

    Merge pull request #48 from Radomysisky/new_antifraud

    Commenting out IP check for antifraud - this always fails inappropriately

commit b62885f94bee1bfe8b33d1eef18294fced246e88
Merge: e5c3173 4228126
Author: Lee Quessenberry <lquessenberry@users.noreply.github.com>
Date:   Sat Aug 18 22:15:53 2018 -0500

    Merge branch 'develop' into gg8-filter-orders

commit 4228126d12a3cc1b00775a93215b8e8ed794270b
Merge: c914a6e b2f1f02
Author: Lee Quessenberry <lquessenberry@users.noreply.github.com>
Date:   Sat Aug 18 22:13:51 2018 -0500

    Merge pull request #45 from Radomysisky/splitit

    Install and enable Splitit plugin

commit 8bca3c671a295bdda9a89b779a19d6326aaf8d6f (origin/new_antifraud)
Author: root <root@G_WORKSTATION.localdomain>
Date:   Fri Aug 17 23:39:18 2018 -0700

    Commenting out IP check for antifraud - this always fails inappropriately

commit e5c31734e6718f686e6a6ab42f42e8cfaa72c9f5
Author: root <root@G_WORKSTATION.localdomain>
Date:   Fri Aug 17 21:53:29 2018 -0700

    Merging woo_active_plugins.json

commit e7422e48def7ca7d55183337e5923ef8374b853f
Author: Lee Quessenberry <lquessenberry@gmail.com>
Date:   Thu Aug 16 21:27:48 2018 -0500

    added order rules module and created a couple of order statuses

commit b2f1f0246df607933f26cd427d8b1bb47f2676be (origin/splitit)
Author: root <root@G_WORKSTATION.localdomain>
Date:   Fri Aug 17 21:36:24 2018 -0700

    Enabling splitit plugin in wp-cfm
:
```

Emailed screenshot from "JG" to Cody Rutledge Wilson providing proof that he possesses an unauthorized copy of the private source code repository for Defense Distributed software.

08/23/2018

Produced by Plaintiffs in *Larosiere v. Wilson*

| | |
|---|---|
| **From:** | Joe G [jg@exfiltrate.io] |
| **on behalf of** | Joe G <jg@exfiltrate.io> [jg@exfiltrate.io] |
| **Sent:** | 10/25/2023 12:08:07 PM |
| **To:** | Garret Walliman [gw@defdist.org] |
| **Subject:** | this weekend |
| **Attachments:** | publickey - jg@exfiltrate.io - 0xDAC9B35A.asc; signature.asc |

Will you be around to chat this weekend? I noticed you tightened some stuff down! Awesome! I did see another potential candidate for a similar vuln like the one we most recently discussed. This one I think is in a gunspring django instance.

Email from "JG" to Garret Walliman offering to discuss a "similar vuln like the one [they] most recently discussed" (i.e., the DEFCAD database dump) impacting Gunspring.

10/25/2023

Produced by Plaintiffs in *Larosiere v. Wilson*

```
[
  {
    "_id": "2yt7BMm4h7uvLTuiH",
    "_updatedAt": {"$date": "2022-07-16T23:20:31.049Z"},
    "channels": [],
    "md": [
      {
        "type": "PARAGRAPH",
        "value": [
          {
            "type": "PLAIN_TEXT",
            "value": "not sure if you know this or not but I hacked defcad awhile back....cw paid me a bounty for pointing out that bug"
          }
        ]
      }
    ],
    "mentions": [],
    "msg": "not sure if you know this or not but I hacked defcad awhile back....cw paid me a bounty for pointing out that bug",
    "rid": "kTkACDGWTdXjuwrh7ydKrKsidAJShgnSwc",
    "ts": {"$date": "2022-07-16T23:20:30.992Z"},
    "u": {
      "_id": "kTkACDGWTdXjuwrh7",
      "username": "GhostGunsMatter",
      "name": "GhostGuns Matter"
    },
    "urls": []
  }
]
```

Exported private message from "JG" to John Elik explaining that "[he] hacked [DEFCAD] a while back" and "[Cody Wilson] paid [him] a bounty for pointing out that bug"

Exported from private messages to John Elik from "JG"

07/16/2022

Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

```
[
  {
    "_id": "2LFKvowt3qNPmjkA2",
    "_updatedAt": {"$date": "2022-07-17T00:41:28.760Z"},
    "channels": [],
    "md": [
      {
        "type": "PARAGRAPH",
        "value": [
          {
            "type": "PLAIN_TEXT",
            "value": "tried to use forensic tools to recover from the machine i used to pop defcad"
          }
        ]
      }
    ],
    "mentions": [],
    "msg": "tried to use forensic tools to recover from the machine i used to pop defcad",
    "rid": "kTkACDGWTdXjuwrh7ydKrKsidAJShgnSwc",
    "ts": {"$date": "2022-07-17T00:41:28.698Z"},
    "u": {
      "_id": "kTkACDGWTdXjuwrh7",
      "username": "GhostGunsMatter",
      "name": "GhostGuns Matter"
    },
    "urls": []
  }
]
```

Exported private message from "JG" to John Elik explaining that he "tried to use forensic tools to recover from the machine [he] used to pop [DEFCAD]"
Exported from private messages to John Elik from "JG"
07/17/2022

Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

