# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

~~~~~~~~~~~~~~~~~~~~

DEFENSE DISTRIBUTED,

a Texas corporation:

DD FOUNDATION, LLC, a

Texas limited liability

company; and DEFCAD,

INC., a Texas corporation,

Plaintiffs,

vs.                          Case No. 9:25-cv-81197-DMM

JOHN ELIK, individually;

MATTHEW LAROSIERE,

individually; ALEXANDER

HOLLADAY, individually;

PETER CELENTANO,

individually; JOSH KIEL

STROKE, individually;

and JOHN LETTMAN,

individually,

Defendants.

~~~~~~~~~~~~~~~~~~~~

Page 2

Deposition of

PETER CELENTANO

Thursday, March 19, 2026

12:06 p.m.

Taken at:

Northeastern Ohio Correctional Center

2240 Hubbard Rd

Youngstown, Ohio

REPORTER:  Brian Kline

JOB NO: 7962933

```
                                                 Page 3
```

APPEARANCES:


        Howard Foster, Esq.
        Foster PC
        155 North Wacker Drive, Suite 4250
        Chicago, Illinois  60606
        (312) 726-1600
        hfoster@fosterpc.com


            On behalf of the Plaintiffs;



     ALSO PRESENT:
        Cody Wilson

Page 4

                    W I T N E S S   I N D E X
                                                     PAGE
       EXAMINATION
       PETER CELENTANO
       BY MR. FOSTER                                    5

                    E X H I B I T   I N D E X

       EXHIBIT                                        PAGE

         Exhibit 1, Amended Complaint                    6

         Exhibit 2, Post                                25

         Exhibit 3, Post                                40

         Exhibit 4, Post                                48

         Exhibit 5, Post                                53

         Exhibit 6, Post                                67

         Exhibit 7, Post                                92

         Exhibit 8, Post                                98

         Exhibit 9, Post                               100

         Exhibit 10, Post                              102

         Exhibit 11, Post                              110

Page 5

PETER CELENTANO, of lawful age, called by the Plaintiffs for the purpose of cross-examination, as provided by the Rules of Civil Procedure, being by me first duly sworn, as hereinafter certified, deposed and said as follows:

EXAMINATION OF PETER CELENTANO

VIDEOGRAPHER:   We're now on the record.  Today's date is March 19, 2026. The time is approximately 12:05 p.m.

BY MR. FOSTER:

Q.   Okay.  So this is the case of Defense Distributed, et al., versus John Elik, et al. Peter Celentano is one of the Defendants.  We're here deposing Peter Celentano according to the Rules of -- Federal Rules of Civil Procedure.

Mr. Celentano, I'm Howard Foster.  I represent the Plaintiffs in this case.  I'll be taking your deposition here.  You do not have a lawyer present.  If you have any questions about my question or questions, ask me.  I'll try and rephrase it.  I want you to understand the question before you answer it.  Everything you say is being taken down.

I'm not going to ask you questions about your criminal matters.  That's not why we're here.

Page 49

was the account?  I think the account that I saw it on the first time that I saw it was Navy something.  I don't remember the full name.

Q.   When would that have been roughly?

A.   I can't even remember.  It might have been in 2023.  I don't even really recall exactly which year it was.

Q.   So how is it that you were made aware of this on Reddit?

A.   Well, I was linked to it on Reddit after it was posted on Rocket Chat, where I saw it the very first time.

Q.   Okay.  So you were on Rocket Chat?

A.   Uh-huh.

Q.   What does it mean to be linked to this on Rocket Chat?  I mean, how does it come to your attention?

A.   Well, I mean, if I'm just reading this as, you know, a casual observer, you know, it tells me that DEFCAD is -- the confusing thing, just looking at this, you know, firsthand is that it doesn't even say DEFCAD in all bold.  I mean, it's a play on the word.  I assume, just from what I would get reading it, but, you know, it seems like it paints DEFCAD in a picture that,

Page 61

Q.   of vilification of DEFCAD?

A.   It seems --

Q.   Is that true?

A.   It might appear that way.  You know, more -- specifically with this post, the more I look at this, the more is sort of coming back to mind.  I recall -- I don't know his real name, but Ivan the Troll on Rocket Chat, he had something related to the case of Every Town For Gun Safety versus DEFCAD and everybody else that was involved in it, about them trying to expose my private identity.  Everyone in that case, I had talked to Matthew Larosiere about, you know, representation, and informally.  He wasn't my attorney.  We were talking as friends do.

Q.   What did you say to him?

A.   I asked him about how concerned should I be about this, and from what I understood, he got Firearms Policy Coalition involved in representing me and the other anonymous parties in this lawsuit for Every Town for Gun Safety versus DEFCAD and all the individuals on that case.

