# EXHIBIT 3

Page 1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CV-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas    )
corporation; DD FOUNDATION,LLC,)
a Texas limited liability      )
company; and DEFCAD, INC., a    )
Texas corporation,              )
                                )
            Plaintiffs,         )
                                )
    vs.                         )
                                )
JOHN ELIK, individually;        )
MATTHEW LAROSIERE,              )
individually; ALEXANDER         )
HOLLADAY, individually; PETER  )
CELENTANO, individually, JOSH  )
KIEL STROKE, individually;      )
and JOHN LETTMAN, individually;)
and ZACKARY CLARK,              )
individually,)
                                )
            Defendants.         )

_____

DEPOSITION OF
ALEXANDER HOLLADAY
March 20, 2026
9:00 a.m. CST

Taken via Zoom by agreement

Diana G. Rodriguez, RPR, Certified Shorthand Reporter

Page 2

APPEARANCES (all appearing remotely):

        FOSTER PC
        155 N. Wacker Dr, Suite 4250
        Chicago, IL  60606
        PH:  312.726.1600
        hfoster@fosterpc.com
        BY:  MR. HOWARD FOSTER,

                On behalf of the Plaintiffs;

        LAW OFFICES OF GARY DePURY, PA
        21035 Leonard Road
        Lutz, FL  33558
        PH:  813.607.6406
        gary@depury.com
        BY:  MR GARY C. DePURY,

                On behalf of Alexander Holladay;

        ZERMAY LAW
        203 Labelle Ave
        Fort Myers, FL  33905
        zachary@zermaylaw.com
        BY:  MR. ZACHARY ZERMAY,
                On behalf of Matthew Larosiere.

ALSO PRESENT:
        MR. CODY WILSON
        MR. MATTHEW LAROSIERE
        MS. BAILEY FINNESTAD, Magna Concierge

```
                                                  Page 3
                          I N D E X
                          WITNESSES
   ALL WITNESSES:                              PAGE:
     ALEXANDER HOLLADAY
           Examination by Mr. Foster             5:6
       Examination by Mr. DePury           216:7
                          EXHIBITS
   NO.:        DESCRIPTION:                    PAGE:
   For Holladay:
        Exhibit 1
              document - "Most of us do":
              For Identification              37:13
        Exhibit 2
              Defendant Alexander Holladay's
              Responses to Plaintiffs' First Set
              of Discovery:
              For Identification              59:12

        Exhibit 3
              Holladay Elaborates Finances:
              For Identification              169:25

        Exhibit 4
              Holladay Funds "Future Development"
              Gatalog:
              For Identification              179:3

        Exhibit 5
              Holladay_IDs_Celentano_Gatalog:
              For Identification              183:2

        Exhibit 6
              Amended Complaint:
              For Identification              198:6

        Exhibit 7
              Ivan and CtrlPew Fuck DEFCAD and All
              Business:
              For Identification              211:24

        Exhibit 8
              MAF is "Me and Fuddbusters" + email
              ID:
              For Identification              214:1
```

Page 5

(Witness sworn)

ALEXANDER HOLLADAY,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. FOSTER:

Q     Mr. Holladay, I'm sure you know who I am. I'm Howard Foster.  I represent the plaintiffs in this case.  Defense Distributed, DD Foundation, and DEFCAD, inc.  This is your deposition pursuant to the Federal Rules of Civil Procedure.  A few tips here on format. I don't know if you've ever been to a deposition before but I'll ask you questions, you answer them concisely I hope.  If you don't understand a question, let me know. Maybe I'll rephrase it or try and help move it along. If you want to take a break, ask.  I'll try and break. If we want to take a break we will take a break.  And your lawyer can make concise objections to the form of questions but generally you have to answer them even if he objects.

Do you have any questions for me, Mr. Holladay?

A     No, sir.

Q     Okay.  So why don't we start, could you please tell me your date of birth, please.

Page 11

A    I'm sure I've opened it, looked at it, and read through it several times since then but exact dates and times I couldn't answer.

