# EXHIBIT 6

Page 1

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CV-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas      )
corporation; DD FOUNDATION,LLC,   )
a Texas limited liability         )
company; and DEFCAD, INC., a      )
Texas corporation,                )
                 Plaintiffs,      )
           vs.                    )
JOHN ELIK, individually;          )
MATTHEW LAROSIERE, individually;  )
ALEXANDER HOLLADAY, individually; )
PETER CELENTANO, individually,    )
JOSH KIEL STROKE, individually;   )
JOHN LETTMAN, individually;       )
and ZACKARY CLARK, individually,  )
                 Defendants.      )

DEPOSITION OF JOSH KIEL STROKE a/k/a "ZONA"
APPEARING REMOTELY

April 27, 2026
11:00 a.m. CDT

REPORTED BY:  WENDY A. KILLEN, CSR
LICENSE NO.:  084-003772
CONCIERGE-TECH:  BAILEY FINNESTAD
APPEARING REMOTELY

Page 2

REMOTE APPEARANCES

FOSTER, P.C.
BY: HOWARD FOSTER, ESQ.
155 North Wacker Dr, Suite 4250
Chicago, Illinois  60606
(312) 726-1600
hfoster@fosterpc.com
    On behalf of the Plaintiffs;

ZERMAY LAW
BY: ZACHARY ZERMAY, ESQ.
800 West First Street
Los Angeles, California  90012
zachary@zermaylaw.com
    On behalf of Matthew Larosiere;

MATTHEW LAROSIERE, ESQ.
6824 Hanging Moss Road
Orlando, Florida  32807
larosieremm@gmail.com
    On behalf of Josh Kiel Stroke a/k/a
    "Zona".

ALSO PRESENT:

    GARY DE PURY, ESQ.

    CODY WILSON

    JOHN ELIK

    JOHN P. LETTMAN

---

Page 4

INDEX TO EXHIBITS (continued)

| MARKED | PAGE |
| --- | --- |
| Exhibit 15 | 128 |
| Exhibit 16 | 135 |
| Exhibit 17 | 142 |
| Exhibit 18 | 145 |
| Exhibit 19 | 148 |

* * * * *

---

Page 3

INDEX TO EXAMINATION

WITNESS:  JOSH KIEL STROKE a/k/a "ZONA"

|  | PAGE |
| --- | --- |
| EXAMINATION BY MR. FOSTER | 5 |
| EXAMINATION BY MR. LAROSIERE | 156 |

INDEX TO EXHIBITS

| MARKED | PAGE |
| --- | --- |
| Exhibit 1 | 10 |
| Exhibit 2 | 21 |
| Exhibit 3 | 65 |
| Exhibit 4 | 78 |
| Exhibit 5 | 84 |
| Exhibit 6 | 89 |
| Exhibit 7 | 96 |
| Exhibit 8 | 101 |
| Exhibit 9 | 103 |
| Exhibit 10 | 105 |
| Exhibit 11 | 107 |
| Exhibit 12 | 111 |
| Exhibit 13 | 112 |
| Exhibit 14 | 120 |

---

Page 5

        (Witness sworn)

        JOSH KIEL STROKE a/k/a "ZONA", called as a witness herein, having been first duly sworn, was examined and testified as follows:

                EXAMINATION

BY MR. FOSTER:

    Q.   Let's get a couple threshold things out of the way, please, Zona.  You were identified in the lawsuit as Josh Stroke.

        I understand that was your name, is that correct?

    A.   That was my -- that is my legal name.  That's not a name I have gone by for a long time.

    Q.   What name do you go by?

    A.   I go by Zona.

    Q.   Just Zona?

    A.   Yes.

    Q.   I will call you Zona.  That's fine.

    A.   Miss is appropriate, too.  Miss Zona is fine.

    Q.   Is Miss Zona okay?

    A.   Yeah, Miss Zona, Zona, she/her, there you go.

    Q.   Okay.  Very good.

2 (Pages 2 - 5)

Page 22

A.   It's SillyGirlPsyops.

Q.   I'm sorry.  SillyGirlPsyops.  Okay.
And there's a photo that you use, right?  That's your photo?

A.   Yeah.

Q.   Okay.  And it says, Remember, I gave -- oh, you know what?  It might be easier if we can start at the bottom.  Let's start at the bottom.  I think it's easier to start at the bottom of Exhibit 2.  That's how it began.
We have the same screen name, Zona@SillyGirlPsyops, dated May 3, 2024.  It says, This is a step way too far over the line, even for you.
Did you write that?

