UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK; et al.,

*Defendants.*

_____/

## <u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Defendants file this Notice of Supplemental Authority under Local Rule 7.8. After Defendants filed their *Daubert* Motion, Doc. 144, and Motion for Summary Judgment, Doc. 147, the Eleventh Circuit decided Florida Virtual School v. K12, Inc., No. 24-10449, 2026 WL 127063 (11th Cir. Jan. 15, 2026) (unpublished).

*Florida Virtual* is pertinent to Defendants' *Daubert* arguments concerning Mr. Tyra's damages model and Defendants' summary-judgment arguments concerning actual damages. The Eleventh Circuit affirmed exclusion of a lost-profits expert as failing "to meet even basic standards of reliability and helpfulness" because he assumed every challenged customer would have gone to the plaintiff absent the defendant's conduct, holding the assumption "entirely speculative" and rejecting the "simple math" calculation. *Id.* at *5. The court also affirmed summary judgment on actual damages because confusion evidence showed "confusion—but that's all" and did not show diversion or injury. *Id.* at *4.

1

That reasoning bears on Plaintiffs' sole disclosed damages model in Tyra's report, which assigns the entire claimed sales decline over the covered period to Defendants without isolating Defendants' conduct from other causes in a manner that "did not require any 'scientific, technical, or other specialized knowledge[.]'" *Id.* at *5.

Respectfully submitted,
DATED:  June 17, 2026

| | | |
|---|---|---|
| /s/ Gary C. De Pury | /s/ Matthew Larosiere | /s/ Zachary Z. Zermay |
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No: 126588 | Fla. Bar. No. 1005581 | Fla. Bar № 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | *Zermay Law, P.A.* |
| 21035 Leonard Road | 6964 Houlton Circle | 1200 Fourth Street, #1102 |
| Lutz, Florida 33558 | Lake Worth, FL 33467 | Key West, FL 33040 |
| Tel: (813) 607-6404 | Email: | Email: |
| Email: Gary@DePury.com | Larosieremm@gmail.com | zach@zermaylaw.com |
| *Lead Counsel for Alex Holladay.* | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
| | *Lead Counsel for Elik, Stroke, Lettman, and Clark.* | *Lead Counsel for Matthew Larosiere.* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 17th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581