# COMPOSITE EXHIBIT A



Eric Goldhaber's LinkedIn account
(Accessed June 12, 2026, at 2:39:15 ET)

No functioning links are available. Mr. Goldhaber modified his LinkedIn account content after Defendants accessed the page on June 12, 2026.



DuckDuckGo search result for "Eric Goldhaber"
demonstrating LinkedIn account as it was on June 12, 2026

https://duckduckgo.com/?q=%22Eric+Goldhaber%22
archived at: https://archive.is/r9QjS



Eric Goldhaber's LinkedIn account
(Accessed June 17, 2026, at 11:48:32 ET)

https://www.linkedin.com/in/eric-g-46769977/

4

| | |
|---|---|
| Username | eric-goldhaber-07347931 |
| Email | unseenkiller@gmail.com |
| Name | eric goldhaber |
| Address | united states |
| Url | https://www.linkedin.com/in/eric-goldhaber-07347931 |

People Data Labs marketing data associating
Eric Goldhaber and his LinkedIn account with
the e-mail address "unseenkiller@gmail.com"

4



"unseenkiller" Twitter / X account with username "@unseenkiller1"
and "12.6K Followers"

https://x.com/unseenkiller1
archived at: https://archive.is/KiwUy

*Compare to* Doc. 157 ¶3 "I currently have about [] 12.6k followers on X/Twitter[.]"



"unseenkiller" website, Unseenkiller.com

https://unseenkiller.com/
archived at: https://archive.is/l7iUM



BigDomainData WHOIS History of Unseenkiller.com
demonstrating Eric Goldhaber purchased the website with
e-mail address "unseenkiller@gmail.com"
*(second image includes associated e-mail visible with a BigDomainData account)*

https://www.bigdomaindata.com/whois-history/unseenkiller.com

7



"unseenkiller" Tumblr account

https://www.tumblr.com/unseenkiller



Self-photograph present on "unseenkiller" Tumblr account

https://www.tumblr.com/unseenkiller/43128180881



Self-photograph present on "unseenkiller" Tumblr account

https://www.tumblr.com/unseenkiller/42681062365



"unseenkiller" Instagram account

https://www.instagram.com/unseenkiller/
archived at: https://archive.is/1wKdX





Instagram post by "unseenkiller" containing partial name
"ric M. Gold" similar to "Eric M. Goldhaber"

https://www.instagram.com/p/BzvnRYtgEnh/
archived at: https://archive.is/b7BBC





Composite of pictures for accounts connected to
Eric Goldhaber and the pseudonym "unseenkiller"

Left to right, top to bottom:

1. Eric Goldhaber LinkedIn account (pp. 2-3)
2. "unseenkiller" Twitter / X and "unseenkiller" Instagram accounts (pp. 5, 11)
3. "Unseenkiller.com" website (p. 2)
4. "unseenkiller" Tumblr account self-photograph (p. 9)
5. "unseenkiller" Tumblr account self-photograph (p. 10)



"unseenkiller" user on DEFCAD

https://defcad.com/users/unseenkiller/
archived at: https://archive.is/v0Qz8

*Compare* the profile picture with the picture present on the Unseenkiller.com website (p. 6).

14



"unseenkiller" user on DEFCAD
*(zoomed in on the last two projects for legibility in this document)*

https://defcad.com/users/unseenkiller/
archived at: https://archive.is/v0Qz8

*Compare* upload dates to "Due to the backlash against Mr. Wilson, I did not want to be publicly associated with him or DEFCAD, and **I stopped uploading my 3D gun designs to DEFCAD.com in 2023.**" (Doc. 157 ¶12; emphasis added).

15



"Info" for "unseenkiller" user on DEFCAD
referencing the Unseenkiller.com website

https://defcad.com/users/unseenkiller/
archived at: https://archive.is/v0Qz8



"DEFCAD LEADERBOARD"
showing the "unseenkiller" user in 6th place for the year of 2026

https://defcad.com/leaderboard/
archived at: https://archive.is/4XvN2

17



Recent DEFCAD Blog advertisements of
Eric Goldhaber ("unseenkiller") works hosted on DEFCAD

https://www.google.com/search?q=%22unseenkiller%22%20site%3Adefcad.com/blog
archived at: https://archive.is/mA3y2

**FULL-NULL and California Sues The Gatalog**
March 05, 2026



**NEW RELEASES**

**Franken-Lite AND FULL-NULL**

February closes, but DEFCAD is always open.* Unseenkiller continues the Franken series by slimming down the Glock + AR-15 FCG to resemble the 3011 with his Franken-Lite. There is a level of design excellence here that sets an unfair standard for the rest of us. Elite remixes are becoming par for the course. On the other side of remixes we have a new beta project with the DeAR22 STNKR Release Pack Open Beta, which is a fun take on the venerable DeAR22 that includes a focus on the DB-Firearms style FCG/receiver reinforcement plates.

Two notable creators we've given special attention at DEFCAD lately, Just-in-Case & GG3D, have also released projects this month. The FULL-NULL is the next stage in the evolution of the Not-A-Glock, which represents a steady progression in functionality and a marked reduction in complexity. It is exceedingly good to see the FDM hybrid firearm move towards something anyone can make at home (over the weekend) without extensive know-how.

