UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK, et al.,

*Defendants.*

_____/

## DECLARATION OF JOHN LETTMAN

I, John Lettman, declare as follows:

1.  I am over the age of eighteen and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2.  I submit this declaration to authenticate the composite exhibit attached hereto as Exhibit A.

3.  On the dates and times reflected in Exhibit A, I accessed the webpages, online profiles, public search results, archived webpages, and other publicly available online materials reflected in Exhibit A.

4.  I accessed those materials at the URLs and archived URLs identified in Exhibit A.

5.  I personally reviewed the contents of the webpages, online profiles, public search results, archived webpages, and other publicly available online materials reflected in Exhibit A.

1

6.  Exhibit A is a true and accurate composite of the materials I accessed and reviewed at the links identified therein.

7.  The screenshots and images included in Exhibit A fairly and accurately depict what appeared on the identified webpages, online profiles, public search results, archived webpages, and other publicly available online materials when I accessed or reviewed them.

8.  Exhibit A was prepared from screenshots, images, and captures of the materials I accessed and reviewed. Any cropping, enlargement, labeling, or formatting was done only to improve legibility, identify the source material, or organize the materials into a single composite exhibit. Those changes did not alter the substance of the materials depicted.

9.  To the extent Exhibit A includes explanatory captions, comparisons, or references to docket filings, those captions, comparisons, and references were added to identify the source materials and explain why the depicted materials are included in the composite. The underlying screenshots and images accurately reflect the materials I accessed and reviewed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of June, 2026 in Bradford, Pennsylvania.

JOHN LETTMAN

2