Cc: Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Brendan, no, the supplemental authorities were court orders.

We are talking about identifying evidentiary materials we have recovered in our investigation of withheld documents which your clients identified and/or submitted in the Vanderstok case, in their lawsuit against YouTube, their lawsuit against Kickstarter, their lawsuit against New Jersey, and in litigation ancillary to their lawsuit against the Department of state. All of these are materials attributing lost sales of your client during the same time period in your damage model.

The motion would simply be to supplement the MSJ record and/or to take judicial notice of the filings. We would not be seeking sanctions or ascribing blame in this motion.

If you want to talk or clarify, call my cell any time today. 561 452 7575

[Quoted text hidden]

---

Dated: May 9, 2026

/s/ Eric Goldhaber
Eric Goldhaber

**image001.png**
10K

---

**Matthew Larosiere** <larosieremm@gmail.com>                                      Fri, Jun 12, 2026 at 5:11 PM
To: "Everman, Brendan" <BEverman@pryorcashman.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Brendan, specific to the issue of the declarations, I checked the Metadata and the pdf appears to have been made on the date you said.

We can consider the issue of the declaration being withheld resolved if you can assure me each of the declarations filed yesterday are the originals and there are no other versions you are withholding.

[Quoted text hidden]

---

Dated: May 9, 2026

/s/ Eric Goldhaber
Eric Goldhaber

**image001.png**
10K

---

**Everman, Brendan** <BEverman@pryorcashman.com>                                      Fri, Jun 12, 2026 at 5:27 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Confirmed that all declarations filed yesterday (Goldhaber, Walliman, and Wilson) were originals, that we're not withholding other versions of any of those declarations, and that Goldhaber e-signed his declaration on June 9 (as confirmed by the metadata, not May 9 as erroneously written).

[Quoted text hidden]
[Quoted text hidden]

---

**Everman, Brendan** <BEverman@pryorcashman.com>                                      Fri, Jun 12, 2026 at 6:19 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Howard Foster <hfoster@fosterpc.com>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Hi Matt, plaintiffs oppose the described motion to supplement the summary judgment record.

[Quoted text hidden]
[Quoted text hidden]