UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK, et al.,

*Defendants.*

_____/

## DECLARATION OF GARY DE PURY

I, Gary De Pury, declare under penalty of perjury as follows:

1. I am counsel for Defendant Alexander Holladay in this action. I submit this declaration in support of Defendants' reply in support of their Motion for Leave to Supplement the Summary-Judgment and *Daubert* Records and Incorporated Request for Judicial Notice.

2. I have personal knowledge of the matters stated in this declaration.

3. Before Defendants filed their summary-judgment and *Daubert* briefing in this case, I was not aware of the other proceedings identified in Defendants' motion to supplement.

4. In particular, before Defendants filed their summary-judgment and *Daubert* briefing, I was not aware that Plaintiffs, or their common principal Cody Wilson, or any related entity had made district-court representations in other cases concerning lost sales, revenue decline, business disruption, or other

1

claimed business injury bearing on the damages theory Plaintiffs advance in this case.

5. I have reviewed Defendants' Motion for Leave to Supplement the Summary-Judgment and Daubert Records and Incorporated Request for Judicial Notice. The motion accurately describes, to the best of my knowledge, the circumstances by which Defendants discovered the supplemental materials and then reviewed related court records for additional relevant materials.

6. After the relevant materials were identified and assembled, Defendants immediately conferred with Plaintiffs counsel to move for leave to supplement the summary-judgment and *Daubert* records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of June, 2026

*/s/ Gary C. De Pury*
Gary C. De Pury