UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK, et al.,

*Defendants.*

_____/

## DECLARATION OF MATTHEW LAROSIERE

I, Matthew Larosiere, declare under penalty of perjury as follows:

1. I am a Defendant in this action and counsel for the out-of-state Defendants in this action. I submit this declaration in support of Defendants' reply in support of their Motion for Leave to Supplement the Summary-Judgment and *Daubert* Records and Incorporated Request for Judicial Notice.

2. I have personal knowledge of the matters stated in this declaration.

3. Before Defendants filed their summary-judgment and *Daubert* briefing in this case, I had only general awareness of certain litigation involving Defense Distributed, including *VanDerStok*, through public reporting and discussion of appellate and Supreme Court proceedings.

4. My awareness of those proceedings concerned the legal issues addressed by the appellate courts, including the scope of ATF's authority under the Gun Control Act and the validity of ATF's challenged rule.

1

5. Nowhere in the appellate materials I was aware of was there any indication that Plaintiffs had been advancing a lost-sales or other contradictory theory in those cases.

6. Before Defendants filed their summary-judgment and *Daubert* briefing, I was not aware of *any* filing or any claims made in the district courts that Plaintiffs were asserting damages overlapping those asserted in this case.

7. Had I been aware of the materials identified in the motion for leave to supplement, I would have raised them in a motion to compel.

8. Had I been aware of the materials identified in the motion for leave to supplement, I would have relied on them in the summary judgment and *Daubert* motions.

9. I have reviewed Defendants' Motion for Leave to Supplement the Summary-Judgment and Daubert Records and Incorporated Request for Judicial Notice. The motion accurately describes, to the best of my knowledge, the circumstances by which Defendants discovered the supplemental materials and then reviewed related court records for additional relevant materials.

10. After the relevant materials were identified and assembled, I immediately contacted Plaintiffs' counsel to confer and caused the motion to be filed thereafter.

11. To the best of my recollection, not more than 48 hours passed between my first becoming aware of a contrary position advanced in the *VanDerStok* case and the filing of the motion.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June, 2026

/s/ Matthew Larosiere
Matthew Larosiere, Esq.

3