UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK, et al.,

*Defendants.*

_____/

## **DECLARATION OF ZACHARY ZERMAY**

I, Zachary Zermay, declare under penalty of perjury as follows:

1. I am counsel for Defendant Larosiere in this action. I submit this declaration in support of Defendants' reply in support of their Motion for Leave to Supplement the Summary-Judgment and Daubert Records and Incorporated Request for Judicial Notice.

2. I have personal knowledge of the matters stated in this declaration.

3. Before Defendants filed their summary-judgment and *Daubert* briefing in this case, I had only general awareness of certain public-law litigation involving Defense Distributed, including *VanDerStok*, through public reporting and discussion of Supreme Court proceedings.

4. My awareness of those proceedings was very limited and concerned only the legal issues addressed by the Supreme Court, including the scope of ATF's authority under the Gun Control Act and the validity of ATF's challenged rule.

1

5. Before Defendants filed their summary-judgment and Daubert briefing, I was not aware that Plaintiffs, made district-court filings in *VanDerStok* or any other case attributing overlapping business damages to causes other than Defendants.

6. I was not aware, before the relevant materials were discovered, that Plaintiffs, their related entities, or their principal had made representations in other cases concerning business injury bearing on the damages theory Plaintiffs advance in this case.

7. I have reviewed Defendants' Motion for Leave to Supplement the Summary-Judgment and Daubert Records and Incorporated Request for Judicial Notice. The motion accurately describes, to the best of my knowledge, the circumstances by which Defendants discovered the supplemental materials and then reviewed related court records for additional relevant materials.

8. After the relevant materials were identified and assembled, Defendants promptly moved for leave to supplement the record.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of June, 2026

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.

2