**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas
corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACKARY
CLARK, individually

          Defendants.

_____/

**PLAINTIFFS' *UNOPPOSED* MOTION FOR THREE-DAY EXTENSION TO
FILE JOINT PRETRIAL STIPULATION AND DEPOSITION DESIGNATIONS**

Plaintiffs respectfully submit this *unopposed* motion for a three-day extension, until July 2, 2026, for the parties to file their Joint Pretrial Stipulation and deposition designations.

1.      The Court's Scheduling Order requires the parties to file a Joint Pretrial Stipulation and deposition designations by June 29, 2026. *See* ECF No. 36 at p. 5.

2.      The parties are preparing the above-referenced materials but require additional time to confer regarding, among other things, a short concise statement of the case; a concise statement of uncontested facts which will require no proof at trial; a concise statement of issues of law on which there is agreement; as well as trial exhibits and objections thereto.

3.      The requested extension would conserve judicial and party resources by providing additional time for the parties to confer and narrow the disputed issues for trial.

4.      Plaintiffs do not seek to extend any other deadlines in the Scheduling Order.

5.      The requested extension complies with Local Rule 16.1 because the Joint Pretrial Stipulation would be filed on July 2, 2026, which is more than seven days before the call of calendar on July 22, 2026.  *See* S.D. Fla. L.R. 16.1(e) (requiring pretrial stipulation to be filed as at least seven days before the call of calendar).

6.      Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with Defendants' counsel about this motion and that Defendants take no opposition on the relief requested.

**WHEREFORE**, Plaintiffs respectfully request a three-day extension, until July 2, 2026, to file the Joint Pretrial Stipulation and deposition designations.

Dated:  June 29, 2026

Respectfully submitted,

**PRYOR CASHMAN LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone No: (786) 582-3007

By: /s/ *Brendan Everman*
Brendan S. Everman
Florida Bar No. 68702
beverman@pryorcashman.com
ksuarez@pryorcashman.com

-and-

**FOSTER PC**
155 N. Wacker Drive., Suite 4250
Chicago, Illinois 60606
Telephone No. 312-726-1600

By: */s/ Howard Foster*
Howard Foster
(admitted pro hac vice)
hfoster@fosterpc.com

*Attorney for Plaintiffs*