UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et al.,

*Plaintiffs,*

v.

JOHN ELIK, et al.,

*Defendants.*

_____/

## CERTIFICATION IN COMPLIANCE WITH DOC. 36

Defendants Matthew Larosiere, John Elik, John Lettman, Josh Kiel Stroke, Alexander Holladay, and Zack Clark (the "Moving Defendants"), by and through undersigned counsel, hereby give notice of the circumstances leading to the failure of filing the pretrial stipulation on June 29, 2026.

Plaintiffs filed a motion to extend the deadline for filing the pretrial stipulation, which Plaintiffs styled as unopposed. Defendants clarify, at the outset, that Defendants took no position on that motion.

Defendants file this certification out of an abundance of caution because (Doc. 36) commanded that "[s]hould any of the parties fail to cooperate in preparing the Joint Pretrial Stipulation, all other parties shall file a certification with the Court stating the circumstances."

1) (Doc. 36) directed that Counsel "meet at least 45 days prior to the beginning of the trial calendar to confer on the preparation of a Joint Pretrial Stipulation."

1

2) Counsel for all defendants met and conferred in-person with Plaintiffs' counsel Howard Foster regarding the pretrial stipulation on May 7, 2026.

3) At the May 7 conference, the undersigned each informed Plaintiffs' counsel that Defendants intended to rely on no exhibits save for impeachment evidence, and thus had no exhibits to disclose.

4) At the May 7 conference, defense counsel asked Plaintiffs' counsel to prepare their proposed pretrial stipulation for defense counsel's review, and to expect that Defendants' position would be consistent with Defendants' litigation position that the complaint is without factual basis.

5) Plaintiffs made no mention of the pretrial stipulation until June 22, where Mr. Foster asked for a Defense exhibit list, and provided nothing on the part of Plaintiffs' positions.

6) Then, on June 26, Mr. Foster asked Defendants to stipulate to a 7-day extension of time to submit a joint pretrial stipulation.

7) On June 26, Defense counsel Mr. Zermay responded that "I do not think we can stipulate to the relief you are requesting. As we have told you each time we discussed this, our only evidence would be used for impeachment. To date, you have not provided any drafts for us to review. The Court has already told us it will not entertain extensions, thus, we cannot agree to a stipulation. If you have a motion prepared, please send it to us for review so we can determine if we oppose it or not. Thanks."

8) Mr. Everman then sent a draft motion, which Defendants took no position on.

9) Mr. Everman then, for the first time, on June 29 at 10:45PM, sent drafts of the pretrial stipulation, which Mr. Everman indicated Plaintiffs were "continuing to revise/supplement these documents and reserve the right to make further edits before submitting to the COurt." [*sic*]

10) Defendants file this certification in compliance with this Court's (Doc. 36) order because Plaintiffs' eleventh-hour draft, which Plaintiffs represent they will continue to edit, leaves Defendants without any meaningful ability to timely form objections to its three-hundred-eighty-four identified exhibits, sixty-seven of which Defendants do not recognize.

Respectfully submitted,
DATED:  June 30, 2026

*/s/ Gary C. De Pury*
Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alex Holladay.*

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Elik, Stroke, Lettman, and Clark.*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Matthew Larosiere.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 30th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Fla. Bar № 1005581

4