# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN ELIK, individually; MATTHEW
LAROSIERE, individually; ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and JOHN LETTMAN, individually; ZACK
CLARK, individually
          Defendants.

_____/

**DECLARATION OF CODY WILSON IN OPPOSITION**
**TO DEFENDANTS' MOTION FOR SANCTIONS**

I, Cody Wilson, declare as follows:

1.      I am the owner and manager of plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. ("Plaintiffs").

2.      I have reviewed Defendants' Rule 11 Motion for Sanctions ("Motion") (Doc. 181).

3.      Contrary to the statements in the Motion, Plaintiffs did not file this lawsuit as revenge for the copyright infringement claims asserted in *Larosiere v. Wilson*, No. 6:24-cv-01629 (M.D. Fla.). Nor did Plaintiffs file this lawsuit to "silence critics" or "give force to personal vendettas."

4.      In fact, Plaintiffs filed this case to enjoin defendants from publishing false statements about Plaintiffs and to obtain monetary relief.

5.      Although the Court granted Defendants' motion for summary judgment, I believe that Defendants' false statements have caused Plaintiffs to suffer substantial losses in both revenue and profits.

6.      The FEDCAD meme was accessible on the Defcad.com website from May 24, 2024 until May 3, 2026.  By May 2024, Defendants had been regularly posting the FEDCAD meme on the internet for one year, and Plaintiffs' sales had already declined substantially.

7.      By hosting the meme on Defcad.com, Plaintiffs attempted to show to consumers that they were not hiding from, or ashamed of, the false allegations in the meme.  Additionally, Plaintiffs provided a link to the lawsuit about the meme, thereby providing sufficient information for consumers to determine the falsity of the meme for themselves.  In doing so, Plaintiffs effectively reframed the issue and took control of the narrative, thereby mitigating their damages.

8.      Defendants' publication of the meme had a much greater reach than DEFCAD's publication on its webpage.  DEFCAD's webpage with the meme was viewed only 2,738 times in two years.

9.      Defendants posted on the meme across dozens of online channels in 2023, 2024, and 2025.  In particular, in April 2024, the meme was pinned to the top of the r/fosscad Reddit forum — a community of over 100,000 people in the 3D gun marketplace — ensuring maximum exposure of the false message DEFCAD was unsafe and compromised.

10.      Another single post made by Defendant Clark has more than 5.2k views on X (formerly Twitter).  *See* Doc. 49 at ¶ 36.  Defendants published the false meme hundreds (if not thousands) of times to DEFCAD's customers.  I believe that Defendants' publications have been viewed millions of times, thereby having a substantially greater reach and impact than DEFCAD's webpage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 15, 2026

*/s/ Cody Wilson*
Cody Wilson