# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 9:25-cv-81197-Middlebrooks/Matthewman

DEFENSE DISTRIBUTED, a Texas corporation;
DD FOUNDATION, LLC, a Texas limited liability
company; and, DEFCAD, INC., a Texas corporation,

      Plaintiffs,

v.

JOHN    ELIK,    individually;    MATTHEW
LAROSIERE,    individually;    ALEXANDER
HOLLADAY, individually; PETER CELENTANO,
individually; JOSH KIEL STROKE, individually;
and   JOHN   LETTMAN,   individually;   ZACK
CLARK, individually
           Defendants.

_____/

**DECLARATION OF GARRET WALLIMAN IN OPPOSITION**
**TO DEFENDANTS' MOTION FOR SANCTIONS**

      I, Garret Walliman, declare as follows:

      1.     I am a professional software engineer. I have provided software engineering services for Defense Distributed, one of the plaintiffs in this case.  I have over a decade of experience in building and maintaining websites, and in managing the security of these websites. By virtue of my knowledge and experience, I am very familiar with the computer networks and data security of plaintiffs Defense Distributed and DEFCAD, Inc. (together, "DEFCAD").

      2.     I have personal knowledge of the facts set forth in this Declaration.  If called to testify, I could competently testify thereto.

      3.     I submit this Declaration in opposition to Defendants' Rule 11 Motion for Sanctions ("Motion") (Doc. 181).

4.      DEFCAD's "bounty program" is not "consistent with a compromised web presence." *See* Mot. 14, 17. These programs in no way indicate that a site is, or has ever been, hacked, dumped or otherwise exploited. In fact, these programs indicate a responsible, preemptive approach to security.

5.      Bounty programs are established to encourage third parties to report data security vulnerabilities before they can be exploited by a third party.

6.      These programs are a security best practice widely practiced in the software development industry, including by major software companies such as Google, Microsoft, Apple and many more.

7.      As a result of DEFCAD's data security practices, including its bounty program, DEFCAD successfully *avoided* the hacking incidents falsely alleged by Defendants in the "FEDCAD" meme.

8.      DEFCAD's servers are and have always been located in the United States.

9.      In fact, in pursuit of DEFCAD's high concern with security and compliance with US law, DEFCAD intentionally chose a high secure hosting service, compliant with the FIPS 140-2 security standard, which guarantees that DEFCAD's servers and data will only be hosted in the United States.

10.     Defendants cite evidence purporting to show an Iranian "copy" of the DEFCAD website. This website is in fact a "proxy" of the DEFCAD website.

11.     A proxy is a website configured to "forward" traffic to a distinct, usually third-party web server, and return the response as if it was coming from the proxy server itself.

12.     The actual DEFCAD website is and has always been blocked from being accessed from individuals in Iran.

13.     Proxy servers are sometimes created by third parties to "get around" blocks on websites they wish to access. This is especially common for websites with political salience like DEFCAD.

14.     DEFCAD did not create this proxy website, nor has DEFCAD ever created any other proxy website, copy, mirror, or any other version of the DEFCAD website hosted outside of the United States.

15.     In or around 2024, upon being notified of the existence of this proxy website, I conducted an investigation into it and found that it was one of a series of proxy websites created by third parties.

16.     Other websites proxying DEFCAD also existed and appeared to be hosted in Germany, France and Canada. It appears that the Iranian-hosted proxy was itself routing traffic through one of these additional proxy websites.

17.     Following my investigation, I reached out to each company hosting these proxies and requested that they be taken down.

18.     At time of writing, all proxy websites I can identify have been taken down, with one proxy website explicitly stating that it was removed due to a takedown request.

19.     These proxy websites all either used no domain names at all (being accessible only directly via their IP address, such as 141.94.2.52) or used domain names not obviously related to DEFCAD, such as "fa1.electricity-control.ir".

20.     Because these domains and IPs are obscure and are not obviously related to DEFCAD, it is unlikely that someone will discover these proxy websites independently without being directed to them.

21.     In 2024, Defendant Lettman created a series of online posts directing people's attention to these proxy domains and websites, incorrectly claiming that these proxy servers are proof that DEFCAD "runs" its "servers" in Iran.

22.     In a particular tweet, posted in August 2024, Lettman cited one of the proxy IP addresses as an example of "the DEFCAD servers" and encouraged people to visit this IP address as a way to bypass DEFCAD's Cloudflare anti-DDOS protection and perform a "huge bandwidth attack."

23.     A proxy website does not bypass Cloudflare's anti-DDOS protection service.  The only way to bypass this anti-DDOS protection is to visit the actual server owned and operated by DEFCAD itself.

24.     Lettman's tweet and other communications can therefore only be understood as a false claim that the Iranian server is itself owned and operated by DEFCAD.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 15, 2026

*/s/ Garret Walliman*
Garret Walliman