





Case 9:25-cv-81197-DMM   Document 90   Entered on FLSD Docket 04/06/2026   Page 1 of 10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
et al.,

Plaintiffs,

v.

JOHN ELIK, et al.,

Defendants.

_____/

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendants Elik, Larosiere, Holladay, and Stroke's Joint Motion to Dismiss the Complaint, and in the Alternative, for a More Definite Statement (DE 56) and Defendant Zachary Clark's Motion to Dismiss the Second Amended Complaint, and in the Alternative, for a More Definite Statement (DE 71). Plaintiffs have filed Responses. (DE 70, DE 73). Defendant Clark filed a Reply. (DE 83). For the following reasons, the Motions are denied.

### I.    BACKGROUND

Plaintiffs Defense Distributed, DD Foundation, LLC, and DEFCAD, Inc. (collectively, "Plaintiffs") bring this action against seven individual defendants—John Elik, Matthew Larosiere, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, and Zackary Clark (collectively, "Defendants")—arising from an alleged online misinformation campaign targeting Plaintiffs' 3D-printed-firearm file-sharing business. Plaintiffs operate the website DEFCAD.com and allege that Defendants jointly operate a competing enterprise known as "The Gatalog," associated with MAF Corp., a Florida corporation.