**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
 et al.,

      Plaintiffs,

v.

JOHN ELIK, et al.,

      Defendants.

_____/

### ORDER DENYING DEFENDANTS' RULE 11 MOTION FOR SANCTIONS

THIS CAUSE is before the Court on Defendants' Motion for Sanctions (DE 181), filed July 1, 2026. The motion is fully briefed. (DE 182, DE 183).   For the following reasons, the motion is denied.

I am familiar with the record and with the intensity with which the Parties have litigated this matter.  The issues raised in the motion have already been addressed through the ordinary progression of the case, including dispositive motions and prior orders.

Rule 11 sanctions are reserved for exceptional circumstances and require a clear showing that the challenged filing lacked any reasonable legal or factual basis or was presented for an improper purpose. *See Worldwide Primates, Inc. v. McGreal*, 87 F.3d 1252, 1254 (11th Cir. 1996). On the record before me, and in light of the overall course of proceedings, that showing has not been made.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion for

Sanctions (DE 181) is **DENIED**.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 27th day of July, 2026.

                  Donald M. Middlebrooks
                  United States District Judge

Copies to: Counsel of Record