*UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF FLORIDA*

*Case No. 9:25-cv-81197-DMM*

**DEFENSE DISTRIBUTED, et al.,**
Plaintiffs,

v.

**JOHN ELIK, et al.,**
Defendants.

# COMPOSITE EXHIBIT - COST DOCUMENTATION

| Document | Cost supported | Amount |
|---|---|---|
| Steno Invoice 2738315 | Taking Jason Tyra's deposition | $3,134.25 |
| Steno Invoice 2738321 | Original transcript and video of Tyra's deposition | $2,173.60 |
| Filevine Volume I Service Summary | Wilson Volume I event hours (9.5 x $200) | $1,900.00 |
| Filevine Invoice QJGSOAK4-0001 | Wilson Volume I transcript copy - Larosiere | $867.00 |
| Filevine Invoice 448C9CB4-0014 | Wilson Volume I transcript copy - De Pury | $867.00 |
| Filevine Volume II Service Summary | Wilson Volume II event hours (8 x $200) | $1,600.00 |
| Filevine Invoice 448C9CB4-0015 | Wilson Volume II transcript copy - De Pury | $903.00 |
| Veritext Invoice 9241595 | Peter Celentano deposition transcript | $886.20 |
| Sumner Reporting Invoice 4326 | Reporter attendance at April 15 meet-and-confer | $375.00 |
| Sumner Reporting Invoice 4346 | Original transcript of April 15 meet-and-confer | $756.25 |

**Invoices and service summaries included:** $13,462.30

**Additional Tyra compensation reflected in Doc. 164:** $1,920.00

**Total costs sought:** $15,382.30

Doc. 164 is already part of the Court's docket and is not reproduced in this invoice composite. The Filevine service summaries allocate the prepaid event-hour charges and also display the associated transcript charges; the separate transcript invoices identify the purchasing law offices.



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2738315

## Deposition - JASON MATHIEU TYRA, ESQ. (Apr 28, 2026)

| Bill to | Bill from |
|---|---|
| ATTN: Zachary Z. Zermay | Steno Agency, Inc. |
| Zermay Law, APC | PO BOX 22637 |
| 3000 Coral Way, Suite 1115 | Pasadena, CA 91185-2637 |
| Coral Gables, FL 33145 | (888) 707-8366 |

| | | | |
|---|---|---|---|
| **Case name:** | DEFENSE DISTRIBUTED, et al. v JOHN ELIK, et al. | **Invoice date:** 5/15/2026 | |
| **Case number:** | 9:25-cv-81197 | **Terms:** DelayPay - Recourse* | |
| **Job Id:** | 2667670 | **Status:** OPEN | |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Reporter Appearance, Video) | | $3,134.25 | 1 | $3,134.25 |
| | | | **Total** | $3,134.25 |
| | | | **Payments** | $0.00 |
| | | | **Amount remaining due** | **$3,134.25** |

*This case is set for deferred payment. Per your Services Agreement, payment is due promptly after the case is resolved.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9

Tax ID: 83-2309297

Pay online: https://steno.com/pay/tkkg0swx

Please make checks payable to Steno.



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 2738321

Deposition - JASON MATHIEU TYRA, ESQ. (Apr 28, 2026)

| Bill to | Bill from |
|---|---|
| ATTN: Matthew Larosiere | Steno Agency, Inc. |
| MATTHEW MICHAEL LAROSIERE, ESQ. | PO BOX 22637 |
| 6964 Houlton Circle | Pasadena, CA 91185-2637 |
| Lake Worth, FL 33467 | (888) 707-8366 |

**Case name:** DEFENSE DISTRIBUTED, et al. v JOHN ELIK, et al.

**Case number:** 9:25-cv-81197

**Job Id:** 2667670

**Invoice date:** 5/15/2026

**Terms:** Net 30

**Due date:** 6/14/2026

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (Original Transcripts, Video) | | $2,173.60 | 1 | $2,173.60 |
| | | | Total | $2,173.60 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $2,173.60 |

Invoice due date shall be 30 days from receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Steno may recover any fees and costs it incurs in collecting any unpaid amounts. Please contact us to correct billing errors using the contact information below. No adjustments will be made after 90 days.

