UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **DEFENSE DISTRIBUTED, DD FOUNDATION, LLC, and DEFCAD, INC.,** *Plaintiffs,* <br><br> v. <br><br> **JOHN ELIK, et al.,** *Defendants.* | **Case No. 25-cv-81197** <br><br> **Related Eleventh Circuit Case No.: 26-12667-C** |

## DEFENDANTS' NOTICE OF CROSS-APPEAL

Notice is hereby given, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(3), that Defendants John Elik, Matthew Larosiere, Alexander Holladay, Josh Kiel Stroke, John Lettman, and Zackary Clark (collectively, "Cross-Appellants") cross-appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered July 1, 2026 (DE 180), and from the following orders and rulings:

1. The Court's February 5, 2026 Order Granting Plaintiffs' Motion for Leave to Amend Complaint and Denying Defendants' Motion for Sanctions (DE 48), insofar as it denied Defendants' Consolidated Rule 11 Motion (DE 23).

2. The Court's May 8, 2026 Omnibus Order (DE 132), insofar as it ruled that the counterclaims asserted in Cross-Appellants' first responsive pleading were untimely, could not proceed, and would be stricken, and denied Defendants' Motion to Set a Separate Counterclaim Discovery and Trial Schedule, or Alternatively for Leave *Nunc Pro Tunc* (DE 119).

1

3. The Court's July 27, 2026 Order Denying Defendants' Rule 11 Motion for Sanctions (DE 184), which denied Defendants' Motion for Sanctions as to the Second Amended Complaint (DE 181).

Dated: August 10, 2026

Respectfully submitted,

| /s/ Gary C. De Pury | /s/ Matthew Larosiere | /s/ Zachary Z. Zermay |
|---|---|---|
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No. 126588 | Florida Bar No. 1005581 | Florida Bar No. 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | Zermay Law, P.A. |
| 21035 Leonard Road | 6964 Houlton Circle | 3000 Coral Way, Suite 1115 |
| Lutz, Florida 33558 | Lake Worth, Florida 33467 | Coral Gables, Florida 33145 |
| Tel: (813) 607-6404 | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
| Email: Gary@DePury.com | Email: Larosieremm@gmail.com | Email: zach@zermaylaw.com |
| *Lead Counsel for Holladay* | *Lead Counsel for Elik, Stroke, Lettman, and Clark* | *Lead Counsel for Larosiere* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record through Notices of Electronic Filing generated by CM/ECF.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
Florida Bar No. 1005581

2