# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 13, 2026

FILED BY_____JG_____D.C.

**Aug 13, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Gary Charles De Pury
Law Offices of Gary De Pury, P.A.
21035 LEONARD RD
LUTZ, FL 33558

Matthew Larosiere
Law Office of Matthew Larosiere
6964 HOULTON CIR
LAKE WORTH, FL 33467

Zachary Z. Zermay
Zermay Law, PA
3000 CORAL WAY STE 1115
MIAMI, FL 33145

Appeal Number:  26-12667-C
Case Style:  Defense Distributed, et al v. John Elik, et al
District Court Docket No:  9:25-cv-81197-DMM

## CIVIL DOCKETING NOTICE

**<u>This notice pertains to appellees-cross appellants John Elik, Matthew Larosiere, Alexander Holladay, Josh Stroke, John Lettman and Zackary Clark, only.</u>**

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Cross-Appeal</u>
A cross-appeal has been docketed. <u>See</u> FRAP 28.1.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in the **District Court** a <u>Transcript Order Form</u> or a certificate stating no transcripts will be ordered. <u>See</u> FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after <u>**08/11/2026**</u>, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File in this Court (Eleventh Circuit) a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>, **OR** file the CIP at the same time the appellant submits its first filing, **whichever is earlier**. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5. File in this Court (Eleventh Circuit) <u>Civil Appeal Statement</u> (attorneys only). <u>See</u> 11th Cir. R. 33-1(a)(3).

<u>Mediation</u>
If a Civil Appeal Statement is required to be filed <u>and</u> the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. <u>See</u> 11th Cir. R. 33-1.

<u>Appellee Requirements</u>
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File in this Court (Eleventh Circuit) a <u>CIP</u> or a notice. <u>See</u> 11th Cir. R. 26.1-1(a)(2).

2. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

<u>Attorney Participation</u>
Only attorneys admitted to the bar of the Court and attorneys admitted for a particular proceeding may practice before the Court. <u>See</u> 11th Cir. Rules 46-1, 46-3, and 46-4. You may look up your bar admission status at <u>https://www.ca11.uscourts.gov/bar-admission-status-look.</u>

The Application for Admission to the Bar and other forms and information can be found at https://www.ca11.uscourts.gov/attorney-forms-and-information.

All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **DEFENSE DISTRIBUTED, DD FOUNDATION, LLC, and DEFCAD, INC.,** *Plaintiffs,*<br><br>v.<br><br>**JOHN ELIK, et al.,** *Defendants.* | **Case No. 25-cv-81197**<br><br>**Related Eleventh Circuit Case No.: 26-12667-C** |

<u>**DEFENDANTS' NOTICE OF CROSS-APPEAL**</u>

Notice is hereby given, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(3), that Defendants John Elik, Matthew Larosiere, Alexander Holladay, Josh Kiel Stroke, John Lettman, and Zackary Clark (collectively, "Cross-Appellants") cross-appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered July 1, 2026 (DE 180), and from the following orders and rulings:

1. The Court's February 5, 2026 Order Granting Plaintiffs' Motion for Leave to Amend Complaint and Denying Defendants' Motion for Sanctions (DE 48), insofar as it denied Defendants' Consolidated Rule 11 Motion (DE 23).

2. The Court's May 8, 2026 Omnibus Order (DE 132), insofar as it ruled that the counterclaims asserted in Cross-Appellants' first responsive pleading were untimely, could not proceed, and would be stricken, and denied Defendants' Motion to Set a Separate Counterclaim Discovery and Trial Schedule, or Alternatively for Leave *Nunc Pro Tunc* (DE 119).

1