UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et. al.,

*Plaintiffs*,

v.

JOHN ELIK; et. al.,

*Defendants*.

_________________________________/

**PREVAILING DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF BILL OF COSTS**

Pursuant to S.D. Fla. L.R. 7.8, Prevailing Defendants notify the Court of *Harrington v. Veritext, LLC*, No. 24-22787-CIV-ELFENBEIN, 2026 WL 2065076, at *7–8 (S.D. Fla. July 17, 2026) (report and recommendation).

*Harrington* concluded that § 1920(2) permits taxation of both a stenographic transcript and a video recording of the same deposition when the deposition was noticed for video recording, no objection to the method of deposition was made, and the video served a legitimate purpose, including preserving testimony for impeachment or trial presentation.

*Harrington* bears directly on Plaintiffs' objection to the Tyra deposition costs. *See* Doc. 191 at 2. It supports Defendants' explanation that both formats were reasonably obtained to present Tyra's testimony accurately in dispositive

briefing and preserve his testimony and demeanor for trial. *See* Doc. 187-1 at 3.

Respectfully submitted,
DATED: August 24, 2026

*/s/ Gary C. De Pury*
Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alex Holladay.*

*/s/Matthew Larosiere*___
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Elik, Stroke, Lettman, and Clark.*

*/s/ Zachary Z. Zermay*____
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Matthew Larosiere.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 24th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*____

Matthew Larosiere, Esq.
Fla. Bar № 1005581