UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE №: 9:25-cv-81197

DEFENSE DISTRIBUTED, et. al.,

*Plaintiffs*,

v.

JOHN ELIK, et al.,

*Defendants*.

____________________________________/

**JOINT MOTION TO SEQUENCE BRIEFING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES UNDER 15 U.S.C. § 1117(a)**

The parties[1] move pursuant to Federal Rule of Civil Procedure 54(d)(2)(C) and Southern District of Florida Local Rule 7.3(a) for an order directing that Defendants' entitlement to attorneys' fees be briefed and determined before the amount of any award.

Defendants have served a proposed motion seeking attorneys' fees under 15 U.S.C. § 1117(a). Rule 54(d)(2)(C) and Local Rule 7.3(a) permit the Court to determine entitlement before receiving submissions concerning the amount of fees. Sequencing the proceedings in that manner may preserve judicial resources by avoiding consideration of amount-related briefing if the Court determines that Defendants are not entitled to an award.

[1] Plaintiffs sought the relief in this motion on August 18, 2026. Defendants consented thereto. Thereafter, Plaintiffs' counsel Mr. Howard Foster asked that Defense counsel file the motion for him because he was not capable of filing in the Southern District's CM/ECF system. Defense counsel agreed to file the motion as a joint motion.

WHEREFORE, Plaintiffs request that the Court enter an order:

(a) permitting Defendants to file their motion by the existing deadline (August 31) concerning only entitlement;

(b) limiting the initial response and reply to the issue of entitlement;

(c) if the Court determines that Defendants are entitled to fees, establishing a schedule for amount-specific conferral and supplemental briefing.:

Respectfully submitted,
DATED: August 24, 2026

*/s/ Gary C. De Pury*
Gary C. De Pury
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Tel: (813) 607-6404
Email: Gary@DePury.com
*Lead Counsel for Alex Holladay.*

*/s/Matthew Larosiere*
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Elik, Stroke, Lettman, and Clark.*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
3000 Coral Way Ste 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Matthew Larosiere.*

*/s/ Howard Foster*
Howard Foster
FOSTER PC
155 N. Wacker Drive, Ste 4250
Chicago, Illinois 60606
Tel: (312) 726-1600
Email: hfoster@fosterpc.com
*Attorney for Plaintiffs*

**<u>Local Rule 7.1(a)(3) Certification</u>**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that the parties conferred by email from August 18 through August 24, 2026. Plaintiffs proposed bifurcating entitlement from the amount of any fee award. On August 20, Plaintiffs circulated a draft that did not request bifurcation and stated that the requested relief had been omitted because Plaintiffs had not yet determined what relief they wanted. Plaintiffs then asked Defendants' counsel to revise the motion. Defendants' counsel supplied the present formulation on August 21, and Plaintiffs agreed to it. On August 24, Plaintiffs asked Defendants' counsel to finalize and file the motion because Plaintiffs' counsel represented that he could not file in this District. All issues have been resolved, and all parties jointly request the relief stated in this motion. Plaintiffs' counsel expressly authorized undersigned counsel in writing to affix his electronic signature and file this joint motion.

Respectfully submitted,

*<u>/s/ Matthew Larosiere</u>*

Matthew Larosiere, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 24th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Matthew Larosiere*____

Matthew Larosiere, Esq.
Fla. Bar № 1005581