Want to sign up for DEFCAD, now you can directly. ×

# What Happened to FOSSCAD?

Publication Date
09.29.25

---

No (primal) father should have to bury his (disabled) child. The young perish while the old linger. Alas, that these evil days should be mine!

Yes, the FOSSCAD subreddit was banned on Friday, September 26th for violating "Rule 7." Among others, I have been scapegoated because I mentioned FOSSCAD in a federal lawsuit filed the previous day against the John Elik Gang. I will say in my defense, however, that this was, to use a soft ontological term The Gatalog will understand, a *rifle pleading*. I therefore doubt it had too large a spread online before the very next day. *Note: Though* rifle pleading *is my coinage and I give it away for free, I will sue you if you steal it.*

There's talk of new "communities," a forum, or of moving to new tech like Fediverse (Freeman1337 has moved here already). But you'll find Redditors stick to Reddit.

What is Rule 7? Does it matter? To duke themselves in on the meager profits made from 3D2A kits, FOSSCAD and The Gatalog pursued a strategy of deliberate ignorance of the law and public policy of 3D guns. As the social rituals began to fail and we entered a sacrificial crisis, the strategy evolved to one of denial and, ultimately, perverse disavowal.

What does this letter mean? Won't anyone Fuddbust its funny numbers?



**Commodity Classificati**
**Case Number: Z187590**
**Date of Completion:**
**August 4, 2025**

Defense Distributed
C/O RILEY TRADE LAW PLLC
ATTN: DARREN P. RILEY
1701 PENNSYLVANIA AVENU
STE 200, PMB301, ATTN: DAI
WASHINGTON, DC 20006

THE FOLLOWING INFORMAT
COMMODITY CLASSIFICATIC

A STEP file for the 3D printable
Hitchhiker Receiver STEP file
A STEP file for the 3D printable
Hitchhiker Assembly STEP File

COMMENTS FROM LICENSIN

ITEM #1:
This commodity is classified as
trol (CC2), Anti-Terr
plement No. 1 to Pa

Page 1 / 2

Hitchhiker CCATS 2025 Download

You might think to ask the Oracle at Alton. Nothing he couldn't see coming. But I wouldn't expect a two hour YouTube video anytime soon. *Soft*

*ontologies are good, actually!* Better to understand the above letter as a ticket to a rough ride. Better to understand it as one of the as yet unexplored consequences of the death of the author.

## Requiem for a Young Author

To FOSSCAD and the Oracle I devote a new copyrightable work, which was written to be chanted to the tenth movement of Arvo Pärt's *Lamentate*.

> *Mournful that day*
>
> *When my most passionate flatterer,*
>
> *for a survival rifle,*
>
> *marched out his army of retards to die.*
>
> *O, Ivan!*
>
> *Ivan Agonistes!*




**Lamentate: X. Fragile e conciliante**

Preview Arvo Pärt, Alexei Lubimov, Andrey Boreyko, Radio

Save on Spotify

If you would like to support our legal actions, please join LEGIO.

Since Jan. 1 2021, no warrants have been served to ddlegio.com principals or employees. No searches or seizures have been performed on ddlegio.com assets.

| | | | | | |
|---|---|---|---|---|---|
| Terms | Privacy | | | | |

3D2A files are not currently available to persons outside the United States and are not available to residents of, and persons in, the states of New Jersey and California who do not possess a federal firearms license.