**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-cv-81197-MIDDLEBROOKS

DEFENSE DISTRIBUTED,
et al.,

Plaintiffs,

v.

JOHN ELIK, et al.,

Defendants.
_______________________________________/

**JUDGMENT**

Based on the separately entered Order granting in part Defendant's Bill of Costs (DE 197), Judgment is hereby entered on behalf of Defendants and against Plaintiffs in the amount of $9,310.95. Judgment shall bear interest at the rate of 4.00% per annum from the date of this Judgment, for which let execution issue.

**SIGNED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record