```
[
  {
    "_id": "WMXrrSxHxkHHJcRse",
    "_updatedAt": {"$date": "2023-06-19T16:37:02.955Z"},
    "channels": [],
    "md": [
      {
        "type": "PARAGRAPH",
        "value": [
          {
            "type": "PLAIN_TEXT",
            "value": "can't possibly think of why they would be querying a criminal record database for users of defcad"
          }
        ]
      }
    ],
    "mentions": [],
    "msg": "can't possibly think of why they would be querying a criminal record database for users of defcad",
    "rid": "scx3AqHk3jfiQ83h9",
    "ts": {"$date": "2023-06-19T14:55:21.443Z"},
    "u": {
      "_id": "kTkACDGWTdXjuwrh7",
      "username": "GhostGunsMatter",
      "name": "GhostGuns Matter"
    },
    "urls": [],
    "_hidden": true
  }
]
```

Exported private message from "JG" to John Elik wondering why "[Defense Distributed] would be querying a criminal record database for users of [DEFCAD]" Exported from private messages to John Elik from "JG" 06/19/2023

Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*



Message from "JG" to a public channel stating "[Cody Wilson] paid me a bounty for hacking [DEFCAD]"
Deterrence Dispensed Rocket.Chat
09/10/2021

Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

```
These are exported messages from "JG" claiming to have hacked DEFCAD where
Cody Wilson paid Mr. "JG" for explaining the exploit. "JG" also expresses
concerns that DEFCAD uses 3rd party background check services to dox its
users.