Q.   So it does seem like they were trying to stir up a lot of people to make negative comments about DEFCAD?

Page 103

- - - -

THE WITNESS:    Yeah.

BY MR. FOSTER:

Q.   This is under your handle, Dr. Freeman1337, "Did you know," and there's a picture of Cody Wilson. So did you post this?

A.   Honestly, I forgot -- I hadn't seen, you know, this particular image in a long time, but I must have posted it even if I don't remember, if that's what the screen capture is.

Q.   "I am a convicted pedophile."  How do you know or what is your basis for saying he's a convicted pedophile?

A.   Well, that was something that was told to me by both Ivan and -- well, by Ivan and by Holladay. Sorry.  Like I said, I'm not used to using their actual names for the ones that I do know.  But they basically told me that.

And so what happened in this particular case, you know, which has happened, you know, for other memes that I have posted, so there were times where basically we were -- I was, you know, instructed by them, like, "Hey, we're all posting this meme.  If you want some good engagement on your social media, you should post this, too."

Page 104

And honestly at the time, like I said, I was so caught up in just growing the social media presence that I had, that I mean, I didn't really think too much about it, because at that point -- because it looks like the date on this is 2024. You know, I had been told for years, you know, that Cody was a convicted pedophile, and at that point, I just didn't question it.

Q. Okay.  To be clear, Holladay told you he was a convicted pedophile; is that correct?

A. He did on at least one occasion.  I know Ivan the Troll did on a bunch of occasions, more often than Holladay did.

Q. What about Larosiere?

A. I know he did at least a couple times, yes.

Q. And would it surprise you to know that that's wrong?  He's never been convicted of a crime?

A. I mean, honestly, based on all the new information I'm learning today, that wouldn't surprise me at this point.

Q. But you went out there and spread that damaging information at their behest, right?

A. Well, regardless of my intention, it seems -- you know, it seems like I had posted that meme.

Q. You posted the meme?

Page 105

A. Uh-huh.

Q. Which meme are we taking about now?

A. The one that's particularly in front of me, because it has my Twitter handle on it. So even if I don't remember it, I must have posted it if you're showing it to me here in this context.

Q. Yeah. You did post it, I think.

A. So that's what I'm saying.

Q. And you don't deny it?

A. I'm not denying it, because like I said previously, there's so many different memes and pieces of content that was basically sent by them that I was told to post if I want clicks or engagements or whatever.

Q. So just to be clear, they sent you this and asked you to post it; is that correct?

A. Yes.

Q. Okay. Who sent it to you? Holladay?

A. I believe -- so it wasn't sent directly by any of them. So we had private channels on Rocket Chat which were -- I know only of the folks that were in there, that Boost Willis that was on there -- for that GitLab screenshot was on there, but also Holladay was on there. There's the Control Pew name. Larosiere was on there. Ivan the troll

was on there.  IAmArizona was on there.

Q.  Right.

A.  But basically we had private chats on Rocket Chat where, you know, just sometimes they would post memes like that, and they would say, you know, what to do.  And at that point, I was just so used to copying and pasting and dragging and posting, that half the time I didn't even read them.

Q.  Okay.  Is it correct to say that you believe that Holladay and/or Larosiere caused this to be sent to you with the instruction to post it?

A.  It seems like that was the implication, and I was just so trained and manipulated at that point, that that's what I did.  I wouldn't know if I would say it in that direct a language, but given -- telling me to read it -- they're implying for me to read in between the lines in my friendship with them, if I can even call it that at this point.  I guess that would be fair to say.

Q.  Okay.  It says -- let's go through it.  Okay.  "I am the founder of DEFCAD even though I contribute nothing."  Who told you that, that he contributed nothing?

Page 107

A. Honestly, you know, if we're going line by line in this, no one told me all of these specific details, you know, in the context of anything. I just remembered seeing the meme, and I posted the meme.

Q. Okay. Did you ever have a conversation with Holladay and/or Larosiere in which they told you that he contributed nothing to DEFCAD?

A. No, I never had a conversation with them that talked about that.

Q. Could it have been through the chat room?

A. No. Like I said, we didn't talk specifically about Mr. Wilson in terms of his, you know, personal life, where he lived, about anything related to what DEFCAD made.

So, you know, honestly, the only little bits and pieces that I had known at different points were things that had specifically been made aware to me, and none of these specific details that I have seen in here were specifically made aware to me by any of them, you know, via Rocket Chat or any other platform that I can remember.