Q    At some point in time you became associated with or friends with Mr. Larosiere, is that correct?

A    Yes.

Q    When did you first meet him?

A    Probably 2020, 2019.

Q    How did you come to meet him?

A    We communicated with similar groups of people online.  We were, I don't know, chatting.  It's hard to classify when you meet like certain -- when you meet on the internet, it's hard to classify like when because, you know, there's like a specific time when you're like, oh, in 2021 or whatever we hung out at the bar but, you know, on the internet you talk to people but it's a screen name and so you don't really associate the two so when that happens is kind of fluid, I guess.

Q    But you met him I guess what you're saying is online, right?

A    Yeah.

Q    Okay.  Was it in a chat room?

A    I would -- if memory serves, it was

Page 39

A      Like I can't deny it because I can't say with any certainty if that was my reply or not because I don't know where this came from so if you can point me in that direction like I could go authenticate it, I could go verify if this account is still active, I could verify if those are my words, but I can't because I have no contextual information here and this would be, I believe, the first time I'm seeing this particular screenshot.

Q      What is Gatalog?

A      I guess if I were to define it it's a general collection of people on the internet who like 3-D printed guns.

Q      What is your role in Gatalog?

A      I'm an administrator of the Rocket.Chat server.  I pay for the server.

Q      How is the server related to Gatalog?

A      It's where some people do development and testing.

Q      I'm trying to understand that.  So, yeah, The Gatalog, is it a chat room?  Is it more than a chat room?

A      I mean, I don't think it qualifies as a chat room.  I think Gatalog is, I mean, semi-amalgamous.  It's a collection of people on the

Page 107

Have you issued discount codes to the co-defendants in this case?

A     I don't know.

Q     Why don't you know?

A     Because I haven't looked or been asked to look.

Q     I'm asking you now.

A     Okay.  Well, I would have to look so I don't know.

Q     But have you issued discount codes to certain individuals?

A     Yes.

Q     And then they can use them every time they make a purchase?

A     No.

Q     No?

A     So generally speaking, a code given to a single person would be good for a single order.

Q     I see.

A     So like they left a product review and so the system automatically sent them an email code via email for their next order.

Q     And you're saying it's a one time thing?

A     So that would be an example of a one time code.

Page 108

Q     But I was under the impression that the co-defendants have used them online to promote sales for MAF.

A     Sure.  We have many codes under --

Q     You can use this when offering it to anyone who makes purchases from MAF.

A     Right.  As I said before, like we have several different kinds of codes.

Q     Is there a code -- such a code as I've described?

A     Yes.

Q     Have you issued those codes to the co-defendants in this case, allowed them to go out there and promote MAF with a discount code?

A     I mean, you're asking me to recall, I don't, because we have a lot of codes.

MR. DePURY:  Can we take a comfort break soon, please, also?

THE WITNESS:  I second it.

MR. FOSTER:  It's probably lunchtime where you are, it's 12:40 in the East.  We can take a 30-minute break.

MR. DePURY:  That works for me.

MR. FOSTER:  We'll be back at 10 after the hour. Okay?

Page 190

businesses?

A    I'm sure I have.

Q    To whom?

A    To the general public.

Q    When did you make your opinions known to the general public about his businesses?

A    You're asking me for a specific date and time I don't really know.

Q    Yeah.  Did you do it through one of these chat rooms or did you do it on The Gatalog website?

A    I mean, I did post the meme to my website ctrlpew.com but beyond that --

Q    Wait.  You posted the meme at issue in this lawsuit onto The Gatalog website, right?

A    No, onto Ctrlpew's website.  I would really appreciate it if you'd fully grasp my statement before you fire back at me.

Q    You're in charge of two websites that are at issue right now, the Ctrlpew website and The Gatalog website, right?

A    I'm sorry.  Is the Ctrlpew website at issue?

Q    Yeah, we've already established that --

A    You've been asking me a lot of questions about it and about my company which isn't a party to