A.   Yes.

Q.   What were you referring to?

A.   I'm referring to your client taking a dead woman's files who specifically said she did not want them uploaded onto his website and he did so anyways.

Q.   Okay.

A.   And then put it behind a pay wall and impersonated her not long after she perished.

Q.   Okay.  In response to that, I guess,

Page 23

you posted this Friends Don't Let Friends Use FEDCAD, which we refer to in this litigation as the meme.
Am I correct that you posted this?

A.   Yes, the same meme that your client keeps up on his own website, yes.

Q.   Did you write this meme?

A.   I did not write it.  I copy/pasted sections of Tweets and then I pieced them together.

Q.   Did you create the meme?

A.   Yes, I created it.  There's a commentary on the bottom I did write, and I did technically write at the top, but everything else is quotes.

Q.   From whom?

A.   From NaviGoBoom on Twitter.

Q.   So as I understand it then, the content, as you say, in that middle section starting with Friends Don't Let Friends Use DEFCAD and ending with, We can discuss its founder having paid a 16 year old for sex and other outstanding things that your money will be used for if you give it to them another time, everything in that section was composed by the

Page 24

person with the screen name NaviGoBoom?

A.   Yes.  Those are all quotes of Tweets that I pieced together.

Q.   Written by NaviGoBoom?

A.   Yes.

Q.   And NaviGoBoom is Mr. Elik, right?

A.   I believe so, yeah.

Q.   Okay.  And then -- well, let's go through these piece by piece.  I just want to know if you agree with all of the statements that are here.  I'm assuming that you do because you posted them, but let's go through them.  Okay?

A.   Uh-huh.

Q.   Okay.  Friends don't let friends use FEDCAD, let's start with that.
What is FEDCAD supposed to mean?

A.   It's a play on DEFCAD that was passed around the 3D 2A Twitter space for quite some time.  And, also, it was a website that redirects directly to your client's website, DEFCAD.  So he seems to have no problem with that.

Q.   And does the pun here or play on words FEDCAD/DEFCAD, is the implication that my client is somehow affiliated with or aligned with the federal government?

Page 25

A.   I believe that your client was detained by the U.S. Marshals in Taiwan after fleeing the State of Texas after paying a 16-year-old child for sex.  And then upon entry back into the United States and being put before a court, he got a plea deal in which the judge stated he was getting off very easy.  And it seems to me that he probably struck some sort of deal with the feds at the same time that his website started collecting everybody's personal data, including Social Security numbers, addresses, just to download files that were free elsewhere.  That is my belief.  And your client has already kind of proved that he is willing to rat out people to the feds just from the first RICO lawsuit that's demonstrated.

Q.   So the implication, if I understand you correctly, is you think my client got a sweetheart deal from the feds in exchange for giving them information about his clients, is that correct?

A.   Yes.  I believe he started collecting data at the same time and that he got off very easy for raping a 16-year-old girl.

Q.   You didn't answer my question exactly.

7 (Pages 22 - 25)

Page 46

I've Tweeted about the Second Amendment. It's a very important amendment.

Q. Okay. And how long have you been acquainted with Mr. Larosiere?

A. I don't honestly remember how long, but I wasn't particularly close with him until I was basically compelled to be in this bullshit case -- the first bullshit case. We were just cordial. Now, honestly, your client just forced me into an actual wonderful friendship. I would say that Matt is a fantastic guy, wonderful friend. And I can actually thank your client for making the circumstances in which I've made a very good friend.

Q. When did you first meet him?

A. I don't actually remember when.

Q. How did you first meet him?

A. I believe it was at FuddBusters Discord.

Q. What is FuddBusters?

A. It's a show on YouTube that Matt makes.

Q. Is that his screen name?

A. On YouTube, yeah, that's his screen name on YouTube.

Page 47

Q. Is it his screen name on any other platform?

A. I don't think currently he uses it.

Q. Has he ever used that anywhere else to your knowledge?

A. I don't know where else he uses it.

Q. Isn't that his name on Twitter?

A. Oh, yeah. He goes by FuddBusters on Twitter.

Q. Because you're a very frequent Twitter user, right?

A. Not as much as I used to be.

Q. Well, okay. You're a pretty frequent Twitter user, right?

A. I would not say currently that I am, but I have been a very frequent user in the past, yeah.

Q. So let's go on here. Back to the meme here, next sentence, Turns out it's a low-poly videogame model, but they won't say so until they've got your money.

Okay. What is your basis for saying that its printable file is a low-poly videogame model?

A. Once again, I didn't say that. Those

Page 48

are the quotes of NaviGoBoom.