Finally, GhostG3D releases his Black Walnut 10/22 Chassis, which takes the creator's unique aesthetic and applies it to the venerable 10/22 platform. The stock design for this project is almost a work of art. Note that that characterization won't get you anywhere in California.

"FULL-NULL and California Sues The Gatalog" (March 5, 2026; highlights added)
DEFCAD Blog advertisement of Eric Goldhaber ("unseenkiller") works on DEFCAD

https://defcad.com/blog/franken-lite-full-null/
archived at: https://archive.is/gPtLc

*Note* in this most recent example of Eric Goldhaber's continued relationship with DEFCAD, Mr. Wilson simultaneously wrote references to *The People of the State of California v. Gatalog Foundation Inc*. The case is used in Plaintiffs original Opposition (Doc. 161 ¶85) which contains claims that Goldhaber "stopped uploading his 3D gun designs to DEFCAD in 2023." (Doc. 161 ¶108).

19



"Unseenkiller – Franken Lite" (February 12, 2026)

https://defcad.com/library/unseenkiller-franken-lite/
archived at: https://archive.is/UsCby

*Compare* the "Creator" and "Release Date" to "[d]ue to Defendants' smear campaign, one of the most prolific 3D gun designers, **Eric Goldhaber, stopped uploading his 3D gun designs to DEFCAD in 2023.**" (Doc. 161 ¶108; emphasis added).

*Compare* the "Creator" and "Release Date" to "[d]ue to the backlash against Mr. Wilson, I did not want to be publicly associated with him or DEFCAD, and **I stopped uploading my 3D gun designs to DEFCAD.com in 2023.**" (Doc. 157 ¶12; emphasis added).

20



Eric Goldhaber advertising a "give away" of a Bambu Lab 3D printer using financial proceeds ("dispersal") from relationship with DEFCAD on August 31, 2024.

https://x.com/unseenkiller1/status/1830046247811739690
archived at: https://archive.is/yBfXy

*Compare to* Doc. 157 ¶12 "I have also refused to accept any payments from DEFCAD for my 3D gun designs."

21



Eric Goldhaber ("unseenkiller") posting on June 7, 2024, that
"DefCAD owes [him] enough to buy [him] a Bambu."

https://x.com/unseenkiller1/status/1799236106401312993
archived at: https://archive.is/6g9n6

*Compare to* Doc. 157 ¶12 "I have also refused to accept any payments from DEFCAD for my 3D gun designs."



Follow-up reply to Eric Goldhaber ("unseenkiller") posting on June 7, 2024, by Mr. Goldhaber asking for opinions between a *Bambu Lab A1*, *Bambu Lab P1S*, or *Bambu Lab X1C* 3D printer for the "give away" using DEFCAD funds

https://x.com/unseenkiller1/status/1799236108670443904
archived at: https://archive.is/dCTpx

23



Continued reply by Eric Goldhaber ("unseenkiller") on June 7, 2024, encouraging
DEFCAD customers to download his content to fund the "give away,"
that "100% of the money [he earns] will be given back to the community,"
and that he does not "need the money."

https://x.com/unseenkiller1/status/1799241709194559946
archived at: https://archive.is/uIUZw







**Bambu Lab A1 3D Printer**
From $339.00 USD  $399.00 USD

**Bambu Lab A1 mini 3D Printer**
From $199.00 USD  $299.00 USD

**Bambu Lab P1S 3D Printer**
From $599.00 USD  $699.00 USD







**Bambu Lab X1-Carbon 3D Printer**
From $1,199.00 USD

**Bambu Lab P1P 3D Printer**
$499.00 USD  $699.00 USD

Bambu Lab US market prices as of August 12, 2024
*(closest archive of prices to Mr. Goldhaber's "give away" available)*

https://archive.is/Ii5Yb

The estimated value of Mr. Goldhaber's June 7, 2024, "give away" using proceeds from his relationship with DEFCAD is one of the following:

- Bambu Lab A1: $339.00 (sale price) or $399.00 (pre-sale price)
- Bambu Lab P1S: $599.00 (sale price) or $699.00 (pre-sale price)
- Bambu Lab X1C:[1] $1,199.00

---

[1] Bambu Lab "X1C" is the shorthand form of "X1-Carbon."



Sample of continuous DEFCAD Twitter / X advertisements for works
by Eric Goldhaber ("unseenkiller") on DEFCAD (part 1)

https://x.com/search?q=from%3Adeadly_athlete%20unseenkiller
archived at: https://archive.is/5YqjK



Sample of continuous DEFCAD Twitter / X advertisements for works
by Eric Goldhaber ("unseenkiller") on DEFCAD (part 2)

https://x.com/search?q=from%3Adeadly_athlete%20unseenkiller
archived at: https://archive.is/5YqjK



Eric Goldhaber ("unseenkiller") approving of the advertisements by DEFCAD on November 11, 2024

https://x.com/unseenkiller1/status/1855857221290152062
archived at: https://archive.is/7Cxs9