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at ar@steno.com.

## Payment instructions

Need our W9? Please visit https://steno.com/w9
Pay online: https://steno.com/pay/dgzhu2ji

Please make checks payable to Steno.



# Deposition Services Summary

**Date:** June 4, 2026

**Associated Invoice:** 448C9CB4-0014

**Taking Party: Law Offices of Gary De Pury: The Law Offices of Gary De Pury**
Law Offices of Gary De Pury: The Law Offices of Gary De Pury
21035 Leonard Rd
Lutz, FL
gary@depury.com

Claim number: Not Provided
Matter ID/File #: Not Provided
Attorney name: Gary De Pury

**Memo:** Deposition of Cody Wilson, Volume I on 5/06/2026@9:00am EDT in case DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually (9:25-cv-81197)

| Line Items | Qty | Unit Price | Amount |
|---|---|---|---|
| Filevine Depositions, prepaid event hours | 9.5 | $200.00 | $1,900.00 |
| Certified Transcript copy, per page | 289 | $3.00 | $867.00 |
| **Total** | | | **$2,767.00** |

This is not a bill. This invoice is provided solely to assist the recipient in recouping costs associated with the case listed above. **Please do not remit payment to Filevine.** All line items listed above were paid by the Taking Party in advance pursuant to a contracted services agreement with the provider and are presented for reimbursement allocation purposes only. Please remit any reimbursement to the Taking Party named on this document. Contact the Taking Party with any

questions.

Page 2 of 2

# Invoice

**Invoice number**  QJGSOAK4-0001
**Date of issue**    May 28, 2026
**Date due**          June 27, 2026
**Case Number**    9:25-cv-81197

**Depositions by Filevine**
1260 E Stringham Ave
600
Salt Lake City, Utah 84106
United States
+1 213-632-5374
payments@filevine.com

US EIN  82-1960713

**Bill to**
The Law Office of Matthew Larosiere : Main Office
larosieremm@gmail.com

## $867.00 USD due June 27, 2026

[Pay online](#)

Deposition of Cody Wilson, Volume I on 5/06/2026@9:00am EDT in case DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually (9:25-cv-81197)

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Certified Transcript copy, per page | 289 | $3.00 | $867.00 |

| | |
|---|---|
| Subtotal | $867.00 |
| Total | $867.00 |
| **Amount due** | **$867.00 USD** |

**Pay $867.00 with a bank transfer**
Bank transfers can take up to two business days. To pay via bank transfer, transfer funds using the following bank information.

| | |
|---|---|
| Account holder | Depositions by Filevine |
| Bank name | Wells Fargo |
| Routing number | 121000248 |
| Account number | 40630234947689233 |
| SWIFT code | WFBIUS6SXXX |
| Reference | QJGSOAK4-0001 |

**Pay $867.00 by check**

| | |
|---|---|
| Make payable to | Depositions by Filevine |
| Memo | QJGSOAK4-0001 |
| Mail to | PO Box 208089 |
| | Dallas, TX 75320-8089 |

Please enclose a printed copy of this Invoice PDF and use USPS. (Courier services may not deliver to PO Boxes.) Once received, checks are processed within 3 business days.

# Invoice

**Invoice number**  448C9CB4-0014
**Date of issue**  June 4, 2026
**Date due**  July 4, 2026
**Claim number**  Not Provided
**Matter ID/File #**  Not Provided
**Attorney name**  Gary De Pury

**Depositions by Filevine**
1260 E Stringham Ave
600
Salt Lake City, Utah 84106
United States
+1 213-632-5374
payments@filevine.com

US EIN  82-1960713

**Bill to**
Law Offices of Gary De Pury: The Law Offices of Gary De Pury
21035 Leonard Rd
Lutz, Florida 33558
United States
gary@depury.com

## $867.00 USD due July 4, 2026

[Pay online](#)