These messages were taken with consent.
```

Explanation of materials provided to Plaintiffs' counsel.

Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*



"Data leak" on "13 Mar 2024" of "Defcad.com"
"breachdetector" Telegram Channel
03/12/2024

Provided to Plaintiffs in Discovery for *Larosiere v. Wilson*
Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*



ImmuniWeb® Community Edition | Dark Web Security Test

# Summary of defcad.com Dark Web Exposure and Phishing Test

Provided "as is" without any warranty of any kind.

defcad.com was tested 1 time during the last 12 months.

Date/Time:       Sep 10th, 2024 21:19:45 GMT+0
Test Runtime:    8 minutes
Source IP/Port:  104.26.3.49
Server Location: N/A (N/A) ⏱
Domain Owner:    Unknown

|  |  |  |  |  |
|---|---|---|---|---|
| Dark Web Security Incidents | Phishing Websites and Pages | Cybersquatting Domain Names | Typosquatting Domain Names | Fake Accounts in Social Media |
| 1 ITEM FOUND | NOTHING FOUND | 13 ITEMS FOUND | NO MAJOR ITEMS FOUND | NOTHING FOUND |

Full Test Results: https://www.immuniweb.com/darkweb/defcad.com/l21ZuBdD/

This document is intellectual property of ImmuniWeb SA and must never be used for any commercial purposes without express written permission. Please report any violations to info@immuniweb.com

Copyright © 2025 ImmuniWeb SA

1 / 7

Summary of defcad.com Dark Web Exposure and Phishing Test (page 1)
*1 "Dark Web Security Incident"*
ImmuniWeb
09/10/2024

Provided to Plaintiffs in Discovery for *Larosiere v. Wilson*
Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

42



Summary of defcad.com Dark Web Exposure and Phishing Test (page 2)
*1 "Verified Incident" and 1 "Compromised Access Credentials"*
ImmuniWeb
09/10/2024

Provided to Plaintiffs in Discovery for *Larosiere v. Wilson*
Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

43

ImmuniWeb® Community Edition | Dark Web Security Test



## Summary of defcad.com Dark Web Exposure and Phishing Test

Provided "as is" without any warranty of any kind.

defcad.com was tested 1 time during the last 12 months.

Date/Time:        Mar 31st, 2025 15:55:09 GMT+0

Test Runtime:     13 minutes

Source IP/Port:   172.67.38.208

Server Location:  Mount Hope (United States) 🇺🇸

Domain Owner:     Unknown







| Dark Web Security Incidents | Phishing Websites and Pages | Cybersquatting Domain Names | Typosquatting Domain Names | Fake Accounts in Social Media |
|---|---|---|---|---|
| 4 ITEMS FOUND | NOTHING FOUND | 15 ITEMS FOUND | NO MAJOR ITEMS FOUND | NOTHING FOUND |

Full Test Results: https://www.immuniweb.com/darkweb/defcad.com/I21ZuBdD/

This document is intellectual property of ImmuniWeb SA and must never be used for any commercial purposes without express written permission. Please report any violations to info@immuniweb.com

Copyright © 2025 ImmuniWeb SA                                          1 / 10

Summary of defcad.com Dark Web Exposure and Phishing Test (page 1)
*4 "Dark Web Security Incidents"*
ImmuniWeb
03/31/2024

Provided to Plaintiffs in Discovery for *Larosiere v. Wilson*
Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*

44



Full Test Results: https://www.immuniweb.com/darkweb/defcad.com/I21ZuBdD/

This document is intellectual property of ImmuniWeb SA and must never be used for any commercial purposes without express written permission. Please report any violations to info@immuniweb.com

Copyright © 2025 ImmuniWeb SA

2 / 10

Summary of defcad.com Dark Web Exposure and Phishing Test (page 2)
*4 "Compromised Databases"*
ImmuniWeb
03/31/2024

Provided to Plaintiffs in Discovery for *Larosiere v. Wilson*
Provided to Plaintiffs in Initial Disclosures for *Defense Distributed v. Elik*



TLP:AMBER+STRICT
**DEFCAD**
**Case#: 55979132**
**Digital Risk Profile**
**Date of Report: March 4, 2025**
**Domains: defcad.com, ddlegio.com, ghostguns.com**

**Summary of Results:**

*No compromised corporate credentials were identified in the sources monitored by Mandiant.*

*Over 2400 compromised customer credentials were identifed in the sources monitored by Mandiant.*

*Contents:*

| Tabs | Description |
|---|---|
| Summary | Summary of results and clarifying notes regarding data. |
| Corporate Domains | Compromised credentials pertaining to the provided domain list. |

**Notes about data:**

*Mandiant is unable to verify the authenticity of the data identified in leaks and forums. Blank cells, unusual or unexpected data/characters, and errors may exist in the data set. The data is provided as collected from the source.*

*Personally Identifiable Information (PII) and/or passwords (if available) have been redacted to best comply with policy, privacy, and legal regulations.*

*Password MD5 hashes have been provided when available.*

*Timestamps indicate approximate time of infection/compromise when available.*

GOOGLE PROPRIETARY & CONFIDENTIAL
*Dissemination Restrictions: This report can be shared within the customer organization.*
*Further dissemination of the product must be explicitly approved by Mandiant.*

Google Cloud

DEFCAD Compromised Credentials Summary.jpg
*"Over 2400 compromised customer credentials were identified in the sources monitored by Mandiant."*
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*