Q. Okay. But you posted it at their behest or indirectly at their behest?

A. Yeah. A fair way to say it was I was manipulated

Page 108

and conditioned into posting these things basically without thinking about them or reading them.  But I did post it, I suppose.

Q.  Okay.  "I openly seek sugar daddy relationships with minors," implying what?  That he wants to have sex with minors?

A.  That seems to be the implication.

Q.  That's what is suggested there, right?

A.  That's something that was implied by both Ivan the Troll and by, you know, Larosiere and by Holladay.  That was something implied by them, but not specifically said on Rocket Chat that I can recall.

Q.  Okay.  "My home has many points of entry, and a large neighboring wooded parcel that would be hard to spot hooded intruders wearing black at night."  Wow, that sounds like you're inviting people to break into his home, right?

A.  Yeah, that does seem like something that they would -- yeah, that seems like that would be something they were inviting.

Q.  Holladay and Larosiere were inviting that?

A.  It seems that's the implication in the meme.  They never said that to me particularly about that outside of the meme.

Page 109

Q. But that's what this suggests?

A. I mean, it suggests that, and I don't even know if that sentence is true, because honestly, like, in retrospect, it's pretty creepy that address is even in there at all.  That just reminds me of how little I actually read the content I was posting.  I'm honestly sort of ashamed at that.

Q. "I am 15 miles from the nearest level one trauma center."  Again, that's like inviting someone to try and kill him, right?

A. It would seem that way.

Q. You're soliciting a murder?

A. Yeah.

Q. Very serious stuff?

A. Yeah, it seems that way.

Q. These people wanted to kill him, right?

A. I mean, reading it in this context after all this time, you know, after having not seen this in a very long period of time, yeah, I would say that.

Q. So would it surprise you to know that Larosiere and/or Holladay wanted to see Mr. Wilson dead?

A. I mean, based on what I'm seeing here, that wouldn't surprise me, based on everything else we talked about today.

Q. Okay.  Next one, 11.

Page 110

- - - -

(Thereupon, Exhibit 11, Post, was marked for purposes of identification.)

- - - -

BY MR. FOSTER:

Q.   Take a look at that.  Okay.  Just let me know when you're ready to talk about this.

A.   Sure.  Honestly -- have I seen this?  I don't know.

Q.   "Is FEDCAD running out of money?"

A.   No.  I know.  I'm just reading it.

Q.   "Stealing people's work and selling it without consent," tell me about that.  Did somebody tell you they were doing that?

A.   I do remember talking to both Larosiere and Holladay about -- what's the best way to put that?  I'd have to say, eight months before I had -- before I ceased communication with them, Holladay and Larosiere, I asked why are we so upset with DEFCAD?  Like, what's even going on here?  I do remember asking them -- like, you may have something going on with Cody.  I don't want to get in the middle.  I don't know what's going on.  I don't really want to know, but with DEFCAD what's going on?

Page 111

And they had told me over Rocket Chat that there was -- basically they were upset that they weren't getting money from catalog files that were being posted on DEFCAD, and that's what they told me.  I thought, at that time, that that makes a little more sense, and from retrospect, from what I remember, I think I recall that was the basis of the lawsuit that Matthew Larosiere filed against Mr. Wilson in Florida.

Q.  Right.

A.  Because I do remember that Mr. Larosiere had posted that.  I remember he posted that he was filing that lawsuit, and then the litigation hold came, and my life exploded.  But, you know, that was what they had told me, you know, about seven, eight months before everything started happening involving my criminal cases.

Q.  All right.  So that's another motive for ill will toward DEFCAD and Cody Wilson, right?

A.  And they did -- sorry.  I'm circling back, just because there's a lot of stuff in here that I haven't thought about for a long time.  So they did cast aspersions that DEFCAD was running out of money and wouldn't be able to defend themselves much longer, and essentially that they

Page 112

were very upset that, you know, the catalog files and the files of all other developers were being sold without any sort of a cut being given to them.

And at that point, it was just posting stuff blindly on social media, like I was.  I mean, I was a little upset at what they were telling me, although now that I look back on this, I don't know why I just didn't think to ask them how can you prove that.

Q.   But they didn't give you any proof, did they?

A.   No.  Honestly, they didn't, and I didn't ask them.

Q.   Okay.  And when was this?  When did they tell you this, to put it in perspective?

A.   I'm trying to think about the date.  I know it was roughly eight months before September of 2024.  So it must have been, like, back in January of 2024.

Q.   Okay.  All right.  Let's just go through these other names here.  John Elik.  Who's John Elik?

A.   I don't know.

Q.   You never met him?

A.   I never met him a day in my life.

Q.   Never talked to him?