Q. But you said you believe that everything in there is true. So I'm saying why do you believe it's true?

A. Because your client just scrapes the web for like any fucking 3D printed files that are remotely gun related and then pay walls them, including things that are copyrighted by other people. Then he impersonates them.

Q. Can you give me an example of that?

A. Of what?

Q. What you just said?

A. That your client impersonates people and uploads files?

Q. Steals their files?

A. Yes.

Q. Who did he do that, too?

A. I'm pretty sure he did that to my attorney and there was a lawsuit over that, two actually. But he's done it to a lot of my friends and a lot of people who specifically asked him not to do that. My late partner had her files taken without her permission after she died, after she explicitly stated she did not want them taken.

Page 49

Q. Do you have any personal knowledge firsthand of this happening, or is it based on what other people have told you?

A. I can go on the website and I can go and see that. There's a file associated with me that is not even mine that your client doxxed my name on and claimed authorship by me on.

Q. Zona, you didn't answer my question. That's a pretty easy question.

A. That's the answer. There is a firsthand knowledge. That's firsthand.

Q. What is firsthand knowledge?

It sounds like this is all based on what other people have told you, is that correct?

A. I was just giving you firsthand knowledge. There's a file on the website that he has attributed to me that I was not even the developer for.

MR. LAROSIERE: Hold on, hold on. Howard, why don't you just ask about the specific one you were thinking about because I think --

MR. FOSTER: Okay. All right. Hang on.

13 (Pages 46 - 49)

Page 82

for about three days, they were asking to see my breasts and harassing me and continuously tagging me, and then tagging Matt because I'm in his server, and like what kind of horrible person, disgusting like tranny and shit like that.

So Matt came in there after being tagged multiple times and basically gave his response to fuck off with harassing me because it just would not stop. It went on for days. People still do this.

Q. Are you -- okay. I'm sorry. I thought you were done.

Are you done?

A. I guess.

Q. Okay. @iamarizona is you, is that correct?

A. Yeah.

Q. Okay. So you're one of his top lieutenants or you were, which meant what exactly?

I'm still not clear, even after your long, discursive answer.

What did it mean?

A. I was giving you the entire context, sir. I'm giving you the context of what

Page 83

happened.

Q. You became one of his top lieutenants?

A. I'm not aware of an actual rank of top lieutenant.

Q. Okay. But you were one. That's what he said.

And you're one of his top lieutenants on Discord -- on this Discord thing?

A. No. I'm pretty sure what you're reading is sarcasm, the same as the context of my Tweet here, which is sarcasm. Unless you actually think I'm going to commit capital crimes, treason, bugepoast -- I do post bugs sometimes -- excite treason, espionage, large-scale rhinoceros trafficking. If you're reading that in the same context as this and thinking that this is serious -- yeah. Do you know what sarcasm is, Mr. Foster?

Q. Yeah.

Okay. And -- but he says you can regard whatever she did to upset you as coming from me personally.

It sounds like you two are pretty close, right?

A. Yeah, Matt is a fantastic friend.

Page 84

Q. Okay. Got it.

A. He's always very supportive. I deal with a lot of transphobia and a lot of very ignorant and hateful people, and Matt has always been very kind, very understanding, and stuck up for me.

Q. Okay. Is there any -- can you think of any occasion where you and he differed about anything?

A. We talk about guns all the time, and we have different opinions on guns and stuff like that. We differ politically. He's a devout Christian. I am not. But we're friends.

Q. Have you ever differed in the past about anything regarding my client?

A. I don't know. I'm not in his mind. I just know that your client is fucking with me, your client is fucking with him, and I don't appreciate either of it.

MR. FOSTER: Okay. Let's move on. Next exhibit, please. The next exhibit will be, Bailey, CW3-Discount code.

(Whereupon, Zona Deposition Exhibit 5 was marked for identification.)

Page 85

THE WITNESS: There we go. I see it.

BY MR. FOSTER:

Q. Take a look at this. Let me know when you've read it.

A. I've read it.

Q. All right. So you posted this, right? These are your words, correct?

A. Uh-huh.

Q. So it says, I've held off on even collecting any rock or discount code money to make this funnier. To date, Matt has given me replacement parts for a kit I purchased from him as a Hitchhiker beta tester, a few Zotz, some bent metal, a Florida flag, and 2 Florida rocks. My ill-gotten gains.

What are you referring to here when you talk about a discount code?

A. Matt has a code on his website for people to get a discount.

Q. On the MAF Corp website?

A. Yeah.

Q. And you got one of those discount codes, right?

A. Yeah. A lot of people have them.

Q. Right.

22 (Pages 82 - 85)