Deposition of Cody Wilson, Volume I on 5/06/2026@9:00am EDT in case DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually (9:25-cv-81197)

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Certified Transcript copy, per page | 289 | $3.00 | $867.00 |

| | | |
|---|---|---|
| Subtotal | | $867.00 |
| Total | | $867.00 |
| **Amount due** | | **$867.00 USD** |

**Pay $867.00 with a bank transfer**
Bank transfers can take up to two business days. To pay via bank transfer, transfer funds using the following bank information.

| | |
|---|---|
| Account holder | Depositions by Filevine |
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | 40630135366815831 |
| SWIFT code | WFBIUS6SXXX |
| Reference | 448C9CB4-0014 |

**Pay $867.00 by check**

| | |
|---|---|
| Make payable to | Depositions by Filevine |
| Memo | 448C9CB4-0014 |
| Mail to | PO Box 208089 Dallas, TX 75320-8089 |

Please enclose a printed copy of this Invoice PDF and use USPS. (Courier services may not deliver to PO Boxes.) Once received, checks are processed within 3 business days.


**Depositions**
by Filevine

# Deposition Services Summary

**Date:** June 4, 2026

**Associated Invoice:** 448C9CB4-0015

**Taking Party: Law Offices of Gary De Pury: The Law Offices of Gary De Pury**
Law Offices of Gary De Pury: The Law Offices of Gary De Pury
21035 Leonard Rd
Lutz, FL
gary@depury.com

Claim number: Not Provided
Matter ID/File #: Not Provided
Attorney name: Gary De Pury

**Memo:** Deposition of Cody Wilson, Volume II on 5/07/2026@9:00am EDT in case DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually (9:25-cv-81197)

| Line Items | Qty | Unit Price | Amount |
|---|---|---|---|
| Filevine Depositions, prepaid event hours | 8 | $200.00 | $1,600.00 |
| Certified Transcript copy, per page | 301 | $3.00 | $903.00 |
| **Total** | | | **$2,503.00** |

This is not a bill. This invoice is provided solely to assist the recipient in recouping costs associated with the case listed above. **Please do not remit payment to Filevine.** All line items listed above were paid by the Taking Party in advance pursuant to a contracted services agreement with the provider and are presented for reimbursement allocation purposes only. Please remit any reimbursement to the Taking Party named on this document. Contact the Taking Party with any

Page 1 of 2

questions.

Page 2 of 2

# Invoice

**Invoice number**  448C9CB4-0015
**Date of issue**  June 4, 2026
**Date due**  July 4, 2026
**Claim number**  Not Provided
**Matter ID/File #**  Not Provided
**Attorney name**  Gary De Pury

**Depositions by Filevine**
1260 E Stringham Ave
600
Salt Lake City, Utah 84106
United States
+1 213-632-5374
payments@filevine.com

US EIN  82-1960713

**Bill to**
Law Offices of Gary De Pury: The Law Offices of Gary De Pury
21035 Leonard Rd
Lutz, Florida 33558
United States
gary@depury.com

## $903.00 USD due July 4, 2026

[Pay online](#)

Deposition of Cody Wilson, Volume II on 5/07/2026@9:00am EDT in case DEFENSE DISTRIBUTED, Et al. vs. JOHN ELIK, individually; MATTHEW LAROSIERE, individually; ALEXANDER HOLLADAY, individually; PETER CELENTANO, individually; JOSH KIEL STROKE, individually; and JOHN LETTMAN, individually, and Zackary Clark, individually (9:25-cv-81197)

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Certified Transcript copy, per page | 301 | $3.00 | $903.00 |

| | |
|---|---|
| Subtotal | $903.00 |
| Total | $903.00 |
| **Amount due** | **$903.00 USD** |

**Pay $903.00 with a bank transfer**
Bank transfers can take up to two business days. To pay via bank transfer, transfer funds using the following bank information.

| | |
|---|---|
| Account holder | Depositions by Filevine |
| Bank name | WELLS FARGO BANK, N.A. |
| Routing number | 121000248 |
| Account number | 40630135366815831 |
| SWIFT code | WFBIUS6SXXX |
| Reference | 448C9CB4-0015 |

**Pay $903.00 by check**

| | |
|---|---|
| Make payable to | Depositions by Filevine |
| Memo | 448C9CB4-0015 |
| Mail to | PO Box 208089
Dallas, TX 75320-8089 |

Please enclose a printed copy of this Invoice PDF and use USPS. (Courier services may not deliver to PO Boxes.) Once received, checks are processed within 3 business days.