**TLP:RED** <- Back to Summary Tab

***Compromised Credentials for Domains Provided***

*\* Blank cells indicate information not present in source data.*

| Timestamp | Malware | URL | Username |
|---|---|---|---|
| 2023-11-24 1:52:22 | LUMMAC.V2 | https://defcad.com | Bigballpaull |
| 2023-11-19 17:00:30 | LUMMAC.V2 | https://defcad.com/account/signup/ | MMRat |
| | Unknown | https://defcad.com | tunenrun007 |
| 1980-11-29 21:00:00 | LUMMAC.V2 | https://defcad.com/account/signup/ | JustPrintingStuff1 |
| 2024-03-30 16:31:41 | METASTEALER | https://defcad.com/account/signup/ | William2611 |
| 2024-03-30 16:31:41 | METASTEALER | https://defcad.com/account/signup/ | Snooop_Dogg |
| 2024-03-30 2:31:40 | METASTEALER | https://defcad.com/account/signup/ | HM8404 |
| 2024-04-03 19:54:52 | REDLINESTEALP | https://defcad.com | mazzi_alan |
| | Unknown | https://www.defcad.com | royce039@yahoo.com |
| | Unknown | https://defcad.com/account/login | ryuseilovelive@gmail.com |
| 2024-02-04 1:20:11 | RISEPRO | https://defcad.com/account/login/ | diamondseth123 |
| 2024-04-01 21:44:32 | Unknown | https://defcad.com/account/login/ | GimmeMoreTime |
| 2024-03-16 0:35:36 | STEALC | https://defcad.com/account/signup/ | MANGUEL |
| | Unknown | https://defcad.com/account/signup/ | chon1979 |
| | Unknown | https://defcad.com/account/signup/ | rapidsniper-802 |
| 2024-01-04 13:58:56 | RISEPRO | https://defcad.com/account/signup/ | Danis |
| | Unknown | https://www.defcad.com/account/signup/ | 234vw432 |
| | Unknown | https://defcad.com/account/login/ | 234vw432 |
| 2024-03-25 14:41:42 | RADTHIEF | https://defcad.com/account/login/ | figueroayeith22@gmail.com |
| | Unknown | https://defcad.com/account/login/ | dark_justice |
| 2024-03-31 18:03:31 | Unknown | https://defcad.com/account/login/ | stendef |
| | Unknown | https://www.defcad.com/accounts/signup/ | alifaizan11 |
| 2024-01-20 16:13:04 | LUMMAC.V2 | https://defcad.com/account/login/ | rodriguezsean558@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | joseph5566 |
| | Unknown | https://defcad.com/account/signup/ | Panzer6666 |
| | Unknown | https://defcad.com/account/signup/ | samer4435 |
| | Unknown | https://defcad.com/account/signup/ | evasoft |
| | Unknown | https://defcad.com/account/signup/ | Sebamex |
| | Unknown | https://defcad.com/account/signup/ | panifapi |
| | Unknown | https://defcad.com/account/signup/ | gtxviper2196 |
| | Unknown | https://defcad.com/account/signup/ | 1x88 |
| | Unknown | https://defcad.com/account/signup/ | ziv452 |
| | Unknown | https://defcad.com/account/signup/ | joesant2197 |
| | Unknown | https://defcad.com/account/signup/ | harmondavid56 |
| | Unknown | https://defcad.com/account/login/ | jjustinjohnson12@gmail.com |
| | Unknown | https://defcad.com/account/login/ | wrfontenot@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | Mr_Globe |
| | Unknown | https://defcad.com/ | spilknasty |
| | Unknown | https://www.defcad.com/account/login/ | STBear |
| | Unknown | https://defcad.com/account/signup/ | STBear |
| | Unknown | https://defcad.com/account/signup/ | ampaynz2 |
| 2023-11-26 17:36:58 | LUMMAC.V2 | https://defcad.com/account/signup/ | FulmenPharma |
| | Unknown | https://defcad.com/account/login/ | Mikebeaty82 |
| 2024-02-29 18:20:12 | LUMMAC.V2 | https://defcad.com/account/signup/ | walker2024 |
| 2024-02-28 12:13:00 | LUMMAC.V2 | https://defcad.com/account/signup/ | mtheodore |
| 2024-02-25 9:17:20 | LUMMAC.V2 | https://www.defcad.com/account/signup/ | cloug |
| 2023-07-07 20:40:20 | LUMMAC.V2 | https://defcad.com/account/signup/ | shanex |
| 2024-03-27 7:11:21 | REDLINESTEALP | https://defcad.com/account/signup/ | freshk |
| 2024-02-27 20:41:22 | STEALC | https://defcad.com/account/login/ | emanoelcaliman@gmail.com |
| 2024-03-21 23:02:35 | STEALC | https://defcad.com/account/signup/ | black76berserker89 |
| 2023-02-10 17:33:01 | REDLINESTEALP | https://defcad.com/account/signup/ | 7ty9 |
| | Unknown | https://defcad.com/account/signup/ | Kaleab99 |
| 2023-11-18 10:47:34 | REDLINESTEALP | https://defcad.com/account/signup/ | badboy2375@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | Trapper7171 |
| | Unknown | https://defcad.com/account/login/ | freshcity1972@gmail.com |
| 2021-07-16 0:40:52 | LUMMAC.V2 | https://defcad.com/account/signup/ | ArchFiendGio |
| | Unknown | https://defcad.com/account/login/ | gtathuglife18@gmail.com |
| | Unknown | https://defcad.com/account/signup/ | penisman |
| | Unknown | https://defcad.com/account/signup/ | las4gt |

DEFCAD Compromised Credentials.xlsx
*Contains 2,458 compromised DEFCAD customer accounts*
ranging 2021 to present
Mandiant

Produced by Defense Distributed in *Larosiere v. Wilson*



Email from Cody Rutledge Wilson to "JG" introducing him to Haroon Khalid, "in charge of DEFCAD development these days," to create DEFCAD Bounty Program pages.
01/18/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from "JG" to Cody Rutledge Wilson containing a draft of the DEFCAD
Bounty Program.
08/31/2021

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Cody Rutledge Wilson to Garret Walliman and Haroon Khalid
forwarding the draft Bounty Program pages from "JG."
08/27/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Haroon Khalid to "JG" arranging a meeting around the plan for the DEFCAD Bounty Program.