Page 1 of 1

## Veritext, LLC - Midwest Region

Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gary DePury | | |
|---|---|---|---|
| | Depury Law | **Invoice #:** | 9241595 |
| | 21035 Leonard Rd | **Invoice Date:** | 5/11/2026 |
| | Lutz, FL, 33558 | **Balance Due:** | $912.98 |

| **Case: Defense Distributed, Et Al. v. Elik, John, Et Al. (9:25cv81197)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7962933   |   Job Date: 3/19/2026 |   Delivery: Normal

Location:      Youngstown, OH

Billing Atty:      Gary DePury

Scheduling Atty:      Howard Foster | Foster PC (IL)

| **Witness: Peter Celentano** | **Amount** |
|---|---|
| Transcript Services | $651.55 |
| Exhibits | $12.65 |
| Logistics, Processing & Electronic Files | $93.00 |
| Smart Package - Over 100 Transcript Pages | $129.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $886.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $26.78 |
| | **Balance Due:** | $912.98 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

Credit card payments may incur a surcharge. No surcharge applies to ACH, check, or debit card payments

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext, LLC | **A/C Name:**Veritext, LLC | **Invoice #:**  9241595 |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Invoice Date:**  5/11/2026 |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:**  $912.98 |

**Pay by Credit Card: www.veritext.com**

B420260713

# SUMNER REPORTING SERVICE, INC.

11704 Palmer Drive, Tampa, Florida 33624
colleensumner1@gmail.com | (813) 966-8247 | EIN 45-2662105

## INVOICE NO. 4326

| | |
|---|---|
| Date: | April 15, 2026 |
| Due Date: | On receipt |

| Client: | Job: Meet and Confer on Defcad |
|---|---|
| Gary De Pury, Esquire | Defense Distributed, et al. v. Elik, et al. |
| Law Offices of Gary De Pury, P.A. | Meet and confer taken April 15, 2026 |
| 21035 Leonard Road | Opposing counsel: Howard Foster, Esq. and Brendan |
| Lutz, Florida 33558 | Everman, Esq. |

### *Court Reporter Attendance*

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Reporter attendance (defense counsel also present: Matthew Michael Larosiere, Esq. and Zachery Zermay, Esq.) | 2.5 hours | $150.00 | $375.00 |

| | |
|---|---|
| Total | $375.00 |
| Federal Tax | N/A |
| **Grand Total** | **$375.00** |

Payment by Zelle accepted.

# SUMNER REPORTING SERVICE, INC.

11704 Palmer Drive, Tampa, Florida 33624
colleensumner1@gmail.com | (813) 966-8247 | EIN 45-2662105

## INVOICE NO. 4346

| | |
|---|---|
| Date: | May 20, 2026 |
| Due Date: | On receipt |

| | |
|---|---|
| **Client:**<br>Matthew Michael Larosiere, Esq.<br>6964 Houlton Circle<br>Lake Worth, Florida 33558<br>Attn: Billing Department | **Job:** Meet and Confer on Defcad<br>Defense Distributed, et al. v. Elik, et al.<br>Meet and confer taken April 15, 2026<br>Opposing counsel: Howard Foster, Esq. and Brendan Everman, Esq. |

### *Original Transcript*

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Original transcript of April 15, 2026 meet and confer | 125 pages | $6.05 | $756.25 |

| | |
|---|---|
| Total | $756.25 |
| Federal Tax | N/A |
| **Grand Total** | **$756.25** |

Payment by Zelle accepted.