01/18/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Cody Rutledge Wilson to "JG" referring to employees as "[his] personal deputies" and offering to continue conversations one-on-one (part 1)
03/10/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Cody Rutledge Wilson to "JG" referring to employees as "[his] personal deputies" and offering to continue conversations one-on-one (part 2)
03/10/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from Cody Rutledge Wilson to "JG" referring to employees as "[his] personal deputies" and offering to continue conversations one-on-one. Offering that "[they] like the bounty service" and asking if "JG" "[had] any time to make the additional security reviews [JG] intended" ("security reviews" likely relating to the numerous software breaches performed and disclosed by "JG" against Defense Distributed and DEFCAD services) (part 3)

03/10/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email from "JG" to Cody Rutledge Wilson, attaching a new Bounty Program document and next steps around Defense Distributed and DEFCAD.
08/27/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

# Defense Distributed Bounty Program Draft

## Overview

Defense Distributed values the work done by security researchers within the information security space, and we use this work to improve the security of our service offerings. We are committed to working with this community to verify, reproduce, and respond to legitimate reported vulnerabilities. We encourage the community to participate in our responsible reporting process.

## Responsible Disclosure Guidelines

We will investigate legitimate reports and make every effort to quickly resolve any vulnerability. To encourage responsible reporting, we will not take legal action against you nor ask law enforcement to investigate providing you comply with the following Responsible Disclosure Guidelines:

- Provide detailed information regarding the vulnerability, including information needed to reproduce and validate the vulnerability and provide any Proof-of-Concept materials related to exploiting the vulnerability.
- Make a good faith effort to avoid any violations of privacy, avoid any destruction of data, and interruptions or degradation of services that we provide.
- Do not modify or access data that does not belong to you.
- We ask that you keep your findings between us and don't make it public knowledge as this is a private bounty program.
- If a security researcher acting in good faith complies with the defined guidelines, there will be no reason to worry about any violations of the Computer Fraud and Abuse Act.

## Scope and rewards

| OUT OF SCOPE |
| --- |
| Any domains or sub-domains associated with ghostgunner.net. |
| Insert more out of scope targets as you see fit. |
| Additional definition of out-of-scope targets here. |

| IN SCOPE |
| --- |
| Any and all domains associated with the defcad project. |
| Define additional in scope targets here. |
| Place holder for defining more in scope targets. |

Defense Distributed Bounty Program Draft.pdf by "JG" (page 1)
Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

The following types of vulnerabilities are specifically out of scope:

- WAF Bypass
- Internal IP disclosure
- Any accessible non-sensitive directories or files
- Phishing attacks
- Social engineering attacks
- XSS
- Text injection
- Email spoofing
- Descriptive error messages (server errors, path disclosure, development environment verbose information)
- Banner disclosure
- Clickjacking
- CSRF vulnerabilities that don't impact the integrity of an account
- Lack of secure HTTPOnly setting on cookies
- Lack of rate limiting for scans or API throttling
- The ability to brute force login or forgot password pages
- HTTPs mixed content
- Username enumeration
- Denial of service attacks
- TLS/SSL issues. Ie: BEAST, cipher suites, expired SSL certificates, and self-signed SSL certificates
- Software that is out of date

## Rewards

We provide bounties ranging from $100 up to $2500. Bounty recipients that have been awarded the top bounty of $2500 may choose to receive a ghost gunner 3 instead of a monetary bounty if they reside in the USA and choose to do so. All bounties are paid in Bitcoin. Bounties will be awarded according to the following guidelines:

- Remote Code Execution: Up to $2500
- SQLi: Between $500 - $1,500
- Authentication bypass: Up to $2500
- Privilege escalation: up to $1500

Defense Distributed Bounty Program Draft.pdf by "JG" (page 2)
Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

57

# Defense Distributed Bug Bounty Program

## Overview

Defense Distributed prioritizes the security of our systems and data. We value the contributions of the ethical hacking community and invite security researchers to identify vulnerabilities in our services. This Bug Bounty Program outlines the guidelines for responsible disclosure and the rewards we offer.

## Responsible Disclosure Guidelines

We encourage ethical hackers to share their findings with us, following the guidelines below. Adherence to these guidelines will ensure that your submission qualifies for a reward and legal protection.

We will investigate legitimate reports and make every effort to quickly resolve any vulnerability. To encourage responsible reporting, we will not take legal action against any researcher operating in good faith provided you comply with the Disclosure Guidelines below.

1. Provide comprehensive details of the vulnerability, including steps to reproduce, affected systems, and potential impact.

2. Make every attempt to respect user privacy and data integrity. Do not exploit the vulnerability beyond what is necessary for verification.

3. Do not disclose the vulnerability publicly. All findings are to be kept confidential until we resolve the issue.

## Scope

The following types of vulnerabilities are specifically out of scope:

- WAF Bypass
- Internal IP disclosure
- Any accessible non-sensitive directories or files
- Phishing attacks
- Social engineering attacks
- XSS
- Text injection
- Email spoofing

Defense_Distributed_Bug_Bounty_Program_v2.pdf, (page 1)
Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

- Descriptive error messages like server errors and path disclosure
- Banner disclosure
- Clickjacking
- CSRF vulnerabilities that don't impact the integrity of an account
- Lack of secure HTTPOnly setting on cookies
- Lack of rate limiting for scans or API throttling
- The ability to brute force login or forgot password pages
- HTTPs mixed content
- Username enumeration
- Denial of service attacks
- TLS/SSL issues. i.e.: BEAST, cipher suites, expired SSL certificates, and self-signed SSL certificates
- Software that is out of date

## Out of Scope Targets:

- All assets related to ghostgunner.net
- Additional definition of out-of-scope targets here

## In Scope Targets:

- All assets related to the defcad project
- Additional definitions of in-scope targets here

## Reward Structure

We offer monetary rewards as an incentive for identifying vulnerabilities. The reward amounts are non-negotiable and will be granted based on the severity of the vulnerability.

Bounties can range from $500 and up. Bounty recipients that have been awarded a bounty of $2500 or more may choose to receive a ghost gunner 3 instead of a monetary bounty if they reside in the USA and choose to do so. All bounties are paid in Bitcoin. Below are typical bounty rewards, but rewards will ultimately be decided based on the severity of the finding.

- Remote Code Execution: Up to $2500
- SQLi: Between $500 - $1,500
- Authentication bypass: Up to $2500
- Privilege escalation: up to $1500

Defense_Distributed_Bug_Bounty_Program_v2.pdf (page 2)
Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

## Reporting Vulnerabilities

To submit a vulnerability for bounty consideration, you must send your detailed report to our Vulnerability Disclosure Program (VDP) email address: defcad-vdp@defdist.org. Reports MUST BE SENT ENCRYPTED UTILIZING THE PUBLIC PGP KEY BELOW.

-----BEGIN PGP PUBLIC KEY BLOCK-----

Version: GnuPG v2.0.22 (GNU/Linux)

FAKEPUBKEYFORDEMO--rK3XGMrQ2FVZ1wDYRv2Z+Lzv6mGi3Wu3GjZP+eEj9nWf+J1
8R6tqkF7C5M8gqFY3OyL7Q5H5qekRz4G5c4ca9vZ2WnVWv6pq1+ZcvG0SQ9N8NOz
p0JH5ymR9jFr8r7n9r+TloH4j37QAMQ0pGpFqJA8BQJwq+EL9T3DixVU3ru7Jj8T
5qd5dMQDAF8h0e3iqXmEO+wek4rZ+koVRm50s1lv9qH1J93dROr3zYHZ4Ve4iG+8
0YgGZ7VF61lyXK21lLb6xThX5LlI3a1l4j8m9D2hAM6yRS5QJA6kKugOZOrpANR4
fjtFh1zG5K5HNThVfXlStTOSV0O5ThVqkgd/ABEBAAG0CkZha2UgS2V5IDxmb29A
YmFyPokBPQQTAQoAJwUCU6CfYQIbAwUJCWYBgAULCQgHAwUVCgkICwUWAgMBAAIe
AQIXgAAKCRDjXj1je2SOI7YGB/9A3svwjV3YmKX5RkYjPYCnQaJ9FN3i9mRcrO0C
jEBL+rxol9COltp8J9x3XOb63N5IjJmIg6tD9JXq7cZmJ1t+MrbF9r3PS2WZ+GmO
B2suZWeF7l8+MqQws4WEEu5x7QBLUaKXcAHFyf2Ezm6O0q3V4Umq0bPwR8qJ5f+g
QsAnJ1gKkY4drxk8tKXf8Vzv2G1MQTGGZ0S4g3MFS3OFxQw3C7wDhcfuGn4VWdP2
nYBm0B8dxhF5OqBQzXJqP3q1SJQFf7K16K2/6Q0zVREqq2EpQc7Qm2qlVpN3N5NT
b6z2zwB82qU1OjT4CJeiBD5Fps/+R4R+JpEy7w==
-----END PGP PUBLIC KEY BLOCK-----

Defense_Distributed_Bug_Bounty_Program_v2.pdf (page 3)
Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange
with Cody Rutledge Wilson to invoice doxxing activities on
John Elik, Alexander Holladay, and Matthew Larosiere.
09/16/2024

10 days after the first copyright lawsuit, *Larosiere v. Wilson* (6:24-cv-01629)

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange
with Cody Rutledge Wilson to invoice doxxing activities
on John Elik, Alexander Holladay, and Matthew Larosiere.
10/30/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange with Cody Rutledge Wilson to identify John Elik for doxxing purposes. 09/09/2024

3 days after the first copyright lawsuit, *Larosiere v. Wilson* (6:24-cv-01629)

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange with Cody Rutledge Wilson to identify John Elik for doxxing purposes. 10/24/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange with Cody Rutledge Wilson to identify John Elik for doxxing purposes. 10/24/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange
with Cody Rutledge Wilson to identify Matthew Larosiere for doxxing purposes.
10/24/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Jim Blackburn of Destin Investigations (Private Investigator) exchange
with Cody Rutledge Wilson to identify Alexander Holladay for doxxing purposes.
10/24/2023

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



NOTICE: This transmission (including any accompanying attachment) is confidential, is intended only for the individual or entity named above, and is likely to contain privileged, proprietary, and confidential information. If you have questions please call our office at: (786) 717-7412 Valdes Investigation Group

On Thu, Dec 1, 2022 at 10:53 AM Cody Wilson <crw@defcad.com> wrote:
Thank you for your patience.

I have the following info for one "Freeman1337", a co-defendant in a lawsuit of ours:

A phone number of: 208 494 1786
An IP geolocation which was Batavia, NY.

We have solid reason to believe that both the phone and the IP were spoofed.

Lastly, we have an email and a Twitter handle.

Email is: 1337freeman1337@protonmail.com
Twitter: https://twitter.com/Freeman13372

He's still quite active on Twitter. I hope some of this information helps us identify him. He has ceased contact with our attorneys and leaves us stuck in a couple of expensive appeals at the 2nd Circuit.

crw

On Wed, Nov 2, 2022 at 6:24 PM Valdes Investigation Group <info@valdesinvgr.com> wrote:
Good evening Cody,
Following up because we have not received any information on the case.

Thanks,
Yadira

Valdes Investigation Group (Private Investigator) exchange
with Cody Rutledge Wilson to identify Peter Celantano for doxxing purposes.
12/02/2022

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*

68



**Cody Wilson** <crw@defcad.com>
to Valdes

Wed, Dec 28, 2022, 11:28 PM

I'm impressed with the result. Is there any key piece of evidence that helped you link his social media presence with the M Sims identity?

Thank you,

crw

**Cody Wilson** <crw@defcad.com>
to Valdes

Sun, May 21, 2023, 3:21 PM

Good Afternoon,

After further consideration of this report, the results would seem to be contradicted. Freeman1337's Twitter photos usually portray a white male subject. Our Valdes report confirms a black male subject.

Can you assist with explaining this discrepancy? It is likely there are more than one individual using "Freeman1337" as online identifier. "Freeman" is a popular video game character and libertarian title, and "1337" is a just internet slang for "leet."

We would like some positive proof we know the ID of the person using the Twitter account, who often shows his hands, and these are always white.

Thank you,

crw

Email from Cody Rutledge Wilson to Valdes Investigation Group
(Private Investigator) to identify Peter Celantano for doxxing purposes.
12/01/2022

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Wilson <crw@defcad.com>                                                       Thu, Dec 1, 2022, 9:53 AM   ☆   ↩   ⋮
to Valdes ▾

Thank you for your patience.

I have the following info for one "Freeman1337", a co-defendant in a lawsuit of ours:

A phone number of: 208 494 1786
An IP geolocation which was Batavia, NY.

We have solid reason to believe that both the phone and the IP were spoofed.

Lastly, we have an email and a Twitter handle.

Email is: 1337freeman1337@protonmail.com
Twitter: https://twitter.com/Freeman13372

He's still quite active on Twitter. I hope some of this information helps us identify him. He has ceased contact with our attorneys and leaves us stuck in a couple of expensive appeals at the 2nd Circuit.

crw

•••

—
Cody R. Wilson

Director

Defense Distributed

2320 Donley Drive Suite C
Austin, TX 78758
p: 512.584.8013

www.defdist.org

This e-mail transmission contains
confidential information that is the property
of the sender and the organization
(DEFCAD, INC.) for which the sender
represents. If you are not the intended
recipient and have by accident received this
email, please do not retain, disclose,

Email from Cody Rutledge Wilson to Valdes Investigation Group
(Private Investigator) to identify Peter Celantano for doxxing purposes.
12/01/2022

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Email notification from Investigations Nationwide (Private Investigator)
to Cody Rutledge Wilson about identifying Peter Celantano for doxxing purposes.
02/02/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Rutledge Wilson (in blue) exchange with Gary LaFluer (FDM Arms; in grey) on the topic of doxxing Peter Celantano (Freeman1337). 12/19/2024

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Rutledge Wilson (in blue) exchange with Gary LaFluer (FDM Arms; in grey)
on the topic of doxxing Peter Celantano (Freeman1337)
referencing a Tweet that was attempting to ascertain who doxxed Peter Celantano.
03/17/2025

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Rutledge Wilson (in blue) exchange with Gary LaFluer (FDM Arms; in grey)
on the topic of doxxing Peter Celantano (Freeman1337)
03/17/2025

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Rutledge Wilson (in blue) exchange with Gary LaFluer (FDM Arms; in grey)
on the topic of doxxing Peter Celantano (Freeman1337).
3/17/2025

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



Cody Rutledge Wilson (in blue) exchange with Gary LaFluer (FDM Arms; in grey) on the topic of doxxing Peter Celantano (Freeman1337) with Wilson advocating for LaFluer to keep silent regarding pre-suit doxxing tactics performed by Wilson. 03/17/2025 and 03/18/2025

Produced by Cody Rutledge Wilson in *Larosiere v. Wilson*



"Marsupial, The Regular, & Hive", DEFCAD
04/30/25
https://defcad.com/blog/mk18-g8



"Marsupial, The Regular, & Hive", DEFCAD Newsletter 04/30/25

## Experience

**Defense Distributed**
Full-time · 3 yrs 8 mos
Remote

**Head of Design**
Mar 2024 - Present · 2 yrs 1 mo

Responsible for overseeing all design-related projects at Defense Distributed

**UI/UX Designer**
Aug 2022 - Mar 2024 · 1 yr 8 mos
Remote

Responsible for UI/UX for Defense Distributed, in this capacity my highlights were:

- Conceptualized the visual identity for G0, a novel zero percent firearm platform
- Conceptualized the visual identity for OCL, a library of optic cut files
- Developed/Designed a Kickstarter campaign that generated $500k+ donation in 24 hours
- Developed/Designed various "How to" guides for DIY firearm platforms, the most popular being a how to 3D print guide, with over 250k+ downloads
- Helped launch a email newsletter which has accumulated over 150k+ subscribers
- Established comprehensive Brand Guidelines for Defense Distributed and its subsidiary entities, ensuring a cohesive and professional brand identity.

▽ Adobe Creative Suite, Keyshot and +5 skills

The LinkedIn profile of one of Defendants' employees, Pablo Molina Diaz
*"Helped launch [an] email newsletter which has accumulated over 150k+ subscribers"*



"The Regular 1022", DEFCAD
04/28/2025

https://defcad.com/library/the-regular-1022/

File structure within "The Regular 1022" documentation "zip" file hosted on DEFCAD containing "FEDCAD.jpg" reproduced on page 81.

https://defcad.com/library/b752346e-15cd-451c-a63a-d27cbcf4419b/direct_download/

## FRIENDS DON'T LET FRIENDS USE FEDCAD

"Friends don't let Friends use defcad.

Defcad's database has been hacked and dumped on multiple occasions. They do not encrypt their data, and keep it stored unsalted - all your information is in a row. That they never disclosed and breaches is reason enough not to use the site.

They pass off unusable, untested, bogus files as if they are working projects in order to milk money out of people. Wow! A 3D printable M82? That's so cool! Turns out it's a low-poly videogame model, but they won't say so until they've got your money. Additionally, for things that are actually tested and documented, they do not update files to latest versions - many out of date files to be found. That you can't (or shouldn't) trust the files you get there might be a signal not to use the site, but it gets better.

Defcad can, and has, doxxed developer information to antigunners. They did this with only the slightest pressure, and made no serious attempt to obfuscate. They then attempted to blackmail myself and others with our personal information in an attempt to force money out of us - to support a lawsuit where defcad was getting sued, and myself and such others were not. Certainly shady for a company that claims that it only collect money from users so that it can fight lawsuits. Of course, they forget to mention that they'll extort you and that they've yet to actually win a lawsuit.

And while I could go on, I'll leave you with the notion that Defcad is wretchedly awful, should be avoided, shouldn't be used, and should be publicly shamed.

We can discuss its founder having paid a 16 year old for sex and other outstanding things that your money will be used for if you give it to them another time!" - *@NaviGoBoom*

A copy of the "FEDCAD meme" which Defendants have published and circulated via the "The Regular 1022" advertising and download (via "download docs")

*See also supra* page 80.



"fedcad meme" Google result
*showing DEFCAD as the top link*

https://www.google.com/search?hl=en&q=fedcad%20meme
archived at https://archive.is/Mz7oV



"Gatalogy" (part 1)
03/02/2024

https://ddlegio.com/gatalogy/
https://web.archive.org/web/20251010035109/https://ddlegio.com/gatalogy/



"Gatalogy" (part 2)
03/02/2024

https://ddlegio.com/gatalogy/
https://web.archive.org/web/20251010035109/https://ddlegio.com/gatalogy/



"Gatalogy" (part 3)
*with redactions inserted to remove*
*"Account Number" and "Routing Number" from the original post*
03/02/2024

https://ddlegio.com/gatalogy/
https://web.archive.org/web/20251010035109/https://ddlegio.com/gatalogy/

**Facts Common to All Counts.**

15.     Plaintiffs share the income produced by DEFCAD's legal file sharing business, through online sales, mainly generated through their website: www.defcad.com.

(Doc 1 ¶15)

## DEFENDANT, DEFCAD, INC.'S, RESPONSE
## TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Defendant, DEFCAD, INC., pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff's Request for Admissions, and states as follows:

REQUEST NO. 1:   Admit that Defcad shares some or all of the income it makes with other companies.

**RESPONSE: Denied.**

Produced by DEFCAD, Inc in *Larosiere v. Wilson*

## DEFENDANT, DEFENSE DISTRIBUTED'S, RESPONSE
## TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Defendant, DEFENSE DISTRIBUTED, pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff, MATTHEW LAROSIERE's Request for Admissions, and states as follows:

REQUEST NO. 1:   Admit that at least some of the income you have "shared" from Defcad was generated in part or in whole while Defcad made the works at issue available.

**RESPONSE: Denied.**

Produced by Defense Distributed in *Larosiere v. Wilson*